# EXHIBIT 18



(Same language in Arabic)
STATEMENT OF CURRENT ACCOU[NT]

(Same language in Arabic)
ubai Islamic Bank
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) | |
|---|---|---|---|
| | Al Fujairah | 01 5882958 520 06 | Fayez Rashid Ahmed Hassan Al-Qadi |
| CURRENCY | (Same language in Arabic) | From: 01/01/1996 (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 |
| | AED | To: 12/31/1996 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 0.00 |
| 10/09/199[illegible] | 8829746 | | 100.00 | 100.00 |
| 11/16/199[illegible] | 8840695 | | 3,000.00 | 3,100.00 |
| 11/19/199[illegible] | ATM withdrawal | 3.000.00 | | 100.00 |
| 11/24/199[illegible] | ATM withdrawal | 100.00 | | 0.00 |
| 12/07/199[illegible] | 281116 | | 8,300.00 | 8,300.00 |
| 12/07/1996 | ATM withdrawal | 300.00 | | 8,000.00 |
| 12/10/1996 | ATM withdrawal | 400.00 | | 7.600.00 |
| 12/10/1996 | ATM withdrawal | 4,500.00 | | 3,100.00 |
| 12/11/1996 | ATM withdrawal | 100.00 | | 3,000.00 |
| 12/12/1996 | ATM withdrawal | 1,500.00 | | 1,500.00 |
| 12/21/1996 | ATM withdrawal | 700.00 | | 800.00 |
| 12/22/1996 | ATM withdrawal | 100.00 | | 700.00 |
| 12/24/1996 | ATM withdrawal | 200.00 | | 500.00 |
| 12/29/1996 | ATM withdrawal | 500.00 | | 0.00 |
| | Final Balance | 11,400.00 | 11,400.00 | 0.00 |

we receive a claim from your side within 15 days this statement will be considered correct.
OTES DEBIT BALANCE.
INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003378t



(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUN** 

(Same language in Arabic)
Dubai Islamic Bank
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. | (Same language in Arabic) | |
|---|---|---|---|---|
| Al Fujairah | | 01 5882958 520 06 | | Fayez Rashid Ahmed Hassan Al-Qadi |
| CURRENCY | (Same language in Arabic) | From: 01/01/1997 | (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 |
| AED | | To: 12/31/1997 | | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 0.00 |
| 01/06/1997 | 8850765 | | 5,000.00 | 5,000.00 |
| 01/07/1997 | ATM withdrawal | 500.00 | | 4,500.00 |
| 01/13/1997 | ATM withdrawal | 100.00 | | 4,400.00 |
| 01/13/1997 | ATM withdrawal | 100.00 | | 4,300.00 |
| 01/14/1997 | ATM withdrawal | 100.00 | | 4,200.00 |
| 01/17/1997 | ATM withdrawal | 100.00 | | 4,100.00 |
| 01/25/1997 | ATM withdrawal | 100.00 | | 4,000.00 |
| 01/27/1997 | ATM withdrawal | 300.00 | | 3,700.00 |
| 01/30/1997 | ATM withdrawal | 200.00 | | 3,500.00 |
| 02/01/1997 | Salary 8903 | | 5,913.00 | 9,413.00 |
| 02/01/1997 | ATM withdrawal | 500.00 | | 8,913.00 |
| 02/03/1997 | ATM withdrawal | 100.00 | | 8,813.00 |
| 02/06/1997 | ATM withdrawal | 200.00 | | 8,613.00 |
| 02/07/1997 | ATM withdrawal | 100.00 | | 8,513.00 |
| 02/09/1997 | ATM withdrawal | 7,000.00 | | 1,513.00 |
| 02/10/1997 | ATM withdrawal | 1,500.00 | | 13.00 |
| 02/15/1997 | Check deposit | | 13,000.00 | 13,013.00 |
| 02/27/1997 | Salary  8903 | | 5,913.00 | 18,926.00 |
| 03/06/1997 | Check No 52628 | 13,000.00 | | 5,926.00 |
| 03/06/1997 | Check No 52616 | 400.00 | | 5,526.00 |
| 03/31/1997 | Salary  8903 | | 5,913.00 | 11,439.00 |
| 04/06/1997 | ATM withdrawal | 2,000.00 | | 9,439.00 |
| 04/07/1997 | ATM withdrawal | 2,000.00 | | 7,439.00 |
| 04/07/1997 | ATM withdrawal | 1,000.00 | | 6,439.00 |
| 04/08/1997 | ATM withdrawal | 100.00 | | 6,339.00 |
| 04/09/1997 | ATM withdrawal | 500.00 | | 5,839.00 |
| 04/13/1997 | ATM withdrawal | 2,500.00 | | 3,339.00 |
| 04/26/1997 | ATM withdrawal | 2,000.00 | | 1,339.00 |
| 04/27/1997 | ATM withdrawal | 200.00 | | 1,139.00 |
| | Balance brought forward | 34,600.00 | 35,739.00 | 1,139.00 |



