EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks of September 11, 2001 | **CERTIFICATE OF MAILING**<br><br>Case No.: 03-MDL-1570 (GBD) (SN)<br>02-cv-6977 (GBD) (SN)<br>18-cv-8297 (GBD) (SN) |

I hereby certify under the penalties of perjury that on the 22nd day of June, 2020, I served:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

☒  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

One (1) copy of the Notice of Suit, Summons, Complaint ECF notification, Complaint, Complaint Appendix, Civil Cover Sheet ECF notification, Civil Cover Sheet, Related Case Statement ECF notification and Related Case Statement (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Registered Mail # RB596281405US .

Dated: New York, New York
June 22, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/Shanee Mcleod
Deputy Clerk

**UNITED STATES POSTAL SERVICE**

**USPS Customs Declaration and Dispatch Note**

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

USPS-USE ONLY: Place barcode label here.

**SENDER'S INFORMATION**

- Full Last Name: Benett
- Full First Name: Megan
- Business Name: Kreindler & Kreindler
- Sender's Telephone: 2126878181
- Address-1: 750 Third Ave, 32FL
- City: New York
- State: NY
- ZIP Code: 10017
- Sender's Email Address: mbenett@kreindler.com

**ADDRESSEE'S INFORMATION**

- Full Last Name: Zarif
- Full First Name: Mohammad Javad
- Business Name: Minister of Foreign Affairs
- Address-1: Imam Khomeini Street
- Address-2: Imam Khomeini Square
- City: Tehran
- Country: Iran

**SHIPMENT INFORMATION**

1. Category of Items: ☒ Document
2. Detailed Description of Contents:
   - Correspondence — Qty 1
   - Notice of suit — Qty 1
   - Summons — Qty 1
   - Complaint documents — Qty 1

22. Nondelivery Instructions: ☒ Return to Sender

23. Sender's Signature and Date: Megan Benett

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

1 – Customs Declaration

---

Registered No. RB596281405US
Postage $10.93
Registered Mail $16.00
Return Receipt (hardcopy) $4.15

Date Stamp: JUN 22 2020

FROM: Kreindler & Kreindler, Megan W. Benett, 750 Third Ave 32FL, New York, NY 10017

TO: Ministry of Foreign Affairs, Islamic Republic of Iran, Imam Khomeini St, Imam Khomeini Sq, Tehran, Iran

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051