UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to:*
*Betru, et al. v. Islamic Republic of Iran,* 18-CV-08297 (GBD)(SN)

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York (SDNY), do hereby certify that this action was commenced on September 12, 2018 and Plaintiffs' Complaint and Summons were served on Defendant the Islamic Republic of Iran (Iran), as follows:

Service was effectuated on Defendant Iran through diplomatic channels by the United States Department of State on May 30, 2021 when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1059-IE.  *See* Proof of Service, ECF No. 7425.

I further certify that the docket entries indicate that Defendant, the Islamic Republic of Iran, has not filed an answer or otherwise moved with respect to the Consolidated Master Complaint.  The default of the Defendant, the Islamic Republic of Iran, is hereby noted.

Dated:  December  6 , 2021
        New York, New York

RUBY J. KRAJICK
Clerk of the Court
By: _____
        Deputy Clerk