# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

December 7, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Plaintiffs who asserted claims against the Kingdom of Saudi Arabia pursuant to the Consolidated Amended Complaint at ECF No. 3463 (the "CAC Plaintiffs") have filed a Motion pursuant to Fed. R. Civ. P. 54(b) and this Court's inherent powers, requesting that the Court grant certain relief in light of the Second Circuit Court of Appeals' decisions in *Kaplan v. Lebanese Canadian Bank*, 999 F.3d 842 (2d Cir. 2021) and *Honickman v. BLOM Bank SAL*, 6 F.4th 487 (2d Cir. 2021). *See* ECF Nos. 7431-7432. The CAC Plaintiffs and Saudi Arabia have conferred, and respectfully request that the Court endorse the following briefing schedule for the motion:

1. The Kingdom of Saudi Arabia's Opposition to the CAC Plaintiffs' Motion will be filed on or before February 7, 2022; and

2. The CAC Plaintiffs' Reply in Support of their Motion will be filed on or before March 9, 2022.

Honorable Sarah Netburn
December 7, 2021
Page 2

_____

       The parties thank Your Honor in advance for the Court's consideration of this request.

Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By:  /s/ Sean P. Carter | By:  /s/ Robert T. Haefele |
| SEAN P. CARTER | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, PA 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter1@cozen.com | |
| *On behalf of the CAC Plaintiffs* | *On behalf of the CAC Plaintiffs* |

cc:    The Honorable George B. Daniels (via ECF)
        All MDL Counsel of Record (via ECF)

LEGAL\55426934\1