UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                              :

IN RE:
                              :        ORDER

TERRORIST ATTACKS ON             :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001
                              :
------------------------------------x

This document relates to:

    *Bauer, et al v. Al Qaeda Islamic*, 02 Civ. 07236 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Court finds that *Bauer, et al v. Al Qaeda Islamic*, 02 Civ. 07236 (GBD) is related to the above caption case. The Bauer action is to be consolidated with the MDL, *In re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN). The Court refers the Bauer action to Magistrate Judge Sarah Netburn in accordance with the referral order in the MDL.

Dated: December 07, 2021
       New York, New York

                                               SO ORDERED.

                                               GEORGE B. DANIELS
                                               United States District Judge