UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anaya et al

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:   18cv12341 (GBD)(SN)
            03MD1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 8th day of December 2021, I served:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Iran

☒   the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__  copy(ies) of the  Notice of Default Judgement prepared pursuant to 22 CFR § 93.2 and a copy of the Foreign Sovereign Immunities Act (28 U.S.C. §1602, et. seq.), Order of Partial Judgement as to liability and certain damages entered on October 5, 2021 ECF 70 (MDL ECF 7178) ("Default Judgement"), Affidavit of Translator (along with translations of the above documents in Farsi).

By FEDEX Standard Overnight 7753 9844 6100.

Dated:  New York, New York
        December 8, 2021

                                    RUBY J. KRAJICK
                                    CLERK OF COURT


                                    /s/JaVonn Ross

                                    DEPUTY CLERK