UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dillaber et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:   18cv3162 (GBD)(SN)
             03md1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 8th day of  December 2021,  I served:

Iranian Ministry of Information and Security

Pasdaran Avenue

Golestan Yekom

Tehran, Iran

☒   the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the  Notice of Judgments Pursuant to 22 CFR § 93.2, Order of Default Judgment for Liability, Order of Partial Final Judgment for Wrongful Death/Solatium Plaintiffs, Order of Partial Final Judgment for Personal Injury Damages, Clerk's Judgment, Instructions for Appealing Judgment, Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.), Affidavit of Translator (along with translations of the above documents in Farsi).

By FEDEX Priority Overnight 2869 6603 4306.

Dated:  New York, New York
        December 8, 2021

                                        RUBY J. KRAJICK
                                        CLERK OF COURT


                                        /s/JaVonn Ross

                                        DEPUTY CLERK