UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dillaber et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  18cv3162 (GBD)(SN)
         03md1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 8th day of December 2021, I served:

Islamic Republic of Iran
Ministry of Foreign Affairs
Imam Khomeini Street
United Nations Street
Tehran, Iran

☒     the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Notice of Judgments Pursuant to 22 CFR § 93.2, Order of Default Judgment for Liability, Order of Partial Final Judgment for Wrongful Death/Solatium Plaintiffs, Order of Partial Final Judgment for Personal Injury Damages, Clerk's Judgment, Instructions for Appealing Judgment, Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.), Affidavit of Translator (along with translations of the above documents in Farsi).

By FEDEX Priority Overnight 2869 6592 5354.

Dated:  New York, New York
        December 8, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK