UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-6977
    York, et al. v. Al Qaeda Islamic Army, et al., No. 03-cv-5493

The Court has received several filings related to York, et al. v. Al Qaeda Islamic Army, et al., No. 03-cv-5493. See ECF Nos. 7409–12, 7414, 7416. York, however, was voluntarily dismissed by the plaintiffs on March 22, 2004, because it was "duplicative" of claims in the third and forth complaints filed in Ashton. ECF No. 66. The case was terminated in 2004, and prior to the most recent amendments, there had been no activity on its docket for approximately 16 years.

Accordingly, if plaintiffs believe there is reason to resume activity in York, they may file a motion detailing the grounds for its continued viability. Otherwise, amendments and other activity should be docketed to the general MDL docket, No. 03-md-1570 and, as necessary, the appropriate active individual case (e.g., Ashton).

SO ORDERED.

DATED:    New York, New York
             December 8, 2021

_____
SARAH NETBURN
United States Magistrate Judge