<s>Case 1:03-md-01570-GBD-SN   Document 7443   Filed 12/10/21   Page 1 of 1</s>



KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

December 10, 2021

<u>Via ECF/CM</u>
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

     Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    We write on behalf of the *Ashton* plaintiffs in response to the letter, ECF No. 7433, submitted by the CAC plaintiffs concerning the briefing schedule for the motion filed by the CAC plaintiffs, ECF Nos. 7431, 7432.

    The Ashton plaintiffs had extensive conversations with the CAC plaintiffs concerning the motion but were not a party to the discussions regarding the proposed motion schedule as set forth in the letter.

    The issues raised in the motion filed by the CAC plaintiffs affect the claims of all plaintiffs. The *Ashton* plaintiffs plan to file a submission to the Court regarding the motion and our concerns about the proposed schedule. We believe that this submission will promote the just and efficient handling of the case, and respectfully request that the Court allow us until Friday, December 17, 2021 to file our submission.

                          Respectfully,

                          /s/ Steven R. Pounian
                          Steven R. Pounian, Esq.
                          James P. Kreindler, Esq.
                          Andrew J. Maloney, III, Esq.
                          Megan W. Benett, Esq.
                          James Gavin Simpson, Esq.
                          KREINDLER & KREINDLER LLP
                          485 Lexington Avenue
                          New York, New York 10017
                          Tel.: 212-687-8181
                          Email: spounian@kreindler.com

<s>New York        Boston        Los Angeles