UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cloud et al.

        Plaintiffs,

v.

Islamic Republic of Iran

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 20-cv-416 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 9th day of December 2021, I served:

Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Foreign Affairs Ministry, MFA Building
Imam Khomeini Street, Imam Khomeini Square
Tehran, Iran

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

One (1) copy of the copy of the October 5th, 2021 Order Entering Default Judgment, Notice of Default Judgment, Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translations of the above documents)

USPS REGISTERED RH003177231US

Dated:  New York, New York
          December 09, 2021

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/JaVonn Ross
                                      Deputy Clerk