USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2021

KREINDLER LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, N
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.c

December 10, 2021

Via ECF/CM
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

We write on behalf of the *Ashton* plaintiffs in response to the letter, ECF No. 7433, submitted by the CAC plaintiffs concerning the briefing schedule for the motion filed by the CAC plaintiffs, ECF Nos. 7431, 7432.

The Ashton plaintiffs had extensive conversations with the CAC plaintiffs concerning the motion but were not a party to the discussions regarding the proposed motion schedule as set forth in the letter.

The issues raised in the motion filed by the CAC plaintiffs affect the claims of all plaintiffs. The *Ashton* plaintiffs plan to file a submission to the Court regarding the motion and our concerns about the proposed schedule. We believe that this submission will promote the just and efficient handling of the case, and respectfully request that the Court allow us until Friday, December 17, 2021 to file our submission.

The Ashton plaintiffs' request is GRANTED in part. The Ashton plaintiffs, Consolidated Amended Complaint plaintiffs, and the Kingdom of Saudi Arabia are ordered to meet-and-confer and to submit a joint letter by December 17, 2021, proposing a briefing schedule for the Rule 54(b) motion or identifying any disputes between these parties.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: December 10, 2021
New York, New York