USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____12/13/2021____

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

December 10, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Plaintiffs with claims against defendant Al Rajhi Bank ("Plaintiffs") and Al Rajhi Bank ("ARB") write in accordance with the Court's Order at ECF No. 7378, to jointly update the Court concerning their meet-and-confer discussions pursuant to that Order.

On December 6, 2021, counsel for Plaintiffs and counsel for ARB held a lengthy meet-and-confer discussion by telephone. During the call, the parties walked through each of the document requests as to which the Court granted discovery, to discuss their respective approaches to discovery on those issues and proposals for production of documents responsive to those requests. ARB identified certain categories of documents and repositories it proposed to include in its searches. Plaintiffs agreed to consider ARB's proposals and, in turn, asked ARB to provide further information concerning the locations where documents and responsive information may be located, and the steps that would be necessary to retrieve responsive documents or information from those repositories.

The parties continue to meet-and-confer, and have set their next call for December 13, 2021, at 10:00 a.m. The parties believe that progress is being made, but anticipate that one or more additional calls will be necessary before they are in a position to make specific proposals to the Court. Plaintiffs and ARB therefore jointly propose that they provide the Court with a further update on or before December 20, 2021.

Honorable Sarah Netburn
December 10, 2021
Page 2

_____

        Respectfully submitted,

        COZEN O'CONNOR

        By: __/s/ Sean P. Carter__
        SEAN P. CARTER
        COZEN O'CONNOR
        One Liberty Place
        1650 Market Street, Suite 2800
        Philadelphia, PA 19103
        Tel.: (215) 665-2105
        Email: scarter1@cozen.com

        *On behalf of the MDL 1570 Plaintiffs' Exec. Committees*

cc:    All MDL Counsel of Record (via ECF)

---

The Parties' request is granted. They shall submit a further status letter by December 20, 2021. The Parties are also reminded that jurisdictional discovery against ARB is set to close on December 17, 2021. See ECF No. 6740. That deadline is now extended to December 20, 2021. The Parties' submission on that date should include a proposal for a suitable extension to cover the rest of the discovery process.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 13, 2021
       New York, New York

LEGAL\55478003\1