UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Accardi, et al.<br><br>-v-<br><br>Islamic Republic of Iran | **CERTIFICATE OF MAILING**<br><br>Case No.:  21cv6247 (GBD)(SN)<br>          03md1570 (GBD)(SDN) |

I hereby certify under the penalties of perjury that on the 24th day of August 2021, I served:

Islamic Republic of Iran
c/o Mohammad Javad Zarif
Ministry of Foreign Affairs of Iran
Imam Khomeini Street, Imam Khomeini Sq.
Tehran, Iran

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the  Notice of Suit prepared in accordance with 22 CFR §93.2 with a copy of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed July 22, 2021, Related Case Statement, Entry of Appearance, Affidavit of Translator (along with Persian-Farsi translations of each document)

by USPS Registered Mail RH003034555US

Dated:  New York, New York
        August 24, 2021

                                                                  RUBY J. KRAJICK
                                                                  CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK