UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned actions, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaints, as amended:

**As to 9/11 Decedent's Name Correction:**

| | Case Number | 9/11 Decedent's Full Name as Pled | 9/11 Decedent's Full Name as Amended |
|---|---|---|---|
| 1. | 1:19-cv-11865 | Luke Girard Nee | Luke Gerard Nee |
| 2. | 1:19-cv-11776 | Luke Girard Nee | Luke Gerard Nee |

Dated: New York, New York
            _____, 2021

                                                                    _____
                                                                                                    J.

docs-100423700.1