# EXHIBIT A

**Ex. A-1**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Janice | Juloise | Brown | Justin | Kendel | Johnson | | Child | $8,500,000.00 |
| 2. | Peter | Joseph | Carroll | Nicole | Marie | Mayer | | Child | $8,500,000.00 |
| 3. | Peter | Joseph | Carroll | Pete | Joseph | Carroll | | Child | $8,500,000.00 |
| 4. | Peter | Joseph | Carroll | Christopher | Brian | Carroll | | Child | $8,500,000.00 |
| 5. | Peter | Joseph | Carroll | Michael | Joseph | Carroll | | Child | $8,500,000.00 |
| 6. | Peter | Joseph | Carroll | Kevin | Michael | Carroll | | Sibling | $4,250,000.00 |
| 7. | Peter | Joseph | Carroll | Patricia | Ann | D'Agata | | Sibling | $4,250,000.00 |
| 8. | Alexander | Anthony | Centro | Alexander | | Centro | | Child | $8,500,000.00 |
| 9. | Alexander | Anthony | Centro | Brieann | Talia | Centro | | Child | $8,500,000.00 |
| 10. | Alexander | Anthony | Centro | Craig | Joseph | Centro | | Child | $8,500,000.00 |
| 11. | Alexander | Anthony | Centro | Italia | | Centro | | Parent (Deceased) | $8,500,000.00 |
| 12. | Nicholas | Paul | Chiofalo | Anthony | B. | Chiofalo | | Sibling | $4,250,000.00 |
| 13. | Nicholas | Paul | Chiofalo | Donna | Marie | Chiofalo | | Sibling | $4,250,000.00 |
| 14. | Nicholas | Paul | Chiofalo | Annette | Chiofalo | Melillo | | Sibling | $4,250,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Nicholas | Paul | Chiofalo | Rosemarie | Chiofalo | Maggiore | | Parent | $8,500,000.00 |
| 16. | John | Gerard | Coughlin | George | Joseph | Coughlin | | Sibling | $4,250,000.00 |
| 17. | John | Gerard | Coughlin | Mary | Elizabeth | Coughlin | | Parent (Deceased) | $8,500,000.00 |
| 18. | John | | D'Allara | Carol | Lynn | D'Allara | | Spouse | $12,500,000.00 |
| 19. | John | | D'Allara | Helen | | D'Allara | | Parent (Deceased) | $8,500,000.00 |
| 20. | John | | D'Allara | Nicholas | Michael | D'Allara | | Child | $8,500,000.00 |
| 21. | John | | D'Allara | John | | D'Allara | Sr. | Parent (Deceased) | $8,500,000.00 |
| 22. | John | | D'Allara | John | Joseph | D'Allara | | Child | $8,500,000.00 |
| 23. | Kevin | Christopher | Dowdell | RoseEllen | | Dowdell | | Spouse | $12,500,000.00 |
| 24. | Kevin | Christopher | Dowdell | Patrick | Kevin | Dowdell | | Child | $8,500,000.00 |
| 25. | Kevin | Christopher | Dowdell | James | Michael | Dowdell | | Child | $8,500,000.00 |
| 26. | Dean | Phillip | Eberling | Amy | Louise | Eberling | | Spouse | $12,500,000.00 |
| 27. | Dean | Phillip | Eberling | Corinne | Elizabeth | Ardente | | Child | $8,500,000.00 |
| 28. | Dean | Phillip | Eberling | Lauren | Ashley | Eberling | | Child | $8,500,000.00 |
| 29. | Christopher | Samuel | Epps | Beverly | Diana | Epps | | Sibling | $4,250,000.00 |

docs-100418637.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Christopher | Samuel | Epps | Debra | Jaunita | Epps | | Sibling | $4,250,000.00 |
| 31. | Christopher | Samuel | Epps | Valerie | LaWanna | Epps Kendall | | Sibling | $4,250,000.00 |
| 32. | Christopher | Samuel | Epps | Chundera | Marie | Epps | | Sibling | $4,250,000.00 |
| 33. | Christopher | Samuel | Epps | Robert | Lee | Epps | | Sibling | $4,250,000.00 |
| 34. | Stephen | J. | Fiorelli | Theresa | | Fiorelli | | Spouse | $12,500,000.00 |
| 35. | Stephen | J. | Fiorelli | Stephen | J. | Fiorelli | Jr. | Child | $8,500,000.00 |
| 36. | Stephen | J. | Fiorelli | Christine | Marie | Epstein | | Child | $8,500,000.00 |
| 37. | Stephen | J. | Fiorelli | William | J. | Fiorelli | | Sibling | $4,250,000.00 |
| 38. | Stephen | J. | Fiorelli | Kenneth | James | Fiorelli | | Sibling | $4,250,000.00 |
| 39. | Stephen | J. | Fiorelli | Karen | Louise | Fiorelli | | Sibling | $4,250,000.00 |
| 40. | Thomas | | Gambino | Laurie | | Gambino | | Sibling | $4,250,000.00 |
| 41. | Thomas | | Gambino | Marilyn | | Hess | | Parent | $8,500,000.00 |
| 42. | Thomas | | Gambino | Thomas | | Gambino | Sr. | Parent | $8,500,000.00 |
| 43. | Thomas | | Gambino | Keith | | Gambino | | Sibling | $4,250,000.00 |
| 44. | Thomas | | Gambino | Valerie | | Gambino | | Sibling | $4,250,000.00 |

docs-100418637.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Thomas | | Gambino | Thomas | | Gambino | III | Child | $8,500,000.00 |
| 46. | Thomas | | Gambino | Brian | | Gambino | | Child | $8,500,000.00 |
| 47. | Thomas | | Gambino | Janet | | Gambino | | Spouse | $12,500,000.00 |
| 48. | Steven | Gregory | Genovese | John | Thomas | Genovese | | Sibling | $4,250,000.00 |
| 49. | Steven | Gregory | Genovese | John | Gaetano | Genovese | | Parent (Deceased) | $8,500,000.00 |
| 50. | Steven | Gregory | Genovese | Veronica | | Genovese | | Parent (Deceased) | $8,500,000.00 |
| 51. | Matthew | James | Grzymalski | Patti | Ann | Valerio | | Sibling | $4,250,000.00 |
| 52. | Matthew | James | Grzymalski | Paul | Joseph | Grzymalski | | Sibling | $4,250,000.00 |
| 53. | Matthew | James | Grzymalski | Peter | John | Grzymalski | | Sibling | $4,250,000.00 |
| 54. | Matthew | James | Grzymalski | Joseph | Walter | Grzymalski | | Sibling | $4,250,000.00 |
| 55. | Matthew | James | Grzymalski | Jo | Ann | McManus | | Sibling | $4,250,000.00 |
| 56. | Joseph | Peter | Gullickson | Patricia | | Byrne | | Sibling | $4,250,000.00 |
| 57. | Joseph | Peter | Gullickson | Thomas | | Gullickson | | Sibling | $4,250,000.00 |
| 58. | Joseph | Peter | Gullickson | Patricia | | Gullickson | | Parent | $8,500,000.00 |
| 59. | Joseph | Peter | Gullickson | Ralph | Williams | Gullickson | | Sibling | $4,250,000.00 |

docs-100418637.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Joseph | Peter | Gullickson | Robert | Joseph | Gullickson | Jr. | Sibling | $4,250,000.00 |
| 61. | Joseph | Peter | Gullickson | Robert | | Gullickson | Sr. | Parent (Deceased) | $8,500,000.00 |
| 62. | Vincent | Gerard | Halloran | Jake | | Halloran | | Child | $8,500,000.00 |
| 63. | Vincent | Gerard | Halloran | Kieran | | Halloran | | Child | $8,500,000.00 |
| 64. | Vincent | Gerard | Halloran | Phelan | | Halloran | | Child | $8,500,000.00 |
| 65. | Vincent | Gerard | Halloran | Declan | | Halloran | | Child | $8,500,000.00 |
| 66. | Vincent | Gerard | Halloran | Marie | | Halloran | | Spouse | $12,500,000.00 |
| 67. | Vincent | Gerard | Halloran | Aidan | | Halloran | | Child | $8,500,000.00 |
| 68. | Vincent | Gerard | Halloran | Conor | | Halloran | | Child | $8,500,000.00 |
| 69. | Timothy | Aaron | Haviland | Amy | Lou | Haviland | | Spouse (Deceased) | $12,500,000.00 |
| 70. | Thomas | Patrick | Holohan | Iris | Marie | Holohan | | Parent | $8,500,000.00 |
| 71. | Thomas | Patrick | Holohan | Mary | Alice | Holohan | | Sibling | $4,250,000.00 |
| 72. | Thomas | Patrick | Holohan | Megan | | Holohan | | Sibling | $4,250,000.00 |
| 73. | Thomas | Patrick | Holohan | Sean | | Holohan | | Sibling | $4,250,000.00 |
| 74. | Thomas | Francis | Hughes | Harold | Steven | Hughes | | Sibling | $4,250,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Thomas | Francis | Hughes | Frances | Susan | Hughes | | Parent (Deceased) | $8,500,000.00 |
| 76. | Thomas | Francis | Hughes | Kevin | Thomas | Hughes | | Sibling (Deceased) | $4,250,000.00 |
| 77. | Thomas | Francis | Hughes | Tara | | Leonardi | | Sibling | $4,250,000.00 |
| 78. | Thomas | Francis | Hughes | Mark | Francis | Hughes | | Sibling | $4,250,000.00 |
| 79. | Thomas | Francis | Hughes | Martin | Steven | Hughes | | Sibling | $4,250,000.00 |

**TOTAL** **$550,750,000.00**

docs-100418637.1

**Ex. A-2**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Thomas | Francis | Hughes | Deborah | | Bodner | | Sibling | $4,250,000.00 |
| 2. | Kathleen | Anne | Hunt-Casey | Matthew | James | Casey | | Child | $8,500,000.00 |
| 3. | Kathleen | Anne | Hunt-Casey | Kevin | E. | Casey | | Spouse | $12,500,000.00 |
| 4. | Jonathan | Lee | Ielpi | Anne | Louise | Ielpi | | Parent | $8,500,000.00 |
| 5. | Jonathan | Lee | Ielpi | AnneMarie | | Holleran | | Sibling | $4,250,000.00 |
| 6. | Daniel | | Ilkanayev | Laura | | Israilov | | Sibling | $4,250,000.00 |
| 7. | Daniel | | Ilkanayev | Malkisadikh | | Ilkanayev | | Parent (Deceased) | $8,500,000.00 |
| 8. | Andrew | Brian | Jordan | Matthew | | Jordan | | Child | $8,500,000.00 |
| 9. | Andrew | Brian | Jordan | Kelsey | | Jordan | | Child | $8,500,000.00 |
| 10. | Andrew | Brian | Jordan | Sean | | Jordan | | Child | $8,500,000.00 |
| 11. | Andrew | Brian | Jordan | Lisa | | Jordan | | Spouse | $12,500,000.00 |
| 12. | Charles | Henry | Karczewski | Philomena | Ann | Karczewski | | Spouse | $12,500,000.00 |
| 13. | Charles | Henry | Karczewski | Donna | Ann | Cavanaugh | | sibling | $4,250,000.00 |
| 14. | Charles | Henry | Karczewski | Henry | John | Karczewski | | Parent (Deceased) | $8,500,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Glenn | Davis | Kirwin | Daniel | Thomas | Kirwin | | Sibling | $4,250,000.00 |
| 16. | Glenn | Davis | Kirwin | Jon | David | Kirwin | | Sibling | $4,250,000.00 |
| 17. | Glenn | Davis | Kirwin | Peter | Michael | Kirwin | | Sibling | $4,250,000.00 |
| 18. | Glenn | Davis | Kirwin | Andrew | | Kirwin | | Sibling | $4,250,000.00 |
| 19. | Glenn | Davis | Kirwin | Jennifer | Kirwin | Masse | | Sibling | $4,250,000.00 |
| 20. | William | | Krukowski | Virginia | | Krukowski | | Sibling | $4,250,000.00 |
| 21. | William | | Krukowski | Barbara | | Rastelli | | Parent | $8,500,000.00 |
| 22. | William | | Krukowski | Walter | Alan | Krukowski | | Parent (Deceased) | $8,500,000.00 |
| 23. | Alan | | LaFrance | Corey | | LaFrance | | Sibling | $4,250,000.00 |
| 24. | Alan | | LaFrance | Aubrey | | LaFrance | | Sibling | $4,250,000.00 |
| 25. | Thomas | | Langone | JoAnn | | Langone | | Spouse | $12,500,000.00 |
| 26. | Thomas | | Langone | Caitlin | | Langone-Brewer | | Child | $8,500,000.00 |
| 27. | Thomas | | Langone | Brian | | Langone | | Child | $8,500,000.00 |
| 28. | Thomas | | Langone | Joanne | | Langone | | Sibling | $4,250,000.00 |
| 29. | Thomas | | Langone | Rosemarie Langone | | Langone | | Sibling | $4,250,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Thomas | | Langone | Sheila | | Langone | | Parent (Deceased) | $8,500,000.00 |
| 31. | Thomas | | Langone | Peter | | Langone | | Sibling (Deceased) | $4,250,000.00 |
| 32. | Peter | | Langone | Joanne | | Langone | | Sibling | $4,250,000.00 |
| 33. | Peter | | Langone | Rosemarie | | Langone | | Sibling | $4,250,000.00 |
| 34. | Peter | | Langone | Terri | | Langone | | Spouse | $12,500,000.00 |
| 35. | Peter | | Langone | Nikki | | Langone | | Child | $8,500,000.00 |
| 36. | Peter | | Langone | Karli | | Langone | | Child | $8,500,000.00 |
| 37. | Peter | | Langone | Thomas | | Langone | | Sibling (Deceased) | $4,250,000.00 |
| 38. | Peter | | Langone | Sheila | | Langone | | Parent (Deceased) | $8,500,000.00 |
| 39. | Edward | Hobbs | Luckett | William | Stone | Luckett | | Child | $8,500,000.00 |
| 40. | Edward | Hobbs | Luckett | Jennifer | Grace | Luckett | | Child | $8,500,000.00 |
| 41. | Edward | Hobbs | Luckett | Lisa | | Luckett | | Spouse | $12,500,000.00 |
| 42. | Edward | Hobbs | Luckett | Timothy | Wyatt | Luckett | | Child | $8,500,000.00 |
| 43. | Edward | Hobbs | Luckett | Diana | Ward | Luckett | | Parent (Deceased) | $8,500,000.00 |
| 44. | Anthony | | Luparello | Caterina | | Tavolacci | | Sibling | $4,250,000.00 |

docs-100418642.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Anthony | | Luparello | Domenica | Anna | Lopez | | Sibling | $4,250,000.00 |
| 46. | Louis | Neil | Mariani | Lauren | | Peters | | Child | $8,500,000.00 |
| 47. | Louis | Neil | Mariani | Bruce | Earl | Mariani | | Sibling | $4,250,000.00 |
| 48. | Louis | Neil | Mariani | Hazel | Lillian | Mariani | | Parent (Deceased) | $8,500,000.00 |
| 49. | Nicholas | George | Massa | Donna | | Mercurio | | Child | $8,500,000.00 |
| 50. | Nicholas | George | Massa | Nicholas | Thomas | Massa | | Child | $8,500,000.00 |
| 51. | Nicholas | George | Massa | Edna | May | Massa | | Spouse (Deceased) | $12,500,000.00 |
| 52. | Michael | Patrick | McDonnell | Denise | | McDonnell | | Sibling | $4,250,000.00 |
| 53. | Michael | Patrick | McDonnell | Vincenza | | McDonnell | | Parent | $8,500,000.00 |
| 54. | Michael | Patrick | McDonnell | Patrick | Aloysius | McDonnell | | Parent | $8,500,000.00 |
| 55. | Patrick | Joseph | McGuire | Kathleen | | Murphy | | Sibling | $4,250,000.00 |
| 56. | Patrick | Joseph | McGuire | Thomas | | McGuire | | Sibling | $4,250,000.00 |
| 57. | Patrick | Joseph | McGuire | John | | McGuire | | Sibling | $4,250,000.00 |
| 58. | Patrick | Joseph | McGuire | Maureen | McGuire | Simpson | | Sibling | $4,250,000.00 |
| 59. | Patrick | Joseph | McGuire | James | Hilary | McGuire | | Sibling | $4,250,000.00 |

docs-100418642.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Terence | Augustine | McShane | Sean | Thomas | McShane | | Child | $8,500,000.00 |
| 61. | Terence | Augustine | McShane | Aidan | Robert | McShane | | Child | $8,500,000.00 |
| 62. | Terence | Augustine | McShane | Colin | Francis | McShane | | Child | $8,500,000.00 |
| 63. | Terence | Augustine | McShane | Catherine | | McShane | | Spouse | $12,500,000.00 |
| 64. | Vincent | Scott | Morello | Deborah | Lynn | Temple | | Spouse | $12,500,000.00 |
| 65. | Vincent | Scott | Morello | Justin | John | Morello | | Child | $8,500,000.00 |
| 66. | Vincent | Scott | Morello | Paige | Celine | Morello | | Child | $8,500,000.00 |
| 67. | Vincent | Scott | Morello | John | | Morello | | Parent | $8,500,000.00 |
| 68. | Vincent | Scott | Morello | Patricia | | Morello | | Parent | $8,500,000.00 |
| 69. | Richard | S. | Morgan | Colleen | | Golden | | Child | $8,500,000.00 |
| 70. | Seth | Allan | Morris | John | Rogers | Morris | III | Sibling | $4,250,000.00 |
| 71. | Luke | Gerard | Nee | John | Michael | Nee | | Sibling | $4,250,000.00 |
| 72. | Diana | Jessica | O'Connor | Dolores | | Laguerre | | Sibling | $4,250,000.00 |
| 73. | Diana | Jessica | O'Connor | Jimmy | | Vega | | Sibling | $4,250,000.00 |
| 74. | Diana | Jessica | O'Connor | Minerva | | Galarza | | Sibling | $4,250,000.00 |

docs-100418642.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Diana | Jessica | O'Connor | Sonia | | Vega | | Sibling | $4,250,000.00 |
| 76. | Diana | Jessica | O'Connor | Aida | | Cintron | | Sibling | $4,250,000.00 |

**TOTAL** | | | | | | | | | **$537,500,000.00**

docs-100418642.1

**Ex. A-3**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Donna | Marie | Bernaerts-Kearns | August | | Bernaerts | | Sibling | $4,250,000.00 |
| 2. | Mary | Catherine | Boffa | Elizabeth | Anne | Murphy | | Sibling | $4,250,000.00 |
| 3. | Mary | Catherine | Boffa | Diane | | Brierley | | Sibling | $4,250,000.00 |
| 4. | Mary | Catherine | Boffa | Margaret | | Trudeau | | Sibling | $4,250,000.00 |
| 5. | Mary | Catherine | Boffa | John | | Boffa | | Spouse | $12,500,000.00 |
| 6. | Dennis | Michael | Edwards | Patricia | Kavanagh | Edwards | | Spouse | $12,500,000.00 |
| 7. | Dennis | Michael | Edwards | Alexa | Marie | Edwards | | Child | $8,500,000.00 |
| 8. | Dennis | Michael | Edwards | Morgan | | Edwards | | Sibling | $4,250,000.00 |
| 9. | Dennis | Michael | Edwards | Sheila | Edwards | Doyle | | Sibling | $4,250,000.00 |
| 10. | Dennis | Michael | Edwards | Elizabeth | Edwards | Cortese | | Sibling | $4,250,000.00 |
| 11. | Dennis | Michael | Edwards | Eileen | Edwards | O'Brien | | Sibling | $4,250,000.00 |
| 12. | Dennis | Michael | Edwards | Julia | | Edwards | | Parent (Deceased) | $8,500,000.00 |
| 13. | Fredric | Neal | Gabler | Howard | Alan | Gabler | | Parent | $8,500,000.00 |
| 14. | Fredric | Neal | Gabler | Leslie | Ellen | Gabler | | Parent | $8,500,000.00 |

docs-100418646.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Fredric | Neal | Gabler | Jolie | Sue | Gabler | | Sibling | $4,250,000.00 |
| 16. | Thomas | Patrick | Holohan | Jennifer | Ann | Holohan | | Sibling | $4,250,000.00 |
| 17. | Jonathan | Lee | Ielpi | Brendan | Lee | Ielpi | | Sibling | $4,250,000.00 |
| 18. | Jonathan | Lee | Ielpi | Melissa | Leigh | Brengel | | Sibling | $4,250,000.00 |
| 19. | Christopher | Edmund | Lunder | Eileen | Lunder | Baynes | | Sibling | $4,250,000.00 |
| 20. | Nicholas | George | Massa | Gloria | Eleanor | Moran | | Sibling | $4,250,000.00 |
| 21. | Richard | S. | Morgan | Patricia | | Morgan | | Spouse (Deceased) | $12,500,000.00 |
| 22. | Seth | Allan | Morris | John | Rogers | Morris | Jr. | Parent | $8,500,000.00 |
| 23. | Seth | Allan | Morris | James | Thomas | Morris | | Sibling | $4,250,000.00 |
| 24. | Seth | Allan | Morris | Barbara | Shaw | Morris | | Parent (Deceased) | $8,500,000.00 |
| 25. | Luke | Gerard | Nee | Patrick | John | Nee | | Child | $8,500,000.00 |
| 26. | Luke | Gerard | Nee | Irene | | Lavelle | | Spouse | $12,500,000.00 |
| 27. | Katherine | Marie | Noack | Ellen | Marie | Macri | | Sibling | $4,250,000.00 |
| 28. | Katherine | Marie | Noack | Patrick | Joseph | McGarry | | Sibling | $4,250,000.00 |
| 29. | Katherine | Marie | Noack | Marianne | Theresa | Burke | | Sibling | $4,250,000.00 |

docs-100418646.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Katherine | Marie | Noack | Deborah | McGarry | Brink | | Sibling | $4,250,000.00 |
| 31. | Diana | Jessica | O'Connor | Johnny | | Vega | | Sibling | $4,250,000.00 |
| 32. | Diana | Jessica | O'Connor | Robert | | Vega | | Sibling (Deceased) | $4,250,000.00 |
| 33. | Peter | | Owens | Kathleen | Ann | Owens | | Sibling | $4,250,000.00 |
| 34. | Peter | | Owens | Dolores | | Owens | | Parent (Deceased) | $8,500,000.00 |
| 35. | Peter | | Owens | Peter | Joseph | Owens | Sr. | Parent (Deceased) | $8,500,000.00 |
| 36. | Alfred | Todd | Rancke | Pamela | Rancke | Schroeder | | Sibling | $4,250,000.00 |
| 37. | Moises | Norberto | Rivas | Elizabeth | | Rivas | | Spouse | $12,500,000.00 |
| 38. | Moises | Norberto | Rivas | Moesha | | Rivas | | Child | $8,500,000.00 |
| 39. | Moises | Norberto | Rivas | Moises | Noberto | Rivas | Jr. | Child | $8,500,000.00 |
| 40. | Lloyd | | Rosenberg | Lorene | | Rosenberg | | Sibling | $4,250,000.00 |
| 41. | Lloyd | | Rosenberg | Lawrence | | Rosenberg | | Parent | $8,500,000.00 |
| 42. | Lloyd | | Rosenberg | Michele | | Rosenberg | | Parent | $8,500,000.00 |
| 43. | Matthew | | Ryan | Brendan | | Ryan | | Sibling | $4,250,000.00 |
| 44. | Raymond | | Sanchez | Kathleen | | Sanchez | | Child | $8,500,000.00 |

docs-100418646.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Rafael | Humberto | Santos | Christian | | Santos | | Child | $8,500,000.00 |
| 46. | Rafael | Humberto | Santos | Jonnathan | | Santos | | Child | $8,500,000.00 |
| 47. | Rafael | Humberto | Santos | Yubelly | | Santos | | Spouse | $12,500,000.00 |
| 48. | Gregory | Thomas | Saucedo | Christopher | John | Saucedo | | Sibling | $4,250,000.00 |
| 49. | Michael | Herman | Seaman | Helen | | Seaman | | Parent | $8,500,000.00 |
| 50. | Michael | Herman | Seaman | Elizabeth | | Isacowitz | | Sibling | $4,250,000.00 |
| 51. | Michael | Herman | Seaman | Maryellen | | Michalenko | | Sibling | $4,250,000.00 |
| 52. | Joseph | P. | Shea | Joan | Ann | Shea | | Parent (Deceased) | $8,500,000.00 |
| 53. | Daniel | James | Shea | Joan | Ann | Shea | | Parent (Deceased) | $8,500,000.00 |
| 54. | Robert | | Spear | Amy | | Haviland | | Sibling (Deceased) | $4,250,000.00 |
| 55. | Steven | Frank | Strobert | Frank | Joseph | Strobert | | Parent (Deceased) | $8,500,000.00 |
| 56. | Steven | Frank | Strobert | Barbara | | Strobert | | Parent | $8,500,000.00 |
| 57. | Steven | Frank | Strobert | Frank | Steven | Strobert | | Child | $8,500,000.00 |
| 58. | Steven | Frank | Strobert | Tara | | Strobert-Nolan | | Spouse | $12,500,000.00 |
| 59. | Raymond | Robert | York | Kristina | Nicole | York | | Child | $8,500,000.00 |

docs-100418646.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Raymond | Robert | York | Joan | Marie | York | | Spouse | $12,500,000.00 |
| 61. | Kenneth | | Zelman | Karin | | Charles | | Spouse | $12,500,000.00 |
| 62. | Kenneth | | Zelman | Olivia | Rose Zelman | Charles | | Child | $8,500,000.00 |
| 63. | Kenneth | | Zelman | Ethan | Nathaniel Zelman | Charles | | Child | $8,500,000.00 |

**TOTAL**                                                                                                                          **$448,250,000.00**

docs-100418646.1

**Ex. A-4**
Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Joshua | | Aron | Ber | Barry | Aron | | Parent | $8,500,000.00 |
| 2. | Joshua | | Aron | Dana | Aron | Weiner | | Sibling | $4,250,000.00 |
| 3. | James | William | Barbella | Barbara | Ann | Sullivan | | Sibling | $4,250,000.00 |
| 4. | John | Paul | Bocchi | Anthony | Silvio | Bocchi | | Sibling | $4,250,000.00 |
| 5. | John | Paul | Bocchi | Elena | | Bocchi | | Parent | $8,500,000.00 |
| 6. | John | Paul | Bocchi | Matthew | John | Bocchi | | Child | $8,500,000.00 |
| 7. | John | Paul | Bocchi | Michael | Peter | Bocchi | | Child | $8,500,000.00 |
| 8. | John | Paul | Bocchi | Michele | | Bocchi-Sandello | | Spouse | $12,500,000.00 |
| 9. | John | Paul | Bocchi | Nicholas | Charles | Bocchi | | Child | $8,500,000.00 |
| 10. | John | Paul | Bocchi | Paul | Anthony | Bocchi | | Child | $8,500,000.00 |
| 11. | John | Paul | Bocchi | Ann | | Bocchi-Schwimmer | | Sibling | $4,250,000.00 |
| 12. | John | Paul | Bocchi | Diane | Bocchi | Esola | | Sibling | $4,250,000.00 |
| 13. | John | Paul | Bocchi | Lucy | Sylvia | Bocchi Kraus | | Sibling | $4,250,000.00 |
| 14. | John | Paul | Bocchi | Camillo | | Bocchi | | Parent (Deceased) | $8,500,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Veronique | Nicole | Bowers | Daphne | | Bowers | | Parent | $8,500,000.00 |
| 16. | Mark | Francis | Broderick | Andrew | | Broderick | | Child | $8,500,000.00 |
| 17. | Mark | Francis | Broderick | Carolina | | Broderick | | Spouse | $12,500,000.00 |
| 18. | Mark | Francis | Broderick | James | | Broderick | | Child | $8,500,000.00 |
| 19. | Mark | Francis | Broderick | Matthew | | Broderick | | Child | $8,500,000.00 |
| 20. | Felix | | Calixte | Angus | Gene | Jacques | | Parent | $8,500,000.00 |
| 21. | Luigi | | Calvi | Christine | Ethel | Brozon | | Spouse | $12,500,000.00 |
| 22. | Vernon | Paul | Cherry | James | Maurice | Cherry | | Sibling | $4,250,000.00 |
| 23. | Vernon | Paul | Cherry | Cynthia | Ann | Taylor | | Sibling | $4,250,000.00 |
| 24. | Brenda | E. | Conway | Germaine | Ocenia | Alexander | | Sibling | $4,250,000.00 |
| 25. | Brenda | E. | Conway | Tammi | | Alexander | | Sibling | $4,250,000.00 |
| 26. | Timothy | John | Coughlin | Dennis | Augustine | Coughlin | | Sibling | $4,250,000.00 |
| 27. | Timothy | John | Coughlin | Francis | Joseph | Coughlin | Jr. | Sibling | $4,250,000.00 |
| 28. | Timothy | John | Coughlin | Robert | Emmet | Coughlin | | Sibling | $4,250,000.00 |
| 29. | Timothy | John | Coughlin | Maura | Ann | Coughlin-Roberti | | Spouse | $12,500,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Timothy | John | Coughlin | Rley | Francis | Coughlin-Roberti | | Child | $8,500,000.00 |
| 31. | Timothy | John | Coughlin | Ryann | Elizabeth | Coughlin-Roberti | | Child | $8,500,000.00 |
| 32. | Timothy | John | Coughlin | Sean | Thomas | Coughlin-Roberti | | Child | $8,500,000.00 |
| 33. | Timothy | John | Coughlin | Alice | M. | Coughlin | | Parent (Deceased) | $8,500,000.00 |
| 34. | Timothy | John | Coughlin | Francis | Joseph | Coughlin | Sr. | Parent (Deceased) | $8,500,000.00 |
| 35. | James | Edward | Cove | Regina | Marie | Martin | | Sibling | $4,250,000.00 |
| 36. | Calvin | | Dawson | Vancena | | Dawson Donovan | | Sibling | $4,250,000.00 |
| 37. | Calvin | | Dawson | Vanita | | Aviles | | Sibling | $4,250,000.00 |
| 38. | Calvin | | Dawson | Alvin | | Dawson | | Sibling | $4,250,000.00 |
| 39. | Calvin | | Dawson | Annette | | Simon | | Sibling | $4,250,000.00 |
| 40. | Calvin | | Dawson | Janet | | Dawson | | Sibling | $4,250,000.00 |
| 41. | Emerita | | De La Pena | Daniella | Susanna | De La Pena | | Child | $8,500,000.00 |
| 42. | Emerita | | De La Pena | Gabriel | Antonio | De La Pena | | Spouse | $12,500,000.00 |
| 43. | Judith | Berquis | Diaz-Sierra | Ronald | | Sierra | | Spouse | $12,500,000.00 |
| 44. | Jose | | Espinal | Saul | Espinal | Ramos | | Sibling | $4,250,000.00 |

docs-100418651.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Ruben | | Esquilin | Eileen | Caridad | Esquilin | | Sibling | $4,250,000.00 |
| 46. | Ruben | | Esquilin | Marybelle | | Vargas | | Sibling | $4,250,000.00 |
| 47. | Wendy | Ruth | Faulkner | Stephen | Craig | Morris | | Sibling | $4,250,000.00 |
| 48. | Wendy | Ruth | Faulkner | Loren | Elisa | Smith | | Child | $8,500,000.00 |
| 49. | Wendy | Ruth | Faulkner | Ashley | Elizabeth | Faulkner | | Child | $8,500,000.00 |
| 50. | Wendy | Ruth | Faulkner | Lynn | Alan | Faulkner | | Spouse | $12,500,000.00 |
| 51. | Samuel | | Fields | Annette | Frances | Fields | | Sibling | $4,250,000.00 |
| 52. | Samuel | | Fields | Felicia | | Fields | | Sibling | $4,250,000.00 |
| 53. | Samuel | | Fields | Michael | Augusto | Fields | | Sibling | $4,250,000.00 |
| 54. | Timothy | Joseph | Finnerty | Kevin | Andrew | Finnerty | | Sibling | $4,250,000.00 |
| 55. | Timothy | Joseph | Finnerty | Peter | Leo | Finnerty | | Parent | $8,500,000.00 |
| 56. | Timothy | Joseph | Finnerty | Theresa | Mary | Roberts | | Spouse | $12,500,000.00 |
| 57. | Carl | Martin | Flickinger | Alana | Patryce | Flickinger | | Child | $8,500,000.00 |
| 58. | Carl | Martin | Flickinger | Carl | James | Flickinger | | Child | $8,500,000.00 |
| 59. | Carl | Martin | Flickinger | Craig | Tyler | Flickinger | | Child | $8,500,000.00 |

docs-100418651.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Carl | Martin | Flickinger | Edmund | Kenneth | Flickinger | | Sibling | $4,250,000.00 |
| 61. | Carl | Martin | Flickinger | Kathleen | | Flickinger | | Spouse | $12,500,000.00 |
| 62. | Carl | Martin | Flickinger | Robert | Jude | Flickinger | | Sibling | $4,250,000.00 |
| 63. | Carl | Martin | Flickinger | Lisa | Ann | Madden | | Sibling | $4,250,000.00 |
| 64. | Claudia | Alicia | Foster | Sylvia | | Aleman | | Sibling | $4,250,000.00 |
| 65. | Claudia | Alicia | Foster | Blanca | Azucena | Martinez | | Parent | $8,500,000.00 |
| 66. | Claudia | Alicia | Foster | Carlos | Augusto | Martinez | | Parent | $8,500,000.00 |
| 67. | Peter | Christopher | Frank | Constance | Anne | Frank | | Parent | $8,500,000.00 |
| 68. | Peter | Christopher | Frank | Michelle | Anne | Frank | | Sibling | $4,250,000.00 |
| 69. | Peter | Christopher | Frank | Peter | Carl | Frank | | Parent | $8,500,000.00 |
| 70. | John | Tae Yung | Gnazzo | Edward | Rickijino | Gnazzo | | Sibling | $4,250,000.00 |
| 71. | John | Tae Yung | Gnazzo | Nicholas | Song | Gnazzo | | Sibling | $4,250,000.00 |
| 72. | John | Tae Yung | Gnazzo | Song | Ae | Jeng | | Parent | $8,500,000.00 |
| 73. | John | Michael | Griffin | Kathleen | Mary | Griffin | | Sibling | $4,250,000.00 |
| 74. | Paul | William | Innella | Victoria | Jacquelyn | Jones | | Child | $8,500,000.00 |

docs-100418651.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | | $516,250,000.00 |

docs-100418651.1

**Ex. A-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Timothy | John | Hargrave | Jeanmarie | | Hargrave | | Sibling | $4,250,000.00 |
| 2. | Timothy | John | Hargrave | James | Vincent | Hargrave | Jr. | Sibling | $4,250,000.00 |
| 3. | Timothy | John | Hargrave | Carolyn | Marie | Kelly | | Sibling | $4,250,000.00 |
| 4. | Timothy | John | Hargrave | Patricia | | Mansfield | | Sibling | $4,250,000.00 |
| 5. | Timothy | John | Hargrave | Maureen | | Murphy | | Sibling | $4,250,000.00 |
| 6. | Timothy | John | Hargrave | Kathryn | Mary | Quinn | | Sibling | $4,250,000.00 |
| 7. | Timothy | John | Hargrave | Mary | Ann | Struble | | Sibling | $4,250,000.00 |
| 8. | Timothy | John | Hargrave | Kathryn | | Hargrave | | Parent (Deceased) | $8,500,000.00 |
| 9. | Thomas | Theodore | Haskell | Kenneth | Corey | Haskell | | Sibling | $4,250,000.00 |
| 10. | Timothy | Shawn | Haskell | Kenneth | Corey | Haskell | | Sibling | $4,250,000.00 |
| 11. | Ronnie | Lee | Henderson | Belinda | | Barino Dillard | | Sibling | $4,250,000.00 |
| 12. | Ronnie | Lee | Henderson | Sharon | Oreuneta | Henderson | | Sibling | $4,250,000.00 |
| 13. | John | Charles | Jeknins | James | Franklin | Jenkins | Jr. | Sibling | $4,250,000.00 |
| 14. | Glenn | Davis | Kirwin | Joan | Boswell | Kirwin | | Spouse | $12,500,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Glenn | Davis | Kirwin | Miles | Jeffrey | Kirwin | | Child | $8,500,000.00 |
| 16. | Glenn | Davis | Kirwin | Troy | Boswell | Kirwin | | Child | $8,500,000.00 |
| 17. | Vanessa | Lang | Langer | Jackson | Sean | O'Connor | | Sibling | $4,250,000.00 |
| 18. | Vanessa | Lang | Langer | James | Thomas | O'Connor | | Sibling | $4,250,000.00 |
| 19. | Nicki | | Lindo | Walter | W. | Hicks | | Parent (Deceased) | $8,500,000.00 |
| 20. | Jay | Robert | Magazine | Melissa | Rose | Magazine | | Child | $8,500,000.00 |
| 21. | Joseph | Ross | Marchbanks | Lauren | Teresa | Baker | | Child | $8,500,000.00 |
| 22. | Joseph | Ross | Marchbanks | Ryan | Joseph | Marchbanks | | Child | $8,500,000.00 |
| 23. | Joseph | Ross | Marchbanks | Teresa | Eileen | Marchbanks | | Spouse | $12,500,000.00 |
| 24. | Timothy | Joseph | Maude | Kathleen | Anna | Koehler | | Child | $8,500,000.00 |
| 25. | Timothy | Joseph | Maude | Karen | Elizabeth | Maude | | Child | $8,500,000.00 |
| 26. | Timothy | Joseph | Maude | Teresa | Ann Campbell | Maude | | Spouse | $12,500,000.00 |
| 27. | Kathy | Nancy | Mazza | Christopher | Marion | Delosh | | Spouse | $12,500,000.00 |
| 28. | Kathy | Nancy | Mazza | John | Joseph | Mazza | | Sibling | $4,250,000.00 |
| 29. | Kathy | Nancy | Mazza | Ronald | Philip | Mazza | | Sibling | $4,250,000.00 |

docs-100418653.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Kathy | Nancy | Mazza | Rose | C. | Mazza | | Parent | $8,500,000.00 |
| 31. | Kathy | Nancy | Mazza | Victor | Michael | Mazza | | Sibling | $4,250,000.00 |
| 32. | William | Edward | Micciulli | Joanne | | Los Kamp | | Sibling | $4,250,000.00 |
| 33. | William | Edward | Micciulli | Andrea | | Madonna | | Sibling | $4,250,000.00 |
| 34. | William | Edward | Micciulli | Joan | | Micciulli | | Parent (Deceased) | $8,500,000.00 |
| 35. | William | Edward | Micciulli | William | Edward | Micciulli | | Parent (Deceased) | $8,500,000.00 |
| 36. | Odessa | Virginia | Morris | Daniel | Earl | Lamb | | Sibling | $4,250,000.00 |
| 37. | Odessa | Virginia | Morris | Ethel | | Scott | | Sibling | $4,250,000.00 |
| 38. | Odessa | Virginia | Morris | Joseph | Edward | Lamb | Sr. | Sibling | $4,250,000.00 |
| 39. | Odessa | Virginia | Morris | Rachel | Elizabeth | Quinnie | | Sibling | $4,250,000.00 |
| 40. | James | Francis | Murphy | Jeanine | Marie | Murphy | | Spouse | $12,500,000.00 |
| 41. | Joseph | Michael | Navas | Jessica | Anne | Narvas | | Child | $8,500,000.00 |
| 42. | Joseph | Michael | Navas | Joseph | Michael | Narvas | Jr. | Child | $8,500,000.00 |
| 43. | Joseph | Michael | Navas | Justin | Christopher | Narvas | | Child | $8,500,000.00 |
| 44. | Joseph | Michael | Navas | Karen | Ann | Navas | | Spouse | $12,500,000.00 |

docs-100418653.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Gerard | Terence | Nevins | Lorraine | Bernice | Foley | | Parent | $8,500,000.00 |
| 46. | Gerard | Terence | Nevins | Stephen | | Nevins | | Sibling | $4,250,000.00 |
| 47. | Diana | Jessica | O'Connor | Iris | Doris | Vega | | Sibling | $4,250,000.00 |
| 48. | Diana | Jessica | O'Connor | Maria | | Vega | | Sibling | $4,250,000.00 |
| 49. | Robert | Edward | Parro | Virginia | | Parro | | Parent | $8,500,000.00 |
| 50. | Glenn | C. | Perry | Barbara | Ann | Dunleavy | | Sibling | $4,250,000.00 |
| 51. | Glenn | C. | Perry | Frank | John | Perry | | Sibling | $4,250,000.00 |
| 52. | Glenn | C. | Perry | Catherine | Mary | Perry | | Parent | $8,500,000.00 |
| 53. | Glenn | C. | Perry | Patrick | Richard | Perry | | Sibling | $4,250,000.00 |
| 54. | Maria | Isabel | Ramirez | Jennifer | Marie | Bruno | | Sibling | $4,250,000.00 |
| 55. | Maria | Isabel | Ramirez | Miriam | Bobb | Carter | | Sibling | $4,250,000.00 |
| 56. | Maria | Isabel | Ramirez | Elsie | Maria | Cintron-Rosado | | Parent | $8,500,000.00 |
| 57. | Maria | Isabel | Ramirez | Jessica | | Darden | | Sibling | $4,250,000.00 |
| 58. | Donald | J. | Regan | Maureen | Alice | Regan | | Sibling | $4,250,000.00 |
| 59. | Donald | J. | Regan | William | | Regan | | Sibling | $4,250,000.00 |

docs-100418653.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Kevin | Owen | Reilly | Edward | Arthur | Reilly | | Sibling | $4,250,000.00 |
| 61. | David | Eliot | Retik | Alan | | Retik | | Parent | $8,500,000.00 |
| 62. | David | Eliot | Retik | Benjamin | Scott | Retik | | Child | $8,500,000.00 |
| 63. | David | Eliot | Retik | Dina | Emily | Retik | | Child | $8,500,000.00 |
| 64. | David | Eliot | Retik | Molly | Anne | Retik | | Child | $8,500,000.00 |
| 65. | David | Eliot | Retik | Susan | Beth | Retik | | Spouse | $12,500,000.00 |
| 66. | David | Eliot | Retik | Lynne | | Retik | | Parent (Deceased) | $8,500,000.00 |
| 67. | Venesha | Orinthia | Richards | Stanley | | Rodgers | | Parent | $8,500,000.00 |
| 68. | Donald | Walter | Robertson | Karen | | Robertson-Jurcziak | | Spouse | $12,500,000.00 |
| 69. | Donald | Walter | Robertson | Matthew | John | Robertson | | Child | $8,500,000.00 |
| 70. | Donald | Walter | Robertson | Michael | Ryan | Robertson | | Child | $8,500,000.00 |
| 71. | Donald | Walter | Robertson | Madison | Erin | Robertson | | Child | $8,500,000.00 |
| 72. | Donald | Walter | Robertson | Kevin | John | Robertson | | Child | $8,500,000.00 |
| 73. | Donald | Walter | Robertson | John | Patrick | Robertson | | Sibling | $4,250,000.00 |
| 74. | Esmerlin | Antonio | Salcedo | Raysa | Rosa | Rodriguez | | Sibling | $4,250,000.00 |

docs-100418653.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Esmerlin | Antonio | Salcedo | Amber | Matilde | Salcedo | | Child | $8,500,000.00 |
| 76. | Esmerlin | Antonio | Salcedo | Francisco | | Salcedo | | Sibling | $4,250,000.00 |
| 77. | Esmerlin | Antonio | Salcedo | Joel | | Salcedo | | Sibling | $4,250,000.00 |
| 78. | Esmerlin | Antonio | Salcedo | Kayla | Miriam | Salcedo | | Child | $8,500,000.00 |
| 79. | Esmerlin | Antonio | Salcedo | Markos | Esmerlin | Salcedo | | Child | $8,500,000.00 |
| 80. | Esmerlin | Antonio | Salcedo | Melody | Ann | Salcedo | | Child | $8,500,000.00 |
| 81. | Esmerlin | Antonio | Salcedo | Miriam | | Salcedo | | Parent | $8,500,000.00 |
| 82. | Esmerlin | Antonio | Salcedo | Orson | Francisco | Salcedo | | Sibling | $4,250,000.00 |
| 83. | Esmerlin | Antonio | Salcedo | Oscar | Analcimenes | Salcedo | | Sibling | $4,250,000.00 |

**TOTAL**                                                                                                          **$563,250,000.00**

docs-100418653.1

**Ex. A-6**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Carl | | Asaro | Paul | | Asaro | | Sibling | $4,250,000.00 |
| 2. | Carl | | Asaro | Peter | | Asaro | | Sibling | $4,250,000.00 |
| 3. | James | | Audiffred | Dolores | | Audiffred | | Sibling | $4,250,000.00 |
| 4. | Renee | | Barrett-Arjune | Mark | Anthony | Barrett | Sr. | Sibling | $4,250,000.00 |
| 5. | Renee | | Barrett-Arjune | Edward | | Arjune | | Child | $8,500,000.00 |
| 6. | Michael | | Curtin | John | Joseph | Curtin | | Sibling | $4,250,000.00 |
| 7. | Michael | | Curtin | Kathleen | Margaret | Wojslaw | | Sibling | $4,250,000.00 |
| 8. | Michael | | Curtin | Jeanne | | Osterndorf | | Sibling | $4,250,000.00 |
| 9. | Dennis | L. | Devlin | James | Patrick | Devlin | | Sibling | $4,250,000.00 |
| 10. | Barbara | G. | Edwards | Jane | Ingeborg | Gollan | | Sibling | $4,250,000.00 |
| 11. | Eric | Brian | Evans | Douglas | Craig | Evans | | Sibling | $4,250,000.00 |
| 12. | Paul | | Friedman | Iris | Jane | Friedman | | Sibling | $4,250,000.00 |
| 13. | Paul | | Friedman | Meryl | Friedman | Price | | Sibling | $4,250,000.00 |
| 14. | Paul | | Friedman | James | Sanford | Friedman | | Sibling | $4,250,000.00 |

docs-100418655.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Bruce | | Gary | Thomas | | Gary | | Child | $8,500,000.00 |
| 16. | Rosa | | Gonzalez | Josefina | | Gonzalez | | Parent | $8,500,000.00 |
| 17. | Rosa | | Gonzalez | Eneida | | Ramos | | Sibling | $4,250,000.00 |
| 18. | Rosa | | Gonzalez | Lydia | E. | Ramos-Gonzalez | | Sibling | $4,250,000.00 |
| 19. | Rosa | | Gonzalez | Esterlina | | Rivera | | Sibling | $4,250,000.00 |
| 20. | Rosa | | Gonzalez | Reinaldo | | Ramos-Gonzalez | | Sibling | $4,250,000.00 |
| 21. | Rosa | | Gonzalez | Maria | Teresa | Gonzalez | | Sibling | $4,250,000.00 |
| 22. | Rosa | | Gonzalez | Nelida | | Gonzalez | | Sibling | $4,250,000.00 |
| 23. | Rosa | | Gonzalez | Jose | | Gonzalez | | Sibling | $4,250,000.00 |
| 24. | Edwin | John | Graf | Wesley | John | Graf | | Child | $8,500,000.00 |
| 25. | Joseph | John | Hasson | Mary | Ellen | Hasson | | Spouse | $12,500,000.00 |
| 26. | Joseph | John | Hasson | Joseph | John | Hasson | IV | Child | $8,500,000.00 |
| 27. | Joseph | John | Hasson | Joseph | John | Hasson | Jr. | Parent | $8,500,000.00 |
| 28. | Joseph | John | Hasson | Paulette | Margaret | Hasson | | Parent | $8,500,000.00 |
| 29. | Joseph | John | Hasson | Victoria | Lynn | Zanotto | | Sibling | $4,250,000.00 |

docs-100418655.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Joseph | John | Hasson | Christopher | Todd | Hasson | | Sibling | $4,250,000.00 |
| 31. | Paul | | Innella | Maria | | Rich | | Sibling | $4,250,000.00 |
| 32. | Paul | | Innella | Shirley | | Innella | | Parent | $8,500,000.00 |
| 33. | Thomas | Michael | Kelly | Nancy | C. | Kelly | | Sibling | $4,250,000.00 |
| 34. | Matthew | Gerard | Leonard | Yolanda | Fletes | Cerda | | Spouse | $12,500,000.00 |
| 35. | Matthew | Gerard | Leonard | Christina | Cerda | Leonard | | Child | $8,500,000.00 |
| 36. | Samantha | | Lightbourn-Allen | Samantha | Brittnie | Allen | | Child | $8,500,000.00 |
| 37. | Charles | W. | Magee | Michael | | Magee | | Sibling | $4,250,000.00 |
| 38. | Diarelia | | Mena | Nixia | | Mena-Alexis | | Sibling | $4,250,000.00 |
| 39. | Diarelia | | Mena | Diana | Eleonor | Mena | | Parent | $8,500,000.00 |
| 40. | Diarelia | | Mena | Aurelio | | Mena | | Parent (Deceased) | $8,500,000.00 |
| 41. | Keith | Kevin | O'Connor | Sandra | Isabel | O'Connor Carey | | Spouse | $12,500,000.00 |
| 42. | Keith | Kevin | O'Connor | Susan | A. | O'Connor | | Parent | $8,500,000.00 |
| 43. | Keith | Kevin | O'Connor | Francis | G. | O'Connor | | Parent (Deceased) | $8,500,000.00 |
| 44. | Robert | David | Peraza | Neil | Joseph | Peraza | | Sibling | $4,250,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Robert | David | Peraza | Robert | Peter | Peraza | | Parent (Deceased) | $8,500,000.00 |
| 46. | Robert | David | Peraza | Suzanne | Joan | Peraza | | Parent | $8,500,000.00 |
| 47. | Karen | | Renda | Lee | Anthony | Gargano | | Sibling | $4,250,000.00 |
| 48. | Aida | | Rosario | Amy | | Vazquez | | Child | $8,500,000.00 |
| 49. | Aida | | Rosario | Jasmine | | DeJesus | | Child | $8,500,000.00 |
| 50. | Aida | | Rosario | Rodolfo | | Rosario | | Sibling (Deceased) | $4,250,000.00 |
| 51. | Rahma | Sithy | Salie | Farah | | Frenkel | | Sibling | $4,250,000.00 |
| 52. | Anthony | | Savas | Christine | Theokle | Savas | | Child | $8,500,000.00 |
| 53. | Robert | Allan | Schlegel | David | Lee | Schlegel | | Sibling | $4,250,000.00 |
| 54. | Robert | Allan | Schlegel | Richard | James | Schlegel | | Sibling | $4,250,000.00 |
| 55. | Antionette | Maria | Sherman | Robert | Lee | Davenport | | Sibling | $4,250,000.00 |
| 56. | Antionette | | Sherman | Christopher | Charles | Clarke | | Sibling | $4,250,000.00 |
| 57. | Antionette | | Sherman | Jamal | J. | Green | | Child | $8,500,000.00 |
| 58. | Gregory | | Sikorsky | George | | Sikorsky | | Parent (Deceased) | $8,500,000.00 |
| 59. | Gregory | | Sikorsky | Luzia | | Sikorsky | | Parent (Deceased) | $8,500,000.00 |

docs-100418655.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Leon | | Smith | Leandra | | Hart | | Child | $8,500,000.00 |
| 61. | Khamladai | Khami | Singh | Toolsiedai | | Seepersaud | | Parent | $8,500,000.00 |
| 62. | Roshan | Ramesh | Singh | Toolsiedai | | Seepersaud | | Parent | $8,500,000.00 |
| 63. | Lonny | Jay | Stone | Alex | | Stone | | Child | $8,500,000.00 |
| 64. | Lonny | Jay | Stone | Stacey | | Stone | | Spouse | $12,500,000.00 |
| 65. | Lonny | Jay | Stone | Joshua | | Stone | | Child | $8,500,000.00 |
| 66. | Ivan | | Vale | Luz | Maria | Vale | | Spouse | $12,500,000.00 |
| 67. | Victor | | Wald | Fanni | | Wald | | Parent (Deceased) | $8,500,000.00 |
| 68. | Scott | Jeffrey | Weingard | Robert | Scott | Weingard | | Sibling | $4,250,000.00 |
| 69. | Scott | Jeffrey | Weingard | Marc | Jay | Weingard | | Sibling | $4,250,000.00 |
| 70. | Scott | Jeffrey | Weingard | Bonnie | | Feldman | | Parent (Deceased) | $8,500,000.00 |
| 71. | Edwin | Jose | Zambrana | Edwin | Jose | Zambrana | Sr. | Parent (Deceased) | $8,500,000.00 |

**TOTAL**                                                                                             **$470,500,000.00**

docs-100418655.1

**Ex. A-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Allen | Patrick | Boyle | Ronda | Nicole | Boyle | | Spouse | $12,500,000.00 |
| 2. | Allen | Patrick | Boyle | Allen | Richard | Boyle | | Child | $8,500,000.00 |
| 3. | Allen | Patrick | Boyle | Dylan | Patrick | Boyle | | Child | $8,500,000.00 |
| 4. | Allen | Patrick | Boyle | Nathan | William | Boyle | | Child | $8,500,000.00 |
| 5. | Robert | John | Caufield | Douglas | Christopher | Caufield | | Sibling | $4,250,000.00 |
| 6. | John | Joseph | Doherty | Mary | Catherine | Doherty | | Spouse | $12,500,000.00 |
| 7. | John | Joseph | Doherty | Barbara | Marie | Doherty | | Child | $8,500,000.00 |
| 8. | John | Joseph | Doherty | Maureen | Elizabeth | Reed | | Child | $8,500,000.00 |
| 9. | Patrick | Thomas | Dwyer | Sarah | Elizabeth | Dwyer | | Child | $8,500,000.00 |
| 10. | Patrick | Thomas | Dwyer | Jo Ann | Elizabeth | Dwyer | | Spouse | $12,500,000.00 |
| 11. | Patrick | Thomas | Dwyer | Brendan | Lang | Dwyer | | Child | $8,500,000.00 |
| 12. | Margaret | Ruth | Echtermann | Barbara | Louise | Echtermann | | Parent | $8,500,000.00 |
| 13. | Robert | Randolph | Elseth | Berta | | Elseth | | Parent | $8,500,000.00 |
| 14. | Robert | Randolph | Elseth | Curtis | Harlan | Elseth | | Parent | $8,500,000.00 |

docs-100418656.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Robert | Randolph | Elseth | James | Erik | Elseth | | Sibling | $4,250,000.00 |
| 16. | Robert | Randolph | Elseth | Harlan | Harold | Elseth | | Sibling | $4,250,000.00 |
| 17. | Robert | Randolph | Elseth | Nancy | Elseth | Bolger | | Sibling | $4,250,000.00 |
| 18. | Jose | | Espinal | Alfredo | Samuel | Espinal | | Sibling | $4,250,000.00 |
| 19. | Eileen | | Flecha | Veronica | Ann | Morris | | Parent | $8,500,000.00 |
| 20. | Jon | R. | Grabowski | Jane | | Thompson | | Parent | $8,500,000.00 |
| 21. | Derrick | Arthur | Green | Desmond | Newton | Green | | Sibling | $4,250,000.00 |
| 22. | Daniel | | Ilkanayev | Ester | | Yevdayeva | | Parent | $8,500,000.00 |
| 23. | George | | Lopez | Alexandra | Dolores Lopez | Feliciano | | Child | $8,500,000.00 |
| 24. | Michele | Ann | Nelson | Winsome | Antoinette | Nelson-Reid | | Parent | $8,500,000.00 |
| 25. | Patrick | John | O'Shea | Sheila | Patricia | O'Shea | | Spouse | $12,500,000.00 |
| 26. | Patrick | John | O'Shea | Patrick | John | O'Shea | Jr. | Child | $8,500,000.00 |
| 27. | Patrick | John | O'Shea | Megan | Eileen | O'Shea | | Child | $8,500,000.00 |
| 28. | Jesus | | Ovalles | Edwin | Jesus | Ovalles | | Child | $8,500,000.00 |
| 29. | Israel | | Pabon | Pamela | | Pabon | | Child | $8,500,000.00 |

docs-100418656.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | James | | Paul | Terry | | Paul | | Sibling | $4,250,000.00 |
| 31. | Dennis | John | Pierce | Carey | Thomas | Pierce | | Sibling | $4,250,000.00 |
| 32. | Dennis | John | Pierce | Barbara | Clara | Timpone | | Sibling | $4,250,000.00 |
| 33. | James | | Sands | Cynthia | | Lesemann | | Sibling | $4,250,000.00 |
| 34. | James | | Sands | Geraldine | | Sands | | Parent | $8,500,000.00 |
| 35. | James | | Sands | Loreen | | Fremaint | | Sibling | $4,250,000.00 |
| 36. | Ayleen | J. | Santiago | Dinnette | Aracely | Medina | | Sibling | $4,250,000.00 |
| 37. | Otis | Vincent | Tolbert | Otis | | Tolbert | | Parent | $8,500,000.00 |
| 38. | Otis | Vincent | Tolbert | Nancy | Louise | Tolbert | | Parent | $8,500,000.00 |
| 39. | Courtney | Wainsworth | Walcott | Alda | Louise | Walcott | | Parent | $8,500,000.00 |
| 40. | Courtney | Wainsworth | Walcott | Hector | Lloyd | Walcott | | Parent | $8,500,000.00 |
| 41. | Courtney | Wainsworth | Walcott | Andrew | Washington | Walcott | | Sibling | $4,250,000.00 |
| 42. | Courtney | Wainsworth | Walcott | Delano | | Walcott | | Sibling | $4,250,000.00 |
| 43. | Lisa | LaShawne | Young | Wanda | Denise | Rose | | Sibling | $4,250,000.00 |
| **TOTAL** | | | | | | | | | **$317,750,000.00** |