# EXHIBIT B

**Ex. B-1**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|-----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1.  | Alexander | Anthony | Centro | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 2.  | John | | D'Allara | | | $2,000,000.00 | $2,000,000.00 |
| 3.  | Kevin | Christopher | Dowdell | | | $2,000,000.00 | $2,000,000.00 |
| 4.  | Dean | Phillip | Eberling | | | $2,000,000.00 | $2,000,000.00 |
| 5.  | Stephen | J. | Fiorelli | Sr. | | $2,000,000.00 | $2,000,000.00 |
| 6.  | Thomas | | Gambino | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 7.  | Steven | James | Genovese | | | $2,000,000.00 | $2,000,000.00 |
| 8.  | Vincent | Gerard | Halloran | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $16,000,000.00 | **$16,000,000.00** |

**Ex. B-2**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Kathleen | Anne | Hunt-Casey | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Andrew | Brian | Jordan | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Charles | Henry | Karczewski | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Thomas | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Peter | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Edward | Hobbs | Luckett | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Terence | Augustine | McShane | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Scott | Morello | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $16,000,000.00 | **$16,000,000.00** |

**Ex. B-3**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|-----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1.  | Mary    | Catherine | Boffa    | | | $2,000,000.00 | $2,000,000.00 |
| 2.  | Dennis  | Michael   | Edwards  | | | $2,000,000.00 | $2,000,000.00 |
| 3.  | Richard | S.        | Morgan   | | | $2,000,000.00 | $2,000,000.00 |
| 4.  | Luke    | Gerard    | Nee      | | | $2,000,000.00 | $2,000,000.00 |
| 5.  | Moises  | Norberto  | Rivas    | | | $2,000,000.00 | $2,000,000.00 |
| 6.  | Rafael  | Humberto  | Santos   | | | $2,000,000.00 | $2,000,000.00 |
| 7.  | Steven  | Frank     | Strobert | | | $2,000,000.00 | $2,000,000.00 |
| 8.  | Donnie  | Brooks    | Taylor   | | | $2,000,000.00 | $2,000,000.00 |
| 9.  | Raymond | Robert    | York     | | | $2,000,000.00 | $2,000,000.00 |
| 10. | Kenneth |           | Zelman   | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $20,000,000.00 **$20,000,000.00**

docs-100420010.1

**Ex. B-4**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | John    | Paul    | Bocchi      |   |               | $2,000,000.00  | $2,000,000.00  |
| 2. | Mark    | Francis | Broderick   |   |               | $2,000,000.00  | $2,000,000.00  |
| 3. | Timothy | John    | Coughlin    |   |               | $2,000,000.00  | $2,000,000.00  |
| 4. | Emerita |         | De La Pena  |   |               | $2,000,000.00  | $2,000,000.00  |
| 5. | Judith  | Berquis | Diaz-Sierra |   |               | $2,000,000.00  | $2,000,000.00  |
| 6. | Wendy   | Ruth    | Faulkner    |   | $3,967,999.00 | $2,000,000.00  | $5,967,999.00  |
| 7. | Timothy | Joseph  | Finnerty    |   |               | $2,000,000.00  | $2,000,000.00  |
| 8. | Carl    | Martin  | Flickinger  |   |               | $2,000,000.00  | $2,000,000.00  |
| 9. | Paul    | William | Innella     |   | $2,374,462.00 | $2,000,000.00  | $4,374,462.00  |

**TOTALS**                                                $6,342,461.00   $18,000,000.00   **$24,342,461.00**

docs-100420013.1

**Ex. B-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Glenn | Davis | Kirwin |  |  | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph | Ross | Marchbanks | Jr. |  | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | Joseph | Maude |  |  | $2,000,000.00 | $2,000,000.00 |
| 4. | Kathy | Nancy | Mazza |  |  | $2,000,000.00 | $2,000,000.00 |
| 5. | James | Francis | Murphy | IV |  | $2,000,000.00 | $2,000,000.00 |
| 6. | Joseph | Michael | Navas |  |  | $2,000,000.00 | $2,000,000.00 |
| 7. | Maria | Isabel | Ramirez |  |  | $2,000,000.00 | $2,000,000.00 |
| 8. | David | Eliot | Retik |  |  | $2,000,000.00 | $2,000,000.00 |
| 9. | Donald | Walter | Robertson | Jr. |  | $2,000,000.00 | $2,000,000.00 |// 
| **TOTALS** |  |  |  |  |  | $18,000,000.00 | **$18,000,000.00** |

docs-100420014.1

**Ex. B-6**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Renee               |                      | Barrett-Arjune     |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2. | Joseph              | John                 | Hasson             | III         |                        | $2,000,000.00              | $2,000,000.00       |
| 3. | Matthew             | Gerard               | Leonard            |             | $5,619,820.00          | $2,000,000.00              | $7,619,820.00       |
| 4. | Keith               | Kevin                | O'Connor           |             |                        | $2,000,000.00              | $2,000,000.00       |
| 5. | Robert              | David                | Peraza             |             |                        | $2,000,000.00              | $2,000,000.00       |
| 6. | Aida                |                      | Rosario            |             |                        | $2,000,000.00              | $2,000,000.00       |
| 7. | Lonny               | Jay                  | Stone              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 8. | Ivan                |                      | Vale               |             |                        | $2,000,000.00              | $2,000,000.00       |
| 9. | Scott               | Jeffrey              | Weingard           |             |                        | $2,000,000.00              | $2,000,000.00       |

**TOTALS**                                                                      $5,619,820.00    $18,000,000.00    **$23,619,820.00**

**Ex. B-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|-----------------------|----------------------------|---------------------|
| 1. | John     | Joseph     | Doherty |  |  | $2,000,000.00 | $2,000,000.00 |
| 2. | Patrick  | Thomas     | Dwyer   |  |  | $2,000,000.00 | $2,000,000.00 |
| 3. | Michele  | Ann        | Nelson  |  |  | $2,000,000.00 | $2,000,000.00 |
| 4. | Patrick  | John       | O'Shea  |  |  | $2,000,000.00 | $2,000,000.00 |
| 5. | Courtney | Wainsworth | Walcott |  |  | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $10,000,000.00 **$10,000,000.00**

docs-100420018.1