# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                                                December 15, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN);
>        *August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN);
>        *Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN)

Dear Judge Netburn:

    I write to inform the Court that I submitted a motion to amend to correct errors in the above-referenced actions on December 14, 2021 (ECF No. 7451) to correct the middle name of 9/11 decedent Luke Gerard Nee.

    Because Plaintiffs, including immediate family members and the estate of Luke Gerard Nee, have pending judgment motions with the Court (ECF Nos. 7329 and 7357), I have submitted Amended Proposed Orders (ECF Nos. 7454 and 7455) for those pending judgment motions as well. Please disregard the prior Proposed Orders (ECF Nos. 7333 and 7361) and use the Amended Proposed Orders (ECF Nos. 7454 and 7455) instead when ruling on the pending judgment motions.

    I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc:   The Honorable George B. Daniels (via ECF)
      All MDL Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100426643.1