## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD) (SN)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Bianco* Plaintiffs' motion is granted, and the individuals included in Exhibit A are to be substituted into the *Bianco* case.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100409740.1

## EXHIBIT A to *Bianco* Motion to Substitute Parties

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 92, being intended to designate the Personal Representative of the Estate of Eileen Flecha, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen Flecha | 1:20-cv-10902 | Veronica Morris as the Personal Representative of the Estate of Eileen Flecha, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen Flecha | VA | Eileen Flecha |

2