# EXHIBIT A

**Ex. A-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|---|---|---|---|---|---|---|---|---|
| 1. | Sadie | I. | Ette | Ekaette |   | Ette |   | Parent (Deceased) | $8,500,000.00 |

| | | | | | | | | TOTAL | $8,500,000.00 |
|---|---|---|---|---|---|---|---|---|---|

**Ex. A-2**

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Benjamin | Keefe | Clark | Chaz | Christian | Clark | | Child | $8,500,000.00 |
| 2. | Helen | | Cook | Justin | | Cook | | Child | $8,500,000.00 |

| TOTAL | | | | | | | | | $17,000,000.00 |

docs-100426907.1

**Ex. A-3**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|---------------------|----------------------|--------------------|----------------------|-----------------------|---------------------|------------------|-------------------------------|-------------------------|
| 1. | Robert              | Gabriel              | Martinez           | Jonathan             | Gabriel               | Martinez            |                  | Child                         | $8,500,000.00           |

**TOTAL** $8,500,000.00

**Ex. A-4**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Michael | Sean | Curtin | Heather |  | Curtin |  | Child | $8,500,000.00 |

**TOTAL** $8,500,000.00

docs-100426910.1

**Ex. A-5**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Bruce |  | Gary | Donna |  | Struzzieri |  | Sibling | $4,250,000.00 |
| 2. | Ernest |  | James | Esther |  | James |  | Parent (Deceased) | $8,500,000.00 |

| TOTAL | $12,750,000.00 |
|---|---|

**Ex. A-6**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Francis | Albert | DeMartini | Nicole |  | DeMartini |  | Spouse | $12,500,000.00 |
| 2. | Francis | Albert | DeMartini | Sabrina |  | DeMartini |  | Child | $8,500,000.00 |
| 3. | Craig | Scott | Amundson | Barry | Lee | Amundson |  | Sibling | $4,250,000.00 |

**TOTAL** $25,250,000.00

docs-100426913.1

**Ex. A-7**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Kenneth | Charles | Ledee | MaryAnn |  | Ledee |  | Spouse | $12,500,000.00 |
| 2. | James |  | Romito | Josephine |  | Romito |  | Spouse | $12,500,000.00 |
| 3. | James |  | Romito | Ellen |  | Romito |  | Child | $8,500,000.00 |

**TOTAL** $33,500,000.00

docs-100426915.1

**Ex. A-8**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Edward | Veld | Rowenhorst | Tracy | Lynn | Rowenhorst |  | Spouse | $12,500,000.00 |
| 2. | Edward | Veld | Rowenhorst | Ashley | Noelle | Brandt |  | Child | $8,500,000.00 |
| 3. | Edward | Veld | Rowenhorst | Kaitlyn | Amber | Rowenhorst |  | Child | $8,500,000.00 |

**TOTAL** $29,500,000.00

docs-100426917.1

**Ex. A-9**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Fredric | Neal | Gabler | Mindy | | Gabler | | Spouse | $12,500,000.00 |
| 2. | Fredric | Neal | Gabler | Alexis | | Gabler | | Child | $8,500,000.00 |
| 3. | Diana | Jessica | O'Connor | Maria | | Vega | | Parent (Deceased) | $8,500,000.00 |
| 4. | Steven | Frank | Strobert | Andrew | | Strobert | | Sibling | $4,250,000.00 |

**TOTAL** $33,750,000.00

**Ex. A-10**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Harry | James | Blanding | Harry | James | Blanding | Sr. | Parent (Deceased) | $8,500,000.00 |
| 2. | James | Edward | Cove | Francis | Kirby | Cove |  | Sibling (Deceased) | $4,250,000.00 |
| 3. | James | Edward | Cove | Margaret | Mary | Cove |  | Parent (Deceased) | $8,500,000.00 |

**TOTAL** $21,250,000.00

**Ex. A-11**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Victor |  | Wald | Adolph |  | Wald |  | Parent (Deceased) | $8,500,000.00 |
| 2. | John | Sylvester | White | Denise | Simone | White |  | Child | $8,500,000.00 |

**TOTAL** $17,000,000.00

**Ex. A-12**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Craig | Scott | Amundson | Charlotte | | Amundson | | Child | $8,500,000.00 |
| 2. | Craig | Scott | Amundson | Elliot | | Amundson | | Child | $8,500,000.00 |
| 3. | Craig | Scott | Amundson | Amber | Ann | Amundson | | Spouse | $12,500,000.00 |
| 4. | Helen | | Cook | Jermaine | | Cook | | Spouse | $12,500,000.00 |
| 5. | Alva | Cynthia | Jeffries Sanchez | Alfred | | Jeffries | Sr. | Parent | $8,500,000.00 |
| 6. | Alva | Cynthia | Jeffries Sanchez | Malikah | | Jeffries | | Sibling | $4,250,000.00 |

**TOTAL** $54,750,000.00

docs-100426925.1