# EXHIBIT B

**Ex. B-1**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | (Spc.) Craig | | Amundson | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| 2. | Francis | Albert | DeMartini | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| | **TOTALS** | | | | $0.00 | $4,000,000.00 | **$4,000,000.00** |

docs-100426992.1

**Ex. B-2**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | DaJuan | | Hodges | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| 2. | Kenneth | Charles | Ledee | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| 3. | Philip | D. | Miller | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| 4. | James | | Romito | | $1,957,405.00 | $2,000,000.00 | $3,957,405.00 |
| | **TOTALS** | | | | $1,957,405.00 | $8,000,000.00 | **$9,957,405.00** |

docs-100426991.1

**Ex. B-3**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Edward | | Rowenhorst | | $0.00 | $2,000,000.00 | $2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $0.00 | $2,000,000.00 | **$2,000,000.00** |

docs-100426993.1

**Ex. B-4**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Fredric | Neal | Gabler |  | $0.00 | $2,000,000.00 | $2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $0.00 | $2,000,000.00 | **$2,000,000.00** |

docs-100426994.1

**Ex. B-5**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Peter | | Frank | | $0.00 | $2,000,000.00 | $2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $0.00 | $2,000,000.00 | **$2,000,000.00** |