# EXHIBIT C

**Ex. C-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Sadie | I. | Ette | Ekaette | | Ette | | Parent (Deceased) | $8,500,000.00 | 10/7/2021 | 7233 |

**TOTAL**                                                  **$8,500,000.00**

**Ex. C-2**

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Benjamin | Keefe | Clark | Chaz | Christian | Clark | | Child | $8,500,000.00 | 12/15/2021 | 7467 |
| 2. | Helen | | Cook | Justin | | Cook | | Child | $8,500,000.00 | 12/15/2021 | 7467 |

**TOTAL**                                                                                                         **$17,000,000.00**

docs-100426908.1

**Ex. C-3**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Michael | Sean | Curtin | Heather | | Curtin | | Child | $8,500,000.00 | 12/15/2021 | 7466 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | | | | **$8,500,000.00** | | |

**Ex. C-4**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Craig | Scott | Amundson | Barry | Lee | Amundson | | Sibling | $4,250,000.00 | 12/15/2021 | 7465 |

**TOTAL**                                                                                                                  **$4,250,000.00**

**Ex. C-5**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Kenneth | Charles | Ledee | MaryAnn | | Ledee | | Spouse | $12,500,000.00 | 12/15/2021 | 7468 |
| 2. | James | | Romito | Josephine | | Romito | | Spouse | $12,500,000.00 | 12/15/2021 | 7468 |
| 3. | James | | Romito | Ellen | | Romito | | Child | $8,500,000.00 | 12/15/2021 | 7468 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | | | | **$33,500,000.00** | | |

docs-100426916.1

**Ex. C-6**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Edward | Veld | Rowenhorst | Tracy | Lynn | Rowenhorst | | Spouse | $12,500,000.00 | 12/15/2021 | 7469 |
| 2. | Edward | Veld | Rowenhorst | Ashley | Noelle | Brandt | | Child | $8,500,000.00 | 12/15/2021 | 7469 |
| 3. | Edward | Veld | Rowenhorst | Kaitlyn | Amber | Rowenhorst | | Child | $8,500,000.00 | 12/15/2021 | 7469 |

**TOTAL**        **$29,500,000.00**

**Ex. C-7**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Steven | Frank | Strobert | Andrew | | Strobert | | Sibling | $4,250,000.00 | 11/19/2021 | 7368 |

**TOTAL**                                                                                                   **$4,250,000.00**