## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

December 17, 2021

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Plaintiffs write to advise the Court that based on the May 11, 2021 Letters of Request entered by the Court for the examination of non-party witness Alp Karli in Turkey pursuant to the Hague Evidence Convention, we received notification from our Turkish counsel that the appointed judge has completed his review of our request and has set a hearing date of March 22, 2022 at 10:00 a.m. before the Istanbul 22nd Civil Court of First Instance to take Mr. Karli's testimony.  We have been advised that the appointed judge will ask the Turkish Ministry of Justice to forward the formal notification to this Court.  We have already notified counsel for the Kingdom of Saudi Arabia and Dallah Avco of the hearing date.

Respectfully submitted,

KREINDLER & KREINDLER        MOTLEY RICE

 */s/ Megan W. Benett, Esquire*         */s/ Robert T. Haefele, Esquire*
Megan W. Benett, Esq.              Robert T. Haefele, Esquire
Steven R. Pounian, Esquire          28 Bridgeside Boulevard
Andrew J. Maloney, III, Esquire      Mt. Pleasant, SC 29464
485 Lexington Avenue, 28th Floor
New York, NY 10017

December 17, 2021
Page 2

On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Personal Injury and Death Claims

COZEN O'CONNOR

  /s/ Sean P. Carter, Esquire
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

On behalf of the MDL 1570 Plaintiffs' Exec. Committee for Commercial Claims

cc:     All Counsel of Record via ECF