# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to*:
All Actions

### FIRST DECLARATION OF STEVEN R. POUNIAN IN SUPPORT OF THE *ASHTON* PLAINTIFFS' MOTION TO COMPEL SAUDI ARABIA TO PRODUCE DOCUMENTS CONCERNING THREE KINGDOM OFFICIALS, AND TO REVISE THIS COURT'S MARCH 2018 ORDER TO CONFORM WITH RECENT SECOND CIRCUIT AIDING-ABETTING TERROR CASES

I, Steven R. Pounian, declare as follows:

1.      I am an attorney duly admitted before this Court, am Of Counsel to the firm of Kreindler & Kreindler LLP, attorneys for Plaintiffs, and am familiar with this litigation and the prior proceedings relevant to the subject motion.

2.      I respectfully submit this Declaration on behalf of the *Ashton* plaintiffs to submit to the Court the following documents in support of the *Ashton* Plaintiffs' Motion to Compel Saudi Arabia to Produce Documents Concerning Three Kingdom Officials, and to Revise this Court's March 2018 Order to Conform with Recent Second Circuit Aiding-Abetting Terror Cases.

3.      Attached as Exhibit 1 is a true and correct copy of various documents publicly released by the Federal Bureau of Investigation (FBI) on its website on November 2, 2021 as a result of President Biden's September 3, 2021 Executive Order 14040.

4.      Attached as Exhibit 2 is a true and correct copy of the August 24, 2021 letter from Clinton Seagroves, U.S. Department of State, to Megan Benett of Kreindler & Kreindler

confirming official records of the State Department showing, *inter alia*, that Adel al Sadhan and Mutaeb al Sudairy were listed by Saudi Arabia as staff members of the Saudi Embassy in Washington in 1999-2001.

5.      Attached as Exhibit 3 is a true and correct copy of a page from the 9/11 Timeline Report publically released by the FBI from its 9/11 investigation.

6.      Attached as Exhibit 4 is a true and correct copy of the public version of the FBI's Operation Encore April 4, 2016 Report released on September 11, 2021 as a result of President Biden's September 3, 2021 Executive Order 14040.

7.      Attached as Exhibit 5 is a true and correct copy of a "Summary of Saudi Arabian checks received by Omar A. Mohamed" filed as Exhibit 29 at the trial in *United States v. Mohamed*, 03CR3433-JAH (S.D. Ca.) and marked as Deposition Exhibit 418 in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2021

                                        /s/ Steven R. Pounian
                                        Steven R. Pounian