# EXHIBIT 2



**United States Department of State**

*Washington, D.C.  20520*

August 24, 2021

REF: 21 - 1410

Megan W. Benett
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, New York 10017-2629

Dear Ms. Benett,

I am writing to respond to your letters of July 7, 2021, which requested that the Office of Foreign Missions provide "a statement of the status… including, if possible, dates of employment, job title, and office locations" for the following individuals:

Abdullah al Jaithen (also known as Abdullah al Jraithen)
Khalid al Sowailem
Majed al Mersal
Mohamed al Muhanna
Musaed al Jarrah
Mutaeb al Sudairy
Adel al Sadhan

After consideration of the factors set forth in the Department of State's *Touhy* regulations, 22 C.F.R. § 172.1 *et seq.*, the Department is providing the following information in response to your request. The official records of the Department of State, Office of Foreign Missions, contain the following information:

An individual named Khaled al Sowailem was notified to the Department as a diplomatic agent at the Embassy of the Kingdom of Saudi Arabia in Washington, D.C., effective September 14, 1995 through September 14, 2003.

An individual named Mohammed al Muhanna was notified to the Department as a consular employee at the Consulate General of the Kingdom of Saudi Arabia at Los Angeles, California effective May 2, 2001 through March 5, 2003.

An individual named Musaed A. al Jarrah was notified to the Department as an administrative and technical staff member at the Embassy of the Kingdom of Saudi Arabia at Washington, D.C., effective February 8, 1991 through February 26, 2006.

An individual named Mutaib al Sudairy was notified to the Department as an administrative and technical staff member at the Embassy of the Kingdom of Saudi Arabia at Washington, D.C., effective June 14, 1999 through April 2, 2001.

An individual named Adel al Sadhan was notified to the Department as an administrative and technical staff member at the Embassy of the Kingdom of Saudi Arabia at Washington, D.C., effective June 14, 1999 through April 2, 2001.

The official records of the Department of State, Office of Foreign Missions, contain no record of the following individuals being assigned as members of the staff of the diplomatic or consular mission of the Kingdom of Saudi Arabia:

Abdullah a Jaithen (also known as Abdullah al Jraithen)
Majed al Mersal

Please note that the official records of the Department of State, Office of Foreign Missions, include individuals who were accredited to the United States as members of the staff of the diplomatic or consular mission of the Kingdom of Saudi Arabia. Such records would not necessarily include officials from the Kingdom of Saudi Arabia temporarily in the United States who were not notified to the Department of State as members of the staff of Saudi Arabia's diplomatic or consular missions.

Clifton C. Seagroves
Director, Acting
Office of Foreign Missions