# EXHIBIT 3

RBQ 7-VII-A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (S) | | | | | | (S) | |
| (S) | | | | | | | |
| 478 | 4/3/1999 | ID | Nawaf Alhazmi | Obtained a B2 Visa in Jeddah, Saudi Arabia; Listed Los Angeles, California as his intended point of visitation. Destination address was listed as the Sheraton Hotel, Los Angeles, CA. Passport # B673987. | [265A-NY-280350; Information Control Number: NY472, from INS, 9/11/01] | Entered US at LAX Los Angeles on 1/15/00 on United Airlines Flight #2 from Hong Kong ; 265A-NY-280350-302 Serial 7134 | 265A-NY-280350-CC Serial : 4062 and 265A-NY-280350-302 Serial : 7134 |
| 479 | 4/4/1999 | ID | Salem Alhazmi | Passport #C582647 Issued / C562647 per INS I-94 | [265A-NY-280350, serial 2777, 09/16/01; Hudson United Bank account record; Dallas EC to FBIHQ dated 09/14/01] | Verified as correct by United States Department of State Diplomatic Security Service Security Service (USDOS/DSS) representative | 265A-NY-280350-NK, dated 9/19/01, re [ ]265A-NY-280350, serial 2777, dated 9/16/01; INS I-94; 265A-NY-280350-BR, EC dated 09/27/01. |
| 480 | 4/4/1999 | ID | Salem Alhazmi | SALEM AL-HAZMI obtained B-2 Visa in Jeddah, Saudi Arabia. Passport # C562647. | | | USCS; INS I-94; 265A-NY-280350-302 Serial : 7134 |
| (S) | | | | | | (S) | |
| 482 | 4/7/1999 | O | Hani Hanjour | [ ][sic] was examined by [ ], MD, for FAA Medical Certificate First Class. The address HANJOUR listed on the certificate was [ ] | | | 280350-PX, S 334 [Jet Tech records] |
| 483 | 4/7/1999 | ID | Khalid Al-Mihdhar | AL-MIHDHAR obtained a B-2 Visa through the U.S. Consulate, Jeddah, Saudi Arabia, listing the Los Angeles Sheraton as his intended address. Passport #B721156. | | | 265A-NY-280350-302, serial 7134 |
| (S) | | | | | | (S) | |
| | | | | | (S) | | |
| 486 | 4/9/1999 | FIN | Hani Hanjour | HANJOUR made $100 cash payment to Arizona Aviation. | | | 265A-NY-280350-IN Serial : 7952 |

Activate Windows
Go to Settings to activate W

0000003706