# EXHIBIT 5

## Summary of Saudi Arabian Checks Received by Omar A. Mohamed

February 10, 2021
Exhibit
QATTAN
**418**

**Omar Abdi Mohamed**
**Haweya Yusuf Shire**
**7245 Waite DR**
**La Mesa, CA 91941-7630**
**Bank of America Joint Checking Account # 08631-15668**

KEY:
TFS = Taken from Statement (because illegible)

| POSTED DATE | CHECK DATE | CHECK NUMBER | SOURCE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 1/16/1998 | 1/4/1998 | 1100 | Royal Embassy of Saudi Arabia | 3000.00 | |
| 1/27/1998 | 1/16/1998 | 5773 | Royal Embassy of Saudi Arabia | 1459.73 | |
| 3/5/1998 | TFS | 5818 | Royal Embassy of Saudi Arabia | 1459.73 | |
| 4/1/1998 | 3/20/1998 | 5873 | Royal Embassy of Saudi Arabia | 1459.73 | |
| 5/27/1998 | 5/20/1998 | 5981 | Royal Embassy of Saudi Arabia | 1459.73 | |
| 6/29/1998 | 6/18/1998 | 6031 | Royal Embassy of Saudi Arabia | 1459.73 | |
| 9/1/1998 | 8/17/1998 | 6120 | Royal Embassy of Saudi Arabia | 1459.73 | |
| 10/5/1998 | 9/16/1998 | 6170 | Royal Embassy of Saudi Arabia | 1459.73 | |
| 11/3/1998 | 10/14/1998 | 6189 | Royal Embassy of Saudi Arabia | 64.84 | |
| 11/3/1998 | 10/14/1998 | 6232 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 11/3/1998 | 10/14/1998 | 6188 | Royal Embassy of Saudi Arabia | 4180.80 | |
| 12/1/1998 | 11/12/1998 | 6281 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 12/24/1998 | 12/11/1998 | 6330 | Royal Embassy of Saudi Arabia | 1500.27 | |
| | | | 1998 Subtotal | | $ 21,964.56 |
| 1/19/1999 | 1/11/1999 | 6378 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 3/5/1999 | 2/10/1999 | 6434 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 3/25/1999 | 3/10/1999 | 6497 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 4/27/1999 | 4/12/1999 | 6545 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 5/24/1999 | 6/9/1999 | 6660 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 7/22/1999 | 7/8/1999 | 6792 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 8/17/1999 | 8/5/1999 | 6845 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 9/14/1999 | 9/2/1999 | 6909 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 10/22/1999 | 10/5/1999 | 6980 | Royal Embassy of Saudi Arabia | 1500.27 | |
| 12/20/1999 | 12/1/1999 | 7059 | Royal Embassy of Saudi Arabia | 4380.48 | |
| 12/20/1999 | 12/1/1999 | 7060 | Royal Embassy of Saudi Arabia | 41.60 | |

GOVERNMENT EXHIBIT 28

FA Laurente

## Summary of Saudi Arabian Checks Received by Omar A. Mohamed

3/8/2005

| POSTED DATE | CHECK DATE | CHECK NUMBER | SOURCE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 12/20/1999 | 12/1/1999 | 7061 | Royal Embassy of Saudi Arabia | 41.60 | |
| 12/20/1999 | 12/1/1999 | 7094 | Royal Embassy of Saudi Arabia | 1541.87 | |
| | | | 1999 Subtotal | | $ 19,507.98 |
| 2/14/2000 | 2/1/2000 | 7197 | Royal Embassy of Saudi Arabia | 1541.87 | |
| 3/23/2000 | 3/1/2000 | 7303 | Royal Embassy of Saudi Arabia | 1381.87 | |
| 4/7/2000 | 3/30/2000 | 7356 | Royal Embassy of Saudi Arabia | 1541.87 | |
| 5/9/2000 | 4/27/2000 | 11375 | Royal Embassy of Saudi Arabia | 750.00 | |
| 5/26/2000 | 5/1/2000 | 7408 | Royal Embassy of Saudi Arabia | 1541.87 | |
| 6/1/2000 | 5/26/2000 | 7463 | Royal Embassy of Saudi Arabia | 1541.87 | |
| 7/21/2000 | 6/26/2000 | 7525 | Royal Embassy of Saudi Arabia | 1541.87 | |
| 9/1/2000 | 8/28/2000 | 7631 | Royal Embassy of Saudi Arabia | 6191.79 | |
| 9/1/2000 | 7/24/2000 | 7571 | Royal Embassy of Saudi Arabia | 1541.87 | |
| 10/4/2000 | 9/22/2000 | 7681 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 12/26/2000 | 12/18/2000 | 7834 | Royal Embassy of Saudi Arabia | 1613.60 | |
| | | | 2000 Subtotal | | $ 20,802.08 |
| 2/5/2001 | 1/19/2001 | 7889 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 3/1/2001 | 2/15/2001 | 7994 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 5/2/2001 | 4/23/2001 | 8107 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 5/30/2001 | 5/18/2001 | 8174 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 6/26/2001 | 6/15/2001 | 12290 | Royal Embassy of Saudi Arabia | 750.00 | |
| 6/26/2001 | 6/19/2001 | 8298 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 7/23/2001 | 7/17/2001 | 8357 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 8/31/2001 | 8/16/2001 | 8425 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 10/5/2001 | 9/12/2001 | 8485 | Royal Embassy of Saudi Arabia | 6350.72 | |
| 11/19/2001 | 10/18/2001 | 8537 | Royal Embassy of Saudi Arabia | 1613.60 | |
| 12/28/2001 | 12/12/001 | 8757 | Royal Embassy of Saudi Arabia | 1658.67 | |
| | | | 2001 Subtotal | | $ 21,668.19 |
| 2/1/2002 | 1/16/2002 | 8812 | Royal Embassy of Saudi Arabia | 1658.67 | |
| 2/21/2002 | 2/11/2002 | 8863 | Royal Embassy of Saudi Arabia | 1658.67 | |
| 3/18/2002 | 3/11/2002 | 8930 | Royal Embassy of Saudi Arabia | 1658.67 | |

FA Laurente

Summary of Saudi Arabian Checks Received by Omar A. Mohamed                                3/8/2005

| POSTED DATE | CHECK DATE | CHECK NUMBER | SOURCE | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|---|
| 4/24/2002 | 4/8/2002 | 8984 | Royal Embassy of Saudi Arabia | 1658.67 | | | |
| | | | 2002 Subtotal Through May 9, 2002 | | | $ 6,634.68 | |
| | | | | TOTAL JAN 4, 1998 - MAY 9, 2002: | | $ 90,577.49 | |

Royal Embassy of Saudi Arabia Checks
Chancery Account IFTA
Riggs Bank N.A.
Account # 08488856 or # 08489162 or #17182859

FA Laurente



Summary of Saudi Arabian Payments Received by Omar A. Mohamed
Rounded Figures - Total $90,578
01/04/1998- 05/09/2002

| Year | Amount |
|---|---|
| 1998 | $21,965 |
| 1999 | $19,508 |
| 2000 | $20,802 |
| 2001 | $21,668 |
| 2002 | $6,635 |

GOVERNMENT EXHIBIT 29