**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
}
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  }
}   **1:03 MDL 1570 (GBD)(SN)**
}
}
-------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. bin-Laden, et al.*
**1:03-cv-09848 (GBD)(SN)**
*Hoglan, et al. v. Islamic Republic of Iran, et al.*
**1:11-cv-07550 (GBD)(SN)**
*Ryan, et al. v. Iran, et al.*
**1:20-cv-0266 (GBD)(SN)**

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS

Stephen A. Corr, Esquire hereby moves this Honorable Court for an Order in the form attached approving his withdraw as co-counsel for Plaintiffs in the three above-captioned individual cases and the above-captioned MDL 1570, and in support thereof avers the following:

1. On April 22, 2004, Honorable Richard Conway Casey granted Stephen A. Corr, Esquire's Motion for Admission *Pro Hac Vice* in *Havlish, et al. v. bin-Laden, et al*, 1:03-cv-09848 (Docket Doc. No. 9).

2. On October 8, 2015, Honorable George B. Daniels granted Stephen A. Corr, Esquire's Motion for Admission *Pro Hac Vice* in *Hoglan, et al. v. Islamic Republic of Iran, et al.*, 1:11-cv-07550 (Docket Doc. No. 120).

3. On August 19, 2020, Honorable Sarah Netburn granted Stephen A. Corr, Esquire's Motion for Admission *Pro Hac Vice* in *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (Docket Doc. No. 20).

4.     Stephen A. Corr, Esquire has continued to represent the Plaintiffs' in each of the three individual cases and this MDL since being admitted *pro hac vice*.

5.     On November 2, 2021, the citizens of Bucks County, Pennsylvania elected Stephen Corr, Esquire to serve as Judge of the Court of Common Pleas of Pennsylvania.

6.     Pursuant to Pennsylvania Code of Judicial Conduct Rule 3.10, a member of the Pennsylvania judiciary may no longer practice law, and therefore, Stephen Corr must withdraw from all active litigation including the three individual cases and MDL 1570 captioned above.

7.     All Plaintiffs in each of the cases will continue to be represented by co-counsel in the litigation.

WHEREFORE, for the reasons set forth herein, Stephen A. Corr, Esquire respectfully requests that this Honorable Court enter an Order in the form attached granting his Motion to Withdraw as Attorney for Plaintiffs in the above-captioned matters and ordering the Clerk of Court to remove his name from the service list in all active *In re: Terrorist Attacks on September 11, 2001* MDL 1570 litigation matters.

Respectfully submitted,

*/s       Stephen A. Corr*
Stephen A. Corr, Esquire
Pa. Bar No. 65266
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown Boulevard
Langhorne, PA  19047
(215) 750-0110
scorr@begleycarlin.com

## CERTIFICATION OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Motion to Withdraw as Attorney for Plaintiffs is being filed this 20th day of December 2021 using the court's CM/ECF service and that an electronic copy of the document is being served upon all parties of record through that service.

/s      Stephen A. Corr
Stephen A. Corr, Esquire
Pa. Bar No. 65266
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown Boulevard
Langhorne, PA  19047
(215) 750-0110
scorr@begleycarlin.com

{00965674/}