**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
}
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   }
}   **1:03 MDL 1570 (GBD)(SN)**
}
}
-----------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. bin-Laden, et al.*
**1:03-cv-09848 (GBD)(SN)**
*Hoglan, et al. v. Islamic Republic of Iran, et al.*
**1:11-cv-07550 (GBD)(SN)**
*Ryan, et al. v. Iran, et al.*
**1:20-cv-0266 (GBD)(SN)**

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Withdraw as Attorney for Plaintiffs filed by Stephen A. Corr, Esquire in the above-captioned matters, it is hereby **ORDERED and DECREED** the Motion is **GRANTED.** It is **FURTHER ORDERED** that the Clerk shall remove Mr. Corr from the service list for each of the above-captioned individual cases and all MDL 1570 litigation matters.

BY THE COURT

_____

SARAH NETBURN
United States Magistrate Judge

{00965680/}