| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | PLAINTIFF NATIONALITY | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | DECEDENT NATIONALITY AS OF 9/11 | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lorraine | | Abad | | U.S. | Edelmiro | | Abad | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | $ 2,889,133.00 | $ 4,889,133.00 |
| 2 | Lori | Ann | Arczynski | | Canada | Michael | G. | Arczynski | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 8,110,436.00 | $ 10,110,436.00 |
| 3 | Kimberly | Kaipaka | Beaven | | U.S. | Alan | | Beaven | | United Kingdom | 02-cv-6977 | $ 2,000,000.00 | $ 6,443,641.00 | $ 8,443,641.00 |
| 4 | Charles and Pauline | | Berkeley | | United Kingdom | Graham | A. | Berkeley | | United Kingdom | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 5 | Arlene | | Beyer | | U.S. | Paul | M. | Beyer | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 6 | Ngoran | | Dje | | Unconfirmed | Irina | | Buslo | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 7 | Laurie | S. | Lauterbach | | U.S. | Carlos | | Cortes | | Colombia | 02-cv-6977 | $ 2,000,000.00 | $ 1,469,257.00 | $ 3,469,257.00 |
| 8 | Mary | | Cregan | | Irish | Joanne | | Cregan | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 9 | Ernesto | | Barrera | | El Salvador | Ana | | Debarrera | | El Salvador | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 10 | Lidia | | Melendez | | Honduras | Mirna | A. | Duarte | | Honduras | 02-cv-6977 | $ 2,000,000.00 | $ 1,210,396.00 | $ 3,210,396.00 |
| 11 | Steven | | Feidelberg | | Unconfirmed | Peter | Adam | Feidelberg | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 5,509,226.00 | $ 7,509,226.00 |
| 12 | Julio | C. | Fernandez | | Unconfirmed | Julio | | Fernandez | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 13 | Elisabet | | Gardner | | Unconfirmed | William | A. | Gardner | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 14 | Delores | | Legree | | Unconfirmed | Anthony | | Hawkins | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 15 | Donna | | Hickey | | Unconfirmed | Brian | C. | Hickey | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 16 | Leigh | | Kennedy | | Australia | Yvonne | | Kennedy | | Australian | 02-cv-6977 | $ 2,000,000.00 | $ 308,729.00 | $ 2,308,729.00 |
| 17 | Irina | | Dubenskaya | | U.S. | Eugeni | | Kniazev | | Russia | 02-cv-6977 | $ 2,000,000.00 | $ 1,484,938.00 | $ 3,484,938.00 |
| 18 | Stuart | John | Knox | | Australian | Andrew | | Knox | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 19 | Arsen | | Mayer | | Unconfirmed | Irina | | Kolpakova | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 20 | Yun Yu | | Zheng | | U.S. | Raymond | Fai | Kwok | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 21 | Kimberly | S. | Lamantia | | Unconfirmed | Stephen | | Lamantia | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 22 | Harlene | | Larry | | Unconfirmed | Hamidou | S. | Larry | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | $ 2,062,376.00 | $ 4,062,376.00 |
| 23 | Maureen | | Kelly | | Unconfirmed | Mark | | Ludvigsen | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 24 | Raynette | | Mascarenhas | | Canada | Bernard | | Mascarenhas | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 4,219,565.00 | $ 6,219,565.00 |
| 25 | Frederyk & Anna | | Milewski | | Unconfirmed | Lukasz | | Milewski | | Poland | 02-cv-6977 | $ 2,000,000.00 | $ 1,394,655.00 | $ 3,394,655.00 |
| 26 | Saradha | | Moorthy | | Unconfirmed | Krishna | | Moorthy | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 27 | Feliciana | | Umanzor | | Unconfirmed | Elsy | C. | Osorio | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | $ 3,895,775.00 | $ 5,895,775.00 |
| 28 | Sampath | | Pakkala | | Unconfirmed | Deepa | | Pakkala | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 29 | Kantilal | | Patel | | Unconfirmed | Manish | | Patel | | India | 02-cv-6977 | $ 2,000,000.00 | $ 13,852,679.00 | $ 15,852,679.00 |
| 30 | BNY | | Mellon | | Unconfirmed | Victor | Hugo | Paz Gutierrez | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 31 | Sophie | | Pelletier | | U.S. | Michel | | Pelletier | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 7,169,891.00 | $ 9,169,891.00 |
| 32 | Katherine | | Robson | | U.S. | Donald | A. | Robson | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 3,673,634.00 | $ 5,673,634.00 |
| 33 | Vasiliy | | Rijov | | Unconfirmed | Tatiana | | Ryjova | | Unsure | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 34 | Delphine | | Saada | | France | Thierry | | Saada | | France | 02-cv-6977 | $ 2,000,000.00 | $ 14,211,852.00 | $ 16,211,852.00 |
| 35 | Narasimha | | Sattaluri | | India | Deepika | | Sattaluri | | India | 02-cv-6977 | $ 2,000,000.00 | $ 5,619,646.00 | $ 7,619,646.00 |
| 36 | Jyothi | J. | Shah | | Unconfirmed | Jayesh | | Shah | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | PLAINTIFF NATIONALITY | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | DECEDENT NATIONALITY AS OF 9/11 | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Daniel | | Stan | | U.S. | Alexandru | | Stan | | Romania | 02-cv-6977 | $ 2,000,000.00 | $ 4,733,354.00 | $ 6,733,354.00 |
| 38 | Midori | | Takahashi | | Japan | Keiji | | Takahashi | | Japan | 02-cv-6977 | $ 2,000,000.00 | $ 5,468,271.00 | $ 7,468,271.00 |
| 39 | Joseph | | O'Keefe | | U.S. | Lesley | A. | Thomas | | Australia | 02-cv-6977 | $ 2,000,000.00 | $ 2,821,624.00 | $ 4,821,624.00 |
| 40 | Rosana | | Thompson | | U.S. | Nigel | Bruce | Thompson | | United Kingdom | 02-cv-6977 | $ 2,000,000.00 | $ 16,746,553.00 | $ 18,746,553.00 |
| 41 | Alissa | | Rosenberg-Torres | | Unconfirmed | Luis | Eduardo | Torres | | Colombia | 02-cv-6977 | $ 2,000,000.00 | $ 5,587,212.00 | $ 7,587,212.00 |
| 42 | Jennifer | | Tull | | Barbados | Pauline | | Tull-Francis | | Barbados | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 43 | Nadadur | S. | Kumar | | Unconfirmed | Pendyala | | Vamsikrishna | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 44 | Anthony | | Vincelli | | Canada | Chantal | | Vincelli | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 665,482.00 | $ 2,665,482.00 |
| 45 | Darren | | Williams | | Canada | Debbie | | Williams | | Canada | 02-cv-6977 | $ 2,000,000.00 | $ 4,842,842.00 | $ 6,842,842.00 |
| 46 | Charles | | Wolf | | U.S. | Katherine | | Wolf | | United Kingdom | 02-cv-6977 | $ 2,000,000.00 | $ 2,724,078.00 | $ 4,724,078.00 |
| 47 | Helen | | Zaccoli | | Unconfirmed | Joseph | | Zaccoli | | Unconfirmed | 02-cv-6977 | $ 2,000,000.00 | | $ 2,000,000.00 |

| | |
|---|---|
| Total Judgment Amount (Ashton A-2 Plaintiffs 1-47): | $ 221,115,245.00 |