Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Edelmiro | | Abad | | Lorraine | | Abad | | Spouse | $ 12,500,000.00 |
| 2 | Terence | | Adderley | Jr. | Terence | | Adderley | Sr. | Parent | $ 8,500,000.00 |
| 3 | Terence | | Adderley | Jr. | Mary | Elizabeth | Adderley | | Parent | $ 8,500,000.00 |
| 4 | David | S. | Agnes | | Carmen | | Agnes | | Parent | $ 8,500,000.00 |
| 5 | Joanne | Maria | Ahladiotis | | Miltiadis | | Ahladiotis | | Parent | $ 8,500,000.00 |
| 6 | Jon | | Albert | | Donna | | Albert | | Spouse | $ 12,500,000.00 |
| 7 | David | D. | Alger | | Josephine | | Alger | | Spouse | $ 12,500,000.00 |
| 8 | Eric | | Allen | | Angelica | | Allen | | Spouse | $ 12,500,000.00 |
| 9 | Angelo | | Amaranto | | Emily | | Amaranto | | Child | $ 8,500,000.00 |
| 10 | James | | Amato | | Deborah | | Amato | | Spouse | $ 12,500,000.00 |
| 11 | Jean | | Andrucki | | Mary | | Andrucki | | Parent | $ 8,500,000.00 |
| 12 | Jean | | Andrucki | | George | | Andrucki | | Parent | $ 8,500,000.00 |
| 13 | Joseph | | Angelini | Sr. | Anne | | Angelini | | Spouse | $ 12,500,000.00 |
| 14 | Faustino | | Apostol | Jr. | Kathleen | G. | Apostol | | Spouse | $ 12,500,000.00 |
| 15 | Patrick | Michael | Aranyos | | Alexander | | Aranyos | | Parent | $ 8,500,000.00 |
| 16 | Patrick | Michael | Aranyos | | Winifred | | Aranyos | | Parent | $ 8,500,000.00 |
| 17 | David | Gregory | Arce | | Margaret | | Arce | | Parent | $ 8,500,000.00 |
| 18 | Barbara | | Arestegui | | Vickie | | Arestegui | | Sibling | $ 4,250,000.00 |
| 19 | Adam | Peter | Arias | | Margit | | Arias | | Spouse | $ 12,500,000.00 |
| 20 | Jack | Charles | Aron | | Evelyn | | Aron | | Spouse | $ 12,500,000.00 |
| 21 | Thomas | | Ashton | | Kathleen | | Ashton | | Parent | $ 8,500,000.00 |
| 22 | Gregg | Arthur | Atlas | | JoAnn | | Atlas | | Spouse | $ 12,500,000.00 |
| 23 | John | J. | Badagliacca | | Nancy | | Badagliacca | | Spouse | $ 12,500,000.00 |
| 24 | Brian | Paul | Dale | | Louanne | | Baily | | Spouse | $ 12,500,000.00 |
| 25 | Michael | | Baksh | | Christina | | Baksh | | Spouse | $ 12,500,000.00 |
| 26 | Gerard | | Barbara | | Joanne | | Barbara | | Spouse | $ 12,500,000.00 |
| 27 | James | | Barbella | | Monica | | Barbella | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Colleen | Ann | Barkow | | Daniel | F. | Barkow | | Spouse | $ 12,500,000.00 |
| 29 | Evan | J. | Baron | | Jeannine | P. | Baron | | Spouse | $ 12,500,000.00 |
| 30 | Carlton | | Bartels | | Jane | | Bartels | | Spouse | $ 12,500,000.00 |
| 31 | Alfred | Todd | Rancke | | Deborah | | Basham | | Spouse | $ 12,500,000.00 |
| 32 | Inna | | Basin | | Vladimir | | Basin | | Spouse | $ 12,500,000.00 |
| 33 | Alan | | Beaven | | Kimberly | Kaipaka | Beaven | | Spouse | $ 12,500,000.00 |
| 34 | Michele | | Reed | | Sharlene | M. | Beckwith | | Parent | $ 8,500,000.00 |
| 35 | Carl | | Bedigian | | Michele | | Bedigian | | Spouse | $ 12,500,000.00 |
| 36 | Nina | P. | Bell | | Lowell | L. | Bell | | Parent | $ 8,500,000.00 |
| 37 | Nina | P. | Bell | | Patricia | | Bell | | Parent | $ 8,500,000.00 |
| 38 | Dominick | J. | Berardi | | Joseph | | Berardi | | Parent | $ 8,500,000.00 |
| 39 | Steven | H. | Berger | | Susan | | Berger | | Spouse | $ 12,500,000.00 |
| 40 | John | | Bergin | | Madeline | | Bergin | | Spouse | $ 12,500,000.00 |
| 41 | William | R. | Bethke | | Valerie | | Bethke | | Spouse | $ 12,500,000.00 |
| 42 | Paul | M. | Beyer | | Arlene | | Beyer | | Spouse | $ 12,500,000.00 |
| 43 | Shimmy | D. | Biegeleisen | | Miriam | | Biegeleisen | | Spouse | $ 12,500,000.00 |
| 44 | Carl | | Bini | | Christine | | Bini | | Spouse | $ 12,500,000.00 |
| 45 | Joshua | | Birnbaum | | Marcel | | Birnbaum | | Parent | $ 8,500,000.00 |
| 46 | Harry | A. | Blanding | Jr. | Deborah | | Blanding | | Spouse | $ 12,500,000.00 |
| 47 | Richard | M. | Blood | Jr. | Kris | A. | Blood | | Spouse | $ 12,500,000.00 |
| 48 | Thomas | | Glasser | | Meg | | Bloom | | Spouse | $ 12,500,000.00 |
| 49 | Nicholas | Andrew | Bogdan | | Dorothy | Ann | Bogdan | | Spouse | $ 12,500,000.00 |
| 50 | Lawrence | | Boisseau | | Maria | Teresa | Boisseau | | Spouse | $ 12,500,000.00 |
| 51 | Richard | Edward | Bosco | | Traci | | Bosco | | Spouse | $ 12,500,000.00 |
| 52 | Kimberly | S. | Bowers | | Frederick | | Bowers, Jr. | | Parent | $ 8,500,000.00 |
| 53 | Larry | | Bowman | | Linda | | Bowman | | Spouse | $ 12,500,000.00 |
| 54 | Gary | R. | Box | | Kathleen | | Box | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Gennady | | Boyarsky | | Jolanta | | Boyarsky | | Spouse | $ 12,500,000.00 |
| 56 | Michael | | Boyle | | James | | Boyle | | Parent | $ 8,500,000.00 |
| 57 | Sandra | | Conaty Brace | | David | | Brace | | Spouse | $ 12,500,000.00 |
| 58 | Sandra | W. | Bradshaw | | Phillip | G. | Bradshaw | | Spouse | $ 12,500,000.00 |
| 59 | David | B. | Brady | | Jennifer | E. | Brady | | Spouse | $ 12,500,000.00 |
| 60 | Edward | A. | Brennan | III | Gail | | Brennan | | Parent | $ 8,500,000.00 |
| 61 | Carol | Keyes | Demitz | | Curtis | Fred | Brewer | | Spouse | $ 12,500,000.00 |
| 62 | Jonathan | E. | Briley | | Hillary | A. | Briley | | Spouse | $ 12,500,000.00 |
| 63 | Herman | C. | Broghammer | | Ursula | | Broghammer | | Spouse | $ 12,500,000.00 |
| 64 | Richard | G. | Bruehert | | JoAnne | | Bruehert | | Spouse | $ 12,500,000.00 |
| 65 | Rachel | | Tamares | | Juan | B. | Bruno | | Spouse | $ 12,500,000.00 |
| 66 | Mark | ls | Bruce | | Dawn | | Bryfogle | | Spouse | $ 12,500,000.00 |
| 67 | Patrick | Joseph | Buhse | | Susan | E. | Buhse | | Spouse | $ 12,500,000.00 |
| 68 | Thomas | Daniel | Burke | | Julia | | Burke | | Spouse | $ 12,500,000.00 |
| 69 | Donald | J. | Burns | | Elizabeth | R. | Burns | | Spouse | $ 12,500,000.00 |
| 70 | John | P. | Burnside | | Sandra | | Burnside | | Spouse | $ 12,500,000.00 |
| 71 | Rosanne | | Lang | | Donna | | Caballero | | Sibling | $ 4,250,000.00 |
| 72 | Thomas | J. | Cahill | | James | W. | Cahill | | Parent | $ 8,500,000.00 |
| 73 | Thomas | J. | Cahill | | Kathleen | | Cahill | | Parent | $ 8,500,000.00 |
| 74 | Scott | Walter | Cahill | | James | C. | Cahill | | Parent | $ 8,500,000.00 |
| 75 | Edward | | Calderon | | Deborah | | Calderon | | Spouse | $ 12,500,000.00 |
| 76 | Dominick | E. | Calia | | Janet | | Calia | | Spouse | $ 12,500,000.00 |
| 77 | Michell | L. | Robotham | | Rodney | | Callum | | Sibling | $ 4,250,000.00 |
| 78 | Brian | | Cannizzaro | | Jacqueline | | Cannizzaro | | Spouse | $ 12,500,000.00 |
| 79 | Louis | | Caporicci | | Lori | | Caporicci | | Spouse | $ 12,500,000.00 |
| 80 | Thomas | E. | Sinton | III | Cathy | | Carilli-Sinton | | Spouse | $ 12,500,000.00 |
| 81 | Mark | Stephen | Carney | | Richard | Peter | Carney | | Sibling | $ 4,250,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Kevin | | Colbert | | Susan | | Carroll | | Parent | $ 8,500,000.00 |
| 83 | Michael | T. | Carroll | | Nancy | | Carroll | | Spouse | $ 12,500,000.00 |
| 84 | Peter | J. | Carroll | | Toni | Ann | Carroll | | Spouse | $ 12,500,000.00 |
| 85 | Thomas | Anthony | Casoria | | Judith | | Casoria | | Parent | $ 8,500,000.00 |
| 86 | Leonard | M. | Castrianno | Jr. | Leonard | A. | Castrianno | Sr. | Parent | $ 8,500,000.00 |
| 87 | Richard | G. | Catarelli | | Santa | | Catarelli | | Spouse | $ 12,500,000.00 |
| 88 | Jason | | Cayne | | Gina | | Cayne | | Spouse | $ 12,500,000.00 |
| 89 | Ruth | | Lapin | | David | J. | Chazin | | Spouse | $ 12,500,000.00 |
| 90 | Delrose | Forbes | Cheatham | | Bobby | | Cheatham | | Spouse | $ 12,500,000.00 |
| 91 | Robert | | Chin | | Suk Tan | | Chin | | Sibling | $ 4,250,000.00 |
| 92 | Christopher | | Ciafardini | | Edward | P. | Ciafardini | | Parent | $ 8,500,000.00 |
| 93 | Thomas | R. | Clark | | Lisa | DiLallo | Clark | | Spouse | $ 12,500,000.00 |
| 94 | Eugene | | Clark | | Robert | | Clark | | Sibling | $ 4,250,000.00 |
| 95 | Gregory | A. | Clark | | Yuko | | Clark | | Spouse | $ 12,500,000.00 |
| 96 | Susan | M. | Clyne | | Charles | | Clyne | | Spouse | $ 12,500,000.00 |
| 97 | Steven | | Coakley | | Vincent | | Coakley | | Parent | $ 8,500,000.00 |
| 98 | Steven | | Coakley | | Caroline | | Coakley | | Parent | $ 8,500,000.00 |
| 99 | Harry | | Glenn | | Sharon | | Cobb-Glenn | | Spouse | $ 12,500,000.00 |
| 100 | Robert | Dana | Colin | | Maryann | | Colin | | Spouse | $ 12,500,000.00 |
| 101 | Thomas | J. | Collins | | Julia | | Collins | | Spouse | $ 12,500,000.00 |
| 102 | Patricia | M. | Colodner | | Warren | | Colodner | | Spouse | $ 12,500,000.00 |
| 103 | Soledi | | Colon | | Benito | | Colon | | Spouse | $ 12,500,000.00 |
| 104 | Joseph | J. | Coppo | Jr. | Patricia | | Coppo | | Spouse | $ 12,500,000.00 |
| 105 | Joseph | | Corbett | | Felicia | | Corbett Jones | | Spouse | $ 12,500,000.00 |
| 106 | John | G. | Coughlin | | Patricia | | Coughlin | | Spouse | $ 12,500,000.00 |
| 107 | Darryl | Leron | Mckinney | | Rubina | | Cox-Holloway | | Parent | $ 8,500,000.00 |
| 108 | Andrew | | Gilbert | | Mariann | | Coyle | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 109 | Denise | | Crant | | John | | Crant | | Sibling | $ 4,250,000.00 |
| 110 | James | L. | Crawford | Jr. | Lisa | B. | Crawford | | Spouse | $ 12,500,000.00 |
| 111 | Dennis | | Cross | | JoAnn | | Cross | | Spouse | $ 12,500,000.00 |
| 112 | Robert | | Cruikshank | | Marianne | A | Cruikshank | | Spouse | $ 12,500,000.00 |
| 113 | Eduvigis | | Reyes | Jr. | Maria | | Cruz | | Sibling | $ 4,250,000.00 |
| 114 | Angela | | Rosario | | Edith | | Cruz | | Parent | $ 8,500,000.00 |
| 115 | Grace | Alegre | Cua | | Ildefonso | A. | Cua | | Spouse | $ 12,500,000.00 |
| 116 | Laurence | | Curia | | Linda | | Curia | | Spouse | $ 12,500,000.00 |
| 117 | Beverly | | Curry | | Frederick | | Curry | | Spouse | $ 12,500,000.00 |
| 118 | Patricia | | Cushing | | David | Edward | Cushing | | Child | $ 8,500,000.00 |
| 119 | Mary | | D'Antonio | | Louisa | | D'Antonio | | Child | $ 8,500,000.00 |
| 120 | Vincent | | Danz | | Angela | | Danz | | Spouse | $ 12,500,000.00 |
| 121 | Amy | | O'Doherty | | Geraldine | | Davie | | Parent | $ 8,500,000.00 |
| 122 | Mannie | Leroy | Clark | | Tanya | Kim | Davis | | Child | $ 8,500,000.00 |
| 123 | William | | Dean | | Patricia | | Dean | | Spouse | $ 12,500,000.00 |
| 124 | Thomas | P. | Deangelis | | Patricia | J. | DeAngelis | | Spouse | $ 12,500,000.00 |
| 125 | James | V. | Deblase | Jr. | Marion | S. | Deblase | | Spouse | $ 12,500,000.00 |
| 126 | David | | DeFeo | | Beril Sofia | | DeFeo | | Spouse | $ 12,500,000.00 |
| 127 | Andrea | | Della Bella | | Vincent | | Della Bella | | Spouse | $ 12,500,000.00 |
| 128 | Colleen | Ann | Deloughery | | Michael | | Deloughery | | Spouse | $ 12,500,000.00 |
| 129 | Anthony | | Demas | | Vivi | | Demas | | Spouse | $ 12,500,000.00 |
| 130 | Francis | X. | Deming | | Brooke | | Deming | | Spouse | $ 12,500,000.00 |
| 131 | Christian | | Desimone | | Christel | | DeSimone | | Parent | $ 8,500,000.00 |
| 132 | Jerry | | DeVito | | Todd | | DeVito | | Child | $ 8,500,000.00 |
| 133 | Robert | | Devitt, Jr. | | Joyce | | Devitt | | Parent | $ 8,500,000.00 |
| 134 | Michael | L. | DiAgostino | | Donna | | DiAgostino | | Spouse | $ 12,500,000.00 |
| 135 | Lourdes | Janet | Galletti | | Milagros | | Diaz | | Parent | $ 8,500,000.00 |

Case 1:03-md-01570-GBD-SN   Document 7490-3   Filed 12/20/21   Page 6 of 20

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 | Christopher | M. | Dincuff | | Frank | | Dincuff | | Parent | $ 8,500,000.00 |
| 137 | Christopher | M. | Dincuff | | Joan | E. | Dincuff | | Parent | $ 8,500,000.00 |
| 138 | Rena | | Sam-Dinnoo | | Andy | | Dinnoo | | Spouse | $ 12,500,000.00 |
| 139 | Joseph | | DiPilato | | Maria | | DiPilato | | Spouse | $ 12,500,000.00 |
| 140 | Brendan | | Dolan | | Stacey | Fran | Dolan | | Spouse | $ 12,500,000.00 |
| 141 | Raymond | M. | Downey | | Joseph | | Downey | | Child | $ 8,500,000.00 |
| 142 | Eugeni | | Kniazev | | Irina | | Dubenskaya | | Spouse | $ 12,500,000.00 |
| 143 | Christopher | Joseph | Dunne | | Jay | Charles | Dunne | | Parent | $ 8,500,000.00 |
| 144 | John | Bruce | Eagleson | | Gail | | Eagleson | | Spouse | $ 12,500,000.00 |
| 145 | Paul | Robert | Eckna | | Stanley | | Eckna | | Parent | $ 8,500,000.00 |
| 146 | Lisa | E. | Egan | | David | | Egan | | Parent | $ 8,500,000.00 |
| 147 | Samantha | M. | Egan | | David | | Egan | | Parent | $ 8,500,000.00 |
| 148 | Valerie | S. | Ellis | | Sam | | Ellis | | Spouse | $ 12,500,000.00 |
| 149 | William | John | Erwin | | Eileen | | Erwin | | Spouse | $ 12,500,000.00 |
| 150 | Fanny | | Espinoza | | Luis | | Espinoza | | Spouse | $ 12,500,000.00 |
| 151 | Michael | | Esposito | | Denise | | Esposito | | Spouse | $ 12,500,000.00 |
| 152 | Michele | | Coyle Eulau | | Dennis | | Eulau | | Spouse | $ 12,500,000.00 |
| 153 | Robert | | Evans | | Jeanne | M. | Evans | | Sibling | $ 4,250,000.00 |
| 154 | William | L. | Fallon | Jr. | Laura | | Fallon | | Spouse | $ 12,500,000.00 |
| 155 | Anthony | J. | Fallone | | Patricia | | Fallone | | Spouse | $ 12,500,000.00 |
| 156 | John | | Fanning | | Maureen | | Fanning | | Spouse | $ 12,500,000.00 |
| 157 | Douglas | Jon | Farnum | | Amy | | Farnum | | Spouse | $ 12,500,000.00 |
| 158 | John | | Farrell | | Maryanne | | Farrell | | Spouse | $ 12,500,000.00 |
| 159 | Alan | | Feinberg | | Wendy | S. | Feinberg | | Spouse | $ 12,500,000.00 |
| 160 | George | J. | Ferguson | III | Mary | L. | Ferguson | | Spouse | $ 12,500,000.00 |
| 161 | Michael | | Fiore | | Charlene | | Fiore | | Spouse | $ 12,500,000.00 |
| 162 | Christina | Donovan | Flannery | | Brian | | Flannery | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | Andre | G. | Fletcher | | Lori | | Fletcher | | Spouse | $ 12,500,000.00 |
| 164 | Carol | | Flyzik | | Claudia | | Flyzik | | Sibling | $ 4,250,000.00 |
| 165 | Jane | Claire | Folger | | Robert | T. | Folger | | Child | $ 8,500,000.00 |
| 166 | David | J. | Fontana | | Marian | | Fontana | | Spouse | $ 12,500,000.00 |
| 167 | Arthur | Joseph | Jones | III | Carol | | Francolini | | Spouse | $ 12,500,000.00 |
| 168 | Kevin | | Frawley | | Tierney | | Frawley | | Spouse | $ 12,500,000.00 |
| 169 | Peter | L. | Freund | | Robin | A. | Freund | | Spouse | $ 12,500,000.00 |
| 170 | Arlene | E. | Fried | | Kenneth | R. | Fried | | Spouse | $ 12,500,000.00 |
| 171 | Alan | W. | Friedlander | | Helen | | Friedlander | | Spouse | $ 12,500,000.00 |
| 172 | Andrew | | Friedman | | Lisa | | Friedman-Clark | | Spouse | $ 12,500,000.00 |
| 173 | Peter | C. | Fry | | Meredith | | Fry | | Spouse | $ 12,500,000.00 |
| 174 | Richard | P. | Gabriel | | Anne | | Gabriel | | Spouse | $ 12,500,000.00 |
| 175 | Richard | S. | Gabrielle | | Monica | | Gabrielle | | Spouse | $ 12,500,000.00 |
| 176 | John | Patrick | Gallagher | | Francine | | Gallagher | | Spouse | $ 12,500,000.00 |
| 177 | Arkady | | Zaltsman | | Zhanna | | Galperina | | Spouse | $ 12,500,000.00 |
| 178 | Michael | J. | Stewart | | Kristin | | Galusha-Wild | | Partner | $ 12,500,000.00 |
| 179 | Peter | J. | Ganci | | Kathleen | | Ganci | | Spouse | $ 12,500,000.00 |
| 180 | Andrew | | Garcia | Jr. | Carmen | | Garcia | | Parent | $ 8,500,000.00 |
| 181 | Marlyn | C. | Garcia | | Dorothy | | Garcia | | Spouse | $ 12,500,000.00 |
| 182 | Andrew | | Garcia | Jr. | Hector | | Garcia | | Parent | $ 8,500,000.00 |
| 183 | Thomas | | Gardner | | Elizabeth | | Gardner | | Spouse | $ 12,500,000.00 |
| 184 | Rocco | N. | Gargano | | Antonia | | Gargano | | Parent | $ 8,500,000.00 |
| 185 | James | | Gartenberg | | Jill | A. | Gartenberg Pila | | Spouse | $ 12,500,000.00 |
| 186 | Peter | | Gelinas | | Michelle | | Gelinas | | Spouse | $ 12,500,000.00 |
| 187 | Steven | Paul | Geller | | Debra | | Geller | | Spouse | $ 12,500,000.00 |
| 188 | Peter | V. | Genco | Jr. | Diane | | Genco | | Spouse | $ 12,500,000.00 |
| 189 | Denis | | Germain | | Philip | | Germain | | Parent | $ 8,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 190 | Joseph | | Giaccone | | Sondra | | Giaccone | | Spouse | $ 12,500,000.00 |
| 191 | Ronnie | E. | Gies | | Carol | L. | Gies | | Spouse | $ 12,500,000.00 |
| 192 | Paul | John | Gill | | John | J. | Gill | Jr. | Parent | $ 8,500,000.00 |
| 193 | John | | Giordano | | Roxann | | Giordano | | Spouse | $ 12,500,000.00 |
| 194 | Steven | A. | Giorgetti | | Armine | | Giorgetti | | Spouse | $ 12,500,000.00 |
| 195 | Salvatore | | Gitto | | Angela | | Gitto | | Spouse | $ 12,500,000.00 |
| 196 | Cynthia | | Giugliano | | Larry | | Giugliano | | Spouse | $ 12,500,000.00 |
| 197 | Edmund | | Glazer | | Candy | | Glazer | | Spouse | $ 12,500,000.00 |
| 198 | Brian | | Goldberg | | Jodie | | Goldberg | | Spouse | $ 12,500,000.00 |
| 199 | Lydia | | Bravo | | Mia | | Gonzalez | | Child | $ 8,500,000.00 |
| 200 | Peter | M. | Goodrich | | Rachel | W. | Goodrich | | Spouse | $ 12,500,000.00 |
| 201 | Donald | F. | Greene | | Claudette | B. | Greene | | Spouse | $ 12,500,000.00 |
| 202 | James | Arthur | Greenleaf | | Peter | | Greenleaf | | Sibling | $ 4,250,000.00 |
| 203 | Florence | Moran | Gregory | | John | F. | Gregory | | Sibling | $ 4,250,000.00 |
| 204 | Peter | | Vega | | Regan | | Grice-Vega | | Spouse | $ 12,500,000.00 |
| 205 | Joseph | | Grillo | | Mary Jo | | Grillo | | Spouse | $ 12,500,000.00 |
| 206 | Thomas | | Foley | | Joanne | | Gross | | Sibling | $ 4,250,000.00 |
| 207 | Douglas | Brian | Gurian | | Susan | Mallery | Gurian | | Spouse | $ 12,500,000.00 |
| 208 | Gary | | Haag | | Mary | | Haag | | Spouse | $ 12,500,000.00 |
| 209 | Andrea | Lyn | Haberman | | Gordon | G. | Haberman | | Parent | $ 8,500,000.00 |
| 210 | Frederic | K. | Han | | Patricia | | Han | | Spouse | $ 12,500,000.00 |
| 211 | Thomas | | Hannafin | | Rene | Bacotti | Hannafin | | Spouse | $ 12,500,000.00 |
| 212 | James | | Haran | | Carol | | Haran | | Spouse | $ 12,500,000.00 |
| 213 | Harvey | L. | Harrell | | Rachel | R. | Harrell | | Spouse | $ 12,500,000.00 |
| 214 | Stewart | D. | Harris | | Sheila | | Harris | | Spouse | $ 12,500,000.00 |
| 215 | John | Clinton | Hartz | | Elinore | | Hartz | | Spouse | $ 12,500,000.00 |
| 216 | Emeric | J. | Harvey | | Jennifer | | Harvey | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 217 | Phillip | Thomas | Hayes | | Virginia | | Hayes | | Spouse | $ 12,500,000.00 |
| 218 | Scott | J. | O'Brien | | Kelly | | Hayes | | Spouse | $ 12,500,000.00 |
| 219 | Conrod | | Cottoy | Sr. | Paula | | Hayes Cottoy | | Spouse | $ 12,500,000.00 |
| 220 | William | Ward | Haynes | | Ann | R. | Haynes | | Spouse | $ 12,500,000.00 |
| 221 | Michael | | Healey | | Theresa | | Healey | | Spouse | $ 12,500,000.00 |
| 222 | Ronnie | Lee | Henderson | | Shirley | | Henderson | | Partner | $ 12,500,000.00 |
| 223 | Ronnie | Lee | Henderson | | Hashim | | Henderson | | Child | $ 8,500,000.00 |
| 224 | Monique | E. | DeJesus | | Wanda | | Hernandez | | Parent | $ 8,500,000.00 |
| 225 | Raul | | Hernandez | | Digna | | Hernandez | | Spouse | $ 12,500,000.00 |
| 226 | Robert | | Higley | | Victoria | | Higley | | Spouse | $ 12,500,000.00 |
| 227 | Neil | | Hinds | | Karen | | Hinds | | Spouse | $ 12,500,000.00 |
| 228 | Thomas | A. | Hobbs | | Allison | | Hobbs | | Spouse | $ 12,500,000.00 |
| 229 | Tara | Yvette | Hobbs | | Dixie | M. | Hobbs | | Parent | $ 8,500,000.00 |
| 230 | Tara | Yvette | Hobbs | | Dennis | L. | Hobbs | | Parent | $ 8,500,000.00 |
| 231 | Marcia | | Hoffman | | James | S. | Hoffman | | Spouse | $ 12,500,000.00 |
| 232 | Thomas | W. | Hohlweck | Jr. | Pamela | L. | Hohlweck | | Spouse | $ 12,500,000.00 |
| 233 | Jonathan | R. | Hohmann | | Rosemarie | | Hohmann | | Spouse | $ 12,500,000.00 |
| 234 | Joseph | F. | Holland | III | Kathleen | | Holland | | Spouse | $ 12,500,000.00 |
| 235 | Thomas | P. | Holohan | | Colleen | M. | Holohan | | Spouse | $ 12,500,000.00 |
| 236 | Bradley | | Hoorn | | Dennis | J. | Hoorn | | Parent | $ 8,500,000.00 |
| 237 | Bradley | | Hoorn | | Katherine | M. | Hoorn | | Parent | $ 8,500,000.00 |
| 238 | Joseph | L. | Howard | | JoAnn | T. | Howard | | Spouse | $ 12,500,000.00 |
| 239 | George | G. | Howard | | Christopher | | Howard | | Child | $ 8,500,000.00 |
| 240 | Milagros | | Hromada | | Joseph | | Hromada | | Spouse | $ 12,500,000.00 |
| 241 | Andrew | | La Corte | | Marie | | Hunchak | | Sibling | $ 4,250,000.00 |
| 242 | Joseph | G. | Hunter | | Bridget | | Hunter | | Parent | $ 8,500,000.00 |
| 243 | Shannon | L. | Adams | | Gwynetta | | Hurst | | Parent | $ 8,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 244 | Robert | R. | Hussa | | Kathryn | J. | Hussa | | Spouse | $12,500,000.00 |
| 245 | Jonathan | | Ielpi | | Yesenia | | Ielpi | | Spouse | $12,500,000.00 |
| 246 | Daniel | | Ilkanayev | | Yelena | | Ilkanayev | | Spouse | $12,500,000.00 |
| 247 | Frederick | J. | Ill | Jr. | Mary | | Ill | | Spouse | $12,500,000.00 |
| 248 | Abraham | | Ilowitz | | Lillian | | Ilowitz | | Spouse | $12,500,000.00 |
| 249 | Stephanie | | Irby | | Kenneth | | Irby | | Sibling | $4,250,000.00 |
| 250 | John | Francis | Iskyan | | Margaret | P. | Iskyan | | Spouse | $12,500,000.00 |
| 251 | Brooke | Alexandra | Jackman | | Robert | B. | Jackman | | Parent | $8,500,000.00 |
| 252 | Ariel | Louis | Jacobs | | Jennifer | Ruth | Jacobs | | Spouse | $12,500,000.00 |
| 253 | Maria | | Jakubiak | | Kazimierz | | Jakubiak | | Spouse | $12,500,000.00 |
| 254 | William | | Johnston | Jr. | Joy | | Johnston | | Parent | $8,500,000.00 |
| 255 | Karl | H. | Joseph | | Leila | M. | Joseph | | Sibling | $4,250,000.00 |
| 256 | Karl | H. | Joseph | | Woodly | | Joseph | | Sibling | $4,250,000.00 |
| 257 | John | | Katsimatides | | George | | Katsimatides | | Sibling | $4,250,000.00 |
| 258 | Chandler | R. | Keller | | Elizabeth | H. | Keller-Baker | | Spouse | $12,500,000.00 |
| 259 | Peter | R. | Kellerman | | Roberta | | Kellerman | | Spouse | $12,500,000.00 |
| 260 | Joseph | P. | Kellett | | Patricia | | Kellett | | Spouse | $12,500,000.00 |
| 261 | Thomas | Richard | Kelly | | James | P. | Kelly | | Sibling | $4,250,000.00 |
| 262 | Joseph | Anthony | Kelly | | Susan | | Kelly | | Spouse | $12,500,000.00 |
| 263 | Timothy | C. | Kelly | | Julie | E. | Kelly-McCormick | | Spouse | $12,500,000.00 |
| 264 | Rosemary | A. | Smith | | Rosemary | | Kempton | | Child | $8,500,000.00 |
| 265 | Robert | C. | Kennedy | | Maureen | | Kennedy | | Spouse | $12,500,000.00 |
| 266 | Boris | | Khalif | | Ella | | Khalif | | Spouse | $12,500,000.00 |
| 267 | Andrew | Jay-Hoon | Kim | | Paul | Pyoung-Kyoum | Kim | | Parent | $8,500,000.00 |
| 268 | Hyun | Joon | Lee | | Jin Hee | | Kim | | Spouse | $12,500,000.00 |
| 269 | Robert | | King | Jr. | Theresa | | King | | Spouse | $12,500,000.00 |
| 270 | Richard | J. | Klares | | Veronica | | Klares | | Spouse | $12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 271 | Julie | Lynne | Zipper | | Richard | I. | Klein | | Spouse | $12,500,000.00 |
| 272 | Karen | | Klitzman | | Donna | | Klitzman | | Sibling | $4,250,000.00 |
| 273 | Karen | | Klitzman | | Susan | | Klitzman | | Sibling | $4,250,000.00 |
| 274 | James | P. | Ladley | | Sheri | Anne | Ladley | | Spouse | $12,500,000.00 |
| 275 | Michael | P. | LaForte | | Frances | A. | LaForte | | Spouse | $12,500,000.00 |
| 276 | Alan | Charles | LaFrance | | Edlene | C. | LaFrance | | Spouse | $12,500,000.00 |
| 277 | Juan | M. | Lafuente | | Colette | M. | Lafuente | | Spouse | $12,500,000.00 |
| 278 | Vincent | A. | Laieta | | Carol | | Laieta | | Spouse | $12,500,000.00 |
| 279 | Amy | Hope | Lamonsoff | | Moriss | D. | Lamonsoff | | Parent | $8,500,000.00 |
| 280 | Gary | E. | Lasko | | Kim | L. | Lasko | | Spouse | $12,500,000.00 |
| 281 | Nicholas | | Lassman | | Laura | J. | Lassman | | Parent | $8,500,000.00 |
| 282 | Carlos | | Cortes | | Laurie | S. | Lauterbach | | Spouse | $12,500,000.00 |
| 283 | James | P. | Leahy | | Marcela | | Leahy | | Spouse | $12,500,000.00 |
| 284 | Robert | G. | LeBlanc | | Andrea | N. | Leblanc | | Spouse | $12,500,000.00 |
| 285 | Richard | Yun-Choon | Lee | | Karen | E. | Lee | | Spouse | $12,500,000.00 |
| 286 | Yang | Der | Lee | | Mei Jy | | Lee | | Spouse | $12,500,000.00 |
| 287 | Raymond | Fai | Lee | | Philip | | Lee | | Child | $8,500,000.00 |
| 288 | Adriana | | Legro | | Maria | | Legro | | Sibling | $4,250,000.00 |
| 289 | Paul | | Battaglia | | Elaine | | Leinung | | Parent | $8,500,000.00 |
| 290 | Joseph | A. | Lenihan | | Ingrid | M. | Lenihan | | Spouse | $12,500,000.00 |
| 291 | John | Robinson | Lenoir | | Susan | | Lenoir | | Spouse | $12,500,000.00 |
| 292 | Jeffrey | E. | LeVeen | | Christine | E. | LeVeen | | Spouse | $12,500,000.00 |
| 293 | Robert | M. | Levine | | Roberta | J. | Levine | | Spouse | $12,500,000.00 |
| 294 | Sherry | Ann | Bordeaux | | Jerline | | Lewis | | Parent | $8,500,000.00 |
| 295 | Margaret | | Lewis | | Melvin | | Lewis | | Child | $8,500,000.00 |
| 296 | Margaret | | Lewis | | John | | Lewis | | Child | $8,500,000.00 |
| 297 | Carlos | | Lillo | | Haydee | C. | Lillo | | Spouse | $12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 298 | Garry | W. | Lozier | | Kathleen | Keeler | Lozier | | Spouse | $ 12,500,000.00 |
| 299 | Michael | P. | Lunden | | Michelle | | Lunden | | Spouse | $ 12,500,000.00 |
| 300 | Marianne | | MacFarlane | | Anne | | MacFarlane | | Parent | $ 8,500,000.00 |
| 301 | James | P. | O'Brien, Jr. | | Lisanne | | Mackenzie | | Spouse | $ 12,500,000.00 |
| 302 | Jennieann | | Maffeo | | Andrea | | Maffeo | | Sibling | $ 4,250,000.00 |
| 303 | Joseph | Vincent | Maggitti | | Pamela | Ann | Maggitti | | Spouse | $ 12,500,000.00 |
| 304 | Jason | M. | Sekzer | | Natalie | | Makshanov | | Spouse | $ 12,500,000.00 |
| 305 | Alfred | G. | Marchand | | Rebecca | L. | Marchand | | Spouse | $ 12,500,000.00 |
| 306 | Laura | A. | Giglio | | Lorraine | | Marchese | | Parent | $ 8,500,000.00 |
| 307 | Karen | A. | Martin | | John | | Martin | | Sibling | $ 4,250,000.00 |
| 308 | Karen | A. | Martin | | Paul | | Martin | | Sibling | $ 4,250,000.00 |
| 309 | Brian | E. | Martineau | | Bettyann | | Martineau | | Spouse | $ 12,500,000.00 |
| 310 | Waleska | | Martinez | | Juan | | Martinez | Sr. | Parent | $ 8,500,000.00 |
| 311 | Joseph | | Mascali | | Lori | | Mascali | | Spouse | $ 12,500,000.00 |
| 312 | Charles | A. | Mauro | | Dorothy | | Mauro | | Spouse | $ 12,500,000.00 |
| 313 | Keithroy | | Maynard | | Pearl | | Maynard | | Parent | $ 8,500,000.00 |
| 314 | Robert | | Mayo | | Meryl | | Mayo | | Spouse | $ 12,500,000.00 |
| 315 | James | J. | McAlary | | Jeanne | | McAlary | | Spouse | $ 12,500,000.00 |
| 316 | Michael | | McCarthy | | William | | McCarthy | | Parent | $ 8,500,000.00 |
| 317 | Robert | Gavid | McCarthy | | Ann | | McCarthy | | Spouse | $ 12,500,000.00 |
| 318 | Justin | | McCarthy | | Betty Ann | | McCarthy | | Parent | $ 8,500,000.00 |
| 319 | Gerald | Thomas | O'Leary | | Mary | Jean | McCarthy O'Leary | | Spouse | $ 12,500,000.00 |
| 320 | Charles | A. | McCrann | | Michelle | | McCrann | | Spouse | $ 12,500,000.00 |
| 321 | John | F. | McDowell | Jr. | Patricia | H. | McDowell | | Parent | $ 8,500,000.00 |
| 322 | John | T. | Mcerlean | Jr. | Mary Beth | | McErlean | | Spouse | $ 12,500,000.00 |
| 323 | Daniel | F. | McGinley | | Margaret | | McGinley | | Spouse | $ 12,500,000.00 |
| 324 | Thomas | Henry | Mcginnis | | Iliana | | McGinnis | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 325 | Michael | Gregory | McGinty | | Cynthia | F. | McGinty | | Spouse | $ 12,500,000.00 |
| 326 | Ann | W. | McGovern | | Theresa | | McGovern | | Child | $ 8,500,000.00 |
| 327 | George | P. | McLaughlin | Jr. | George | | McLaughlin | Sr. | Parent | $ 8,500,000.00 |
| 328 | Martin | | Michelstein | | Anne | | McNeil | | Spouse | $ 12,500,000.00 |
| 329 | Timothy | Patrick | McSweeney | | Debra | | McSweeney | | Spouse | $ 12,500,000.00 |
| 330 | Damian | | Meehan | | Joann | | Meehan | | Spouse | $ 12,500,000.00 |
| 331 | Steve | | Mercado | | Joviana | | Mercado | | Spouse | $ 12,500,000.00 |
| 332 | George | L. | Merino | | Olga | | Merino | | Spouse | $ 12,500,000.00 |
| 333 | George | | Merkouris | | Koula | | Merkouris | | Spouse | $ 12,500,000.00 |
| 334 | Karen | | Juday | | Amber | | Miller | | Child | $ 8,500,000.00 |
| 335 | Robert | Alan | Miller | | Faith | | Miller | | Spouse | $ 12,500,000.00 |
| 336 | Henry | A. | Miller | Jr. | Diane | | Miller | | Spouse | $ 12,500,000.00 |
| 337 | Karen | | Juday | | Jamie | | Miller | | Child | $ 8,500,000.00 |
| 338 | Louis | J. | Minervino | | Barbara | | Minervino | | Spouse | $ 12,500,000.00 |
| 339 | Thomas | | Mingione | | Jennifer | | Mingione | | Spouse | $ 12,500,000.00 |
| 340 | Louis | J. | Modafferi | | Joanne | | Modafferi | | Spouse | $ 12,500,000.00 |
| 341 | Manuel | | Mojica | Jr. | Anna | | Mojica | | Spouse | $ 12,500,000.00 |
| 342 | George | W. | Morell | | Roberta | | Morell | | Spouse | $ 12,500,000.00 |
| 343 | Nancy | | Morgenstern | | Suri | | Morgenstern | | Parent | $ 8,500,000.00 |
| 344 | Linda | | Oliva | | Elizabeth | Ann | Moss | | Parent | $ 8,500,000.00 |
| 345 | Marco | | Motroni | | Emily | Velez | Motroni | | Spouse | $ 12,500,000.00 |
| 346 | Marc | A. | Murolo | | Cathy | | Murolo | | Sibling | $ 4,250,000.00 |
| 347 | Patrick | Sean | Murphy | | Elvira | P. | Murphy | | Spouse | $ 12,500,000.00 |
| 348 | Matthew | T. | O'Mahony | | Lauren | | Murphy | | Spouse | $ 12,500,000.00 |
| 349 | Richard | Todd | Myhre | | Gail | S. | Myhre | | Spouse | $ 12,500,000.00 |
| 350 | Mildred | R. | Naiman | | Richard | B. | Naiman | | Child | $ 8,500,000.00 |
| 351 | Karen | Susan | Navarro | | Edward | | Navarro | | Parent | $ 8,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 352 | Theresa | | Risco | | William | | Nelson | | Spouse | $ 12,500,000.00 |
| 353 | Mary | Kathleen | Shearer | | Mary | | Nicholson | | Child | $ 8,500,000.00 |
| 354 | Robert | | Shearer | | Mary | | Nicholson | | Child | $ 8,500,000.00 |
| 355 | Kathleen | Anne | Nicosia | | George | | Nicosia | | Spouse | $ 12,500,000.00 |
| 356 | Cono | | Gallo | | Manuela | Octavia | Nita-Gallo | | Spouse | $ 12,500,000.00 |
| 357 | Michael | Allen | Noeth | | Merrilly | E. | Noeth | | Parent | $ 8,500,000.00 |
| 358 | Robert | Walter | Noonan | | Dana | McGowan | Noonan | | Spouse | $ 12,500,000.00 |
| 359 | Brian | C. | Novotny | | Michael | J. | Novotny | | Sibling | $ 4,250,000.00 |
| 360 | Brian | C. | Novotny | | William | B. | Novotny | | Sibling | $ 4,250,000.00 |
| 361 | Jeffrey | | Nussbaum | | Arline | | Nussbaum | | Parent | $ 8,500,000.00 |
| 362 | Thomas | M. | Butler | | Martha | C. | O'Brien | | Spouse | $ 12,500,000.00 |
| 363 | Richard | J. | O'Connor | | Lynne | | O'Connor | | Spouse | $ 12,500,000.00 |
| 364 | Diana | | O'Connor | | William | | O'Connor | | Spouse | $ 12,500,000.00 |
| 365 | Dennis | | O'Connor | Jr. | Dennis | | O'Connor | | Parent | $ 8,500,000.00 |
| 366 | James | Andrew | O'Grady | | James | Wallace | O'Grady | | Parent | $ 8,500,000.00 |
| 367 | Thomas | G. | O'Hagan | | Andrea | | O'Hagan | | Spouse | $ 12,500,000.00 |
| 368 | Lesley | A. | Thomas | | Joseph | | O'Keefe | | Spouse | $ 12,500,000.00 |
| 369 | Edward | Kraft | Oliver | | Sheryl | J. | Oliver | | Spouse | $ 12,500,000.00 |
| 370 | Maureen | Lyons | Olson | | John | Eric | Olson | | Spouse | $ 12,500,000.00 |
| 371 | Sean | | O'Neill | | Holly | D. | O'Neill | | Spouse | $ 12,500,000.00 |
| 372 | Betty | Ann | Ong | | Harry | | Ong, Jr. | | Sibling | $ 4,250,000.00 |
| 373 | Michael | | Opperman | | Deborah | | Opperman | | Spouse | $ 12,500,000.00 |
| 374 | Ruben | | Ornedo | | Sheila | | Ornedo | | Spouse | $ 12,500,000.00 |
| 375 | Alexander | | Steinman | | Tracy | | Orr | | Spouse | $ 12,500,000.00 |
| 376 | Jason | | Oswald | | Kenneth | | Oswald | | Parent | $ 8,500,000.00 |
| 377 | Michael | C. | Ou | | Susan | | Ou | | Spouse | $ 12,500,000.00 |
| 378 | Peter | | Owens | Jr. | Kathleen | | Owens | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 379 | Angel | M. | Pabon | Jr. | Yvette | | Pabon | | Spouse | $ 12,500,000.00 |
| 380 | Thomas | A. | Palazzo | | Lisa | | Palazzo | | Spouse | $ 12,500,000.00 |
| 381 | Jeffery | M. | Palazzo | | Lisa | | Palazzo | | Spouse | $ 12,500,000.00 |
| 382 | John | | Paolillo | | Donna | | Paolillo | | Spouse | $ 12,500,000.00 |
| 383 | John | T. | Gnazzo | | Helene | | Parisi-Gnazzo | | Spouse | $ 12,500,000.00 |
| 384 | Michael | J. | Pascuma | Jr. | Linda | | Pascuma | | Spouse | $ 12,500,000.00 |
| 385 | Horace | | Passananti | | Sean | | Passananti | | Child | $ 8,500,000.00 |
| 386 | Suzanne | H. | Passaro | | Helene | S. | Passaro | | Parent | $ 8,500,000.00 |
| 387 | Michel | | Pelletier | | Sophie | | Pelletier | | Spouse | $ 12,500,000.00 |
| 388 | Anthony | | Perez | | Mary | Gola | Perez | | Spouse | $ 12,500,000.00 |
| 389 | Michael | J. | Berkeley | | Lourdes | | Perez-Berkeley | | Spouse | $ 12,500,000.00 |
| 390 | Joseph | | Perroncino | | Patricia | | Perroncino | | Parent | $ 8,500,000.00 |
| 391 | Edward | | Perrotta | | Josephine | | Perrotta | | Spouse | $ 12,500,000.00 |
| 392 | Kaleen | E. | Pezzuti | | Frank | K. | Pezzuti | | Parent | $ 8,500,000.00 |
| 393 | Kevin | | Pfeifer | | Helen | | Pfeifer | | Parent | $ 8,500,000.00 |
| 394 | Christopher | | Pickford | | Linda | | Pickford | | Parent | $ 8,500,000.00 |
| 395 | Arturo | | Sereno | | Nancy | | Picone | | Sibling | $ 4,250,000.00 |
| 396 | Laurence | | Polatsch | | Daniel | | Polatsch | | Sibling | $ 4,250,000.00 |
| 397 | Shawn | E. | Powell | | Jean | Oslyn | Powell | | Spouse | $ 12,500,000.00 |
| 398 | Vincent | | Princiotta | | Karen | | Princiotta | | Spouse | $ 12,500,000.00 |
| 399 | Richard | | Prunty | | Susan | | Prunty | | Spouse | $ 12,500,000.00 |
| 400 | Sonia | | Morales-Puopolo | | Dominic | J. | Puopolo | Sr. | Spouse | $ 12,500,000.00 |
| 401 | Patrick | J. | Quigley | | Patricia | | Quigley | | Spouse | $ 12,500,000.00 |
| 402 | Bettina | | Browne-Radburn | | Edward | | Radburn | | Spouse | $ 12,500,000.00 |
| 403 | Joseph | P. | Shea | | Nancy | | Raeside Shea | | Spouse | $ 12,500,000.00 |
| 404 | Eugene | J. | Raggio | | Francine | | Raggio | | Spouse | $ 12,500,000.00 |
| 405 | Lukas aka Luke | | Rambousek | | Michael | | Rambousek | | Parent | $ 8,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 406 | Adam | David | Rand | | Mary Ann | | Rand | | Parent | $ 8,500,000.00 |
| 407 | Amenia | | Rasool | | Sadiq | | Rasool | | Spouse | $ 12,500,000.00 |
| 408 | Roger | Mark | Rasweiler | | Susan | | Rasweiler | | Spouse | $ 12,500,000.00 |
| 409 | Gregory | | Reda | | Nicole | | Reda | | Spouse | $ 12,500,000.00 |
| 410 | Michele | | Reed | | James | A. | Reed | | Parent | $ 8,500,000.00 |
| 411 | Donald | J. | Regan | | Theresa | | Regan | | Spouse | $ 12,500,000.00 |
| 412 | Christian | Michael Otto | Regenhard | | Catherine | T. | Regenhard | | Parent | $ 8,500,000.00 |
| 413 | Leah | E. | Oliver | | Elizabeth | | Rego | | Parent | $ 8,500,000.00 |
| 414 | James | Brian | Reilly | | William | F. | Reilly | | Parent | $ 8,500,000.00 |
| 415 | John | A. | Reo | | Armand | | Reo | | Parent | $ 8,500,000.00 |
| 416 | Gregory | D. | Richards | | Erin | Pitt | Richards | | Spouse | $ 12,500,000.00 |
| 417 | Donald | A. | Robson | | Katherine | | Robson | | Spouse | $ 12,500,000.00 |
| 418 | Anthony | | Rodriguez | | Evelyn | | Rodriguez | | Spouse | $ 12,500,000.00 |
| 419 | Scott | W. | Rohner | | Ronald | R. | Rohner | | Parent | $ 8,500,000.00 |
| 420 | Brooke | David | Rosenbaum | | Martin | | Rosenbaum | | Parent | $ 8,500,000.00 |
| 421 | Lloyd | Daniel | Rosenberg | | Glenna | M. | Rosenberg | | Spouse | $ 12,500,000.00 |
| 422 | Andrew | I. | Rosenblum | | Jill | | Rosenblum | | Spouse | $ 12,500,000.00 |
| 423 | Phillip | | Rosenzweig | | Lauren | | Rosenzweig Morton | | Spouse | $ 12,500,000.00 |
| 424 | Richard | | Ross | | Judi | A. | Ross | | Spouse | $ 12,500,000.00 |
| 425 | Norman | | Rossinow | | Susan | | Rossinow | | Spouse | $ 12,500,000.00 |
| 426 | Carlton | F. | Valvo | II | Virginia | Lorene | Rossiter Valvo | | Spouse | $ 12,500,000.00 |
| 427 | Bart | Joseph | Ruggiere | | Claudia | | Ruggiere | | Spouse | $ 12,500,000.00 |
| 428 | Gilbert | | Ruiz | | Gilbert | | Ruiz | Jr. | Child | $ 8,500,000.00 |
| 429 | Steven | | Russin | | Andrea | | Russin | | Spouse | $ 12,500,000.00 |
| 430 | Edward | | Ryan | | Diane | | Ryan | | Spouse | $ 12,500,000.00 |
| 431 | Matthew | L. | Ryan | | Margaret | | Ryan | | Spouse | $ 12,500,000.00 |
| 432 | Jonathan | S. | Ryan | | Maria | L. | Ryan | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 433 | Christina | S. | Ryook | | Dae Jin | | Ryook | | Parent | $ 8,500,000.00 |
| 434 | Rena | | Sam-Dinnoo | | Dhanmatee | | Sam | | Parent | $ 8,500,000.00 |
| 435 | Eric | | Sand | | Michele | | Sand | | Spouse | $ 12,500,000.00 |
| 436 | Susan | | Santo | | Joseph | | Santo | | Parent | $ 8,500,000.00 |
| 437 | Carmen | Milly | Rodriguez | | Mary | Lynn | Santos | | Child | $ 8,500,000.00 |
| 438 | Calvin | J. | Gooding | | Lachanze | | Sapp-Gooding | | Spouse | $ 12,500,000.00 |
| 439 | Gregory | | Saucedo | | Stephen | | Saucedo | | Sibling | $ 4,250,000.00 |
| 440 | Nicholas | | Rossomando | | Barbara | | Scaramuzzino | | Parent | $ 8,500,000.00 |
| 441 | Dennis | P. | Scauso | | Janlyn | | Scauso | | Spouse | $ 12,500,000.00 |
| 442 | Sean | | Schielke | | Kenneth | G. | Schielke | | Parent | $ 8,500,000.00 |
| 443 | Marisa | | DiNardo | | Jeffrey | | Schorpp | | Spouse | $ 12,500,000.00 |
| 444 | Jeffrey | H. | Schreier | | Phyllis | | Schreier | | Spouse | $ 12,500,000.00 |
| 445 | Arthur | Warren | Scullin | | Catherine | | Scullin | | Spouse | $ 12,500,000.00 |
| 446 | Gary | | Shamay | | Beniamin | | Shamay | | Parent | $ 8,500,000.00 |
| 447 | Earl | R. | Shanahan | | Eileen | A. | Shanahan | | Spouse | $ 12,500,000.00 |
| 448 | Daniel | James | Shea | | Ellen | | Shea | | Spouse | $ 12,500,000.00 |
| 449 | Mark | | Shulman | | Lori | | Shulman | | Spouse | $ 12,500,000.00 |
| 450 | David | | Silver | | Holli | | Silver | | Spouse | $ 12,500,000.00 |
| 451 | Michael | J. | Simon | | Eileen | | Simon | | Spouse | $ 12,500,000.00 |
| 452 | Muriel | F. | Siskopoulos | | Mark | J. | Siskopoulos | | Spouse | $ 12,500,000.00 |
| 453 | Stanley | S. | Smagala | Jr. | Dena | | Smagala | | Spouse | $ 12,500,000.00 |
| 454 | James | Gregory | Smith | | Donna | | Smith | | Spouse | $ 12,500,000.00 |
| 455 | Kevin | J. | Smith | | Jerri | | Smith | | Spouse | $ 12,500,000.00 |
| 456 | Leonard | J. | Snyder | Jr, | Janine | | Snyder Oldenhage | | Spouse | $ 12,500,000.00 |
| 457 | Astrid | Elizabetth | Sohan | | Barbara | | Sohan | | Parent | $ 8,500,000.00 |
| 458 | Donald | F. | Spampinato | Jr. | Laurie | | Spampinato | | Spouse | $ 12,500,000.00 |
| 459 | Saranya | | Srinuan | | Lawan | | Srinuan | | Parent | $ 8,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 460 | Lawrence | T. | Stack | | Theresa | A. | Stack | | Spouse | $ 12,500,000.00 |
| 461 | Alexandru | | Stan | | Daniel | | Stan | | Sibling | $ 4,250,000.00 |
| 462 | Anthony | | Starita | | Diane | | Starita | | Spouse | $ 12,500,000.00 |
| 463 | Derek | J. | Statkevicus | | Kim | | Statkevicus | | Spouse | $ 12,500,000.00 |
| 464 | Ramon | | Suarez | | Carmen | | Suarez | | Spouse | $ 12,500,000.00 |
| 465 | Gerald | Thomas | Atwood | | Barbara | Ann | Swat | | Spouse | $ 12,500,000.00 |
| 466 | Brian | E. | Sweeney | | Edward | J. | Sweeney | | Parent | $ 8,500,000.00 |
| 467 | Harry | | Taback | | Tracy | Ann | Taback Catalano | | Child | $ 8,500,000.00 |
| 468 | Norma | C. | Taddei | | Mary | E. | Taddei | | Child | $ 8,500,000.00 |
| 469 | Keiichiro | | Takahashi | | Harumi | | Takahashi | | Spouse | $ 12,500,000.00 |
| 470 | Sean | Patrick | Tallon | | Eileen | | Tallon | | Parent | $ 8,500,000.00 |
| 471 | Allan | | Tarasiewicz | | Patricia | | Tarasiewicz | | Spouse | $ 12,500,000.00 |
| 472 | Lorisa | C. | Taylor | | Frank | | Taylor | | Spouse | $ 12,500,000.00 |
| 473 | Sandra | Carol | Taylor | | Samantha | | Taylor | | Child | $ 8,500,000.00 |
| 474 | Jody | Tepedino | Nichilo | | Evelyn | | Tepedino | | Parent | $ 8,500,000.00 |
| 475 | Goumatie | | Thackurdeen | | Raj | | Thackurdeen | | Sibling | $ 4,250,000.00 |
| 476 | Goumatie | | Thackurdeen | | Sat | | Thackurdeen | | Sibling | $ 4,250,000.00 |
| 477 | Thomas | F. | Theurkauf | Jr. | Robin | Francis | Theurkauf | | Spouse | $ 12,500,000.00 |
| 478 | Nigel | Bruce | Thompson | | Rosana | | Thompson | | Spouse | $ 12,500,000.00 |
| 479 | Mary | E. | Tiesi | | Joseph | A. | Tiesi | | Sibling | $ 4,250,000.00 |
| 480 | Diane | T. | Lipari | | Thomas | Edward | Tighe | | Spouse | $ 12,500,000.00 |
| 481 | David | | Tirado | | Barbara | | Tirado | | Parent | $ 8,500,000.00 |
| 482 | Celeste | | Torres-Victoria | | Dawn | | Torres Brown | | Sibling | $ 4,250,000.00 |
| 483 | Daniel | | Trant | | Kathleen | | Trant | | Spouse | $ 12,500,000.00 |
| 484 | Terrance | | Aiken | | Kimberly | | Trimingham-Aiken | | Spouse | $ 12,500,000.00 |
| 485 | Frederick | | Rimmele | III | Kimberly | | Trudel | | Spouse | $ 12,500,000.00 |
| 486 | Lance | | Tumulty | | Cynthia | | Tumulty | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 487 | Robert | T. | Twomey | | Marie | | Twomey | | Spouse | $ 12,500,000.00 |
| 488 | Tyler | | Ugolyn | | Victor | | Ugolyn | | Parent | $ 8,500,000.00 |
| 489 | Jonathan | | Uman | | Julie | | Uman | | Spouse | $ 12,500,000.00 |
| 490 | Jon | C. | Vandevander | | Elizabeth | Anne | Vandevander | | Spouse | $ 12,500,000.00 |
| 491 | Celeste | | Torres-Victoria | | Jasmine | | Victoria | | Child | $ 8,500,000.00 |
| 492 | David | E. | Rivers | | Ricky | | Vider Rivers | | Spouse | $ 12,500,000.00 |
| 493 | Joseph | | Vilardo | | Patricia | | Vilardo | | Spouse | $ 12,500,000.00 |
| 494 | Sharon | Christina | Millan | | Richard | | Villa | | Sibling | $ 4,250,000.00 |
| 495 | Lawrence | J. | Virgilio | | Lucy | | Virgilio | | Parent | $ 8,500,000.00 |
| 496 | Honor | Elizabeth | Wainio | | Benhardt | R. | Wainio | | Parent | $ 8,500,000.00 |
| 497 | Simon | V. | Weiser | | Rema | | Waiser | | Spouse | $ 12,500,000.00 |
| 498 | Glen | J. | Wall | | Diane | | Wall | | Spouse | $ 12,500,000.00 |
| 499 | Christine | | Barbuto | | Dianne | M. | Walsh | | Sibling | $ 4,250,000.00 |
| 500 | Carol | | Flyzik | | Nancy | | Walsh | | Partner | $ 12,500,000.00 |
| 501 | Todd | Christopher | Weaver | | Amy | L. | Weaver | | Spouse | $ 12,500,000.00 |
| 502 | Joanne | F. | Weil | | Floyd | | Weil | | Parent | $ 8,500,000.00 |
| 503 | Lisa | Caren | Orfi-Ehrlich | | Stanley | | Weinstein | | Parent | $ 8,500,000.00 |
| 504 | Timothy | Matthew | Welty | | Delia | | Welty | | Spouse | $ 12,500,000.00 |
| 505 | Karen | E. | Hagerty | | Lena | | Whittaker | | Parent | $ 8,500,000.00 |
| 506 | William | J. | Wik | | Kathleen | M. | Wik | | Spouse | $ 12,500,000.00 |
| 507 | Brian | Patrick | Williams | | Kenneth | E. | Williams | | Parent | $ 8,500,000.00 |
| 508 | Louis | Calvin | Williams | III | Janice | C. | Williams | | Spouse | $ 12,500,000.00 |
| 509 | David | | Wiswall | | Patricia | | Wiswall | | Spouse | $ 12,500,000.00 |
| 510 | Christopher | W. | Wodenshek | | Anne | M. | Wodenshek | | Spouse | $ 12,500,000.00 |
| 511 | Martin | | Wohlforth | | Susan | | Wohlforth | | Spouse | $ 12,500,000.00 |
| 512 | Katherine | | Wolf | | Charles | | Wolf | | Spouse | $ 12,500,000.00 |
| 513 | Elkin | | Yuen | | Cella | | Woo-Yuen | | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-1 Solatium Plaintiffs (U.S. Nationals Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 514 | Michael | | Waye | | Evelyn | Siew-Sim | Yeow | | Spouse | $ 12,500,000.00 |
| 515 | William | G. | Kwok | | Yun Yu | | Zheng | | Spouse | $ 12,500,000.00 |
| 516 | Ivelin | | Ziminski | | David | | Ziminski | | Spouse | $ 12,500,000.00 |
| 517 | Michael | | Zinzi | | Dyan | | Zinzi | | Spouse | $ 12,500,000.00 |
| 518 | Charles | A. | Zion | | Carol | | Zion | | Spouse | $ 12,500,000.00 |
| 519 | Prokopios | | Zois | | Dorota | | Zois | | Spouse | $ 12,500,000.00 |
| 520 | Joseph | J. | Zuccala | | Madeleine | A. | Zuccala | | Spouse | $ 12,500,000.00 |
| 521 | Andrew | S. | Zucker | | Erica | | Zucker | | Spouse | $ 12,500,000.00 |
| 522 | Alan | Jay | Lederman | | Nancy | Lynn | Zuckerman | | Spouse | $ 12,500,000.00 |

| Total Judgment Amount (Ashton B-1 Plaintiffs 1-522): | $ 5,663,250,000.00 |
|---|---|