Ashton Exhibit B-2 Solatium Plaintiffs (non-U.S. Nationals or Nationality Unconfirmed, Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NATIONALITY | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Michael | G. | Arczynski | | Lori | Ann | Arczynski | | Canada | Spouse | $ 12,500,000.00 |
| 2 | Kerene | | Gordon | | Sharon | | Baker-Gual | | Jamaica | Sibling | $ 4,250,000.00 |
| 3 | Ana | | Debarrera | | Ernesto | | Barrera | | El Salvador | Spouse | $ 12,500,000.00 |
| 4 | Graham | A. | Berkeley | | Pauline | | Berkeley | | United Kingdom | Parent | $ 8,500,000.00 |
| 5 | Graham | A. | Berkeley | | Charles | | Berkeley | | United Kingdom | Parent | $ 8,500,000.00 |
| 6 | Andrew | | Berry | | Paula | | Berry | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 7 | Alfred | | Braca | | Jean | | Braca | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 8 | Philip | V. | Calcagno | | Susan | | Calcagno | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 9 | Vincent | A. | Cangelosi | | Michelle | | Cangelosi | | Unconfirmed | Parent | $ 8,500,000.00 |
| 10 | Vincent | A. | Cangelosi | | Vincent | | Cangelosi | | Unconfirmed | Parent | $ 8,500,000.00 |
| 11 | Jason | | Cefalu | | Geraldine | | Cefalu | | Unconfirmed | Parent | $ 8,500,000.00 |
| 12 | Ruben | D. | Correa | | Susan | | Correa | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 13 | Joseph | | Della Pietra | | Christopher | | Della Pietra | | Unconfirmed | Sibling | $ 4,250,000.00 |
| 14 | Douglas | | Distefano | | David | | Distefano | | Unconfirmed | Sibling | $ 4,250,000.00 |
| 15 | Irina | | Buslo | | Ngoran | | Dje | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 16 | Peter | Adam | Feidelberg | | Steven | | Feidelberg | | Unconfirmed | Sibling | $ 4,250,000.00 |
| 17 | Neil | D. | Levin | | Christy | | Ferer | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 18 | Julio | | Fernandez | | Julio | C. | Fernandez | | Unconfirmed | Child | $ 8,500,000.00 |
| 19 | Claudia | | Foster | | Kurt | | Foster | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 20 | Clyde | | Frazier | Jr. | Jeanine | L. | Frazier | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 21 | William | A. | Gardner | | Elisabet | | Gardner | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 22 | Suzanne | | Geraty | | Eileen | | Geraty | | Unconfirmed | Parent | $ 8,500,000.00 |
| 23 | Brian | C. | Hickey | | Donna | | Hickey | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 24 | Timothy | | Hughes | | Karen | | Hughes | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 25 | David | S. | Kandell | | Jan | | Kandell | | Unconfirmed | Parent | $ 8,500,000.00 |
| 26 | Mark | | Ludvigsen | | Maureen | | Kelly | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 27 | Yvonne | | Kennedy | | Leigh | | Kennedy | | Australian | Child | $ 8,500,000.00 |

Ashton Exhibit B-2 Solatium Plaintiffs (non-U.S. Nationals or Nationality Unconfirmed, Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NATIONALITY | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Andrew | | Knox | | Marion | John | Knox | | Australian | Parent | $ 8,500,000.00 |
| 29 | Stephen | | Lamantia | | Kimberly | S. | Lamantia | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 30 | Hamidou | S. | Larry | | Harlene | | Larry | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 31 | Anthony | | Hawkins | | Delores | | Legree | | Unconfirmed | Parent | $ 8,500,000.00 |
| 32 | Linda | C. | Mair Grayling | | Lloyd | C. | Mair | | Unconfirmed | Sibling | $ 4,250,000.00 |
| 33 | Bernard | | Mascarenhas | | Jaclyn | | Mascarenhas | | Canada | Child | $ 8,500,000.00 |
| 34 | Bernard | | Mascarenhas | | Raynette | | Mascarenhas | | Canada | Spouse | $ 12,500,000.00 |
| 35 | Bernard | | Mascarenhas | | Sven | | Mascarenhas | | Canada | Child | $ 8,500,000.00 |
| 36 | Irina | | Kolpakova | | Arsen | | Mayer | | Unconfirmed | Child | $ 8,500,000.00 |
| 37 | Shari | | Mcdermott | | Susan | | McDermott | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 38 | Mirna | A. | Duarte | | Lidia | | Melendez | | Honduras | Parent | $ 8,500,000.00 |
| 39 | Lukasz | | Milewski | | Anna | | Milewska | | Unconfirmed | Parent | $ 8,500,000.00 |
| 40 | Lukasz | | Milewski | | Frederyk | | Milewski | | Unconfirmed | Parent | $ 8,500,000.00 |
| 41 | Joel | | Miller | | Marjorie | | Miller | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 42 | Matthew | T. | Monahan | | Diane | | Monahan | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 43 | Krishna | | Moorthy | | Saradha | | Moorthy | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 44 | Dennis | | Moroney | | Nancy | | Moroney | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 45 | John | G. | Murphy | | Elizabeth | | Murphy | | Unconfirmed | Parent | $ 8,500,000.00 |
| 46 | Lorraine | | Lisi | | Enrica | | Naccarato | | Unconfirmed | Sibling | $ 4,250,000.00 |
| 47 | Kerene | | Gordon | | David | | Nelson | | Jamaica | Child | $ 8,500,000.00 |
| 48 | Alexander | | Ortiz | | Alfredo | F. | Ortiz | | Unconfirmed | Parent | $ 8,500,000.00 |
| 49 | Deepa | | Pakkala | | Sampath | | Pakkala | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 50 | Manish | | Patel | | Kantilal | | Patel | | Unconfirmed | Parent | $ 8,500,000.00 |
| 51 | Kevin | O. | Reilly | | Jennifer | | Reilly | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 52 | Tatiana | | Ryjova | | Vasiliy | | Rijov | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 53 | Luis | Eduardo | Torres | | Alissa | | Rosenberg-Torres | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 54 | Thierry | | Saada | | Delphine | | Saada | | France | Spouse | $ 12,500,000.00 |

Ashton Exhibit B-2 Solatium Plaintiffs (non-U.S. Nationals or Nationality Unconfirmed, Identified by Name in Complaint against Taliban and Omar as Estate Representatives and Added to Claims Against Iran and Sudan via Notice of Amendment)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NATIONALITY | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Charles | A. | Sarle | | Linda | | Sarle | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 56 | Deepika | | Sattaluri | | Narasimha | | Sattaluri | | India | Spouse | $ 12,500,000.00 |
| 57 | Paul | F. | Shah | | Jyothi | J. | Shah | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 58 | Jayesh | | Shahid | | Leonor | | Shahid | | Unconfirmed | Parent | $ 8,500,000.00 |
| 59 | Khalid | | Shahid | | Syed | | Shahid | | Unconfirmed | Parent | $ 8,500,000.00 |
| 60 | John | F. | Swaine | | Suzanne | | Swaine | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 61 | Keiji | | Takahashi | | Midori | | Takahashi | | Japan | Spouse | $ 12,500,000.00 |
| 62 | William | P. | Kates | | Emily | | Terry | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 63 | Joanne | | Tselepis | Jr. | Mary | | Tselepis | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 64 | Elsy | C. | Osorio | | Feliciana | | Umanzor | | Unconfirmed | Parent | $ 8,500,000.00 |
| 65 | Harold | | Lizcano | | Emily | | Vega-Faltas | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 66 | Jorge | | Velazquez | | Consuelo | | Velazquez | | Unconfirmed | Spouse | $ 12,500,000.00 |
| 67 | Chantal | | Vincelli | | Anthony | | Vincelli | | Canada | Sibling | $ 4,250,000.00 |
| 68 | Debbie | | Williams | | Darren | | Williams | | Canada | Spouse | $ 12,500,000.00 |
| 69 | Pauline | | Tull-Francis | | Debbie | | Williams | | Barbados | Child | $ 8,500,000.00 |
| 70 | Joseph | | Zaccoli | | Helen | | Zaccoli | | Unconfirmed | Spouse | $ 12,500,000.00 |

| Total Judgment Amount (Ashton B-1 Plaintiffs 1-70): | $ 717,250,000.00 |
|---|---|