Ashton Exhibit C-2 Solatium Plaintiffs (Nationality non-US or Unconfirmed / Immediate Family Members of 9/11 Decedents Identified in Complaints Against Taliban and Omar; Plaintiffs Added by Name to Claims Against Iran and Sudan via Notice of Amendment)

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ana | | Debarrera | | Lombardo | | Barrera | | Child | $ 8,500,000.00 |
| 2 | Ana | | Debarrera | | Geisel | | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 3 | Ana | | Debarrera | | Karen | | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 4 | Ana | | Debarrera | | Linda | | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 5 | Ana | | Debarrera | | Mauricio | | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 6 | Alan | | Beaven | | Christopher | | Beaven | | Child | $ 8,500,000.00 |
| 7 | Alan | | Beaven | | John | | Beaven | | Child | $ 8,500,000.00 |
| 8 | Graham | A. | Berkeley | | Christopher | | Berkeley | | Sibling | $ 4,250,000.00 |
| 9 | Graham | A. | Berkeley | | Roger | | Berkeley | | Sibling | $ 4,250,000.00 |
| 10 | William | | Dean | | Beverly | | Cryne | | Sibling | $ 4,250,000.00 |
| 11 | Michel | | Pelletier | | Kristina | | deJong | | Sibling | $ 4,250,000.00 |
| 12 | Mirna | A. | Duarte | | Marvin | | Duarte | | Sibling | $ 4,250,000.00 |
| 13 | Victor | Hugo | Paz Gutierrez | | Blanca Judith | | Gutierrez de Paz | | Parent | $ 8,500,000.00 |
| 14 | Katherine | | Wolf | | Alan | | James | | Sibling | $ 4,250,000.00 |
| 15 | Katherine | | Wolf | | Alan James, as Personal Representative of the estate of Howard | | James | | Parent | $ 8,500,000.00 |
| 16 | Katherine | | Wolf | | Alan James, as Personal Representative of the estate of Valerie | | James | | Parent | $ 8,500,000.00 |
| 17 | William | | Johnston | Jr. | William | | Johnston | | Parent | $ 8,500,000.00 |
| 18 | Yvonne | | Kennedy | | Simon | | Kennedy | | Child | $ 8,500,000.00 |
| 19 | Andrew | | Knox | | Stuart | | Knox | | Sibling | $ 4,250,000.00 |
| 20 | Victor | Hugo | Paz Gutierrez | | Ana | | Paz Gutierrez | | Sibling | $ 4,250,000.00 |
| 21 | Victor | Hugo | Paz Gutierrez | | Jose | | Paz Gutierrez | | Sibling | $ 4,250,000.00 |
| 22 | Victor | Hugo | Paz Gutierrez | | Julia | | Paz Gutierrez | | Sibling | $ 4,250,000.00 |
| 23 | Michel | | Pelletier | | Daniel | | Pelletier | | Sibling | $ 4,250,000.00 |
| 24 | Michel | | Pelletier | | Lillian | | Pelletier | | Parent | $ 8,500,000.00 |
| 25 | Michel | | Pelletier | | Marcel | | Pelletier | | Parent | $ 8,500,000.00 |
| 26 | Michel | | Pelletier | | Ronald | | Pelletier | | Sibling | $ 4,250,000.00 |
| 27 | Syed | Abdul | Fatha | | Syed | | Rahman | | Sibling | $ 4,250,000.00 |
| 28 | Thierry | | Saada | | Lior | | Saada | | Child | $ 8,500,000.00 |
| 29 | Alexandru | | Stan | | Daniel Stan as Personal Representative of the Estate of Constantin | | Stan | | Parent | $ 8,500,000.00 |
| 30 | Alexandru | | Stan | | Daniel Stan as Personal Representative of the Estate of Elisabeta | | Stan | | Parent | $ 8,500,000.00 |
| 31 | Keiji | | Takahashi | | Marie | | Takahashi | | Child | $ 8,500,000.00 |
| 32 | Keiji | | Takahashi | | Shusaku | | Takahashi | | Child | $ 8,500,000.00 |
| 33 | Vladimir | | Tomasevic | | Andrija | | Tomasevic | | Parent | $ 8,500,000.00 |
| 34 | Vladimir | | Tomasevic | | Radmila | | Tomasevic | | Parent | $ 8,500,000.00 |
| 35 | Chantal | | Vincelli | | Antonio | | Vincelli | | Parent | $ 8,500,000.00 |
| 36 | Vladimir | | Tomasevic | | Jelena | | Watkins | | Sibling | $ 4,250,000.00 |
| 37 | Debbie | L. | Williams | | Payton | | Williams | | Child | $ 8,500,000.00 |
| 38 | Neil | | Wright | | Mary | | Wright | | Parent | $ 8,500,000.00 |

**Total Judgment Amount (Ashton C-2 Plaintiffs 1-38):** $ 263,500,000.00