# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-27-06

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to: Federal Insurance Co. v. al Qaida, 03-CV-6978 (RCC)*

*This document is filed on behalf of those Plaintiffs in the above-referenced case seeking liquidated damages for property, business interruption, and other economic losses as a result of the September 11, 2001 Attack. Those Plaintiffs are identified in Exhibit A attached hereto.*

### DEFAULT JUDGMENT

This action having been commenced on September 10, 2003 by the filing of the Summons and Complaint, the First Amended Complaint and Summons were filed on March 10, 2004, defendants listed in Exhibit B were served with a copy of the First Amended Complaint and Summons in the manner described, proofs of such service thereof were filed on the dates identified in Exhibit B, the defendants not having answered the First Amended Complaint, and the time for answering the First Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs identified in Exhibit A as seeking liquidated damages for property, business interruption, and other economic losses as a result of the September 11, 2001 Attack have judgment against the defendants listed in Exhibit B in an amount to be determined at a hearing.

Dated: New York, New York
April 7, 2006

_____
U.S.D.J.

This document was entered on the docket on _____.

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Aaran Money Wire Service Inc. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abbas Abdi Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abd Al-Mushin Al-Libi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abd Al-Rahim Al-Nashiri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdel Hussein | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdelghani Mzoudi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdelhalim Remadna | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdelkarim Hussein Mohamed Al-Nasser | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdi Adulaziz Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdirasik Aden | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdul Fattah Zammar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdul Rahman Yasin | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdullah Ahmed Abdullah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdullah 'Qassim | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdullahi Hussein Kahie | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdulrahman Hassan Sharbatly | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu al-Hadi al-Iraqi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Al-Maid | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Hafs the Mauritanian | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Hajer Al Iraqi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Hamza Al-Masri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Ibrahim Al-Masri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Musab Al-Zarqawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Qatada Al-Filistini | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Rida Al Suri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Sayef Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Zubaydah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Adel Ben Soltane | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Adel Muhammad Sadiq Bin Kazem | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Advice and Reformation Committee | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Afghan Support Committee | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Agus Budiman | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmad Ajaj | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmad Ibrahim Al- Mughassil | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmad Sa'Id Al-Kadr | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmed Hasni Rarrbo | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmed Idris Nasreddin | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Ahmed Khalfan Ghailani | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmed Mohammed Hamed Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Akida Bank Private Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Akida Investment Co | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Baraka Exchange LLC | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Barakaat Bank | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Farooq Mosque | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Gama'a al-Islamiyya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| al Qaida | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Shamal For Investment and Development | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Taqwa Trade, Property and Industry Company Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Taqwa/Nada Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Tawhid | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Baraka Bankcorp, Inc. | Sec. State Illinois | 05/28/2004 | 06/18/2004 | 04/5/2005 |
| Al-Barakaat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Bank of Somalia (BSS) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Finance Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Financial Holding Co. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Global Telecommunications | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Al-Barakat Group of Companies Somalia Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat International | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Investments | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Wiring Service | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/05/2005 |
| Al-Bir Saudi Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Birr | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Hamati Sweets Bakeries | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Hijrah Construction and Development Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Itihaad al-Islamiya (AIAI) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Nur Honey Press Shops | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Rashid Trust | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Shaykh Al-Iraqi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Shifa' Honey Press for Industry and Commerce | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Albert Fredrich Armand Huber | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Algerian Armed Islamic Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ali Atwa | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ali Ghaleb Himmat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ali Saed Bin Ali El-Hoorie | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| American Muslim Foundation | US Marshal Service c/o Abdulrahman Alamoudi | 06/02/2004 | 07/30/2004 | 09/23/2005 |
| Amin Al-Haq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Anas Al-Liby | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ansar al-Islam (AI) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Aqsa Islamic Bank | Registered Mail | 07/28/2004 | 09/26/2004 | 09/23/2005 |
| Arafat El-Ashi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Asbat al-Ansar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ayadi Chafiq Bin Muhammad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ayman al-Zawahiri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Azzam Service Center | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| BA Taqwa for Commerce and Real Estate Company Ltd. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bank of al Taqwa Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Baraka Trading Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Boston | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Construction Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Enterprise | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Group of Companies | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat International | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Barakaat International Foundation | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Barakaat International, Inc. | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/05/2005 |
| Barakaat North America, Inc. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Red Sea Telecommunications | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Telecommunications Co. Somalia | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Bank and Remittances | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Computer Consulting (BCC) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Consulting Group (BCG) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Global Telephone Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat International Companies (BICO) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Post Express (BPE) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Refreshment Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Telecommunications Company Limited (BTELCO) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Wire Transfer Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barako Trading Company, LLC | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bassam Dalati Satut | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Benevolence International Fund | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Benevolence International Foundation | Adams County Sheriff's Office c/o Enaam Arnaout | 04/01/2004 | 04/21/2004 | 0510/2004 |
| Bensayah Belkacem | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bilal Bin Marwan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Blessed Relief Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bosanska Idealna Futura | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Brahim Ben Hedili Hamami | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Chiheb Ben Mohamed Ayari | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Dahir Ubeidullahi Aweys | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Dallah Avco Trans Arabia Co. Ltd. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Dr. Mahmoud Dakhil | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Dr. Mohaman Ali Elgari | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Egyptian Islamic Jihad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Enaam M Arnanout | Adams County Sheriff's Office | 04/01/2004 | 04/21/2004 | 0/10/2004 |
| Essam Al Ridi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fahad Al-Thumairy | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fahid Mohammed Ally Msalam | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fazeh Ahed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fazul Abdullah Mohammed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fethi Ben Rebai Masri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fouzi Jendoubi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ghasoub Al Abrash | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ghasoub Al Abrash Ghalyoun | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Global Diamond Resource | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Global Relief Foundation | Sec. State Illinois | 05/28/2004 | 06/17/2004 | 04/05/2005 |
| Global Services International | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/05/2005 |
| Gulbuddin Hekmatyar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Gulf Center S.R.L. | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Gum Arabic Company Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Habib Waddani | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Haji Abdul Manan Agha | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Haji Mohamad Akram | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hamas | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hasan Izz-Al-Din | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hashim Abdulrahman | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hassan A.A Bahfzallah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hassan Dahir Aweys | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hassan Turabi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hazem Ragab | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Help African People | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Heyatul Ulya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hezb-e-Islami | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hisham Arnanout | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Human Concern International Society | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hussein Mahmud Abdullkadir | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibn al-Shaykh al-Libi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim Hassabella | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim Muhammed Afandi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim S Abdullah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim Salih Mohammed Al-Yacoub | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ihab Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Imad Eddin Barakat Yarkas | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Imad Mughniyeh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic African Relief Agency | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic Army of Aden | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic Cultural Institute of Milan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic International Brigade | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
| --- | --- | --- | --- | --- |
| Islamic Movement of Uzbekistan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jaish-I-Mohammed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jamal Ahmed Mohammed | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Jamal Al-Badawi | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Jamal Nyrabeh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jamil Qasim Saeed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jam'Yah Ta'Awun Al-Islamia | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jemaah Islamiya Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Khaled Nouri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Khalid Shaikh Mohammed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Khalil Jarraya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lashkar I Janghvi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lashkar-e Tayyiba | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lazhar Ben Mohammed Tlili | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lebanese Hezbollah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Liban Hussein | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lionel Dumont | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mahdi Chamran Savehi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mahmoud Jaballah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Makhtab Al-Khidamat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mamoun Darkazanli | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Mamoun Darkazanli Import-Export Company | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Mansour Thaer | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mansouri Al-Kadi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Masjed Al Madinah Al Munawarah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mazin M.H. Bareth | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mendi Kammoun | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mercy International Relief Agency | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Miga - Malaysian Swiss, Gulf and African Chamber | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Mohamed Bayazid | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammad S. Mohammad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Al Massari | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Al-Issai | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Amine Akli | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Bahareth | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Chehade | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Iqbal Abdurrahman | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Khair Al Saqqa | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Khatib | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Mansour | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Omar Al-Harazi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Omeish | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Sarkawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohrez Amdouni | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mondher Baazaoui | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Moro Islamic Liberation Front | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mounir Ben Habib Jerraya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mounir El Motassadeq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Moussa Ben Amor Essaadi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mufti Rashid Ahmad Ladehyanoy | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Abu-Islam | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Al-Hamati | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Atif | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Omar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Salah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammed Galeb Kalaje Zuoyadi | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
| --- | --- | --- | --- | --- |
| Muhammed J. Fakihi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhsin Musa Matwalli Atwah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mullah Kakshar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mustaf Ahmed Al-Hisawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mustafa Al-Kadir | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mustafa Mohamed Fadhil | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mustasim Abdel-Rahim | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muzaffar Kahn | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nabil Benattia | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nada International Anstalt | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nada Management Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nada Management Organization, SA | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Najib Ouaz | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasco Business Residence Center SAS Di Nasreddin Ahmed Idris EC | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Nasco Nasreddin Holding A.S. | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Nascoservice S.R.L. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nascotex S.A. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin Group International Holding Ltd. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin International Group Limited Holding | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| National Development Bank | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| National Islamic Front | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nedal Saleh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| New Diamond Holdings | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nurjaman Riduan Ismuddin | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Omar Abu Omar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Omar Al Bayoumi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Osama Bassnan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Palestine Islamic Jihad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Parka Trading Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Piedmont Poultry | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Queen City Cigarettes and Candy | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Rabih Haddah | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Rachid Fehar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ramzi Binalshibh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Red Sea Barakat Company Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| S.M. Tufail | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| SAAR Foundation | Process Server | 03/31/2005 | 04/20/2005 | 09/23/2005 |
| Sabir Lamar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Said Bahaji | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Saif Al Islam El Masry | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Salafist Group for Call and Combat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Samir Kishk | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Samir Salah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sanabel Al-Kheer, Inc. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sanabil Al-Khair | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Saqar Al-Sadawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Saudi Sudanese Bank | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sayf al-Adl | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sa'D Al-Sharif | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sheikh Abu Bdul Aziz Nagi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Sheikh Ahmed Salim Swedan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sheikh Omar Bakri Muhammad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Somalia Branch of the Al-Haramain Islamic Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Somalia International Relief Organization | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/5/2005 |
| Somalia Internet Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Somalia Network AB | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Special Purpose Islamic Regiment | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Syed Suleman Ahmer | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Taba Investments | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Tadamon Islamic Bank | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Taibah International Aid Association | Sec. State Virginia | 06/02/2004 | 06/22/2004 | 08/19/2004 |
| Tareq M Al-Swaidan: Abdul Al-Moslah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Tariq Anwar al-Sayyid Ahmad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| The Aid organization of the Ulema | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| The Taliban | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Thirwat Salah Shihata | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Turkistan Islamic Movement | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ulema Union of Afghanistan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Umar Faruq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Umma Tameer-E-Nau (UTN) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Usama bin Laden | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Wadi Al Aqiq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Wafa Humanitarian Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Walid Al-Sourouri | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Yassine Chekkouri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Yassir Al-Sirri a/k/a Ammar | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Youssef Abdaoui | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# EXHIBIT "B"

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Youssef M Nada & Co. Gesellschaft MBH | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Youssef Nada | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Yusaf Ahmed Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Zahir H. Kazmi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Zakariya Essabar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Zeinab Mansour-Fattah | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Ziyad Khaleel | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |