# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*          *Federal Insurance Co., et al v. al Qaida, et al.*
03 CV 06978 (GBD)

Whereas, this matter having come before the Honorable George B. Daniels, United States District Judge, on the motion of certain plaintiffs for entry of a monetary judgment against defendant al Qaida, and the Court, on December 16, 2011, having adopted the Report and Recommendation made by the Magistrate Judge concerning that motion in its entirety, and directing the Clerk of Court to enter judgments against al Qaida and in favor of the moving plaintiffs in accordance with the Report and Recommendation and the December 16, 2011 Order adopting same, it is:

**ORDERED, ADJUDGED and DECREED**: That for the reasons stated in the Court's Order dated December 16, 2011, judgment is hereby entered against defendant al Qaida and in favor of the plaintiffs as follows:

| Plaintiff | Judgment |
|---|---|
| AXA Art Insurance Company | 42,862,629.00 |
| AXA Global Risks (UK) Ltd. | 32,959,870.71 |
| AXA CSA UK Branch | 194,339,649.00 |
| AXA Insurance Company | 395,088,134.88 |
| AXA Reinsurance Company | 248,144,334.00 |
| AXA Re | 317,370,069.00 |

| | |
|---|---:|
| AXA Re Canadian Branch | 78,415,221.33 |
| AXA Re UK Plc | 54,488,105.10 |
| AXA Versicherung | 2,769,159.00 |
| SPS Re | 252,915,480.00 |
| Chubb Custom Insurance Company | 1,837,755.00 |
| Chubb Insurance Company of Canada | 151,357,187.13 |
| Chubb Insurance Company of New Jersey | 1,238,045.13 |
| Chubb Indemnity Insurance Company | 12,251,634.60 |
| Federal Insurance Company | 4,541,002,792.17 |
| Great Northern Insurance Company | 1,787,991,341.37 |
| Pacific Indemnity Insurance Company | 29,809,609.98 |
| Vigilant Insurance Company | 126,917,799.72 |
| American Alternative Insurance Company | 11,768,346.21 |
| The Princeton Excess & Surplus Lines Insurance Company | 11,388,877.50 |
| Great Lakes Reinsurance (UK) Limited | 298,534,281.06 |
| OneBeacon Insurance Company | 529,544,956.20 |
| TIG Insurance Company | 228,252,687.90 |
| TOTAL | 9,351,247,965.99 |

Plaintiffs may move to amend this judgment to include pre-judgment interest in accordance with Fed. R. Civ. P. 59(e).

Dated: December 22, 2011
New York, New York

                                    Ruby J. Krajick
                                    Clerk of Court

                        BY:         _____
                                    Deputy Clerk


DEC 22, 2011

George B. Daniels
U.S.D.J.

3