# EXHIBIT F

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/12
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                           03 MDL 1570 (GBD)(FM)

This Document Relates to                     **RULE 54(b) JUDGMENT**

Federal Insurance Co. V. al Qaeda,           # 11,2468
03 Civ 6978 (GBD)
-----------------------------------------------------------X

Whereas the Court having entered judgment in favor of Plaintiffs and against al Qaeda on December 22, 2011 (Exhibit "A"); thereafter, the Court having considered the request for entry of final judgments in favor of certain plaintiffs and against defendant al Qaeda; the Court having found that there is no just reason to delay the entry of final monetary judgments pursuant to Fed. R. Civ. P. 54(b), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on January 10, 2012, having rendered its Order that the Court's entry of judgment, identified as Exhibit "A", be certified as final pursuant to Fed. R. Civ. P. 54(b), and directing the Clerk of the Court to prepare and enter a final judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 10, 2012, there is no just reason delay; accordingly, the Court's entry of judgment, identified as Exhibit "A", is certified as final pursuant to Fed. R. Civ. P. 54(b).

**Dated:** New York, New York
January 25, 2012                              **RUBY J. KRAJICK**

                                              _____
                                              **Clerk of Court**
                                      BY:
                                              _____
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

# EXHIBIT A



ULY FILED

DEC 22 2011

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case<br>#11,2468 |
|---|---|

*This document relates to:*     *Federal Insurance Co., et al v. al Qaida, et al.*
                                03 CV 06978 (GBD)

Whereas, this matter having come before the Honorable George B. Daniels, United States District Judge, on the motion of certain plaintiffs for entry of a monetary judgment against defendant al Qaida, and the Court, on December 16, 2011, having adopted the Report and Recommendation made by the Magistrate Judge concerning that motion in its entirety, and directing the Clerk of Court to enter judgments against al Qaida and in favor of the moving plaintiffs in accordance with the Report and Recommendation and the December 16, 2011 Order adopting same, it is:

**ORDERED, ADJUDGED and DECREED:** That for the reasons stated in the Court's Order dated December 16, 2011, judgment is hereby entered against defendant al Qaida and in favor of the plaintiffs as follows:

| Plaintiff | Judgment |
|---|---:|
| AXA Art Insurance Company | 42,862,629.00 |
| AXA Global Risks (UK) Ltd. | 32,959,870.71 |
| AXA CSA UK Branch | 194,339,649.00 |
| AXA Insurance Company | 395,088,134.88 |
| AXA Reinsurance Company | 248,144,334.00 |
| AXA Re | 317,370,069.00 |

| | |
|---|---:|
| AXA Re Canadian Branch | 78,415,221.33 |
| AXA Re UK Plc | 54,488,105.10 |
| AXA Versicherung | 2,769,159.00 |
| SPS Re | 252,915,480.00 |
| Chubb Custom Insurance Company | 1,837,755.00 |
| Chubb Insurance Company of Canada | 151,357,187.13 |
| Chubb Insurance Company of New Jersey | 1,238,045.13 |
| Chubb Indemnity Insurance Company | 12,251,634.60 |
| Federal Insurance Company | 4,541,002,792.17 |
| Great Northern Insurance Company | 1,787,991,341.37 |
| Pacific Indemnity Insurance Company | 29,809,609.98 |
| Vigilant Insurance Company | 126,917,799.72 |
| American Alternative Insurance Company | 11,768,346.21 |
| The Princeton Excess & Surplus Lines Insurance Company | 11,388,877.50 |
| Great Lakes Reinsurance (UK) Limited | 298,534,281.06 |
| OneBeacon Insurance Company | 529,544,956.20 |
| TIG Insurance Company | 228,252,687.90 |
| TOTAL | 9,351,247,965.99 |

Plaintiffs may move to amend this judgment to include pre-judgment interest in accordance with Fed. R. Civ. P. 59(e).

Dated: December 22, 2011
New York, New York

Ruby J. Krajick
Clerk of Court

BY:

Deputy Clerk

DEC 22, 2011

George B. Daniels
U.S.D.J.

HON. GEORGE B. DANIELS

3