UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | **[PROPOSED] ORDER**<br><br>03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document applies to: *Federal Ins. Co. v. al Qaida,* Case No. 1:03-cv-06978 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

By letter application dated December 22, 2021, certain Plaintiffs in *Federal Ins. Co. v. al Qaida,* Case No. 1:03-cv-06978 (GBD) (SN), requested that this Court extend its prior rulings on their Motion for Assessment of Damages against Al Qaeda and Hezbollah to another defaulted defendant, the Taliban, and enter a partial final judgment in favor of Plaintiffs and against the Taliban in accordance with those prior rulings, pursuant to Fed. R. Civ. P. 54(b).  Default Judgment as to liability against the Taliban in this action was entered on April 7, 2006 (*Federal Ins.* Dkt. No. 626), at the same time default was entered as to Al Qaeda and Hezbollah, on the basis of the same claims.

For the reasons set forth in the Court's Memorandum Decision and Order dated December 16, 2011, adopting the Report and Recommendation made by Magistrate Judge Frank Maas recommending that Plaintiffs be awarded damages relative to their property damage claims, partial final judgment pursuant to Fed. R. Civ. P. 54(b) is hereby entered against defendant the Taliban and in favor of the Plaintiffs as follows:

| **PLAINTIFF** | **JUDGMENT** |
|---|---:|
| AXA Art Insurance Company | $42,862,629.00 |
| AXA Global Risks (UK) Ltd. | $32,959,870.71 |
| AXA CSA UK Branch | $194,339,649.00 |

2

| | |
|---|---|
| AXA Insurance Company | $395,088,134.88 |
| AXA Reinsurance Company | $248,144,334.00 |
| AXA Re | $317,370,069.00 |
| AXA Re Canadian Branch | $78,415,221.33 |
| AXA Re UK Plc | $54,488,105.10 |
| AXA Versicherung | $2,769,159.00 |
| SPS Re | $252,915,480.00 |
| Chubb Custom Insurance Company | $1,837,755.00 |
| Chubb Insurance Company of Canada | $151,357,187.13 |
| Chubb Insurance Company of New Jersey | $1,238,045.13 |
| Chubb Indemnity Insurance Company | $12,251,634.60 |
| Federal Insurance Company | $4,541,002,792.17 |
| Great Northern Insurance Company | $1,787,991,341.37 |
| Pacific Indemnity Insurance Company | $29,809,609.98 |
| Vigilant Insurance Company | $126,917,799.72 |
| American Alternative Insurance Company | $11,768,346.21 |
| The Princeton Excess & Surplus Lines Insurance Company | $11,388,877.50 |
| Great Lakes Reinsurance (UK) Limited | $298,534,281.06 |
| One Beacon Insurance Company | $529,544,956.20 |
| TIG Insurance Company | $228,252,687.90 |
| TOTAL | $9,351,247,965.99 |

The Clerk of the Court is directed to prepare and enter a final judgment.

Dated: New York, New York
_____ \_\_\_\_, 202\_\_

SO ORDERED:

_____
HON. GEORGE B. DANIELS
United States District Judge

3