WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

December 23, 2021

VIA ECF

The Honorable Sarah J. Netburn
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, New York 10007

*In re Terrorist Attacks on Sept. 11, 2001*, **Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.)**

Dear Judge Netburn:

In accordance with this Court's Orders (ECF Nos. 7378, 7449, 7488), Al Rajhi Bank and Plaintiffs with claims against the Bank write to jointly update the Court on their meet-and-confer discussions and their proposed schedule for jurisdictional discovery.

The Parties are in agreement on a schedule for completion of jurisdictional fact discovery, except as to a deadline for serving requests for admission (which the Parties address in their respective positions below). The Parties agree as follows:

- Al Rajhi Bank shall use reasonable best efforts to substantially complete production of documents in response to Plaintiffs' requests for production consistent with the Court's Order (ECF No. 7378) on or before February 28, 2022. Documents shall be produced on a rolling basis.

- Document discovery (including interrogatories, if any) and fact depositions shall be completed on or before June 10, 2022.

- Document requests, depositions, interrogatories and any applications to the Court with respect to the conduct of discovery must be initiated in time to be concluded by June 10, 2022.

- Absent extraordinary circumstances, no application to the Court regarding the conduct of discovery will be considered if made later than May 11, 2022.

- By April 26, 2022 (i.e., 45 days before the completion of jurisdictional fact discovery), the Parties shall submit a joint letter setting forth their joint proposal or separate proposals for expert discovery, if any.

**Plaintiffs' Position on Requests for Admission**

Plaintiffs believe that requests for admission may prove to be an effective tool to narrow and focus the issues the Court will need to address in post-discovery motion practice. To be effective, such requests for admission must be informed by and based on the results of discovery, including any

WHITE & CASE

The Honorable Sarah J. Netburn
December 23, 2021

opinions offered by experts. Plaintiffs therefore propose that the submission due on April 26, 2022 concerning expert discovery should include a proposed deadline for service of requests for admission.

**Al Rajhi Bank's Position on Requests for Admission**

The Bank proposes that any requests for admissions must be served at least 30 days prior to the deadline for completing jurisdictional fact discovery. This proposal is the same as the agreed-upon schedule for jurisdictional discovery that the Court previously approved. *See* ECF No. 6747.

\*       \*       \*

The Parties will continue to meet and confer on other areas of discussion, and will bring any disputes to the Court only if necessary.

Respectfully submitted,

*/s/ Nicole Erb*

Christopher M. Curran
Nicole Erb
Matthew S. Leddicotte
Reuben J. Sequeira

*Counsel for Al Rajhi Bank*

cc:   Counsel of Record (via ECF)