UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:

     TERRORIST ATTACKS ON
     SEPTEMBER 11, 2001

--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/27/2021___

03-MD-01570 (GBD)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

This document relates to:

     Bernaerts, et al. v. Islamic Republic of Iran, No. 19-cv-11865
     Aamoth, et al. v. Islamic Republic of Iran, No. 18-cv-12276
     Agyeman, et al. v. Islamic Republic of Iran, No. 18-cv-05320

     The Court has reviewed the motions for default judgment at ECF Nos. 7357 and 7471

and identified two issues which may require additional action.

     First, in the motion at ECF No. 7357, a judgment is requested for Donnie Brooks Taylor.

It does not appear, however, that Taylor or an authorized personal representative was added to

the Bernaerts case. The only representative for the Taylor Estate the Court has been able to

locate is "John Doe 75," a placeholder name that the Bernaerts complaint suggests may not have

been properly authorized as a personal representative.

     Second, a default judgment is currently being sought for Justin Cook as part of Agyeman.

ECF No. 7474-1 at 3. It appears, however, that he was not added to Agyeman but to Aamoth.

ECF No. 7465 at 3.

Counsel for these plaintiffs is ORDERED to file either a letter or appropriate motions addressing these issues by January 7, 2022. Any necessary amendments, corrections, or substitutions may be made *nunc pro tunc*.

**SO ORDERED.**

Dated: December 27, 2021
   New York, New York

SARAH NETBURN
United States Magistrate Judge