UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiffs' Executive Committees ("PECs") has filed a motion to revise this Court's prior order pursuant to Federal Rule of Civil Procedure 54 (the "Rule 54 Motion"). ECF No. 7431. Separately, the Ashton Plaintiffs have filed a motion to compel discovery and to revise a prior order (the "Motion to Compel"). ECF No. 7481. This order sets out the briefing schedule for these motions.

    Saudi Arabia's opposition to the Rule 54 Motion and that portion of the Motion to Compel that relates to the revision of a prior order is due by February 7, 2022. Reply briefs from the PECs and the Ashton Plaintiffs are due by March 9, 2022.

    Saudi Arabia's opposition to that portion of the Motion to Compel that relates to discovery is due by January 10, 2022. The Ashton Plaintiffs' reply is due by January 14, 2022.

**SO ORDERED.**

Dated: December 27, 2021
       New York, New York

SARAH NETBURN
United States Magistrate Judge