# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)

### *NUNC PRO TUNC* MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified in Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or is the Personal Representative for a family member of a 9/11 decedent. Pursuant to the Court's December 27, 2021 Order, ECF No. 7501, this motion is being filed *nunc pro tunc* as of November 17, 2021.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

docs-100409741.1

2

Dated: December 28, 2021

                                                  */s/ Jerry S. Goldman*
                                                  Jerry S. Goldman, Esq.
                                                  Bruce E. Strong, Esq.
                                                  Alexander Greene, Esq.
                                                  ANDERSON KILL P.C.
                                                  1251 Avenue of the Americas
                                                  New York, NY 10020
                                                  Tel: (212) 278-1000
                                                  Fax: (212) 278-1733
                                                  Email: jgoldman@andersonkill.com
                                                               bstrong@andersonkill.com
                                                               agreene@andersonkill.com

docs-100409741.1

**EXHIBIT A to *Bernaerts* Motion to Substitute Parties**

|   | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 75, being intended to designate the Personal Representative of the Estate of Donnie Taylor, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor | 1:19-cv-11865 | Janice Dukes as the Personal Representative of the Estate of Donnie Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor | NY | Donnie Taylor |

docs-100409741.1