# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                 December 28, 2021

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN);
             *August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN);
             *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN);
             *Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

Dear Judge Netburn:

       I write in regard to the Court's December 27, 2021 Order, ECF No. 7501, which identified two issues with plaintiffs' motions for default judgment at ECF Nos. 7357 and 7471.

       Regarding the first issue, upon further review, we discovered that there was an error in our data base, as it failed to note that a motion to substitute needed to be filed for the estate referenced in the Court's December 27, 2021 Order before moving for a judgment at ECF No. 7357. To address this issue, today plaintiffs filed a *nunc pro tunc* motion to substitute for Donnie Taylor's estate. ECF No. 7505.

       Regarding the second issue, we added the plaintiff referenced in the Court's December 27, 2021 Order by Notice of Amendment to the correct complaint, but due to a typographical error that plaintiff appeared on the incorrect exhibit. To address this issue, today we filed an Amended Declaration[1] together with an Amended Proposed Order both with updated exhibits in support of our motion for default judgment at ECF No. 7471. *See* ECF Nos. 7507-7508. The only changes to the exhibits are the plaintiff who is the subject of the second issue has been removed from Exhibit A-2 and added to Exhibit A-6.

       We have added an additional level of technical checks to attempt to avoid such errors in the future.

---

[1] We did not refile the expert report previously tendered under seal pursuant to ECF No. 7067.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100429146.2

**Anderson Kill P.C.**

The Honorable Sarah Netburn
December 28, 2021
Page 2

        I thank the Court for its attention to this matter.

        Respectfully submitted,

        */s/ Jerry S. Goldman*
        Jerry S. Goldman, Esq.

        *Attorney for the Plaintiffs*

cc:    The Honorable George B. Daniels (via ECF)
       All MDL Counsel of Record (via ECF)

docs-100429146.2