UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashton et al.

-v-

Al Qaeda Islamic, et al.

**CERTIFICATE OF MAILING**

Case No.:   02cv6977 (GBD)(SN)
            03md1570(GBD)(SN)

I hereby certify under the penalties of perjury that on the 29th day of December 2021, I served:

Islamic Republic of Iran
C/O H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

☒    the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the  Notice of Default Judgment, Default Judgment on Liability deemed filed August 31, 2015, Final Order of Judgment on Behalf of Ashton 21 Plaintiffs, including the moving papers for Plaintiffs' Motion deemed filed on October 5, 2021, Final Order of Judgment on Behalf of Ashton 22 Plaintiffs, including the moving papers for Plaintiffs' Motion deemed filed on October 5, 2021, Final Order of Judgment on Behalf of Ashton 23 Plaintiffs, including the moving papers for Plaintiffs' Motion deemed filed on October 5, 2021, Foreign Sovereign Immunities Act & Affidavit of Translator (along with translations of the above documents in Farsi).

By FEDEX 8157 2471 5908.

Dated:   New York, New York
         December 29, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK