UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the Kingdom of Saudi Arabia's request for redactions to materials filed on November 24, 2021, as part of the Court's investigation into the breach of the protective orders (the "November 24 Materials"), ECF No. 7393, as well as Kreindler & Kreindler's objections to those redactions. ECF No. 7417.

    Based on these submissions, it is not clear what redactions the parties dispute. The papers reference four documents for potential redaction: three appendices filed by Kreindler & Kreindler as part of the November 24 Materials, ECF Nos. 7386-3, 7386-4, 7386-5, as well as Fawcett's proposed findings of fact at ECF No. 7387. Saudi Arabia's initial joint status letter suggests that Kreindler & Kreindler opposes only redactions to Fawcett's proposed findings of fact, not (pending the parties' confidentiality designations), the three appendices.[1] ECF No. 7393 at 3. Kreindler & Kreindler's opposition, however, appears to object not only to redactions to Fawcett's findings of fact, but also to redactions to the appendices. See, e.g., ECF No. 7471 at 2 (objecting to proposed redactions to an exhibit in a Kreindler & Kreindler appendix). Kreindler

---

[1] Defendant Dallah Avco and the non-Kreindler & Kreindler members of the Plaintiffs' Executive Committees take no position on this dispute. ECF No. 7393 at 1. The non-Kreindler & Kreindler PECs have also stated that they do not seek any redactions to the November 24 Materials themselves. ECF No. 7394 at 1. Counsel for John Fawcett does not object to any redactions. ECF No. 7393 at 2–3.

& Kreindler's letter, moreover, is unclear as to whether it objects to some or all of the redactions, or objects to redacting "selected" material while leaving other matters unredacted.

Accordingly, Saudi Arabia and Kreindler & Kreindler shall submit a joint letter stating, with particularity, which redactions in which documents are disputed. That letter shall be submitted by January 6, 2022.

**SO ORDERED.**

DATED:  New York, New York  
December 29, 2021

_____  
SARAH NETBURN  
United States Magistrate Judge