UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD) (SN)))

### PLAINTIFFS' NOTICE OF MOTION
### TO CORRECT MISNOMERS AND CLERICAL ERROR
### IN PARTIAL FINAL JUDGMENT ENTERED ON OCTOBER 5, 2021

**PLEASE TAKE NOTICE** that, by and through their undersigned counsel, and upon the accompanying Memorandum of Law, the Declaration of Joseph Peter Drennan executed on December 28, 2021, and all prior pleadings and proceedings had herein, Plaintiffs in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN) (the "*Anaya* Case"), respectfully move this Court pursuant to Federal Rules of Civil Procedure 60(a) and 15(a)(2) to enter an order:

(1) correcting misnomers of certain Plaintiffs in (a) the partial final default judgment entered on October 5, 2021 (as MDL ECF 7178, *Anaya* ECF 70) in favor of certain Plaintiffs and against the Islamic Republic of Iran (the "October 5 Judgment") and (b) the First Amended Iran Short Form Complaint filed on February 22, 2019 (as *Anaya* ECF 29); and (c) the case caption of the *Anaya* Case; and

(2) correcting a clerical error in the October 5 Judgment that resulted in the inadvertent omission of Plaintiff Barbara M. Duffy as Personal Representative of the Estate of Michael Joseph Duffy from Exhibit B; and

(3) for such other and further relief as the Court deems just and proper.

Dated: December 30, 2021
White Plains, New York

**FLEISCHMAN BONNER & ROCCO LLP**

By: /s/ James P. Bonner
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
81 Main Street, Suite 515
White Plains, New York 10601
Telephone:  646-415-1399

Joseph Peter Drennan (admitted *pro hac vice*)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
Mobile: (540) 226-0777
joseph@josephpeterdrennan.com

Patrick M. Donahue (admitted *pro hac vice*)
P. Joseph Donahue (admitted *pro hac vice*)
Thomas P. Donahue (admitted *pro hac vice*)
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
Telephone: (410) 280-2023
pmd@thedonahuelawfirm.com
pjd@thedonahuelawfirm.com
tpd@thedonahuelawfirm.com

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

*Counsel for Anaya Plaintiffs*