# **<u>EXHIBIT B</u>**

**Bauer 9/11 Personal Representatives - all U.S. Nationals**

**Alphabetical by Decedent's Last Name**

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Personal Representative First Name | 9/11 Decedent's Per. Rep. Middle Initial | 9/11 Decedent's Personal Representative Last Name | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W. | David | Bauer | Virginia | | Bauer | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 2 | Todd | M. | Beamer | Lisa | | Beamer | 02-cv-7236 | Spouse | 3341 | $12,500,000.00 |
| 3 | Paul | F. | Beatini | Susan | | Beatini | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 4 | Anil | T. | Bharvaney | Pandora | P. | Bharvaney | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 5 | Colin | | Bonnett | Cathyann | | Bonnett | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 6 | Thomas | H. | Bowden, Jr. | Deborah | | Bowden | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 7 | Shawn | E. | Bowman, Jr. | Jennifer | J. | Henry | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 8 | Thomas | M. | Brennan, Sr. | Jennifer | B. | Waterhouse | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 9 | Milton | | Bustillo | Laura | S. | Bustillo | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 10 | John | A. | Candela | Elizabeth | | Candela | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 11 | Edward | | Carlino | Marie | | Carlino | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 12 | Michael | J. | Cunningham | Teresa | | Cunningham | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 13 | Jack | L. | D'Ambrosi, Jr. | Karen | | D'Ambrosi | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 14 | Patrick | | Danahy | Mary | | Danahy | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 15 | David | | DiMeglio | John | | DiMeglio | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 16 | Edward | P. | Felt | Sandra | V. | Felt | 02-cv-7236 | Spouse | 3341 | $12,500,000.00 |
| 17 | Noel | J. | Foster | Nancy | | Foster | 02-cv-6977 | Spouse | 3387 | $12,500,000.00 |
| 18 | Vincent | | Gallucci | Barbara | | Gallucci | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 19 | Donna | | Giordano | Michael | J. | Giordano | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 20 | Jeremy | | Glick | Lyz | | Glick Best | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 21 | Steven | I. | Goldstein | Jill | | Goldstein | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 22 | Linda | K. | Gronlund | Elsa | G. | Strong | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 23 | Kevin | J. | Hannaford, Sr. | Eileen | | Hannaford | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 24 | Bryan | C. | Jack | Barbara | | Rachko | 02-cv-7236 | Spouse | 3341 | $12,500,000.00 |
| 25 | Scott | M. | Johnson | Thomas | S. | Johnson | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 26 | Donald | T. | Jones, II | Michele | | Jones Ferrell | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 27 | Howard | | Kane | Lori | | Kane | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 28 | Joseph | J. | Keller | Rose | | Keller | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 29 | Adam | J. | Lewis | H. | Michael | Keden | 02-cv-6977 | Executor | N/A | N/A |
| 30 | Catherine | F. | MacRae | Cameron | F. | MacRae, III | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 31 | Ronald | E. | Magnuson | Audrey | | Magnuson | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |

**Bauer 9/11 Personal Representatives - all U.S. Nationals**  **Alphabetical by Decedent's Last Name**

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Personal Representative First Name | 9/11 Decedent's Per. Rep. Middle Initial | 9/11 Decedent's Personal Representative Last Name | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | David | R. | Meyer | Margaret | | Meyer | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 33 | Kristen | L. | Montanaro | Ellen | | Robb | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 34 | Kevin | | Murphy | Beth | K. | Murphy | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 35 | Ronald | | Orsini | Arlene | | Orsini | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 36 | Jean | H. | Peterson | Jennifer | | Price Salkever | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 37 | Sean | | Rooney | Margaret | | Eckert | 02-cv-7236 | Per. Rep. | N/A | N/A |
| 38 | Stacey | L. | Sanders | John | | Sanders | 02-cv-7236 | Parent | 3408 | $8,500,000.00 |
| 39 | Steven | F. | Schlag | Tomoko | T. | Schlag | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 40 | Joseph | M. | Sisolak | Suzanne | J. | Penavic | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 41 | Daniel | L. | Smith | Mary | | Smith | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 42 | Michael | | Tanner | Michele | | Tanner | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 43 | Kenneth | J. | Tarantino | Jennifer | | Tarantino | 02-cv-6977 | Spouse | 3387 | $12,500,000.00 |
| 44 | Scott | | Vasel | Amy | C. | Vasel | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 45 | Alan | L. | Wisniewski | Kathleen | | Wisniewski | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| 46 | Kevin | P. | York | Chiemi | | York | 02-cv-6977 | Spouse | 3387 | $12,500,000.00 |
| 47 | Salvatore | | Zisa | Roseann | | Zisa | 02-cv-7236 | Spouse | 3387 | $12,500,000.00 |
| | | | | | | | | **Total Amt. for Solatium Damages** | | **$530,250,000.00** |