# **EXHIBIT C**

9/11 Decedent's Family Members (and Functionally Equivalents)                                        Alphabetical by Decedent's Last Name

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W. | David | Bauer | W. | David | Bauer, III | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 2 | W. | David | Bauer | Stephen | | Bauer | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 3 | W. | David | Bauer | Jacqueline | | Bauer | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 4 | W. | David | Bauer | Est. of Dorothy | | Bauer | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 5 | W. | David | Bauer | Est. of Walter | D. | Bauer | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 6 | W. | David | Bauer | Gretchen | | Abernathy | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 7 | W. | David | Bauer | Robert | G. | Bauer | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 8 | W. | David | Bauer | Heidi | | Bauer-Pollard | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 9 | Todd | M. | Beamer | Andrew | T. | Beamer | U.S. | 02-cv-7236 | Child | 3341 | $8,500,000.00 |
| 10 | Todd | M. | Beamer | David | P. | Beamer | U.S. | 02-cv-7236 | Child | 3341 | $8,500,000.00 |
| 11 | Todd | M. | Beamer | Morgan | K. | Beamer | U.S. | 02-cv-7236 | Child | 3341 | $8,500,000.00 |
| 12 | Todd | M. | Beamer | David | | Beamer | U.S. | 02-cv-7236 | Parent | 3341 | $8,500,000.00 |
| 13 | Todd | M. | Beamer | Margaret | | Beamer | U.S. | 02-cv-7236 | Parent | 3341 | $8,500,000.00 |
| 14 | Todd | M. | Beamer | Michele | | Beamer-Sorenson | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 15 | Todd | M. | Beamer | Melissa | | Wilson | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 16 | Paul | F. | Beatini | Daria | | Beatini | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 17 | Paul | F. | Beatini | Julia | | Beatini | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 18 | Paul | F. | Beatini | Est. of Doris | | Beatini | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 19 | Paul | F. | Beatini | Est. of Michael | C. | Beatini | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 20 | Paul | F. | Beatini | Est. of Michael | L. | Beatini | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 21 | Paul | F. | Beatini | Mark | | Beatini | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 22 | Paul | F. | Beatini | Nanda | | Beatini | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 23 | Paul | F. | Beatini | Thomas | | Beatini | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 24 | Anil | T. | Bharvaney | Est. of Govind | | Bharvaney | Thailand | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 25 | Anil | T. | Bharvaney | Savitri | | Bharvaney | Thailand | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 26 | Anil | T. | Bharvaney | Kishore | | Bharvaney | Thailand | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 27 | Colin | | Bonnett | Kody | | Bonnett | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 28 | Colin | | Bonnett | Julia | V. | Bonnett | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 29 | Colin | | Bonnett | Aubrey | A. | Parris | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 30 | Colin | | Bonnett | Heather | | Bonnett | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |

9/11 Decedent's Family Members (and Functionally Equivalents) — Alphabetical by Decedent's Last Name

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Thomas | H. | Bowden, Jr. | Alyson | V. | Bowden Hart | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 32 | Thomas | H. | Bowden, Jr. | Sara | J. | Bowden Hart | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 33 | Thomas | H. | Bowden, Jr. | James | F. | Bowden | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 34 | Shawn | E. | Bowman, Jr. | Jack | | Bowman Henry | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 35 | Shawn | E. | Bowman, Jr. | Liam | | Bowman Henry | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 36 | Shawn | E. | Bowman, Jr. | Carol | A. | Bowman | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 37 | Shawn | E. | Bowman, Jr. | Shawn | E. | Bowman, Sr. | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 38 | Shawn | E. | Bowman, Jr. | James | E. | Bowman | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 39 | Thomas | M. | Brennan, Sr. | Thomas | M. | Brennan, Jr. | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 40 | Thomas | M. | Brennan, Sr. | Catherine | A. | Brennan | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 41 | Thomas | M. | Brennan, Sr. | Anita | | Brennan | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 42 | Thomas | M. | Brennan, Sr. | John | V. | Brennan | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 43 | Thomas | M. | Brennan, Sr. | John | O. | Brennan | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 44 | Thomas | M. | Brennan, Sr. | Michael | | Brennan | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 45 | Thomas | M. | Brennan, Sr. | Paul | | Brennan | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 46 | Thomas | M. | Brennan, Sr. | Mary | B. | Magee | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 47 | Milton | | Bustillo | Alessandra | | Bustillo | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 48 | Milton | | Bustillo | Dayna | | Spordone | U.S. | 02-cv-7236 | Step-Child | 5701 | $8,500,000.00 |
| 49 | Milton | | Bustillo | Margarita | | Better | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 50 | Milton | | Bustillo | Estate of Gilberto | | Bustillo, Sr. | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 51 | Milton | | Bustillo | Dissa | | Bustillo | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 52 | Milton | | Bustillo | Gilberto | | Bustillo, Jr. | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 53 | Milton | | Bustillo | Henry | | Bustillo | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 54 | Milton | | Bustillo | Mirna | | Bustillo | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 55 | John | A. | Candela | John | A. | Candela | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 56 | John | A. | Candela | Juliette | | Candela | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 57 | John | A. | Candela | Est. of John | C. | Candela | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 58 | John | A. | Candela | Est. of Phyllis | | Candela | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 59 | John | A. | Candela | Joseph | G. | Candela | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 60 | John | A. | Candela | Joan | | Brady | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | John | A. | Candela | Estate of Karen | A. | Mee | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 62 | John | A. | Candela | Valerie | | Speller | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 63 | Edward | | Carlino | Lisa | | Torres | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 64 | Edward | | Carlino | Mary | | Carlino | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 65 | Edward | | Carlino | Salvatore | | Carlino | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 66 | Michael | J. | Cunningham | William | M. | Cunningham | United Kingdom | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 67 | Michael | J. | Cunningham | Andrew | | Cunningham | United Kingdom | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 68 | Michael | J. | Cunningham | Julieanne | | Cunningham | United Kingdom | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 69 | Michael | J. | Cunningham | Paul | | Cunningham | United Kingdom | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 70 | Michael | J. | Cunningham | Sean | | Cunningham | United Kingdom | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 71 | Michael | J. | Cunningham | Bernadette | T. | Hayes | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 72 | Jack | L. | D'Ambrosi, Jr. | Emily | | D'Ambrosi | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 73 | Jack | L. | D'Ambrosi, Jr. | Jacqueline | D. | Scales | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 74 | Jack | L. | D'Ambrosi, Jr. | Estate of Jack | L. | D'Ambrosi, Sr. | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 75 | Jack | L. | D'Ambrosi, Jr. | Denise | | Bonoli | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 76 | Jack | L. | D'Ambrosi, Jr. | Dean | J. | D'Ambrosi | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 77 | Patrick | | Danahy | Alison | M. | Danahy | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 78 | Patrick | | Danahy | Grace | A. | Danahy | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 79 | Patrick | | Danahy | Kathleen | T. | Danahy | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 80 | David | | DiMeglio | Patti | S. | DiMeglio | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 81 | David | | DiMeglio | Daniel | | DiMelgio | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 82 | Edward | P. | Felt | Adrienne | P. | Felt | U.S. | 02-cv-7236 | Child | 3341 | $8,500,000.00 |
| 83 | Edward | P. | Felt | Kathryn | | Felt | U.S. | 02-cv-7236 | Child | 3341 | $8,500,000.00 |
| 84 | Edward | P. | Felt | Shirley | A. | Felt | U.S. | 02-cv-7236 | Parent | 3341 | $8,500,000.00 |
| 85 | Edward | P. | Felt | Gordon | | Felt | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 86 | Edward | P. | Felt | Lawrence | | Felt | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 87 | Noel | J. | Foster | Megan | | Foster | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 88 | Noel | J. | Foster | Nicole | | Foster | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 89 | Vincent | | Gallucci | Alyssa | | Gallucci | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 90 | Vincent | | Gallucci | Joseph | D. | Gallucci | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Vincent | | Gallucci | Angela | | Gallucci | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 92 | Vincent | | Gallucci | Estate of Joseph | | Gallucci | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 93 | Vincent | | Gallucci | Filomena | G. | Santorelli | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 94 | Donna | | Giordano | Domenick | | D'Ambola | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 95 | Donna | | Giordano | Est. of Jessamine | | D'Ambola | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 96 | Donna | | Giordano | Elaine | | Barrett | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 97 | Jeremy | | Glick | Emerson | | Glick | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 98 | Jeremy | | Glick | Joan | | Glick | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 99 | Jeremy | | Glick | Lloyd | | Glick | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 100 | Jeremy | | Glick | Jared | | Glick | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 101 | Jeremy | | Glick | Jed | | Glick | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 102 | Jeremy | | Glick | Jennifer | | Glick | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 103 | Jeremy | | Glick | Jonah | | Glick | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 104 | Jeremy | | Glick | Joanna | | Glick Danino | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 105 | Steven | I. | Goldstein | Hanna | | Goldstein | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 106 | Steven | I. | Goldstein | Harris | | Goldstein | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 107 | Linda | K. | Gronlund | Estate of Arthur | G. | Gronlund | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 108 | Linda | K. | Gronlund | Estate of Doris | | Gronlund | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 109 | Kevin | J. | Hannaford, Sr. | Kevin | J. | Hannaford, Jr. | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 110 | Kevin | J. | Hannaford, Sr. | Patrick | J. | Hannaford | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 111 | Bryan | C. | Jack | Est. of Helen | M. | Jack | U.S. | 02-cv-7236 | Parent | 3341 | $8,500,000.00 |
| 112 | Bryan | C. | Jack | Est. of James | H. | Jack | U.S. | 02-cv-7236 | Parent | 3341 | $8,500,000.00 |
| 113 | Bryan | C. | Jack | James | T. | Jack | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 114 | Scott | M. | Johnson | Margaret | A. | Johnson | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 115 | Scott | M. | Johnson | Estate of Thomas | P. | Johnson | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 116 | Scott | M. | Johnson | Margaret | | Wager | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 117 | Donald | T. | Jones, II | Donald | T. | Jones, III | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 118 | Donald | T. | Jones, II | Taylor | N. | Jones | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 119 | Donald | T. | Jones, II | Estate of Donald | T. | Jones, Sr. | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 120 | Donald | T. | Jones, II | Judith | | Jones | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | Donald | T. | Jones, II | William | B. | Jones | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 122 | Howard | | Kane | Jason | B. | Kane | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 123 | Howard | | Kane | Estate of Bruce | | Kane | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 124 | Howard | | Kane | Rochelle | | Kane | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 125 | Howard | | Kane | Adam | | Kane | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 126 | Howard | | Kane | Holly | A. | Tanz | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 127 | Joseph | J. | Keller | Joseph | D. | Keller | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 128 | Joseph | J. | Keller | Sydnie | R. | Keller | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 129 | Joseph | J. | Keller | June | | Saslow | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 130 | Joseph | J. | Keller | Jennifer | | Lutz | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 131 | Adam | J. | Lewis | Patricia | D. | Lewis | U.S. | 02-cv-6977 | Spouse | 3387 | $12,500,000.00 |
| 132 | Adam | J. | Lewis | Arthur | | Lewis | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 133 | Adam | J. | Lewis | Caroline | | Lewis | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 134 | Adam | J. | Lewis | Reilly | | Lewis | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 135 | Adam | J. | Lewis | Sophia | | Lewis | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 136 | Adam | J. | Lewis | Geraldine | | Lewis | U.S. | 02-cv-6977 | Parent | 3387 | $8,500,000.00 |
| 137 | Adam | J. | Lewis | Kathryn | | Hebert | U.S. | 02-cv-6977 | Sibling | 3387 | $4,250,000.00 |
| 138 | Adam | J. | Lewis | Pamela | | Passaretta | U.S. | 02-cv-6977 | Sibling | 3387 | $4,250,000.00 |
| 139 | Catherine | F. | MacRae | Ann | B. | MacRae | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 140 | Catherine | F. | MacRae | Ann | C. | MacRae | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 141 | Ronald | E. | Magnuson | Jeffrey | A. | Magnuson | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 142 | Ronald | E. | Magnuson | Sheryl | A. | Magnuson | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 143 | Ronald | E. | Magnuson | Knut | | Magnuson | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 144 | Daniel | L. | Maher | Est. of Jeanne | | Maher | U.S. | 02-cv-7236 | Parent | 3403 | $8,500,000.00 |
| 145 | Daniel | L. | Maher | Est. of Raymond | | Maher | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 146 | Daniel | L. | Maher | James | | Maher | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 147 | Daniel | L. | Maher | Jeanne | | Brandofino | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 148 | David | R. | Meyer | Heidi | | Mennona | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 149 | David | R. | Meyer | Dawn | | Meyers-Fuchs | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 150 | David | R. | Meyer | Heather | | Vulpone | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | David | R. | Meyer | Charles | | Meyer | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 152 | David | R. | Meyer | Kristine | | Meyer | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 153 | Kristen | L. | Montanaro | Estate of Frank | | Montanaro | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 154 | Kristen | L. | Montanaro | Jamie | | Montanaro | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 155 | Kristen | L. | Montanaro | Karen | | Montanaro | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 156 | Kevin | | Murphy | Caitlyn | B. | Murphy | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 157 | Kevin | | Murphy | Connor | J. | Murphy | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 158 | Kevin | | Murphy | Estate of Timothy | F. | Murphy, Jr. | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 159 | Kevin | | Murphy | Sally | F. | Ryan | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 160 | Kevin | | Murphy | Mary | B. | Dougherty | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 161 | Kevin | | Murphy | John | F. | Murphy | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 162 | Kevin | | Murphy | Michael | J. | Murphy | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 163 | Kevin | | Murphy | Timothy | P. | Murphy | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 164 | Ronald | | Orsini | Danielle | O. | Pandolfi | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 165 | Ronald | | Orsini | Estate of Robert | | Orsini | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 166 | Ronald | | Orsini | Barbara | | Stang | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 167 | Jean | H. | Peterson | Grace | P. | Sherwood | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 168 | Jean | H. | Peterson | Catherine | A. | Stover | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 169 | Jean | H. | Peterson | Estate of Virginia | A. | Hoadley | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 170 | Jean | H. | Peterson | Estate of Walter | E. | Hoadley | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 171 | Jean | H. | Peterson | Estate of Richard | | Hoadley | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 172 | Sean | | Rooney | Estate of Beverly | | Eckert | U.S. | 02-cv-7236 | Spouse | 3341 | $12,500,000.00 |
| 173 | Sean | | Rooney | Estate of Rosemary | | Rooney | U.S. | 02-cv-7236 | Parent | 3341 | $8,500,000.00 |
| 174 | Sean | | Rooney | Cynthia | | Blest | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 175 | Sean | | Rooney | Brendan | | Rooney | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 176 | Sean | | Rooney | Brian | | Rooney | U.S. | 02-cv-7236 | Sibling | 3402 | $4,250,000.00 |
| 177 | Sean | | Rooney | Maura | | Rooney | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 178 | Sean | | Rooney | Sheila | | Rooney | U.S. | 02-cv-7236 | Sibling | 3341 | $4,250,000.00 |
| 179 | Stacey | L. | Sanders | Martha | | Sanders | U.S. | 02-cv-7236 | Parent | 3408 | $8,500,000.00 |
| 180 | Stacey | L. | Sanders | Laura | | Wyatt | U.S. | 02-cv-7236 | Sibling | 3408 | $4,250,000.00 |

9/11 Decedent's Family Members (and Functionally Equivalents) — Alphabetical by Decedent's Last Name

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 181 | Steven | F. | Schlag | Dakota | I. | Schlag | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 182 | Steven | F. | Schlag | Garrett | M. | Schlag | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 183 | Steven | F. | Schlag | Sierra | A. | Schlag | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 184 | Steven | F. | Schlag | Estate of Donald | | Schlag | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 185 | Steven | F. | Schlag | Patricia | | Schlag | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 186 | Steven | F. | Schlag | Ellen | | Hughes | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 187 | Steven | F. | Schlag | Jean | | Nebbia | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 188 | Joseph | M. | Sisolak | Anna | J. | Powell | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 189 | Joseph | M. | Sisolak | Estate of Paul | | Sisolak | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 190 | Joseph | M. | Sisolak | Teresa | | Reller | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 191 | Joseph | M. | Sisolak | Estate of Thomas | | Sisolak | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 192 | Daniel | L. | Smith | Elizabeth | | Smith | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 193 | Daniel | L. | Smith | Michael | | Smith | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 194 | Daniel | L. | Smith | Susan | | Hicks | U.S. | 02-cv-7236 | Sibling | 3399 | $4,250,000.00 |
| 195 | Daniel | L. | Smith | McCarthy | | Smith | U.S. | 02-cv-7236 | Sibling | 3399 | $4,250,000.00 |
| 196 | Daniel | L. | Smith | Sean | P. | Smith | U.S. | 02-cv-7236 | Sibling | 3399 | $4,250,000.00 |
| 197 | Michael | | Tanner | Sasha | | Butler | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 198 | Michael | | Tanner | Gianna | | Tanner | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 199 | Michael | | Tanner | Estate of Mary | | Tanner | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 200 | Michael | | Tanner | Renee | | Abbate | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 201 | Michael | | Tanner | Maria | | Marasciulo | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 202 | Michael | | Tanner | Kenneth | C. | Tanner | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 203 | Michael | | Tanner | Nicole | | Tanner-D'Ambrosio | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 204 | Kenneth | J. | Tarantino | Jason | J. | Tarantino | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 205 | Kenneth | J. | Tarantino | Kenneth | J. | Tarantino | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 206 | Scott | | Vasel | Matthew | J. | Vasel | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 207 | Scott | | Vasel | Ryan | A. | Vasel | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 208 | Scott | | Vasel | Est. of Charles | | Vasel | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 209 | Scott | | Vasel | Est. of Mynda | | Vasel | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 210 | Scott | | Vasel | Janyne | V. | Dembicki | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |

**9/11 Decedent's Family Members (and Functionally Equivalents)** — **Alphabetical by Decedent's Last Name**

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name/Initial | 9/11 Decedent's Last Name | 9/11 Decedent's Family Member's First Name | 9/11 Decedent's Family Member's Middle Initial | 9/11 Decedent's Family Member's Last Name | 9/11 Family Member's Citizenship | Civil Docket # | Relationship to 9/11 Decedent | 9/11 Claimant's Solatium Award ECF No. | 9/11 Claimant's Total Final Judgment Solatium Award |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | Alan | L. | Wisniewski | Erica | C. | Wisniewski | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 212 | Alan | L. | Wisniewski | Jessica | M. | Wisniewski | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 213 | Alan | L. | Wisniewski | Matthew | P. | Wisniewski | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 214 | Alan | L. | Wisniewski | Estate of Muriel |  | Wisniewski | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 215 | Kevin | P. | York | Aidan |  | York | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 216 | Kevin | P. | York | Connor |  | York | U.S. | 02-cv-6977 | Child | 3387 | $8,500,000.00 |
| 217 | Kevin | P. | York | John |  | York | U.S. | 02-cv-6977 | Parent | 3387 | $8,500,000.00 |
| 218 | Kevin | P. | York | Timothy |  | York | U.S. | 02-cv-6977 | Sibling | 3387 | $4,250,000.00 |
| 219 | Salvatore |  | Zisa | Christina |  | Zisa | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 220 | Salvatore |  | Zisa | Joseph |  | Zisa | U.S. | 02-cv-7236 | Child | 3387 | $8,500,000.00 |
| 221 | Salvatore |  | Zisa | Est. of Joseph |  | Zisa | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 222 | Salvatore |  | Zisa | Josephine |  | Zisa | U.S. | 02-cv-7236 | Parent | 3387 | $8,500,000.00 |
| 223 | Salvatore |  | Zisa | Phyllis | A. | Kelly | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 224 | Salvatore |  | Zisa | Jane | Z. | Presto | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
| 225 | Salvatore |  | Zisa | Anthony |  | Zisa | U.S. | 02-cv-7236 | Sibling | 3387 | $4,250,000.00 |
|  |  |  |  |  |  |  |  |  | **Total Amt. of Solatium Damages** |  | **$1,542,250,000.00** |