# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD) (SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD) (SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD) (SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD) (SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD) (SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD) (SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD) (SN)

## [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE-CAPTIONED MATTERS ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBITS A AND EXHIBITS B

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A and Exhibits B to this Order, Plaintiffs in the above-captioned matters, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001 as specifically identified in annexed Exhibits A-1 to A-11 (collectively, "Exhibits A"), or the estate of an individual who was killed in the terrorist attacks on September 11, 2001 as specifically identified in annexed Exhibits B-1 to B-11 (collectively, "Exhibits B"), and the judgment by default for liability only against Defendant Islamic Republic of Iran ("Iran") entered as follows:

| CASE NAME | CASE NO. | DATE OF ORDER FOR LIABILITY | ECF NO. FOR ORDER OF LIABILITY |
|---|---|---|---|
| Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran | No. 1:18-cv-12276 (GBD) (SN) | 09/03/2019 | ECF No. 5050 |
| Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran | No. 1:18-cv-11837 (GBD) (SN) | 09/03/2019 | ECF No. 5048 |
| Jessica DeRubbio, et al. v. Islamic Republic of Iran | No. 1:18-cv-05306 (GBD) (SN) | 05/28/2019 | ECF No. 4563 |
| Marinella Hemenway, et al. v. Islamic Republic of Iran | No. 1:18-cv-12277 (GBD) (SN) | 09/03/2019 | ECF No. 5054 |
| Alexander Jimenez, et al. v. Islamic Republic of Iran | No. 1:18-cv-11875 (GBD) (SN) | 09/03/2019 | ECF No. 5056 |
| Chang Don Kim, et al. v. Islamic Republic of Iran | No. 1:18-cv-11870 (GBD) (SN) | 09/03/2019 | ECF No. 5049 |
| Horace Morris, et al. v. Islamic Republic of Iran | No. 1:18-cv-05321 (GBD) (SN) | 06/21/2019 | ECF No. 4595 |
| Cheryl Rivelli, et al. v. Islamic Republic of Iran | No. 1:18-cv-11878 (GBD) (SN) | 09/03/2019 | ECF No. 5047 |
| Matthew Rowenhorst, et al. v. Islamic Republic of Iran | No. 1:18-cv-12387 (GBD) (SN) | 09/03/2019 | ECF No. 5053 |
| Maureen Moody-Theinert, et al. v. Islamic Republic of Iran | No. 1:18-cv-11876 (GBD) (SN) | 09/03/2019 | ECF No. 5055 |
| Roberta Agyeman, et al. v. Islamic Republic of Iran | No. 1:18-cv-05320 (GBD) (SN) | 06/21/2019 | ECF No. 4597 |
| Audrey Ades, et al. v. Islamic Republic of Iran | No. 1:18-cv-07306 (GBD) (SN) | 06/21/2019 | ECF No. 4594 |
| Bakahityar Kamardinova, et al. v. Islamic Republic of Iran | No. 1:18-cv-05339 (GBD) (SN) | 06/21/2019 | ECF No. 4596 |
| Laurence Schlissel, et al. v. Islamic Republic of Iran | No. 1:18-cv-05331 (GBD) (SN) | 06/21/2019 | ECF No. 4598 |

; together with the entire record in this case; IT IS HEREBY

**ORDERED** that service of process in the above-captioned matter(s) was effected upon

Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b)

for agencies and instrumentalities of sovereign defendants; and it is further

ORDERED that partial final judgment is entered against Iran on behalf of the Plaintiffs in the above-captioned matters, as identified in the attached Exhibits A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits A; and it is further

ORDERED that Plaintiffs identified in the attached Exhibits A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in the attached Exhibits A; and it is further

ORDERED that partial final judgment is entered against Iran on behalf of the Plaintiffs in the above-captioned matters, as identified in the attached Exhibits B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits B; and it is further

ORDERED that Plaintiffs identified in the attached Exhibits B are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in the attached Exhibits B; and it is further

ORDERED that Plaintiffs identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") (and identified in Exhibits B), are awarded economic damages as set forth in the attached Exhibits B and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is further

ORDERED that the Plaintiffs identified in the attached Exhibits A and Exhibits B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

-3-

**ORDERED** that the Plaintiffs identified in the attached Exhibits A and Exhibits B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining Plaintiffs in the above-captioned matters not appearing in the attached Exhibits A and Exhibits B may submit in later stages applications for damages awards, and to the extent they are for solatium damages or by estates for compensatory damages or for decedents' pain and suffering from the September 11th attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing in the attached Exhibits A and Exhibits B.

**SO ORDERED:**

George B. Daniels

GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
         JAN 0 4 2022

-4-

docs-100420541.1

# EXHIBIT A

**Ex. A-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Sadie | I. | Ette | Edu | | Umana | | Sibling | $4,250,000.00 |
| 2. | Sadie | I. | Ette | Sunday | Itauma | Ette | | Parent (Deceased) | $8,500,000.00 |
| 3. | Francis | Jude | Feely | Stephen | Joseph | Feely | | Sibling | $4,250,000.00 |
| 4. | Francis | Jude | Feely | Alice | | Feely | | Sibling | $4,250,000.00 |
| 5. | Jennifer | Lynn | Howley | Matthew | Franklin | Dorsey | | Sibling | $4,250,000.00 |
| 6. | Maxima | | Jean-Pierre | Andy | Alberto | Jean-Pierre | | Child | $8,500,000.00 |
| 7. | Maxima | | Jean-Pierre | Rachel | | Jean-Pierre | | Child | $8,500,000.00 |
| 8. | Maxima | | Jean-Pierre | Anjunelly | | Jean-Pierre | | Child | $8,500,000.00 |
| 9. | Maxima | | Jean-Pierre | Ajax | | Jean-Pierre | Jr. | Child | $8,500,000.00 |
| | **TOTAL** | | | | | | | | **$59,500,000.00** |

docs-100418600.1

Case 1:03-md-01570-GBD-SN   Document 7374-1   Filed 11/19/21   Page 3 of 12

**Ex. A-2**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Nancy | Yuen | Ngo | Ashley | | Ngo | | Child | $8,500,000.00 |
| 2. | Nancy | Yuen | Ngo | Lindsay | | Ngo | | Child | $8,500,000.00 |
| 3. | Chin | Sun | Pak Wells | Chin | Yong | Wells | | Sibling | $4,250,000.00 |
| 4. | Anthony | | Portillo | Zachary | | Portillo | | Sibling | $4,250,000.00 |
| 5. | Robert | D. | Pugliese | Josephine | | Pugliese | | Parent | $8,500,000.00 |
| 6. | Deborah | Ann | Ramsaur | Ernest | Louis | LaRoche | | Sibling | $4,250,000.00 |
| 7. | Susan | Ann | Ruggiero | William | | Grigonis | | Sibling | $4,250,000.00 |
| **TOTAL** | | | | | | | | | **$42,500,000.00** |

docs-1004186605.1

Case 1:03-md-01570-GBD-SN   Document 7374-1   Filed 11/19/21   Page 4 of 12

**Ex. A-3**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Patrick | Jude | Murphy | Casey | Akira | Murphy | | Child (Deceased) | $8,500,000.00 |

**TOTAL** $8,500,000.00

docs-100418613.1

Case 1:03-md-01570-GBD-SN   Document 7374-1   Filed 11/19/21   Page 5 of 12

**Ex. A-4**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Vernon | P. | Cherry | Ryan | | Cherry | | Child (Deceased) | $8,500,000.00 |
| 2. | Benjamin | K. | Clark | Benjamin | | Clark | | Parent (Deceased) | $8,500,000.00 |
| 3. | Michael | Sean | Curtin | Jennifer | | Sullivan | | Child | $8,500,000.00 |
| TOTAL | | | | | | | | | $25,500,000.00 |

docs-100418614.1

**Ex. A-5**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Catherine | K. | Fagan | Christopher | | Fagan | | Child | $8,500,000.00 |
| 2. | Sean | B. | Fegan | Margaret | Colette | Fegan | | Parent (Deceased) | $8,500,000.00 |
| 3. | John | Roger | Fisher | Anne | T. | Fisher | | Parent (Deceased) | $8,500,000.00 |
| 4. | Lawrence | Don | Kim | Soh | Ryang | Kim | | Parent (Deceased) | $8,500,000.00 |
| TOTAL | | | | | | | | | $34,000,000.00 |

docs-100418615.1

Ex. A-6

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Lisa | Yvonne | Kearney-Griffin | Lorraine | | Kearney | | Parent (Deceased) | $8,500,000.00 |
| 2. | James | T. | Lynch | Patricia | | Singh | | Child | $8,500,000.00 |
| 3. | Wesley | | Mercer | Garland | | Mercer | | Sibling | $4,250,000.00 |

TOTAL

$21,250,000.00

Case 1:03-md-01570-GBD-SN   Document 7374-1   Filed 11/19/21   Page 8 of 12

**Ex. A-7**

Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zandra | Marie | Cooper Ploger | Zenaida | Frances | Flores | | Parent (Deceased) | $8,500,000.00 |
| 2. | Gerard | Patrick | Moran | Joyce | Athena | Moran | | Spouse (Deceased) | $12,500,000.00 |
| 3. | Gerard | Patrick | Moran | Dane | Michael | Moran | | Child (Deceased) | $8,500,000.00 |

**TOTAL**  $29,500,000.00

Case 1:03-md-01570-GBD-SN   Document 7374-1   Filed 11/19/21   Page 9 of 12

Ex. A-8

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Dianne | Theresa | Signer | James | Matthew | Signer | | Sibling | $4,250,000.00 |
| 2. | Bonnie | | Smithwick | Jeanne | Santamarie | Shihadeh | | Parent (Deceased) | $8,500,000.00 |
| 3. | Bonnie | | Smithwick | Theodore | D. | Shihadeh | | Parent (Deceased) | $8,500,000.00 |

TOTAL                                                                                      $21,250,000.00

docs-100418626.1

Case 1:03-md-01570-GBD-SN   Document 7374-1   Filed 11/19/21   Page 10 of 12

**Ex. A-9**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Vivian | | Casalduc | Daniel | | Acevedo | | Sibling | $4,250,000.00 |
| 2. | Francis | Albert | DeMartini | Dominic | Francis | DeMartini | | Child | $8,500,000.00 |
| | **TOTAL** | | | | | | | | **$12,750,000.00** |

docs-1004186627.1

**Ex. A-10**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ronald | John | Hemenway | Sheri | Lynn | Berger | | Sibling | $4,250,000.00 |
| 2. | Lincoln | | Quappe | Clint | Lincoln | Quappe | | Child | $8,500,000.00 |
| 3. | Lincoln | | Quappe | Natalie | Jane | Quappe | | Child | $8,500,000.00 |
| 4. | Laura | Marie | Ragonese-Snik | John | W. | Snik | | Spouse (Deceased) | $12,500,000.00 |
| 5. | John | Frederick | Rhodes | Deborah | Ann | Malek | | Child | $8,500,000.00 |
| 6. | John | Frederick | Rhodes | Linda | Patricia | Rhodes | | Spouse | $12,500,000.00 |

TOTAL                        $54,750,000.00

docs-100418630.1

Case 1:03-md-01570-GBD-SN   Document 7374-1   Filed 11/19/21   Page 12 of 12

**Ex. A-11**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Edwin | J. | Graf | Wesley | J. | Graf | | Child | $8,500,000.00 |
| 2. | Leonard | Anthony | White | Nelson | Oscar | White | Jr. | Sibling | $4,250,000.00 |
| 3. | Leonard | Anthony | White | Robert | Rawlston | White | | Sibling | $4,250,000.00 |

TOTAL

$17,000,000.00

docs-100418632.1

# EXHIBIT B

**Ex. B-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Stephen | N. | Hyland | | $1,717,572.00 | | $1,717,572.00 |
| **TOTALS** | | | | | $1,717,572.00 | | **$1,717,572.00** |

docs-100419884.1

Case 1:03-md-01570-GBD-SN Document 7374-2 Filed 11/19/21 Page 3 of 12

**Ex. B-2**

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Felix | | Calixte | | $931,052.00 | | $931,052.00 |
| TOTALS | | | | | $931,052.00 | | **$931,052.00** |

docs-100420311.1

**Ex. B-3**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Venesha | | Richards | | $3,096,981.00 | | $3,096,981.00 |
| **TOTALS** | | | | | $3,096,981.00 | | $3,096,981.00 |

docs-100419986.1

**Ex. B-4**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Gabriela | | Waisman | | $1,969,027.00 | | $1,969,027.00 |
| 2. | Yuk | Ping | Wong | | $633,339.00 | | $633,339.00 |
| **TOTALS** | | | | | $2,602,366.00 | | **$2,602,366.00** |

docs-100419887.1

**Ex. B-5**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Carlos | A. | Montoya | | $3,964,595.00 | | $3,964,595.00 |
| | TOTALS | | | | $3,964,595.00 | | $3,964,595.00 |

docs-100420313.1

Case 1:03-md-01570-GBD-SN   Document 7374-2   Filed 11/19/21   Page 7 of 12

Ex. B-6

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Angelene | C. | Carter | | $1,248,607.00 | $2,000,000.00 | $3,248,607.00 |
| **TOTALS** | | | | | $1,248,607.00 | $2,000,000.00 | **$3,248,607.00** |

docs-100419988.1

Case 1:03-md-01570-GBD-SN   Document 7374-2   Filed 11/19/21   Page 8 of 12

**Ex. B-7**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Wanda | | Green | | $688,245.00 | | $688,245.00 |
| **TOTALS** | | | | | $688,245.00 | | **$688,245.00** |

docs-100419991.1

Case 1:03-md-01570-GBD-SN   Document 7374-2   Filed 11/19/21   Page 9 of 12

**Ex. B-8**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Paul | Hanlon | Keating | | $1,487,799.00 | | $1,487,799.00 |
| **TOTALS** | | | | | $1,487,799.00 | | $1,487,799.00 |

Case 1:03-md-01570-GBD-SN   Document 7374-2   Filed 11/19/21   Page 10 of 12

**Ex. B-9**

Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Gerard | | Moran | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $2,000,000.00 | **$2,000,000.00** |

**Ex. B-10**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Catherina | | Robinson | | $553,479.00 | | $553,479.00 |
| **TOTALS** | | | | | $553,479.00 | | $553,479.00 |

docs-100419997.1

**Ex. B-11**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Ronald | Philip | Kloepfer | | $3,604,486.00 | $2,000,000.00 | $5,604,486.00 |
| 2. | Louis | N. | Mariani | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| 3. | John | | Rhodes | | $0.00 | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | $3,604,486.00 | $6,000,000.00 | $9,604,486.00 |

docs-100419999.1