UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *BNY Mellon* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *BNY Mellon* case.

Dated: New York, New York
_____ 2021

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100409823.1

## EXHIBIT A to *BNY Mellon* Motion to Substitute Parties

| | Previous Personal Representative: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 77, being intended to designate the Personal Representative of the Estate of Janice Brown, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Janice Brown | 1:19-cv-11767 | Eric Johnson as the Personal Representative of the Estate of Janice Brown, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janice Brown | NJ | Janice Brown |

2

docs-100409823.1