**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Aron* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Aron* case.

Dated: New York, New York
_____, 2021

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**EXHIBIT A to *Aron* Motion to Substitute Parties**

| | Previous Personal Representative: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Louise Flickinger, individually, as surviving parent of Carl M. Flickinger | 1:20-cv-09376 | Lisa Madden as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flickinger | NJ | Carl M. Flickinger |

docs-100430079.1