UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:                                                              03-MDL-1570 (GBD)(SN)

TERRORIST ATTACKS ON                             IRAN NOTICE OF
SEPTEMBER 11, 2001                                    AMENDMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This document relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)

Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the
above-referenced matter, ECF No. 1, as permitted and approved by the Court's Order of October
28, 2019, MDL ECF No. 5234. Upon the filing of this Notice of Amendment, the underlying
Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as
plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is
deemed amended to include the allegations, as indicated below, of (a) the Federal Insurance and
Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of
Iran, MDL ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran,
No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected
through this Notice of Amendment supplements by incorporation into, but does not displace, the
underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran
and does not apply to any other defendant.

Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have
adopted all factual and jurisdictional allegations of the complaint that has been joined as

docs-100428857.1

specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), MDL ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (MDL ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [**check only one complaint**]:

☐ Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, MDL ECF No. 3237

☒ Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

2

docs-100428857.1

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|  | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1. | Mary Buss, individually, as surviving sibling of Julie Geis | NE | United States | Julie Geis | Sibling | ECF No. 1 ¶ 6, App. ¶ 40 |
| 2. | Mary Buss as Personal Representative of the Estate of Betty Geis, deceased, the late parent of Julie Geis | NE | United States | Julie Geis | Parent (Deceased) | ECF No. 1 ¶ 6, App. ¶ 40 |

Dated: January 4, 2022

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com

*Attorneys for Plaintiffs*

3

4

docs-100428857.1