UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN)))

**[PROPOSED] ORDER AND PARTIAL FINAL DEFAULT JUDGMENT**

Upon consideration of the evidence and arguments submitted by Plaintiffs in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) (the "*Anaya* Plaintiffs") through their (1) Motion for (a) Judgment by Default as to Liability of the Islamic Republic of Iran pursuant to 28 U.S.C. § 1605A(c), and (b) Partial Final Judgments for Solatium and Pain and Suffering Damages for Certain Plaintiffs, and the evidence filed in the above-captioned multidistrict litigation on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, and (2) Motion to Correct Misnomers and Clerical Error in Partial Final Judgment Entered on October 5, 2021, together with the entire record in this case, it is hereby;

**ORDERED** that the following corrections are deemed made *nunc pro tunc* to *Anaya* Plaintiffs' First Amended Short Form Complaint filed on February 22, 2019 (*Anaya* ECF 29), and the Partial Final Judgment Entered on October 5, 2021 (MDL ECF 7178 and Anaya ECF 70):

| Plaintiff's or 9/11 Decedent's Name as Pled | Plaintiff's or 9/11 Decedent's Name as Corrected |
|---|---|
| M. Rita DaCosta | M. Rita da Costa |
| M. Rita DaCosta, as Personal Representative of the Estate of Carlos DaCosta | M. Rita da Costa, as Personal Representative of the Estate of Carlos da Costa |
| Daniel DaCosta | Daniel da Costa |
| Carlos DaCosta, Jr. | Carlos da Costa, Jr. |
| Deborah Ann Dimartino | Debra Ann Dimartino |
| Thomas Frank Getzendanner | Thomas Forbes Getzendanner |
| Thomas Frank Getzendanner, as Personal Representative of the Estate of Susan Getzendanner | Thomas Forbes Getzendanner, as Personal Representative of the Estate of Susan Getzendanner |
| Thomas Frank Getzendanner, as Personal Representative of the Estate of Elizabeth A. Getzendanner | Thomas Forbes Getzendanner, as Personal Representative of the Estate of Elizabeth A. Getzendanner |
| Thomas Frank Getzendanner, as Personal Representative of the Estate of Joseph W. Getzendanner | Thomas Forbes Getzendanner, as Personal Representative of the Estate of Joseph W. Getzendanner |
| Estate of Winifred R. Graham | Estate of Winifred Kauth |
| Estate of Melaissa Guman | Estate of Malissa Guman |
| Lidia Kriso | Lydia Kriso |
| Tammeka Lowe | Tameka Lowe |
| Kerina Williams | Kerina Kaltenborn |
| Myasia Laurence | My'Asia Lawrence |
| Mario Truglio, as Personal Representative of the Estate of Michael A. Marti | Rosalie A. Marti, as Personal Representative of the Estate of Michael A. Marti |
| Mario Truglio, as Personal Representative of the Estate of Roger Marti | Rosalie A. Marti, as Personal Representative of the Estate of Roger R. Marti |

**ORDERED** that the Clerk of Court amend the case caption for *Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 to reflect the above corrections; and it is

**ORDERED** that Exhibits A and B to the Partial Final Judgment Entered on October 5, 2021 (MDL ECF 7178 and Anaya ECF 70) are corrected *nunc pro tunc* to conform to, respectively, **Exhibits A** and **B** attached hereto; and it is

**ORDERED** that Plaintiffs are not required to serve the Islamic Republic of Iran with an amended pleading reflecting the above corrections to the First Amended Short Form Complaint, and that service of copies of the Partial Final Judgment entered on October 5, 2021 and this judgment on the Islamic Republic of Iran shall be through diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4).

Dated: New York, New York
           , 202

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

## Exhibit A

### (Alphabetically by Last Name of 9/11 Decedent)

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Colhoun, Helen L. | United States | Liam Joseph Colhoun | Wife | $12,500,000 |
| Colhoun, Brigid | United States | Liam Joseph Colhoun | Daughter | $8,500,000 |
| da Costa, M. Rita | United States | Carlos da Costa | Wife | $12,500,000 |
| da Costa, Daniel | United States | Carlos da Costa | Son | $8,500,000 |
| da Costa, Carlos Antonio | United States | Carlos da Costa | Son | $8,500,000 |
| Dimartino, Joseph | United States | Debra Ann Dimartino | Husband | $12,500,000 |
| Dimartino, Samantha | United States | Debra Ann Dimartino | Daughter | $8,500,000 |
| Dimartino, Danielle | United States | Debra Ann Dimartino | Daughter | $8,500,000 |
| Dionisio, Peter A. | United States | Anthony Dionisio, Jr. | Brother | $4,250,000 |
| Dionisio, Lucille | United States | Anthony Dionisio, Jr. | Mother | $8,500,000 |
| Dionisio, Lucille, as the Personal Representative of the Estate of Anthony Dionisio | United States | Anthony Dionisio, Jr. | Father (deceased) | $8,500,000 |
| Dionisio, Stephanie | United States | Anthony Dionisio, Jr. | Daughter | $8,500,000 |
| Phinney, Deborah Ann | United States | Anthony Dionisio, Jr. | Sister | $4,250,000 |
| Duffy, Barbara M. | United States | Michael Joseph Duffy | Mother | $8,500,000 |

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Barbara M. Duffy, as the Personal Representative of the Estate of John Michael Duffy | United States | Michael Joseph Duffy | Father (deceased) | $8,500,000 |
| Duffy, John M. | United States | Michael Joseph Duffy | Brother | $4,250,000 |
| Duffy-Kemper, Marykay | United States | Michael Joseph Duffy | Sister | $4,250,000 |
| Galvin, John M. | United States | Thomas E. Galvin | Father | $8,500,000 |
| Galvin, John M. Jr. | United States | Thomas E. Galvin | Brother | $4,250,000 |
| Galvin, Diverra | United States | Thomas E. Galvin | Mother | $8,500,000 |
| Callahan, Kathy Galvin | United States | Thomas E. Galvin | Sister | $4,250,000 |
| Galvin, Lynn | United States | Thomas E. Galvin | Sister | $4,250,000 |
| Getzendanner, Thomas Forbes | United States | Susan Getzendanner | Brother | $4,250,000 |
| Getzendanner, Thomas Forbes, as the Personal Representative of the Estate of Elizabeth A. Getzendanner | United States | Susan Getzendanner | Mother (deceased) | $8,500,000 |
| Getzendanner, Thomas Forbes, as the Personal Representative of the Estate of Joseph W. Getzendanner | United States | Susan Getzendanner | Father (deceased) | $8,500,000 |
| Kriso, Lydia | United States | Susan Getzendanner | Sister | $4,250,000 |

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Lingen, Martha | United States | Susan Getzendanner | Sister | $4,250,000 |
| Guman, Deodat | United States | Babita Girjamatie Guman | Husband | $12,500,000 |
| Guman, Christina | United States | Babita Girjamatie Guman | Daughter | $8,500,000 |
| Guman, Deodat, as the Personal Representative of the Estate of Malissa Guman | United States | Babita Girjamatie Guman | Daughter (deceased) | $8,500,000 |
| Hall, Donna M. | United States | Richard Bradway Hall | Wife | $12,500,000 |
| Kauth, Patrick M. | United States | Don Jerome Kauth | Son | $8,500,000 |
| Kauth, Matthew J. | United States | Don Jerome Kauth | Son | $8,500,000 |
| Kauth, Cecelia | United States | Don Jerome Kauth | Daughter | $8,500,000 |
| Kauth, Brian Gerard | United States | Don Jerome Kauth | Brother | $4,250,000 |
| Ferris, Ann | United States | Don Jerome Kauth | Sister | $4,250,000 |
| Brady, Denise | United States | Don Jerome Kauth | Sister | $4,250,000 |
| Graham, Vanessa | United States | Don Jerome Kauth | Sister | $4,250,000 |
| Graham, Vanessa, as the Personal Representative of the Estate of Winifred Kauth | United States | Don Jerome Kauth | Mother (deceased) | $8,500,000 |
| Grossi, Mary K. | United States | Don Jerome Kauth | Sister | $4,250,000 |
| King, Judith | United States | Andrew Marshall King | Wife | $12,500,000 |
| King, Casey | United States | Andrew Marshall King | Daughter | $8,500,000 |

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| King, Andrew | United States | Andrew Marshall King | Son | $8,500,000 |
| King, Carlyle | United States | Andrew Marshall King | Daughter | $8,500,000 |
| Issel, Paula, as the Personal Representative of the Estate of Joan King | United States | Andrew Marshall King | Mother (deceased) | $8,500,000 |
| Prusank, Page King | United States | Andrew Marshall King | Sister | $4,250,000 |
| King, Charles Spencer | United States | Andrew Marshall King | Brother | $4,250,000 |
| Lee, Eileen R. | United States | Gary H. Lee | Wife | $12,500,000 |
| Lee, Gary A. | United States | Gary H. Lee | Son | $8,500,000 |
| Lanham-Lowe, Vivian | United States | Michael W. Lowe | Wife | $12,500,000 |
| Lawrence, MyAsia Micki | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Charnice | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Charisma | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Tameka | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Lowe, Khalik | United States | Michael W. Lowe | Son | $8,500,000 |
| Lowe, David | United States | Michael W. Lowe | Brother | $4,250,000 |
| Lowe, Phillip Samuel | United States | Michael W. Lowe | Brother | $4,250,000 |
| Kaltenborn, Kerina | United States | Michael W. Lowe | Daughter | $8,500,000 |
| Marti, Rosalie A. | United States | Michael A. Marti | Mother | $8,500,000 |

**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Claimant's Citizenship on September 11, 2001 | 9/11 Decedent's Full Name | Claimant's Relationship to 9/11 Decedent | Amount of Solatium Damages |
|---|---|---|---|---|
| Marti, Rosalie A., as the Personal Representative of the Estate of Roger R. Marti | United States | Michael A. Marti | Father (deceased) | $8,500,000 |
| Notaro, Carlo | United States | Daniela R. Notaro | Father | $8,500,000 |
| Notaro, Rosa | United States | Daniela R. Notaro | Mother | $8,500,000 |
| Reneo, Rosaria | United States | Daniela R. Notaro | Sister | $4,250,000 |
| **TOTAL SOLATIUM DAMAGES** | | | | $482,500,000 |

5

**Exhibit B**

| Personal Representative(s) and Estate | Decedent's Citizenship on September 11, 2001 | Damages for Pain & Suffering |
|---|---|---|
| Helen L. Colhoun as Personal Representative of the Estate of Liam Joseph Colhoun | United States | $2,000,000 |
| M. Rita da Costa as Personal Representative of the Estate of Carlos da Costa | United States | $2,000,000 |
| Joseph Dimartino as Personal Representative of the Estate of Debra Ann Dimartino | United States | $2,000,000 |
| Peter A. Dionisio and Lucille Dionisio as Personal Representatives of the Estate of Anthony Dionisio, Jr. | United States | $2,000,000 |
| John M. Galvin as Personal Representative of the Estate of Thomas E. Galvin | United States | $2,000,000 |
| Thomas Forbes Getzendanner as Personal Representative of the Estate of Susan Getzendanner | United States | $2,000,000 |
| Deodat Guman as Personal Representative of the Estate of Babita Girjamatie Guman | United States | $2,000,000 |
| Donna M. Hall as Personal Representative of the Estate of Richard Bradway Hall | United States | $2,000,000 |
| Matthew J. Kauth and Ann Ferris as Personal Representatives of the Estate of Don Jerome Kauth | United States | $2,000,000 |
| Judith King as Personal Representative of the Estate of Andrew Marshall King | United States | $2,000,000 |
| Eileen R. Lee as Personal Representative of the Estate of Gary H. Lee | United States | $2,000,000 |
| Vivian Lanham-Lowe as Personal Representative of the Estate of Michael W. Lowe | United States | $2,000,000 |
| Rosalie A. Marti as Personal Representative of the Estate of Michael A. Marti | United States | $2,000,000 |
| Carlo Notaro as Personal Representative of the Estate of Daniela R. Notaro | United States | $2,000,000 |
| Barbara M. Duffy as Personal Representative of the Estate of Michael Joseph Duffy | United States | $2,000,000 |
| **Total Pain & Suffering Damages** | | **$30,000,000** |