UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burnett et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 15cv9903 (GBD)(SN)
03md1570(GBD)(GBD)

I hereby certify under the penalties of perjury that on the 5th day of January 2022, I served:

Minister of Foreign Affairs

c/o H.E. Dr. Mohammad Javad Zarif

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 & CFR §93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6039, Order Granting Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and 6040, dated May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602-1611, of Title 28, United States Code (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (along with Farsi translations of the above documents)

By FEDEX Standard Overnight 7755 9218 1719

Dated: New York, New York
January 5, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK