USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-1570 (GBD) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Anaya et al. v. Islamic Republic of Iran</u>, No. 18-cv-12341 (GBD)(SN)

The Court has received the <u>Anaya</u> Plaintiffs' motion to amend at ECF No. 7513. It appears, however, that the document filed as the supporting memorandum of law at ECF No. 7515 may have been filed in error. Accordingly, the <u>Anaya</u> Plaintiffs are ordered to either file a supporting memorandum of law or a letter stating that there is no error in the document at ECF No. 7515 by January 6, 2022.

**SO ORDERED.**

DATED:    New York, New York
              January 5, 2022

_____
SARAH NETBURN
United States Magistrate Judge