UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD) (SN)

**ORDER**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022

**SARAH NETBURN, United States Magistrate Judge:**

    In the past month, this MDL docket has grown to over 7500 entries. Accordingly, to facilitate the efficient processing of motions, all proposed orders going forward must state which motion that proposed order addresses. This should be done by including the following text as the last line of the proposed order: "*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. ####.*"

    Parties are not required to update any proposed ordered already filed.

**SO ORDERED.**

DATED:    New York, New York
               January 5, 2022

_____
SARAH NETBURN
United States Magistrate Judge