UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  1:21 cv 3505 (GBD)(SN)
            1:03 md 1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 6th day of January 2022, I served:

Islamic Republic of Iran
c/o Mohammad Javad Zarif
Ministry of Foreign Affairs of Iran
Imam Khomeini Street, Imam Khomeini Sq.
Tehran, Iran

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the  Notice of Lawsuit, Request to Waive Service of a Summons, Civil Cover Sheet, Summons, Complaint deemed filed April 22, 2021, Related Case Statement, Entry of Appearance & Affidavit of Translator (along with Farsi translations of each document).

by USPS REGISTERED RH003207888US

Dated:  New York, New York
        January 6, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK