UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Betso, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:  1:21 cv 1394 (GBD)(SN)
1:03 md 1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the  6th day of January 2022, I served:

Islamic Republic of Iran,
c/o H.E. Mohammad Javad Zarif,
Ministry of Foreign Affairs of Iran,
Imam Khomeini Street, Imam Khomeini Sq,
Tehran Iran

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the  Notice of Lawsuit, Civil Cover Sheet, Summons, Complaint deemed filed on February 17, 2021, Related Case Statement, Entry of Appearance & Affidavit of Translator (along with Persian-Farsi translations of each document).

by USPS REGISTERED RE295920276US

Dated:  New York, New York
        January 6, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK