# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 917-583-8966 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: Sdavies@fbrllp.com

---

January 6, 2022

**Via ECF**

Honorable Sarah Netburn
United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

    **Re:**  ***In re Terrorist Attacks on September 11, 2001***, 03-MD-1570 (GBD)(SN)
           ***Anaya, et al. v. Islamic Republic of Iran***, 18-cv-12341 (GBD)(SN)

Dear Judge Netburn:

My firm is counsel for Plaintiffs in the above-captioned *Anaya* action and related September 11th MDL.  I write in response to Your Honor's January 5, 2022 order (MDL ECF No. 7558) concerning *Anaya* Plaintiffs' motion to correct the judgment entered on October 5, 2021 (ECF No. 7178) which was filed on December 30, 2021 as ECF No. 7513.

The document filed in support of that motion as ECF No. 7515 was incorrectly filed.  In an unsuccessful attempt to correct this and other errors in the motion, on the advice of the ECF Help Desk, I re-filed the motion on January 5, 2022 as ECF No. 7541.  As a result, the docket entry for ECF No. 7513 now reflects that this docket entry was a "filing error" and references ECF No. 7541.  Unfortunately, I repeated the same filing error in filing ECF No. 7541 on January 5, 2022.

Accordingly, today I re-filed *Anaya* Plaintiffs' motion to correct the October 5, 2021 judgment as ECF No. 7561.  The docket entry for ECF No. 7541 now reflects a "filing error" and references ECF No. 7561.  I apologize to the Court for inadvertently having created this confusion and inconvenience.

                                                Respectfully submitted,

                                                /s/ Susan M. Davies