# EXHIBITS A

**Ex. A-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Julie | M. | Geis | Mary | | Buss | | Sibling | $4,250,000.00 |
| 2. | Julie | M. | Geis | Betty | | Geis | | Parent (Deceased) | $8,500,000.00 |

**TOTAL** **$12,750,000.00**

**Ex. A-2**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Alva | Cynthia | Jeffries Sanchez | Alfred | | Jeffries | Jr. | Sibling | $4,250,000.00 |
| 2. | Kevin | | Frawley | Theresa | M. | Conklin | | Parent (Deceased) | $8,500,000.00 |

**TOTAL** **$12,750,000.00**

**Ex. A-3**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Catherine | K. | Fagan | Jeffrey | | Fagan | | Child | $8,500,000.00 |
| 2. | Catherine | K. | Fagan | James | | Fagan | | Child | $8,500,000.00 |

**TOTAL** **$17,000,000.00**

**Ex. A-4**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | William | A. | Mathesen | Kathleen | | Mathesen | | Spouse | $12,500,000.00 |
| 2. | William | A. | Mathesen | Emily | | Mathesen | | Child | $8,500,000.00 |
| 3. | Nurul | | Miah | Rokshana | | Miah | | Sibling | $4,250,000.00 |
| 4. | Nurul | | Miah | Nur | M. | Miah | | Sibling | $4,250,000.00 |
| 5. | Peter | Allen | Nelson | Iris | | Nelson | | Spouse (Deceased) | $12,500,000.00 |
| 6. | Peter | Allen | Nelson | Jamie | Lee | Nelson | | Child | $8,500,000.00 |
| 7. | Peter | Allen | Nelson | Lyndsi | Ann | Nelson | | Child | $8,500,000.00 |

**TOTAL** **$59,000,000.00**

**Ex. A-5**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Edward | Veld | Rowenhorst | Daniel | | Rowenhorst | | Sibling | $4,250,000.00 |
| 2. | Edward | Veld | Rowenhorst | Robin | Marie | Davis | | Sibling | $4,250,000.00 |
| 3. | Michael | | Russo | Theresa | | Russo-Kempf | | Spouse | $12,500,000.00 |
| 4. | Michael | | Russo | Michael | Thomas | Russo | Jr. | Child | $8,500,000.00 |

**TOTAL** **$29,500,000.00**

**Ex. A-6**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Calvin | | Dawson | Charles | | Dawson | | Sibling | $4,250,000.00 |
| 2. | Carl | Martin | Flickinger | Louise | | Flickinger | | Parent (Deceased) | $8,500,000.00 |

**TOTAL** **$12,750,000.00**

**Ex. A-7**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | William | Edward | Micciulli | Colleen | | Micciulli-Foley | | Spouse | $12,500,000.00 |
| 2. | William | Edward | Micciulli | Emily | | Micciulli | | Child | $8,500,000.00 |
| 3. | William | Edward | Micciulli | Sara | | Micciulli | | Child | $8,500,000.00 |

**TOTAL** **$29,500,000.00**

**Ex. A-8**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Khamladai | Khami | Singh | Roshan | Ramesh | Singh | | Sibling (Deceased) | $4,250,000.00 |
| 2. | Roshan | Ramesh | Singh | Khamladai | Khami | Singh | | Sibling (Deceased) | $4,250,000.00 |

**TOTAL** **$8,500,000.00**

**Ex. A-9**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Catherine | K. | Fagan | Dorothy | | Swick | | Sibling | $4,250,000.00 |

**TOTAL** **$4,250,000.00**