# EXHIBITS C

**Ex. C-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Julie | M. | Geis | Mary |  | Buss |  | Sibling | $4,250,000.00 | 1/4/2022 | 7538 |
| 2. | Julie | M. | Geis | Betty |  | Geis |  | Parent (Deceased) | $8,500,000.00 | 1/4/2022 | 7538 |
| | **TOTAL** | | | | | | | | **$12,750,000.00** | | |

docs-100430340.1

**Ex. C-2**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Alva | Cynthia | Jeffries Sanchez | Alfred |  | Jeffries | Jr. | Sibling | $4,250,000.00 | 12/20/2021 | 7485 |

| TOTAL | | | | | | | | | $4,250,000.00 | | |

**Ex. C-3**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Catherine | K. | Fagan | James | | Fagan | | Child | $8,500,000.00 | 1/4/2022 | 7534 |
| 2. | Catherine | K. | Fagan | Jeffrey | | Fagan | | Child | $8,500,000.00 | 1/4/2022 | 7534 |

**TOTAL**     **$17,000,000.00**

docs-100430363.1

**Ex. C-4**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | William | A. | Mathesen | Emily | | Mathesen | | Child | $8,500,000.00 | 1/4/2022 | 7537 |
| 2. | William | A. | Mathesen | Kathleen | | Mathesen | | Spouse | $12,500,000.00 | 1/4/2022 | 7537 |
| 3. | Nurul | | Miah | Nur | M. | Miah | | Sibling | $4,250,000.00 | 1/4/2022 | 7537 |
| 4. | Nurul | | Miah | Rokshana | | Miah | | Sibling | $4,250,000.00 | 1/4/2022 | 7537 |
| 5. | Peter | Allen | Nelson | Iris | | Nelson | | Spouse (Deceased) | $12,500,000.00 | 1/4/2022 | 7537 |
| 6. | Peter | Allen | Nelson | Jamie | Lee | Nelson | | Child | $8,500,000.00 | 1/4/2022 | 7537 |
| 7. | Peter | Allen | Nelson | Lyndsi | Ann | Nelson | | Child | $8,500,000.00 | 1/4/2022 | 7537 |
| | **TOTAL** | | | | | | | | **$59,000,000.00** | | |

docs-100430374.1

**Ex. C-5**
Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Edward | Veld | Rowenhorst | Robin | Marie | Davis |  | Sibling | $4,250,000.00 | 12/15/2021 | 7469 |
| 2. | Edward | Veld | Rowenhorst | Daniel |  | Rowenhorst |  | Sibling | $4,250,000.00 | 12/15/2021 | 7469 |
| 3. | Michael |  | Russo | Michael | Thomas | Russo | Jr. | Child | $8,500,000.00 | 1/4/2022 | 7524 |
| 4. | Michael |  | Russo | Theresa |  | Russo-Kempf |  | Spouse | $12,500,000.00 | 1/4/2022 | 7524 |

**TOTAL** $29,500,000.00