# EXHIBITS B

**Ex. B-1**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Lawrence | Don | Kim |  | $2,876,924.00 | $2,000,000.00 | $4,876,924.00 |
| **TOTALS** |  |  |  |  | $2,876,924.00 | $2,000,000.00 | **$4,876,924.00** |

docs-100430189.1

**Ex. B-2**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN))

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | William             | A.                   | Mathesen           |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2. | Peter               | A.                   | Nelson             |             |                        | $2,000,000.00              | $2,000,000.00       |

**TOTALS**   $4,000,000.00   **$4,000,000.00**

docs-100430191.1

**Ex. B-3**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Michael | | Russo | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $2,000,000.00 | **$2,000,000.00** |

**Ex. B-4**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Janice | Juloise | Brown |  |  | $2,000,000.00 | $2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | | $2,000,000.00 | **$2,000,000.00** |

docs-100430193.1

**Ex. B-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | William | Edward | Micciulli | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $2,000,000.00 | **$2,000,000.00** |

**Ex. B-6**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Khamladai | Khami | Singh |  |  | $2,000,000.00 | $2,000,000.00 |
| 2. | Roshan | Ramesh | Singh |  |  | $2,000,000.00 | $2,000,000.00 |

**TOTALS**               $4,000,000.00   **$4,000,000.00**

docs-100430428.1

**Ex. B-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Eileen | | Flecha | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $2,000,000.00 | **$2,000,000.00** |