UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Accardi et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 21cv6247 (GBD)(SN)
03md1570

I hereby certify under the penalties of perjury that on the 7th day of January 2022, I served:

Islamic Republic of Iran
c/o Mohammad Javad Zarif
Ministry of Foreign Affairs of Iran
Imam Khomeini Street, Imam Khomeini Sq.
Tehran, Iran

☒   the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Notice of Suit prepared in accordance with 22 CFR §93.2 with a copy of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed July 22, 2021, Related Case Statement, Entry of Appearance & Affidavit of Translator (along with translations of the above documents in Farsi).

By Certified Mail 70191120000052433419

Dated:  New York, New York
        January 7, 2022

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    /s/JaVonn Ross

                                    DEPUTY CLERK