RE: 03md1570

Vermail V Noel
6 Connell Circle
Newark De. 19711

January 6, 2022

Honorable Judge Daniel
500 Pearl Street
New York, NY. 10007

To the Honorable Judge Daniel,

   I'm writing this letter requesting to be added to the law suit concerning, In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 case number 03md1570.  Honorable Judge Daniel, I have reached out to over twenty different law firm just to hear them saying they're not taking any more clients, this been going on since March of 2020 after hearing about this law suit.  I feel its unfair that others as myself aren't able to get a lawyer to take us in as clients.

   Honorable Judge Daniel, Unbearable, I lost my husband Andy R Noel, by means of Cholangiocarcinoma also known as Bile Duct Cancer on October 17 2011. When American airlines Flight 11 hit the north towers, and the United Airlines flight 175 hit the south towers it changed my husband and our family lives entirely.  My husband left home at about 6:30/7:00am in the morning September 11, 2001 heading to work at 50 Murray Street, New York, NY 10007, fast-forwarding once he got home about 7pm that wasn't the same husband the left in the morning, our lives never was the same his mental and emotional being has changed. However, he continued working at the site until November 22nd 2001. Continually, inhaling the toxicants that took his life.

   After my husband experienced September 11 2001 terrifying event watching folks fall out of the windows, choking from all the smoke chemicals that saturated the entire area with black smoke and other toxic fumes, and gasping for air, not knowing if you going to walk away alive had to be the worst experience my husband ever encountered. Well, as result it took my husband to another level it mentally as well as emotionally whereas, he was diagnosed with schizophrenia. His entire life made a 360-degree change. He was coded as unemployable. He became ill for

several years as we learnt it was a rare cancer that study shows is related to jet fuel inhaling and other toxic fumes.

When my husband inhaled the jet fuel and all the other chemicals and the debris on September 11 2001, that was the first day of conception and the processing production of his death to come. He may have not died on that day, but the reality is he inhaled all types of poisonous, deadly, terminal, incurable, irredeemable chemicals that has cause him to die as result to September 11 2001, these heartless terrorists killed my husband!

My husband suffered from day one mentally/emotionally and was diagnosed with schizophrenia this resulted from watching the Towers collapse, hearing the planes crashing into the buildings, feeling the ground tremble while experiencing a horrifying traumatic Act of terrorist while trying to find a way to escape from the area, had to be the worst thing he has ever dealt with, what a helpless position.  The stress was so overwhelming, the sleepless nights, having nightmares, it got so bad he started self-medicating.  My husband had to be hospitalized in 2003 it became so unbearable with the nightmares thinking that someone was coming to get us it just went on until he had to be hospitalized for several months. Meanwhile, he started complaining about headaches, pain in his stomach, and how his urine was changing colors, wasn't able to eat, loss over 150lbs from being 240lbs he was 5feet 11, he was always feeling rundown and fatigued, his skin became yellowish off and on for several years and eyes as well, he eventually, turned into jaundice. His symptoms occurred way before he was diagnosed with cancer, so for the record my husband suffered until his death. He was put on heavy medications all due of this horrifying act that took place at the World Trade Center. Fast-forwarding, dealing with his mental conditions now to find out all his symptoms were coming from a rare cancer Cholangiocarcinoma also known as Bile Duct Cancer. One of its risk factors comes from being exposure to hazardous chemicals: exposure to certain chemicals have been linked to an increased risk of bile duct cancer. These include dioxins, nitrosamines, polychlorinated biphenyls (PCBs), asbestos, radon and thorotrast (thorium.

Cited-dioxidehttps://www.cancercenter.com/cancer-types/bile-duct-cancer/risk-factors

 This cancer type was unresectable bile duct cancer that cannot be removed with surgery. When we found out he had cancer June 2011 and he passed October 17, 2011 he only lived less than four months. However, he was receiving palliative care that was supposed to help with preventing and treating symptoms or problems caused by the bile duct cancer. He received to stents in placed, he was taking medicines to prevent nausea, pain control, and maintaining the flow of bile where a tumor may block it. Palliative care was to focused on helping him to feel better, it's not used to treat the cancer and it didn't help him my husband at all he suffered to the end. This hurts so bad knowing my husband life was shortness at the age of 53, through the act of a terrorist attack. The fact is he is gone and never coming back, all because the Airlines Security didn't perform a thorough search as result thousands lost their lives.

 Honorable Judge Daniel, I hope you can be considered into this case 03md1570, I believe I have good causes. I would like to thank you in advance for reviewing my request.  If any information is needed, I can be reached at 302-547-4332 Vermail V Noel the widow of the last Andy R Noel.

Sincerely,

*Vermail V Noel*