KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

January 10, 2022

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

     Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

     I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning a sealed filing made by Saudi Arabia today. Today's filing is an opposition to the *Ashton* Plaintiffs' December 17, 2021 motion to compel Saudi Arabia to produce documents concerning Adel Al Sadhan, Mutaeb Al Sudairy, and Omar Abdi Mohamed. ECF No. 7481.

     Saudi Arabia's opposition discusses material that the FBI has designated as confidential under the FBI Protective Order, ECF No. 4255, and material that Saudi Arabia has designated as confidential under the MDL Protective Order, ECF No. 1900, including references to previous orders of this Court that were redacted before public filing. Moreover, the exhibits to the opposition include excerpts from the deposition transcripts of Omar Al Bayoumi, Mohdar Abdullah, Mohamed Johar, Akram Alzamari, and Smail Mana, among others; as well as the November 2, 2019 Declaration of Smail Mana. Portions of those exhibits contain material that the FBI has designated as confidential under the FBI Protective Order. Saudi Arabia requests that its opposition and all exhibits be maintained under seal in their entirety until the FBI has had an opportunity to review those materials.

     Saudi Arabia is making today's filing under seal using the Court's sealed ECF procedures. Copies of Saudi Arabia's motion and exhibits are being sent today by email to Your Honor's chambers and to counsel for Plaintiffs, Dallah Avco, and the FBI. No courtesy copies of this letter or of today's sealed filing are being sent to the chambers of Judge Daniels, as instructed by the temporary revisions to his Individual Practices in light of the ongoing public health crisis.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Sarah Netburn
January 10, 2022
Page 2

                                              Respectfully submitted,

                                              /s/ *Michael K. Kellogg*

                                              Michael K. Kellogg
                                              *Counsel for the Kingdom of Saudi Arabia*

cc:      All MDL Counsel of Record (via ECF)