```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MD-1570 (GBD) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received Vermail V. Noel's letter, dated January 6, 2022, stating that she has been unable to find a lawyer to assist her and requests to be added to this multidistrict litigation (MDL). That request must be denied. "[C]ases consolidated for MDL pretrial proceedings ordinarily retain their separate identities." Gelboim v. Bank of Am. Corp., 574 U.S. 405, 406 (2015). Thus, it is not possible to "join" In Re Terrorist Attacks on September 11, 2001, 03-md-1570, as a plaintiff. Rather, a plaintiff must start a case, which is then consolidated into this MDL, or an existing plaintiff may permit a new plaintiff to be added to an existing case. Therefore, even under the liberal construction this Court must afford *pro se* filings like this one, Estelle v. Gamble, 429 U.S. 97, 106 (1976), it is not possible to grant Ms. Noel the relief she seeks. If Ms. Noel wishes to file a lawsuit related to the September 11 terrorist attacks without the assistance of counsel (*i.e., pro se*) then the Court directs her to the resources this District provides for *pro se* litigants at https://www.nysd.uscourts.gov/prose.

    The Court respectfully directs the Clerk of the Court to mail a copy of this Order to Ms. Noel at 6 Connell Circle, Newark, DE 19711.

**SO ORDERED.**

DATED:    New York, New York
                 January 12, 2022

_____
SARAH NETBURN
United States Magistrate Judge