# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                  January 13, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Jessica DeRubbio, et al. v. Islamic Republic of Iran,* No. 1:18-cv-05306 (GBD) (SN); *Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD) (SN); *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran,* No. 1:18-cv-12276 (GBD) (SN); *Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran,* No. 1:18-cv-11837 (GBD) (SN); *Roberta Agyeman, et al. v. Islamic Republic of Iran,* No. 1:18-cv-05320 (GBD) (SN); *Hemenway, et al. v. Islamic Republic of Iran,* No. 1:18-cv-12277 (GBD) (SN); *Baknhityar Kamardinova, et al. v. Islamic Republic of Iran,* No. 1:18-cv-05339 (GBD) (SN); *Matthew Rowenhorst, et al. v. Islamic Republic of Iran,* No. 1:18-cv-12387 (GBD) (SN); *August Bernaerts, et al. v. Islamic Republic of Iran,* No. 1:19-cv-11865 (GBD) (SN); *Ber Barry Aron, et al. v. Islamic Republic of Iran,* No. 1:20-cv-09376 (GBD) (SN); *Paul Asaro, et al. v. Islamic Republic of Iran,* No. 1:20-cv-10460 (GBD) (SN); *Michael Bianco, et al. v. Islamic Republic of Iran,* No. 1:20-cv-10902 (GBD) (SN)

Dear Judge Netburn:

    I write regarding the Amended Declaration of Jerry S. Goldman, Esq., e-filed on December 28, 2021, ECF No. 7508. My office inadvertently selected several e-filers when it filed that Declaration that are not clients of our firm. To avoid any confusion, and in accordance with advice received from the Clerk's Office, my office will re-file that Amended Declaration shortly and select only e-filers who are clients of Anderson Kill.

    I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100459062.1

**Anderson Kill P.C.**

The Honorable Sarah Netburn
January 13, 2022
Page 2

 

_____
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc: The Honorable George B. Daniels (via ECF)
     All MDL Counsel of Record (via ECF)

docs-100459062.1