USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2022

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013) <br> Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Robert T. Haefele, *Co-Liaison Counsel* <br> MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

January 12, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Plaintiffs with claims against defendant Dubai Islamic Bank ("Plaintiffs"), and Dubai Islamic Bank ("DIB"), jointly write to respectfully request that the Court adjourn the deadline for Plaintiffs' response to DIB's personal jurisdiction motion (ECF Nos. 7419), which currently is due on January 18, 2022.

Plaintiffs and DIB are in the process of discussing a stipulation, order, and/or agreement that they expect will obviate the need for the Court to decide the issues raised by DIB's motion. The parties, however, need additional time to conclude those discussions.

For the foregoing reasons, Plaintiffs and DIB respectfully request that the Court adjourn the deadline for Plaintiffs to respond to DIB's motion from January 18, 2022 to February 28, 2022.  In light of the progress made to date, the parties believe that it is in the interests of justice and judicial economy to permit the discussions to conclude.  In the event that the parties' discussions do not obviate the need for a response to DIB's motion, the parties will report back to the Court as soon as the discussions conclude.

Honorable Sarah Netburn
January 12, 2022
Page 2

_____

        Plaintiffs and DIB thank Your Honor in advance for the Court's attention to this matter.

        Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ Sean P. Carter | By: /s/ Robert T. Haefele |
| SEAN P. CARTER | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, Pennsylvania 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter@cozen.com | For the Plaintiffs' Exec. Committees |
| For the Plaintiffs' Exec. Committees | |

cc:    All MDL Counsel of Record (via ECF)

---

The Parties' request is GRANTED. The Plaintiffs' Executive Committees shall file their response to Dubai Islamic Bank's motion at ECF No. 7419 by February 28, 2022.

**SO ORDERED.**

Dated: January 13, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge