# EXHIBITS A

**Ex. A-1**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | DaJuan |  | Hodges | Jamielah |  | Persol |  | Spouse | $12,500,000.00 |

**TOTAL** $12,500,000.00

docs-100430147.1

**Ex. A-2**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Steven | Joseph | Bates | Joan | Ruth | Puwalski | | Spouse | $12,500,000.00 |
| 2. | Timothy | Aaron | Haviland | Jesse | | Kemp | | Child | $8,500,000.00 |

**TOTAL** $21,000,000.00

docs-100430149.1

**Ex. A-3**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Stephen | Philip | Morris | Laura | Mazzarella | Nogaj |  | Spouse | $12,500,000.00 |

| | |
|---|---|
| **TOTAL** | **$12,500,000.00** |

docs-100430151.1

**Ex. A-4**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Timothy | | Haviland | Nicholas | | Kemp | | Child | $8,500,000.00 |
| 2. | Moises | Norberto | Rivas | Cristal | | Barragan | | Child | $8,500,000.00 |
| 3. | Moises | Norberto | Rivas | Katherin | Michell | Pleitez | | Child | $8,500,000.00 |
| 4. | John | Michael | Sbarbaro | Judith | Christine | Monteserrato | | Spouse | $12,500,000.00 |
| 5. | Derek | Olgilvie | Sword | Maureen | Eileen | Sullivan | | Spouse | $12,500,000.00 |
| 6. | Donnie | Brooks | Taylor | Janice | Paulette | Dukes | | Spouse | $12,500,000.00 |

**TOTAL** $63,000,000.00

docs-100430152.1

**Ex. A-5**
Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Peter | Christopher | Frank | Karen | Marie | Carlucci |  | Spouse | $12,500,000.00 |
| 2. | Paul | William | Innella | Lucy |  | Aita |  | Spouse | $12,500,000.00 |

**TOTAL** $25,000,000.00

docs-100430153.1

**Ex. A-6**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|---------------------|----------------------|--------------------|----------------------|----------------------|---------------------|------------------|-------------------------------|-------------------------|
| 1. | Paul | Gerard | Ruback | Denyse | Lee | Betcher |  | Child | $8,500,000.00 |
| 2. | Paul | Gerard | Ruback | Danny | J. | Marino |  | Child | $8,500,000.00 |

**TOTAL** $17,000,000.00

docs-100430154.1

**Ex. A-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Louis | Frank | Aversano | Natalie | | Pollack | | Child | $8,500,000.00 |

**TOTAL** $8,500,000.00

docs-100430156.1