# EXHIBIT B

**Ex. B**
Intentionally Omitted