# EXHIBITS C

**Ex. C-1**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | DaJuan | | Hodges | Jamielah | | Persol | | Spouse | $12,500,000.00 | 12/15/2021 | 7468 |

| | | |
|---|---|---|
| **TOTAL** | | **$12,500,000.00** |

docs-100430389.1

**Ex. C-2**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Moises | Norberto | Rivas | Cristal |  | Barragan |  | Child | $8,500,000.00 | 10/7/2021 | 7224 |
| 2. | Moises | Norberto | Rivas | Katherin | Michell | Pleitez |  | Child | $8,500,000.00 | 10/7/2021 | 7224 |

**TOTAL** — **$17,000,000.00**