# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:

*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)

## DECLARATION OF FAMILIAL RELATIONSHIP

I, Joan Ruth Puwalski, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1.        My name is Joan Ruth Puwalski, and I was the life partner of Steven J. Bates ("Steve") who died on September 11, 2001 ("9/11") when the World Trade Center collapsed. I submit this Declaration to demonstrate I was the functional equivalent of Steve's spouse.

2.        Steve and I started dating in Spring 1992. In November 1994, we got our first dog, Samantha, and moved in together in Steve's home in Glendale, New York, where we lived together until Steve's tragic death on 9/11.

3.        While Steve and I were not formally engaged and did not have a marriage ceremony, we fully intended to be together forever. Steve and I were the love of each other's lives and had a relationship akin to a married couple. *See* photos attached as Exhibit 1. I cooked, cleaned, and did his laundry, and we spent quality time together and were always there for each other. We went to fire department functions and weddings as a couple. We later rescued a second dog, Norton, who we found roaming the streets, and raised both of our dogs (our "babies;" Steve called me the "momma") in a loving home. Together we ran in races, went on vacation to Hilton Head and Key West, and spent summers in East Hampton. In addition to experiencing new

things, Steve and I also had our rituals of things we enjoyed together. For example, Steve and I often went to Belmont Steaks for celebratory meals where we enjoyed nights of fun and good food.

4.      As life partners, Steve and I both contributed financially to our life together. We shared the everyday expenses for our dogs and took turns paying for vacations. Steve paid the bills associated with the carrying costs of the homes (he inherited two houses and bought another before our relationship started) (e.g., mortgage, property taxes, etc.), and I paid for household expenses including food, toiletries, cleaning products, furniture, and household appliances. I also purchased a family gym membership for us.

5.      There is no doubt Steve and I were family. Steve was an only child and had lost his mother, aunt, and grandfather before we met, and was estranged from his father who passed away after we met. Steve longed for a family because he never had one and my family considered Steve my spouse and welcomed him into the family with open arms. We celebrated Christmas and Thanksgiving with my family and Steve loved having family dinners. My family recently had a remembrance party for Steve for the twentieth 9/11 anniversary, where we made all the food and drinks he liked, and sat around and told stories about him.

6.      I received Steve's pension and lifetime medical benefits from the New York City Fire Department and funds from the American Red Cross, Safe Horizon, Twin Towers Fund, Knights of Columbus, September 11th Fund, Robin Hood Fund, World Trade Center Relief Fund, USA Widows & Children Fund, International Association of Firefighters Fund, New York Police and Fire Widows' & Children's Fund, and the Crime Victims Board. *See* Exhibit 2. Steve wrote his will in 1993, which is why I was not included. After 9/11, my father told me Steve told him

2

he would update his will once we moved in together, but he never updated his will after we moved in together and before his tragic death on 9/11.

7.    Unfortunately, the tragedy of 9/11 cut our life together short. Upon hearing news of the terrorist attack at the World Trade Center, I prayed Steve would be found alive. I did not want to believe the love of my life left this world so suddenly and unexpectedly, but I eventually had to accept the terrible truth that Steve was really gone.

8.    When I woke up on 9/11, I never imagined I would never see Steve again. After losing Steve, I was barely able to function. I went to individual and group therapy to deal with my loss. I was not myself for several years and I still feel as if a part of me died on 9/11. Steve was stolen away from me and I feel his loss every day and share fond memories of him. *See* Exhibit 3 for a true and correct copy of my letter to President Biden.

9.    Steve and I shared our lives as committed life partners with the deepest love for one another. We considered each other to be family. Accordingly, I should be deemed the functional equivalent of Steve's spouse.

Executed on: 10/22/2021

Name (Signature): Joan Ruth Puwalski

Name (Print):    Joan Ruth Puwalski

3

# EXHIBIT 1





















# EXHIBIT 2



ANDREW S. ERISTOFF
COMMISSIONER

STATE OF NEW YORK
DEPARTMENT OF TAXATION AND FINANCE
W. A. HARRIMAN CAMPUS
ALBANY, N.Y. 12227

November 5, 2003

Joan Puwalski
████████████
Glendale, NY ██████

Dear Ms. Puwalski:

The New York State World Trade Center Relief Fund was established by Governor Pataki September 14, 2001 to provide much needed financial support to the families of the victims of the September 11 terrorist attacks. Due to the continued generosity of our fellow New Yorkers, as well as people from across the country and around the world, we have been able to expand the number of recipients eligible for awards to include domestic partners of at least six months and fiancées.

As someone who qualifies under these expanded guidelines, you are receiving an award of $17,000 from the fund to help you with your financial needs.

The World Trade Center Relief Fund is being administered by the New York State Department of Taxation and Finance. If you have any questions about your award, please contact us toll-free at 1-866-244-3839. Please accept my condolences for your loss.

Very truly yours,

Andrew S. Eristoff
Commissioner

printed on recycled paper

CARL A. ANDERSON
SUPREME KNIGHT

## KNIGHTS OF COLUMBUS
PROTECTING FAMILIES FOR GENERATIONS

July 19, 2002

Joan Puwalski

Queens, NY

Dear Ms. Puwalski,

The Knights of Columbus established "The Knights of Columbus Heroes Fund" in the days immediately following the September 11th terrorist attacks, to help the families of police, fire and emergency personnel who lost their lives on that day. Through our Knights of Columbus Insurance Agency force we were able to deliver to you personally a check to assist you and your family with immediate needs.

At this time we wish to renew our expression of sympathy and also to assure you of our continued best wishes and prayers that you have been able to find a measure of comfort despite your great loss.

Up until the date of July 15, 2002, on which day the Heroes Fund officially was closed, we had received additional contributions from our Knights of Columbus Councils, from individuals and from other entities. So that we might distribute these in as equitable a way as possible, we have divided the amount equally among the families who received the earlier checks. Therefore, I ask that you accept the enclosed check in the amount of $542.15.

This comes along with a renewal of our warmest wishes for you and your family, and also with our prayers.

Sincerely,

Carl A. Anderson
Supreme Knight

CAA/zcc



NEW YORK POLICE & FIRE
WIDOWS' & CHILDREN'S BENEFIT FUND

ANSWERTHECALL.ORG

**Officers**

DANIEL J. "RUSTY" STAUB
FOUNDER, CHAIRMAN EMERITUS

STEPHEN J. DANNHAUSER
CHAIRMAN

KEVIN PARKER
PRESIDENT

LARRY EHRLICH
VICE PRESIDENT, SPECIAL EVENTS

MARK MESSIER
VICE PRESIDENT, COMMUNITY AFFAIRS

JOHN W. NEARY
TREASURER

BRIAN WALDBAUM
SECRETARY

October 21, 2011

To Our Extended Family,

On behalf of the Board of Directors of the New York Police & Fire Widows' & Children's Benefit Fund, we are pleased to enclose a check in the amount of $4,000 to help you defray your living expenses during the coming year. <u>By cashing this check, you are certifying to us that you are a wife, a husband, legal domestic partner or a child (under the age 21) of a New York City police, firefighter, EMS or Port Authority police officer killed in the line of duty</u>.

As we have noted in prior years' correspondence, based upon our prior distributions and future fund raising and investment assumptions, it was expected that the 2011 check would be approximately $4,000. It is our anticipation that the 2012 check will be for a similar amount given unchanged assumptions. As always, we will strive to raise as much revenue as possible.

The Benefit Fund was established in 1985 to give financial support to the families of New York City police officers and firefighters who have been killed in the line of duty and, to date, we have distributed in excess of $123 million to the families. The Benefit Fund's success is a direct result of the spirit of cooperation and gratitude displayed by the founders, members of the Board of Directors of the Benefit Fund, the business community, and the citizens of New York City.

On behalf of all those who have participated in making the Benefit Fund a reality, we thank you for the sacrifices made by your families on behalf of all New Yorkers. Please accept this gift as a small sign of our appreciation.

Stephen J. Dannhauser
Chairman

Kevin E. Parker
President

P.S.   For your protection, all address changes must be **submitted in writing** to Linda Giammona at the below address. Please call Linda at 212-735-4505 if you have any questions.

- 2 -

CLAIM NO. 432047 WTC 2                    VICTIM: STEVEN BATES
                                         CLAIMANT: JOAN R. PUWALSKI

1.  Statutory Requirements:        YES
    FINANCIAL RESOURCES
2.  Financial Difficulty:          N/A

Reason for Decision:

Claimant is the mutually interdependent partner of a, forty-two year old male firefighter who was a victim of the attack on the World Trade Center on September 11, 2001 in Manhattan, New York.

After reviewing the file and the evidence submitted, I find that eligibility and jurisdiction have been established; and that the provisions of Article 22, Section 631, of the Executive Law have been complied with. The victim was an innocent victim of a crime.

Accordingly, an award is herein made and payable, pursuant to claimant's authorization dated October 9, 2001 as follows:

To:
JOAN PUWALSKI                                    $30,000.00

GLENDALE, NEW YORK ▮▮▮▮
SS#: ▮▮▮▮▮
(loss of support)

                          TOTAL AWARD        $30,000.00

Executive Law Section 626 (1) provides the Board may consider reimbursement for the cost of counseling for the eligible spouse, parents, step-parents, grandparents, guardians, siblings, step-siblings, children and step-children of a homicide victim. Therefore, pursuant to Executive Law Section 626 (1), claimant will be permitted to submit to the Board for consideration of payment evidence of any causally related unreimbursed counseling expense, if incurred as a direct result of the crime, after submission to any applicable health insurance coverage.

Dated:        APR 3 0 2002        Signed: _____
Dated at Buffalo, New York                 Jacqueline Mattina
                                           Board Member
JCM:sb

---

## NOTICE TO CLAIMANT OR ATTORNEY

If you are dissatisfied with the decision of the Board Member who decided your claim, you may, within thirty days after receipt of the decision, make an application in writing to the Chairperson of the Board for consideration of the decision by the Board. Your application should specify the grounds thereof, and should be sent to the Board at its principal office at Albany, New York.

**CRIME VICTIMS BOARD**
**845 Central Avenue**
**Albany, New York   12206-1588**

If an award has been granted, the decision must then be reviewed by the Office of the State Comptroller whose approval must be received prior to the award payment. You should receive payment within eight to ten weeks from the date of the decision.



December 2001

The Robin Hood Foundation and its supporters recognize that this holiday season must be especially painful for you and for all who lost loved ones on September 11th. Please accept our condolences. You and your family are in our thoughts and prayers every day.

In that spirit, we offer you the enclosed check as a no strings attached gift from thousands of people around the world who are concerned about your family. We know mere money can not possibly alleviate your loss, but we hope the knowledge that others care helps in this awful time.

If for whatever reason you feel you don't need the money, simply endorse the back of the check and pass it along to a family in need or a charitable organization serving people affected by the attacks of September 11th.

If you know a family who lost a loved one on September 11th that has not been reached by Robin Hood or if you have any questions, please call us at 212.227.6601.

We encourage you to call Safe Horizon at 1.866.689.HELP (1.866.689.4957) if you or those you know require any additional assistance or services. Safe Horizon is there 24 hours a day, seven days a week to help you.

From all of us at Robin Hood, best wishes for a peaceful and healthy holiday season.

Sincerely yours,

David Saltzman

David Saltzman

111 Broadway, 19th floor  New York City, New York 10006  telephone 212 227-6601  fax 212 227-6698  www.robinhood.org

Founder Paul Tudor Jones II  Chair Stanley Druckenmiller  Vice Chair Marie-Josée Kravis  Lee S. Ainslie III  Victoria B. Bjorklund  Peter F. Borish
Geoffrey Canada  Maurice Chessa  Richard L. Chilton, Jr.  Glenn R. Dubin  Marian Wright Edelman  Ted Forstmann  Peter D. Kiernan III  Kenneth G. Langone
Mary McCormick  Doug Morris  Lachlan Murdoch  Gwyneth Paltrow  Robert W. Pittman  David Puth  Diane Sawyer  John Sykes  Harvey Weinstein  Dirk Ziff
Executive Director  David Saltzman

2 Lafayette Street, 3rd Floor
New York, NY 10007
212 577 7700 Tel
212 385 0311 Fax
www.safehorizon.org



December 13, 2001

**Board of Directors**

Susan Solomon
*Chair*

Brooke McMurray
*Vice-Chair*

Eugene Pickens
*Vice-Chair & Treasurer*

Arthur Chang
*Secretary*

Wendy Banks

Jerome A. Chazen

Daisy Exposito

Linda A. Fairstein

Barry Green

Joseph S. Iseman, Esq

Stephanie Kugelman

Joann Lang

Cynthia Lufkin

Thomas J. Mitchell

Martin D. Newman, Esq.

John M. Perkins

Kenneth A. Powell

Peter J. Powers

Richard T. Roberts

Jack Rudin

Most Reverend
Joseph M. Sullivan

Ann Tripp

Gordon J. Campbell
*Chief Executive Officer*

Joan Puwalski

Ridgewood, NY

Dear Joan Puwalski:

On behalf of Safe Horizon and the September 11th Fund, created by the New York Community Trust and the United Way of New York City, I would like to offer my sincere condolences for your loss.

As you know, Safe Horizon has been administering September 11th Fund payments to families at Pier 94 and our borough offices. Many of you reached out to us and told us of the challenges of reapplying for additional funds every two weeks. In addition, the Internal Revenue Service has recently loosened its guidelines on payments from these privately raised funds. Therefore to be as responsive as possible, the September 11th Fund has worked with us to change our guidelines.

Under the September 11th Fund's interim emergency guidelines, families that have lost loved ones are eligible for awards up to $10,000. We have therefore decided to issue a lump sum payment to all primary beneficiaries that have applied to us. Enclosed is a check for the difference between $10,000 and the payment(s) you have already received.

In addition to financial assistance, Safe Horizon provides a range of emotional supports. The Safe Horizon September 11th Support Hotline, 1-866-689-HELP, provides 24-hour information and referrals to all services and assistance available, as well as crisis support. We also offer support groups to families citywide. The attached flyer has more details about this program.

If you have any questions or concerns, please call us at 1-866-689-HELP. Please know that the thoughts of Safe Horizon, the September 11th Fund, the New York Community Trust, the United Way, and the millions of people whose contributions made this possible are with you through this holiday season and beyond.

Sincerely,

Gordon J. Campbell



FIRE DEPARTMENT
9 METROTECH CENTER    BROOKLYN, N.Y. 11201-3857

September 25, 2003

## WORLD TRADE CENTER 9-11-2001

RE: Line of Duty Pension
for Fiancées / Domestic Partners

Active LT. Steven J. Bates

JOAN PUWALSKI

RE: ██████████

Dear Ms. Puwalski:

Please be advised that the Office of the Actuary has certified that the annual Line of Duty Pension payable to you amounts to **$ 39,727.91.**

This amount is **solely the City's Portion** of your Benefits and does not include the State Supplement

At the end of September-2003 you will receive your first finalized lump sum in the amount of **$ 81,632.71**, which represents monies due you for the period of September 11-2001 up to and including September 30-2003

Your monthly Benefit from the City, as of October 31-2003 and thereafter, will be in the amount of **$ 3,310.66 .**

Should you have any questions, please contact the Pension payroll Unit at: **( 718 )** 999-2327 / 2328. Thank you.

Sincerely,
Fatima sandoval
Supervisor,
Payroll

CC: Enclosure



# INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS®

HAROLD A. SCHAITBERGER
General President

VINCENT J. BOLLON
General Secretary-Treasurer

June 1, 2009

Ms. Joan Puwalski
▮▮▮▮▮▮▮▮▮▮
Bellerose, NY ▮▮▮▮▮

Dear Ms. Puwalski:

On September 12, 2001, the International Association of Fire Fighters, in conjunction with the Uniformed Firefighters Association, Local 94, and the Uniformed Fire Officers Association, Local 854, created the New York Firefighters 9-11 Disaster Relief Fund.

On behalf of the IAFF, the UFA and UFOA, we are enclosing payment due you in the amount of $463,804.56.

We join with the officers of the UFA and UFOA in praying for you in remembering Steven Bates who so proudly served as a New York City Firefighter.

Sincerely,

Harold A. Schaitberger
General President

Vincent J. Bollon
General Secretary-Treasurer

ed

Enclosure

cc:   Kevin Gallagher, 1st District Vice President
      Jack McDonnell, Trustee and President, Local 854, UFOA
      Edward Boles, Trustee and Treasurer, Local 854, UFOA
      James Slevin, Trustee and Vice President, Local 94, UFA
      Robert Straub, Trustee and Treasurer, Local 94, UFA



# FIRE DEPARTMENT
9 METROTECH CENTER          BROOKLYN, N.Y. 11201-3857

September 22, 2003

## WORLD TRADE CENTER 9-11-2001

RE: State Special Accidental Death Benefit
    for Line of Duty Domestic Partners

JOAN PUWALSKI
RE: █████████████████████

Dear Ms. Puwalski:

Please be advised that the Office of the Actuary has certified that the annual Line of Duty State Supplement payable to you as the beneficiary of LT. Steven J. Bates, amounts to $ 99,970.28 or $ 5,020.19 per month.

At the end of September-2003 you will receive a lump sum in the amount of $ 121,442.29, which represents monies due you for the period of Sept 11-2001 up to and including September 30-2003.

The lump sum payment will be disbursed in two separate checks as follows:

Check for $ 100,000.00
Check for $  21,442.29

Your monthly Benefit from the State, as of October 31-2003 and thereafter, will be in the amount of $ 5,020.19.

Should you have any questions, please contact the Pension Payroll Unit at (718) 999-2327 / 2328. Thank you.

Sincerely,
Fatima Sandoval
Supervisor
Payroll

CC: Enclosure


**American
Red Cross**

National Headquarters
430 17th Street, N.W.
Washington, DC 20006

Bernadine Healy, M.D.
President and
Chief Executive Officer

October 3, 2001

Ms. Joan Lana Puivalski
████████████
Glendale, NY  ████

Dear Ms. Puivalski:

Please accept the enclosed gift on behalf of the American Red Cross and the generous people of this nation, in support of your family and in remembrance of the thousands of people who have been so tragically affected by the recent assault on our nation.

This gift is based on an estimate of your own personal, short-term financial needs as determined by the information you recently provided us. This gift is a tax-free, direct grant to you and your family. If there is an unanticipated need for an additional grant for your family over the next several months, please let us know. All we ask is that at some future time you write to us and let us know you have received this gift.

In these days of sorrow please know that our thoughts are with you and your family. If there is anything more the American Red Cross can do to assist you, please do not hesitate to contact us.  The toll-free number to call, for questions about this gift or for additional needs, is 1-877-746-4989.

We grieve with you and can only imagine your suffering during this difficult time. Although the recent tragedy has touched all of us, it has touched you in a very personal way.

With deepest sympathy,

*Bernadine Healy*

Enclosure

*Together, we can save a life*


**American Red Cross**

National Headquarters
Jefferson Park
8111 Gatehouse Road
Falls Church, VA  22042-1203

December 28, 2001

Ms. Joan L Puwalski
████████████████
Glendale, NY  ██████

Dear Ms. Puwalski:

Please accept the enclosed second gift on behalf of the American Red Cross and the generous people of this nation, in support of your family.

This second gift is based on the conversation you and our caseworker had on the additional needs determined by information you provided us. This gift is a tax-free, direct grant to you and your family. If there are other unanticipated needs for your family over the next several months, please let us know.

If there is anything more the American Red Cross can do to assist you, please do not hesitate to contact us.

With deepest sympathy,

Harold J. Decker
Chief Executive Officer

Enclosure


**American Red Cross**

National Headquarters
8111 Gatehouse Road
Falls Church, VA 22042

August 14, 2002

Ms Joan R. Puwalski

Glendale, NY

Dear Ms Puwalski:

On behalf of the generous people of our nation and the American Red Cross, please accept the enclosed third Family Gift in support of your family.

This third gift is based on the application you completed and submitted to the Red Cross detailing your unmet essential expenses. If there are other unanticipated essential needs for your family that arise over the next several months, please feel free to contact us to discuss them.

If you have any tax-related questions, you may contact your Red Cross Family Support Specialist who will help you locate a tax advisor.

If you have any questions regarding the enclosed third gift, or any inquiries regarding other American Red Cross benefits and services, please do not hesitate to contact your assigned Family Support Specialist or contact the Red Cross September 11 Long-term Recovery Program Call Center at 1-877-746-4987.

With our deepest sympathy,

Harold J. Decker
Interim President and
Chief Executive Officer

*Together, we can save a life*

 **American Red Cross**

September 11 Recovery Program
150 Amsterdam Avenue
New York, NY 10023
(877) 746-4987

October 7, 2003

Ms. Joan Puwalski

Glendale, NY

Dear Ms. Puwalski:

We are pleased to inform you that your request for a Special Circumstances Gift has been approved in the amount of $10,000.00.

The Special Circumstances Gift is a needs-based gift that was created to provide financial assistance to 1) seriously injured individuals who qualified and applied for the American Red Cross Supplemental Gift and have continuing unmet financial needs; and 2) financially dependent surviving family members with unmet essential living expenses who a) did not receive the full amount of the American Red Cross Supplemental Gift, *and* did not receive significant amounts of money from other sources, *or* continue to have compelling unmet financial needs as determined by the Special Circumstances Review Committee. Each Special Circumstances Gift amount varies based upon unique needs and financial resources available to support each applicant.

The Special Circumstances Gift is made possible through the generosity of the American public and people around the world.

If you have questions about the gift, would like information about other Red Cross services or would like to appeal this decision, please contact your Family Support Specialist or Service Coordinator within 30 days of the date of this letter. If you do not know how to contact your Family Support Specialist, or if you have not yet been assigned one, please call (877) 746-4987 or TDD 1-800-662-1220 and we will be happy to help you.

We thank you for your patience and cooperation through the processing of your gift request.

Sincerely,

Alan Goodman
Executive Director,
September 11 Recovery Program

Enc.:   check
cc:      Hans Asia, Jr.



The September 11th Fund

NY
CT

000788SEPT11001
Joan Puwalski                                    12/21/2001
██████████
Ridgewood     NY  ██████



Dear  Joan Puwalski

On behalf of the September 11th Fund, created by the New York Community Trust and the
United Way of New York City, I offer my sincere condolences on your loss. The thoughts of
all Americans are with you. The enclosed check is a gift from millions of donors to the
September 11th Fund, with the hope that it can make the season a little brighter for you
and your family.

The loss that you have experienced is a profound and immeasurable one. Nothing can
change that, but please know you are not alone. Many organizations want to help and offer
a wide variety of services. Your local United Way can help you find them -- they can be
reached at (212) 251-2500. In addition, the **September 11th Hotline**, operated by Safe
Horizon, is available 24 hours a day, 365 days a year. Their counselors can be reached
toll-free at **1-866-689-HELP**, and offer immediate crisis support. Both organizations also
have up-to-date information on relief agencies and referrals to longer term counseling
services. Attached to this letter is a list of other ways you can find help.

Again, our best wishes for you and your family.

Sincerely,

Joshua Gotbaum                          Franklin Thomas

Joshua Gotbaum, CEO                     Franklin Thomas, Chairman

P.S. If you do not need these funds and prefer that we use them to help others victimized
by September 11th, just call the September 11th hotline and give them your name and
check number.

**STEPHEN J. CASSIDY**
*President*          ENG 236

**JAMES SLEVIN**
*Vice President*      LAD 7

**JOSEPH MICCIO**
*Recording Secretary* ENG 295

**KEVIN McADAMS**
*Treasurer*          ENG 93

**PHILIP McARDLE**
*Sergeant-At-Arms*   Haz Mat

LAD 113

**UFA Widows' & Children's Fund**

204 East 23rd Street • N.Y.C., N.Y. 10010 • Tel (212) 683-4832 • Fax (212) 683-0710

Uniformed Firefighters Association of Greater New York, Local 94 IAFF, AFL-CIO

**ROBERT STRAUB**
*Bronx Trustee*
*Chairman of the Board*  ENG 45

**THOMAS DAPARMA**
*Queens Trustee*        ENG 315

**RUDY SANFILIPPO**
*Manhattan Trustee*      ENG 76

**JOHN KELLY**
*Brooklyn Trustee*      ENG 201

**DONALD RULAND**
*Staten Island Trustee*  ENG 157

**EDWARD BURKE**
*Fire Marshal Representative*

March 2003

Dear Extended Family Member:

The Executive Board of the Uniformed Firefighters Association is pleased to enclose your check representing your share of the monies distributed by the UFA Widow's and Childrens' Fund.

If we can ever be of any assistance, please do not hesitate to contact our office.

Sincerely,

STEPHEN J. CASSIDY
President

KEVIN McADAMS
Treasurer

enclosure

STEPHEN J. CASSIDY
President

JAMES SLEVIN
Vice President          LAD 7

JOSEPH MICCIO
Recording Secretary  ENG 295

KEVIN McADAMS
Treasurer               ENG 93

PHILIP McARDLE
Sergeant-At-Arms     Haz Mat

LAD 113

ROBERT STRAUS
Bronx Trustee
Chairman of the Board   EN

THOMAS DAPARMA
Queens Trustee           EN

RUDY SANFILIPPO
Manhattan Trustee        EN

JOHN KELLY
Brooklyn Trustee          EN

DONALD RULAND
Staten Island Trustee   EN

EDWARD BURKE
Fire Marshal Representative

204 East 23rd Street • N.Y.C., N.Y. 10010 • Tel (212) 683-4832 • Fax (212) 683-0710
Uniformed Firefighters Association of Greater New York, Local 94 IAFF, AFL-CIO

November 25, 2003

Dear

  We are pleased to enclose herewith a check payable to you in the sum of $10,000.00 as your final distribution from the UFA Widow's and Childrens' Fund.

  God bless you and your loved ones during this joyous holiday.

Very truly yours,

STEPHEN J. CASSIDY
President

KEVIN McADAMS
Treasurer

enclosure

# EXHIBIT 3

President Joseph R. Biden
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500
May 24, 2021

Dear President Biden,

My name is Joan Puwalski and I was the domestic partner of Lt.
Steven J Bates from E235 who perished in the South Tower on
September 11, 2001.  Steve and I started casually dating in 1992,
but in 1994, when we got our first dog, Samantha, we moved in
together. We had a wonderful life together. We rescued a second
dog, Norton, who we found roaming the streets.  We built a life
together. Steve considered my family his family since he was an
only child and had lost his mother, Aunt and Grandfather before
we had even met and was estranged from his father who also
passed away in the years after we had met. He attended all my
family gatherings, we took vacations together, we attended
weddings, dinner dances and competed in runs together. We loved
our dogs, who Steve called his babies and enjoyed a very nice life
until the events of September 11, 2001 ripped him away from us!
I was completely devastated. I sat vigil for weeks hoping he would
be found. Only to eventually lose hope and acknowledge that that
was not going to happen and that he was gone. At times I felt like I
did not even want to live anymore. I went to counseling, individual
and group for years to overcome this loss. I could not speak his
name with breaking down and am crying as I write this right now.
It was unimaginable grief like I had never before felt in my life!  I
was not myself for many many years and a part of me did die that
day.