# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570<br>(GBD)(SN) |
|---|---|

This document relates to:

*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)

## **DECLARATION OF FAMILIAL RELATIONSHIP**

I, Nicholas Kemp, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1.     My name is Nicholas Kemp, and I am the step-son of Timothy Haviland[1] ("Timothy") who died on September 11, 2001 ("9/11") when the World Trade Center collapsed. I submit this Declaration to demonstrate I am the functional equivalent of Timothy's son.

2.     In 1997, Timothy came into my life when he started dating my mother. I was 10 years old at the time. A few months later, when Timothy started a job at the World Trade Center, he moved into our home and we became a family. Shortly after, Timothy and my mother bought a home together. In late 1998, Timothy and my mother got engaged and, in August 1999, they got married. I remember going to the courthouse with my sister to see the ceremony.

3.     Timothy supported our family and took care of us. In addition to financial support, he treated me like his son, both emotionally and socially, and made our family whole. Timothy was a true family man. He cooked family dinners, drove us to school, came with us on field trips, took us to the movies, bowling, and to play miniature golf, organized family board game nights, and took us on trips to Eisenhower Park and to the beach.

---

[1] Timothy did not have any biological children.

4.      Timothy strongly believed in education and helped me with my homework and made sure I did well in school. He was a voracious reader and loved taking me to the bookstore to read and pick out new books.

5.      One of my fondest memories is when Timothy taught me how to build a computer from scratch. Timothy was very intelligent, and we bonded over our interest in computers. I also remember the times we spent watching sports. While Timothy was unfortunately a Yankees fan (I am an avid Mets fans), we both loved the Knicks and watched games together. We had a basketball hoop in front of our house and played together frequently. In addition to sports, Timothy liked the outdoors and we rode bikes together. We had so many wonderful times together and I looked forward to spending more time and creating more memories together.

6.      There is no doubt I was Timothy's family. We visited Timothy's parents, brothers, and sisters, and each year (including several years after 9/11), and his parents sent my sister and I Christmas gifts. His family knew how much we meant to Timothy. My family spent every holiday with Timothy and our extended family (e.g., aunts, uncles, cousins, etc.), and we decorated the Christmas tree as a family every year.

7.      Timothy and I had a special bond and were very close. Timothy made it known to others that I was his son, and I referred to him as my father (even several years after 9/11, when I was dating my now-wife, I referred to Timothy as my dad). He gave me advice (and, of course, discipline) like any loving father. My biological father and I were not close and he did not play an important role in my life. After my parents divorced, I saw my biological father sporadically. Timothy filled that void and was the father figure in my life. It meant so much that he was always present and made me feel important.

docs-100405505.1

8.      In fact, my sister and I received workers' compensation, social security benefits, and funds from the September 11th Victim Compensation Fund. *See* Exhibit 1. Additionally, we were claimed as dependents on Timothy's tax returns. *See* Exhibit 2.

9.      9/11 ripped our family apart. I will never forget that horrible day. It was my second week of high school. My school announced over the loudspeaker that something had happened at the World Trade Center. My guidance counselor contacted my mother, my aunt picked me up from school, and then we picked up my sister from her middle school. My uncle was a firefighter who was also at the World Trade Center. My whole family came to my house and we waited anxiously to hear news about Timothy and my uncle.

10.     We did everything we could to find Timothy and my uncle, including calling hospitals to see if there were any patients with their names. We did not want to believe that they left this world so suddenly and unexpectedly, but we eventually had to accept the terrible truth that they were really gone. Following the death of Timothy and my uncle, I had trouble focusing on school and my grades slipped.

11.     When I woke up on 9/11, I never imagined I would never see Timothy again. I feel Timothy's loss every day and share fond memories of him. To this day, I visit Timothy's grave at least twice each year.

12.     Timothy and I had a very close relationship akin to a father and son and we considered each other to be father and son in every way. Accordingly, I should be deemed the functional equivalent of Timothy's son.

Executed on: _10/13/2021_____

Name (Signature): _*Nicholas Kemp*_____

3

Name (Print):   Nicholas Kemp

4

# EXHIBIT 1



**U.S. Department of Justice**
September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

December 26, 2002

AMY L. HAVILAND

OCEANSIDE, NY
USA

Dear AMY L. HAVILAND:

    This letter acknowledges receipt of your decision to accept the presumed award amount of **$1,235,905.92**. Your decision was received on December 24, 2002 and has been added to your claim file.

    Claim No.:
    Victim Name: TIMOTHY AARON HAVILAND

Please retain your claim number for future reference. You will need to provide this number in any future correspondence and for future inquiries.

    If you have any questions regarding your application, please feel free to call the toll-free Help Line at 1-888-714-3385, 1-888-560-0844 for the hearing impaired (TDD); from outside the United States, please call collect at 212-625-1645.

    Every effort will be made to respond to your application and/or inquiries as soon as possible.

Sincerely,
September 11th Victim Compensation Fund



**U.S. Department of Justice**

Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

May 6, 2003

AMY L. HAVILAND
▮▮▮▮▮▮▮▮
OCEANSIDE, NY ▮▮▮

Dear AMY L. HAVILAND:

As you requested, here is a breakdown of the offsets included in calculating your award. These offsets consist of $168,196.20 to the Estate, $277,550.82 to Amy Haviland, $59,763.53 to Nicholas Kemp, and $104,857.53 to Jessica Kemp. The breakdown is the following:

- Past Social Security to Amy Haviland of $4,156.40.
- Past and Future Social Security to Nicholas Kemp of $44,949.67.
- Past and Future Social Security to Jessica Kemp of $73,094.67.
- Past Workers Compensation to Amy Haviland of $8,391.43.
- Past and Future Workers Compensation to Nicholas Kemp of $14,813.86.
- Past and Future Workers Compensation to Jessica Kemp of $31,762.86.
- Marsh Payment - Three Months' Base Pay to Estate of $18,327.
- Marsh Payment - Supplemental Death Benefit to Estate of $3,000.
- Marsh Payment - Special Death Benefit from Employer to Amy Haviland of $5,000.
- Life Insurance Paid to the Estate of $147,000 less premiums of $130.80.
- Life Insurance Paid to Amy Haviland of $260,024.59 less premiums of $21.60.

I hope this information satisfies your request. Please contact me at (703) 741-2272 if you have any questions.

Sincerely,

Jessie Margolis
Adjudicator
Victim Compensation Fund



**U.S. Department of Justice**
September 11th Victim Compensation Fund

P.O. Box 18698
Washington, D.C. 20036-8698

disclaimer required by state law.

- Finally, the Special Master has authority to re-allocate the distribution where necessary to appropriately compensate the victim's spouse, children, or other relatives.

 **U.S. Department of Justice**
September 11th Victim Compensation Fund

OMB NO.: 1105-0079

EXPIRATION DATE: 6/30/2003

P.O. Box 18698
Washington, DC 20036-8698

**Paperwork Reduction Act Notice**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete the form is 30 minutes. A survey contact person will call each agency to answer questions and to facilitate getting the information in an effort to make the response reasonable, easier to complete, and less time-consuming. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Victim Compensation Fund, P.O. Box 18698, Washington, D.C. 20036-8698.

## Authorization For Release of Information

**I Authorize** the U.S. Department of Justice to obtain any information relating to my application for representative payee under the September 11th Victim Compensation Fund of 2001 (Compensation Fund) from individuals or other sources having information relating to my application for representative payee.

**I Further Authorize** the U.S. Department of Justice to disclose any records or information relating to my application for representative payee to agency contractors assisting in the administration of the Compensation Fund; other federal, state, or local agencies; and other individuals or entities having information related my application for representative payee.

**I Further Authorize** the U.S. Department of Justice to publish the name of the person who has filed this application and the name of the minor to whom it relates.

**I Further Authorize** the release of information relating to my application for representative payee where such information indicates a violation or potential violation of law, including submission of fraudulent claims, to any civil or criminal law enforcement authority or other appropriate agency charged with responsibility of investigating or prosecuting such a violation.

**I Further Authorize** individuals having information pertinent to my application for representative payee to release such information to a duly accredited representative of the Department of Justice during the review of my application for representative payee to the Compensation Fund, regardless of any previous agreement to the contrary. Copies of this authorization that show my signature are as valid as the original release signed by me. This authorization is valid for five (5) years from the date signed or upon my written termination whichever is sooner.

_Amy L. Haviland_
Name (please print first, middle and last)

_Amy L. Haviland_
Signature

_5/6/03_
Date

# EXHIBIT 2

| Form **1040** | Department of the Treasury — Internal Revenue Service |
|---|---|

**U.S. Individual Income Tax Return** **1999** (99)   IRS use only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1-Dec 31, 1999, or other tax year beginning _____ , 1999, ending _____ ,

**Label**
(See instructions.)

Use the IRS label. Otherwise, please print or type.

| | Your First Name | MI | Last Name | | Your Social Security Number |
|---|---|---|---|---|---|
| | Timothy A | | Haviland | | |
| If a Joint Return, Spouse's First Name | MI | Last Name | | | Spouse's Social Security Number |
| Amy | | Haviland | | | |

Home Address (number and street). If You Have a P.O. Box, See Instructions.    Apartment No.

City, Town or Post Office. If You Have a Foreign Address, See Instructions.   State   ZIP Code
Oceanside   NY

▲ **Important!**
You must enter your social security number(s) above.

**Presidential Election Campaign**
(See instructions.)

| | | Yes | No | Note: Checking 'Yes' will not change your tax or reduce your refund. |
|---|---|---|---|---|
| ▶ Do you want $3 to go to this fund? . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| If a joint return, does your spouse want $3 to go to this fund? . . . . . . . . . . | | | | |

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's SSN above & full name here . . . ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here . . . ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ____ ). (See instructions.)

**Exemptions**

| | | | | No. of boxes checked on 6a and 6b | 2 |
|---|---|---|---|---|---|
| 6a | ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not check box 6a** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| b | ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| Nicholas | | Child | X |
| Jessica | | Child | X |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
• lived with you . . . . 2
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above . . . . . . .
Add numbers entered on lines above ▶    4

If more than six dependents, see instructions.

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

ROLLOVER

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . | 7 | 62,614. |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . | 8a | 30. |
| b | **Tax-exempt** interest. **Do not** include on line 8a ........ | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . | 9 | 2. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . . | 10 | 0. |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ▶ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | Total IRA distributions ..... | 15a | b Taxable amount (see instrs) . . | 15b | |
| 16a | Total pensions & annuities . . | 16a | 31,189. | b Taxable amount (see instrs) . . | 16b | 10,545. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | 1,040. |
| 20a | Social security benefits . . . . | 20a | | b Taxable amount (see instrs) . . | 20b | |
| 21 | Other income. List type & amount (see instrs) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 74,231. |

**Adjusted Gross Income**

| 23 | IRA deduction (see instructions) . . . . . . . . . . . . . . | 23 | |
|---|---|---|---|
| 24 | Student loan interest deduction (see instructions) . . . . . . . . . | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . . | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) . . | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ _____ | 31a | |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ▶ | 33 | 74,231. |

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**    Form **1040** (1999)

FDIA0112  11/16/99

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return  2000**  (99)  IRS use only — Do not write or staple in this space.

For the year Jan 1-Dec 31, 2000, or other tax year beginning ___, 2000, ending ___, 20 ___  OMB No. 1545-0074

**Label** (See instructions.)
Your First Name: Timothy A   MI   Last Name: Haviland
If a Joint Return, Spouse's First Name: Amy   MI   Last Name: Haviland

Your Social Security Number: ■
Spouse's Social Security Number: ■

Home Address (number and street). If You Have a P.O. Box. See Instructions.   Apartment No.

**Important!** You must enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address, See Instructions.   State: NY   ZIP Code: ■
Oceanside

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing Status** — Check only one box.
1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (year spouse died ► ___). (See instructions.)

**Exemptions**
6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
6b ☒ Spouse
No. of boxes checked on 6a and 6b: **2**
No. of your children on 6c who: lived with you: **2**

c Dependents:
| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| Nicholas | ■ | Son | X |
| Jessica | | Daughter | X |

If more than six dependents, see instructions.

d Total number of exemptions claimed .... Add numbers entered on lines above ► **4**

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see instructions.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 .... 7 **66,740.**
8a Taxable interest. Attach Schedule B if required .... 8a **139.**
8b Tax-exempt interest. Do not include on line 8a .... 8b
9 Ordinary dividends. Attach Schedule B if required .... 9 **67.**
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .... 10 **0.**
11 Alimony received .... 11
12 Business income or (loss). Attach Schedule C or C-EZ .... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► .... 13 **1,543.**
14 Other gains or (losses). Attach Form 4797 .... 14
15a Total IRA distributions .. 15a   b Taxable amount (see instrs) .. 15b
16a Total pensions & annuities .. 16a   b Taxable amount (see instrs) .. 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. 17
18 Farm income or (loss). Attach Schedule F .... 18
19 Unemployment compensation .... 19
20a Social security benefits .... 20a **6,230.**  b Taxable amount (see instrs) .. 20b **5,296.**
21 Other income. List type & amount (see instrs) .... 21
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► 22 **73,785.**

**Adjusted Gross Income**
23 IRA deduction (see instructions) .... 23
24 Student loan interest deduction (see instructions) .... 24
25 Medical savings account deduction. Attach Form 8853 .... 25
26 Moving expenses. Attach Form 3903 .... 26
27 One-half of self-employment tax. Attach Schedule SE .... 27
28 Self-employed health insurance deduction (see instructions) .... 28
29 Self-employed SEP, SIMPLE, and qualified plans .... 29
30 Penalty on early withdrawal of savings .... 30
31a Alimony paid  b Recipient's SSN ► .... 31a
32 Add lines 23 through 31a .... 32
33 Subtract line 32 from line 22. This is your adjusted gross income ► 33 **73,785.**

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.
FDIA0112  11/07/00
Form 1040 (2000)

DECEASED Timothy Haviland 09/11/2001

**Form 1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2001** (99) IRS use only — Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions.)

For the year Jan 1 - Dec 31, 2001, or other tax year beginning , 2001, ending , 20

Your First Name: Timothy  MI  Last Name: Haviland

**Your Social Security Number**

If a Joint Return, Spouse's First Name: Amy  MI  Last Name: Haviland

**Spouse's Social Security Number**

Home Address (number and street). If You Have a P.O. Box. See Instructions. | Apartment No.

**Use the IRS label. Otherwise, please print or type.**

▲ **Important!** ▲ You must enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address. See Instructions.  Oceanside  State ZIP Code  NY

**Presidential Election Campaign** (See instructions.)
► Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........ ► | You □ Yes □ No | Spouse □ Yes □ No

**Filing Status**

Check only one box.

1 □ Single
2 ☒ Married filing joint return (even if only one had income)
3 □ Married filing separate return. Enter spouse's SSN above & full name here ... ►
4 □ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 □ Qualifying widow(er) with dependent child (year spouse died ► ). (See instructions.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

b ☒ Spouse

No. of boxes checked on 6a and 6b | 2

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4)✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| Jessica M Kemp | | Daughter | X |
| Nicholas S Kemp | | Son | X |

No. of your children on 6c who:
• lived with you ..... | 2
• did not live with you due to divorce or separation (see instrs) ..
Dependents on 6c not entered above

If more than six dependents, see instructions.

d Total number of exemptions claimed ...............

Add numbers entered on lines above ► | 4

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............ | 7 | 57,175. |
| 8a Taxable interest. Attach Schedule B if required ........... | 8a | 293. |
| b Tax-exempt interest. **Do not** include on line 8a ........ 8b | | |
| 9 Ordinary dividends. Attach Schedule B if required ......... | 9 | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ..... | 10 | 130. |
| 11 Alimony received ............... | 11 | 1,561. |
| 12 Business income or (loss). Attach Schedule C or C-EZ .... | 12 | |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► □ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 ......... | 14 | |
| 15a Total IRA distributions .... 15a | b Taxable amount (see instrs) | 15b | |
| 16a Total pensions & annuities .. 16a | b Taxable amount (see instrs) | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... | 17 | |
| 18 Farm income or (loss). Attach Schedule F ......... | 18 | |
| 19 Unemployment compensation ........ | 19 | |
| 20a Social security benefits .... 20a | 9,531. b Taxable amount (see instrs) | 20b | 8,101. |
| 21 Other income TAXPAYER DIED AT WTC | 21 | 27,434. |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 94,694. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 IRA deduction (see instructions) ....... | 23 | | |
| 24 Student loan interest deduction (see instructions) ..... | 24 | | |
| 25 Archer MSA deduction. Attach Form 8853 ..... | 25 | | |
| 26 Moving expenses. Attach Form 3903 ....... | 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE ... | 27 | | |
| 28 Self-employed health insurance deduction (see instructions) .. | 28 | | |
| 29 Self-employed SEP, SIMPLE, and qualified plans ...... | 29 | | |
| 30 Penalty on early withdrawal of savings ....... | 30 | | |
| 31a Alimony paid b Recipient's SSN .... ► | 31a | | |
| 32 Add lines 23 through 31a ......... | 32 | | |
| 33 Subtract line 32 from line 22. This is your adjusted gross income ....... ► | 33 | 94,694. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

FDIA0112 12/10/01

Form **1040** (2001)