# EXHIBIT M
# Part II



PAUL INNELLA
EAST BRUNSWICK, NJ
1-2 210 681
404
Date July 1, 2001
Pay JANE A. Heschenroder, Esq.    | $ 196 85/XX
One Hundred Ninety Six      85/XX    Dollars
CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048
For Lucy Firth
Memo Invoice # 1433
0404   ⑈00000196850⑈

H O L E   # 5   A T   L A S   S E N D A S
PAUL INNELLA
EAST BRUNSWICK, NJ
1-2 210 681
405
6-187-001200-2436-8854-1
Date July 2, 2001
Pay VERIZON WIRELESS    | $ 55 61/XX
Fifty Five      61/XX    Dollars
CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
Acct #
0405   ⑈00000055610⑈

H O L E   # 1 0   A T   R A N C H O   L A   Q U I N T A
PAUL INNELLA
EAST BRUNSWICK, NJ
1-2 210 681
406
Date July 2, 2001
Pay A.I.G    | $ 668 00/XX
Six Hundred Sixty Eight      00/XX    Dollars
CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
Policy
Memo
0406   ⑈00000668000⑈

H O L E   # 3   A T   R A V E N   T U C S O N
PAUL INNELLA
EAST BRUNSWICK, NJ
1-2 210 681
407
Date July 6, 2001
Pay JACRU Ltd. Co.    | $ 16 45/XX
Sixteen      45/XX    Dollars
CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
Memo
0407   ⑈000000164⑈









PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 631

425

Date _Aug 10, 2001_

Pay to the order of _JANE A HERCHENRODER_        $ 59 54/100

_Fifty Nine_ ————————————— 54/100 Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

For _Lucy 10th_  Memo  INVOICE 14160

0425  ⑆00000005954⑈

---

HOLE #10 AT RANCHO LA QUINTA

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 631

426

Date _Aug 10, 2001_

Pay to the order of _Randy Smythe / Gloria Bay Video_    $ 107 87/100

_One Hundred Seven_ —————————— 87/100 Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo  EBAY

0426  ⑆000001078 7⑈

---

HOLE #3 AT RAVEN TUCSON

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 631

427

Date _Aug 10, 2001_

Pay to the order of _Tim McClay_        $ 13 49/100

_Thirteen_ ————————————— 49/100 Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo  EBAY #  5716

0427  ⑆000001349⑈

---

HOLE #8 AT POIPU BAY RESORT

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 631

428

Date _Aug 10, 2001_

Pay to the order of _Dime Savings Bank_        $ 556 03/100

_Five Hundred Fifty Six_ ——————— 03/100 Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Acct #
Memo

0428  ⑆000055603⑈

**Check 429**

PAUL INNELLA
EAST BRUNSWICK, NJ

Date Aug 13, 2001

Pay to the order of LEO KIM

$ 32 12/xx

Thirty Two — 12/xx Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

EBAY
Memo

0429  ⑆000000322⑆

---

**HOLE #12 AT NEVIS RESORT**

**Check 430**

PAUL INNELLA
EAST BRUNSWICK, NJ

Date August 13, 2001

Pay to the order of Adolfo Rodriguez

$ 15 9/xx

Fifteen — 9/xx Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

EBAY
Memo

0430  ⑆000001590⑆

---

**HOLE #6 AT PRINCE GOLF COURSE**

**Check 431**

PAUL INNELLA
EAST BRUNSWICK, NJ

Date August 13, 2001

Pay to the order of VERIZON

$ 53 93/xx

Fifty Three — 93/xx Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Home phone

0431  ⑆000005393⑆

---

**HOLE #1 AT CABO REAL**

**Check 432**

PAUL INNELLA
EAST BRUNSWICK, NJ

Date Aug 13, 2001

Pay to the order of FLEET BANK

$ 454 32/xx

Four Hundred Fifty Four — 32/xx Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

MC A/b car payment (bank changed name)

0432  ⑆000045432⑆



PAUL INNELLA
EAST BRUNSWICK, NJ

433

Date August 14, 2001

Pay MENT AMERICA    $ 1250 00/XX

One Thousand Two Hundred Fifty — 00/XX    Dollars

CHASE    The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Acct
Memo

0433  "00001 25000"

---

HOLE #6 AT PRINCE GOLF COURSE

PAUL INNELLA
EAST BRUNSWICK, NJ

434

Date Aug 15/2001

Pay Queen City Bookstore, Inc.    $ 8 24/XX

Eight — 24/XX    Dollars

CHASE    The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

EBay
Memo

0434  "00000008 24"

Kyle
Books

---

HOLE #5 AT LAS SENDAS

PAUL INNELLA
EAST BRUNSWICK, NJ

435

Date Aug 19, 2001

Pay Michael AMG    $ 14 00/88

Fourteen    Dollars

CHASE    The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
NY 10048

EBay
Memo    9654

0435  "000000 1400"

---

HOLE #10 AT RANCHO LA QUINTA

PAUL INNELLA
EAST BRUNSWICK, NJ

436

Date Aug 16, 2001

Pay L Nicholson    $ 16 00/XX

Sixteen — 00/XX    Dollars

CHASE    The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

EBay
Memo    063

0436  "000000 1600"



MS. Aifa
cellular
phone



PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681

443

Date Aug 31, 2001

Pay to the order of JENNIFER NOVARO                    $ 950 00/xx

Nine Hundred Fifty                    00/xx    Dollars

CHASE   The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo SEPT 01 CHILD SUPPORT

0443   ⑈00000950000⑈

---

HOLE #5 AT LAS SENDAS

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681

445

Date SEPT 2, 2001

Pay to the order of CAPITAL ONE BANK                    $ 99 96/xx

Ninety Nine    210080291   148 95/xx 357 Dollars

CHASE   The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Acct#                5673

Memo

0445   ⑈0000009996⑈

---

HOLE #8 AT POIPU BAY RESORT

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681

448

Date SEPT 10, 2001

Pay to the order of Scholastic Book Clubs                    $ 7 40/xx

SEVEN                    40/xx    Dollars

CHASE   The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

FOR Kyle Faucher (3 BOOKS)

Memo

0448   ⑈0000000740⑈



PAUL INNELLA
EAST BRUNSWICK, NJ

332

1-2/210 681

Date March 12, 2001

Pay to the order of SARAH Cudworth                    $ 43 00/xx

Forty Three                                          00/xx Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Memo EBAy

0332  0000004300

---

H O L E   # 3   A T   E A G L E   P O I N T

PAUL INNELLA
EAST BRUNSWICK, NJ

333

1-2/210 681

Date March 22, 2001

3-085-000001-
Pay to the order of VERIZON 1018-0578-NJ              $ 57 59/xx

Fifty Seven                                          59/xx Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Memo Acct #

0333  0000005759

---

H O L E   # 6   A T   P R I N C E   G O L F   C O U R S E

PAUL INNELLA
EAST BRUNSWICK, NJ

334

1-2/210 681

Date March 22, 2001

Pay to the order of HOMEMADE TREATS                   $ 7.94

                                                     9 4/100 Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo CUST #

0334  0000000794

---

H O L E   # 5   A T   L A S   S E N D A S

PAUL INNELLA
EAST BRUNSWICK, NJ

335

1-2/210 681

Date MARch 22, 2001

Pay to the order of Tim McMahon                       $ 21 95/xx

Twenty One                                           95/xx Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo EBAy

0335  0000002195



PAUL INNELLA
EAST BRUNSWICK, NJ

344

Date March 29, 2001

Pay to the order of LAURA PEARSON        $ 300/xx

Three        Dollars

CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

APR 0 4 2001

Memo EBAY

998

0344   "0000000300"

---

HOLE #5 AT LAS SENDAS

PAUL INNELLA
EAST BRUNSWICK, NJ

345

Date March 29, 2001

Pay to the order of VIRGINIA RAYMOND        $ 17 49/xx

Seventeen        49/xx Dollars

CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

907

Memo EBAY

0345   "000000 1749"

---

HOLE #10 AT RANCHO LA QUINTA

PAUL INNELLA
EAST BRUNSWICK, NJ

346

Date March 30, 2001

Pay to the order of TINA FISK    S.B.    BR-01    $ 10 25/xx

TEN        25/xx        Dollars

CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo EBAY #

0346   "000000 1025"

---

HOLE #3 AT RAVEN TUCSON

PAUL INNELLA
EAST BRUNSWICK, NJ

347

Date April 1, 2001

Pay to the order of JENNIFER NAVARRA        $ 950 0/xx

Nine Hundred Fifty        0/xx Dollars

CHASE The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo APRIL CHILD SUPPORT

0347   "0000095000"



PAUL INNELLA
EAST BRUNSWICK, NJ

348

1-2 210

WARNING Date Apr 02, 2001

Pay to the order of Jon Steven ___ for $ 12 00/xx

Twelve ___ Dollars

CHASE The Chase Manhattan Bank
S World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo Refund of Casino

0348  "000001200"

---

HOLE  #12  AT  NEVIS  RESORT

PAUL INNELLA
EAST BRUNSWICK, NJ

350

1-2 210 681

Date April 5, 2001

Pay to the order of AT&T $ 103 53/xx

___ Dollars

CHASE The Chase Manhattan Bank
S World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo Cost II

0350  "0000010353"

---

HOLE  #6  AT  PRINCE  GOLF  COURSE

PAUL INNELLA
EAST BRUNSWICK, NJ

351

1-2 210 681

Date April 2, 2001

Pay to the order of Homemade Treats $ 6 00/xx

Six ___ Dollars

CHASE The Chase Manhattan Bank
S World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo Cust # ___ 90

0351  "0000000600"

---

HOLE  #1  AT  CABO  REAL

PAUL INNELLA
EAST BRUNSWICK, NJ

1ST NATIONAL BANK OF
LONG ISLAND
NORTHPORT, NY

352

1-2 210 681

Date April 5, 2001

Pay to the order of Holly A. Fry $ 27 00/xx

Twenty Seven ___ Dollars

CHASE The Chase Manhattan Bank
S World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo Ebay

0352  "0000002700"



INVOICE # 1369

PAUL INNELLA
EAST BRUNSWICK, NJ

357

Date April 12, 2001

Pay JANE A. HERCHENRODER          $ 172. 07/xx
to the order of

One Hundred Seventy Two ——— 07/xx Dollars

CHASE   The Chase Manhattan Bank
        5 World Trade Center, Ste. 2681
        Plaza Level
        New York, NY 10048

Memo FOR LUCY AITA

0357   "00000172707"

---

HOLE #8 AT POIPU BAY RESORT

PAUL INNELLA
EAST BRUNSWICK, NJ

358

Date April 12, 2001

Pay DIME SAVINGS BANK          $ 556 03/xx
to the order of

Five Hundred Fifty Six ——— 03/xx Dollars

CHASE   The Chase Manhattan Bank
        5 World Trade Center, Ste. 2681
        Plaza Level

Acct#
Memo

0358   "00000556603"

---

HOLE #1 AT CABO REAL

PAUL INNELLA
EAST BRUNSWICK, NJ

359

Date April 12, 2001

Pay Summit BANK          $ 454 32/xx
to the order of

Four Hundred Fifty Four ——— 32/xx Dollars

CHASE   The Chase Manhattan Bank
        5 World Trade Center, Ste. 2681
        Plaza Level

Acct#
Memo

0359   "00000045432"

---

HOLE #12 AT NEVIS RESORT

PAUL INNELLA
EAST BRUNSWICK, NJ
732-254-5173

360

Date APRIL 17, 2001

Pay UNITED STATES TREASURY          $ 1046 00/xx
to the order of

One Thousand Forty Six ——— 00/xx Dollars

CHASE   The Chase Manhattan Bank
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   5 World Trade Center, Ste. 2681
        Plaza Level
        New York, NY 10048

Memo 2000 FORM 1040 - FOR LUCY Aita

0360   "00000104600"







PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681

384

Date _May 28, 2001_

Pay to the order of _NY LEAGUE DAY CAMP_   $ 1050 —

_One Thousand Fifty_   00/xx  Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Payment For _Kyle Poucher_

0384   ⑈0000 105000⑈

---

HOLE #5 AT LAS SENDAS

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681

385

Date _May 28, 2001_

Pay to the order of _VERIZON WIRELESS_   $ 59 08/xx

_Fifty Nine_   08/xx  Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Acct #

0385   ⑈000000 5908⑈

---

OLE #10 AT RANCHO LA QUINTA

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681

386

Date _May 28, 2001_

Pay to the order of _CAMPUS LUNCHES_   $ 80 00/xx

_Eighty_   00/xx  Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Payment For _Kyle Poucher_

0386   ⑈0000008000⑈

---

HOLE #3 AT RAVEN TUCSON

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681

387

Date _June 1, 2001_

Pay to the order of _JENNIFER NOVARA_   $ 950 00/xx

_Nine Hundred Fifty_   00/xx  Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo _JUNE CHILD Support_

0387   ⑈0000095000⑈







PAUL INNELLA
EAST BRUNSWICK, NJ

404

Date July 1, 2001

Pay to the order of JANE A. Harchenrodel, Esa.     $ 196 85/xx

One Hundred Ninety Six      85/xx      Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

For Lucy Aita
Memo Invoice # 1433

0404   00000019685

---

HOLE  #5  AT  LAS  SENDAS

PAUL INNELLA
EAST BRUNSWICK, NJ

405

6-187-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-8354-NJ   Date July 2, 2001

Pay to the order of VERIZON WIRELESS     $ 55 61/xx

Fifty Five      61/xx      Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

0405   000000556

---

HOLE  #10  AT  RANCHO  LA  QUINTA

PAUL INNELLA
EAST BRUNSWICK, NJ

406

Date July 2, 2001

Pay to the order of AIG     $ 668 00/xx

Six Hundred Sixty Eight      00/xx      Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
NY 10048

Policy #
Memo

0406   0000066800

---

HOLE  #3  AT  RAVEN  TUCSON

PAUL INNELLA
EAST BRUNSWICK, NJ

407

Date July 6, 2001

Pay to the order of JACRU Ltd. Co.     $ 16 45/xx

SIXTEEN      45/xx      Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
York, NY 10048

Memo   0747   DVD

0407   000000164 5

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681                                      425

Date Aug 10, 2001

Pay to the order of JANE A HERCHENROEDER                    $ 59 54/xx

Fifty Nine                                        54/xx    Dollars

CHASE   The Chase Manhattan Bank
        5 World Trade Center, Ste. 2681
        Plaza Level
        New York, NY 10048

For Lucy 10th Invoice                           MP

0425   ⑈0000005954⑈

HOLE #10 AT RANCHO LA QUINTA

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681                                      426

Date Aug 10, 2001

Pay to the order of Randy Smythe / Ghezzi Bay Video         $ 107 87/xx

One Hundred Seven                                 87/xx    Dollars

CHASE   The Chase Manhattan Bank
        5 ...
        N...

EBay                                              MP

0426   ⑈00000010787⑈

HOLE #3 AT RAVEN TUCSON

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681                                      427

Date Aug 10, 2001

Pay to the order of Jim McClay                             $ 13 49/xx

Thirteen                                          49/xx    Dollars

CHASE   the Chase Manhattan Bank
        5 World Trade Center, Ste. 2681
        Plaza Level
        New York, NY 10048

EBay #                          7/6              MP

0427   ⑈00000001349⑈

HOLE #8 AT POIPU BAY RESORT

PAUL INNELLA
EAST BRUNSWICK, NJ

1-2/210 681                                      428

Date Aug 10, 2001

Pay to the order of Dime Savings Bank                      $ 556 03/xx

Five Hundred Fifty Six                            03/xx    Dollars

CHASE   The Chase Manhattan Bank
        5 World Trade Center, Ste. 2681
        Plaza Level

Acct#    ...                                      MP

0428   ⑈0000055603⑈



PAUL INNELLA
EAST BRUNSWICK, NJ

433

Date August 24, 2001

Pay to the order of MBNA AMERICA                $ 1250 00/xx

One Thousand Two Hundred Fifty         00/xx     Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

0433  ⑈0000125000⑈

---

HOLE #6 AT PRINCE GOLF COURSE

PAUL INNELLA
EAST BRUNSWICK, NJ

434

Date Aug 15, 2001

Pay to the order of QUEEN City Bookstore, Inc.   $ 8 24/xx

Eight            24/xx     Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

EBA
Memo

0434  ⑈000000824⑈

---

HOLE #5 AT LAS SENDAS

PAUL INNELLA
EAST BRUNSWICK, NJ

435

Date Apr 19, 2001

Pay to the order of Michael HMe             $ 14 00/88

FOURTEEN              Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
NY 10048

EBINA
Memo  9654

0435  ⑈00000001400⑈

---

HOLE #10 AT RANCHO LA QUINTA

PAUL INNELLA
EAST BRUNSWICK, NJ

436

Date Aug 16, 2001

Pay to the order of L. Nicholson             $ 16 00/xx

SIXTEEN             00/xx     Dollars

CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

EBA
Memo

0436  ⑈00000001600⑈



PAUL INNELLA
EAST BRUNSWICK, NJ

443

1-2/210 681

Date Aug 31, 2001

Pay to the order of JENNIFER NOVARO     $ 950 00/xx

Nine Hundred Fifty 00/xx     Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo SEPT 01 CHILD SUPPORT

0443   ⑈000009 5000⑈

---

HOLE #5 AT LAS SENDAS

PAUL INNELLA
EAST BRUNSWICK, NJ

445

1-2/210 681

Date SEPT 2, 2001

Pay to the order of CAPITAL ONE BANK     $ 99 96/xx

Ninety Nine 210080291 148 96/xx 357 Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Acct #
Memo

0445   ⑈000000 9996⑈

---



HOLE #8 AT POIPU BAY RESORT

PAUL INNELLA
EAST BRUNSWICK, NJ

448

1-2/210 681

Date SEPT 10, 2001

Pay to the order of Scholastic Book Clubs     $ 7 40/xx

SEVEN 40/xx     Dollars

CHASE
The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

For Memo Kyle Frucher (3 BOOKS)

0448   ⑈0000000 740⑈







**PAUL INNELLA**
EAST BRUNSWICK, NJ

1-2/210 681

302

Date 2/8/2001

Pay Nissan Motor Acceptance Corp.   $ 220 %/xx

Two Hundred Twenty /xx Dollars

◼ CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level

Lease#

Memo

0302  ⑈00000 2 2000⑈

H O L E   # 3   A T   E A G L E   P O I N T

**PAUL INNELLA**
EAST BRUNSWICK, NJ

1-2/210 681

303

Date FEB 12, 2001

Pay WALKING   $ 14 95/xx

Fourteen   95/xx Dollars

◼ CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

For way

Memo

0303  ⑈000000 1495⑈

H O L E   # 6   A T   P R I N C E   G O L F   C O U R S E

**PAUL INNELLA**
EAST BRUNSWICK, NJ

1-2/210 681

304

Date Feb 12, 2001

Pay Dime Savings Bank   $ 556 03/xx

Five Hundred Fifty Six   03/xx Dollars

◼ CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
10048

Acct #

0304  ⑈0000 55603⑈

H O L E   # 5   A T   L A S   S E N D A S

**PAUL INNELLA**
EAST BRUNSWICK, NJ

1-2/210 681

305

Date FEB 12, 2001

Pay AT&T   $ 22 99/xx

Twenty Two   99/100 Dollars

◼ CHASE  The Chase Manhattan Bank
5 World Trade Center, Ste. 2681

347 31 872621 A5A9 90

ID

Memo

0305  ⑈000000 2299⑈

PAUL INNELLA
EAST BRUNSWICK, NJ

319

Date Feb 28, 2001

Pay COLLECTOR'S PLANET
to the order of

$ 33 00/xx

Thirty Three 00/xx Dollars

CHASE   The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Memo

0319   ⑆0000003300⑈

---

HOLE #6 AT PRINCE GOLF COURSE

PAUL INNELLA
EAST BRUNSWICK, NJ

321

Date March 1, 2001

Pay JENNIFER NOVAZA
to the order of

$ 950 00/xx

Nine Hundred Fifty 00/xx Dollars

CHASE   The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Child Support for March/01
Memo

0321   ⑆0000095000⑈

---

HOLE #1 AT CABO REAL

PAUL INNELLA
EAST BRUNSWICK, NJ
315506421  4841031872621  4843 00

322

Date March 7, 2001

Pay AT&T
to the order of

$ 9244/xx

Ninety Two 46/xx Dollars

CHASE   The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Cus #
Memo

0322   ⑆0000009246⑈

---

HOLE #3 AT EAGLE POINT

PAUL INNELLA
EAST BRUNSWICK, NJ

323

Date MAR 7, 2001

Pay VERIZON WIRELESS
to the order of

$ 109 45/xx

One Hundred Nine 45/xx Dollars

CHASE   The Chase Manhattan Bank
5 World Trade Center, Ste. 2681
Plaza Level
New York, NY 10048

Acct #
Memo

0323   ⑆00000 10945⑈





December 6 - January 4, 2001
Page 2 of 2

681-00681-B003-00681-    -051-3-01-0351-0000-

Primary Account Number:

## Better Banking Checking
(continued)

PAUL INNELLA

---

**Total (17 checks)**                                                          $ 10,904.45
* Indicates gap in check sequence

| Activity | Date | | Deductions | Additions | Balance |
|---|---|---|---|---|---|
| | 12/06 | Opening Balance | | | $ 5,899.54 |
| | 12/06 | Customer Check # 263 | $ 53.16 | | $ 5,846.38 |
| | 12/06 | Checkbook Order Fee | $ 20.45 | | $ 5,825.93 |
| | 12/07 | Deposit | | $ 13.17 | $ 5,839.10 |
| | 12/08 | Electronic Check Presentment # 266 | $ 40.00 | | $ 5,799.10 |
| | 12/08 | Customer Check # 268 | $ 558.03 | | $ 5,243.07 |
| *Food Store* | 12/11 | NYCE Purchase On 12/10 | $ 190.29 | | $ 5,052.78 |
| | | 647 Route 18 , East Brunswick, NJ | | | |
| | | Card # ▓▓▓▓▓▓▓▓        Serial # ▓ | | | |
| | 12/11 | Customer Check # 264 | $ 25.25 | | $ 5,027.53 |
| | 12/11 | Customer Check # 265 | $ 32.56 | | $ 4,994.97 |
| | 12/11 | Customer Check # 267 | $ 950.00 | | $ 4,044.97 |
| | 12/12 | Customer Check # 269 | $ 500.00 | | $ 3,544.97 |
| | 12/15 | Espeed Payroll 121500 CA3000000000197 | | $ 5,322.02 | $ 8,866.99 |
| | 12/15 | Espeed Payroll 121500 CA3000000000197 | | $ 1,812.57 | $ 10,679.56 |
| | 12/15 | Flagship Timeshare 121500 558558021293 | $ 191.32 | | $ 10,488.24 |
| | 12/15 | Electronic Check Presentment # 271 | $ 44.77 | | $ 10,443.47 |
| | 12/19 | Deposit | | $ 360.00 | $ 10,803.47 |
| | 12/19 | Customer Check # 270 | $ 220.00 | | $ 10,583.47 |
| | 12/21 | Customer Check # 274 | $ 3,500.00 | | $ 7,083.47 |
| | 12/21 | Customer Check # 276 | $ 3,300.00 | | $ 3,783.47 |
| | 12/22 | Deposit | | $ 500.00 | $ 4,283.47 |
| | 12/22 | Customer Check # 255 | $ 20.00 | | $ 4,263.47 |
| | 12/22 | Customer Check # 272 | $ 200.00 | | $ 4,063.47 |
| *Food Store* | 12/26 | NYCE ATM Withdrawal On 12/24 | $ 60.00 | | $ 4,003.47 |
| | | Ryders Ln Milltown, E Brunswick 1, NJ | | | |
| | | Card # ▓▓▓▓▓▓▓        Serial # ▓▓ | | | |
| | 12/26 | Customer Check # 275 | $ 54.86 | | $ 3,948.61 |
| | 12/26 | Customer Check # 277 | $ 900.00 | | $ 3,048.61 |
| | 12/27 | Electronic Check Presentment # 279 | $ 459.32 | | $ 2,589.29 |
| | 12/28 | Customer Check # 278 | $ 48.50 | | $ 2,540.79 |
| | 12/29 | Espeed Payroll 122900 CA3000000000197 | | $ 1,997.71 | $ 4,538.50 |
| | 01/02 | Deposit | | $ 200.00 | $ 4,738.50 |
| | 01/03 | ATM Withdrawal On 01/02 | $ 100.00 | | $ 4,638.50 |
| | | Cantor Fitzgerald, 1 Wtc, NYC (22461/0A) | | | |
| | | Card # ▓▓▓▓▓▓▓▓▓        Serial # ▓▓ | | | |
| | 01/04 | Ending Balance | | | $ 4,638.50 |

---

Monthly Fee    As a valued employee of your organization, you will not be assessed monthly
banking fees for the next  3 month(s).

Capital One

VISA ACCOUNT

SEP 18 - OCT 17, 2001
Page 1 of 1

## Account Summary

| | |
|---|---|
| Previous Balance | $.00 |
| Payments, Credits and Adjustments | $.00 |
| ...sactions | $530.73 |
| ...nce Charges | $.00 |
| | |
| New Balance | $530.73 |
| Minimum Amount Due | $15.00 |
| Payment Due Date | November 17, 2001 |
| | |
| Total Credit Line | $1,000 |
| Total Available Credit | $469.27 |
| Credit Line for Cash | $1,000 |
| Available Credit for Cash | $469.27 |

## At your service

To call Customer Relations or to report a lost or stolen card:
1-800-903-3637

For free online account service and special customer offers, log on to:
www.capitalone.com

Send payments to:
Attn: Remittance Processing
Capital One Services
P.O. Box 85147
Richmond, VA 23276

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

### Payments, Credits and Adjustments

#### Transactions

| | DATE | | |
|---|---|---|---|
| 1 | 23 SEP | HOME DEPOT #9?8 MILLTOWN NJ | $30.00 |
| 2 | 01 OCT | HOME DEPOT #918 MILLTOWN NJ | 440.16 |
| 3 | 04 OCT | DIS*DISNEYSTORE.COM 800-328-0368 CA | 27.09 |
| 4 | 08 OCT | AMAZON.COM *PAYMENTS 877-243-2912 WA | 33.48 |

### Finance Charges

*Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $.00 | .04929% F | 17.99% | $.00 |
| CASH | $.00 | .04929% F | 17.99% | $.00 |

ANNUAL PERCENTAGE RATE applied this period                     0.00%

10962S

▼   PLEASE RETURN PORTION BELOW WITH PAYMENT.   ▼



* My Credit Card

EXHIBIT 15
P 1 of 3

WCB 0014 9344

Lucy's
car

PRINCETON BMW
3466 RT 1
PRINCETON, NJ 08540

BATCH: 007
S-A-L-E-S  D-R-A-F-T
74047409
000080064068

REF:    6019
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:   DEC 04, 00  19:18:39

TOTAL                $52.95

ACCT:                     EXP: 03/03
APR: 015598
NAME: PAUL V INELLA

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH IN THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

Branch Name: New Jersey   Date: 12-4-00   Sold, Furnished

Installation Address:

Purchaser(s):

Lucy   Aita

**Home Depot reserves the right to cancel this contract at any time prior to the start of the job. Home Depot determines that it cannot perform its obligations pursuant to the contract specifications.**

(window placements)

\* contract with both of
our names on it, and
showing Paul paid

04/02  14:40 FAX 732 590 5017          UNIVER. RADIOLOGY EB                    002

JAN-04-02  01:52P                                                              P.02

Lic. No. 33610500                    ③

**MANN'S HEATING & AIR CONDITIONING, INC.**
522 Smith Street · P.O. Box 601 · Perth Amboy, N.J. 08862
Perth Amboy Area (908) 826-8655
718 6900          (800) 930-MANN

Date 12/4 2000

M C.    Aita

E. Brunswick, N.J.

Supply Labor and Materials
To Clean The Supply and
Return Air ducts and install
A Mod# 560 April Air
Humidifier. All parts and
Labor Are gurnateed for one
Year.    Paid By

Credet Card m/c Paid by
mr. Poul Innella #
650.00
app # 04569

R-431                         20010816

**YOUR MEMBERSHIP STATEMENT**

**AAA Central-West Jersey**
3 AAA Drive
Hamilton, NJ 08691-1898
aaa.com
☎ 1-800-374-9806

▸ If your address has changed, check box and
fill out reverse side.

M08/        2    3712854

| MEMBERSHIP NO. | | MEMBER | BASIC DUES | AAA PLUS DUES | TOTAL |
|---|---|---|---|---|---|
| Primary | | P INNELLA | | | |
| | | L AITA | | | |

*EXHIBIT 11*
*WCB 0014 9344*

| | DUE DATE | | AMOUNT DUE | .00 |
|---|---|---|---|---|
| | **TOTAL AMOUNT ENCLOSED** | | | |

DUES BILLED ANNUALLY. Make check payable to AAAC\
*Please write your membership number on your check.*

Method of Payment:
(Note # of digits needed for each Credit Card)
☐ MasterCard (16)   ☐ American Express (15)
☐ Visa (13, 14, OR 16) ☐ Discover (16)

NC   1K-00861-002-01
PAUL INNELLA
▆▆▆▆▆▆▆▆▆
EAST BRUNSWICK, NJ ▆▆▆▆

| ACCOUNT NO. | EXP. DATE |
|---|---|
| | |

| SIGNATURE |
|---|

0783712854 90000000

**Detach and return this portion with your payment**



THIS IS NOT A CREDIT CARD

| **AUTOMOTIVE SERVICES** | **1-800-374-9806** |
|---|---|
| • 24 Hour Emergency Road Assistance | |
| • Approved Auto Repair | |
| • AAA Plus | |
| **AAA CAR BUYING SERVICE** | **1-888-634-2221** |
| **FINANCIAL** | **1-888-222-8222** |
| • Credit Cards | |
| • Auto Loans or Leases at Low Rates | |
| • Home Mortgage & Equity Loans | |
| • CDs | |
| • Money Market Accounts | |

| **INSURANCE** | **1-800-994-4222** |
|---|---|
| • Auto | |
| • Home | |
| • Renters' | |
| • Travel Accident Insurance | |
| **TRAVEL** | **1-800-436-4222** |
| • Passport Photos & International Driving Permits | |
| • Foreign and USA Tour Packages | |
| • TripTiks ® / TourBooks ® | |
| • Hotel/Motel Discounts | |
| • Hertz Car Rental Discount | |

THIS IS NOT A CREDIT CARD

**RETAIN THIS PORTION FOR YOUR RECORDS**

PLEASE KEEP THIS PORTION
FOR YOUR RECORDS

| MEMBERSHIP NO. | | MEMBER | BASIC DUES | AAA PLUS DUES | TOTAL |
|---|---|---|---|---|---|
| Primary | | P INNELLA | | | |
| | | L AITA | | | |

| | DUE DATE | | AMOUNT DUE | .00 |
|---|---|---|---|---|
| | | | | |

As requested, your replacement membership card is attached. This new card will remain valid for three (3) years,  as long as
your membership dues are paid in full each year. Please remove, sign, and carry your card with you at all times.

Use the toll-free numbers on the front of the card for easy access to AAA services 24 hours-a-day, 365 days per year. We
encourage you to use your AAA membership to its full potential by taking advantage of some of the money saving AAA
programs listed on the back of your membership card.

As a AAA member, you can be assured that everywhere you travel, we go with you, providing all the protection and convenient
services you need every time you leave home.

**Thank you for renewing your membership. Please see the back for valuable member benefits.**
*EASY RENEWAL!  Call 1-800-374-9806 or visit us on the web at www.aaacwj.com (credit card payments only).*

EXHIBIT 10
WCB 00149344

**1·800·Mattress**

CUSTOMER SERVICE 1-800-999-1000    SALES DEPARTMENT 1-800-MATTRESS

12-02-2000 02:51 PM**                    ELEVEN TRUCKERS

| CUSTOMERS NAME | | DATE |
|---|---|---|
| LUCY AITA | | 12-02-2000 |

| STREET ADDRESS | | APT. NO. |
|---|---|---|
| ▓▓▓▓▓ | | PVT |

| CROSS STREETS | | COUNTY |
|---|---|---|
| JENSEN ST | | MIDDLESEX, NJ |

| CITY | STATE | ZIP CODE |
|---|---|---|
| EAST BRUNSWICK | NJ | ▓▓▓▓▓ |

| HOME PHONE | BUSINESS PHONE | DELIVERY DATE | DELIVERY TIME |
|---|---|---|---|
| 732 254-5173 | 732 718-6900 | 12-16-2000 | A12-4 |

| SALES REP. | FORM OF PAYMENT | ADV. SOURCE |
|---|---|---|
| *Luke S/M4 | M/C/PAUL W INNELLA | SHRM |

| CREDIT CARD NO. | EXP. DATE | APPROVAL NO. |
|---|---|---|
| ▓▓▓▓▓ | 0303 | 045603 |

OFFICE USE ONLY

INSTRUCTIONS FOR DISPATCHER:                    TAKEAWAY

OTHER INSTRUCTIONS:

LM

CIOS/CCOH
BILL ADD SAME ALL CONF BY LUKE

| QUAN. | ITEM NO. | SIZE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| 2 | 35 SPLW | 5/0 | MAT STANDARD PILLOW | 0.00 |
| 1 | 36 2105 | 5/0 | MAT SPINE SUPPORT 6000 FIRM | 600.00 |
| | | | NO FRAME ORDERED!!!!! | |

NA

CB

| SET UP | | TAKE DOWN | | PICK UP OLD SET | | EXCHANGE | | |
|---|---|---|---|---|---|---|---|---|
| | X | | | | | X | ↓ | ↓ |

**CONTRACT FOR PURCHASE**

# FLOOR SUPERSTORE

282 Route 18 North
East Brunswick, NJ 08816
732-432-0078

105299

CPU ___ MPU ___ INS ✗

Name _Gary A. Arto_

Address _[redacted]_

City _E B_  State _NJ_  Zip _[redacted]_

Home Phone _254-5173_

Business Phone _764-9898 Ext 648_

Installation Date _____

Sold By _ALBERT_

Date _12-3-00_

The Approximate Price is

**MEASURE DATE** - **CUSTOMER SUPPLIED MEASUREMENTS:** I am allowing the Floor Superstore to use my measurements instead of their measuring service. I am assuming responsibility. **NO RETURNS ALLOWED.**

Customer Signature _____ Date _____

| #1 ☐ Roll ☐ Remnant ☐ Remnant to Cut ☐ Warehouse | Areas to Cover L/R ☐ D/R ☐ Hall(s) ☐ Steps ☐ |
|---|---|

| Size | Reserved ☐ | Style | Color Cust Ink | Pad Type |
|---|---|---|---|---|
| Width: FT. In. | | BRUCE TRAFFic Zone | Toledo Bossa | 738018 |

| Pattern Match YES NO | Old Carpet on Floor YES NO | Closets YES NO | Rip Up YES NO | Scrape Up YES NO | Installation YES NO | Steps YES NO | Stringers YES NO |
|---|---|---|---|---|---|---|---|

Special Instructions: _FOYER  13 × 8  appx  $954.00_ T.
(TRANS) _Tu (Tamily Rm)  (do is on wood included)_

| #2 ☐ Roll ☐ Remnant ☐ Remnant to Cut ☐ Warehouse | Areas to Cover L/R ☐ D/R ☐ Hall(s) ☐ Steps ☐ |
|---|---|

| Size | Reserved ☐ | Style | Color Cust Ink | Pad Type |
|---|---|---|---|---|
| Width: FT. In. | | For S.F.A CERAMicA STONE | Sand STONE | |

| Pattern Match YES NO | Old Carpet on Floor YES NO | Closets YES NO | Rip Up YES NO | Scrape Up YES NO | Installation YES NO | Steps YES NO | Stringers YES NO |
|---|---|---|---|---|---|---|---|

Special Instructions: _15 × 15  appx  Two  with  Install  1_

| #3 ☐ Roll ☐ Remnant ☐ Remnant to Cut ☐ Warehouse | Areas to Cover L/R ☐ D/R ☐ Hall(s) ☐ Steps ☐ |
|---|---|

| Size | Reserved ☐ | Style | Color Cust Ink | Pad Type |
|---|---|---|---|---|
| Width: FT. In. | | | | |

| Pattern Match YES NO | Old Carpet on Floor YES NO | Closets YES NO | Rip Up YES NO | Scrape Up YES NO | Installation YES NO | Steps YES NO | Stringers YES NO | Metal YES NO | New Sub Floor Req YES NO | Cove Ba YES |
|---|---|---|---|---|---|---|---|---|---|---|

■ The merchandise you have ordered is estimated for delivery by _____.

■ Merchandise cut to your order, reserved for you, or special ordered is not subject to cancellation or refund.

■ Final balance for all merchandise must be paid in full by certified check, bank check, money order or cash upon receipt of merchandise.

### Thank You!
### All Merchandise is 1ˢᵗ Quality!

In the event any form of legal action is required for the collection of any amount due under the provision of this agreement, or because of the breach of any other covenant herein contained on the part of the Customer to be kept or performed, and responsibility for same shall be established, the Customer shall pay to Floor Superstore all expenses incurred therefore, including a reasonable attorney's fee.

I have read all the terms and conditions and agree with them. I understand that any changes in this contract must be made in writing.

_Beyond of Coupon_

| Total Price | |
|---|---|
| Sales tax | |
| Grand Total | |
| Original Deposit ③ | 730 |
| Balance | |
| Ad # ◯ | |
| Ad # ◯ | |
| Ad # ◯ | |
| Final Balance | |

SALE RECEIPT
ON FLOORS
282 NORTH 18 NORTH
EAST BRUNSWICK, NJ 08816
(732) 432-0078
Thank You

800  MAST CARD SALE/SHIELD
5497604530182134
12/01/01  SAT 14:51

JUNC $ 730.00

MR. INSTALL
AMOUNT TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
BOTH AGREEMENT IF CREDIT VOUCHER)
12/03/00  Day: SAT  Time: 14:53
Inst: AUTH/XXI 002511
COPY-MERCHANT BOTTOM COPY-CUSTOMER

# EXHIBIT 4

# FLOOR SUPERSTORE

**CONTRACT FOR PURCHASE**

105299

282 Route 18 North
East Brunswick, NJ 08816
732-432-0078

CPU ___ MPU ___ INS X

Name _Lucy A. Ait_

Address ████████████████████

City _EB_   State _NJ_   Zip ████████

Sold By _ALBERT_

Home Phone _254-5173_

Business Phone _764-9898 Ext 648_

Date _12-3-00_

The Approximate Price is

**MEASURE DATE** _12-X-0_

**CUSTOMER SUPPLIED MEASUREMENTS:** I am allowing the Floor Superstore to use my measurements instead of their measuring service. I am assuming responsibility. **NO RETURNS ALLOWED.**

Customer Signature _____   Date _____

### #1  ☐ Roll  ☐ Remnant  ☐ Remnant to Cut  ☐ Warehouse   Areas to Cover L/R   D/R   Hall(s)   Steps

| Size | Reserved ☐ | Style | Color Cust Ink | Pad Type |
|---|---|---|---|---|
| Width | Ft. | In. | BRUCE | Toledo |

Traffic Zone   Bossa   73 SOLE

| Pattern Match YES NO X | Old Carpet on Floor YES NO | Closets YES NO | Rip Up YES NO | Scrape Up YES NO | Installation YES NO | Steps YES NO | Stringers YES NO |

Special Instructions: _FOYER 13 x 6 app_   934.00 T.
(TRANS)
T _Trans_   (No rip or wall included)

### #2  ☐ Roll  ☐ Remnant  ☐ Remnant to Cut  ☐ Warehouse   Areas to Cover L/R   D/R   Hall(s)   Steps

| Size | Reserved ☐ | Style | Color Cust Ink | Pad Type |
|---|---|---|---|---|
| Width | Ft. | In. | The S.S. # _Ceramica_ | _Sand Stone_ |

| Pattern Match YES NO X | Old Carpet on Floor YES NO | Closets YES NO | Rip Up YES NO | Scrape Up YES NO | Installation YES NO | Steps YES NO | Stringers YES NO |

Special Instructions: _13 x 13 App Tile with # Install_   18

### #3  ☐ Roll  ☐ Remnant  ☐ Remnant to Cut  ☐ Warehouse   Areas to Cover L/R   D/R   Hall(s)   Steps

| Size | Reserved ☐ | Style | Color Cust Ink | Pad Type |
|---|---|---|---|---|
| Width | Ft. | In. | | |

| Pattern Match YES NO | Old Carpet on Floor YES NO | Closets YES NO | Rip Up YES NO | Scrape Up YES NO | Installation YES NO | Steps YES NO | Stringers YES NO | Metal YES NO | New Sub Floor Req YES NO | Cove Bar YES N |

▪ The merchandise you have ordered is estimated for delivery by _____

▪ Merchandise cut to your order, reserved for you, or special ordered is not subject to cancellation or refund.

▪ Final balance for all merchandise must be paid in full by certified check, bank check, money order or cash upon receipt of merchandise.

## Thank You!
## All Merchandise is 1st Quality!

In the event any form of legal action is required for the collection of any amount due under the provision of this agreement, or because of the breach of any other covenant herein contained on the part of the Customer to be kept or performed, and responsibility for same shall be established, the Customer shall pay to Floor Superstore all expenses incurred therefore, including a reasonable attorney's fee.

I have read all the terms and conditions and agree with them. I understand that any changes in this contract must be made in writing.

| | |
|---|---|
| | _Beyond Carpet_ |
| Total Price | |
| Sales tax | |
| Grand Total | |
| Original Deposit ③ | 730 |
| Balance | |
| Ad # | ◯ |
| Ad # | ◯ |
| Ad # | ◯ |
| Final Balance | |

/04/02   14:40 FAX 732 390 5917          UNIVER. RADIOLOGY EB                    002
-04-02  01:52P                                                            P.02

Lic. No. 33610500          ③

**MANN'S HEATING & AIR CONDITIONING, INC.**
522 Smith Street • P.O. Box 601 • Perth Amboy, N.J. 08862
Perth Amboy Area (908) 826-8655
718 6900                        (800) 930-MANN

M C.    A·t A                              Date. 12/4 2000

E. Brunswick, N.J.

Supply Labor and Materials
To Clean The Supply and
Return Air Ducts and install
A Mod# 560 April Air
Humidifier.  All parts and
Labor Are guaranteed for one
Year.

Paid By [12-6000]

Credit card M/C paid by
Mr. Paul Innella $ 650.00
app #    04569



# CENTRAL JERSEY CONSTRUCTION & DESIGN GROUP, INC.

**829 EVERGREEN COURT, NORTH BRUNSWICK, NJ 08902**

**(732) 828-0159**

*PROPOSAL*

1 of 3

3/29/01

| Submitted To: | Mr. Mrs.Paul Innella & Lucy Aita | | Submitted By: | Mr. Joe Ramirez<br>Central Jersey Construction &<br>Design Group, Inc.<br>829 Evergreen Court<br>North Brunswick, NJ |
|---|---|---|---|---|
| | East Brunswick, N.J. | | | |
| | 732 254-7739 | | | |

We hereby propose to furnish the materials and perform the labor necessary for the completion of

## MASONRY WORK:
1. Installation of 8" x 16" concrete block wall to match existing foundation wall in garage door opening.

## FLOOR:
1. Installation of new floor joists sleepers as per drawings to match existing floor level.
2. Installation of vapor barrier.
3. Installation of insulation as per code.
4. Installation of 3/4" tong and grove dug-fir plywood.

## Walls:
1. Frameing of all walls as per drawings with 2" x 4" dug-fir lumber to match existing ceiling height.
2. Installation of exterior wall with 1/2" fire rated sheetrock as per code.
3. Insulation of exterior walls with R-13 fiberglass insulation.
4. Taping and spackling of exterior walls.
5. Re-moval of existing sheetrock covering exterior wall in garage.
6. Installation of 1/2" sheetrock on all new walls and existing exterior garage wall.
7. Taping and spackling of all interior walls.
8. Sanding of all new sheetrock ready for painting.
9. Installation of 3 1/4" pine wood base and 2 1/4" pine wood casing on doors and windows.
10. Frameing of closet as per drawing.
11. Installation of (4) 2-' x 6-' 8" luan by-pass doors on closets.
12. Installation of (2) 1" x 12" pine shelves in new closets.
13. Installation of (2) closet poles in new closet.
14. Installation of (2) 3-' x 3-' 2" vinyl new construction double hung windows with insulated glass and screens.
15. Painting of all new walls with one coat primer and one coat paint.
16. Iinstallation of (1) pre-hung 3-' x 6-' 8" 6 panel metal exterior door with key lock and dead bolt.
17. Frameing of new 3-' x 6-' 8" arch opening on existing west wall.
18. Installation of exterior siding to match existing wood siding and paint as close as passable.

## CEILING:
1. Installation of 2" x 8" dug-fir lumber ceiling joists with blocking.
2. Insulation of ceiling with R-30 fiberglass insulation.
3. Installation of 1/2" sheetrock on ceiling
4. Taping and spackling of new sheetrock.
5. Sanding of ceiling ready for painting.

6.Painting of new ceiling with one coat primer and one coat paint.

**H.V.A.C.:**
1.Installation of one air duct from existing trunk line over garage entrance door west wall to new room.

**ELECTRICAL:**
1.Installation of switches and outlets on interior walls as per code and drawings.

ALL DEBRIS GENERATED BY CONTRACTOR IS TO BE REMOVE FROM SITE.
ALL WORK GUARANTEED FOR ONE YEAR FROM DAY OF COMPLETION.
ALL PERMITS COST TO BE PAID BY OWNER.

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for the above work and completion in a substantial workmanlike manner for the sum of DOLLARS $ 10,800.00

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the proposal.  All agreements contingent upon strikes, accidents, or delays beyond our control.

**With payment to be made as follows:**
1. $ 3,000.00 upon signing of proposal.
2. $ 3,000.00 upon framing of walls and ceiling.
3. $ 3,000.00 upon installation of sheetrock.
4. $ 1,000.00 upon installation of interior trim.
5. $ 800.00 upon completion and inspections.

Respectfully submitted by:

## ACCEPTANCE OF PROPOSAL

The above price, specifications and conditions are satisfactory and are herby accepted. You are authorized to the work as specified.

Signature_____

Signature_____

Date        _____   Signature_____

# EXHIBIT 5



DANIEL KENNEDY • CERTIFIED PUBLIC ACCOUNTANT

214 Riva Ave. • Milltown, NJ  08850 • 732-422-6303 • Fax 732-422-0405

January 2, 2002

To Whom It May Concern:

On March 30, 2001 Paul W. Innella and Lucy A. Aita came to my office to go over their future plans. They informed me that had got engaged in November of 2000 and where getting married in the summer of 2001. Paul wanted to know if they filed a joint return in 2001 and if so what would be their tax situation. I told them if you get married on December 31 you were considered married for the whole year. After doing their individual returns I estimated what their taxes would be for 2001 married filing joint. I told them they needed to buy a house since that is the biggest tax deductions for individuals at this time. At that point they informed me that where going to buy Lucy parents house. I told them that I was mortgage representative and to let me know when they needed a loan or had any other questions to give me a call.

Sincerely

Daniel Kennedy CPA

#4

# EXHIBIT 6

### GROUP LIFE INSURANCE ENROLLMENT CARD

Please refer to the description of your plan for coverage options and amounts available to you.

| | First Name, | MI | Name of Employer | Group Policy No. | Claim Branch |
|---|---|---|---|---|---|
| Aita, Lucy | | | University Radiology | 40170 | |

Employee's Address:  C.B.,  NJ

| Social Security No. | Date of Birth | Date Employed | Married / Single / Widowed / Divorced | Male / Female |
|---|---|---|---|---|
| | 63 | 5/7/01 | Divorced | Female |

Please mark the appropriate box according to your plan.

| Type of Coverage | Basic Life (Non Contrib.) | Optional Life 2X | Dep. Life | Non Contrib. AD&D | Voluntary AD&D |
|---|---|---|---|---|---|
| Enter Amount | 30,000 | 59,000 | | ✓ | |
| Effective Date | 7/1/01 | 7/1/01 | | 7/1/01 | |

#### EMPLOYEE'S DEPENDENT INFORMATION

| Dependent's Last Name | First Name | Middle Initial | Date of Birth | Relationship to Employee |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

My Dependent coverage is for:          Spouse Only          Spouse & Children

My Beneficiary's Name   (Please Print)
Example:  Mary A. Doe, not Mrs. J. Doe

| Paul | W. | Innella | 75% |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

Fiance'
Relationship To Employee

| Michael | A. | Aita | 25% |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

Brother
Relationship To Employee

If more than one beneficiary is designated, settlement will be made in equal shares to the de... ...o are then still living unless their shares are specified.  If no designated beneficiary survives the insured, s... ...insured, unless otherwise provided in the Group Policy.

I request to elect the coverages noted above for which I am or may become eligible, and a... ...d contributions (if applicable).  If I do not enroll for coverage within 31 days of my date of hire or within an... ...d that I will need to provide proof of good health for all coverage amounts.  I certify that information conte... ...e to the best of my knowledge and belief, and understand that my age is the basis for determining the cost of insurance r...

Signature  Lucy A. Aita

Date  (Month, Day, Year)  7/30/01

SEE BACK FOR IMPORTANT NOTICE.

GL.98.70  Ed.2/98     Cat. # 77M371E

 Prudential

# EXHIBIT 7

## AFFIDAVIT

STATE OF NEW JERSEY    )
                            ) ss:
COUNTY OF UNION        )

     I, TIMOTHY J. DEY, ESQ., of full age, being duly sworn, according to law, upon my oath, depose and say:

1. I am an attorney licensed to practice law in the state of New Jersey.

2. Paul W. Innella was a client of mine. I represented him in a post-matrimonial collection matter vis a vis his ex-wife.

3. During this time, and through my friendship with his fiancée I came to know Paul W. Innella. I first became aware of their marriage plans when they invited me to their August 2001 wedding. At the behest of Paul's family they changed their plans so that they could join Paul's family in Las Vegas for a double wedding with Paul's brother Billy in April of 2002.

4. Paul expressed to me his desire to have a will drawn up for him. He first expressed this to me when seeking legal advice vis a vis new child support demands being made by the mother of his daughter.

5. On or about Wednesday September 5th 2001 Paul told me that the impetus behind the will was to "make sure Lucy [A. Aita] would be supported for life".

6. I am aware that if any of the foregoing statements made by me are knowingly false that I may be subject to punishment.

Sworn and subscribed before me on
May 28, 2002

_____
Harvin Freedman

HARVIN E. FREEDMAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 1, 2005

_____
Timothy J. Dey, Esq.

#3A

# EXHIBIT 8



Canada July 2001

WCB0014 9344

EXHIBITS 16 A-N
page 1 of 7



EXHIBITS° 16 A-N        WCB0014 9344
page 2 of 7

Halloween





WCB 0014 9344

EXHIBITS 16A-N
page 3 of 7

Canada July 2001



Halloween



WCB 0014 9344

EXHIBITS 16 A-N
page 4 of 7





WCB0014 934¢

EXHIBITS 16A-N
page 5 of 7



Winter 2000



WCB 0014 9344

EXHIBITS 16A-N
page 6 of 7

Engagemt 2000





WCB 0014 9344

EXHIBITS #6 A-N
page 7 of 7





# EXHIBIT 9

# INTERVAL INTERNATIONAL®
## Confirmation Certificate
### NON-TRANSFERABLE

Date:  June 13, 2001          Membership No:   909442    Confirmation No:  6152029

**Your reservation has been confirmed for:**

Resort:   Blue Tree Resort at Lake Buena Vista
Address:   12007 Cypress Run Road
            Orlando, FL  32836
Telephone:   1-407-2386000
From:    Saturday November 03, 2001    4:00 PM
To:      Saturday November 10, 2001   10:00 AM
Nearest Airport:  ORLANDO
Distance:   20 M   32 K

**Your accommodations will be:**

Unit No:   TBA          Size:  2 Bedroom
Sleeping capacity:  Private  6   or Maximum  6        Bathroom 2
Owner:  SON
Traveling party:   Adults:  4        Children:
Reservation No:  21427101
Average Monthly Temperature:    78°F    25°C

**This confirmation has been made in exchange for:**

Resort:   The Flagship Resort
From:    Friday July 20, 2001
To:      Friday July 27, 2001
Unit No: 2415          Size: 1 Bedroom

**Special Notations:**

Unit may vary from the one indicated.
Valuable confirmation insurance
available within 14 days of
confirmation. Call 800-828-8200.

If you should need assistance upon checking in at the
**U.S.A., Canada, Hawaii, and Al**
**877-700-1154**
Mon.-Fri. 7:30 a.m. - midnight Sat., Sun. & Holidays 9 :
(Eastern Time)
**Caribbean**
**305-668-3411**
Mon.-Fri. 7:30 a.m. - midnight - Sat., Sun. & Holidays 9

**PLEASE TAKE
NOTIFY THE RI**

**Please Verify**
#BWFCJBL#      MEM# 0909442
#0909442RFH05/021#
~~DEBORAH~~/PAUL W INNELLA

EAST BRUNSWICK NJ.

*(handwritten)* Time Share Vacation Stuff
*Showing Paul Made Vacation plans for us*
*# His own writing can be seen in blue*

Now **LIPITOR**
atorvastatin calcium

# INTERNATIONAL®
The Quality Vacation Exchange Network
P.O. Box 430960 · Miami, Florida 33243-0960 U.S.A.

exvcope1

IntervalWorld



**HOME   ONLINE RESORT DIRECTORY   MEMBER BENEFITS   LOG OUT**



■ **Blue Tree Resort at Lake Buena Vista** (BLT)

12007 Cypress Run Road
Orlando, FL 32836

Close to Walt Disney World and centrally located near all of the area's major attractions, shopping, and dining, the resort complex features spacious one- and two-bedroom suites, swimming pools, indoor and outdoor whirlpool spas, lighted tennis courts, basketball, volleyball, and game room. Golf, fishing, and a variety of family-oriented entertainment are also nearby.



**Region:** Lake Buena Vista, Florida
**Phone:** 407-238-6000

**Amenities On-Site:**



Click on photo for
expanded view.

Exercise Room, Equipped
Playground
Tennis
Whirlpool Spa or Hot Tub
Air Conditioning
Television, Color
Wheelchair Accessible

Grocery or Convenience Store
Swimming Pool, Outdoors
VCR/Video Rental
Laundry Facilities
Cooking Facilities
Rent Additional Time

**Amenities Nearby:**

Auto Rental
Entertainment, Live
Lake

Bar/Cocktail Lounge
Golf
Restaurant

**Red:** 1-52
**Yellow:**
**Green:**



©Copyright 1995 - 2001 Interval International.
All rights reserved. Contact us if you have any comments or questions.



TravelNow Car Search                                                                 Page 2 of 2

- 700M included, .25 per each additional M
- Newark, Nj Apt

**SEARS -- 521.91/WEEKLY**                                        
- Mini Van, Automatic, Air Conditioning
- **700M** included, .25 per each additional **M**
- Newark, Nj Apt

**NATIONAL -- 649.99/WEEKLY**                                     
- Full Size Van, Automatic, Air Conditioning
- Unlimited Mileage
- Nationl In-Ewr

## Car Reservations Search

**City**

> Use city name or airport code, i.e.: **Las Vegas or LAS**

> east brunswick, nj

**Reservation Dates & Times**

**Pickup Date:** November ▾  2 ▾  2001 ▾  📅
**Dropoff Date:** November ▾  11 ▾  2001 ▾  📅
**Pickup Time:** 3PM ▾
**Dropoff Time:** 1PM ▾

**Car Type**

**Class:** Intermediate ▾ Class Definitions
**Type:** Van ▾
**Company:** All Available ▾

Search For Cars



Need a credit card? MasterCard GUARANTEED* APPROVAL! No Employment Verification + No Credit Checks = No Credit Turndowns! Charge Offs are NO PROBLEM!

The Port Authority of New York & New Jersey

Page 1 of 1

**THE PORT AUTHORITY OF NEW YORK & NEW JERSEY** 

## Flight Details

| | |
|---|---|
| **Operates:** | Daily |
| **Depart:** | 2:25pm |
| | MCO - Orlando Intl Airport |
| | Orlando, Florida, USA |
| **Airline:** | DL - Delta Air Lines Flight 2458 |
| **Stops:** | Nonstop |
| **Aircraft:** | 73S - BOEING 737 PSGR (ALL 200/200C/200QC SER) |
| **Arrive:** | 5:15pm |
| | EWR - Newark Intl Airport |
| | New York, New York, USA |
| **Elapsed Time:** | 2 hours 50 minutes |

Back to Schedule Display...                    Back to Destination Cities...

Schedules Updated Monthly
Schedule Display Services provided by **OAG**
Schedule data Copyright © OAG and Reed Elsevier Inc. All rights reserved.

.../expsced.exe?O=2663732&ProdDir=nyc&ProdType=index&ProdForm=nyc&Form=nyce&06/13/2001

The Port Authority of New York & New Jersey

**THE PORT AUTHORITY OF NEW YORK & NEW JERSEY** 

## Flight Details

| | |
|---|---|
| **Operates:** | Daily |
| **Depart:** | 12:05pm<br>MCO - Orlando Intl Airport<br>Orlando, Florida, USA |
| **Airline:** | DL - Delta Air Lines Flight 2354 |
| **Stops:** | Nonstop |
| **Aircraft:** | 73S - BOEING 737 PSGR (ALL 200/200C/200QC SER) |
| **Arrive:** | 2:55pm<br>EWR - Newark Intl Airport<br>New York, New York, USA |
| **Elapsed Time:** | 2 hours 50 minutes |

Back to Schedule Display...          Back to Destination Cities...

Schedules Updated Monthly
Schedule Display Services provided by **OAG**
Schedule data Copyright © OAG and Reed Elsevier Inc. All rights reserved.

.../expsced.exe?O=2662608&ProdDir=nyc&ProdType=index&ProdForm=nyc&Form=nyce&06/13/2001

The Port Authority of New York & New Jersey                                    Page 1 of 1

**THE PORT AUTHORITY OF NEW YORK & NEW JERSEY** 

## Flight Details

| | |
|---|---|
| **Operates:** | Daily |
| **Depart:** | 11:15am |
| | EWR - Newark Intl Airport |
| | New York, New York, USA |
| **Airline:** | DL - Delta Air Lines Flight 2471 |
| **Stops:** | Nonstop |
| **Aircraft:** | 73S - BOEING 737 PSGR (ALL 200/200C/200QC SER) |
| **Arrive:** | 1:55pm |
| | MCO - Orlando Intl Airport |
| | Orlando, Florida, USA |
| **Elapsed Time:** | 2 hours 40 minutes |

Back to Schedule Display...                     Back to Destination Cities...

Schedules Updated Monthly
Schedule Display Services provided by **OAG**
Schedule data Copyright © OAG and Reed Elsevier Inc. All rights reserved.

.../expsced.exe?O=2649273&ProdDir=nyc&ProdType=index&ProdForm=nyc&Form=nyce&06/13/2001

CarWiz -- Drive Away A Great Deal!                                                        Page 1 of 1

Onetravel.com Home | CarWiz Home | Airfare Reservations | Hotel Reservations | Rental Car Reservations



**OneTravel.com**
Low Price. Great Advice.
All in ONE.

Create An Account          Manage Your Account          Credit Card Safety

## Car Wiz

**Customer Service**
Frequently Asked Questions (FAQ)
Almost everything you wanted to know.
Privacy & Security
How your online transaction is
protected.

● **Savings Alert**

**Sign Up Now!**
Hundreds Of Deals Weekly

Email [_____] GO

**Account**
Create An Account
An account is required before
transaction completion.
Manage Your Account
View and modify your existing account.
Manage Your Savings ALERT!
View and manage your existing
preferences.
Terms & Conditions
Important things you should know.

**Reservations**
Discount Airfares
The fastest way to the lowest airfares!
Discount Hotel Reservations
Savings at over 53,000 hotels
worldwide!
Discount Car Rentals
Find the best rental rate at thousands of
locations.

### Finding The Perfect Rental Car Deal Is Fast And Easy!
Choose the car type and the rental company that best fits your needs and
budget. Then simply click on the Book It! Button to complete your reservation.

Pick-up And Drop-off In: **NEW YORK ,NY US [EWR-NEWARK INTL]**
Pick-up Date: **11/02/01 @ 01:00 PM** /// Drop-off Date: **11/11/01 @ 01:00 PM**

| Book-It! | Rate | Company | Airport | Car Type | Free Miles/KMs | Extra Charge | Location |
|---|---|---|---|---|---|---|---|
| | $346.74 USD WEEKLY | NATIONAL | EWR | Mini-Van Automatic (MVAR) | 700 Miles | $0.28 Per Mile after FREE miles | Terminal |
| | $349.99 USD WEEKLY | DOLLAR | EWR | Mini-Van Automatic (MVAR) | 700 Miles | $0.25 Per Mile after FREE miles | Terminal |
| | $378.00 USD WEEKLY | ALAMO | EWR | Mini-Van Automatic (MVAR) | Unlimited | $0.00 | Off Terminal |
| | $429.99 USD WEEKLY | AVIS | EWR | Mini-Van Automatic (MVAR) | Unlimited | $0.00 | Terminal |
| | $429.99 USD WEEKLY | HERTZ | EWR | Mini-Van Automatic (MVAR) | 700 Miles | $0.29 Per Mile after FREE miles | Terminal |
| | $499.00 USD WEEKLY | BUDGET | EWR | Mini-Van Automatic (MVAR) | 700 Miles | $0.25 Per Mile after FREE miles | Terminal |
| | $499.00 USD WEEKLY | SEARS | EWR | Mini-Van Automatic (MVAR) | 700 Miles | $0.25 Per Mile after FREE miles | Terminal |

Onetravel.com Home | Airfare Reservations | Hotel Reservations | Rental Car Reservations | Become an Affiliate Partner

Questions, Comments, Feedback?

Copyright and trademark OneTravel.com, Inc. 1994-2001. All rights reserved including international rights.

../availresults.cfm?SessionID=4FAF2E18-5FE9-11D5-8CEE0002B318DEAC&DK=100000.06/13/2001

Make a Reservation - review your reservation                           Page 1 of 2

**Your Car**

Sport Utility



**Chevrolet Blazer or Similar**

**Pickup:**
Newark Intl Airport/Shuttle, NJ
(EWR)
Friday, November 02, 2001
3:00 PM

**Dropoff:**
Newark Intl Airport/Shuttle, NJ
(EWR)
Sunday, November 11, 2001
3:00 PM

Options Selected:
Additional Driver (1)



Subtotal=$539.42 USD

Need more information? Click on
individual items for details or the [?]
icon for details by section.



## select rental options and calculate total

**Base Rate - Sport Utility (USD)**
(1) Weekly Rate ($298.99/wk)
(2) Daily Rate ($58.99/day)
Rate Code LQ
Guaranteed Base Rate
Unlimited Mileage

Su

**Primary Driver's Age** [?]

⦿   25 years of age and older

○   Under 25 years of age ($25.00/day)

*Most locations minimum age 21, read about exceptions.*

Su

**Additional Drivers and Additional Driver's Age** [?]

[1 ▼]  Please select the number of additional drivers ($4.99/day)

[0 ▼]  How many of the additional drivers above are under 25 yrs of
        age? ($25.00/day)
        *Most locations minimum age 21, read about exceptions.*

Su

**Additional Items** [?]

[0 ▼]  Child Safety Seat ($5.99/day)

☐     Collision Damage Waiver ($18.99/day)

☐     Extended Protection ($10.95/day)

☐     Prepaid Gas ($1.99/gal)

Su

**Taxes, Surcharges and Fees** [?]

Airport Access Fee (9.23%)

Sales Tax (6%)

Vehicle License Fee Recoupment (0.92%)

Su

**Calculate Estimated Total**
*Estimated charges are confirmed based on the
information you have provided; only taxes, fees, and
surcharges are subject to change.*

[ calculate ]

**Personal Information**
* Required Fields

First Name *                          Last Name *
[ Paul ]                              [ Innella ]

E-mail Address *
[ PINNELLA@ESPEED.COM ]

Would you like to receive our weekly Hot Deals on Wheels E-mail?

○ Yes, in HTML with graphics   ○ Yes, in Text   ⦿ No, not at this time

**Counter Check-In or QuickRent/Counter Bypass?**

      

# RESORT HIGHLIGHTS

Membership No:   909442          Confirmation No:      6152029    BLT    2 Bedroom          Page:    5

## SPECIAL NEEDS FACILITIES & ADVICE

Check-in area accessible by wheelchair.
Resort does not have elevator(s).

## TOURIST INFORMATION

FLAUSA Visit Florida P.O. Box 1100
Tallahassee, FL  32301-1100 888-735-2872
fcn.state.fl.us flausa.com
Orlando/Orange County Convention & Visitors Bureau 6700 Forum Drive, Suite 100
Orlando, FL 32821 407-363-5800; 800-643-9292
www.go2orlando.com

exvcope3



> Hotel Specials
> "Here's the Deal"
> Cancel Reservation

## TravelNow.com

☒ Click to learn more...

Possible selection of cars in **Newark, NJ** for pickup on **Nov 02, 2001** and drop off on **Nov 11, 2001**...

### Search Results

**DOLLAR -- 349.99/WEEKLY**                                    (BOOK IT)

- Mini Van, Automatic, Air Conditioning
- **700M** included, **.25** per each additional **M**
- Newark Intl Ar

**ALAMO -- 378.00/WEEKLY**                                     (BOOK IT)

- Mini Van, Automatic, Air Conditioning
- Unlimited Mileage
- Newark Interna

**ALAMO -- 378.00/WEEKLY**                                     (BOOK IT)

- Special Van, Automatic, Air Conditioning
- Unlimited Mileage
- Newark Interna

**NATIONAL -- 419.99/WEEKLY**                                  (BOOK IT)

- Mini Van, Automatic, Air Conditioning
- **700M** included, **.29** per each additional **M**
- Nationl In-Ewr

**AVIS -- 429.99/WEEKLY**                                      (BOOK IT)

- Mini Van, Automatic, Air Conditioning
- Unlimited Mileage
- Newark Airport

**HERTZ -- 429.99/WEEKLY**                                     (BOOK IT)

- Mini Van, Automatic, Air Conditioning
- **700M** included, **.29** per each additional **M**
- Newark Airport

**BUDGET -- 521.91/WEEKLY**                                    (BOOK IT)

- Mini Van, Automatic, Air Conditioning
- 700M included, .25 per each additional M

Case 1:03-md-01570-GBD-SN   Document 7592-14   Filed 01/13/22   Page 70 of 83

 **Check in at the counter to complete**
**your rental details.**

**Finish the details**
**online, bypass counte**
**pickup.**



*Your reservation request will be cancelled in 10 minutes if you do not confirm this car.*
*You can also click on Quit to cancel the request and return to the Alamo Reservation Page.*

go back          quit

**If you would prefer to make this reservation with an Alamo Represen**
**please call 1-877-252-6600.**

Need technical help? Click here or call 1-877-252-6600.

© Alamo Rent A Car, LLC. All Rights Reserved. View our Privacy Statement. SER'

# EXHIBIT 10

## AFFIDAVIT

State of New Jersey     )

County of Middlesex     )

I Lucy M. Aita, of full age, upon my oath do hereby say:

1. I am the mother of Lucy A. Aita. I reside at ▇▇▇▇▇▇▇ East Brunswick, New Jersey ▇▇▇ and have resided there at all times relevant to events referred to herein. I live with my husband Carmen, daughter Lucy A., and my grandson Kyle (Lucy's son from a prior marriage). Both my husband and I are approaching eighty years of age and are disabled.
2. My daughter and Paul W. Innella met on the Internet in August of 2000. On October 13, 2000 Paul moved into our home at ▇▇▇▇▇▇▇ East Brunswick. Paul resided with us until his untimely death in the September 11th attacks.
3. Paul and my daughter got engaged on November 12th of 2000. They announced their engagement to my family on that same day. They announced that the ceremony would be during the summer of 2000. They later changed the wedding date to April of 2001 upon the suggestion of Paul's family to accord with a family vacation already planned by Paul's family.
4. During the time that Paul lived with us he regularly paid for utilities, home improvements, maintenance, household items, and food. The large majority of what Paul paid to support my daughter and our home was in cash.
5. My husband and I are on a fixed income and have trouble keeping up financially. My daughter has health problems and is often unable to work.
6. In addition to financial support, Paul provided labor and services requisite to maintaining the home.
7. Paul was not only endeared to my daughter, he was like a son to my husband and I. Paul made us feel safe and secure. We cannot begin to describe the magnitude of loss we feel with Paul gone.
8. I am aware that if any of the statements made by me are knowingly false that I may be subject to punishment.

Sworn and subscribed to me
on January 27, 2002.

_Timothy J. Dey, Esq._
Timothy J. Dey, Esq.
Attorney at Law, State of New Jersey

_Lucy M. Aita_
Lucy M. Aita

# EXHIBIT 11

Michael A. Aita

Monmouth Junction, NJ

August 4, 2003

Dear Mr. Feinberg,

I am the brother of Lucy Aita who was the fiancé/domestic
partner of the late Paul W. Innella.

I had the pleasure of meeting Paul shortly after he and my sister
started dating.  Paul and I quickly became friends as we had much
in common.  In the spring of 2001 Paul asked me to be his best
man at his and my sisters wedding.  I accepted; at that time their
wedding was to take place the next summer.  It was before then
that Paul and my sister spoke with me about their intent to purchase
my parents home as their own, I agreed with their decision.
They had began construction on the house and had done many repairs
and much remodeling.  The house was still under construction at the
time of Paul's death on 9/11.  Paul's family, including his sister and
mother were present when Paul and Lucy spoke of their plans to buy
the house.  They also were very pleased at their decision.  I consented
to taking less then half of the asking price of the house (as the house
was to be part of my inheritance along with my sister) as my disabled,
elderly parents would be living with them for the remainder of their
lives. At that time my parents were already 80 years old.  Paul and
Lucy had no intention of neither leaving my parents nor moving to
another home. Their home at ▮▮▮▮▮▮▮▮ East Brunswick, New
Jersey was their permanent residence and was to remain as such.

If you wish to contact me please do so at 732-438-0345 at any time.
I could not attend today's hearing due to having just had a hernia
repair less than two weeks prior.

Sincerely,

Michael A. Aita

#7

# EXHIBIT 12

CLAIMANT: Lucy A. Aita

Reason for Decision:

Claimant is the mutual interdependent of a 38-year old male, who was a victim of a terrorist act at the World Trade Center on September 11, 2001 in New York, New York.

After reviewing the file and the evidence submitted, I find that eligibility and jurisdiction have been established; and that the provisions of Article 22, Section 631, of the Executive Law have been complied with.  The victim was an innocent victim of a crime.

Accordingly, an award is herein made and payable, pursuant to claimant's authorization dated October 30, 2001 as follows:

To:

Lucy A. Aita                                                                                    $14,722.77

East Brunswick, NJ
SS#:
(for loss of support from 9/11/01 to 2/28/02)

                **TOTAL AWARD**    **$14,722.77**

Executive Law Section 626 (1) provides the Board may consider reimbursement for the cost of counseling for the eligible spouse, parents, step-parents, grandparents, guardians, siblings, step-siblings, children and step-children of a homicide victim.  Therefore, pursuant to Executive Law Section 626 (1), claimant will be permitted to submit to the Board for consideration of payment evidence of any causally related unreimbursed counseling expense, if incurred as a direct result of the crime, after submission to any applicable health insurance coverage.  The Crime Victims Board is payer of last resort.

In addition, commencing March 2002 claimant shall receive the sum of $2,607.58 payable monthly.  Said payments shall continue during the period of claimant's dependency.  Should claimant remarry or should claimant receive any additional income from any source whatsoever, then and in that event claimant must immediately notify the Crime Victims Board in writing of such change in circumstances and a re-evaluation of claimant's entitlement will be made.  In no event shall the award payable for loss of support exceed the sum of $30,000.00 in the aggregate, which includes all prior payments made to this claimant for loss of support.

Dated:    **FEB 0 8 2002**

Dated at Brooklyn, New York

Signed: _____
Joan A. Cusack
Chairwoman

JAC: lm



East Brunswick, NJ

| CHAIRWOMAN |
| Joan A. Cusack |

## MEDICAL AND FUNERAL EXPENSES

| PROVIDER | TOTAL | ALLOWED | RECEIVED | BALANCE |
|---|---|---|---|---|
| | | | | |

COUNSELING: Yes

## EMPLOYMENT

Occupation  University Radiology Group        Monthly Salary    6,710.66

| | |
|---|---|
| Federal Income Tax | 1,473.33 |
| State Income Tax | 383.06 |
| City Income Tax | 0 |
| Social Security | 513.36 |
| Personal Expenses | 0 |
| TOTAL | 2,369.75 |
| Net Income | 4,340.91 |

| Present Income: | |
|---|---|
| Pension | 0 |
| Social Security | 0 |
| Workers' Compensation | 1,733.33 |
| TOTAL | 1,733.33 |

| Lost of Support | From 9/11/01 | thru 2/28/02 | | |
|---|---|---|---|---|
| Months | 5 | thru 4,340.91 | = | 21,704.55 |
| Weeks | 2.8 | at 1,001.74 | = | 2,804.87 |
| | | TOTAL | | 24,509.42 |

| Reimbursements: | | | | |
|---|---|---|---|---|
| (WC) | 5 mos. | at $1,733.33 | = | $ 8,666.65 |
| (WC) | 2.8 wks | at $ 400.00 | = | $ 1,120.00 |
| (Salary Cont.) | | at | | |
| | | Total Reimbursement | = | $ 9,786.65 |
| | | Actual Loss of Support | = | $14,722.77 |

Attorney's Fees        $

| | |
|---|---|
| Total Funeral Expenses | -0- |
| Total Medical Expenses | -0- |
| Total Loss of Support | $14,722.77 |
| **TOTAL AWARD** | $14,722.77 |
| Less Emergency Award (s) | -0- |
| Attorney Fee | -0- |
| **TOTAL AWARD DUE** | **$14,722.77** |
| Award Payable Monthly Effective March 2002 | $  2,607.58 |

50 Park Place
Newark, NJ 07102
(973) 648-2107
FAX (973)648-3937
or (973) 648-7031

WCB 0014 9344
EXHIBIT 7

www.state.nj.us/victims
njvictims@yahoo.com

# State of New Jersey
### VICTIMS OF CRIME COMPENSATION BOARD

*JAMES E. MCGREEVEY*
*Governor*

*Jacob C. Toporek*
*Chairman*

Lucy Aita

February 21, 2002

East Brunswick,  New Jersey

RE
Claim #: 40205
Victim:Paul Innella
Claimant : Lucy Aita

The above referenced Victims of Crime Compensation Board claim has been reviewed and been determined to be eligible for compensation.

The claim has been assigned to the Board Investigator whose name and telephone number appears at the bottom of this letter.  We are pleased to notify you of eligibility for compensation, however, further review and processing will be done in a chronological order so that claims filed first will be concluded first.

The claim will now enter the compensation phase, wherein the Board's investigator will verify losses.  A recommendation as to compensation will be sent to you as to out of pocket medical expenses and/or loss of earnings or loss of support.

Accordingly, please cooperate with the Board's investigator in responding expeditiously to requests for verification of crime related out of pocket expenses.

Furthermore, should additional information come to the Board's attention which might require the Board to amend its determination of eligibility, appropriate notification will be sent.  An opportunity to respond to the amendment will be afforded.

**PLEASE BE SURE TO NOTIFY YOUR INVESTIGATOR OF ANY CHANGES OF ADDRESS. YOUR CONTINUED COOPERATION WITH THE BOARD AND ITS AGENTS IS APPRECIATED.**

**Your Investigator is : Eddie Hernandez**
**Telephone Number : 973-648-7961**

When It Seems No One Cares - We Do

 **American
Red Cross**

**National Headquarters**
Jefferson Park
8111 Gatehouse Road
Falls Church, VA  22042-1203

December 24, 2001

Ms. Lucy Aita
██████████
East Brunswick, NJ ████████

Dear Ms. Aita:

Please accept the enclosed second gift on behalf of the American Red Cross
and the generous people of this nation, in support of your family.

This second gift is based on the conversation you and our caseworker had on
the additional needs determined by information you provided us. This gift is
a tax-free, direct grant to you and your family. If there are other
unanticipated needs for your family over the next several months, please let
us know.

If there is anything more the American Red Cross can do to assist you,
please do not hesitate to contact us.

With deepest sympathy,

Harold J. Decker
Chief Executive Officer

Enclosure

13713938



**Jeffrey R. Sweet**
**Acting Chairman**

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY  13902-5205
*www.wcb.state.ny.us*

(866) 681-5354

## State of New York - Workers' Compensation Board

### In regard to Paul Innella, WCB Case #0014 9344

#### NOTICE OF DECISION
#### (Death Claim)
*keep for your records*

At the Workers' Compensation hearing held on 09/08/2003 involving the claim of Paul Innella at the PATCHOGUE hearing location, Judge George Greenblatt made the following decision, findings and directions:

AWARD - THE EMPLOYER OR INSURANCE CARRIER ARE DIRECTED TO PAY AT ONCE AS FOLLOWS:

Continuing award.

The period from 9/11/2001 to 9/8/2003 for 103.8 weeks totaling $41,520.00 is awarded as follows:

| Award to: | Relation | DOB | Pct | Rate / week | Total | Pay to: |
|---|---|---|---|---|---|---|
| Lucy Aita | Spouse | | 36.67% | $220.00 | $22,836.00 | Lucy A. Aita |
| Victoria J. Jones | Child | | 30.00% | $180.00 | $18,684.00 | Jennifer Novara as guard |

Carrier Continue Payments bi-weekly in the amount of $800.00

*Any money previously paid for the above period(s) will be deducted from the total amount.*

DECISION:   I find that based on the testimony and evidence presented that Lucy Aeita was the domestic partner of Paul Inella pursuant to Section 4 of the Worker's Compensation Law.  No further action is planned by the Board at this time.

FEES:

As lien on above award payable by separate check by carrier TO CLAIMANT'S REPRESENTATIVE OR ATTORNEY:

| Sum of | To |
|---|---|
| $7,500.00 | Robert Koenigsberg |

| | | | |
|---|---|---|---|
| Claimant - | Paul Innella | Employer - | Cantor Fitzgerald, LP |
| Social Security No. - | | Carrier - | Pacific Indemnity Company |
| WCB Case No. - | 0014 9344 | Carrier ID No. - | W168009 |
| Date of Accident - | 09/11/2001 | Carrier Case No. - | 71656178/486 |
| District Office - | Hauppauge | Date of Filing of this Decision – | 09/16/2003 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23 (4/98)

# EXHIBIT 13

letter to President Biden

President Joseph R. Biden
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

May 24, 2021

Dear President Biden,

My name is Lucy Aita and I was the fiance/domestic partner of the late Paul W.
Innella. Paul jumped to his death from the 103rd floor of tower 1 of the World Trade
Center on September 11, 2001. He was a shining light at Cantor Fitzgerald. It was
the worst day of my life. We loved each other so much and were looking forward to a
long life together.

The 9/11 attack impacted my life in such a way that I have never been the same. I
suffer so greatly to this very day. I was a strong young woman on September 10th and
turned into a frail anxiety stricken scared beaten down woman on September 11. My
life long dreams have never come true no matter how hard I tried, the attack damaged
me in a way that is unreversable.  The attack left me in such a state that I ended
up on disability and unable to resume working. I lost my joy for living and my
spirit left with my fiances. I wonder everyday how my life would have been with my
love by my side and feel sorry for myself and for everyone else who has lost a loved
one. I try to find the joy in life I have been missing and have some good days, but
so many days are dark. Dark like 9/11 with constant reminders and pain.

Please, I am begging you to hold Saudi Arabia accountable for what they have done.
The evidence is clear that they supported the highjackers. It is urgently important
that all the government documents are publicly released, all that is related to
Saudi Arabia's role in the 9/11 attack. It is almost 20 years since the attack and
there is no valid reason for the documents to be kept secret. It is an injustice to
all of us who suffer so greatly from loss from 9/11 for our own government to
continue to keep these documents secret. By not publicly releasing these documents
our governement is actually protecting the Saudi goverment and is a terrible
injustice to the 9/11 community and all Americans.

I am asking the Biden administration to take this historic opportunity to reverse
this injustice and to do the right thing...for all of us who still suffer so greatly
and for the rest of America.

Again, I beg you, on behalf of the memory of my beloved fiance Paul W. Innella who
jumped barefoot to his death from the 103rd floor of the burning building at the
young age of 33...that you stop this injustice by helping protect the Kingdom of
Saudi Arabia at the expense of all of us still grieving our loss and for the 9/11
community and all Americans. Please release the documents, it is the right thing to
do.

Sincerely,

letter to President Biden

Lucy Aita

Monroe, NJ