# EXHIBIT A-1

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rudy | | Abad | | Marie | Rose | Abad | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 2 | Debra | | Lavender | | Michael | | Bocchino | | 02-cv-7230 | $ 2,000,000.00 | $ 6,104,931.00 | $ 8,104,931.00 |
| 3 | Irene | | Boehm | | Bruce | | Boehm | | 02-cv-7230 | $ 2,000,000.00 | $ 5,396,052.00 | $ 7,396,052.00 |
| 4 | Nancy | | Kimbell | | Mary | Jane | Booth | | 02-cv-7230 | $ 2,000,000.00 | $ 440,374.00 | $ 2,440,374.00 |
| 5 | Manuel | | Bourdier | | Francisco | | Bourdier | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 6 | Erica | | Brennan | | Peter | | Brennan | | 02-cv-7230 | $ 2,000,000.00 | $ 6,156,343.00 | $ 8,156,343.00 |
| 7 | Kathleen | | Brunton | | Vincent | | Brunton | | 02-cv-7230 | $ 2,000,000.00 | $ 5,081,702.00 | $ 7,081,702.00 |
| 8 | Ernst & Josephine | | Buck | | Gregory | J. | Buck | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 9 | Sheri | | Burlingame | | Charles | | Burlingame | | 02-cv-7230 | $ 2,000,000.00 | $ 6,813,981.00 | $ 8,813,981.00 |
| 10 | Elaine | | Chevalier | | Swede | | Chevalier | | 02-cv-7230 | $ 2,000,000.00 | $ 15,309,878.00 | $ 17,309,878.00 |
| 11 | Steven | | Chu | | Pamela | | Chu | | 02-cv-7230 | $ 2,000,000.00 | $ 10,057,292.00 | $ 12,057,292.00 |
| 12 | Deborah | | Razzano | | Anthony | | Coladonato | | 02-cv-7230 | $ 2,000,000.00 | $ 6,962,368.00 | $ 8,962,368.00 |
| 13 | Theresa | | Cove | | James | E. | Cove | | 02-cv-7230 | $ 2,000,000.00 | $ 4,767,767.00 | $ 6,767,767.00 |
| 14 | Amy | Marie | Waters-Davidson | | Scott | | Davidson | | 02-cv-7230 | $ 2,000,000.00 | $ 7,883,927.00 | $ 9,883,927.00 |
| 15 | Lorraine | | Delapenha Fichera | | Donald | | Delapenha | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 16 | Kathryn | | Dennis | | Thomas | | Dennis | | 02-cv-7230 | $ 2,000,000.00 | $ 6,242,888.00 | $ 8,242,888.00 |
| 17 | Rosemary | | Dillard | | Eddie | | Dillard | | 02-cv-7230 | $ 2,000,000.00 | $ 1,511,098.00 | $ 3,511,098.00 |
| 18 | Leslie | | Dimmling | | William | | Dimmling | | 02-cv-7230 | $ 2,000,000.00 | $ 9,597,527.00 | $ 11,597,527.00 |
| 19 | Marguerita | | Domanico | | James | | Domanico | | 02-cv-7230 | $ 2,000,000.00 | $ 1,655,064.00 | $ 3,655,064.00 |
| 20 | Maureen | | Dominguez | | Carlos | | Dominguez | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 21 | Rosaleen | | Shea | | Mary | Yolanda | Dowling | | 02-cv-7230 | $ 2,000,000.00 | $ 2,140,926.00 | $ 4,140,926.00 |
| 22 | Cynthia | | Droz | | Charles | | Droz | | 02-cv-7230 | $ 2,000,000.00 | $ 4,711,795.00 | $ 6,711,795.00 |
| 23 | Corinne & Charles | | Evans | | Eric | B. | Evans | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 24 | Catherine | Anne | Faughnan | | Christopher | | Faughnan | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 25 | Frank | | Fetchet | | Bradley | | Fetchet | | 02-cv-7230 | $ 2,000,000.00 | $ 11,847,690.00 | $ 13,847,690.00 |
| 26 | Erin | | Finnegan | | Michael | | Finnegan | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 27 | Patricia | | Fitzsimons | | Richard | | Fitzsimons | | 02-cv-7230 | $ 2,000,000.00 | $ 962,670.00 | $ 2,962,670.00 |
| 28 | Cathy | | Geyer | | James | | Geyer | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 29 | Phyllis & Joseph | | Gilly | | Laura | | Gilly | | 02-cv-7230 | $ 2,000,000.00 | $ 2,653,217.00 | $ 4,653,217.00 |
| 30 | Gerald | | Golkin | | Andrew | | Golkin | | 02-cv-7230 | $ 2,000,000.00 | $ 21,499,779.00 | $ 23,499,779.00 |
| 31 | Teresa | | Gomez | | Enrique | | Gomez | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 32 | Blanca | | Gomez | | Jose | | Gomez | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 33 | Sandra | | Munro | | Elvira | | Granitto | | 02-cv-7230 | $ 2,000,000.00 | $ 2,538,026.00 | $ 4,538,026.00 |
| 34 | Raymond | | Habib | | Barbara | | Habib | | 02-cv-7230 | $ 2,000,000.00 | $ 4,227,257.00 | $ 6,227,257.00 |
| 35 | Thomas | P. | Heidenberger | | Michele | | Heidenberger | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 36 | Mary | Jean | Heller | | H. Joseph | | Heller | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 37 | Edward & Alice | | Henry | | Joseph | Patrick | Henry | | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 38 | Sheri | Ann | Iskenderian | | Aram | | Iskenderian | | 02-cv-7230 | $ 2,000,000.00 | $ 8,436,129.00 | $ 10,436,129.00 |
| 39 | Jennifer | | Jardim | | Mark | | Jardim | | 02-cv-7230 | $ 2,000,000.00 | $ 12,815,956.00 | $ 14,815,956.00 |
| 40 | Christine | | Jean-Pierre | | Francois | | Jean-Pierre | | 02-cv-7230 | $ 2,000,000.00 | $ 559,485.00 | $ 2,559,485.00 |

| # | First | MI | Last | | First | MI | Last | Case | Solatium | Economic | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | Elizabeth | Russell | Jordan | | Robert | | Jordan | 02-cv-7230 | $ 2,000,000.00 | $ 30,616,985.00 | $ 32,616,985.00 |
| 42 | Geoffrey | James | Judge | | Ann | | Judge | 02-cv-7230 | $ 2,000,000.00 | $ 2,353,703.00 | $ 4,353,703.00 |
| 43 | Dohee | | Kang | | Joon | Koo | Kang | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 44 | Frederick | | Kelley | | Janet | | Kelley | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 45 | Alison | M. | Kinney Lewandowski | | Brian | | Kinney | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 46 | Paul | | Kolpak | | Vanessa | | Kolpak | 02-cv-7230 | $ 2,000,000.00 | $ 7,402,325.00 | $ 9,402,325.00 |
| 47 | Elizabeth | | Kovalcin | | David | | Kovalcin | 02-cv-7230 | $ 2,000,000.00 | $ 3,436,600.00 | $ 5,436,600.00 |
| 48 | Anna | | Kren | | John | | Kren | 02-cv-7230 | $ 2,000,000.00 | $ 3,538,709.00 | $ 5,538,709.00 |
| 49 | Sandra | | Lang | | Brendan | | Lang | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 50 | Stephen | | Massell | | Rosanne | | Lang | 02-cv-7230 | $ 2,000,000.00 | $ 70,993,695.00 | $ 72,993,695.00 |
| 51 | Carolann | | Larsen | | Scott | | Larsen | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 52 | Dennis & Jennifer | | Levi & Levi-Longyear | | John | | Levi | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 53 | Joseph | | Reitano | | Vincent | | Litto | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 54 | Lorraine | | Lynch | | Sean | | Lynch | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 55 | Christina | | Lynch-Burgdorf | | Richard | | Lynch | 02-cv-7230 | $ 2,000,000.00 | $ 15,680,422.00 | $ 17,680,422.00 |
| 56 | Valerie | | Magee | | Brian | | Magee | 02-cv-7230 | $ 2,000,000.00 | $ 4,224,580.00 | $ 6,224,580.00 |
| 57 | Brinley | | Maloney | | Edward | | Maloney III | 02-cv-7230 | $ 2,000,000.00 | $ 9,310,925.00 | $ 11,310,925.00 |
| 58 | Megan | | Manning | | Terence | John | Manning | 02-cv-7230 | $ 2,000,000.00 | $ 18,309,952.00 | $ 20,309,952.00 |
| 59 | Mary Jane | | Maounis | | James | | Maounis | 02-cv-7230 | $ 2,000,000.00 | $ 3,006,409.00 | $ 5,006,409.00 |
| 60 | Sheila | | Martello | | James | | Martello | 02-cv-7230 | $ 2,000,000.00 | $ 152,298,496.00 | $ 154,298,496.00 |
| 61 | Margaret | | Mathers | | Charles | | Mathers | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 62 | Taryn | | McHale | | Thomas | | McHale | 02-cv-7230 | $ 2,000,000.00 | $ 12,478,974.00 | $ 14,478,974.00 |
| 63 | Elizabeth | | McLaughlin O'Brien | | Robert | | McLaughlin | 02-cv-7230 | $ 2,000,000.00 | $ 26,463,046.00 | $ 28,463,046.00 |
| 64 | Elizabeth | | McNally | | Edmund | | McNally | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 65 | Joseph | Richard | Mickley | | Patricia | | Mickley | 02-cv-7230 | $ 2,000,000.00 | $ 4,206,596.00 | $ 6,206,596.00 |
| 66 | Arjan | | Mirpuri | | Rajesh | | Mirpuri | 02-cv-7230 | $ 2,000,000.00 | $ 22,294,852.00 | $ 24,294,852.00 |
| 67 | Mark | | Morabito | | Laura | | Morabito | 02-cv-7230 | $ 2,000,000.00 | $ 4,869,712.00 | $ 6,869,712.00 |
| 68 | Agnes | | Moran | | Kathleen | | Moran | 02-cv-7230 | $ 2,000,000.00 | $ 6,164,964.00 | $ 8,164,964.00 |
| 69 | Kimberly | Ann | Martone | | Christopher | | Morrison | 02-cv-7230 | $ 2,000,000.00 | $ 13,296,182.00 | $ 15,296,182.00 |
| 70 | Madeline | | Moy | | Teddington | H. | Moy | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 71 | Patrick | | Mullan | | Michael | | Mullan | 02-cv-7230 | $ 2,000,000.00 | $ 7,544,828.00 | $ 9,544,828.00 |
| 72 | Heidi/Haidje | | Naples | | Frank | | Naples | 02-cv-7230 | $ 2,000,000.00 | $ 5,792,950.00 | $ 7,792,950.00 |
| 73 | Amy | | Newton | | Christopher | | Newton | 02-cv-7230 | $ 2,000,000.00 | $ 19,247,810.00 | $ 21,247,810.00 |
| 74 | Susan | | Newton-Carter | | Christopher | | Newton-Carter | 02-cv-7230 | $ 2,000,000.00 | $ 4,352,629.00 | $ 6,352,629.00 |
| 75 | Christine | | O'Berg Connolly | | Dennis | | O'Berg | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 76 | Mary | | Duff | | Peter | | Ortale | 02-cv-7230 | $ 2,000,000.00 | $ 54,282,160.00 | $ 56,282,160.00 |
| 77 | Michelle | | Orth Ankenman | | Jane | Marie | Orth | 02-cv-7230 | $ 2,000,000.00 | $ 1,769,761.00 | $ 3,769,761.00 |
| 78 | Alexandra | | Ortiz Reszka | | Sonia | | Ortiz | 02-cv-7230 | $ 2,000,000.00 | $ 935,795.00 | $ 2,935,795.00 |
| 79 | Joseph | | Palombo | | Frank | | Palombo | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 80 | Carolyn | | Panatier | | Christopher | | Panatier | 02-cv-7230 | $ 2,000,000.00 | $ 8,992,815.00 | $ 10,992,815.00 |
| 81 | Navila | | Patterson | | Bernard | | Patterson | 02-cv-7230 | $ 2,000,000.00 | | $ 2,000,000.00 |
| 82 | Megan | | Pelino | | Todd | Douglas | Pelino | 02-cv-7230 | $ 2,000,000.00 | $ 6,785,207.00 | $ 8,785,207.00 |
| 83 | Vicki | | Tureski | | Steve | | Pollicino | 02-cv-7230 | $ 2,000,000.00 | $ 11,249,169.00 | $ 13,249,169.00 |
| 84 | Elaine & Corinne | | Miller/Krachtus | | Daphne | | Pouletsos | 02-cv-7230 | $ 2,000,000.00 | $ 3,156,974.00 | $ 5,156,974.00 |
| 85 | Janice | | Punches | | Jack | | Punches | 02-cv-7230 | $ 2,000,000.00 | $ 4,031,580.00 | $ 6,031,580.00 |
| 86 | Michael | | Quinn | | James | | Quinn | 02-cv-7230 | $ 2,000,000.00 | $ 3,009,609.00 | $ 5,009,609.00 |
| 87 | Nancy | | Holzhauer | | Gerard | | Rauzi | 02-cv-7230 | $ 2,000,000.00 | $ 2,335,847.00 | $ 4,335,847.00 |

| # | First | Middle | Last | First2 | Middle2 | Last2 | Case | Amount 1 | Amount 2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 88 | Sharon | | Reich | Howard | | Reich | 02-cv-7230 | $ 2,000,000.00 | $ 775,061.00 | $ 2,775,061.00 |
| 89 | James | | Riches | James | | Riches | 02-cv-7230 | $ 2,000,000.00 | $ 6,764,076.00 | $ 8,764,076.00 |
| 90 | Barbara | | Ropiteau-Galloway | Eric | Thomas | Ropiteau | 02-cv-7230 | $ 2,000,000.00 | $ 2,842,245.00 | $ 4,842,245.00 |
| 91 | Brendan | Joseph | Ryan | Kristin | Irvine | Ryan | 02-cv-7230 | $ 2,000,000.00 | $ 7,118,683.00 | $ 9,118,683.00 |
| 92 | Bernard | | Salamone | Marjorie | | Salamone | 02-cv-7230 | $ 2,000,000.00 | $ 2,315,369.00 | $ 4,315,369.00 |
| 93 | Danielle | | Salerno | John | | Salerno | 02-cv-7230 | $ 2,000,000.00 | $ 13,810,885.00 | $ 15,810,885.00 |
| 94 | Sally | | Calvin | Frank | | Salvaterra | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 95 | Eugenia | | Bogado | Carlos | A. | Samaniego | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 96 | Lynne | | San Phillip | Michael | | San Phillip | 02-cv-7230 | $ 2,000,000.00 | $ 3,250,271.00 | $ 5,250,271.00 |
| 97 | Maria | | Silverstein-Verhoog | Craig | | Silverstein | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 98 | Laurie | | Simowitz | Barry | | Simowitz | 02-cv-7230 | $ 2,000,000.00 | $ 544,602.00 | $ 2,544,602.00 |
| 99 | James | P. | Slattery | Christopher | Paul | Slattery | 02-cv-7230 | $ 2,000,000.00 | $ 30,393,551.00 | $ 32,393,551.00 |
| 100 | Michael | | Jammen | Heather | | Smith | 02-cv-7230 | $ 2,000,000.00 | $ 5,305,170.00 | $ 7,305,170.00 |
| 101 | Yongjin & Hyungshin | | Song | Won-Hyeong/ Daniel | | Song | 02-cv-7230 | $ 2,000,000.00 | $ 21,858,091.00 | $ 23,858,091.00 |
| 102 | Christina | L. | Kminek | Mari-Rae | | Sopper | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 103 | Christine | | Spencer | Robert | | Spencer | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 104 | Lorraine | | Szocik Milazzo | Kevin | | Szocik | 02-cv-7230 | $ 2,000,000.00 | $ 29,758,307.00 | $ 31,758,307.00 |
| 105 | Marc | | Taddonio | Michael | | Taddonio | 02-cv-7230 | $ 2,000,000.00 | $ 9,574,166.00 | $ 11,574,166.00 |
| 106 | Jane | | Terrenzi-Spring | Brian | | Terrenzi | 02-cv-7230 | $ 2,000,000.00 | $ 7,176,032.00 | $ 9,176,032.00 |
| 107 | Basil & Valda | | Thorpe & Binns | Nichola | | Thorpe | 02-cv-7230 | $ 2,000,000.00 | $ 3,960,718.00 | $ 5,960,718.00 |
| 108 | Anne | | Todisco | Richard | | Todisco | 02-cv-7230 | $ 2,000,000.00 | $ 4,064,549.00 | $ 6,064,549.00 |
| 109 | Dorothy/Dorry | | Groh-Tompsett | Stephen | | Tompsett | 02-cv-7230 | $ 2,000,000.00 | $ 84,461,599.00 | $ 86,461,599.00 |
| 110 | Mary | Elizabeth | Tucker Wadbrook | Michael | | Tucker | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 111 | Jennifer | | Vauk | Ronald | | Vauk | 02-cv-7230 | $ 2,000,000.00 | $ 4,846,789.00 | $ 6,846,789.00 |
| 112 | Dennis & Marilynda | | Vianna | Matthew | | Vianna | 02-cv-7230 | $ 2,000,000.00 | $ 4,075,604.00 | $ 6,075,604.00 |
| 113 | Nayda | | Voskerijian | Garo | | Voskerijian | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 114 | Carol | | Waldie | Kenneth | | Waldie | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 115 | Marcia | | Weiss | David | T. | Weiss | 02-cv-7230 | $ 2,000,000.00 | $ 20,922,829.00 | $ 22,922,829.00 |
| 116 | Patrick | | Welsh | Deborah | Ann | Welsh | 02-cv-7230 | $ 2,000,000.00 | $ 2,936,350.00 | $ 4,936,350.00 |
| 117 | Elizabeth | Ann | Payne | William | | Wilson | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 118 | Benjamin | | Wong | Jennifer | Y. | Wong | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 119 | Pamela | | Works | John | | Works | 02-cv-7230 | $ 2,000,000.00 | $ 42,839,353.00 | $ 44,839,353.00 |
| 120 | Patricia | | Greene-Wotton | Rodney | | Wotton | 02-cv-7230 | $ 2,000,000.00 | ■ | $ 2,000,000.00 |
| 121 | William & Christopher | | Wren | William | | Wren | 02-cv-7230 | $ 2,000,000.00 | $ 1,711,982.00 | $ 3,711,982.00 |