# EXHIBIT A-2

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | DECEDENT NATIONALITY AS OF 9/11 | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Cynthia | | Barkway | | David | Michael | Barkway | | Canada | 02-cv-7230 | $ 2,000,000.00 | $ 29,935,158.00 | $ 31,935,158.00 |
| 2 | James | | Cudmore | | Neil | | Cudmore | | United Kingdom | 02-cv-7230 | $ 2,000,000.00 | $ 7,323,794.00 | $ 9,323,794.00 |
| 3 | Hans | Ulrich | Sutter | | Seline | | Sutter | | Switzerland | 02-cv-7230 | $ 2,000,000.00 | $ 530,812.00 | $ 2,530,812.00 |
| 4 | Tanja | | Tomasevic Vulin | | Vladimir | | Tomasevic | | Canada | 02-cv-7230 | $ 2,000,000.00 | $ 5,923,434.00 | $ 7,923,434.00 |
| 5 | Philip | Nicholas | Webster | | Dinah | | Webster | | United Kingdom | 02-cv-7230 | $ 2,000,000.00 | $ 3,391,565.00 | $ 5,391,565.00 |