# EXHIBIT A-3

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | 9/11 SURVIVOR'S SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | PAIN AND SUFFERING DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Ling | N. | Young | | World Trade Center | Impact | $ 12,000,000.00 |
| 2 | Virginia | | DiChiara | | World Trade Center | Impact | $ 12,000,000.00 |
| 3 | Kathy | | Cordero | | Pentagon | Impact | $ 10,000,000.00 |
| 4 | Edward | A. | Nicholls | | World Trade Center | Impact | $ 10,000,000.00 |
| 5 | Valecia | | Parker | | Pentagon | Impact | $ 7,000,000.00 |