# EXHIBIT B-1

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF'S SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Michael | | Bocchino | | Mary Ann Falzone, as Personal Representative of the Estate of Thomas | | Bocchino | | Sibling | $ 4,250,000.00 |
| 2 | Bruce | | Boehm | | Irene | | Boehm | | Spouse | $ 12,500,000.00 |
| 3 | Mary | Jane | Booth | | Nancy | | Kimbell | | Sibling | $ 4,250,000.00 |
| 4 | Francisco | | Bourdier | | Manuel | | Bourdier | | Sibling | $ 4,250,000.00 |
| 5 | Peter | | Brennan | | Erica | | Brennan | | Spouse | $ 12,500,000.00 |
| 6 | Vincent | | Brunton | | Kathleen | | Brunton | | Spouse | $ 12,500,000.00 |
| 7 | Charles | | Burlingame | | Sheri | | Burlingame | | Spouse | $ 12,500,000.00 |
| 8 | Swede | | Chevalier | | Elaine | | Chevalier | | Parent | $ 8,500,000.00 |
| 9 | Pamela | | Chu | | Steven Chu, as Personal Representative of the Estate of Kenneth | | Chu | | Parent | $ 8,500,000.00 |
| 10 | Anthony | | Coladonato | | Deborah | | Razzano | | Spouse | $ 12,500,000.00 |
| 11 | James | E. | Cove | | Theresa | | Cove | | Spouse | $ 12,500,000.00 |
| 12 | Donald | | Delapenha | | Lorrraine | | Delapenha | | Spouse | $ 12,500,000.00 |
| 13 | Thomas | | Dennis | | Kathryn | | Dennis | | Spouse | $ 12,500,000.00 |
| 14 | Eddie | | Dillard | | Rosemary | | Dillard | | Spouse | $ 12,500,000.00 |
| 15 | William | | Dimmling | | Leslie | | Dimmling | | Spouse | $ 12,500,000.00 |
| 16 | James | | Domanico | | Marguerita | | Domanico | | Spouse | $ 12,500,000.00 |
| 17 | Carlos | | Dominguez | | Maureen | | Dominguez | | Spouse | $ 12,500,000.00 |
| 18 | Mary | Yolanda | Dowling | | Rosaleen Shea, as Personal Representative of the Estate of Christopher | | Dowling | | Parent | $ 8,500,000.00 |
| 19 | Charles | | Droz | | Cynthia | | Droz | | Spouse | $ 12,500,000.00 |
| 20 | Christopher | | Faughnan | | Catherine | Ann | Faughnan | | Spouse | $ 12,500,000.00 |
| 21 | Bradley | | Fetchet | | Mary | | Fetchet | | Parent | $ 8,500,000.00 |
| 22 | Bradley | | Fetchet | | Frank | | Fetchet | | Parent | $ 8,500,000.00 |
| 23 | Michael | | Finnegan | | Erin | | Finnegan | | Spouse | $ 12,500,000.00 |
| 24 | Richard | | Fitzsimons | | Patricia | | Fitzsimons | | Spouse | $ 12,500,000.00 |
| 25 | James | | Geyer | | Cathy | | Geyer | | Spouse | $ 12,500,000.00 |
| 26 | Laura | | Gilly | | Joseph | | Gilly | | Parent | $ 8,500,000.00 |
| 27 | Laura | | Gilly | | Phyllis | | Gilly | | Parent | $ 8,500,000.00 |
| 28 | Andrew | | Golkin | | Gerald | | Golkin | | Parent | $ 8,500,000.00 |
| 29 | Enrique | | Gomez | | Teresa | | Gomez | | Spouse | $ 12,500,000.00 |
| 30 | Jose | | Gomez | | Blanca | | Gomez | | Spouse | $ 12,500,000.00 |
| 31 | Elvira | | Granitto | | Sandra | | Munro | | Sibling | $ 4,250,000.00 |
| 32 | Barbara | | Habib | | Raymond | | Habib | | Spouse | $ 12,500,000.00 |
| 33 | H. Joseph | | Heller | | Mary | Jean | Heller | | Spouse | $ 12,500,000.00 |
| 34 | Aram | | Iskenderian | | Sheri | Ann | Iskenderian | | Spouse | $ 12,500,000.00 |
| 35 | Mark | | Jardim | | Jennifer | | Jardim | | Spouse | $ 12,500,000.00 |
| 36 | Francois | | Jean-Pierre | | Christine | | Jean-Pierre | | Spouse | $ 12,500,000.00 |
| 37 | Robert | | Jordan | | Elizabeth | Russell | Jordan | | Spouse | $ 12,500,000.00 |
| 38 | Ann | | Judge | | Geoffrey | James | Judge | | Spouse | $ 12,500,000.00 |
| 39 | Frederick | | Kelley | | Janet | | Kelley | | Spouse | $ 12,500,000.00 |
| 40 | Brian | | Kinney | | Alison | | Kinney Lewandowski | | Spouse | $ 12,500,000.00 |
| 41 | Vanessa | | Kolpak | | Paul | | Kolpak | | Parent | $ 8,500,000.00 |

| # | First | Middle | Last | Decedent First | Decedent Middle | Decedent Last | Suffix | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Vanessa | | Kolpak | Vivian | | Kolpak | | Parent | $ 8,500,000.00 |
| 43 | David | | Kovalcin | Elizabeth | | Kovalcin | | Spouse | $ 12,500,000.00 |
| 44 | John | | Kren | Anna | | Kren | | Spouse | $ 12,500,000.00 |
| 45 | Rosanne | | Lang | Paula Lang, as Personal Representative of the Estate of William | | Lang | III | Sibling | $ 4,250,000.00 |
| 46 | Scott | | Larsen | Carolann | | Larsen | | Spouse | $ 12,500,000.00 |
| 47 | John | | Levi | Dennis | | Levi | | Child | $ 8,500,000.00 |
| 48 | Richard | | Lynch | Christina | | Lynch-Burgdorf | | Spouse | $ 12,500,000.00 |
| 49 | Sean | | Lynch | Lorraine | | Lynch | | Spouse | $ 12,500,000.00 |
| 50 | Brian | | Magee | Maryann Magee, as Personal Representative of the Estate of Blane | | Magee | | Sibling | $ 4,250,000.00 |
| 51 | Edward | | Maloney | Brinley | | Maloney | III | Spouse | $ 12,500,000.00 |
| 52 | Terence | John | Manning | Megan | | Manning | | Spouse | $ 12,500,000.00 |
| 53 | James | | Maounis | Mary Jane Maounis, as Personal Representative of the Estate of Nicholas | | Maounis | | Parent | $ 8,500,000.00 |
| 54 | James | | Martello | Sheila | | Martello | | Spouse | $ 12,500,000.00 |
| 55 | Thomas | | McHale | Taryn | | McHale | | Spouse | $ 12,500,000.00 |
| 56 | Robert | | McLaughlin | Elizabeth | | McLaughlin O'Brien | | Spouse | $ 12,500,000.00 |
| 57 | Edmund | | McNally | Elizabeth | | McNally | | Spouse | $ 12,500,000.00 |
| 58 | Patricia | | Mickley | Joseph | Richard | Mickley | | Spouse | $ 12,500,000.00 |
| 59 | Rajesh | | Mirpuri | Arjan | | Mirpuri | | Parent | $ 8,500,000.00 |
| 60 | Laura | | Morabito | Mark | | Morabito | | Spouse | $ 12,500,000.00 |
| 61 | Kathleen | | Moran | Agnes Moran, as Personal Representative of the Estate of Catherine | | Moran | | Parent | $ 8,500,000.00 |
| 62 | Christopher | | Morrison | Kimberly | Ann | Martone | | Spouse | $ 12,500,000.00 |
| 63 | Michael | | Mullan | Patrick | | Mullan | | Sibling | $ 4,250,000.00 |
| 64 | Frank | | Naples | Heidi/Haidje | | Naples | | Spouse | $ 12,500,000.00 |
| 65 | Christopher | | Newton | Amy | | Newton | | Spouse | $ 12,500,000.00 |
| 66 | Christopher | | Newton-Carter | Susan | | Newton-Carter | | Spouse | $ 12,500,000.00 |
| 67 | Dennis | | O'Berg | Christine | | O'Berg | | Spouse | $ 12,500,000.00 |
| 68 | Dennis | | O'Berg | Dennis | | O'Berg | | Parent | $ 8,500,000.00 |
| 69 | Peter | | Ortale | Mary | | Duff | | Spouse | $ 12,500,000.00 |
| 70 | Jane | Marie | Orth | Daniel | | Orth | | Child | $ 8,500,000.00 |
| 71 | Sonia | | Ortiz | Alexandra | | Ortiz Reszka | | Child | $ 8,500,000.00 |
| 72 | Frank | | Palombo | John Hogan, as Personal Representative of the Estate of Jean | | Palombo | | Spouse | $ 12,500,000.00 |
| 73 | Christopher | | Panatier | Carolyn | | Panatier | | Spouse | $ 12,500,000.00 |
| 74 | Bernard | | Patterson | Navila | | Patterson | | Spouse | $ 12,500,000.00 |
| 75 | Todd | Douglas | Pelino | Megan | | Pelino | | Spouse | $ 12,500,000.00 |
| 76 | Steve | | Pollicino | Vicki Tureski, as Personal Representative of the Estate of Jane | | Pollicino | | Spouse | $ 12,500,000.00 |
| 77 | Daphne | | Pouletsos | Elaine | | Miller | | Sibling | $ 4,250,000.00 |

| # | First | Middle | Last | Decedent First | Decedent Middle | Decedent Last | Relationship | Amount |
|---|---|---|---|---|---|---|---|---|
| 78 | Daphne | | Pouletsos | Corinne | | Krachtus | Sibling | $ 4,250,000.00 |
| 79 | Jack | | Punches | Janice | Kay | Punches | Spouse | $ 12,500,000.00 |
| 80 | James | | Quinn | Michael | | Quinn | Parent | $ 8,500,000.00 |
| 81 | Gerard | | Rauzi | Nancy | | Holzhauer | Sibling | $ 4,250,000.00 |
| 82 | Howard | | Reich | Jason Hochman, as Personal Representative of the Estate of Marilyn | | Reich | Spouse | $ 12,500,000.00 |
| 83 | James | | Riches | James | | Riches | Parent | $ 8,500,000.00 |
| 84 | Eric | Thomas | Ropiteau | Barbara | | Ropiteau-Galloway | Parent | $ 8,500,000.00 |
| 85 | Kristin | Irvine | Ryan | Brendan | Joseph | Ryan | Spouse | $ 12,500,000.00 |
| 86 | Marjorie | | Salamone | Bernard | | Salamone | Spouse | $ 12,500,000.00 |
| 87 | John | | Salerno | Danielle | | Salerno | Spouse | $ 12,500,000.00 |
| 88 | Frank | | Salvaterra | Sally | | Calvin | Spouse | $ 12,500,000.00 |
| 89 | Michael | | San Phillip | Lynne | | San Phillip | Spouse | $ 12,500,000.00 |
| 90 | Craig | | Silverstein | Maria | | Silverstein-Verhoog | Spouse | $ 12,500,000.00 |
| 91 | Barry | | Simowitz | Laurie | | Simowitz | Sibling | $ 4,250,000.00 |
| 92 | Christopher | Paul | Slattery | James | P. | Slattery | Parent | $ 8,500,000.00 |
| 93 | Won-Hyeong/Daniel | | Song | Yongjin | | Song | Parent | $ 8,500,000.00 |
| 94 | Won-Hyeong/Daniel | | Song | Hyungshin | | Song | Parent | $ 8,500,000.00 |
| 95 | Robert | | Spencer | Christine | | Spencer | Spouse | $ 12,500,000.00 |
| 96 | Kevin | | Szocik | Lorraine | | Szocik Milazzo | Spouse | $ 12,500,000.00 |
| 97 | Michael | | Taddonio | Marc | | Taddonio | Sibling | $ 4,250,000.00 |
| 98 | Brian | | Terrenzi | Jane | | Terrenzi-Spring | Spouse | $ 12,500,000.00 |
| 99 | Nichola | | Thorpe | Basil | | Thorpe | Parent | $ 8,500,000.00 |
| 100 | Nichola | | Thorpe | Valda | | Binns | Parent | $ 8,500,000.00 |
| 101 | Richard | | Todisco | Anne | | Todisco | Spouse | $ 12,500,000.00 |
| 102 | Stephen | | Tompsett | Dorothy | | Groh-Tompsett | Spouse | $ 12,500,000.00 |
| 103 | Michael | | Tucker | Mary | Elizabeth | Wadbrook | Spouse | $ 12,500,000.00 |
| 104 | Ronald | | Vauk | Jennifer | | Vauk | Spouse | $ 12,500,000.00 |
| 105 | Matthew | | Vianna | Dennis | | Vianna | Parent | $ 8,500,000.00 |
| 106 | Matthew | | Vianna | Marilynda | | Vianna | Parent | $ 8,500,000.00 |
| 107 | Garo | | Voskerijian | Nayda | | Voskerijian | Spouse | $ 12,500,000.00 |
| 108 | Kenneth | | Waldie | Carol | | Waldie | Spouse | $ 12,500,000.00 |
| 109 | David | T. | Weiss | Marcia | | Weiss | Spouse | $ 12,500,000.00 |
| 110 | Deborah | Ann | Welsh | Patrick | | Welsh | Spouse | $ 12,500,000.00 |
| 111 | John | | Works | Pamela | | Works | Spouse | $ 12,500,000.00 |
| 112 | William | | Wren | William Wren and Christopher Wren, as Co-Personal Representatives of the Estate of Patricia | | Wren | Spouse | $ 12,500,000.00 |