# EXHIBIT B-2

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF'S SUFFIX | PLAINTIFF NATIONALITY | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | David | Michael | Barkway | | Cynthia | Lynn | Barkway | | Canada | Spouse | $ 12,500,000.00 |
| 2 | Neil | | Cudmore | | James | | Cudmore | | United Kingdom | Parent | $ 8,500,000.00 |
| 3 | Vladimir | | Tomasevic | | Tanja | | Tomasevic Vulin | | Canada | Spouse | $ 12,500,000.00 |