# EXHIBIT C-1

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF'S SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Michael | | Bocchino | | Debra | | Lavender | | Sibling | $ 4,250,000.00 |
| 2 | Michael | | Bocchino | | Debra Lavender, as Personal Representative of the Estate of Lucy | | Bocchino | | Parent | $ 8,500,000.00 |
| 3 | Michael | | Bocchino | | Debra Lavender, as Personal Representative of the Estate of Michael | | Bocchino | | Parent | $ 8,500,000.00 |
| 4 | Bruce | | Boehm | | Stacey | | Boehm | | Child | $ 8,500,000.00 |
| 5 | Bruce | | Boehm | | Brittany | | Weber | | Child | $ 8,500,000.00 |
| 6 | Peter | | Brennan | | Anna | | Brennan | | Child | $ 8,500,000.00 |
| 7 | Peter | | Brennan | | Connor | | Brennan | | Child | $ 8,500,000.00 |
| 8 | Peter | | Brennan | | Ecaterini Brennan, as Personal Representative of the Estate Vincent | | Brennan | | Parent | $ 8,500,000.00 |
| 9 | Peter | | Brennan | | Ecaterini | | Brennan | | Parent | $ 8,500,000.00 |
| 10 | Peter | | Brennan | | Nancy | | Poulis | | Sibling | $ 4,250,000.00 |
| 11 | Peter | | Brennan | | Gary | | Brennan | | Sibling | $ 4,250,000.00 |
| 12 | Peter | | Brennan | | Kathi | | Ezzo-Talbott | | Sibling | $ 4,250,000.00 |
| 13 | Vincent | | Brunton | | Kelly | Ann | Pearn | | Child | $ 8,500,000.00 |
| 14 | Vincent | | Brunton | | Thomas | | Brunton | | Child | $ 8,500,000.00 |
| 15 | Vincent | | Brunton | | Michael | | Brunton | | Sibling | $ 4,250,000.00 |
| 16 | Vincent | | Brunton | | Maryann | | DeLuise | | Sibling | $ 4,250,000.00 |
| 17 | Vincent | | Brunton | | Thomas | | Brunton | | Sibling | $ 4,250,000.00 |
| 18 | Swede | | Chevalier | | Tylia | | Chevalier Furgal | | Sibling | $ 4,250,000.00 |
| 19 | Pamela | | Chu | | Steven | | Chu | | Sibling | $ 4,250,000.00 |
| 20 | Pamela | | Chu | | Gloria | | Chu | | Parent | $ 8,500,000.00 |
| 21 | Anthony | | Coladonato | | Alex | | Coladonato | | Child | $ 8,500,000.00 |
| 22 | Anthony | | Coladonato | | Anthony | | Coladonato | III | Child | $ 8,500,000.00 |
| 23 | Anthony | | Coladonato | | Salvatore | | Coladonato | | Sibling | $ 4,250,000.00 |
| 24 | James | E. | Cove | | Michael | | Cove | | Child | $ 8,500,000.00 |
| 25 | James | E. | Cove | | Gregory | | Cove | | Child | $ 8,500,000.00 |
| 26 | Scott | | Davidson | | Peter | | Davidson | | Child | $ 8,500,000.00 |
| 27 | Scott | | Davidson | | Casey | | Davidson | | Child | $ 8,500,000.00 |
| 28 | Donald | | Delapenha | | Samantha | | Delapenha | | Child | $ 8,500,000.00 |
| 29 | Donald | | Delapenha | | Robert | | Delapenha | | Child | $ 8,500,000.00 |
| 30 | Donald | | Delapenha | | Madison | | Delapenha | | Child | $ 8,500,000.00 |
| 31 | Donald | | Delapenha | | Terry | | Stella | | Sibling | $ 4,250,000.00 |
| 32 | Donald | | Delapenha | | Terry Stella, as Personal Representative of the Estate of Judith | | Butterly | | Parent | $ 8,500,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33 | Thomas | | Dennis | Lauren | | Dennis | Child | $ 8,500,000.00 |
| 34 | Thomas | | Dennis | Thomas | | Dennis | Child | $ 8,500,000.00 |
| 35 | Eddie | | Dillard | Major | | Dillard | Sibling | $ 4,250,000.00 |
| 36 | Eddie | | Dillard | Andy | | Dillard | Sibling | $ 4,250,000.00 |
| 37 | William | | Dimmling | Gregory | | Dimmling | Child | $ 8,500,000.00 |
| 38 | William | | Dimmling | Nicholas | | Dimmling | Child | $ 8,500,000.00 |
| 39 | William | | Dimmling | Rudy Dimmling, as Personal Representative of the Estate of Charlotte | | Dimmling | Parent | $ 8,500,000.00 |
| 40 | William | | Dimmling | Rudy | | Dimmling | Sibling | $ 4,250,000.00 |
| 41 | William | | Dimmling | Sekou Agard and Lisa Newton, as Co-Personal Representatives of the Estate of Elaine | | Dimmling | Sibling | $ 4,250,000.00 |
| 42 | James | | Domanico | Christina | | Kurinzi | Child | $ 8,500,000.00 |
| 43 | Carlos | | Dominguez | Amanda | | Dominguez | Child | $ 8,500,000.00 |
| 44 | Carlos | | Dominguez | Michelle | | Dominguez | Child | $ 8,500,000.00 |
| 45 | Carlos | | Dominguez | Maria | | Dominguez | Child | $ 8,500,000.00 |
| 46 | Mary | Yolanda | Dowling | Andy | | Dowling | Sibling | $ 4,250,000.00 |
| 47 | Charles | | Droz | Shannon | Rae | Droz | Child | $ 8,500,000.00 |
| 48 | Christopher | | Faughnan | Siena | | Faughnan | Child | $ 8,500,000.00 |
| 49 | Christopher | | Faughnan | Juliet | | Faughnan | Child | $ 8,500,000.00 |
| 50 | Christopher | | Faughnan | Liam | | Faughnan | Child | $ 8,500,000.00 |
| 51 | Christopher | | Faughnan | Thomas | | Faughnan | Parent | $ 8,500,000.00 |
| 52 | Christopher | | Faughnan | Joan | | Faughnan | Parent | $ 8,500,000.00 |
| 53 | Christopher | | Faughnan | Thomas | | Faughnan | Sibling | $ 4,250,000.00 |
| 54 | Christopher | | Faughnan | Diane | | Barnes | Sibling | $ 4,250,000.00 |
| 55 | Christopher | | Faughnan | Lynn | | Lee | Sibling | $ 4,250,000.00 |
| 56 | Christopher | | Faughnan | Ellen | | Sleevi | Sibling | $ 4,250,000.00 |
| 57 | Christopher | | Faughnan | Maureen | | Stines | Sibling | $ 4,250,000.00 |
| 58 | Christopher | | Faughnan | Kerri | | Hecox | Sibling | $ 4,250,000.00 |
| 59 | Christopher | | Faughnan | Michael | | Faughnan | Sibling | $ 4,250,000.00 |
| 60 | Bradley | | Fetchet | Christopher | | Fetchet | Sibling | $ 4,250,000.00 |
| 61 | Bradley | | Fetchet | Wesley | | Fetchet | Sibling | $ 4,250,000.00 |
| 62 | Michael | | Finnegan | Bridget | | Finnegan | Child | $ 8,500,000.00 |
| 63 | Michael | | Finnegan | Michael | | Finnegan | Child | $ 8,500,000.00 |
| 64 | Michael | | Finnegan | Francis | | Finnegan | Child | $ 8,500,000.00 |
| 65 | Michael | | Finnegan | Frank | | Finnegan | Parent | $ 8,500,000.00 |
| 66 | Michael | | Finnegan | Beverly | | Finnegan | Parent | $ 8,500,000.00 |
| 67 | Michael | | Finnegan | Katherine | | Finnegan | Sibling | $ 4,250,000.00 |
| 68 | Richard | | Fitzsimons | Sean | | Fitzsimons | Child | $ 8,500,000.00 |
| 69 | Richard | | Fitzsimons | Colleen | | Fitzsimons | Child | $ 8,500,000.00 |
| 70 | Richard | | Fitzsimons | Patrick | | Fitzsimons | Sibling | $ 4,250,000.00 |
| 71 | Richard | | Fitzsimons | Robert | | Fitzsimons | Sibling | $ 4,250,000.00 |
| 72 | Peter | | Genco | Peter | | Genco | Parent | $ 8,500,000.00 |
| 73 | Peter | | Genco | Barbara | | Genco | Parent | $ 8,500,000.00 |
| 74 | Peter | | Genco | Jennifer | | Genco Harrington | Sibling | $ 4,250,000.00 |
| 75 | Peter | | Genco | Kyle Peter Brown & Harrison Scott Brown, as Co-Personal Representatives of the Estate of Christina | Tanis | Genco | Sibling | $ 4,250,000.00 |
| 76 | James | | Geyer | Matthew | | Geyer | Child | $ 8,500,000.00 |
| 77 | James | | Geyer | Michele | | Geyer Meo | Child | $ 8,500,000.00 |
| 78 | James | | Geyer | Laura | | Geyer | Child | $ 8,500,000.00 |
| 79 | Laura | | Gilly | Paul | | Gilly | Sibling | $ 4,250,000.00 |

| 80 | Andrew | | Golkin | Janet | | Golkin | | Parent | $ | 8,500,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | Andrew | | Golkin | Susan | | Golkin | | Sibling | $ | 4,250,000.00 |
| 82 | Enrique | | Gomez | Jeannette | | Gomez | | Child | $ | 8,500,000.00 |
| 83 | Enrique | | Gomez | Angeline | | Gomez | | Child | $ | 8,500,000.00 |
| 84 | Enrique | | Gomez | Enrique | | Gomez | | Child | $ | 8,500,000.00 |
| 85 | Jose | | Gomez | Melissa | | Gomez | | Child | $ | 8,500,000.00 |
| 86 | Jose | | Gomez | Joann | | Soto | | Child | $ | 8,500,000.00 |
| 87 | Jose | | Gomez | Joanna | | Tirone | | Child | $ | 8,500,000.00 |
| 88 | Elvira | | Granitto | Anne | | Earthman Salonia | | Child | $ | 8,500,000.00 |
| 89 | Elvira | | Granitto | Damien | | Earthman | | Child | $ | 8,500,000.00 |
| 90 | Elvira | | Granitto | Cosimo | | Granitto | | Parent | $ | 8,500,000.00 |
| 91 | Elvira | | Granitto | Cosimo Granitto, as Personal Representative of the Estate of Anna | | Granitto | | Parent | $ | 8,500,000.00 |
| 92 | Elvira | | Granitto | Mario | | Granitto | | Sibling | $ | 4,250,000.00 |
| 93 | Elvira | | Granitto | Filippa | | Granitto | | Sibling | $ | 4,250,000.00 |
| 94 | Michele | | Heidenberger | Alison | | Heidenberger Coffey | | Child | $ | 8,500,000.00 |
| 95 | Michele | | Heidenberger | Thomas | | Heidenberger | II | Child | $ | 8,500,000.00 |
| 96 | Michele | | Heidenberger | Diane | | Johnson | | Sibling | $ | 4,250,000.00 |
| 97 | Michele | | Heidenberger | Karen | | DeNino | | Sibling | $ | 4,250,000.00 |
| 98 | Michele | | Heidenberger | Suzanne | | Bennett | | Sibling | $ | 4,250,000.00 |
| 99 | Michele | | Heidenberger | Suzanne Bennett and Karen DeNino, as Co-Personal Representatives of the Estate of Mary | | MacDonald | | Parent | $ | 8,500,000.00 |
| 100 | H. Joseph | | Heller | Michael | | Heller | | Child | $ | 8,500,000.00 |
| 101 | H. Joseph | | Heller | Catherine | | Heller | | Child | $ | 8,500,000.00 |
| 102 | H. Joseph | | Heller | John | | Heller | | Child | $ | 8,500,000.00 |
| 103 | H. Joseph | | Heller | Grace | | Heller | | Child | $ | 8,500,000.00 |
| 104 | H. Joseph | | Heller | Howard | | Heller | | Parent | $ | 8,500,000.00 |
| 105 | H. Joseph | | Heller | Roberta | | Heller | | Parent | $ | 8,500,000.00 |
| 106 | H. Joseph | | Heller | Colleen | | Rastovich | | Sibling | $ | 4,250,000.00 |
| 107 | H. Joseph | | Heller | Robert | | Heller | | Sibling | $ | 4,250,000.00 |
| 108 | H. Joseph | | Heller | Mary | Beth | Luedtke | | Sibling | $ | 4,250,000.00 |
| 109 | Aram | | Iskenderian | Meryl | | Iskenderian | | Child | $ | 8,500,000.00 |
| 110 | Aram | | Iskenderian | Kara | | Iskenderian | | Child | $ | 8,500,000.00 |
| 111 | Aram | | Iskenderian | Jason | | Iskenderian | | Child | $ | 8,500,000.00 |
| 112 | Aram | | Iskenderian | Alex | | Iskenderian | | Child | $ | 8,500,000.00 |
| 113 | Francois | | Jean-Pierre | Jean | Henold | Jean-Pierre | | Child | $ | 8,500,000.00 |
| 114 | Frederick | | Kelley | Sean | | Kelley | | Child | $ | 8,500,000.00 |
| 115 | Frederick | | Kelley | Frederick | | Kelley | | Child | $ | 8,500,000.00 |
| 116 | Frederick | | Kelley | Katherine | | Van Kirk | | Child | $ | 8,500,000.00 |
| 117 | Frederick | | Kelley | Kristen | | Roberts | | Child | $ | 8,500,000.00 |
| 118 | Frederick | | Kelley | Sean Kelley, as Personal Representative of the Estate of Mary | | Kelley | | Parent | $ | 8,500,000.00 |
| 119 | Vanessa | | Kolpak | Alexis | | Kolpak | | Sibling | $ | 4,250,000.00 |
| 120 | Vanessa | | Kolpak | Thaddeus | | Kolpak | | Sibling | $ | 4,250,000.00 |
| 121 | John | | Kren | Andrea | | Sassone | | Child | $ | 8,500,000.00 |
| 122 | John | | Kren | Janine | | Wentworth | | Child | $ | 8,500,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 123 | John | | Kren | Anna Kren, as Personal Representative of the Estate of Marian | | Kren | | Parent | $ 8,500,000.00 |
| 124 | Rosanne | | Lang | Michael | | Rogers | | Child | $ 8,500,000.00 |
| 125 | Brendan | | Lang | Paula Lang, as Personal Representative of the Estate of William | | Lang | III | Parent | $ 8,500,000.00 |
| 126 | Brendan | | Lang | Sean | | Lang | | Sibling | $ 4,250,000.00 |
| 127 | Brendan | | Lang | Meghan | | Deming | | Sibling | $ 4,250,000.00 |
| 128 | Brendan | | Lang | Shanna | | Lewis | | Sibling | $ 4,250,000.00 |
| 129 | Brendan | | Lang | Paula | | Lang | | Parent | $ 8,500,000.00 |
| 130 | Scott | | Larsen | Scott | | Larsen | | Child | $ 8,500,000.00 |
| 131 | Scott | | Larsen | Marisa | | Larsen | | Child | $ 8,500,000.00 |
| 132 | Scott | | Larsen | Brenda | | Larsen | | Child | $ 8,500,000.00 |
| 133 | Scott | | Larsen | August | | Larsen | | Child | $ 8,500,000.00 |
| 134 | Vincent | | Litto | Linda | | Litto | | Spouse | $ 12,500,000.00 |
| 135 | Vincent | | Litto | Catherine | | Litto-Petras | | Child | $ 8,500,000.00 |
| 136 | Vincent | | Litto | Kimberly | | Rex | | Child | $ 8,500,000.00 |
| 137 | Vincent | | Litto | Kristen | | Serra | | Child | $ 8,500,000.00 |
| 138 | Vincent | | Litto | Joseph Reitano, as Representative of the Estate of Marie | | Litto | | Parent | $ 8,500,000.00 |
| 139 | Vincent | | Litto | Joseph Reitano, as Representative of the Estate of Michael | | Litto | | Parent | $ 8,500,000.00 |
| 140 | Richard | | Lynch | Olivia | | Lynch | | Child | $ 8,500,000.00 |
| 141 | Sean | | Lynch | Grace | | Lynch | | Child | $ 8,500,000.00 |
| 142 | Sean | | Lynch | Mary | | Lynch | | Child | $ 8,500,000.00 |
| 143 | Sean | | Lynch | Sean | | Lynch | Jr. | Child | $ 8,500,000.00 |
| 144 | Sean | | Lynch | Rosetta | | Lynch | | Parent | $ 8,500,000.00 |
| 145 | Sean | | Lynch | Ellen | | Lynch | | Sibling | $ 4,250,000.00 |
| 146 | Sean | | Lynch | Kieran | | Lynch | | Sibling | $ 4,250,000.00 |
| 147 | Sean | | Lynch | Brian | | Lynch | | Sibling | $ 4,250,000.00 |
| 148 | Farrell | | Lynch | Rosetta | | Lynch | | Parent | $ 8,500,000.00 |
| 149 | Farrell | | Lynch | Ellen | | Lynch | | Sibling | $ 4,250,000.00 |
| 150 | Farrell | | Lynch | Kieran | | Lynch | | Sibling | $ 4,250,000.00 |
| 151 | Farrell | | Lynch | Brian | | Lynch | | Sibling | $ 4,250,000.00 |
| 152 | Brian | | Magee | Valerie | | Magee | | Spouse | $ 12,500,000.00 |
| 153 | Brian | | Magee | William | | Dowdell | | Stepchild | $ 4,250,000.00 |
| 154 | Brian | | Magee | Christopher | | Dowdell | | Stepchild | $ 4,250,000.00 |
| 155 | Brian | | Magee | Matthew | | Dowdell | | Stepchild | $ 8,500,000.00 |
| 156 | Brian | | Magee | Kevin Magee and Shane Magee, as Co-Personal Representatives of the Estate of Edith | | Magee | | Parent | $ 8,500,000.00 |
| 157 | Brian | | Magee | Kevin | | Magee | | Sibling | $ 4,250,000.00 |
| 158 | Brian | | Magee | Shane | | Magee | | Sibling | $ 4,250,000.00 |
| 159 | Brian | | Magee | Kerry | | Magee | | Sibling | $ 4,250,000.00 |
| 160 | Brian | | Magee | Mary | Alice | Magee | | Sibling | $ 4,250,000.00 |
| 161 | Edward | | Maloney | III | Mason | | Maloney | | Child | $ 8,500,000.00 |
| 162 | Edward | | Maloney | Teddy | | Maloney | | Child | $ 8,500,000.00 |
| 163 | Edward | | Maloney | Edward | | Maloney | | Parent | $ 8,500,000.00 |
| 164 | Edward | | Maloney | Sally | | Maloney | | Parent | $ 8,500,000.00 |
| 165 | Edward | | Maloney | Mark | | Maloney | | Sibling | $ 4,250,000.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 166 | Edward | | Maloney | Sara | | Maloney Duval | Sibling | $ | 4,250,000.00 |
| 167 | Terence | John | Manning | Mairead | | Manning | Child | $ | 8,500,000.00 |
| 168 | Terence | John | Manning | Trinity | | Manning | Child | $ | 8,500,000.00 |
| 169 | Terence | John | Manning | Catherine Manning, as Personal Representative of the Estate of Philip | | Manning | Parent | $ | 8,500,000.00 |
| 170 | Terence | John | Manning | Philip Manning and Sean Manning, as Co-Personal Representatives of the Estate of Gertrude | | Manning | Parent | $ | 8,500,000.00 |
| 171 | Terence | John | Manning | Philip | | Manning | Sibling | $ | 4,250,000.00 |
| 172 | Terence | John | Manning | Sean | | Manning | Sibling | $ | 4,250,000.00 |
| 173 | James | | Maounis | Mary Jane | | Maounis | Sibling | $ | 4,250,000.00 |
| 174 | James | | Maounis | William | | Maounis | Sibling | $ | 4,250,000.00 |
| 175 | James | | Maounis | Mary Jane Maounis and William Maounis, as Co-Personal Representatives of the Estate of Constance | | Maounis | Parent | $ | 8,500,000.00 |
| 176 | James | | Martello | James | | Martello | Child | $ | 8,500,000.00 |
| 177 | James | | Martello | Thomas | | Martello | Child | $ | 8,500,000.00 |
| 178 | Charles | | Mathers | Marjorie | | Kane | Child | $ | 8,500,000.00 |
| 179 | Charles | | Mathers | Elizabeth | | Mathers | Child | $ | 8,500,000.00 |
| 180 | Charles | | Mathers | Charles | | Mathers | Child | $ | 8,500,000.00 |
| 181 | Thomas | | McHale | Collin | | McHale | Child | $ | 8,500,000.00 |
| 182 | Robert | | McLaughlin | Nicholas | | McLaughlin | Child | $ | 8,500,000.00 |
| 183 | Edmund | | McNally | Erin | | Day | Child | $ | 8,500,000.00 |
| 184 | Edmund | | McNally | Shannon | | McNally | Child | $ | 8,500,000.00 |
| 185 | Edmund | | McNally | Brienne | | McNally | Child | $ | 8,500,000.00 |
| 186 | Patricia | | Mickley | Marie | | Mickley | Child | $ | 8,500,000.00 |
| 187 | Rajesh | | Mirpuri | Indra | | Mirpuri | Parent | $ | 8,500,000.00 |
| 188 | Laura | | Morabito | Lawrence | | DeFazio | Parent | $ | 8,500,000.00 |
| 189 | Laura | | Morabito | Beverly | | DeFazio | Parent | $ | 8,500,000.00 |
| 190 | Laura | | Morabito | Craig | | DeFazio | Sibling | $ | 4,250,000.00 |
| 191 | Laura | | Morabito | Jeffrey | | DeFazio | Sibling | $ | 4,250,000.00 |
| 192 | Kathleen | | Moran | Agnes | | Moran | Sibling | $ | 4,250,000.00 |
| 193 | Michael | | Mullan | Patrick Mullan, as Personal Representative of the Estate of Patrick | | Mullan | Parent | $ | 8,500,000.00 |
| 194 | Michael | | Mullan | Patrick Mullan, as Personal Representative of the Estate of Theresa | | Mullan | Parent | $ | 8,500,000.00 |
| 195 | Michael | | Mullan | Kelly-Ann | | Mullan | Sibling | $ | 4,250,000.00 |
| 196 | Christopher | | Newton | Sarah | | Newton | Child | $ | 8,500,000.00 |
| 197 | Christopher | | Newton | Michael | L. | Newton | Child | $ | 8,500,000.00 |
| 198 | Christopher | | Newton | Michael | | Newton | Parent | $ | 8,500,000.00 |
| 199 | Christopher | | Newton | Barbara | | Newton | Parent | $ | 8,500,000.00 |
| 200 | Christopher | | Newton | Stephen | A. | Newton | Sibling | $ | 4,250,000.00 |
| 201 | Christopher | | Newton | Ann-Elizabeth | | Rueppel | Sibling | $ | 4,250,000.00 |
| 202 | Dennis | | O'Berg | Dorothy | | O'Berg | Parent | $ | 8,500,000.00 |
| 203 | Dennis | | O'Berg | Patricia | | O'Berg | Sibling | $ | 4,250,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 204 | Peter | | Ortale | Catherine Grimes, as Personal Representative of the Estate of Mary | Ortale | Parent | $ 8,500,000.00 |
| 205 | Peter | | Ortale | Catherine | Grimes | Sibling | $ 4,250,000.00 |
| 206 | Peter | | Ortale | Julia | Ortale | Sibling | $ 4,250,000.00 |
| 207 | Peter | | Ortale | Mary | Malitas | Sibling | $ 4,250,000.00 |
| 208 | Jane | Marie | Orth | Michelle | Orth Ankenman | Child | $ 8,500,000.00 |
| 209 | Jane | Marie | Orth | Elizabeth | Orth | Child | $ 8,500,000.00 |
| 210 | Sonia | | Ortiz | Victor | Ortiz | Child | $ 8,500,000.00 |
| 211 | Sonia | | Ortiz | Luis | Ortiz | Child | $ 8,500,000.00 |
| 212 | Frank | | Palombo | Joseph | Palombo | Child | $ 8,500,000.00 |
| 213 | Frank | | Palombo | Maria | Palombo | Child | $ 8,500,000.00 |
| 214 | Frank | | Palombo | Margaret | Palombo | Child | $ 8,500,000.00 |
| 215 | Frank | | Palombo | Daniel | Palombo | Child | $ 8,500,000.00 |
| 216 | Frank | | Palombo | Thomas | Palombo | Child | $ 8,500,000.00 |
| 217 | Frank | | Palombo | Frank | Palombo | Child | $ 8,500,000.00 |
| 218 | Frank | | Palombo | John | Palombo | Child | $ 8,500,000.00 |
| 219 | Frank | | Palombo | Patrick | Palombo | Child | $ 8,500,000.00 |
| 220 | Frank | | Palombo | Stephen | Palombo | Child | $ 8,500,000.00 |
| 221 | Christopher | | Panatier | Annie | Panatier | Child | $ 8,500,000.00 |
| 222 | Christopher | | Panatier | Christopher | Panatier | Child | $ 8,500,000.00 |
| 223 | Christopher | | Panatier | Patricia | Panatier | Sibling | $ 4,250,000.00 |
| 224 | Christopher | | Panatier | Patricia Panatier, as Personal Representative of the Estate of Irene | Panatier | Parent | $ 8,500,000.00 |
| 225 | Christopher | | Panatier | Irene | Gilmore | Sibling | $ 4,250,000.00 |
| 226 | Christopher | | Panatier | Dorothy | O'Neill | Sibling | $ 4,250,000.00 |
| 227 | Christopher | | Panatier | James | Panatier | Sibling | $ 4,250,000.00 |
| 228 | Bernard | | Patterson | Scott | Patterson | Child | $ 8,500,000.00 |
| 229 | Bernard | | Patterson | Anna | Patterson | Child | $ 8,500,000.00 |
| 230 | Bernard | | Patterson | Kevin | Patterson | Child | $ 8,500,000.00 |
| 231 | Bernard | | Patterson | Kevin Patterson, as Personal Representative of the Estate of Owen | Patterson | Sibling | $ 4,250,000.00 |
| 232 | Bernard | | Patterson | Kevin Patterson, as Personal Representative of the Estate of Kevin | Patterson | Sibling | $ 4,250,000.00 |
| 233 | Todd | Douglas | Pelino | Bennett | Pelino | Child | $ 8,500,000.00 |
| 234 | Todd | Douglas | Pelino | Anne | Pelino | Child | $ 8,500,000.00 |
| 235 | Todd | Douglas | Pelino | Maureen | Pelino | Parent | $ 8,500,000.00 |
| 236 | Todd | Douglas | Pelino | Douglas | Pelino | Parent | $ 8,500,000.00 |
| 237 | Todd | Douglas | Pelino | Terrence | Pelino | Sibling | $ 4,250,000.00 |
| 238 | Todd | Douglas | Pelino | Matthew | Pelino | Sibling | $ 4,250,000.00 |
| 239 | Steve | | Pollicino | Celeste | Rose | Child | $ 8,500,000.00 |
| 240 | Steve | | Pollicino | Steven | Pollicino | Child | $ 8,500,000.00 |
| 241 | Steve | | Pollicino | Douglas Pollicino, as Personal Representative of the Estate of Antoinette | Pollicino | Parent | $ 8,500,000.00 |

| 242 | Steve |  | Pollicino | Douglas Pollicino, as Personal Representative of the Estate of Nicholas |  | Pollicino |  | Parent | $ | 8,500,000.00 |
| 243 | Steve |  | Pollicino | Douglas |  | Pollicino |  | Sibling | $ | 4,250,000.00 |
| 244 | Daphne |  | Pouletsos | Elaine Miller and Corinne Krachtus, as Co-Personal Representatives of the Estate of Irene |  | Pouletsos |  | Parent | $ | 8,500,000.00 |
| 245 | Daphne |  | Pouletsos | Elaine Miller and Corinne Krachtus, as Co-Personal Representatives of the Estate of James |  | Pouletsos |  | Parent | $ | 8,500,000.00 |
| 246 | Jack |  | Punches | Jeremy |  | Punches |  | Child | $ | 8,500,000.00 |
| 247 | Jack |  | Punches | Jennifer |  | Punches-Botta |  | Child | $ | 8,500,000.00 |
| 248 | Jack |  | Punches | Ruth |  | Godwin |  | Parent | $ | 8,500,000.00 |
| 249 | Jack |  | Punches | Debra |  | Godwin |  | Sibling | $ | 4,250,000.00 |
| 250 | Jack |  | Punches | Janet |  | Berns |  | Sibling | $ | 4,250,000.00 |
| 251 | Jack |  | Punches | Marcy | Ilena | Godwin |  | Sibling | $ | 4,250,000.00 |
| 252 | James |  | Quinn | Noreen |  | Quinn |  | Parent | $ | 8,500,000.00 |
| 253 | James |  | Quinn | Michael | T. | Quinn |  | Sibling | $ | 4,250,000.00 |
| 254 | James |  | Quinn | Joseph |  | Quinn |  | Sibling | $ | 4,250,000.00 |
| 255 | Gerard |  | Rauzi | Nancy Holzhauer, as Personal Representative of the Estate of Silvia |  | Rauzi |  | Parent | $ | 8,500,000.00 |
| 256 | Howard |  | Reich | Sharon |  | Reich |  | Sibling | $ | 4,250,000.00 |
| 257 | James |  | Riches | Rita |  | Riches |  | Parent | $ | 8,500,000.00 |
| 258 | James |  | Riches | Daniel |  | Riches |  | Sibling | $ | 4,250,000.00 |
| 259 | James |  | Riches | Thomas |  | Riches |  | Sibling | $ | 4,250,000.00 |
| 260 | James |  | Riches | Timothy |  | Riches |  | Sibling | $ | 4,250,000.00 |
| 261 | Eric | Thomas | Ropiteau | Lara |  | Ropiteau Davis |  | Sibling | $ | 4,250,000.00 |
| 262 | Eric | Thomas | Ropiteau | Jean-Marc |  | Ropiteau |  | Sibling | $ | 4,250,000.00 |
| 263 | Kristin | Irvine | Ryan | Stuart |  | Irvine |  | Parent | $ | 8,500,000.00 |
| 264 | Kristin | Irvine | Ryan | Kara | Marie | Irvine |  | Sibling | $ | 4,250,000.00 |
| 265 | Kristin | Irvine | Ryan | Wendy |  | Toomey |  | Sibling | $ | 4,250,000.00 |
| 266 | Kristin | Irvine | Ryan | Tracy |  | Janess |  | Sibling | $ | 4,250,000.00 |
| 267 | Kristin | Irvine | Ryan | Michelle |  | Schleider |  | Sibling | $ | 4,250,000.00 |
| 268 | Marjorie |  | Salamone | Amanda |  | Salamone Olcott |  | Child | $ | 8,500,000.00 |
| 269 | Marjorie |  | Salamone | Ann | Marie | Salamone Santillo |  | Child | $ | 8,500,000.00 |
| 270 | Marjorie |  | Salamone | Richard Champion, as Personal Representative of the Estate of Hubert |  | Champion |  | Parent | $ | 8,500,000.00 |

| 271 | Marjorie | | Salamone | Richard Champion, as Personal Representative of the Estate of Lillian | | Champion | | Parent | $ | 8,500,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 272 | Marjorie | | Salamone | Richard | | Champion | | Sibling | $ | 4,250,000.00 |
| 273 | John | | Salerno | John | P. | Salerno | | Child | $ | 8,500,000.00 |
| 274 | John | | Salerno | Jo Ann | | Cohn | | Parent | $ | 8,500,000.00 |
| 275 | John | | Salerno | Dina | | Connelly | | Sibling | $ | 4,250,000.00 |
| 276 | John | | Salerno | Michael | | Cohn | | Sibling | $ | 4,250,000.00 |
| 277 | Frank | | Salvaterra | Isabelle | | Salvaterra | | Child | $ | 8,500,000.00 |
| 278 | Frank | | Salvaterra | Gabrielle | | Salvaterra | | Child | $ | 8,500,000.00 |
| 279 | Frank | | Salvaterra | Christian | | Salvaterra | | Child | $ | 8,500,000.00 |
| 280 | Frank | | Salvaterra | Carmen | | Salvaterra | | Sibling | $ | 4,250,000.00 |
| 281 | Frank | | Salvaterra | Antoinetta | | Salvaterra | | Parent | $ | 8,500,000.00 |
| 282 | Michael | | San Phillip | Jill | | Abbott | | Child | $ | 8,500,000.00 |
| 283 | Michael | | San Phillip | Carrie | | Spero | | Child | $ | 8,500,000.00 |
| 284 | Michael | | San Phillip | Carolyn | San Phillip | Nanfeldt | | Sibling | $ | 4,250,000.00 |
| 285 | Craig | | Silverstein | Gabriella | | Silverstein | | Child | $ | 8,500,000.00 |
| 286 | Craig | | Silverstein | Cameron | | Silverstein | | Child | $ | 8,500,000.00 |
| 287 | Barry | | Simowitz | Laurie Simowitz, as Personal Representative of the Estate of Mollie | | Simowitz | | Parent | $ | 8,500,000.00 |
| 288 | Barry | | Simowitz | Ellen Brotman and Susan Brotman, as Co-Personal Representatives of the Estate of Renee | | Brotman | | Sibling | $ | 4,250,000.00 |
| 289 | Christopher | | Slattery | Linda | | Slattery | | Parent | $ | 8,500,000.00 |
| 290 | Christopher | | Slattery | Daniel | | Slattery | | Sibling | $ | 4,250,000.00 |
| 291 | Christopher | | Slattery | Erin | | Slattery-Appelle | | Sibling | $ | 4,250,000.00 |
| 292 | Heather | | Smith | George | | Smith | | Parent | $ | 8,500,000.00 |
| 293 | Heather | | Smith | Judy | | Smith | | Parent | $ | 8,500,000.00 |
| 294 | Heather | | Smith | Chad | Michael | Smith | | Sibling | $ | 4,250,000.00 |
| 295 | Won-Hyeong/Daniel | | Song | Frank | | Song | | Sibling | $ | 4,250,000.00 |
| 296 | Won-Hyeong/Daniel | | Song | Julie | | Song | | Sibling | $ | 4,250,000.00 |
| 297 | Mari-Rae | | Sopper | Frank | | Kminek | | Stepparent | $ | 8,500,000.00 |
| 298 | Mari-Rae | | Sopper | Frank | | Kminek | | Stepsibling | $ | 4,250,000.00 |
| 299 | Mari-Rae | | Sopper | Christopher | | Kminek | | Stepsibling | $ | 4,250,000.00 |
| 300 | Mari-Rae | | Sopper | Stacy | | Lupcho | | Stepsibling | $ | 4,250,000.00 |
| 301 | Robert | | Spencer | Addison | | Spencer | | Child | $ | 8,500,000.00 |
| 302 | Robert | | Spencer | Kathryn | | Spencer | | Child | $ | 8,500,000.00 |
| 303 | Robert | | Spencer | Robert | | Spencer | | Child | $ | 8,500,000.00 |
| 304 | Robert | | Spencer | Robert | | Spencer | | Parent | $ | 8,500,000.00 |
| 305 | Robert | | Spencer | Elizabeth | | Richardson | | Sibling | $ | 4,250,000.00 |
| 306 | Robert | | Spencer | Susan | | Spencer-Craig | | Sibling | $ | 4,250,000.00 |
| 307 | Robert | | Spencer | Jennifer | | Fosburgh | | Sibling | $ | 4,250,000.00 |
| 308 | Robert | | Spencer | Michael | | Spencer | | Sibling | $ | 4,250,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 309 | Robert | | Spencer | Jennifer Fosburgh and Michael Spencer, as Co-Personal Representatives of the Estate of Kathryn | | Hayes | Sibling | $ 4,250,000.00 |
| 310 | Michael | | Taddonio | Danielle | | Taddonio Miscioscia | Child | $ 8,500,000.00 |
| 311 | Michael | | Taddonio | Nicole | | Taddonio | Child | $ 8,500,000.00 |
| 312 | Michael | | Taddonio | Michael | | Taddonio | Jr. | Child | $ 8,500,000.00 |
| 313 | Michael | | Taddonio | Marc Taddonio and Richard Taddonio, as Co-Personal Representatives of the Estate of Josephine | | Taddonio | Parent | $ 8,500,000.00 |
| 314 | Michael | | Taddonio | Marc Taddonio, as Personal Representative of the Estate of Richard | | Taddonio | Parent | $ 8,500,000.00 |
| 315 | Michael | | Taddonio | Richard | | Taddonio | Sibling | $ 4,250,000.00 |
| 316 | Michael | | Taddonio | Lisa | | Crowe | Sibling | $ 4,250,000.00 |
| 317 | Michael | | Taddonio | Teresa | | Martin | Sibling | $ 4,250,000.00 |
| 318 | Brian | | Terrenzi | Elizabeth | Brian | Terrenzi Spring | Child | $ 8,500,000.00 |
| 319 | Nichola | | Thorpe | Sharon | Thorpe | Hanson | Sibling | $ 4,250,000.00 |
| 320 | Richard | | Todisco | Gregory | | Todisco | Child | $ 8,500,000.00 |
| 321 | Richard | | Todisco | Lisa | | DeBarbrie | Child | $ 8,500,000.00 |
| 322 | Michael | | Tucker | Taylor | | Tucker | Child | $ 8,500,000.00 |
| 323 | Michael | | Tucker | Gaffney | | Tucker | Child | $ 8,500,000.00 |
| 324 | Michael | | Tucker | Morgan | | Tucker | Child | $ 8,500,000.00 |
| 325 | Michael | | Tucker | Alexandra | | Tucker | Child | $ 8,500,000.00 |
| 326 | Michael | | Tucker | Thomas | | Tucker | Parent | $ 8,500,000.00 |
| 327 | Michael | | Tucker | Joan | | Tucker | Parent | $ 8,500,000.00 |
| 328 | Michael | | Tucker | Susan | | Jenkins | Sibling | $ 4,250,000.00 |
| 329 | Michael | | Tucker | Cathy | | Guba | Sibling | $ 4,250,000.00 |
| 330 | Michael | | Tucker | John | | Tucker | Sibling | $ 4,250,000.00 |
| 331 | Michael | | Tucker | Maureen | | OMalley | Sibling | $ 4,250,000.00 |
| 332 | Michael | | Tucker | Christopher | | Tucker | Sibling | $ 4,250,000.00 |
| 333 | Ronald | | Vauk | Liam | | Vauk | Child | $ 8,500,000.00 |
| 334 | Ronald | | Vauk | Meaghan | | Vauk | Child | $ 8,500,000.00 |
| 335 | Ronald | | Vauk | Charles | | Vauk | Sibling | $ 4,250,000.00 |
| 336 | Ronald | | Vauk | Patricia | | Vauk | Sibling | $ 4,250,000.00 |
| 337 | Ronald | | Vauk | Dennis | | Vauk | Sibling | $ 4,250,000.00 |
| 338 | Ronald | | Vauk | Teresa | | Masterson | Sibling | $ 4,250,000.00 |
| 339 | Ronald | | Vauk | Lynne | | Caba | Sibling | $ 4,250,000.00 |
| 340 | Matthew | | Vianna | Christine | | Vianna Tenaglia | Sibling | $ 4,250,000.00 |
| 341 | Garo | | Voskerijian | Shont | | Voskerijian | Child | $ 8,500,000.00 |
| 342 | Garo | | Voskerijian | Isabelle | | Voskerijian | Child | $ 8,500,000.00 |
| 343 | Garo | | Voskerijian | Aleene | | Voskerijian | Child | $ 8,500,000.00 |
| 344 | Garo | | Voskerijian | Zabel | | Voskerijian | Parent | $ 8,500,000.00 |

| 345 | Garo | | Voskerijian | Zaree | | Voskerijian | Sibling | $ | 4,250,000.00 |
|---|---|---|---|---|---|---|---|---|---|
| 346 | Kenneth | | Waldie | Jeffrey | | Waldie | Child | $ | 8,500,000.00 |
| 347 | Kenneth | | Waldie | Andrew | | Petisce | Stepchild | $ | 8,500,000.00 |
| 348 | Kenneth | | Waldie | Jack | | Waldie | Sibling | $ | 4,250,000.00 |
| 349 | Kenneth | | Waldie | Jane | | Waldie Wrenshall | Sibling | $ | 4,250,000.00 |
| 350 | Kenneth | | Waldie | Grace | | McGroarty | Sibling | $ | 4,250,000.00 |
| 351 | Kenneth | | Waldie | Mary | Louise | Waldie Klimm | Sibling | $ | 4,250,000.00 |
| 352 | Kenneth | | Waldie | Meredith | | Waldie Witherspoon | Child | $ | 8,500,000.00 |
| 353 | Kenneth | | Waldie | Jonathan | | Waldie | Child | $ | 8,500,000.00 |
| 354 | David | T. | Weiss | Marcia Weiss, as Personal Representative of the Estate of Gina | | Weiss | Child | $ | 8,500,000.00 |
| 355 | John | | Works | Allison | Noble | Works | Child | $ | 8,500,000.00 |
| 356 | Rodney | | Wotton | David | | Wotton | Sibling | $ | 4,250,000.00 |
| 357 | Rodney | | Wotton | Jean | | Wotton | Parent | $ | 8,500,000.00 |
| 358 | Rodney | | Wotton | Brian | | Wotton | Sibling | $ | 4,250,000.00 |
| 359 | Rodney | | Wotton | Jean Wotton, as Personal Representative of the Estate of Stewart | | Wotton | Parent | $ | 8,500,000.00 |
| 360 | William | | Wren | William | | Wren | Child | $ | 8,500,000.00 |
| 361 | William | | Wren | Christopher | | Wren | Child | $ | 8,500,000.00 |
| 362 | William | | Wren | Judith | | Dalton | Sibling | $ | 4,250,000.00 |
| 363 | William | | Wren | Tricia Marsala, as Personal Representative of the Estate of Kathleen | | Demme | Sibling | $ | 4,250,000.00 |