# EXHIBIT C-2

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF'S SUFFIX | PLAINTIFF NATIONALITY | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | David | Michael | Barkway | | David | | Barkway | | Canada | Child | $ 8,500,000.00 |
| 2 | David | Michael | Barkway | | James | | Barkway | | Canada | Child | $ 8,500,000.00 |
| 3 | Francisco | | Bourdier | | Manuel Bourdier, as Personal Representative of the Estate of Francisco | | Bourdier | | Dominican Republic | Parent | $ 8,500,000.00 |
| 4 | Francisco | | Bourdier | | Magdalena | | Bourdier | | Dominican Republic | Parent | $ 8,500,000.00 |
| 5 | Neil | | Cudmore | | Sheila | | Morgan | | United Kingdom | Parent | $ 8,500,000.00 |
| 6 | Christopher | | Newton-Carter | | Mark | | Newton-Carter | | United Kingdom | Sibling | $ 4,250,000.00 |
| 7 | Christopher | | Newton-Carter | | Teresa | | Danko | | United Kingdom | Sibling | $ 4,250,000.00 |
| 8 | Seline | | Sutter | | Hans | Ulrich | Sutter | | Switzerland | Sibling | $ 4,250,000.00 |
| 9 | Seline | | Sutter | | Hans Ulrich Sutter, as Personal Representative of the Estate of Selina | | Sutter Derrer | | Switzerland | Parent | $ 8,500,000.00 |
| 10 | Nigel | | Thompson | | Norman | | Thompson | | United Kingdom | Parent | $ 8,500,000.00 |
| 11 | Nigel | | Thompson | | Patricia | | Thompson | | United Kingdom | Parent | $ 8,500,000.00 |
| 12 | Nigel | | Thompson | | Neal | | Thompson | | United Kingdom | Sibling | $ 4,250,000.00 |
| 13 | Nigel | | Thompson | | Mark | | Thompson | | United Kingdom | Sibling | $ 4,250,000.00 |
| 14 | Dinah | | Webster | | Clive Hopwood, as Personal Representative of the Estate of Peter | | Hopwood | | United Kingdom | Parent | $ 8,500,000.00 |
| 15 | Dinah | | Webster | | Clive Hopwood, as Personal Representative of the Estate of Sonia | | Hopwood | | United Kingdom | Parent | $ 8,500,000.00 |
| 16 | Dinah | | Webster | | Zoe | Louise | Webster Ghirarduzzi | | United Kingdom | Child | $ 8,500,000.00 |