**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:     **1:03 MDL 1570 (GBD)(SN)**
:
-------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Joint Local Rules of the United States Court for the Southern and Eastern Districts of New York, I, Douglass A. Mitchell, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Havlish Plaintiffs.

I am a member in good standing of the Bar of Nevada and the United States District Court for the District of Columbia. I have never been convicted of a felony. In addition, I have never been censured, suspended, disbarred, or denied admission or readmission by any court and there are no disciplinary proceedings against me in any state or federal court. Pursuant to Local Rule 1.3, my declaration is attached.

Dated: January 13, 2021.

/s/ Douglass A. Mitchell
Douglass A. Mitchell
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202-639-6000
Fax: 202-639-6066
Email: dmitchell@jenner.com