**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:     **1:03 MDL 1570 (GBD)(SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**

## DECLARATION OF DOUGLASS A. MITCHELL
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Douglass A. Mitchell, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following are true and correct:

1. I am a partner at the law firm of Jenner & Block LLP and have personal knowledge of the facts stated in this declaration.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter to appear as counsel for the Havlish Plaintiffs. As shown in the Certificates of Good, attached hereto, I am a member in good standing of the bars of the state of Nevada and the United States District Court for the District of Columbia.

3. I have never been convicted of a felony. In addition, I have never been censured, suspended, disbarred, or denied admission or readmission by any court and there are no disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and accurate. I also understand that the Court retains the right to deny my request for admission based upon the content of the responses in this declaration.

Dated: January 13, 2022.

    /s/ Douglass A. Mitchell
Douglass A. Mitchell
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202-639-6000
Fax: 202-639-6066
Email: dmitchell@jenner.com