UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

## DECLARATION OF AISHA E. R. BEMBRY

I, Aisha E. R. Bembry, declare and say that the following statements are true as a matter of my personal knowledge:

1. I am a partner at the law firm of Lewis Baach Kaufmann Middlemiss PLLC and a member in good standing of the District of Columbia Bar and the Maryland Bar and have been admitted *pro hac vice* as counsel for defendants Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"). I make this declaration in support of the Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Jonathan Benthall, Chas Freeman, Jonathan Marks, and John Sidel. in the above-captioned case, filed on January 14, 2022.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit AA | Excerpts from the Expert Report of Jonathan M. Winer, dated March 10, 2020<br>• The complete Expert Report is attached as Exhibit A to the Declaration of Aisha E. R. Bembry in support of the Memorandum of Law in Support of Defendants' Joint Motion to Exclude Expert Testimony of Jonathan Winer and Brian Michael Jenkins. |
| Exhibit AB | Excerpts from the Expert Report of Victor Comras, dated Oct. 29, 2020 |
| Exhibit AC | Excerpts from the Expert Report of Evan Kohlmann, undated |
| Exhibit AD | Excerpts from the Expert Report of Jonathan Benthall on behalf of Yassin Abdullah Kadi, dated Feb. 1, 2021<br>• The complete Expert Report is attached as Exhibit 2 to the Declaration of Robert T. Haefele Transmitting Evidence in Support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Daubert Motion to Exclude and/or Limit Proposed Testimony of Defendants' Proposed Experts, Jonathan Benthall, Charles W. Freeman, Jonathan Marks, and John Sidel (the "Haefele Declaration") |
| Exhibit AE | Excerpts of the transcript of the July 23, 2021 deposition of Victor Comras |
| Exhibit AF | Excerpts from the Expert Report of Jonathan Benthall on behalf of MWL, the IIRO, and Drs. Naseef, Al-Obaid, Al-Turki and Basha, dated Aug. 3, 2020<br>• The complete Expert Report is attached to as Exhibit 1 the Haefele Declaration. |
| Exhibit AG | Excerpts from the July 20, 2021 deposition of Jonathan Benthall, attaching Errata Sheet |
| Exhibit AH | Excerpts from *The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States (9/11 Report)*, July 22, 2004 |
| Exhibit AI | Third Amended Consolidated Master Complaint, *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977, dated Sept. 5, 2003 |
| Exhibit AJ | Complaint, *Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970, dated Aug., 30 2004 and filed Sept. 1, 2004 |
| Exhibit AK | Third Amended Complaint, *Thomas E. Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, filed and dated Nov. 22, 2002 |

| | |
|---|---|
| Exhibit AL | Excerpts from the Expert Report of Chas Freeman on behalf of the World Assembly of Muslim Youth ("WAMY"), dated Aug. 5, 2020<br>• The complete Expert Report is attached as Exhibit 3 to the Haefele Declaration. |
| Exhibit AM | Excerpts from the Affirmation of Evan Francois Kohlmann, dated Feb. 3, 2015 |
| Exhibit AN | Curriculum Vitae of Chas Freeman |
| Exhibit AO | Excerpts from the April 6, 2021 deposition of Chas Freeman |
| Exhibit AP | Excerpts from the Oct. 23, 2019 deposition of Saleh Wohaibi as a FRCP 30(b)(6) designee of WAMY |
| Exhibit AQ | Excerpts from the Expert Report of Jonathan Marks on behalf of WAMY, dated Aug. 7, 2020<br>• The complete Expert Report is attached as Exhibit 4 to the Haefele Declaration. |
| Exhibit AR | Excerpts from the July 22, 2021 deposition of Jonathan Marks |
| Exhibit AS | Appendix A to the Expert Report of Jonathan Marks |
| Exhibit AT | Appendix B to the Expert Report of Jonathan Marks |
| Exhibit AU | Marks Deposition Transcript Exhibit 962, Invoice from Baker Tilly to Law Firm of Omar T. Mohammedi, LLC, dated Feb. 19, 2020 |
| Exhibit AV | Excerpts from the Report of the Canada Revenue Agency, dated Jan. 5, 2012 |
| Exhibit AW | Excerpts from the July 13-14, 2021 deposition of Jonathan Winer |
| Exhibit AX | Excerpts from the Declaration of Mohammed Al Khatib, dated March 29, 2018 |
| Exhibit AY | Excerpts from the Declaration of Ibrahim Sulayman Abdullah, filed April 2, 2018 |
| Exhibit AZ | Excerpts from the Expert Report of Matthew Levitt, dated Mar. 9, 2020 |
| Exhibit AAA | Excerpts from the April 7-8, 2021 deposition of Matthew Levitt |
| Exhibit AAB | Excerpts from the Rebuttal Expert Report of Evan Kohlmann, dated Feb. 2, 2021 |
| Exhibit AAC | Excerpt from the Aug. 5-6, 2021 deposition of Evan Kohlmann |

| | |
|---|---|
| Exhibit AAD | Excerpts from the Declaration of Dr. Abdul Wahab Noorwali in Support of Defendant World Assembly of Muslim Youth, filed March 30, 2018 |
| Exhibit AAE | Sidel Deposition Transcript Exhibit 602 |
| Exhibit AAF | Excerpts from the Expert Report of John Sidel on behalf of MWL, the IIRO, and Drs. Naseef, Al-Obaid, Al-Turki, and Basha, dated July 29, 2020.<br>• The complete Expert Report is attached as Exhibit 5 to the Haefele Declaration |
| Exhibit AAG | Excerpts from the April 27, 2021 deposition of John Sidel |
| Exhibit AAH | Excerpt from the Feb. 20-21, 2019 deposition of Adnan Basha |
| Exhibit AAI | Excerpt from the Mar.26-27, 2019 deposition of Fahd Mohammad Sanad Al-Harbi |
| Exhibit AAJ | Excerpt from the June 27, 2019 deposition of Abdulhadi Daguit |
| Exhibit AAK | Sidel Deposition Transcript Exhibit 605 |
| Exhibit AAL | Sidel Deposition Transcript Exhibit 606 |
| Exhibit AAM | Joint Letter to the Honorable Sarah Netburn, United States Magistrate Judge, concerning outstanding issues in connection with the discovery related to Yassin Kadi, dated Oct. 13, 2021 |

Dated: January 14, 2022            /s/ Aisha E. R. Bembry

Aisha E. R. Bembry