# EXHIBIT AE

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 03-MDL-1570 (GBD)(SN)

5  ------------------------------------x

6  IN RE:  TERRORIST ATTACKS ON

7

8  SEPTEMBER 11, 2001

9  ------------------------------------x

10

11      REMOTE VIDEOTAPED DEPOSITION OF
            VICTOR COMRAS

12          Ft. Lauderdale, Florida
               July 23, 2021

13

14

15  Reported By:

16  ERIC J. FINZ

```
 1              VICTOR COMRAS
 2    situation is that these are unexplained.
 3    If there is an explanation, please
 4    provide it.  That's your job, not mine.
 5         Q.    On page 50 of your main
 6    report.  I will pause for you to get
 7    there.
 8         A.    Thank you.  Okay.
 9         Q.    You discuss the el-Eman, e-l,
10    new word, E-m-a-n, dormitory project for
11    which Kadi arranged Julaidan to arrange
12    construction.  Correct?
13         A.    Correct.
14         Q.    And you conclude that
15    between -- and this is a quote, between
16    926,000 and 1.28 million of the
17    Kadi/Karavan, Karavan with a K, provided
18    funding for this transaction remained
19    unaccounted for and was likely skimmed
20    off for our purposes including Al Qaeda,
21    close quote.
22              Did I read that correctly?
23         A.    You did.
24         Q.    And then if you could turn to
25    page 33 of your main report.
```

1                  VICTOR COMRAS
2        A.     Sorry, which page?
3        Q.     33.  3-3.
4        A.     Got it.
5        Q.     Second full paragraph.  This
6    is not a run-over paragraph, so it's also
7    the second paragraph.
8        A.     Okay.
9        Q.     And the last sentence of that
10   paragraph is, "These suspicions were
11   exacerbated by a subsequent accounting
12   indicating that up to 300,000 of these
13   funds remain unaccounted for."  Second to
14   last sentence.
15       A.     Okay and?
16       Q.     You say "more about this Maram
17   project below."
18              Do you not see a discrepancy
19   between 300,926 to 1.28 million?
20       A.     I think you're comparing
21   apples and oranges.  I'm saying that a
22   certain amount of money unaccounted for
23   in a sense that we don't -- skimmed off,
24   what happened to it.  It did not
25   logically or clearly go for the projects

1           VICTOR COMRAS
2   concerned.  The 300,000 comes from a
3   report that was done, I think, by the
4   Swiss or the Germans, I'm not sure.  The
5   Swiss police, I think.  That they said
6   that 300,000 in the accounting was
7   unaccountable.
8           Money, again, is fungible.
9   You can find a purpose for the funds.
10  But the funds' purpose may be somewhat
11  off of the project that you're talking
12  about.  May have even been replaced by
13  other funds.  May involve other
14  transactions.
15          So when I looked at it, it
16  seemed to me that there was a real risk
17  or great amount of this money could have
18  been skimmed off.
19          Other sources also paid for
20  some of the projects that were ordered by
21  those involved, by Julaidan and others.
22          So I don't see a discrepancy
23  between the figures, no.  I just see that
24  they're involving two different
25  accountings by two different groups for

Page 308

1         VICTOR COMRAS
2    two different purposes.
3         Q.    You used the phrase
4    "unaccounted for" in reference to both
5    sets of figures.  Correct?
6         A.    Correct.  Unaccounted for for
7    me may mean a different thing than
8    unaccounted for for the Swiss police.
9    And I was simply referring to the Swiss
10   police.  I think it was the Swiss police
11   report.
12        Q.    And you're sticking with the
13   926,000 to $1.28 million range as funds
14   that were never accounted for that you
15   claim may have been skimmed off?
16        A.    I said that were inefficiently
17   or insufficiently accounted for.  And may
18   have been skimmed off, would be a more
19   correct perhaps statement.
20        Q.    How did you calculate those
21   figures, by the way?
22        A.    I calculated them at the time
23   I created the report.  I would spend some
24   time recreating that calculation.  And I
25   don't think we have that within the hour

1                    VICTOR COMRAS
2      that's left.
3           Q.    No, we don't.
4                 As you sit here today then,
5      just to be clear, you can't account for
6      yourself how you get to the figures of
7      $926,000 to $1.28 million as being
8      unaccounted for; can you?
9                 MR. MALONEY:  Objection.
10          That's not what he said.
11          Mischaracterizes his testimony.
12          A.    I believe that I can stand by
13     my statement.  And if required, I can do
14     so.  I can put it back together again and
15     provide a decent rationale for that
16     statement, yes.
17          Q.    Can you --
18          A.    I don't think I'm in a
19     position do that standing here on Zoom,
20     no, in this deposition.
21          Q.    We agree.  But maybe perhaps
22     you do remember the methodology you used
23     to calculate those figures?
24          A.    The methodology is, again, the
25     fungibility of money.  I noted when I

Veritext Legal Solutions
212-267-6868              www.veritext.com              516-608-2400

```
 1                    VICTOR COMRAS
 2      STATE OF Virginia        )
 3                                ss:
 4      COUNTY OF Falls Church   )
 5
 6          I, VICTOR COMRAS, the witness
 7      herein, having read the foregoing
 8      testimony of the pages of this
 9      deposition, do hereby certify it to be a
10      true and correct transcript, subject to
11      the corrections, if any, shown on the
12      attached page.
13
14
15          /s/ Victor Comras
16               VICTOR COMRAS
17
18      Subscribed and sworn to before me
19
20      This 25th day of August, 2021.
21
22
23                                   SANDRA PATRICIA BONILLA AYALA
                                     NOTARY PUBLIC
                                     COMMONWEALTH OF VIRGINIA
                                     MY COMMISSION EXPIRES JAN. 31, 2024
                                     COMMISSION # 7899374
24      _____
25           Notary Public
```

## Corrigendum to Transcript of Deposition of
## Victor Comras

Page 14
Response to question when retained: I was first contacted by Kreindler on or about February 7, 2020. I received and signed the expert consulting letter on or about March 4th, 2020.

Page 29 and infra
The correct spelling of Macedonia's capital is Skopje.

Page 61 line 14 should read "with members in those groups."

Page 63 line 3-4 should read " or associated with members of the Muslim Brotherhood."

Page 201 line 11 change "Ayad" to "Wadi al Aqiq."

Page 247 line 21 change "Suez" to Szubin.

Page 311 line 22,23 change "pure claim" to peer acclaim.

Page 336 line 19,20 change "Saudi Arabia President" to Saudi Red Crescent.

Page 345 line 15 change "grow-through" to "go-though."

Page 348 line 3 change "carry out" to "carried out."

Page 406 line 20 change "your" to "our."

Page 423 line 14 change "had" to "add."

*[signature]*
Victor Comras

**Subscribed and Sworn to before for**

This 25th day of August, 2021.

*[Notary seal: Sandra Patricia Bonilla Ayala, Notary Public, Commonwealth of Virginia, My Commission Expires Jan. 31, 2024, Commission # 7899374]*

_____
**Notary Public**