# EXHIBIT AG

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2
 3   IN RE: TERRORIST ATTACKS    )  03-MDL-1570 (GBD)(SN)
     ON SEPTEMBER 11, 2001       )
 4                               )
 5   THE ANNOTATIONS ON THIS TRANSCRIPT WERE DONE BY PETER C. SALERNO AND REFLECT
 6      CORRECTIONS SUPPLIED BY THE DEPONENT IN AN ERRATA SHEET (ATTACHED)
 7
                       — — —
 8
                 Tuesday, July 20, 2021
 9                     — — —
10            THIS TRANSCRIPT CONTAINS
               CONFIDENTIAL MATERIAL
11                     — — —
12
13       Remote video-recorded deposition of JONATHAN
     BENTHALL, held at the location of the witness,
14   commencing at 12:03 p.m., on the above date, before
     Debra A. Dibble, Certified Court Reporter,
15   Registered Diplomate Reporter, Certified Realtime
     Captioner, Certified Realtime Reporter and Notary
16   Public.
17
                       — — —
18
19
20
21
22
23
             GOLKOW LITIGATION SERVICES
24       877.370.DEPS | fax 917.591.5672
                 deps@golkow.com
25
```

This Transcript Contains Confidential Material

```
 1          A.    I consider myself an expert on

 2     aspects of money laundering as they pertain

 3     to Islamic charities.

 4          Q.    What kind of training and

 5     background do you have on money laundering

 6     and investigating money laundering?

 7          A.    I don't have any formal

 8     training on that.

 9          Q.    So how is it that you consider

10     yourself to be an expert in that area?

11               MR. NASSAR:  Objection,

12          mischaracterizes his testimony.  He

13          did not testify to that.

14          Q.    (BY MR. MALONEY)  Sir --

15          A.    I have been --

16          Q.    Sir, let me restate the

17     question.

18               Do you consider yourself to be

19     an expert in money laundering?

20               MR. NASSAR:  Objection, asked

21          and answered.

22          A.    I think I've answered that

23     question.  With regards to money laundering

24     aspects relating to Islamic charities, I

25     consider I have expertise.
```

This Transcript Contains Confidential Material

1          Q.     (BY MR. MALONEY)  Okay.  You've

2    had no training in money laundering, no

3    experience in money laundering, but you

4    consider yourself to be an expert in money

5    laundering when it comes to Islamic

6    charities.  Is that what you're saying?

7          A.     In regards to Islamic

8    charities, I have been interested in this

9    question and have -- since the Montreux

10   Initiative -- since I was engaged by

11   the Montreux Initiative, it's been something

changed per
errata sheet

12   I've considered ~~captive~~ actively.  Not money

13   laundering in the sense of money laundering

14   for alleged -- alleged terrorists, but rather

15   money laundering in general.

16         Q.     Well, speaking of that, do you

17   consider yourself an expert in terror

18   financing?

19         A.     Certainly with regard to

20   aspects of terrorist financing that pertain

21   to Islamic charities, I've been interested in

22   this for a long period and consider that I

23   have expertise.

24         Q.     So based on your interest in

25   the subject matter, you consider yourself to

This Transcript Contains Confidential Material

1    be an expert in terror financing when it

2    comes to charities.  Is that what you're

3    saying?

4         A.    Not just my interest, but my

5    active engagement with people who specialize

6    in the subject and in reading as much as I

7    have been able to of the literature on the

8    subject; the research literature and the

9    official documents.

10        Q.    You mentioned the Montreux

11   Initiative in 2005, I think you said.

12              Did I get that right?

13        A.    Yes.

14        Q.    Tell me what that initiative

15   was, briefly.

16        A.    The Montreux Initiative was set

17   up by the political division for -- of the

18   Swiss foreign relations department.  In

19   particular, an individual called Jean-Nicolas

20   Bitter, spelled B-I-T-T-E-R, who had been

21   publishing on Islamic charities, even before

22   myself and other colleagues I worked with.

23   And he invited me to write a feasibility

change per
errata sheet

24   study for a project to -- for ~~a corporation~~ cooperation

25   to remove unjustified obstacles from Islamic

This Transcript Contains Confidential Material

```
 1    of -- that were being published by the U.S.

 2    treasury at that time.

 3         Q.    (BY MR. MALONEY)  When you say

 4    you were engaged in collective discussion,

 5    what did you specifically do to fix or change

 6    any of the auditing procedures at any of the

 7    charities, you personally?

 8         A.    I didn't -- I certainly didn't

 9    succeed myself in altering any particular

10    charities procedures.

11              I was engaged --

12         Q.    Did you --

13         A.    Sorry.

14         Q.    Okay.  Earlier I asked you if

15    you considered yourself an expert in terror

16    financing, and you said with regard to

17    charities, you did consider yourself such an

18    expert.

19              Have you ever been disqualified

20    as an expert in any subject area by a court?

21         A.    I recall in the Arab Bank case,

22    that -- this was particular to do with

23    Palestinian cap committees.  From what I

24    recall, my expertise was partially accepted

25    and partly declined by the judge.
```

This Transcript Contains Confidential Material

```
1           Q.     What was excluded?  What parts

2    of your opinion or expertise was excluded,

3    and why was it excluded?

4           A.     I can't remember.  Could you

5    show me the document that you're referring

6    to?  This would help me to refresh my memory.

7           Q.     I'm going to ask you your

8    memory.  Did you consider that a big deal

9    when a court said you were not qualified to

10   give an expert opinion in a subject area?  Is

11   that something you remember or not?

12              MR. NASSAR:  Objection, form.

13         Those are two separate questions.  Are

14         you asking does he think it's a big

15         deal or whether he remembers it?

16              MR. MALONEY:  I'm asking if he

17         remembers it.

18          A.     I remember quite vaguely that

19   there was -- there were a lot of developments

20   in that case, and I can't remember the

21   details of -- if you would show me the

22   document, I could refresh my memory about it,

23   but I can't remember exactly what the problem

24   was.

25          Q.     (BY MR. MALONEY)  Did the
```

This Transcript Contains Confidential Material

```
 1    Court, in its opinion, find that you had no

 2    expertise whatsoever in, quote, financial

 3    irregularities, close quote, the provision

 4    of, quote, banking services, closed quote, by

 5    financial institutions or whether the

 6    charitable organization at issue here or not

 7    were Hamas fronts?

 8         A.    Can you please show me the

 9    document and I --

10         Q.    I'm going to ask your counsel

11    to give it to you.  It's Linde versus Arab

12    Bank at 2011 Westlaw 9974, 899 at page 3.

13              MR. NASSAR:  Are you asking me

14         to look up -- to log into Westlaw and

15         look up --

16              MR. MALONEY:  I'm asking if he

17         remembers that or if you've shown that

18         to him.

19              MR. NASSAR:  I don't have

20         access to Westlaw at the moment, and

21         so I -- I'm unable to do what you're

22         asking.  If you want to show him a

23         document, that's fine, but I can't log

24         into Westlaw at this point.

25         Q.    (BY MR. MALONEY)  Does that
```

This Transcript Contains Confidential Material

1    sound familiar to you, Mr. Benthall, what I

2    just read to you?

3         A.    I remember very vaguely, but

4    there was so much -- there was so much legal

5    argument related to that case, which was

6    resisted by the attorneys acting for the Arab

7    Bank, and I really couldn't give you a

8    definitive answer on that.  If you show me

9    the document, I will give you my --

10        Q.    Did the Court say that you had

11   no reliable basis or methodology to reach the

12   conclusions on those issues?

13        A.    Well, it was a different -- it

14   was a completely different case from the

15   present one.  So even if this was the case,

16   it would be -- it was a totally different set

17   of circumstances to the present case.  It was

18   to do with the Palestinian, the calculators, zakat committees,

19   nothing do with al-Qaeda at all.

20        Q.    I understand.  But it had

21   everything to do with you and your claim to

22   be an expert in financial irregularities and

23   banking services, did it not?

24        A.    It was to do with the --

25              MR. NASSAR:  Objection to form.

changed per
errata sheet

changed per
errata sheet

1          A.      It was to do with the status of

2    these ~~calculators~~ zakat committees and the financial --

3    financial documentation relating to them.

4          Q.      (BY MR. MALONEY)  And your

5    opinion was excluded because the Court found

6    you had no expertise in those areas; correct?

7          A.      I think you are -- you are

8    mischaracterizing what happened because it

9    was a very specific case, very specific --

10               I don't think there was

11   anything in my expert report relating to

12   financial reporting at the time.

13         Q.      I'm reading from the Court's

14   opinion, sir.  I'm not characterizing it any

15   way other than to read from the Court's

16   opinion.  And I'm asking if you remember

17   that.

18         A.      You're not reading from the

19   Court's opinion.  You're telling me something

20   orally, which I'd really like to look at the

21   document to refresh my memory of what it

22   said.

23         Q.      All right.  I'll be happy to do

24   that at a break, send you the Westlaw

25   opinion.  I'm surprised this is not something

1    that would stand out in your memory.

2              Did you consider that exclusion

3    to be attack on your credibility as an

4    expert?

5         A.    I didn't, because it was

6    related to the -- some extremely restrictive

7    rulings made by this judge, which the

8    attorneys opposed.  I can't remember whether

9    they asked for reconsideration of this or

10   not, but there were -- there was a lot of

11   ~~term-throwing~~ to-and-froing with regard to the

12   qualifications of experts and the legal

13   framework of that case.

14        Q.    All right.  So you don't

15   understand what the Court -- the meaning of

16   what the Court said about you; correct?

17   That's what you're saying?

18              MR. NASSAR:  Objection,

19         mischaracterizes the testimony.

20        A.    Mr. Maloney, you said you'd

21   share the document.  And when I see the

22   document, I will give you --

23        Q.    (BY MR. MALONEY)  Okay.  So you

24   would need your memory refreshed.  Is that

25   what you're saying?

changed per
errata sheet

```
 1        A.      Yes.

 2        Q.      Have you ever met for any

 3   reason with officials from the Saudi

 4   government with regard to any charities?

 5        A.      No, I haven't, that I can

 6   recall.

 7        Q.      How about members of the royal

 8   family, whether or not they were government

 9   officials, have you met with any of them with

10   regard to any charities?

11        A.      I can't recall having met with

12   a member of the Saudi government.

13        Q.      I think I already asked you

14   this.  Have you ever met with any of the

15   leadership from the IIRO or Muslim World

16   League?

17        A.      I have met Dr. Basha, but not

18   the other ones.

19        Q.      How about Mr. Qurashi?

20        A.      Yes, I've met Mr. Qurashi.

21        Q.      You met him in London in 1995;

22   correct?

23        A.      That's correct.

24        Q.      Did you meet with him any other

25   time?
```

This Transcript Contains Confidential Material

```
 1    when you were describing the recent materials

 2    you reviewed, you had described two

 3    categories.

 4               One was material put out by the

 5    Muslim World League and IIRO, and another was

 6    the material that was put out by those who

 7    were hostile to those Islamic charities.

 8               Did I hear you right?

 9        A.    Hostile to the Muslim World

10    League in particular.  I should qualify what

11    I said by hostile.  I should have said

12    perhaps dismissive or always looking for

13    worst things in them.

14        Q.    Well, are we talking about the

15    allegations that they were financing

16    terrorism?

17        A.    I'm talking about -- about

18    narrative documentation of -- what I was

19    looking for was narrative documentation

20    actually explaining how the World League was
                                         ideologies
21    set up and the kind of values and ~~idealogies~~

22    of the World League over the years, which is

23    actually quite difficult to find.  It just

24    happens that it hasn't been studied by

25    scholars in the same way that I have tried to
```

changed per
errata sheet

This Transcript Contains Confidential Material

1    look at IIRO, as I did before I had any

2    intimation that I'd be involved in this case,

3    in 2018.

4         Q.    I'm still unclear.  You

5    identified some materials, at least vaguely,

6    that were published in 1990 and 1992.

7              Is the material that was

8    hostile to the charities, was that published

9    after the 9/11 attacks?

10        A.    There's a lot of -- a lot of --

11   if you look at things like the internet, you

12   can find material about the Muslim World

13   League which is negative and not very well

14   sourced, and you find other materials which

15   is published by an MWL spokesman; and I was

16   looking for something that is unbiased and

17   reliable from an academic point of view.

18        Q.    So the material that was

19   published by the Muslim World League you

20   consider potentially to be biased; fair?

21              MR. NASSAR:  Objection,

22         mischaracterizes his testimony.

23        A.    There is a -- there's an

24   element of bias as there's an element of bias

25   in the other kind of material put out by some

This Transcript Contains Confidential Material

```
 1            Q.     So the third one is

 2      representatives of religious institutions;

 3      recipients of charity --

 4                   Did you -- sorry,

 5      representatives of religious institutions.

 6                   Did you interview or discuss

 7      this material for this report with religious

 8      institutions, "yes" or "no"?

 9            A.     No.

10            Q.     The next one is discussions or

11      interviews with recipients of the charity and

12      welfare support.

13                   Did you discuss or interview

14      anybody that was receiving any of the charity

15      from Muwafaq or Kadi in connection with this

16      report?

17            A.     No.

18            Q.     The next one is government

19      publications and websites.

20                   Did you review government

21      publications and websites in connection with

22      this report?

23            A.     Yes.

24            Q.     Okay.  I'm going to circle

25      that, and we'll come back to that.  Well,
```

This Transcript Contains Confidential Material

```
 1    actually, if you can concisely tell me what

 2    it is that you consulted.

 3         A.    Government publications and

 4    websites.

 5         Q.    And they're listed on your list

 6    of materials considered?

 7         A.    You asked me to be concise, and

 8    you asked me a very general question.  But a

 9    lot of reports from the United States

10    government in particular and United Nations

11    and et cetera.

12         Q.    Right.  And my follow-up to

13    that is they're all listed on anything you

14    considered.  Government publications and

15    websites are listed in the attachment to your

16    report or the supplement provided by

17    Mr. Salerno; correct?

18         A.    Yes.  Yes.  Yes.

19         Q.    The next one is personal

20    observations, especially through participant

21    observation.

22              What, if any, participant

23    observation or personal observation did you

24    make in connection with this report?

25         A.    It was not in connection with
```

1    this report, but in the -- in connection with

2    my wider expertise and publications.

3         Q.    Are you referring to your

4    general work on the history of Islamic

5    charities?

6         A.    On the history of Islamic

7    charities and on the encounters they've had

8    with regulatory authorities and legal systems

9    in different countries.

10        Q.    Would you please try to keep

11   your voice up.

12        A.    The encounters with regulatory

13   authorities and legal systems in different

14   countries.

15        Q.    And that's general background,

16   not specific to Mr. Kadi; correct?

17        A.    Correct.

18        Q.    And I'll save Mr. Carter the

19   trouble of asking you the same question if I

20   were asking about IIRO and Muslim World

21   League, your report is not specific to them

22   in this regard, but your general background

23   and your publications on Islamic charities

24   and regulatory authorities; fair?

25                  MR. NASSAR:  Objection, form.

This Transcript Contains Confidential Material

```
 1              MR. SALERNO:  Yeah, objection
 2       to form.
 3       A.     It's different, because in the
 4  case of IIRO and the MWL, I have had
 5  interviews and I've known personally some of
 6  the protagonists, have made many personal
 7  observations.  So it's different from the
 8  cases --
 9       Q.     (BY MR. MALONEY)  Okay.  And
10  you did touch on some of that earlier.  I'm
11  going to either come back or leave that for
12  Mr. Carter.
13              The next item on primary
14  sources to consult with would be written
15  materials such as letters, reports, business
16  records, in-house memoranda, photographs,
17  websites, and promotional and fundraising
18  material.
19              Did you specifically use that
20  methodology for this Kadi report?
21       A.     Yes.  Just to take photographs,
22  I used a picture of Mr. Kadi with
23  ex-President Jimmy Carter and Rosalynn at the
24  Al-Hekma -- Dar Al-Hekma women's college,
25  but -- I think it's inauguration.  That's
```

1    just one example of --

2         Q.    What year was that photo?

3    Sorry.

4         A.    The photograph of Mr. Kadi

5    posing with ex-president Jimmy Carter and

6    Rosalynn Carter at the ceremony to do with

7    the Dar Al-Hekma women's college, which he

8    co-sponsored and co-founded.

9         Q.    And my question was what year

10   was the photo?

11        A.    I'll have to look that up on

12   my -- I don't have that in mind, but I think

13   it was the 1990s.

14        Q.    Can I ask on this particular

15   primary source group of material, are all of

16   the items -- the material such as letters,

17   reports, business records, in-house memoranda

18   and photographs and websites -- listed on

19   your list of reliance materials in connection

20   with the report --

21        A.    Mr. Maloney, you've asked me a

22   question.  I've asked for a moment to just

23   find the date.  You asked the date of the

24   photograph.

25        Q.    I was hoping you would know it.

This Transcript Contains Confidential Material

1    I've looked at masses of material.  I can't

2    find any evidence that Mr. Kadi had any

3    sympathies of this kind.  And there's

4    evidence for his support of the women's

5    college, which was before 9/11.

6           So it couldn't be argued that

7    it was done to sort of exculpate himself from

8    any allegations of nefarious conduct.  But

9    also there are other examples of him being

10   willing to give support to Christians, and

11   some countries that -- it just seems to me

12   there's no evidence presented so far -- of

changed per
errata sheet
13   course, there might be, that he had ~~only~~ any kind

14   of sympathy in that direction.

15           Of course, you could argue that

16   he was an incredibly devious person who had

changed per
errata sheet
17   an enormous ~~fore~~ false trail in creating this front

18   for al-Qaeda, but I haven't seen any evidence

19   on it.

20      Q.     (BY MR. MALONEY)  The last item

21   on primary sources you listed here was court

22   documents.

23           Did you review court documents

24   in connection with your Kadi report?

25      A.     Yes, I read the -- among

1    others, I read the United Nations court

2    documents.  Which are -- yes.

3         Q.    And it's listed in your list of

4    materials that you relied on; right?

5         A.    Yes.

6         Q.    And any other court documents?

7         A.    I'll have to go through the

8    list to remind myself of this.

9              [Document review.]

10             MR. MALONEY:  Why don't we go

11        off the record.  If you need some time

12        to review, let's go off the record.

13        A.    No, no.  It's the case of --

14   near the end of the documents, United States

15   District Court, District of Massachusetts.

16   This is the Muntasser case.

17             Maybe it's not the ones.  I

18   haven't looked at them exhaustively, but that

19   leaps to the eye.

20        Q.    And these were supplied to you

21   by Mr. Salerno?

22        A.    This particular one I supplied

23   myself.

24        Q.    Okay.  And why is it that you

25   sought that?

This Transcript Contains Confidential Material

```
 1          4:03 p.m. BST)

 2               THE VIDEOGRAPHER:  Back on the

 3          record at 4:03 p.m.

 4          Q.   (BY MR. MALONEY)  Mr. Benthall,

 5     we went off the record for a few minutes for

 6     you to look for something in your report.

 7          A.   Yes.

 8          Q.   Did you find it?

 9          A.   I found it.  Yes, I found it.

10     It's the top of -- it's the top of page 26.

11     Or actually footnote 53, continuation of

12     footnote 53, which goes from page 25 to 26.

13          Q.   I may come back to that and ask

14     you some questions, but I want to continue on

15     with the methodology you used or didn't use

16     in this case.

17               If we go back to page 8 of your

18     report.  We covered the first category of

19     your methodology, which was the primary

20     sources that you've listed.  I want to talk

21     briefly about the second category, which are

22     secondary sources you listed.

23          A.   Yes.

24          Q.   Such as open-source academic

25     articles and books.
```

This Transcript Contains Confidential Material

```
 1                    I saw on your list you have

 2    several academic articles and books listed

 3    there.  I assume that everything that you

 4    consulted with in connection with the Kadi

 5    report is on that list; correct?

 6         A.    I believe so.

 7         Q.    Okay.  Same for newspaper

 8    articles and websites, you've listed some of

 9    those on your reliance materials; correct?

10         A.    Yes.

11         Q.    And interviews with other

12    researchers.

13                    Did you do that in this -- in

14    connection with the Kadi report?

15         A.    Not specially in connection

16    with this report, but, of course, I have in

17    my memory interviews with other researchers

18    and with journalists and diplomats that I

19    might have remembered when writing the

20    report.

21         Q.    Specific to Mr. Kadi or Muwafaq

22    or any of Kadi's companies or just background

23    on Islamic charities in general?

24         A.    Background and with one or two

25    researchers and journalists.
```

This Transcript Contains Confidential Material

```
 1          Q.     I couldn't hear the end of

 2    that.  Background --

 3          A.     With one or two researchers and

 4    journalists.  Sometimes on a confidential

 5    basis, that I wouldn't be able to cite in the

 6    report, but this was not during the course of

 7    writing the report but from my body of

 8    experience of working on Islamic charities.

 9          Q.     Okay.  Sir, my question was

10    more specific.  Did you -- when we talked

11    about general background, that's general

12    background for Islamic charities, not

13    specific to Mr. Kadi or Muwafaq or any of

14    Mr. Kadi's businesses; correct?

15          A.     Correct.

16          Q.     You've listed here intelligence

17    reports when made available, other government

18    reports.

19               Did you utilize any of those in

20    connection with the Kadi report?

21          A.     Yes, I've seen some

22    intelligence reports and government reports.

23          Q.     And they're listed on your list

24    of materials relied upon; right?

25          A.     Yes.
```

1    report that's purporting to summarize the

2    interview of a witness?  Is that an opinion

3    or is that a factual report?

4         A.    Well, a government report --

5    while I would say that is -- I would class

6    that as a secondary report, because it is

7    recording one person's impression or analysis

8    of a witness statement.

9         Q.    So unless they took the

10   statement down verbatim or recorded it, it's

11   not factual.  It's a -- it's a summary of the

12   interviewer's impression, is that what you're

13   saying?

14        A.    I would say that, yes.

15        Q.    Okay.  The last item here you

16   write:  Statistical surveys, including mass

17   public opinion surveys.

18              What are you referring to

19   there?

20        A.    I don't think there were any

21   actually drawn on for this particular report.

22        Q.    Okay.  By the way, I assume

23   that in the first category on primary sources

24   where you listed letters, reports, and

25   business records, you would consider

This Transcript Contains Confidential Material

1    financial reports to fall into the category;

2    correct?

3        A.    Well, again, this is a little

4    bit of a borderline case, because a financial

5    report is -- what it is it's a primary

6    source; but at the same time, one wants to

7    know to what degree it's authenticated and to

8    what extent it can be regarded as an

9    objective statement of the facts.

10           So as I said, I think the

11   distinction between primary and secondary

12   source is a bit blurred at times for anybody,

13   but I wanted to make the distinction between

14   something that is actually factual and can't

15   be rebutted and secondary sources which

16   include an element of analysis and

17   interpretation.

18       Q.    Did you review financial

19   reports in connection with the Kadi report?

20       A.    I did indicate some of the

21   Pakistan offices, which are cited -- which I

22   think I mentioned in my report.

23       Q.    Any other financial reports?

24       A.    Not that I can recall.

25       Q.    Why did you review the Pakistan

This Transcript Contains Confidential Material

1      Q.     Do you address this information

2   anywhere in the actual text of your report?

3           I didn't see any reference to

4   it.

5      A.     No, I -- because my report

6   is -- the defendants in this case are the

7   IIRO and the secretaries general, and I think

8   there's evidence that in the -- that Dr. Al

9   Basha, during his regime as Secretary

10  General, recognized that there were a lot of

11  irregularities, or certainly some

12  irregularities.  He was trying to clamp down

13  on them as is clear in the memorandum which

14  he wrote in -- I believe it was 1999 that was

15  circulated to the IIRO branches, which gives

16  very clear instructions that there's to be no

17  truck with malpractice of any kind.  And he

18  was doing his best, according to my understanding, of the

19  IIRO, which I've expressed in this paper for

20  Georgetown University, long before I had

21  anything to do with this case.

22           And I think his -- as attested

23  from personal interviews as well as the

24  public record, is that -- is that it got sort

25  of overexpanded under Qureshi, who was

changed per errata sheet

changed per errata sheet

This Transcript Contains Confidential Material

changed per
errata sheet

1    dismissed in 1996.

2                   And the administration had ~~got~~ <sup>not</sup>

3    caught up with the expansion, and there were

4    irregularities, which as far as I can see,

5    Dr. Basha was trying to clamp down on.  And

6    that's why I didn't actually see this as a --

7    it's an admitted matter that these branches

8    were designated.  I've expressed -- I

9    expressed in my occasional paper a little bit

10   of concerns -- not concern, but doubt as to

11   why the whole of the IIRO wasn't designated

12   rather than these two branches, because Saudi

13   Arabia is well known as a pretty hierarchical

14   kind of society.

15        Q.    Mr. Benthall, you're not a

16   lawyer; correct?

17        A.    Correct.

18        Q.    And you're not offering a legal

19   opinion as to the circumstances under which

20   an organization may be charged with

21   responsibility for the conduct of its

22   employees; connect?

23        A.    Could you just repeat the

24   question?  It's a rather -- just repeat the

25   question, please.

This Transcript Contains Confidential Material

1          Q.     Sure.  You're not offering a

2    legal opinion as to the circumstances under

3    which an organization can be held responsible

4    for the actions of its employees.

5          A.     No, but I've had experience of

6    the administration of large charitable

7    organizations, particularly Save the Children

8    fund, and then I was chair of the trustees of

9    INTRAC, which was ~~the~~ a consultancy~~, if I'm~~

changed per
errata sheet

10   giving advice and so forth to international

changed per
errata sheet

11   ~~engineers~~ NGOs.  And the question of

12   responsibility comes up.  And it's very well

13   known that it's -- it's extremely difficult

14   to run a big international organization

15   without surrendering a certain amount of

16   control, because a lot of discretion has to

17   be left to local country managers.  So I

18   don't think you need to be a lawyer to reach

19   an informed judgment on such matters.

20         Q.     And in your expert report, you

21   expressed your opinion as to whether or not

22   it is appropriate to conclude that the

23   leadership and apex at the IIRO were

24   ideologically aligned with al-Qaeda and had a

25   systemic intent to support the sponsorship of

This Transcript Contains Confidential Material

```
 1    al-Qaeda's activities; correct?
 2         A.    Yes, I was referring to the
 3    defendants.
 4         Q.    And when you referred to the
 5    leadership of the organization, who is
 6    included in that circle?
 7         A.    As I've just said, I meant the
 8    defendants in this case, who are the
 9    secretaries general.
10         Q.    Okay.  And so your articulation
11    of the leadership of the IIRO would not
12    include, for example, Mr. Mujil, who was the
13    executive director of the branch office in
14    Eastern Province of Saudi Arabia; correct?
15              MR. NASSAR:  Objection,
16         mischaracterizes the evidence.
17              What years was he the executive
18         director of the Eastern Province?
19              I'd like -- I mean, are you
20         ask -- you're characterizing his role.
21         Is there a time period that you're --
22         you'd like to orient the witness to?
23         Q.    (BY MR. CARTER)  Well, he's
24    identified in the U.S. government document as
25    the executive director.  That's the time of
```

1    the designation.  I'm just asking whether --

2    let me ask you another way.

3              Would the executive director of

4    one of the offices in Saudi Arabia be

5    considered part of the leadership for

6    purposes of your opinions?

7              MR. NASSAR:  Objection to form.

8         A.    I was referring in that

9    sentence to the secretaries general who are

10   the plaintiffs [sic] to this case.  It's very

11   possible that there's some evidence that some

12   of the branches, the fundraising branches and

13   the local branches and/or operational

14   branches, deviated from the norms and values

15   of charities, but that doesn't argue -- that

16   doesn't necessarily argue that there was a --

17   that they would have joined in the appalling

18   conspiracy of 9/11.

19        Q.    (BY MR. CARTER)  And you allow

20   for the potential that that deviation may

21   have resulted in the transfer of resources to

22   al-Qaeda; correct?

23             MR. NASSAR:  Objection to

24        scope.

25        A.    It is possible.  It is possible

This Transcript Contains Confidential Material

```
 1    that there was such transferred resources,

 2    but I've not seen evidence in what's been

 3    submitted so far.

 4        Q.    (BY MR. CARTER)  Mr. Benthall,

 5    on page 2 of your report, you offer your

 6    opinion:  There is no reason to suppose that

 7    the leaders of the IIRO or MWL had anything

 8    to do with the leaders of al-Qaeda or shared

 9    its ideology, goals, or tactics.

10            Do you see that?  In

11    paragraph 9.

12        A.    It's in the summary, yes.

13        Q.    And on what basis do you offer

14    an opinion as to the mental state of the

15    leaders of the IIRO and Muslim World League?

16            MR. NASSAR:  Objection,

17        mischaracterizes the report.

18        A.    I said nothing about their

19    mental state.  What I do believe is that

20    if -- if these three individuals, I've read

21    the depositions, and I've read about them.  I

22    didn't see that they shared the ideology,

23    goals, or tactics of al-Qaeda on the basis of

24    what I've seen.

25            If there's more evidence to the
```

1    have been responsible for determining how

2    fast the organization grew and opened

3    offices?  Would that also be the leadership?

4              MR. NASSAR:  Objection to form.

5         A.    This goes -- this goes back to

6    the period of Qureshi and his regime when he

7    was an extremely enthusiastic, dynamic young

8    man.  He was young at the time.  And he

9    expanded IIRO all over the place,

10   particularly in the former Soviet Union where

11   it was -- it was part of the overarching aims

changed per
errata sheet
12   of IIRO to bolster the Islamic identity, in/the

13   former socialist republics.  And my

14   conclusion reached in the Georgetown paper

15   was that it had expanded its range of

16   activities, but not to -- not to the extent

17   of sound administration.

18              Qureshi's -- Qureshi's strength

19   was in generating a great deal of excitement,

20   and he was a good publicist and fundraiser

21   and made links with big international

22   organizations, like UNHCR, but probably -- in

23   fact, certainly, I would say, was not

24   terribly good on financial controls, so he

25   laid a difficult legacy for Dr. Basha when he

This Transcript Contains Confidential Material

1    came in in 1996.

2          Q.    (BY MR. CARTER)  Mr. Benthall,

3    would it be accurate to say that the

4    vulnerabilities that you cite in your report

5    are the product of the failure of the

6    leadership to put in appropriate and

7    necessary controls?  That certainly

8    contributed to the circumstance; correct?

9                MR. NASSAR:  Objection to form.

10         A.    That is true to some extent,

11   but on the other hand, you have to look at

12   the norms of charitable regulation at the

13   time in Saudi Arabia, and the fact that it --

14   transparency and right across the ~~border~~ board in

*changed per errata sheet*

15   ~~South Africa~~ Saudi Arabia, commercially and charitably was

16   not -- at the time a great priority.

17         Q.    (BY MR. CARTER)  So to the

18   extent that the failure of these

19   organizations to implement sufficient

20   controls resulted in the diversion of money

21   to al-Qaeda, you believe that that is excused

22   by the norms in the Gulf at the time?

23                MR. NASSAR:  Objection,

24          mischaracterizes his testimony.  Form.

25         A.    You are building into your

This Transcript Contains Confidential Material

changed per
errata sheet

1   extent an organization of ~~##~~ with ~~90~~ ~~-~~ ~~-~~ ~~-~~ when

2   90 countries can be regarded as responsible

3   is ~~a matter of~~ what I was talking about /the   [with regard to]

4   secretaries-general ~~of~~ Basha and the three

5   others.

6        Q.    (BY MR. CARTER)  Okay.  So you

7   weren't addressing the circumstances in which

8   the organizations themselves are properly

9   held accountable for the activities of their

10  employees?

11       A.    Well, the organization is

12  headed by individuals, and I believe ~~in what~~

changed per
errata sheet

13  [with regard to] ~~I've taken~~ the IIRO, I believe that

14  Dr. Basha, on the face of it, was doing his

15  best.  He was faced by a difficult situation.

16  He may have had people who were pushing him

17  in various directions or leaning on him at

18  various times, but looking at his deposition,

19  and bearing in mind that it's quite possible

20  that he was speaking out of self-interest,

21  but on the face of it, and I think people

22  should be allowed a voice on such matters.

23  He was doing his best.

24       Q.    And with regard to the IIRO, I

25  believe you mentioned earlier that you read

This Transcript Contains Confidential Material

1    he bears no fault for the fact that the

2    behavior apparently continued after he

3    initially raised it.

4              MR. NASSAR:  Objection to form.

5         A.   I don't think that it's -- I

6    wouldn't defend Dr. Basha as being the most

7    brilliant administrator there ever was, but

8    on the face of it, he was doing his best if

9    we look at that memorandum sent out in 1999.

10             And if he didn't succeed, there

11   may have been other people who were -- who

12   had strings to pull and make it difficult for

13   him.

14        Q.   (BY MR. CARTER)  You've spoken

15   and corresponded with Dr. Basha?

16        A.   I've met Dr. Basha, a long time

17   ago, but I haven't corresponded with him, or

18   I haven't had dealings with him with regard

19   to this case.

20        Q.   And so you've never spoken to

21   him at all about the accusations that offices

22   of the IIRO were engaged in supporting

23   terrorist activity?

24        A.   I spoke to -- when I first met

25   him in Istanbul in either 1995 or '96 as a

1   member of the core group of the Montreux

2   Initiative, and he staunchly defended the

3   record of the IIRO and said the allegations

4   against it were false.

5        Q.    And did you challenge him at

6   that time with the information from any of

7   the U.S. designations of the IIRO?

8        A.    No, because it was common

9   knowledge that the -- no, actually, looking

10  at the dates, I'm not sure that -- this is

11  2006.  This may well have been just before

12  the designation of the -- I can't remember if

13  it was 2005 or 2006.  I think 2005 before

14  these designations of the branches.

15       Q.    I believe you had testified

16  earlier that you may have communicated with

17  him by e-mail or otherwise as late as 2014 or

18  2015; is that correct?

19       A.    Yes, I did.

20       Q.    In the context of any of those

21  communications, did you raise the allegations

22  relating to IIRO's involvement in terrorist

23  activity?

24       A.    No, because I was purely

25  seeking information about IIRO.

1          I do recall in other

2     correspondence, or possibly in -- I met him

3     for the second time in Doha.  This was in

4     2006.  And I do remember saying to him that

5     it was a pity that the annual reports were --

**changed per errata sheet**

6     they weren't annual reports, but the

7     reporting by IIRO was so scanty, because it

8     made it very difficult for them to defend

9     themselves against allegations.  And shortly

10    afterwards, I did get a message from him

**changed per errata sheet**

11    saying I believe ~~you,~~ you've been asking for

12    more information.  And here it is.

13          And I received some packages by

14    post and then later e-mail communications as

15    well.  But I was basically

16    information-gathering rather than challenging

17    him on any particular points.

18    Q.    The reason I'm asking is

19    because a minute ago you testified about the

20    potential that there were people who had

21    strings to pull that were preventing

22    Dr. Basha from implementing the forms.

23          Was that based on some specific

24    information that Dr. Basha provided to you,

25    or is that your speculation?

```
 1    relevant to assessing their effectiveness and

 2    competence, but not necessarily their

 3    intentions, which I think don't -- to assess

 4    their intentions, one would need to determine

 5    whether they had disseminated any material

 6    that was in any way consistent with al-Qaeda.

 7         Q.     (BY MR. CARTER)  And so the

 8    opinion you're offering in this case as to

 9    IIRO runs to the intentions of the

10    leadership; correct?

11              MR. NASSAR:  Objection.

12         A.     The opinion I offer is that I

13    haven't seen evidence as to the intentions of

14    the leadership being nefarious.

15         Q.     (BY MR. CARTER)  With regard to

16    the potential ideological alignment of the

17    organizations and al-Qaeda, am I correct that

18    it is your understanding that the IIRO was

19    involved in providing support to the Afghan

20    mujahidin during the conflict of the Soviet

21    Union?

22         A.     The IIRO was -- well, there

23    were very blurred lines in the Soviet and

24    Afghan conflict.  I can't -- I'm not sure

25    there's absolutely firm evidence that the
```

This Transcript Contains Confidential Material

```
 1              MR. NASSAR:  Objection to form.
 2         A.    I would certainly not -- if it
 3    could be shown that the leadership, the
 4    leaders of an organization were -- had been
 5    funding al-Qaeda, this would be extremely
 6    serious, and no excuse could be made for it.
 7         Q.    (BY MR. CARTER)  But if the
 8    organization were set up in a way that
 9    allowed resources to be diverted by al-Qaeda,
10    that wouldn't matter if you didn't see
11    evidence that the leadership specifically
12    wanted that to happen.
13              Is that what I understand?
14              MR. NASSAR:  Objection to form.
15         A.    I need to find out the question
16    as to whether the leadership was intending to
17    do this.  As I've said, I think, several
18    times in this deposition, I believe that the
19    administration by IIRO was very defective,
20    quite apart from the cultural questions of
21    transparency not being a great priority and
22    that being of less degree of professionalism
23    than you'd find in a good Western NGO.
24              The leadership was -- should
25    not be held liable for misconduct lower down
```

This Transcript Contains Confidential Material

1    in the hierarchy.

2         Q.    (BY MR. CARTER)  Do you agree

3    that an organizations can only act through

4    their employees?

5         A.    Of course, they --

6    organizations consist of individuals, but if

7    you're holding -- if you're conducting

8    litigation against an organization, it should

9    show that the leadership were the people you

10   should go for.

11        Q.    And again, we've established

12   that you are not a legal expert and you have

13   no basis to offer an opinion about the

14   circumstances in which an organization should

15   be held legally liable; correct?

16        A.    That's correct, I'm not a

17   lawyer.  But from a common sense point of

18   view, the -- I think most people would agree

19   that it is the leaders of the organization

20   which should be held liable for nefarious

21   acts, insofar as they are -- as they were

22   under their control, their intention, their

23   guilty intention.

24        Q.    And are you offering an expert

25   opinion on that issue?

changed per
errata sheet

1          A.      I'm not offering expert

2     opinion.  That is because I think it's a

3     matter ~~of~~ for a lawyer.  I'm giving you an

4     opinion based on common sense and how most

5     people would look at the question of

6     culpability for complex multilayer

7     organizations.

8          Q.      You also talk in your report

9     about the backlash suffered by Islamic

10    charities after 9/11.

11               Do you recall that?

12         A.      I do.

13         Q.      And you discuss in there

14    obstacles to their operations that existed

15    after 9/11; correct?

16         A.      Yes.

17         Q.      And on pages 21 and 22, you

18    talk about potential consequences of that

19    circumstance.  Right?  You identify potential

20    humanitarian deficit as well as the

21    humanitarian vacuum; correct?

22         A.      Correct.

23         Q.      What does that have to do with

24    whether or not the IIRO or the Muslim World

25    League provided support to al-Qaeda before

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent: Jonathan Benthall
Dep. Date: July 20, 2021

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 14/21 | the sorts | all sorts | Mistranscription |
| 14/22 | charity of the aged | care of the aged | Mistranscription |
| 16/6 | Litany | coalition | Mistranscription |
| 22/16 | reports | report | Correction |
| 26/5 | microphone | microfilm | Mistranscription |
| 26/11 | microphone | microfilm | Mistranscription |
| 28/14 | program | programmed | Mistranscription |
| 29/4-5 | sales school on how - on who was selling | based on Hoover's | Mistranscription |
| 29/9 | report | reporting | Mistranscription |
| 29/18-19 | Wytan W-Y-T-A-N | Witan W-I-T-A-N | Mistranscription |
| 30/12 | Root | routine | Mistranscription |
| 33/13 | a training. | a training for. | Mistranscription |
| 36/5 | starter | start-up | Mistranscription |
| 37/4 | then this is | then this was | Mistranscription |
| 37/14 | pensions | ventures | Mistranscription |
| 41/6 | find that this is | find that this was | Mistranscription |
| 41/23 | Administrated | Administration | Mistranscription |
| 42/1 | Hart Weiss | Howard Wise | Mistranscription |
| 42/25 | the first | first the | Mistranscription |
| 49/4 | counter | encounter | Mistranscription |
| 49/5 | body's medium | body as a medium | Mistranscription |
| 50/1 | Louisa Moore | Lucy Mair | Mistranscription |
| 51/5 | anthropologies, subcultural | anthropology, cultural | Mistranscription |
| 52/6 | necessary | necessarily | Mistranscription |
| 53/13 | retrospective of ethnography | retrospective ethnography | Mistranscription |
| 54/3-4 | ritual of all authority | ritual of authority | Mistranscription |
| 55/17 | intermarket | ethnography | Mistranscription |
| 59/20 | research in | research on | Mistranscription |
| 60/4-5 | a mosque and an imam | Muscat and Oman | Mistranscription |
| 71/12 | captive | actively | Mistranscription |

| 72/24 | a corporation | cooperation | Mistranscription |
|---|---|---|---|
| 73/22 | At | that | Mistranscription |
| 74/8 | regulator | regulatory | Mistranscription |
| 75/24 | normals | norms | Mistranscription |
| 76/1 | demonstrate that their | demonstrate their | Mistranscription |
| 77/6 | As | what | Mistranscription |
| 77/8 | when the -- | after | Mistranscription |
| 77/15 | Centers | Center | Mistranscription |
| 78/12 | the office | The UK Foreign Office | Mistranscription |
| 78/14 | similarly | separately | Mistranscription |
| 80/18 | Cinema | Conference | Mistranscription |
| 80/22 | Haslia | Herzliya | Mistranscription |
| 81/17 | principal | principle | Spelling Error |
| 86/21 | Light | style | Mistranscription |
| 91/18 | Palestinian, the calculators | Palestinian zakat committees | Mistranscription |
| 92/2 | these calculators | These zakat committees | Mistranscription |
| 93/11 | term-throwing | to-and-froing | Mistranscription |
| 109/18, 21 | Amran bin Mansour | Khalid bin Mahfouz | Mistranscription |
| 116/10 | between fighters and between other | between fighters and other | Mistranscription |
| 120/19-20 | It's a documentation | It's a matter of documentation | Mistranscription |
| 129/21 | idealogies | ideologies | Spelling Error |
| 131/7 | applicable | admirable | Mistranscription |
| 135/16 | such as a shell charity | a separate charity | Mistranscription |
| 136/11 | methodology, which he | methodology, in which | Mistranscription |
| 138/21 | admitted in error | omitted | Mistranscription |
| 139/4 | admitted in error | omitted in error | Mistranscription |
| 141/11 | Royal | global | Mistranscription |
| 142/23 | the prior due to | the period during | Mistranscription |
| 144/19 | they have mentioned in the 9/11 Commission | that was mentioned in the 9/11 Commission Report | Clarification |
| 147/11 | Agree | disagree | Mistranscription |
| 147/11 | principal | principle | Spelling Error |
| 150/17 | We | I | Mistranscription |
| 151/4 | prospective | perspective | Mistranscription |
| 151/6 | operated on | operated in | Mistranscription |
| 153/14 | the rollout | Rowad | Mistranscription |
| 153/19 | Luxor | Loxhall | Mistranscription |

2

| 154/8 | the Rolad | Rowad | Mistranscription |
|---|---|---|---|
| 155/7 | Luxor | Loxhall | Mistranscription |
| 158/7 | perspective of | perspective on | Mistranscription |
| 165/21 | Mr. Carter | Mr. Kadi | Mistranscription |
| 166/1 | noncompetents | combatants | Mistranscription and Correction; stated "noncombatants" but corrects to "combatants" |
| 166/20 | noncompetents | noncombatants | Mistranscription |
| 166/21, 22 | competents | combatants | Mistranscription |
| 167/23 | violentism | violent | Mistranscription |
| 168/13 | only | any | Mistranscription |
| 168/17 | fore-trail | false trail | Mistranscription |
| 174/19 | factor | factual | Mistranscription |
| 181/1 | audits | aspects | Mistranscription |
| 181/8 | chairman of the ^ he's killing me. It's Swiss Private Bankers Association.  Cap Here? Association of Swiss private bankers | chairman of the Association of Swiss Private Bankers | Mistranscription |
| 182/10-11 | Since then, it is | Before then, it was | Mistranscription |
| 184/23 | charities' security network | Charity and Security Network | Mistranscription |
| 186/9 | Sway | swathe | Mistranscription |
| 187/1 | Sway | swathe | Mistranscription |
| 211/18 | From | in | Mistranscription |
| 214/5 | That is not correct | That is correct | Mistranscription |
| 219/14 | anticipatrial | anticipatory | Spelling Error |
| 219/15 | peremptory | preemptive | Mistranscription |
| 221/12 | I | He | Mistranscription |
| 221/18-19 | my understanding, the IIRO | , according to my understanding of the IIRO, | Mistranscription |
| 222/2 | Got | not | Mistranscription |
| 223/9 | the consultancy, if I'm | a consultancy giving | Mistranscription |
| 223/11 | engineers | NGOs | Mistranscription |
| 227/9 | Spots | parts | Mistranscription |
| 225/10 | plaintiffs | defendants | Correction |
| 227/11 | This is their problem | This was their problem | Mistranscription |
| 227/15 | ^are or aren't | aren't | Mistranscription |
| 228/23 | which | since | Mistranscription |

| 231/14 | IRRO | MWL | Mistranscription |
|--------|------|-----|------------------|
| 231/23 | hierarchy | hierarchic | Mistranscription |
| 232/12 | identity, the | identity in the | Mistranscription |
| 233/14-15 | across the border in South Africa | across the board in Saudi Arabia | Mistranscription |
| 234/11 | "if that is true in it," | "if that is true" in it | Mistranscription |
| 235/22 | decision | social | Mistranscription |
| 236/20-21 | as you're trying to point it out | as you rightly point out | Mistranscription |
| 237/1-5 | extent an organization of – with 90 – when 90 countries can be regarded as responsible is a matter of what I was talking about the secretaries general of Basha and the three others. | extent an organization with 90 countries can be regarded as responsible is what I was talking about with regard to the secretaries-general Basha and the three others | Clarification |
| 237/12-13 | in what I've taken | with regard to | Correction |
| 241/6 | weren't | were | Mistranscription |
| 241/11 | I believe you, you've | I believe you've | Mistranscription |
| 255/1 | WESTERN | Western | Spelling Error |
| 256/17 | commonism | communism | Spelling Error |
| 258/4 | scholars | scholarship | Mistranscription |
| 260/4 | Does | did | Correction |
| 262/13-14 | And after that, the date records the end of the war | And after date, there begins the end of the war. | Mistranscription |
| 264/6 | 1992 | 1996 | Mistranscription |
| 269/4 | The CIA officials | "CIA officials | Insert quotation mark |
| 269/10 | little to do with him. | little to do with him" | Insert quotation mark |
| 272/3 | of | for | Mistranscription |
| 276/21-23 | and "material support," I'm quoting American –it has – it's | and "material support," I'm quoting American law, it's | Mistranscription |
| 277/19 | for the | with a | Mistranscription |
| 278/10 | anticipate | anticipatory | Mistranscription |
| 278/14 | Liar | lawyer | Mistranscription |
| 278/15 | typically | technically | Mistranscription |
| 278/24 | the intention on | the need for attention and | Mistranscription |
| 279/4-5 | --but I'm not alone in being -- | I'm not alone | Mistranscription |
| 279/14 | So they are | So when they are | Mistranscription |
| 280/15 | that the humanitarian law project | in the Humanitarian Law Project case | Mistranscription and Spelling Error |
| 280/19-22 | an attempt by an organization that attempts to persuade, say, Hezbollah, to the lay-down- | an attempt by an organization to persuade, say, Hezbollah, to lay down | Mistranscription |

|  | arms approach from the political process, | their arms and have faith in the political process |  |
|---|---|---|---|
| 282/17 | humanitarian law project | Humanitarian Law Project | Spelling Error |
| 286/19 | criteria | citation | Mistranscription |
| 286/24 | that is dependent on reliance on | that is dependent on, reliant on, | Mistranscription |
| 289/1, 7-8 290/1, 8-9, 16 | Al-Haramain Masjed al-Husa | Al-Haramain Al-Masjed Al-Aqsa | Spelling Error |

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4              I, JONATHAN BENTHALL, do hereby certify

        that I have read the foregoing pages and that the

 5      same is a correct transcription of the answers

        given by me to the questions therein propounded,

 6      except for the corrections or changes in form or

        substance, if any, noted in the attached

 7      Errata Sheet.

 8

 9

10

11

                                        15 September 2021

12      JONATHAN BENTHALL                    DATE

13

14

        Subscribed and sworn to before me this

15       15   day of  September  , 20 21 .

16      My commission expires:    on death

17

18

19      Notary Public

20

21
        ALASTAIR GEORGE CAISLEY
22      Notary Public
23      11 Lime Hill Road
24      Tunbridge Wells
25      Kent TN1 1LJ
```