# EXHIBIT AN

# CHAS W. FREEMAN, JR.

Since 1995, Chas Freeman has chaired Projects International, Inc., a Washington-based firm that specializes in helping its American and foreign clients arrange transactions and set up business operations across borders.  He has negotiated on behalf of the United States with over 100 foreign governments in East and South Asia, Africa, Latin America, the Middle East, and both Western and Eastern Europe. As Ambassador to Saudi Arabia (during the Gulf War), he led an effort that more than doubled non-military exports to the Kingdom while managing the largest diplomatic mission in the world under crisis conditions.  His long involvement with China began with his service as the principal American interpreter during President Nixon's historic 1972 visit to Beijing.  In addition to Chinese, Ambassador Freeman speaks French and Spanish at the professional level, and can converse in Arabic and several other languages.  He concluded his thirty years in public service as Assistant Secretary of Defense, responsible for managing defense relations with all regions of the world except the countries of the former Soviet Union.  He is the recipient of numerous high honors and awards for international negotiation and policy and management innovation.

| | |
|---|---|
| 2015- | Senior Fellow, the Watson Institute for International and Public Affairs, Brown University |
| 2003- | Chair, Committee for the Republic |
| 1997-2009 | President, Middle East Policy Council |
| 1996-2009 | Co-Chair, United States China Policy Foundation |
| 1996-2008 | Vice Chair, Atlantic Council of the USA |
| 1994-95 | Distinguished Fellow, United States Institute of Peace |
| 1993-94 | Assistant Secretary of Defense, International Security Affairs |
| 1992-93 | Distinguished Fellow, Institute for National Strategic Studies |
| 1989-92 | U.S. Ambassador to the Kingdom of Saudi Arabia |
| 1986-89 | Principal Deputy Assistant Secretary of State, African Affairs |
| 1984-86 | Chargé/Deputy Chief of Mission, American Embassy, Bangkok |
| 1981-84 | Chargé/Deputy Chief of Mission, American Embassy, Beijing |
| 1979-81 | Director, Chinese Affairs, Department of State |
| 1979 | Acting, then Deputy U.S Coordinator for Refugee Affairs |
| 1978-79 | China Normalization Working Group, Department of State |
| 1978 | Director, Program Coordination and Development, USIA |
| 1977-78 | Director, Plans and Management, Public Affairs, Department of State |
| 1976-77 | Director, Public Programs, Department of State |
| 1975-76 | Deputy Director, Republic of China [Taiwan], Department of State |
| 1974-75 | Visiting Fellow, East Asian Studies, The Harvard Law School |
| 1971-74 | Economic/Commercial Officer for China, Department of State |
| 1971-74 | Principal Interpreter of Chinese, Department of State |
| 1969-71 | Language (Mandarin & Taiwanese) and Area Training, Washington and Taiwan |
| 1967-68 | Cultural Affairs Officer, South India |
| 1966-67 | Vice Consul, Madras [Chennai], India |
| 1965 | Entered Foreign Service of the United States |

**Education and Personal**:

Ambassador Freeman attended the Universidad Nacional Autónoma de México, Yale University (A.B., *magna cum laude*) and the Harvard Law School (J.D.).  He is married to the Hon. Margaret Van Wagenen Carpenter, former Assistant Administrator for Asia and the Near East at the U.S. Agency for International Development.  He has three surviving children by a previous marriage as well as a foster son, and eight grandchildren.

**Honors:**

| | |
|---|---|
| 1995 | Elected to American Academy of Diplomacy |

| | | |
|---|---|---|
| 1994 | Distinguished Public Service Award | (Policy Innovation in Europe) |
| 1994 | Distinguished Public Service Award | (Contributions to Defense Policy) |
| 1992 | Order of 'Abd Al-'Aziz, 1st Class | (Diplomatic Service) |
| 1991 | Defense Meritorious Service | (Desert Shield/Storm) |
| 1991 | CIA Medallion | (Desert Shield/Storm) |
| 1991 | Distinguished Honor Award | (Desert Shield/Storm) |
| 1983/86/89 | Presidential Meritorious Service Awards | |
| 1989 | Group Distinguished Honor Award | (Negotiation with Cuba/South Africa) |
| 1986 | DEA Outstanding Service Award | (Counter-Narcotics) |
| 1982 | Superior Honor Award | (Negotiation with China) |
| 1980 | Group Superior Honor | (China Normalization) |
| 1978 | Superior Honor Award | (Management Innovation) |
| 1973 | Group Superior Honor | (China Rapprochement) |
| 1963 | Forrest Prize | (Literary Achievement in Spanish) |

**Current Boards:**

Board of Trustees, Carnegie Endowment for International Peace
Projects International, Inc.
ReProduct Corporation
Committee for the Republic

**Previous Boards:**

American Academy of Diplomacy
Association for Diplomatic Studies and Training
Atlantic Council of the USA
China National Offshore Oil Company Advisory Board
China Renaissance Fund Advisory Board
Defense Advisory Board, Center for Naval Analysis
Energy Management International
Enertech
Institute for Defense Analyses
Middle East Policy Council
MIT Center for Security Studies Advisory Board
Pacific Pension Institute
Overseers, Roger Williams University
Stanley Foundation Advisory Board
United States China Policy Foundation
Washington World Affairs Council
Member, Iraq Study Group, 2006
Member, National Security Study Group (Hart-Rudman), 1998 – 2000

**Books:**

- Interesting Times: China, America, and the Shifting Balance of Prestige, Just World Books, Washington, D.C., 2013
- America's Misadventures in the Middle East, Just World Books, Washington, D.C., 2010
- The Diplomat's Dictionary, second edition, U.S. Institute of Peace Press, Washington, D.C., 2010
- Arts of Power: Statecraft and Diplomacy, U.S. Institute of Peace Press, Washington, D.C., 1997
- Cooking Western in China 西餐菜单, bilingual English & Chinese edition, Hong Kong 1987