# EXHIBIT AO

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2                   -   -   -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                     -   -   -
 8               APRIL 6, 2021
            THIS TRANSCRIPT CONTAINS
 9            CONFIDENTIAL MATERIAL
                     -   -   -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of CHAS W.
14   FREEMAN, JR., commencing at 9:08 a.m., on
15   the above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                   -   -   -
21        GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22            deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

1    in this litigation?

2         A.    I mentioned the call on the

3    World Muslim League.  I should say that

4    as Ambassador to Saudi Arabia, I headed a

5    diplomatic mission that consisted of

6    5,000 Americans working for me.  Not a

7    small number of them were focused on this

8    issue, including the treasury attaché who

9    worked for me, including the intelligence

10   officers who worked for me.

11             And it was their concerns

12   that led me to call on the World Muslim

13   League and to remain abreast of

14   developments in this area.

15        Q.    When you say "in this area,"

16   what do you mean "in this area"?

17        A.    I mean the area of

18   charitable contributions and their

19   relationship to terrorist activities

20   abroad.

21        Q.    What information did your --

22   the 5,000 Americans working for you

23   provide to you in that area?

24        A.    That -- as I said, that was

This Transcript Contains Confidential Material

```
 1          Form.
 2               MR. HAEFELE:  You can
 3          answer.
 4               THE WITNESS:  Several times
 5          a year.  The organization, the
 6          Middle East Policy Council, lived
 7          very much hand to mouth.  The
 8          purpose of my trips was mainly to
 9          meet with individuals in the Saudi
10          private sector, as well as
11          American company officials, who
12          saw the value of the Middle East
13          Policy Council's work and,
14          therefore, encouraged their
15          headquarters in the United States
16          to provide funding.
17     BY MR. HAEFELE:
18          Q.    Who are the senior Saudi
19     officials who took your meetings during
20     these fundraising trips that you
21     referenced in the -- to the 9/11
22     Commission investigators?
23          A.    Typically, I would see the
24     King, the Crown Prince, the Minister of
```

This Transcript Contains Confidential Material

1  Interior, the Foreign Minister or his

2  Deputy, the Chief of the Istikhbarat,

3  which is the foreign intelligence

4  organization of Saudi Arabia.  I might

5  also see the Minister of Petroleum and

6  Minerals.  All of whom are personal

7  friends.

8        Q.    The King, the Crown Prince,

9  the Minister of Interior, the Foreign

10 Minister, the Chief of Foreign

11 Intelligence.

12             Are they all members of the

13 Saudi Royal Family?

14       A.    Yes.

15       Q.    Was the Minister of

16 Petroleum and Minerals also a member of

17 the Royal Family?

18       A.    No, not at that time.

19       Q.    Is he now?

20       A.    Yes.

21       Q.    When you went and did your

22 fundraising trips, were most of your

23 meetings with members of the Saudi Royal

24 Family -- most of your meetings in the

This Transcript Contains Confidential Material

1    Kingdom of Saudi Arabia related to the

2    Saudi fundraising, were they mostly

3    members of the Saudi Royal Family?

4         A.    The meetings that the

5    Saudi -- members of the Saudi Royal

6    Family were not, for the most part,

7    related to fundraising.

8              They were discussions of

9    regional issues during which I attempted

10   to ascertain their view of those issues

11   and how they evaluated the view of the

12   United States and our activities.

13        Q.    So when I asked you about

14   who you met with for fundraising, you

15   referenced the King, the Crown Prince,

16   the Foreign Minister, the Chief of

17   Intelligence and the Minister of

18   Petroleum and Minerals.

19             Was that an error?  They

20   were not the folks you met with on

21   fundraising trips?

22        A.    Fundraising was not the

23   purpose of any of those meetings.

24        Q.    All right.  So is it your

This Transcript Contains Confidential Material

```
 1   testimony that you did not meet Saudi

 2   Royal Family members for fundraising?

 3        A.    I did not go in and ask for

 4   anything.  That is correct.

 5        Q.    Well, as a result of your

 6   meetings, did your -- end of your

 7   meetings result in fundraising, raising

 8   funds?

 9        A.    On occasion --

10              MR. GOETZ:  Objection to

11        form.

12   BY MR. HAEFELE:

13        Q.    How frequently of an

14   occasion?

15        A.    On two occasions the Crown

16   Prince, after the meetings, sent a

17   representative to ask me if there was any

18   way he could be of help.  And I said, is

19   he asking whether he wants to help me or

20   the organization?

21              And he said, they said he

22   wants to help you.

23              And I said, I do not want

24   help, but I would appreciate a gift to
```

This Transcript Contains Confidential Material

1    the Middle East Policy Council.

2              On two occasions there were

3    gifts from the Crown Prince.

4         Q.    You had indicated that the

5    Middle East Policy Council was, I think

6    you said -- I can't remember how you

7    framed it.  But you phrased it something

8    along the lines of that it was living

9    hand to mouth or something like that.

10              Was it a tight budget, is

11   that what you were saying?

12        A.    Very tight budget.

13        Q.    And so were the donations

14   from the Saudis an important aspect of

15   keeping the entity moving along?

16        A.    Yes.

17        Q.    You are currently the

18   president emeritus of the Middle East

19   Policy Council; is that right?

20        A.    They have conferred that

21   title on me without asking me.  I have

22   not objected.

23        Q.    Do you do any activities

24   related to the Middle East Policy Council

This Transcript Contains Confidential Material

```
 1              MR. HAEFELE:  Okay.
 2   BY MR. HAEFELE:
 3        Q.    If you can look down to --
 4   there's an entry there for a donation of
 5   $250,000 from the Crown Prince.
 6              Do you see that, sir?
 7        A.    No, I don't see anything
 8   like that.  I'm looking.  $250,000?  I
 9   don't see it.
10        Q.    Well, do you see --
11        A.    No.
12        Q.    Do you see a reference to
13   the $199,000 from Abdullah al Saud?
14        A.    Yes.
15        Q.    Do you remember that wire
16   transfer coming in from the meeting with
17   CWF, who I assume is you?
18        A.    That's me.
19        Q.    And do you recall that a
20   meeting happened in or about -- preceding
21   April 30th that resulted in $199,000 from
22   Abdullah al Saud?
23        A.    Yes, I do remember that.
24   The first meeting I had with him on
```

1    behalf of -- when I was traveling on

2    behalf of the Middle East Policy Council,

3    I remember the meeting well.

4              And I'm aware that he

5    contributed afterwards, but I didn't

6    remember the amount, which is undoubtedly

7    an amount in Saudi riyals, not in

8    dollars.

9        Q.    Do you still think that the

10   estimate that you gave in the 2009

11   interview, when you said that roughly

12   only one-quarter or -- I'm sorry, 1/12th

13   of the annual budget of the Middle East

14   Policy Council came from Saudi Arabia, is

15   that still accurate?

16       A.    For 2008, I think it

17   probably is.

18       Q.    And looking at this document

19   here, do you see other entities within

20   the Kingdom of Saudi Arabia that donated

21   large sums of money in -- in 1998?

22              For example, if you look

23   one, two, three, four, five, six, seven

24   lines from the bottom, Dr. Binladin

```
 1          A.     Yes, I do.

 2          Q.     And did that happen?

 3          A.     I've already mentioned that

 4   it's after I left the meeting with the

 5   Crown Prince that one of his staff

 6   approached me and said he wished to help

 7   me.

 8                 And I said, well, I don't

 9   need anything.

10                 He said, no, no, he's

11   insistent.

12                 I said, I don't want

13   anything for myself, I would like -- I

14   would welcome a contribution to the

15   Middle East Policy Council.

16                 I returned to my hotel.

17   About 1 o'clock in the morning there was

18   a knock on the door.  It was somebody

19   from the Royal Diwan who handed me a

20   check for $1 million and asked that I sit

21   down and write a thank you note

22   acknowledging receipt of the check, which

23   I did.

24          Q.     And this was in addition to
```

This Transcript Contains Confidential Material

1    the $250,000 donation from the Crown

2    Prince that we referenced earlier,

3    correct?

4                MR. GOETZ:  Objection.

5        Form.

6                THE WITNESS:  Entirely

7        separate.

8    BY MR. HAEFELE:

9        Q.    Entirely separate, you said?

10       A.    Yes.

11       Q.    The memo also references an

12   additional donation of $300,000 to the

13   MEPC from consultant.

14             Do you recall that donation?

15       A.    Yes, it was never provided.

16       Q.    And the memo also references

17   your meeting with the Saudi minister of

18   culture and information.

19             Do you recall meeting with

20   him to discuss support for the MEPC?

21       A.    Where is that?  Okay.  At

22   the bottom.

23             Yes, I did have a meeting.

24       Q.    And it says that he was

This Transcript Contains Confidential Material

1   that is, the apparent diversion of funds

2   at the local level from well-meaning

3   donations by people in the Kingdom which

4   were well-meaning.

5          Q.    And that's the conversation

6   you had related to the World Muslim

7   League conversation you had with Engineer

8   Naseef?

9          A.    It was far broader than

10  that.

11         Q.    And when you say "it was far

12  broader than that," how broad was it?

13         A.    I was concerned, as an

14  American Ambassador, that the Saudi

15  government was insufficiently attentive

16  to the growing extremism in some sectors

17  of Saudi society.

18              And this is a subject that I

19  discussed with those concerned with both

20  foreign and domestic intelligence on the

21  Saudi side.

22              So part of that discussion

23  related to the apparent ability of con

24  men and others at the local level to

This Transcript Contains Confidential Material

```
 1              And I don't recommend
 2    managing that many people.
 3         Q.   All right.  So let me make
 4    sure I have it right.
 5              How many people were working
 6    for you when you were the Ambassador?
 7         A.   The Saudi diplomatic
 8    mission, about 5,000 Americans and
 9    something --
10              -  -  -
11              (Whereupon, a discussion off
12         the record occurred.)
13              -  -  -
14              THE WITNESS:  At the
15         diplomatic mission, about 5,000
16         Americans, something less than
17         1,000 third-country nationals,
18         meaning people from 30 different
19         countries who were working in
20         Saudi Arabia as expatriates.
21    BY MR. HAEFELE:
22         Q.   So if I got that right, then
23    it's somewhere in the neighborhood of
24    6,000 people, both 5,000 Americans and
```

This Transcript Contains Confidential Material

1    then 1,000 non-Americans, that were doing

2    work for you while you were in the

3    Kingdom, correct?

4         A.    Under my supervision.  But

5    these represented people from multiple

6    U.S. government agencies, ranging from

7    the Department of Interior to the

8    Treasury Department to the intelligence

9    agencies to the military -- various

10   branches of the military, all under my

11   supervision.

12        Q.    And it would be fair to say

13   that a good portion of those folks

14   were -- represented a considerable amount

15   of resources in the U.S. government

16   devoted to the work of the U.S.

17   government, correct?

18        A.    Yes.

19        Q.    And were a number -- a good

20   amount of those resources, or those 5,000

21   people, they dealt with the U.S.

22   government's role with regard to

23   anti-terrorism issues?

24        A.    No.  That was a minor part

```
1    President for coordinating all agency

2    operations in the country to which he or

3    she is assigned.

4         Q.    But my question -- I'm

5    sorry, my question was -- I was limiting

6    my question to just terrorism issues.

7              Is it true that it's a yes,

8    if you just limit it to terrorism issues?

9         A.    Yes.  I would have been the

10   ultimate decision-maker on whether to

11   report something to Washington, whether

12   to make a recommendation on how to deal

13   with it, and often would have been the

14   person who went to meet a senior Saudi

15   official to make an argument on behalf of

16   the U.S. government.

17        Q.    Just so I'm clear, though,

18   what my question is, is I'm asking you,

19   did you trust those sources of

20   information to make the assessments that

21   were derived out of the discussion group

22   in order to do your functions?

23        A.    If you're asking whether I

24   had competent staff, yes, I did.  But I
```

This Transcript Contains Confidential Material

1    position on that correctly?

2         A.    The existence of the lawsuit

3    certainly gave a great deal of leverage

4    and produced a compensation agreement.

5            My objection is not at all

6    to that.  It is to the fact that there

7    were additional efforts being made, after

8    the settlement, to reopen the cases and

9    go at them again.

10        Q.    I'm not asking you about

11   that.  We're not involved in that.  So

12   I'm just asking you, in general, because

13   I saw your declaration, and I heard what

14   you said about JASTA a few minutes ago.

15   But I'll move on to a different topic.

16            In your report, there's a

17   couple of citations you use that I looked

18   at that I was a little confused by.

19            At Page 12, you mention that

20   the WAMY support of Al Qaeda would be a

21   betrayal to the Kingdom of Saudi Arabia,

22   and you cited Footnote 37, Larry Wright's

23   book on -- Looming Tower, which I've

24   read.

1            I assume you've read that

2    entire book, too; is that fair?

3        A.    Yes, I did.

4        Q.    And the cite to his book is

5    Page 22 that talks about the Ministry of

6    Interior convincing the Binladin family

7    to cut Osama bin Laden off and seize his

8    shares.

9            What does that have to do

10   with WAMY and the betrayal to the

11   Kingdom?  That's what you cited for

12   support.

13       A.    No, I cited it to support

14   the piece that WAMY was regarded as an

15   instrument rather than an enemy of the

16   government.

17       Q.    So WAMY was an instrument of

18   the Saudi government and, therefore,

19   since the Saudi government was taking

20   moves against Binladin, you cited Larry

21   Wright's book on that; is that what

22   you're saying?

23       A.    The Saudi government was

24   adamantly against Osama bin Laden,

This Transcript Contains Confidential Material

1  deprived him of his citizenship, refused

2  to re-admit him from Sudan when he was

3  persuaded to try to come back.

4            And on numerous occasions in

5  conversations with Saudi officials, they

6  expressed the hope that he would be

7  killed sooner rather than later.

8        Q.    I know.

9            But I'm just -- I want to go

10 back to something you said a second ago.

11 WAMY was an instrument of the Saudi

12 government.

13            That's where you started,

14 correct?

15       A.    WAMY was an organization

16 organized by the Saudi government for the

17 purposes of defending the Saudi version

18 of Islam domestically and propagating it

19 internationally.

20            It was not a direct

21 instrument of the Saudi government, but

22 it certainly was supporting the Saudi

23 government's objective.

24       Q.    And the citation to Larry

1  Wright has nothing to do with WAMY but

2  just sort of the general --

3        A.    Yes.

4        Q.    -- the general proposition

5  that you made that the government was

6  anti-Osama bin Laden; is that what you're

7  saying?

8        A.    That's why I cited it, yes.

9        Q.    Okay.  Same page, the next

10  footnote is 38.  And you talk about swift

11  penalties by the Saudi government for Al

12  Qaeda or Al Qaeda sympathizers.

13              Are you with me so far, sir?

14        A.    Yes, I am.

15        Q.    You cited a 2020 news

16  article from Milli Chronicle.

17              That's a Saudi-based

18  publication, correct?

19        A.    I think it's Turkish.

20        Q.    Well, let's take a look.

21        A.    I don't remember precisely.

22        Q.    I can pull it up, if we need

23  to.  I think -- one second.

24              Well, I have a substantive

This Transcript contains Confidential Material

```
 1              probably a long -- it's probably
 2              near the end, I think.
 3                   Keep going.  Just scroll
 4              down to the next page, please.
 5              Next page, please.  Next page.
 6                   That's it.  Sorry.  If you
 7              go back, you can see the bottom,
 8              there is Tidewater?  Right there.
 9                   THE WITNESS:  Yeah, that's
10              the comment that I quoted.
11   BY MR. MALONEY:
12              Q.    So you quoted a blogger who
13   was commenting on Colonel Patrick Lang's
14   posting, correct?
15              A.    Yes.
16              Q.    And it looks like you lifted
17   this entire quote from Tidewater and put
18   it into your report; is that right?
19              A.    Yes.  Because it rang
20   absolutely true.
21              Q.    Do you know who Tidewater
22   is?
23              A.    No idea.
24              Q.    So you're relying on an
```

1   unknown, anonymous blogger for this

2   information that's contained in here?

3         A.    No.  I know most of this

4   information on my own.

5         Q.    Did you -- I'm sorry.

6         A.    I found it a useful summary

7   of the politics of the region and the

8   origins of the hijackers from that

9   region.

10        Q.    Do you know that -- which of

11   the hijackers are from that region?

12        A.    Some of them have names

13   which are typical tribal names from that

14   region.

15        Q.    I guess what I'm asking you

16   is, did you research this?  Did you look

17   at the names of the Saudi hijackers and

18   determine or find out or investigate what

19   region of Saudi Arabia they were from?

20        A.    Right after 9/11, when they

21   were identified, yes.  I spent some time

22   doing that for the reasons given here.

23        Q.    I'm sorry, you did that why?

24        A.    For the reasons given here.

This Transcript Contains Confidential Material

```
 1    That is, there was a lot of
 2    undifferentiated commentary about Saudi
 3    Arabia that completely missed the
 4    subtleties and nuances and the details
 5    that are contained in this particular
 6    entry that we're looking at.
 7          Q.    Okay.  So just tell me, if
 8    you can, what research you did on that
 9    back in the day?
10          A.    I looked at the list of
11    hijackers and I compared it to the tribal
12    names that I was aware of from that
13    region.
14                I also looked at the
15    published information on the hijackers,
16    and I was very struck by the dominance of
17    people from this region.
18          Q.    Did the publication say that
19    they were from that region?
20          A.    Which publication?
21          Q.    The ones you just referred
22    to.
23          A.    Names -- tribal names exist.
24          Q.    I want to -- I want to --
```

This Transcript Contains Confidential Material

1  hold on.

2        A.    No --

3        Q.    That's what I'm getting at.

4              You told me about tribal

5  names that you have some familiarity

6  with, and you also said there was

7  published material about where they were

8  from.

9              And I'm asking you, what

10  published material are you referring to?

11       A.    The same material that was

12  ultimately collected in the 9/11

13  Commission report.

14       Q.    Okay.  So you're saying the

15  9/11 Commission report said where each of

16  the hijackers were from, what region?

17       A.    No.  It had a general

18  description of where they came from.

19       Q.    Okay.  And that's the

20  research you did at the time?

21       A.    No.  I looked at the names,

22  I went online to find what information I

23  could on the individuals.

24              And I was struck by the

1      A.      No.

2      Q.      Did you continue to gather

3   information and have personal, firsthand

4   experiences that inform your opinions in

5   this case?

6      A.      Yes.

7      Q.      And describe, just in

8   summary fashion, what those were in the

9   many years since you left the Foreign

10  Service before 2001.

11              MR. HAEFELE:  Objection to

12          the form.

13              THE WITNESS:  Most of my

14          meetings with the Crown Prince,

15          the King, the Foreign Minister,

16          the Minister of Petroleum, et

17          cetera, were general in nature,

18          covered a wide range of topics,

19          including regional situations and

20          the issue of security in the

21          Kingdom and the level of

22          cooperation with the United

23          States.  And some of the reasons

24          that, on some occasions, the

This Transcript Contains Confidential Material

1       American side host was satisfied

2       with that cooperation.

3              The talks also included

4       frequent contact with members of

5       the intelligence community here in

6       the United States to whom I

7       reported anything significant that

8       I heard and who often called me to

9       meet with them in planning.

10             And in considering the

11      meaning of intelligence here, I

12      should say that there is an

13      important distinction between hard

14      intelligence, which is firm

15      evidence, or at least facts, and

16      soft intelligence, which is the

17      interpretation of the facts.

18             And I am -- I was a

19      consultant because it was believed

20      that I had a good grasp of the

21      soft intelligence and would be

22      able to interpret facts as they

23      were related to me.

24   BY MR. GOETZ:

This Transcript contains Confidential Material

1      Q.    So can you just give us an

2  estimate, Ambassador Freeman, of when you

3  talk about these meetings with Saudi

4  government officials, people in Saudi

5  business and also U.S. intelligence

6  officials that you've had in the years

7  since you left the Foreign Service that

8  have informed your opinions in the case,

9  how many meetings are we talking about?

10      A.    Probably two to three a

11  year.

12      Q.    For a period of how many

13  years?

14      A.    I believe 15.

15      Q.    You were asked a lot of

16  questions about the Mid East Policy

17  Council.  I want to just ask you a very

18  few about that.

19          I think the implication

20  is -- here is that Saudi Arabia bought

21  the opinions of the Middle East Policy

22  Council and everybody associated with it.

23          Is that true?

24      A.    No.  The board was entirely

1    bin Laden?  You don't know anything about

2    that?

3         A.    No.  It appears that Phil

4    Griffin tried to, and probably succeeded,

5    in getting Senator McGovern to write a

6    letter.  It was not the Middle East

7    Policy Council.

8         Q.    And, well, why is the Middle

9    East Policy Council writing letters and

10   entering notes in the files about the

11   incident?

12        A.    If you look back at the fax

13   that you showed me, it contains several

14   subjects.  And this is one of them.

15              It's of interest to Fuad

16   Rihani because he was an employee of the

17   Saudi Binladin Group.

18        Q.    And your knowledge and

19   experience comes principally from your

20   time as Ambassador to the Kingdom and

21   your interactions with Saudi government

22   officials afterward and with, I think you

23   indicated, with U.S. intelligence

24   officers as well?

1      A.      Yes.

2      Q.      And you indicated that you

3   had two to three meetings a year over 15

4   years; is that correct?

5      A.      Probably an average, yes.

6      Q.      And you had indicated that

7   that -- two to three a year, that would

8   equate to about 30 to 45 meetings with

9   Saudi officials and U.S. officials

10  collectively, correct?

11     A.      Not collectively.  I was

12  referring to trips to Saudi Arabia and to

13  other destinations in the Gulf for

14  combined purposes, informing myself.

15     Q.      So that includes -- so it

16  includes officials who are not Saudi

17  officials as well?

18     A.      I met with many people who

19  were not Saudi, no.

20     Q.      But those two to three

21  meetings a year, equating to about 30 to

22  45 meetings, is that something with Saudi

23  officials or others as well?

24     A.      That -- that includes Saudi

1  officials.

2  Q.    That includes non-Saudi

3  officials as well, is what I'm trying to

4  get at?

5  A.    Well, of course.  I mean,

6  when I travel to the Gulf, I didn't just

7  visit Saudi Arabia.  That was not the

8  focus.

9  Q.    So the 30 to 45 meetings

10  were including some Saudi officials and

11  including some non-Saudi officials?

12  A.    No.  They would have been

13  Saudi officials on each of my trips.

14  Q.    All right.  And many of

15  those meetings were meetings that you had

16  with Saudi officials that we went over

17  previously, where you were going to

18  solicit donations or -- in conjunction

19  with your role as the Middle East Policy

20  Council president, correct?

21  A.    Yes.  A variety of purposes.

22  Q.    Were there meetings that you

23  had where you were not there regarding

24  your duties as the Middle East Policy

This Transcript Contains Confidential Material

```
1    Council president?
2         A.    Many meetings I had with
3    Saudi officials did not touch on the work
4    of the Middle East Policy Council.
5         Q.    What would -- what would
6    your capacity have been to meet with
7    Saudi officials outside of -- after you
8    were no longer in the Foreign Service and
9    not as Middle East Policy Council
10   president?
11        A.    A former Ambassador often
12   housed at the King's guest house, as a
13   courtesy, in Saudi Arabia, which I --
14   which I was grateful for.
15        Q.    So you would -- go ahead,
16   I'm sorry.
17              You would take trips to
18   Saudi Arabia as a guest of the King?
19        A.    The King had a facility
20   called --
21              MR. HAEFELE:  Whoever is
22         talking, please mute.
23              THE WITNESS:  I'm hearing
24         people talking.
```

This Transcript Contains Confidential Material

1           The King had a facility

2      called Castle Al-Tamarad, which

3      was a guest house that he

4      maintained for VIP visitors.  And

5      at his discretion, he would invite

6      me to stay there.

7  BY MR. HAEFELE:

8      Q.   And that was after you were

9  no longer an Ambassador, right?

10     A.   Yes.

11     Q.   So most of your knowledge

12 and experience comes from your role as

13 the Ambassador and the information that

14 you were given as a result of your

15 relationships with Saudi royalty and

16 other Saudi officials; is that accurate?

17     A.   Yeah, more or less.

18     Q.   In the Tidewater quote we

19 looked at earlier --

20          MR. HAEFELE:  Can we pull up

21     Exhibit-559?

22 BY MR. HAEFELE:

23     Q.   Before we do that -- while

24 we're looking at that, I have two other

This Transcript contains Confidential Material

1   yes?

2          A.     Yes.

3          Q.     Okay.  Are you aware that,

4   according to U.S. intelligence reports,

5   the first confirmed attack on the Saudi

6   government and Saudi monarchy was in 2003

7   by Al Qaeda?

8          A.     No, I'm not.

9          Q.     You mentioned that, when Mr.

10  Haefele was just asking you questions,

11  and I think some of this was also covered

12  by Mr. Goetz, that you met with Saudi

13  government officials even long after you

14  left your post as Ambassador.

15              In fact, I think you just

16  testified you stayed at the King's guest

17  house.

18              I take it you relied on

19  things that Saudi officials, including

20  the Crown Prince and King, were telling

21  you, correct?

22         A.     I am a skeptical person.  I

23  make my own judgements about what is true

24  and what is not true.  And one major

This Transcript contains Confidential Material

1    factor in that is how well I know the

2    individual who is making the statement.

3            And these individuals I knew

4    exceedingly well, because I had spent

5    seven months in warfare alongside them

6    with, literally, dozens of meetings with

7    each of them.

8            So they had become more than

9    simple foreign colleagues, they had

10   become people I knew well and who

11   expressed regard for me that I shared for

12   them.

13       Q.    Did you ever have

14   intelligence reports that were -- you

15   were getting information that was

16   contrary from Saudi officials?

17       A.    Sometimes, yes.

18       Q.    And what did you do about

19   that?  Did you take the side of the

20   American U.S. intelligence reports that

21   you were getting, or did you dismiss

22   them, or what did you do about that?

23       A.    I tended to believe U.S.

24   reports more than I did Saudi reports,