# EXHIBIT AP

CERTIFIED COPY

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST        :

ATTACKS ON              :    03-MDL-1570

SEPTEMBER 11, 2001      :    (GBD)(SN)

-------------------------------------------

- - -

Wednesday, October 23, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Videotaped deposition of SALEH AL WOHAIBI, Ph.D., Individually and as 30(b)(6) designee for World Assembly of Muslim Youth, taken pursuant to notice, was held at the NH Collection Madrid Abascal Hotel, Calle de Jose' Abascal, 47, 28003 Madrid, Spain, beginning at 9:37 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 36

```
 1   received an annual grant/funding check from the
 2   government of Saudi Arabia in each year between
 3   1995 through 2002.  Do you know if that
 4   happened?
 5           A.    (In English.)  Yes.
 6                 (Through interpreter.)  Yes.
 7                 INTERPRETER:  Shall I translate?
 8                 MR. CARTER:  No, I think we're
 9       okay.  Yes, I understand.
10           Q.    And so there would have been some
11   documents associated with that annual transfer
12   for each year?
13           A.    Correct.
14           Q.    Can you think of any reason why
15   WAMY would have provided Plaintiffs with
16   documents for only some of those but not for
17   others?
18                 INTERPRETER:  "Those years," you
19       mean?
20                 MR. CARTER:  Yes.
21           A.    No.
22           Q.    You would expect that the documents
23   would exist, correct?
24           A.    We gave all the documents we have.
```

This Transcript Contains Confidential Material

Page 44

```
 1   examples of such contributions, correct?
 2            MR. SHEN:  Objection to form.
 3       A.   Correct.
 4       Q.   And in particular, in paragraph 4,
 5   he says that WAMY did receive two grants of
 6   100,000 Saudi riyals from the Saudi Ministry of
 7   Finance upon the recommendation of the Supreme
 8   Council for Islamic Affairs, correct?
 9       A.   Correct, but it's from the Supreme
10   Council for Islamic Affairs.
11       Q.   And are those the two examples of
12   funding received from the Saudi government
13   other than the annual grant you referenced
14   earlier?
15       A.   Correct.
16       Q.   And are you familiar with the role
17   of the Supreme Council for Islamic Affairs
18   during this time period?
19            MR. GOETZ:  Objection, scope.
20       A.   The main role of the Supreme
21   Council is to receive -- it receives the
22   requests from Islamic organizations.  It
23   studies these requests and decides whether it
24   recommends donations or not to these
```

This Transcript Contains Confidential Material

Page 45

1  organizations.
2      Q.   Other than the two donations from
3  the Supreme Council described in Mr. Abu Unuq's
4  declaration, are you aware of any other
5  instances in which the government provided a
6  contribution to WAMY separate from the annual
7  grant between 1992 and 2002?
8      A.   I do not remember such thing.
9           (Exhibit Wohaibi-321 marked for
10          identification and attached to the
11          transcript.)
12 BY MR. CARTER:
13     Q.   I've marked as Exhibit 321 a
14 document produced by WAMY-Saudi Arabia at
15 1248793.  And there's an English translation
16 and the original Arabic.
17          Dr. Al Wohaibi, is this a letter
18 that you sent?
19     A.   Yes.
20     Q.   And this was directed to the
21 Minister of Islamic Affairs, correct?
22     A.   Correct.
23     Q.   And it is acknowledging receipt of
24 a letter from the Minister of Islamic Affairs

This Transcript Contains Confidential Material

Page 46

```
 1   enclosing a check in the amount of 400,000
 2   Saudi riyals from the Custodian of the Two Holy
 3   Mosques, correct?
 4           A.   Correct.
 5           Q.   And that donation was to support a
 6   program for providing meals to the fasting
 7   people during Ramadan, correct?
 8           A.   Correct.
 9           Q.   And was this a contribution to WAMY
10   from the Saudi government?
11           A.   No.
12           Q.   Was this a contribution from the
13   King?
14           A.   Yes, from King Fahd.
15           Q.   And were there other instances
16   between 1992 through 2002 in which the King
17   made a contribution to WAMY?
18                MR. SHEN:  Objection to form;
19           objection to scope.
20                Which topic are you on?
21                MR. MALONEY:  Financing --
22                MR. CARTER:  Funding.
23                MR. SHEN:  By who?
24                MR. CARTER:  Funding by the
```

This Transcript Contains Confidential Material

Page 47

```
 1         government.
 2              MR. SHEN:  You're asking about the
 3         King in his capacity --
 4              MR. CARTER:  Yeah, well, it will be
 5         a fact question for the finder of fact
 6         about whether or not there's a proper
 7         separation between the government and
 8         the King.
 9              MR. SHEN:  Outside the scope.
10              MR. GOETZ:  Join the objection as
11         to scope.
12         Q.   You can answer.
13         A.   Yes, we have received after these
14   years some amounts of money through the son of
15   King Fahd, Abdulaziz bin Fahd.
16         Q.   And those contributions from
17   Abdulaziz bin Fahd you're saying were after
18   2002?
19         A.   No, before 2002.  And I supposed
20   that from the produced documents.
21         Q.   And were those contributions made
22   by Abdulaziz bin Fahd, or sent by Abdulaziz bin
23   Fahd on behalf of the King?
24              MR. SHEN:  Objection to form,
```

This Transcript Contains Confidential Material

Page 48

```
 1          objection to foundation, beyond the
 2          scope.
 3          A.   Can you please reformulate the
 4   question?
 5          Q.   You mentioned that WAMY received
 6   contribution from Abdulaziz bin Fahd, correct?
 7          A.   Correct.
 8          Q.   And with regard to those
 9   contribution, were the funds provided by
10   Abdulaziz bin Fahd, or was he transferring
11   funds provided by the King?
12               MR. SHEN:  Objection to form;
13          objection to foundation; objection to
14          scope.
15               MR. CARTER:  It's within the scope,
16          Andy.  Abdulaziz bin Fahd is
17          specifically in the --
18               MR. SHEN:  You're asking him about
19          whether money was transferred or
20          provided through the Prince by the King.
21          It's beyond the scope.
22               MR. CARTER:  First of all, it's not
23          beyond the scope.  Just because he says
24          that the money came as a personal
```

This Transcript Contains Confidential Material

Page 52

```
 1        Q.   And was this money transferred to
 2   WAMY pursuant to an approval in a Royal Order?
 3             MR. SHEN:  Objection, foundation.
 4        A.   Yes, according to what is
 5   stipulated in this letter.
 6        Q.   And in the Arabic version, is there
 7   a copy of the check beneath the letter?
 8        A.   Correct.
 9        Q.   And what entity issued the check?
10        A.   Ministry of Finance and National
11   Economy.
12        Q.   Was this a contribution to WAMY
13   from the Saudi government?
14        A.   Yes, to the activities or workshops
15   mentioned here, for summer activities or
16   workshops and da'wah activities.
17        Q.   And this is distinct from the
18   donations you mentioned earlier from the
19   Supreme Council for Islamic Affairs, correct?
20        A.   Correct.
21        Q.   Do you know what the Royal Order
22   that's referenced in this letter addressed?
23        A.   I do not know.
24             (Exhibit Wohaibi-323 marked for
```

This Transcript Contains Confidential Material

Page 70

```
1            Dr. Al Wohaibi, the text of the
2    letter indicates that it is correspondence sent
3    by Secretary General Al-Johani in 2001 to
4    Prince Abdulaziz bin Fahd, correct?
5         A.   Correct.
6         Q.   And in the signature line,
7    Secretary Al-Johani mentions his title is
8    Secretary General of WAMY and also indicates,
9    member of the Shura Council.
10             Do you see that?
11        A.   Yes.
12        Q.   Do you know what the Shura Council
13   is?
14        A.   Yes.
15        Q.   What is it?
16        A.   It's similar to a parliament.
17        Q.   And similar to the parliament of
18   the government of Saudi Arabia?
19             MR. SHEN:  Objection, form.
20        A.   It's similar to a parliament in
21   other countries.
22        Q.   Is it a government body?
23        A.   Yes.
24        Q.   Do you know during what time period
```

This Transcript Contains Confidential Material

Page 81

```
 1   approval of Prince Salman bin Abdulaziz Al
 2   Saud?
 3              MR. SHEN:  Objection, scope.
 4        A.    That happened twice.  I do not know
 5   whether it's the first time or the second time.
 6        Q.    And in the second to last
 7   paragraph, you requested the minister
 8   correspond with the Ministry of Finance
 9   regarding reservation of the King Faisal
10   Conference Hall.
11              What role did you anticipate the
12   Ministry of Finance playing in this event?
13        A.    The Ministry of Finance here is the
14   one responsible of the conference hall and of
15   its reservation.  So it's merely an
16   administrative issue.  And this hall belongs to
17   the InterContinental hotel.
18        Q.    And for this particular event, who
19   paid the InterContinental for use of the hall?
20        A.    There are no expenses.  There are
21   meetings, and then donations.  No expenses per
22   se.  Or -- there are not donations but promises
23   of providing contributions.
24        Q.    I think I was asking a different
```

This Transcript Contains Confidential Material

Page 105

```
 1        Q.   Who determined that WAMY should
 2   have a representative?
 3        A.   The president of WAMY.
 4        Q.   Who made the decision to ask the
 5   president of WAMY to include?
 6        A.   Now, as mentioned in the letter, is
 7   president of the Council of Ministers from --
 8   and the reason behind that is the experience of
 9   WAMY and -- of WAMY in the work in central
10   Asia.
11        Q.   The initiative described to send a
12   delegation to Kazakhstan was based on an
13   approval of the presidency of Council of
14   Ministers, correct?
15        A.   Correct.
16             (Exhibit Wohaibi-335 marked for
17             identification and attached to the
18             transcript.)
19   BY MR. CARTER:
20        Q.   I've marked as Exhibit 385 [sic] a
21   document produced by WAMY at 1249453.
22             Dr. Al Wohaibi, this document
23   indicates that it is a communication from the
24   Ministry of Finance and National Economy to the
```

This Transcript Contains Confidential Material

Page 107

```
 1   the amount was sent to the Ministry of Islamic
 2   Affairs, but the amount was not sent to WAMY
 3   from the Ministry of Finance.
 4        Q.   I was simply asking whether or not
 5   you know -- whether you know if the da'wah and
 6   book and cassette program described in this
 7   correspondence in Korea did take place.
 8        A.   I do not know.
 9             (Exhibit Wohaibi-336 marked for
10             identification and attached to the
11             transcript.)
12   BY MR. CARTER:
13        Q.   I've marked as 336 a document
14   produced by WAMY at 1249448.
15             Dr. Al Wohaibi, is this a letter
16   that you sent?
17        A.   Yes.
18        Q.   And did you send this to an
19   undersecretary at the Ministry of Islamic
20   Affairs named Dr. Tawfiq bin Abdulaziz Al
21   Sadiri?
22        A.   Yes.
23        Q.   And at the time you sent this, was
24   Dr. Al Sadiri the president of the foreign
```

This Transcript Contains Confidential Material

Page 170

```
 1   donations come from King Fahd either as --
 2   either as donations from the Ministry of --
 3            (In English.)  Through.
 4            (Through interpreter.)  -- I'm
 5   sorry, through the Ministry of Islamic Affairs
 6   in his capacity as the Custodian of the Holy
 7   Mosques or through the committee of research
 8   and studies, and not from the Saudi government.
 9   They are not grants from Saudi government.
10        Q.   Do you know whether any Saudi
11   government officials ever filed affidavits in
12   the lawsuit we're here today discussing,
13   addressing whether or not contributions they
14   made in their name were personal or
15   governmental in nature?
16            MR. GOETZ:  Objection, scope.
17        A.   I do not know such thing.
18        Q.   Mr. Shen asked you a question about
19   Prince Abdulaziz' Office for Research and
20   Studies.  Do you recall that?
21        A.   Yes.
22        Q.   And he asked you whether or not the
23   document referred to that as a private office.
24   Do you recall that question?
```