# EXHIBIT AW

This Transcript Contains Confidential Material

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2
 3    IN RE: TERRORIST ATTACKS   )  03-MDL-1570 (GBD) (SN)
      ON SEPTEMBER 11, 2001      )
 4                               )
 5
 6
 7
                           — — —
 8
                   Tuesday, July 13, 2021
 9                         — — —
10             THIS TRANSCRIPT CONTAINS
                 CONFIDENTIAL MATERIAL
11                         — — —
12
13     Remote video-recorded deposition of JONATHAN M.
      WINER, held at the location of the witness,
14    commencing at 10:04 a.m., on the above date, before
      Debra A. Dibble, Certified Court Reporter,
15    Registered Diplomate Reporter, Certified Realtime
      Captioner, Certified Realtime Reporter and Notary
16    Public.
17
                           — — —
18
19
20
21
22
23
                   GOLKOW LITIGATION SERVICES
24             877.370.DEPS | fax 917.591.5672
                      deps@golkow.com
25
```

```
 1   in my affirmative report.  There were some IIRO
 2   audits.  I asked for them and I wanted them.  I got
 3   more audits from my rebuttal report and then
 4   analyzed those.
 5        Q.   And let's make it clear that the reliance
 6   materials that you have, the documents produced in
 7   this -- the documents produced in this case were
 8   given to you by plaintiffs' attorneys; correct?
 9        A.   Most of them were, or many of them were.
10   I supplemented as best I could with additional
11   research when I felt that additional research that I
12   was able to get in the limited amount of time that I
13   had between the time of my retention and the time
14   that my report was due, I would supplement.
15        Q.   In your prior testimony, you stated those
16   are the documents that you relied on in rendering
17   your opinion in your affirmative report, correct?
18        A.   Yes.
19        Q.   The index.  Okay.  If an allegation
20   appears in a government document in your
21   methodology, do you accept the fact -- accept it as
22   a fact or do you do anything to attempt to
23   corroborate or dispel fact assertions?
24             MR. HAEFELE:  Objection to form.
25        A.   That's a very broad category, government
```

```
 1      A.    I don't recollect.
 2      Q.    Okay.  So -- strike that.
 3            How many times did you -- how much time
 4   did you spend reviewing the Harmony database?
 5      A.    Not a lot.  As I said, the legend on it
 6   cautioned me on.  I tested the legend by looking at
 7   a couple of things to see if it was going to be of
 8   any value.  Found it wasn't any value for that
 9   purpose and didn't spend more time on it.  I had a
10   very limited amount of time between December and
11   when I turned the report in, and didn't spend much
12   time on it.
13      Q.    So it is your testimony you didn't find
14   any evidentiary value in those documents, that's why
15   you stopped looking at them?
16      A.    That's correct, I did not.
17      Q.    Does the CRA have any agency -- in your
18   report, you went through the details.  And I'm not
19   going to go through the details now, but I just
20   wanted to for the purposes of your methodology, did
21   you consider the adverse reporting in that case part
22   of -- as a primary source?
23      A.    I don't understand what you --
24      Q.    Okay.  So just to be very quick, the
25   Canadian report, the CRA report, listed adverse
```

This Transcript Contains Confidential Material

| | |
|---|---|
| 1 | reporting on WAMY; right?  And those adverse |
| 2 | reporting listed many newspaper articles, or as a |
| 3 | matter of fact, listed is some other matters in this |
| 4 | lawsuit.  Will you consider those as a primary |
| 5 | source for you to consider? |
| 6 | A.    The primary source is the Canadian |
| 7 | report.  Their primary source may not be primary, it |
| 8 | may be secondary sources.  I'd have to look at the |
| 9 | various materials.  But that document itself |
| 10 | reflects what the findings were of Canada in |
| 11 | connection with this chart.  And so it's a primary |
| 12 | source for that purpose.  That's what it is. |
| 13 | Q.    Okay. |
| 14 | A.    But is that -- is that report in turn |
| 15 | based on secondary sources?  It's based on mixture |
| 16 | of primary source data such as financial records and |
| 17 | financial information, statements made to them, and |
| 18 | secondary source information, which are also relied |
| 19 | on.  That's my understanding of that report. |
| 20 | Q.    Okay. Do you agree that charities -- |
| 21 | that -- do you agree that charities |
| 22 | supported al-Qaeda?  They don't support the al-Qaeda |
| 23 | just because they operate in conflict zone? |
| 24 | MR. HAEFELE:  Objection to the form. |
| 25 | A.    If I understand the question correctly, |

```
 1                        CERTIFICATE
 2           I, DEBRA A. DIBBLE, Registered Diplomate
     Reporter, Certified Realtime Reporter, Certified
 3   Court Reporter and Notary Public, do hereby certify
     that prior to the commencement of the examination,
 4   JONATHAN M. WINER was duly sworn by me to testify to
     the truth, the whole truth and nothing but the
 5   truth.
 6           I DO FURTHER CERTIFY that the foregoing is a
     verbatim transcript of the testimony as taken
 7   stenographically by and before me at the time, place
     and on the date hereinbefore set forth, to the best
 8   of my ability.
 9           I DO FURTHER CERTIFY that pursuant to FRCP
     Rule 30, signature of the witness was not requested
10   by the witness or other party before the conclusion
     of the deposition.
11
             I DO FURTHER CERTIFY that I am neither a
12   relative nor employee nor attorney nor counsel of
     any of the parties to this action, and that I am
13   neither a relative nor employee of such attorney or
     counsel, and that I am not financially interested in
14   the
     action.
15
16
17
18          _____
19
     DEBRA A. DIBBLE, RDR, CRR, CRC
20   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
21   Certified Court Reporter
22
     Dated: 8-3-2021
23
24
25
```