# EXHIBIT AAA

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 03-MDL-1570 (GBD) (SN)
 5   ---------------------------------------x.
 6   IN RE: TERRORIST ATTACKS ON
 7   SEPTEMBER 11, 2001
 8   ---------------------------------------x
                  April 8, 2021
 9                 9:10 a.m.
10
11            Continued Videotaped Deposition
12   via Zoom of MATTHEW A. LEVITT, pursuant to
13   Adjournment, before Jineen Pavesi, a
14   Registered Professional Reporter,
15   Registered Merit Reporter, Certified
16   Realtime Reporter and Notary Public of the
17   State of New York.
18
19
20
21
22
23
24
25
```

```
                                                      Page 502
 1                  LEVITT
 2    did you ever do anything independently to
 3    verify or confirm any of the allegations
 4    in any of the reports?
 5        A.     I did not.
 6        Q.     Whether or not the reported
 7    incidents are reliable or accurate, you
 8    can't say one way or the other because you
 9    never did anything to confirm that
10    yourself, would you agree?
11              MR. HAEFELE:  Objection to
12    form.
13        A.     I wouldn't quite put it that
14    way.
15              By virtue of knowing CRA and
16    having had interactions with them, I
17    understand how thorough they are.
18              Reports like these, including
19    media reports, which typically will be
20    used in reports like this just because
21    it's easier to cite to them than to
22    classified sources that might get to the
23    same reporting, are very, very careful.
24              Actions like this by the CRA
25    are not common, so for the CRA to include
```

Page 576

C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, MATTHEW A. LEVITT, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Jineen Pavesi, RPR, RMR*

JINEEN PAVESI, RPR, RMR, CRR