# EXHIBIT AAC

Page 470

1
2  UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  Case No. 03-MDL-1570 (GBD)(SN)
5  ------------------------------------x.
6
7  IN RE: TERRORIST ATTACKS ON
8  SEPTEMBER 11, 2001
9
10
   ------------------------------------x
11            August 6, 2021
             9:04 a.m.
12
13
14      Continued Videotaped Deposition of
15  EVAN KOHLMANN, taken by Defendants,
16  pursuant to Notice, held via Zoom
17  videoconference, before Todd DeSimone, a
18  Registered Professional Reporter and Notary
19  Public of the State of New York.
20
21
22
23
24
25

Page 717

1        KOHLMANN
2        Q.    If we can go to page 031440 of
3   this audit.  Now, you've reviewed this
4   particular audit before, this portion of
5   Exhibit -- which will now be 1042, correct,
6   Mr. Kohlmann?
7        A.    I'm sorry, I wasn't sure if you
8   were asking me.  Yes, the answer is yes.  I
9   believe so anyway, yes.
10       Q.    And this is the audit that you
11  reference at paragraphs 191 and 192 of your
12  report, correct?
13       A.    That's correct, yeah.
14       Q.    And there is, in this audit,
15  under Penalty and Sanctions Recommendation
16  Report, the indication that "no
17  sanctionable concerns."  Do you see that?
18       A.    I do.
19       Q.    And you don't discuss that or
20  include that in your affirmative report in
21  this case, do you?
22       A.    No, I didn't necessarily think
23  it was relevant, so no, I didn't include
24  it.
25       Q.    Now, also on WAMY Canada, you

1

2          CERTIFICATION

3

4    I, TODD DeSIMONE, a Notary Public for

5  and within the State of New York, do hereby

6  certify:

7    That the witness whose testimony as

8  herein set forth, was duly sworn by me; and

9  that the within transcript is a true record

10  of the testimony given by said witness.

11    I further certify that I am not related

12  to any of the parties to this action by

13  blood or marriage, and that I am in no way

14  interested in the outcome of this matter.

15    IN WITNESS WHEREOF, I have hereunto set

16  my hand this 18th day of August, 2021.

17

18         *Todd DeSimone* (signature)

         _____
19            TODD DESIMONE

20

21            *     *     *

22

23

24

25