# EXHIBIT AAE



TOPSECRET [REDACTED] b1, b5



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

[REDACTED b2]

(U) MEMORANDUM FOR BARBARA HAMMERLE
**ACTING DIRECTOR**
**OFFICE OF FOREIGN ASSETS CONTROL**

(U) FROM:          MATTHEW A. LEVITT, Ph.D.
**DEPUTY ASSISTANT SECRETARY**
**OFFICE OF INTELLIGENCE & ANALYSIS**

(U) SUBJECT:          Additional Designations Pursuant to E.O. 13224: **Dr. Abd Al**
**Hamid Sulaiman AL-MUJIL and International Islamic Relief**
**Organization Philippines and Indonesia Branches**

[REDACTED b1, b7d]

(U) <u>INTRODUCTION</u>

(U) On September 23, 2001, President Bush declared a national emergency pursuant to the
International Emergency Economic Powers Act ("IEEPA"), and issued Executive Order 13224
("E.O. 13224" or "the E.O.") to address grave acts of terrorism and threats of terrorism committed
by foreign terrorists, including the September 11, 2001, terrorist attacks in New York,
Pennsylvania, and at the Pentagon. The E.O. imposes economic sanctions on, among others,
persons who have committed, pose a significant risk of committing, or support terrorism.[^]

[^]: (U) The E.O. blocks all property and interests in property in the United States or within the possession or control of
a U.S. person or any persons designated under its authority. In addition, it prohibits transactions or dealings by U.S.

Derived by: Multiple Analysts, OIA
Derived from: Multiple Sources
Declassify on: [REDACTED b1]
Date of Sources [REDACTED b2]

TOPSECRET [REDACTED] b1, b5

April 27, 2021
Exhibit
John Sidel
**0602**



(U) President Bush identified, in the Annex to E.O. 13224, as amended by Executive Order 13268 of July 2, 2002, 13 individuals and 16 entities as subject to the economic sanctions. As amended, the E.O. authorizes the Secretary of the Treasury, in consultation with the Secretary of State, the Secretary of Homeland Security, and the Attorney General, to designate persons determined:

(1) to be owned or controlled by, or to act for or on behalf of, those persons listed in the Annex to the E.O., or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.;

(2) to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

(3) to be otherwise associated with those persons listed in the Annex, or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.

**(U) IDENTIFIER INFORMATION**

**(U) INDIVIDUAL**

| | | |
|---|---|---|
| (U) | | **Abd Al Hamid Sulaiman AL-MUJIL** [Exhibit 1, page 1][1] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. Abd al-Hamid AL-MUJAL [Exhibit 4, para. 3][2] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. Abd Abdul-Hamid bin Sulaiman AL-MU'JIL [Exhibit 2][3] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. 'Abd Al-Hamid AL-MU'AJJAL [Exhibit 3, para. 4][4] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abd al-Hamid MU'JIL [Exhibit 5, para. 2][5] [Declassified – See Exhibit 57] |
| (U) | AKA: | A. S. MUJEL [Exhibit 2, page 5][6] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abu Abdallah [Exhibit 7, para. 1][7] [Declassified – See Exhibit 57] |
| (U) | DOB: | 28 April 1949 [Exhibit 1][8] [Declassified – See Exhibit 57] |
| (U) | Nationality: | Saudi Arabia [Exhibit 1][9] [Declassified – See Exhibit 57] |
| (U) | Bank Account Information: | b4 |

persons or within the United States in blocked property, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of designated persons.

TOP SECRET [redacted]

**(U) ENTITIES**

**(U) Entity # 1:** **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (Philippines Branch) [IIRO-PHL]** [Exhibit 8, para. 2][11]

| | | |
|---|---|---|
| (U) | AKA | IIRO |
| (U) | AKA | International Islamic Relief Agency [Exhibit 41][12] [Declassified – See Exhibit 57] |
| (U) | AKA | International Relief Organization [Exhibit 67][13] |
| (U) | AKA | Islamic Relief Organization [Exhibit 67][14] |
| (U) | AKA | Islamic World Relief [Exhibit 41][15] [Declassified – See Exhibit 57] |
| (U) | AKA | International Islamic Aid Organization [Exhibit 41][16] [Declassified – See Exhibit 57] |
| (U) | AKA | Islamic Salvation Committee [Exhibit 41] [17] [Declassified – See Exhibit 57] |
| (U) | AKA | The Human Relief Committee of the Muslim World League [Exhibit 40][18] [Declassified – See Exhibit 57] |
| (U) | AKA | World Islamic Relief Organization [Exhibit 41][19] [Declassified – See Exhibit 57] |
| (U) | AKA | Al Igatha Al-Islamiya [Exhibit 26][20] |
| (U) | AKA | Hayat al-Aghatha al-Islamia al-Alamiya [Exhibit 41][21] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat al-Igatha [Exhibit 42][22] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat Al-'Igatha [Exhibit 43][23] [Declassified – See Exhibit 57] |
| (U) | AKA | Ighatha [Exhibit 55][24] [Declassified – See Exhibit 57] |
| (U) | AKA | Igatha [Exhibit 106][25] |
| (U) | AKA | Igassa [Exhibit 44][26] [Declassified – See Exhibit 57] |
| (U) | AKA | Igasa [Exhibit 55] [27] [Declassified – See Exhibit 57] |
| (U) | AKA | Igase [Exhibit 55] [28] [Declassified – See Exhibit 57] |
| (U) | AKA | Egassa [Exhibit 55][29] [Declassified – See Exhibit 57] |

(U) Address:

201 Heart Tower Building
108 Valero Street
Salcedo Village, Makati City
Manila, Philippines [Exhibit 6][30]

(U) Additional Addresses:

Zamboanga City, Philippines
Tawi Tawi, Philippines
Marawi City, Philippines
Basilan, Philippines
[redacted]

TOP SECRET [redacted]

TOP SECRET ███████████████████████

(U) Bank Account Information: ███████████████████████

| (U) Entity # 2: | | **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (Indonesia Branch) [IIRO-IND] [Exhibit 6][33]** |
|---|---|---|
| (U) | AKA | IIRO |
| (U) | AKA | International Islamic Relief Agency [Exhibit 41][34] [Declassified – See Exhibit 57] |
| (U) | AKA | International Relief Organization [Exhibit 67][35] |
| (U) | AKA | Islamic Relief Organization [Exhibit 67][36] |
| (U) | AKA | Islamic World Relief [Exhibit 41][37] [Declassified – See Exhibit 57] |
| (U) | AKA | International Islamic Aid Organization [Exhibit 41][38] [Declassified – See Exhibit 57] |
| (U) | AKA | Islamic Salvation Committee [Exhibit 41][39] [Declassified – See Exhibit 57] |
| (U) | AKA | The Human Relief Committee of the Muslim World League [Exhibit 40][40] [Declassified – See Exhibit 57] |
| (U) | AKA | World Islamic Relief Organization [Exhibit 41][41] [Declassified – See Exhibit 57] |
| (U) | AKA | Al Igatha Al-Islamiya [Exhibit 26][42] |
| (U) | AKA | Hayat al-Aghatha al-Islamia al-Alamiya [Exhibit 41][43] [Declassified – See Exhibit 57] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat al-Igatha [Exhibit 42][44] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat Al-'Igatha [Exhibit 43][45] [Declassified – See Exhibit 57] |
| (U) | AKA | Ighatha [Exhibit 55][46] [Declassified – See Exhibit 57] |
| (U) | AKA | Igatha [Exhibit 106][47] |
| (U) | AKA | Igassa [Exhibit 44][48] [Declassified – See Exhibit 57] |
| (U) | AKA | Igasa [Exhibit 55][49] [Declassified – See Exhibit 57] |
| (U) | AKA | Igase [Exhibit 55][50] [Declassified – See Exhibit 57] |
| (U) | AKA | Egassa [Exhibit 55][51] [Declassified – See Exhibit 57] |
| (U) | Address: | Jalan Raya Cipinang Jaya No. 90 East Jakarta, 13410, Indonesia |
| | | P.O. Box 3654 Jakarta, Indonesia 54021 [Exhibit 6][52] |

TOP SECRET ███████████████████████

4

(S) b1, b3 Bank Account Information: b1, b3

(S) b1, b3 **BASES FOR DESIGNATION OF INDIVIDUAL AND TWO ENTITIES (organized as follows):**

A. Background Information on IIRO
B. Bases for Designation of **Dr. 'Abd Al-Hamid Al Mujil;**
C. Bases for Designation of the **IIRO Philippine Branch [IIRO-PHL]; and**
D. Bases for Designation of the **IIRO Indonesia Branch [IIRO-IDN]**

**(U) A. Background Information**

b1, b2, b5, b7d

(S) b1, b3 According to the IIRO web site, the IIRO was established in 1978 as a humanitarian NGO. b1, b3 According to its web site, the IIRO seeks to serve the victims of natural disasters and wars, and its programs include the provision of medical, educational and social support to those in need.[Exhibit 36][62]

b1, b5, b7d

Indeed, IIRO's support for terrorist organizations began in the early 1990s and continues through to at least the first half of 2006, as discussed below.

(S) Evidence presented in this memorandum and related exhibits provides reason to believe that IIRO official Dr. **'Abd Al-Hamid AL-MUJIL**, the **IIRO-Philippines** branch **[IIRO-PHL]**,

b1, b3

[c] (U) As of June 2006, the IIRO web site listed international IIRO branch offices in the following countries: Jordan, Indonesia, Pakistan, Bangladesh, Thailand, Azerbaijan, Sri Lanka, Philippines, "Kurdistan," Yemen, Ethiopia, Uganda, Chad, Tanzania, Djibouti, Somalia, Senegal, Sudan, Kenya, Mali, Egypt, Nigeria, Albania, Kosovo, and Bosnia-Herzegovina. [Exhibit 39]



and the **IIRO-Indonesia** branch [**IIRO-IND**] meet the criteria for designation as set forth in E.O. 13224, based on their support for **al Qaida, JI,** and/or the **ASG.**

(U) **Jemaah Islamiyah [JI]**[D] is an **al Qaida**-linked[E] terrorist group with cells operating in several countries in Southeast Asia. It was founded in 1993 with the ultimate goal of establishing, through violent jihad, a pan-Islamic caliphate in Southeast Asia. **JI** was designated as a Specially Designated Global Terrorist (SDGT) pursuant to E.O. 13224 on October 23, 2002.

(U) The **Abu Sayyaf Group [ASG]** is the most violent of the separatist groups operating in the Southern Philippines and was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001. It was formed in the early 1990s and received support and seed money from **al Qaida.**

**(S) B. Bases for Designation of Dr. 'Abd Al-Hamid AL-MUJIL**

**(U) 1. Introduction**

(TS

as of June 2006, he was listed as IIRO-EP's Executive Director on the IIRO web site. [Exhibit 39][66] As discussed below, **AL-MUJIL** has provided support to terrorist organizations including **ASG** and **JI.**

[D] (U) Names appearing in bold in this document are either Specially Designated Global Terrorists (SDGTs) pursuant to E.O. 13224 or, in the case of the **IIRO-Philippines** and **IIRO-Indonesia** branches and **AL-MUJIL**, proposed for designation.

[E] (U) **Al Qaida** was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001.

TOPSECRET b1, b5

b1, b5, b7d
b1, b5, b7d

7

TOPSECRET b1, b5

FED-PEC0202119

(U) CONCLUSION

(S b1, b5) Based on the foregoing information, there is reason to believe **DR. 'Abd Al-Hamid AL-MUJIL [AL-MUJIL]** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing donor funds to **al Qaida, AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **al Qaida**, an entity listed on the Annex to E.O. 13224.

- By providing financial support to the **ASG** and its leaders, **AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of the **ASG**, an entity listed on the Annex to E.O. 13224.

- By maintaining relations with **UBL**, **AL-MUJIL** is otherwise associated with **UBL**, a person listed in the Annex to E.O. 13224.
- By maintaining relations with **KSM**, **AL-MUJIL** is otherwise associated with **KSM**, a person listed in the Annex to E.O. 13224.

**(S) C. Bases for Designation of the IIRO Philippines Branch [IIRO-PHL]**

**(U) 1. Background on Al Qaida control of IIRO-PHL**

b1, b5, b7d

[8] (U) Wa'el Hamza Juladain was designated as an SDGT pursuant to E.O. 13224 on September 6, 2002.

TOP SECRET b1, b5

b1, b5, b7d
b1, b5, b7d
b1, b5, b7d

[N] (U) Raddulan Sahiron was designated as an SDGT pursuant to E.O. 13224 on November 30, 2005.

10

TOP SECRET b1, b5

FED-PEC0202122

TOP SECRET b1, b6

b1, b7d

b1, b2, b5, b7d

b1, b7d

b1, b2, b7d

b1, b5, b7d

b1, b2, b7d

b1, b7d

b1, b7d

[9] (U) U.S. troops have been providing training to the Armed Forces of the Philippines since circa 2002 to assist them in combating the ASG. [Exhibit 112, paras. 5, 8]

b1, b7d

11

TOP SECRET b1, b6

FED-PEC0202123

**(U) CONCLUSION**

(S) Based on the foregoing information, there is reason to believe that **IIRO-PHL** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing financing and training to **ASG**, **IIRO-PHL** assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of **ASG**, an entity listed on the Annex to E.O. 13224.
- By serving as a conduit for funds from **UBL** to the **ASG** in the Philippines, **IIRO-PHL** acts for or on behalf of, or assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **UBL**, an individual listed on the Annex to E.O. 13224.
- As an entity over which **AL-MUJIL** exercises decision-making authority, **IIRO-PHL** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.

**(S) D. Bases for Designation of the IIRO Indonesia Branch [IIRO-IND]**

b1, b3, b5

According to the IIRO website, as of May 2006, Fahd Muhammad Al-Harbi was listed as the director of IIRO-IND. [Exhibit 104]

[redacted] b1, b5, b7d

[redacted] b1, b7d

**(U) CONCLUSION**

(S[redacted]) Based on the foregoing information, there is reason to believe that **IIRO-IND** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By financing **JI** and organizations associated with **JI**, **IIRO-IND** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **JI**, an entity listed on the Annex to E.O. 13224.

- As an entity over which **AL-MUJIL** maintains decision-making authority, **IIRO-IND** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.

[redacted] b1, b7d

---

[8] (U) Abu Bakar Ba'asyir was designated as an SDGT pursuant to E.O. 13224 on April 13, 2006.

[redacted] b1, b7d

**TOPSECRET** ████████████████████████

## (U) EXHIBIT LIST



Exhibit 1

Exhibit 2

Exhibit 3

Exhibit 4

Exhibit 5

Exhibit 6    *Saudi Arabia: Foreign Offices of the International Islamic Relief Organization,* Open Source Center Report, 20 June 2006.

Exhibit 7

Exhibit 8

Exhibit 9

Exhibit 10

Exhibit 11

Exhibit 12

Exhibit 13

Exhibit 14

Exhibit 15

Exhibit 16

Exhibit 17

Exhibit 18

Exhibit 19

Exhibit 20    "Two Muslim Charities Under Scrutiny; Saudi-Funded Groups Deny Ties to Terrorist Networks but Cite Vulnerability," WASH. POST, Sept. 30, 2001, para.10                                    (U)

Exhibit 21

Exhibit 22

Exhibit 23

Exhibit 24

Exhibit 25

Exhibit 26    Mark P. Denbeaux & Joshua Denbeaux, *Second Report on the Guantanamo Detainees,* Seton Hall University School of Law, at 11.

Exhibit 27    Source removed

Exhibit 28

Exhibit 29

Exhibit 30

Exhibit 31

Exhibit 32

Exhibit 33

Exhibit 34

Exhibit 35    FINANCIAL TIMES INFORMATION, GLOBAL NEWS WIRE, "Saudi Arabia: MWL Chief Meets with Senior Jordanian Official", May 25, 2003          (U)

Exhibit 36    http://web.archive.org/web/20011214224506/www.arab.net/iiro.

14

**TOPSECRET** ████████████████████████

Web site active December 05, 1998 to December 14, 2001 (U)

Exhibit 37 b1, b5
Exhibit 38
Exhibit 39 IIRO Web site, http://www.iirosa.org/web/offices.php, (U) (Open Source Center translation of original Arabic language Web site attached as part of exhibit).
Exhibit 40 b1, b5
Exhibit 41
Exhibit 42
Exhibit 43
Exhibit 44
Exhibit 45 b1
Exhibit 46 b1, b5
Exhibit 47 b1
Exhibit 48 b1, b5
Exhibit 49
Exhibit 50 RIYADH 001251, 010713Z MAR 06 (S)
Exhibit 51 b1, b5
Exhibit 52
Exhibit 53
Exhibit 54 b1
Exhibit 55 b1, b5
Exhibit 56 Four Suspected Foreign Financiers of Abu Sayyaf Identified, PHILIPPINE DAILY INQUIRER, 22 Apr. 1995.
Exhibit 57 Source Removed
Exhibit 58 b1, b5
Exhibit 59 State 318075, 150209Z NOV 03 (S/NF)
Exhibit 60 b1, b5
Exhibit 61
Exhibit 62
Exhibit 63
Exhibit 64
Exhibit 65
Exhibit 66
Exhibit 67 Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.) (U)
Exhibit 68 RIYADH 001472, 081442Z MAR 06 (S)
Exhibit 69 b1, b5
Exhibit 70
Exhibit 71
Exhibit 72
Exhibit 73 b1
Exhibit 74 b1, b5
Exhibit 75
Exhibit 76 David Kaplan, *The Saudi Connection, How Billions in Saudi Oil Money Spawned a Global Terrorist Movement*, U.S. NEWS & WORLD REPORT (Dec. 15, 2003) at 3, (U).

Exhibit 77 b1, b5
Exhibit 78 b1
Exhibit 79
Exhibit 80
Exhibit 81 b1, b5
Exhibit 82
Exhibit 83
Exhibit 84 b1
Exhibit 85 "Valentine's Day Blasts Kill 12," MANILA BULLETIN, Feb. 15, 2005 (U)
Exhibit 86 b1, b5
Exhibit 87 b1, b5
Exhibit 88 b5
Exhibit 89 b1, b5
Exhibit 90 b1, b5
Exhibit 91
Exhibit 92 Jaime Laude, "Philippine Police Chief: Abu Sayyaf, JI Get 'Active' Support from Middle East," FBIS SEP20051120001001, 20 Nov. 2005 (U)
Exhibit 93 b1, b5
Exhibit 94 b1, b5
Exhibit 95 b1
Exhibit 96 b1, b5
Exhibit 97
Exhibit 98 b1
Exhibit 99
Exhibit 100 b1, b5
Exhibit 101
Exhibit 102 "Organizational structure of Indonesian Mujahidin Council for 2003-2008," FBIS SEG20050819000079, 30 JUL 05 (U//FOUO)
Exhibit 103 b1, b5
Exhibit 104 IIRO Web site, http://www.iirosa.org/web/offices.php, (U) (Open Source Center translation of original Arabic language Web site attached as part of exhibit)
Exhibit 105 b1, b5
Exhibit 106 *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S. N.D. Il).
Exhibit 107 Source Removed
Exhibit 108
Exhibit 109
Exhibit 110 b1, b5
Exhibit 111
Exhibit 112 STATE 152169, 082234Z AUG 02 (S)

## (U) ENDNOTES

[1] Exhibit 1 [redacted]
[2] Exhibit 4 [redacted]
[3] Exhibit 2 [redacted]
[4] Exhibit 3 [redacted]
[5] Exhibit 5 [redacted]
[6] Exhibit 2 [redacted]
[7] Exhibit 7 [redacted]
[8] Exhibit 1 [redacted]
[9] Exhibit 1 [redacted]
[10] Exhibit 2 [redacted]
[11] Exhibit 8 [redacted]
[12] Exhibit 41 [redacted]
[13] Exhibit 67 Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[14] Exhibit 67 Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[15] Exhibit 41 [redacted]
[16] Exhibit 41 [redacted]
[17] Exhibit 41 [redacted]
[18] Exhibit 40 [redacted]
[19] Exhibit 41 [redacted]
[20] Exhibit 26 Mark P. Denbeaux & Joshua Denbeaux, Second Report on the Guantanamo Detainees, Seton Hall University School of Law, at 11.
[21] Exhibit 41 [redacted]
[22] Exhibit 42 [redacted]
[23] Exhibit 43 [redacted]
[24] Exhibit 55 [redacted]
[25] Exhibit 106 *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S.N.D. Il).
[26] Exhibit 44 [redacted]
[27] Exhibit 55 [redacted]
[28] Exhibit 55 [redacted]
[29] Exhibit 55 [redacted]
[30] Exhibit 6 *Saudi Arabia: Foreign Offices of the International Islamic Relief Organization*, Open Source Center Report, 20 June 2006.
[31] Exhibit 10 [redacted]
[32] Exhibit 11 [redacted]
[33] Exhibit 6 *Saudi Arabia: Foreign Offices of the International Islamic Relief Organization*, Open Source Center Report, 20 June 2006.
[34] Exhibit 41 [redacted]
[35] Exhibit 67 Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[36] Exhibit 67 Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[37] Exhibit 41 [redacted]
[38] Exhibit 41 [redacted]
[39] Exhibit 41 [redacted]
[40] Exhibit 40 [redacted]
[41] Exhibit 41 [redacted]

TOP SECRET b1, b5

[42] Exhibit 26 Mark P. Denbeaux & Joshua Denbeaux, Second Report on the Guantanamo Detainees, Seton Hall University School of Law, at 11
[43] Exhibit 41
[44] Exhibit 42
[45] Exhibit 43
[46] Exhibit 55 b1, b5
[47] Exhibit 106 *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S. N.D. Il).
[48] Exhibit 44
[49] Exhibit 55
[50] Exhibit 55
[51] Exhibit 55 b1, b5
[52] Exhibit 6 Saudi Arabia: Foreign Offices of the International Islamic Relief Organization, Open Source Center Report, 20 June 2006.
[53] Exhibit 13
[54] Exhibit 13
[55] Exhibit 14
Exhibit 15
Exhibit 17
Exhibit 18
Exhibit 19 b1, b5
[56] Exhibit 20 "Two Muslim Charities Under Scrutiny; Saudi-Funded Groups Deny Ties to Terrorist Networks but Cite Vulnerability," WASH. POST, Sept. 30, 2001, para. 10 (quoting IIRO Secretary General Basha as stating that IIRO gave more than USD 60 million to the Taliban.) U
[57] Exhibit 21
Exhibit 23 b1, b5
[58] Exhibit 59 State 318075, 150209Z NOV 03, para. 6, S/NF
Exhibit 10
Exhibit 17
Exhibit 28
[59] Exhibit 29 b1, b7d
Exhibit 31
[60] Exhibit 32
Exhibit 33
Exhibit 34 b1, b5
[61] Exhibit 35 FINANCIAL TIMES INFORMATION, GLOBAL NEWS WIRE, "Saudi Arabia: MWL Chief Meets with Senior Jordanian Official", May 25, 2003, U
[62] Exhibit 36 http://web.archive.org/web/20011214224506/www.arab.net/iiro. Web site active December 05, 1998 to December 14, 2001.
[63] Exhibit 16
[64] Exhibit 2
[65] Exhibit 37 b1, b5
[66] Exhibit 39 IIRO Web site, http://www.iirosa.org/web/offices.php, U (Open Source Center translation of IIRO Web site).
[67] Exhibit 69
[68] Exhibit 68
[69] Exhibit 69 b1
[70] Exhibit 37
[71] Exhibit 70
[72] Exhibit 17
[73] Exhibit 48
[74] Exhibit 48
[75] Exhibit 49 b1, b5
[76] Exhibit 56 Four Suspected Foreign Financiers of Abu Sayyaf Identified, PHILIPPINE DAILY INQUIRER, 22 Apr 1995. (U)

18

TOP SECRET b1, b5

FED-PEC0202130

[77] Exhibit 17
[78] Exhibit 17
[79] Exhibit 49
[80] Exhibit 48
[81] Exhibit 3
[82] Exhibit 17
[83] Exhibit 2
[84] Exhibit 31
Exhibit 29
Exhibit 58
Exhibit 59
Exhibit 10
[85] Exhibit 45
[86] Exhibit 2
[87] Exhibit 50 RIYADH 001251, 010713Z MAR 06, para. 6. (S)
[88] Exhibit 45
[89] Exhibit 51
Exhibit 52
[90] Exhibit 54
[91] Exhibit 25
[92] Exhibit 71
Exhibit 72
Exhibit 73
Exhibit 74
Exhibit 28
Exhibit 10
[93] Exhibit 60
Exhibit 75
Exhibit 76 David Kaplan, *The Saudi Connection, How Billions in Saudi Oil Money Spawned a Global Terrorist Movement,* U.S. NEWS & WORLD REPORT (Dec. 15, 2003) at 3, (U).
[94] Exhibit 60
[95] Exhibit 94
[96] Exhibit 53
[97] Exhibit 96
Exhibit 60
Exhibit 97
Exhibit 77
[98] Exhibit 96
Exhibit 97
Exhibit 60
[99] Exhibit 98
Exhibit 46
Exhibit 47
[100] Exhibit 8
Exhibit 58
Exhibit 61
[101] Exhibit 78
Exhibit 79
[102] Exhibit 80
[103] Exhibit 78
Exhibit 79
Exhibit 38
[104] Exhibit 81

Exhibit 82 b1, b5
[105] Exhibit 83
Exhibit 84 b1
[106] Exhibit 85 "Valentine's Day Blasts Kills 12," MANILA BULLETIN, Feb. 15, 2005, U
[107] Exhibit 28 b1, b5
Exhibit 61
[108] Exhibit 58 b1, b5
[109] Exhibit 86
[110] Exhibit 87
Exhibit 88
Exhibit 89
[111] Exhibit 59
[112] Exhibit 90 b1, b2
[113] Exhibit 91
[114] Exhibit 61
[115] Exhibit 93
[116] Exhibit 2
[117] Exhibit 10 b1, b7d
[118] Exhibit 10
Exhibit 92 Jaime Laude, "Philippines Police Chief: Abu Sayyaf, JI Get 'Active' Support from Middle East," FBIS SEP20051120001001, 20 Nov. 2005, U
[119] Exhibit 30 b1
[120] Exhibit 62 b1, b5
[121] Exhibit 63
Exhibit 64
Exhibit 65
[122] Exhibit 62
[123] Exhibit 99
Exhibit 100
Exhibit 101
Exhibit 102 "Organizational structure of Indonesian Mujahidin Council for 2003-2008," FBIS SEG20050819000079, 30 JUL 05, U//FOUO
[124] Exhibit 105 b1, b5
[125] Exhibit 2 b1