# EXHIBIT AAG

This Transcript Contains Confidential Material

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2                        -   -   -
3
4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                            -   -   -
8                    APRIL 27, 2021
               THIS TRANSCRIPT CONTAINS
9               CONFIDENTIAL MATERIAL
                            -   -   -
10
11
12             Remote Videotaped
13   Deposition, taken via Zoom, of JOHN
14   SIDEL, commencing at 7:02a.m., on the
15   above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                       -   -   -
21        GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
22              deps@golkow.com
23
24

This Transcript Contains Confidential Material

1  few of the data points that you discuss

2  in that section of your report.

3          First, in Paragraph 19, you

4  discuss research that you conducted in

5  the late 1980s and early to mid 1990s

6  focused on local politics, corruption,

7  criminality, conflict and violence in the

8  Philippines.

9          Do you see that section?

10      A.    Yes.

11      Q.    And am I correct that in

12  connection with that research, you spent

13  a good bit of time in the Philippines

14  doing fieldwork?

15      A.    Yes.

16      Q.    And I believe you estimate

17  that, in total, your fieldwork in the

18  Philippines during this period covered

19  probably a few years; is that correct?

20      A.    Yes, correct.

21      Q.    During that time period when

22  you were doing fieldwork in the 1980s and

23  early to mid 1990s, did you have occasion

24  to conduct interviews of any members of

This Transcript Contains Confidential Material

```
1    the Moro Islamic Liberation Front?

2         A.    Not at that time, no.

3         Q.    And during that time, did

4    you have occasion to interview any

5    members of the Abu Sayyaf Group?

6         A.    No, that would have been

7    very dangerous.  I did travel to Basilan

8    during that period a few times, perhaps,

9    in retrospect, ill-advisedly.  But I

10   never met with someone from the Abu

11   Sayyaf Group, as far as I know.

12        Q.    And have you ever

13   interviewed any member or former member

14   of the Abu Sayyaf Group?

15        A.    No.  Not to my knowledge,

16   no.

17        Q.    I've seen accounts in some

18   publications regarding interviews

19   conducted by researchers or journalists

20   of an Abu Sayyaf member named Noor Muog.

21              Are you familiar with that

22   individual?

23        A.    No, I am not.

24        Q.    And so I gather from that
```

1    in the Philippines between the completion

2    of your fieldwork for your Ph.D. in the

3    mid '90s and 2001?

4          A.    I was there probably a

5    couple times -- I want to say a couple

6    times each year.  But probably I was

7    there every year for a matter of weeks.

8                And when I lived in

9    Indonesia in 1997, 1998, the visa

10   restrictions on my stay in Indonesia

11   meant that I regularly exited Indonesia

12   and went back to the Philippines to, you

13   know, to visit.  I observed the elections

14   in May of 1998, for example.

15               So there were a couple of

16   visits then as well.  But otherwise it

17   was, you know, just brief visits once a

18   year, I believe.

19         Q.    And with regard to the

20   visits during that time period, did your

21   work continue to focus on local politics,

22   corruption, criminality, conflict and

23   violence in the Philippines?

24         A.    Yeah.  I guess I should also

This Transcript Contains Confidential Material

1    Q.   In connection with the

2  research you've done in the Philippines

3  and Indonesia, have you come across

4  information pertaining to the work of the

5  Muslim World League in those countries?

6    A.   Very minimally.  There were

7  references and information and common

8  knowledge of the affiliation of a group

9  known as -- Islamia Indonesia, the Muslim

10  World League and a broader set of kind of

11  linkages that the Muslim World League

12  thus enabled and encouraged in Indonesia.

13    Q.   In Paragraph 53 of your

14  report, you make reference to the

15  involvement of the Muslim World League in

16  seeking to unite factions in the

17  Philippines as part of political

18  processes that were ongoing in 1987; is

19  that correct?

20    A.   Yes.  There's the so-called

21  Jeddah Accord in 1987, obviously signed

22  in Jeddah, between the Philippine

23  government and the Moro National

24  Liberation Front.  And I believe that

This Transcript Contains Confidential Material

1   the -- both the Muslim World League and

2   the organization of the Islamic

3   conference were involved in facilitating

4   the negotiations that led to the signing

5   of that agreement.

6          Q.    Is it your understanding

7   that the Muslim World League was

8   politically active within the

9   Philippines?

10          MR. NASSAR:  Objection.

11      Vague.

12          THE WITNESS:  I have no

13      other awareness of the Muslim

14      World League's involvement in the

15      Philippines whatsoever as such, in

16      terms of politics or otherwise in

17      the Philippines.

18          And, in fact, in terms of

19      the Jeddah Accord, what's usually

20      noted and kind of -- what's the

21      word -- prioritized, is the OIC

22      rather than the Muslim World

23      League, in terms of the very

24      general account of Saudi

1     sponsorship of the negotiations.

2 BY MR. CARTER:

3     Q.   So your familiarity with the

4 Muslim World League's engagements in the

5 Philippines relating to the Moro National

6 Liberation Front and the MILF is

7 essentially limited to what you describe

8 in Paragraph 3 of your report?

9     A.   Yes.  And, I mean, I've been

10 shown documents.  There's nothing that

11 comes to mind that I recall of any

12 significance, in terms of the Muslim

13 World League's activities and presence in

14 the Philippines.

15     Q.   And before taking on a role

16 as an expert in this case, did you come

17 across any information relating to the

18 IIRO's alleged role in supporting Abu

19 Sayyaf Group in the Philippines?

20     A.   Well, yes, insofar as the

21 same story that has been recycled and

22 re -- sort of reiterated over the years,

23 many years ago, this idea that the IIRO

24 office, in the early 1990s, under the

This Transcript Contains Confidential Material

1    Q.    Returning just for a moment

2    to the qualifications section of your

3    report, I think you mentioned that you

4    spent some time in Indonesia in 1997 and

5    1998?

6         A.    Yes.

7         Q.    And during that period, did

8    you have an opportunity to interview any

9    members of Jemaah Islamiyah?

10        A.    Not to my knowledge, no.

11        Q.    And have you ever had an

12   opportunity to interview any members of

13   Jemaah Islamiyah?

14        A.    Not to my knowledge, no.

15        Q.    In Paragraph 22 of your

16   report, you mention that you've conducted

17   interviews with a wide range of

18   individuals involved in the conflict in

19   the Philippines, including senior members

20   of the Moro Islamic Liberation Front.

21             Do you see that reference?

22        A.    Yes.

23        Q.    Who were those

24   representatives of the Moro Islamic

1   Liberation Front?

2          A.     Well, the one whom I

3   remember best was a senior figure named

4   Hadj Murad, whom I had a lavish buffet

5   breakfast with at a fancy hotel in

6   Manila.  So he's the one who I remember.

7   I'm not sure -- I can't remember other

8   figures, although he was not alone at the

9   time.

10         Q.     During what period was that?

11         A.     That was during the period

12  when the ceasefire was in place and the

13  negotiations were ongoing.  But the -- it

14  was between 2013 and 2016, I think.

15         Q.     And do you know when he

16  became active in the Moro Islamic

17  Liberation Front?

18         A.     No, I don't have his

19  biographical details to hand or in my

20  memory.

21         Q.     Did you discuss with him at

22  all the activities of the Moro Islamic

23  Liberation Front in the period before

24  9/11?

1        A.      No.

2        Q.      Have you interviewed any

3   members of the Moro Islamic Liberation

4   Front concerning the organization's

5   activities in the period before 9/11?

6        A.      No.

7        Q.      Professor Sidel, we've been

8   talking about several organizations

9   referenced in your report, and I'd like

10  to just provide some context.

11            The first is the Abu Sayyaf

12  Group.  In your words, can you tell me

13  what Abu Sayyaf Group is?

14        A.      The Abu Sayyaf Group is a

15  term that refers to a small shadowy and

16  seemingly ill-defined set of individuals

17  based in the islands of Basilan and Sulu

18  Provinces in the Sulu archipelago in the

19  southern Philippines, individuals whose

20  numbers, as a group, are said to have

21  never exceeded a few hundred.

22            It's a group whose

23  leadership and organization appears to be

24  highly personalistic and ill-defined.

This Transcript Contains Confidential Material

```
 1            asking, Sean, because should he be

 2            reading the entire segment or are

 3            you --

 4                 MR. CARTER:  I'm going to

 5            turn his attention to a few

 6            sections.  And if he wants to read

 7            on from that point, that's fine.

 8                 MR. NASSAR:  Professor

 9            Sidel, if you want to pull up the

10            document in the browser that we --

11                 THE WITNESS:  I'm happy to

12            read it just page by page.  I've

13            read -- you know, I think I've

14            read enough of 58 to get the gist

15            of it.

16  BY MR. CARTER:

17       Q.   So, Professor Sidel, this

18  section of the 9/11 Commission Report

19  describes al-Qaeda's development in the

20  early '90s.

21            And in the second full

22  paragraph, the first sentence explains

23  that bin Laden now had a vision of

24  himself as head of an international jihad
```

This Transcript Contains Confidential Material

1    confederation.

2              Do you see that?

3         A.    Yes.

4         Q.    And do you have any reason

5    to disagree with the 9/11 Commission's

6    finding on that point?

7              MR. NASSAR:  Objection.

8         Scope.

9              THE WITNESS:  What sort of

10        vision bin Laden had of himself

11        has been a matter of great

12        interest and debate among

13        scholars.  And he may have

14        considered himself in very

15        grandiose terms, and there seems

16        to be evidence of that.

17              But that doesn't necessarily

18        mean that -- the idea that there

19        was an international jihad

20        confederation, if that's what's

21        being suggested here, implicitly

22        or obliquely, that seems quite

23        exaggerated and implausible.

24              In what sense is this an

This Transcript Contains Confidential Material

1          international jihad confederation?

2          And in some of these countries,

3          even my second-hand knowledge of

4          developments and trends during

5          this period, makes you really

6          wonder what's being referred to

7          here.

8              There's very -- there's very

9          little going on in many of these

10         countries, in terms of something

11         that you could call a jihad, and

12         very small, weak groups of people.

13             So I don't know, really,

14         what to say.

15    BY MR. CARTER:

16         Q.    The paragraph goes on to say

17    that bin Laden was focused on forging

18    alliances and that through that work, the

19    groundwork for a true global terrorist

20    network was being laid.

21             Do you see that?

22         A.    Yes.

23         Q.    Do you agree with the 9/11

24    Commission's finding that bin Laden was

This Transcript Contains Confidential Material

1   seeking to establish alliances to lay the

2   groundwork for a true global terrorist

3   network?

4              MR. NASSAR:  Objection.

5        Scope.

6              THE WITNESS:  I really don't

7        know if, retrospectively, that

8        kind of teleological argument, you

9        know, makes sense, especially if,

10       in retrospect, we know that a wide

11       range of not only Islamist groups,

12       but even armed Islamist insurgent

13       groups, some of whom had been

14       involved in terrorism, disavowed

15       al-Qaeda, bin Laden and the 9/11

16       attacks.

17             So, I mean, I can image that

18       there -- in the early 1990s bin

19       Laden may have had sympathies with

20       a wide range of Muslim struggles,

21       Islamist struggles, may have

22       wanted to spread his largesse in

23       response.

24             But I don't know.  I mean,

This Transcript Contains Confidential Material

1              this seems like a kind of
2              teleological retrospective
3              deduction rather than something --
4              I don't know.
5    BY MR. CARTER:
6              Q.    Well, I guess, the simple
7    question is whether you agree or disagree
8    that bin Laden, during this period, was
9    seeking to establish alliances with
10   organizations located throughout the
11   world?
12             MR. NASSAR:  Objection.
13             Scope.  Objection.  Asked and
14             answered.
15             THE WITNESS:  I can't -- I
16             really am not an expert on
17             al-Qaeda, and in terms of the --
18             what it was doing, what it was
19             planning ahead, the intentionality
20             of Osama bin Laden during this
21             period.
22             I have not delved into that
23             in my own research.  And my
24             readings don't give me a good

1          memory or understanding on the

2          basis of which to make any kind of

3          informed answer to that question.

4   BY MR. CARTER:

5          Q.    Professor, turning to the

6   next paragraph, the 9/11 Commission

7   indicates that within the context of this

8   alliance building, bin Laden provided

9   equipment and training, assistance to the

10  Moro Islamic Liberation Front in the

11  Philippines and also to a newly forming

12  Philippine group that called itself the

13  Abu Sayyaf brigade, after one of the

14  major jihadist commanders.

15          Do you see that statement?

16          A.    Yes, uh-huh.

17          Q.    Do you agree with that

18  statement?

19          MR. NASSAR:  Objection.

20          Form.

21          THE WITNESS:  I don't agree

22          with -- I don't agree or disagree.

23          I have -- would like to see some

24          evidence and support of that,

This Transcript contains Confidential Material

1          those sorts of claims.

2               And, also, I haven't seen

3     any credible evidence of

4     equipment -- equipment to the

5     MILF.  There appears to be a

6     history of MILF training in camps

7     in Afghanistan during the 1980s

8     and the 1990s.

9               And the support for the Abu

10    Sayyaf Group, I mean, I wonder

11    what that refers to in terms of

12    support.  So I would like to see

13    the footnote before I could -- you

14    know, these are the kinds of

15    claims that we see recycled in a

16    variety of different publications,

17    including ones by, you know, U.S.

18    government, the United Nations,

19    you know, Time Magazine.  These

20    are -- these things are recycled

21    and repeated.

22               But in terms of the

23    evidentiary basis, I always

24    wonder, you know, what it is.

This Transcript Contains Confidential Material

```
 1   BY MR. CARTER:
 2        Q.    Do you regard the 9/11
 3   Commission to have been a serious
 4   investigative body?
 5             MR. NASSAR:  Objection.
 6        Foundation.  Scope.
 7             THE WITNESS:  I assume it
 8        was very serious in all sorts of
 9        ways.
10   BY MR. CARTER:
11        Q.    Do you have any reason to
12   believe that the 9/11 Commission would
13   have included unsubstantiated claims
14   about bin Laden providing assistance to
15   MILF and Abu Sayyaf in its final report
16   without evidence?
17             MR. NASSAR:  Objection.
18        Form.  Scope.
19             THE WITNESS:  I think that
20        there are real limits as to the
21        reliability and knowability of a
22        wide range of crucial details and
23        that there are -- there are ways
24        in which information becomes
```

This Transcript Contains Confidential Material

1      incorporated into what is seen to

2      be a reliable narrative by a range

3      of different organizations and

4      sources of knowledge that we still

5      should question.

6              So I would like to see the

7      footnote before -- and see the

8      footnote of the footnote, as it

9      were.

10             So when I read something

11     like this, you know, I just -- I

12     wonder how much they could have

13     known in terms of what the basis

14     of this is.  Because there's a lot

15     of low-grade intelligence and

16     information that is provided about

17     Southeast Asia from a distance.

18             And so I just -- I feel

19     uncomfortable taking at face value

20     a wide range of assertions along

21     these lines, as you've seen in my

22     report.

23   BY MR. CARTER:

24         Q.    And the next sentence of

This Transcript Contains Confidential Material

1    this paragraph indicates that al-Qaeda

2    helped Jemaah Islamiyah, a nascent

3    organization headed by Indonesian

4    Islamists with cells scattered across

5    Malaysia, Singapore, Indonesia and

6    Philippines.

7              Do you have the same view of

8    that finding as the 9/11 Commission?

9              MR. NASSAR:  Objection.

10        Form.

11             THE WITNESS:  I've read

12        claims that it's the other way

13        around, that Jemaah Islamiyah

14        helped al-Qaeda, that there is

15        evidence of contacts and

16        communications.

17             In terms of help, there

18        is -- I don't know what that

19        means, in terms of help.

20   BY MR. CARTER:

21        Q.   You just mentioned that you

22   have seen information indicating that it

23   was the other way around and that Jemaah

24   Islamiyah helped al-Qaeda.

1          What were you referring to?

2     A.     Well, the different accounts

3   that you get in the literature on this

4   about plans for terrorist attacks in

5   Singapore, for example, suggest that

6   it's -- it's Jemaah Islamiyah that -- the

7   members of this network who are providing

8   assistance on the ground, you know, foot

9   soldiers to undertake recognizance and

10  plan attacks that are -- enlisted -- that

11  are in line with what al-Qaeda is

12  allegedly asking for.

13          I mean, there's -- it's --

14  in terms of who is helping whom and what

15  is really happening, exchanges of small

16  amounts of money, communications and so

17  forth, it's not a -- it's not very clear

18  how much is going on in terms of who is

19  helping whom and who is leading whom to

20  what, especially with acts that didn't

21  happen.

22     Q.     Turning to the next

23  paragraph of this section of the 9/11

24  Commission Report, it refers to

This Transcript Contains Confidential Material

1    al-Qaeda's pattern of expansion through

2    building alliances.

3              Do you see that language?

4        A.    Yes.

5        Q.    Do you agree that during

6    this period, al-Qaeda was pursuing a

7    pattern of expansion through building

8    alliances?

9              MR. NASSAR:  Objection.

10        Scope.

11              THE WITNESS:  Yeah, I don't

12        really know.  You know, this --

13        I'm not sure about this

14        interpretation.  I'm not qualified

15        to really comment on it, I don't

16        think.

17    BY MR. CARTER:

18        Q.    I'd like to show you, as the

19    next exhibit, a document that begins at

20    FED-PEC237854.

21                  -   -   -

22              (Whereupon, Exhibit

23        Sidel-601, FED-PEC0237854-7873,

24        RAND Corporation Testimony, was

This Transcript Contains Confidential Material

1    from your report?

2         A.    Yes.

3         Q.    Who was the founder of Abu

4    Sayyaf?

5         A.    Well, reportedly, it was a

6    man by the name of Abdurajak Janjalani.

7         Q.    When you say "reportedly,"

8    do you have some doubt that Abdurajak

9    Janjalani played a role in the

10   establishment of the Abu Sayyaf Group?

11        A.    I just think that it's been

12   repeated so many times with so little

13   solid evidentiary basis, with so little

14   real nuanced context detail, that I don't

15   want to just be repeating it for the Nth

16   time without acknowledging that I'm doing

17   so on the basis of, you know, information

18   that has limited corroboration.  And it's

19   there in so many different sources of

20   different kinds.

21             But, you know, in terms of

22   really understanding who he was locally,

23   what his experience and connections have

24   been beyond Basilan and beyond the

This Transcript contains Confidential Material

 1   Philippines, you know, his religious
 2   inclination, his political affiliations,
 3   all sorts of things, it's almost a kind
 4   of cliche, like, journalistic to be just
 5   reiterating it without sort of
 6   acknowledging that this is what is said
 7   and said again and said again until we
 8   all accept it to be the truth.
 9           Unlike the context of --
10   take, for example, so-called jihadi
11   activists in France who have been
12   studied.  We know a great deal about
13   their -- you know, their childhood, their
14   schooling, we have all sorts of
15   information about these individuals.
16           There's so much that is
17   rather shadowy and suspicious about this
18   Abu Sayyaf Group.
19       Q.   Do you happen to know
20   whether any early members of Abu Sayyaf
21   Group have, themselves, confirmed that
22   Janjalani was the founder of the
23   organization?
24       A.   This is -- this is all

This Transcript Contains Confidential Material

1    A.    I don't know.  But he's --
2 it's said that he did.  And that -- that
3 doesn't necessarily mean that he did.
4         My understanding, from my
5 readings, is that there are many people
6 whose so-called participation in the
7 Afghan jihad was much more limited than
8 they would subsequently like to let on.
9    Q.    Do you know whether
10 Janjalani had studied abroad in the
11 Middle East?
12    A.    It's mentioned, as part of
13 his background, that he had spent time
14 studying in the Middle East.  But the
15 details are not documented or provided in
16 that -- those standard accounts.
17    Q.    Do you know whether
18 Janjalani had exposure to the ideological
19 underpinnings of the global jihad,
20 whether through travel in Afghanistan or
21 studies in the Middle East?
22    A.    I don't know.  But one would
23 image that if he traveled and studied and
24 spent time in those sorts of contexts,

1    that he would have had, potentially,

2    broad exposure to what you're referring

3    to.

4         Q.    And you mentioned that the

5    name Abu Sayyaf was adopted to signify

6    its capacity for violence, correct?

7         A.    Yes.  But there is what is

8    often also noted, an allusion to the

9    famous Afghan mujahid, later warlord,

10   Abdul Rasul Sayyaf, at least his nom de

11   guerre, who was said to be a sponsor for

12   foreign mujahideen in Afghanistan in the

13   1980s.

14        So that is also often

15   suggested as a possible reason for the

16   naming of the group as a kind of citation

17   to him.

18        Q.    And if we can go back to

19   Page 58 of the 9/11 Commission Report

20   that we reviewed earlier, I believe

21   there's a reference to what you just

22   described.

23        There it says, in the third

24   full paragraph, that, The Abu Sayyaf

1    brigade was named after one of the major

2    Afghan jihadist commanders.

3         A.    Yes, I see that.

4         Q.    And that's Abdul Rasul

5    Sayyaf that you just described?

6         A.    Yes.

7         Q.    And among other things, do

8    you know whether Abdul Rasul Sayyaf was a

9    mentor of Khalid Sheikh Mohamed?

10        A.    That rings a bell.

11        Q.    When, in your view, was the

12   Abu Sayyaf founded?

13        A.    Why was it founded?

14        Q.    When?

15        A.    When?  In the early 1990s.

16        Q.    Are you aware of the names

17   of any individuals, other than Janjalani,

18   who were involved in the establishment of

19   the Abu Sayyaf Group in that time period?

20        A.    Well, there is the figure,

21   Edwin Angeles, who I assume was born to a

22   Catholic family and later revealed to be

23   a government informant or agent.

24             There is Janjalani's brother

This Transcript Contains Confidential Material

1  Khadaffy Janjalani, who took over after
2  Janjalani's death in 1998.  And then
3  there are figures who are said to have
4  been involved early on, who are
5  then involved in local politics.
6        Q.    Do you agree that al-Qaeda
7  provided seed money or other assistance
8  to support the establishment of Abu
9  Sayyaf?
10       A.    I don't agree that there is
11 evidence for that.  That there is serious
12 evidence for that, no.
13       Q.    So the statement in the 9/11
14 Commission Report that bin Laden provided
15 equipment and training assistance to the
16 newly forming Philippine group called Abu
17 Sayyaf is, in your opinion, not supported
18 by evidence that you're aware of?
19       A.    Not that I'm aware of.  For
20 example, one of the documents that was
21 shown to me in connection with this case,
22 it claimed that Mohamed Jamal Khalifa had
23 given sums of money to the Abu Sayyaf
24 Group during this period.  And the sums

This Transcript Contains Confidential Material

1    of money cited were, if you do the math,

2    like, 3,000 U.S. dollars.

3                So, you know, there's -- I

4    think there's -- I just don't know

5    what -- I'd love to see Footnote 38, but

6    it may lead to something that would have

7    to be further footnoted.

8                I just -- this is -- there

9    are ways in which this kind of claim has

10   been repeated and repeated until people

11   become confident that it's true.  And I

12   really -- I really wonder what the basis

13   of this claim is, especially insofar as

14   the individuals involved, you know, their

15   supposed affiliation with al-Qaeda has

16   also been called into question.  And

17   al-Qaeda's involvement -- it seems very

18   anachronistic, yeah.

19               MR. CARTER:  Just following

20        along these lines, I would like to

21        show you a document that was

22        produced FED-PEC202113 to 202132.

23        It's Number 11 in the folder.

24                    -  -  -

This Transcript Contains Confidential Material

```
 1              (Whereupon, Exhibit
 2         Sidel-602, FED-PEC0202113-2132,
 3         Department of the Treasury
 4         Memorandum, was marked for
 5         identification.)
 6                   -  -  -
 7              MR. NASSAR:  Has the
 8         document come up?
 9              THE WITNESS:  Yes.
10    BY MR. CARTER:
11         Q.    This is an evidentiary memo
12    from the Department of Treasury relating
13    to the designation of certain IIRO
14    offices.
15              Have you seen this document
16    previously, Professor?
17         A.    I was shown parts of it like
18    this that were very heavily redacted.
19         Q.    I'd like to turn your
20    attention to the page bearing Bates
21    Number 202118.
22              And in the section about Abu
23    Sayyaf Group, there's a statement from
24    the Treasury Department that it was
```

This Transcript contains Confidential Material

1  formed in the early 1990s and received

2  support and seed money from al-Qaeda.

3          Do you see that?

4      A.    Yes.

5      Q.    Again, do you question the

6  credibility of this statement by the

7  United States government?

8      A.    Yes.

9          MR. CARTER:  And I would

10         like to next direct your attention

11         to FED-PEC173851-173854, which is

12         16 in the folder.

13                  -  -  -

14         (Whereupon, Exhibit

15         Sidel-603, FED-PEC0173851-3854,

16         State Department Diplomatic Cable,

17         was marked for identification.)

18                  -  -  -

19         MR. CARTER:  This is a State

20         Department diplomatic cable.

21  BY MR. CARTER:

22      Q.    Have you seen this document

23  before?

24      A.    No, I don't think so.

This Transcript Contains Confidential Material

1        Q.    Turning to Page 173852,

2   there is a statement that Abu Sayyaf

3   Group was founded with money sent by

4   Mohamed Jamal Khalifa through IIRO.

5              Do you see that?

6        A.    Yes.

7        Q.    Again, you do not credit

8   this statement in the State Department

9   cable, correct?

10       A.    Can you go back?  When was

11  this cable produced?

12       Q.    It was produced in 2004.

13       A.    So you're asking me about

14  which paragraph here?

15       Q.    The particular statement

16  that the Abu Sayyaf cell in Manila was

17  founded with money sent to bin Laden --

18  sent by bin Laden to Mohamed Jamal

19  Khalifa through IIRO.

20       A.    Yeah, I mean, it's 2004.

21  This is an embassy cable, right?  An

22  unclassified embassy cable, and it's

23  reiterating something that has come to be

24  taken as conventional wisdom.

This Transcript Contains Confidential Material

1              You know, I worked in the

2    U.S. embassy political section and wrote

3    cables in the mid 1980s and worked with

4    the intelligence in the State Department

5    and read these things.

6              And people write these

7    cables and they're not drawing on, you

8    know -- they're not -- they don't have

9    fact-checkers like, you know, the New

10   Yorker Magazine has fact-checkers.  They

11   are relying on what has become

12   conventional wisdom in 2004 to reiterate

13   something that, as I've said already

14   repeatedly, has become conventional

15   wisdom.

16             It doesn't have evidentiary

17   basis, to my mind.  There's a fundamental

18   problem here with something that's been

19   repeated and repeated until people assume

20   that it must be true because reputable

21   people have reiterated it.

22             And I --

23        Q.    Do you --

24        A.    It doesn't bear -- it

This Transcript Contains Confidential Material

1    doesn't prove that it's true, to show me

2    more examples of when the same thing is

3    cited.

4              So many people will say the

5    same thing again and again, and, you

6    know, have the best intentions.

7         Q.    Do you know who Jamal

8    al-Fadl is?

9         A.    Excuse me?

10        Q.    Do you know who Jamal

11   al-Fadl is?

12        A.    No.

13        Q.    Jamal al-Fadl was al-Qaeda's

14   financial chief during the early 1990s in

15   Sudan.

16              You are not familiar with

17   that fact?

18              MR. NASSAR:  Objection to

19         the characterization of Jamal

20         al-Fadl's title.  Do you have a --

21         are you asserting that, Sean?  Are

22         you testifying to that?

23   BY MR. CARTER:

24        Q.    My understanding is that

This Transcript Contains Confidential Material

1    preparation of your report and opinions

2    in this case, did you review any of that

3    testimony?

4          A.    No.

5          Q.    In Footnote 47 of your

6    report, you include a reference to a 2003

7    book by Maria Ressa called Seeds of

8    Terror.

9                Do you recall including that

10   reference?

11         A.    Yes, I do.

12         Q.    And do you know Maria Ressa?

13         A.    I've met her on one

14   occasion.  And I'm sad to say I recently

15   watched a documentary video about the

16   very sad and terrible things that have

17   happened to her over the past few years.

18                So I'm well aware of her

19   work in recent years.  And I've read her

20   earlier work, in part.

21         Q.    And what is your opinion of

22   her, as a professional matter?

23         A.    I found her early work to be

24   rather sensationalistic and overly

This Transcript Contains Confidential Material

 1   credulous with regard to Philippine

 2   government sources.

 3             But I have huge respect for

 4   what she has tried to do as a -- what

 5   would you say, a media entrepreneur in

 6   the Philippines due to the creation of

 7   the Rappler website and its courageous

 8   efforts to provide independent reportage

 9   under very difficult conditions in the

10   Philippines.

11             I'm not a big believer in

12   her earlier reportage and her account.  I

13   don't see her as having the genuine local

14   expertise and/or, really, at that time,

15   the critical kind of questioning approach

16   that some other similar seasoned

17   investigative reporters in the

18   Philippines had that she did not have as

19   a matter of course.  She did not have the

20   experience that her more senior

21   colleagues did at the time.

22        Q.    In Footnote 47 of your

23   report, you describe the narrative in

24   Pages 18 through 44 of her book Seeds of

This Transcript Contains Confidential Material

1  Terror as the most detailed published

2  account of the Bojinka plot.

3              Is that your opinion?

4      A.    Yes.  It's the lengthiest

5  available written account of that episode

6  that I have come across.

7      Q.    And do you view it as

8  credible?

9      A.    In what it's reporting, I

10  think it is a credible account of what

11  she knows and what is generally known

12  about that from the outside.

13      Q.    I'd like to turn your

14  attention to portions of that section of

15  Maria Ressa's book beginning on Page 27.

16              MR. CARTER:  It's Number 28

17          in the folder.

18                  -   -   -

19              (Whereupon, Exhibit

20          Sidel-604, No Bates, Seeds of

21          Terror, Maria Ressa, was marked

22          for identification.)

23                  -   -   -

24              MR. NASSAR:  Professor

1          Do you view Maria Ressa's

2    account of those facts to be credible?

3         A.    They raise questions.  I

4    don't recall reading this bit, and I'd

5    love to see the footnotes.  If you gave

6    me time, I could look at the footnotes.

7              But I think it seems kind of

8    strange to me.

9         Q.    Well --

10        A.    This is what I was referring

11   to earlier, in terms of my concern that

12   her -- this phase of her career and this

13   piece of work is overly sensationalist

14   and credulous with regard to available

15   sources.

16        Q.    Well, I'm asking you about

17   this section in particular because it's

18   squarely within Pages 18 through 44 that

19   you cited in your report as one of the

20   authorities upon which you were relying.

21              So --

22        A.    On the Bojinka -- on the

23   Bojinka plot.

24        Q.    Yes.

1  Sayyaf did, in fact, create an urban

2  guerrilla squad?

3         A.    No, I'm not sure that they

4  did.  I don't recall guerrilla squads in

5  Zamboanga City along those lines, armed

6  guerrilla groups in Zamboanga City, no.

7         Q.    Was there a bombing on

8  August 28th of that year involving a

9  grenade being thrown at Fort Pilar?

10        A.    There may have -- well have

11 been.  I assume that all of these things

12 are being cited by Maria Ressa after they

13 happened.

14        Q.    And then down in the next

15 paragraph, it said, Later, other al-Qaeda

16 operatives would help in the training of

17 Abu Sayyaf.

18              And it refers to training in

19 1995 at camps run by Abu Sayyaf.

20              Again, do you have any

21 information that would indicate to you

22 that no such training happened?

23        A.    I have no specific

24 information that contradicts this.

This Transcript Contains Confidential Material

1          What I do know, by contrast,

2    is that the primary source of so much

3    information in the public domain

4    included -- including that disseminated

5    by journalists, comes from a senior

6    Philippine national police official,

7    Rodolfo Mendoza, often cited as

8    authoritative in these matters, who had

9    also been implicated in, shall we say,

10   sponsoring and protecting and benefiting

11   from the kidnapping activity of a group,

12   former New People's Army

13   Marxists/Leninists/Maoists activists in

14   metro Manila.

15          And it strikes me as, you

16   know, worth noting that over the years,

17   virtually all observers, commentators on

18   the Abu Sayyaf, including former

19   hostages, have noted considerable

20   evidence of collusion and protection by

21   Philippine government officials, not only

22   local mayors and police chiefs and so

23   forth, but also evidence of involvement

24   and of pecuniary gain on the part of

1    Philippine military and intelligence

2    officials.

3                So what, overall, my -- you

4    know, my suspicion stems from the picture

5    that we're presenting here and elsewhere

6    is something that emphasizes and

7    exaggerates the extent of external

8    support and linkage by, you know, in this

9    context, seemingly exotic and extraneous

10   external agents from the Middle East, at

11   the expense of an understanding that the

12   Abu Sayyaf Group was an operation run by

13   elements within the Philippine government

14   as part of a racket, as part of the

15   institutional corruption of the

16   Philippine national police and of local

17   officials in a part of the country which

18   is, you know, notorious for kidnapping,

19   gangsterism, criminal activity and

20   general insecurity of property and

21   economic activity.

22                And so I just have a general

23   sense of wariness about taking it at face

24   value, as Maria Ressa seems to be doing

This Transcript Contains Confidential Material

1    here, this kind of -- this information,
2    which seems likely to have been spoon-fed
3    to her by the likes of Rodolfo Mendoza
4    and others working for him.
5                   That is -- that is my
6    general level of suspicion about this.
7    And if you read the literature on the Abu
8    Sayyaf Group by longtime observers, as
9    well as by people who were held hostage
10   by the Abu Sayyaf Group, and even the
11   kinds of commentators who your experts
12   cite, most notably Zachary Abuza, that
13   they acknowledge this element and these
14   sorts of questions explicitly time and
15   again.
16                  So I, you know -- if I had
17   time to look at the footnotes here and to
18   read the sources cited in the footnotes
19   and to do further investigations, you
20   know, I'm -- maybe new questions would
21   open up for me.
22                  But I just can't help but
23   express my doubts on the basis of what I
24   know through experience, personal

This Transcript Contains Confidential Material

1   knew a great deal about.  They were not

2   Southeast Asians.  It was not connected

3   to the local organizations and groups and

4   individuals otherwise under, you know,

5   consideration here.

6             So I'm afraid that my

7   knowledge and, you know -- no

8   investigation of this guy's background.

9   I did not do my homework on who this guy

10  was.

11            MR. CARTER:  If we could

12       mark as the next exhibit the

13       excerpts from the Michael Scheuer

14       book that are at Folder 29.

15                 -  -  -

16            (Whereupon, Exhibit

17       Sidel-606, No Bates, Michael

18       Scheuer, Osama bin Laden Excerpts,

19       was marked for identification.)

20                 -  -  -

21  BY MR. CARTER:

22       Q.   Professor Sidel, do you know

23  who Michael Scheuer is?

24       A.   Wasn't Michael Scheuer a CIA

This Transcript Contains Confidential Material

1          participatory role in the Bojinka

2          plot.

3                MR. NASSAR:  Nothing you

4          just cited, including what is up

5          on the screen right now, states

6          what you're asking.

7                So my question is, are you

8          asking based on what's on the

9          screen?  Or are you asking, taking

10         that down, do you believe that

11         al-Qaeda had a role in the Bojinka

12         plot?  Because this statement

13         right here does not state that.

14               MR. CARTER:  Okay.  Waleed,

15         I think if you want to state an

16         objection, you can.

17               But the plans for bombing

18         U.S. airliners flying Pacific

19         routes is a reference to Bojinka,

20         and there was a statement I showed

21         him in the 9/11 Commission Report

22         making specific reference to Wali

23         Khan Amin Shah's participation in

24         the plot.

This Transcript Contains Confidential Material

1    So I'm asking, based on the

2    stuff -- the information I've

3    shown him today, does he have a

4    view as to whether or not al-Qaeda

5    had a hand in the Bojinka plot or

6    not.

7    If the answer is no, that's

8    fine.

9    THE WITNESS:  I really don't

10   know.  I mean, there's -- my

11   understanding was that Khalid

12   Sheikh Mohamed was not a member of

13   al-Qaeda, or Ramzi Yousef for that

14   matter.  I'm not a specialist on

15   al-Qaeda and on the history,

16   clearly.  I only dimly remember

17   Wali Khan Amin Shah and had

18   mistaken him for a Malaysian --

19   someone with a similar name based

20   in Malaysia working for Jemaah

21   Islamiyah.

22   So I don't know what to say,

23   really.

24   It seems strange to me,

 1              I think the additional

 2    question was whether or not the decision

 3    to locate there was in no way influenced

 4    by the potential resources that might be

 5    available as they developed the plots?

 6         A.    How so?

 7         Q.    Well, let me clarify.

 8              You answered my question by

 9    saying that it's your understanding that

10    the activities they undertook there was

11    independent of any relation to other

12    groups.

13              I'm asking a slightly

14    different question.

15              Do you know whether or not

16    their decision to go there in the first

17    place, before they began undertaking

18    their operations, was in any way

19    influenced by the presence of Abu Sayyaf

20    Group, Mohamed Jamal Khalifa or other

21    potential resources they might want to

22    rely upon in the Philippines?

23         A.    I'm -- I struggle to

24    understand how I would have access to

This Transcript Contains Confidential Material

1  their thinking on that front, given how

2  little evidence there seems to be of

3  reliance or interaction between the small

4  group of conspirators in Manila and

5  anyone else.

6           And, here, my view is that

7  metro Manila, and certain areas of

8  Manila, such as Makati, where they were

9  living, these are parts of the national

10  capital region where you have large

11  numbers of ex-patriots living, you know,

12  you have Nigerians involved in the drug

13  trade.  Today you have a few thousand

14  online gaming operators, maybe 500,000 of

15  them, living in the capital of the

16  Philippines because it's -- they don't

17  have to pay taxes or suffer the

18  regulatory whims of the government.

19           So it seems like this -- the

20  ex-pat life for people who are engaged in

21  a variety of activities, under the radar,

22  in Manila, and that would appear to be a

23  sufficient explanation and attraction to

24  this in a way that is unconnected to some

This Transcript Contains Confidential Material

1        Q.    And the plots to assassinate

2   President Clinton and the Pope were to be

3   carried out locally in the Philippines,

4   correct?

5        A.    I believe so, yes.

6        Q.    And at least according to

7   Maria Ressa's account, Abu Sayyaf members

8   were slated to participate in the

9   assassination of the Pope, correct?

10       A.    That, I don't recall.  I

11   don't recall the details of the -- I

12   don't recall any revolutions of the

13   details of that plot.

14             My recollection is that

15   these plots -- these plots were

16   uncovered, in some form, on the computers

17   and in the interrogations of these

18   individuals.  And the details of them, I

19   don't recall seeing those details in the

20   available sources.

21       Q.    Abu Sayyaf did have an

22   operational presence in the Philippines

23   at the time the plots were being

24   developed, correct?

This Transcript Contains Confidential Material

1    counter -- you know, work for the Secret

2    Service, perhaps.

3                So it doesn't sound like

4    expertise that I -- I can claim.

5        Q.    Did you consider, in

6    developing your opinions, the possibility

7    that Ramzi Yousef chose the Philippines

8    because he had a relationship with

9    Abdurajak Janjalani and could draw on Abu

10   Sayyaf Group resources to support the

11   attacks he was planning to develop?

12       A.    I'm sorry, but that seems

13   highly implausible.

14               The Abu Sayyaf Group,

15   so-called, it is limited in its

16   experience, its access, its -- what's the

17   word -- it's protection -- it's capacity

18   for operation to a remote part of the

19   Philippines.

20               If members of this Abu

21   Sayyaf Group were to arrive in Manila,

22   they wouldn't speak the right language,

23   they wouldn't know how to get around,

24   they wouldn't -- they would stand out

This Transcript Contains Confidential Material

1    like a sore thumb and would be the least

2    qualified, least capable people you could

3    imagine in trying to undertake something

4    in the urban context of metro Manila.

5              I have a hard time thinking

6    that they would be useful co-conspirators

7    in that context.  They would be

8    potentially helpful for undertaking a

9    hijacking of a fishing boat or, you know,

10   bombing a church, the things they had

11   experience doing.

12             But this kind of highly

13   sophisticated international ambitious

14   plot, it just seems like a non sequitur.

15        Q.    And do you agree that

16   Mohamed Jamal Khalifa was in the

17   Philippines during this time period as

18   well?

19             MR. NASSAR:  Objection.

20        What time period?

21             MR. CARTER:  1993 to 1995.

22             THE WITNESS:  I've been

23        shown a letter that showed that he

24        had resigned from his position as

This Transcript Contains Confidential Material

1   account that seems to have very broad

2   credibility, in terms of the timing.

3        Q.    You're saying it doesn't fit

4   within the big picture of your

5   understanding of al-Qaeda's development

6   and goals, correct?

7        A.    Yeah.

8        Q.    I believe you told me very

9   early in the deposition, though, that you

10  didn't view yourself to be an expert on

11  al-Qaeda; isn't that correct?

12       A.    Yeah.  But I also qualified

13  that in two ways.  One, certainly, in

14  terms of the question of al-Qaeda in

15  Southeast Asia, I've been in a position

16  before and during this case to look at

17  evidence of al-Qaeda's presence and

18  activities and allegations thereof in

19  Southeast Asia.

20            And, secondly, in terms of a

21  familiarity with kind of authoritative

22  accounts of al-Qaeda and its development

23  over the course of the 1990s and beyond,

24  I'm familiar with that through my

This Transcript Contains Confidential Material

1    readings, my teachings, my supervision of

2    students and, frankly, the work of my

3    colleagues, one of whom is the author of

4    what I regard to be an authoritative

5    account of the rise of al-Qaeda.

6              So --

7         Q.    And who is that colleague?

8         A.    Fawaz Gerges, The Far Enemy.

9              And I think -- you know, I

10   think I'm a fairly broadly educated

11   person when it comes to the available

12   literature, academic and otherwise, on

13   al-Qaeda.

14        Q.    But you would agree that

15   when I first asked you about Wali Khan

16   Amin Shah, you were unsure of who he was?

17        A.    Sure.  I don't think the

18   issue is whether my expertise is akin to

19   that of a terrorism expert who knows and

20   remembers who is who and did what when.

21              That's the kind of expertise

22   that Bruce Hoffman doesn't have either,

23   but he's a terrorism expert.  That's the

24   kind of expert that someone who, you

This Transcript Contains Confidential Material

1          And, you know, I don't know

2   in what way they learned from this,

3   directly, in ways that then moved on, you

4   know, and specifically inspired the modus

5   operandi of 9/11, which seems quite

6   distinct in a variety of terrible, tragic

7   ways.

8          Q.    And turning to the six-year

9   time gap you refer to between the

10  disruption of the Bojinka plot and 9/11,

11  when did Khalid Sheikh Mohamed first

12  propose the planes operation that would

13  become 9/11 to Osama bin Laden?

14         A.    If memory serves, it was

15  1998 or '99.

16         Q.    Let's turn to the 9/11

17  Commission, at Pages 148 to 149.

18         According to this, it says

19  that, Just as KSM, Khalid Sheikh Mohamed,

20  was reestablishing himself in Afghanistan

21  in mid 1996, bin Laden and his colleagues

22  were also completing their migration from

23  Sudan and that, through Mohamed Atef,

24  Khalid Sheikh Mohamed arranged a meeting

This Transcript Contains Confidential Material

1    with bin Laden.

2              Do you see that?

3         A.   Yes.

4         Q.   And the 9/11 Commission

5    says, At that meeting KSM presented the

6    al-Qaeda leader with a menu of ideas for

7    terrorist operations?

8         A.   In '96?

9         Q.   Yes.

10             And now turning to the first

11   full paragraph of the next page, it says

12   that, KSM briefed bin Laden and Atef on

13   the first World Trade Center bombing, the

14   Manila air plot, the cargo carriers plane

15   and other activities pursued by KSM and

16   his colleagues in the Philippines.  KSM

17   also presented a proposal for an

18   operation that would involve training

19   pilots who would crash planes into

20   buildings in the United States.  This

21   proposal eventually would become the 9/11

22   operation.

23             Do you see that?

24        A.   Yes.

This Transcript Contains Confidential Material

1      Q.    So according to this account

2   from the 9/11 Commission, Khalid Sheikh

3   Mohamed presented the plan for the 9/11

4   operation to bin Laden in 1996, correct?

5      A.    Yes, which then raises

6   questions about the idea that it had

7   somehow been an al-Qaeda, you know,

8   conspiracy a few years earlier.

9           MR. NASSAR:  And I'm going

10          to object to that, Sean.  Rule of

11          completion.  I think you need to

12          show him the later sections on the

13          '98, '99 meetings.

14          MR. CARTER:  Okay.  Well, we

15          can get to those in due course.

16   BY MR. CARTER:

17      Q.    I'm focused, Professor, on

18   your particular statement that there's an

19   unexplained six-year gap between the two

20   operations.

21           And as we see here, the gap

22   between the disruption of the Manila

23   Bojinka plot and the presentation of 9/11

24   to bin Laden was a much shorter period.

1    crucial figure in communications between

2    Jemaah Islamiyah, as a network, and the

3    organization and individuals associated

4    with al-Qaeda.

5         Q.    And turning to the 9/11

6    Commission Report again, on Page 150.

7                At the bottom, there's a

8    section under the heading, Hambali?

9         A.    Right.

10        Q.    And it describes, al-Qaeda's

11   success in fostering terrorism in

12   Southeast Asia stems largely from its

13   close relationship with Jemaah Islamiyah.

14               Do you disagree with that

15   characterization?

16        A.    Well, it's quite a curious

17   statement if you look at it, you know, in

18   sort of causal analysis.  Its success in

19   fostering terrorism in Southeast Asia

20   stems largely from its close relationship

21   with Jemaah Islamiyah.

22               So if you take my view -- if

23   we unpack the sentence, you could say,

24   well, Jemaah Islamiyah is a network on

This Transcript Contains Confidential Material

1    its own that emerges and evolves and

2    becomes activated, by the turn of the

3    21st century, on its own steam.

4              So to ascribe that so-called

5    success to al-Qaeda seems quite odd to me

6    and implausible.

7         Q.    Okay.

8         A.    So if I -- what is the

9    actual -- if you were to turn this into

10   one of those diagrams, where would the

11   arrows go of who is causing what to whom?

12        Q.    Well, let's eliminate the

13   arrows and focus on whether or not there

14   was a collaborative relationship in place

15   between al-Qaeda and Jemaah Islamiyah

16   before 9/11.

17             Do you agree that there was?

18        A.    I agree that there is

19   evidence of contacts between

20   individuals -- two individuals whose

21   names stand out are Hambali and Omar

22   al-Faruq, both of whom seem to have

23   disappeared into Guantanamo Bay, neither

24   with sufficient evidence to convict them,

1  or people with the willingness, on the

2  part of the U.S. government, to release

3  them after, what, 20 years, nearly, of

4  imprisonment.

5          So it's on the basis of

6  unknown information about these two

7  individuals, and a great deal of

8  information suggesting that they did not

9  represent, at least on the Jemaah

10 Islamiyah side, the -- you know, some

11 kind of coherent, shared organizational

12 decision, commitment, alliance, anything

13 like that.

14          And as for Omar al-Faruq,

15 the limited information we have about him

16 suggests that he couldn't speak

17 Indonesia, and was -- and seems like a

18 somewhat ineffective operative rather

19 than the mastermind that Time Magazine

20 describes him as while contradicting

21 itself.

22          So I really am not -- I'm

23 not sure what we know, beyond that there

24 were contacts and communications and --

This Transcript Contains Confidential Material

1 Singapore and so forth.

2          Q.    Well, let's turn to some

3 specifics and start with Page 151 of the

4 9/11 Commission Report.

5          And the first sentence on

6 the first full paragraph there of the

7 9/11 Commission indicates that, By 1998,

8 Sungkar and JI spiritual leader Abu Bakar

9 Bashir had accepted bin Laden's offer to

10 ally JI with al-Qaeda in waging war

11 against Christians and Jews.

12          Do you see that statement

13 from the 9/11 Commission?

14          A.    I do.

15          Q.    And who is Sungkar that

16 they're referring to?

17          A.    Abdullah Sungkar was the

18 cofounder, with Abu Bakar Bashir, of this

19 network.  They had been together as

20 Islamist activists and founders of an

21 Islamic school in Java.  They had gone

22 into exile together to flee prosecution

23 and imprisonment.

24          And they had, together, been

This Transcript Contains Confidential Material

1  the -- the kind of leaders of this

2  network from their position of exile in

3  Malaysia over the years from the mid

4  1980s until 1999 when they returned to

5  Indonesia and Sungkar died of heart

6  failure, over the course of 1999, leaving

7  Abu Bakar Bashir as the -- at least the

8  spiritual leader of this network, if not

9  more.

10      Q.    And the 9/11 Commission

11  says, By 1998 those two leaders of Jemaah

12  Islamiyah had accepted bin Laden's offer

13  to ally Jemaah Islamiyah with al-Qaeda in

14  waging war against Christians and Jews.

15          Do you agree with that

16  statement?

17      A.    I don't know what it could

18  possibly mean in the Indonesian context.

19  What does that mean to accept his offer

20  in waging war against Christians and

21  Jews?

22          There's nothing that Jemaah

23  Islamiyah is doing in 1998.  In 1999,

24  2000, into 2001, Jemaah Islamiyah is, for

This Transcript contains Confidential Material

 1    its own reasons, engaged in open -- or --

 2    let me rephrase that.

 3                 Abu Bakar Bashir is engaged

 4    in open, above-ground propagandizing and

 5    agitation against Christian atrocities

 6    against Muslims in areas of

 7    interreligious violence.  He's part of an

 8    above-ground group that includes

 9    establishment figures, retired military

10    intelligence officials and others, called

11    the Majelis Mujahideen Indonesia.  And he

12    is involved in supporting an armed

13    paramilitary group that goes to assist

14    Muslim communities in defending

15    themselves against Christian armed groups

16    and in attacking Christian communities

17    and villages in these areas of religious

18    violence.

19                 And the Jemaah Islamiyah

20    network, to get back to the terrorism

21    side of the story, is involved in a

22    series of bombings targeting Christian

23    churches in an event that's clearly timed

24    to mark retribution for large-scale

1    Christian atrocities against Muslims in

2    these areas of interreligious violence

3    the preceding year.

4             So there's a local -- you

5    know, he's consumed with local

6    developments that involve Muslims and

7    Christians.  It doesn't -- Jews are not

8    in the picture here.  And the Christians

9    who are in the frame are Indonesian

10   Christians who are killing Muslims.

11        Q.    Do you know whether or not

12   there was an offer from bin Laden to

13   create an alliance with Jemaah Islamiyah

14   in this time period?

15        A.    I have not seen any written

16   communications reproduced between Osama

17   bin Laden and Abu Bakar Bashir or Sungkar

18   when he was alive.

19             All of the reports that I've

20   read and that I can recollect now involve

21   figures like Hambali, Omar al-Faruq as

22   the true visionaries, in terms of

23   meetings and communications and

24   discussions of possible plots and things

This Transcript Contains Confidential Material

1    like that.

2              But in terms of the formal

3    alliances and so forth, there's not much

4    evidence of it.

5         Q.    Well, in the next sentence,

6    the 9/11 Commission indicates that,

7    Hambali met with Khalid Sheikh Mohamed to

8    arrange for JI members to receive

9    training in Afghanistan at al-Qaeda's

10   camps.

11             Do you know whether or not

12   that, in fact, happened?

13        A.    I believe that it did.

14        Q.    And it then says that, In

15   addition to the relationship with KSM,

16   Hambali soon began dealing with Atef,

17   referring to al-Qaeda military chief

18   Mohamed Atef, as well.

19             Do you know whether that

20   happened?

21        A.    I don't recall.

22        Q.    The next sentence indicates

23   that, al-Qaeda began funding Jemaah

24   Islamiyah's increasingly ambitious

This Transcript Contains Confidential Material

1    terrorist plans, which Atef and KSM

2    sought to expand.

3            Do you know whether or not

4    that happened during this time period?

5        A.    That doesn't sound -- I

6    certainly don't know whether that

7    happened, because it doesn't seem to --

8    there doesn't seem to be evidence for it.

9        Q.    So you disagree with the

10   9/11 Commission's finding on that point,

11   correct?

12       A.    Yeah, I -- I don't know

13   whether funds were disbursed that, you

14   know, went to do what?  If there were

15   funds transferred, that's possible.

16       Q.    Well, the next sentence

17   describes some of the activities that

18   were being pursued pursuant to the

19   arrangement.

20            And it says, Jemaah

21   Islamiyah would perform the necessary

22   casing activities and locate bomb-making

23   materials and other supplies.  Al-Qaeda

24   would underwrite operations, provide

This Transcript Contains Confidential Material

 1   bomb-making expertise and deliver suicide
 2   operatives.
 3           Do you agree what they're
 4   describing right there, if true, involves
 5   collaboration in terrorist activities?
 6           MR. NASSAR:  I'm going to
 7           object.  I think it's -- well, I'm
 8           going to direct Professor Sidel to
 9           look at the actual exhibit in the
10           folder.
11           I don't think asking this
12           series of questions without him
13           being able to reference the
14           specific footnotes is fair.
15           MR. CARTER:  Waleed, he's
16           come and given testimony about
17           whether or not there was an
18           al-Qaeda relationship with Jemaah
19           Islamiyah in the period prior to
20           9/11.  I think it's completely
21           fair to ask him about the 9/11
22           Commission Report findings on that
23           specific point.
24           MR. NASSAR:  Right.  But his

This Transcript Contains Confidential Material

1    answers have repeatedly been that

2    he has not seen evidence of these

3    things.  It's -- pretty much every

4    answer has been a reference to the

5    evidence.  And --

6         MR. CARTER:  Don't testify

7    for him, Waleed.

8         MR. NASSAR:  I'm not

9    testifying for him.  You can look

10   back at the record and see it for

11   yourself.

12        But he needs to be able to

13   look at the footnotes.  That's

14   what his --

15        THE WITNESS:  I would

16   appreciate seeing the footnotes.

17        MR. CARTER:  Well, I'm

18   asking him whether he agrees or

19   disagrees based on his independent

20   expertise with these findings of

21   the 9/11 Commission.  That's a

22   fair question.

23  BY MR. CARTER:

24        Q.   Do you agree or disagree

This Transcript contains Confidential Material

1    with these findings?

2              MR. NASSAR:  Professor

3         Sidel, if you feel like you need

4         to refer to the document and look

5         at the footnotes, feel free to do

6         so.

7              THE WITNESS:  Yeah, I'd like

8         to see the footnote, please.  I'll

9         look it up in my computer.

10             MR. NASSAR:  Which document

11        was this?

12             THE WITNESS:  Is this the

13        9/11 Commission Report?

14             MR. HONE:  607.

15             THE WITNESS:  What page in

16        the report, please?

17             MR. NASSAR:  Can we unzoom?

18             151, but the endnotes would

19        come later.

20             MR. HAEFELE:  Note my

21        objection to the speaking

22        objection.

23             MR. NASSAR:  For the court

24        reporter, that was Robert Haefele.

This Transcript Contains Confidential Material

```
 1              THE WITNESS:  What chapter
 2        is this from?
 3              MR. CARTER:  It's Chapter 5
 4        of the 9/11 Commission Report.
 5              THE WITNESS:  Okay.  I'm
 6        looking at the footnotes now.
 7   BY MR. CARTER:
 8        Q.    Discussing specifically
 9   al-Qaeda's ties to Jemaah Islamiyah.
10        A.    Right.  Here we go.
11              So if you look at the
12   footnotes, you'll see that the footnote
13   for the first sentence, Footnote 21, is
14   to Rohan Gunaratna, who is a widely
15   discredited, sometimes, you know, derided
16   pseudoexpert on al-Qaeda with, you know,
17   very limited credibility or base for
18   information.
19              As for Footnote 22, it's an
20   interrogation of Hambali to which I
21   wouldn't have access.
22              So I -- this is the kind of
23   thing that, you know, is -- it presents a
24   picture that seems very clear and
```

This Transcript Contains Confidential Material

1   coherent.  And if you read expert

2   reports, including those of the

3   well-respected, widely respected expert

4   Sidney Jones, she presents a picture of

5   Hambali and these other individuals as,

6   you know, operating in a much more

7   fragmented and individual --

8   individualistic, idiosyncratic fashion,

9   as opposed to some kind of organizational

10  alliance.

11            And in terms of examples

12  of and claims of linkage, all of the

13  activities, up until and beyond September

14  11th, 2001, are very local in their logic

15  and in the people who are carrying them

16  out.

17            So I find it hard to kind of

18  accept this picture.  It seems such --

19  like such a neat, coherent picture that I

20  struggle to accept it at face value.

21      Q.    Professor, I just asked,

22  while I was on mute, I'm correct that you

23  do not credit these findings of the 9/11

24  Commission?

This Transcript Contains Confidential Material

```
 1              MR. NASSAR:  Objection.
 2       Asked and answered.
 3              THE WITNESS:  Not on their
 4       own.
 5  BY MR. CARTER:
 6       Q.    Moving down a bit, still on
 7  151, the next paragraph, there's an
 8  indication that, Atef turned to Hambali
 9  when al-Qaeda needed a scientist to take
10  over its biological weapons program.
11  Hambali obliged by introducing a
12  U.S.-educated Jemaah Islamiyah member,
13  Yazid Sufaat, to Ayman al Zawahiri in
14  Kandahar.
15              Do you know whether that
16  happened?
17       A.    No.
18       Q.    And the next sentence says
19  that, In 2001, Sufaat would spend several
20  months attempting to cultivate anthrax
21  for al-Qaeda in a laboratory he helped
22  set up near the Kandahar airport.
23              Do you know whether that
24  happened?
```

This Transcript Contains Confidential Material

1          A.    No.

2               If you look at the

3     footnotes, you'll see that that's all

4     part of this Hambali interrogation as a

5     source that I otherwise would have no

6     access to it.

7          Q.    And, in general, in

8     presenting your opinions regarding any

9     possible relationship between al-Qaeda

10    and Jemaah Islamiyah, you did not

11    consider the content of the 9/11

12    Commission Report, correct?

13              MR. NASSAR:  Objection.

14         Mischaracterizes earlier

15         testimony.

16              THE WITNESS:  You can see

17         what documents I consulted in the

18         preparation of my report.  And

19         those documents themselves cite a

20         variety of sources, some of which

21         include the 9/11 report.

22              But this is a derivative

23         document, right, on these sorts of

24         matters.  The authors of the 9/11

This Transcript Contains Confidential Material

1     report do not claim to be experts

2     on Southeast Asia.  So they have

3     been incorporated into the

4     writings of people who understand

5     the specificity and are in a

6     position to evaluate the

7     plausibility of these sorts of

8     claims.

9          You can't expect the 9/11

10    report to be an authoritative

11    document on every far-flung part

12    of the world, in terms of the

13    individuals and context involved.

14  BY MR. CARTER:

15    Q.   You would agree, though,

16  that the 9/11 Commission did concern

17  itself significantly with the activities

18  and contacts of principals like Khalid

19  Sheikh Mohamed, correct?

20        MR. NASSAR:  Objection.

21    Scope.

22        THE WITNESS:  You showed me,

23    at least, pages where he -- there

24    was a discussion of him as a key

1          figure, and even that famous

2          photograph of him.

3    BY MR. CARTER:

4          Q.    And further down on Page

5    151, there's a statement that Hambali and

6    JI assisted al-Qaeda operatives passing

7    through Kuala Lumpur.

8               That's the last full

9    paragraph on the page, the first

10   sentence.  And the report cites an

11   important occasion, December 1999 to

12   January of 2000, when Hambali

13   accommodated KSM's requests to help

14   several veterans whom KSM had just

15   finished training in Karachi.

16               Do you see that?

17         A.    Yes.  I can see all that.

18         Q.    Do you know whether Jemaah

19   Islamiyah hosted al-Qaeda operatives

20   during this time period?

21         A.    I -- my understanding of

22   this, if you look, I think there's a

23   deposition by someone named Abu Bakar

24   Bafana, which -- in the Zacarias

This Transcript Contains Confidential Material

1  Moussaoui court case, where these sorts

2  of things come up, and I think in this

3  context there's evidence of Hambali's

4  involvement and contacts, and he's cited

5  in this testimony as having met these

6  individuals.

7            I remember the name Mihdhar.

8  So as an individual, this is -- it sounds

9  like he, as an individual, and maybe

10  other people, were involved in these

11  sorts of contacts and facilitations.

12  That's what the testimony suggests.

13            Q.    It goes on to say that the

14  group that was hosted included Tawfiq bin

15  Attash, also known as Khallad, who would

16  later help bomb the USS Cole, and future

17  9/11 hijackers, Nawaf al-Hazmi and Khalid

18  al-Mihdhar.  Hambali arranged lodging for

19  them and helped them purchase airline

20  tickets for their onward travel.

21            Do you know whether or not

22  Hambali arranged to host Khallad and

23  future 9/11 hijackers Nawaf al Hazmi and

24  Khalid al Mihdhar?

This transcript contains confidential material

```
 1        A.    That level of detail, I --
 2  if I've come across it, it's certainly no
 3  longer lodged in my memory.
 4        Q.    Turning to Page 159, there
 5  is a statement that, All four
 6  operatives -- referring to the al-Qaeda
 7  operatives -- stayed at the apartment of
 8  Yazid Sufaat, a Malaysia JI member who
 9  made his home available at Hambali's
10  request.
11              Do you know whether or not
12  that, in fact, happened?
13        A.    I don't have any
14  recollection of reading documents about
15  that.
16        Q.    And on Page 531, Endnote
17  161, there's a discussion here about a
18  potential second wave of attacks in which
19  Zacarias Moussaoui was slated to
20  participate, and it indicates that one of
21  the other candidates to participate was a
22  Jemaah Islamiyah member named Zaini
23  Zakaria aka Mussa.
24              Have you seen that
```

This Transcript Contains Confidential Material

1    information previously?

2         A.    No.

3         Q.    Am I correct that you would

4    regard the kinds of activities that we've

5    just reviewed from the 9/11 Commission

6    Report involving training of Jemaah

7    Islamiyah members at al-Qaeda camps, the

8    hosting of Jemaah Islamiyah of al-Qaeda

9    operatives transiting through Malaysia

10   and collaboration with regard to bombing

11   operations as insufficient to establish

12   an operational linkage between Jemaah

13   Islamiyah and al-Qaeda during this

14   period?

15        A.    An operational linkage?

16   Insufficient -- certainly insufficient as

17   evidence to support any claim of some

18   kind of organizational alliance,

19   coordination, much less direction of

20   activity and operations.

21        Q.    And you don't regard the

22   involvement of Jemaah Islamiyah in

23   hosting al-Qaeda operatives or directly

24   involved in the September 11th attacks as

This Transcript Contains Confidential Material

1    a significant operational connection?

2              MR. NASSAR:  Objection.

3         Form.

4              THE WITNESS:  I don't know

5         if it's a significant operational

6         connection.  There's clearly --

7         there's clearly evidence of

8         contacts and of assistance

9         provided, on a small scale, of

10        assisting with accommodation and

11        travel arrangements and so forth.

12             That's -- that seems rather

13        limited and limited in terms of

14        the evidence, the individuals

15        cited.

16             As opposed -- if there were

17        a more sustained, systemic

18        linkage, you'd think that these

19        kinds of, you know, little details

20        would be thick on the ground and

21        that there would be documents

22        and -- that you would see it in

23        the subsequently published

24        internal materials of Jemaah

This Transcript Contains Confidential Material

1           Islamiyah or in the documents that

2           were discovered from al-Qaeda

3           leadership hands as well.

4                It doesn't seem that that

5           kind of thing is in evidence.

6    BY MR. CARTER:

7           Q.    Just briefly, to turn to the

8    IIRO and the designation of the IIRO

9    offices in the Philippines and Indonesia,

10   I take it that you're aware that the

11   United States government designated the

12   IIRO offices in the Philippines and

13   Indonesia, and indicated it was doing so

14   based on evidence that they had provided

15   support to Abu Sayyaf and Jemaah

16   Islamiyah, correct?

17          A.    Yes, I've seen those -- the

18   press releases from those designations.

19          Q.    Do you dispute the findings

20   of the United States government

21   underlying those decisions?

22               MR. NASSAR:  Objection.

23          Mischaracterizes the document.

24               THE WITNESS:  Should we call

This Transcript Contains Confidential Material

```
1                    CERTIFICATE
2

3
     I, Amanda Maslynsky-Miller, Certified
4    Realtime Reporter, do hereby certify that
     prior to the commencement of the examination,
5    JOHN SIDEL, was remotely sworn by me to
     testify to the truth, the whole truth and
6    nothing but the truth.
7
     I DO FURTHER CERTIFY that the foregoing is a
8    verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
9    on the date hereinbefore set forth, to the
     best of my ability.
10
11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
12   counsel of any of the parties to this action,
     and that I am neither a relative nor employee
13   of such attorney or counsel, and that I am
     not financially interested in the action.
14
15
16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: May 12, 2021
18

19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22

23

24
```



**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

June 28, 2021

**VIA ELECTRONIC MAIL**
Sean Carter, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

      Re:    *In re Terrorist Attacks, MDL No. 03-1570 (GBD)(SN)*

Dear Sean:

    As you know, this firm is counsel for Defendants the Muslim World League (MWL), the International Islamic Relief Organization (IIRO), and the Charity Official Defendants in the above-referenced matter.  Pursuant to the January 31, 2018 Deposition Protocol Order, enclosed is an errata sheet for the deposition of John Sidel and John Barron  that  corrects transcription errors.

                       Sincerely,

                       /s/ Aisha E. Bembry

                       Aisha E. Bembry

cc:    Plaintiffs' Executive Committees (via email)
       Alan R. Kabat, Bernabei & Kabat, PLLC (via email)
       GOLKOW Litigation Services (via email)

Enclosures

Dep. Date: April 27, 2021

In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)

ERRATA SHEET FOR THE TRANSCRIPT OF

JOHN BARRON

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issues | Reason for Change/Other Issue |
|---|---|---|---|---|
| 90/6 | "division of the SEC or PCOP." | "division of the SEC or PCAOB." | | Transcription Error |
| 100/6 | "procedures in engagements, internal" | "procedures engagements, internal" | | Transcription Error |
| 189/1-3 | "Well, as I said earlier, I was only engaged to perform an audit of their financial statements." | "Well, as I said earlier, I was not engaged to perform an audit of their financial statements." | | Transcription Error |
| 215/15 | "no indication they gain an" | "no indication they gained an" | | Transcription Error |
| 224/4 | "spurious part of the fraud." | "serious part of the fraud." | | Transcription Error |

Dep. Date: April 27, 2021

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF JOHN SIDEL

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|-----------|-------------------------|------------------------|--------------|-------------------------------|
|           |                         |                        |              |                               |

Dep. Date: April 27, 2021

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF JOHN SIDEL

| 27/9 | "Islamia Indonesia" | "Dewan Dakwah Islamiyah Indonesia with" | N/A | **Missing words** |
|---|---|---|---|---|
| 28/2-3 | "organization of the Islamic conference" | "Organization of the Islamic Conference" | N/A | **Capitalize to clarify the OIC's official organizational status** |
| 41/11 | "extorsion" | "extortion" | N/A | **Correct spelling** |
| 63/9 | "recognizance" | "reconnaissance" | N/A | **Correct word and meaning** |
| 87/4 | "intelligence" | "Bureau of Intelligence and Research" | N/A | **Full and accurate description** |
| 91/6 | "due to" | "through" | N/A | **More appropriate preposition** |
| 99/13 | "Marxists/Leninists/Maoists" | "Marxist-Leninist/Maoist" | N/A | **Grammar: adjective not plural noun** |
| 100/16 | "Philippine national police" | "Philippine National Police" | N/A | **Capitalize to clarify official organizational name** |
| 101/11 | "who" | "whom" | N/A | **Grammar** |
| 128/20 | "is" | "were" | N/A | **Verb tense and noun-verb agreement** |

Dep. Date: April 27, 2021

## In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)

### ERRATA SHEET FOR THE TRANSCRIPT OF JOHN SIDEL

| 128/21 | "They're" | "They were" | N/A | Verb tense |
|---|---|---|---|---|
| 130/13-14 | "few thousand online gaming operators" | "few thousand Chinese online gaming operators" | N/A | Clarification: foreign identity relevant |
| 132/12 | "revolutions" | "revelations" | N/A | Correct word |
| 134/17 | "it's protection – it's capacity" | "its protection – its capacity" | N/A | Grammar |
| 163/17 | "Indonesia" | "Bahasa Indonesia" (the Indonesian language) | N/A | Clarification |
| 167/22 | "visionaries" | "intermediaries" | N/A | Correct word |
| 182/16 | "opposed" | "opposed to" | N/A | Grammar/clarity |

This Transcript Contains Confidential Material

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
          I, __John Barron__, do
 3   hereby certify that I have read the
     foregoing pages,  1 - 395, and that the
 4   same is a correct transcription of the
     answers given by me to the questions
 5   therein propounded, except for the
     corrections or changes in form or
 6   substance, if any, noted in the attached
     Errata Sheet.
 7
 8   ____John Barron____  6/18/21
     JOHN BARRON              DATE
 9
10
     Subscribed and sworn
11   to before me this
     18 day of June, 20 21.
12
     My commission expires: 01-24-2025
13
14   _____ - Tina L Nwankwo
     Notary Public
15
16
17
18
19
20
21
22
23
24
```

Notary Public State of Florida
Tina L Nwankwo
My Commission HH 083414
Expires 01/24/2025

This Transcript Contains Confidential Material

1       ACKNOWLEDGMENT OF DEPONENT

2

            I, _John Thayer Sidel_, do
3   hereby certify that I have read the
    foregoing pages,  1 - 189, and that the
4   same is a correct transcription of the
    answers given by me to the questions
5   therein propounded, except for the
    corrections or changes in form or
6   substance, if any, noted in the attached
    Errata Sheet.

7

8   ___Jt Thayer Sidel___        8 June 2021
    JOHN SIDEL                DATE
9

10

    Subscribed and sworn
11  to before me this
    _____ day of _____, 20____.
12

    My commission expires:_____
13

14  _____

    Notary Public
15

16

17

18

19

20

21

22

23

24