# EXHIBIT AAH

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF NEW YORK

 3                    -   -   -

 4

 5   IN RE: TERRORIST    :

 6   ATTACKS ON          :    03-MDL-1570

 7   SEPTEMBER 11, 2001  :    (GBD)(SN)

 8   -----------------------------------------

 9                    -   -   -

10            Thursday, February 21, 2019

11                    -   -   -

12       THIS TRANSCRIPT CONTAINS CONFIDENTIAL

13                    MATERIAL

14                    -   -   -

15       Day 2 of the videotaped deposition of

16   ADNAN BASHA, taken pursuant to notice, was held

17   at the Park Hyatt Jeddah, Al Hamra District,

18   Southern Corniche, Jeddah, Saudi Arabia, 21432,

19   beginning at 3:03 p.m., on the above date,

20   before Lisa V. Feissner, RDR, CRR, Notary

21   Public.

22                    -   -   -

23            GOLKOW LITIGATION SERVICES

         877.370.3377 ph | 917.591.5672 fax

24              deps@golkow.com
```

This Transcript Contains Confidential Material

1          Q.   Dr. Basha, before we pivoted, I had

2    marked a document as Basha-159.  And it's in

3    English.

4               (Reporter interruption.)

5               (Exhibit Basha-159 marked for

6          identification and attached to the

7          transcript.)

8    BY MR. CARTER:

9          Q.   Dr. Basha, this is an August 3,

10   2006 press release from the United States

11   Department of the Treasury relating to the

12   United States' designation of the Philippine

13   and Indonesian branches of the IIRO, and

14   Abdul-Hamid Sulaiman Al-Majil, for facilitating

15   fundraising for Al Qaida.

16              Were you aware that the U.S.

17   government took those actions against the

18   branches of the IIRO and Mr. Mujil?

19         A.   This is what I was told by the

20   lawyer.

21         Q.   Did the IIRO conduct an

22   investigation, following these designations,

23   into the U.S. claim that the offices referenced

24   and Mr. Mujil were involved in supporting Al

This Transcript Contains Confidential Material

```
 1              C E R T I F I C A T E

 2

 3          I, Lisa V. Feissner, RDR, CRR, CLR,

 4    Notary Public, certify that the foregoing is a

 5    true and accurate transcript of the deposition

 6    of said witness, who was first duly sworn by me

 7    pursuant to the stipulation of counsel on the

 8    date and place hereinbefore set forth.

 9          I further certify that I am neither

10    attorney nor counsel for, nor related to or

11    employed by, any of the parties to the action

12    in which this deposition was taken, and

13    further, that I am not a relative or employee

14    of any attorney or counsel employed in this

15    action, nor am I financially interested in this

16    case.

17

18

19          Lisa V. Feissner, RDR, CRR, CLR
             Notary Public
20           Dated: February 26, 2019

21

22          (The foregoing certification of this
       transcript does not apply to any reproduction
23     of the same by any means, unless under the
       direct control and/or supervision of the
24     certifying reporter.)
```