# EXHIBIT AAI

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3                        - - -
 4
 5   IN RE: TERRORIST    :
 6   ATTACKS ON          :    03-MDL-1570
 7   SEPTEMBER 11, 2001  :    (GBD)(SN)
 8   -------------------------------------------
 9                        - - -
10              Tuesday, March 26, 2019
11                        - - -
12              THIS TRANSCRIPT CONTAINS
13              CONFIDENTIAL INFORMATION
14                        - - -
15        Day 1 of the videotaped deposition of
16   FAHD MOHAMMAD SANAD ALHARBI, taken pursuant to
17   notice, was held at the InterContinental Hotel
18   Madrid, Paseo de la Castellana, 49, 28046
19   Madrid, Spain, beginning at 9:55 a.m., on the
20   above date, before Lisa V. Feissner, RDR, CRR,
21   Notary Public.
22                        - - -
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Golkow Litigation Services                           Page 1

This Transcript Contains Confidential Material

```
1            A.   I don't know.
2                 MR. HAEFELE:  What's the objection?
3                 MR. DUFFY:  It's compound and
4       confusing.
5                 MR. HAEFELE:  All right.
6            Q.   Are you aware that the Saudi
7       government has acknowledged -- strike that.
8                 Are you aware the Saudi government
9       froze Mr. Mujil's financial accounts?
10           A.   No, I don't know.
11           Q.   Are you aware that the Saudi
12      government placed travel restrictions on
13      Mr. Mujil?
14           A.   I don't know.
15           Q.   Are you aware that the U.S.
16      government found sufficient evidence existed to
17      designate the IIRO's Philippines office as a
18      terrorist organization?
19           A.   I don't know.
20           Q.   Are you aware the U.S. government
21      found that the IIRO's Philippines office
22      provided financing and training to Al
23      Qaida-linked terrorist groups?
24           A.   I don't know.
```

This Transcript Contains Confidential Material

```
 1          Q.   Do you know whether or not the
 2   IIRO's Philippines office provided financing
 3   and training to Abu Sayyaf group?
 4          A.   I don't know.
 5          Q.   Are you aware the U.S. government
 6   found that the IIRO's Philippines office
 7   provided support to Osama bin Laden?
 8          A.   I don't know.
 9          Q.   Are you aware of any evidence that
10   indicates the IIRO's Philippines office did not
11   provide support to Osama bin Laden?
12          A.   (In English.)  I don't know.
13               (Through interpreter.)  I don't
14   know.
15          Q.   Are you aware that the United
16   States government found sufficient evidence
17   existed to designate IIRO's Indonesia office as
18   a terrorist group?
19          A.   I don't know.
20          Q.   Are you aware the United States
21   government found that the IIRO's Indonesia
22   office provided financing and training to the
23   Al Qaida-linked terrorist group known as Jemaah
24   Islamiyah?
```

This Transcript Contains Confidential Material

```
 1                C E R T I F I C A T E
 2
 3         I, Lisa V. Feissner, RDR, CRR, CLR,
 4   Notary Public, certify that the foregoing is a
 5   true and accurate transcript of the deposition
 6   of said witness, who was first duly sworn by me
 7   pursuant to the stipulation of counsel on the
 8   date and place hereinbefore set forth.
 9         I further certify that I am neither
10   attorney nor counsel for, nor related to or
11   employed by, any of the parties to the action
12   in which this deposition was taken, and
13   further, that I am not a relative or employee
14   of any attorney or counsel employed in this
15   action, nor am I financially interested in this
16   case.
17
18
19         Lisa V. Feissner, RDR, CRR, CLR
              Notary Public
20            Dated: April 3, 2019
21
22         (The foregoing certification of this
     transcript does not apply to any reproduction
23   of the same by any means, unless under the
     direct control and/or supervision of the
24   certifying reporter.)
```