# EXHIBIT AAJ

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
 3   IN RE: TERRORIST ATTACKS    )  03-MDL-1570 (GBD) (SN)
     ON SEPTEMBER 11, 2001       )
 4                               )
 5
 6
 7
                             — — —
 8
                   Thursday, June 27, 2019
 9                       — — —
10              THIS TRANSCRIPT CONTAINS
                  CONFIDENTIAL MATERIAL
11                       — — —
12
13       Videotaped Deposition of ABDULHADI
     T. DAGUIT, held at 1 Raffles Drive, Makati
14   Avenue, Makati City, Manila, Philippines,
     commencing at 6:01 p.m., on the above date,
15   before Debra A. Dibble, Certified Court
     Reporter, Registered Diplomate Reporter,
16   Certified Realtime Captioner, Certified
     Realtime Reporter and Notary Public.
17
18                       — — —
19
20
21
                GOLKOW LITIGATION SERVICES
22           877.370.DEPS | fax 917.591.5672
                     deps@golkow.com
23
24
```

 1          document previously marked as Basha
 2          159.  It's at tab No. 8.
 3          Q.    (BY MR. CARTER)  Mr. Daguit,
 4    this is a 2006 press release of the United
 5    States Department of the Treasury, announcing
 6    that the United States had designated the
 7    Philippine and Indonesian branch offices of
 8    the Saudi-based International Islamic Relief
 9    Organization for facilitating fundraising for
10    al-Qaeda and affiliated terrorist groups.
11                Were you aware that the
12    United States had designated the Philippine
13    and Indonesian offices of the IIRO for
14    supporting al-Qaeda?
15          A.    No.
16          Q.    Have you ever heard that such a
17    designation was imposed by the United States?
18          A.    In the newspapers, I read some
19    reports.  But I treated the -- for me, I
20    treated these reports as an allegation.  So
21    since it is an allegation, I consider it fake
22    news.
23          Q.    Well, you didn't believe there
24    was any legitimacy to the determination the

This Transcript Contains Confidential Material

```
 1     United States government had made regarding

 2     the activities of the IIRO Philippine and

 3     Indonesian offices?

 4          A.     Pardon?

 5          Q.     Did you not believe there was

 6     any legitimacy to the United States'

 7     determination that the IIRO Philippine and

 8     Indonesian branch offices were connected to

 9     al-Qaeda?

10          A.     For Indonesia, I don't know

11     what -- what is the -- what is the IIRO

12     business there.  But for the Philippine

13     office, I firmly believe that in any way we

14     are not connected with any terrorist group.

15          Q.     When do you recall first

16     learning about this allegation?

17          A.     This is the first time I see

18     this letter.

19          Q.     Well, I think you testified a

20     moment ago that you read newspaper reports

21     that the United States had designated the

22     IIRO Philippine office; correct?

23          A.     Yeah, but I am referring to

24     this -- I -- what I understand is you asked
```

This Transcript Contains Confidential Material

 1    me about this particular report.  So if this

 2    particular report, this is the first time I

 3    see it.

 4          Q.    But you did see media reports

 5    at the time reporting of the designation by

 6    the United States of the IIRO Philippine

 7    office; correct?

 8          A.    I see in that -- I read

 9    newspapers regarding that issue.

10          Q.    And at the time you saw those

11    newspapers, you had been affiliated with the

12    IIRO for many years; correct?

13          A.    Yes.

14          Q.    Given the fact that you had

15    been affiliated with the IIRO for many years,

16    did you undertake any inquiry at all to

17    determine whether the designation was proper?

18          A.    No, because, as I -- as far as

19    I know, I believe firmly that this

20    designation is not true, because in the first

21    place, we did not receive any official -- if

22    that is true, surely the Philippine

23    government will -- someone asked to explain.

24    But until this very time, I did not receive

This Transcript Contains Confidential Material

```
 1   any -- someone or any letter from the -- from
 2   any agency of the government to explain on
 3   this particular matter.
 4        Q.    The press release in front of
 5   you also reports the designation of Abd
 6   Al-Hamid Sulaman Al-Mujil, for supporting
 7   Islamic militant groups.
 8              Were you aware in 2006 that
 9   Mr. Al-Mujil had been designated as well?
10        A.    Yeah, I -- the same thing.  I
11   came to learn -- I came to know this through
12   the newspapers.
13        Q.    And again, did you conduct any
14   inquiries with people you had worked with in
15   the IIRO to determine if they had any
16   information that Mr. Al-Mujil was tied to
17   terrorists?
18        A.    No.  I -- I did not conduct an
19   inquiry.
20        Q.    At the time the designations
21   took place, were you still working at the
22   IIRO?
23        A.    Yes.
24        Q.    Were the IIRO's bank accounts
```

This Transcript Contains Confidential Material

```
 1                      CERTIFICATE
 2              I, DEBRA A. DIBBLE, Registered
     Diplomate Reporter, Certified Realtime
 3   Reporter, Certified Realtime Captioner,
     Certified Court Reporter and Notary Public,
 4   do hereby certify that prior to the
     commencement of the examination, ABDULHADI
 5   DAGUIT was duly sworn by me to testify to the
     truth, the whole truth and nothing but the
 6   truth.
 7              I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
                I DO FURTHER CERTIFY that pursuant
11   to FRCP Rule 30, signature of the witness was
     not requested by the witness or other party
12   before the conclusion of the deposition.
13              I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
14   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
15   employee of such attorney or counsel, and
     that I am not financially interested in the
16   action.
17
19   _____
     DEBRA A. DIBBLE, RDR, CRR, CRC
20   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
21   Certified Court Reporter
22
     Dated: 8 July 2019
23
24
```