EXHIBIT A

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                       - - -
 3
 4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
      ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                           - - -
 8                    APRIL 27, 2021
                 THIS TRANSCRIPT CONTAINS
 9                 CONFIDENTIAL MATERIAL
                           - - -
10
11
12              Remote Videotaped
13    Deposition, taken via Zoom, of JOHN
14    SIDEL, commencing at 7:02a.m., on the
15    above date, before Amanda
16    Maslynsky-Miller, Certified Realtime
17    Reporter and Notary Public in and for the
18    Commonwealth of Pennsylvania.
19
20                       - - -
21        GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22             deps@golkow.com
23
24
```

```
 1   APPEARANCES:
 2
 3         KREINDLER & KREINDLER LLP
           BY: ANDREW J. MALONEY III, ESQUIRE
 4         750 Third Avenue
           New York, New York 10017
 5         (212) 687-8181
           amaloney@kreindler.com
 6         Representing the Ashton, et al.,
           Plaintiffs
 7
 8
 9
           COZEN O'CONNOR P.C.
10         BY: SEAN P. CARTER, ESQUIRE
           BY: J. SCOTT TARBUTTON, ESQUIRE
11         One Liberty Place
           1650 Market Street
12         Suite 2800
           Philadelphia, Pennsylvania 19103
13         (215) 665-2000
           scarter1@cozen.com
14         starbutton@cozen.com
           Representing the Plaintiffs
15
16
17
           ANDERSON KILL P.C.
18         BY: BRUCE STRONG, ESQUIRE
           1251 Avenue of the Americas
19         New York, New York 10020
           (212) 278-1000
20         bstrong@andersonkill.com
           Representing the Plaintiffs'
21         Steering Committee
22
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3
 4         MOTLEY RICE LLC
           BY: ROBERT T. HAEFELE, ESQUIRE
 5         BY: JADE A. HAILESELASSIE, ESQUIRE
           BY: JODI WESTBROOK FLOWERS, ESQUIRE
 6         28 Bridgeside Boulevard
           Mount Pleasant, South Carolina 29464
 7         (843) 216-9000
           rhaefele@motleyrice.com
 8         jhaileselassie@motleyrice.com
           jflowers@motleyrice.com
 9         Representing the Plaintiffs' Steering
           Committee and the Burnett Plaintiffs
10
11
12
13         JONES DAY
           BY: ERIC SNYDER, ESQUIRE
14         BY: STEVEN COTTREAU, ESQUIRE
           BY: ABIGAEL BOSCH, ESQUIRE
15         51 Louisiana Avenue, N.W.
           Washington, D.C. 20001
16         (202) 879-3939
           esnyder@jonesday.com
17         scottreau@jonesday.com
           abosch@jonesday.com
18         Representing the Defendant,
           Dubai Islamic Bank
19
20
21
22
23
24
```

```
 1   APPEARANCES: (Continued)
 2
 3        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY: WALEED NASSAR, ESQUIRE
 4        BY: AISHA E.R. BEMBRY, ESQUIRE
          BY: SUMAYYA KHATIB, ESQUIRE
 5        1101 New York Avenue, N.W.
          Suite 1000
 6        Washington, DC 20005
          (202) 833-8900
 7        waleed.nassar@lbkmlaw.com
          aisha.bembry@lbkmlaw.com
 8        sumayya.khatib@lbkmlaw.com
          Representing the Defendants,
 9        Muslim World League, the
          International Islamic Relief
10        Organization, and
          Drs. Turki, Al-Obaid, Naseef and Basha
11
12
          LAW FIRM OF OMAR T. MOHAMMEDI, LLC
13        BY: JOSHUA MORRISON, ESQUIRE
          BY: STEVE SEIGLER, ESQUIRE
14        233 Broadway
          Suite 820
15        New York, New York 10279
          (212) 725-3846
16        jmorrison@otmlaw.com
          sseigler@otmlaw.com
17        Representing the Defendant,
          WAMY and WAMY International
18
19   ALSO PRESENT:
20   David Lane, Videographer
     Zac Hone, Trial Technician
21
     Raymond Rivera, IT, Cozen O'Connor
22
     Nour Subani, Paralegal, Lewis Baach Kaufman
23   Middlemiss PLLC
24
```

This Transcript Contains Confidential Material

```
 1                        - - -
 2                       I N D E X
 3                        - - -
 4
     Testimony of:  JOHN SIDEL
 5
 6      By Mr. Carter                                9
 7
                           - - -
 8
                       E X H I B I T S
 9
                           - - -
10
11   NO.             DESCRIPTION                    PAGE
12   Sidel-597       No Bates
                     Notice of Oral Deposition
13                   of John Sidel                    12
14   Sidel-598       No Bates
                     Expert Report of Professor
15                   John Sidel                       15
16   Sidel-599       No Bates
                     Parliament Motion, Saudi
17                   Arabia and The School of
                     Oriental and African
18                   Studies                          36
19   Sidel-600       No Bates
                     Excerpts, 9/11 Commission
20                   Report                           53
21   Sidel-601       FED-PEC0237854-7873
                     RAND Corporation Testimony    64
22
     Sidel-602       FED-PEC0202113-2132
23                   Department of the Treasury
                     Memorandum                       84
24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -
 2                 E X H I B I T S
 3                    -  -  -
 4
     NO.           DESCRIPTION                  PAGE
 5
     Sidel-603     FED-PEC0173851-3854
 6                 State Department Diplomatic
                   Cable                         85
 7
     Sidel-604     No Bates
 8                 Seeds of Terror,
                   Maria Ressa                   92
 9
     Sidel-605     No Bates
10                 Excerpts, 9/11 Commission
                   Report                        109
11
     Sidel-606     No Bates
12                 Michael Scheuer, Osama bin
                   Laden, Excerpts               111
13
     Sidel-607     No Bates
14                 9/11 Commission Report        156
15   Sidel-608     No Bates
                   Sidel Invoices                187
16
17
18
19
20
21
22
23
24
```

```
 1                    -  -  -

 2           DEPOSITION SUPPORT INDEX

 3                    -  -  -

 4

 5  Direction to Witness Not to Answer

 6  Page Line     Page Line      Page Line

 7  None

 8

 9

10  Request for Production of Documents

11  Page Line     Page Line      Page Line

12  None

13

14

15  Stipulations

16  Page Line     Page Line      Page Line

17  8      1

18

19

20  Question Marked

21  Page Line     Page Line      Page Line

22  None

23

24
```

```
1          much in the press and in certain
2          kinds of more specialized
3          reportage on Southeast Asia and on
4          these organizations.  It was
5          there.
6                 So in terms of al-Qaeda,
7          yes.
8    BY MR. CARTER:
9          Q.    And did you conduct any
10   independent research, prior to serving as
11   an expert in this case, concerning those
12   allegations?
13         A.    No.  No, I'm not sure how I
14   would have done so.
15         Q.    Professor Sidel, as I
16   understand the description of your
17   qualifications, you are an expert on
18   Southeast Asia and political conditions
19   and violence in the Philippines and
20   Indonesia; is that correct?
21         A.    Yes.
22         Q.    Do you consider yourself an
23   expert on al-Qaeda?
24         A.    No.
```

This Transcript Contains Confidential Material

1                        CERTIFICATE
2
3

    I, Amanda Maslynsky-Miller, Certified
4   Realtime Reporter, do hereby certify that
    prior to the commencement of the examination,
5   JOHN SIDEL, was remotely sworn by me to
    testify to the truth, the whole truth and
6   nothing but the truth.
7

    I DO FURTHER CERTIFY that the foregoing is a
8   verbatim transcript of the testimony as taken
    stenographically by me at the time, place and
9   on the date hereinbefore set forth, to the
    best of my ability.
10

11  I DO FURTHER CERTIFY that I am neither a
    relative nor employee nor attorney nor
12  counsel of any of the parties to this action,
    and that I am neither a relative nor employee
13  of such attorney or counsel, and that I am
    not financially interested in the action.
14

15      *Amanda Miller* (signature)

16  _____

    Amanda Miller
17  Certified Realtime Reporter
    Dated: May 12, 2021
18

19

    (The foregoing certification of this
20  transcript does not apply to any reproduction
    of the same by any means, unless under the
21  direct control and/or supervision of the
    certifying reporter.)
22

23

24

```
 1                INSTRUCTIONS TO WITNESS
 2
 3              Please read your deposition
 4   over carefully and make any necessary
 5   corrections.  You should state the reason
 6   in the appropriate space on the errata
 7   sheet for any corrections that are made.
 8              After doing so, please sign
 9   the errata sheet and date it.
10              You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14              It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within sixty (60) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                      - - - - - -

                        E R R A T A

 2                      - - - - - -

 3    PAGE    LINE    CHANGE - REASON

 4    ____    ____    _____

 5    ____    ____    _____

 6    ____    ____    _____

 7    ____    ____    _____

 8    ____    ____    _____

 9    ____    ____    _____

10    ____    ____    _____

11    ____    ____    _____

12    ____    ____    _____

13    ____    ____    _____

14    ____    ____    _____

15    ____    ____    _____

16    ____    ____    _____

17    ____    ____    _____

18    ____    ____    _____

19    ____    ____    _____

20    ____    ____    _____

21    ____    ____    _____

22    ____    ____    _____

23    ____    ____    _____

24    ____    ____    _____
```

This Transcript Contains Confidential Material

```
 1            ACKNOWLEDGMENT OF DEPONENT
 2
              I,_____, do
 3   hereby certify that I have read the
     foregoing pages,  1 - 189, and that the
 4   same is a correct transcription of the
     answers given by me to the questions
 5   therein propounded, except for the
     corrections or changes in form or
 6   substance, if any, noted in the attached
     Errata Sheet.
 7
 8   _____
      JOHN SIDEL                     DATE
 9
10
     Subscribed and sworn
11   to before me this
     _____ day of _____, 20____.
12
     My commission expires:_____
13
14   _____
     Notary Public
15
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

1     LAWYER'S NOTES

2  PAGE  LINE

3  ____  ____  _____

4  ____  ____  _____

5  ____  ____  _____

6  ____  ____  _____

7  ____  ____  _____

8  ____  ____  _____

9  ____  ____  _____

10 ____  ____  _____

11 ____  ____  _____

12 ____  ____  _____

13 ____  ____  _____

14 ____  ____  _____

15 ____  ____  _____

16 ____  ____  _____

17 ____  ____  _____

18 ____  ____  _____

19 ____  ____  _____

20 ____  ____  _____

21 ____  ____  _____

22 ____  ____  _____

23 ____  ____  _____

24 ____  ____  _____