EXHIBIT B

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
                         - - -

   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
   ON SEPTEMBER 11, 2001       : (GBD)(SN)




                         - - -
                   APRIL 20, 2021
              THIS TRANSCRIPT CONTAINS
                CONFIDENTIAL MATERIAL
                         - - -


             Remote Videotaped
   Deposition, taken via Zoom, of OLIVIER
   ROY, commencing at 7:04 a.m., on the
   above date, before Amanda
   Maslynsky-Miller, Certified Realtime
   Reporter and Notary Public in and for the
   Commonwealth of Pennsylvania.

                         - - -
              GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
                   deps@golkow.com
```

```
 1   APPEARANCES:
 2
 3         KREINDLER & KREINDLER LLP
           BY: ANDREW J. MALONEY III, ESQUIRE
 4         BY: MEGAN WOLFE BENETT, ESQUIRE
           750 Third Avenue
 5         New York, New York 10017
           (212) 687-8181
 6         amaloney@kreindler.com
           mbenett@kreindler.com
 7         Representing the Ashton, et al.,
           Plaintiffs
 8
 9
10
           COZEN O'CONNOR P.C.
11         BY: J. SCOTT TARBUTTON, ESQUIRE
           One Liberty Place
12         1650 Market Street
           Suite 2800
13         Philadelphia, Pennsylvania 19103
           (215) 665-2000
14         starbutton@cozen.com
           Representing the Plaintiffs
15
16
17
           ANDERSON KILL P.C.
18         BY: BRUCE STRONG, ESQUIRE
           1251 Avenue of the Americas
19         New York, New York 10020
           (212) 278-1000
20         bstrong@andersonkill.com
           Representing the Plaintiffs'
21         Steering Committee
22
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:  (Continued)
 2
 3        MOTLEY RICE LLC
          BY: JOHN M. EUBANKS, ESQUIRE
 4        BY: ROBERT T. HAEFELE, ESQUIRE
          BY: JADE A. HAILESELASSIE, ESQUIRE
 5        BY: JODI WESTBROOK FLOWERS, ESQUIRE
          28 Bridgeside Boulevard
 6        Mount Pleasant, South Carolina 29464
          (843) 216-9000
 7        jeubanks@motleyrice.com
          rhaefele@motleyrice.com
 8        jhaileselassie@motleyrice.com
          jflowers@motleyrice.com
 9        Representing the Plaintiffs' Steering
          Committee and the Burnett Plaintiffs
10
11
12        BAUMEISTER & SAMUELS, PC
          BY: DOROTHEA M. CAPONE, ESQUIRE
13        140 Broadway
          46th Floor
14        New York, New York 10005
          (212) 363-1200
15        tcapone@baumeisterlaw.com
          Representing the Plaintiff,
16        Ashton, et al., Plaintiffs
17
18
19        JONES DAY
          BY: ERIC SNYDER, ESQUIRE
20        BY: GABRIELLE E. PRITSKER, ESQUIRE
          51 Louisiana Avenue, N.W.
21        Washington, D.C. 20001
          (202) 879-3939
22        esnyder@jonesday.com
          gpritsker@jonesday.com
23        Representing the Defendant,
          Dubai Islamic Bank
24
```

```
 1   APPEARANCES: (Continued)
 2
 3       LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
         BY: WALEED NASSAR, ESQUIRE
 4       BY: SUMAYYA KHATIB, ESQUIRE
         BY: AISHA E.R. BEMBRY, ESQUIRE
 5       1101 New York Avenue, N.W.
         Suite 1000
 6       Washington, DC 20005
         (202) 833-8900
 7       waleed.nassar@lbkmlaw.com
         sumayya.khatib@lbkmlaw.com
 8       aisha.bembry@lbkmlaw.com
         Representing the Defendants,
 9       Muslim World League, the
         International Islamic Relief
10       Organization, and
         Drs. Turki, Al-Obaid, Naseef and Basha
11
12
         LAW FIRM OF OMAR T. MOHAMMEDI, LLC
13       BY: STEVE SIEGLER, ESQUIRE
         233 Broadway
14       Suite 820
         New York, New York 10279
15       (212) 725-3846
         ssiegler@otmlaw.com
16       Representing the Defendant,
         WAMY and WAMY International
17
18
         SALERNO & ROTHSTEIN
19       BY: PETER C. SALERNO, ESQUIRE
         BY: AMY ROTHSTEIN, ESQUIRE
20       P.O. Box 456
         Pine Plains, New York 12567
21       (518) 771-3050
         peter.salerno.law@gmail.com
22       amyrothsteinlaw@gmail.com
         Representing the Defendant,
23       Yassin Kadi
24
```

This Transcript Contains Confidential Material

1  in Afghanistan since the -- until the
2  departure of bin Laden from Peshawar.
3         Q.    And let me make sure that
4  you understood the question.
5               That you're not expressing
6  any expertise on the Muslim World
7  League's alleged activities in support of
8  al-Qaeda?
9         A.    To the extent that if we
10 take into consideration what I am writing
11 in my reports, yes.
12        Q.    Yes, you are expressing
13 expertise; or, no, you're not expressing
14 expertise?
15        A.    No, I am not an expert on
16 the Muslim World League.
17        Q.    Okay.  All right.  And
18 you're not expressing any expertise or
19 advanced knowledge on bin Laden's
20 activities once he left to go to the
21 Sudan?
22        A.    It's out of the scope of my
23 testimony.
24        Q.    And you're not an expert on

1   al-Qaeda in the time period post the 1989
2   Battle of Jalalabad?
3           A.   I would say, yes, until the
4   departure of bin Laden from Afghanistan
5   and Pakistan.
6           Q.   And that would have taken
7   place in 1989 following the battle,
8   correct?
9           A.   Yes.
10          Q.   And that would be when
11  your -- when your expertise on that area
12  concludes; is that correct?
13          A.   Yeah, that's the scope of my
14  report.
15          Q.   Okay.  And you're not
16  opining about whether or not al-Qaeda --
17  well, sorry, let me try that again.
18               You have no specialized
19  experience or expertise regarding the
20  activities of Islamic fighters in
21  Chechnya, correct?
22          A.   The Islamic?
23          Q.   Fighters in Chechnya?
24          A.   No, no.  That's not in the

This Transcript Contains Confidential Material

1  scope of my expertise.
2         Q.    And you don't have any
3  expert information or expert knowledge
4  regarding the preparation for the 9/11
5  attacks?
6         A.    No, not -- I worked on the
7  categorization of the terrorists, but not
8  on the preparation of the attacks.
9         Q.    And you have no expert
10 knowledge regarding the activities of
11 Wa'el Julaidan in Peshawar, correct?
12        A.    Correct.
13        Q.    And you have no expert
14 knowledge or expertise regarding the
15 activities of Mohamed Jamal Khalifa on
16 behalf of IIRO?
17        A.    Correct.
18        Q.    And I know we asked this
19 before the break, but you have not
20 professed to be an expert regarding money
21 laundering for terrorist organizations,
22 correct?
23        A.    I'm not an expert of money
24 laundering.

```
 1                    CERTIFICATE
 2
 3
        I, Amanda Maslynsky-Miller, Certified
 4   Realtime Reporter, do hereby certify that
     prior to the commencement of the examination,
 5   OLIVIER ROY, was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
        I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the
     best of my ability.
10
11      I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
12   counsel of any of the parties to this action,
     and that I am neither a relative nor employee
13   of such attorney or counsel, and that I am
     not financially interested in the action.
14
15        [signature: Amanda Miller]
16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: April 30, 3021
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24
```

1            INSTRUCTIONS TO WITNESS

2

3            Please read your deposition
4   over carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8            After doing so, please sign
9   the errata sheet and date it.
10           You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14           It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within sixty (60) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

This Transcript Contains Confidential Material

```
 1                    - - - - - -

                      E R R A T A
 2                    - - - - - -

 3   PAGE   LINE   CHANGE

 4   ____   ____   _____

 5   ____   ____   _____

 6   ____   ____   _____

 7   ____   ____   _____

 8   ____   ____   _____

 9   ____   ____   _____

10   ____   ____   _____

11   ____   ____   _____

12   ____   ____   _____

13   ____   ____   _____

14   ____   ____   _____

15   ____   ____   _____

16   ____   ____   _____

17   ____   ____   _____

18   ____   ____   _____

19   ____   ____   _____

20   ____   ____   _____

21   ____   ____   _____

22   ____   ____   _____

23   ____   ____   _____

24   ____   ____   _____
```

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
                I,_____, do
 3   hereby certify that I have read the
     foregoing pages,  1 - 223, and that the
 4   same is a correct transcription of the
     answers given by me to the questions
 5   therein propounded, except for the
     corrections or changes in form or
 6   substance, if any, noted in the attached
     Errata Sheet.
 7
 8   _____
      OLIVIER ROY                     DATE
 9
10
     Subscribed and sworn
11   to before me this
     _____ day of _____, 20____.
12
     My commission expires:_____
13
14   _____
     Notary Public
15
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES
 2   PAGE   LINE
 3   ____   ____    _____
 4   ____   ____    _____
 5   ____   ____    _____
 6   ____   ____    _____
 7   ____   ____    _____
 8   ____   ____    _____
 9   ____   ____    _____
10   ____   ____    _____
11   ____   ____    _____
12   ____   ____    _____
13   ____   ____    _____
14   ____   ____    _____
15   ____   ____    _____
16   ____   ____    _____
17   ____   ____    _____
18   ____   ____    _____
19   ____   ____    _____
20   ____   ____    _____
21   ____   ____    _____
22   ____   ____    _____
23   ____   ____    _____
24   ____   ____    _____
```