EXHIBIT I

Page 1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 03-MDL-1570 (GBD) (SN)

5   -----------------------------------x.

6   IN RE: TERRORIST ATTACKS ON

7   SEPTEMBER 11, 2001

8   -----------------------------------x

9                 April 12, 2021

10                10:30 a.m.

11

              Videotaped Deposition via Zoom

12  of BRIAN M. JENKINS, pursuant to Notice,

13  before Jineen Pavesi, a Registered

14  Professional Reporter, Registered Merit

15  Reporter, Certified Realtime Reporter and

16  Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

Page 2

```
1
2   A P P E A R A N C E S :
3   COZEN O'CONNOR PC
    1650 Market Street, Suite 2800
4   One Liberty Place
    Philadelphia, Pennsylvania 19103
5        Attorneys for Plaintiffs
    BY:  J. SCOTT TARBUTTON, ESQ.
6        scarter@cozen.com
7   COZEN O'CONNOR PC
    1055 Franklin Avenue
8   Garden City, New York 11530-2903
         Attorneys for Plaintiffs
9   BY:  SEAN CARTER, ESQ.
         scarter1@cozen.com
10
    ANDERSON KILL P.C.
11  1251 Avenue of the Americas
    New York, New York 10020
12       Attorneys for Plaintiff O'Neill and
         Plaintiffs' Executive Committee
13  BY:  JERRY S. GOLDMAN, ESQ.
         jgoldman@andersonkill.com
14       BRUCE STRONG, ESQ.
         bstrong@andersonkill.com
15
    MOTLEY RICE, LLC
16  28 Bridgeside Boulevard
    Mount Pleasant, South Carolina 29465
17       Attorneys for Plaintiffs in Burnett
         Case and Plaintiffs' Executive
18       Committee for Personal Injury and
         Death Claims and Witness
19  BY:  ROBERT T. HAEFELE, ESQ.
         rhaefele@motleyrice.com
20       C. ROSS HEYL, ESQ.
         rheyl@motleyrice.com
21       JODI FLOWERS, ESQ.
         jflowers@motleyrice.com
22       JOHN EUBANKS, ESQ.
23
24
25
```

1                    JENKINS

2      Q.         And do you agree with footnote

3  1 to Chapter 5 of the 9/11 Commission

4  Report as published on FED PEC 0076072 of

5  Exhibit 2026?

6      A.         They begin working with --

7  begin working with, I am going to talk

8  about that phrase there.

9              KSM we know, and this is also

10  from the 9/11 Report, spoke with bin Ladin

11  in 1996 and pitched the idea of some type

12  of operation involving airplanes.

13              Bin Ladin did not  -- bin Ladin

14  invited Khalid Sheikh Mohammed to join Al

15  Qaeda at that time, but Khalid Sheikh

16  Mohammed did not and so this would be

17  referred to, you know, really in a sense a

18  more formalization of a relationship.

19              But Khalid Sheikh Mohammed

20  remained committed to this operation and

21  was anxious for bin Ladin's support for

22  it, but at the same time Khalid Sheikh

23  Mohammed really valued his independent

24  status and did not want to formally join

25  Al Qaeda and so this represents more of a

1               JENKINS
2    formalization of the relationship.
3        Q.       When you say this represents
4    more of a formalization of the
5    relationship, you mean when KSM began
6    working more closely with Osama bin Ladin
7    in 1998 or 1999?
8        A.       Yes.
9                 MR. COTTREAU: If I could have
10   the assistant please turn to the next page
11   and highlight for me footnote 10 on the
12   next page.
13       Q.       Mr. Jenkins, I am going to have
14   you take a look at footnote 10 to Chapter
15   5 of the 9/11 Commission Report, which is
16   at FED PEC 0076073 of Exhibit 2026, and if
17   you could please read that aloud for me.
18       A.       "Intelligence report,
19   interrogation of KSM, January 9, 2004.  In
20   another interrogation report, however, KSM
21   downplays the significance of his
22   relationship to Yousef in enabling him to
23   meet with bin Ladin.  Specifically, KSM
24   notes that Yousef was not a member of Al
25   Qaeda and that Yousef never met bin Ladin.

```
 1                    JENKINS
 2   airliners flying across the Pacific"?
 3        A.       Yes, but I would add to that
 4   again, we've had this discussion before,
 5   you know, as I say, it was not  -- Bojinka
 6   was not an Al Qaeda operation, it was
 7   carried out by individuals who were part
 8   of this broader constellation and who had
 9   previously, in some case, had previously
10   had connections with Al Qaeda or
11   subsequently had connections with Al
12   Qaeda.
13              But the specific operation was
14   not an Al Qaeda operation.
15              So, yes, I agree with this
16   statement, but with that additional
17   statement.
18        Q.       Thank you.
19              MR. COTTREAU:  Michael, you can
20   take the exhibit down.
21        Q.       Mr. Jenkins, do you believe
22   that Islam is a religion of peace?
23              MR. EUBANKS:  Object to form,
24   outside the scope.
25        A.       You know, do I believe --
```

```
 1                    JENKINS
 2              But, No. 1, what do they say;
 3   now, when bin Ladin was alive, he
 4   regularly communicated at length in terms
 5   of various speeches and communications, so
 6   did Zawahiri, so did some of the others in
 7   the group, so that's No. 1.
 8              No. 2, this goes back primarily
 9   before, but in some cases immediately
10   after 9/11, bin Ladin and Zawahiri gave
11   interviews to the press and so you have
12   what they said in those.
13              There is also material that Al
14   Qaeda strategists, et cetera, have written
15   about their view, so you have what they
16   said, what they wrote, what they said in
17   interviews, and moreover, then you have
18   their actions, what were their, you know,
19   what they did as evidence of how they
20   viewed things and how they did things and
21   intentions.
22              Does that reflect the entire
23   membership of Al Qaeda, no, because you
24   have individuals, and this is especially
25   in the post 9/11 environment, who claim to
```

1                    JENKINS

2    material and to just portray that in a

3    clear, succinct fashion.

4              There's not a paragraph that is

5    labeled methodology, but I do say that,

6    you know, look, what was I going for.

7              It looked at the operation

8    primarily from Al Qaeda's point of view

9    that would discard a lot of the

10   literature, it looks at it, for example,

11   post 9/11, how did this happen, how did we

12   screw up intelligence, what were the

13   vulnerabilities at airports, why was the

14   investigation flawed, things of this sort.

15             Not relevant to my purpose,

16   which was to look at it from Al Qaeda's

17   point of view, what were they trying to

18   do, what kind of problems in terms of

19   planning or mobilization resources did

20   they run into along the way, you know, how

21   did they manage to overcome these

22   obstacles.

23             It was pretty straightforward,

24   what was the available evidence.

25             Clearly the 9/11 Report was --

```
 1                    JENKINS
 2  in which I say "see discussion of these
 3  issues in Chapter 1, Chapter 5 and Chapter
 4  7," and I cite those, those would cover a
 5  number of them, that doesn't get into this
 6  area.
 7              Now, look, again, and I realize
 8  --  I don't mean to be chubbing back and
 9  forth and I don't see this as an
10  adversarial proceeding, or it is, but the
11  fact is that, yes, there are a lot of
12  things in my head and they refer to a
13  lifetime of previous research and in some
14  cases, as to men are willing to die and
15  common supply, but never before had a
16  terrorist organization mobilized so many
17  suicide operatives to work together in a
18  single operation.
19              I can actually demonstrate that
20  historically, but it is one of those
21  things that quite frankly is inside my
22  head.
23              In fact, one of the -- I am not
24  going to get into, this was another
25  analytical debate, we can see one or two
```

Page 167

1                        JENKINS

2    use U.S. telephone books and the Internet,

3    rent an apartment, read airline

4    timetables, and make travel reservations."

5               If I wanted to understand what

6    the basis was for that sentence in your

7    report, how would I do that as a person

8    reviewing the historical work?

9    A.        Source of the 9/11 Commission

10   and again a lot of this is based upon the

11   chapters that I identified from the 9/11

12   Commission and back to footnote 30, but I

13   thought there was one other one here.

14               (Witness perusing document.)

15   A.        In this final sequence of

16   events, and perhaps I was remiss in this,

17   but in the final sequence of events, this

18   comes primarily out of, apart from those

19   that I have already pointed out as my own

20   surmise, the 9/11 Commission and I was

21   saying now we're into the final, in a

22   sense, live past, and these things have

23   been well-covered in the press, been

24   covered in the 9/11 Commission, that these

25   are statements of fact based upon

```
 1                    JENKINS
 2              Why I am familiar with his
 3   statement, I did not know, I misunderstood
 4   you, Steve, actually, when you said did I
 5   read any of the defendants' reports.
 6              And I did not include in my
 7   head a rebuttal, I thought there was an
 8   original set of reports as were prepared
 9   by the plaintiffs' counsel, a set of
10   reports that one could look at, and I did
11   not look at those.
12              I did absolutely look at Mark
13   Sageman's rebuttal, it was sent to me, I
14   looked at it, and I looked at it very
15   carefully to see if there was something
16   where there would be a fundamental
17   disagreement with something that I said.
18              As I say, there is no
19   disagreement on our characterization of
20   the 9/11 Report, other than an issue of
21   whether the Bojinka plot was a predecessor
22   or a precedent or a precursor for the 9/11
23   attacks.
24              Mr. Sageman said it was not, I
25   believe that it was.
```

Page 226

```
 1                    JENKINS
 2   and I will reask my question.
 3        A.       Got it, got it, got it.
 4        Q.       The last sentence of the second
 5   full paragraph on page 11 of your report
 6   reads, "The operation was reportedly
 7   financed in part by bin Ladin and other
 8   Islamist extremists."
 9                 What does "the operation" mean?
10        A.       It would refer to Bojinka.
11        Q.       Can you make a list for me of
12   each and every piece of evidence that
13   supports the conclusion that the Bojinka
14   plot was reportedly financed in part by
15   bin Ladin.
16        A.       Again, that would take time to
17   do, but I could.
18                 I don't want to have us spend
19   time and if you want me to submit
20   something or my lawyers agree for me to
21   submit something following to do that, but
22   I don't have all of my material here.
23                 I have deliberately not had
24   anything on my desk here to refer to and
25   so it will take some time to do it.
```

Page 293

1

2          C E R T I F I C A T I O N

3

4

5

6      I, Jineen Pavesi, a Registered

7    Professional Reporter, Registered Merit

8    Reporter, Certified Realtime Reporter and

9    a Notary Public, do hereby certify that

10    the foregoing witness, BRIAN M. JENKINS,

11    was duly sworn on the date indicated, and

12    that the foregoing is a true and accurate

13    transcription of my stenographic notes.

14      I further certify that I am not employed

15    by nor related to any party to this

16    action.

17

18

19

20

21      *Jineen Pavesi, RPR, RMR*

22

23

24      JINEEN PAVESI, RPR, RMR, CRR

25

Page 294

```
 1
 2              E X H I B I T S
 3
 4   Defendants'
 5   EXHIBIT        DESCRIPTION              PAGE
 6
 7   Exhibit 2025   Jenkins Expert            20
 8                  Report
 9   Exhibit 2026   Bates stamped FED         71
10                  PEC 75569, 75729
11                  through 75757, and
12                  76072 through 76083
13   Exhibit 2027   FED PEC 75754             86
14   Exhibit 2028   transcript of            91
15                  witness's testimony
16                  presented before
17                  the House Armed
18                  Services Committee,
19                  Subcommittee on
20                  Emerging Threats
21                  and Capabilities,
22                  on or about June
23                  22, 2011
24   Exhibit 2029   expert report of         113
25                  witness in
```

Page 295

```
 1
 2                    connection with the
 3                    Weiss v.  National
 4                    Westminster case on
 5                    or about March 4,
 6                    2011
 7   Exhibit 2030   copy of an expert        116
 8                    report by witness
 9                    in connection with
10                    Strauss versus
11                    Credit Lyonnnais
12                    case dated July 15,
13                    2010
14
15   EXAMINATION BY:
16   MR. COTTREAU:   PAGE 9
17   MR. NASSAR: PAGE 239
18   MR. MOHAMEDDI:   PAGE 283
19
20
21
22
23
24
25
```

```
                                              Page 296

 1
 2                    ERRATA SHEET
 3           Veritext/New York Reporting, LLC
                     1-800-727-6396
 4   330 Old Country Road    1250 Broadway
     Mineola, New York 11501 New York, New York
 5
     Name of Case: Terrorist Attacks of 9/11
 6   Date of Deposition: 4/12/21
     Name of Deponent: Brian M. Jenkins
 7

     Page    Line    Change                    Reason
 8   _____  ____    _____  _____
     _____  ____    _____  _____
 9   _____  ____    _____  _____
     _____  ____    _____  _____
10   _____  ____    _____  _____
     _____  ____    _____  _____
11   _____  ____    _____  _____
     _____  ____    _____  _____
12   _____  ____    _____  _____
     _____  ____    _____  _____
13   _____  ____    _____  _____
     _____  ____    _____  _____
14   _____  ____    _____  _____
     _____  ____    _____  _____
15   _____  ____    _____  _____
     _____  ____    _____  _____
16   _____  ____    _____  _____
     _____  ____    _____  _____
17   _____  ____    _____  _____
     _____  ____    _____  _____
18   _____  ____    _____  _____
19
20                   _____
                       Brian M. Jenkins
21
     SUBSCRIBED AND SWORN TO BEFORE ME
22   THIS _____DAY OF _____, 20__.
23
     _____  _____
24   NOTARY PUBLIC   COMMISSION EXPIRES
25
```