EXHIBIT K

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                       - - -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                             - - -
 8                     JULY 22, 2021
                  THIS TRANSCRIPT CONTAINS
 9                 CONFIDENTIAL MATERIAL
                             - - -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of JONATHAN
14   MARKS, commencing at 9:00 a.m., on the
15   above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                       - - -
21         GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22              deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2
          KREINDLER & KREINDLER LLP
 3        BY: ANDREW J. MALONEY III, ESQUIRE
          485 Lexington Avenue, 28th Floor
 4        New York, New York 10017
          (212) 687-8181
 5        amaloney@kreindler.com
          Representing the Ashton, et al.,
 6        Plaintiffs
 7
 8
 9        COZEN O'CONNOR P.C.
          BY: SEAN P. CARTER, ESQUIRE
10        BY: J. SCOTT TARBUTTON, ESQUIRE
          One Liberty Place
11        1650 Market Street
          Suite 2800
12        Philadelphia, Pennsylvania 19103
          (215) 665-2000
13        scarter1@cozen.com
          starbutton@cozen.com
14        Representing the Plaintiffs
15
16
17        ANDERSON KILL P.C.
          BY: JERRY S. GOLDMAN, ESQUIRE
18        1251 Avenue of the Americas
          New York, New York 10020
19        (212) 278-1000
          jgoldman@andersonkill.com
20        Representing the Plaintiffs'
          Steering Committee
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3         MOTLEY RICE LLC
           BY: ROBERT T. HAEFELE, ESQUIRE
 4         BY: JODI WESTBROOK FLOWERS, ESQUIRE
           BY: C. ROSS HEYL, ESQUIRE
 5         28 Bridgeside Boulevard
           Mount Pleasant, South Carolina 29464
 6         (843) 216-9000
           rhaefele@motleyrice.com
 7         jflowers@motleyrice.com
           rheyl@motleyrice.com
 8         Representing the Plaintiffs' Steering
           Committee and the Burnett Plaintiffs
 9
10
11
           JONES DAY
12         BY: ERIC SNYDER, ESQUIRE
           BY: GABRIELLE PRITSKER, ESQUIRE
13         51 Louisiana Avenue, N.W.
           Washington, D.C. 20001
14         (202) 879-3939
           esnyder@jonesday.com
15         gpritsker@jonesday.com
           Representing the Defendant,
16         Dubai Islamic Bank
17
18         LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
           BY: SUMAYYA KHATIB, ESQUIRE
19         1101 New York Avenue, N.W.
           Suite 1000
20         Washington, DC 20005
           (202) 833-8900
21         sumayya.khatib@lbkmlaw.com
           Representing the Defendants,
22         Muslim World League, the
           International Islamic Relief
23         Organization, and
           Drs. Turki, Al-Obaid, Naseef and Basha
24
```

```
 1   APPEARANCES: (Continued)
 2
 3        LAW FIRM OF OMAR T. MOHAMMEDI, LLC
          BY: OMAR T. MOHAMMEDI
 4        BY: JILL L. MANDELL, ESQUIRE
          233 Broadway
 5        Suite 820
          New York, New York 10279
 6        (212) 725-3846
          omohammedi@otmlaw.com
 7        jmandell@otmlaw.com
          Representing the Defendant,
 8        WAMY and WAMY International
 9
10
11        GOETZ & ECKLAND P.A.
          BY: FREDERICK J. GOETZ, ESQUIRE
12        615 1st Avenue NE
          Suite 425
13        Minneapolis, Minnesota 55413
          (612) 874-1552
14        fgoetz@goetzeckland.com
          Representing the Defendant,
15        WAMY and WAMY International
16
17   ALSO PRESENT:
18   David Lane, Videographer
     Dianne Int-Hout, Trial Technician
19
20   Linde Hoffman, Legal Assistant, Jones Day
21
22
23
24
```

1  in the invoices for you reviewing
2  documents was 14 hours, correct?
3          MR. GOETZ:  Objection.
4       Form.
5          THE WITNESS:  We went
6       through this.  Yes, that's what it
7       says on the time sheets.  Yes.
8  BY MR. CARTER:
9       Q.   Do you know how many
10 documents you personally actually
11 reviewed --
12      A.   I don't.
13      Q.   -- prior to the issuance of
14 your report?
15      A.   I don't.
16      Q.   Well, did you review tens of
17 thousands of documents or fewer?
18      A.   We reviewed -- we reviewed a
19 lot of documents.  I don't know the exact
20 amount.
21      Q.   I'm not asking whether we,
22 "we" meaning Baker Tilly, reviewed.
23           I'm asking whether you
24 reviewed tens of thousands of documents?

This Transcript Contains Confidential Material

1  A. I wouldn't say I reviewed
2 tens of thousands of documents, no. Like
3 I said, that's not the process that we
4 went through -- go ahead.
5  Q. So you review -- you relied
6 on other people to review documents and
7 they provided their analysis to you; is
8 that correct?
9  A. Yes.
10  Q. And how did they provide
11 that analysis to you?
12  A. We would have regular and
13 ongoing discussions.
14  Q. And did they provide any
15 summaries to you relating to their
16 review, analysis or findings?
17  A. I'm sure they summarized it
18 to me, otherwise -- yes. Absolutely,
19 yes. They summarized information for me.
20  Q. And so you relied on those
21 summaries for purposes of developing your
22 opinions and writing your report,
23 correct?
24  A. I relied on those summaries

This Transcript Contains Confidential Material

1 to evaluate whether I believed that those
2 were complete and accurate. And if I
3 thought that we needed more information,
4 I would -- I asked my staff to go back
5 and get me more details.
6       So placing reliance on them,
7 it all depended on many different
8 factors.
9     Q.   Well, you considered them in
10 the context of developing your opinions
11 and report in the case, correct?
12     A.   Yes.
13     Q.   And do you list any of those
14 summaries or any analyses provided by
15 your staff in the documents considered
16 section of your report?
17       MR. GOETZ: Objection.
18     Form.
19       THE WITNESS: I don't have
20     any written summaries. So the
21     answer to that is no.
22 BY MR. CARTER:
23     Q.   Well, they didn't provide
24 you any information in writing relating

This Transcript Contains Confidential Material

1   to their review of the documents?
2          A.    No.  It was all done through
3   meetings and discussions.
4          Q.    And you were able to assess
5   the competence and quality of the review,
6   by a dozen employees, of tens of
7   thousands of documents based on verbal
8   communications at meetings?
9          A.    Yes.
10         Q.    And you didn't feel the need
11  to have anyone put any of their analysis
12  down in writing so you could study it and
13  make sure you thought it was accurate?
14         A.    I'm just telling you how it
15  worked.  We had conversations about the
16  documents.  If I thought that they
17  were -- if I thought -- if I understood
18  what it was that they were trying to say,
19  that was fine.
20               If not, if I needed more
21  information or required more information,
22  or there was something that I wanted to
23  be looked into further, then that's what
24  we did.

This Transcript Contains Confidential Material

```
 1              But I do not have anything
 2   written in the form of any analysis, no.
 3        Q.   And individuals on your
 4   staff also billed time for participating
 5   in the drafting of the report, correct?
 6        A.   They helped, yes, when I had
 7   questions.  And that's why it says
 8   drafting of the report.
 9              I drafted the report.
10        Q.   Well, there are significant
11   time entries, Mr. Marks, for other
12   individuals described as related to the
13   drafting of the report.  They are not
14   incidental entries.
15              Can you explain that?
16              MR. GOETZ:  Objection.
17        Form.
18              THE WITNESS:  I can explain
19        the process, sure.
20              Would you like me to explain
21        the process?
22   BY MR. CARTER:
23        Q.   Well, no.
24              I'd like you to explain why,
```

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
         I, Amanda Maslynsky-Miller, Certified
 4    Realtime Reporter, do hereby certify that
      prior to the commencement of the examination,
 5    JONATHAN MARKS, was remotely sworn by me to
      testify to the truth, the whole truth and
 6    nothing but the truth.
 7
         I DO FURTHER CERTIFY that the foregoing is a
 8    verbatim transcript of the testimony as taken
      stenographically by me at the time, place and
 9    on the date hereinbefore set forth, to the
      best of my ability.
10
11       I DO FURTHER CERTIFY that I am neither a
      relative nor employee nor attorney nor
12    counsel of any of the parties to this action,
      and that I am neither a relative nor employee
13    of such attorney or counsel, and that I am
      not financially interested in the action.
14
15           [signature: Amanda Miller]
16    _____
      Amanda Miller
17    Certified Realtime Reporter
      Dated: August 2, 2021
18
19
      (The foregoing certification of this
20    transcript does not apply to any reproduction
      of the same by any means, unless under the
21    direct control and/or supervision of the
      certifying reporter.)
22
23
24
```

This Transcript Contains Confidential Material

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within sixty (60) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

This Transcript contains Confidential Material

```
 1                    - - - - - -

                      E R R A T A

 2                    - - - - - -

 3   PAGE   LINE   CHANGE

 4   ____   ____   _____

 5   ____   ____   _____

 6   ____   ____   _____

 7   ____   ____   _____

 8   ____   ____   _____

 9   ____   ____   _____

10   ____   ____   _____

11   ____   ____   _____

12   ____   ____   _____

13   ____   ____   _____

14   ____   ____   _____

15   ____   ____   _____

16   ____   ____   _____

17   ____   ____   _____

18   ____   ____   _____

19   ____   ____   _____

20   ____   ____   _____

21   ____   ____   _____

22   ____   ____   _____

23   ____   ____   _____

24   ____   ____   _____
```

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
            I,_____, do
 3   hereby certify that I have read the
     foregoing pages, 1 - 316, and that the
 4   same is a correct transcription of the
     answers given by me to the questions
 5   therein propounded, except for the
     corrections or changes in form or
 6   substance, if any, noted in the attached
     Errata Sheet.
 7
 8   _____
      JONATHAN MARKS                    DATE
 9
10
     Subscribed and sworn
11   to before me this
     _____ day of _____, 20____.
12
     My commission expires:_____
13
14   _____
     Notary Public
15
16
17
18
19
20
21
22
23
24
```

This Transcript contains Confidential Material

```
 1                       LAWYER'S NOTES
 2      PAGE   LINE
 3      ____   ____    _____
 4      ____   ____    _____
 5      ____   ____    _____
 6      ____   ____    _____
 7      ____   ____    _____
 8      ____   ____    _____
 9      ____   ____    _____
10      ____   ____    _____
11      ____   ____    _____
12      ____   ____    _____
13      ____   ____    _____
14      ____   ____    _____
15      ____   ____    _____
16      ____   ____    _____
17      ____   ____    _____
18      ____   ____    _____
19      ____   ____    _____
20      ____   ____    _____
21      ____   ____    _____
22      ____   ____    _____
23      ____   ____    _____
24      ____   ____    _____
```