EXHIBIT M

(CABINET DIVISION)

......

No.14/1/97-R&R

Islamabad, the 14th March, 2000

## CIRCULAR

Subject:- __COMPOSITION OF RABITA TRUST BOARD__

The revised and up-dated composition of Rabita Trust Board is circulated for information of all concerned.

(Muhammad Riaz Malik)
Section Officer
Tele: 9201492

1. Principal Secretary to the Chief Executive of Pakistan
2. Military Secretary to Governor Punjab, Lahore
3. Military Secretary to Governor Sindh, Karachi
4. P.S. to Minister for Finance, Revenue, Economic Affairs, Planning & Development and Statistics, Islamabad.
5. P.S. to Minister for Interior, Narcotics Control & Capital Administration & Development, Islamabad.
6. P.S. to Secretary Foreign Affairs Division, Islamabad
7. P.S. to Secretary Cabinet Division
8. Mr. Majid Nizami, Chairman, Pak. Citizens' National Committee, Lahore
9. Mr. Moaved A. Al-Butery, Project Director, Rabita Trust Board, Islamabad.

15/3/2000

016

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)

......

## COMPOSITION OF RABITA TRUST BOARD

| S.NO. | NAME & PORTFOLIO/DESIGNATION | POSITION IN THE BOARD |
|-------|------------------------------|------------------------|
| 1. | General Parvez Musharraf, Chief Executive, Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal Bin Abdul Aziz Al-Saud | Co-Chairman |
| 3. | H.E. Dr. Abdullah bin Saleh Al-Obaid Secretary General, Rabita al-Alam al Islami | Vice-Chairman |
| 4. | Mr. Shaukat Aziz Minister for Finance, Revenue, Economic Affairs, Planning & Development and Statistics | Vice Chairman |
| 5. | Lt. Gen. (R), Moin-ud-Din Haider, Minister for Interior, Narcotics Control and Capital Administration & Development | Member |
| 6. | Lt. Gen. Muhammad Safdar, HI (M), S BI (Retd), Governor Punjab | Member |
| 7. | Air Marshal Azim Daud Pota, HI(M), SJ (Retd) Governor Sindh | Member |
| 8. | Mr. Wael Hamzah Jelaidan | Director General-cum-Secretary General |
| 9. | H.E. yousaf Jasim Al-Hiji President, International Islamic Charity Organization, Kuwait | Member |
| 10. | H.E. Dr. Adnan Khalil Basha, Secretary General International Islamic Relief Organization, Jeddah | Member |
| 11. | H.E. Dr. Abdul Malik Al-Hamar, Advisor to the President of UAE, Abu Dubi | Member |
| 12. | H.E. Al-Sheikh Hamad Al-Zamil, President, Chamber of Commerce and Industries, Saudi Arabia | Member |
| 13. | Engineer Abdul Mohsin Al-Idris, Member, Chamber of Commerce and Industries, Riyadh, Saudi Arabia | Member |
| 14. | Mr. Majid Nizami, Chairman, Pak. Citizens' National Committee. | Member |
| 15. | Secretary Foreign Affairs | Member |
| 16. | Secretary Cabinet Division | Deputy Director General-cum-Deputy Secretary General |

THE RABITA TRUST DEED

WHEREAS about a quarter of a million Pakistanis hereinafter called "the Stranded Pakistanis" are still lying stranded in Bangladesh.

AND WHEREAS the Rabita-al-Alam al-Islami (Muslim World League), in accordance with its constitution and declared policy of helping the distressed Muslims and in pursuance of the resolution of its Consituent Council, has accepted the financial responsibility for the transportation and rehabilitation of the Stranded Pakistanis, hereinafter called the "Rehabilitation Project",

AND WHEREAS to achieve this object of the Rehabilitation Project, the Rabita al-Alam al-Islami hereinafter called the "Founder", with the consent and cooperation of the Government of Pakistan, intends to establish a Trust,

AND WHEREAS the Trustees named hereinafter have agreed to become the Trustees of the Trust,

NOW, THEREFORE, this Deed witnesseth as agreed and declared and that the Founder and the Government of Pakistan hereby deliver, transfer and make over to the Trustees sums of Rs 50 million (Rupees fifty million) and Rs 250 million (Rupees two hundred and fifty million) as their respective initial contributions, making a total of Rs 300 million (Rupees three hundred million) to have and hold the same subject to the powers hereinafter contained and declared..

1.  NAME AND HEAD OFFICE OF THE TRUST

    (a)  The Trust shall be called the "Rabita Trust for Rehabilitation of the Stranded Pakistanis"

017

located at Islamabad; provided that
regional offices of the Trust may also
be established at such other places
within and outside Pakistan as may be
determined by the Board of Trustees.

2.   AIMS AND OBJECTS OF THE TRUST

The aims and objects of the Trust shall be :

(a)   To arrange for transportation and
repatriation of the Stranded Pakistanis
from Bangladesh to Pakistan in such
manner and through such measures as the
Board of Trustees may deem proper  and
feasible:

Provided that transportation and
rehabilitation of stranded Pakistanis
will start as soon as an amount
equivalent to half of the estimated
cost of the project has been collected.

(b)   To arrange for procurement of suitable
sites and construction of such residential
units, mosques and other ancillary
structures and provision of amenities
thereon, as may be considered appropriate
by the Board of Trustees for such purpose.

(c)   To arrange for maintenance of repatriates,
for such period and on such scale as may
be deemed necessary by the Board.

(d)   To render  to the repatriates such advice
and assistance as may be deemed feasible
and proper to enable them to become
self-supporting citizens.

(e)   To take all other steps considered
necessary for or incidental to the
implementation of the Rehabilitation
Project.

3.   BOARD OF TRUSTEES

(a)   There shall be a Board of Trustees,
hereinafter called the "Board",

initially consisting of twelve members, six from the Government of Pakistan and six from the Founder;

Provided that the Board may add to its initial members upto four more Trustees, two from each side.

(b)   The Board shall initially consist of the following members:-

| Sl No. | Name | Designation |
|---|---|---|
| 1. | General Mohammad Zia-ul-Haq, President of the Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal bin Abdul Aziz | Co-Chairman |
| 3. | Dr Abdullah- Omar Naseef, Secretary-General of the Rabita Al-Alam Al-Islami | Vice-Chairman |
| 4. | Sahabzada Yaqub Khan, Foreign Minister, Government of Pakistan | Vice-Chairman |
| 5. | Syed Amin Aqeel Attas, Assistant Secretary-General of Rabita Al-Alam Al-Islami | Director General-cum-Secretary General |
| 6. | Mr. Hasan Zaheer, Cabinet Secretary, Government of Pakistan | Deputy Director General-cum-Deputy Secretary-General |
| 7,8 & 9. | Three members to be nominated by the Rabita Al-Alam Al-Islami. | Members |
| 10. | Dr. Mahbubul Haq, Minister for Commerce, Finance & Economic Affairs and Planning & Development, Government of Pakistan. | Member |
| 11. | Malik Nasim Ahmed Aheer, Minister for Interior, Government of Pakistan. | Member |
| 12. | Maulana Muhammad Zafar Ahmad Ansari | Member |

(c)   In case a vacancy occurs in the Board on account of any of the reasons enumerated

fill the vacancy, keeping in view the
requirement of parity of representation
between the Founder and the Government
of Pakistan.

(d)     Subject to provisions of the Trust Act,
1982 (II of 1982), the office of a
Trustee shall be declared vacant by the
Board on the happening of any of the
following events:

(i)     death;

(ii)    resignation in writing addressed to
and accepted by the Board;

(iii)   having been adjudicated insolvent;

(iv)    becoming of unsound mind;

(v)     becoming incapable to act as Trustee
due to ill health;

(vi)    conviction for an offence involving
moral turpitude; and

(vii)   engagement in activities harmful or
inimical to the objects of the
Trust.

(e)     No act or proceeding of the Board shall
be invalid by reason only of the existence
of a vacancy in its membership.

4.      POWERS AND FUNCTIONS OF THE BOARD

(a)     The Board shall administer and manage
the Trust.

(b)     The Board shall take all policy decisions
in respect thereof.

(c)     The Board shall launch a fund-raising
campaign and receive all donations, gifts
and other monetary contributions to meet
the financial liabilities in respect of
the Rehabilitation Project.

(d)     The Board shall own and possess all
properties, movable and immovable, cash,
Government securities and shares of joint

(e)    The Board shall, out of the Receipts, pay and defray all costs, charges and expenses incurred in respect of the implementation and efficient functioning of the Rehabilitation Project.

(f)    The Board may appoint a Project Director and such other staff as it may deem necessary to ensure speedy and proper implementation of the Rehabilitation Project.  The Project Director shall be responsible to the Director General-cum-Secretary-General.

(g)    The Board shall have the power to spend and invest, in its discretion, the Trust Fund in the purchase of lands, buildings, building material and other articles and things considered necessary for the implementation of the Rehabilitation Project.

5.    <u>MEETINGS OF THE BOARD</u>

(a)    The Board shall meet ordinarily at the the head office, at least four times in a calendar year, to consider and dispose of all matters relating to the Trust: Provided that not more than one hundred and twenty days shall elapse between one meeting and the other.

(b)    Meetings of the Board shall normally be convened by the Secretary-General with the approval of the Chairman/Co-Chairman by giving fourteen days clear notice in writing, to call such a meeting.

(c)    An emergency meeting of the Board may be convened by the Secretary-General with the approval of the Chairman/Co-Chairman of the Board whenever deemed necessary, by giving three to seven days notice according to circumstances.

(d)   A requsition meeting of the Board shall
be convened by the Secretary-General by
giving fourteen days clear notice, whenever
a requisition stating the specific matter
for which the meeting is required to be
convened, is received by the Secretary-
General, duly signed by six or more Trustees.

(e)   All meetings of the Board shall be
presided over by the Chairman or, in his
absnece, by the Co-Chairman or a Vice-
Chairman, or by one of the Trustees
elected from amongst themselves to preside
over the meeting.

(f)   The decisions of the Board shall be
expressed in terms of the opinion of the
majority of the Trustees present and voting.

(g)   In case of equality of votes, the person
presiding over the meeting, shall have
and exercise a casting vote.

6.   **QUORUM FOR THE MEETING**

Six Trustees shall constitute the quorum for the
meeting of the Board:  Provided that at least
three of them must be from amongst the
representatives of the Founder and at least three
from amongst the representatives of the Government
of Pakistan.

7.   **MINUTES OF THE MEETING**

Minutes of the proceedings of the meetings shall
be recorded and kept by the Secretary-General of
the Board and shall be signed by the person
presiding over the meeting in a Minute Book to
be maintained for that purpose.

8.   **TRUST FUND**

The Trust Fund shall consist of the following :

(a)   The token sum of Rs 50 million initially
made over to the Trustees by the Founder.

-: 7 :-

(b) Such other sums as may be transferred to the Trust by the Founder from time to time.

(c) The sum of Rs 250.00 million donated by the President of Pakistan and the cost of land required for the accomplishment of the Rehabilitation Project to be donated by the Government of Pakistan.

(d) Donations, gifts, grants and other amounts and properties received by the Board from individuals, organizations, international agencies, governments and others.

(e) Dividends, income, bonuses and profits accruing to the Trust.

9.  <u>EXEMPTION FROM INCOME TAX</u>

All contributions made to the Trust shall be exempt from income tax.

10.  <u>BANK ACCOUNT</u>

All monies received by the Board on account of the Trust shall be deposited and maintained in the name of the Trust with any scheduled bank in Pakistan, provided that the Director General and Deputy Director General may keep in hand a revolving imprest within the respective ceilings as may be determined by the Board to meet the day-to-day expenses.

The account of the Trust shall be operated jointly by two out of four Trustees authorised by the Board who shall sign the cheques: Provided always that one of the two signatories to all cheques shall be a Trustee representing the Founder and the other signatory will be a Trustee representing the Government of Pakistan. The Board shall have the annual statement of Receipts and Expenditure of the Trust prepared and its accounts audited by the Auditor General of Pakistan.

11.  <u>DELEGATION OF POWERS</u>

that the Board may set up for specific assignments or
to any of its office bearers or Trustees to ensure
proper and efficient implementation of the
Rehabilitation Project.

## 12. SEAL OF THE TRUST

There shall be a seal of the Trust, duly approved
by the Board, which shall be affixed to all
documents executed in relation to the Trust.   The
seal shall remain in the custody of the Secretary-
General.

## 13. POWER TO FRAME RULES AND REGULATIONS

The Board may frame rules and regulations for the
administration and management of the Trust and
the implementation of the Rehabilitation Project.

## 14. AMENDMENTS TO THE TRUST DEED

Amendments to the Trust Deed, within the framework
of, and not inconsistent with the aims and objects
of the Trust, may be made by a two-thirds majority
of the total membership of the Board:  Provided
that a notice in this behalf alongwith a copy of
the proposed amendment is duly furnished to the members
of the Board at least twenty days before the date
of the meeting.

## 15. TERMINATION OF THE TRUST AND DISPOSAL OF SURPLUS FUNDS

When, in the opinion of the Board, the Rehabilitation
Project has been completed, it may decide to wind up
the Trust.  The surplus  funds, after liquidation of
debts and liabilities, if any, may be diverted towards
relief and welfare projects for other distressed
Muslims:
Provided that the decision for winding up as well as
the diversion of surplus funds is taken by the votes
of at least two-thirds of the total membership of the
Board.

Signed at Islamabad on this 9th day of July, 1988/24th
day of Ziqaad, 1408 H.



# Summary of Events

---

### After 11 September 2001

1. Letter from the Cabinet Secretary, Government of Pakistan asking for (1)details of receipts in the Rabita Trust Fund since its inception with an initial amount of Rs. 300 Million (2) Details of Major Expense and (3)procedures and persons authorized to sanction expenditure from the Trust Fund.  A reply was send on 1 October by the Project Director Rabita Trust giving details of all the major expenditures including the construction of 1000 flats and repatriation of 63 families, issuance of identification cards and administrative expenses.  This letter also included account numbers and persons authorized to operate these accounts. **(Reference Documents: Letter of the Cabinet Secretary No. 14/1/97 dated 25 Sept 2001 and Project Director's reply No. 465 dated 1 October 2001)**

2. Received a letter from the Project Director Rabita Trust informing us that the Information Resource Center, U.S. Embassy has asked for information material about "Rabita Trust".  Action Taken: The Project Director sent them a reply on the same date giving the details about the Trust. **(Reference Document: U.S. Information Resource Center, Letter dated 1 October, 2001)**

3. Received a letter from the Cabinet Division asking to (1) close the Lahore office, (2) terminate the services of the Deputy Project Director, (3) Joint operation of all the accounts of Rabita Trust and (4) Audit of the Rabita Trust fund since its inception.  As a response, the Secretary General issued an Office Order and directed the Project Director (1) to close the Lahore Office, take the full charge of all the assets and documents, (2) Suspend of the services of the Deputy Project Director UNTIL THE AUDIT IS COMPLETED AND SUBSEQUENT TERMINATION OF HIS SERVICES, after the audit, (3) joint operation of Rabita Trust accounts (authorizations for the second signatory were attached) (4) The Lahore office account's signatory was changed from the Deputy Project Director to Project Director, Rabita Trust and his accountant to operate jointly. **(Reference Documents: Cabinet Secretary**

**Letter No. 14/1/97-ERC® dated 3 October 2001 and Secretary General's Office Order 3 October 2001).** Action taken: The Project Director took charge of the Lahore Office and the Deputy Project Director was suspended and authorization letters to the concerned banks were delivered for immediate action to operate the Trust accounts jointly.

4. Received a notification from the Cabinet Secretary, in which the new composition of the Rabita Trust Board from the Pakistani side with the Cabinet Secretary as the new Chairman of the Trust. It also said that the changes from the Rabita Alam Al-Islami will be informed later. **(Reference Document: Cabinet Division Letter No. 10/1/2000, dated 11 October 2001)**

5. Received a letter from the Cabinet Division, Director General ERC, in which he informed the Project Director that the DG ERC had been nominated the new Chairman of the Rabita Trust and subsequently, authorized by the Government of Pakistan to operate the Rabita Trust accounts jointly. **(Reference Document: Cabinet Secretary Letter No. 10/1/2000 dated 20 Oct 2001)**

6. Received a letter from the Cabinet Division in which they informed that Government of Pakistan has engaged a reputed Chartered Accountants firm to **audit the Rabita Trust funds**. Action taken: The Secretary General directed the Project Director to extend full cooperation to the Audit Team to complete the audit of the Rabita Trust Fund. **(Reference Document: Cabinet Division Letter No. 10/1/2000-R&R (ERC) dated 11 October 2001 and Secretary General's Memo No. RTJ/19/22 dated 14 October). Remarks: At present, the Audit Firm is carrying out the audit of accounts at Rabita Trust Office, Islamabad.**

7. Received a letter from the Cabinet Division asking for the list of equal number of trustees from Rabita Trust. **(Reference Document: Cabinet Secretary Letter dated 13 October, 2001).**

# REPORT

### On The Latest Events Related To

### Repatriation Of

### THE STRANDED PAKISTANIS

BY

## SECRETARY GENERAL
## Rabita Trust

## INTRODUCTION

**Some quarter million Pakistanis have been living under un-describable conditions in Bangladesh in some 66 camps for the last 30 years. The Rabita trust was formed in July 1988 to bring these Pakistanis to Pakistan and rehabilitated them in the province of Punjab. Out of 40,500 families, only 67 could be repatriated in 1993. The issue has been a victim of politics of the concerned countries. It is a purely a humanitarian issue and the International community is urged to extend full help to this poor and neglected community for the last three decades.**

# BRIEF REPORT ON THE PROJECT

- The project was established on 9 July 1988 and physically executed during 1993.

- The target was to construct 40,000 residential units to accommodate 40,937 families.  In accordance with the census carried during 1992, this population comprised of **237,000** persons.

- A total of 1000 units were constructed at Mian Channu in the province of Punjab in the early 90's.  Out of these newly built housing units, 932 units remained unoccupied since their completion.   (Unfortunately, the condition of these units deteriorated with the passage of time and now require intensive maintenance and renovation work)

- The construction of 1000 residential units costed some 160 Million Pakistani Rupees.  At that time, 1 Saudi riyal equaled 7 Pak. Rupees.  Now, due to inflation, 1 Saudi Riyal is equal to 14.5 Pakistani Rupees.

- During February 1993, some 63 families were repatriated from Dhaka to Pakistan and were temporarily provided camps around the city of **Okara**, They were later moved to their colonies in Mian Channu in April 1994.

- It is estimated that the present number of Stranded Pakistanis has equaled if not exceeded 300,000, which is based on the first census carried out before 8 years.  In 1992, the population was 237,000 persons.

# MEETINGS AND ACTIVITIES

- No meeting of the Rabita Trust Board was held after February 1999 and as a result, no work was carried out by the Rabita Trust for the repatriation & rehabilitation of the Stranded Pakistanis.

- When the present government of General Pervez Musharraf came into power in October 1999, sizeable efforts were made by the Rabita Trust to hold an emergency meeting of the Board members with the government and subsequently, Rabita Trust received a reply from the Government of Pakistan supplying the names of new members of the Board nominated, replacing some of the members in the previous government.  At present, we are in the process of making necessary arrangements to hold a preparatory meeting of the Board Members.

4

# POINTS DISCUSSED IN THE LAST MEETING

- The last meeting of the Rabita Trust was held on **4/2/99**.   In this meeting, the status of Rabita Trust, as well as willingness by both the Pakistani Government and MWL, to continue their efforts to repatriate the Stranded Pakistanis; and to continue the project, which was stopped due to political reasons, were discussed in detail.  Since then no other meeting was held until now.

- It was reassured by the Pakistani Government that it stands fully committed to the issue of Stranded Pakistanis and promised to re-activate the project by strictly adhering to the contents of the Rabita Deed.

- A meeting was held between the Pakistani Foreign Ministers and the MWL delegation on **5/2/1999G**, as a continuation of the meeting with the Prime Minister of Pakistan to review the past achievements and to ensure Pakistan' commitment to the remobilization of the Rabita Trust Project.

**The following points were discussed in the meeting with the Foreign Minister of Pakistan:**

- Adhering to the 1992 census already carried out by Rabita Trust and to update the same for future benefit.

- Issuance of personal or family identification cards that would include profession and be attested by both the Pakistani High Commissioner in Dhaka and subsequently by the Government of Punjab when the Stranded Pakistani arrive with a system of effective follow-up to be adopted.

- Since 63 families have already been settled in colonies in the residential units, the Government of Pakistan assures its willingness to repatriate the remaining families to occupy the already constructed units.  For this purpose, it was mentioned that the allowable budget would be used to accomplish this.

- Ensuring the Stranded Pakistanis would be given the ownership rights after having stayed for 10 years or more in their units and after taking the necessary steps to guarantee their permanent stay in Punjab with the condition to eliminate possibilities of their suspected migration to Sindh.

- Review of the design of the residential colonies and refreshing the distribution of the residential colonies in the province of Punjab to break them into smaller residential colonies to facilitate their marketing and fetching funds in future, effectively.

- Contacting the Islamic Development Bank to adhere to its former commitments to construct general facilities (mosques, schools,

5

shopping centers etc), which amounts to some15% of the budget of the entire project.

- Presenting a report to assess the present cost of residential units and general budget for the project in accordance with the current estimates.

- Contacting HRH Price Sultan bin Abdul Aziz, the Second Deputy Premier, Minister of Defense and Civil Aviation to seek his assistance to transport the families of Stranded Pakistanis from Dhaka to Lahore and to get HRH full support to the project in general.

- Pakistan's commitment to provide 50% of the Budget as per as the Rabita Deed and this would be by ratio on the revenue received by Rabita Trust.

- Carrying out a fund raising campaign and issuance of a collective appeal by both the Government of Pakistan under the signature of the Pakistani Foreign Minister and the Secretary General MWL for donations and support for repatriation and the stress is given to launch such campaign effectively and smoothly.

- A call for a meeting of Board members to review the above-mentioned agenda and to take the necessary decisions.

## Translation

His Excellency Admiral ® Abdul Aziz Mirza,
Ambassador of Pakistan in the Kingdom of Saudi Arabia,


Your Excellency,
Assalamu alaikum Wa rahmatullah.

Praying Allah to extend His help to you and shower His endless blessings on you, I refer to your letter No. 03/45/3 dated 31 March 2003 referring to the letter of Mr. Javed Masood, the Cabinet Secretary, dated 18/10/2001 in which he referred to the Gazzette Order No 1/2000 asking the authorities to re-constitute the Board of Trustees of the Rabita Trust for the Repatriation of the Stranded Pakistanis. In his letter, he demanded the replacement of Engineer Wael Hamzah Jelaidan, the present Director-General cum Secretary General of the Rabita Trust.

I would like to take this opportunity to thank you and the Government of Pakistan for looking after the Trust, which was established with the objective of Repatriation of the Stranded Pakistanis. At this point, I would like to inform you that this subject requires new and sincere studies to put it back on the right direction, in accordance with the essence of the Rabita Deed.

**Firstly:**
Due to the freezing of the Rabita Trust accounts in Habib Bank Limited by the Government of Pakistan, the Rabita Trust has NOT been able to pay for the electric bills of the residential colonies in Mian Channu, occupied by the already repatriated Pakistanis in the early nineties. Similarly, the salaries of the employees of the Rabita Trust still remain unpaid since the start of the year 2002 to this date. Despite the fact that an audit firm was nominated by the Government of Pakistan to conduct the audit of the Rabita Trust accounts since its inception which was carried out accordingly and it was found out that all the transaction of the Rabita Trust were according to the aims and objectives laid down by the Rabita Deed. The auditor statement was issued in this regards. Based on this, we contacted the Government of Pakistan, requesting that both the Government and Muslim World League issue a joint letter, to the United States Treasury Department with the request to drop the name of Rabita Trust from the List, according to the legal recommendation of the lawyers. Copy of this letter is attached as (1). Subsequently, a letter was sent to the Governor of the State Bank of Pakistan to re-activate Rabita Trust accounts so that the

021

salaries of the Rabita Trust employees and dues of the Mian Channu colonies could be paid.  Copy of this letter is also attached as (2).

**Secondly:**
The issue of re-constitution of the Board of Trustees of the Rabita Trust and replacement of Director General cum Secondary General should be put after all the dues as explained above, are paid. These dues have not been paid for more than a complete year despite the fact that the money is available in Rabita Trust accounts.  It is obvious that the beneficiaries are Pakistanis, the Trust's main objective is to serve the Pakistani nationals, and the Government of Pakistan is a partner to this task.

In my view, we should start with the re-activation of the Trust accounts since its legal stand is good and well justified, which proves that Trust is feasible enough to carry out its tasks and fulfill its defined duties.  At the same time, efforts should be made to remove the name of Rabita Trust and subsequently get the clearance from the false and baseless accusation, from the American Treasury Department; which would be good reasons  to discuss the re-constitution of the Board and the replacement of the Director General cum Secretary General,    in light of practical achievements.

We thank your Excellency once again for your kind attention to this humanitarian issue, hoping that you would clarify our point of view to the Government of Pakistan so that MWL can honor its commitment to this humanitarian issue. We pray Allah the almighty to grant success to all.

Wassalamu alaikum wa Rahmatullah.

_____
Dr. Abdullah bin Abdul Mohsin Al Turki,
Secretary General

# Wael Jelaidan

## **Life in America:**

I graduated from the high school in summer 1976 and got scholarship for my B.Sc in Soil Science.  In fall 1976, I joined the English language program in Belmont, North Carolina.  In fall 1977, I joined the two years Diploma program in St. Petersburg College, Florida.  I got my Bachelors degree in Soil Science in fall 1981 from Eastern Kentucky University.

In spring 1982, I was appointed as a Tutor in the King Abdul Aziz University, Jeddah, Saudi Arabia at the College of Meteorology, Environment and Agriculture in the Arid Zone.

Thereafter, in fall 1983, I got a scholarship for my higher education in the Range Management (Agriculture) and joined the Masters Program at the University of Arizona, Tucson.

I left the United States in spring 1985 to join the relief work in Pakistan. Since then, I have visited the United States once in December 1990 for two weeks to attend a conference arranged by MAYA (Muslim Arab Youth Association).

I would like to take this opportunity to express my deep appreciation for the American people and the American way of life and the educational system.  I spent my good seven years in the United States without any violations of the law.  I am greatly thankful to my teachers in all the institutions in which I have received my education in the United States of America.

In 1984, I was elected as the president of the Islamic Center, Tucson, Arizona.

Since my last visit in 1990, I have not visited the United States.

# History of Humanitarian Relief Efforts:

1

The Soviet Union invaded Afghanistan in 1979. I left the United States in 1985 and joined the relief activities rendered for the Afghan nation who faced atrocities and hard time due to the invasion of Afghanistan. I felt that it was my human and religious obligation to offer whatever I could for my brothers in faith. This is the reason, why my focal point has always been relief work for the Afghan refugees. During my assignment in Pakistan, my job was to ensure that all relief goods and humanitarian supplies arriving in Pakistan reached the needy and displaced people.

From 1986 to the end of 1988, I was appointed as the Director of the Saudi Red Crescent Society in Pakistan which is a member of International Red Cross and Red Crescent societies. The relief efforts, for which I was responsible, consisted of a tuberculosis hospital, a surgical hospital, some dispensaries and pharmaceutical supplies, scattered around the refugee camps. The following is the brief history of my assignments:

1989:     Joined MWL Muslim World League as a Director and worked until 1994, looking after education and relief work for the refugees.

1992:     Became Project Director of the Rabita Trust, a joint TRUST formed by the Government of Pakistan and Muslim World League jointly for the repatriation and rehabilitation of the Stranded Pakistanis in Bangladesh, commonly known as Biharis, who were left behind after the 1971 Indo-Pakistan war. Under the Rabita Trust arrangements for the repatriation of the Stranded Pakistanis, a housing project was planned and executed which was a single project operation. As a Project Director, I supervised the construction of 1000 residential units in the province of the Punjab, as a pilot project. The Government of Pakistan had been a partner in this project and all funds and resources used to be released by the Government of the Punjab at that time.

2

**Wael Jelaidan**

1994:  I worked in Pakistan until 1994 and then returned to Saudi Arabia for good.

1998 to date: In 1998, I was appointed as the Secretary General of the Rabita Trust by the Muslim World League.  The project could not continue due to internal problems in Pakistan as well as between the Pakistani Government and the Bangladeshi Government over the issue of repatriation.   In October 2001, the Rabita Trust was designated by the OFAC.  I was personally designated after 1 year, in September 2002.  At present, I am defending myself in the civil case while Muslim World League is defending Rabita Trust in the same case.  The reality is that there had never been any transfer of funds from Rabita Trust to anywhere except to the housing project. Following the designation of Rabita Trust, the Government of Pakistan instructed a foreign based audit company to conduct a thorough audit on all the receivables and expenditures but after carrying out the audit for a complete year, they never found any activity or transfer of funds beyond the objectives of the Rabita Trust Deed.   The audit report is available both with the audit company (Messrs Ferguson), and with the Government of Pakistan, but unfortunately, there is no mechanism laid down by the OFAC as well as by the treasury department of the United States to de-list an organization from the Terrorist List once it is proved to be wrongly designated.

1999:  I was appointed as the Executive Director of the SJRC (Saudi Joint Relief Organization), established by the Government of Saudi Arabia to help the people of Kosovo during their stay in Albania and Macedonia, until they were repatriated back to Kosovo.  I held this position for one year.

3

**Wael Jelaidan**