EXHIBIT R

**Archived:** Wednesday, January 12, 2022 5:20:13 PM
**From:** Omar Mohammedi, Esq.
**Sent:** Wed, 2 Jun 2021 22:20:43
**To:** rhaefele@motleyrice.com FGoetz@goetzeckland.com
**Cc:** jflowers@motleyrice.com jeubanks@motleyrice.com SCarter1@cozen.com starbutton@cozen.com JKreindler@kreindler.com amaloney@kreindler.com Jgoldman@andersonkill.com Bstrong@andersonkill.com jhaileselassie@motleyrice.com rheyl@motleyrice.com dkappler@motleyrice.com rcashon@motleyrice.com
**Subject:** EXTERNAL-RE: 20210504 L PECs to O Mohammedi and F Goetz (re Blankinship)
**Importance:** Normal
**Sensitivity:** None

---

Dear Robert,

As is clear from our December 2020 correspondence, Professor Blankinship mistakenly cited to materials he relied on by reference to their location in an index, rather than to the document which he reviewed and considered in his report. We provided the index to Blankinship to use it as guide to locate and review the documents. in our December 2020 correspondence Mr. Blankinship corrects the mistaken citations by referring plaintiffs to the Bates stamped documents upon which Professor Blankinship relied. Specifically, on page 38 of his report, Professor Blankinship relied on FED-PEC0099263-296 but referred to the document as cell 1627. At footnote 32, he relied on FED-PEC0249922-384 but referred to that document as Cell 770. At footnote 113, he relied on WAMYSA 057780 but referred to that document as Cell 321.

Professor Blankinship did not rely upon the index in forming his opinion. He merely used it to navigate the discovery production. The index is attorney work product that is protected from disclosure. Your request for its production violates the parties' agreement not to inquire into the substance of attorney-experts communications. Your request raises concerns and runs the risk of opening demands for attorney-expert communications, including communications between plaintiffs and their experts.

Thank you for your attention.

---

**From:** Haefele, Robert <rhaefele@motleyrice.com>
**Sent:** Tuesday, June 1, 2021 6:00 PM
**To:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>; Frederick Goetz <FGoetz@goetzeckland.com>
**Cc:** Flowers, Jodi <jflowers@motleyrice.com>; Eubanks, John <jeubanks@motleyrice.com>; Carter, Sean <SCarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Kreindler, Jim <JKreindler@kreindler.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; Haileselassie, Jade <jhaileselassie@motleyrice.com>; Heyl, C. Ross <rheyl@motleyrice.com>; Kappler, David <dkappler@motleyrice.com>; Cashon, Richard <rcashon@motleyrice.com>
**Subject:** RE: EXTERNAL-RE: 20210504 L PECs to O Mohammedi and F Goetz (re Blankinship)

Dear Omar,

I am concerned that the response that you provided on May 6 did not address the request that we made for data considered by your expert but that has not yet been provided. Specifically, multiple citations in Khalid Blankinship's report cite a reliance document as "2020-02-20 Topics Index for Experts." *See, e.g.*, footnotes 32 and 113 and in the text on Page 38. Given the multiple citations to the document, it is clear that Blankinship considered the document and relied on at least portions of it. In the index that you provided with your May 6 email, you have merely referenced another document to which the Topics Index for Experts appears to have referred. To be clear, we are asking that you produce the full considered/reliance

document, not the source cited within the considered/reliance document.

Regards,

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

---

**From:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>
**Sent:** Thursday, May 6, 2021 3:35 PM
**To:** Haefele, Robert <rhaefele@motleyrice.com>; Frederick Goetz <FGoetz@goetzeckland.com>
**Cc:** Flowers, Jodi <jflowers@motleyrice.com>; Eubanks, John <jeubanks@motleyrice.com>; Carter, Sean <SCarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Kreindler, Jim <JKreindler@kreindler.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; Haileselassie, Jade <jhaileselassie@motleyrice.com>; Heyl, C. Ross <rheyl@motleyrice.com>; Kappler, David <dkappler@motleyrice.com>; Cashon, Richard <rcashon@motleyrice.com>
**Subject:** EXTERNAL-RE: 20210504 L PECs to O Mohammedi and F Goetz

Sorry, the letter was dated December 10, 2020. Thanks.

---

**From:** Omar Mohammedi, Esq.
**Sent:** Thursday, May 6, 2021 3:33 PM
**To:** 'Haefele, Robert' <rhaefele@motleyrice.com>; Frederick Goetz <FGoetz@goetzeckland.com>
**Cc:** Flowers, Jodi <jflowers@motleyrice.com>; Eubanks, John <jeubanks@motleyrice.com>; Carter, Sean <SCarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Kreindler, Jim <JKreindler@kreindler.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; Haileselassie, Jade <jhaileselassie@motleyrice.com>; Heyl, C. Ross <rheyl@motleyrice.com>; Kappler, David <dkappler@motleyrice.com>; Cashon, Richard <rcashon@motleyrice.com>
**Subject:** RE: 20210504 L PECs to O Mohammedi and F Goetz

Dear Robert:

I am attaching the letter and the appendix we sent on December 20, 2020. The appendix identifies the documents you are requesting. Thank you.

Best Regards,

---

**From:** Haefele, Robert <rhaefele@motleyrice.com>
**Sent:** Tuesday, May 4, 2021 6:34 PM
**To:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>; Frederick Goetz <FGoetz@goetzeckland.com>
**Cc:** Flowers, Jodi <jflowers@motleyrice.com>; Eubanks, John <jeubanks@motleyrice.com>; Carter, Sean <SCarter1@cozen.com>; Tarbutton, Scott <starbutton@cozen.com>; Kreindler, Jim <JKreindler@kreindler.com>; Andrew J. Maloney <amaloney@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; Haileselassie, Jade <jhaileselassie@motleyrice.com>; Heyl, C. Ross <rheyl@motleyrice.com>; Kappler, David <dkappler@motleyrice.com>; Cashon, Richard <rcashon@motleyrice.com>
**Subject:** 20210504 L PECs to O Mohammedi and F Goetz

Dear Fred and Omar,

Please see attached correspondence regarding missing reliance documents regarding the report from Khalid Blankinship

Regards,

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Omar Mohammedi, Esq.

Adjunct Professor, Fordham Law School

Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
Phone: 212.725.3846 Ext. 101
Facsimile: 212.202.7621
www.otmlaw.com
Follow us on Twitter @OTMLAW

Omar Mohammedi, Esq.

Adjunct Professor, Fordham Law School



Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
Phone: 212.725.3846 Ext. 101
Facsimile: 212.202.7621
www.otmlaw.com
Follow us on Twitter @OTMLAW

    

THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC

---

PLEASE NOTE: The information contained in this message is privileged and confidential and is intended only for the use of the individual named above and who have been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212. 725.3846.

---

PLEASE NOTE: The information contained in this message is privileged and confidential and is intended only for the use of the individual named above and who have been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212. 725.3846.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.