EXHIBIT T

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF NEW YORK

 2                     -   -   -

 3

 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570

     ON SEPTEMBER 11, 2001       : (GBD)(SN)

 5

 6

 7

                       -   -   -

 8              APRIL 6, 2021

           THIS TRANSCRIPT CONTAINS

 9           CONFIDENTIAL MATERIAL

                       -   -   -

10

11

12            Remote Videotaped

13   Deposition, taken via Zoom, of CHAS W.

14   FREEMAN, JR., commencing at 9:08 a.m., on

15   the above date, before Amanda

16   Maslynsky-Miller, Certified Realtime

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19

20                     -   -   -

21       GOLKOW LITIGATION SERVICES

         877.370.3377 ph| 917.591.5672 fax

22            deps@golkow.com

23

24
```

This Transcript Contains Confidential Material

1    immunity.

2         Q.    In preparation for your

3    testimony for this deposition, did you

4    review any documents to refresh your

5    memory?

6                MR. GOETZ:  Objection.

7         Form.

8                MR. HAEFELE:  You may

9         answer.

10               THE WITNESS:  Well, I

11        reviewed the documents provided by

12        plaintiffs' counsel.  I reread the

13        9/11 report, which I had been

14        interviewed for but had not read

15        in its entirely previously.

16               I read -- I read the

17        documents that plaintiffs

18        submitted, intelligence documents,

19        diplomatic documents.

20   BY MR. HAEFELE:

21        Q.    Anything else?

22        A.    Pardon me?

23        Q.    Anything else?

24        A.    I don't think so.

1    Q.    So, I'm sorry, it was the

2   9/11 Commission report, the intelligence

3   documents that you say plaintiffs

4   produced.

5         Is that what you're saying?

6    A.    And one diplomatic cable

7   to -- of instruction to a post in the

8   Gulf.  Yeah, there may have been one or

9   two other things.  But that's essentially

10  it.

11        Let's just put it this way,

12  whatever defendants' counsel submitted to

13  me, I read.

14   Q.    Did you review your report?

15   A.    I reread it last night.

16   Q.    All right.  And when you

17  just gave me that list, the 9/11

18  Commission report, the intelligence

19  documents that the plaintiffs produced

20  and the diplomatic cable to the post in

21  the Gulf, are those documents that you

22  are saying that you read to prepare for

23  your deposition, or are you saying those

24  are documents that you read generally?

This Transcript Contains Confidential Material

1    Q.    And the methodology you used

2    here to render your expert report was

3    based primarily on your personal

4    experience and knowledge having been an

5    Ambassador in the Kingdom?

6    A.    My professional experience

7    dealing with this and related issues,

8    both in Saudi Arabia and in prior

9    incarnations, one of which I mentioned.

10    Q.    And to the extent that you

11    relied on any documents for your opinion,

12    they are listed in your report, I take

13    it; is that fair?

14    A.    I did not rely on documents.

15    Q.    Okay.  We talked about the

16    time when you were an Ambassador and some

17    issues came up with regard to the Muslim

18    World League, a Saudi charity.

19        And I think you met with Mr.

20    Naseef in Jeddah to discuss with him some

21    issues regarding the diversion of funds

22    to support a terror group that came out

23    of a mosque in Birmingham, something to

24    that effect.

This Transcript Contains Confidential Material

```
1          concluded at 8:42 p.m.)

2                    -   -   -

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
        I, Amanda Maslynsky-Miller, Certified Realtime
 4   Reporter, do hereby certify that prior to the
     commencement of the examination, CHAS W.
 5   FREEMAN, JR., was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
        I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the best
     of my ability.
10
11      I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor counsel
12   of any of the parties to this action, and that
     I am neither a relative nor employee of such
13   attorney or counsel, and that I am not
     financially interested in the action.
14
15
16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: April 18, 2021
18
19
     (The foregoing certification of this transcript
20   does not apply to any reproduction of the same
     by any means, unless under the direct control
21   and/or supervision of the certifying reporter.)
22
23
24
```

This Transcript Contains Confidential Material

```
 1               INSTRUCTIONS TO WITNESS

 2

 3               Please read your deposition

 4   over carefully and make any necessary

 5   corrections.  You should state the reason

 6   in the appropriate space on the errata

 7   sheet for any corrections that are made.

 8               After doing so, please sign

 9   the errata sheet and date it.

10               You are signing same subject

11   to the changes you have noted on the

12   errata sheet, which will be attached to

13   your deposition.

14               It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within sixty (60) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24
```

This Transcript Contains Confidential Material

```
1                    - - - - - -

                   E R R A T A

2                    - - - - - -

3    PAGE   LINE   CHANGE / REASON

4    _____  _____  _____

5    _____  _____  _____

6    _____  _____  _____

7    _____  _____  _____

8    _____  _____  _____

9    _____  _____  _____

10   _____  _____  _____

11   _____  _____  _____

12   _____  _____  _____

13   _____  _____  _____

14   _____  _____  _____

15   _____  _____  _____

16   _____  _____  _____

17   _____  _____  _____

18   _____  _____  _____

19   _____  _____  _____

20   _____  _____  _____

21   _____  _____  _____

22   _____  _____  _____

23   _____  _____  _____

24   _____  _____  _____
```

This Transcript Contains Confidential Material

```
 1            ACKNOWLEDGMENT OF DEPONENT
 2
              I,_____, do
 3    hereby certify that I have read the
      foregoing pages,  1 - 511, and that the
 4    same is a correct transcription of the
      answers given by me to the questions
 5    therein propounded, except for the
      corrections or changes in form or
 6    substance, if any, noted in the attached
      Errata Sheet.
 7
 8    _____
      CHAS W. FREEMAN, JR.               DATE
 9
10
      Subscribed and sworn
11    to before me this
      _____ day of _____, 20_____.
12
      My commission expires:_____
13
14    _____
      Notary Public
15
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      _____  _____   _____

 4      _____  _____   _____

 5      _____  _____   _____

 6      _____  _____   _____

 7      _____  _____   _____

 8      _____  _____   _____

 9      _____  _____   _____

10      _____  _____   _____

11      _____  _____   _____

12      _____  _____   _____

13      _____  _____   _____

14      _____  _____   _____

15      _____  _____   _____

16      _____  _____   _____

17      _____  _____   _____

18      _____  _____   _____

19      _____  _____   _____

20      _____  _____   _____

21      _____  _____   _____

22      _____  _____   _____

23      _____  _____   _____

24      _____  _____   _____
```