```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MD-1570 (GBD) (SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court respectfully directs the Clerk of the Court to unseal the document at ECF No. 7389.

**SO ORDERED.**

DATED:    New York, New York
               January 18, 2022

_____
SARAH NETBURN
United States Magistrate Judge