**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: ___1/18/2022___      │
└─────────────────────────────────┘
```

**03-MD-01570 (GBD)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

      <u>Mandelkow et al. v. Islamic Republic of Iran</u>, No. 20-cv-00315
      <u>Alcabes et al. v. Islamic Republic of Iran</u>, No. 20-cv-00340
      <u>Anderson, et al. v. Islamic Republic of Iran</u>, No. 20-cv-00354
      <u>Ahearn, et al. v. Islamic Republic of Iran</u>, No. 20-cv-00355
      <u>Asciutto, et al. v. Islamic Republic of Iran</u>, No. 20-cv-00411
      <u>Amin, et al. v. Islamic Republic of Iran</u>, No. 20-cv-00412
      <u>Basci, et al. v. Islamic Republic of Iran</u>, No. 20-cv-00415

      The Court has received the response in the seven cases seeking compensation for plaintiffs who were injured in some way on September 11, but did not perish until sometime afterwards (the "Latent Injury Plaintiffs"). On January 14, 2022, the Court issued an order directing the Latent Injury Plaintiffs to state if they would like additional time to supplement their motions for default judgment. The plaintiffs have stated that 120 days to supplement these motions would be appropriate. That request is granted. The Latent Injury Plaintiffs may submit any additional material they wish to provide by May 18, 2022.

As with other plaintiffs, the Latent Injury Plaintiffs may apply for punitive, economic, and other damages later, consistent with any applicable future rulings, and will be permitted to supplement the record as part of applications for those damages.

**SO ORDERED.**


Dated: January 18, 2022
        New York, New York