UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burnett, et al.
        Plaintiffs,

v.

Islamic Republic of Iran
        Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No: 15cv9903 (GBD)(SN)
03md1570(GBD)(SN)

I hereby certify under the penalties of perjury that on the 11th day of January 2022, I served defendant,

    Central Bank of the Islamic Republic of Iran
    Abdolnaser Hemmati, Governor
    Mirdamad Blvd., No. 198
    Tehran, Iran

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 & CFR §93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. **6034**, Order Granting Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039 and 6040, dated May 5, 2020, ECF 6178, copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602-1611, of Title 28, United States Code (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translations of the above documents)

USPS Registered Mail RH003213852US

Dated:  New York, New York
           January 11, 2022

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/JaVonn Ross
                                      Deputy Clerk