# EXHIBIT B-3

**(Plaintiffs included on Exhibit A with prior judgments against Iran Defendants for Personal Injury Claims)**

| No. | CAPTION REF #1 | CAPTION REF #2 | PLAINTIFF NAME (5,216) AS LISTED ON EXHIBIT A TO THE 4-7-2006 LIABILITY JUDGMENT - TALIBAN, ET AL. | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NAME | PAIN & SUFFERING JUDGMENT AMOUNT | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P13 | | YVONNE V. ABDOOL (P13) | Yvonne | V. | Abdool | | Abdool, Yvonne V. | $ 5,000,000.00 | $ 15,000,000.00 |
| 2 | P953 | | INGRID ALLEYNE-ROBERTSON (P953) | Ingrid | | Alleyne-Robertson | | Alleyne-Robertson, Ingrid | $ 5,000,000.00 | $ 15,000,000.00 |
| 3 | P425 | P24 | JOCELYNE AMBROISE (P425) **typo s/b P425 | Jocelyne | | Ambroise | | Ambroise, Jocelyne | $ 5,000,000.00 | $ 15,000,000.00 |
| 4 | P432 | P423 | BENJAMIN ARROYO (P432) | Benjamin | | Arroyo | | Arroyo, Benjamin | $ 5,000,000.00 | $ 15,000,000.00 |
| 5 | P4996 | | GEORGE BACHMANN (P4996) | George | Joseph | Bachmann | | Bachmann, George Joseph | $ 7,000,000.00 | $ 21,000,000.00 |
| 6 | P965 | | LYNETTE BANGAREE (P965) | Lynette | | Bangaree | | Bangaree, Lynette | $ 5,000,000.00 | $ 15,000,000.00 |
| 7 | P27 | | MARY BARBIERI (P27) | Mary | Ellen | Barbieri | | Barbieri, Mary Ellen | $ 10,000,000.00 | $ 30,000,000.00 |
| 8 | P2822 | | RICHARD A. BEATTY (P2822) | Richard | A. | Beatty | | Beatty, Richard A. | $ 10,000,000.00 | $ 30,000,000.00 |
| 9 | P4772 | | JONATHAN M. BECKER (P4772) | Jonathan | M. | Becker | | Becker, Jonathan M. | $ 5,000,000.00 | $ 15,000,000.00 |
| 10 | P36 | | FRANCES BERDAN (P36) | Frances | | Berdan | | Berdan, Frances | $ 7,000,000.00 | $ 21,000,000.00 |
| 11 | P3594 | | DEBORAH E. BERK (P3594) | Deborah | Elizabeth | Berk | | Berk, Deborah Elizabeth | $ 7,000,000.00 | $ 21,000,000.00 |
| 12 | P37 | | PRA KASH BHATT (P37) | Prakash | P. | Bhatt | | Bhatt, Prakash | $ 5,000,000.00 | $ 15,000,000.00 |
| 13 | P4145 | | QUINCEYANN BOOKER-JACKSON (P4145) | Quinceyann | | Booker-Jackson | | Booker-Jackson, Quinceyann | $ 5,000,000.00 | $ 15,000,000.00 |
| 14 | P987 | | DAVID ALLEN BRIDGEFORTH (P987) | David | Allen | Bridgeforth (Estate of) | | Bridgeforth (Estate of), David Allen | $ 7,000,000.00 | $ 21,000,000.00 |
| 15 | P1219 | | CARMEN QUINONES (P1219) | Carmen | | Bridgeforth | | Bridgeforth, Carmen | $ 7,000,000.00 | $ 21,000,000.00 |
| 16 | P2830 | | MICHAEL P. BRODBECK (P2830) | Michael | P. | Brodbeck | | Brodbeck, Michael P. | $ 7,000,000.00 | $ 21,000,000.00 |
| 17 | P5005 | | BORIS BRONSHTEYN (P5005) | Boris | | Bronshteyn | | Bronshteyn, Boris | $ 5,000,000.00 | $ 15,000,000.00 |
| 18 | P51 | | EDUARDO E. BRUNO (P51) | Eduardo | E. | Bruno | | Bruno, Eduardo E. | $ 7,000,000.00 | $ 21,000,000.00 |
| 19 | P2833 | | PASQUALE BUZZELLI (P2833) | Pasquale | | Buzzelli | | Buzzelli, Pasquale | $ 7,000,000.00 | $ 21,000,000.00 |
| 20 | P5326 | | RICHARD BYLICKI (P5326) | Richard | Martin | Bylicki | | Bylicki, Richard Martin | $ 7,000,000.00 | $ 21,000,000.00 |
| 21 | P488 | | LUIS CARBONELL (P488) | Luis | | Carbonell | | Caronell, Luis | $ 5,000,000.00 | $ 15,000,000.00 |
| 22 | P5476 | | FRANK CASTROGIOVANNI (P5476) | Frank | | Castrogiovanni | | Castrogiovanni, Frank | $ 7,000,000.00 | $ 21,000,000.00 |
| 23 | P77 | | SHARRON L. CLEMONS (P77) | Sharron | L. | Clemons | | Clemons, Sharron L. | $ 5,000,000.00 | $ 15,000,000.00 |
| 24 | P5335 | | RICHARD L. COLLINS (P5335) | Richard | L. | Collins | | Collins, Richard L. | $ 5,000,000.00 | $ 15,000,000.00 |
| 25 | P3657 | | CARMEN COLON (P3657) | Carmen | | Colon | | Colon, Carmen | $ 5,000,000.00 | $ 15,000,000.00 |
| 26 | P1003 | | JOEL COUNCIL (P1003) | Joel | | Council | | Council, Joel | $ 5,000,000.00 | $ 15,000,000.00 |
| 27 | P521 | P517 | WALTER H. CRAMER (P517) | Walter | Henry | Cramer | | Cramer, Walter Henry | $ 5,000,000.00 | $ 15,000,000.00 |
| 28 | P523 | | FERNANDO CUBA (P523) | Fernando | | Cuba | | Cuba, Fernando | $ 5,000,000.00 | $ 15,000,000.00 |
| 29 | P5337 | | FLORY DANISH (P5337) | Flory | Nicholas | Danish | Jr. | Danish, Jr., Flory Nicholas | $ 5,000,000.00 | $ 15,000,000.00 |
| 30 | P1029 | | ANDRES DE LA ROSA (P1029) | Andres | | De La Rosa | | De La Rosa, Andres | $ 5,000,000.00 | $ 15,000,000.00 |
| 31 | P2872 | | MICHAEL DEMPSEY (P2872) | Michael | T. | Dempsey | | Dempsey, Michael T. | $ 5,000,000.00 | $ 15,000,000.00 |

| No. | CAPTION REF #1 | CAPTION REF #2 | PLAINTIFF NAME (5,216) AS LISTED ON EXHIBIT A TO THE 4-7-2006 LIABILITY JUDGMENT - TALIBAN, ET AL. | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NAME | PAIN & SUFFERING JUDGMENT AMOUNT | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | AP40 | | JOHN DOE # 18 (AP40) | John | | Drapas | Jr. | Drapas, Jr., John | $ 7,000,000.00 | $ 21,000,000.00 |
| 33 | P1602 | | ELAINE DUCH (P1602) | Elaine | D. | Duch | | Duch, Elaine | $ 15,000,000.00 | $ 45,000,000.00 |
| 34 | P1606 | | TIMOTHY DUFFY (P1606) | Timothy | | Duffy | | Duffy, Timothy | $ 7,000,000.00 | $ 21,000,000.00 |
| 35 | P1627 | | GABE ESPOSITO (P1627) | Gabe | | Esposito | | Esposito, Gabe | $ 5,000,000.00 | $ 15,000,000.00 |
| 36 | P2589 | | JOSEPH J. FALCO (P2589) | Joseph | J. | Falco | | Falco, Joseph J. | $ 7,000,000.00 | $ 21,000,000.00 |
| 37 | P5351 | | EDGAR FELIX (P5351) | Edgar | | Felix | | Felix, Edgar | $ 5,000,000.00 | $ 15,000,000.00 |
| 38 | P4839 | | ERASMO FERNANDES (P4839) | Erasmo | | Fernandez | | Fernandez, Erasmo | $ 5,000,000.00 | $ 15,000,000.00 |
| 39 | P5353 | | JENNY FERNANDEZ (P5353) | Genoveva (Jenny) | | Fernandez | | Fernandez, Genoveva | $ 5,000,000.00 | $ 15,000,000.00 |
| 40 | P564 | | HERNANDO FERNANDEZ (P564) | Hernando | | Fernandez | | Fernandez, Hernando | $ 7,000,000.00 | $ 21,000,000.00 |
| 41 | P1643 | | ROGER FERNANDEZ (P1643) | Roger | | Fernandez | | Fernandez, Roger | $ 5,000,000.00 | $ 15,000,000.00 |
| 42 | P565 | | VINCENT FERRANTI (P565) | Vincent | | Ferranti | | Ferranti, Vincent | $ 5,000,000.00 | $ 15,000,000.00 |
| 43 | P4279 | | THOMAS J. FORBES (P4279) | Thomas | Joseph | Forbes | | Forbes, Thomas Joseph | $ 5,000,000.00 | $ 15,000,000.00 |
| 44 | P133 | | LEILETH FOSTER (P133) | Leileth | | Foster | | Foster, Leileth | $ 7,000,000.00 | $ 21,000,000.00 |
| 45 | P4281 | | HENRY FUERTE (P4281) | Henry | Leon | Fuerte | | Fuerte, Henry Leon | $ 5,000,000.00 | $ 15,000,000.00 |
| 46 | P4301 | | PAUL E. GONZALES (P4301) | Paul | Eric | Gonzales | | Gonzalez, Paul Eric | $ 12,000,000.00 | $ 36,000,000.00 |
| 47 | P609 | | RUBEN GORDILLO (P609) | Ruben | | Gordillo | | Gordillo, Ruben | $ 5,000,000.00 | $ 15,000,000.00 |
| 48 | P1066 | | RAFAEL GUDMUCH (P1066) | Rafael | | Gudmuch | | Gudmuch, Rafael | $ 5,000,000.00 | $ 15,000,000.00 |
| 49 | P618 | | ROBERT HALL (P618) | Robert | Joseph | Hall | | Hall, Robert Joseph | $ 7,000,000.00 | $ 21,000,000.00 |
| 50 | P4310 | | CARMELA M. HARRISON (P4310) | Carmela | M. | Harrison | | Harrison, Carmela M. | $ 5,000,000.00 | $ 15,000,000.00 |
| 51 | P4319 | | ELAINE HELMS (P4319) | Elaine | | Helms | | Helms, Elaine | $ 7,000,000.00 | $ 21,000,000.00 |
| 52 | P165 | | JEAN HUNT (P165) | Jean | Marlene | Hunt | | Hunt, Jean Marlene | $ 10,000,000.00 | $ 30,000,000.00 |
| 53 | P4871 | | PATRICK IMPERATO (P4871) | Patrick | | Imperato | | Imperato, Patrick | $ 5,000,000.00 | $ 15,000,000.00 |
| 54 | P175 | | CLIFFORD JENKINS (P175) | Clifford | | Jenkins | | Jenkins, Clifford | $ 5,000,000.00 | $ 15,000,000.00 |
| 55 | P5488 | | MARK D. JOSEPH (P5488) | Mark | D. | Joseph | | Joseph, Mark D. | $ 7,000,000.00 | $ 21,000,000.00 |
| 56 | P179 | | SUSANNE KIKKENBORG (P179) | Susanne | Bachmann | Kikkenborg | | Kikkenborg, Susanne Bachmann | $ 5,000,000.00 | $ 15,000,000.00 |
| 57 | P5121 | | STEPHEN J. KING, III (P5121) | Stephen | J. | King | III | King, III, Stephen J. | $ 5,000,000.00 | $ 15,000,000.00 |
| 58 | P2641 | | DAVID J. KING (P2641) | David | J. | King | Jr. | King, Jr., David J. | $ 10,000,000.00 | $ 30,000,000.00 |
| 59 | P5386 | | DAVID KLETSMAN (P5386) | David | | Kletsman | | Kletsman, David | $ 5,000,000.00 | $ 15,000,000.00 |
| 60 | P4874 | | DANIEL KRUESI (P4874) | Daniel | Thomas | Kruesi | | Kruesi, Daniel Thomas | $ 5,000,000.00 | $ 15,000,000.00 |
| 61 | P2649 | | JOHN R. LA SALA (P2649) | John | R. | La Sala | | La Sala, John R. | $ 5,000,000.00 | $ 15,000,000.00 |
| 62 | P796 | | VERONICA N. ORTIZ (P796) | Veronica | O. | Li | | Li, Veronica O. | $ 5,000,000.00 | $ 15,000,000.00 |

| No. | CAPTION REF #1 | CAPTION REF #2 | PLAINTIFF NAME (5,216) AS LISTED ON EXHIBIT A TO THE 4-7-2006 LIABILITY JUDGMENT - TALIBAN, ET AL. | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NAME | PAIN & SUFFERING JUDGMENT AMOUNT | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | P4391 | | EVELYN A LUGO (P4391) | Evelyn | A. | Lugo | | Lugo, Evelyn A. | $ 5,000,000.00 | $ 15,000,000.00 |
| 64 | AP235 | | JANE DOE # 109(AP235) | Lauren | | Manning | | Manning, Lauren | $ 25,000,000.00 | $ 75,000,000.00 |
| 65 | P5400 | | RAFAELA MARTINEZ (P5400) | Rafaela | | Martinez | | Martinez, Rafaela | $ 5,000,000.00 | $ 15,000,000.00 |
| 66 | P4412 | | JAMES R. MCCARTHY (P4412) | James | Raymond | McCarthy | | McCarthy, James Raymond | $ 7,000,000.00 | $ 21,000,000.00 |
| 67 | P764 | | NEXHAT MELA (P764) | Nexhat | | Mela | | Mela, Nexhat | $ 7,000,000.00 | $ 21,000,000.00 |
| 68 | P1166 | | ROBERTO MESA (P1166) | Roberto | | Mesa | | Mesa, Roberto | $ 7,000,000.00 | $ 21,000,000.00 |
| 69 | P3850 | | RAM ANTHONY MOHABIR (P3850) | Ram | Anthony | Mohabir | | Mohabir, Ram Anthony | $ 7,000,000.00 | $ 21,000,000.00 |
| 70 | P3037 | | NANCY MORRISON (P3037) | Nancy | Marie | Morrison | | Morrison, Nancy Marie | $ 7,000,000.00 | $ 21,000,000.00 |
| 71 | P780 | | OMAR MOTA (P780) | Omar | | Mota | | Mota, Omar | $ 5,000,000.00 | $ 15,000,000.00 |
| 72 | P4903 | | DANIEL NARLOCK (P4903) | Daniel | Arthur | Narlock | | Narlock, Daniel Arthur | $ 5,000,000.00 | $ 15,000,000.00 |
| 73 | P1190 | | KOFI NYANTAKYI (P1190) | Kofi | Osei | Nyantakyi | | Nyantakyi, Kofi Osei | $ 7,000,000.00 | $ 21,000,000.00 |
| 74 | P2675 | | EUGENE F. O'REILLY (P2675) | Eugene | Francis | O'Reilly | | O'Reilly, Eugene Francis | $ 7,000,000.00 | $ 21,000,000.00 |
| 75 | P3064 | | JOSEPH G. PESCE (P3064) | Joseph | G. | Pesce | | Pesce, Joseph G. | $ 5,000,000.00 | $ 15,000,000.00 |
| 76 | P4483 | | NATHAN PETERSON (P4483) | Nathan | | Peterson | | Peterson, Nathan | $ 5,000,000.00 | $ 15,000,000.00 |
| 77 | P2176 | | PEDRO PICHARDO (P2176) | Pedro | | Pichardo | | Pichardo, Pedro | $ 7,000,000.00 | $ 21,000,000.00 |
| 78 | AP41 | | JANE DOE # 19 (AP41) | Sharon | | Premoli | | Premoli, Sharon | $ 10,000,000.00 | $ 30,000,000.00 |
| 79 | P5234 | | EDWARD PRINCE (P5234) | Edward | Joseph | Prince | | Prince, Edward Joseph | $ 5,000,000.00 | $ 15,000,000.00 |
| 80 | P1218 | | ANTONIO QUINONES (P1218) | Antonio | | Quinones | | Quinones, Antonio | $ 7,000,000.00 | $ 21,000,000.00 |
| 81 | P1220 | | GODWIN QUINONES (P1220) | Godwin | Francisco | Quinones | | Quinones, Godwin Francisco | $ 5,000,000.00 | $ 15,000,000.00 |
| 82 | P828 | | JUAN RAMIREZ (P828) | Juan | | Ramirez | | Ramirez, Juan | $ 5,000,000.00 | $ 15,000,000.00 |
| 83 | P5430 | | EDWIN RIVERA (P5430) | Edwin | | Rivera | | Rivera, Edwin | $ 12,000,000.00 | $ 36,000,000.00 |
| 84 | P5431 | | GRACE RIVERA (P5431) | Grace | | Rivera | | Rivera, Grace | $ 12,000,000.00 | $ 36,000,000.00 |
| 85 | P291 | | NELSON ROCHA (P291) | Nelson | | Rocha | | Rocha, Nelson | $ 5,000,000.00 | $ 15,000,000.00 |
| 86 | P841 | | BRYAN RODRIGUES (P841) | Bryan | A. | Rodrigues | | Rodrigues, Bryan A. | $ 7,000,000.00 | $ 21,000,000.00 |
| 87 | P292 | | JOHN R. ROGERS (P292) | John | Robert | Rogers | | Rogers, John Robert | $ 7,000,000.00 | $ 21,000,000.00 |
| 88 | P293 | | JULIO ROIG, JR. (P293) | Julio | | Roig | Jr. | Roig, Jr., Julio | $ 7,000,000.00 | $ 21,000,000.00 |
| 89 | P2263 | P295 | ARNOLD ROMA (P2263) | Arnold | John | Roma | Jr. | Roma, Jr., Arnold John | $ 5,000,000.00 | $ 15,000,000.00 |
| 90 | P5435 | | JOSEPH C. ROTONDI (P5435) | Joseph | Camillo | Rotondi | | Rotondi, Joseph Camillo | $ 5,000,000.00 | $ 15,000,000.00 |
| 91 | P863 | | JOSE A. SANCHEZ, JR. (P863) | Jose | Antonio | Sanchez | Jr. | Sanchez, Jr., Jose Antonio | $ 5,000,000.00 | $ 15,000,000.00 |
| 92 | P913 | | GLENN SAVERY (P913) | Glenn | | Savery | | Savery, Glenn | $ 7,000,000.00 | $ 21,000,000.00 |
| 93 | P2320 | | KEVIN SHAEFFER (P2320) | Kevin | | Shaeffer | | Shaeffer, Kevin | $ 12,000,000.00 | $ 36,000,000.00 |

| No. | CAPTION REF #1 | CAPTION REF #2 | PLAINTIFF NAME (5,216) AS LISTED ON EXHIBIT A TO THE 4-7-2006 LIABILITY JUDGMENT - TALIBAN, ET AL. | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NAME | PAIN & SUFFERING JUDGMENT AMOUNT | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|
| 94 | P2321 | | ABIDA SHAIKH (P2321) | Abida | | Shaikh | | Shaikh, Abida | $ 5,000,000.00 | $ 15,000,000.00 |
| 95 | P2702 | | DONNA SINGER (P2702) | Donna | | Singer | | Singer, Donna | $ 5,000,000.00 | $ 15,000,000.00 |
| 96 | AP167 | | JANE DOE # 77 (AP167) | Eugenia | Sayre | Singer | | Singer, Eugenia Sayre | $ 10,000,000.00 | $ 30,000,000.00 |
| 97 | P2703 | | BRANDON SMITH (P2703) | Brandon | John | Smith | | Smith, Brandon John | $ 10,000,000.00 | $ 30,000,000.00 |
| 98 | P4529 | | LAUREN A. SMITH (P4529) | Lauren | A. | Smith | | Smith, Lauren A. | $ 7,000,000.00 | $ 21,000,000.00 |
| 99 | AP234 | | JANE DOE # 111(AP234) | Kathleen | Ann | Stanton | | Stanton, Kathleen | $ 7,000,000.00 | $ 21,000,000.00 |
| 100 | P4745 | | KENNETH A. SUMMERS (P4745) | Kenneth | A. | Summers | | Summers, Kenneth A. | $ 10,000,000.00 | $ 30,000,000.00 |
| 101 | P2720 | | MICHAEL A. TELESCA (P2720) | Michael | A. | Telesca | | Telesca, Michael A. | $ 7,000,000.00 | $ 21,000,000.00 |
| 102 | P351 | | BIDIAWATTIE TEWARI (P351) | Bidiawattie | | Tewari | | Tewari, Bidiawattie | $ 5,000,000.00 | $ 15,000,000.00 |
| 103 | P2393 | | GERALDINE TEIXEIRA (P2393) | Geraldine | | Texeira | | Texeira, Geraldine | $ 7,000,000.00 | $ 21,000,000.00 |
| 104 | P352 | | DENISE THOMPSON (P352) | Denise | | Thompson | | Thompson, Denise | $ 5,000,000.00 | $ 15,000,000.00 |
| 105 | AP195 | | JOHN DOE # 92 (AP195) | John | Lewis | Thurman | | Thurman, John Lewis | $ 5,000,000.00 | $ 15,000,000.00 |
| 106 | P916 | | JOHNNY TORRES (P916) | Johnny | | Torres | | Torres, Johnny | $ 5,000,000.00 | $ 15,000,000.00 |
| 107 | P921 | | DENNIS J. VALENTIN (P921) | Dennis | J. | Valentin | | Valentin, Dennis J. | $ 7,000,000.00 | $ 21,000,000.00 |
| 108 | P3992 | | HILDA VALENTINE (P3992) | Hilda | | Valentine | | Valentine, Hilda | $ 7,000,000.00 | $ 21,000,000.00 |
| 109 | P358 | | EMMANUEL VEGA (P358) | Emmanuel | Gomez | Vega | | Vega, Emmanuel Gomez | $ 5,000,000.00 | $ 15,000,000.00 |
| 110 | P4009 | | CECIL R. WARD (P4009) | Cecil | R. | Ward | | Ward, Cecil R. | $ 7,000,000.00 | $ 21,000,000.00 |
| 111 | P4567 | | CHRISTIAN R. WAUGH (P4567) | Christian | R. | Waugh | | Waugh, Christian R. | $ 7,000,000.00 | $ 21,000,000.00 |
| 112 | P2497 | | BARBARA M. WILLIAMS (P2497) | Barbara | Matilda | Williams | | Williams, Barbara Matilda | $ 5,000,000.00 | $ 15,000,000.00 |
| 113 | P3163 | | PHIDIA WONG (P3163) | Phidia | | Wong | | Wong, Phidia | $ 10,000,000.00 | $ 30,000,000.00 |
| 114 | P2760 | | JOHN D. YATES (P2760) | John | David | Yates | | Yates, John David | $ 10,000,000.00 | $ 30,000,000.00 |
| 115 | P4586 | | RICHARD ZLETZ (P4586) | Richard | Stephen | Zletz | | Zletz, Richard Stephen | $ 5,000,000.00 | $ 15,000,000.00 |