# EXHIBIT C-1

**(Plaintiffs included on Exhibit A without prior judgments against Iran Defendants for 9/11 Decedent estate claims)**

| No. | CAPTION REF #1 | CAPTION REF #2 | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | SUFFIX | 9/11 DECEDENT NAME | PERSONAL REPRESENTATIVE OF 9/11 DECEDENT ESTATE | ECONOMIC LOSS JUDGMENT AMOUNT | PAIN & SUFFERING JUDGMENT AMOUNT | COMBINED JUDGMENT AMOUNT | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AP200 | | Donald | L. | Adams | | Adams, Donald L. | Adams, Heda K. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 2 | P1315 | | Ignatius | Udo | Adanga | | Adanga, Ignatius Udo | Adanga, Affiong Japhet | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 3 | P4106 | | Edward | L. | Allegretto | | Allegretto, Edward L. | Allegretto, Louisa | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 4 | P22 | | Joseph | Ryan | Allen | | Allen, Joseph Ryan | D'Auria, Jennifer | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 5 | P956 | | Cesar | A. | Alviar | | Alviar, Cesar A. | Alviar, Grace Fernandez | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 6 | P4042 | | Michael | Rourke | Andrews | | Andrews, Michael Rourke | Andrews, Edward S. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 7 | P4108 | | Siew-Nya | | Ang | | Ang, Siew-Nya | Lee, Kui Liong | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 8 | P960 | | Joseph | John | Angelini | Jr. | Angelini, Jr., Joseph John | Angelini, Donna L. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 9 | P4589 | | Doreen | J. | Angrisani | | Angrisani, Doreen J. | Angrisani, Irene T. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 10 | P1341 | | Michael | G. | Arczynski | | Arczynski, Michael G. | Arczynski, Lori Ann | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 11 | P4592 | | Michael | Joseph | Armstrong | | Armstrong, Michael Joseph | Armstrong, Mary Ellen | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 12 | P4113 | | Japhet | | Aryee | | Aryee, Japhet | Aryee, Maria Celeste | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 13 | P2529 | | Eustace | Patrick | Bacchus | | Bacchus, Eustace Patrick | Bacchus, Juana Maria | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 14 | P2814 | | Garnet | | Bailey | | Bailey, Garnet | Bailey, Katherine Agnes | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 15 | P1353 | | Katherine | | Bantis | | Bantis, Katherine | Bantis, Aristides | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 16 | P1356 | | Gerard | | Baptiste | | Baptiste, Gerard | Jean-Baptiste, Gerard | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 17 | P1357 | | Walter | | Baran | | Baran, Walter | Baran, Carol Ann | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 18 | P968 | | Melissa | Rose | Barnes | | Barnes, Melissa Rose | Mennie, Alan M. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 19 | P2821 | | Maurice | V. | Barry | | Barry, Maurice V. | Barry, Marianne Joan | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 20 | P4121 | | Kenneth | William | Basnicki | | Basnicki, Kenneth William | Basnicki, Maureen Elizabeth | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 21 | P5471 | | Jane | | Beatty | | Beatty, Jane | Beatty, Robert W. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 22 | AP276 | | Oliver | Duncan | Bennett | | Bennett, Oliver Duncan | Bennett, Joy | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 23 | P444 | | James | P. | Berger | | Berger, James P. | Berger, Suzanne Jacqueline | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 24 | P3595 | | Joseph | John | Berry | | Berry, Joseph John | Berry, Evelyn | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 25 | P2537 | | Brian | | Bilcher | | Bilcher, Brian | Bilcher, Tina Marie | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 26 | P981 | | Mark | K. | Bingham | | Bingham, Mark K. | Hoagland, Alice | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 27 | P1394 | | Albert | Balewa | Blackman | Jr. | Blackman, Jr., Albert Balewa | Blackman, Hyacinth | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 28 | P5000 | | Christopher | | Blackwell | | Blackwell, Christopher | Blackwell, Jane Elizabeth | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 29 | P452 | | Yvonne | L. | Bonomo | | Bonomo, Yvonne L. | Bonomo, John | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 30 | P455 | | Sean | | Booker | | Booker, Sean | Booker, Sharon | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 31 | P2829 | | Canfield | D. | Boone | | Boone, Canfield | Boone, Linda | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 32 | P47 | | Martin | | Boryczewski | | Boryczewski, Martin | Boryczewski, Michele | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 33 | AP254 | | J. | Howard | Boulton | Jr. | Boulton, Jr., J. Howard | Burke, Vigdis Vaka | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 34 | AP282 | | Paul | Gary | Bristow | | Bristow, Paul Gary | Bristow, Derek Edward | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 35 | P461 | | Dennis | | Buckley | | Buckley, Dennis | Buckley, Kathleen M. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 36 | P4782 | | Nancy | Clare | Bueche | | Bueche, Nancy Clare | Bueche, James T. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 37 | P1430 | | John | P. | Burnside | | Burnside, John P. | Burnside-Sturiano, Sandra | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 38 | P1432 | | Patrick | D. | Byrne | | Byrne, Patrick D. | Byrne, Sr., Robert | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 39 | P994 | | Jesus | | Cabezas | | Cabezas, Jesus | Cabezas, Victoria | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 40 | P2554 | | Liam | | Callahan | | Callahan, Liam | Callahan, Joan E. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 41 | P4158 | | Geoff | Thomas | Campbell | | Campbell, Geoff Thomas | Campbell, Malcolm Phillip | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 42 | P56 | | Jill | Marie | Campbell | | Campbell, Jill Marie | Campbell, Steven T. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 43 | P1453 | | Richard | M. | Caproni | | Caproni, Richard M. | Caproni, Richard A. | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 44 | P491 | | Swarna | | Chalasani | | Chalasani, Swarna | Chalasani, Lakshmi | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 45 | P4793 | | Eli | | Chalouh | | Chalouh, Eli | Chalouh, Haim | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 46 | P3631 | | Mark | L. | Charette | | Charette, Mark L. | Desmarais, Cheryl Ann | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 47 | P3634 | | Stephen | Patrick | Cherry | | Cherry, Stephen Patrick | Cherry, Mary Ellen | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |
| 48 | P3639 | | Nestor | Julio | Chevalier | Jr. | Chevalier, Jr., Nestor Julio | Chevalier (Estate of), Zeneida Mercedes | $ - | $ 2,000,000.00 | $ 2,000,000.00 | $ 6,000,000.00 |