# EXHIBIT E-1

**(Plaintiffs not expressly included on Exhibit A with prior judgments against Iran Defendants for 9/11 Decedent estate and Solatium claims)**

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Antonio | | Agnello | | Sibling | Joseph | | Agnello | | $ 4,250,000.00 | $ 12,750,000.00 |
| 2 | Deborah | Jane | Anderson | | Child | Kermit | C. | Anderson | | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Theresa | | Arias (Estate of) | | Parent | Adam | P. | Arias | | $ 8,500,000.00 | $ 25,500,000.00 |
| 4 | Thomas | Sydney | Arias (Estate of) | | Parent | Adam | P. | Arias | | $ 8,500,000.00 | $ 25,500,000.00 |
| 5 | Jeremy | Ross | Asher | | Child | Michael | Edward | Asher | | $ 8,500,000.00 | $ 25,500,000.00 |
| 6 | Melissa | Ann | Barrett | | Sibling | John | Wayne | Wright | Jr. | $ 4,250,000.00 | $ 12,750,000.00 |
| 7 | Theresa | Lynne | Bevilacqua | | Step-Child | Stephen | F. | Masi | | $ 8,500,000.00 | $ 25,500,000.00 |
| 8 | Nancy | Joan | Booms | | Parent | Kelly | Ann | Booms (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 9 | Maureen | Frances | Bosco | | Parent | Richard | E. | Bosco | | $ 8,500,000.00 | $ 25,500,000.00 |
| 10 | Matthew | | Bowden | | Sibling | Thomas | H. | Bowden | Jr. | $ 4,250,000.00 | $ 12,750,000.00 |
| 11 | Andrew | William | Brunn | | Parent | Andrew | C. | Brunn | | $ 8,500,000.00 | $ 25,500,000.00 |
| 12 | Erin | Mary | Cain | | Sibling | George | C. | Cain | | $ 4,250,000.00 | $ 12,750,000.00 |
| 13 | Daniel | Aloysius | Cain | III | Sibling | George | C. | Cain | | $ 4,250,000.00 | $ 12,750,000.00 |
| 14 | Michael | J. | Chan | | Sibling | Charles | L. | Chan | | $ 4,250,000.00 | $ 12,750,000.00 |
| 15 | Alison | Mary | Coffey | | Child | Michele | M. | Heidenberger | | $ 8,500,000.00 | $ 25,500,000.00 |
| 16 | Kimberly | Patrice | Conlon | | Child | Susan | Clancy | Conlon | | $ 8,500,000.00 | $ 25,500,000.00 |
| 17 | John | Patrick | Conlon | | Spouse | Susan | Clancy | Conlon | | $ 12,500,000.00 | $ 37,500,000.00 |
| 18 | John | Vincent | Cuccinello | | Step-Child | William | Joseph | McGovern | | $ 8,500,000.00 | $ 25,500,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Martin | James | Cummins | Jr. | Parent | Brian | T. | Cummins (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 20 | Michael | Joseph | Cummins | | Sibling | Brian | T. | Cummins (Estate of) | | $ 4,250,000.00 | $ 12,750,000.00 |
| 21 | John | Lawrence | Cummins | | Sibling | Brian | T. | Cummins (Estate of) | | $ 4,250,000.00 | $ 12,750,000.00 |
| 22 | Brendan | William | Cummins | | Sibling | Brian | T. | Cummins (Estate of) | | $ 4,250,000.00 | $ 12,750,000.00 |
| 23 | Martin | James | Cummins | III | Sibling | Brian | T. | Cummins (Estate of) | | $ 4,250,000.00 | $ 12,750,000.00 |
| 24 | Clinton | | Davis | Jr. | Child | Clinton | | Davis | Sr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 25 | Jacqueline | | DiVirgilio | | Child | David | Francis | Ferrugio | | $ 8,500,000.00 | $ 25,500,000.00 |
| 26 | Cathleen | | Dodge | | Sibling | James | L. | Connor | | $ 4,250,000.00 | $ 12,750,000.00 |
| 27 | Imani | Marie | Dorsey | | Child | Dora | Marie | Menchaca (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 28 | Mary | | Dwyer | | Sibling | Lucy | | Fishman | | $ 4,250,000.00 | $ 12,750,000.00 |
| 29 | Minnie | Domenica | Ferro | | Parent | Louis | V. | Fersini | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 30 | Josephine | Nancy | Fersini | | Sibling | Louis | V. | Fersini | Jr. | $ 4,250,000.00 | $ 12,750,000.00 |
| 31 | Joseph | Vito | Fersini | Sr. | Sibling | Louis | V. | Fersini | Jr. | $ 4,250,000.00 | $ 12,750,000.00 |
| 32 | Jeffrey | Thomas | Filipov | | Child | Alexander | M. | Filipov (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 33 | Allan | James | Filipov | | Child | Alexander | M. | Filipov (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 34 | David | Michael | Filipov | | Child | Alexander | M. | Filipov (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 35 | Samantha | Beth | Fishman | | Child | Lucy | | Fishman | | $ 8,500,000.00 | $ 25,500,000.00 |
| 36 | Marcus | Wilson | Flagg | | Child | Darlene | Embree | Flagg (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Marcus | Wilson | Flagg | | Child | Wilson | Falor | Flagg (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 38 | Dannette | Nicole | Fortin | | Child | Maclovio | | Lopez (Estate of) | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 39 | Eleanor | | Fox | | Parent | Jeffrey | L. | Fox | | $ 8,500,000.00 | $ 25,500,000.00 |
| 40 | Kirstin | Warner | Gadiel | | Sibling | James | Andrew | Gadiel | | $ 4,250,000.00 | $ 12,750,000.00 |
| 41 | George | Langdon Warner | Gadiel | | Sibling | James | Andrew | Gadiel | | $ 4,250,000.00 | $ 12,750,000.00 |
| 42 | Joseph | W. | Gardner | | Sibling | Harvey | Joseph | Gardner (Estate of) | III | $ 4,250,000.00 | $ 12,750,000.00 |
| 43 | Richard | Matthew | Gary | | Child | Bruce | Henry | Gary | | $ 8,500,000.00 | $ 25,500,000.00 |
| 44 | Corey | Gregory | Gaudioso | | Sibling | Candace | Lee | Williams | | $ 4,250,000.00 | $ 12,750,000.00 |
| 45 | Robert | | Giallombardo | | Step-Parent | Paul | Richard | Salvio | | $ 8,500,000.00 | $ 25,500,000.00 |
| 46 | Selim | | Gjonbalaj | | Child | Mon | | Gjonbalaj | | $ 8,500,000.00 | $ 25,500,000.00 |
| 47 | Bekim | | Gjonbalaj | | Child | Mon | | Gjonbalaj | | $ 8,500,000.00 | $ 25,500,000.00 |
| 48 | Denise | Ann | Glaser | | Child | Jose | Angel | Martinez | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 49 | Susan | Salvo | Glick | | Child | Samuel | Robert | Salvo | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 50 | John | Edward | Gorman (Estate of) | | Sibling | Thomas | E. | Gorman | | $ 4,250,000.00 | $ 12,750,000.00 |
| 51 | Frieda | | Green | | Sibling | Louis | V. | Fersini | Jr. | $ 4,250,000.00 | $ 12,750,000.00 |
| 52 | Carl | Max | Hammond (Estate of) | Sr. | Parent | Carl | Max | Hammond | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 53 | Colleen | Marie | Hardacre | | Child | Gerald | | Hardacre | | $ 8,500,000.00 | $ 25,500,000.00 |
| 54 | Lloyd | | Harris | | Sibling | Stewart | D. | Harris | | $ 4,250,000.00 | $ 12,750,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Matthew | | Herencia | | Child | Mary | | Herencia | | $ 8,500,000.00 | $ 25,500,000.00 |
| 56 | Lynn | Marie | Hill | | Sibling | Paul | Rexford | Hughes | | $ 4,250,000.00 | $ 12,750,000.00 |
| 57 | Donald | William | Hughes | | Sibling | Paul | Rexford | Hughes | | $ 4,250,000.00 | $ 12,750,000.00 |
| 58 | Sargam | | Jain | | Child | Yudh | V. | Jain | | $ 8,500,000.00 | $ 25,500,000.00 |
| 59 | Richard | Allen | Johnson | | Sibling | Dennis | Michael | Johnson | | $ 4,250,000.00 | $ 12,750,000.00 |
| 60 | Kerri | | Kelly | | Step-Child | Joseph | | Leavey | | $ 8,500,000.00 | $ 25,500,000.00 |
| 61 | Jason | A. | Kershaw | | Child | Ralph | Francis | Kershaw | | $ 8,500,000.00 | $ 25,500,000.00 |
| 62 | Kristin | D. | Kershaw | | Child | Ralph | Francis | Kershaw | | $ 8,500,000.00 | $ 25,500,000.00 |
| 63 | Matthew | A. | Kershaw | | Child | Ralph | Francis | Kershaw | | $ 8,500,000.00 | $ 25,500,000.00 |
| 64 | Richard | Keith | Ketler | | Sibling | Ruth | Ellen | Ketler | | $ 4,250,000.00 | $ 12,750,000.00 |
| 65 | Elizabeth | Kaitlin | Klucznik | | Child | James | Edward | Hayden (Estate of) | | $ 8,500,000.00 | $ 25,500,000.00 |
| 66 | Elizabeth | Cristina | Kondratenko | | Sibling | Suzanne | | Kondratenko | | $ 4,250,000.00 | $ 12,750,000.00 |
| 67 | Jessica | Katherine | Kostaris | | Child | Bruce | Henry | Gary | | $ 8,500,000.00 | $ 25,500,000.00 |
| 68 | Peter | G. | Kousoulis | | Sibling | Danielle | | Kousoulis | | $ 4,250,000.00 | $ 12,750,000.00 |
| 69 | Tara | O'Keefe | Kurella | | Child | William | S. | O'Keefe | | $ 8,500,000.00 | $ 25,500,000.00 |
| 70 | Barbara | Ann | Laurencin | | Spouse | Charles | Augustus | Laurencin | | $ 12,500,000.00 | $ 37,500,000.00 |
| 71 | Michael | Sebastian | Licciardi | | Child | Ralph | Michael | Licciardi | | $ 8,500,000.00 | $ 25,500,000.00 |
| 72 | Ralph | Rocco | Licciardi | | Child | Ralph | Michael | Licciardi | | $ 8,500,000.00 | $ 25,500,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Jo-Ann | | Licciardi | | Parent | Ralph | Michael | Licciardi | | $ 8,500,000.00 | $ 25,500,000.00 |
| 74 | Jennifer | Dawn | Licciardi | | Spouse | Ralph | Michael | Licciardi | | $ 12,500,000.00 | $ 37,500,000.00 |
| 75 | Maria | F. | Losito | | Parent | Andrew | C. | Brunn | | $ 8,500,000.00 | $ 25,500,000.00 |
| 76 | Susan | Mary | Lum | | Sibling | Eamon | James | McEneaney | | $ 4,250,000.00 | $ 12,750,000.00 |
| 77 | Patrick | Gerard | Lynch | | Sibling | Michael | Francis | Lynch | | $ 4,250,000.00 | $ 12,750,000.00 |
| 78 | Camille | Nicole | Martin | | Grandchild | Charles | Augustus | Laurencin | | $ 8,500,000.00 | $ 25,500,000.00 |
| 79 | JoAnne | | Martinez | | Child | Jose | Angel | Martinez | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 80 | Diane | Lynn | Martinez | | Child | Jose | Angel | Martinez | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 81 | Clare | Regina | Mayer | | Sibling | Thomas | Gerard | O'Hagan | | $ 4,250,000.00 | $ 12,750,000.00 |
| 82 | Blayney | Peter | McEneaney | | Sibling | Eamon | James | McEneaney | | $ 4,250,000.00 | $ 12,750,000.00 |
| 83 | Kevin | Edward | McEneaney | | Sibling | Eamon | James | McEneaney | | $ 4,250,000.00 | $ 12,750,000.00 |
| 84 | Melissa | Ann | McGrath | | Sibling | Michael | A. | Uliano | | $ 4,250,000.00 | $ 12,750,000.00 |
| 85 | Jeanene | | McGregor | | Sibling | Lucy | | Fishman | | $ 4,250,000.00 | $ 12,750,000.00 |
| 86 | Charles | Gavin | McNulty | | Sibling | Nancy | Clare | Bueche | | $ 4,250,000.00 | $ 12,750,000.00 |
| 87 | Michelle | Ann | McNulty | | Sibling | Sean | Peter | McNulty | | $ 4,250,000.00 | $ 12,750,000.00 |
| 88 | Richard | Thomas | McNulty | | Sibling | Sean | Peter | McNulty | | $ 4,250,000.00 | $ 12,750,000.00 |
| 89 | Bridgette | Ann | McNulty | | Sibling | Sean | Peter | McNulty | | $ 4,250,000.00 | $ 12,750,000.00 |
| 90 | Michele | Carrie | Melendez | | Child | Jose | Angel | Martinez | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Genevieve | | Mercurio | | Child | Ralph | | Mercurio | | $ 8,500,000.00 | $ 25,500,000.00 |
| 92 | Margaret | Quinn | Metz | | Parent | Raymond | Joseph | Metz | III | $ 8,500,000.00 | $ 25,500,000.00 |
| 93 | David | Scott | Miller | | Half-sibling | Nicole | Carol | Miller (Estate of) | | $ 4,250,000.00 | $ 12,750,000.00 |
| 94 | Kelly | Suzanne | Mladenik | | Child | Jeffrey | P. | Mladenik | | $ 8,500,000.00 | $ 25,500,000.00 |
| 95 | Joshua | J. | Mladenik | | Child | Jeffrey | P. | Mladenik | | $ 8,500,000.00 | $ 25,500,000.00 |
| 96 | Jessica | Ann | Moskal | | Child | William | David | Moskal | | $ 8,500,000.00 | $ 25,500,000.00 |
| 97 | Mark | Eugene | Murphy | | Sibling | James | Thomas | Murphy | | $ 4,250,000.00 | $ 12,750,000.00 |
| 98 | Michael | Thomas | Murphy | | Sibling | James | Thomas | Murphy | | $ 4,250,000.00 | $ 12,750,000.00 |
| 99 | Francis | Gerard | Murphy | | Sibling | James | Thomas | Murphy | | $ 4,250,000.00 | $ 12,750,000.00 |
| 100 | Diane | Virginia | Murphy-Boiven | | Sibling | James | Thomas | Murphy | | $ 4,250,000.00 | $ 12,750,000.00 |
| 101 | Joan | Patricia | Murphy-Wolf | | Sibling | James | Thomas | Murphy | | $ 4,250,000.00 | $ 12,750,000.00 |
| 102 | Nancy | Kathryn | Nee | | Sibling | George | C. | Cain | | $ 4,250,000.00 | $ 12,750,000.00 |
| 103 | Shkurta | | Nikaj | | Child | Mon | | Gjonbalaj | | $ 8,500,000.00 | $ 25,500,000.00 |
| 104 | Sean | Patrick | O'Brien | | Sibling | Timothy | M. | O'Brien | | $ 4,250,000.00 | $ 12,750,000.00 |
| 105 | John | Joseph | O'Hagan | | Sibling | Thomas | Gerard | O'Hagan | | $ 4,250,000.00 | $ 12,750,000.00 |
| 106 | Kathleen | | O'Hara | | Sibling | James | J. | Straine | Jr. | $ 4,250,000.00 | $ 12,750,000.00 |
| 107 | Graig | Aaron | Olcott | | Child | Gerald | M. | Olcott | | $ 8,500,000.00 | $ 25,500,000.00 |
| 108 | Todd | Keith | Olsen | | Sibling | Eric | Taube | Olsen | | $ 4,250,000.00 | $ 12,750,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | Joseph | William | Regan | | Sibling | Donald | | Regan | | $ 4,250,000.00 | $ 12,750,000.00 |
| 110 | Alice | R. | Regan (Estate of) | | Parent | Donald | | Regan | | $ 8,500,000.00 | $ 25,500,000.00 |
| 111 | Lisa | Ann | Roberts | | Sibling | Michael | E. | Roberts | | $ 4,250,000.00 | $ 12,750,000.00 |
| 112 | Francine | Michelle | Roman | | Child | Charles | Augustus | Laurencin | | $ 8,500,000.00 | $ 25,500,000.00 |
| 113 | Rachel | Susan | Rothenberg | | Child | Mark | D. | Rothenberg | | $ 8,500,000.00 | $ 25,500,000.00 |
| 114 | Sara | Jan | Rothenberg | | Child | Mark | D. | Rothenberg | | $ 8,500,000.00 | $ 25,500,000.00 |
| 115 | David | Robert | Salvo | | Child | Samuel | Robert | Salvo | Jr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 116 | Steven | | Scarpitta | | Sibling | Michelle | | Scarpitta | | $ 4,250,000.00 | $ 12,750,000.00 |
| 117 | Sara | Ann | Schultz | | Sibling | Sean | Peter | McNulty | | $ 4,250,000.00 | $ 12,750,000.00 |
| 118 | Brian | Patrick | Shaw | | Sibling | Jeffrey | James | Shaw | | $ 4,250,000.00 | $ 12,750,000.00 |
| 119 | Richard | Charles | Shaw | | Sibling | Jeffrey | James | Shaw | | $ 4,250,000.00 | $ 12,750,000.00 |
| 120 | Christopher | Walter | Simmons | | Child | George | W. | Simmons | Sr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 121 | George | Washington | Simmons | Jr. | Child | George | W. | Simmons | Sr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 122 | Elizabeth | A. | Soudant | | Spouse | Gregory | E. | Rodriguez | | $ 12,500,000.00 | $ 37,500,000.00 |
| 123 | Rosanne | L. | Spirito | | Sibling | Catherine | Lisa | LoGuidice | | $ 4,250,000.00 | $ 12,750,000.00 |
| 124 | Jason | Robert | Springer | | Child | Lucy | | Fishman | | $ 8,500,000.00 | $ 25,500,000.00 |
| 125 | Eugene | Robert | Springer | | Spouse | Lucy | | Fishman | | $ 12,500,000.00 | $ 37,500,000.00 |
| 126 | Jacqueline | Yvonne | Steed | | Step-Child | Charles | Augustus | Laurencin | | $ 8,500,000.00 | $ 25,500,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | Wayne | | Stefani | Jr. | Half-sibling | Nicole | Carol | Miller (Estate of) | | $ 4,250,000.00 | $ 12,750,000.00 |
| 128 | John | Paul | Talty | | Sibling | Paul | | Talty | | $ 4,250,000.00 | $ 12,750,000.00 |
| 129 | Christina | Brunn | Thomas | | Sibling | Andrew | C. | Brunn | | $ 4,250,000.00 | $ 12,750,000.00 |
| 130 | Anne | Rose | Thompson | | Child | Steven | George | Weinstein | | $ 8,500,000.00 | $ 25,500,000.00 |
| 131 | Geraldine | T. | Tobia | | Sibling | Jeffrey | James | Shaw | | $ 4,250,000.00 | $ 12,750,000.00 |
| 132 | Judith | Ann | Torea | | Parent | Harvey | Joseph | Gardner (Estate of) | III | $ 8,500,000.00 | $ 25,500,000.00 |
| 133 | Dorine | Ellen | Toyen | | Parent | Amy | E. | Toyen | | $ 8,500,000.00 | $ 25,500,000.00 |
| 134 | Heather | Beth | Toyen | | Sibling | Amy | E. | Toyen | | $ 4,250,000.00 | $ 12,750,000.00 |
| 135 | Nicolette | Maria | Vigiano | | Child | John | Thomas | Vigiano | II | $ 8,500,000.00 | $ 25,500,000.00 |
| 136 | Ariana | | Vigiano | | Child | John | Thomas | Vigiano | II | $ 8,500,000.00 | $ 25,500,000.00 |
| 137 | Maria | | Vigiano-Trapp | | Spouse | John | Thomas | Vigiano | II | $ 12,500,000.00 | $ 37,500,000.00 |
| 138 | Barbara | Louise | Werner | | Child | Kermit | C. | Anderson | | $ 8,500,000.00 | $ 25,500,000.00 |
| 139 | Deanna | Joyce | Whoriskey | | Child | George | W. | Simmons | Sr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 140 | Jennifer | Lynn | Yamnicky | | Child | John | David | Yamnicky | Sr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 141 | Mark | S. | Yamnicky | | Child | John | David | Yamnicky | Sr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 142 | John | David | Yamnicky | Jr. | Child | John | David | Yamnicky | Sr. | $ 8,500,000.00 | $ 25,500,000.00 |
| 143 | Florela | S. | Yancey | | Parent | Kathryn | | Laborie | | $ 8,500,000.00 | $ 25,500,000.00 |
| 144 | Harlan | Gene | Yancey | | Parent | Kathryn | | Laborie | | $ 8,500,000.00 | $ 25,500,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | Mark | Anthony | Yancey | | Sibling | Kathryn | | Laborie | | $ 4,250,000.00 | $ 12,750,000.00 |
| 146 | Kevin | Michael | Yancey | | Sibling | Kathryn | | Laborie | | $ 4,250,000.00 | $ 12,750,000.00 |