# EXHIBIT E-2

**(Plaintiffs not expressly included on Exhibit A without prior judgments against Iran Defendants for 9/11 Decedent estate and Solatium claims)**

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Pain & Suffering Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Manual | | Asitimbay | | Client | Manual | | Asitimbay | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 2 | Esther | R. | Barbuto | | Sibling | Philip | Paul | Ognibene | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 3 | Christian | | Barry | | Child | Maurice | V. | Barry | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 4 | Jon-Maurice | | Barry | | Child | Maurice | V. | Barry | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 5 | Lea | Michaela | Bitterman | | Step-Child | Donald | G. | Havlish | Jr. | | | |
| 6 | Sean | Michael | Bitterman | | Step-Child | Donald | G. | Havlish | Jr. | | | |
| 7 | Leslie | | Brown | | Sibling | Jeffrey | Alan | Coale | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 8 | Susan | Clancy | Conlon | | Client | Susan | Clancy | Conlon | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 9 | Jamal | Legesse | DeSantis | | Client | Jamal | Legesse | DeSantis | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 10 | Jason | | Diehl | | Child | Michael | D. | Diehl | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 11 | Louisa | Huntington | Fisher | | Child | Bennett | Lawson | Fisher | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 12 | Lucy | | Fishman | | Client | Lucy | | Fishman | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 13 | Wilson | Falor | Flagg (Estate of) | | Client | Wilson | Falor | Flagg (Estate of) | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 14 | Audrey | Marie | Garcia | | Child | Andrew | | Garcia | Jr. | $ 8,500,000.00 | | $ 25,500,000.00 |
| 15 | Kelly | Louise | Garcia | | Child | Andrew | | Garcia | Jr. | $ 8,500,000.00 | | $ 25,500,000.00 |
| 16 | Harvey | Joseph | Gardner (Estate of) | III | Client | Harvey | Joseph | Gardner (Estate of) | III | | $ 2,000,000.00 | $ 6,000,000.00 |
| 17 | Alice | | Gary | | Parent | Bruce | Henry | Gary | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 18 | Bruce | Henry | Gary | | Client | Bruce | Henry | Gary | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 19 | Debra | Lynn | Gibbon | | Client | Debra | Lynn | Gibbon | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 20 | Stephanie | | Giglio | | Child | Robert | | Levine | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 21 | Silvio | | Gripman | | Child | Gregory | E. | Rodriguez | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 22 | James | L. | Hopper | | Child | James | P. | Hopper (Estate of) | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 23 | John | David | Ketler | | Sibling | Ruth | Ellen | Ketler | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 24 | Ruth | Ellen | Ketler | | Client | Ruth | Ellen | Ketler | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 25 | Charles | Augustus | Laurencin | | Client | Charles | Augustus | Laurencin | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 26 | Ralph | Michael | Licciardi | | Client | Ralph | Michael | Licciardi | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 27 | John | T. | McErlean | Jr. | Client | John | T. | McErlean | Jr. | | $ 2,000,000.00 | $ 6,000,000.00 |
| 28 | Wilmer | | Mejia | | Step-Child | Manual | | Asitimbay | | | | |
| 29 | Joseph | J. | Mistrulli | | Child | Joseph | D. | Mistrulli | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 30 | Mary | Ann | Mistrulli-Rosser | | Child | Joseph | D. | Mistrulli | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 31 | George | R. | Montesi | | Parent | Michael | G. | Montesi | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 32 | Blaise | J. | Ognibene | | Sibling | Philip | Paul | Ognibene | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 33 | David | Bartolo | Rodriguez | | Client | David | Bartolo | Rodriguez | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 34 | Gregory | E. | Rodriguez | | Client | Gregory | E. | Rodriguez | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 35 | Evan | | Rosenthal | | Child | Richard | | Rosenthal | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 36 | Anna | M. | Ruess | | Sibling | Philip | Paul | Ognibene | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 37 | Gillian | | Sandler | | Child | Herman | Samuel | Sandler | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 38 | Athena | Dawn | Shapiro | | Child | Sareve | | Dukat | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 39 | Lauren | Rebecca | Shapiro | | Child | Sareve | | Dukat | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 40 | Carl | Jerome | Stallworth | | Sibling | Marsha | | Ratchford | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 41 | Roosevelt | | Stallworth | Jr. | Sibling | Marsha | | Ratchford | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 42 | George | William | Steiner | | Sibling | William | R. | Steiner | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 43 | Zachary | Sheldon | Stone | | Child | Douglas | J. | Stone | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 44 | Donna | | Struzzieri | | Sibling | Bruce | Henry | Gary | | $ 4,250,000.00 | | $ 12,750,000.00 |
| 45 | John | Thomas | Vigiano | II | Client | John | Thomas | Vigiano | II | | $ 2,000,000.00 | $ 6,000,000.00 |
| 46 | Kristen | Elaine | White | | Child | Kenneth | Wilburn | White | | $ 8,500,000.00 | | $ 25,500,000.00 |

| No. | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 Decedent | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Solatium Judgment Amount | Pain & Suffering Judgment Amount | Treble Damages Pursuant to 18 U.S.C. § 2333 (a) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | Brian | Lynch | White | | Child | Kenneth | Wilburn | White | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 48 | Jason | Patrick | White | | Child | Kenneth | Wilburn | White | | $ 8,500,000.00 | | $ 25,500,000.00 |
| 49 | Sigrid | Charlotte | Wiswe | | Client | Sigrid | Charlotte | Wiswe | | | $ 2,000,000.00 | $ 6,000,000.00 |
| 50 | John | David | Yamnicky | Sr. | Client | John | David | Yamnicky | Sr. | | $ 2,000,000.00 | $ 6,000,000.00 |
| 51 | Michelle | Marie | Yancey | | Child | Vicki | L. | Yancey | | $ 8,500,000.00 | | $ 25,500,000.00 |