**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:                                          :

                                                :

TERRORIST ATTACKS ON                            :

SEPTEMBER 11, 2001                              :

                                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAN 2 1 2022

ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

> *Mandelkow et al. v. Islamic Republic of Iran*, No. 20-cv-00315 (GBD) (SN)
> *Alcabes et al. v. Islamic Republic of Iran*, No. 20-cv-00340 (GBD) (SN)
> *Anderson, et al. v. Islamic Republic of Iran*, No. 20-cv-00354 (GBD) (SN)
> *Ahearn, et al. v. Islamic Republic of Iran*, No. 20-cv-00355 (GBD) (SN)
> *Asciutto, et al. v. Islamic Republic of Iran*, No. 20-cv-00411 (GBD) (SN)
> *Amin, et al. v. Islamic Republic of Iran*, No. 20-cv-00412 (GBD) (SN)
> *Basci, et al. v. Islamic Republic of Iran*, No. 20-cv-00415 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The Latent Injury Plaintiffs in the above captioned actions all filed motions for default judgments against Defendant Islamic Republic of Iran. (*See* Case No. 03-md-1570, ECF Nos. 7022, 7029, 7034, 7038, 7041, 7048, 7052; Case No. 20-cv-00315, ECF No. 31; Case No. 20-cv-00340, ECF No. 29; Case No. 20-cv-00354, ECF No. 24; Case No. 20-cv-00355, ECF No. 27; No. 20-cv-00411, ECF No. 28; Case No. 20-cv-00412, ECF No. 29; Case No. 20-cv-00415, ECF No. 30.) On January 18, 2022, Magistrate Judge Netburn ordered that those Plaintiffs may submit any additional material they wish to provide in support of motions for default judgments by May 18, 2022. (ECF No. 7611.)

The Clerk of Court is directed to close the pending motions, (Case No. 03-md-1570, ECF Nos. 7022, 7029, 7034, 7038, 7041, 7048, 7052; Case No. 20-cv-00315, ECF No. 31; Case No. 20-cv-00340, ECF No. 29; Case No. 20-cv-00354, ECF No. 24; Case No. 20-cv-00355, ECF No. 27; No. 20-cv-00411, ECF No. 28; Case No. 20-cv-00412, ECF No. 29; Case No. 20-cv-00415, ECF No. 30),

accordingly. The motions may be restored to the calendar upon the submission of any additional material to supplement the record, as part of Plaintiffs' application for damages, pursuant to Magistrate Judge Netburn's January 18, 2022 Order.

Dated: January 21,2022
       New York, New York

SO ORDERED.

George B Daniels

GEORGE B. DANIELS
United States District Judge