

**T.C.**
**ADALET BAKANLIĞI**
Dış İlişkiler ve Avrupa Birliği Genel M
(Hukuk İstinabe Bürosu)

REPUBLIC OF TURKEY
MINISTRY OF JUSTICE
Directorate General for Foreign Relations and Euro
(Office of Judicial Assistance in Civil Matters)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2022
```

| | |
|---|---|
| **Address** : Türkiye Cumhuriyeti Adalet Bakanlığı Ek Bina DİABGM Hukuk İstinabe Bürosu Milli Müdafaa Caddesi No:22 06659 Bakanlıklar /ANKARA TURKEY | **Handled by** :<br>**Fax**    : (+90) 312 219 45 23<br>**E-Mail**  : diabgm@adalet.gov.tr |

**United States Discrict Court,**
**Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square, Room 430**
**New York, NY 10007**

**"Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters"**

Sayı/Reference : 42378409-4.6.1542.2021-E.17718/152929                                  17.12.2021
(Lütfen yazınızda belirtiniz/Please indicate in your letter)

Sayın Bayanlar ve Baylar,
Dear Madam/Sir,

İlgi      : Kreindler & Kreindler LLP'nin 12 Mayıs 2021 tarihli yazısı ile iletilen Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesinin 03 MDL 1570 (GBD) sayılı istinabe talebi.
Reference : The letter rogatory numbered 03 MDL 1570 (GBD) of the United States District Court for the Southern District of New York annexed to the letter of Kreindler & Kreindler LLP dated 12 May 2021.

İlgi yazı ile alınan istinabe talebiniz, gereğinin takdiri ve ifası amacıyla İstanbul Cumhuriyet Başsavcılığına iletilmiştir
Your letter rogatory received annexed to the reference letter was forwarded to Istanbul Chief Public Prosecutor's Office for the discretion of the necessary procedure and its execution.

Anılan Başsavcılıktan alınan yazıda, Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesinin 03 MDL 1570 (GBD) sayılı istinabe talebinin, İstanbul 22. Asliye Hukuk Mahkemesi'nin 2021/157 Talimat numarasına kaydedildiği bildirilmektedir.
In the response letter received from the mentioned Chief Public Prosecutor's Office, it is notified that the letter rogatory numbered 03 MDL 1570 (GBD) of the United States District Court for the Southern District of New York has been registered to the file number 2021/157 of Istanbul 22nd Civil Court of First Instance.

Bu kapsamda, İstanbul 22. Asliye Hukuk Mahkemesi tarafından istinabe talebi kapsamında düzenlenen tensip tutanağı Türkçe olarak ekte iletilmektedir. Tensip tutanağında tanığın beyanın alınmasına yönelik duruşmanın 22.03.2022 günü saat 10:00'da yapılmasına karar verildiği belirtilmektedir.
In this regard, the preliminary proceedings report drawn up in Turkish by Istanbul 22nd Civil Court of First Instance concerning the letter rogatory is annexed. The preliminary proceedings report states that it has been ruled to hold the hearing for taking the statmeent of the witness on 22 March 2022 at 10:00 am.

Bu vesileyle, saygılarımızı teyit ederiz.
We avail ourselves of this opportunity to renew our highest considerations.

Mutlu İker BELGİN
Judge
Head of Department

**Ekler/Annexes** : Documents

---
General Directorate E-Mail : diabgm@adalet.gov.tr   General Directorate Web: www.diabgm.adalet.gov.tr   Ministry of Justice Web: www.adalet.gov.tr

UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden  XMUYwgN - nLJdSaS - DWaTTf2 - P1b6GI= ile erişebilirsin



T.C.
İSTANBUL
22. ASLİYE HUKUK MAHKEMESİ

TENSİP TUTANAĞI

ESAS NO : 2021/157 Talimat
HAKİM   : Ömer GÜVEN 219159
KATİP   : Kübra SÜMER 169456

İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası )'nun Adli Yardımlaşma Talebi Konulu 28/10/2021 tarih ve 2021/30300 esas sayılı Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen talimat yolu ile tanık dinlenmesine yönelik istinabe evrakları mahkememize gelmiş olmakla Mahkememizin 2021/157 talimat sırasına kaydı yapıldı.

Talimat evrakı detaylıca incelendi;

**GEREĞİ DÜŞÜNÜLDÜ:**

1-Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen istinabe yolu ile tanık dinleme işlemlerinin 6100 sayılı Hukuk Muhakemeleri Kanunu (HMK) kapsamında yerine getirilmesine.

2-Mahkememizce tanık Alp Karlı'nın tanıklığına ilişkin beyanın 22/03/2022 günü saat 10:00 itibari ile İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda **alınmasına,** tarafınızca duruşma gün ve saatinin tanık Alp Karlı'nın istinabe evrakında bulunan adresine tebligat yolu ile **bildirilmesine,**

3-Mahkememize 08/11/2021 tarihinde vekaletname sunan ve duruşmaya katılmayı talep eden Kreindler & Kreindler LLP vekili Av. Can Güner ( T.C. 42236058202 )'in veya vekaletnamede ismi bulunan diğer Avukatların usule uygun temsil yetkisi ve Avukatlık Kimlikleri ile birlikte duruşma gün ve saatinde İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda hazır olmaları hususunda tebliğ işleminin tarafınızca **yapılmasına,**

4-Mahkememize 18/11/2021 tarihinde vekaletname sunan ve duruşmaya katılmayı talep eden Dallah Trans Arabia Co.vekili Av. Aybike Hotomaroğlu ( T.C. 17234464652 )'nun veya vekaletnamede ismi bulunan diğer Avukatların usulüne uygun temsi yetkisi ve Avukatlık kimlikleri ile birlikte duruşma gün ve saatinde İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda hazır olmaları hususunda tebliğ işleminin tarafınızca **yapılmasına,**

5-Tanık Alp Karlı'nın ifadesinin mahkememizce belirlenecek görevli tarafından HMK 153.madde uyarınca kamera ile kayıt alınmak sureti ile yeminli olarak alınmasına, ifadenin daha sonra katip tarafından yazıya dökülmesine, kayda alınan videonun CD/DVD ortamına aktarılmasına, bir örneğinin istinabe mahkemesine gönderilmesine, bir örneğinin Mahkememiz kasasında muhafaza edilmesine,

6-Hukuk Muhakemeleri Kanunu ( HMK ) 153. madde uyarınca duruşma sırasında mahkeme görevlisi dışında hiçbir şekilde ses ve görüntü kaydı yapılamayacağından mahkememizce görevlendirilecek kameraman dışında ifade verme süresince başkaca kameraman ( videograf ) hazır bulundurulmayacağından istinabe evrakının 12/a bendinde hazır bulunması talep edilen kameramanın ifade alma işlemine katılmasına ilişkin istemin REDDİNE,

7-Tanık Alp Karlı'nın ifadesinin 22/03/2022 günü 10:00'da alınmasına, duruşma gününün istinabe evrakının 13 numaralı bent gereği davacı Kreindler and Kreindler LLP'in istinabe evrakında belirtilen adreslerine **bildirilmesine,**

8-Tanık Alp Karlı'nın ifadesinin 22/03/2022 günü 10:00'da alınmasına, duruşma gününün davalı Dallah Trans Arabia Co.'nun adresine **bildirilmesine,**

9-İfade alma işleminin yukarıda belirtilen kurallar ve istinabe evrakının 12 numaralı bentte bildirilen özel yöntem ve prosedürler doğrultusunda HMK 28.madde gereği gizlilik esasına göre alınmasına, Tarafların temsilcilerinin veya görevli memurların, danışmanların, Amerika Birleşik

1/2

Devletleri Temsilcilerinin ve stenografın ( katip ) ifade verme süresince hazır bulundurulmalarına izin verilmesine, duruşmaya katılacak kişi / kişilerin görevlerine ilişkin yasal temsilci belgeleri ile aynı zamanda kimlikleri ile birlikte duruşmaya kabul edilecekleri hususunun ilgili taraflara **bildirilmesine,**

10-Mahkememizce gizlilik kararı verildiğinden ve duruşmaların kamuya kapalı olarak yapılacağından ayrıca 12/b maddesindeki talep gereği adli işlemlerin FBI koruma emri dahilinde kamuya kapalı olarak yapılması, gizli tutulması ve yalnızca FBI koruma emri uyarınca izin verilen kişilerin katılması yönündeki talebin HMK 28.madde kapsamında kaldığı anlaşılmakla bu konuda ayrıca bir karar oluşturulmasına yer olmadığına,

11-İş bu tensip tutanağının gereği yapılmak üzere CBS Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası ) kanalı ile Adalet Bakanlığı Dış İlişkiler ve Avrupa Birliği Genel Müdürlüğü ( Hukuk İstinabe ve Müteferrik Bürosu)'ne gönderilmesine,

12-Yukarıdaki işlemlerin tamamlanmasının ardından tanık beyanın alınmasından sonra istinabe evrakının tüm ekleri ile birlikte İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu kanalı ile ilgili birime iadesine,

Dair evrak üzerinde yapılan inceleme neticesinde tensiben karar verildi. 10/12/2021

Katip 169456
E-imza

Hakim 219159
E-imza

---

The Clerk of the Court is respectfully directed to docket this letter under seal, with access restricted to the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 25, 2022
New York, New York

