```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD) (SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received a reply to one of the letters rogatory it has issued in this matter. That reply was issued by a government department of the foreign nation to whose judicial authority the Court's letters rogatory was issued. The Court has filed that reply under seal. If any party wishes to alert the Court to a reason why this letter should not be unsealed, they may do so by January 28, 2022.

**SO ORDERED.**

DATED:   New York, New York
                January 25, 2022

_____
SARAH NETBURN
United States Magistrate Judge