**EXHIBIT 2**

This Transcript Contains Confidential Material

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2
 3   IN RE: TERRORIST ATTACKS    )  03-MDL-1570 (GBD) (SN)
     ON SEPTEMBER 11, 2001       )
 4                               )
 5
 6
 7
                           — — —
 8
                    Wednesday, July 14, 2021
 9                         — — —
10             THIS TRANSCRIPT CONTAINS
                 CONFIDENTIAL MATERIAL
11                         — — —
12
13     Remote video-recorded deposition of JONATHAN M.
     WINER, VOLUME II, held at the location of the
14   witness, commencing at 9:36 a.m., on the above date,
     before Debra A. Dibble, Certified Court Reporter,
15   Registered Diplomate Reporter, Certified Realtime
     Captioner, Certified Realtime Reporter and Notary
16   Public.
17
                           — — —
18
19
20
21
22
23
                     GOLKOW LITIGATION SERVICES
24            877.370.DEPS | fax 917.591.5672
                      deps@golkow.com
25
```

This Transcript Contains Confidential Material

```
 1                THE WITNESS:  All right.
 2                MR. HAEFELE:  Any other defendants
 3        have any other questions?
 4                MR. MOHAMMEDI:  We are good.  Thank
 5        you.  Thank you, Mr. Winer, for your time.
 6                MR. HAEFELE:  And Omar, that's Omar,
 7        that's Gabi, and Aisha.  Any further
 8        questions?
 9                MS. BEMBRY:  I'm not sure.  We don't
10        have any questions and we reserve the
11        remainder of our time.
12                MR. HAEFELE:  Okay.  And the
13        plaintiffs have no -- well, let me ask you
14        this.  Is there anybody else that's on, any
15        other crew?  Is Peter on?
16                I don't know if Peter was on or not.
17                MS. BEMBRY:  I don't believe they
18        have any questions, Robert.
19                MR. HAEFELE:  Okay.  Then Plaintiffs
20        have no questions, so we are done, then.
21        Thank you, Mr. Winer.
22                THE VIDEOGRAPHER:  One more minute,
23        everyone.
24                This ends today's deposition.  We're
25        going to go off the record at 5:25 p.m.
```

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2        I, DEBRA A. DIBBLE, Registered Diplomate
    Reporter, Certified Realtime Reporter, Certified
 3  Court Reporter and Notary Public, do hereby certify
    that prior to the commencement of the examination,
 4  JONATHAN M. WINER, was duly sworn by me to testify
    to the truth, the whole truth and nothing but the
 5  truth.
 6        I DO FURTHER CERTIFY that the foregoing is a
    verbatim transcript of the testimony as taken
 7  stenographically by and before me at the time, place
    and on the date hereinbefore set forth, to the best
 8  of my ability.
 9        I DO FURTHER CERTIFY that pursuant to FRCP
    Rule 30, signature of the witness was not requested
10  by the witness or other party before the conclusion
    of the deposition.
11
          I DO FURTHER CERTIFY that I am neither a
12  relative nor employee nor attorney nor counsel of
    any of the parties to this action, and that I am
13  neither a relative nor employee of such attorney or
    counsel, and that I am not financially interested in
14  the
    action.
15
16
17
18       _____
19       
    DEBRA A. DIBBLE, RDR, CRR, CRC
20  NCRA Registered Diplomate Reporter
    NCRA Certified Realtime Reporter
21  Certified Court Reporter
22
    Dated: 8-5-2021
23
24
25
```