**EXHIBIT 4**

# Aisha Bembry

| | |
|---|---|
| **From:** | Haefele, Robert <rhaefele@motleyrice.com> |
| **Sent:** | Monday, January 24, 2022 10:00 AM |
| **To:** | Aisha Bembry; Waleed Nassar |
| **Cc:** | Flowers, Jodi; Carter, Sean; Tarbutton, Scott; Kreindler, Jim; Andrew J. Maloney; Goldman, Jerry S.; Strong, Bruce; Eubanks, John; Heyl, C. Ross; Haileselassie, Jade; Cashon, Richard |
| **Subject:** | [External Email] Defendants' Request for Plaintiffs to Withdraw Winer Declaration based on claim it skirts ECF No. 7160 |

Dear Aisha –

I am writing in response to your recent request that the Plaintiffs' Executive Committee agree to withdraw the declaration of Jonathan Winer filed with the Plaintiffs' opposition to your *Daubert* motion.  To clarify, when we spoke on Thursday, I asked you to the explain the rationale for defendants' request and the sole rationale that you offered was your view that the declaration was an effort by the Plaintiffs to skirt the Court's page length for briefing the *Daubert* motions, citing only the Court's order at ECF No. 7160 (setting a 40-page limit for plaintiffs' opposition brief).

We have looked at the issue and do not believe the position you articulated has merit.  To the contrary, the law and the practice in the MDL, including by defendants, indicates that Mr. Winer's declaration is entirely appropriate.  Accordingly, we do not agree that the declaration violates the Court's order setting page limits for the *Daubert* briefing and will not agree to withdraw the declaration.

Regards,

**Robert Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.