UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Havlish et al. v. Bin Laden et al., No. 03-cv-9848
    Faulkner et al. v. Bin Laden et al., No. 09-cv-7055

    The Court has received the Government's request for an extension to determine if it will file a statement of interest in the above-referenced cases. As the affected plaintiffs consent to this extension, that request is GRANTED. The Government shall have until February 11, 2022, to submit any statement of interest. The Faulkner plaintiffs and the Plaintiffs' Executive Committees shall similarly be permitted until February 11, 2022, to make or join the submissions directed by the Courts' orders at ECF Nos. 7354 and 7423.

    The Clerk of Court is respectfully directed to grant the motions at ECF Nos. 7629 and 7630 on In Re Terrorist Attacks docket, ECF No. 558 on the Havlish docket, and ECF No. 212 on the Faulkner docket.

**SO ORDERED.**

Dated: January 28, 2022
      New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/28/2022*