# EXHIBIT A-2

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-18 | Teresa | | Gomez | | Enrique | | Gomez | | 02-cv-7230 | $ 1,386,252.00 | $ 1,386,252.00 |
| B-19 | Blanca | | Gomez | | Jose | | Gomez | | 02-cv-7230 | $ 1,175,304.00 | $ 1,175,304.00 |