# EXHIBITS B-1 through B-19
# CONFIDENTIAL

# Furnished to the Court for Filing Under Seal