UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2022

**SARAH NETBURN, United States Magistrate Judge:**

The Clerk of the Court is respectfully directed to unseal the document at ECF No. 7625.

**SO ORDERED.**

Dated: January 31, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge