| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING | DECEDENT PUNITIVE DAMAGES | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 2 | Patricia | | Ryan | | John | J. | Ryan | | 02-cv-6977; 1:02-cv-07236; 20-cv-0266 | $2,000,000.00 | $6,880,000.00 | $21,160,744.00 | $30,040,744.00 |
| 3 | Katherine | | Maher | | Daniel | L. | Maher | | 02-cv-6977; 1:02-cv-07236; 20-cv-0266 | $2,000,000.00 | $6,880,000.00 | $7,662,835.00 | $16,542,835.00 |