| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **9/11 DECEDENT'S FIRST NAME** | **9/11 DECEDENT'S MIDDLE NAME** | **9/11 DECEDENT'S LAST NAME** | **9/11 DECEDENT'S SUFFIX** | **PLAINTIFF FIRST NAME** | **PLAINTIFF MIDDLE NAME** | **PLAINTIFF LAST NAME** | **PLAINTIFF SUFFIX** | **RELATIONSHIP TO DECEDENT** | **SOLATIUM DAMAGES AMOUNT** |
| 2 | John | J. | Ryan | | Patricia | | Ryan | | Spouse | $12,500,000.00 |
| 3 | John | J. | Ryan | | Kristen | | Ryan | | Child | $8,500,000.00 |
| 4 | John | J. | Ryan | | Laura | | Ryan | | Child | $8,500,000.00 |
| 5 | John | J. | Ryan | | Colin | | Ryan | | Child | $8,500,000.00 |
| 6 | Daniel | L. | Maher | | Katherine | | Maher | | Spouse | $12,500,000.00 |
| 7 | Daniel | L. | Maher | | Daniel | R. | Maher | | Child | $8,500,000.00 |
| 8 | Daniel | L. | Maher | | Joseph | F. | Maher | | Child | $8,500,000.00 |