*Burlingame and Ashton* Exhibit A        Case 1:03-md-01570-GBD-SN   Document 7644-1   Filed 02/01/22   Page 1 of 1        **U. S. Nationals**

Estates

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME** | **PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME** | **PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME** | **PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX** | **9/11 DECEDENT'S FIRST NAME** | **9/11 DECEDENT'S MIDDLE NAME** | **9/11 DECEDENT'S LAST NAME** | **9/11 DECEDENT'S SUFFIX** | **CIVIL DOCKET NUMBER** | **DECEDENT PAIN AND SUFFERING** | **DECEDENT PUNITIVE DAMAGES** | **DECEDENT ECONOMIC LOSS** | **TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE** |
| 2 | Kristen | | Breitweiser | | Ronald | | Breitweiser | | 02-cv-6977; 02-cv-7230 | $2,000,000.00 | $6,880,000.00 | $45,385,507.00 | $54,265,507.00 |