| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 2 | Mindy | | Kleinberg | | Alan | D. | Kleinberg | | 03-cv-9849 | $2,000,000.00 | $51,711,383.00 | $53,711,383.00 |
| 3 | Lorie | | Van Auken | | Kenneth | | Van Auken | | 03-cv-9849 | $2,000,000.00 | $7,085,037.00 | $9,085,037.00 |
| 4 | Patricia | D. | Casazza | | John | Francis | Casazza | | 03-cv-9849 | $2,000,000.00 | $21,897,195.00 | $23,897,195.00 |