|  | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
| 2 | John | Francis | Casazza |  | Patricia | D. | Casazza |  | Spouse | $12,500,000.00 |
| 3 | John | Francis | Casazza |  | John | F. | Casazza |  | Child | $8,500,000.00 |
| 4 | Alan | D. | Kleinberg |  | Mindy |  | Kleinberg |  | Spouse | $12,500,000.00 |
| 5 | Alan | D. | Kleinberg |  | Lauren | Nicole | Kleinberg |  | Child | $8,500,000.00 |
| 6 | Alan | D. | Kleinberg |  | Jacob |  | Kleinberg |  | Child | $8,500,000.00 |
| 7 | Alan | D. | Kleinberg |  | Sam | Eric | Kleinberg |  | Child | $8,500,000.00 |
| 8 | Kenneth |  | Van Auken |  | Lorie |  | Van Auken |  | Spouse | $12,500,000.00 |
| 9 | Kenneth |  | Van Auken |  | Sarah |  | Van Auken |  | Child | $8,500,000.00 |
| 10 | Kenneth |  | Van Auken |  | Matthew |  | Van Auken |  | Child | $8,500,000.00 |