# EXHIBIT E-3

**(Plaintiffs not expressly included on Exhibit A without prior judgments against Iran Defendants for Personal Injury claims)**

| No. | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NAME |
|---|---|---|---|---|---|
| 1 | Kevin | T. | Brennan | | Brennan, Kevin T. |
| 2 | Steven | John | Hagis | | Hagis, Steven John |

Page 1 of 1