UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anaya et al

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.:   18cv12341 (GBD)(SN)
03MD1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 9th day of February 2022, I served:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Iran

☒   the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the  Notice of Default Judgement prepared pursuant to 22 CFR § 93.2 and a copy of the Foreign Sovereign Immunities Act (28 U.S.C. §1602, et. seq.), Order of Partial Judgement as to liability and certain damages entered on January 10, 2022 ECF 97 (MDL ECF 7580) ("Default Judgement"), Affidavit of Translator (along with translations of the above documents in Farsi).

By FedEx 7759 7283 3575

Dated:   New York, New York
February 9, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK