# EXHIBIT B

**Ex. B**

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1706 (GBD)(SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333(a) |
|---|---|---|---|---|---|---|---|---|
| 1. | John | P. | O'Neill | Sr. | $3,831,235.00 | $2,000,000.00 | $5,831,235.00 | $17,493,705.00 |
| **TOTALS** | | | | | | | | $17,493,705.00 |

docs-100470554.1