# EXHIBIT C

**Ex. C**

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1706 (GBD)(SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333(a) | Notice of Amendment (as to Iran) DATE GRANTED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | John | P. | O'Neill | John | F. | O'Neill | | Parent (Deceased) | $8,500,000.00 | $25,500,000.00 | 10/23/2019 | 5225 |
| **TOTAL** | | | | | | | | | | $25,500,000.00 | | |

docs-100470558.1