# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to: *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1706 (GBD)(SN)

## [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE-CAPTIONED MATTER ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBIT A AND EXHIBIT B

Upon consideration of the evidence and arguments submitted by Plaintiffs in the above-captioned matter identified in Exhibit A and Exhibit B to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001 as specifically identified in annexed Exhibit A, or the estate of an individual who was killed in the terrorist attacks on September 11, 2001 as specifically identified in annexed Exhibit B, and the judgment by default for liability against the Taliban entered as follows:

| CASE NAME | CASE NO. | DATE OF ORDER FOR LIABILITY | ECF NO. FOR ORDER OF LIABILITY |
|---|---|---|---|
| Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al. | 04-cv-1706 | October 13, 2015 | ECF Nos. 3067, 3163, 3043-1 |

; together with the entire record in this case; IT IS HEREBY

**ORDERED** that service of process in the above-captioned matter was effected upon the Taliban; and it is further

-2-

**ORDERED** that partial final judgment is entered against the Taliban on behalf of the Plaintiffs in the above-captioned matter, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit A; and it is further

**ORDERED** that Plaintiffs identified in the attached Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in the attached Exhibit A; and it is further

**ORDERED** that partial final judgment is entered against the Taliban on behalf of the Plaintiffs in the above-captioned matter, as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit B; and it is further

**ORDERED** that Plaintiffs identified in the attached Exhibit B are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in the attached Exhibit B; and it is further

**ORDERED** that Plaintiffs identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") (and identified in Exhibit B), are awarded economic damages as set forth in the attached Exhibit B and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is further

**ORDERED** that Plaintiffs identified in Exhibit A and Exhibit B are awarded treble damages pursuant to the Anti-Terrorism Act, 18 U.S.C. § 2333(a) in the amounts set forth in the annexed Exhibit A and Exhibit B; AND,

**ORDERED** that the Plaintiffs identified in the attached Exhibit A and Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that the Plaintiffs identified in the attached Exhibit A and Exhibit B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining Plaintiffs or Proposed Additional Plaintiffs in the above-captioned matter not appearing in the attached Exhibit A and Exhibit B may submit in later stages applications for damages awards, and to the extent they are for solatium damages or by estates for compensatory damages or for decedents' pain and suffering from the September 11th attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing in the attached Exhibit A and Exhibit B.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 7652.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
         _____ \_\_, 202\_