# EXHIBIT A

**Ex. A**

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1706 (GBD)(SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | TREBLE DAMAGES PURSUANT TO 18 U.S.C. § 2333(a) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | John | P. | O'Neill | Carol | | O'Neill | | Child | $8,500,000.00 | $25,500,000.00 |
| 2. | John | P. | O'Neill | Christine | | O'Neill | | Spouse | $12,500,000.00 | $37,500,000.00 |
| 3. | John | P. | O'Neill | Dorothy | | O'Neill | | Parent (Deceased) | $8,500,000.00 | $25,500,000.00 |
| 4. | John | P. | O'Neill | John | P. | O'Neill | Jr. | Child | $8,500,000.00 | $25,500,000.00 |
| 5. | John | P. | O'Neill | John | F. | O'Neill | | Parent (Deceased) | $8,500,000.00 | $25,500,000.00 |

**TOTAL**                                                                                                 **$139,500,000.00**