UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:    1:03 MDL 1570 (GBD)(SN)
:
------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**
*Expedited Review Requested*

### NOTICE OF UNOPPOSED MOTION TO LIFT STAY
### OF JUDICIAL ENFORCEMENT OF WRIT OF EXECUTION

PLEASE TAKE NOTICE that upon the attached Memorandum of Law, Declaration of Douglass A. Mitchell, and exhibits thereto, the undersigned attorneys for Movant-Creditors Fiona Havlish, et al., (the "Havlish Creditors") shall move this Court, before the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order lifting the stay of enforcement of their duly-entered, served, and levied writ of execution against the assets in which the Taliban has an interest, including through its agency and instrumentality Da Afghanistan Bank, at the Federal Reserve Bank of New York, only to the extent authorized by Title II of the Terrorism Risk Insurance Act of 2002 ("TRIA"), Pub. L. No. 107–297, 116 Stat. 2322, for an amount equal to the Havlish Creditors' compensatory damages, and for such other and further relief as the Court deems appropriate. For the reasons described in their Memorandum of Law, the Havlish Creditors request expedited review of this motion on or before February 17, 2022. The United States does not oppose lifting the stay of judicial enforcement,

subject to the views laid out in its Statement of Interest. Declaration of Douglass A. Mitchell ("Mitchell Decl."), ¶ 7.

Dated: February 14, 2022                    Respectfully submitted,

/s/ Lee S. Wolosky
Lee S. Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

Douglass A. Mitchell (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

Timothy B. Fleming (DC Bar No 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street, NW, #110
Washington, DC 20009-1813
(202) 467-4489

Dennis G. Pantazis
(AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC (Lead Counsel)
301 19th Street
North Birmingham, AL 35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN 46260
(317) 582-0000

        Robert M. Foote (IL Bar No. 03124325)
        FOOTE, MIELKE,
        CHAVEZ & O'NEIL, LLC
        10 West State Street, Suite 200
        Geneva, IL 60134
        (630) 232-7450

        Stuart H. Singer
        BOIES SCHILLER FLEXNER LLP
        401 East Las Olas Blvd., Suite 1200
        Fort Lauderdale, FL 33301
        Phone 954 356 0011
        Fax 954 356 0022

        David A. Barrett
        BOIES SCHILLER FLEXNER LLP
        55 Hudson Yards, 20th Floor
        New York, NY 10001
        Phone 212 446 2310


        *Counsel for the Havlish Creditors*