# EXHIBIT 2



**U.S. Department of Justice**

**United States Marshals Service**
*Southern District of New York*

*500 Pearl Street, Suite 400*
*New York, New York 10007*

*Telephone (212) 331-7200*
*Facsimile (212) 637-6130*

September 13, 2021

Federal Reserve of New York
ATTN: Legal Department
33 Liberty St
New York, NY 10045

    RE:    Fiona Havlish, et al v. The Taliban a/k/a the Islamic Emirate of Afghanistan, et al

Dear Sir/Madam:

    Pursuant to the attached Writ of Execution, I am herewith levying on all the right, title and interest that the judgment debtor, account of Wiggins Child Pantazis Fisher Goldfarb, PLLC and assets held in the Federal Reserve of New York including but not limited to all accounts to satisfy the judgment of $7,045,632,402.79 which includes fees for the United States Marshals Service in the amount of $66.12 plus interest from October 16, 2012.

    Please remit payment(s) promptly to:

        United States Marshal
        Southern District of New York
        500 Pearl Street, Suite 400
        New York, NY 10007

    Thank you in advance for your cooperation in this matter.

                      Very truly yours,

                      Ralph Sozio
                      United States Marshal,
                      Southern District of New York

           By:

                      Michael Gonzalez
                      Deputy United States Marshal
                      (212) 331-7119

# United States District Court
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 12, 1850

DOCKET NO. 03-cv-9848(GBD)(SN)
03-md-1570(GBD)(SN)

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of The Islamic Republic of Afghanistan, now know as the Islamic Emirate of Afghanistan, which the Taliban, Da Afghanistan Bank, the central to bank of Afghanistan, now a bank of the Islamic Emirate of Afghanistan, which is the Taliban, and any political subdivisions or agencies and instrumentalities of either the Islamic Republic of Afghanistan or the Islamic Emirate of Afghanistan, which is the Taliban.

in your district you cause to be made the sum of seven billion, forty-five million, six hundred thirty-two thousand, four hundred two dollars and seventy-nine cents, ($ 7,045,632,402.79 )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, Fiona Havlish and the individuals and estates listed on Exhibit A attached hereto

recovered against the said The Taliban a/k/a the Islamic Emirate of Afghanistan and the other entities and individuals listed on Exhibit B attached hereto

in an action between Fiona Havlish and the individuals and estates listed on Exhibit A attached hereto

PLAINTIFF and The Taliban a/k/a the Islamic Emirate of Afghanistan and the other entities and individuals listed on Exhibit B attached hereto

DEFENDANT, in favor of said Fiona Havlish and the individuals and estates listed on Exhibit A attached hereto

as appears by the record filed in the Clerk's Office of said District Court on the 16 day of October, in the year of 2012

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the 27th day of August in the year of our Lord 2021, and of the Independence of the United States the two hundred forty fifth year.

CLERK

SDNY Web
05/2021

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Fiona Havlish, et al

-against-

The Taliban a/k/a Islamic Emirate of Afghanistan, which is now the government of Afghanistan; the government of Afghanistan, which is now the Islamic Emirate of Afghanistan, the central bank of Afghanistan, which is now a bank of the Islamic Emirate of Afghanistan; any political subdivision of the government of Afghanistan, which is now the Islamic Emirate of Afghanistan, and any agency or instrumentality of the government of Afghanistan, which are now agencies and instrumentalities of the Islamic Emirate of Afghanistan a/k/a the Taliban

EXECUTION AGAINST PROPERTY

Wiggins Childs Pantazis Fisher Goldfarb, PLLC
Attorney for
Fiona Havlish, et al

Borough of Manhattan
City of New York

To the Marshal:

You will levy and collect

$7,045,632,402.79

_____ Dollars and 85 ___
_____ cents, with interest from the 16 day of
October, 2012, besides your fees, etc

Attorney

# EXHIBIT A

EXHIBIT A
WRIT OF EXECUTION

**Estate of Donald J. Havlish, Jr.**  {Estates of 9/11 Decedents in bold}
Fiona Havlish
Estate of Donald Havlish, Sr.
William Havlish
Susan Conklin
**Estate of Michael A. Bane**
Tara Bane
Estate of Donald Bane
Christina Bane-Hayes
**Estate of Martin Boryczewski**
Krystyna Boryczewski
Estate of Michael Boryczewski
Julia Boryczewski
Michele Boryczewski
**Estate of Richard M. Caproni**
Richard A. Caproni
Dolores Caproni
Christopher Caproni
Michael Caproni
Lisa Caproni-Brown
**Estate of Peter Chirchirillo**
Clara Chirchirillo
Livia Chirchirillo
Catherine Deblieck
**Estate of Jeffrey Coale**
William Coale
**Estate of Daniel M. Coffey**
Frances M. Coffey
Daniel D. Coffey, M.D.
Kevin M. Coffey
**Estate of Jason Coffey**
Frances M. Coffey
Daniel D. Coffey, M.D.
Kevin M. Coffey
**Estate of Jeffrey Collman**
Dwayne W. Collman
Brian Collman
Charles Collman
Brenda Sorenson
**Estate of Michael Diehl**
Loisanne Diehl
**Estate of Stephen Dorf**
Estate of Morris Dorf

Estate of Anne Marie Dorf
Joseph Dorf
Michelle Dorf
Robert Dorf
Linda Sammut
**Estate of Judy Fernandez**
Corazon Fernandez
**Estate of William R. Godshalk**
Estate of Grace Parkinson-Godshalk
**Estate of John Grazioso**
Tina Grazioso
**Estate of James D. Halvorson**
Maureen Halvorson
**Estate of Liming Gu**
Jin Liu
Alan Gu
**Estate of Steven Cafiero**
Grace Kneski
**Estate of Robert Levine**
Roni Levine
**Estate of Joseph Lostrangio**
Teresanne Lostrangio
**Estate of Brian Nunez**
JoAnne Lovett
**Estate of Meta Waller**
**Estate of Ronald Gamboa**
Regina Maria Merwin
**Estate of Dorothy Mauro**
Margaret Mauro
**Estate of Mary Melendez**
Ramon Melendez
**Estate of Peter T. Milano**
Patricia Milano
**Estate of Yvette Nichole Moreno**
Ivy Moreno
**Estate of Philip Paul Ognibene**
Estate of Vincent A. Ognibene
**Estate of Denis Lavelle**
Marie Ann Paprocki
**Estate of John William Perry**
Patricia J. Perry
**Estate of Salvatore T. Papasso**
Christine Papasso

**Estate of Marsa Dianah Ratchford**
Rodney Ratchford
Rodney M. Ratchford
Marshee R. Ratchford
Benefit of Maranda C. Ratchford
**Estate of John M. Rodak**
Joyce Ann Rodak
Chelsea Nicole Rodak
Benefit of Devon Marie Rodak
John Rodak
Regina Rodak
Joanne Gori
**Estate of Elvin Romero**
Diane Romero
**Estate of Richard Rosenthal**
Loren Rosenthal
**Estate of Joshua Scott Reiss**
Judith Reiss
**Estate of Maria Theresa Santillian**
Expedito Santillian
Ester Santillian
**Estate of Victor Saracini**
Ellen Saracini
Estate of Anne C. Saracini
Joanne Renzi
**Estate of Scott Schertzer**
Paul Schertzer
**Estate of Paul K. Sloan**
Ronald S. Sloan
**Estate of George Eric Smith**
Raymond Alexander Smith
**Estate of Timothy P. Soulas**
Katherine Soulas
**Estate of William R. Steiner**
Russa Steiner
**Estate of Andrew Stergiopoulos**
George Stergiopoulos, M.D.
Angela Stergiopoulos
**Estate of Edward W. Straub**
Sandra Straub
**Estate of Jennifer Tino**
Joan E. Tino
Pamela Schiele

**Estate of Jeanmarie Wallendorf**
Christine Barton (now Pence)
**Estate of Timothy Raymond Ward**
Estate of Doyle Raymond Ward
Gerald Bingham
Alice Carpeneto
Stephen L. Cartledge
Michelle Wright
Maureen Halvorson
Haomin Jian
FuMei Chien
Huichun Jian
Hui-Chuan Jian
Hui-Chien Chen
Hui-Zon Jian
Michael LoGuidice
Ralph S. Maerz
Martin Panik
Estate of Linda Ellen Panik
Mary Lynn-Anna Panik Stanley
Helen Rosenthal
Alexander Rowe
Ed Russin
Gloria Russin
Barry Russin
Leonard Zeplin
Leona Zeplin
Joslin Zeplin

# EXHIBIT B

EXHIBIT B
WRIT OF EXECUTION

LIST OF DEFENDANTS AGAINST WHOM JUDGMENTS WERE ENTERED

The Taliban a/k/a the Islamic Emirate of Afghanistan
Islamic Republic of Iran
Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran
Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel
 and former President of Iran
Iranian's Ministry of Information and Security
Islamic Revolutionary Guard Corps
Iranian's Ministry of Petroleum
National Iranian Tanker Corporation
National Iranian Oil Company
National Iranian Gas Company
National Iranian Petrochemical Company
Iran Airlines
Iran's Ministry of Economic Affairs and Finance
Iran's Ministry of Commerce
Iran's Ministry of Defense and Armed Forces Logistics
Central Bank of the Islamic Republic of Iran a/k/a Bank Markazi
Hezbollah
al-Qaeda

# EXHIBIT C

# EXHIBIT C

# WRIT OF EXECUTION

The foregoing writ of execution is to be levied in conformity with United States and New York law against any property or property rights in any form (personal or real, tangible or intangible, materialized or dematerialized, direct or indirect, or fungible, including but not limited to any reserves, cash, gold, silver, securities, securities entitlements, securities accounts, equity interests, claims, contractual rights, statutory rights, special drawing rights from the International Monetary Fund, or any other interest of any kind in any asset of any kind) held or being maintained by, or in the possession, custody, or control of,

> Federal Reserve Bank of New York
> 33 Liberty Street
> New York, New York 10045

for the benefit of the government of Afghanistan (which the Taliban, also known as the Islamic Emirate of Afghanistan, now claims to be and to control), Da Afghanistan Bank, the central bank of Afghanistan (which is a bank, the assets of which, the Taliban, also known as the Islamic Emirate of Afghanistan, now claims to own and control), any political subdivision of the Islamic Republic of Afghanistan or the Islamic Emirate of Afghanistan (which the Taliban, also known as the Islamic Emirate of Afghanistan, now claims are its political subdivisions), and any agency or instrumentality of the Islamic Republic of Afghanistan or the Islamic Emirate of Afghanistan (which the Taliban, also known as the Islamic Emirate of Afghanistan, now claims are its agencies and instrumentalities).

Beginning on or about August 16, 2021, the previous government of Afghanistan was deposed by the Taliban, which also identifies itself as the Islamic Emirate of Afghanistan. On or about August 19, 2021, the Taliban declared itself the government of Afghanistan and changed the name of the country to the Islamic Emirate of Afghanistan, which is also the name of the Taliban. The Taliban as the Islamic Emirate of Afghanistan now asserts control over the country formerly known as Afghanistan, previously governed by the Islamic Republic of Afghanistan, and has assumed governance of the people within the jurisdictional borders of Afghanistan. The Taliban, as the Islamic Emirate of Afghanistan, also claims ownership of, and control over, all property, property interests, and all rights belonging to the former government of the Islamic Republic of Afghanistan, including all assets belonging to the central bank of Afghanistan, Da Afghanistan

Bank. As a result, the judgment entered against the Taliban which is now the Islamic Emirate of Afghanistan can now be enforced against any and all assets belonging to the government of Afghanistan, including any assets held at the Federal Reserve Bank in the name, for the benefit, or on the account of Da Afghanistan Bank, the central bank of Afghanistan.