# EXHIBIT 3

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fiona Havlish, et al. | 03-cv-9848; 03-md-1570(GBD)(SN) |
| DEFENDANT | TYPE OF PROCESS |
| The Taliban a/k/a the Islamic Emirate of Afghanistan, et al. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal Reserve of New York

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
33 Liberty Street, New York, New York 10045

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy B. Fleming
Wiggins Childs Pantazis Fisher Goldfarb, PLLC
1211 Connecticut Avenue, Suite 420
Washington, DC 20036

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

NY Fed main telephone number: 212-720-5000

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 202-467-4489
DATE: 8/25/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin: No. 054
District to Serve: No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 8/25/21

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
HEAD OF SEC. FED RESERVE
Date: 9/14/21
Time: 530 pm
Signature of U.S. Marshal or Deputy: 51513

Costs shown on attached USMS Cost Sheet >>

REMARKS
SERVICE FEE = 1HR = 65
MILES FEE = 2mi = 1.12
TOTAL 66.12

Form USM-285
Rev. 03/21