UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: 
:     **1:03 MDL 1570 (GBD)(SN)**
:
---------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**


**[PROPOSED] ORDER GRANTING HAVLISH CREDITORS' UNOPPOSED MOTION TO LIFT STAY OF JUDICIAL ENFORCEMENT OF WRIT OF EXECUTION**

Upon consideration of the Havlish Creditors' unopposed motion to lift the stay of judicial enforcement of writ of execution, it is hereby:

ORDERED that the Havlish Creditors' motion is granted.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 7664.


**SO ORDERED**:

_____
Hon. Judge Sarah Netburn

Date:_____

1