UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 21cv3505 (GBD)(SN)
03md1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 15th day of February 2022, I served:

Islamic Republic of Iran
c/o Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue, Imam Khomeini Sq
Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Notice of Suit prepared in accordance with 22 CFR §93.2 with a copy of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed on April 22nd, 2021, Related Case Statement, Entry of Appearance, Affidavit of Translator (along with Farsi translations of the above documents)

By USPS CERTIFIED MAIL 7019 1120 0000 5243 3334

Dated:  New York, New York
        February 15, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK