```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

------------------------------------------------------------X

SARAH NETBURN, United States Magistrate Judge:

This document relates to:

>   Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-2003

The Court has received two proposed attorney substitution orders at ECF Nos. 222 and 223 in Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-2003. These orders have not been filed on the MDL docket at 03-md-1570 nor has the filing party moved the Court to substitute the attorneys in question. Counsel are reminded that per the order at ECF No. 3070, parties must, at minimum, file all papers on the main MDL docket, and may file on other related dockets as necessary or as directed by the Clerk of the Court.

**SO ORDERED.**

Dated: February 16, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge