UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

------------------------------------- X
------------------------------------- x
JOHN DOES 1 THROUGH 7,

                Plaintiffs,

    -against-

THE TALIBAN *et al.*,

                Defendants.
------------------------------------- X

20 Misc. 740 (KPF)

This document relates to: *Havlish, et al., v. Bin-Laden, et al.*, No. 03-cv-9848 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    The *John Does 1 through 7 v. The Taliban*, Case No. 20-mc-740 (KPF) ("Doe Creditors") is transferred and reassigned to this Court as related to the MDL, *In re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN).

    An application to consolidate the Doe Creditors and *Havlish, et al., v. Bin-Laden, et al.*, No. 03-cv-9848 (GBD) (SN) (the "Havlish Creditors") will be and is hereby DENIED.

    The Havlish Creditors' letter application to modify the Court's October 14, 2015 case management order, (ECF No. 3070), which requires that all filings to be made on the MDL docket, is DENIED.

Dated: February 16, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge