UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    John Does 1 through 7 v. The Taliban et al., No. 20-mc-740

In light of the order at ECF No. 7671 transferring John Does 1 through 7 v. The Taliban et al., No. 20-mc-740 ("Doe") to this multidistrict litigation, the Clerk of the Court is respectfully directed to add the parties in that matter as interested parties in this multidistrict litigation, 03-md-1570. The purpose of this addition to allow the Doe plaintiffs to make filings in this multidistrict litigation related to the enforcement of their writ of execution against assets of the Taliban. For all issues unrelated to the writ of execution, the Doe plaintiffs may file solely on the Doe docket.

**SO ORDERED.**

Dated: February 16, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge