UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, | : |
| Plaintiffs, | : |
| - against - | : No. 20 Misc. 740 (GBD) |
| THE TALIBAN *et al.*, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : No. 03 MD 1570 (GBD) (SN) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FIONA HAVLISH *et al.*, | : |
| Plaintiffs, | : |
| - against - | : No. 03 Civ. 9848 (GBD) (SN) |
| SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN *et al.*, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2022, I caused the foregoing Notice of Motion, supporting Memorandum of Points and Authorities, Exhibit 1 to the Motion the Intervenor Complaint, and Appendix A to the Intervenor Complaint to be electronically filed with the Court's CM/ECF system, which will serve notice to all counsel of record.

Dated:  February 16, 2022

Respectfully submitted,

*Adam Drexler*
Harry Rothenberg (HR 6795)
Adam Drexler (AMD 7743)
The Rothenberg Law Firm LLP
450 7th Avenue, 44th Floor
New York, New York 10123
(212) 563-0100
harry@injurylawyer.com
adrexler@injurylawyer.com