UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JOHN DOES 1 THROUGH 7,                :
                                      :
Plaintiffs,                           :
                                      :
- against -                           : No. 20 Misc. 740 (GBD)
                                      :
THE TALIBAN *et al.*,                 :
                                      :
Defendants.                           :
------------------------------------x
                                      :
IN RE: TERRORIST ATTACKS ON           : No. 03 MD 1570 (GBD) (SN)
SEPTEMBER 11, 2001                    :
                                      :
------------------------------------x
FIONA HAVLISH *et al.*,               :
                                      :
Plaintiffs,                           :
                                      :
- against -                           : No. 03 Civ. 9848 (GBD) (SN)
                                      :
SHEIKH USAMAH BIN-MUHAMMED            :
BIN-LADEN, a.k.a. OSAMA BIN-LADEN *et al.*, :
                                      :
Defendants.                           :
------------------------------------x

To the clerk of the court and all parties of record:  We are admitted or otherwise authorized to practice in this court, and we appear in these cases as counsel for proposed intervenors.

Dated:  February 16, 2022

                                                     Respectfully submitted,

                                                     *Adam Drexler*
                                                     Harry Rothenberg (HR 6795)
                                                     Adam Drexler (AMD 7743)
                                                     The Rothenberg Law Firm LLP
                                                     450 7th Avenue, 44th Floor
                                                     New York, New York 10123
                                                     (212) 563-0100
                                                     harry@injurylawyer.com
                                                     adrexler@injurylawyer.com