UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/17/2022

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Havlish et al. v. Bin Laden, et al., No. 03-cv-9848
> John Does 1 through 7 v. The Taliban et al., No. 20-mc-740

A telephone conference related to the writs of execution levied against Afghan assets held in the Federal Reserve Bank of New York is set for February 22, 2022, at 9:30 a.m. EST. Counsel for the Havlish and John Does 1 through 7 plaintiffs, the Plaintiffs' Executive Committees, and the Government will be expected to propose how to proceed in this litigation. The public may observe this conference on this line:

Toll-free: 844-867-6165
Paid caller: 409-207-6971
Access Code: 3610281

The Court will contact the parties to establish a conference line. Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, audio-only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in such behaviors may be subject to criminal sanctions.

**SO ORDERED.**

Dated: February 17, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge