UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

1:03 MDL 1570 (GBD)(SN)

**This Document Relates to**
*Havlish, et al. v. Iran, et. al.*
1:03-cv-9848 (GBD)(SN)

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Robert M. Foote for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

Applicant's Name: Robert M. Foote

Firm Name: Foote, Mielke, Chavez & O'Neil, LLC

Address: 10 West State Street, Suite 200, Geneva, IL 60134

Telephone: (630) 232-7450

Fax: (630) 232-7452

E-Mail: rmf@fmcolaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Havlish Plaintiffs in the above-referenced action.

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Honorable George B. Daniels
United States District Judge