UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: **1:03 MDL 1570 (GBD)(SN)**
:
---------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, David A. Barrett, who is a member in good standing of the bar of this Court, hereby appears as counsel for Havlish Plaintiffs in the above-captioned proceeding.

Dated: New York, New York
February 17, 2022

           BOIES SCHILLER FLEXNER LLP

           By:   /s/ David A. Barrett
                  David A. Barrett
                  55 Hudson Yards
                  New York, NY 10001
                  Telephone: (212) 446-2300
                  Fax: (212) 446-2350
                  dbarrett@bsfllp.com

                  *Attorney for Havlish Plaintiffs*