UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Betso et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 21cv1394 (GBD)(SN)
03md1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 15th day of February 2022, I served:

Islamic Republic of Iran
c/o Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue, Imam Khomeini Square
Tehran, Iran

☒   the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the  Notice of Suit prepared in accordance with 22 CFR §93.2 with a copy of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed on February 17th, 2021, Related Case Statement, Entry of Appearance, Affidavit of Translator (along with Farsi translations of the above documents)

By USPS CERTIFIED MAIL 7018 2290 0000 4919 4459

Dated:  New York, New York
February 15, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK