UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2022

**SARAH NETBURN, United States Magistrate Judge:**

    Milly Amduso, by counsel, moves to intervene in this multidistrict litigation. ECF No. 7676. The Court has reviewed the motion and determined that further briefing on the issues presented is not required. Accordingly, no additional papers responding to that motion shall be submitted without leave of the Court.

**SO ORDERED.**

Dated: February 18, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge