UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

## SECOND DECLARATION OF AISHA E. R. BEMBRY

I, Aisha E. R. Bembry, declare and say that the following statements are true as a matter of my personal knowledge:

1.     I am a partner at the law firm of Lewis Baach Kaufmann Middlemiss PLLC and a member in good standing of the District of Columbia Bar and the Maryland Bar and have been admitted *pro hac vice* as counsel for defendants Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"). I make this declaration in support of the Reply Memorandum of Law in Support of Defendants' Joint Motion to Exclude Expert Testimony of Jonathan Winer and Brian Michael Jenkins in the above-captioned case, filed on February 18, 2022.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit BA | Excerpts of Jonathan Winer Deposition Transcript |
| Exhibit BB | Winer Deposition Exhibit 900 |
| Exhibit BC | Excerpt(s) from the transcript of the hearing before the House Sub-Committee on Oversight and Investigations, dated Mar. 29, 2006 |
| Exhibit BD | Jonathan M. Winer, *Illicit Finance and Global Conflict* (Fafo Institute of Applied Science 2002) |
| Exhibit BE | Maurice R. Greenberg, et al., *Terrorist Financing*, *Report of an Independent Task Force Sponsored by the Council on Foreign Relations* (2002) |
| Exhibit BF | Excerpts of Jonathan Sidel Deposition Transcript |
| Exhibit BG | Defendants' Response to Plaintiffs' Exhibit U |
| Exhibit BH | Blankinship Deposition Exhibit 803 |
| Exhibit BI | Excerpts of the Jonathan Marks Deposition Transcript |
| Exhibit BJ | Excerpts of the Expert Report of Jonathan Marks |

Dated: February 18, 2022            /s/ Aisha E. R. Bembry

                                    Aisha E. R. Bembry