# EXHIBIT BF

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570
ON SEPTEMBER 11, 2001       : (GBD)(SN)


- - -
APRIL 27, 2021
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL
- - -


Remote Videotaped Deposition, taken via Zoom, of JOHN SIDEL, commencing at 7:02a.m., on the above date, before Amanda Maslynsky-Miller, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.


- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 90

1  preparation of your report and opinions
2  in this case, did you review any of that
3  testimony?
4        A.    No.
5        Q.    In Footnote 47 of your
6  report, you include a reference to a 2003
7  book by Maria Ressa called Seeds of
8  Terror.
9              Do you recall including that
10 reference?
11       A.    Yes, I do.
12       Q.    And do you know Maria Ressa?
13       A.    I've met her on one
14 occasion.  And I'm sad to say I recently
15 watched a documentary video about the
16 very sad and terrible things that have
17 happened to her over the past few years.
18             So I'm well aware of her
19 work in recent years.  And I've read her
20 earlier work, in part.
21       Q.    And what is your opinion of
22 her, as a professional matter?
23       A.    I found her early work to be
24 rather sensationalistic and overly

This Transcript Contains Confidential Material

Page 91

1  credulous with regard to Philippine
2  government sources.
3            But I have huge respect for
4  what she has tried to do as a -- what
5  would you say, a media entrepreneur in
6  the Philippines due to the creation of
7  the Rappler website and its courageous
8  efforts to provide independent reportage
9  under very difficult conditions in the
10 Philippines.
11           I'm not a big believer in
12 her earlier reportage and her account.  I
13 don't see her as having the genuine local
14 expertise and/or, really, at that time,
15 the critical kind of questioning approach
16 that some other similar seasoned
17 investigative reporters in the
18 Philippines had that she did not have as
19 a matter of course.  She did not have the
20 experience that her more senior
21 colleagues did at the time.
22      Q.    In Footnote 47 of your
23 report, you describe the narrative in
24 Pages 18 through 44 of her book Seeds of

Page 116

1        So I'm asking, based on the
2   stuff -- the information I've
3   shown him today, does he have a
4   view as to whether or not al-Qaeda
5   had a hand in the Bojinka plot or
6   not.
7        If the answer is no, that's
8   fine.
9        THE WITNESS:  I really don't
10  know.  I mean, there's -- my
11  understanding was that Khalid
12  Sheikh Mohamed was not a member of
13  al-Qaeda, or Ramzi Yousef for that
14  matter.  I'm not a specialist on
15  al-Qaeda and on the history,
16  clearly.  I only dimly remember
17  Wali Khan Amin Shah and had
18  mistaken him for a Malaysian --
19  someone with a similar name based
20  in Malaysia working for Jemaah
21  Islamiyah.
22        So I don't know what to say,
23  really.
24        It seems strange to me,

This Transcript Contains Confidential Material

Page 117

```
 1          considering what we otherwise know
 2          about al-Qaeda and what its -- the
 3          periodization that the available
 4          secondary literature on al-Qaeda
 5          and expert accounts of al-Qaeda
 6          suggest.
 7                  It's 1998.  It's by 1998
 8          that al-Qaeda is developing an
 9          interest in attacking American
10          targets.  These sorts of plots
11          sound very adventurous and very
12          advanced and kind of outrageous in
13          terms of their scope and ambition.
14                  And for people to be engaged
15          in this sort of planning at this
16          time, it seems out of step with
17          the broader narrative that we
18          otherwise have about the
19          development of al-Qaeda over the
20          course of the 1990s.
21                  But I'm -- you know, my
22          expertise on these matters is not
23          my primary expertise.
24   BY MR. CARTER:
```

This Transcript Contains Confidential Material

Page 190

1                    CERTIFICATE
2
3
     I, Amanda Maslynsky-Miller, Certified
4    Realtime Reporter, do hereby certify that
     prior to the commencement of the examination,
5    JOHN SIDEL, was remotely sworn by me to
     testify to the truth, the whole truth and
6    nothing but the truth.
7
     I DO FURTHER CERTIFY that the foregoing is a
8    verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
9    on the date hereinbefore set forth, to the
     best of my ability.
10
11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
12   counsel of any of the parties to this action,
     and that I am neither a relative nor employee
13   of such attorney or counsel, and that I am
     not financially interested in the action.
14
15
16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: May 12, 2021
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24