# EXHIBIT BH



# Islamic **Guidelines**
## For Individual and Social Reform

By: Muhammad bin Jamil Zino
Translator: Ibrahim M. Kunna



June 22, 2021
EXHIBIT
Blankinship
**0803**