# EXHIBIT BI

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                       -  -  -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                             -  -  -
 8                       JULY 22, 2021
                    THIS TRANSCRIPT CONTAINS
 9                   CONFIDENTIAL MATERIAL
                             -  -  -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of JONATHAN
14   MARKS, commencing at 9:00 a.m., on the
15   above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                       -  -  -
21         GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22               deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

1   into four general categories.
2              And then Mr. Carter asked
3   you some specific questions about some of
4   those categories.
5              Do you recall those
6   questions?
7        A.    I do.
8        Q.    And you wanted to explain
9   some of your answers, but you didn't have
10  the opportunity.
11             What explanation did you
12  want to give?
13       A.    Just that I mentioned that
14  these are red flags, and a red flag does
15  not mean that there is fraud.
16             A red flag is an observable
17  event that should cause an individual to
18  stop, evaluate and, if need be,
19  investigate further.  That's it.
20       Q.    So failure to reconcile
21  accounts in a timely manner, is that --
22  while a red flag, is that indicative, in
23  and of itself, of fraud or improprieties?
24       A.    No.

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
        I, Amanda Maslynsky-Miller, Certified
 4   Realtime Reporter, do hereby certify that
     prior to the commencement of the examination,
 5   JONATHAN MARKS, was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
        I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the
     best of my ability.
10
11      I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
12   counsel of any of the parties to this action,
     and that I am neither a relative nor employee
13   of such attorney or counsel, and that I am
     not financially interested in the action.
14
15        [signature: Amanda Miller]
16   _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: August 2, 2021
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24
```