This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
 3   IN RE: TERRORIST ATTACKS   )  03-MDL-1570 (GBD) (SN)
     ON SEPTEMBER 11, 2001      )
 4                              )
 5
 6
 7
                          — — —
 8
                  Tuesday, July 20, 2021
 9                     — — —
10           THIS TRANSCRIPT CONTAINS
               CONFIDENTIAL MATERIAL
11                     — — —
12
13       Remote video-recorded deposition of JONATHAN
     BENTHALL, held at the location of the witness,
14   commencing at 12:03 p.m., on the above date, before
     Debra A. Dibble, Certified Court Reporter,
15   Registered Diplomate Reporter, Certified Realtime
     Captioner, Certified Realtime Reporter and Notary
16   Public.
17
                          — — —
18
19
20
21
22
23
              GOLKOW LITIGATION SERVICES
24        877.370.DEPS | fax 917.591.5672
                  deps@golkow.com
25
```

This Transcript Contains Confidential Material

```
 1    REMOTE APPEARANCES:
 2
      LAW FIRM OF OMAR T. MOHAMMEDI, LLC
 3    BY:  JILL L. MANDELL, ESQUIRE
              jmandell@otmlaw.com
 4    Woolworth Building
              233 Broadway, Suite 820
 5            New York, New York 10279
              (212) 725-3846
 6       Counsel for World Assembly of Muslim Youth
 7
 8    KREINDLER & KREINDLER LLP
      BY:  ANDREW J. MALONEY, III, ESQUIRE
 9            amaloney@kreindler.com
      485 Lexington Avenue, 28th Floor
10    New York, New York 10017
      (212) 687-8181
11    Counsel for Plaintiffs' Executive
      Committee and the Ashton plaintiffs
12
13    COZEN O'CONNOR P.C.
      BY:  SEAN P. CARTER, ESQUIRE
14            scarter1@cozen.com
              J. SCOTT TARBUTTON, ESQUIRE
15            starbutton@cozen.com
      One Liberty Place
16    1650 Market Street
      Philadelphia, Pennsylvania 19103
17    (800) 523-2900
      Counsel for Plaintiffs' Executive
18    Committee and the Federal Insurance
      plaintiffs
19
      ANDERSON KILL
20    BY:  BRUCE STRONG, ESQUIRE
              bstrong.com
21            (Attending telephonically)
      1760 Market Street
22            Suite 600
              Philadelphia, PA 19103
23            (267) 216-2711
         Counsel for Plaintiffs' Executive Committee
24
25
```

This Transcript Contains Confidential Material

```
 1    REMOTE APPEARANCES:
 2         BERNABEI & KABAT PLLC
           BY:  ALAN KABAT, ESQUIRE
 3              kabat@bernabeipllc.com
           1400 16th Street NW
 4         Suite 500
           Washington DC 20036
 5         (202) 745-1942
           Counsel for Dr. Abdullah al Turki,
 6         Dr. Abdullah Al Obais, Dr. Abdullah
           Naseef, and Dr. Adnan Basha
 7
 8
 9         MOTLEY RICE LLC
           BY:  ROBERT T. HAEFELE, ESQUIRE
10              rhaefele@motleyrice.com
                JODI FLOWERS, ESQUIRE
11              jflowers@motleyrice.com
           28 Bridgeside Blvd.
12         Mt. Pleasant, South Carolina 29464
           (843) 216-9184
13         Counsel for Plaintiffs' Executive
           Committee and Brunett plaintiffs
14
15
           LEWIS BAACH KAUFMAN MIDDLEMISS PLLC
16         BY:  WALEED NASSAR, ESQUIRE
                waleed.nassar@lbkmlaw.com
17              AISHA E.R. BEMBRY, ESQUIRE
                aisha.bembry@lbkmlaw.com
18         1101 New York Avenue, N.W.
           Suite 1000
19         Washington, D.C. 20005
           (202) 833-8900
20         Counsel for the Muslim World League
           and the International Islamic Relief
21         Organization.
22
23
24
25
```

This Transcript Contains Confidential Material

```
 1    REMOTE APPEARANCES:
 2
 3        JONES DAY
          BY:  STEVE COTTREAU, ESQUIRE
 4             scottreau@jonesday.com
               ERIC SNYDER, ESQUIRE
 5             esnyder@jonesday.com
               ABIGAIL BOSCH, ESQUIRE
 6             abosch@jonesday.com
          51 Louisiana Avenue, N.W.
 7        Washington, D.C. 20001
          (202) 879-3939
 8        Counsel for Dubai Islamic Bank
 9
10        SALERNO & ROTHSTEIN
          BY:  PETER C. SALERNO, ESQUIRE
11             peter.salerno.law@gmail.com
               AMY ROTHSTEIN, ESQUIRE
12             amyrothsteinlaw@gmail.com
          P.O. Box 456
13        Pine Plains, New York 12567
          (518) 771-3050
14        Counsel for Yassin Kadi
15
16        CARTER-RUCK
          BY:  GUY MARTIN, ESQUIRE
17             guy.martin@carter-ruck.com
               HELENA SHIPMAN, ESQUIRE
18             helena.shipman@carter-ruck.com
          The Bureau
19        90 Fetter Lane
          London, England EC4A 1EN
20        +44 (0)20 7358 5005
          Counsel for Yassin Abdullah Kadi
21
22    ALSO PRESENT:
23        JOHN FAWCETT
          KREINDLER & KREINDLER
24
          NOUR SOUBANI, PARALEGAL
25        LEWIS BAACH KAUFMAN MIDDLEMISS PLLC
```

This Transcript Contains Confidential Material

```
 1   TRIAL TECHNICIAN:

 2        DIANNE INT-HOUT

          GOLKOW LITIGATION SERVICES

 3

 4   VIDEOGRAPHER:

 5        DEVYN MULHOLLAND

          GOLKOW LITIGATION SERVICES

 6

                        — — —

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1                    INDEX

 2

 3   APPEARANCES                              2

 4   PROCEEDINGS                              9

 5

 6   EXAMINATION OF JONATHAN BENTHALL:

 7        BY MR. MALONEY                      10

 8        BY MR. CARTER                      208

 9        BY MR. MALONEY                     287

10        BY MR. CARTER                      289

11

12   CERTIFICATE                            292

13   ERRATA                                 294

14   ACKNOWLEDGMENT OF DEPONENT             295

15   LAWYER'S NOTES                         296

16

17

18

19

20

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1          A.     I consider myself an expert on

 2     aspects of money laundering as they pertain

 3     to Islamic charities.

 4          Q.     What kind of training and

 5     background do you have on money laundering

 6     and investigating money laundering?

 7          A.     I don't have any formal

 8     training on that.

 9          Q.     So how is it that you consider

10     yourself to be an expert in that area?

11               MR. NASSAR:  Objection,

12          mischaracterizes his testimony.  He

13          did not testify to that.

14          Q.     (BY MR. MALONEY)  Sir --

15          A.     I have been --

16          Q.     Sir, let me restate the

17     question.

18               Do you consider yourself to be

19     an expert in money laundering?

20               MR. NASSAR:  Objection, asked

21          and answered.

22          A.     I think I've answered that

23     question.  With regards to money laundering

24     aspects relating to Islamic charities, I

25     consider I have expertise.
```

This Transcript Contains Confidential Material

```
 1          Q.     (BY MR. MALONEY)  Okay.  You've
 2    had no training in money laundering, no
 3    experience in money laundering, but you
 4    consider yourself to be an expert in money
 5    laundering when it comes to Islamic
 6    charities.  Is that what you're saying?
 7          A.      In regards to Islamic
 8    charities, I have been interested in this
 9    question and have -- since the Montreux
10    Initiative -- since I was engaged by
11    the Montreux Initiative, it's been something
12    I've considered captive.  Not money
13    laundering in the sense of money laundering
14    for alleged -- alleged terrorists, but rather
15    money laundering in general.
16          Q.     Well, speaking of that, do you
17    consider yourself an expert in terror
18    financing?
19          A.      Certainly with regard to
20    aspects of terrorist financing that pertain
21    to Islamic charities, I've been interested in
22    this for a long period and consider that I
23    have expertise.
24          Q.     So based on your interest in
25    the subject matter, you consider yourself to
```

This Transcript Contains Confidential Material

```
 1    be an expert in terror financing when it
 2    comes to charities.  Is that what you're
 3    saying?
 4         A.    Not just my interest, but my
 5    active engagement with people who specialize
 6    in the subject and in reading as much as I
 7    have been able to of the literature on the
 8    subject; the research literature and the
 9    official documents.
10         Q.    You mentioned the Montreux
11    Initiative in 2005, I think you said.
12              Did I get that right?
13         A.    Yes.
14         Q.    Tell me what that initiative
15    was, briefly.
16         A.    The Montreux Initiative was set
17    up by the political division for -- of the
18    Swiss foreign relations department.  In
19    particular, an individual called Jean-Nicolas
20    Bitter, spelled B-I-T-T-E-R, who had been
21    publishing on Islamic charities, even before
22    myself and other colleagues I worked with.
23    And he invited me to write a feasibility
24    study for a project to -- for a corporation
25    to remove unjustified obstacles from Islamic
```

```
 1    the activity --

 2         Q.    Sir, your voice is trailing

 3    off.  I can't hear you.

 4         A.     He had diversified interests of

 5    many kinds, and I -- if I could just consult,

 6    just to refresh my memory, to look at the...

 7              Yes, he had -- yes, he

 8    certainly had financial interests of many

 9    kinds.  From what I remember, in sesame

10    seeds, possibly waste -- scrap metal

11    disposal, and he was a -- also in

12    agricultural products, though I haven't

13    studied his commercial activities

14    intensively.

15         Q.    Wouldn't that be important for

16    you to study if you're going to render an

17    opinion and provide testimony concerning

18    Mr. Kadi's conduct in this case, as it

19    relates to this case?

20         A.    But I wasn't asked to give a

21    narrative history of all of his commercial

22    activities, and I didn't provide it.

23         Q.    Did you ever read any reports

24    or obtain material that alleged that some of

25    the Kadi businesses employed al-Qaeda
```

This Transcript Contains Confidential Material

1    operatives in the Sudan?

2         A.    There have been so many

3    documents I've looked at in this -- compiling

4    this report which was done over quite a short

5    period in January.  If you'd show me the

6    documents concerned, then I'd be very happy

7    to comment on them.

8         Q.    Well, sir, I'm asking you, did

9    you -- when you sat down to write a report on

10   Mr. Kadi and prepared for this deposition to

11   provide testimony about Mr. Kadi and

12   financing al-Qaeda terrorists, wouldn't that

13   be something you would want to take a deep

14   dive in to look at his businesses as well as

15   the Islamic charities?

16        A.    I was asked to provide

17   certain -- to answer certain questions by the

18   attorneys, and I answered those questions to

19   the best of my ability.

20        Q.    So earlier you considered

21   yourself an expert in Islamic charities.

22              Do you consider yourself an

23   expert in businesses that Mr. Kadi had?

24        A.    No, I don't consider myself an

25   expert in businesses that Mr. Kadi had.

This Transcript Contains Confidential Material

```
1          Q.     And was Mr. Kadi one of them?

2          A.     That -- no, I don't think he

3    was personally a shareholder.

4          Q.     One of his entities?

5          A.     I -- yes.

6          Q.     Which one?

7          A.     I've already said, Luxor was

8    going -- I believe was wholly-owned by him;

9    and the Muwafaq Foundation, of which he was a

10   trustee.

11         Q.     Okay.  And how about Mr. Kadi's

12   investments in Al Shamal Bank, what do you

13   know about that?

14         A.     I can't remember anything about

15   that, I'm afraid.

16         Q.     Do you know if Bin Laden was a

17   shareholder in Al Shamal Bank?

18         A.     I can't remember.

19         Q.     Do you consider yourself an

20   expert in al-Qaeda?

21         A.     No, I don't.

22         Q.     Have you ever studied al-Qaeda

23   and how they were -- how they raised funds?

24         A.     I have read a lot about the

25   history of al-Qaeda from various sources.  I
```

This Transcript Contains Confidential Material

```
 1    did a lot of research in the last few years.

 2    I've read it with great interest, but I

 3    wouldn't hold myself out as an expert on the

 4    history of al-Qaeda, no.

 5         Q.    Do you know how al-Qaeda was

 6    funded and financed?

 7         A.    No, I don't.  Do you?

 8         Q.    I'm asking you, sir.

 9         A.    I don't.

10         Q.    Do you know if they were funded

11    by Islamic charities?

12         A.    I don't.

13         Q.    Do you know if they were funded

14    by Mr. Kadi in part?

15         A.    I haven't seen any evidence to

16    that effect.

17         Q.    Let's turn to your report again

18    and go to the page on methodology, which I

19    think is page 8.

20         A.    This is the Kadi report we are

21    talking about, yes?

22         Q.    Yes, sir.

23         A.    I have it.

24         Q.    When I'm done, Mr. Carter may

25    have questions about the IIRO report.  I'm
```

This Transcript Contains Confidential Material

```
 1     not certain.  But I'm going to be sticking

 2     just to the Kadi report.

 3                 So page 8 is your page of your

 4     Kadi report that describes your methodology

 5     for rendering an opinion in this matter;

 6     correct?

 7          A.    Yes.

 8          Q.    And at the bottom of page 8,

 9     you've listed two categories with subparts on

10     your methodology.

11                 Is that a fair description?

12          A.    Yes.

13          Q.    And in the first category, I

14     counted around eight different sources that

15     you used that you consider to be, first and

16     foremost, where you would first start your

17     investigation, and that's primary sources;

18     correct?

19          A.    Yes.

20          Q.    So the first one is:

21     Interviews with all relevant interlocutors,

22     such as charity workers and trustees, both

23     remunerated and unpaid, both active and

24     retired.

25                 You wrote that, right, sir?
```

This Transcript Contains Confidential Material

```
 1        A.      Yes.

 2        Q.      And who did you interview for

 3   this report?

 4        A.      This is a general statement

 5   about methodology, not necessarily related to

 6   a specific report; but it's a kind of

 7   perspective of the process of doing research,

 8   which --

 9        Q.      So you've -- you're describing

10   in general --

11             MR. SALERNO:  Excuse me,

12        Mr. Maloney, please don't interrupt

13        the witness when he's still trying to

14        answer.

15             MR. MALONEY:  Okay.

16        Mr. Benthall, I'm going to ask you to

17        try to keep your answers as concise as

18        possible.  I know it's not easy.  I

19        know that your personality, and it's

20        not a knock on you, you tend to go on.

21        I would prefer you to be as concise as

22        possible because we have a time

23        constraint here.

24        A.      You've asked me some very

25   general questions about my earlier career.
```

This Transcript Contains Confidential Material

```
1          Q.     (BY MR. MALONEY)  Okay.  My

2   question was:  Did you interview anyone from

3   the charities for this report?

4          A.     No, I didn't.

5          Q.     Okay.  The next item here, it

6   says, for a primary source methodology is to

7   consult with:  Government officials, both

8   central and local, including representatives

9   of regulatory authorities.

10             Did you interview or speak to

11  any government officials in connection with

12  this report?

13         A.     No, I didn't.  I would

14  reiterate what I was trying to say before,

15  that I'm referring to research methodology

16  and methodology in general, not specifically

17  this report.  Of course, this --

18         Q.     Okay.  I understand.  These are

19  general.  But I want to ask you what you did

20  exactly, so I want to go through each of

21  these items and essentially ask you with

22  regards specifically to this report what you

23  did or didn't do, and that's all I'm asking,

24  and we can go through it rather quickly or --

25         A.     Fair enough.  Fair enough.
```

```
1        Q.     So the third one is

2    representatives of religious institutions;

3    recipients of charity --

4               Did you -- sorry,

5    representatives of religious institutions.

6               Did you interview or discuss

7    this material for this report with religious

8    institutions, "yes" or "no"?

9        A.     No.

10       Q.     The next one is discussions or

11   interviews with recipients of the charity and

12   welfare support.

13              Did you discuss or interview

14   anybody that was receiving any of the charity

15   from Muwafaq or Kadi in connection with this

16   report?

17       A.     No.

18       Q.     The next one is government

19   publications and websites.

20              Did you review government

21   publications and websites in connection with

22   this report?

23       A.     Yes.

24       Q.     Okay.  I'm going to circle

25   that, and we'll come back to that.  Well,
```

1    on the face of it, this was what he was

2    saying.  Of course, there's the possibility

3    that he was lying through his teeth.

4           Q.    Okay.

5           A.    I believe that if Mr. Kadi had

6    shown any inclinations towards jihadist

7    ideology, it would have seeped out in the

8    course of these proceedings.  And I see no

9    evidence at all that he had any sympathy with

10   jihadist ideology.  The fact that he -- the

11   fact that he supported a women's college and

12   on other occasions, he supported training for

13   women.  And so this is completely at odds

14   with al-Qaeda.

15          Q.    So are you saying that it's not

16   likely for a person that supports a charity

17   or good works to also simultaneously support

18   jihadists, including al-Qaeda?  Are they

19   mutually exclusive in your mind?

20                MR. SALERNO:  Objection, form.

21          A.    I didn't say that, Mr. Maloney.

22   I said that I believe that if any sympathy of

23   Mr. Kadi with jihadist extreme violentism

24   ideology were there, it would have seeped out

25   somewhere in this immense documentation.

This Transcript Contains Confidential Material

```
 1           A.     I'll have to reflect upon that.

 2           Q.     I'm sorry, I thought you knew

 3    because you said you went yourself to get

 4    this.  I thought you might know why you did

 5    it.

 6           A.     Well, I do know, but I'm trying

 7    to find the place in my expert report that I

 8    referred to it.  If you will give me a

 9    moment, I will find it.

10           Q.     Sir, if you need time, we're

11    going to go off the record, unless you --

12           A.     Well, if this is important, I

13    will -- it's just --

14           Q.     I don't know how important it

15    is.  It's up to you to determine.

16           A.     I'm not saying it's

17    unimportant, but I just can't remember the

18    exact place in this -- I would need just a

19    few minutes to scroll.

20           Q.     Okay.  Why don't we go off the

21    record, and you can take a look for it.

22           A.     Okay.

23                  THE VIDEOGRAPHER:  Off the

24           record at 4:02 p.m.

25                  (Recess taken, 4:02 p.m.  to
```

1  financial reports to fall into the category;

2  correct?

3          A.      Well, again, this is a little

4  bit of a borderline case, because a financial

5  report is -- what it is it's a primary

6  source; but at the same time, one wants to

7  know to what degree it's authenticated and to

8  what extent it can be regarded as an

9  objective statement of the facts.

10              So as I said, I think the

11  distinction between primary and secondary

12  source is a bit blurred at times for anybody,

13  but I wanted to make the distinction between

14  something that is actually factual and can't

15  be rebutted and secondary sources which

16  include an element of analysis and

17  interpretation.

18          Q.      Did you review financial

19  reports in connection with the Kadi report?

20          A.      I did indicate some of the

21  Pakistan offices, which are cited -- which I

22  think I mentioned in my report.

23          Q.      Any other financial reports?

24          A.      Not that I can recall.

25          Q.      Why did you review the Pakistan

```
1    financial report but not Sudan or any of the

2    other Muwafaq locations or any of the Kadi

3    businesses?

4         A.    There was limited time to

5    finish the -- to write the report, and I --

6         Q.    You didn't have enough time to

7    review the financial records --

8              MR. SALERNO:  Mr. Maloney,

9         please let the witness try to finish.

10             MR. MALONEY:  I thought he was

11        done.

12        A.    No, I -- all I can say is I --

13   I had these made available to me.  I think

14   they were cited -- I think it was because

15   they were cited by Mr. Comras.  I reviewed

16   all of Mr. Comras' footnotes and assumed that

17   the burden of the plaintiffs' case against

18   Mr. Kadi would be incorporated in Mr. Kadi's

19   expert report.

20             Sorry, Mr. Comras' expert

21   report.

22        Q.    (BY MR. MALONEY)  So the reason

23   you reviewed the Pakistan financials were

24   because they were mentioned by Mr. Comras;

25   correct?
```

This Transcript Contains Confidential Material

```
 1        A.      Yes.

 2        Q.      He mentioned some other

 3   financial records.  You didn't review those,

 4   though, did you?

 5        A.      No, I didn't.  Not that I can

 6   recall.

 7        Q.      And one of the reasons I think

 8   you just said is you didn't have enough time;

 9   correct?

10        A.      Yes.

11        Q.      Would it be important to look

12   to the totality of the evidence that's

13   available for you to review to determine

14   whether or not Mr. Kadi's financial records

15   may have shown support for al-Qaeda?

16             MR. SALERNO:  Objection to

17        form.

18        A.      I couldn't do everything in

19   writing a short report of this kind.

20             MR. MALONEY:  Fair enough.

21             If you just bear with me for a

22        few minutes, I may be almost done with

23        my questions.

24        Q.      (BY MR. MALONEY)  Mr. Benthall,

25   are you familiar with the methodologies that
```

This Transcript Contains Confidential Material

```
 1            Q.     I did not see reference to any
 2   government reports or designations concerning
 3   the IIRO or Muslim World League in the
 4   footnotes to your reports; is that correct?
 5            A.     That is not correct, but I
 6   think I referred to the -- I referred in the
 7   body of the report to the designations in the
 8   Philippines and Indonesia; I can't remember.
 9            Q.     Okay.  So although there wasn't
10   a footnote, you did look at the designations
11   of the IIRO branches in the Philippines and
12   Indonesia; correct?
13            A.     I did look at them, yes.
14            Q.     And just to try and make sure
15   I'm clear about the scope of your testimony
16   in the case, am I correct that you are not
17   offering an affirmative expert opinion as to
18   whether funds or research -- resources were
19   sent by IIRO employees to al-Qaeda?
20            A.     I certainly have no -- I
21   couldn't possibly prove or argue that no such
22   funds were sent.  This would be proving a
23   negative.
24            Q.     And is the same true as to the
25   Muslim World League?
```

This Transcript Contains Confidential Material

1    the testimony of Dr. Basha concerning the

2    activities of Prince Turki bin Jalawi; is

3    that correct?

4         A.    Yes, I did.

5         Q.    And is it correct that

6    Dr. Basha testified that Prince Turki bin

7    Jalawi was sending money directly from the

8    Eastern Province office overseas in violation

9    of the IIRO's own procedures?

10             MR. NASSAR:  Objection to form.

11        A.    From what I recall, the Eastern

12   Province was acting irregularly, and Basha

13   was trying to call them to order.

14        Q.    (BY MR. CARTER)  And did

15   Dr. Basha also testify that Prince Turki bin

16   Jalawi refused to comply when Dr. Basha asked

17   him to stop engaging in his irregular

18   behaviors?

19        A.    I think I recall that, but that

20   doesn't detract from the fact that Basha was

21   trying to put things right, that he

22   disapproved of what was happening and was

23   trying to put it right.

24        Q.    So it was sufficient for, in

25   your view, for Basha to raise the issue, and

```
 1              I do recall in other
 2    correspondence, or possibly in -- I met him
 3    for the second time in Doha.  This was in
 4    2006.  And I do remember saying to him that
 5    it was a pity that the annual reports were --
 6    they weren't annual reports, but the
 7    reporting by IIRO was so scanty, because it
 8    made it very difficult for them to defend
 9    themselves against allegations.  And shortly
10    afterwards, I did get a message from him
11    saying I believe you, you've been asking for
12    more information.  And here it is.
13              And I received some packages by
14    post and then later e-mail communications as
15    well.  But I was basically
16    information-gathering rather than challenging
17    him on any particular points.
18         Q.    The reason I'm asking is
19    because a minute ago you testified about the
20    potential that there were people who had
21    strings to pull that were preventing
22    Dr. Basha from implementing the forms.
23              Was that based on some specific
24    information that Dr. Basha provided to you,
25    or is that your speculation?
```

This Transcript Contains Confidential Material

```
 1          A.     Counsel, I have to admit --

 2                 MR. NASSAR:  Objection, form,

 3          mischaracterizes his testimony.

 4          A.     I have to admit -- nothing like

 5   that came from Dr. Basha.  I have to admit

 6   that it's more speculation than concrete

 7   evidence.

 8          Q.     (BY MR. CARTER)  In your

 9   report, you cite to one of your own papers

10   called The Rise and Decline of Saudi Overseas

11   Humanitarian Charities.

12                 Do you recall that paper?

13          A.     I do, yes.

14          Q.     And that significantly

15   discusses the IIRO; correct?

16          A.     Correct.

17          Q.     And on page 2 of that report,

18   you indicate that the charge sheet against

19   IIROSA's branches during the 1980s and 1990s

20   is extensive.

21                 Do you recall that?

22          A.     Can you --

23                 MR. CARTER:  Yeah, why don't we

24          go ahead and mark as the next exhibit

25          The Rise and Decline of Saudi Overseas
```

This Transcript Contains Confidential Material

```
 1            Q.     Mr. Benthall, did you take into

 2      consideration evidence that the IIRO had

 3      supported mujahidin fighters in Afghanistan,

 4      Bosnia, and Chechnya in forming your opinions

 5      about the ideological orientation of the IIRO

 6      and its possible sympathies for al-Qaeda?

 7                   MR. NASSAR:  Objection to form.

 8            A.     I didn't see any connection

 9      between what was to support the mujahidin and

10      the Bosnian Muslims and al-Qaeda, which was a

11      global attack on America, basically.  There

12      was -- I don't see anything in common really.

13            Q.     (BY MR. CARTER)  So you don't

14      see any connection between the mujahidin

15      fighters who participated in Afghanistan,

16      Bosnia and Chechnya and al-Qaeda?

17                   MR. NASSAR:  Objection to form.

18            A.     I've already said that I think

19      there were some people in association with

20      al-Qaeda, but they didn't have a presence, as

21      far as I'm aware, as an entity in Bosnia.

22            Q.     (BY MR. CARTER)  And you

23      testified earlier that you're not an expert

24      on al-Qaeda; correct?

25            A.     That's correct.
```

```
 1                    MR. NASSAR:  Object.

 2         Q.    (BY MR. CARTER)  Okay.  And, in

 3    fact, you testified earlier that prior to

 4    1996, al-Qaeda was, in your view, a less

 5    repulsive organization; correct?

 6         A.    Prior to 1992 --

 7         Q.    Yes.

 8         A.    Well, there wasn't -- it was in

 9    1996 that Bin Laden declared war against

10    America.  And before then, you can certainly

11    say he was very anti-American.  He had a big

12    quarrel with the Saudis because of the

13    American forces on the Saudi land.

14         Q.    But you described it earlier as

15    a less repulsive organization prior to 1996.

16    That's correct?

17                    MR. NASSAR:  Objection,

18         mischaracterizes his testimony.

19         A.    That is a -- I forget exactly

20    what I said, which was on the basis of

21    information I had available.  It was not --

22    it was quite a small organization during the

23    early '90s, and it began to become sort of

24    notorious by 1996.

25         Q.    (BY MR. MALONEY)  Do you know
```

1    when Bin Laden began advocating that al-Qaeda

2    should strike against the American interests?

3                MR. NASSAR:  Objection to

4        scope.

5        A.    I can't remember.  I've already

6    said I'm not -- I don't have special

7    expertise on the history of al-Qaeda.  I have

8    a general interest over it but not a lot

9    about it.

10       Q.    (BY MR. CARTER)  And you're

11   also not an expert on how al-Qaeda was

12   funded; correct?

13       A.    On what?

14       Q.    On how al-Qaeda was funded.

15       A.    No, but I am -- I haven't seen

16   evidence that al-Qaeda had a corporate

17   presence in Bosnia at the time.

18       Q.    There are extensive discussions

19   in your report about the history of Islamic

20   charity.

21                Are you familiar with that?

22                MR. NASSAR:  Objection to form.

23       A.    Did you say am I familiar with

24   that?

25       Q.    (BY MR. CARTER)  Yeah.  Are you

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2          I, DEBRA A. DIBBLE, Registered Diplomate
    Reporter, Certified Realtime Reporter, Certified
 3  Court Reporter and Notary Public, do hereby certify
    that prior to the commencement of the examination,
 4  JONATHAN BENTHALL was duly sworn by me to testify
    to the truth, the whole truth and nothing but the
 5  truth.
 6          I DO FURTHER CERTIFY that the foregoing
    is a verbatim transcript of the testimony as taken
 7  stenographically by and before me at the time,
    place and on the date hereinbefore set forth, to
 8  the best of my ability.
 9          I DO FURTHER CERTIFY that pursuant to
    FRCP Rule 30, signature of the witness was not
10  requested by the witness or other party before the
    conclusion of the deposition.
11
            I DO FURTHER CERTIFY that I am neither a
12  relative nor employee nor attorney nor counsel of
    any of the parties to this action, and that I am
13  neither a relative nor employee of such attorney or
    counsel, and that I am not financially interested
14  in the
    action.
15
16
17
18
19  _____
    DEBRA A. DIBBLE, RDR, CRR, CRC
20  NCRA Registered Diplomate Reporter
    NCRA Certified Realtime Reporter
21  Certified Court Reporter
22
    Dated: 8-6-2021
23
24
25
```

This Transcript Contains Confidential Material

```
 1                  INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4      carefully and make any necessary corrections.  You

 5      should state the reason in the appropriate space on

 6      the errata sheet for any corrections that are made.

 7                 After doing so, please sign the errata

 8      sheet and date it.

 9                 You are signing same subject to the

10      changes you have noted on the errata sheet, which

11      will be attached to your deposition.

12                 It is imperative that you return the

13      original errata sheet to the deposing attorney

14      within sixty (60) days of receipt of the

15      deposition transcript by you.  If you fail to do

16      so, the deposition transcript may be deemed to be

17      accurate and may be used in court.

18

19

20

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1                      ERRATA

 2   PAGE   LINE   CHANGE

 3   _____  _____  _____

 4          REASON: _____

 5   _____  _____  _____

 6          REASON: _____

 7   _____  _____  _____

 8          REASON: _____

 9   _____  _____  _____

10          REASON: _____

11   _____  _____  _____

12          REASON: _____

13   _____  _____  _____

14          REASON: _____

15   _____  _____  _____

16          REASON: _____

17   _____  _____  _____

18          REASON: _____

19   _____  _____  _____

20          REASON: _____

21   _____  _____  _____

22          REASON: _____

23   _____  _____  _____

24          REASON: _____

25
```

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4          I, JONATHAN BENTHALL, do hereby certify
        that I have read the foregoing pages and that the
 5      same is a correct transcription of the answers
        given by me to the questions therein propounded,
 6      except for the corrections or changes in form or
        substance, if any, noted in the attached
 7      Errata Sheet.

 8

 9

10

11

        _____
12       JONATHAN BENTHALL                  DATE

13

14

        Subscribed and sworn to before me this
15      _____ day of _____, 20 _____.

16      My commission expires: _____

17

18      _____
19      Notary Public

20

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES

 2

 3    PAGE     LINE

 4    _____    _____    _____

 5    _____    _____    _____

 6    _____    _____    _____

 7    _____    _____    _____

 8    _____    _____    _____

 9    _____    _____    _____

10    _____    _____    _____

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20    _____    _____    _____

21    _____    _____    _____

22    _____    _____    _____

23    _____    _____    _____

24    _____    _____    _____

25
```