```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2                       -  -  -
 3
 4     IN RE: TERRORIST ATTACKS    : 03-MDL-1570
       ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                         -  -  -
 8              APRIL 27, 2021
             THIS TRANSCRIPT CONTAINS
 9            CONFIDENTIAL MATERIAL
                         -  -  -
10
11
12              Remote Videotaped
13     Deposition, taken via Zoom, of JOHN
14     SIDEL, commencing at 7:02a.m., on the
15     above date, before Amanda
16     Maslynsky-Miller, Certified Realtime
17     Reporter and Notary Public in and for the
18     Commonwealth of Pennsylvania.
19
20                       -  -  -
21          GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
22              deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:

 2

 3        KREINDLER & KREINDLER LLP
          BY: ANDREW J. MALONEY III, ESQUIRE
 4        750 Third Avenue
          New York, New York 10017
 5        (212) 687-8181
          amaloney@kreindler.com
 6        Representing the Ashton, et al.,
          Plaintiffs
 7

 8

 9
          COZEN O'CONNOR P.C.
10        BY: SEAN P. CARTER, ESQUIRE
          BY: J. SCOTT TARBUTTON, ESQUIRE
11        One Liberty Place
          1650 Market Street
12        Suite 2800
          Philadelphia, Pennsylvania 19103
13        (215) 665-2000
          scarter1@cozen.com
14        starbutton@cozen.com
          Representing the Plaintiffs
15

16

17
          ANDERSON KILL P.C.
18        BY: BRUCE STRONG, ESQUIRE
          1251 Avenue of the Americas
19        New York, New York 10020
          (212) 278-1000
20        bstrong@andersonkill.com
          Representing the Plaintiffs'
21        Steering Committee

22

23

24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:  (Continued)
 2

 3

 4        MOTLEY RICE LLC
          BY: ROBERT T. HAEFELE, ESQUIRE
 5        BY: JADE A. HAILESELASSIE, ESQUIRE
          BY: JODI WESTBROOK FLOWERS, ESQUIRE
 6        28 Bridgeside Boulevard
          Mount Pleasant, South Carolina 29464
 7        (843) 216-9000
          rhaefele@motleyrice.com
 8        jhaileselassie@motleyrice.com
          jflowers@motleyrice.com
 9        Representing the Plaintiffs' Steering
          Committee and the Burnett Plaintiffs
10

11

12

13        JONES DAY
          BY: ERIC SNYDER, ESQUIRE
14        BY: STEVEN COTTREAU, ESQUIRE
          BY: ABIGAEL BOSCH, ESQUIRE
15        51 Louisiana Avenue, N.W.
          Washington, D.C. 20001
16        (202) 879-3939
          esnyder@jonesday.com
17        scottreau@jonesday.com
          abosch@jonesday.com
18        Representing the Defendant,
          Dubai Islamic Bank
19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)

 2

 3          LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
            BY: WALEED NASSAR, ESQUIRE
 4          BY: AISHA E.R. BEMBRY, ESQUIRE
            BY: SUMAYYA KHATIB, ESQUIRE
 5          1101 New York Avenue, N.W.
            Suite 1000
 6          Washington, DC 20005
            (202) 833-8900
 7          waleed.nassar@lbkmlaw.com
            aisha.bembry@lbkmlaw.com
 8          sumayya.khatib@lbkmlaw.com
            Representing the Defendants,
 9          Muslim World League, the
            International Islamic Relief
10          Organization, and
            Drs. Turki, Al-Obaid, Naseef and Basha
11

12
            LAW FIRM OF OMAR T. MOHAMMEDI, LLC
13          BY: JOSHUA MORRISON, ESQUIRE
            BY: STEVE SEIGLER, ESQUIRE
14          233 Broadway
            Suite 820
15          New York, New York 10279
            (212) 725-3846
16          jmorrison@otmlaw.com
            sseigler@otmlaw.com
17          Representing the Defendant,
            WAMY and WAMY International
18

19   ALSO PRESENT:
20   David Lane, Videographer
     Zac Hone, Trial Technician
21
     Raymond Rivera, IT, Cozen O'Connor
22
     Nour Subani, Paralegal, Lewis Baach Kaufman
23   Middlemiss PLLC
24
```

This Transcript Contains Confidential Material

```
 1                     -  -  -
 2                  I N D E X
 3                     -  -  -
 4

    Testimony of:  JOHN SIDEL
 5
 6      By Mr. Carter                        9
 7
                       -  -  -
 8
                  E X H I B I T S
 9
                       -  -  -
10
11  NO.            DESCRIPTION              PAGE
```

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Sidel-597 | No Bates Notice of Oral Deposition of John Sidel | 12 |
| Sidel-598 | No Bates Expert Report of Professor John Sidel | 15 |
| Sidel-599 | No Bates Parliament Motion, Saudi Arabia and The School of Oriental and African Studies | 36 |
| Sidel-600 | No Bates Excerpts, 9/11 Commission Report | 53 |
| Sidel-601 | FED-PEC0237854-7873 RAND Corporation Testimony | 64 |
| Sidel-602 | FED-PEC0202113-2132 Department of the Treasury Memorandum | 84 |

This Transcript Contains Confidential Material

```
 1                      -  -  -
 2                E X H I B I T S
 3                      -  -  -
 4

    NO.              DESCRIPTION              PAGE
 5

    Sidel-603    FED-PEC0173851-3854
 6               State Department Diplomatic
                 Cable                         85
 7

    Sidel-604    No Bates
 8               Seeds of Terror,
                 Maria Ressa                   92
 9

    Sidel-605    No Bates
10               Excerpts, 9/11 Commission
                 Report                       109
11

    Sidel-606    No Bates
12               Michael Scheuer, Osama bin
                 Laden, Excerpts              111
13

    Sidel-607    No Bates
14               9/11 Commission Report       156
15  Sidel-608    No Bates
                 Sidel Invoices               187
16

17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                     -   -   -

 2            DEPOSITION SUPPORT INDEX

 3                     -   -   -

 4

 5   Direction to Witness Not to Answer

 6   Page Line     Page Line      Page Line

 7   None

 8

 9

10   Request for Production of Documents

11   Page Line     Page Line      Page Line

12   None

13

14

15   Stipulations

16   Page Line     Page Line      Page Line

17   8       1

18

19

20   Question Marked

21   Page Line     Page Line      Page Line

22   None

23

24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -

 2               (It is hereby stipulated and

 3          agreed by and among counsel that

 4          sealing, filing and certification

 5          are waived; and that all

 6          objections, except as to the form

 7          of the question, will be reserved

 8          until the time of trial.)

 9                    -  -  -

10               VIDEO TECHNICIAN:  We are

11          now on the record.  My name is

12          David Lane, videographer for

13          Golkow Litigation Services.

14          Today's date is April 27th, 2021.

15          Our time is 7:02 a.m. Eastern

16          Standard Time.

17               This remote video deposition

18          is being held in the matter of

19          Terrorist Attacks on September

20          11th, 2001.  Our deponent today is

21          Professor John Sidel.

22               All parties to this

23          deposition are appearing remotely

24          and have agreed to the witness
```

This Transcript Contains Confidential Material

1       being sworn in remotely.

2           Due to the nature of remote

3       reporting, please pause briefly

4       before speaking to ensure all

5       parties are heard completely.

6           Counsels' appearances will

7       be noted on the stenographic

8       record.  The court reporter today

9       is Amanda Miller and will now

10      swear in the witness.

11              -  -  -

12          JOHN SIDEL, after having

13      been duly sworn, was examined and

14      testified as follows:

15              -  -  -

16          VIDEO TECHNICIAN:  Please

17      begin.

18              -  -  -

19          EXAMINATION

20              -  -  -

21  BY MR. CARTER:

22      Q.   Good morning.  Or I suppose

23  good early afternoon for you, Professor

24  Sidel.

This Transcript Contains Confidential Material

1        sponsorship of the negotiations.
2    BY MR. CARTER:
3        Q.    So your familiarity with the
4    Muslim World League's engagements in the
5    Philippines relating to the Moro National
6    Liberation Front and the MILF is
7    essentially limited to what you describe
8    in Paragraph 3 of your report?
9        A.    Yes.  And, I mean, I've been
10   shown documents.  There's nothing that
11   comes to mind that I recall of any
12   significance, in terms of the Muslim
13   World League's activities and presence in
14   the Philippines.
15       Q.    And before taking on a role
16   as an expert in this case, did you come
17   across any information relating to the
18   IIRO's alleged role in supporting Abu
19   Sayyaf Group in the Philippines?
20       A.    Well, yes, insofar as the
21   same story that has been recycled and
22   re -- sort of reiterated over the years,
23   many years ago, this idea that the IIRO
24   office, in the early 1990s, under the

This Transcript Contains Confidential Material

1   leadership of Mohamed Jamal Khalifa had

2   supposedly provided money to the early

3   version of the Abu Sayyaf.

4        Q.    And prior to your work as an

5   expert on this case, did you come across

6   information regarding the IIRO's alleged

7   role in providing support to Jemaah

8   Islamiyah?

9        A.    No, no.

10       Q.    And prior to your work on

11  this case, had you come across any

12  information relating to the IIRO's

13  alleged role in providing funding or

14  other support to the Moro Islamic

15  Liberation Front?

16       A.    I had never heard anything

17  like that, no.

18       Q.    Are you aware that the IIRO

19  branches in the Philippines and Indonesia

20  were designated by the United States

21  government, in 2006, based on

22  representations by the U.S. government

23  that they were involved in providing

24  support to Abu Sayyaf Group and the

This Transcript Contains Confidential Material

```
1          much in the press and in certain

2          kinds of more specialized

3          reportage on Southeast Asia and on

4          these organizations.  It was

5          there.

6               So in terms of al-Qaeda,

7          yes.

8    BY MR. CARTER:

9          Q.   And did you conduct any

10   independent research, prior to serving as

11   an expert in this case, concerning those

12   allegations?

13         A.   No.  No, I'm not sure how I

14   would have done so.

15         Q.   Professor Sidel, as I

16   understand the description of your

17   qualifications, you are an expert on

18   Southeast Asia and political conditions

19   and violence in the Philippines and

20   Indonesia; is that correct?

21         A.   Yes.

22         Q.   Do you consider yourself an

23   expert on al-Qaeda?

24         A.   No.
```

This Transcript Contains Confidential Material

1    prioritized.

2            So my understanding is of a

3    shift that unfolds over the latter half

4    of the 1990s in which the United States

5    becomes his primary focus after an

6    earlier focus on Saudi Arabia, his home

7    country, and neighboring conflicts in

8    which he's involved.

9        Q.    So do I understand that you

10   agree that as part of his strategy during

11   the period of the early 1990s, bin Laden

12   and al-Qaeda sought to provide support to

13   Muslims engaged in local conflicts?

14       A.    I think there is evidence to

15   suggest some support and interest in some

16   conflicts in some parts of the world, but

17   not a kind of consistent or particularly

18   powerful thrust of activity.

19           So if you look at Chechnya,

20   for example, my understanding is that

21   there isn't much evidence of interest or

22   involvement.  If you look at Bosnia, it

23   may look different.  It doesn't --

24   there's no interest or involvement in

1    al-Qaeda's pattern of expansion through

2    building alliances.

3              Do you see that language?

4         A.    Yes.

5         Q.    Do you agree that during

6    this period, al-Qaeda was pursuing a

7    pattern of expansion through building

8    alliances?

9              MR. NASSAR:  Objection.

10        Scope.

11             THE WITNESS:  Yeah, I don't

12        really know.  You know, this --

13        I'm not sure about this

14        interpretation.  I'm not qualified

15        to really comment on it, I don't

16        think.

17   BY MR. CARTER:

18        Q.    I'd like to show you, as the

19   next exhibit, a document that begins at

20   FED-PEC237854.

21                  -  -  -

22             (Whereupon, Exhibit

23        Sidel-601, FED-PEC0237854-7873,

24        RAND Corporation Testimony, was

This Transcript Contains Confidential Material

1    from your report?

2          A.    Yes.

3          Q.    Who was the founder of Abu

4    Sayyaf?

5          A.    Well, reportedly, it was a

6    man by the name of Abdurajak Janjalani.

7          Q.    When you say "reportedly,"

8    do you have some doubt that Abdurajak

9    Janjalani played a role in the

10   establishment of the Abu Sayyaf Group?

11         A.    I just think that it's been

12   repeated so many times with so little

13   solid evidentiary basis, with so little

14   real nuanced context detail, that I don't

15   want to just be repeating it for the Nth

16   time without acknowledging that I'm doing

17   so on the basis of, you know, information

18   that has limited corroboration.  And it's

19   there in so many different sources of

20   different kinds.

21                But, you know, in terms of

22   really understanding who he was locally,

23   what his experience and connections have

24   been beyond Basilan and beyond the

1 reiterated in interviews and, you know,

2 intelligence reports, published or

3 circulated, that cite, you know, the

4 Number 2 who turned out to be a

5 Philippine government informant.

6          I've never seen anything to

7 the contrary, would be the fair response

8 to your question.  So I don't -- I

9 haven't heard an alternative story to the

10 "Janjalani was the founder" story.  But

11 it is a story.

12     Q.   Do you know whether the

13 individual I mentioned earlier, Noor

14 Muog, testified, based on his personal

15 participation, that Janjalani was the

16 founder of Abu Sayyaf?

17     A.   No.  As I mentioned earlier,

18 I'm not aware of this interview.  And it

19 sounds interesting, but I have not had

20 access to it.  I don't know if it's been

21 published or how you accessed it.

22     Q.   And do you know whether

23 Abdurajak Janjalani participated in the

24 Afghan jihad?

This Transcript Contains Confidential Material

1   formed in the early 1990s and received

2   support and seed money from al-Qaeda.

3            Do you see that?

4       A.   Yes.

5       Q.   Again, do you question the

6   credibility of this statement by the

7   United States government?

8       A.   Yes.

9            MR. CARTER:  And I would

10           like to next direct your attention

11           to FED-PEC173851-173854, which is

12           16 in the folder.

13                    -  -  -

14           (Whereupon, Exhibit

15           Sidel-603, FED-PEC0173851-3854,

16           State Department Diplomatic Cable,

17           was marked for identification.)

18                    -  -  -

19           MR. CARTER:  This is a State

20           Department diplomatic cable.

21   BY MR. CARTER:

22       Q.   Have you seen this document

23   before?

24       A.   No, I don't think so.

1      Q.    Turning to Page 173852,

2  there is a statement that Abu Sayyaf

3  Group was founded with money sent by

4  Mohamed Jamal Khalifa through IIRO.

5           Do you see that?

6      A.    Yes.

7      Q.    Again, you do not credit

8  this statement in the State Department

9  cable, correct?

10     A.    Can you go back?  When was

11 this cable produced?

12     Q.    It was produced in 2004.

13     A.    So you're asking me about

14 which paragraph here?

15     Q.    The particular statement

16 that the Abu Sayyaf cell in Manila was

17 founded with money sent to bin Laden --

18 sent by bin Laden to Mohamed Jamal

19 Khalifa through IIRO.

20     A.    Yeah, I mean, it's 2004.

21 This is an embassy cable, right?  An

22 unclassified embassy cable, and it's

23 reiterating something that has come to be

24 taken as conventional wisdom.

This Transcript Contains Confidential Material

1              You know, I worked in the

2   U.S. embassy political section and wrote

3   cables in the mid 1980s and worked with

4   the intelligence in the State Department

5   and read these things.

6              And people write these

7   cables and they're not drawing on, you

8   know -- they're not -- they don't have

9   fact-checkers like, you know, the New

10  Yorker Magazine has fact-checkers.  They

11  are relying on what has become

12  conventional wisdom in 2004 to reiterate

13  something that, as I've said already

14  repeatedly, has become conventional

15  wisdom.

16             It doesn't have evidentiary

17  basis, to my mind.  There's a fundamental

18  problem here with something that's been

19  repeated and repeated until people assume

20  that it must be true because reputable

21  people have reiterated it.

22             And I --

23        Q.   Do you --

24        A.   It doesn't bear -- it

1   doesn't prove that it's true, to show me

2   more examples of when the same thing is

3   cited.

4              So many people will say the

5   same thing again and again, and, you

6   know, have the best intentions.

7       Q.    Do you know who Jamal

8   al-Fadl is?

9       A.    Excuse me?

10      Q.    Do you know who Jamal

11  al-Fadl is?

12      A.    No.

13      Q.    Jamal al-Fadl was al-Qaeda's

14  financial chief during the early 1990s in

15  Sudan.

16              You are not familiar with

17  that fact?

18              MR. NASSAR:  Objection to

19         the characterization of Jamal

20         al-Fadl's title.  Do you have a --

21         are you asserting that, Sean?  Are

22         you testifying to that?

23  BY MR. CARTER:

24      Q.    My understanding is that

This Transcript Contains Confidential Material

1    Jamal al-Fadl has been described as an

2    al-Qaeda financial chief in the early

3    1990s in Sudan.

4              Have you heard that type of

5    information previously?

6         A.    No.

7         Q.    Would you regard testimony

8    by an al-Qaeda member, who was personally

9    involved, that al-Qaeda provided seed

10   money to Abu Sayyaf as reliable?

11             MR. NASSAR:  Objection.

12        Form.

13             THE WITNESS:  I don't know

14        the context of that kind of

15        evidence being produced or, you

16        know, what period it refers to

17        or -- it's very, very vague.

18   BY MR. CARTER:

19        Q.    Well, the statement in the

20   9/11 Commission Report that bin Laden

21   provided assistance to Abu Sayyaf cites

22   the testimony that was provided by Jamal

23   al-Fadl.

24             For purposes of the

This Transcript Contains Confidential Material

1  preparation of your report and opinions

2  in this case, did you review any of that

3  testimony?

4        A.    No.

5        Q.    In Footnote 47 of your

6  report, you include a reference to a 2003

7  book by Maria Ressa called Seeds of

8  Terror.

9              Do you recall including that

10  reference?

11       A.    Yes, I do.

12       Q.    And do you know Maria Ressa?

13       A.    I've met her on one

14  occasion.  And I'm sad to say I recently

15  watched a documentary video about the

16  very sad and terrible things that have

17  happened to her over the past few years.

18              So I'm well aware of her

19  work in recent years.  And I've read her

20  earlier work, in part.

21       Q.    And what is your opinion of

22  her, as a professional matter?

23       A.    I found her early work to be

24  rather sensationalistic and overly

This Transcript Contains Confidential Material

1   sponsorship and support and involvement

2   that have nothing to do with this kind

3   of -- this kind of alleged affiliation.

4          Q.    But you don't have any

5   specific information that would lead you

6   to conclude that the account Maria Ressa

7   provides in her book is wrong?

8          A.    I have specific information

9   that would lead me to be suspicious of

10  this kind of -- of taking this kind of

11  account at face value, yes.

12              But I do not have any

13  specific information of what was going on

14  in Basilan in December of 1991.

15         Q.    In the next paragraph, Maria

16  Ressa indicates that, About a month

17  later, Khalifa met with Janjalani at the

18  Abu Sayyaf camp in Basilan.  Wali Shah

19  and Ramzi Yousef came with him, and,

20  again, money was delivered to the Abu

21  Sayyaf.

22              She goes on to say that

23  Khalifa gave a little over $6,000 for two

24  operations, to assassinate an Italian

1  Sayyaf did, in fact, create an urban

2  guerrilla squad?

3       A.    No, I'm not sure that they

4  did.  I don't recall guerrilla squads in

5  Zamboanga City along those lines, armed

6  guerrilla groups in Zamboanga City, no.

7       Q.    Was there a bombing on

8  August 28th of that year involving a

9  grenade being thrown at Fort Pilar?

10      A.    There may have -- well have

11 been.  I assume that all of these things

12 are being cited by Maria Ressa after they

13 happened.

14      Q.    And then down in the next

15 paragraph, it said, Later, other al-Qaeda

16 operatives would help in the training of

17 Abu Sayyaf.

18           And it refers to training in

19 1995 at camps run by Abu Sayyaf.

20           Again, do you have any

21 information that would indicate to you

22 that no such training happened?

23      A.    I have no specific

24 information that contradicts this.

This Transcript Contains Confidential Material

1    here, this kind of -- this information,

2    which seems likely to have been spoon-fed

3    to her by the likes of Rodolfo Mendoza

4    and others working for him.

5            That is -- that is my

6    general level of suspicion about this.

7    And if you read the literature on the Abu

8    Sayyaf Group by longtime observers, as

9    well as by people who were held hostage

10   by the Abu Sayyaf Group, and even the

11   kinds of commentators who your experts

12   cite, most notably Zachary Abuza, that

13   they acknowledge this element and these

14   sorts of questions explicitly time and

15   again.

16            So I, you know -- if I had

17   time to look at the footnotes here and to

18   read the sources cited in the footnotes

19   and to do further investigations, you

20   know, I'm -- maybe new questions would

21   open up for me.

22            But I just can't help but

23   express my doubts on the basis of what I

24   know through experience, personal

This Transcript Contains Confidential Material

1   experience, as well as otherwise in the

2   Philippines.

3        Q.    All right.  Well, one of the

4   reasons that I'm focused on asking you

5   questions about this is because it comes

6   from a section of a book that you cite in

7   your own expert report.  And you refer to

8   a range of pages, and these statements

9   are included in the range of pages that

10  you cite and rely upon.

11       A.    Yes.  And it appears that I

12  have misnumbered the pages.

13            But if you -- if you look at

14  my report, I'm, you know, somewhat,

15  perhaps, pedantically concerned with the

16  wording and phrasing of what I am saying

17  and claiming to know in my analysis and

18  also careful in citing sources relevant

19  for specific, you know, bits and pieces

20  of information.

21            There must be pages in here

22  somewhere that are focused on the Bojinka

23  plot.  And the only reason why I cited

24  Maria Ressa's book, which I otherwise

This Transcript Contains Confidential Material

1    about the possibility that Yousef --

2    Ramzi Yousef was in Basilan in 1991 with

3    Abdurajak Janjalani?

4          A.    No.

5          Q.    And you don't know whether,

6    during the years that ensued, Yousef

7    maintained a relationship with Janjalani?

8          A.    No.

9          Q.    Maria Ressa says, in this

10   section of her book, that Yousef had been

11   training members of Abu Sayyaf from the

12   birth of the group.

13              Do you have any information

14   about whether Yousef had provided

15   training to members of Abu Sayyaf?

16         A.    No.

17         Q.    After the 1993 attack on the

18   World Trade Center, can we agree that

19   Yousef came to the Philippines?

20         A.    He was in the Philippines

21   when the Bojinka plot was discovered.

22         Q.    And he was there at least

23   during the period of 1994 to 1995,

24   correct?

This Transcript Contains Confidential Material

1      A.    I think, yeah, to early

2  1995, if I remember correctly.

3      Q.    And was he joined in the

4  Philippines by his uncle, Khalid Sheikh

5  Mohamed?

6      A.    I believe so, at some point,

7  yeah.

8      Q.    And do you know whether

9  Khalid Sheikh Mohamed was also involved

10  in the development of the Bojinka plot?

11      A.    I believe so.  That's what's

12  reported, if I remember correctly.

13      Q.    And do you know whether

14  Ramzi and Khalid Sheikh Mohamed were also

15  joined in those efforts by Wali Khan Amin

16  Shah?

17      A.    Wali Khan Amin Shah?  That

18  name is cited in these reports.  It

19  sounds like something that I dimly

20  remember.  But the details of these

21  things are not very firmly lodged in my

22  memory, I'm afraid.  But --

23      Q.    Do you know who Wali Khan

24  Amin Shah was?

This Transcript Contains Confidential Material

1     A.     If memory serves, he was --

2  he's been cited as a figure who set up a

3  set of companies in Malaysia that were

4  linked to Jemaah Islamiyah.

5          Is that not the case?  Is

6  that the same character, or am I thinking

7  of someone else?

8     Q.    Well, why don't we turn to

9  Page 147 of the 9/11 Commission Report.

10            -  -  -

11          (Whereupon, Exhibit

12      Sidel-605, No Bates, Excerpts 9/11

13      Commission Report, was marked for

14      identification.)

15            -  -  -

16  BY MR. CARTER:

17     Q.    And you'll see a reference

18  near the bottom that KSM and Yousef

19  enlisted Wali Khan Amin Shah, also known

20  as Usama Asmurai, in the Manila air plot.

21          Do you see that?

22     A.    Yes.

23     Q.    And on Page 436 of the 9/11

24  Commission Report, there's a profile of

This Transcript Contains Confidential Material

1   Wali Khan Amin Shah that says that he was

2   an associate of Osama bin Laden.

3           Does that refresh your

4   recollection?

5       A.   No.  Turkmen?  He's Turkmen?

6   He's from Turkmenistan?

7           I thought this was -- the

8   name that is in my memory is someone who

9   is based in Malaysia.  No?

10      Q.   So you don't recall --

11      A.   I'm clearly thinking of

12  somebody else.

13      Q.   You don't recall having come

14  across information in your studies of the

15  Bojinka plot that a bin Laden lieutenant,

16  an al-Qaeda named Wali Khan Amin Shah

17  worked with Ramzi Yousef and Khalid

18  Sheikh Mohamed on the development of

19  Bojinka?

20      A.   All I remember is that there

21  were names other than Ramzi Yousef and

22  Khalid Sheikh Mohamed, that there were a

23  few obscure individuals whose backgrounds

24  and affiliations were not something I

1    knew a great deal about.  They were not

2    Southeast Asians.  It was not connected

3    to the local organizations and groups and

4    individuals otherwise under, you know,

5    consideration here.

6              So I'm afraid that my

7    knowledge and, you know -- no

8    investigation of this guy's background.

9    I did not do my homework on who this guy

10   was.

11             MR. CARTER:  If we could

12        mark as the next exhibit the

13        excerpts from the Michael Scheuer

14        book that are at Folder 29.

15                  -  -  -

16        (Whereupon, Exhibit

17        Sidel-606, No Bates, Michael

18        Scheuer, Osama bin Laden Excerpts,

19        was marked for identification.)

20                  -  -  -

21   BY MR. CARTER:

22        Q.    Professor Sidel, do you know

23   who Michael Scheuer is?

24        A.    Wasn't Michael Scheuer a CIA

This Transcript Contains Confidential Material

1          Do you see that?

2     A.    Yes.

3     Q.    And I am correct that you

4 continue to hold all of those opinions as

5 we sit here today?

6     A.    Yes.

7     Q.    I'd like to break down that

8 set of opinions in pieces and discuss it

9 a little bit.

10         Am I correct that you are

11 expressing the view that the decision of

12 Ramzi Yousef, Khalid Sheikh Mohamed and

13 Wali Shah to stage their operations from

14 the Philippines had nothing to do with

15 the presence of Abu Sayyaf Group, Mohamed

16 Jamal Khalifa, or any other potential

17 sources of support in the Philippines?

18     A.    From what I've read and

19 understood, the activities of these

20 conspirators in Manila is independent of

21 that broader context, yes.  They're not

22 reliant on a broader support network.

23     Q.    I think that partially

24 answers my question.

This Transcript Contains Confidential Material

1              I think the additional

2    question was whether or not the decision

3    to locate there was in no way influenced

4    by the potential resources that might be

5    available as they developed the plots?

6         A.    How so?

7         Q.    Well, let me clarify.

8              You answered my question by

9    saying that it's your understanding that

10   the activities they undertook there was

11   independent of any relation to other

12   groups.

13             I'm asking a slightly

14   different question.

15             Do you know whether or not

16   their decision to go there in the first

17   place, before they began undertaking

18   their operations, was in any way

19   influenced by the presence of Abu Sayyaf

20   Group, Mohamed Jamal Khalifa or other

21   potential resources they might want to

22   rely upon in the Philippines?

23        A.    I'm -- I struggle to

24   understand how I would have access to

1    their thinking on that front, given how

2    little evidence there seems to be of

3    reliance or interaction between the small

4    group of conspirators in Manila and

5    anyone else.

6              And, here, my view is that

7    metro Manila, and certain areas of

8    Manila, such as Makati, where they were

9    living, these are parts of the national

10   capital region where you have large

11   numbers of ex-patriots living, you know,

12   you have Nigerians involved in the drug

13   trade.  Today you have a few thousand

14   online gaming operators, maybe 500,000 of

15   them, living in the capital of the

16   Philippines because it's -- they don't

17   have to pay taxes or suffer the

18   regulatory whims of the government.

19              So it seems like this -- the

20   ex-pat life for people who are engaged in

21   a variety of activities, under the radar,

22   in Manila, and that would appear to be a

23   sufficient explanation and attraction to

24   this in a way that is unconnected to some

This Transcript Contains Confidential Material

1    other far-flung part of the archipelago.

2              And, if I could add, Manila

3    also has a small but substantial Muslim

4    minority area in the Quiapo district of

5    Manila itself.  And there's nothing in

6    these reports that connects these men

7    living in the comfort of the financial

8    district of Makati and so forth to other

9    Muslims in metro Manila.

10             So it seems like an ex-pat

11   community.

12        Q.   You do agree with me that

13   Wali -- Ramzi Yousef, Khalid Sheikh

14   Mohamed and Wali Shah developed a whole

15   series of relatively ambitious plots,

16   including the plot to assassinate

17   President Clinton and the Pope, correct?

18        A.   That is what we are told,

19   that these plots were in one or another

20   stage of development as discovered by the

21   Philippine police on their computers

22   after -- on the conspirators' computers

23   after the accidental explosion in their

24   apartment.

This Transcript Contains Confidential Material

1    Q.    And the plots to assassinate

2  President Clinton and the Pope were to be

3  carried out locally in the Philippines,

4  correct?

5    A.    I believe so, yes.

6    Q.    And at least according to

7  Maria Ressa's account, Abu Sayyaf members

8  were slated to participate in the

9  assassination of the Pope, correct?

10   A.    That, I don't recall.  I

11  don't recall the details of the -- I

12  don't recall any revolutions of the

13  details of that plot.

14         My recollection is that

15  these plots -- these plots were

16  uncovered, in some form, on the computers

17  and in the interrogations of these

18  individuals.  And the details of them, I

19  don't recall seeing those details in the

20  available sources.

21   Q.    Abu Sayyaf did have an

22  operational presence in the Philippines

23  at the time the plots were being

24  developed, correct?

1    A.    1994, 1995, there are small

2    numbers of men associated with Abu Sayyaf

3    in parts of Basilan and maybe in the

4    Sulu -- in Sulu.  But I think in -- just

5    in Basilan, operating within a very

6    restricted band of the country, you know,

7    a far-flung -- a single island, part of

8    an island, and operating on what they

9    call pump boats between islands in that

10   part of the country.

11   Q.    And I think you testified

12   earlier that you're not an expert on

13   operational aspects of terrorist attacks.

14        So I'm correct that you

15   wouldn't have a view on the particular

16   kinds of support that would be necessary

17   to carry out a plot to assassinate the

18   president of the United States or the

19   Pope on foreign soil, do you?

20   A.    I'm not sure what kind of

21   expertise that would be.  You'd have -- I

22   assume you would have to be involved in

23   that kind of activity or in

24   counterterrorism, counterintelligence,

This Transcript Contains Confidential Material

1 and so forth.  By 1994, wasn't Khalifa

2 off in Jordan and arrested and on the

3 run?  Isn't that the case?

4       Q.    At a certain period he was

5 arrested.

6             I was asking a slightly

7 different question, which is whether or

8 not he had established other charities

9 and businesses for purposes of supporting

10 terrorist operations?

11      A.    I believe that that is --

12 that there is in -- some of that in some

13 of the reports that I've been shown.

14      Q.    And do you happen to know

15 whether Wali Shah knew both Khalifa and

16 Ramzi Yousef?

17      A.    No.  I mean, he clearly knew

18 Ramzi Yousef.  But I wouldn't be

19 surprised if he knew Jamal Khalifa as

20 well.

21      Q.    And in developing your

22 opinion about the reason that the

23 plotters chose the Philippines, did you

24 consider whether the infrastructure that

This Transcript Contains Confidential Material

1   account that seems to have very broad

2   credibility, in terms of the timing.

3        Q.    You're saying it doesn't fit

4   within the big picture of your

5   understanding of al-Qaeda's development

6   and goals, correct?

7        A.    Yeah.

8        Q.    I believe you told me very

9   early in the deposition, though, that you

10  didn't view yourself to be an expert on

11  al-Qaeda; isn't that correct?

12       A.    Yeah.  But I also qualified

13  that in two ways.  One, certainly, in

14  terms of the question of al-Qaeda in

15  Southeast Asia, I've been in a position

16  before and during this case to look at

17  evidence of al-Qaeda's presence and

18  activities and allegations thereof in

19  Southeast Asia.

20             And, secondly, in terms of a

21  familiarity with kind of authoritative

22  accounts of al-Qaeda and its development

23  over the course of the 1990s and beyond,

24  I'm familiar with that through my

This Transcript Contains Confidential Material

1    failed experiment with local jihad during

2    the period of heightened Islamist

3    influence and interreligious violence in

4    Indonesia in 1999 through 2001.

5              Do you see that?

6         A.    I do.

7         Q.    Do I understand that and

8    other statements in your report to

9    reflect your opinion that Jemaah

10   Islamiyah was focused on local activities

11   and agendas until after 9/11?

12        A.    Yes.

13        Q.    And, in your view, Jemaah

14   Islamiyah was not involved in al-Qaeda's

15   global jihadist activities before the

16   September 11th attacks; is that correct?

17        A.    What do you mean by

18   "involved"?

19        Q.    Well, your report, as I

20   understand it, indicates that Jemaah

21   Islamiyah was not a material participant

22   in anything that could be construed as

23   al-Qaeda's global jihad before 9/11 and

24   only turned to al-Qaeda's vision of jihad

1  after; is that correct?

2      A.    Yeah, I'm not sure if I

3  would even say that it turns to

4  al-Qaeda's vision of jihad.

5           It engaged in -- or members

6  of this network engaged in a series of

7  bombings, beginning in October 2002 and

8  persisting up through at least 2005, that

9  took foreign, Western targets and, thus,

10  could be seen and were intended to be

11  seen as part of something international,

12  transnational, global and in sync with,

13  in line with, you know, other sets of

14  bombings and attacks in different parts

15  of the world.

16           It put Indonesia on the map

17  of a string of attacks, including here in

18  London, Madrid, Casablanca and so forth.

19      Q.    And I'm just -- I'm trying

20  to understand, Professor.

21           Is it your view that Jemaah

22  Islamiyah was not engaged in

23  collaborative efforts with al-Qaeda

24  before 9/11?

1    A.    There were contacts between

2  individuals associated with these

3  different networks.  But there was not a

4  coordinated strategy that involved some

5  kind of alliance between these two

6  organizations.

7         Jemaah Islamiyah was focused

8  on its own -- as a network, it was

9  focused on its own agenda, which was

10  within Indonesia and involved neighboring

11  countries as well.

12    Q.    And are you familiar with a

13  Jemaah Islamiyah operative during this

14  period named Hambali, who was also known

15  as Riduan Isamuddin?

16    A.    Yes, I am.

17    Q.    And who is he?

18    A.    He was a man who was born in

19  Indonesia and who was drawn into this

20  network in his youth and spent time in

21  Afghanistan and circulated outside of

22  Indonesia during the period of exile and

23  marginalization for these -- for this

24  network and who appears to have been a

This Transcript Contains Confidential Material

1    crucial figure in communications between

2    Jemaah Islamiyah, as a network, and the

3    organization and individuals associated

4    with al-Qaeda.

5         Q.    And turning to the 9/11

6    Commission Report again, on Page 150.

7              At the bottom, there's a

8    section under the heading, Hambali?

9         A.    Right.

10        Q.    And it describes, al-Qaeda's

11   success in fostering terrorism in

12   Southeast Asia stems largely from its

13   close relationship with Jemaah Islamiyah.

14             Do you disagree with that

15   characterization?

16        A.    Well, it's quite a curious

17   statement if you look at it, you know, in

18   sort of causal analysis.  Its success in

19   fostering terrorism in Southeast Asia

20   stems largely from its close relationship

21   with Jemaah Islamiyah.

22             So if you take my view -- if

23   we unpack the sentence, you could say,

24   well, Jemaah Islamiyah is a network on

This Transcript Contains Confidential Material

1    its own that emerges and evolves and

2    becomes activated, by the turn of the

3    21st century, on its own steam.

4              So to ascribe that so-called

5    success to al-Qaeda seems quite odd to me

6    and implausible.

7         Q.   Okay.

8         A.   So if I -- what is the

9    actual -- if you were to turn this into

10   one of those diagrams, where would the

11   arrows go of who is causing what to whom?

12        Q.   Well, let's eliminate the

13   arrows and focus on whether or not there

14   was a collaborative relationship in place

15   between al-Qaeda and Jemaah Islamiyah

16   before 9/11.

17             Do you agree that there was?

18        A.   I agree that there is

19   evidence of contacts between

20   individuals -- two individuals whose

21   names stand out are Hambali and Omar

22   al-Faruq, both of whom seem to have

23   disappeared into Guantanamo Bay, neither

24   with sufficient evidence to convict them,

This Transcript Contains Confidential Material

1  terrorist plans, which Atef and KSM

2  sought to expand.

3          Do you know whether or not

4  that happened during this time period?

5      A.    That doesn't sound -- I

6  certainly don't know whether that

7  happened, because it doesn't seem to --

8  there doesn't seem to be evidence for it.

9      Q.    So you disagree with the

10  9/11 Commission's finding on that point,

11  correct?

12      A.    Yeah, I -- I don't know

13  whether funds were disbursed that, you

14  know, went to do what?  If there were

15  funds transferred, that's possible.

16      Q.    Well, the next sentence

17  describes some of the activities that

18  were being pursued pursuant to the

19  arrangement.

20          And it says, Jemaah

21  Islamiyah would perform the necessary

22  casing activities and locate bomb-making

23  materials and other supplies.  Al-Qaeda

24  would underwrite operations, provide

This Transcript Contains Confidential Material

1 bomb-making expertise and deliver suicide

2 operatives.

3          Do you agree what they're

4 describing right there, if true, involves

5 collaboration in terrorist activities?

6          MR. NASSAR:  I'm going to

7          object.  I think it's -- well, I'm

8          going to direct Professor Sidel to

9          look at the actual exhibit in the

10          folder.

11          I don't think asking this

12          series of questions without him

13          being able to reference the

14          specific footnotes is fair.

15          MR. CARTER:  Waleed, he's

16          come and given testimony about

17          whether or not there was an

18          al-Qaeda relationship with Jemaah

19          Islamiyah in the period prior to

20          9/11.  I think it's completely

21          fair to ask him about the 9/11

22          Commission Report findings on that

23          specific point.

24          MR. NASSAR:  Right.  But his

This Transcript Contains Confidential Material

1    answers have repeatedly been that

2    he has not seen evidence of these

3    things.  It's -- pretty much every

4    answer has been a reference to the

5    evidence.  And --

6         MR. CARTER:  Don't testify

7    for him, Waleed.

8         MR. NASSAR:  I'm not

9    testifying for him.  You can look

10   back at the record and see it for

11   yourself.

12        But he needs to be able to

13   look at the footnotes.  That's

14   what his --

15        THE WITNESS:  I would

16   appreciate seeing the footnotes.

17        MR. CARTER:  Well, I'm

18   asking him whether he agrees or

19   disagrees based on his independent

20   expertise with these findings of

21   the 9/11 Commission.  That's a

22   fair question.

23  BY MR. CARTER:

24        Q.   Do you agree or disagree

This Transcript Contains Confidential Material

1    with these findings?

2            MR. NASSAR:  Professor

3        Sidel, if you feel like you need

4        to refer to the document and look

5        at the footnotes, feel free to do

6        so.

7            THE WITNESS:  Yeah, I'd like

8        to see the footnote, please.  I'll

9        look it up in my computer.

10           MR. NASSAR:  Which document

11       was this?

12           THE WITNESS:  Is this the

13       9/11 Commission Report?

14           MR. HONE:  607.

15           THE WITNESS:  What page in

16       the report, please?

17           MR. NASSAR:  Can we unzoom?

18           151, but the endnotes would

19       come later.

20           MR. HAEFELE:  Note my

21       objection to the speaking

22       objection.

23           MR. NASSAR:  For the court

24       reporter, that was Robert Haefele.

1          THE WITNESS:  What chapter

2     is this from?

3          MR. CARTER:  It's Chapter 5

4     of the 9/11 Commission Report.

5          THE WITNESS:  Okay.  I'm

6     looking at the footnotes now.

7  BY MR. CARTER:

8     Q.    Discussing specifically

9  al-Qaeda's ties to Jemaah Islamiyah.

10    A.    Right.  Here we go.

11          So if you look at the

12  footnotes, you'll see that the footnote

13  for the first sentence, Footnote 21, is

14  to Rohan Gunaratna, who is a widely

15  discredited, sometimes, you know, derided

16  pseudoexpert on al-Qaeda with, you know,

17  very limited credibility or base for

18  information.

19          As for Footnote 22, it's an

20  interrogation of Hambali to which I

21  wouldn't have access.

22          So I -- this is the kind of

23  thing that, you know, is -- it presents a

24  picture that seems very clear and

This Transcript Contains Confidential Material

1   coherent.  And if you read expert

2   reports, including those of the

3   well-respected, widely respected expert

4   Sidney Jones, she presents a picture of

5   Hambali and these other individuals as,

6   you know, operating in a much more

7   fragmented and individual --

8   individualistic, idiosyncratic fashion,

9   as opposed to some kind of organizational

10  alliance.

11              And in terms of examples

12  of and claims of linkage, all of the

13  activities, up until and beyond September

14  11th, 2001, are very local in their logic

15  and in the people who are carrying them

16  out.

17              So I find it hard to kind of

18  accept this picture.  It seems such --

19  like such a neat, coherent picture that I

20  struggle to accept it at face value.

21       Q.    Professor, I just asked,

22  while I was on mute, I'm correct that you

23  do not credit these findings of the 9/11

24  Commission?

This Transcript Contains Confidential Material

1    that.

2             MR. CARTER:  That's all I

3        have.  Thank you for your time,

4        Professor Sidel.  I appreciate it.

5             THE WITNESS:  Thank you.

6             MR. NASSAR:  Thanks,

7        Professor Sidel.

8             THE WITNESS:  Thank you.

9             VIDEO TECHNICIAN:  This ends

10       today's deposition.  We're going

11       to go off the record at 11:43 a.m.

12                  -  -  -

13            (Whereupon, the deposition

14       concluded at 11:43 a.m.)

15                  -  -  -

16

17

18

19

20

21

22

23

24

```
 1                    CERTIFICATE

 2

 3

      I, Amanda Maslynsky-Miller, Certified
 4    Realtime Reporter, do hereby certify that
      prior to the commencement of the examination,
 5    JOHN SIDEL, was remotely sworn by me to
      testify to the truth, the whole truth and
 6    nothing but the truth.

 7

      I DO FURTHER CERTIFY that the foregoing is a
 8    verbatim transcript of the testimony as taken
      stenographically by me at the time, place and
 9    on the date hereinbefore set forth, to the
      best of my ability.

10

11    I DO FURTHER CERTIFY that I am neither a
      relative nor employee nor attorney nor
12    counsel of any of the parties to this action,
      and that I am neither a relative nor employee
13    of such attorney or counsel, and that I am
      not financially interested in the action.

14

15        Amanda Miller

16    _____

      Amanda Miller
17    Certified Realtime Reporter
      Dated: May 12, 2021

18

19

      (The foregoing certification of this
20    transcript does not apply to any reproduction
      of the same by any means, unless under the
21    direct control and/or supervision of the
      certifying reporter.)

22

23

24
```

This Transcript Contains Confidential Material

1             INSTRUCTIONS TO WITNESS

2

3          Please read your deposition

4 over carefully and make any necessary

5 corrections.  You should state the reason

6 in the appropriate space on the errata

7 sheet for any corrections that are made.

8          After doing so, please sign

9 the errata sheet and date it.

10         You are signing same subject

11 to the changes you have noted on the

12 errata sheet, which will be attached to

13 your deposition.

14         It is imperative that you

15 return the original errata sheet to the

16 deposing attorney within sixty (60) days

17 of receipt of the deposition transcript

18 by you.  If you fail to do so, the

19 deposition transcript may be deemed to be

20 accurate and may be used in court.

21

22

23

24

```
1                    - - - - - -

                    E R R A T A
2                    - - - - - -

3   PAGE   LINE   CHANGE - REASON

4   _____  _____  _____

5   _____  _____  _____

6   _____  _____  _____

7   _____  _____  _____

8   _____  _____  _____

9   _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____  _____

22  _____  _____  _____

23  _____  _____  _____

24  _____  _____  _____
```

1          ACKNOWLEDGMENT OF DEPONENT

2

           I,_____, do

3  hereby certify that I have read the
   foregoing pages,  1 - 189, and that the

4  same is a correct transcription of the
   answers given by me to the questions

5  therein propounded, except for the
   corrections or changes in form or

6  substance, if any, noted in the attached
   Errata Sheet.

7

8  _____
    JOHN SIDEL                    DATE

9

10

   Subscribed and sworn

11 to before me this
   _____ day of _____, 20____.

12

   My commission expires:_____

13

14 _____
   Notary Public

15

16

17

18

19

20

21

22

23

24

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES

 2     PAGE   LINE

 3     _____  _____   _____

 4     _____  _____   _____

 5     _____  _____   _____

 6     _____  _____   _____

 7     _____  _____   _____

 8     _____  _____   _____

 9     _____  _____   _____

10     _____  _____   _____

11     _____  _____   _____

12     _____  _____   _____

13     _____  _____   _____

14     _____  _____   _____

15     _____  _____   _____

16     _____  _____   _____

17     _____  _____   _____

18     _____  _____   _____

19     _____  _____   _____

20     _____  _____   _____

21     _____  _____   _____

22     _____  _____   _____

23     _____  _____   _____

24     _____  _____   _____
```