This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                      -  -  -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                        -  -  -
 8                  APRIL 6, 2021
              THIS TRANSCRIPT CONTAINS
 9             CONFIDENTIAL MATERIAL
                        -  -  -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of CHAS W.
14   FREEMAN, JR., commencing at 9:08 a.m., on
15   the above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                      -  -  -
21        GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
22            deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2
 3

         KREINDLER & KREINDLER LLP
 4       BY: ANDREW J. MALONEY III, ESQUIRE
         750 Third Avenue
 5       New York, New York 10017
         (212) 687-8181
 6       amaloney@kreindler.com
         Representing the Ashton, et al.,
 7       Plaintiffs
 8
 9

         COZEN O'CONNOR P.C.
10       BY: SEAN P. CARTER, ESQUIRE
         One Liberty Place
11       1650 Market Street
         Suite 2800
12       Philadelphia, Pennsylvania 19103
         (215) 665-2000
13       scarter1@cozen.com
         Representing the Plaintiffs
14
15
16       MOTLEY RICE LLC
         BY: ROBERT T. HAEFELE, ESQUIRE
17       BY: C. ROSS HEYL, ESQUIRE
         28 Bridgeside Boulevard
18       Mount Pleasant, South Carolina 29464
         (843) 216-9000
19       rhaefele@motleyrice.com
         rheyl@motleyrice.com
20       Representing the Plaintiffs' Steering
         Committee and the Burnett Plaintiffs
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3        ANDERSON KILL P.C.
          BY: JERRY S. GOLDMAN, ESQUIRE
 4        1251 Avenue of the Americas
          New York, New York 10020
 5        (212) 278-1000
          jgoldman@andersonkill.com
 6        Representing the Plaintiffs'
          Steering Committee
 7
 8
 9        JONES DAY
          BY: ERIC SNYDER, ESQUIRE
10        BY: GABRIELLE PRITSKER, ESQUIRE
          250 Vesey Street,
11        New York, New York  10281-1047
          (212) 755-3435
12        esnyder@jonesday.com
          gpritsker@jonesday.com
13        Representing the Defendant,
          Dubai Islamic Bank
14
15
16        LAW FIRM OF OMAR T. MOHAMMEDI, LLC
          BY: OMAR T. MOHAMMEDI, ESQUIRE
17        BY: JOSHUA MORRISON, ESQUIRE
          BY: JILL L. MANDELL, ESQUIRE
18        233 Broadway
          Suite 820
19        New York, New York 10279
          (212) 725-3846
20        omohammedi@otmlaw.com
          jmorrison@otmlaw.com
21        jmandell@otmlaw.com
          Representing the Defendant,
22        WAMY and WAMY International
23
24
```

```
 1    APPEARANCES: (Continued)
 2
 3         GOETZ & ECKLAND P.A.
           BY: FREDERICK J. GOETZ, ESQUIRE
 4         615 1st Avenue NE
           Suite 425
 5         Minneapolis, Minnesota 55413
           (612) 874-1552
 6         fgoetz@goetzeckland.com
           Representing the Defendant,
 7         WAMY and WAMY International
 8
 9
           LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
10         BY: SUMAYYA KHATIB, ESQUIRE
           1101 New York Avenue, N.W.
11         Suite 1000
           Washington, D.C. 20005
12         (202) 833-8900
           sumayya.khatib@lbkmlaw.com
13
           - and -
14
           BY: AISHA E.R. BEMBRY, ESQUIRE
15         BY: WALEED NASSAR, ESQUIRE
           BY: NOUR SUBANI, ESQUIRE
16         1101 New York Avenue, NW
           Suite 1000
17         Washington, D.C. 20005
           (202) 833-8900
18         aisha.bembry@lbkmlaw.com
           waleed.nassar@lbkmlaw.com
19         nour.subani@lbkmlaw.com
           Representing the Defendants,
20         Muslim World League, the
           International Islamic Relief
21         Organization, and
           Drs. Turki, Al-Obaid, Naseef and Basha
22
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2

 3
          BERNABEI & KABAT, PLLC
 4        BY: ALAN KABAT, ESQUIRE
          1400 16th Street NW
 5        Suite 500
          Washington, D.C. 20036
 6        (202) 745-1942
          kabat@bernabeipllc.com
 7        Representing the Defendants,
          Dr. Abdullah al Turki, Dr. Abdullah
 8        Al Obais, Dr. Abdullah Naseef, and
          Dr. Adnan Basha
 9

10

11
          SALERNO & ROTHSTEIN
12        BY: PETER C. SALERNO, ESQUIRE
          BY: AMY ROTHSTEIN, ESQUIRE
13        221 Schultz Hill Road
          Pine Plains, New York 12567
14        (518) 771-3050
          peter.salerno.law@gmail.com
15        amyrothsteinlaw@gmail.com
          Representing the Defendant,
16        Yassin Kadi

17

18   ALSO PRESENT:
19   David Lane, Videographer
     Jon Knowles, Trial Technician
20
     John Fawcett, Staff, Kreindler & Kreindler
21
     Raymond Rivera, IT, Cozen O'Connor
22
     Bachar Al-Halabi, Interpreter
23   Ed Beetar, Check Interpreter
     Marwan Abdel-Rahman, Interpreter
24
```

This Transcript Contains Confidential Material

```
 1                      -  -  -
 2                    I N D E X
 3                      -  -  -
 4
    Testimony of:  CHAS W. FREEMAN, JR.
 5
 6      By Mr. Haefele              12, 408, 486
        By Mr. Maloney              352, 500
 7      By Mr. Nassar               422
        By Mr. Goetz                448
 8
 9                      -  -  -
10                  E X H I B I T S
11                      -  -  -
12
    NO.            DESCRIPTION                 PAGE
13
    Freeman-535  No Bates
14               Notice of Oral Deposition
                 of Chas W. Freeman, Jr.     14
15
    Freeman-536  Expert Report
16               Saudi Arabia's Society and
                 Government, Chas
17               Freeman, Jr.                28
18  Freeman-537  No Bates
                 Curriculum Vitae, Chas W.
19               Freeman, Jr.                36
20  Freeman-538  No Bates
                 Memorandum for the Record   74
21
    Freeman-539  No Bates
22               Audio Clip                  103
23  Freeman-540  No Bates
                 NPR Interview, Freeman
24               Explains His Intelligence
```

This Transcript Contains Confidential Material

```
 1                     -  -  -

 2                E X H I B I T S

 3                     -  -  -

 4

    NO.              DESCRIPTION                PAGE
 5

    Freeman-541   MEPC006533-6534
 6                Donations Record             115

 7  Freeman-542   MEPC006500-6508
                  Donations 1990               123
 8

    Freeman-543   MEPC006494-6499
 9                Donations 1991               124

10  Freeman-544   MEPC005534
                  5/11/00 Letter               128
11

    Freeman-545   MEPC000637
12                6/25/07 E-mail               134

13  Freeman-546   HRH Prince Alwaleed bin
                  Talal Receives Former US
14                Ambassador Chas Freeman to
                  Discuss ME Social Issues     148
15

    Freeman-547   No Bates
16                Chas Freeman Slams "Israel
                  Lobby"                       190
17

    Freeman-548   No Bates
18                3/9/09 Letter                194

19  Freeman-549   MEPC006555-6558
                  1997 Contributions           210
20

    Freeman-550   No Bates
21                Obama's National
                  Intelligence Crackpot        224
22

    Freeman-551   No Bates
23                It's Official: Saudi Puppet
                  to Head NIC                  229
24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -
 2              E X H I B I T S
 3                    -  -  -
 4
    NO.            DESCRIPTION              PAGE
 5
    Freeman-552  No Bates
 6               1/23/04 State
                 Department Briefing        248
 7
    Freeman-553  No Bates
 8               Video Clip                 274
 9  Freeman-554  No Bates
                 A Brief Reading List       290
10
    Freeman-555  No Bates
11               3/4/21 Letter              312
12  Freeman-556  No Bates
                 Invoices                   313
13
    Freeman-557  MEPC003780-3782
14               1/24/05 E-mail             346
15  Freeman-558  No Bates
                 Saudi Arabia's Foreign and
16               Domestic Dilemmas          348
17  Freeman-559  No Bates
                 Harper: Saudi Third Man
18               Revealed                   388
19  Freeman-560  No Bates
                 Clarification of the Truth
20               in Light of Terrorism
                 Hijackings & Suicide
21               Bombings                   405
22  Freeman-561  No Bates
                 Milli Chronicle Article    452
23
24
```

This Transcript Contains Confidential Material

```
 1                        -  -  -
 2                    E X H I B I T S
 3                        -  -  -
 4
     NO.              DESCRIPTION                    PAGE
 5
     Freeman-562  No Bates
 6                Withdrawal of Charles
                  Freeman Is a Loss to the
 7                Country                            465
 8   Freeman-563  No Bates
                  Nominee Ends Bid for Key
 9                Job in Intelligence               469
10   Freeman-564  No Bates
                  Foreign Ties of Nominee
11                Questioned                         473
12   Freeman-565  No Bates
                  Israel Stance Was Undoing
13                of Nominee for Intelligence
                  Post                               473
14
     Freeman-566  No Bates
15                Rights Advocates Oppose
                  Freeman                            476
16
     Freeman-567  No Bates
17                Freeman's Fight                    479
18   Freeman-568  No Bates
                  Chas Freeman Redux: "When
19                Idiots Attack"                     479
20   Freeman-569  MEPC004611-4613
                  2/26/98 Fax                        487
21
     Freeman-570  MEPC004610
22                Binladin File                      490
23
24
```

This Transcript Contains Confidential Material

```
 1                        -   -   -

 2            DEPOSITION SUPPORT INDEX

 3                        -   -   -

 4   Direction to Witness Not to Answer

 5   Page    Line    Page Line    Page Line

 6   420     14

 7

 8

 9   Stipulations

10   Page Line     Page Line      Page Line

11   11      1

12

13

14   Question Marked

15   Page Line       Page Line       Page Line

16   None

17

18   Request for Production

19   Page    Line    Page  Line    Page   Line

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -
 2              (It is hereby stipulated and
 3         agreed by and among counsel that
 4         sealing, filing and certification
 5         are waived; and that all
 6         objections, except as to the form
 7         of the question, will be reserved
 8         until the time of trial.)
 9                    -  -  -
10              VIDEO TECHNICIAN:  We are
11         now on the record.  My name is
12         David Lane, videographer for
13         Golkow Litigation Services.
14         Today's date is April 6th, 2021.
15         The time is 9:08 a.m. Eastern
16         Standard Time.
17              This remote video deposition
18         is being held in the matter of the
19         Terrorist Attacks on September
20         11th, 2001.  Our deponent today is
21         Chas W. Freeman.
22              All parties to this
23         deposition are appearing remotely
24         and have agreed to the witness
```

This Transcript Contains Confidential Material

```
 1        being sworn in remotely.

 2             Due to the nature of remote

 3        reporting, please pause briefly

 4        before speaking so that all

 5        parties are heard completely.

 6             Counsel will be noted on the

 7        stenographic record.  The court

 8        reporter today is Amanda Miller,

 9        who will now swear in our witness.

10                  -   -   -

11             CHAS W. FREEMAN, JR., after

12        having been duly sworn, was

13        examined and testified as follows:

14                  -   -   -

15             VIDEO TECHNICIAN:  Please

16        begin.

17                  -   -   -

18                  EXAMINATION

19                  -   -   -

20   BY MR. HAEFELE:

21        Q.    Thank you.  Good morning.

22             Can you just -- I guess for

23   the record, can you just give us your

24   full name, please?
```

1      A.    They are documents I read
2   after writing my report.
3      Q.    Okay.  If you had to
4   estimate the number of documents that you
5   read in preparation for your deposition,
6   what would that volume be?
7      A.    I really don't know.  I
8   mean, I don't count documents.  I'm not
9   testifying on the basis of documents.
10     Q.    Well, was it more than ten
11  or less than ten?
12          MR. GOETZ:  Objection.
13      Form.
14          MR. HAEFELE:  You can
15      answer.
16          THE WITNESS:  I really don't
17      know.
18  BY MR. HAEFELE:
19     Q.    So it could have been less
20  than ten?
21     A.    It could have been.
22     Q.    When counsel for WAMY sent
23  along the report that's attributed to
24  you, they also sent a document that was

1          last sentence there, Jon.

2                   All right.

3     BY MR. HAEFELE:

4          Q.     The sentence that's

5     highlighted on the screen is, He is also

6     the president of the Middle East Policy

7     Council, which requires regular trips to

8     the Persian Gulf for fundraising.  While

9     there, he meets with many senior Saudi

10    officials.

11                 Do you see that, sir?

12         A.     That's right.

13         Q.     And that's an accurate

14    statement?

15         A.     Yes.

16         Q.     And at the time, you were

17    identifying to the 9/11 Commission

18    investigators that the Saudi Alliance --

19    that you were then the Middle East Policy

20    Council president?

21         A.     I was.

22         Q.     How often did you go to the

23    Middle East for fundraising trips?

24                 MR. GOETZ:  Objection.

This Transcript Contains Confidential Material

```
 1           Form.
 2                MR. HAEFELE:  You can
 3           answer.
 4                THE WITNESS:  Several times
 5           a year.  The organization, the
 6           Middle East Policy Council, lived
 7           very much hand to mouth.  The
 8           purpose of my trips was mainly to
 9           meet with individuals in the Saudi
10           private sector, as well as
11           American company officials, who
12           saw the value of the Middle East
13           Policy Council's work and,
14           therefore, encouraged their
15           headquarters in the United States
16           to provide funding.
17      BY MR. HAEFELE:
18           Q.   Who are the senior Saudi
19      officials who took your meetings during
20      these fundraising trips that you
21      referenced in the -- to the 9/11
22      Commission investigators?
23           A.   Typically, I would see the
24      King, the Crown Prince, the Minister of
```

This Transcript Contains Confidential Material

1  Interior, the Foreign Minister or his

2  Deputy, the Chief of the Istikhbarat,

3  which is the foreign intelligence

4  organization of Saudi Arabia.  I might

5  also see the Minister of Petroleum and

6  Minerals.  All of whom are personal

7  friends.

8          Q.    The King, the Crown Prince,

9  the Minister of Interior, the Foreign

10 Minister, the Chief of Foreign

11 Intelligence.

12               Are they all members of the

13 Saudi Royal Family?

14         A.    Yes.

15         Q.    Was the Minister of

16 Petroleum and Minerals also a member of

17 the Royal Family?

18         A.    No, not at that time.

19         Q.    Is he now?

20         A.    Yes.

21         Q.    When you went and did your

22 fundraising trips, were most of your

23 meetings with members of the Saudi Royal

24 Family -- most of your meetings in the

This Transcript Contains Confidential Material

1    Kingdom of Saudi Arabia related to the

2    Saudi fundraising, were they mostly

3    members of the Saudi Royal Family?

4         A.    The meetings that the

5    Saudi -- members of the Saudi Royal

6    Family were not, for the most part,

7    related to fundraising.

8              They were discussions of

9    regional issues during which I attempted

10   to ascertain their view of those issues

11   and how they evaluated the view of the

12   United States and our activities.

13        Q.    So when I asked you about

14   who you met with for fundraising, you

15   referenced the King, the Crown Prince,

16   the Foreign Minister, the Chief of

17   Intelligence and the Minister of

18   Petroleum and Minerals.

19              Was that an error?  They

20   were not the folks you met with on

21   fundraising trips?

22        A.    Fundraising was not the

23   purpose of any of those meetings.

24        Q.    All right.  So is it your

1   testimony that you did not meet Saudi

2   Royal Family members for fundraising?

3         A.   I did not go in and ask for

4   anything.  That is correct.

5         Q.   Well, as a result of your

6   meetings, did your -- end of your

7   meetings result in fundraising, raising

8   funds?

9         A.   On occasion --

10               MR. GOETZ:  Objection to

11         form.

12   BY MR. HAEFELE:

13         Q.   How frequently of an

14   occasion?

15         A.   On two occasions the Crown

16   Prince, after the meetings, sent a

17   representative to ask me if there was any

18   way he could be of help.  And I said, is

19   he asking whether he wants to help me or

20   the organization?

21               And he said, they said he

22   wants to help you.

23               And I said, I do not want

24   help, but I would appreciate a gift to

This Transcript Contains Confidential Material

1    the Middle East Policy Council.

2              On two occasions there were

3    gifts from the Crown Prince.

4         Q.    You had indicated that the

5    Middle East Policy Council was, I think

6    you said -- I can't remember how you

7    framed it.  But you phrased it something

8    along the lines of that it was living

9    hand to mouth or something like that.

10             Was it a tight budget, is

11   that what you were saying?

12        A.    Very tight budget.

13        Q.    And so were the donations

14   from the Saudis an important aspect of

15   keeping the entity moving along?

16        A.    Yes.

17        Q.    You are currently the

18   president emeritus of the Middle East

19   Policy Council; is that right?

20        A.    They have conferred that

21   title on me without asking me.  I have

22   not objected.

23        Q.    Do you do any activities

24   related to the Middle East Policy Council

1    Q.    And is that the only two

2  instances of donations from the Middle

3  East that you recall -- I'm sorry, from

4  the Kingdom of Saudi Arabia?

5    A.    It was a personal

6  contribution by the Crown Prince.

7    Q.    And are those the only two

8  instances of Saudi Royal Family members

9  donating money to the Middle East Policy

10  Council that you recall?

11    A.    Yes.

12    Q.    Might there have been other

13  instances?

14    A.    I don't recall any, no.

15    Q.    And who was the principal

16  fundraiser during the time period that

17  you were the president of Middle East

18  Policy Council?

19    A.    I was.

20    Q.    And you made -- according to

21  your statements to the 9/11 Commission,

22  you made numerous trips to the Middle

23  East to speak to Saudi royals, correct?

24    A.    I made numerous trips to

1    Q.    And do you see where it

2    references that Prince Alwaleed was

3    considering a donation of $7 million as

4    an endowment to the MEPC?

5    A.    Yes, I see it.

6    Q.    Do you recall discussing, in

7    or around that time period, a donation of

8    $7 million toward an endowment?

9    A.    I don't recall a figure of

10   $7 million.

11   Q.    Do you recall that there was

12   a discussion for an endowment of a large

13   sum of money toward the MEPC from Prince

14   Alwaleed?

15   A.    There was a discussion, and

16   there was no money.

17   Q.    Did you receive a donation

18   from Prince Alwaleed for a large sum of

19   money during that time period?

20   A.    Not for the endowment.

21   Q.    The memo also references an

22   additional donation of 1 million from

23   Crown Prince Abdullah.

24        Do you recall that in 2005?

This Transcript Contains Confidential Material

```
1        A.    Yes, I do.

2        Q.    And did that happen?

3        A.    I've already mentioned that

4   it's after I left the meeting with the

5   Crown Prince that one of his staff

6   approached me and said he wished to help

7   me.

8              And I said, well, I don't

9   need anything.

10             He said, no, no, he's

11  insistent.

12             I said, I don't want

13  anything for myself, I would like -- I

14  would welcome a contribution to the

15  Middle East Policy Council.

16             I returned to my hotel.

17  About 1 o'clock in the morning there was

18  a knock on the door.  It was somebody

19  from the Royal Diwan who handed me a

20  check for $1 million and asked that I sit

21  down and write a thank you note

22  acknowledging receipt of the check, which

23  I did.

24        Q.    And this was in addition to
```

1  the $250,000 donation from the Crown

2  Prince that we referenced earlier,

3  correct?

4          MR. GOETZ:  Objection.

5      Form.

6          THE WITNESS:  Entirely

7      separate.

8  BY MR. HAEFELE:

9      Q.    Entirely separate, you said?

10     A.    Yes.

11     Q.    The memo also references an

12 additional donation of $300,000 to the

13 MEPC from consultant.

14         Do you recall that donation?

15     A.    Yes, it was never provided.

16     Q.    And the memo also references

17 your meeting with the Saudi minister of

18 culture and information.

19         Do you recall meeting with

20 him to discuss support for the MEPC?

21     A.    Where is that?  Okay.  At

22 the bottom.

23         Yes, I did have a meeting.

24     Q.    And it says that he was

```
1          wealthy individuals throughout the

2          Arabian Gulf and, indeed,

3          occasionally elsewhere, as well as

4          with CEOs, CFOs and other

5          officials of American corporations

6          doing business in the region.

7    BY MR. HAEFELE:

8          Q.    Were meetings of this

9    nature, with Saudi officials, something

10   that were common for you while you were

11   the president of the Middle East Policy

12   Council?

13              MR. GOETZ:  Objection.

14         Form.

15              THE WITNESS:  Irregular.

16   BY MR. HAEFELE:

17         Q.    It's not something that you

18   did on a regular basis?

19              MR. GOETZ:  Objection.

20         Form.  Repetitive.

21              THE WITNESS:  When I

22         traveled to Saudi Arabia, I tried

23         to maximize the receipt of

24         donations from individuals and
```

This Transcript Contains Confidential Material

```
 1          from interested agencies of the
 2          government.
 3   BY MR. HAEFELE:
 4          Q.    And were the meetings that
 5   are described in the memo that went from
 6   Mr. Roth to Mr. Rihani something that
 7   happened on a regular basis?
 8               MR. GOETZ:  Objection.
 9          Form.
10               THE WITNESS:  These were
11          specific meetings.
12   BY MR. HAEFELE:
13          Q.    Did you regularly meet with
14   Saudi officials --
15               MR. GOETZ:  Objection.
16   BY MR. HAEFELE:
17          Q.    -- while you were the Middle
18   East Policy Council president?
19               MR. GOETZ:  Objection.
20          Form.
21               THE WITNESS:  Yes.
22   BY MR. HAEFELE:
23          Q.    And did you regularly have
24   meetings where you requested donations
```

This Transcript Contains Confidential Material

1   that conference series?

2        A.    I remember the conference

3   series.  I don't have any specific memory

4   of that conference.

5        Q.    In that 2005 time period,

6   you reported that due to the generosity

7   of Crown Prince Abdullah -- who was then

8   Crown Prince, but later became King --

9   the Middle East Policy Council had

10  markedly improved its financial position.

11             Do you recall making a

12  statement such as that?

13       A.    Yes.

14       Q.    And do you know why you

15  would have made a statement like that?

16       A.    We had just received a $1

17  million contribution to an endowment, the

18  purpose of which was to enable the

19  Council to go out of business if it was

20  unable to obtain sufficient donations to

21  continue.

22       Q.    All right.  And in 2007 you

23  met with Prince Alwaleed bin Talal al

24  Saud and received a donation for another

This Transcript Contains Confidential Material

1  $1 million for the Middle East Policy

2  Council; isn't that right?

3          A.    I don't remember the amount.

4  But, yes, I met with Alwaleed on numerous

5  occasions.

6          Q.    And Prince Alwaleed is also

7  a member of the Saudi Royal Family,

8  right?

9          A.    Yes.

10          Q.    And at the time, in that

11  time period, Prince Alwaleed was not only

12  a member of the Saudi Royal Family but he

13  was also one of the richest men on the

14  planet, right?

15          A.    He is indeed one of the

16  richest men on the planet, has spent some

17  time imprisoned at the Ritz-Carlton in

18  Riyadh.

19          Q.    Do you know why he spent

20  time in the Ritz-Carlton?

21          A.    It was a financial

22  shakedown, I believe.

23          Q.    The Kingdom Holding Company

24  is -- is or was a large Riyadh-based

1   there was approximately $3 million in the

2   endowment.  There is considerably less

3   now, I understand.

4        Q.   All right.  And when did the

5   endowment occur?

6        A.   It was built over the 12

7   years that I served as president, having

8   agreed to serve for five.

9        Q.   And you talked about -- I'm

10  sorry, what?

11             We had talked about there

12  being several -- a number of

13  millionaire -- multimillion-dollar

14  donations from some of the Saudis.

15             Did that contribute to the

16  endowment?

17        A.   In the case of the Crown

18  Prince's two contributions, both were for

19  the endowment.

20        Q.   You also spoke earlier today

21  about when you had been approached by one

22  of the Saudi officials on behalf of, I

23  think it was one of the Princes with a

24  check, offering you a check for $1

1    million.

2            Do you remember that?

3       A.    That was the Crown Prince's

4    representative in 2005.

5       Q.    And who was -- and who was

6    the Crown Prince's representative that

7    approached you?

8       A.    I don't know.  Somebody from

9    the Royal Diwan.

10      Q.    And can you recount for me

11   how that approach went?  You said he came

12   to your hotel.

13      A.    I was staying in the

14   Intercontinental Hotel.  I had had a very

15   pleasant meeting with my friend, the

16   Crown Prince.  He asked me indirectly,

17   through a courtier, after I left the

18   meeting, whether there was something he

19   could do for me.

20            I said no.

21            And he said, well -- the

22   courtier said, the Crown Prince would

23   like to do something.

24            I said, well, if he wants to

This Transcript Contains Confidential Material

1   make a contribution to the Middle East

2   Policy Council, I would appreciate that.

3              I heard nothing until 1

4   o'clock in the morning when there was a

5   knock on my door.  And since it was

6   Riyadh, I knew it wasn't a hooker, and I

7   opened the door.

8              And it was somebody from the

9   Royal Diwan who had with him a check for

10  $1 million.

11       Q.   And when you were offered if

12  there was anything that they could do for

13  you personally, did you understand that

14  to be that they were offering you some

15  financial remuneration personally?

16       A.   Yes.  And I never took a

17  cent from Saudi Arabia personally.

18       Q.   And was that the first time,

19  last time, the only time, multiple times,

20  other than that, that you've been offered

21  financial remunerations personally?

22       A.   In the Arab Gulf, it is

23  customary for people of great wealth to

24  make gifts.  I never accepted a gift.

This Transcript Contains Confidential Material

1    A.    The stated reason was that I

2  was highly regarded in the region and

3  that I was also regarded as effective in

4  running meetings of the sort that the

5  Middle East Policy Council sponsored on

6  Capitol Hill.

7            MR. HAEFELE:  If you could

8        flip to the third page of this

9        document, Jon, please.

10  BY MR. HAEFELE:

11    Q.    Do you see that the year

12  that you arrived at Middle East Policy

13  Council, in 1997, that the -- Saudi

14  Arabia donated 5 -- I'm sorry -- $564,210

15  to the Middle East Policy Council?

16            Do you see that?

17    A.    I see that document.  I have

18  no familiarity with this document.  And

19  it relates to a period before I was

20  president of the Middle East Policy

21  Council.

22    Q.    Do you see that the Saudi

23  Binladin Group donated $50,000 in that

24  year?

This Transcript Contains Confidential Material

1      A.    Yes, I see that on the

2  document.

3      Q.    Yes.  Sure.

4            Do you see that -- and is

5  that consistent with the low end of what

6  the Saudi Binladin Group donated to the

7  Middle East Policy Council during the

8  time period you were there?

9      A.    Yes.

10     Q.    So they were donating 50 or

11  $100,000 while you were there, correct?

12     A.    Yes.

13     Q.    And the Council of Saudi

14  Chambers of Commerce donated $25,000

15  under the name of Saleh al Harthy, right?

16           Do you see that on the, one,

17  two, three, four, five, sixth item down?

18     A.    I see -- I see that entry in

19  the document with --

20     Q.    And we've already seen,

21  during your tenure, they donated, at

22  times, $100,000 or so; is that correct?

23     A.    They were an aggregator of

24  donations from the Saudi private sector.

This Transcript Contains Confidential Material

```
 1         Q.    All right.  And do you see

 2    that the -- what's marked now as the

 3    embassy of Saudi Arabia donated $10,000?

 4              Were you receiving donations

 5    from the embassy of Saudi Arabia as well?

 6         A.    Intermittently.

 7         Q.    And there is a reference

 8    here to a donaion from Abdullah bin

 9    Abdulaziz al Saud.

10              Who is that?

11         A.    Where is that?

12         Q.    It's getting highlighted

13    right now.

14         A.    That is the Crown Prince.

15         Q.    And that's another $250,000

16    that was donated by the Crown Prince to

17    Middle East Policy Council, correct?

18         A.    I suppose.  I don't -- I'm

19    not familiar with this document or what

20    he may or may not have donated prior to

21    my presidency.

22         Q.    Do you know who Saeed Badeeb

23    is?

24         A.    Yes.
```

This Transcript Contains Confidential Material

```
1         Q.   Who is that?

2         A.   He was the deputy to Prince

3    Turki al Faisel, later the Saudi

4    Ambassador to the United States.

5         Q.   And during the early --

6    during the mid 1990s, what position did

7    Prince Turki hold?

8         A.   Prince Turki was in charge

9    of foreign intelligence.

10        Q.   And is it your understanding

11   that donations that came -- did Prince

12   Turki donate to the Middle East Policy

13   Council during the time period you were

14   there?

15        A.   Not directly, no.

16        Q.   Did Saeed Badeeb donate

17   substantial sums to the Middle East

18   Policy Council while you were president?

19        A.   I don't think --

20             MR. GOETZ:  Objection to

21        form.

22             THE WITNESS:  I don't think

23        he did, no.

24   BY MR. HAEFELE:
```

This Transcript Contains Confidential Material

```
 1          Q.    All right.  So in terms of

 2    the charities' financial control over

 3    their charitable receipts and what they

 4    do with them, that's not something that's

 5    within the purview of your expertise, I

 6    take it?

 7          A.    The question of whether they

 8    control where the donations end up is

 9    very much within my purview.

10                The means by which they do

11    it and the consequences of an intense

12    dialogue between the U.S. Treasury and

13    the Saudi Ministry of Finance and the

14    Saudi Arabian monetary authority are not

15    within my purview.

16          Q.    When was it that the Saudis

17    began to demonstrate the audits and

18    standards of accountability that you

19    referenced in the statement that you made

20    in the exhibit that's in front of you on

21    the screen?

22          A.    Beginning in the late '90s.

23          Q.    And what terrorist attacks

24    against the Saudis in the late 1990s
```

1  of which --

2       Q.    And have you -- sorry, go

3  ahead.

4       A.    All of which I read and

5  found them sound in scholarship and

6  lacking in what the Germans called

7  grundwahrheit, meaning ground truth.  The

8  authors had never been to the Kingdom,

9  they were writing about a place they did

10 not know personally.

11      Q.    And to the extent that you

12 relied upon those documents, are they

13 cited in your report, or did you omit

14 them from your report on purpose?

15      A.    No, I'm -- no, I'm not

16 testifying from documents.  I was asked

17 for a brief reading list, which I

18 provided.

19      Q.    All right.  So any document

20 that you're relying upon for any part of

21 your opinion is cited in your report,

22 correct?

23      A.    My opinion does not depend

24 on documents.  I cited it to corroborate

1  my opinion, not the other way around.

2       Q.   How did you select what

3  materials you would include in your brief

4  reading list here?

5       A.   These seemed to me to be the

6  most objective works on the Kingdom.

7  After 9/11, there was an avalanche of

8  polemic writing.  Most of the books that

9  were produced are really not worth

10 reading.  These are.

11      Q.   How did you select the

12 materials that you would cite to in your

13 report?  And -- well, how would you

14 select materials that you would cite in

15 your report to corroborate your opinions?

16      A.   I wrote the report.  And

17 then I looked online for things of which

18 I was already familiar or which addressed

19 the topic.

20      Q.   And if you found something

21 that was contrary to your opinions, what

22 did you do with that?

23      A.   I didn't find much that was

24 contrary to my opinions.

This Transcript Contains Confidential Material

```
1        Q.    I'm sorry, it sounds like
2   you would have used what?
3        A.    To raise funds.  The
4   Council -- the next sentence is
5   pertinent.
6        Q.    All right.  So you think you
7   would have attributed the Middle East
8   Policy Council as a friend to the Kingdom
9   of Saudi Arabia in the concept of asking
10  for money from them but not otherwise?
11       A.    The purpose of the Council
12  was to present different views about the
13  Middle East, some of which I agreed with,
14  some of which I didn't agree with.  I
15  think that was a service to the Kingdom
16  of Saudi Arabia and others in the region.
17  Helping --
18       Q.    Was the Middle East -- was
19  the Middle East Policy Council one of
20  Saudi Arabia's most effective and
21  well-regarded friends in America?
22       A.    I don't know that I would
23  put it that way except in a funding
24  solicitation.
```

1    Q.   And the methodology you used

2   here to render your expert report was

3   based primarily on your personal

4   experience and knowledge having been an

5   Ambassador in the Kingdom?

6    A.   My professional experience

7   dealing with this and related issues,

8   both in Saudi Arabia and in prior

9   incarnations, one of which I mentioned.

10    Q.   And to the extent that you

11   relied on any documents for your opinion,

12   they are listed in your report, I take

13   it; is that fair?

14    A.   I did not rely on documents.

15    Q.   Okay.  We talked about the

16   time when you were an Ambassador and some

17   issues came up with regard to the Muslim

18   World League, a Saudi charity.

19         And I think you met with Mr.

20   Naseef in Jeddah to discuss with him some

21   issues regarding the diversion of funds

22   to support a terror group that came out

23   of a mosque in Birmingham, something to

24   that effect.

1    Q.    Ambassador Freeman, I just

2 have a few closing questions.  And Mr.

3 Maloney is done with you for the day.

4           You -- and I'll just remind

5 you you're still under oath.

6           You wrote your report and

7 then you sought information to confirm

8 what you wrote; is that the way you

9 approached how you wrote your report?

10   A.    Not exactly.  I wrote the

11 report and then I looked for references

12 that would corroborate what I knew.  That

13 is correct.

14   Q.    All right.  And did you even

15 consider any references to information

16 that didn't corroborate what you wrote?

17   A.    Of course.  In the course of

18 doing the research, looking for the

19 corroboration, I came across all sorts of

20 opinions.  I did not find any effectively

21 refuting my views.

22   Q.    You spoke about the event at

23 the Birmingham mosque.

24           Do you remember what year it

1    Q.    The U.S. intelligence

2 report?

3    A.    Yes.

4    Q.    And do you concur with its

5 findings and conclusions, to the best of

6 your knowledge?

7    A.    Yes, it seems to me to be

8 entirely reasonable.

9    Q.    And so accepting, you have

10 to essentially agree and believe that

11 Crown Prince Mohamed bin Salman lied to

12 the world when he said he didn't know

13 anything about the murder of Khashoggi,

14 true?

15    A.    Yes.

16         MR. MALONEY:  I have nothing

17    further.  Thank you.

18         MR. GOETZ:  All right.

19    That's it.

20         VIDEO TECHNICIAN:  This ends

21    today's deposition.  We are going

22    to go off the record at 8:42 p.m.

23             -  -  -

24         (Whereupon, the deposition

This Transcript Contains Confidential Material

```
 1          concluded at 8:42 p.m.)

 2                  -   -   -

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
    I, Amanda Maslynsky-Miller, Certified Realtime
 4  Reporter, do hereby certify that prior to the
    commencement of the examination, CHAS W.
 5  FREEMAN, JR., was remotely sworn by me to
    testify to the truth, the whole truth and
 6  nothing but the truth.
 7
    I DO FURTHER CERTIFY that the foregoing is a
 8  verbatim transcript of the testimony as taken
    stenographically by me at the time, place and
 9  on the date hereinbefore set forth, to the best
    of my ability.
10
11  I DO FURTHER CERTIFY that I am neither a
    relative nor employee nor attorney nor counsel
12  of any of the parties to this action, and that
    I am neither a relative nor employee of such
13  attorney or counsel, and that I am not
    financially interested in the action.
14
15
16  _____
    Amanda Miller
17  Certified Realtime Reporter
    Dated: April 18, 2021
18
19
    (The foregoing certification of this transcript
20  does not apply to any reproduction of the same
    by any means, unless under the direct control
21  and/or supervision of the certifying reporter.)
22
23
24
```

This Transcript Contains Confidential Material

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition

 4     over carefully and make any necessary

 5     corrections.  You should state the reason

 6     in the appropriate space on the errata

 7     sheet for any corrections that are made.

 8              After doing so, please sign

 9     the errata sheet and date it.

10              You are signing same subject

11     to the changes you have noted on the

12     errata sheet, which will be attached to

13     your deposition.

14              It is imperative that you

15     return the original errata sheet to the

16     deposing attorney within sixty (60) days

17     of receipt of the deposition transcript

18     by you.  If you fail to do so, the

19     deposition transcript may be deemed to be

20     accurate and may be used in court.

21

22

23

24
```

```
 1              - - - - - -

              E R R A T A

 2              - - - - - -

 3    PAGE   LINE   CHANGE / REASON

 4    _____  _____  _____

 5    _____  _____  _____

 6    _____  _____  _____

 7    _____  _____  _____

 8    _____  _____  _____

 9    _____  _____  _____

10    _____  _____  _____

11    _____  _____  _____

12    _____  _____  _____

13    _____  _____  _____

14    _____  _____  _____

15    _____  _____  _____

16    _____  _____  _____

17    _____  _____  _____

18    _____  _____  _____

19    _____  _____  _____

20    _____  _____  _____

21    _____  _____  _____

22    _____  _____  _____

23    _____  _____  _____

24    _____  _____  _____
```

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
                I,_____, do
 3     hereby certify that I have read the
       foregoing pages,  1 - 511, and that the
 4     same is a correct transcription of the
       answers given by me to the questions
 5     therein propounded, except for the
       corrections or changes in form or
 6     substance, if any, noted in the attached
       Errata Sheet.
 7
 8     _____
        CHAS W. FREEMAN, JR.            DATE
 9
10
       Subscribed and sworn
11     to before me this
       _____ day of _____, 20____.
12
       My commission expires:_____
13
14     _____
       Notary Public
15
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      _____  _____   _____

 4      _____  _____   _____

 5      _____  _____   _____

 6      _____  _____   _____

 7      _____  _____   _____

 8      _____  _____   _____

 9      _____  _____   _____

10      _____  _____   _____

11      _____  _____   _____

12      _____  _____   _____

13      _____  _____   _____

14      _____  _____   _____

15      _____  _____   _____

16      _____  _____   _____

17      _____  _____   _____

18      _____  _____   _____

19      _____  _____   _____

20      _____  _____   _____

21      _____  _____   _____

22      _____  _____   _____

23      _____  _____   _____

24      _____  _____   _____
```