**1997 Contributions**

April 6, 2021
Exhibit
Chas Freeman, Jr.
**0549**

Total contributions for 1997 is **$697,250**.

This amount was arrived at from checking the records of donors from Access, verifying that against Shyam's records, and then checking both of these against my hard file with copies of all donations. After reconciling all of these sources, I discovered some indiscrepancies.

Shyam's records put the total contributions for 1997 at $697,431.58. There are two problems with this number. First of all, the entry for Tom Mattair's Health Insurance is not a contribution to the Council ($166.58). Secondly, the amount $250,000 was entered for Crown Prince Abdullah's contribution. The fact is, the Crown Prince wired this money to our Riggs account, and Riggs deducted a $15 service charge. So the Crown Prince may have contributed $250,000 to MEPC, but we received only $249,985.

Therefore, by subtracting these two sums from Shyam's total, one arrives at the total of ($697,431.58 - $166.58 = $697,265.00; and $697,265 - $15 = $697,250) **$697,250**.

The following table shows each countries percentage of 1997's total contributions.

**Donation Income**

| Country | # of donors | Amount | % of Total Donations |
|---|---|---|---|
| U.S.A. | 30 | 37,980 | 5.45 |
| Egypt | 1 | 1,000 | 0.14 |
| Greece | 2 | 350 | 0.05 |
| Kuwait | 2 | 8,000 | 1.15 |
| Lebanon | 1 | 100 | 0.01 |
| Oman | 1 | 25,000 | 3.59 |
| Qatar | 3 | 7,625 | 1.09 |
| Saudi Arabia | 18 | 564,210 | 80.92 |
| U.A.E. | 2 | 6,500 | 0.93 |
| United Kingdom | 7 | 46,485 | 6.67 |
| **Totals** | 67 | $697,250 | 100.00 |

Attached is a complete list, ordered by country, of who gave in 1997.

MEPC006555

# 1997 Donors
January 16, 1998

| Last Name | First Name | Company | Date Rec'd | Amount | TOTALS |
|---|---|---|---|---|---|
| **U.S.A.** | | | | | |
| Dey Jr. | K.v.R. | | 05-Jan-97 | $500.00 | |
| Goheen | Robert | | 13-Feb-97 | $100.00 | |
| Jewell | Jack | | 14-Feb-97 | $10.00 | |
| Mastandrea | Peter & Mae | | 14-Feb-97 | $50.00 | |
| Woodle | Roy | Vinnell Corporation | 20-Feb-97 | $2,000.00 | |
| Ashmore | Robert | Marquette University | 27-Feb-97 | $250.00 | |
| Badr | Gamal | | 27-Feb-97 | $50.00 | |
| Kasem | Casey | | 27-Feb-97 | $100.00 | |
| Nierengarten | William | | 27-Feb-97 | $100.00 | |
| Duke | Rainey | Marshall University | 05-Mar-97 | $50.00 | |
| Kelly | William | Ford Motor Company | 05-Mar-97 | $500.00 | |
| Stockwell | David | Stockwell & Associates | 10-Mar-97 | $250.00 | |
| Andreas | Dwayne | Archer Daniels Midland | 10-Mar-97 | $3,000.00 | |
| Bacheller | Burton | Boeing Corporation | 11-Mar-97 | $500.00 | |
| Robinson | Davis | | 20-Mar-97 | $50.00 | |
| Dey Jr. | K.v.R. | | 05-May-97 | $500.00 | |
| Feulner | Gary Richard | c/o AGICO | 27-May-97 | $50.00 | |
| Mallison | William | | 16-Jun-97 | $50.00 | |
| Doherty | J.N. | Shell Oil Corporation | 23-Jun-97 | $2,500.00 | |
| Neumann | Robert | | 30-Jun-97 | $70.00 | |
| Corso | Anthony | Mobil Oil Corporation | 03-Jul-97 | $15,000.00 | |
| Aburdene | Elias | Rock Creek Corporation | 15-Oct-97 | $1,000.00 | |
| Akins | James | | 12-Nov-97 | $250.00 | |
| Dinsmore | Lee | | 12-Nov-97 | $50.00 | |
| Feulner | Gary Richard | c/o AGICO | 23-Nov-97 | $450.00 | |
| Shadyac Esq. | Richard | | 28-Nov-97 | $100.00 | |
| Jallow | Raymond | Jallow International Ltd. | 08-Dec-97 | $200.00 | |
| Waterbury | John | American University of Beirut | 08-Dec-97 | $150.00 | |
| Groff | Warren | Hawaii Network NAAA | 15-Dec-97 | $100.00 | |
| Erickson | Frederick | ABG - Riyadh | 29-Dec-97 | $10,000.00 | |
| **Totals U.S.A.** | 30 | | | | $37,980.00 |
| **EGYPT** | | | | | |
| Gabr | M. Shafik | Artoc Group | 22-Nov-97 | $1,000.00 | |
| **Totals Egypt** | 1 | | | | $1,000.00 |
| **GREECE** | | | | | |
| Bahu | Nabil | Trade & Dev. Co. Ltd. | 22-Apr-97 | $250.00 | |
| Ali | Hani Jamil | c/o CCICL | 03-Jul-97 | $100.00 | |
| **Total Greece** | 2 | | | | $350.00 |

MEPC006556

| KUWAIT | | | | | |
|---|---|---|---|---|---|
| Al-Sabah | Mohamed Sabah | Embassy of Kuwait | 26-Nov-97 | $3,000.00 | |
| Al-Kharafi | Jassim | Mohamed A. Al-Kharafi & Sons | 11-Dec-97 | $5,000.00 | |
| **Total Kuwait** | 2 | | | | $8,000.00 |
| **LEBANON** | | | | | |
| Kassar | Nadim | A.A. Kassar s.a.l. | 22-Apr-97 | $100.00 | |
| **Totals Lebanon** | 1 | | | | $100.00 |
| **OMAN** | | | | | |
| Al-Rowas | Abdulaziz Bin Mohammed | Ministry of Information | 25-Jun-97 | $25,000.00 | |
| **Totals Oman** | 1 | | | | $25,000.00 |
| **QATAR** | | | | | |
| Reid | John | Mobil Oil Qatar | 05-Mar-97 | $125.00 | |
| DesBrisay | Charles | Occidental Petroleum of Qatar | 08-Jul-97 | $2,500.00 | |
| Al-Fardan | Hussain | Alfaardan Group of Companies | 02-Nov-97 | $5,000.00 | |
| **Total Qatar** | 3 | | | | $7,625.00 |
| **SAUDI ARABIA** | | | | | |
| Alireza | Ahmed Y.Z. | Haji Abdullah Alireza Co. | 05-Jan-97 | $2,000.00 | |
| Badeeb | Saeed | | 17-Jan-97 | $30,000.00 | |
| Al-Jeraisy | Abdul Rahman | Jeraisy Group | 13-Feb-97 | $10,000.00 | |
| Badeeb | Saeed | | 10-Mar-97 | $26,000.00 | |
| Algosaibi | Ghazi | Embassy of Saudi Arabia | 31-Mar-97 | $10,000.00 | |
| Al-Harthy | Saleh | Council of Saudi Chambers of Commerce | 10-Apr-97 | $25,000.00 | |
| Al-Sulaiman | Abdul Aziz | ROLACO | 14-Apr-97 | $5,000.00 | |
| Al-Wohaibi | Abdullah | | 28-Apr-97 | $250.00 | |
| Al-Saud | Abdullah bin Abdulaziz | Saudi Arabian National Guard | 29-May-97 | $249,985.00 | |
| Badeeb | Saeed | | 04-Jun-97 | $30,000.00 | |
| Bosch | David | Aramco Services | 18-Jun-97 | $25,000.00 | |
| McNamara | John | Al Juraid & Co. | 08-Jul-97 | $3,000.00 | |
| Al-Farsy | Fouad Abdul-Salam | Ministry of Information | 14-Oct-97 | $29,500.00 | |
| Badeeb | Saeed | | 13-Nov-97 | $30,000.00 | |
| Binladin | Bakr | Saudi Binladin Group | 26-Nov-97 | $50,000.00 | |
| Zahid | Talal Yousuf | Canadian Consulate | 02-Dec-97 | $2,000.00 | |
| Alireza | Teymour | Rezayat Company Ltd. | 10-Dec-97 | $5,000.00 | |
| Badeeb | Saeed | | 17-Dec-97 | $31,475.00 | |
| **Total Saudi Arabia** | 18 | | | | $564,210.00 |

| | | | | | |
|---|---|---|---|---|---|
| **U.A.E.** | | | | | |
| Al-Fahim | Mohammed A. | Al Fahim Group | 11-Mar-97 | $5,000.00 | |
| Al-Askari | Omar | United Technical Services | 02-Nov-97 | $1,500.00 | |
| **Total UAE** | 2 | | | | $6,500.00 |
| **UNITED KINGDOM** | | | | | |
| Kirdar | Nemir | Investcorp Bank Ltd. | 11-Mar-97 | $10,000.00 | |
| Yamani | Ahmed Zaki | c/o EPMC Ltd. | 31-Mar-97 | $10,000.00 | |
| Sabbagh | Hasib | | 28-Jul-97 | $10,000.00 | |
| Al-Awadi | Yousef | Kuwait Investment Ofc-London | 23-Nov-97 | $500.00 | |
| Alireza | Abdullah | | 10-Dec-97 | $5,000.00 | |
| Masri | Abdullah | MBC Limited | 10-Dec-97 | $10,000.00 | |
| Mayassi | Zein | K&M Properties Ltd. | 18-Dec-97 | $985.00 | |
| **Total U.K.** | 7 | | | | $46,485.00 |
| **Total 1997 Donations** | 67 | | | | $697,250.00 |

MEPC006558