UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

1:03 MDL 1570 (GBD)(SN)

---------------------------------------------------------------x

**This Document Relates to**
*Havlish, et al. v. Iran, et al.,*
**1:03-cv-9848 (GBD)(SN)**

*Ashton, et al. v. al Qaeda, et al.,*
**02-cv-6977 (GBD)(SN)**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Theresa Trzaskoma, Esq., of Sher Tremonte LLP, hereby appears as counsel for the *Ashton* Plaintiffs in connection with the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 22, 2022

By: /s/ *Theresa Trzaskoma*
       Theresa Trzaskoma

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Email: ttrzaskoma@shertremonte.com

*Attorney for Ashton Plaintiffs.*