UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: 
:   **1:03 MDL 1570 (GBD)(SN)**
:
-------------------------------------------------------------------X

**This Document Relates to**
<u>*Havlish, et al. v. Iran, et al.*</u>
**1:03-cv-9848 (GBD)(SN)**

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stuart H. Singer, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Havlish Plaintiffs in the above-captioned action.

I am in good standing in the bar of the State of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated:  February 24, 2022            Respectfully Submitted,

<u>*/s/ Stuart H. Singer*</u>
Stuart H. Singer
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
ssinger@bsfllp.com

*Counsel for Havlish Plaintiffs*