UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: **1:03 MDL 1570 (GBD)(SN)**
:
-------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**

# DECLARATION OF STUART H. SINGER
# IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Stuart H. Singer, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 24, 2022       Respectfully Submitted,

*/s/ Stuart H. Singer*
Stuart H. Singer
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
ssinger@bsfllp.com

*Counsel for Havlish Plaintiffs*