UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: 1:03 MDL 1570 (GBD)(SN)
:
------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Stuart H. Singer, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

Applicant's Name:  Stuart H. Singer
Firm Name:  Boies Schiller Flexner LLP
Address:  401 East Las Olas Boulevard, Suite 1200
City/State/Zip:  Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: ssinger@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Havlish Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
United States District Judge

1