UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------x
In Re:

       03-MDL-0G1570 (GBD)(SN)

   TERRORIST ATTACKS ON
   SEPTEMBER 11, 2001

-----------------------------------------------------------------------------------x
JOHN DOES 1 THROUGH 7,

        **Plaintiffs,**

      - against -                   No. 20 Misc. 740 (GBD)(SN)

THE TALIBAN *et al.*,

        **Defendants.**

-----------------------------------------------------------------------------------x
FIONA HAVLISH *et al.*,

        **Plaintiffs,**

      - against -                   No. 03 Civ. 9848 (GBD) (SN)

SHEIKH USAMAH BIN-MUH435777

AMMED

BIN-LADEN, a.k.a. OSAMA BIN-LADEN *et al.,*

        **Defendants.**

-----------------------------------------------------------------------------------x

**[PROPOSED] ORDER**

    The Court ORDERS that the assets of Da Afghanistan Bank (DAB) regulated by the Office of Foreign Assets Control's License No. DABRESERVES-EO-2022-886895-1 of February 11, 2022 (the "OFAC License") are not judicially restrained (including without limitation by any writs of execution or restraining notices). The *Havlish* writ dated August 27, 2021, and the *Doe* writ dated September 27,

2021, judicially restraining the DAB assets not regulated by the OFAC License remain in effect pending further order of this Court.

**SO ORDERED.**                                             _____

SARAH NETBURN
United States Magistrate Judge

Dated:  February __, 2022
         New York, New York