

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 24, 2022

**BY ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (S.D.N.Y.) (GBD) (SN)
           *John Does 1 Through 7 v. The Taliban*, 20 Misc. 740 (S.D.N.Y. (GBD)(SN)
           *Havlish v. Bin Laden*, 03 Civ. 9849v (GBD)(SN)

Dear Judge Netburn:

    In accordance with Your Honor's instructions at the status conference held on February 22, 2022, the United States has filed on the docket a proposed order (ECF No. 7699) that would confirm that the assets of Da Afghanistan Bank regulated by the Office of Foreign Assets Control's License No. DABRESERVES-EO-2022-886895-1 of February 11, 2022, are not judicially restrained. The *Doe* plaintiffs and the *Havlish* plaintiffs consent to the entry of this proposed order.

    Prior to filing the proposed order on the docket, the United States conferred with counsel for the PECs regarding the proposed language. The PECs have authorized the United States to represent that neither the PECs, nor the counsel for the *Ashton*, *Burnett*, *O'Neil,* or *Federal Insurance* plaintiffs, object to the entry of the proposed order. Accordingly, the United States respectfully requests that the Court enter the proposed order.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

    By:    */s/ Jeannette A. Vargas*
            REBECCA S. TINIO
            JEANNETTE A. VARGAS
            Assistant United States Attorneys
            (212) 637-0179/2678