**WHITE & CASE**

February 25, 2022

VIA ECF

The Honorable Sarah J. Netburn
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, New York 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

*In re Terrorist Attacks on Sept. 11, 2001*, **Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.)**

Dear Judge Netburn:

Al Rajhi Bank and Plaintiffs with claims against the Bank write to jointly update the Court on the schedule for jurisdictional discovery as to the Bank.

The Bank is in the process of producing documents to Plaintiffs. Counsel for the Bank and for Plaintiffs agree that more time is needed beyond February 28, 2022 for the Bank to substantially complete its document production. Accordingly, Counsel for the Bank and for Plaintiffs are currently negotiating a modified schedule for the remainder of the jurisdictional discovery process.

The Bank and Plaintiffs will provide the Court with another update when they have reached agreement on a proposed modified schedule for jurisdictional discovery as to the Bank.

Respectfully submitted,

/s/ *Nicole Erb*

Christopher M. Curran
Nicole Erb
Matthew S. Leddicotte
Reuben J. Sequeira

*Counsel for Al Rajhi Bank*

cc:   Counsel of Record (via ECF)