## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

February 26, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Plaintiffs with claims against defendant Dubai Islamic Bank ("Plaintiffs"), and Dubai Islamic Bank ("DIB"), jointly write to respectfully request that the Court adjourn the deadline for Plaintiffs' response to DIB's personal jurisdiction motion (ECF Nos. 7419), which currently is due on February 28, 2022. This request would extend the Court's previous extension, granted at ECF No. 7591.

    As Plaintiffs and DIB advised the Court on January 12, 2022 (ECF No. 7586), the parties are engaged in active discussions that they expect will obviate the need for the Court to decide the issues raised by DIB's motion. DIB provided drafts of relevant documents last week. Additional time is needed to conclude the parties' discussions.

    For the foregoing reasons, Plaintiffs and DIB respectfully request that the Court adjourn the deadline for Plaintiffs to respond to DIB's motion from February 28, 2022 to March 22, 2022. In light of the progress made to date, the parties believe that it is in the interests of justice and judicial economy to permit the discussions to conclude. In the unlikely event that the parties' discussions do not obviate the need for a response to DIB's motion, the parties will report back to the Court as soon as the discussions conclude.

Honorable Sarah Netburn
February 26, 2022
Page 2

_____

        Plaintiffs and DIB thank Your Honor in advance for the Court's attention to this matter.

        Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ Sean P. Carter | By: /s/ Robert T. Haefele |
| SEAN P. CARTER | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, Pennsylvania 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter@cozen.com | For the Plaintiffs' Exec. Committees |
| For the Plaintiffs' Exec. Committees | |

cc:    All MDL Counsel of Record (via ECF)