USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/22

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

February 25, 2022

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committees, with the consent of counsel for the *Havlish* plaintiffs, request a one-day extension of the two deadlines for submitting letters to the Court that the Court identified during the conference on February 22, 2022. Specifically, we ask that the Court adjust the deadline for the letter briefing setting forth the parties' respective positions on the continuation of a stay, moving the deadline from Monday (February 28, 2022) to Tuesday (March 1, 2022) and the letter briefing setting forth the parties' respective positions on the take-over procedures (and on regarding the Doe plaintiffs), moving the deadline from Wednesday (March 2, 2022) to Thursday (March 3, 2022).

    Consistent with the Court's direction during the recent conference, *Havlish* counsel and the Plaintiffs' Executive Committees met and conferred on Friday, February 25, 2022, and intend to continue their dialogue on Monday, February 28, 2022. The additional day is to facilitate the parties processing their discussions on Monday.

Respectfully submitted,

| | |
|---|---|
| COZEN O'CONNOR | MOTLEY RICE LLC |
| By: /s/ Sean P. Carter | By: /s/ Robert T. Haefele |
| SEAN P. CARTER | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |

The Sarah Netburn
February 25, 2022
Page 2

_____

| | |
|---|---|
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, Pennsylvania 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter@cozen.com | For the Plaintiffs' Exec. Committees |
| For the Plaintiffs' Exec. Committees | |

KREINDLER & KREINDLER LLP

By: /s/ Andrew J. Maloney
ANDREW J. MALONEY
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com
For the Plaintiffs' Exec. Committees

cc:    The Honorable George B. Daniels, via ECF
       All Counsel of Record via ECF

---

The parties' request is GRANTED. All briefing on the continuation of the stay shall be due by March 1, 2022. All briefing on the turnover procedures shall be due by March 3, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: Feb. 28, 2022
       New York, New York