UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

1:03 MDL 1570 (GBD)(SN)

**This Document Relates to**
*Havlish, et al. v. Iran, et. al.*
**1:03-cv-9848 (GBD)(SN)**

### DECLARATION OF ROBERT M. FOOTE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert M. Foote, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following are true and correct:

1. I am a partner at the law firm of Foote, Mielke, Chavez & O'Neil, LLC and have personal knowledge of the facts stated in this declaration.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter to appear as counsel for the Havlish Plaintiffs. As shown in the Letter of Good Standing, attached hereto, I am a member in good standing of the bar of the State of Illinois.

3. I have never been convicted of a felony. In addition, I have never been censured, suspended, disbarred, or denied admission or readmission by any court and there are no disciplinary proceedings against me in any state or federal court.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and accurate. I also understand that the Court retains the right to deny my request for admission based upon the content of the responses in this declaration.

Dated: February 28, 2022.

*/s/* Robert M. Foote
Robert M. Foote
Foote, Mielke, Chavez & O'Neil, LLC
10 West State Street
Suite 200
Geneva, IL 60134
Phone: (630) 232-7450
Fax: (630) 232-7452
Email: rmf@fmcolaw.com