UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE: :
: ORDER
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03 MDL 1570 (GBD) (SN)
:
:
------------------------------------x

This document relates to:

>  *Derubbio et al. v. Islamic Republic of Iran*, No. 18-cv-05306 (GBD) (SN)
>  *Mellon et al. v. Islamic Republic of Iran*, No. 19-cv-11767 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the pending motions, (Case No. 18-cv-05306, ECF No. 194; Case No. 19-cv-11767, ECF Nos. 60 and 73). These motions were addressed in Orders filed on the 03-md-1570 docket, respectively, (ECF Nos. 7523, 7522, and 7527).

Dated: March 1, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge