UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL., <br><br>    Plaintiffs-Judgment Creditors,<br><br>v.<br><br>OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC;<br><br>    Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**NOTICE OF MOTION FOR TURNOVER OF ASSETS FROM GARNISHEES OAKTREE CAPITAL MANAGEMENT, LP, FLEETSCAPE CAPITAL HOLDINGS LIMITED, AND FLEETSCAPE SUEZ RAJAN LLC**

PLEASE TAKE NOTICE that the undersigned attorneys for Movant-Creditors Estate of Alice Hoglan, *et al.* (the "Hoglan Creditors") respectfully move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Section 5225(b) of the N.Y. C.P.L.R., for the entry of an Order directing Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC to turnover certain assets that at all times material to this motion were in their possession or under their control, and in which judgment debtors Iran and the National Iranian Oil Company have an interest in property, and for such other and further relief as the Court deems appropriate. In support of this motion, the Hoglan Creditors

submit the attached: (1) Memorandum of Law in Support of their Motion for Turnover of Assets, and (2) Declaration of Douglass A. Mitchell.

Dated: March 2, 2022

Respectfully submitted,

/s/ Lee S. Wolosky
Lee S. Wolosky
JENNER AND BLOCK
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

Douglass A. Mitchell *(pro hac vice)*
JENNER AND BLOCK
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

Richard D. Hailey (IN Bar No. 7375-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN 46260
(317) 582-0000

Dennis G. Pantazis
(AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC (Lead Counsel)
301 19th Street
North Birmingham, AL 35203
(205) 314-0500

Timothy B. Fleming (DC Bar No 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street, NW, #110
Washington, DC 20009-1813
(202) 467-4489

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE,
CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

*Counsel for Judgment Creditors Estate of Alice Hoglan, et al.*