UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET. AL., <br><br> Plaintiffs-Judgment Creditors, <br><br> v. <br><br> OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC; <br><br> Garnishee. | Case No. 11-cv-7550 (GBD)(SN) <br><br> **DECLARATION OF DOUGLASS A. MITCHELL IN SUPPORT OF THE HOGLAN CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISHEES OAKTREE CAPITAL MANAGEMENT, LP, FLEETSCAPE CAPITAL HOLDINGS LIMITED, AND FLEETSCAPE SUEZ RAJAN LLC** |

I, Douglass A. Mitchell, hereby declare:

1. I am an attorney duly licensed to practice law in the state of Nevada and admitted to the bar of this Court *pro hac vice*. I am a partner with Jenner & Block LLP, counsel to Judgment Creditors Alice Hoglan, et al. (the "Hoglan Creditors") in the above-captioned action. I make this declaration in support of the Hoglan Creditors' Motion for Turnover of Assets from Garnishees Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC (collectively, "the Garnishees"). Except for those matters on information and belief, which I believe to be true, I have firsthand knowledge of the contents of this declaration and I could testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from United Against Nuclear Iran to Jay Winthrop of Oaktree Capital Management LP, dated February 15, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter and restraining notices from Lee Wolosky to Jay Winthrop and Todd Molz of Oaktree Capital Management LP dated February 17, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a United States Department of Treasury press release entitled "Treasury Sanctions Key Actors in Iran's Oil Sector for Supporting Islamic Revolutionary Guard Corps – Qods Force" dated October 26, 2020 and available at https://home.treasury.gov/news/press-releases/sm1165.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a screen capture of the Iranian Oil Terminal Company's website, captured on March 1, 2022 and available at https://www.iotco.ir/en/oilterminals/kharg.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a screen capture of the Iranian Oil Terminal Company's website, captured on February 27, 2022 and available at https://www.iotco.ir/en/aboutus/introductioncompany.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Reuters article entitled "Fleetscape probing possible Iran oil transfer to ship it finances" dated February 18, 2022 and available at https://www.reuters.com/business/energy/fleetscape-probing-possible-iran-oil-transfer-ship-it-finances-2022-02-18/.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Oaktree Capital Group, LLC's 10-K SEC Filing, filed on February 26, 2021 and available at https://ir.oaktreecapital.com/sec-filings/sec-filing/10-k/0001403528-21-000007.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a Splash 247 article entitled "Oaktree debuts another alternative capital provider for shipping" dated October 13, 2017

and available at https://splash247.com/oaktree-debuts-another-alternative-capital-provider-shipping/.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a screen capture of the Fleetscape website, showing the Fleetscape team, captured on February 23, 2022 and available at https://www.fleetscape.com/team.

11. Attached hereto as **Exhibits 10, 11, 12, 13, 14,** and **15** are true and correct copies of screen captures from the LinkedIn profiles of Guillaume Bayol, Tobias Backer, Martin Graham, Kaizad Doctor, Fredric Ulstein, and Jon Baker, captured on February 25, 2022.

12. Attached hereto as **Exhibit 16** is a true and correct copy of a screen capture of the Fleetscape LinkedIn profile, captured on February 25, 2022 and available at https://www.linkedin.com/company/fleetscapecapital.

13. Attached hereto as **Exhibit 17** is a true and correct copy of an ABC News article entitled "Group alleges US firm's tanker illicitly traded Iran oil," dated February 17, 2022, available at https://abcnews.go.com/International/wireStory/group-alleges-us-firms-tanker-illicitly-traded-iran-82954332.

14. Attached hereto as **Exhibit 18** is a true and correct copy of a screen capture of the Oaktree website, showing Oaktree's office locations, captured on March 1, 2022 and available at https://www.oaktreecapital.com/contact-us.

15. Attached hereto as **Exhibits 19 and 20** are true and correct copies of screen captures from the LinkedIn profiles of Howard Marks and Depelsha McGruder, captured on February 26, 2022.

16. Attached hereto as **Exhibit 21** is a true and correct copy of Oaktree Capital Management LP's filing with the New York Department of State, showing that it has an agent for process in New York.

17. Attached hereto as **Exhibit 22** is a true and correct copy of a screen capture of the Lloyd's List directory website, showing a New York address and a telephone number with a New York area code for Fleetscape Capital Holdings Limited, captured on March 1, 2022.

18. On February 24, 2022, I placed a call to the phone number for Fleetscape's New York office contained in the listing in Exhibit 22. I understand the phone number to be a New York City phone number due to its 917 area code. The phone call was answered by an individual who confirmed that I had reached Fleetscape.

19. Attached hereto as **Exhibit 23** is a true and correct copy of a screen capture of Fleetscape's website, captured on February 24, 2022 and available at https://www.fleetscape.com.

20. Attached hereto as **Exhibit 24** is a true and correct copy of a screen capture of an Experian Powered Business Data listing for Fleetscape Suez Rajan, LLC.

21. Attached hereto as **Exhibit 25** is a true and correct copy of a screen capture of a U.S. Treasury Department press release dated November 26, 2008, captured on March 1, 2022 and available at https://www.treasury.gov/press-center/press-releases/pages/hp1299.aspx.

22. Attached hereto as **Exhibit 26** is a true and correct copy of a screen capture of data from MarineTraffic, which I understand to show that the Suez Rajan has remained in the vicinity of the Riau Archipelago in Southeast Asia since February 16, 2022.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

- 5 -

Executed this 2nd day of March at Orem, Utah.


By:   /s/ Douglass A. Mitchell
       Douglass A. Mitchell