# EXHIBIT 22

We use cookies to improve your website experience. To learn about our use of cookies and how you can manage your cookie settings, please see our Cookie Policy. By continuing to use the website, you consent to our use of cookies. ✕

informa ▾



Not a subscriber? Call us on: +44 (0) 20 3377 3792 or email subscription.enquiry@lloydslist.com
Having Problems? Get in Touch
Sign In

| Hot Topics ▾ | Sectors ▾ | Regulars ▾ | Long Reads ▾ | Data Tools ▾ | Marketing Solutions ▾ | More ▾ |

MY VIEW

## Directories

JUMP TO SECTION   Ports | Companies | Ship Services

Company Home > Search results

**A–Z Companies**
A B C D E F G H I J K L
M N O P Q R S T U V W
X Y Z #

**A–Z Vessels**
A B C D E F G H I J K L
M N O P Q R S T U V W
X Y Z #

**Search again**
Advanced Search

Company Name

And/Or

Country

☐ Towage and Salvage on

SEARCH

You Searched for **Fleetscape;**

**FLEETSCAPE CAPITAL HOLDINGS LIMITED**
45th Floor, 277 Park Avenue, New York, NY 10172, U.S.A.
Tel: +1 917 2078680
www.fleetscape.com                    FLEETSCAPE CAPITAL HOLDINGS LIMITED
                                       (23 Vessels)

**FLEETSCAPE CAPITAL HOLDINGS LIMITED**
London, U.K.
                                       FLEETSCAPE CAPITAL HOLDINGS LIMITED
                                       (23 Vessels)

Page 1 of 1
Listing 1 - 2 of 2

**DISCOVER MORE FROM LLOYD'S LIST INTELLIGENCE**

i-Law
Insurance Day
Lloyd's List Intelligence Seasearcher
Marketing Solutions

**OTHER TOPICS**

Sustainability          Shipmanagement
Classification          Shipbroking
Fuels                   Shipyards
Casualty                Ro-ro & Passenger
Arctic Shipping         Offshore
People                  Towage & Salvage

**FOLLOW US ON SOCIAL MEDIA**



Lloyd's List Intelligence

Home | Cookie policy | Terms and Conditions | Customer Support | Privacy Policy

Copyright © 2022 Informa UK Limited. Informa UK Limited is a company registered in England and Wales with company number 1072954 whose registered office is 5 Howick Place, London, SW1P 1WG. Informa UK Limited is a part of Informa PLC.