IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN DOES 1 THROUGH 7, | ) | |
| Plaintiffs | ) | |
| vs. | ) | Civil Action No. 20-Misc.-740-GBD |
| THE TALIBAN, *et al.*, | ) | |
| Defendants | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) | Civil Action No. 03-md-1570-GBD-SN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| FIONA HAVLISH, *et al.*, | ) | |
| Plaintiffs | ) | |
| vs. | ) | Civil Action No. 1:03-cv-09848-GBD-SN |
| SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.* | ) | |
| Defendants | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts of the Southern and Eastern District of New York, John Arthur Eaves, Jr. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Intervenors ("Intervenors"), in the above-captioned actions. I am in good standing of the bar for the State of Mississippi and there is no pending disciplinary proceeding against me in any states or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied

1

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted this the 4th day of March, 2022.

*John Arthur Eaves, Jr.*
John Arthur Eaves, Jr. (MS Bar #8843)
Eaves Law Firm, LLC
101 North State Street
Jackson, MS 39201
(601) 355-7961 – Telephone
(601) 355-0530 – Facsimile
johnjr@eaveslawmail.com
Attorney for Intervenors

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of March, 2022, I electronically filed this Motion for Admission Pro Hac Vice with the Clerk of the Court. In addition, an electronic version of the foregoing was sent, via the Court's filing system, to counsel of record.

JOHN ARTHUR EAVES, JR.