IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, ) <br> ) <br>          **Plaintiffs** ) <br> ) <br> vs. ) <br> ) <br> THE TALIBAN, *et al.*, ) <br> ) <br>          **Defendants** ) | Civil Action No. 20-Misc.-740-GBD |

********************************************************************

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON ) <br> SEPTEMBER 11, 2001 ) | Civil Action No. 03-md-1570-GBD-SN |

********************************************************************

| | |
|---|---|
| FIONA HAVLISH, *et al.*, ) <br> ) <br>          **Plaintiffs** ) <br> ) <br> vs. ) <br> ) <br> SHEIKH USAMAH BIN-MUHAMMED ) <br> BIN-LADEN, a.k.a. OSAMA ) <br> BIN-LADEN, *et al.* ) <br> ) <br>          **Defendants** ) | Civil Action No. 1:03-cv-09848-GBD-SN |

### AFFIDAVIT OF JOHN ARTHUR EAVES, JR.

**STATE OF MISSISSIPPI**

**COUNTY OF HINDS**

     I, JOHN ARTHUR EAVES, JR., being over the age of twenty-one (21) and of sound mind, on my oath, deposes and says:

     1.    I have never been convicted of a felony;

2.	I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

3.	There are no disciplinary proceedings against me presently.

FURTHER, Affiant sayeth naught.

_____
JOHN ARTHUR EAVES, JR.
Attorney for Intervenors

STATE OF MISSISSIPPI
COUNTY OF HINDS

Personally appeared before me, the undersigned authority in and for the said county and state, on this the 4th day of March, 2022, within my jurisdiction, the within named JOHN ARTHUR EAVES, JR., who acknowledged that he/she executed the above and foregoing instrument.

_____
NOTARY PUBLIC

My Commission Expires: _____