IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN DOES 1 THROUGH 7, | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| vs. | ) | Civil Action No. 20-Misc.-740-GBD |
| | ) | |
| THE TALIBAN, *et al.*, | ) | |
| | ) | |
| **Defendants** | ) | |

***************************************************************************

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) | Civil Action No. 03-md-1570-GBD-SN |

***************************************************************************

| | | |
|---|---|---|
| FIONA HAVLISH, *et al.*, | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:03-cv-09848-GBD-SN |
| | ) | |
| SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.* | ) ) ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of John Arthur Eaves, Jr., for admission to practice Pro Hac Vice in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Mississippi; and that his contact information is as follows:

> John Arthur Eaves, Jr. (MS Bar #8843)
> Eaves Law Firm, LLC
> 101 North State Street
> Jackson, MS  39201

1

(601) 355-7961 – Telephone  
(601) 355-0530 – Facsimile  
johnjr@eaveslawmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Intervenors ("Intervenors"), in the above-captioned actions;

**IT IS HEREBY ORDERED** that John Arthur Eaves, Jr. is admitted to practice Pro Hac Vice in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE