UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  :
:
:
:   03 MDL 1570 (GBD) (SN)
-------------------------------------------------------------------x

**This Document Relates to**
*Hoglan, et al. v. Iran, et al.*
**1:11-cv-07550 (GBD) (SN)**

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTY

**AND NOW**, this 4th day of March, 2022, it is suggested of record that the lead Plaintiff in this case, Alice Hoglan, died on December 22, 2020, in the State of California.  Her sibling, Candyce S. Hoglan has been appointed Personal Representative of the Estate of Alice Hoglan and has received letters testamentary.

Therefore, Candyce Hoglan, 1220 Tasman Drive, Space 126, Sunnyvale, California 94089, moves, pursuant to Rule 25(a)(1), Fed. R. Civ. P., to be substituted as the Plaintiff in this action in place of decedent Alice Hoglan, and the relevant portion of the caption of the action changed to read "Estate of Alice Hoglan, By Its Personal Representative Candyce S. Hoglan."

Respectfully submitted,

Date:  March 4, 2022            */s/ Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2022 18th Street, NW, #110
Washington, DC  20009-1813
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 19th Street North

Birmingham, AL  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN  46260
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Mielke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ
 & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

*Attorneys for the* **Hoglan** *Plaintiffs*

**SO ORDERED.**

Date: _____            _____
   New York, New York              GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE