UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Hoglan, et al. v. Iran, et al., No. 11-cv-7550

The motion at ECF No. 7729 to substitute Candyce Hoglan as the personal representative of the Estate of Alice Hoglan pursuant to Federal Rule of Civil Procedure 25(a)(1) is GRANTED. Candyce Hoglan as the Personal Representative of the Estate of Alice Hoglan is substituted for Alice Hoglan. The Clerk of the Court is respectfully directed to amend the caption in Hoglan, et al. v. Iran, et al., No. 11-cv-7550, accordingly.

**SO ORDERED.**

Dated: March 7, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge