UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Terrorist Attacks on September 11, 2001

**CERTIFICATE OF MAILING**

Case No.:  03md1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 9th day of March 2022, I served:

The Islamic Republic of Iran

Attn: H.E. Hossein Amir-Abdollahian

Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Notice of Judgment Prepared in accordance with 22 CFR 93.2, Orders of Judgments for liability, dated September 3, 2019, May 28, 2019 & June 21, 2019 for the fourteen matters referenced in the Notice of Judgment, Order of Partial Final Judgment, dated January 4, 2022, Instructions for Appealing the Judgments, Copy of 28 U.S.C 1330, 1391, 1441 & Foreign Sovereign Immunities Act (28 U.S.C 1602, et seq.) and Affidavit of Translator (along with translations of the above documents in Farsi).

By FEDEX Priority 8163 9475 1779.

Dated:  New York, New York
        March 9, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK