UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Terrorist Attacks on September 11, 2001

**CERTIFICATE OF MAILING**

Case No.:  03md1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 9th day of March 2022, I served:

The Islamic Republic of Iran

Attn: H.E. Hossein Amir-Abdollahian

Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒  the Secretary of State, Attn:  Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).


__2__ copy(ies) of the  Notice of Judgment Prepared in accordance with 22 CFR 93.2, Orders of Partial Final Judgments for liability and damages (MDL ECF No.7522)  dated January 4th, 2022 for the seven matters referenced above, Instructions for Appealing the Judgments, Copy of 28 U.S.C 1330, 1391, 1441 & Foreign Sovereign Immunities Act (28 U.S.C 1602, et seq.) and Affidavit of Translator (along with translations of the above documents in Farsi).

By FEDEX Priority 8161 1184 4995

Dated:  New York, New York
March 9, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK