UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:  *All Consolidated Amended Complaint (ECF No. 3463) Cases*

**AFFIRMATION OF J. SCOTT TARBUTTON TRANSMITTING DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 54(b) AND THE COURT'S INHERENT POWERS TO REVISE THIS COURT'S <u>MARCH 28, 2018 ORDER (ECF NO. 3946)</u>**

I, J. Scott Tarbutton affirm, under penalty of perjury, as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor.  I submit this Affirmation to transmit to the Court the following documents submitted in support of Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 54(b) and the Court's Inherent Powers to Revise this Court's March 28, 2018 Order (ECF No. 3946).

2. Attached hereto as <u>Attachment A</u> is a true and correct copy of the Opening Brief for Plaintiffs-Appellants Joshua Atchley, *Et Al.*, *Joshua Atchley, et al. v. Astrazeneca UK Limited*, Case No. 20-7077 (D.C. Cir.), Doc. No. 1895790 (final version filed April 23, 2021).

3. Attached hereto as <u>Attachment B</u> is a true and correct copy of the Reply Brief for Plaintiffs-Appellants Joshua Atchley, *Et Al.*, *Joshua Atchley, et al. v. Astrazeneca UK Limited*, Case No. 20-7077 (D.C. Cir.), Doc. No. 1895792 (final version filed April 23, 2021).

4. Attached hereto as <u>Attachment C</u> are true and correct copies of (1) the Joint FBI-CIA Intelligence Report filed as Exhibit 4 to the Kingdom of Saudi Arabia's August 1, 2017 Renewed Motion to Dismiss (ECF No. 3669-6), and (2) the declassified version of the Joint FBI-

2

CIA Intelligence Report produced by the Federal Bureau of Investigation ("FBI") on November 2, 2021 pursuant to Executive Order 14040 (EO14040-000489-491).

Executed in Philadelphia, Pennsylvania on March 9, 2022.

_____
J. Scott Tarbutton, Esq.

LEGAL\56816015\1