

March 9, 2022

BY ECF
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Magistrate Judge Netburn:

    On behalf of the *Ashton* Plaintiffs, we write to advise the Court that we adopt and rely on the arguments set forth in the reply memorandum of law filed by the Consolidated Amended Complaint Plaintiffs in support of the motion for reconsideration of this Court's March 28, 2018 Order. *See* ECF 7740. The *Ashton* Plaintiffs will not be filing a separate reply.

    Respectfully submitted,

    /s/ Megan W. Benett
    Megan W. Benett, Esq.
    Steven R. Pounian, Esq.
    James P. Kreindler, Esq.
    Andrew J. Maloney, III, Esq.
    James Gavin Simpson, Esq.
    KREINDLER & KREINDLER LLP
    485 Lexington Avenue
    New York, New York 10017
    Tel.: 212-687-8181
    Email: mbenett@kreindler.com