# DECLASSIFICATION REVIEW PURSUANT TO EXECUTIVE ORDER 14040

## March 2, 2022

Today, in carrying out Executive Order 14040, the Federal Bureau of Investigation (FBI) released documents from the FBI's investigation of the September 11, 2001 terrorist attacks and other investigations that are responsive to 2(c) and 2(d) of the Executive Order. This release amounts to over 300 declassified documents, totaling over 1,100 pages. With today's release, the U.S. Government has now declassified and released more than 700 documents, totaling more than 2,700 pages, in furtherance of the Executive Order's directive to maximize transparency.

The President issued Executive Order 14040 on September 3, 2021, directing the Department of Justice and other Departments and Agencies to conduct a declassification review of certain documents, as described further below. Since then, Departments and Agencies have stood up teams of experts to conduct a rigorous declassification review. The declassification review process is resource-intensive and time-consuming. As noted in the Executive Order, the indiscriminate release of classified information could jeopardize the national security, including the U.S. Government's efforts to protect against future acts of terrorism. At the same time, the Executive Order directed Departments and Agencies conducting this review to ensure that the U.S. Government relies on classification only when narrowly tailored and necessary.

These documents have been reviewed for public release in accordance with the standards for review set out in the Executive Order and are being posted following a coordinated and sustained process involving Federal Departments and Agencies across the Executive Branch – including more than 60 personnel from the FBI. In addition, in the course of this review, the U.S. Government has coordinated with over two dozen foreign governments.

The releases under the Executive Order since its issuance have included the following:

- As directed in Section 2(a) of the Executive Order, on September 11, 2021, FBI released an electronic communication dated April 4, 2016, from the subfile investigation described in chapter V of the 2015 Report of the Congressionally-directed 9/11 Review Commission. This electronic communication had previously been withheld in full in ongoing litigation.

- As directed in Section 2(b) of the Executive Order, on November 2, 2021, FBI released over 100 documents totaling over 750 pages that were previously withheld as classified in full or in part in ongoing litigation.

- As directed in Section 2(c) of the Executive Order, on December 30, 2021, FBI released over 300 declassified documents, totaling over 800 pages. Section 2(c) requires a declassification review of "all interview reports, analytical documents, documents reporting investigative findings, or other substantive records (including phone records and banking records, if any) from the FBI's initial investigation of the 9/11 terrorist attacks— known as the Pentagon/Twin Towers Bombings (PENTTBOM) investigation—that reference the individual subjects of the subfile investigation and may be found through search terms, keyword identifiers, and other diligent means." Due to the large volume of

- documents responsive to Section 2(c), the December release included the first tranche of the responsive documents.

- As directed in Section 2(d) of the Executive Order, today the FBI released over 300 declassified documents, totaling over 1,100 pages, which also includes a second tranche of documents responsive to Section 2(c). Section 2(d) requires a declassification review of "all records from any separate FBI investigation other than the PENTTBOM investigation or the subfile investigation of any individual subjects of the subfile investigation that are relevant to the 9/11 terrorist attacks or to any of the individual subjects' connection to an agency relationship with a foreign government."

While the posting and public release today and over the next few days (to allow for the completion of processing of hundreds of pages of documents) marks the substantial completion of the review in accordance with the Executive Order, we expect to disclose additional information in the coming weeks—including resulting from pending foreign government consultations. These consultations are ongoing with a number of governments around the world. In connection with today's release, the Department is also seeking court authorization to disclose additional information. If granted, this will result in further releases of information in the near-term. As with other releases, documents being withheld (including a number being withheld pending further foreign government consultation) are identified in the notes being posted with this release.

In the event that the Department releases additional information with respect to any document already posted and made available, the FBI will post new versions of these documents on this site.