## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

March 11, 2022

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

    Pursuant to Section IV(D) of this Court's Individual Rules and Practices, the Consolidated Amended Complaint ("CAC") Plaintiffs and the *Ashton* Plaintiffs (collectively "Plaintiffs") submit this letter-motion to request oral argument on Plaintiffs' motions for reconsideration of this Court's March 28, 2018 Memorandum Decision and Order at ECF No. 3946. Briefing of the subject motions was completed on March 9, 2022, *see* ECF Nos. 7431-32, 7481-83, 7648, and 7740-42, and courtesy copies of all parties' papers and exhibits will be provided to chambers.

    Plaintiffs respectfully submit that oral argument concerning the jurisdictional implications of the Second Circuit's decisions in *Kaplan v. Lebanese Canadian Bank,* 999 F.3d 842 (2d Cir. 2021) and *Honickman v. BLOM Bank SAL,* 6 F.4th 487 (2d Cir. 2021), and other significant recent cases, will assist the Court and that resolution of the motion is likely to advance interests in judicial efficiency by avoiding unnecessary and resource-depleting disputes related to jurisdictional discovery and proof. *See* Plaintiffs' Reply Memorandum of Law (ECF No. 7740) at pp. 1, 14, 15. For these reasons, Plaintiffs respectfully request that the Court grant their letter-motion and schedule oral argument on Plaintiffs' motions for reconsideration.

    Plaintiffs contacted counsel for the Kingdom of Saudi Arabia for the Kingdom's position on this request. The Kingdom responded that "Saudi Arabia opposes Plaintiffs' request and does

Honorable George B. Daniels
March 11, 2022
Page 2

_____

not believe oral argument is warranted, but will be available at the Court's convenience if the Court would find argument helpful."

The CAC Plaintiffs and *Ashton* Plaintiffs thank the Court for its consideration of this request.

Respectfully submitted,

| | |
|---|---|
| COZEN O'CONNOR | MOTLEY RICE LLC |
| By: /s/ Sean P. Carter | By: /s/ Robert T. Haefele |
| Sean P. Carter | Robert T. Haefele |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, PA 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter1@cozen.com | |
| *On behalf of the CAC Plaintiffs* | *On behalf of the CAC Plaintiffs* |

KREINDLER & KREINDLER LLP

By: /s/ Steven R. Pounian
Steven R. Pounian
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, NY 10017
Tel: (212) 687-8181
E-mail: spounian@kreindler.com

*On behalf of the Ashton Plaintiffs*

cc: Magistrate Judge Sarah Netburn (via ECF)
All MDL Counsel of Record (via ECF)

LEGAL\56831825\1