# EXHIBIT 1

FD-1036 (Rev. 10-16-2009)



# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** FD-1023                                                             **Date:** [(A), (G), (J-1)]/2017

**Title:** [(G)]

**Approved By:** [(S)]

**Drafted By:** [(S)]

**Case ID #:** [(F)]          WASHINGTON FIELD
[(F)]                    [(A), (G), (J-1)]
[(A), (G), (J-1)]

[(F)]

**Synopsis:** [(A), (G), (J-1)] 2017 debrief/Omar Albayoumi

[(G)]

♦♦

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| **HEADER** |
|---|

| **Source ID:** | (G) |
| **Date:** | (A), (G), (J-1) 2017 |
| **Case Agent Name:** | (S) |
| **Field Office/Division:** | Washington |
| **Squad:** | (G) |
| **Classified By:** | (G) |
| **Derived From:** | |
| **Declassify On:** | |

| **SOURCE REPORTING** |
|---|

| **Date of Contact:** | (A), (G), (J-1) /2017 |

**List all present including yourself (do not include the CHS):**

(S)

| **Type of Contact:** | In Person |
| **Country:** | UNITED STATES |
| **City:** | (A), (G), (J-1) |
| **State:** | (A), (G), (J-1) |
| **Date of Report:** | (A), (G), (J-1) 2017 |

| **Substantive Case File Number** |
|---|
| (F) |
| **Substantive Case File Number** |
| (F) |

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

**Check here if additional reporting is in** (G)
No

**Source Reporting:**
On (A), (G), (J-1) 2017 (G) reported the following:

Khalil A H Al Khalil did not have anything to do with the 9/11 attacks on New York, Washington, DC (Northern Virginia) and Shanksville, Pennsylvania.

There is a 50/50 chance Omar A M Al Bayoumi had advanced knowledge the 9/11 terrorist attacks were to occur and assisted two of the hijackers while residing in San Diego.

Writers Note: A query of CCD identified Al Khalil as follows:

Name: Khalil A H Al Khalil
DOB: (P-1)
Saudi Passport: (P-1) (issued 05/11/2014, expires 05/11/2019)
(P-1) (issued 04/11/2007, expired 05/11/2008)
VISA class: (J-3)
(J-3)

**Synopsis:**
(A), (G), (J-1) 2017 debrief/Omar Albayoumi

---
**SIGNATURE**

Submitted By (S)  (A), (G), (J-1)
First Level Approved By (S)  (A), (G), (J-1)
Second Level Approved By (S)  (A), (G), (J-1)

FD-1057 (Rev. 5-8-10)



**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: ▇▇▇ Albayoumi / GIP Cooptee          Date: 06/14/2017

From: WASHINGTON FIELD
         (G)
    Contact: ▇▇▇▇▇▇ (S)

Approved By: ▇▇▇▇▇▇ (S)

Drafted By: ▇▇▇▇▇▇ (S)

Case ID #: ▇▇▇ (F)                    (A), (G), (J-1)
                              (A), (G), (J-1)
                            (A), (G), (J-1)
           ▇▇▇ (F)    PENTBOMB HAZNAWI, AHMED, AL MAJOR
                      CASE (MC) 182  (A), (G), (J-1)

Synopsis: ▇▇▇ To file.

                    (G)

Full Investigation Initiated: ▇▇▇ (A), (G), (J-1)

Details:

▇▇▇ On ▇▇▇ (A), (G), (J-1) reported the following information:

▇▇▇ In the late 1990's and up to September 11, 2001, Omar Albayoumi was paid a monthly stipend as a cooptee of the Saudi General Intelligence Presidency (GIP) via

EO14040-002638

Title:          Albayoumi / GIP Cooptee
Re:      (F)   06/14/2017

then Ambassador Prince Bandar bin Sultan Alsaud. The information

Albayoumi obtained on persons of interest in the Saudi community in Los Angeles

and San Diego and other issues, which met certain GIP intelligence

requirements, would be forwarded to Bandar. Bandar would then inform the GIP of

items of interest to the GIP for further investigation/vetting or follow up

Omar Albayoumi was a source of investigative interest following the 9/11 attacks for his support of 9/11 hijackers while living in California. Allegations of Albayoumi's involvement with Saudi intelligence were not confirmed at the time of the 9/11 Commission Report. The above information confirms these allegations. Albayoumi, at the time he was operating in California, was presumably employed with the civil aviation authority.

For identification purposes a review of visas identified Albayoumi as follows:

Omar A M Al Bayoumi

DOB:    (P-1)

(P-1)

(J-3)

(O-1)

NFI was provided on this application. Writer could not locate prior visas.

(O-1)

2