# EXHIBIT 3

# Release of FBI Electronic Communication dated April 4, 2016
# Pursuant to Executive Order 14040 § 2(a) (Sept. 3, 2021)

## Redaction Key

| | |
|---|---|
| ++ | FBI administrative information |
| * | FBI portion markings |
| # | FBI file and/or serial numbers |
| FBI Personnel | Names of FBI personnel |
| PII | Information restricted from public release by the Privacy Act; such information will be released pursuant to a Privacy Act order in litigation |
| FGJ | Information derived from a Federal Grand Jury |
| FBI | Classified FBI information |
| USG | Withheld at the direction of another USG agency or department |

FD-1057 (Rev. 5-8-10)


**OFFICIAL RECORD**

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ENCORE Investigation Update, Review and Analysis: Interview PII (NOV 2015)

**Date:** 04/04/2016

**CC:** FBI Personnel

**From:** NEW YORK
++
**Contact:** FBI Personnel

**Approved By:** FBI Personnel

**Drafted By:** FBI Personnel

**Case ID #:** # - FBI file and/or serial numbers
OPERATION ENCORE –
ALTHUMAIRY, FAHAD –
ALBAYOUMI, OMAR, AHMED –
ALJARRAH, MUSAED –
ALRABABAH, IYAD, MAHMUD MUHAMMAD MUSTAFA –
RESSAM, AHMED – MAJOR CASE 169
OO:NY
MOHAMED ALI MANOORSI
ZAID, MIHDAR, MOHAMMAD AL MIHDAR – AKA MOHDAR ABDULLAH CT – SUNNI EXTREMISM – MIDDLE EAST
ANWAR NASSER AULAQI;
CT – SUNNI EXTREMISM – MIDDLE EAST

Title: *) ENCORE Investigation Update, Review and Analysis: Interview PII (NOV 2015)
Re: # , 04/04/2016

# FBI
MUTAIB A. A. ALSUDAIRY; CT-SUNNI EXTREMISM-MIDDLE EAST

# FBI -
CT - GLOBAL EXTREMIST INSPIRED

**Synopsis:** Update regarding PII interview (12 and 13 November 2015) and associated analysis pursuant to his pending US Citizenship application and statements regarding the circumstances of his contact with persons who provided logistic support to 9/11 Hijackers NAWAF AL-HAZMI and KHALID AL-MIDHAR.

++ - FBI administrative information

**Full Investigation Initiated:** 10/26/2007

**Details:**

Investigators interviewed PII on 12 and 13 November 2015, pursuant to his pending US Citizenship application and to ascertain the circumstances of his contact with persons who provided significant logistic support to 9/11 Hijackers NAWAF AL-HAZMI (HAZMI) and KHALID AL-MIDHAR (MIDHAR).

PII had multiple personal and phone contacts with individuals who provided, or are suspected of providing, significant logistic support to HAZMI and MIDHAR [REF: # dated ++ . These persons include OMAR AL BAYOUMI (BAYOUMI) and FAHAD AL THUMAIRY (THUMAIRY) PII PII PII MOHAMMED MUHANNA (MUHANNA) and the subjects of multiple other FBI investigations.

INTERVIEW OF PII - NOVEMBER 2015

During PII interview on November 12 and 13, 2015 multiple

2

Title: * ENCORE Investigation Update, Review and Analysis: Interview PII (NOV 2015)
Re: # 04/04/2016

attempts were made to ascertain whether the meeting between BAYOUMI, BIN DON, MIDHAR and HAZMI was arranged in advance, or occurred 'by chance' as BAYOUMI described.

* PII was forthcoming with numerous specific details regarding his education in PII knowledge of multiple foreign languages, employment with the Consulate of the Kingdom of Saudi Arabia in Los Angeles (CKSA-LA), anecdotes of personal interactions with Consular leadership PII. PII PII displayed excellent recall of specific minor details of meeting BAYOUMI and BIN DON, but claimed an inability to remember what he and BAYOUMI discussed. In addition, PII repeatedly stated he never discussed the events of 9/11 at either the KFM or the Consulate. PII was unable to provide a reason as to why PII

* Subsequent to his November 2015 interview, PII contacted the Saudi government to report the substance of his conversations with US investigators [REF # , dated ++ ].

* PII claims that no one he knew ever discussed 9/11 at KFM after the attacks are directly contradicted by source reporting. One source stated that after 9/11, PII USG offered the greeting, "Isn't it great that our brothers are fighting?" USG A separate source, whose reporting proved reliable in the past, advised PII was very vocal against Christians, Jews and enemies of Islam [REF: # dated ++ ]. Other reporting stated the Saudi Consul General in LA wanted to fire PII for storage and distribution of extremist Muslim literature at the consulate but THUMAIRY and MUHANNA used their influence with the Saudi Government to keep PII in place in 2004 [REF: # dated ++ ].

* Communications analysis of telephone numbers associated with PII show contact with multiple individuals who assisted HAZMI and MIDHAR [REF: # dated ++ ], including a phone call to BAYOUMI on 1/5/2000. However, during his interview, PII

Title: [PII] ENCORE Investigation Update, Review and Analysis: Interview (NOV 2015)
Re: [PII] # 04/04/2016

stated he did not know who BAYOUMI was when he met him at the Consulate on or about 02/01/2000, and even had to ask the secretary for BAYOUMI's name.

[PII] described BAYOUMI as a Saudi citizen treated with great respect inside the Saudi Consulate, well regarded by Consulate personnel who held a "very high status" when he entered the building. [PII] stated BAYOUMI's status was higher than many of the Saudi persons in charge of the Consulate [REF: # dated ++ ].

[PII] did not recall talking to BAYOUMI about the MEDITERRANEAN GOURMET RESTAURANT but conceded he may have, and added if he were asked about a place to eat he would have recommended the 'MEDITERRANEAN GRILL' on Venice Boulevard, which was [PII] a personal friend of his named [PII] Subsequent investigation reveals [PII] [PII] at the time was an individual named [PII] [FBI] [PII] also stated that none of the Saudi's at the Consulate would eat at that restaurant, implying it was considered beneath their status.

An investigation was predicated against [PII] [PII] based upon [PII] close association with [PII] [FBI] [PII] worked as a facilitator for the ARMED ISLAMIC GROUP (GIA) and was associated with members of the SALAFIST GROUP FOR PREACHING AND COMBAT (GSPC) in the US. [PII] is referenced in multiple FBI investigations [Author's Note: GIA and GSPC have evolved into Al-Qaeda in the Islamic Maghreb (AQIM)]. Another individual, [PII] [FBI] [FBI] a close associate of THUMAIRY who is described in source reporting as a hardcore, militant individual who supported the events of 9/11, was also associated with the restaurant, but later identified as not the official owner at the time of the meeting between BAYOUMI and HAZMI and MIDHAR.

When interviewed in 2009, [PII] [PII] Shown

4

Title: ENCORE Investigation Update, Review and Analysis: Interview PII (NOV 2015)
Re: # 04/04/2016

\* photographs of HAZMI and MIHDHAR, PII stated the photograph of HAZMI looked familiar and PII possibly saw him at the MEDITERRANEAN GOURMET RESTAURANT eight or nine years ago. PII did not recognize MIHDHAR. PII stated this (2009) was the first time he had been interviewed by FBI agents [REF: # dated ++ ].

\* PII described working at the Consulate as a PII providing assistance to Saudi college students studying in the US, [Author's Note: HAZMI and MIDHAR stated to witnesses they were traveling to the US as students] providing translation assistance, executing administrative tasks and distributing literature on Islam [REF: # dated ++ ].

\* One of the more difficult to reconcile connections is between PII and the Hijackers' support network on the East Coast. On 06/14/2001, PII number PII received a phone call from landline phone number 703-PII-4290 (*4290) registered to an apartment in Falls Church, Virginia at 6095 Belleview Drive, Apartment 101, Falls Church, VA. This apartment was used by EYAD ALRABABAH and his roommate PII FBI who both provided significant logistic support to MIDHAR, HANI HANJOUR and two additional hijackers during their time in Falls Church, VA. ALRABABAH told the FBI he met HANJOUR and HAMZI at a 7-11 store during a 'chance meeting', in a uniquely similar fashion to the way BAYOMUI described his 'chance meeting' with HAZMI and MIDHAR in Los Angeles. RABABAH stated he struck up a conversation with HAZMI and MIDHAR, who informed RABABAH they needed a place to stay. RABABAH stated he found them a place to stay in Virginia. At some point in this process RABABAH states PII HANJOUR and HAMZI went to RABABAH'S apartment at 6095 Belleview Avenue, where they had tea and met PII [REF: # # dated ++ ]. In May 2001, ALRABABAH drove four of the hijackers north to Connecticut and New Jersey, while PII remained in the Virginia apartment. Based on the other call activity on 6/14/2001, including calls to Syria and RABABAH's work phone, it is assessed that PII who is of Syrian origin, was in the Virginia

Title: [PII] ENCORE Investigation Update, Review and Analysis: Interview [PII] (NOV 2015)
Re: [PII] # 04/04/2016

apartment making calls on that day, including the call to [PII]
[FGJ - Information derived from a Federal Grand Jury]

* [PII] COMMUNICATION WITH PERSONS CONNECTED TO HAZMI AND MIDHAR

* [PII] was a close associate of THUMAIRY, the Imam of the KING FAHAD MOSQUE (KFM). [PII] led prayers and assisted with administrative tasks at KFM. THUMAIRY also served as an administrative officer at the Saudi Consulate and had an office there [REF: #  dated ++ ]. In the interviews in 2015, [PII] stated he and THUMAIRY are still in communication.

* There is significant phone connectivity between [PII] and [PII] prior to and directly following key events of logistic assistance provided by [PII] to HAZMI and MIDHAR. This pattern of phone connectivity between [PII] and [PII] is not identifiable prior to the hijacker's arrival in Los Angeles and does not occur between [PII] and [PII] after the hijackers depart California.

* * [FBI] [PII] was tasked by THUMAIRY to assist HAZMI and MIDHAR while they were in Los Angeles. [FBI] [PII] described the hijackers as "two very significant people." [FBI] [PII] stated he needed to bring HAZMI and MIDHAR to the MEDITERRANEAN GOURMET RESTAURANT located on Venice Boulevard in Los Angeles. When [FBI] [PII] why he was taking HAZMI and MIDHAR to that restaurant because the food was not very good and the service was poor, [PII] stated he just needed to take them there. [FBI] that people (NFI) would go to that restaurant to have private meetings [REF: # dated ++ ].

* [PII] MEETING WITH BAYOUMI, PRIOR TO MEETING HAZMI AND MIDHAR

* After meeting [PII] at the Consulate in late January 2000, BAYOUMI, accompanied by BIN DON, drove to the MEDITERRANEAN GOURMET RESTAURANT

6

Title: [PII] ENCORE Investigation Update, Review and Analysis: Interview [PII] (NOV 2015)
Re: [PII] # 04/04/2016

where they encountered HAZMI and MIDHAR. This is the same restaurant [PII] [FBI] he needed to deliver HAZMI and MIDHAR to.

In interviews [PII] admitted showing HAZMI and MIDHAR the location of the MEDITERRANEAN GOURMET RESTAURANT, but denied being tasked to do so or being asked by anyone to 'take care of' HAZMI and MIDHAR. [PII] stated he assisted HAZMI and MIDHAR because he is a good Muslim and helping two new students in town is the Muslim way. [PII] stated he assisted HAZMI and MIDHAR multiple times on multiple occasions, and confirmed that on one occasion, HAZMI stayed as a guest at an apartment belonging to [PII] [FBI] [FBI] [PII] statements, reporting that [PII] stated both HAZMI and MIDHAR were living at [PII] apartment on [PII] and [PII] [FBI] he had asked his sister to move out and stay with [PII] other sister for a couple of weeks, because he was having guests, HAZMI and MIDHAR, stay with him [REF: #] # dated ++ . When questioned by investigators regarding this, [PII] denied it. [PII] was asked directly if he had ever assisted anyone in the same manner and to the same extent that he assisted HAZMI and MIDHAR, before or since, and he replied that he had not.

In interviews, [PII] stated that he twice dropped HAZMI and MIDHAR off at bus-stops, without any further assistance such as purchasing tickets or providing directions. The hijackers did not speak or read English and would most likely have needed substantive assistance to travel by a city bus immediately after arriving in the US. On the first occasion, [PII] stated he dropped HAZMI and MIDHAR at a bus stop so they could travel from Culver City to Downtown LA. A second time, [PII] stated he dropped them at a Greyhound Bus stop so the hijackers could take a bus from Downtown LA to San Diego. [FBI] in this time period, HAZMI and MIDHAR were unable to communicate in English and were so unfamiliar with the US that they could not identify street signs while traveling in a private vehicle with a companion guide.

OMAR AL BAYOUMI [FBI]

Title: [PII] ENCORE Investigation Update, Review and Analysis: Interview (NOV 2015)
Re: [#] 04/04/2016

[*] BAYOUMI's logistic support to HAZMI and MIDHAR included translation, travel assistance, lodging and financing. Anomalous money transfers within BAYOUMI'S bank accounts coincide with transactions wherein BAYOUMI provides assistance to HAZMI and MIDHAR [REF: [#] dated [++] ].

[*] BAYOUMI provided statements in 2003 to federal investigators as to how he met HAZMI and MIDHAR on or about 02/01/2000 and how he assisted them [REF: [#] dated [++] ]. BAYOUMI'S statements are directly contradicted by eyewitness statements [REF: [#] dated [++] ].

[*] In his 2003 interview, BAYOUMI stated he came to the US to study and work for a Saudi aviation company Dallah AVCO. Regarding BAYOUMI's employment, witnesses at AVCO describe BAYOUMI as a "ghost employee," one of approximately fifty (50) such individuals being paid at the company who did not show up for work. One witness reported BAYOUMI accrued such outrageous expenses at one point that AVCO refused to pay him [REF: [#] dated [++] ].

[*] In his 2003 interview, BAYOUMI stated he never spoke to HAZMI or MIDHAR about Jihad [REF: [#] dated [++] ]. Approximately one month after 9/11, [PII] ex-wife, [PII] was interviewed and stated she met BAYOUMI multiple times and BAYOUMI was always talking about how the Islamic community needs to take action. He told her and her husband [PII] on several occasions that they were 'at Jihad' (NFI) [REF: [#] dated [++] ].

[*] Approximately one hour prior to meeting HAZMI and MIDHAR, BAYOUMI and CAISIN BIN DON (BIN DON), visited the Saudi Consulate in Los Angeles and met with [PII]. In interviews with the FBI, [PII] BAYOUMI and BIN DON all confirm this meeting.

[*] After meeting [PII] at the Consulate, BAYOUMI and BIN DON traveled by car to the MEDITERRANEAN GOURMET RESTAURANT. In his interview, BAYOUMI then describes a 'chance' encounter with HAZMI and MIDHAR, the

Title: ENCORE Investigation Update, Review and Analysis: Interview (NOV 2015)
Re: # 04/04/2016

facts of which are contradicted in eye-witness descriptions provided by BIN DON. BAYOUMI stated he was walking out of the restaurant when he overheard two males speaking Arabic, recognized their accents as "gulf accents," and then approached them to discuss where they were from. BIN DON contradicts BAYOUMI'S statements, saying BAYOUMI entered the restaurant and positioned himself to be looking out the front window. BIN DON continues that when BAYOUMI observed HAZMI and MIDHAR walk into the restaurant, he approached them from such a distance where he could not have heard them speaking first. According to BIN DON, BAYOUMI approached HAZMI and MIHDHAR and invited them to his table. The group spoke for approximately thirty minutes in Arabic, which BIN DON reports being unable to understand since he did not speak Arabic. They exchanged telephone numbers and departed [REF: # # dated ++ and # dated ++ ].

Approximately one month before the arrival of the Hijackers in Los Angeles, On 12/20/99, BAYOUMI, accompanied by an individual identified as ABDULLAH ALJRAITHEN, registered at the Travelodge Hotel in Culver City, California, near the KFM. BAYOUMI and ALJRAITHEN checked out the following day. After 9/11, BAYOUMI was detained in the UK by New Scotland Yard (NSY) and his documents were seized. A review of BAYOUMI'S telephone book showed an entry for Dr. ABDULLAH AL JOAITHEN, with the numbers 325 0877 and C (cell) 55154240 [REF: # # dated ++ .

Communications analysis on "3250877" and "55154240" yielded positive results [REF: # dated ++ ], which reports from a foreign government service detail names and telephone numbers appearing on a laminated card retrieved from the a residence in Medina, Saudi Arabia, where SHAYKH 'ALI KHUDAYR FAHD AL KHUDAYR and SHAYKH AHMAD HAMUD MUFARRIJ AL KHALIDI were arrested during a raid in late May 2003. The relevant entry on this contact list was for ABDALLAH BIN 'ALI AL-J'AYTHAN 3250877 and cell 55154240.

SHAYKH 'ALI KHUDAYR FAHD AL KHUDAYR is identified as

9

Title: [PII] * ENCORE Investigation Update, Review and Analysis: Interview (NOV 2015)
Re: [#] 04/04/2016

* the spiritual adviser to senior Usama Bin Laden lieutenant and Guantanamo Bay detainee ZAIN AL-ABIDIN MUHAMMAD HUSAYN (aka Abu Zubaidah) [REF: [#] dated [++] ]. Significant additional derogatory information is available regarding both individuals.

* Additional analysis of '3250877' yielded information from another government service reporting "DR. 'ABDALLAH AL-JUHAYN 3250877" was found on a confiscated hard-drive from an October 6, 2001 raid on the Al-HARRAMAYAN [a Tier 1 Terrorist Support Entity] offices in [USG] [REF: [#] dated [++] ].

* Communications analysis shows that while HAZMI and MIDHAR were in Los Angeles and San Diego, BAYOUMI was in almost daily contact with OSAMA BASSNAN [FBI]. On October 17, 1992, BASSNAN hosted a party at his house in Washington, D.C for the "Blind Sheikh" OMAR ABDEL RAHMAN, convicted mastermind of 1993 World Trade Towers bombing (WTC Attack #1). Sources reported BASSNAN knew BIN LADEN'S family in Saudi Arabia and he maintained communications with BIN LADEN family members in the US [REF: [#] [#] dated [++] ]. Multiple sources report BASSNAN expressed enthusiastic support for BIN LADEN, describing BIN LADEN as a great authority figure who would change the world for the benefit of Islam. BASSNAN endorsed human suicide bombings as an effective and appropriate means to accomplish those goals. BASSNAN often expressed excitement and happiness when hearing of human suicide bombings [REF: [#] dated [++] ]. BAYOUMI's and BASSNAN'S wives were arrested together for shoplifting jewelry from the JC Penny Department store on Friars Road in San Diego, California on 04/23/2001 [REF: [#] dated [++] ].

FAHAD AL THUMAIRY [FBI]

* Source reporting states that shortly before HAZMI and MIDHAR'S arrival in Los Angeles, [USG] [USG] received a phone call from an unidentified individual in Malaysia or Indonesia seeking to

10

Title: [PII] * ENCORE Investigation Update, Review and Analysis: Interview (NOV 2015)
Re: [#] 04/04/2016

* locate THUMAIRY [REF: [#] dated [++] ]. Note that HAZMI and MIDHAR traveled to Los Angeles from Kuala Lampur, Malaysia after meeting with other AL QAEDA (AQ) personnel.

* Communications analysis identified a call from THUMAIRY'S phone (1-310-[PII]-0638) on 08/20/99 to the Saudi Arabian family home phone of two future Guantanamo Bay, Cuba detainees, ABD AL AZIZ SAD MUHAAMAD AWSHAN AL-KHALIDI and his brother SULEYMAN SAAED MOHAMMED AL-KHALIDI (966-1-4315661). The phone call lasted seven minutes [REF: [#] dated [++] ]. These two Guantanamo Bay detainee's older brother, ISSA AL KHALIDI, was killed in a shoot-out with Saudi security forces in 2004. The severed head of USPER Paul Johnson was recovered during the subsequent search of ISSA AL KHALIDI'S residence [REF: [#] dated [++] ].

* Communications analysis reveals THUMAIRY'S phone (x0638) was in communication with 1-714-[PII] and 1-714-[PII] multiple times between May 2000 and July 2000. These phones were subscribed to by [PII] [PII] [FBI] respectively.

* The owners of [PII] [PII] [FBI] were subjects of FBI investigations for providing material support to AL-GAMA'A ISLAMIYYA (IG), the LIBYAN ISLAMIC FIGHTING GROUP (LIFG), AL QAEDA [REF: [#] dated [++] ] and are associated with MUSTAFA MOHAMMED KRER [REF: [#] dated [++] ] and [PII]

* KRER, an employee of [PII] was a Canada-based leader of LIFG [REF: [#] dated [++] ] and identified as a suspected accomplice of Al Qaeda's Los Angeles International Airport (LAX) 'Millennium Plot Bomber,' AHMED RESSAM [#] according to evidence gathered during a search of RESSAM'S apartment in Montreal, Canada pursuant to RESSAM'S arrest on 12/14/99 [REF: [#] dated [++] ].

11

Title: * ENCORE Investigation Update, Review and Analysis: Interview [PII] (NOV 2015)
Re: [PII] # 04/04/2016

RESSAM, arrested while transporting explosives from Canada to the US, pled guilty to plotting to bomb LAX [Authors note: RESSAM'S arrest is approximately one month before HAZMI and MIDHAR'S arrival in LA]. When shown a photo of KRER in 2002, RESSAM denied recognizing KRER. RESSAM has since ceased cooperation with the USG.

* THUMAIRY'S phone connectivity to [PII] associated with RESSAM's AQ plot, is concerning. THUMAIRY is described by sources as having extremist beliefs. Sources report he was removed from the KFM for un-Islamic activity (NFI). THUMAIRY remains in contact with [PII] years after his departure from the US. THUMIARY'S phone connectivity with fundraisers for the LIFG [REF: # dated ++ ] and his contact with possible LA-based associates of RESSAM bears further examination. In particular, THUMAIRY'S nexus to this earlier LA-based network linked to RESSAM, LIFG and other AQ-associated elements is relevant in assessing his later assistance in arranging the meeting between the 9/11 hijackers and BAYOUMI.

* [PII]

* [FBI] [PII] [FBI] [FBI] another employee of [PII] [PII] resided at the home of [PII] is associated with the ERITREAN ISLAMIC JIHAD MOVEMENT, an AL-QAEDA associated organization.

* * [PII] was identified by FBI Kansas City on a check dated 04/02/1992 from the ISLAMIC AFRICAN RELIEF AGENCY (IARA) made out to the ERITREAN ISLAMIC JIHAD MOVEMENT, [PII] as a donation. A cover letter was written back to IARA thanking them for their support of the Mujahideen of Eritrea. The letter was signed by [PII] aka [PII] The address on the letterhead for the ERITREAN ISLAMIC JIHAD MOVEMENT (EIJM) was listed as P.O. Box 761123, Los Angeles, CA 90076. EIJM has been seeking the forceful overthrow of Eritrea's government and its replacement by an Islamic government. Open source reporting indicates that the ERITREAN ISLAMIC JIHAD MOVEMENT (EIJM) is AL-QAEDA-trained and financed.

*

12

Title: [PII] ENCORE Investigation Update, Review and Analysis: Interview [PII] (NOV 2015)
Re: # 04/04/2016

* In a 2002 raid of an AQ safe house in [USG] agents located a "Last Wills" documents written by AQ associates in anticipation of suicide missions, and a computer disk containing a document listing 32 names and addresses in Arabic. One document advised of individuals available to communicate with the receiver and states that the writer is awaiting the arrival of "some merchandise." The address listed on the document is "[PII] PO Box [PII] Fountain Valley, CA 92728." This postal box was subscribed to by [PII]. Authorized mail recipients at this postal box are [PII] [PII].

* The FBI case against [PII] is currently closed, as [PII] departed the US for Jordan and [USG] informed LEGAT [USG] that [PII] was deported from Jordan to Saudi Arabia on November 27, 2014.

* Communications analysis shows [PII] in contact with ABDO GHANEM, [FBI] an associate of [PII] [PII] THUMAIRY and MUHANNA. GHANEM, a Los Angeles based IG supporter with close connectivity to SHEIK OMAR ABDEL RAHMAN, aka 'The Blind Sheikh,' is currently incarcerated related to the TERRSTOP investigation. GHANEM was a driver for the RAHMAN during the Blind Sheikh's visit Los Angeles.

* ISLAMIC AMERICAN RELIEF AGENCY

* The ISLAMIC AMERICAN RELIEF AGENCY (IARA) is linked to Usama Bin Laden (UBL) via former IARA employee, ZIYAD KHALEEL, a UBL logistics facilitator who procured equipment for UBL and managed wire transfers from IARA to a bank accounts controlled by UBL. KHLAEEL's roommate for four months in 2000 was MUTAIB A A AL-SUDAIRY [FBI] whose phone number was recovered in BAYOUMI's address book by New Scotland Yard in 2001. KHALEEL's phone contact with AULAQI was a key substantiation to the FBI opening an investigation of AULAQI in June of 1999 [REF: #  dated ++ ].

Title: ENCORE Investigation Update, Review and Analysis: Interview [PII] (NOV 2015)
Re: [#] 04/04/2016

BAYOUMI called SUDAIRY five (5) times while the hijackers were in San Diego with BAYOUMI. These calls coincide with significant logistic support of the hijackers. The first three calls are on 01/24/00, 01/26/00, 01/30/00. These particular calls occur in the immediate days before BAYOUMI meets the hijackers in Culver City, CA and talked to them about coming to San Diego [REF: [#] dated [++] ]. The next call occurred on 02/2000, the day immediately after BAYOUMI met HAZMI and MIDHAR at The MEDITERRANEAN GOURMET RESTAURANT. The final phone call between SUDAIRY and BAYOUMI occurs 02/07/00 immediately after HAZMI and MIDHAR's apartment lease and living arrangements have been finalized and funds fronted by BAYOUMI. This is the last call identified between SUDAIRY and BAYOUMI. Within two months, SUDAIRY is recorded at an address in Falls Church, Virginia, the same area where HAZMI, MIDHAR, AULAQI and HANI HANJOUR established residence later in the evolution in the 9/11 plot.

MOHAMMED MUHANNA, [FBI]

According to [USG] reporting, [USG]
USG - Withheld at the direction of another USG agency or department

[REF: [USG] . Of note, [PII] MAHMUD SULTAN are of Eritrean ancestry [REF: [PII] [#] dated [++] ].

While debriefing a [USG] source in 2003, FBI-LA showed the source numerous photographs including a photograph of BIN ATTASH, aka

14

Title: PII * ENCORE Investigation Update, Review and Analysis: Interview (NOV 2015)
Re: # 04/04/2016

'Khallad.'

USG - Withheld at the direction of another USG agency or department

\* # During FBI interviews, MOHDAR ABDULLAH # stated that he, HAZMI and MIDHAR traveled to Los Angeles in order for MIDHAR to travel home to Saudi Arabia on 06/10/2000. MOHDAR stated that the three stayed at a local motel, a location subsequently confirmed by FBILA, and added that all three went to the KFM for prayers. MOHDAR further told the interviewing agents that while they were at KFM, they met a Yemeni individual identified as 'Khallam'. ABDULLAH stated that later that evening, 'Khallam' visited HAZMI and MIDAHR at the motel for approximately 15-20 minutes.

\* During FBI interviews, BIN ATTASH stated he used an alias name for all his travel to Hong Kong in 1999. He advised that during his trip to Hong Kong, while he was "collecting information" on US air carriers, he was trying to determine the number of passengers on the flights that were in the first, business, and economy classes of travel. BIN ATTASH stated he took this trip specifically to collect information in furtherance of the South East Asia portion of the Planes Operation, which later became the 9/11 attacks. BIN ATTASH advised that on this

15

Title: ENCORE Investigation Update, Review and Analysis: Interview PII (NOV 2015)
Re: # 04/04/2016

trip he first traveled from Kuala Lumpur to Bangkok, Thailand on Malaysian Airlines and then flew first-class on a United Airlines flight from Bangkok to Hong Kong. BIN ATTASH commented that this United Airlines flight actually had a final destination of Los Angeles, California but that he did not travel to Los Angeles [REF: # dated ++ ].

On 09/11/2002, during a raid conducted in USG USG which resulted in the arrest of numerous Al-Qaeda operatives, a letter was recovered addressed to PII c/o The letter, dated 04/09/1999, was to an orthotics and prosthetics manufacturer and confirms a 05/29/1999 appointment for PII to have an artificial foot made. PII is a known alias for both the PII BIN ATTASH [REF: # # dated ++ ]. When interviewed by investigators, BIN ATTASH states he never made that trip.

◆◆

16