*Burlingame and Ashton* Exhibit A     Case 1:03-md-01570-GBD-SN   Document 7756-1   Filed 03/16/22   Page 1 of 1     **U. S. Nationals**

Estates

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
| 2 | Kristen | | Breitweiser | | Ronald | | Breitweiser | | 02-cv-6977; 02-cv-7230 | $2,000,000.00 | $45,385,507.00 | $47,385,507.00 |