IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : | 03-MDL-1570 (GBD)(SN) |

This Document Relates To:
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN) and member case
*Burlingame, et al. v. bin Laden, et al.*, Case No. 02-cv-7230 (GBD)(SN)
*Ryan, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-00266 (GBD)(SN)

### ORDER REGARDING THE BREITWEISER PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST THE TALIBAN AND MUHAMMAD OMAR

Upon consideration of the Motion, evidence, and arguments of Plaintiffs Kristen Breitweiser, as Personal Representative of the Estate of Ronald Breitweiser, Deceased, a decedent killed in the terrorist attacks of September 11, 2001, Kristen Breitweiser individually in her own right, and Caroline Breitweiser, both immediate family members of such 9/11 decedent Ronald Breitweiser, for entry of a Final Default Judgment against the Taliban and Muhammad Omar in amounts previously found as pain-and-suffering, economic damages, and/or solatium damages in favor of said Plaintiffs against other defendants in this action, together with pre-judgment interest and treble damages, all as reflected on Exhibits A and B to their Motion, together with the entire record in this case, it is **HEREBY:**

**ORDERED** that Kristen Breitweiser, as Personal Representative of the Estate of Ronald Breitweiser, Deceased, is awarded damages for conscious pain and suffering against the Taliban and Muhammad Omar in the amount of $2,000,000; and it is further:

**ORDERED** that Kristen Breitweiser, as Personal Representative of the Estate of Ronald Breitweiser, Deceased, is awarded damages for economic loss against the Taliban and Muhammad Omar in the amount of $45,385,507.00; and it is further:

2

**ORDERED** that Kristen Breitweiser, individually and in her own right as spouse of 9/11 decedent Ronald Breitweiser, is awarded solatium damages against the Taliban and Muhammad Omar in the amount of $12,500,000.00; and it is further:

**ORDERED** that Caroline Breitweiser, as a then-minor child of 9/11 decedent Ronald Breitweiser, is awarded solatium damages against the Taliban and Muhammad Omar in the amount of $8,500,000.00; and it is further:

**ORDERED** that Plaintiffs Kristen Breitweiser, as Personal Representative of the Estate of Ronald Breitweiser, Deceased, Kristen Breitweiser individually in her own right, and Caroline Breitweiser are entitled to and are hereby awarded pre-judgment interest on the non-economic damages components of such awards in the amount of 4.96 percent per annum, compounded annually for the period from September 11, 2001, until the date of this final default judgment for damages; and it is further:

**ORDERED** that each of the above-stated conscious pain-and-suffering, economic, and solatium damages awards are trebled pursuant to the Anti-Terrorism Act, 18 U.S.C. §2333(a); and it is further:

**ORDERED** that Plaintiffs Kristen Breitweiser, as Personal Representative of the Estate of Ronald Breitweiser, Deceased, Kristen Breitweiser individually in her own right, and Caroline Breitweiser may submit an application for punitive damages, or other damages, at a later date consistent with any future rulings made by this Court on this issue.

Dated:  New York, New York
    _____, 2022                     **SO ORDERED:**

                                _____
                                **GEORGE B. DANIELS**
                                **United States District Judge**