IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : | 03-MDL-1570 (GBD)(SN) |

This Document Relates To:
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 1:02-cv-07236
*Ryan, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-00266 (GBD)(SN)

## [proposed order re:] CERTAIN PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENTS AGAINST THE TALIBAN AND MUHAMMAD OMAR

Upon consideration of the Motion, evidence, and arguments of Plaintiffs Patricia Ryan, Personal Representative of the Estate of John J. Ryan, Deceased, Patricia Ryan, Kristen Ryan, Laura Ryan, Colin Ryan, Katherine Maher, Personal Representative of the Estate of Daniel L. Maher, Deceased, Katherine Maher, Daniel R. Maher, and Joseph F. Maher, each of whom is a decedent killed in the terrorist attacks of September 11, 2001, or an immediate family member of such a decedent, for a Final Default Judgment against the Taliban and Muhammad Omar in the amounts previously established, found, and entered as pain-and-suffering and economic damages or solatium damages in favor of said Plaintiffs against other defendants in this action and as reflected on Exhibits A and B to their Motion, together with the entire record in this case, it is **HEREBY:**

**ORDERED** that each Plaintiff estate listed in Exhibit A is awarded damages for conscious pain and suffering against the Taliban and Muhammad Omar in the amount of $2,000,000 per decedent, specifically;

- Plaintiff Patricia Ryan, Personal Representative of the Estate of John J. Ryan, Deceased -- $2,000,000
- Katherine Maher, Personal Representative of the Estate of Daniel L. Maher, Deceased -- $2,000,000

**ORDERED** that the following Plaintiff estates listed in Exhibit A are each awarded damages for economic loss against the Taliban and Muhammad Omar in the amounts set forth in Exhibit A, specifically:

- Plaintiff Patricia Ryan, Personal Representative of the Estate of John J. Ryan, Deceased -- $21,160,144
- Katherine Maher, Personal Representative of the Estate of Daniel L. Maher, Deceased -- $7,662,835

**ORDERED** that each individual listed in Exhibit B is awarded is awarded solatium damages against the Taliban and Muhammad Omar in the following amounts:

- Patricia Ryan -- $12,500,000
- Kristen Ryan -- $8,500,000
- Laura Ryan -- $8,500,000
- Colin Ryan -- $8,500,000
- Katherine Maher -- $12,500,000
- Daniel R. Maher -- $8,500,000
- Joseph F. Maher -- $8,500,000

**ORDERED** that all Plaintiffs are entitled to and are awarded pre-judgment interest on the non-economic damages components of such awards in the amount of 4.96 percent per annum, compounded annually for the period from September 11, 2001, until the date of the final judgment for damages;

**ORDERED** that all Plaintiffs may submit an application for punitive damages, or other damages (to the extent such awards have not been previously ordered), at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York

_____, 2022

                                          **SO ORDERED:**

                                          _____
                                          **GEORGE B. DANIELS**
                                          **United States District Judge**