UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977
Burlingame, et al. v. bin Laden, et al., No. 02-cv-7230
Bauer, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-07236
Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266

The Court has received the Plaintiffs' motions for default judgments against the Taliban and Muhammad Omar. These motions at ECF Nos. 7756 and 7758 replace the Plaintiffs' motions at ECF Nos. 7644 and 7643 respectively. Accordingly, the Court respectfully directs the Clerk of the Court to terminate the motions at ECF Nos. 7643 and 7644.

**SO ORDERED.**

Dated: March 18, 2022
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge