## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

### VIA ECF

March 18, 2022

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      Earlier today we advised counsel for Dallah Avco, Robert Kry and counsel for Saudi Arabia Andrew Shen, that Plaintiffs have to cancel the deposition of Alp Karli that was scheduled for next Tuesday, March 22, 2022 in Istanbul, Turkey. Over the last several weeks, the PECs had attempted to communicate with the Turkish judicial authorities through our local Turkish counsel to determine how the proceedings for the deposition would be conducted, including the use of videoconferencing and translators. The Turkish court was not able to respond as the assigned judge was away from the courthouse for several weeks and has not yet returned.

      In the meantime, three days ago this Court denied Plaintiffs' motion for an extension of time to complete the receipt and review of the rolling FBI production and render their expert reports. An objection to this Court's ruling has been filed with Judge Daniels, but Plaintiffs' expert reports are currently due two weeks from today on April 1. We received yesterday and today new unredacted versions of hundreds of pages of documents from the FBI and expect to soon receive thousands of pages of new material that must be immediately reviewed. Some of the new material recently received pertains to Omar al-Bayoumi's employment, which was the subject of Mr. Karli's deposition. That material may also render the Karli deposition moot. As

March 18, 2022
Page 2

we advised counsel, the PECs simply do not have enough time to conduct the deposition of Mr. Karli in Istanbul and must therefore cancel the deposition. We respectfully request that this Court withdraw our Letters Rogatory and terminate those filings from ECF 6793 et seq. and 6800 et seq. We are contacting our Turkish counsel to notify the court in Istanbul and Mr. Karli.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: /s/ Andrew J. Maloney, III
Andrew J. Maloney, III, Esq.
Steven R. Pounian, Esq.
James P. Kreindler, Esq.
Megan W. Benett, Esq.
James Gavin Simpson, Esq.
485 Lexington Avenue
New York, New York 10017
Tel: (212) 687-8181
E-mail: amaloney@kreindler.com

*On behalf of the Plaintiffs Exec. Committees*

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
Robert T. Haefele, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*On behalf of the Plaintiffs Exec. Committees*

COZEN O'CONNOR

By: /s/ Sean P. Carter
Sean P. Carter, Esq.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*On behalf of the Plaintiffs Exec. Committees*

cc:  Honorable George B. Daniels (via ECF)
     All MDL Counsel of Record (via ECF)