UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*,<br><br>Creditors,<br><br>v.<br><br>THE TALIBAN, *et al.*,<br><br>Debtors,<br><br>FEDERAL RESERVE BANK OF NEW YORK,<br><br>Garnishee. | Case No. 03-cv-9848 (GBD)(SN) |

**NOTICE OF MOTION FOR PARTIAL TURNOVER OF ASSETS
FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK**

PLEASE TAKE NOTICE that upon the attached Memorandum of Law, Declaration of Douglass A. Mitchell and exhibits thereto, and Expert Declaration of Alex B. Zerden, the undersigned attorneys for Movant-Creditors Fiona Havlish *et al.* (the "Havlish Creditors") shall move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. §§ 5225(b) and 5227, and Section 201 of the Terrorism Risk Insurance Act of 2002, Pub. L. No. 107–297, 116 Stat. 2322, for an Order compelling the Federal Reserve Bank of New York to turn over certain assets that at all times material to this motion were in its possession, and in which the Judgment Defendant The Taliban had and has an interest in property, including through its agency and instrumentality Da Afghanistan Bank, and for such other and further relief

1

as the Court deems appropriate. For the reasons set forth at length in the accompanying Memorandum of Law, a court order directing the turnover of certain funds to the Havlish Creditors is appropriate in this case at this time.

Dated: March 20, 2022

/s/ *Lee S. Wolosky*
Lee S. Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

Douglass A. Mitchell *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

Timothy B. Fleming (DC Bar No 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street, NW, #110
Washington, DC 20009-1813
(202) 467-4489

Dennis G. Pantazis
(AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC (Lead Counsel)
301 19th Street
North Birmingham, AL 35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN 46260
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE,
CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

Stuart H. Singer (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone 954 356 0011
Fax 954 356 0022

David A. Barrett
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Phone 212 446 2300

*Counsel for the Havlish Creditors*