UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF
NEW YORK,

    *Garnishee.*

Misc Action No. 1:20-mc-00740-GBD

### NOTICE OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISSHE FEDERAL RESERVE BANK OF NEW YORK

    PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of the Doe Creditors' Motion For Turnover Of Assets From Garnishee Federal Reserve Bank Of New York, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York

10007, for an Order granting the turnover of Da Afghanistan Bank's assets sufficient to satisfy Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York.

Dated: March 20, 2022

        Respectfully submitted,

        **do Campo & Thornton, P.A.**
        Chase Bank Building
        150 S.E. 2nd Avenue, Ste. 602
        Miami, Florida 33131
        Telephone: (305) 358-6600
        Facsimile: (305) 358-6601

        By:    *s/ Orlando do Campo*
                Orlando do Campo
                Bar Code: OD1969
                od@dandtlaw.com

                *s/John Thornton*
                John Thornton *(pro hac vice)*
                jt@dandtlaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        *s/ Orlando do Campo*
        Orlando do Campo