UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*, <br><br>    Creditors, <br><br> v. <br><br> THE TALIBAN, *et al.*, <br><br>    Debtors, <br><br> FEDERAL RESERVE BANK OF NEW YORK, <br><br>    Garnishee. | Case No. 03-cv-9848 (GBD)(SN) |

**[PROPOSED] ORDER GRANTING HAVLISH CREDITORS' MOTION
FOR PARTIAL TURNOVER OF ASSETS FROM GARNISHEE
FEDERAL RESERVE BANK OF NEW YORK**

Upon consideration of the Havlish Creditors' motion for partial turnover of assets from garnishee Federal Reserve Bank of New York, it is hereby:

ORDERED that the Havlish Creditors' motion is granted.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at MDL ECF No. 7763 and *Havlish* ECF No. 597.

**SO ORDERED**:

_____
The Hon. George B. Daniels

Date:_____