# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO._____                DOCKET NO. 1:20-mc-00740-KPF

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of The Taliban, including the blocked assets of

Da Afghanistan Bank held by the Federal Reserve Bank of New York or any other financial institution

in your district you cause to be made the sum of One hundred thirty-eight million four hundred eighteen thousand

and seven hundred forty-one _____ dollars and zero _____ cents, ($138,418,741.00  )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

recovered against the said The Taliban

in an action between John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

PLAINTIFF and The Taliban, Al-Qaeda, and The Haqqani Network

DEFENDANT, in favor of said Plaintiffs - John Does 1 through 7

as appears by the record filed in the Clerk's Office of said District Court on the 20th _____ day

of January _____, in the year of 2021 _____

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the 27th day of SEPTEMBER in the year of our Lord 2021 , and of the Independence of the United States the two hundred Forthy Sixth year.

_____
CLERK

SDNY Web

05/2021

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

### John Does 1 through 7

-against-

The Taliban, Al-Qaeda, The Haqqani Network and agencies and instrumentalities thereof

EXECUTION AGAINST PROPERTY

Attorney for

### Plaintiffs, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

Borough of Manhattan
City of New York

### Orlando do Campo, Esq.

To the Marshal:
You will levy and collect

one hundred thirty-eight million four hundred

eighteen thousand seven hundred forty-one Dollars

and          zero                                    cents.

with interest from the    5th

day of    November                          2020

besides your fees, or.

Attorney