UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF NEW YORK,

    *Garnishee.*

Misc Action No. 1:20-mc-00740-GBD

**[PROPOSED] ORDER GRANTING DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK**

Upon consideration of the Doe Creditors' motion for turnover of assets from garnishee Federal Reserve Bank of New York, it is hereby:

ORDERED that the Doe Creditors' motion is granted.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 7767.

    **SO ORDERED**:

    _____
    The Hon. George B. Daniels

    Date:_____