UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

*Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

*Judgment Debtors.*

Misc Action No. 1:20-mc-00740-GBD

**DECLARATION OF JOHN THORNTON
IN SUPPORT OF THE DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS
FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK**

I John Thornton, depose and say:

1. I represent Judgment Creditors in the above-referenced matter.

2. On November 5, 2020, Doe Creditors obtained a Judgment in the United States District Court for the Northern District of Texas against the Taliban, Al-Qaeda, and the Haqqani Network for an amount totaling One Hundred Thirty-Eight Million Four Hundred Eighteen Thousand Seven Hundred Forty-One Dollars and zero cents ($138,418,741) in compensatory damages, jointly and severally, for an act of terrorism committed by the Judgment Debtors. Post-judgment interest on this Judgment runs at .12%

3. On November 2, 2021, Doe Creditors collected $ 362,430.13 from blocked assets of an agency/instrumentality of Al Qaeda.

4. As of March 21, 2022, the Doe Creditors will hold outstanding judgments for compensatory damages in the amount of $138,284,213.26, on which post-judgment interest continues to run.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Miami, Florida on March 17, 2022.

_____
John Thornton