# Exhibit A

| | |
|---|---|
| **From:** | Maloney, III, Andrew |
| **To:** | Shen, Andrew C.; Kellogg, Michael K.; Kry, Robert (rkry@mololamken.com); Nitz, Eric |
| **Cc:** | Steven R. Pounian; Kreindler, James; Megan Benett; Gavin Simpson; Sean P. Carter - Cozen O"Connor (scarter1@cozen.com); Tarbutton, Joseph; zRobert Haefele; Goldman, Jerry; Strong, Bruce |
| **Subject:** | [EXTERNAL] Alp Karli Deposition - cancelled |
| **Date:** | Friday, March 18, 2022 11:39:05 AM |

Dear Andy and Robert,

The PECs have elected to cancel next week's deposition of Alp Karli, originally scheduled for Tuesday March 22, 2022 in Istanbul, Turkey. As you know, Judge Netburn denied Plaintiffs' request for an extension of time to complete and serve expert reports that are due in two weeks on April , 2022.

In addition, we continue to receive and are reviewing thousands of pages of newly disclosed documents from the FBI and others – which is immensely time consuming. Some of this material pertains to Bayoumi and his employment, which renders the Karli deposition moot. There is simply not enough time for us to take this deposition.

We will contact the Turkish authorities to let them and Mr. Karli know that the deposition is cancelled.

Regards,
Duke

**Andrew J. Maloney**
Partner

**<> KREINDLER** LLP

**Kreindler & Kreindler LLP**
485 Lexington Ave          T: 212.973.3438      ·   E-mail:   amaloney@kreindler.com
New York, NY 10017         F: 212.972.9432      ·   Web:      www.kreindler.com

🌍 Please consider the environment before printing this e-mail.

Confidential & Privileged