```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Kingdom of Saudi Arabia and Dallah Avco's motion for the Court to withdraw its request for the Turkish authorities' assistance in taking the deposition of Alp Karli is GRANTED. Based on the letter submitted by the Plaintiffs' Executive Committees ("PECs") at ECF No. 7762, the Court understands that the PECs no longer seek Mr. Karli's deposition. Accordingly, Saudi Arabia and Dallah Avco's motion at ECF No. 7772 is effectively unopposed.

    The Court therefore withdraws its May 11, 2021 request for international judicial assistance in taking Mr. Karli's deposition. ECF No. 6803. It thanks both the Turkish Court and Turkish Ministry of Justice for their assistance in this matter.

    Saudi Arabia and Dallah Avco have requested that the Court convey copies of this Order to the Turkish Court and Turkish Ministry of Justice as quickly as possible. Accordingly, the Court will mail copies of this Order to the addresses provided in Saudi Arabia and Dallah Avco's motion papers. It will also email the Turkish Ministry of Justice at the address provided in those papers.

The Clerk of the Court is respectfully directed to grant the motion at ECF No. 7772. The Clerk of the Court is further respectfully directed to mail or email copies of this Order to the addresses listed below as appropriate.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 21, 2022
       New York, New York

cc:   Turkish Court (by mail)
      İstanbul Adliye Sarayı
      İstanbul 22. Asliye Hukuk Mahkemesi
      Çağlayan, İstanbul

      Ministry of Justice (by mail and chambers email)
      TC Adalet Bakanlığı,
      Adalet Bakanlığı Ek Binası
      Namık Kemal Mah. Milli Müdafaa Caddesi
      No:22 Kızılay - Çankaya / ANKARA
      E-Mail: diabgm@adalet.gov.tr