# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Southern District of New York

John Does 1 Through 7

    Judgment Creditor,

VS.

The Taliban, et al

    Judgment Debtors.

Attorney: Orlando do Campo

do Campo & Thornton, P.A.
150 SE 2nd Ave., #602
Miami FL 33131



*276314*

**Case Number: 1:03-md-01570-GBD-SN**

Legal documents received by Same Day Process Service, Inc. on 03/20/2022 at 4:00 PM to be served upon **Da Afghanistan Bank** at 1920 North Dinwiddie St., Arlington, VA 22207

I, **Jared Mills**, swear and affirm that on **March 20, 2022** at **8:33 PM**, I did the following:

Served **Da Afghanistan Bank** by delivering a conformed copy of the **Letter dated March 20, 2022; Notice of Doe Creditors' Motion for Turnover of Assets From Garnishee Federal Reserve Bank of New York; Memorandum of Law in Support of the Doe Creditors' Motion for Turnover of Assets From Garnishee Federal Reserve Bank of New York; Exhibits; [Proposed] Order Granting Doe Creditors' Motion for Turnover of Assets From Garnishee Federal Reserve Bank of New York; Declaration of John Thornton in Support of the Doe Creditors' Motion for Turnover of Assets From Garnishee Federal Reserve Bank of New York; Doe Creditors' Notice of Filing Expert Declaration of Alex B. Zerden in Support of Doe Creditors' Motion for Turnover of Assets From Garnishee Federal Reserve Bank of New York; Expert Declaration of Alex B. Zerden; USB Thumb Drive (Containing Digital Copies of the Above Documents)** to Dr. Shah Mohammad Mehrabi as Supreme Council Member & Authorized Agent of Da Afghanistan Bank at 1920 North Dinwiddie St., Arlington, VA 22207.

**Description of Person Accepting Service:**
Sex: Male Age: 68 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Middle Eastern Hair Color: Bald & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Jared Mills**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:276314

