# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Southern District of New York

Fiona Havlish, individually and on behalf of the Estate of Donald G. Havlish, Jr., Deceased, et al

Creditor,

VS.

The Taliban, et al (DEBTORS)

Attorney: Lee S. Wolosky

Jenner & Block LLP (DC)
1099 New York Ave., NW
Washington DC 20001



*276313*

**Case Number:** No. 1:03-cv-9848 (S.D.N.Y.); No. 1:03-md-1570 (S.D.N.Y.)

Legal documents received by Same Day Process Service, Inc. on **03/20/2022** at **5:45 PM** to be served upon **Da Afghanistan Bank at 1920 North Dinwiddie St., Arlington, VA 22207**

I, **Jared Mills**, swear and affirm that on **March 20, 2022** at **8:33 PM**, I did the following:

Served **Da Afghanistan Bank** by delivering a conformed copy of the **Letter dated March 20, 2022; Notice of Motion for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York; Memorandum of Law in Support of the Havlish Creditors' Motion for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York; Declaration of Douglass A. Mitchell in Support of the Havlish Creditors' Motion for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York; Exhibits; Expert Declaration of Alex B. Zerden; [Proposed] Order Granting Havlish Creditors' Motion for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York; USB Thumb Drive (Containing Digital Copies of the Above Documents)** to **Dr. Shah Mohammad Mehrabi** as **Supreme Council Member & Authorized Agent** of **Da Afghanistan Bank** at **1920 North Dinwiddie St., Arlington, VA 22207**.

**Description of Person Accepting Service:**
Sex: Male Age: 68 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Middle Eastern Hair Color: Bald & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Jared Mills**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:276313

