# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879.5572
scottreau@jonesday.com

**VIA ECF**

March 21, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 1007

      Re: **In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Judge Netburn:

      Dubai Islamic Bank ("DIB") and Plaintiffs with claims against DIB ("Plaintiffs"), jointly write to respectfully request that the Court adjourn the deadline for Plaintiffs' response to DIB's personal jurisdiction motion (ECF No. 7419), which currently is due on March 22, 2022. This request would extend the Court's previous extension, granted at ECF No. 7707. The parties anticipate this will be the last extension request.

      As the parties advised the Court on February 26, 2022 (ECF No. 7704), DIB and Plaintiffs are engaged in active discussions that they expect will obviate the need for the Court to decide the issues raised by DIB's motion. Plaintiffs provided responses to a relevant draft document last week. Additional time is needed to conclude the parties' discussions.

      For the foregoing reasons, DIB and Plaintiffs respectfully request that the Court adjourn the deadline one more time for Plaintiffs to respond to DIB's motion from March 22, 2022 to April 29, 2022. In light of the progress made to date, the parties believe that it is in the interests of justice and judicial economy to permit the discussions to conclude. In the unlikely event that the parties' discussions do not obviate the need for a response to DIB's motion, the parties will report back to the Court as soon as the discussions conclude. DIB and Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

      Respectfully Submitted,
      */s/ Steven T. Cottreau*
      Steven T. Cottreau
      Jones Day
      51 Louisiana Avenue, NW
      Washington, D.C. 20001
      *Counsel for Defendant Dubai Islamic Bank*

cc: All MDL Counsel of Record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON