UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

---

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF NEW YORK,

    *Garnishee.*

Case No. 1:03-md-01570-GBD-SN

Misc Action No. 1:20-mc-00740-GBD

---

**[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE**

Upon consideration of the Doe Creditors' Motion for an Order Directing Alternative Service Upon the Taliban, it is hereby:

IT IS HEREBY ORDERED that the Doe Creditors shall attempt to serve the Taliban with their turnover motion through alternative means in the next 21 days and submit the results to the Court for its consideration. Should they fail to effectively serve their turnover motion on the Taliban, they will be required to submit a form of notice to the court for approval and publish such notice in a major international publication likely to reach the Taliban 21 to 30 days hence.

Dated:_____

 

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE