UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001

---

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF
NEW YORK,

    *Garnishee.*

Case No. 1:03-md-01570-GBD-SN

Misc Action No. 1:20-mc-00740-GBD

### DECLARATION OF DANIELA JARAMILLO
### IN SUPPORT OF THE DOE CREDITORS' MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE UPON THE TALIBAN

I Daniela Jaramillo, depose and say:

1.    I am an attorney duly licensed to practice law in the state of Florida. I am an associate with do Campo & Thornton, P.A., counsel to Judgment Creditors John Does 1 through 7 (the "Doe Creditors") in the above-captioned action. I make this declaration in support of the Doe Creditors' Motion for an Order Directing Alternative Service Upon the Taliban. Except for those matters on information and belief, which I believe to be true, I have firsthand knowledge of the contents of this declaration and I could testify thereto.

2. I am not aware of a physical or email address where service could be directed upon the Taliban. As documented in the exhibits below, mail delivery from the United States to Afghanistan is currently suspended, and the country's security situation remains precarious.

3. Attached hereto as **Exhibits 1, 2, 3,** and **4** respectively are true and correct copies of screen captures from the websites of the United States Postal Service (USPS), United Parcel Service (UPS), FedEx, and DHL, each showing that mail service to Afghanistan from the United States was still suspended as of March 18, 2022.

4. Attached hereto as **Exhibit 5** is a true and correct copy of a screen capture of the U.S. Department of State's website, showing its travel advisory for Afghanistan as of March 18, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Miami, Florida on March 21, 2022.

Daniela Jaramillo