# Click-N-Ship®

Create a Label    Preferences    Shipping History    Address Book    Shipping Cart (0)

## Step 1: Return Address

| RETURN ADDRESS | EMAIL | PHONE |
|---|---|---|
| Teresita Isern<br>150 SE 2ND AVE STE 602<br>MIAMI, FL 33131-1571 | ti@dandtlaw.com | 305-358-6600 |

Edit

## More Actions

☐ Send me tracking notifications.

☐ Ship from another ZIP Code™.
   Print the address above as the return address, but I'm shipping from another ZIP Code™.

## Step 2: Delivery Address

**Use Address Book**

Addresses will be standardized.

*Country
[ AFGHANISTAN ]

*First Name: [ DA AFGHANISTAN BANK ]    MI: [ ]    *Last Name: [ DA AFGHANISTAN BANK ]

Company (Only required if first and last names are not provided.)
[ DA AFGHANISTAN BANK ]

*Address 1: [ IBNI-SINA WATT., 25000, KABUL, AFGHANI ]    Address 2: [ ]

Address 3: [ ]

Province: [ ]

*City: [ KABUL ]    Postal Code: [ ]

Phone Number: [ (000) 000-0000 ]

Reference Number (This number is for your reference only.)
[ You may enter up to 10 characters ]


Top

☐ Save to my address book.

## More Actions

☐ Send recipient an email notification.

☐ Hold for Pick Up at a Post Office™.
    Find a nearby post office location where the shipment will be held until the recipient can pick it up.

---

## Step 3: Shipping Date

*Shipping Date. Choose a date up to 3 days from today.

```
03/18/2022
```

---

## Step 4: Package Details

*Weight

| 1 | lbs | 0 | oz |

What if I don't know my package weight?

☐ This package has a dimension measuring over 12".

☐ I am shipping a gift.

*Package Value. Value must be greater than zero.

$ 1

---

## Step 5: Service Type

Selecting a Priority Mail Flat Rate® product or a Priority Mail Express® Flat Rate product requires USPS® provided packaging.

If you plan to ship live animals, please go to your local **Post Office**™

Prices are based on shipping a 1 lbs package from ZIP Code™ **33131-1571** to **AFGHANISTAN** on **03/18/2022**.

**Select a Service:**

Priority Mail® International | Priority Mail Express® International | First-Class Package International Service® | **Global Express Guaranteed®**

View as: List | Grid

| Package Type | Scheduled Delivery | Price |
|---|---|---|
| ○ Global Express Guaranteed® | 1 - 3 business days to many major markets | $114.95 |

The Global Express Guaranteed® money-back guarantee for packages to AFGHANISTAN is currently suspended.

**Insurance**

Global Express Guaranteed® covers up to $100 of package value. For packages with a value over $100, additional insurance can be purchased to cover the balance.


Top

| Service Type | Price |
|---|---|
| ○ Insurance for packages valued up to $100 | Free |

    **Package value: $1**

**Non-Delivery Options**

○ Return to sender

○ Treat as abandoned. Fees may apply.

**Label Summary**

| | |
|---|---|
| Insurance is covered up to $100 | Free |
| Global Express Guaranteed® | $114.95 |
| **Total** | **$114.95** |

**Privacy Act Statement**

Your information will be used to respond to your mail recovery service request. Collection is authorized by 39 U.S.C. 401, 403, and 404. Providing the information is voluntary, but if not provided, we may not process your request in the mail recovery application. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on enforcement…

[ Continue ]

Top