


Home (/us/en/Home.page?) > Create Import - UPS Import Control

# Import/Export

## Country or Territory Regulations - Report

Print This Report

United States to Afghanistan

Country or Territory Regulations Topics:

No UPS Service Available

← Back to Previous (/ga/CountryRegs?loc=en_US&origcountry=US&destcountry=AF&cat=015016017011018019020021023024009004014006007008002012010005013003)

← Start a New Regulation Search (/ga/CountryRegs?loc=en_US)

NOTE: Information provided by UPS is provided AS IS, may not be current, and does not constitute legal advice. In no event shall UPS be liable for any errors in the information, forms or features made available by UPS, or by any third party site linked to from UPS. Selection and completion of proper forms for any given shipment is the sole responsibility of the shipper. All shipments are subject to the UPS Terms and Conditions of Service in effect at the time of shipping for the country or territory of origin.

### In This Section

← Home (/us/en/Home.page?)

Create Import - UPS Import Control

### Related Information

Batch File Shipping (https://www.ups.com/uis/create?ActionOriginPair=BatchImportPage___StartSession...

Batch File Shipping CampusShip (https://www.campusship.ups.com/cship/create?ActionOriginPair=BatchImportPage___StartSession...

Create Import - UPS Import Control CampusShip (https://www.campusship.ups.com/cship/create?ActionOriginPair=CreateAnImport___StartSession...

International Toolset - UPS TradeAbility (https://wwwapps.ups.com/tradeability?loc=en_US)

Screen Denied Parties (https://wwwapps.ups.com/tradeability/denied_parties?loc=en_US&WT.svl=SubNav)

Find Harmonized Codes (https://wwwapps.ups.com/tradeability/harmonize?loc=en_US&WT.svl=SubNav)

+ Show All (4)



This website uses cookies

This Site

We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.



| Other UPS Sites | + |
| --- | --- |
| Connect With Us | + |
| Legal | + |

Copyright ©1994- 2022 United Parcel Service of America, Inc. All rights reserved.

**This website uses cookies**  ✕
We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.