**COVID-19**
We are monitoring the impact of the COVID-19 outbreak. Stay connected with the latest service impacts here (/content/dam/fedex/meisa-middle-east/downloads/fedex-covid-19-service-impact.pdf).



**Afghanistan**
Due to the situation in the country, service to and from Afghanistan is temporarily disrupted. We will not accept shipments to or from Afghanistan at this time.


(https://www.fedex.com/en-ae/home.html)



# Shipping Services

# Shipping Services

Need to ship a package? Whether it's inbound, outbound, domestic or international, FedEx has a solution for you.

Need to ship a package? Whether it's inbound, outbound, domestic or international, FedEx has a solution for you.

[SHIP NOW (https://www.fedex.com/cgi-bin/ship_it/InternetShip?origincountry=AF&locallang=en&urlparams=af)](https://www.fedex.com/cgi-bin/ship_it/InternetShip?origincountry=AF&locallang=en&urlparams=af)

[SHIP NOW (https://www.fedex.com/lite/lite-ship.html?locale=en_AF&cntry_code=AF)](https://www.fedex.com/lite/lite-ship.html?locale=en_AF&cntry_code=AF)

## A World of Opportunity Awaits

Whether it's from country to country or continent to continent, FedEx helps connect your business to the world. See what's possible when you focus on your business and leave the shipping to us.

| FedEx International First® | International Priority® Express | International Priority® |
|---|---|---|
| FedEx International First® | | |

## FedEx International First is perfect for:

Early morning delivery to key destinations in the USA and Canada.

| Your Destination | Your Transit Time* |
|---|---|

| Your Destination | Your Transit Time* |
|---|---|
| USA | 2-3 business days by 08:30am to key destinations |
| Canada | 2-3 business days by 08:30am to key destinations |

## Package size

- Ship any package up to 68 kg (150lbs.)
- Unlimited weight on multiple-piece shipments to the same destination.
- Dimensions per package can be up to 274 cm (108") in length, or 330 cm (130") in length and girth combined.
- If you use your own packaging, dimensional weight may apply.

## Service features

- Free packaging
- Shipment tracking on fedex.com
- Custom-cleared service

Call Customer Service at **Tel:** +93793976721 to get a shipping quote and transit times.

Get transit times (https://www.fedex.com/ratefinder/home?cc=af&language=en&locId=express)

* Transit times and delivery commitments may vary depending on origin and destination. Find the delivery time for your shipment (https://www.fedex.com/en-af/shipping.html) or contact Customer Service (https://www.fedex.com/en-af/customer-support.html) for further details.

Please contact Customer Service (https://www.fedex.com/en-af/customer-support.html) for details or restrictions per country/territory.

## Additional Resources



### Customs made easier

Shipping across borders? FedEx helps you throughout the process step by step.

**LEARN MORE (HTTPS://WWW.FEDEX.COM/EN-AF/CUSTOMS-TOOLS.HTML)**



### Open an account

Open a FedEx account and take advantage of our services and solutions designed to meet all of your shipping needs.

[LEARN MORE (HTTPS://WWW.FEDEX.COM/EN-AF/OPEN-ACCOUNT.HTML)](https://www.fedex.com/en-af/open-account.html)

**OUR COMPANY**

About FedEx (https://www.fedex.com/en-af/about.html)

Careers (https://www.fedex.com/en-af/about/careers.html)

International Holiday Schedule (https://www.fedex.com/en-af/about/holiday-schedule.html#en_af)

Conditions of Carriage (http://www.fedex.com/af/services/terms/)

Binding Corporate Rules (https://www.fedex.com/content/dam/fedex-com/legal/Customer_BCRs_Extract.pdf)

**NEW CUSTOMER**

Open an Account (http://www.fedex.com/af/newcustomer/index.html)

**MORE FROM FEDEX**

Fuel Surcharges (https://www.fedex.com/en-af/shipping/surcharges.html)

Resources (http://www.fedex.com/af/about/resources)

FedEx Locations (https://www.fedex.com/locate/index.html?locale=en_Af)

**LANGUAGE**

Afghanistan (http://www.fedex.com/?location=home)

English

## FOLLOW FEDEX

(https://www.facebook.com/FedEx)  (https://twitter.com

© FedEx 1995-2022

Terms of Use (http://www.fedex.com/af/legal_terms.html)   |
Security and Privacy (https://www.fedex.com/en-af/privacy-policy.html)