**Afghanistan Travel Advisory**

Travel Advisory
January 18, 2022

Afghanistan - Level 4: Do Not Travel

Ⓤ Ⓗ Ⓚ Ⓞ Ⓒ Ⓣ

Do not travel to Afghanistan due to **civil unrest, armed conflict, crime, terrorism, kidnapping,** and **COVID-19**.

Travel to all areas of Afghanistan is unsafe. The Department of State assesses the risk of kidnapping or violence against U.S. citizens in Afghanistan is high.

The U.S. Embassy in Kabul suspended operations on August 31, 2021. While the U.S. government has withdrawn its personnel from Kabul, we will continue to assist U.S. citizens and their families in Afghanistan from Doha, Qatar.

Individuals seeking information on current consular support should review the Embassy website for instructions. Consular services remain available outside Afghanistan. To locate the nearest U.S. Embassy or Consulate click here. The Department of State will continue to provide information via the Smart Traveler Enrollment Program (STEP), Embassy Kabul's web page, Travel.State.Gov, and Facebook, and Twitter.

The Department of State has no higher priority than the safety and security of U.S. citizens overseas. U.S. citizens still in Afghanistan should:

- Enroll in the Smart Traveler Enrollment Program (STEP) to receive security updates and ensure you can be located in an emergency.
- Review your personal security plans.
- Be aware of your surroundings and local security developments at all times.
- Keep a low profile.
- Notify a trusted person of your travel and movement plans.

- Make contingency plans to leave when it is safe to do so that do not rely on U.S. government assistance.

- Monitor local media.

The Centers for Disease Control and Prevention (CDC) has not issued a [Travel Health Notice for Afghanistan](#) due to COVID-19, indicating an unknown level of COVID-19 in the country.

Resources for U.S. citizens in Afghanistan:

- State Department – Consular Affairs 833-741-2777 or 606-260-4379

- [AfghanistanACS@state.gov](#)

- [Embassy Citizens' Services Page](#)

- [Afghanistan Country Information](#)

- [Afghanistan Travel Advisory](#)

- Visit the [Department of Homeland Security's website](#) on the latest travel restrictions to the United States.

- Refer to [our website](#) for the latest Alerts and Messages for U.S. citizens.

Consult the [CDC website](#) for the most up-to-date information