# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*, <br><br> Creditors, <br><br> v. <br><br> THE TALIBAN, *et al.*, <br><br> Debtors, <br><br> FEDERAL RESERVE BANK OF NEW YORK, <br><br> Garnishee. | Case No. 03-cv-9848 (GBD)(SN) |

### NOTICE OF MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE UPON THE TALIBAN AND DA AFGHANISTAN BANK

PLEASE TAKE NOTICE that the undersigned attorneys for Movant-Creditors Fiona Havlish *et al.* (the "Havlish Creditors") respectfully move this Court, before the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, pursuant to Rules 69(a) and 4(f)(3) of the Federal Rules of Civil Procedure (and, in the alternative as to Da Afghanistan Bank, pursuant to Rule 69(a), Rule 4(j)(1), and 28 U.S.C. § 1608(b)(3)(C)), for the entry of an Order directing alternative service of the Havlish Creditors' Motion for Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York and supporting papers (MDL Dkts. 7763, 7764, 7764, 7766, 7768) upon the Taliban and supplemental alternative service

of the same upon Da Afghanistan Bank, and for such other and further relief as the Court deems appropriate. In support of this motion, the Havlish Creditors submit the attached: (1) Memorandum of Law in Support of the Havlish Creditors' Motion for an Order Directing Alternative Service Upon the Taliban and Da Afghanistan Bank, and (2) Declaration of Douglass A. Mitchell in Support of the Havlish Creditors' Motion for an Order Directing Alternative Service Upon the Taliban and Da Afghanistan Bank; and (3) a Proposed Order Granting Havlish Creditors' Motion for Alternative Service Upon the Taliban and Da Afghanistan Bank.

Dated: March 21, 2022

/s/ *Lee S. Wolosky*
Lee S. Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

Douglass A. Mitchell *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

Timothy B. Fleming (DC Bar No 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street, NW, #110
Washington, DC 20009-1813
(202) 467-4489

Dennis G. Pantazis
(AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC (Lead Counsel)
301 19th Street
North Birmingham, AL 35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN 46260
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE,
CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

Stuart H. Singer (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone 954 356 0011
Fax 954 356 0022

David A. Barrett
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Phone 212 446 2300

*Counsel for the Havlish Creditors*