# EXHIBIT 1




Every household in the U.S. is now eligible to order a second set of 4 free at-home COVID test kits at www.covidtests.gov.

About    Newsroom

## Service alerts

# International service disruptions

### International Mail Service Suspensions

**Updated: March 15, 2022**

The Postal Service™ is temporarily suspending international mail acceptance for certain destinations due to impacts related to the COVID-19 pandemic and other unrelated service disruptions. Customers: please refrain from mailing items addressed to the countries listed here, until further notice.

[View the suspensions]

**Related links**

Sure Money suspension to Peru
Money orders for select countries

Select one of the entries below to display disruption information for that location or event.

**Sort by:**

| Afghanistan - 8-20-21 | View |

| Name, ascending | Sort |

## Afghanistan

**8-20-21**

**Temporary Service Disruption**
The Postal Service™ has temporarily suspended international mail acceptance to Afghanistan due to service impacts related to the COVID-19 pandemic.

     

Copyright© 2022 United States Postal Service

Back to top