# EXHIBIT 3



**COVID-19**
We are monitoring the impact of the COVID-19 outbreak. Stay connected with the latest service impacts here (/content/dam/fedex/meisa-middle-east/downloads/fedex-covid-19-service-impact.pdf).



**Afghanistan**
Due to the situation in the country, service to and from Afghanistan is temporarily disrupted. We will not accept shipments to or from Afghanistan at this time.


(https://www.fedex.com/en-
(local).html)



# Shipping Services

# Shipping Services

Need to ship a package? Whether it's inbound, outbound, domestic or international, FedEx has a solution for you.