# EXHIBIT 4

3/16/22, 2:32 PM Case 1:03-md-01570-GBD-SN Document 7785-4 Filed 03/21/22 Page 2 of 2
Create a Shipment | DHL Express Shipping Labels | MyDHL+

If you are already registered in MyDHL+, Login Now.
From
Name
First Name and Last Name
Business Contact
Company
Country/Territory
Email Address
DHL will send shipment notifications to this email address
Phone Type
Code
Phone
Extension
Office
Add Another
EORI Number
Enter IOSS in Customs Declaration section
Residential Address
To
Name
First Name and Last Name
Cancel
Business Contact
Company
Country/Territory
Afghanistan
Address
Address 2
Address 3
Suburb
City
State
Email Address
DHL will send shipment notifications to this email address
Phone Type
Code
Phone
Extension
Office
93
Add Another
VAT/Tax ID
Enter IOSS in Customs Declaration section
EORI Number
Enter IOSS in Customs Declaration section
Residential Address
Notes about this contact
Clear Address

**IMPORTANT**
DHL Express service in Afghanistan is currently suspended. We will not be accepting shipments for this destination until further notice.

Don't show me this again

Next

https://mydhl.express.dhl/af/en/shipment.html#/?fromCountry=US&toCountry=AF&shipmentFromDashboard=true#address-details 1/1