# EXHIBIT 5

**Afghanistan**
Islamic Republic of Afghanistan

Do not travel to Afghanistan due to civil unrest, armed conflict, crime, terrorism, kidnapping, and COVID-19.

... [READ MORE]

Alerts     Embassy Messages

Security Alert: Threats at the Serena Hotel     Sun, 10 Oct 2021
Security Message: Suspension of Operations (August 31, 2021)     Tue, 31 Aug 2021
Security Alert – U.S. Embassy Kabul, Afghanistan (August 28, 2021)     Sun, 29 Aug 2021
Security Alert: U.S. Embassy Kabul (August 27, 2021)     Fri, 27 Aug 2021

View Alerts and Messages Archive

## Quick Facts

**PASSPORT VALIDITY:**

Must be valid for six months at time of entry

**BLANK PASSPORT PAGES:**

One page required for entry stamp

**TOURIST VISA REQUIRED:**

Yes

**VACCINATIONS:**

Polio vaccination up to 1 year before travel is recommended. See the U.S. Centers for Disease Control and Prevention Fact Sheet

**CURRENCY RESTRICTIONS FOR ENTRY:**

$20,000

**CURRENCY RESTRICTIONS FOR EXIT:**

$20,000