# EXHIBIT 9

 

 ABOUT US › Supreme Council

# Supreme Council

Supreme Council of DAB is known as highest decision-making and policy-making body of Da Afghanistan Bank. Members of Supreme Council are responsible to develop overall policies of DAB and supervise administration and its operations. Supreme Council of DAB is composed of seven members and the term for each member is five years. Supreme council of Da Afghanistan Bank sets a meeting once each three months or more frequently when needed. Their assignment is made through presidential decree



**Dr. Shah Mohammad Mehrabi, Member**

Based on DAB Governor office's proposal dated 13 Aqrab 1394 and presidential decree No. 1904 dated 28/9/1394, Shah Mohammad Mehrabi has been reappointed as member of the Supreme Council of Da Afghanistan Bank. Initially, he was designated to this post in 2008 on the basis of his work experience and expertise. Dr. Mehrabi has gained his bachelor's degree in economics from polytechnic university in California. He then completed his Master's degree in economics from Cincinnati University and obtained his doctorate degree in economics from the US. Dr. Mehrabi has served as senior advisor of economic policies at the finance ministry as well as instructed economics at master's and bachelor's level in Maine University. Moreover, he has chaired the Global Awareness Society International and Virginia Association of Economists and later served as Editor-in-Chief of Global Awareness Society's magazine. Adding to his track record, he has also served as member of North American Economic and Finance Association (NAEFA) and as member of the executive board of Middle East Economic Association. Dr. Mehrabi has great professional knowledge and proficiency in financial and banking fields and holds rich working and teaching experience. He has written many of scientific-professional articles about economics, finance, banking and development. Some prominent titles are: "Financial Sector in Afghanistan", "Central Banking and Monetary Policy in Mexico", "Development Planning and Policy-Making in Iran", "Afghanistan Customs Five-Year Strategic Plan", "Recent Developments in the Middle East", "Sudan's Tax Structure and Agriculture", "Foreign Direct Investment in Puerto Rico", "Economic Impact of OPEC".




### Katrin Fakiri, Member



Ms. Katrin Fakiri has been appointed as member of supreme council of DAB. Ms. Fakiri is holding BA in English from San Jose State University, US. She has also earned certificates in capacity-building of Microfinance Institutions, Training of Trainers (ToT) in Women's handicrafts from Italy and in Microfinance from Bangladesh.Before joining DAB as member of Supreme Council, Ms. Fakiri has served as HR director in US-based Net Centrex INC from 2000 to 2003. She started her career in Afghanistan in 2003 and has worked across various organizations. Ms. Fakiri founded and worked as CEO of PARWAZ organization in 2003 and after a year in 2004, she was appointed as HR director in First Microfinance Bank (FMFB). Ms. Katrin Fakiri remained as CEO of PARWAZ organization through 2008 following which she served as CEO of Microfinance Investment Support Facility for Afghanistan (MISFA) until 2013. Meanwhile, she also had the foundation board membership of Afghanistan Microfinance Association and established the basis for strategic policies and effective leadership in MISFA and Microfinance sector. Ms. Fakiri holds professional knowledge, expertise and work experience in Finance, Commerce, Legal affairs and HR. Moreover, she has 13 years of work experience in Finance and Management and 5 years in the field of HR. Among her masterworks is creating an effective marketing strategy along with efforts to build opportunities for businesses. She has the honor of receiving CGAP award over facilitating ground for more than 5000 Afghan women to launch small and medium enterprises.She has been recently appointed as member of Supreme Council of DAB as per the proposal of DAB's governor and presidential decree No. 1945 dated 20th September 2016.

### Abdul Wakil Muntazer, Member



Dr. Abdul Wakil Montazir has been appointed as member of DAB`s Supreme Council pursuant to proposal dated 31st March, 2018 by office of the governor and the presidential decree no. 422 dated 26 May, 2018. Mr. Abdul Wakil Montazir has obtained his bachelors degree in Economics from Kabul University, and Masters degree in business administration from University of Koln Germany and PHD in Economics from Australia. Mr. Abdul Wakil Montazir started his professional career as an assistant professor in the faculty of economics in Kabul University and held the position until 1977. Between the years 1992-1995, besides working as assistant professor, he also served as the director of The Statistics Department and member of the faculty. He has also served as the director of the economics faculty of Kabul University, for a tenure of seven years from 1992 to 1998. From 1998 to 2004, Mr. Montazir served as an academic member of Nangarhar University, while at the same time he was board member of the Economic Faculty as well. He has also been working as head of BBA department and member of academic council for Nangarhar University in years between 2005 to 2015. Dr. Abdul Wakil Montazir holds professional and specialized qualifications in the fields of business and finance, and possesses more than 40 years of experience in teaching finance and management.

### Muhammad Naim Azimi, Member



Mr. Muhammad Naim Azimi has been appointed as the member of DAB`s Supreme Council pursuant to proposal dated 31st March, 2018 by office of the governor and presidential decree no. 422 dated 26 May, 2018. Dr. Azimi holds bachelors and masters degree in Finance, while he has obtained his PHD in Econometrics from the Governmental University of Bondlakhand, India. In 2010, Dr. Azimi worked on a research paper under the title of "The Strategy of Reaching the international markets through using alternative cultivations" The paper has been awarded by Dr. Shakel Zaman Ansari the congress member and former prime minister of Bihar, India. Meanwhile, more than 28 of his academic researches are published in international journals of Canada, USA, England, and India. He has also published a number of his articles in domestic journals. Professor Dr. Azimi serves as one of the lecturers of the Statistics and Econometrics department of the Economics Faulty of Kabul University and he is a member of the Master's and Doctoral Higher Education Committee of the Ministry of Higher Education. Besides his lecturing responsibilities at the bachelors program of Kabul University, Dr. Azimi has also significantly contributed in teaching and guiding the masters programs of the mentioned faculty.

 

| | | |
|---|---|---|
| Laws | News | Vacancies |
| Regulations | Access to information | Internships |
| Islamic Banking Regulations | Public Awareness | Tender |
| Circulars | Publications | Complaint |

## Da Afghanistan Bank

| | |
|---|---|
| Address | : Ibni-Sina Watt. Kabul, Afghanistan |
| Phone | : +93 (20) 2104146 |
| Fax | : 0093 (20)2100305 |
| Email | : info@dab.gov.af |
| Open from | : SAT - Thursday (8:30 AM - 3:30 PM) |

Copyright © 2019 | DAB. All Rights Reserved

پښتو | دری