# EXHIBIT 11

# Press Release Of Da Afghanistan Bank On The Decision Of United States Of America Regarding The Foreign Exchange Reserves Of Afghanistan

https://www.dab.gov.af/press-release-da-afghanistan-bank-decision-united-states-america-regarding-foreign-exchange

Sat, Feb 12 2022 4:16 PM



12/02/2022

Da Afghanistan Bank (DAB) as Central Bank of Afghanistan, which is responsible to preserve and manage the International Foreign Exchange (FX)Reserves of the country as per the law, read the content of president of the United States of America's (USA) executive order on FX reserves of DAB held in the USA and in regard to this, expresses the following points:

1. Objectives of FX Reserves: As per the law and relevant regulations, FX reserves of Afghanistan are used to implement monetary policy, facilitate international trade and stabilize financial sector.

2. Ownership of FX Reserves: The real owners of these reserves are people of Afghanistan. These reserves were not and is not the property of governments, parties and groups and is never used as per their demand and decisions.

3. Management of FX Reserves: Considering the specified objectives, the FX reserves of Afghanistan is managed based on the international practices. Condition of these reserves are regularly and precisely monitored by DAB. A certain portion of these reserves are invested in the USA as per the accepted rules to be secure and be available to DAB for achieving the determined objectives.

Therefore, DAB considers the latest decision of USA on blocking FX reserves and allocating them to irrelevant purposes, injustice to the people of Afghanistan and will never accept if the FX reserves of Afghanistan is paid under the name of compensation or humanitarian assistance to others and wants the reversal of the decision and release of all FX reserves of Afghanistan.