# EXHIBIT 12

1099 NEW YORK AVENUE NW, SUITE 900, WASHINGTON, DC 20001-4412          J E N N E R & B L O C K LLP

March 20, 2022

Douglass Mitchell
Tel  +1 202 639 6090
DMitchell@Jenner.com

Dr. Shah Mohammed Mehrabi
Member, Supreme Council
Da Afghanistan Bank

Re:    Havlish, et al. v. the Taliban, et al., No. 1:03-cv-09848 (S.D.N.Y.); 1:03-md-1570
       (S.D.N.Y.)

Dear Dr. Mehrabi:

Enclosed please find copies of motion papers filed in the United States District Court for the
Southern District of New York on March 20, 2022 initiating a proceeding for turnover of assets
at the Federal Reserve Bank of New York in accounts held in the name of Da Afghanistan Bank.
Pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002, Pub.L. No. 107–
297, 116 Stat. 2322, 2337, codified at 28 U.S.C. § 1610 note, the motion papers seek to compel
turnover of those assets in satisfaction of the judgment entered against the Taliban in the above-
referenced case.

By this delivery, the enclosed papers are being served on Da Afghanistan Bank.  You are being
served with these papers in your capacity as a member of Da Afghanistan Bank's Supreme
Council.

Sincerely,

Douglass A. Mitchell
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202-639-6090
Email: dmitchell@jenner.com

CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC          WWW.JENNER.COM