**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| *In Re* Terrorist Attacks on September 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| Fiona Havlish, individually and on behalf of the Estate of Donald G. Havlish, Jr., Deceased, *et al.*,  Creditors,  v.  The Taliban, *et al.*,  Debtors,  Federal Reserve Bank of New York,  Garnishee. | Case No. 03-cv-9848 (GBD)(SN) |

**[PROPOSED] ORDER GRANTING HAVLISH CREDITORS' MOTION FOR ALTERNATIVE SERVICE UPON THE TALIBAN AND DA AFGHANISTAN BANK**

Upon consideration of the Havlish Creditors' motion for an order directing alternative service upon the Taliban and supplemental alternative service upon Da Afghanistan Bank pursuant to Federal Rules of Civil Procedure 69(a) and 4(f)(3), or, as to Da Afghanistan Bank, in the alternative pursuant to Rule 69(a), Rule 4(j)(1), and 28 U.S.C. § 1608(b)(3)(C), it is hereby:

ORDERED that the Havlish Creditors' motion is granted. Service upon The Taliban of the Havlish Creditors' turnover motion papers filed on March 20, 2022 ("Turnover Motion Papers") is AUTHORIZED through the following means:

1. By publication at least once in each of four (4) consecutive weeks, in the manner specified in N.Y. CPLR Rule 316, in *Al Quds Al-Arabi*, *Financial Times*, and the *New York Times*; AND

2. Via Twitter, through communication to the Twitter accounts of Taliban First Deputy Prime Minister Abudllah Azzam (@Abdullah_azzam7) and Taliban political spokesman Mohammad Naeem (@IeaOffice), or to any other Twitter accounts reported to belong to Taliban spokespersons.

IT IS FURTHER ORDERED that supplemental alternative service of the Turnover Motion Papers upon Da Afghanistan Bank (DAB) is AUTHORIZED through any of the following means:

1. By publication at least once in each of four (4) consecutive weeks, in the manner specified in N.Y. CPLR Rule 316, in *Al Quds Al-Arabi*, *Financial Times*, and the *New York Times*; AND

2. Via e-mail to DAB's official e-mail account, info@dab.gov.af, which is posted as DAB's official e-mail account on the official website of DAB, located at http://dab.gov.af/; AND

3. Via Twitter, through communication to the official Twitter account of DAB, @AFGCentralbank, which is linked to on the official website of DAB; AND

4. If feasible, via personal delivery to the central offices of DAB located at Ibni-Sina Watt, Kabul, Afghanistan or via any other means authorized under the laws of Afghanistan.

**SO ORDERED**:

_____
Hon. Sarah Netburn

Date:_____