**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                                      :
IN RE:                                :
                                      :                    ORDER
TERRORIST ATTACKS ON                  :
SEPTEMBER 11, 2001                    :        03 MDL 1570 (GBD) (SN)
                                      :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On September 17, 2021, Magistrate Judge Netburn ordered that any affirmative expert reports in

the actions against Saudi Arabia and Dallah Avco shall be filed by April 1, 2022. (Order, ECF No.

7117.) The Order warned the parties that "[t]he Court does not expect to modify this schedule barring

extraordinary circumstances." It explained that "[s]uch circumstances will not include delays in the

Government's compliance with the President's September 3, 2021, Executive Order."

On March 11, 2022, Plaintiffs moved for a two-month extension to serve expert reports on the

grounds that the government's disclosure process would be delayed. Magistrate Judge Netburn denied

the motion, because "the Plaintiffs seek this extension on a ground (delays in governmental production)

that the Court explicitly stated it would not entertain." (Order, ECF No. 7752, at 2.)

On March 16, 2022, the Plaintiffs filed objections to Magistrate Judge Netburn's Order denying

their request for an extension. Plaintiffs' objections are overruled because their request for an extension

is based on grounds that the court explicitly stated would not be sufficient to grant such an extension.

Magistrate Judge Netburn's order denying Plaintiffs' request for an extension is neither clearly erroneous

nor contrary to law. It is hereby AFFIRMED.

The parties are ordered to proceed according to the schedule set out in Magistrate Judge

Netburn's September 17, 2021 Order.

Dated: March 22, 2022
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge