# Attachment A

| | End Date 3/22/2022 | End Date 3/23/2022 | End Date 3/24/2022 | End Date 3/25/2022 | End Date 3/26/2022 | End Date 3/27/2022 | End Date 3/28/2022 |
|---|---|---|---|---|---|---|---|
| Starting Amount (PV)? | $ 3,117,082,655.33 | $ 3,117,082,655.33 | $ 3,117,082,655.33 | $ 3,117,082,655.33 | $ 3,117,082,655.33 | $ 3,117,082,655.33 | $ 3,117,082,655.33 |
| Annual Interest Rate? | 4.96% | 4.96% | 4.96% | 4.96% | 4.96% | 4.96% | 4.96% |
| Days | 7,496 | 7,497 | 7,498 | 7,499 | 7,500 | 7,501 | 7,502 | 7,503 |
| Start Date | 9/11/2001 | 9/11/2001 | 9/11/2001 | 9/11/2001 | 9/11/2001 | 9/11/2001 | 9/11/2001 |
| End Date | 3/22/2022 | 3/23/2022 | 3/24/2022 | 3/25/2022 | 3/26/2022 | 3/27/2022 | 3/28/2022 |
| Compounding? | Annually | Annually | Annually | Annually | Annually | Annually | Annually |
| Days In Year? | 365 | 365 | 365 | 365 | 365 | 365 | 365 |
| Interest Earned: | $ 5,304,827,812.21 | $ 5,305,943,168.37 | $ 5,307,058,524.54 | $ 5,308,173,880.70 | $ 5,309,289,236.86 | $ 5,310,404,593.02 | $ 5,311,519,949.19 |
| Annual Percentage Yield (APY): | 4.9581% | 4.9581% | 4.9581% | 4.9581% | 4.9581% | 4.9581% | 4.9581% |
| Daily Interest Rate: | 0.0136% | 0.0136% | 0.0136% | 0.0136% | 0.0136% | 0.0136% | 0.0136% |

Left panel (inputs/outputs):

| | |
|---|---|
| Starting Amount (PV)? | $3,117,082,655.33 |
| Annual Interest Rate? | 4.9600% |
| Days (-9,999 < # < 47,482)? | 7,496 |
| Start Date (year > 1969)? | 09/11/2001 |
| End Date (year < 2100)? | 03/21/2022 |
| Compounding? | Annually |
| Days In Year? | 365 |
| Interest Earned: | $5,303,712,456.05 |
| Future Value (FV): | $8,420,795,111.38 |
| Annual Percentage Yield (APY): | 4.9581% |
| Daily Interest Rate: | 0.0136% |