# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | **[PROPOSED] ORDER**<br><br>03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document applies to:  *Federal Ins. Co. v. al Qaida,* Case No. 1:03-cv-06978 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

By letter application dated December 22, 2021, certain Plaintiffs in *Federal Ins. Co. v. al Qaida,* Case No. 1:03-cv-06978 (GBD) (SN), requested that this Court extend its prior rulings on their Motion for Assessment of Damages against Al Qaeda and Hezbollah to another defaulted defendant, the Taliban, and enter a partial final judgment in favor of Plaintiffs and against the Taliban in accordance with those prior rulings, pursuant to Fed. R. Civ. P. 54(b).  ECF No. 7498. Default Judgment as to liability against the Taliban in this action was entered on April 7, 2006 (*Federal Ins.* Dkt. No. 626), at the same time default was entered as to Al Qaeda and Hezbollah, on the basis of the same claims.

For the reasons set forth in the Court's Memorandum Decision and Order dated December 16, 2011 (ECF No. 2502), adopting the Report and Recommendation made by Magistrate Judge Frank Maas recommending that Plaintiffs be awarded damages relative to their property damage claims, partial final judgment pursuant to Fed. R. Civ. P. 54(b) is hereby entered against defendant the Taliban and in favor of the Plaintiffs as follows:

| PLAINTIFF | COMPENSATORY DAMAGES | TREBELED AWARD |
|---|---|---|
| Vigilant Insurance Company | $42,305,933.24 | $126,917,799.72 |
| Chubb Custom Insurance Company | $612,585.00 | $1,837,755.00 |
| Chubb Indemnity Insurance Company | $4,083,878.20 | $12,251,634.60 |
| Federal Insurance Company | $1,513,667,597.39 | $4,541,002,792.17 |
| Chubb Insurance Company of New Jersey | $412,681.71 | $1,238,045.13 |
| Chubb Insurance Company of Canada | $50,452,395.71 | $151,357,187.13 |
| Pacific Indemnity Company | $9,936,536.66 | $29,809,609.98 |
| Great Northern Insurance Company | $595,997,113.79 | $1,787,991,341.37 |
| AXA Art Insurance Corp. | $14,287,543.00 | $42,862,629.00 |
| AXA Global Risks (UK) Ltd. | $10,986,623.57 | $32,959,870.71 |
| AXA CSA UK Branch | $64,779,883.00 | $194,339,649.00 |
| AXA Insurance Company | $131,696,044.96 | $395,088,134.88 |
| AXA Reinsurance Company | $82,714,778.00 | $248,144,334.00 |
| AXA RE | $105,790,023.00 | $317,370,069.00 |
| AXA RE Canadian Branch | $26,138,407.11 | $78,415,221.33 |
| AXA RE UK Plc | $18,162,701.70 | $54,488,105.10 |
| AXA Versicherung | $923,053.00 | $2,769,159.00 |
| SPS RE | $84,305,160.00 | $252,915,480.00 |
| American Alternative Insurance Company | $3,922,782.07 | $11,768,346.21 |

| | | |
|---|---|---|
| **Princeton Excess and Surplus Lines Insurance Company** | $3,796,292.50 | $11,388,877.50 |
| **Great Lakes UK Reinsurance Company** | $99,511,427.02 | $298,534,281.06 |
| **OneBeacon Insurance Company** | $176,514,985.40 | $529,544,956.20 |
| **TIG** | $76,084,229.30 | $228,252,687.90 |
| **Total** | $3,117,082,655.33 | $9,351,247,965.99 |

The Court further directs that Plaintiffs be awarded prejudgment interest at a rate of 4.96%, compounded annually.  In addition, pursuant to Fed. R. Civ. P. 62(a), the Court directs that the stay of execution imposed under Rule 62(a) is lifted so that Plaintiffs be permitted to execute on and enforce the judgment immediately.  The Clerk of the Court is directed to prepare and enter a final judgment, which shall include the calculation of prejudgment interest.

Dated:  New York, New York  
        March _____, 2022

**SO ORDERED:**

_____  
HON. GEORGE B. DANIELS  
United States District Judge