UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL., <br><br>Plaintiffs-Judgment Creditors, v. <br><br>OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC; <br><br>Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Respondents Oaktree Capital Management, L.P., Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC.

Dated: New York, New York
March 28, 2022

SEWARD & KISSEL LLP

By: _s/ Bruce G. Paulsen_
Bruce G. Paulsen (NY 2034510)
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
paulsen@sewkis.com