UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL.,<br><br>Plaintiffs-Judgment Creditors, v.<br><br>OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC;<br><br>Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC submit the following corporate disclosure statement. Fleetscape Suez Rajan, LLC ("FSR") is a subsidiary of Fleetscape Capital Holdings Limited ("Fleetscape Holdings"). Oaktree Capital Management, L.P. ("OCM") provides investment advisory services to Oaktree Desert Sky Investment Fund II, L.P., which is a 100% shareholder of Fleetscape Holdings. OCM is an indirect subsidiary of Brookfield Asset Management Inc. (NYSE: BAM, TSX: BAM.A), a publicly held corporation.

Date:   March 28, 2022

                                                 SEWARD & KISSEL LLP

                                        By:   *s/Bruce G. Paulsen*

Bruce G. Paulsen (paulsen@sewkis.com)
Brian P. Maloney (maloney@sewkis.com)
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Respondents Oaktree Capital Management, L.P., Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC*