UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL., <br><br> Plaintiffs-Judgment Creditors, <br><br> v. <br><br> OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC; <br><br> Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

## DECLARATION OF CHRISTIAN TOBIAS BACKER

I, Tobias Backer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Adviser to Fleetscape Capital Limited, a Cayman Islands limited company ("Fleetscape Capital"), and have held that position since 2017. I have personal knowledge of the facts below.

2. The telephone number referred to in Plaintiffs' turnover motion is one of my mobile phone numbers. Prior to my work with Fleetscape Capital, I lived and worked in New York City in the ship financing industry. Although I used to live in New York and have since maintained a New York phone number, I have lived in London since January 2020.

3. Neither Fleetscape Suez Rajan LLC ("FSR"), Fleetscape Capital, nor Fleetscape Capital Holdings Limited ("Fleetscape Holdings") have any offices or operations in the state of New York. Neither FSR, Fleetscape Capital, nor Fleetscape Holdings conduct any business within the state of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28th, 2022.

Christian Tobias Backer

1