Exhibit 2



# Republic of the Marshall Islands

Office of the Maritime Administrator

## Permanent Certificate of Registry

Certificate Number

252–12

---

IMO NO.: 9524475    OFFICIAL NO.: 4319    CALL LETTERS: V7WJ9    SERVICE: OIL TANKER

VESSEL NAME: SUEZ RAJAN    HOME PORT: Majuro

---

THIS IS TO CERTIFY THAT pursuant to the provisions of the Republic of the Marshall Islands Maritime Act 1990,
EFFIE P. PARASKEVOPOULOU having submitted the required declaration of ownership does depose and say that:

| NAME | RESIDENCE | CITIZENSHIP | PROPORTION |
|---|---|---|---|
| SUEZ RAJAN LIMITED | Majuro, Marshall Islands | Marshall Islands | 100% |

is (are) the sole owner of the herein named and described vessel

---

FORMER NAME:    YEAR BUILT: 2011

BUILT BY: HYUNDAI HEAVY INDUSTRIES CO. LTD    PLACE BUILT: South Korea

CLASS SOCIETY: American Bureau of Shipping    GROSS TONS: 81282    NET TONS: 52295

(DUAL TONNAGE VESSEL)    GROSS TONS: N/A    NET TONS: N/A

ENGINE MANUFACTURER: B&W HYUNDAI

NO. AND TYPE OF ENGINES: 1/ B&W 6S70MC–C8 HYUNDAI    PROPELLING POWER(KW): 19620

NUMBER OF MASTS: 3    NUMBER OF DECKS: 1    HULL MATERIAL: STEEL

LENGTH: 265.16 M    BREADTH: 48.00 M    DEPTH: 23.10 M    HEIGHT(if applicable): N/A

---

and WHEREAS the Republic of the Marshall Islands Maritime Administrator, approved the application of the
aforesaid owner for registration of the vessel and whereas the owner has complied with the requirements for registration and
submitted same, the vessel is therefore duly registered under the laws of the Republic of the Marshall Islands.

Issued by the Authority of the Maritime Administrator of the Republic of the
Marshall Islands at Piraeus, Greece this 13th day of July, 2012.

Guy E. C. Maitland
Senior Deputy Commissioner

Dimitra Tzima

MI–201 (Rev. 10/11)