# Exhibit 3

CERTIFICATE NO.:11208403-3190270-001

# SAFETY MANAGEMENT CERTIFICATE

Issued under the provisions of the **INTERNATIONAL CONVENTION FOR THE SAFETY OF LIFE AT SEA, 1974,** as amended under the authority of the Government of

## THE REPUBLIC OF THE MARSHALL ISLANDS

by the **AMERICAN BUREAU OF SHIPPING**



| | |
|---|---|
| Name of Ship: | SUEZ RAJAN |
| Distinctive Number or Letters: | 4319 |
| Port of Registry: | Majuro |
| Type of Ship¹: | Oil Tanker |
| Gross Tonnage: | 81282 |
| IMO Number: | 9524475 |
| Name and address of the Company: (see paragraph 1.1.2 of the ISM Code) | **EMPIRE NAVIGATION INC.**<br><br>**88 VOULIAGMENIS AVENUE**<br><br>**167 77 ELLINIKO   Greece** |
| Company identification number: | **5489554** |

**THIS IS TO CERTIFY THAT** the Safety Management System of the ship has been audited and that it complies with the requirements of the International Management Code for the Safe Operation of Ships and for Pollution Prevention (ISM Code), following verification that the Document of Compliance for the Company is applicable to this type of ship.

This Safety Management Certificate is valid until ____**18 August 2021**____ , subject to periodical verification and the Document of Compliance remaining valid.

Completion date of the audit on which this certificate is based ____19 August 2016____ :

Issued at:    Rotterdam, The Netherlands
(place of issue of the document)

Date of Issue:    19 August 2016

Huizinga, Hendrik, Rotterdam Port
(Signature of the duly authorized official issuing the certificate)

¹ Insert the type of ship from among the following: Passenger Ship; Passenger High Speed Craft; Cargo High Speed Craft; Bulk Carrier; Oil Tanker; Chemical Tanker; Gas Carrier; Mobile Offshore Drilling Unit; Other Cargo Ship. For "Other Cargo Ship" specify detail type in adjacent field.

ISM-SMC-MI    O2K Rev 6    Page 1 of 3

**CERTIFICATE NO.:** 11208403-3190270-001

## ENDORSEMENT FOR PERIODICAL VERIFICATION AND ADDITIONAL VERIFICATION
(if required)

**THIS IS TO CERTIFY THAT**, at the periodical verification in accordance with regulation IX/6.1 of the Convention and paragraph 13.8 of the ISM Code, the Safety Management System was found to comply with the requirements of the ISM Code.

**Intermediate Verification**
(to be completed between the second and third anniversary date)

Signed: *Emmanouil Angelinas*
(Signature of authorized official)

Place: Port Said, Egypt

Date: 10. June. 2019

**Additional Verification***

Signed: _____
(Signature of authorized official)

Place: _____

Date: _____

**Additional Verification***

Signed: _____
(Signature of authorized official)

Place: _____

Date: _____

**Additional Verification***

Signed: _____
(Signature of authorized official)

Place: _____

Date: _____

---

* If applicable. Reference is made to the relevant provisions of section 3.2 "Initial verification" of the Revised Guidelines on Implementation of the International Safety Management (ISM) Code by Administrations adopted by the Organization by resolution A.1071(28).

ISM-SMC-MI                              O2K Rev 6                              Page 2 of 3

Certificate No.:11208403-3190270-001

## ENDORSEMENT WHERE THE RENEWAL VERIFICATION HAS BEEN COMPLETED AND PART B 13.13 OF THE ISM CODE APPLIES

The ship complies with the relevant provisions of part B of the ISM Code, and the Certificate should, in accordance with part B 13.13 of the ISM Code, be accepted as valid until _____

Signed: _____
(Signature of authorized official)

Place: _____

Date: _____

## ENDORSEMENT TO EXTEND THE VALIDITY OF THE CERTIFICATE UNTIL REACHING THE PORT OF VERIFICATION WHERE PART B 13.12 OF THE ISM CODE APPLIES OR FOR A PERIOD OF GRACE WHERE PART B 13.14 OF THE ISM CODE APPLIES

This Certificate should, in accordance with part B 13.12 or Part B13.14 of the ISM Code, be accepted as valid until _____

Signed: _____
(Signature of authorized official)

Place: _____

Date: _____