# Exhibit 4

 

| **Vessel:** Suez Rajan | CRR -  V2.0 |
|---|---|

## APPENDIX I – Vessel particulars

**Vessel name**: Suez Rajan

**IMO number**: 9524475

**Date of delivery**: 26-Aug-2011

**Port of registry**: Majuro

**Flag**: Marshall Islands

**Class**: American Bureau of Shipping (ABS)

**Owners:** SUEZ RAJAN LIMITED

**Managers:** EMPIRE NAVIGATION INC

**DWT:** 157,497 DWT

**GT**: 81,282 GT

**Main engine manufacturer**: HHI ENGINE & MACHINERY DIV; MAN B&W.

**Model**: 6S70MC-C8

**Total power**: 19,620 kW

**Rated speed**: 91 RPM

**Auxiliary engines maker**:  HHI ELECTRO ELECTRIC SYSTEM; MAN B&W

**Previous names:** Suez Pearl

**Capacity:** Cargo Oil Tank Capacity: Volume (CuM): 173,920.20; Weight (Tonnes): 170,441.80