# Exhibit 5

REPUBLIC OF THE MARSHALL ISLANDS
OFFICE OF THE REGISTRAR OF CORPORATIONS

# CERTIFICATE OF FORMATION
## OF LIMITED LIABILITY COMPANY

I HEREBY CERTIFY that

**FLEETSCAPE SUEZ RAJAN, LLC**
Reg. No. 964962

is duly formed and has filed a Certificate of Formation under the provisions of the Marshall Islands Limited Liability Company Act on

**October 8, 2020**

WITNESS my hand and the official seal of the Registry on **October 8, 2020**.

Laura Eastwood
Deputy Registrar



Certified true copy of an original document

Michael Burgess
Solicitor
10 February 2021