```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Agyeman v. The Islamic Republic of Iran, No. 18-cv-05320
    Bodner v. The Islamic Republic of Iran, No. 19-cv-11776

Several motions in member cases in this multidistrict litigation remain open, despite having been resolved. Those resolutions are reflected on the main MDL docket, but not on the member case docket. Accordingly, the Clerk of the Court is respectfully directed to terminate the following motions:

- Agyeman v. The Islamic Republic of Iran, No. 18-cv-05320, ECF No. 179 (resolved by In Re Terrorist Attacks, No. 03-md-1570, ECF No. 7523);

- Bodner v. The Islamic Republic of Iran, No. 19-cv-11776, ECF No. 57 (resolved by In Re Terrorist Attacks, No. 03-md-1570, ECF No. 7522); and

- Bodner v. The Islamic Republic of Iran, No. 19-cv-11776, ECF No. 70 (resolved by In Re Terrorist Attacks, No. 03-md-1570, ECF No. 7527).

**SO ORDERED.**

Dated: March 29, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge