# EXHIBIT "A"

| DECEDENT FIRST NAME | DECEDENT LAST NAME | CIVIL DOCKET # | 9/11 CLAIMANT'S PAIN AND SUFFERING AWARD ECF NO. | TOTAL FINAL JUDGMENT PAIN AND SUFFERING AWARD |
|---|---|---|---|---|
| Stephen | Dimino | 02-cv-7209 | 54 | $2,000,000 |
| Jonathan | Connors | 02-cv-7209 | 54 | $2,000,000 |
| Ian | Schneider | 02-cv-7209 | 54 | $2,000,000 |
| Esmerlin | Salcedo | 02-cv-7209 | 54 | $2,000,000 |
| | | | | |