# EXHIBIT "B"

| DECEDENT FIRST NAME | DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | CIVIL DOCKET # | 9/11 CLAIMANT'S SOLATIUM AWARD ECF NO. | TOTAL FINAL JUDGMENT SOLATIUM AWARD |
|---|---|---|---|---|---|---|---|
| Stephen | Dimino | Nancy | Dimino | Wife | 02-cv-7209 | 54 | $12,500,000 |
| Stephen | Dimino | Sabrina | Dimino | Daughter | 02-cv-7209 | 54 | $8,500,000 |
| Stephen | Dimino | Gigi | Dimino-Ebert | Sister | 02-cv-7209 | 54 | $4,250,000 |
| Jonathan | Connors | Susan | Connors | Wife | 02-cv-7209 | 54 | $12,500,000 |
| Jonathan | Connors | Jonathan | Connors | Son | 02-cv-7209 | 54 | $8,500,000 |
| Jonathan | Connors | James | Connors | Son | 02-cv-7209 | 54 | $8,500,000 |
| Ian | Schneider | Cheryl | Schneider | Wife | 02-cv-7209 | 54 | $12,500,000 |
| Ian | Schneider | Rachel | Schneider | Daughter | 02-cv-7209 | 54 | $8,500,000 |
| Ian | Schneider | Jake | Schneider | Son | 02-cv-7209 | 54 | $8,500,000 |
| Ian | Schneider | Sophie | Schneider | Daughter | 02-cv-7209 | 54 | $8,500,000 |
| Esmerlin | Salcedo | Matilde | Salcedo | Wife | 02-cv-7209 | 54 | $12,500,000 |
| Esmerlin | Salcedo | Amber | Salcedo | Daughter | 02-cv-7209 | 54 | $8,500,000 |
| Esmerlin | Salcedo | Kayla | Salcedo | Daughter | 02-cv-7209 | 54 | $8,500,000 |
| Esmerlin | Salcedo | Markos | Salcedo | Son | 02-cv-7209 | 54 | $8,500,000 |
| Esmerlin | Salcedo | Melody Ann | Salcedo | Daughter | 02-cv-7209 | 54 | $8,500,000 |