**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                                  **Civil Action No.**
SEPTEMBER 11, 2001                                          **03 MDL 1570 (GBD) (SN)**


-----------------------------------------------------------x

**This document relates to:**
*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.,*
    Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.,*
    Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.,* Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia,* Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-44 (GBD)(SN)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern

District of New York, I, John C. Duane, hereby move this Court for an Order for admission to

practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned matters.

I am a member in good standing of the bar of the State of South Carolina. There are no

pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred or denied admission or

readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Date: March 29, 2022                    Respectfully Submitted,

John C. Duane
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9271
Facsimile: (843) 216-9450
Email: jduane@motleyrice.com