UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | |
| JOHN DOES 1 THROUGH 7,<br><br>    *Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>    *Judgment Debtors,*<br><br>and<br><br>THE FEDERAL RESERVE BANK OF NEW YORK,<br><br>    *Garnishee.* | Case No. 1:03-md-01570-GBD-SN<br><br>Misc Action No. 1:20-mc-00740-GBD |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of the Doe Creditors' Motion for Turnover of Assets from Garnishee Federal Reserve Bank of New York, DE 79, was provided to Da Afghanistan Bank via Twitter, in both Pashto and English, at the following Twitter account: @AFGCentralBank on March 30, 2022. *See* Exhibit A. @AFGCentralBank is the official twitter account for Da Afghanistan Bank. *See* Exhibit B.

    Respectfully submitted,

    **do Campo & Thornton, P.A.**
    150 S.E. 2nd Avenue, Ste. 602
    Miami, Florida 33131
    (305) 358-6600

        s/ *Orlando do Campo*
        Orlando do Campo

1

Bar Code: OD1969
od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo