Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

## Tweet

**John Does 1 through 7**
@Does1Through7

@AFGCentralbank



JOHN DOES 1 THROUGH 7,

*Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,    Misc Action No. 1:20-mc-00740-GBD

*Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF
NEW YORK,

*Garnishee.*

**NOTICE OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM
GARNISHEE FEDERAL RESERVE BANK OF NEW YORK**

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of the
Doe Creditors' Motion For Turnover Of Assets From Garnishee Federal Reserve Bank Of New
York, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe
Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States
District Judge for the Southern District of New York, at the Daniel Patrick Moynihan
Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge
Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the
Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York

1

Case 1:20-mc-00740-GBD   Document 79   Filed 03/20/22   Page 2 of 2

10007, for an Order granting the turnover of Da Afghanistan Bank's assets sufficient to satisfy
Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York.

Dated: March 20, 2022

Respectfully submitted,

do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By:   *s/ Orlando do Campo*
Orlando do Campo
Bar Code: OD1969
od@dandtlaw.com

*s/John Thornton*
John Thornton *(pro hac vice)*
jt@dandtlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2022, I electronically filed the foregoing
document with the Clerk of the Court using CM/ECF.

*s/ Orlando do Campo*
Orlando do Campo

ALT

محمد سهيل شاهين .Zabihullah ( ذبـــيح الله م..) and Suhail Shaheen

9:44 AM · Mar 30, 2022 · Twitter Web App

**Relevant people**

John Does 1 through 7
@Does1Through7

Da Afghanistan Bank-...    Follow
@AFGCentralbank
دیدگاه د افغانستان بانک را فراهم نمودن بهترین شیوه
ها و دستورالعمل های بین المللی در ساحه تحکیم ثبات
قیم، ایجاد نظام سالم مالی و رشد فراگیر اقتصادی
شکل میدهد.

Zabihullah ( ذبـــيح الله م..)    Follow
@Zabehulah_M33
Official Twitter Account of the
Spokesman of Islamic Emirate of
Afghanistan, Zabihullah Mujahid

**What's happening**

War in Ukraine · LIVE
War in Ukraine continues as
Russia says it will cut back
military operations near Kyiv

RSVP Magazine ✓ · Last night
Jada Pinkett Smith breaks
silence after husband Will
slapped Chris Rock following
alopecia joke

Entertainment · Last night
A viral image of the altercation
between Chris Rock and Will
Smith has been digitally altered,
fact-checkers report

Entertainment · Trending
#RHOA
3,252 Tweets

Teen Vogue ✓ · Yesterday
BTS's Jungkook Tests Positive for
COVID-19, Days Before Grammys
Trending with jungkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

John Does 1 throu...
@Does1Through7



# Tweet

**John Does 1 through 7**
@Does1Through7

## @AFGCentralbank




ALT

 Zabihullah (ذبـیـح الله م..) and Suhail Shaheen. محمد سهیل شاهین

9:40 AM · Mar 30, 2022 · Twitter Web App

View Tweet activity

Tweet your reply

Reply

### Relevant people

**John Does 1 through 7**
@Does1Through7

 **Da Afghanistan Bank-...**
@AFGCentralbank    Follow
دیدگاه د افغانستان بانک را فراهم نمودن بهترین شیوه ها و دستورالعمل های بین المللی در ساحه تحکیم ثبات قیم، ایجاد نظام سالم مالی و رشد فراگیر اقتصادی شکل میدهد.

 **Zabihullah (ذبـیـح الله م..)**
@Zabehulah_M33    Follow
Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid

### What's happening

War in Ukraine · LIVE
**War in Ukraine continues as Russia says it will cut back military operations near Kyiv**


RSVP Magazine · This morning
**Jada Pinkett Smith breaks silence after husband Will slapped Chris Rock following alopecia joke**


Entertainment · Last night
**A viral image of the altercation between Chris Rock and Will Smith has been digitally altered, fact-checkers report**

Music · Trending
**As It Was**
319K Tweets

Entertainment · Trending
**#RHOA**
The trailer for Season 14 of the Real Housewives of Atlanta is here 🍑
Trending with Marlo, Sheree

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

## Navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**John Does 1 throu…**
@Does1Through7