twitter.com/AFGCentralbank 



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



# Da Afghanistan Bank- Afghanistan
5,353 Tweets

## Da Afghanistan Bank- Afghanistan
@AFGCentralbank

دیدگاه د افغانستان بانک را فراهم نمودن بهترین شیوه ها و دستورالعمل های بین المللی در ساحه تحکیم ثبات قیم، ایجاد نظام سالم مالی و رشد فراگیر اقتصادی شکل میدهد.

Translated from Persian by Google

The vision of Afghanistan Bank is to provide the best international practices and guidelines in the field of strengthening the stability of the trustee, creating a sound financial system and inclusive economic growth.

📍 Ibni-Sina Watt, Kabul AFG   🔗 dab.gov.af   📅 Joined February 2015

**17** Following   **39.9K** Followers

Not followed by anyone you're following

**Tweets** | Tweets & replies | Media | Likes



**Da Afghanistan Bank- Afghanistan** @AFGCentralbank · 5h

March 30, 2022 – Da Afghanistan Bank held a Street Photo Exhibition in the eastern part of the Zarnigar Park in front of the Kabul Serena Hotel to depict the life conditions of the people of Afghanistan and requested the United States of America to

dab.gov.af/street-exhibit...



💬 1    🔁 1    ♥ 18