UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001

---

JOHN DOES 1 THROUGH 7,

 *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
 and THE HAQQANI NETWORK,

 *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF
 NEW YORK,

 *Garnishee.*

---

Case No. 1:03-md-01570-GBD-SN

Misc Action No. 1:20-mc-00740-GBD

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the Notice of the Doe Creditors' Motion for Turnover of Assets from Garnishee Federal Reserve Bank of New York, DE 79, was provided to the Taliban via Twitter, in both Pashto and English, at the following Twitter accounts: @Zabehulah_M33, @leaoffice, @QyAhmadi21, and @suhailshaheen1 on March 30, 2022. *See* Exhibit A.

 According to Twitter, @Zabehulah_M33 is the official Twitter account of the spokesman of the Islamic Emirate of Afghanistan, Zabiullah Mujahid. *See* Exhibit B. Zabiullah Mujahid is a senior Taliban official who previously served as the spokesman for the Taliban. Mujahid reported on Taliban activity in central, eastern, and northern Afghanistan. Following the Taliban's takeover of Afghanistan in August 2021, on September 7, it was announced that

Mujahid will serve as the deputy minister of information and broadcasting of the Taliban's "government" in Afghanistan.[1]

The account @leaoffice is the official Twitter account for the spokesman of the political office of the Islamic Emirate of Afghanistan, Dr. Mohammad Naeem Wardak. *See* Exhibit C. Dr. Mohammad Naeem Wardak is the current Taliban "government's" spokesperson in the Qatar office. He has served the Taliban in Qatar since 2013, when the Taliban's first political office opened there and has been in charge of strategic and foreign relations.[2]

The account @QyAhmadi21 is the official Twitter account of the spokesman of the Islamic Emirate of Afghanistan, Qari Yousaf Ahmadi. *See* Exhibit D. Qari Yousaf Ahmadi is one of two Taliban "government" spokesmen, the other being Zabiullah Mujahid. Qari Yousaf Ahmadi has been a spokesperson for the Taliban since 2006, when he reached out to different news outlets to offer Taliban messages about Afghanistan.[3]

The account @suhailshaheen1 is the official twitter account of the Islamic Emirate of Afghanistan's permanent representative designated to the United Nations, Suhail Shaheen. *See* Exhibit E. Suhail Shaheen is currently the Taliban "government's" permanent representative-designee to the United Nations. Prior to this post, Shaheen was the Taliban's second Secretary and Deputy Ambassador of the Afghanistan embassy in Pakistan. He was also the Taliban's Doha/Qatar official political spokesperson.[4]

Respectfully submitted,

**do Campo & Thornton, P.A.**
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600

s/ *Orlando do Campo*
Orlando do Campo
Bar Code: OD1969
od@dandtlaw.com

---

[1] *See* https://www.counterextremism.com/extremists/zabiullah-mujahid
[2] *See* http://www.afghan-bios.info/index.php?option=com_afghanbios&id=2874&task=view&total=581&start=557&Itemid=2
[3] *See* https://www.france24.com/en/video/20210902-cyril-payen-interviews-taliban-spokesman-qari-yusuf-ahmadi; *see also*, https://www.nbcnews.com/id/wbna12909608, http://news.bbc.co.uk/2/hi/south_asia/5349330.stm.
[4] *See* http://www.afghan-bios.info/index.php?option=com_afghanbios&id=2464&task=view&total=22&start=14&Itemid=2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*  
Orlando do Campo