- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**John Does 1 through 7**
@Does1Through7

@Zabehulah_M33 @suhailshaheen1 @leaoffice @QyAhmadi21



ALT

9:46 AM · Mar 30, 2022 · Twitter Web App

View Tweet activity

Tweet your reply    Reply

@Does1Through7 John Does 1 throu...

---

Search Twitter

**Relevant people**

**John Does 1 through 7**
@Does1Through7

**Zabihullah (ذبــــيح الله م..)**  Follow
@Zabehulah_M33
Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid

**Suhail Shaheen. شاهين ...**  Follow
@suhailshaheen1
IEA Permanent Rep-desig. to UN, Head, Political Office, former Negotiations Team's Member دفتر دسياسي مصر، دملګرو ملتونو لپاره نومول شوی دا.ا. ا. دايمي استازی.

**What's happening**

War in Ukraine · LIVE
War in Ukraine continues as Russia says it will cut back military operations near Kyiv

RSVP Magazine · Earlier today
Jada Pinkett Smith breaks silence after husband Will slapped Chris Rock following alopecia joke

etalk · Last night
Zendaya did her own makeup for the Oscars and Vanity Fair Oscar Party

Sports · Trending
Kareem
NBA legend Kareem Abdul-Jabbar shares a written piece about his thoughts on Will Smith slapping Chris Rock at the 2022 Oscars
31.2K Tweets

The Hollywo... · March 28, 2022
Will Smith apologizes to Chris Rock after slapping him at the Oscars
Trending with #WillISmith

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Tweet

**John Does 1 through 7**
@Does1Through7

@Zabehulah_M33 @leaoffice @QyAhmadi21 @suhailshaheen1



9:49 AM · Mar 30, 2022 · Twitter Web App

View Tweet activity


@Does1Through7

---

## Search Twitter

### Relevant people

**John Does 1 through 7**
@Does1Through7

**Zabihullah (..م الله ڊيــح)**
@Zabehulah_M33 — Follow
Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid

**( Dr M Naeem )**
@leaoffice — Follow
دا ا.ا.د. سياسي دفتر وياند.سخنګوى دفتر سياسى ا.ا.ا
Spokesman of the Political Office of the Islamic Emirate of Afghanistan

### What's happening

**War in Ukraine** · LIVE
War in Ukraine continues as Russia says it will cut back military operations near Kyiv

**RSVP Magazine** ✓ · Last night
Jada Pinkett Smith breaks silence after husband Will slapped Chris Rock following alopecia joke

**Entertainment** · Last night
A viral image of the altercation between Chris Rock and Will Smith has been digitally altered, fact-checkers report

**The Hollywo...** ✓ · March 28, 2022
Will Smith apologizes to Chris Rock after slapping him at the Oscars
Trending with #WilllSmith

Trending in United States
**Tom Seaver**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.