Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Zabihullah (ذبـــيح الله م..)**
30.9K Tweets

ذبیح الله مجاهد
د افغانستان اسلامي امارت ویندوی
سخنگوی امارت اسلامی افغانستان

Follow

**Zabihullah (ذبـــيح الله م..)**
@Zabehulah_M33

Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid

alemarahpashto.com Joined April 2017

**39** Following **533K** Followers

Not followed by anyone you're following

**Tweets** Tweets & replies Media Likes

Zabihullah (ذبـــيح الله م..) Retweeted
**Bilal Karimi(بلال کریمي)** @BilalKarimi21 · 4h

۱ـ د افغانستان، پاکستان او چین د بهرنیو چارو وزیرانو په افغانستان کې له تحول وروسته په لومړي ځل درې اړخیز میکانیزم بیا ژوندی کړ.

په ننني درې اړخیزه ناسته کې چې په چین کې تر سره شوه د چین د بهرنیو چارو وزیر ښاغلي وانګ یي وویل، لېواله دی چې درې اړخیزه ناسته بیا ژوندی شي او

11 35 261

Show this thread

Zabihullah (ذبـــيح الله م..) Retweeted
**Bilal Karimi(بلال کریمي)** @BilalKarimi21 · 7h

ذبیح الله مجاهد: د قوش تېپې کانال ځانګړتیا دا ده چې ټولې چارې یې د افغانانو په لاس مخته ځي او دا زموږ له پاره د ویاړ ځای دی.
مجاهد صاحب زیاته کړه، چې نور به د جنګ له پاره تصمیمونه نه نیول کېږي، بلکې د هېواد ابادۍ ته به متې را نغاړو، ان شاء الله.

7 30 259

Zabihullah (ذبـــيح الله م..) Retweeted
**Bilal Karimi(بلال کریمي)** @BilalKarimi21 · 7h

ذبيح الله مجاهد: نن ډېر د خوشحالۍ ځای دی چې د قوش تېپې د ستر کانال افتتاح

Search Twitter

## You might like

**Anas Haqqani(انس حقاني)** @AnasHaqqani313 Follow

**nunn.asia** @nunnasia Follow

**Dr.M.Naeem** @IeaOffice Follow

Show more

## What's happening

War in Ukraine · LIVE
**War in Ukraine continues as Russia says it will cut back military operations near Kyiv**

RSVP Magazine · Last night
**Jada Pinkett Smith breaks silence after husband Will slapped Chris Rock following alopecia joke**

BuzzFeed · Yesterday
**People Were Pissed About Amy Schumer Calling Kirsten Dunst A Seat Filler At The Oscars, And She Finally Responded**

Trending in United States
**Moderna**
36K Tweets

Trending in United States
**Pansexual**
15.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2022 Twitter, Inc.