← **( Dr M Naeem)**
81 Tweets



**( Dr M Naeem)**
@leaoffice

دا.ا.ا.د سياسي دفتر ویاند.سخنگوی دفتر سیاسی ا.ا.ا
Spokesman of the Political Office of the Islamic Emirate of Afghanistan

📍 Qater   📅 Joined November 2019

**78** Following   **1,126** Followers

Not followed by anyone you're following

··· **Follow**

**Tweets**   Tweets & replies   Media   Likes

---

**( Dr M Naeem)** @leaoffice · Dec 24, 2021   ···
2/2- د ا.ا.ا همداراز د شاغلي پوتين د هغو خرګندونو هرکلی هم کوي چې ويلي يې دي هېواد به يې د نوي افغان حکومت د رسمیت پېژندنې پر لور پرمخ ولاړشي او غوښتنه يې کړې چې د افغانستان د مرکزي بانک ریزرف له کنګل ووېستل شي .

💬   ⇄   ♡ 3   ⬆

---

**( Dr M Naeem)** @leaoffice · Dec 24, 2021   ···
1/2- د افغانستان ا. ا. ا د روسیې ولسمشر ولادیمیر پوتين د هغو خرګندونو هرکلی کوي، چې د اسلام د ستر پیغمبر محمد صلی‌الله‌علیه‌وسلم سپکاوی یې هنري ازادي نه، بلکې له دیني ازادیو او د مسلمانانو د مقدسو احساساتو څخه سرغړونه ګڼلې ده.

💬   ⇄   ♡ 1   ⬆

---

**( Dr M Naeem)** @leaoffice · Aug 16, 2021   ···
نؤكد لجميع السفارات والبعثات الدبلوماسية والمؤسسات ومساكن الرعايا الأجانب في كابول أنه لا يوجد خطر عليهم. يجب أن يكون الجميع في كابول بثقة تامة ، وقوات الإمارة الإسلامية مكلفة بالحفاظ على الأمن في كابول ومدن أخرى في البلاد

💬 33   ⇄ 6   ♡ 20   ⬆

---

**Who to follow**

