

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Qari Yousaf Ahmadi**
5,435 Tweets



قاري محمد يوسف احمدي
د افغانستان د اسلامي امارت ويانډ
سخنګوی امارت اسلامی افغانستان

**Qari Yousaf Ahmadi**
@QyAhmadi21

Official twitter account, the spokesman of Islamic Emirate of Afghanistan.

◎ kabul,Afghanistan   🔗 alemarah2.com   📅 Joined November 2019

**21** Following    **117.4K** Followers

Not followed by anyone you're following

**Tweets**    Tweets & replies    Media    Likes



**Qari Yousaf Ahmadi** @QyAhmadi21 · Mar 21

د افغانستان د اسلامي امارت رئيس الوزراء محترم ملا محمد حسن اخند ، د ۱۴۰۱ ل کال د نېکمرغه پيل او د پسرلي د رارسېدو په مناسبت، د ارګ ماڼۍ په انګړ کې يو نيالګی کېناوه

>  **OCS - رياست الوزراء مقام عالی دفتر عمومی رياست** @OCS_AFG · Mar 21
>
> د افغانستان اسلامي امارت رئيس الوزراء محترم ملا محمد حسن اخند ، د ۱۴۰۱ ل کال د نېکمرغه پيل او د پسرلي د رارسېدو په مناسبت، د ارګ ماڼۍ په انګړ کې يو نيالګی کېناوه
> ---
> youtu.be/_vYE1N5yrlc

💬    ↻ 2    ♡ 44    ↑



**Qari Yousaf Ahmadi** @QyAhmadi21 · Mar 16