- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

John Does 1 throu...
@Does1Through7

← Suhail Shaheen. محمد سهيل شاهين
1,660 Tweets





Suhail Shaheen. محمد سهيل شاهين
@suhailshaheen1

IEA Permanent Rep-desig. to UN, Head, Political Office, former Negotiations Team's Member دایمي استازی ا.ا.د شوی نومول لپاره ملتونو دملګرو مشر، دفتر دسیاسي.

📍 Doha, Qatar    📅 Joined February 2019

**252** Following    **597.8K** Followers

Not followed by anyone you're following

**Tweets** | Tweets & replies | Media | Likes

Suhail Shaheen. محمد سهيل شاهين @suhailshaheen1 · Mar 25
Today, I had a meeting with SRSG Deborah Lyons in Doha and talked about various issues of interest and concern, particularly, economic challenges need to be dealt with first which will have positive impact on all aspects of life.



💬 138    🔁 89    ♥ 935    ⬆

Suhail Shaheen. محمد سهيل شاهين @suhailshaheen1 · Mar 24
Foreign Minister Wang Yi, of P. R. of China, planting a memorial tree at the premises of the Afghan Foreign Ministry.