UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re Terrorist Attacks on September 11, 2001        03 MDL 1570 (GBD)(SN)

------------------------------------------------------------------------X
This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.*, 02 cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran*, 02 cv-7209 (GBD)(SN)

### [Proposed] Final Judgment on Behalf of the Schneider Plaintiffs Against Defendants Taliban and Muhammed Omar

Upon consideration of the evidence and arguments submitted by plaintiffs in *Ashton, et.al. v. al Qaeda Islamic Army, et. al.*, 02-cv-6977 (S.D.N.Y)(GBD)(SN), and *Schneider, et. al. v. al Qaeda Islamic Army, et. al.*, 02-cv-7209(GBD)(SN) on behalf of those *Schneider* Plaintiffs on Exhibits A and B to this Order, who are each the estate of victim killed in the terrorist attacks on September 11, 2001 (Exhibit A)(the "Schneider 9/11 decedents"); the immediate family members of those victims who were also listed by name as representative of the Schneider 9/11 Decedents estates (Exhibit B); and other immediate family members of the Schneider 9/11 decedents (Exhibit B); and in light of the Judgment of Default for liability against defendants the Taliban and Muhammed Omar entered on May 12, 2006 (ECF no. 1797), together with the entire record in this case, it is hereby:

**ORDERED** that each Estate of the Schneider 9/11 decedents listed in Exhibit A is awarded damages for conscious pain and suffering against the Taliban and Omar Defendants in the amount of $2,000,000 per decedent;

**ORDERED** that each individual listed in Exhibit B is awarded solatium damages in the amounts set forth therein;

**ORDERED** that those plaintiffs are entitled to pre-judgment interest on those awards at a rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages;

**ORDERED** that those plaintiffs may submit an application for punitive damages or other damages (to the extent that such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2022

                **SO ORDERED:**

                _____
                GEORGE B. DANIELS
                United States District Judge