UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the proposal made by plaintiffs' firm Cozen O'Connor for the management of pending default judgments against the Taliban. ECF No. 7790. It has also received that firm's update to this proposal, ECF No. 7809, second update, ECF No. 7817, and the responses from various firms to this proposal. ECF Nos. 7792, 7793, 7795, 7810, 7811. The Court has determined that additional briefing on this question is not presently required. Accordingly, no further papers are to be filed regarding this proposal absent leave of the Court.

**SO ORDERED.**

Dated: March 30, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge