UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | |
| JOHN DOES 1 THROUGH 7,<br><br>    *Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>    *Judgment Debtors,*<br><br>and<br><br>THE FEDERAL RESERVE BANK OF NEW YORK,<br><br>    *Garnishee.* | Case No. 1:03-md-01570-GBD-SN<br><br>Misc Action No. 1:20-mc-00740-GBD |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of the Doe Creditors' Motion for Turnover of Assets from Garnishee Federal Reserve Bank of New York, DE 79, was provided to the Taliban via Twitter, in both Pashto and English, at the following Twitter accounts: @Zabehulah_M33, @leaoffice, @QyAhmadi21, and @suhailshaheen1 on March 31, 2022. *See* Exhibit A. Additionally, the following link containing the Memorandum of Law in Support of Doe Creditors' Motion for Turnover and accompanying exhibits, DE 80; the Declaration of John Thornton in Support of the Memorandum of Law, DE 81; and the Notice of Filing Expert Declaration with the accompanying Declaration, DE 82, was provided to the Taliban in the same communication:

https://drive.google.com/drive/folders/1H6cwM9UA8WNfOMiD1UY9Iscnk8QJAU5l?usp=sharing.

Respectfully submitted,

**do Campo & Thornton, P.A.**
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600

s/ *Orlando do Campo*
Orlando do Campo
Bar Code: OD1969
od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo