Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

John Does 1 through 7 @Does1Through7 · 1h

@Zabehulah_M33 @leaoffice @QyAhmadi21 @suhailshaheen1

THE FEDERAL RESERVE BANK OF NEW YORK,

Garnishee.

NOTICE OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of the Doe Creditors' Motion For Turnover Of Assets From Garnishee Federal Reserve Bank Of New York, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York

1

Case 1:20-mc-00740-GBD    Document 79    Filed 03/20/22    Page 2 of 2

10007, for an Order granting the turnover of Da Afghanistan Bank's assets sufficient to satisfy Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York.

Dated: March 20, 2022

Respectfully submitted,

do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By: /s/ Orlando do Campo
   Orlando do Campo
   Bar Code: OD1969
   od@dandtlaw.com

ALT

**Image description**

Notice of turnover proceedings against the assets of Da Afghanistan Bank in the United States District Court for the Southern District of New York. John Does 1 through 7 v. Taliban et al; and The Federal Reserve Bank of New York, Garnishee. Case number 1:20-mc-00740.

Link to the documents filed in the proceeding mentioned above: https://drive.google.com/drive/folders/1H6cwM9UA8WNfOMiD1UY9Iscnk8QJAU5l?usp=sharing


