UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | |
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>and<br><br>THE FEDERAL RESERVE BANK OF NEW YORK,<br><br>*Garnishee.* | Case No. 1:03-md-01570-GBD-SN<br><br>Misc Action No. 1:20-mc-00740-GBD |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2022, that I provided notice of the pending turnover proceedings (DE 79-82) to Da Afghanistan Bank *via* two e-mails, one in Pashto and one in English, at the following email account: info@dab.gov.af., which is provided as the contact for Da Afghanistan Bank on the front page of its website: dab.gov.af.

The re: line of the e-mails was: Notice of turnover proceedings against the assets of Da Afghanistan Bank in the United States District Court for the Southern District of New York, John Does 1-7 v. the Taliban et al; and the Federal Reserve Bank of New York, Garnishee. Case number 1:20-mc-00740. The Pashto version of the e-mail had this text in Pashto, pursuant to a certified translation.

1

Each e-mail contained a pdf of DEs 79-82 with all exhibits.

The Pashto e-mail contained a certified Pashto translation of the Notice of the Doe Creditors' Motion for Turnover of Assets from Garnishee Federal Reserve Bank of New York, DE 79, both as an image pasted into the body of the text, and as the text itself.  I bcc'd myself to show what the Da Afghanistan Bank received.  *See* Exhibit A.

The English e-mail contained the Doe Creditors' Motion for Turnover of Assets from Garnishee Federal Reserve Bank of New York, DE 79, both as an image pasted into the body of the text, and as the text itself.  I bcc'd myself to show what the Da Afghanistan Bank received.  *See* Exhibit B.

Respectfully submitted,

**do Campo & Thornton, P.A.**
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600

s/ *John Thornton*
John Thornton
(*admitted pro hac vice*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *John Thornton*
 John Thornton

2