**From:** John Does johndoes1through7@gmail.com
**Subject:** د نیویارک د سویلي ولسوالۍ لپاره د متحده ایالاتو د ولسوالۍ په محکمه کې د افغانستان بانک د شتمنیو په وړاندې د اجرأتو خبرتیا، د جان ډوز ۱ له ۲۶۶/۱،۰۰۰ mc-00740-طالبان او د هغوی همکاران" او د دریمګړی ګوند د نیویارک د فدرال ریزرو بانک. د قضیې شمېره 1:20 ، ۷ لاري 7
**Date:** April 1, 2022 at 11:34 AM
**To:** info@dab.gov.af

**قضیه GBD-00740-mc-1:20 دیسمبر 79 په 22/20/03 ثبت شوی**

**د متحده ایالاتو د ولسوالۍ محکمه**

**د نیویارک سویلي ولسوالۍ**

| | |
|---|---|
| **جان ډوز 1 د 7 له لاري** | |
| د پربکړي غوښتونکي | |
| په مقابل د. | |
| **طالبان، القاعده، او حقاني شبکه** | |
| د پربکړي عملي کوونکي | متفرقه اقدام شمېره. **1:20-mc-00740-GBD** |
| **د نیویارک فدرالي احتیاطي بانک** | |
| قانوني سپارونکی | |

**د نیویارک د فدرالي احتیاطي بانک د قانوني سپارونکي له خوا د شتمنیو د سپارلو لپاره د ډي او اي غوښتونکو خبرتیا**

د مهرباني تر مخي باخبر اوسئ چي د نیویارک د فدرالي احتیاطي سپارونکي بانک له خوا د شتمنیو د سپارلو د ډي او اي پور غوښتونکو د وړاندیز په ملاتړ کي له دي سره یو ځای د استول شوي قانوني یادښت پر بنسټ، د د پربکړي غوښتونکي د وکیل جان ډوز د 7 له لاري 1 ("ډوز غوښتونکي") به دا محکمه د نیویارک د سویلي ولسوالۍ لپاره د متحده ایالاتو د ولسوالۍ د قاضي ښاغلي جورج بي. ډانیال لور ته ولېږدوي، د ډانیال پاتریک موینیهان په محکمه کي چي د نیویارک 10007، نیویارک، 500 پیرل سټریټ موقعیت لري، او د اغلي قاضي سارا نېټبرن لور ته چي د نیویارک سویلي ولسوالۍ لپاره د متحده ایالاتو قاضي ده، د متحده ایالاتو د په تورګوډ مارشال محکمه کي چي د نیویارک 10007، نیویارک په 40 فولي څلور لاري کي موقعیت لري، تر څو د نیویارک فدرالي احتیاطي بانک سپارونکي له خوا د افغانستان بانک د هومره شتمنیو د ورکولو حکم ورکړي چي د ډوز غوښتونکو د پربکړي لپاره کافي وي.

نېټه: د مارچ 20و 2022

1

قضیه GBD-00740-mc1:20- دیسمبر 79 په 22/20/03 ثبت شوی

په درناوي سره سپارل شوی دی له ارخه د،

**do Campo & Thornton, P.A.**

Chase Bank Building

150 S.E. 2nd Avenue, Ste. 602

Miami, Florida 33131

Telephone: (305) 358-6600

Facsimile: (305) 358-6601

په واسطه د:

s/ Orlando do Campo

Orlando do Campo

Bar Code: OD1969

od@dandtlaw.com


s/John Thornton

John Thornton (pro hac vice)

jt@dandtlaw.com


د خدماتو سند

زه په دې ډول تایدم چې د 2022، مارچ په 20 نېټه، ما دا بورته یاد شوي مواردو اسناد د CM/ECF په کارولو سره له په برېښنایي ډول د محکمې اروند مامور ته سپارلي دي.

s/ Orlando do Campo

Orlando do Campo

2

<div dir="rtl">

د متحده ایالاتو د ولسوالی محکمه

د نیویارک سویلي ولسوالی

متفرقه اقدام شمېره. 1:20-mc-00740-GBD

### د نیویارک د فدرالي احتیاطي بانک د قانوني سپارونکي له خوا د شتمنیو د سپارلو لپاره د ډي او اي غوښتونکو خبرتیا

د مهربانی تر مخې باخبر اوسئ چې د نیویارک د فدرالي احتیاطي سپارونکي بانک له خوا د شتمنیو د سپارلو د ډي او اي پور غوښتونکو د وراندیز په ملاتړ کې له دې سره یو ځای د استول شوي قانوني یادښت پر بنست، د د پربګړي غوښتونکي د وکیل جان ډوز د 7 له لاري 1 ("ډوز غوښتونکي") به دا محکمه د نیویارک د سویلي ولسوالی لپاره د متحده ایالاتو د ولسوالی د قاضي ښاغلي جورج بي. ډانیال لور ته ولېږدوي، د ډانیال پاتریک موینیهان په محکمه کې چې د نیویارک 10007، نیویارک، 500 پیرل سټریټ موقعیت لري، او د اغلي قاضي سارا نیټبرن لور ته چې د نیویارک سویلي ولسوالی لپاره د متحده ایالاتو قاضي ده، د متحده ایالاتو د په ټورګوډ مارشال محکمه کې چې د نیویارک 10007، نیویارک په 40 فولي څلور لاري کې موقعیت لري، تر څو د نیویارک فدرالي احتیاطي بانک سپارونکي له خوا د افغانستان بانک د هومره شتمنیو د ورکولو حکم ورکړي چې د ډوز غوښتونکو د پربګړي لپاره کافي وي.

نېټه: د مارچ 20و 2022

</div>

په درناوي سره سپارل شوی دی له ارخه د،

**do Campo & Thornton, P.A.**

Chase Bank Building

150 S.E. 2nd Avenue, Ste. 602

Miami, Florida 33131

Telephone: (305) 358-6600

Facsimile: (305) 358-6601

په واسطه د:

<u>s/ Orlando do Campo</u>

Orlando do Campo

Bar Code: OD1969

<u>od@dandtlaw.com</u>

<u>s/John Thornton</u>

John Thornton (pro hac vice)

<u>jt@dandtlaw.com</u>

د خدماتو سند

زه په دې دول تایدم چې د 2022، مارچ په 20 نېټه، ما دا پورته یاد شوي مواردو اسناد د CM/ECF په کارولو سره له په بربنایي دول د محکمې اروند مامور ته سپارلي دي.

<u>s/ Orlando do Campo</u>

Orlando do Campo

   

DE 79 2022.0...ver.pdf    80-1 Writ of Execution.pdf    80 MEMO...ver.pdf    80-2 SOI in Doe v ELN.pdf

Case 1:20-mc-00740-GBD   Document 80-3   Filed 03/20/22   Page 1 of 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF NEW YORK,

    *Garnishee.*

Misc Action No. 1:20-mc-00740-GBD

### [PROPOSED] ORDER GRANTING DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK

Upon consideration of the Doe Creditors' motion for turnover of assets from garnishee Federal Reserve Bank of New York, it is hereby:

ORDERED that the Doe Creditors' motion is granted.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 79.

**SO ORDERED**:

_____
The Hon. George B. Daniels

Date:_____