**From:** John Does johndoes1through7@gmail.com 
**Subject:** Notice of turnover proceedings against the assets of Da Afghanistan Bank in the United States District Court for the Southern District of New York. John Does 1 through 7 v. Taliban et al; and The Federal Reserve Bank of New York, Garnishee. Case number 1:20-mc-00740
**Date:** April 1, 2022 at 11:36 AM
**To:** info@dab.gov.af

---

Case 1:20-mc-00740-GBD   Document 79   Filed 03/20/22   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>and<br><br>THE FEDERAL RESERVE BANK OF<br>NEW YORK,<br><br>*Garnishee.* | Misc Action No. 1:20-mc-00740-GBD |

**NOTICE OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISSHE FEDERAL RESERVE BANK OF NEW YORK**

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of the Doe Creditors' Motion For Turnover Of Assets From Garnishee Federal Reserve Bank Of New York, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York

1

10007, for an Order granting the turnover of Da Afghanistan Bank's assets sufficient to satisfy Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York.

Dated: March 20, 2022

                                            Respectfully submitted,

                                            **do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By:    *s/ Orlando do Campo*
        Orlando do Campo
        Bar Code: OD1969
        od@dandtlaw.com

        *s/John Thornton*
        John Thornton *(pro hac vice)*
        jt@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            *s/ Orlando do Campo*
                                            Orlando do Campo

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

                                        Misc Action No. 1:20-mc-00740-GBD

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF
NEW YORK,

    *Garnishee.*

---

**NOTICE OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISSHE FEDERAL RESERVE BANK OF NEW YORK**

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of the Doe Creditors' Motion For Turnover Of Assets From Garnishee Federal Reserve Bank Of New York, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick

Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order granting the turnover of Da Afghanistan Bank's assets sufficient to satisfy Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York.

Dated: March 20, 2022

Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By:   s/ *Orlando do Campo*
      Orlando do Campo
      Bar Code: OD1969
      od@dandtlaw.com

      *s/John Thornton*

      John Thornton *(pro hac vice)*
      jt@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo


DE 79 2022.0...ver.pdf


80 MEMO...ver.pdf


80-2 SOI in Doe v ELN.pdf

Case 1:20-mc-00740-GBD   Document 80-3   Filed 03/20/22   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF
NEW YORK,

    *Garnishee.*

Misc Action No. 1:20-mc-00740-GBD

### [PROPOSED] ORDER GRANTING DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK

Upon consideration of the Doe Creditors' motion for turnover of assets from garnishee Federal Reserve Bank of New York, it is hereby:

ORDERED that the Doe Creditors' motion is granted.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 79.

**SO ORDERED**:

_____
The Hon. George B. Daniels

Date:_____


80-1 Writ of


DE 81


82 NOTICE of


82-1