UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

---

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF NEW YORK,

    *Garnishee.*

Case No. 1:03-md-01570-GBD-SN

Misc Action No. 1:20-mc-00740-GBD

---

### **NOTICE OF ACKNOWLEDGEMENT OF SERVICE**

    I HEREBY CERTIFY that on April 3, 2022, at 3:28 a.m. EDT, Da Afghanistan Bank responded to an e-mail and acknowledged receipt of notice of the turnover proceedings in this matter.[1] The e-mail reply acknowledging receipt was sent from kazem.sarwary@dab.gov.af.

---

[1] On April 1, 2022, this law firm had provided notice of the pending turnover proceedings (DE 79-82) to Da Afghanistan Bank *via* two e-mails, one in Pashto and one in English, at the following email account: info@dab.gov.af., which is provided as the contact for Da Afghanistan Bank on the homepage of its website: dab.gov.af. A certificate of service reflecting the notice given was filed in this matter. DE 95.

1

Based on information and belief, Kazem Sarwary is the Communications Manager for Da Afghanistan. The full text of the email is:

> Dear Sir/Madam
>
> We would like to assure you of receiving your email and for further action and decision making sent it to relevant Department.
>
> With Best Regards,
>
> Governor's Office Directorate
>
> Da Afghanistan Bank, Ibni-Sina Watt. Kabul, Afghanistan
>
> Email: info@dab.gov.af
>
> Tell : 0202104146

A pdf of the email acknowledgment, which includes the text of the e-mail (in English) that it was responding to, is attached as Exhibit A.

Respectfully submitted,

**do Campo & Thornton, P.A.**
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600

s/ *Orlando do Campo*
Orlando do Campo
Bar Code: OD1969
od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo