

John Does <johndoes1through7@gmail.com>

---

**RE: Notice of turnover proceedings against the assets of Da Afghanistan Bank in the United States District Court for the Southern District of New York. John Does 1 through 7 v. Taliban et al; and The Federal Reserve Bank of New York, Garnishee. Case numbe**

---

**DAB | Info** <info@dab.gov.af>  Sun, Apr 3, 2022 at 3:28 AM
To: John Does <johndoes1through7@gmail.com>
Cc: kazem.sarwary@dab.gov.af

**Dear Sir/Madam**

We would like to assure you of receiving your email and for further action and decision making sent it to relevant Department.

With Best Regards,

Governor's Office Directorate

Da Afghanistan Bank, Ibni-Sina Watt. Kabul, Afghanistan

Email: info@dab.gov.af

Tell : 0202104146

---

**From:** John Does [mailto:johndoes1through7@gmail.com]
**Sent:** Friday, April 1, 2022 7:31 PM
**To:** info@dab.gov.af
**Subject:** Notice of turnover proceedings against the assets of Da Afghanistan Bank in the United States District Court for the Southern District of New York. John Does 1 through 7 v. Taliban et al; and The Federal Reserve Bank of New York, Garnishee. Case number 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors*,

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

    *Judgment Debtors*,

and

THE FEDERAL RESERVE BANK OF NEW YORK,

    *Garnishee*.

Misc Action No. 1:20-mc-00740-GBD

### NOTICE OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of the Doe Creditors' Motion For Turnover Of Assets From Garnishee Federal Reserve Bank Of New York, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York

1

10007, for an Order granting the turnover of Da Afghanistan Bank's assets sufficient to satisfy Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York.

Dated: March 20, 2022

    Respectfully submitted,

    **do Campo & Thornton, P.A.**
    Chase Bank Building
    150 S.E. 2nd Avenue, Ste. 602
    Miami, Florida 33131
    Telephone: (305) 358-6600
    Facsimile: (305) 358-6601

    By:   *s/ Orlando do Campo*
           Orlando do Campo
           Bar Code: OD1969
           od@dandtlaw.com

           *s/John Thornton*
           John Thornton *(pro hac vice)*
           jt@dandtlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    *s/ Orlando do Campo*
    Orlando do Campo

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
 and THE HAQQANI NETWORK,

                                          Misc Action No. 1:20-mc-00740-GBD

    *Judgment Debtors,*

and

THE FEDERAL RESERVE BANK OF
 NEW YORK,

    *Garnishee.*

_____

**<u>NOTICE OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISSHE FEDERAL RESERVE BANK OF NEW YORK</u>**

-

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of the Doe Creditors' Motion For Turnover Of Assets From Garnishee Federal Reserve Bank Of New York, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order granting the turnover of Da Afghanistan Bank's assets sufficient to satisfy Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York.

Dated: March 20, 2022

    Respectfully submitted,

**do Campo & Thornton, P.A.**

Chase Bank Building

150 S.E. 2nd Avenue, Ste. 602

Miami, Florida 33131

Telephone: (305) 358-6600

Facsimile: (305) 358-6601

By:    *s/ Orlando do Campo*

    Orlando do Campo

    Bar Code: OD1969

    od@dandtlaw.com

    *s/John Thornton*

    John Thornton *(pro hac vice)*

    jt@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    *s/ Orlando do Campo*

    Orlando do Campo