

**STATE BAR OF ARIZONA**

March 22, 2022

Jennifer Gail Guy
28 BRIDGESIDE BLVD
MT PLEASANT, SC 29464-4375

**RE: Ms Jennifer Gail Guy**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:   July 03, 2018.
Current Membership Status: Active in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

Michael Acevedo
Resource Center

