# EXHIBIT B

FOREIGN PROCESS REFERENCE QF 2021-007252

**IN THE HIGH COURT OF JUSTICE**
**QUEENS BENCH DIVISION**
**SENIOR MASTER**

**IN THE MATTER OF THE EVIDENCE (PROCEEDINGS IN OTHER JURISDICTIONS) ACT 1975**

**B E T W E E N:**

ASHTON ET AL

*Survivors and estate representatives of the victims of the September 11th Attacks*

**Plaintiffs**

-and-

(1) KINGDOM Of SAUDI ARABIA
(2) DALLAH AVCO ET AL

**Defendants**

and

THE COMMISSIONER OF POLICE

OF THE METROPOLIS

**Respondent**

**CONSENT ORDER**



**IN EXECUTION OF** the Letter of Request (the "Request") pursuant to the Hague Evidence Convention dated 9th June 2021, under the Seal of Judge Netburn on behalf of the United States District Court for the Southern District of New York;

**AND UPON** the Court having seen and considered the Schedule of relevant material prepared by the Respondent pursuant to the Request (the Schedule) and the accompanying witness statement of Detective Superintendent David McGillicuddy dated 1st March 2022;

**BY CONSENT**

**IT IS ORDERED THAT:**

1. The Respondent shall provide to the Plaintiffs all the documents and other materials listed in the Schedule.

2. Copies of the documents shall be produced and made available to the Plaintiffs as soon as practicable, at a date and time to be agreed between the Plaintiffs and the Respondent.

3. In accordance with paragraphs 5 and 6 of the Consent Order in these proceedings dated 11th November 2021, the Plaintiffs shall pay the reasonable costs incurred by the Respondent in complying with the Request; such costs to be capped at £100,000.

4. Liberty for either party to apply to the Court for further directions.

Dated 9 March 2022