# EXHIBIT D

# EVIDENTIAL MATERIAL - ANNEX 1 - VIDEOS

| URN | Exhibit Reference | Material Type | Description and Relevance | Redaction Notes | Length | Video Handed Over Initialled p234977 | Video Handed Over Initialled G.SIMPSON |
|---|---|---|---|---|---|---|---|
| 890 | MF/1 | EXHIBIT | Video footage is 01:00:14 Long the first 00:26:18 Mins of the footage depicts home video footage of an Asian family (Male, female, two male children, one female) believed to be at Sea World California.<br>The rest of the footage depicts various Islamic gathering and events, both including eating, sermons and other activities. Various speeches are made also.<br>The following 00:07:06 of footage is blank with no images or audio. | | 01:00:14 | CH | ✗ |
| 891 | MF/2 | EXHIBIT | Long the first 00:45:57 Mins of the footage shows a meeting of the Professionals men's club 624 believed to be part of Toastmasters International. This appears to have been filmed in a meeting room / conference room with tables set up around a central podium. The footage shows a group of approx. 20+ males during their meeting. The meeting shows a number of speeches provided by different people from those present. All speech is in English and covers a number of non-contentious topics.<br>00:31:58 – 00:38:57 - Footage of Omar Al-Bayoumi giving a speech entitled "Take Action" – Non-contentious speech.<br>00:38:57 – 00:45:57 - Following this the remaining footage of the meeting shows an evaluation of the two speakers performances including that of Al-Bayoumi.<br>00:46:04 – 00:51:33 - Footage the shows close-ups of various pages of a flip chart set up in a room. Topics / diagrams appear to relate to financial / managerial material. – deemed non-contentious.<br>00:51:44 - End - Footage then cuts to a room of approx. 6 -7 males (One male child) in a living room talking and laughing in believed Arabic. | | 00:56:12 | CH | ✗ |
| 892 | MF/3 | EXHIBIT | Video footage is 01:02:26 Long the first 00:09:38 Mins of the footage shows Al-Bayoumi practicing to camera his speech entitled "Take Action" which he can be seen giving in exhibit MF/1 at a meeting of the Professionals men's club 624 believed to be part of Toastmasters International. This is filmed in the living room of an address.<br>00:09:47 – 00:17:34 Further footage of Al-Bayoumi practicing his Take Action speech this time to an elderly white male with an American accent sat on the sofa of the living room.<br>00:17:40 – 00:53:42 Footage then shows Al-Bayoumi interviewing the elderly white male who he introduces as Dr Yusef who he explains used to be Joseph a surgeon who converted to Islam in December 1998. Dr Yusef then goes on to explain about himself and his conversion to Islam. They then have a discussion about the Islamic faith and passages from the Quran.<br>00:53:54 - End Footage then shows places from around Beverly Hills from within a car and stationary in a believed shopping mall also includes images of Al-Bayoumi and his children | M | 01:02:26 | CH | ✗ |
| 893 | MF/4 | EXHIBIT | The footage is 01:05:00 in length. The video starts showing a house (511) and showing the gardens. The male is narrating and speaking in Arabic.<br>11:08 – Video changes to inside a Mosque and the male is again narrating in Arabic.<br>15:59 – Changes to AL-BAYOUMI using his computer and then speaking directly to the computer, as well as a tour of his office.<br>20:25 – Outside with eight males. The camera approaches all of them and they speak into the camera. Believe this is to thank individuals for buying the Mosque. The camera then drives around and stops and videos a number of believes churches.<br>28:13 – The Cameras is now in mosque videoing prayers. | | 01:05:00 | CH | ✗ |
| 894 | MF/4A | EXHIBIT | The footage is 01:02:31 in length. The video continues with the prayers from MF/4 and shows the egress from the mosque after prayers and worshipers getting into their vehicles. At 22:09, the video briefly shows AL-BAYOUMI in his office talking to another male, talking about damage to a compressor.<br>22:29 – Video shows children conducting prayers.<br>24:51 – shows video outside Masjed, Al-Madinah Al Munawarah. A male provides an Arabic narration around the location.<br>36:02 – Male child singing believed prayers into video.<br>37:25 – Video showing prayers/speeches in a different Mosque or in a different room as before. | | 01:02:31 | CH | ✗ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 895 | MF/5 | EXHIBIT | Footage is 12mins and 19sec long.<br>Shows video footage from inside a car, of which AL-BAYOUMI is driving. This shows AL-BAYOUMI talking to his children whist driving along. During the drive AL-BAYOUMI mentions "Golden Gate"<br>03:34 – Male narrator stating they are in China Town in San Francisco. Various captures of a band and Motorcade as well as other sites around China Town.<br>The footage then shows AL-BAYOUMI playing with his children on a grassed area.<br>09:28 – Footage changes to driving around again, AL-BAYOUMI talks to his children at certain points. They capture the Golden Gate Bridge. | | 00:12:19 | CH |
| 896 | MF/6 | EXHIBIT | Colour video of a free flight bird show. The footage is shaky in places zooming in and out to focus on the birds. The camera pans out to show lots of people sat viewing the show<br>00:04:48 - The footage changes to two black adult males playing air hockey in an open sided building. A male voice is heard speaking whilst the game is in progress. The language is not English. A horse drawn cart walks past and the camera focusses on this before returning back to the hockey game.<br>00:07:22 - The camera is seen to focus momentarily on a young white female, with blonde hair as she watches the two men playing air hockey. The camera then returns to the game. A third black male is seen to stand next to the game, watching and indicates the score.<br>00:08:25 - The footage changes to show a commercial water park with a dolphin show. Crowds of people can be seen sat on a staged seating area.<br>00:09:35 - The footage pans around to focus on a young black male who says "Hi" and waves to the camera operator. The proximity suggests that the young male is sat next to the camera operator. The camera then pans back to the dolphin show,<br>00:12:21 - The footage cuts to a commercial sea lion show. The footage is taken from a staged seating area, packed with people watching the show. A walrus is included in the show with two sea lions.<br>00:13:47 - The footage cuts to a flower bed within an area of green grass. There flowers are in bloom and are a mass of colour. A male non English speaking voice can be heard before the camera pans left to show buildings behind the flower bed before focussing on the young black male, stood next to two other black men previously seen at the air hockey game. One bearded man with glasses appears to be the observer of the game whilst the other is one of the players. Communication (not English) between the camera operator and the bearded man with glasses can be heard. The two men are then seen at the edge of the flower bed in apparent communication with the camera operator.<br>00:15:22 - A black male with a beard approaches the two black men stood by the flower bed. Words can be heard as the male shakes the hands of both males stood by the flower bed. The footage then becomes shaky and ends. | | 00:15:36 | CH |
| 897 | MF/7 | EXHIBIT | The video footage is of a board room. A large table dominates the shot with six males sat around the table. A seventh male is stood at the head of the table leading the discussion. Two banners are displayed on the wall behind the speaker with an emblem with a dominant letter T. The conversation is in English. The discussion concerns Toastmasters and leads into three individuals speaking for a timed period and judged by the other members of the meeting. The shot widens out to show other men sat around the room. One of the judges explains the judging process for the speeches. The winners are announced and then constructive feedback given by members of the group. | | 01:02:05 | CH |
| 898 | MF/7A | EXHIBIT | Continuation of "Toastmasters International" meeting detailed on MF/7. At 21:11, the footage changes to a formal venue. One male is standing speaking. There are people sat at long tables, some people are eating. The male speaks for a minute before taking his seat. Another male is selected and asked to speak about a phrase provided by a facilitator at the head of the room. The facilitator is stood behind a lectern bearing a "Toastmasters International" emblem. Further males are selected going around the room. There is then a vote for the best "table topping speaker." A male is invited to speak for six minutes in an ice-breaker exercise.<br>Another male speaks about sincerity using a domestic violence article as a starting point.<br>A male then is invited to speak about "making them laugh." He provides a speech concerning traffic congestion. The footage ends before his speech finishes. | | 01:01:09 | CH |
| 899 | MF/8 | EXHIBIT | This is a 26 minutes and ten seconds long video, contains different small clips recorded in the different places. In the streets and inside the house or home.<br>At 00:05 A video shows males recording different design shop in and around Los Angles. All males are of Middle East appearance and speaking in Arabic. It appears the male is taking around his young son around the city<br>At 06:00 The part of video clip is recorded inside a living room. It shows a male practising the skills of a toaster master and talking about blunders in a business and is speaking in English.<br>At 12:45 A male is standing in the front of whiteboard containing a name which appears like Linda Zelman and a number [REDACTED]<br>At 15:13 A males is in a gym with his son working out. | | 00:26:10 | CH |

| | | | | | | |
|---|---|---|---|---|---|---|
| 900 | MF/9 | EXHIBIT | This is five minutes and four second's long video.<br>Males exchanging salutation inside a mosque. Whilst someone speaking in Arabic in the background.<br>A group photo is taken with a number of males involved | | 01:01:58 | CH |
| 901 | MF/9A | EXHIBIT | This is one hour, one minutes and fifty eight seconds long video.<br>Males in a mosque for a EID prayer<br>A young male starts preaching in English | | 00:05:04 | CH |
| 902 | MF/10 | EXHIBIT | Sitting in room with about 25 men while male speaker talking and then men talking/ discussing in pairs<br>Speaker mentions what sounds like Vietnam and the word Tower is heard and he make the noise of a propeller or gun<br>Each man given a bit of wood 12sq the speaker then demonstrates how to hit the wood breaking it in half while someone holds it. Each man gets up excitedly with their partner and does the exercise. One man wearing glasses and cruches holds board up which has Arabic writing written in red on it camera zooms in.<br>They are given certificates with MANA written on top. Speaker gives end speech to them and says what sounds like interfering hand you'll fail in life so 'Take Action' which he's quoted a few times earlier. | | 01:02:12 | CH |
| 903 | MF/10A | EXHIBIT | Continuation of the mosque leader speaking in MF/10 for 2 minutes | | 00:02:25 | CH |
| 904 | MF/11 | EXHIBIT | This shows a room of 15 English speaking American middle aged men, Toastmasters having a meeting. Topics include Justice for all, Taking a Risks, Army is safer than High School. Abortion Is murder it's a business for money. There's a market for dead babies, abortion clinics, hospitals doctors take parts, divide up and distributed to research clinics for dollars.<br>Selling kidneys   Nuclear Atomic blast sites Puerto Rico terrorists. Two local girls killed. Explosion Mexican desert WACCO | | 01:03:40 | CH |
| 905 | MF/11A | EXHIBIT | This is one minutes and forty five second's long video.<br>A toastmasters meeting in a boardroom, talking about Omar's speech | | 00:01:45 | CH |
| 906 | MF/12 | EXHIBIT | This is one hour, two minutes and twenty three second's long video.<br>A video starts with four males seated in an office, two young males, one elder male and a middle aged male speaking in Arabic<br>At 29:57 A male speaks in English with middle east accent, talking about fasting. He talking on podium which contains a toastmaster insignia<br>The meeting or conference was held in California. There are different speakers evaluating the performance of speakers, in relation to their presentation skills as toastmaster. They speak with American accent and some are introduced with both first and surnames.<br>At 34:33 A white male with American accent comes to the podium. He is introduced as toastmaster<br>At 36:29  A white male, speaking in English with some kind accent is introduced to the podium.<br>At 41:53  A white male introduced as Mark Decker and he has American accent, stand and evaluate  the speech of one the previous speaker as a toastmaster.<br>At 44:23 A white male introduced as John Starr, stands up and evaluated the skills of previous speaker as a toastmaster. He has American accent. | M | 01:02:23 | CH |
| 907 | MF/12A | EXHIBIT | This is a 6minutes and forty eight seconds long video<br>This is a video about toastmaster training conference. Delegates are introduced by their first and second names basis.<br>At 06:27 Teenage boys playing football match | | 00:06:48 | CH |
| 908 | MF/13 | EXHIBIT | This footage is 01:02:16 in length.<br>From 00:00:00 Video shows males in a Mosque of which a male then conducts a song/prayer. Another male conducts a speech, which is in Arabic. AL-BAYOUMI can be seen at various points on the main floor, where the camera is recording from a balcony on the 1st floor.<br>37:23 Onwards Recording of what appears to be at the Regal Biltmore Hotel<br>38:38 Camera records whilst driving and briefly shows a church<br>38:46 Shows AL-BAYOUMI family at an amusement park in Los Angeles<br>55:00 Shows footage of a hotel called 'Budget Inn'<br>55:56 Show video of driving around in the evening/night-time around San Francisco. This then shows come events in San Francisco during the day as well as more footage at an amusement park. | | 01:02:17 | CH |

| | | | | | |
|---|---|---|---|---|---|
| 916 | MF/18 | EXHIBIT | The footage starts with a large group of males sitting on the floor in a big circle, in what appears to be a large room within a dwelling. The males are talking in foreign language (poss Arabic). The males appear to be of Asian/Arabic appearance, with two elderly males wearing traditional Arabic clothing. All males appear to be adults with some older than the others. There's one male wearing a khaki baseball cap backwards that appears to have a similar appearance of Nawaf al-Hazmi but unable to confirm if he's ident as he's sitting to the far right and there's not a clear shot of him. This male with moustache is wearing dark clothing. Although the footage shows the whole group with the camera moving in slow motion from right to left, it's however mainly focused to two elderly males wearing traditional clothing, sitting to the right of the camera, centre of the group. One of the males presents a younger male with a glass award. The award states "Khalid Abdul" but unable to confirm rest of writing due to poor quality of the footage. The male receiving the award appears to be in his 20's wearing a blue baseball cap. Then, one of the elderly males in traditional clothing is presented with a glass award by same male. The award states " Brother Osama remember ALLAH is the greatest". After a few minutes the younger males serve food for the group. The food is severed on the floor. There's no sighting of Omar al-Bayoumi and also unable to identify Khalid al-Mihdhar within the group. | | CH |
| 917 | MF/19 | EXHIBIT | This is the same footage as MF/18 but just 10 mins shorter. | | CH |

I, DC Callum HARDEMAN (p234977) on behalf of the Metropolitan Police Service, confirm that the material listed above was transferred electronically to Gavin SIMPSON of Kreindler & Kreindler LLP via Evidence.com to comply with the Consent Order for the material above to be disclosed. This was conducted between Monday 28th and Wednesday 30th March 2022.  
SIGNED: 234977   Date: 31/03/22

I, J. Gavin Simpson Esq., on behalf of the Plaintiffs In re Terrorist Attacks on September 11th, 2001 (03-MDL-1570), confirm that I have downloaded the material listed above. I have reviewed each item to ensure its correspondence with the Schedule, in compliance with the Consent Order. I downloaded the files between March 28th and March 31st, 2022 and completed my review on April 1, 2022.  
SIGNED   Date: 04/04/22