UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977
    Burlingame v. Bin Laden, et al., No. 02-cv-7230

The request for a default judgment against the Taliban at ECF No. 7678 is an amended motion replacing the prior motion at ECF No. 7577. See ECF No. 7678 at 1. The Clerk of the Court is therefore respectfully directed to terminate the motion at ECF No. 7577 and ECF No. 1584 in Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977.

SO ORDERED.

Dated: April 7, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge