UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2022

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977
    Burlingame v. Bin Laden, et al., No. 02-cv-7230

The Court's review of the Burlingame Plaintiffs' motion for default judgment against the Taliban has revealed an item requiring clarification. In Exhibit A-1, ECF No. 7635-1, "Frederick Kelley" is listed as the plaintiff, while "Janet Kelley" is listed as the decedent. The expert report submitted with this motion, however, identifies Frederick Kelley as the decedent, as does the Sixth Amended Ashton complaint. ECF No. 1463 at 83. Accordingly, by April 11, 2022, the Burlingame Plaintiffs shall submit a letter confirming that Janet Kelley is the plaintiff for whom default judgment is sought and that Frederick Kelley is the decedent.

**SO ORDERED.**

Dated: April 7, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge