

April 7, 2022

**J. Scott Tarbutton**

Direct Phone   215-665-7255
Direct Fax       215-701-2467
starbutton@cozen.com

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

      In accordance with the Court's Order of Judgment in favor of Plaintiffs in the *Federal Insurance* action against the Taliban, ECF No. 7833, I write to submit the prejudgment interest calculation, to assist the Clerk of Court in preparing the final judgment. Attached as Exhibit A is my Declaration setting forth the prejudgment interest calculation and methodology employed in arriving at same. Attached as Exhibit B is a proposed form of final judgment for the Clerk of Court's consideration and convenience.

                    Respectfully submitted,

                    COZEN O'CONNOR

                    J. SCOTT TARBUTTON

cc:    The Honorable Sarah Netburn (via ECF)
        Ruby J. Krajick, Clerk of the Court (via ECF)
        All MDL Counsel of Record (via ECF)