

140 Broadway, 46th Floor     212-363-1200
New York, NY 10005           866-363-1200
                             212-363-1346 Fax
DOROTHEA M. CAPONE           www.baumeisterlaw.com
tcapone@baumeisterlaw.com

April 7, 2022

**<u>VIA ELECTRONIC CASE FILING</u>**

Honorable Magistrate Judge Sarah Netburn
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: In Re: September 11, 2001 Terror Attacks, 03-mdl-1570 (GBD)(SN)
<u>*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)</u>
<u>*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)</u>

Dear Judge Netburn:

      We write in response to the Order issued by the Court today, ECF No. 7837, requesting clarification of the names of individuals seeking damages against the Taliban and Muhammad Omar. The Plaintiffs listed in the attachment to the Order identified as Table 1 were minors at the time their award for solatium damages against the Republic of Iran was issued, and as such their names were redacted pursuant to Fed. R. Civ. P. 5.2. These plaintiffs have now reached the age of majority.

      The Plaintiffs listed in Table 2 of the Court's Order who have different names or spellings are the same people. Their names as listed in Exhibit C to our current motion, ECF No. 7517-3, reflect their corrected and/or current legal names.

      Should the Court require any additional information, please contact our office.

      Very truly yours,

      */s/ Dorothea M. Capone*
      Dorothea M. Capone

DMC:cml
Enclosures