# SPEISER KRAUSE

COUNSELLORS AT LAW

*800 Westchester Avenue*
*Suite South 608*
*Rye Brook, New York 10573*

PHONE: (914) 220-5333  FAX: (914) 220-5334
WWW.SPEISERKRAUSE.COM

5555 GLENRIDGE CONNECTOR, NE
SUITE 550
ATLANTA, GA 30342
(404) 751-0632

ADDITIONAL
OFFICE LOCATIONS
GARDEN CITY, NY
METROPOLITAN DC

**65** years

April 7, 2022

**VIA ECF**
Honorable Sarah Netburn
United States District Court United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

        Re:    *In Re Terrorist Attacks of September 11, 2001*
                03 MDL 1570
                02 CV 6977, *Ashton v. Al Qaeda, et al.*
                02 CV 7230, *Burlingame v. Bin Laden, et al.*

Dear Judge Netburn,

      We write in response to the Court's Order of today's date at ECF 7835, seeking clarification regarding a transcription error on the document field at ECF 7635-1. In further reviewing the two default judgment motions recently filed, it appears that the names of 9/11 decedent Frederick Kelley and his surviving widow and Estate representative, Janet Kelley, were inadvertently transposed on line 44 of ECF 7595-1 (Exhibit A-1 to the January 13, 2022, Declaration of Frank H Granito, III), as well as at line 7 of ECF 7635-1 (Exhibit A-1 to the January 28, 2022, Declaration of Frank H. Granito, III).

      Please allow this to confirm that in both motions (ECF 7594-95 "*Burlingame I*" and ECF 7634-35 "*Burlingame II*") the appropriate plaintiff seeking judgment on behalf of the Estate of decedent Frederick Kelley is Janet Kelly, Frederick's surviving spouse and duly appointed Estate Representative. Corrected versions of both exhibits are annexed hereto. It is respectfully requested that the attached corrected exhibits be substituted for the exhibits previously filed.

      We apologize for the error and any inconvenience this may have caused. If the Court should need any additional information, please contact the undersigned. Thank you and best regards.

Respectfully,

*Frank H. Granito* (signature)
Frank H. Granito