# EXHIBIT A-1

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-1 | Lorraine | | Delapenha Fichera | | Donald | | Delapenha | | 02-cv-7230 | $ 28,408,170.00 | $ 28,408,170.00 |
| B-2 | Maureen | | Dominguez | | Carlos | | Dominguez | | 02-cv-7230 | $ 7,271,528.00 | $ 7,271,528.00 |
| B-3 | Catherine | Anne | Faughnan | | Christopher | | Faughnan | | 02-cv-7230 | $ 9,467,665.00 | $ 9,467,665.00 |
| B-4 | Erin | | Finnegan | | Michael | | Finnegan | | 02-cv-7230 | $ 7,245,387.00 | $ 7,245,387.00 |
| B-5 | Cathy | | Geyer | | James | | Geyer | | 02-cv-7230 | $ 3,564,202.00 | $ 3,564,202.00 |
| B-6 | Mary | Jean | Heller | | H. Joseph | | Heller | | 02-cv-7230 | $ 7,514,963.00 | $ 7,514,963.00 |
| B-7 | Janet | | Kelley | | Frederick | | Kelley | | 02-cv-7230 | $ 2,444,379.00 | $ 2,444,379.00 |
| B-8 | Carolann | | Larsen | | Scott | | Larsen | | 02-cv-7230 | $ 4,458,274.00 | $ 4,458,274.00 |
| B-9 | Joseph | | Reitano | | Vincent | | Litto | | 02-cv-7230 | $ 43,053,104.00 | $ 43,053,104.00 |
| B-10 | Lorraine | | Lynch | | Sean | | Lynch | | 02-cv-7230 | $ 18,734,983.00 | $ 18,734,983.00 |
| B-11 | Elizabeth | | McNally | | Edmund | | McNally | | 02-cv-7230 | $ 27,106,135.00 | $ 27,106,135.00 |
| B-12 | Navila | | Patterson | | Bernard | | Patterson | | 02-cv-7230 | $ 12,974,826.00 | $ 12,974,826.00 |
| B-13 | Sally | | Calvin | | Frank | | Salvaterra | | 02-cv-7230 | $ 64,223,840.00 | $ 64,223,840.00 |
| B-14 | Christine | | Spencer | | Robert | | Spencer | | 02-cv-7230 | $ 10,501,328.00 | $ 10,501,328.00 |
| B-15 | Mary | Elizabeth | Tucker Wadbrook | | Michael | | Tucker | | 02-cv-7230 | $ 47,992,813.00 | $ 47,992,813.00 |
| B-16 | Nayda | | Voskerijian | | Garo | | Voskerijian | | 02-cv-7230 | $ 9,389,987.00 | $ 9,389,987.00 |
| B-17 | Carol | | Waldie | | Kenneth | | Waldie | | 02-cv-7230 | $ 3,292,854.00 | $ 3,292,854.00 |