**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL.,<br><br>    Plaintiffs-Judgment Creditors,<br><br>v.<br><br>OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC;<br><br>    Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**[PROPOSED] STIPULATION AND SCHEDULING ORDER**

Plaintiffs-Judgment Creditors Estate of Alice Hoglan, et al. ("the Hoglan Creditors"), and

Respondents Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and

Fleetscape Suez Rajan LLC ("Respondents"), by and through their undersigned counsel, have met

and conferred, and hereby stipulate and agree that the Hoglan Creditors' reply to Respondents'

opposition to the Hoglan Creditors' turnover motion may be filed on or before April 25, 2022.

    Dated: April 7, 2022.


Lee S. Wolosky
Douglass A. Mitchell
*Counsel for the Hoglan Creditors*

Bruce G. Paulsen
Brian P. Maloney
*Counsel for Respondents*

1

2

**SO ORDERED.**

_____

Hon. Sarah Netburn
United States Magistrate Judge