UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

### ORDER OF PARTIAL DEFAULT JUDGMENT AGAINST THE TALIBAN

Upon consideration of the evidence and arguments submitted by Plaintiffs in *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN), as set forth in the *Burnett* Plaintiffs' Notice of Motion for Entry of Default Judgments Against The Taliban for *Burnett* Plaintiffs with Liability Defaults and Final Judgments Against Iran Defendants and the *Burnett* Plaintiffs' Memorandum in Support of Their Motion, whose collective claims arise from the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against *inter alia* The Taliban entered on April 7, 2006 in this Multi-District Litigation (ECF No. 1756), together with the entire record in this case, it is hereby:

**ORDERED** that this Court possesses personal jurisdiction over Defendant The Taliban pursuant to Fed. R. Civ. P. 4(k)(2) and the fact that Defendant The Taliban, a designated foreign terrorist organization, was engaged in a conspiracy with, *inter alia*, Al Qaeda, Osama Bin Laden, and others, to carry out terrorist attacks against the United States including the terrorist attacks on September 11, 2001;

**ORDERED** that this Court possesses subject matter jurisdiction over Defendant The Taliban because it aided and abetted Al Qaeda in the carrying out the terrorist attacks on September 11, 2001 which took place on American soil;

**ORDERED** that the prior judgments entered against the Islamic Republic of Iran and certain of its agencies and instrumentalities within this Multi-District Litigation be extended against The Taliban as jointly and severally liable for the compensatory damages amounts previously awarded to the Plaintiffs set forth on Exhibits B-1, B-2, and B-3 to this Order in the values included therein;

**ORDERED** that Plaintiffs identified in Exhibits B-1, B-2, and B-3 are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment;

**ORDERED** that Plaintiffs identified in Exhibits B-1, B-2, and B-3 may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that, pursuant to 18 U.S.C. § 2333(a), the compensatory damages awarded to the Plaintiffs identified in Exhibits B-1, B-2, and B-3 be trebled to serve the purpose and statutory admonition of the Antiterrorism Act.

Dated: New York, New York
_____, 2022

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge