# EXHIBIT C-2

**(Plaintiffs included on Exhibit A without prior judgments against Iran Defendants for Functional-Equivalent Solatium claims)**

| No. | CAPTION REF #1 | CAPTION REF #2 | PLAINTIFF NAME (5,216) AS LISTED ON EXHIBIT A TO THE 4-7-2006 LIABILITY JUDGMENT - TALIBAN, ET AL. | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NAME | RELATIONSHIP TO 9/11 DECEDENT | PARENT/GUARDIAN OF CHILD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P1718 | | MARIA ACOSTA (P1718) | Maria | | Acosta | | Acosta, Maria | Domestic Partner | |
| 2 | P4334 | | LUCY A. AITA (P4334) | Lucy | A. | Aita | | Aita, Lucy A. | Fiance | |
| 3 | P3091 | | ANNA L. BAEZ (P3091) | Anna | L. | Baez | | Baez, Anna L. | Fiance | |
| 4 | P986 | | ANTHONY BENGIVENGA (P986) | Anthony | | Bengivenga | | Bengivenga, Anthony | Fiance | |
| 5 | P1294 | | ROSA CAICEDO (P1294) | Rosa | | Caicedo | | Caicedo, Rosa | Domestic Partner | |
| 6 | P2555 | | KAREN M. CARLUCCI (P2555) | Karen | M. | Carlucci | | Carlucci, Karen M. | Fiance | |
| 7 | P1661 | | CHRISTIAN C. CRONER (P1661) | | | | | Croner, Christian C. | Step-Child | |
| 8 | P2399 | | KAREN DALLAVALLE (P2399) | Karen | | Dallavalle | | Dallavalle, Karen | Fiance | |
| 9 | P1874 | | SUSANNA FERN (P1874) | Susanna | | Fern | | Fern, Susanna | Fiance | |
| 10 | P2973 | | SOLOMON GAYLE (P2973) | Solomon | | Gayle | | Gayle, Solomon | Fiance | |
| 11 | P2604 | | MELANIA GIL (P2604) | Melania | | Gil | | Gil, Melania | Domestic Partner | |
| 12 | P5422 | | ANNIE GUERRERO (P5422) | Annie | | Guerrero | | Guerrero, Annie | Fiance | |
| 13 | P1580 | | ANGELA M. GUTERMUTH (P1580) | Angela | M. | Gutermuth | | Gutermuth, Angela M. | Fiance | |
| 14 | P1165 | | JULIA HERNANDEZ (P1165) | Julia | | Hernandez | | Hernandez, Julia | Domestic Partner | |
| 15 | P4627 | | | Bianca | Isabel | Jerez | | Jerez, Bianca Isabel | Step-Child | Cirri, Eileen Mary |
| 16 | P4627 | | | Francesca | M. | Jerez | | Jerez, Francesca M. | Step-Child | Cirri, Eileen Mary |
| 17 | P4764 | | DEBRA JOHNSON (P4764) | Debra | Marie | Johnson | | Johnson, Debra Marie | Domestic Partner | |
| 18 | AP250 | | DOMESTIC PARTNER DOE # 122(AP250) | Ellen | Ruth | Judd | | Judd, Ellen Ruth | Domestic Partner | |
| 19 | P4721 | | NANCY KELLY (P4721) | | | | | Kelly, Nancy | Domestic Partner | |
| 20 | P4641 | | DAVID KONIGSBERG (P4641) | David | | Konigsberg | | Konigsberg, David | Fiance | |
| 21 | P2650 | | TERESA A. LANZISERO (P2650) | Teresa | A. | Lanzisero | | Lanzisero, Teresa A. | Fiance | |
| 22 | P1722 | | ALEESE MILLS HARTMANN (P1722) | Aleese | Hartmann | Livesey | | Livesey, Aleese Hartmann | Fiance | |
| 23 | P1147 | | | Jordan | Anthony | Lyles | | Lyles, Jordan Anthony | Step-Child | Lyles, Lorne Von |

| No. | CAPTION REF #1 | CAPTION REF #2 | PLAINTIFF NAME (5,216) AS LISTED ON EXHIBIT A TO THE 4-7-2006 LIABILITY JUDGMENT - TALIBAN, ET AL. | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NAME | RELATIONSHIP TO 9/11 DECEDENT | PARENT/GUARDIAN OF CHILD |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | P1147 | | | Justin | Andrew | Lyles | | Lyles, Justin Andrew | Step-Child | Lyles, Lorne Von |
| 25 | P2663 | | LAURA MAZZARELLA (P2663) | Laura | | Mazzarella-Nogaj | | Mazzarella-Nogaj, Laura | Fiance | |
| 26 | P571 | | | Jose | | Molina | | Molina, Jose | Step-child | Molina, Tessie |
| 27 | P4705 | | NICHOLAS MONACO (P4705) | Nicholas | | Monaco | | Monaco, Nicholas | Step-Child | |
| 28 | P3084 | | JUDY MONTESERRATO (P3084) | Jude | | Monteserrato | | Monteserrato, Jude | Fiance | |
| 29 | P2883 | | CHERYL OLIVIERI (P2883) | Cheryl | | Olivieri | | Olivieri, Cheryl | Fiance | |
| 30 | P2683 | | RICHARD A. PECORELLA (P2683) | Richard | A. | Pecorella (Estate of) | | Pecorella (Estate of), Richard A. | Fiance | |
| 31 | P2693 | | JOAN PUWALSKI (P2693) | Joan | Ruth | Puwalski | | Puwalski, Joan Ruth | Fiance | |
| 32 | P3996 | | ELOISA RODRIGUEZ (P3996) | Eloisa | | Rodriguez | | Rodriguez, Eloisa | Fiancé | |
| 33 | P4073 | | ANTHONY ROMAN (P4073) | Anthony | | Roman | | Roman, Anthony | Fiancé | |
| 34 | P1091 | | ANA ROSARIO (P1091) | Ana | | Rosario | | Rosario, Ana | Domestic Partner | |
| 35 | P2845 | | ERIN CLIFFORD (P2845) | Erin | | Ryan | | Ryan, Erin | fiance | |
| 36 | P3905 | | ASMARELI SAGO (P3905) | Asmareli | | Sago | | Sago, Asmareli | Domestic Partner | |
| 37 | P2166 | | IMELDA REYES SORIANO (P2166) | Imelda | Reyes | Soriano | | Soriano, Imelda Reyes | Domestic Partner | |
| 38 | P4672 | | MICHELLE A. STABILE (P4672) | Michelle | Ann | Stabile | | Stabile, Michelle Ann | Fiance | |
| 39 | P3113 | | MAUREEN SULLIVAN (P3113) | Maureen | | Sullivan | | Sullivan, Maureen | Fiance | |
| 40 | P3061 | | SAKAE TAKUSHIMA (P3061) | Sakae | | Takushima | | Takushima, Sakae | Fiance | |
| 41 | P2716 | | CHARLENE TALARICO (P2716) | Charlene | | Talarico | | Talarico, Charlene | Fiance | |
| 42 | P2127 | | RACHEL UCHITEL (P2127) | Rachel | | Uchitel | | Uchitel, Rachel | Fiance | |
| 43 | P1395 | | DANIEL A. WALISIAK (P1395) | Daniel | A. | Walisiak | | Walisiak, Daniel A. | Fiance | |
| 44 | P5129 | | MELISSA WHITE (P5129) | Melissa | | White | | White, Melissa | Fiance | |
| 45 | P4111 | | BRIAN WILKES (P4111) | Brian | | Wilkes | | Wilkes, Brian | Fiance | |
| 46 | P3721 | | ROBERT T. WINKIS (P3721) | Robert | Thomas | Winkis (Estate of) | | Winkis (Estate of), Robert Thomas | Domestic Partner | |