If we receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE.
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003367t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUN**



(Same language in Arabic)
**ibai Islamic Bank**
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 2 | |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. | (Same language in Arabic) | |
|---|---|---|---|---|
| Al Fujairah | | 01 5882958 520 06 | | Fayez Rashid Ahmed Hassan Al-Qadi |
| CURRENCY | (Same language in Arabic) | From: 01/01/1997 | (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 |
| AED | | To: 12/31/1997 | | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 34,600.00 | 35,739.00 | 1,139.00 |
| 04/28/1997 | ATM Withdrawal | 500.00 | | 639.00 |
| 04/30/1997 | Salary  8903 | | 5,913.00 | 6,552.00 |
| 04/30/1997 | ATM Withdrawal | 500.00 | | 6,052.00 |
| 05/03/1997 | ATM Withdrawal | 200.00 | | 5,852.00 |
| 05/08/1997 | ATM Withdrawal | 1,000.00 | | 4,852.00 |
| 05/13/1997 | ATM Withdrawal | 300.00 | | 4,552.00 |
| 05/14/1997 | ATM Withdrawal | 200.00 | | 4,352.00 |
| 05/16/1997 | ATM Withdrawal | 200.00 | | 4,152.00 |
| 05/19/1997 | ATM Withdrawal | 4,000.00 | | 152.00 |
| 05/29/1997 | ATM Withdrawal | 100.00 | | 52.00 |
| 05/29/1997 | Salary  8903 | | 5,913.00 | 5,965.00 |
| 06/01/1997 | Check No  52630 | 2,000.00 | | 3,965.00 |
| 06/03/1997 | ATM Withdrawal | 100.00 | | 3,865.00 |
| 06/06/1997 | ATM Withdrawal | 200.00 | | 3,665.00 |
| 06/11/1997 | ATM Withdrawal | 100.00 | | 3,565.00 |
| 06/15/1997 | ATM Withdrawal | 200.00 | | 3,365.00 |
| 06/20/1997 | ATM Withdrawal | 1,000.00 | | 2,365.00 |
| 06/22/1997 | ATM Withdrawal | 1,000.00 | | 1,365.00 |
| 06/22/1997 | ATM Withdrawal | 1,300.00 | | 65.00 |
| 06/30/1997 | Salary  8903 | | 5,913.00 | 5,978.00 |
| 07/01/1997 | Q/M  5882958/ 970101 | 2,900.00 | | 3,078.00 |
| 07/06/1997 | Check No 52631 | 1,000.00 | | 2,078.00 |
| 07/27/1997 | ATM Withdrawal | 300.00 | | 1,778.00 |
| 07/28/1997 | ATM Withdrawal | 200.00 | | 1,578.00 |
| 07/30/1997 | Salary  8903 | | 5,913.00 | 7,491.00 |
| 07/30/1997 | ATM Withdrawal | 500.00 | | 6,991.00 |
| 08/01/1997 | Q/M  5882958/ 970101 | 2,900.00 | | 4,091.00 |
| 08/03/1997 | ATM Withdrawal | 200.00 | | 3,891.00 |
| 08/05/1997 | ATM Withdrawal | 500.00 | | 3,391.00 |
| | Balance brought forward | 56,000.00 | 59,391.00 | 3,391.00 |

as we receive a claim from your side within 15 days this statement will be considered correct.
ENOTES DEBIT BALANCE.
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
D.E.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003368t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUN**



(Same language in Arabic)

ibai Islamic Bank
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 3 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. | (Same language in Arabic) | | |
|---|---|---|---|---|---|
| Al Fujairah | | 01 5882958 520 06 | | Fayez Rashid Ahmed Hassan Al-Qadi | |
| CURRENCY | (Same language in Arabic) | From: 01/01/1997 | (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 | |
| U.A.E. Dirham | | To: 12/31/1997 | | | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 56,000.00 | 59,391.00 | 3,391.00 |
| 08/15/1997 | ATM withdrawal | 2,000.00 | | 1,391.00 |
| 08/17/1997 | S/O 5364205 | 150.00 | | 1,241.00 |
| 08/17/1997 | ATM withdrawal | 1,000.00 | | 241.00 |
| 08/17/1997 | ATM withdrawal | 200.00 | | 41.00 |
| 08/31/1997 | Salary 8903 | | 5,913.00 | 5,954.00 |
| 09/01/1997 | Q/M 5882958/ 970101 | 2,900.00 | | 3,054.00 |
| 09/02/1997 | S/O 5364205 | 150.00 | | 2,904.00 |
| 09/04/1997 | ATM withdrawal | 1,000.00 | | 1,904.00 |
| 09/07/1997 | ATM withdrawal | 200.00 | | 1,704.00 |
| 09/08/1997 | ATM withdrawal | 500.00 | | 1,204.00 |
| 09/11/1997 | ATM withdrawal | 200.00 | | 1,004.00 |
| 09/15/1997 | ATM withdrawal | 200.00 | | 804.00 |
| 09/20/1997 | ATM withdrawal | 200.00 | | 604.00 |
| 09/22/1997 | ATM withdrawal | 200.00 | | 404.00 |
| 09/25/1997 | ATM withdrawal | 100.00 | | 304.00 |
| 09/28/1997 | ATM withdrawal | 100.00 | | 204.00 |
| 09/30/1997 | Salary 8903 | | 5,913.00 | 6,117.00 |
| 09/30/1997 | ATM withdrawal | 300.00 | | 5,817.00 |
| 09/30/1997 | ATM withdrawal | 2,000.00 | | 3,817.00 |
| 10/01/1997 | Q/M  5882958/ 970101 | 2,900.00 | | 917.00 |
| 10/02/1997 | S/O 5364205 | 150.00 | | 767.00 |
| 10/02/1997 | ATM withdrawal | 700.00 | | 67.00 |
| 10/30/1997 | Salary 8903 | | 5,913.00 | 5,980.00 |
| 11/02/1997 | S/O 5364205 | 150.00 | | 5,830.00 |
| 11/02/1997 | ATM withdrawal | 3,000.00 | | 2,830.00 |
| 11/09/1997 | ATM withdrawal | 300.00 | | 2,530.00 |
| 11/20/1997 | ATM withdrawal | 200.00 | | 2,330.00 |
| 11/21/1997 | ATM withdrawal | 500.00 | | 1,830.00 |
| 11/22/1997 | ATM withdrawal | 200.00 | | 1,630.00 |
| | Balance brought forward | 75,500.00 | 77,130.00 | 1,630.00 |

as we receive a claim from your side within 15 days this statement will be considered correct.
NOTES DEBIT BALANCE.
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003369t



(Same language in Arabic)
STATEMENT OF CURRENT ACCO(Same language in Arabic)

ubai Islamic Bank
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 4 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. | (Same language in Arabic) | |
|---|---|---|---|---|
| | Al Fujairah | 01 5882958 520 06 | | Fayez Rashid Ahmed Hassan Al-Qadi |
| CURRENCY | (Same language in Arabic) | From: 01/01/1997 | (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 |
| | AED | To: 12/31/1997 | | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 75,500.00 | 77,130.00 | 1,630.00 |
| 11/24/199[illegible] | ATM withdrawal | 100.00 | | 1,530.00 |
| 11/25/199[illegible] | ATM withdrawal | 700.00 | | 830.00 |
| 11/26/199[illegible] | ATM withdrawal | 500.00 | | 330.00 |
| 11/29/199[illegible] | ATM withdrawal | 300.00 | | 30.00 |
| 11/30/199[illegible] | Salary 8903 | | 6,138.59 | 6,168.59 |
| 12/02/199[illegible] | S/O 5364205 | 150.00 | | 6,018.59 |
| 12/04/199[illegible] | ATM withdrawal | 2,000.00 | | 4,018.59 |
| 12/10/199[illegible] | ATM withdrawal | 300.00 | | 3,718.59 |
| 12/11/199[illegible] | ATM withdrawal | 200.00 | | 3,518.59 |
| 12/11/199[illegible] | ATM withdrawal | 500.00 | | 3,018.59 |
| 12/14/1997 | ATM withdrawal | 500.00 | | 2,518.59 |
| 12/30/1997 | Salary 8903 | | 6,057.00 | 8,575.59 |
| | Final balance | 80,750.00 | 89,325.59 | 8,575.59 |

as we receive a claim from your side within 15 days this statement will be considered correct.
[illegible] NOTES DEBIT BALANCE.
[PLEA]SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
O.E.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003370t



(Same language in Arabic)

Dubai Islamic Bank

(Same language in Arabic)

## STATEMENT OF ACCOUNT

BRANCH : FUJAIRAH BRANCH

| | |
|---|---|
| Fayez Rashid Ahmed Hassan Al-Qadi | ACCOUNT NO : 06520588295801 |
| Khor Fakkan, P.O. BOX 10033 | CURRENCY : U.A.E. DIRHAM |
| | STATEMENT DATE : 11/17/2015 |
| | FROM : 01011998  TO  12311998 |

| Trans Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| | Opening Balance | - | - | 8,575.59 |
| 01/02/1998 | S/O 5364205 | 150.00 | 0.00 | 8,425.59 |
| 01/04/1998 | ATM-WITHDRAWAL | 7,000.00 | 0.00 | 1,425.59 |
| 01/25/1998 | 8903 Salary | 0.00 | 6,057.00 | 7,482.59 |
| 01/29/1998 | ATM-WITHDRAWAL | 1,400.00 | 0.00 | 6,082.59 |
| 02/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,932.59 |
| 02/11/1998 | ATM-WITHDRAWAL | 1,600.00 | 0.00 | 4,332.59 |
| 02/15/1998 | ATM-WITHDRAWAL | 300.00 | 0.00 | 4,032.59 |
| 02/18/1998 | ATM-WITHDRAWAL | 1,000.00 | 0.00 | 3,032.59 |
| 02/21/1998 | ATM-WITHDRAWAL | 3,000.00 | 0.00 | 32.59 |
| 02/28/1998 | 8903 Salary | 0.00 | 6,057.00 | 6,089.59 |
| 03/02/1998 | ATM-WITHDRAWAL | 6,000.00 | 0.00 | 89.59 |
| 03/02/1998 | REV ATM DEBIT 1.3.98 | 0.00 | 6,000.00 | 6,089.59 |
| 03/02/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 5,589.59 |
| 03/02/1998 | 785878W | 5,500.00 | 0.00 | 89.59 |
| 03/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 6,146.59 |
| 04/01/1998 | S/O 5364205 | 150.00 | 0.00 | 5,996.59 |
| 04/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,846.59 |
| 04/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 11,903.59 |
| 05/02/1998 | S/O 5364205 | 150.00 | 0.00 | 11,753.59 |
| 05/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 17,810.59 |
| 06/02/1998 | S/O 5364205 | 150.00 | 0.00 | 17,660.59 |
| 06/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 23,717.59 |
| 07/02/1998 | S/O 5364205 | 150.00 | 0.00 | 23,567.59 |
| 07/11/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 23,067.59 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* ( - ) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O.E.

(Same language in Arabic)

Head Office : Tel : 2953000, Fax :2954111, Tlx :45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

Page 1 of 4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003536t



(Same language in Arabic)

Dubai Islamic Bank

(Same language in Arabic)
**STATEMENT OF ACCOUNT**

| BRANCH : | FUJAIRAH BRANCH |
|---|---|

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. BOX 10033

| ACCOUNT NO | : | 06520588295801 |
| CURRENCY | : | U.A.E. DIRHAM |
| STATEMENT DATE : | | 11/17/2015 |
| FROM | : | 01011998   TO   12311998 |

| Trans Date | Particulars | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 07/13/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 22,567.59 |
| 07/16/1998 | ATM-WITHDRAWAL | 7,000.00 | 0.00 | 15,567.59 |
| 07/20/1998 | ATM-WITHDRAWAL | 7,000.00 | 0.00 | 8,567.59 |
| 07/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 14,624.59 |
| 08/02/1998 | S/O 5364205 | 150.00 | 0.00 | 14,474.59 |
| 08/03/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 14,170.59 |
| 08/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 13,166.59 |
| 08/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 12,162.59 |
| 08/08/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 11,158.59 |
| 08/10/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 10,854.59 |
| 08/10/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 9,850.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 8,846.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 8,342.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 7,338.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,334.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 5,330.59 |
| 08/13/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 4,326.59 |
| 08/17/1998 | ATM-WITHDRAWAL | 2,000.00 | 0.00 | 2,326.59 |
| 08/18/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 2,022.59 |
| 08/22/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 1,018.59 |
| 08/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 7,075.59 |
| 09/01/1998 | SWITCH FEES | 1.00 | 0.00 | 7,074.59 |
| 09/01/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,070.59 |
| 09/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,920.59 |
| 09/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 4,916.59 |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- ( – ) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E. & O.E.

(Same language in Arabic)

Head Office: Tel: 2953000, Fax 2954111, Tlx 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

Page 2 of 4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003537t



(Same language in Arabic)

Dubai Islamic Bank

(Same language in Arabic)

## STATEMENT OF ACCOUNT

| | |
|---|---|
| BRANCH : | FUJAIRAH BRANCH |

| | | |
|---|---|---|
| Fayez Rashid Ahmed Hassan Al-Qadi | ACCOUNT NO : | 06520588295801 |
| | CURRENCY : | U.A.E. DIRHAM |
| Khor Fakkan, P.O. BOX 10033 | STATEMENT DATE : | 11/17/2015 |
| | FROM : 01011998 | TO 12311998 |

| Trans Date (Same language in Arabic) | Particulars (Same language in Arabic) | Debit (Same language in Arabic) | Credit (Same language in Arabic) | Balance (Same language in Arabic) |
|---|---|---|---|---|
| 09/03/1998 | ATM-WITHDRAWAL | 804.00 | 0.00 | 4,112.59 |
| 09/07/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 3,108.59 |
| 09/14/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 2,604.59 |
| 09/18/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 2,000.59 |
| 09/25/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 1,496.59 |
| 09/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 7,553.59 |
| 10/01/1998 | ATM-WITHDRAWAL | 104.00 | 0.00 | 7,449.59 |
| 10/01/1998 | SWITCH FEES | 1.00 | 0.00 | 7,448.59 |
| 10/02/1998 | S/O 5364205 | 150.00 | 0.00 | 7,298.59 |
| 10/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,294.59 |
| 10/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 5,290.59 |
| 10/05/1998 | 98010236/5882958 [illegible abbreviation] | 1,745.00 | 0.00 | 3,545.59 |
| 10/06/1998 | ATM-WITHDRAWAL | 1,000.00 | 0.00 | 2,545.59 |
| 10/19/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 1,541.59 |
| 10/25/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 1,037.59 |
| 10/25/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 537.59 |
| 10/28/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 33.59 |
| 10/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 6,090.59 |
| 11/01/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 5,586.59 |
| 11/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,436.59 |
| 11/02/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 5,132.59 |
| 11/02/1998 | ATM-WITHDRAWAL | 104.00 | 0.00 | 5,028.59 |
| 11/04/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 4,424.59 |
| 11/05/1998 | 98010236/5882958 [illegible abbreviation] | 1,860.00 | 0.00 | 2,564.59 |
| 11/13/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 2,260.59 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (—) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O.E.

(Same language in Arabic)

Head Office : Tel. :2953000, Fax :2954111, Tlx :45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

Page 3 of 4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003538t



(Same language in Arabic)

Dubai Islamic Bank

(Same language in Arabic)
STATEMENT OF ACCOUNT

BRANCH : FUJAIRAH BRANCH

| | |
|---|---|
| Fayez Rashid Ahmed Hassan Al-Qadi | ACCOUNT NO : 06520588295801 |
| Khor Fakkan, P.O. BOX 10033 | CURRENCY : U.A.E. DIRHAM |
| | STATEMENT DATE : 11/17/2015 |
| | FROM : 01011998   TO   12311998 |

| Trans Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| 11/18/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 1,656.59 |
| 11/26/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 1,052.59 |
| 11/30/1998 | 8903 Salary | 0.00 | 6,785.92 | 7,838.51 |
| 12/02/1998 | S/O 5364205 | 150.00 | 0.00 | 7,688.51 |
| 12/02/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,684.51 |
| 12/02/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 5,680.51 |
| 12/05/1998 | 98010236/5882958 [illegible abbreviation] | 1,860.00 | 0.00 | 3,820.51 |
| 12/12/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 3,320.51 |
| 12/19/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 2,316.51 |
| 12/19/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 1,312.51 |
| 12/25/1998 | ATM-WITHDRAWAL | 300.00 | 0.00 | 1,012.51 |
| 12/27/1998 | CHECK DEPOSIT | 0.00 | 10,000.00 | 11,012.51 |
| 12/27/1998 | ATM-WITHDRAWAL | 7,000.00 | 0.00 | 4,012.51 |
| 12/30/1998 | 8903 Salary | 0.00 | 6,301.00 | 10,313.51 |
| | Total Debit & Total Credit | 87,919.00 | 89,656.92 | |
| | Final Balance | | | 10,313.51 |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- ( – ) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E.& O.E.

Head Office : Tel. 2953000, Fax 2954111, Tlx 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

(Same language in Arabic)

Page 4 of 4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003539t



**STATEMENT OF CURRENT ACCOUN** (Same language in Arabic)

Dubai Islamic Bank (Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) | | |
|---|---|---|
| 1 | | |

| BRANCH (Same language in Arabic) | ACCOUNT NO. (Same language in Arabic) | |
|---|---|---|
| Al Fujairah | 01 5882958 520 06 | Fayez Rashid Ahmed Hassan Al-Qadi |
| CURRENCY (Same language in Arabic) | From: 01/01/1999  (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 |
| AED | To: 12/31/1999 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 10,313.51 |
| 01/02/1999 | S/O 5364205 | 150.00 | | 10,163.51 |
| 01/05/1999 | Q/M 5882958/980102 | 1,860.00 | | 8,303.51 |
| 01/06/1999 | ATM withdrawal | 4,000.00 | | 4,303.51 |
| 01/07/1999 | ATM withdrawal | 1,004.00 | | 3,299.51 |
| 01/23/1999 | ATM withdrawal | 1,000.00 | | 2,299.51 |
| 01/26/1999 | ATM withdrawal | 1,200.00 | | 1,099.51 |
| 01/30/1999 | ATM withdrawal | 500.00 | | 599.51 |
| 01/31/1999 | Salary 8903 | | 6,301.00 | 6,900.51 |
| 02/01/1999 | Loan 2093 Check | 1,000.00 | | 5,900.51 |
| 02/02/1999 | S/O 5364205 | 150.00 | | 5,750.51 |
| 02/02/1999 | ATM withdrawal | 700.00 | | 5,050.51 |
| 02/02/1999 | ATM withdrawal | 4,000.00 | | 1,050.51 |
| 02/03/1999 | Cash deposit | | 3,500.00 | 4,550.51 |
| 02/05/1999 | Q/M 5882958/980102 | 1,860.00 | | 2,690.51 |
| 02/07/1999 | ATM withdrawal | 600.00 | | 2,090.51 |
| 02/11/1999 | ATM withdrawal | 500.00 | | 1,590.51 |
| 02/20/1999 | ATM withdrawal | 500.00 | | 1,090.51 |
| 02/22/1999 | ATM withdrawal | 500.00 | | 590.51 |
| 02/28/1999 | SALARY REFUND | 8,497.00 | | -7,906.49 |
| 02/28/1999 | Salary 8903 | | 8,497.00 | 590.51 |
| 03/01/1999 | Loan 2093 Check | 1,000.00 | | -409.49 |
| 03/01/1999 | Loan 2093 Check | | 1,000.00 | 590.51 |
| 03/01/1999 | S/O 5364205 | 150.00 | | 440.51 |
| 03/01/1999 | S/O 5364205 | 150.00 | | 290.51 |
| 03/02/1999 | S/O 5364205 | 150.00 | | 140.51 |
| 03/05/1999 | Q/M 5882958/980102 | 130.00 | | 10.51 |
| 03/22/1999 | Salary 8903 | | 6,841.00 | 6,851.51 |
| 03/23/1999 | Q/M 5882958/980102 | 1,730.00 | | 5,121.51 |
| 04/01/1999 | Switch fees | 1.00 | | 5,120.51 |
| | Balance brought forward | 31,332.00 | 26,139.00 | 5,120.51 |

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003375t



STATEMENT OF CURRENT ACCOUN  (Same language in Arabic)

ibai Islamic Bank
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 2 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. | (Same language in Arabic) |
|---|---|---|---|
| | Al Fujairah | | 01 5882958 520 06 |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| CURRENCY | (Same language in Arabic) | From: 01/01/1999 | (Same language in Arabic) |
|---|---|---|---|
| | AED | To: 12/31/1999 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 31,332.00 | 26,139.00 | 5,120.51 |
| 04/01/1999 | ATM withdrawal | 2,000.00 | | 3,120.51 |
| 04/04/1999 | ATM withdrawal | 1,000.00 | | 2,120.51 |
| 04/05/1999 | Q/M 5882958/980102 | 1,860.00 | | 260.51 |
| 04/23/1999 | ATM withdrawal | 200.00 | | 60.51 |
| 04/29/1999 | Salary 8903 | | 6,841.00 | 6,901.51 |
| 04/29/1999 | SALARY REFUND | 6,841.00 | | 60.51 |
| 05/01/1999 | Switch fees | 1.00 | | 59.51 |
| 05/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,800.49 |
| 05/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 59.51 |
| 05/06/1999 | Fees: 9801023 | 20.00 | | 39.51 |
| 05/31/1999 | SALARY REFUND | 2,627.16 | | -2,587.65 |
| 05/31/1999 | Salary 8903 | | 2,627.16 | 39.51 |
| 06/01/1999 | Switch fees | 4.00 | | 35.51 |
| 06/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,824.49 |
| 06/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 35.51 |
| 06/06/1999 | Fees 9801023 | 20.00 | | 15.51 |
| 06/30/1999 | SALARY REFUND | 6,074.66 | | -6,059.15 |
| 06/30/1999 | Salary 8903 | | 6,074.66 | 15.51 |
| 07/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,844.49 |
| 07/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 15.51 |
| 07/06/1999 | Fees: 9801023 | 15.51 | | 0.00 |
| 08/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,860.00 |
| 08/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 0.00 |
| 08/05/1999 | A.Sh. 27245 | | 2,080.00 | 2,080.00 |
| 08/06/1999 | Q/M 5882958/980102 | 1,860.00 | | 220.00 |
| 08/06/1999 | Q/M 5882958/980102 | 210.00 | | 10.00 |
| 08/06/1999 | Fees: 9801023 | 10.00 | | 0.00 |
| 09/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,860.00 |
| 09/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 0.00 |
| | | 63,375.33 | | 0.00 |
| | Balance brought forward | | 53,061.82 | |

as we receive a claim from your side within 15 days this statement will be considered correct.
ENOTES DEBIT BALANCE.
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003376t



(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUNT**

(Same language in Arabic)
ai Islamic Bank
(Same language in Arabic)
holding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 3 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. | (Same language in Arabic) | |
|---|---|---|---|---|
| Al Fujairah | | 01 5882958 520 06 | | Fayez Rashid Ahmed Hassan Al-Qadi |
| CURRENCY | (Same language in Arabic) | From: 01/01/1999 | (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 |
| AED | | To: 12/31/1999 | | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 63,375.33 | 53,061.82 | 0.00 |
| 10/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,860.00 |
| 10/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 0.00 |
| 10/07/1999 | A.Sh. 32103 | | 2,080.00 | 2,080.00 |
| 10/08/1999 | Q/M 5882958/980102 | 1,650.00 | | 430.00 |
| 10/08/1999 | Q/M 5882958/980102 | 420.00 | | 10.00 |
| 11/04/1999 | A.Sh. 34892 | | 2,080.00 | 2,090.00 |
| 11/08/1999 | ATM withdrawal | 2,000.00 | | 90.00 |
| | Final Balance: | 69,305.33 | 59,081.82 | 90.00 |

as we receive a claim from your side within 15 days this statement will be considered correct.
ENOTES DEBIT BALANCE.
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003377t



(Same language in Arabic)
STATEMENT OF CURRENT ACCOU[NT]

(Same language in Arabic)

**Dubai Islamic Bank**
(Same language in Arabic)
ublic Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) | ACCOUNT NO. | (Same language in Arabic) | | |
|---|---|---|---|---|---|
| | Al Fujairah | 01 5882958 520 06 | | Fayez Rashid Ahmed Hassan Al-Qadi | |
| CURRENCY | (Same language in Arabic) | From: 01/01/2000 | (Same language in Arabic) | Khor Fakkan, P.O. Box: 10033 | |
| | AED | To: 12/31/2000 | | | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 90.00 |
| 01/12/20[illegible] | A.Sh. 40185 | | 2,080.00 | 2,170.00 |
| 01/15/20[illegible] | ATM withdrawal | 2,100.00 | | 70.00 |
| 04/02/20[illegible] | Switch charges | 2.00 | | 68.00 |
| 07/31/20[illegible] | Transferred from 569079 | | 4,000.00 | 4,068.00 |
| 07/31/20[illegible] | ATM withdrawal | 4,000.00 | | 68.00 |
| | Final Balance: | 6,102.00 | 6,080.00 | 68.00 |

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003379t



# CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_003536 – DIB_003539

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**
*Lucinda Wills*                                 March 5, 2019

Consortra Translations
www.consortra.com

Your legal translation partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



# CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_003367 – DIB_003370

**Source Language:** Arabic        **Translated to:** English

**TRANSLATOR STATEMENT**

I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:** *Lucinda Wills*        **Date:** March 5, 2019

Consortra Translations
www.consortra.com

Your legal translation partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



# CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_003375 – DIB_003377

**Source Language:** Arabic        **Translated to:** English

**TRANSLATOR STATEMENT**

I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**         **Date:**
*Lucinda Wills*                      March 5, 2019

Consortra Translations
www.consortra.com

Your legal translation partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



# CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_003378

**Source Language:** Arabic     **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**     **Date:**
*Lucinda Wills*                   March 5, 2019

Your legal translation partner

Consortra Translations
www.consortra.com

New York, NY  |  Washington, DC  |  Houston, TX  |  San Francisco, CA
Hong Kong



## CERTIFICATE OF TRANSLATION

**Title of Source Document:** DIB_003379

**Source Language:** Arabic

**Translated to:** English

**TRANSLATOR STATEMENT**

I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**

20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:** *Lucinda Wills*

**Date:** March 5, 2019

Consortra Translations
www.consortra.com

Your legal translation partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong