# Exhibit A



Certification of Translation

COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS

April 6, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Turkish» into «English» of document pages 1 and 2 of the attached document.

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

T.C.
ADALET BAKANLIĞI
Dış İlişkiler ve Avrupa Birliği Genel M
(Hukuk İstinabe Bürosu)

REPUBLIC OF TURKEY
MINISTRY OF JUSTICE
Directorate General for Foreign Relations and Euro
(Office of Judicial Assistance in Civil Matters)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/2022

Address : Türkiye Cumhuriyeti Adalet Bakanlığı Ek Bina DİABGM
Hukuk İstinabe Bürosu Milli Müdafaa Caddesi No:22 06659
Bakanlıklar /ANKARA TURKEY

Handled by :
Fax : (+90) 312 219 45 23
E-Mail : diabgm@adalet.gov.tr

**United States Discrict Court,**
**Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square, Room 430**
**New York, NY 10007**

**"Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters"**

**Sayı/Reference :** 42378409-4.6.1542.2021-E.17718/152929 17.12.2021
(Lütfen yazınızda belirtiniz/Please indicate in your letter)

Sayın Bayanlar ve Baylar,
Dear Madam/Sir,

İlgi : Kreindler & Kreindler LLP'nin 12 Mayıs 2021 tarihli yazısı ile iletilen Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesinin 03 MDL 1570 (GBD) sayılı istinabe talebi.
Reference : The letter rogatory numbered 03 MDL 1570 (GBD) of the United States District Court for the Southern District of New York annexed to the letter of Kreindler & Kreindler LLP dated 12 May 2021.

İlgi yazı ile alınan istinabe talebiniz, gereğinin takdiri ve ifası amacıyla İstanbul Cumhuriyet Başsavcılığına iletilmiştir
Your letter rogatory received annexed to the reference letter was forwarded to Istanbul Chief Public Prosecutor's Office for the discretion of the necessary procedure and its execution.

Anılan Başsavcılıktan alınan yazıda, Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesinin 03 MDL 1570 (GBD) sayılı istinabe talebinin, İstanbul 22. Asliye Hukuk Mahkemesi'nin 2021/157 Talimat numarasına kaydedildiği bildirilmektedir.
In the response letter received from the mentioned Chief Public Prosecutor's Office, it is notified that the letter rogatory numbered 03 MDL 1570 (GBD) of the United States District Court for the Southern District of New York has been registered to the file number 2021/157 of Istanbul 22nd Civil Court of First Instance.

Bu kapsamda, İstanbul 22. Asliye Hukuk Mahkemesi tarafından istinabe talebi kapsamında düzenlenen tensip tutanağı Türkçe olarak ekte iletilmektedir. Tensip tutanağında tanığın beyanın alınmasına yönelik duruşmanın 22.03.2022 günü saat 10:00'da yapılmasına karar verildiği belirtilmektedir.
In this regard, the preliminary proceedings report drawn up in Turkish by Istanbul 22nd Civil Court of First Instance concerning the letter rogatory is annexed. The preliminary proceedings report states that it has been ruled to hold the hearing for taking the statmeent of the witness on 22 March 2022 at 10:00 am.

Bu vesileyle, saygılarımızı teyit ederiz.
We avail ourselves of this opportunity to renew our highest considerations.

Mutlu İlker BELGİN
Judge
Head of Department

**Ekler/Annexes :** Documents





UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden xMUYwgN - nLJdSaS - DWaTTf2 - P1b6GI= ile erişebilirsin

**REPUBLIC OF TURKEY**
**ISTANBUL**
**22ND CIVIL COURT OF FIRST INSTANCE**

**PRELIMINARY PROCEEDINGS REPORT**

**CASE NO.: 2021/157 Request**
**JUDGE: Ömer GÜVEN 219159**
**CLERK: Kübra SÜMER 169456**

The rogatory documents for hearing a witness by a request by the Istanbul Chief Public Prosecutor's Office, Ministry Communications Office (International Law Desk), that was dated 10/28/2021 with case number 2021/30300 have been received by our court and were recorded in the order number 2021/157 of our Court. This request is based on the Judicial Assistance Request associated with case no. 03 MDL 1570 (GBD), which is before the United States District Court for the Southern District of New York.

Upon reviewing the request document in detail;

**IT IS HEREBY DECREED THAT:**

1- The witness hearing procedures through a rogatory requested via the file numbered 03 MDL 1570 (GBD) that is before the United States District Court for the Southern District of New York are to be carried out within the scope of the Code of Civil Procedures numbered 6100 (HMK).

2- The statement of the witness Alp Karlı regarding his witness status will be **taken** by our Court at the hearing room of the 22nd Civil Court of First Instance as of 03/22/2022 at 10:00 a.m.; and the date and time of the hearing will be **notified** by you to the address of the witness Alp Karlı as indicated on the rogatory document through a written notice,

3- The written notice must be **served** by you, indicating that Kreindler & Kreindler LLP's attorney Att. Can Güner (Republic of Turkey ID Number 42236058202), who has submitted a power of attorney to our Court on 11/08/2021 and requested to attend the hearing or the other Attorneys whose names are included in the power of attorney, must be present at the hearing room of Istanbul 22nd Civil Court of First Instance on the date and time of the hearing with the representative powers granted as required and with their Attorney Identifications,

4- The written notice must be **served** by you , indicating that Dallah Trans Arabia Co.'s attorney Att. Aybike Hotomaroğlu (Republic of Turkey ID Number 17234464652), who has submitted a power of attorney to our Court on 11/18/2021 and requested to attend the hearing or the other Attorneys whose names are included in the power of attorney, must be present at the hearing room of Istanbul 22nd Civil Court of First Instance on the date and time of the hearing with the representative powers granted as required and with their Attorney Identifications,

5- The statement of the witness Alp Karlı will be taken under oath through a camera recording as per Article 153 of the Code of Civil Procedure by an officer to be determined by our court, the statement will subsequently be transcribed by the clerk of the court, and the video that is recorded will be saved on a CD/DVD medium and a copy will be sent to the rogatory court, and a copy will be maintained at the safe deposit box held within the premises of our Court,

6- As per Article 153 of the Code of Civil Procedures (HMK),since there cannot be any audio or video recording carried out by anyone outside the officer of the court during the trial under any circumstances, another cameraman (videography) will not be present during the taking of the statement except the cameraman to be assigned by our court, and the request for the participation of a cameraman as requested to be present in paragraph 12/a of the rogatory document during the taking of the statement of the witness has been REJECTED,

7- The statement of the witness Alp Karlı will be taken on 03/22/2022 at 10:00 a.m., and the hearing date is to be **notified** to the addresses indicated in the plaintiff Kreindler and Kreindler LLP's rogatory document as per paragraph 13 of the rogatory document,

8- The statement of the witness Alp Karlı will be taken on 03/22/2022 at 10:00 a.m., and the hearing date is to be **notified** to the address of the defendant Dallah Trans Arabia Co.,

9- The statement taking procedure is to be carried out according to the principle of confidentiality as per article 28 of the Code of Civil Procedure and in line with the abovementioned rules and the special methods and procedures notified in paragraph 12 of the rogatory document, the representatives of the Parties or appointed officers, consultants, Representatives of the United States

[stamp:] REPUBLIC OF TURKEY
1923
ISTANBUL 22ND CIVIL COURT OF FIRST INSTANCE

You may access this document available at the National Judiciary Informatics System via the address http://vatandas.uyap.gov.tr with the code vyEkkLU – yX5IzJi – GykvXX3 - +1TWmI= [QR Code]

**REPUBLIC OF TURKEY ISTANBUL 22ND CIVIL COURT OF FIRST INSTANCE Action No.:** 2021/157 Order

of America, and a court reporter (clerk) will be allowed to be present throughout the witness taking process, the individual(s) to attend the trial will be accepted to the trial together with their legal representative documents regarding their duties as well as their identifications and the abovementioned matters are to be **notified** to the relevant parties,

10-Since a confidentiality order has been issued by our court and trials will be closed to public; the request in article 12/b for carrying out the judicial procedures closed to public under pursuant to the FBI protection order, for keeping them confidential, and allowing only those individuals permitted as per the FBI protection order to attend the hearing is deemed to fall within the scope of article 28 of the Code of Civil Procedure and, consequently, there is no need to issue a separate order in this regard,

11-This preliminary proceedings report shall be sent to the Ministry of Justice General Directorate of Foreign Affairs and European Affairs (Office of Judicial Assistance in Civil Matters) via CBS Ministry Communications Bureau (International Law Desk) in order for the necessary procedures to be carried out,

12-Following the completion of the procedures mentioned above and after the witness statement is taken, the rogatory document shall be returned to the relevant unit via the Istanbul Chief Public Prosecutor's Office (CBS) Ministry Communications Bureau together with all of its attachments,

The foregoing order has been issued pursuant to the review of the relevant documentation. 12/10/2021

[stamp:] REPUBLIC OF TURKEY
1923
ISTANBUL 22ND CIVIL COURT OF FIRST INSTANCE

**Clerk 169456**
**E-signature**

**Judge 219159**
**E-signature**

The Clerk of the Court is respectfully directed to docket this letter under seal, with access restricted to the Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: January 25, 2022
New York, New York

2 / 2

You may access this document available at the National Judiciary Informatics System via the address http://vatandas.uyap.gov.tr with the code vyEkkLU – yX5IzJi – GykvXX3 - +1TWmI=

[QR Code]



**T.C.**
**ADALET BAKANLIĞI**
**Dış İlişkiler ve Avrupa Birliği Genel M**
**(Hukuk İstinabe Bürosu)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 1/25/2022

REPUBLIC OF TURKEY
MINISTRY OF JUSTICE
Directorate General for Foreign Relations and Euro[
(Office of Judicial Assistance in Civil Matters)

**Address :** Türkiye Cumhuriyeti Adalet Bakanlığı Ek Bina DİABGM
Hukuk İstinabe Bürosu Milli Müdafaa Caddesi No:22 06659
Bakanlıklar /ANKARA TURKEY

**Handled by :**
**Fax** : (+90) 312 219 45 23
**E-Mail** : diabgm@adalet.gov.tr

**United States Discrict Court,**
**Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square, Room 430**
**New York, NY 10007**

**"Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters"**

**Sayı/Reference :** 42378409-4.6.1542.2021-E.17718/152929 17.12.2021
(Lütfen yazınızda belirtiniz/Please indicate in your letter)

Sayın Bayanlar ve Baylar,
Dear Madam/Sir,

İlgi : Kreindler & Kreindler LLP'nin 12 Mayıs 2021 tarihli yazısı ile iletilen Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesinin 03 MDL 1570 (GBD) sayılı istinabe talebi.
Reference : The letter rogatory numbered 03 MDL 1570 (GBD) of the United States District Court for the Southern District of New York annexed to the letter of Kreindler & Kreindler LLP dated 12 May 2021.

İlgi yazı ile alınan istinabe talebiniz, gereğinin takdiri ve ifası amacıyla İstanbul Cumhuriyet Başsavcılığına iletilmiştir
Your letter rogatory received annexed to the reference letter was forwarded to Istanbul Chief Public Prosecutor's Office for the discretion of the necessary procedure and its execution.

Anılan Başsavcılıktan alınan yazıda, Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesinin 03 MDL 1570 (GBD) sayılı istinabe talebinin, İstanbul 22. Asliye Hukuk Mahkemesi'nin 2021/157 Talimat numarasına kaydedildiği bildirilmektedir.
In the response letter received from the mentioned Chief Public Prosecutor's Office, it is notified that the letter rogatory numbered 03 MDL 1570 (GBD) of the United States District Court for the Southern District of New York has been registered to the file number 2021/157 of Istanbul 22nd Civil Court of First Instance.

Bu kapsamda, İstanbul 22. Asliye Hukuk Mahkemesi tarafından istinabe talebi kapsamında düzenlenen tensip tutanağı Türkçe olarak ekte iletilmektedir. Tensip tutanağında tanığın beyanın alınmasına yönelik duruşmanın 22.03.2022 günü saat 10:00'da yapılmasına karar verildiği belirtilmektedir.
In this regard, the preliminary proceedings report drawn up in Turkish by Istanbul 22nd Civil Court of First Instance concerning the letter rogatory is annexed. The preliminary proceedings report states that it has been ruled to hold the hearing for taking the statmeent of the witness on 22 March 2022 at 10:00 am.

Bu vesileyle, saygılarımızı teyit ederiz.
We avail ourselves of this opportunity to renew our highest considerations.

Mutlu İlker BELGİN
Judge
Head of Department

**Ekler/Annexes :** Documents

**General Directorate E-Mail :** diabgm@adalet.gov.tr **General Directorate Web:** www.diabgm.adalet.gov.tr **Ministry of Justice Web:** www.adalet.gov.tr

UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden xMUYwgN - nLJdSaS - DWaTTf2 - P1b6GI= ile erişebilirsin

**T.C.**
**İSTANBUL**
**22. ASLİYE HUKUK MAHKEMESİ**

**TENSİP TUTANAĞI**

**ESAS NO : 2021/157 Talimat**
**HAKİM : Ömer GÜVEN 219159**
**KATİP : Kübra SÜMER 169456**

İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası )'nun Adli Yardımlaşma Talebi Konulu 28/10/2021 tarih ve 2021/30300 esas sayılı Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen talimat yolu ile tanık dinlenmesine yönelik istinabe evrakları mahkememize gelmiş olmakla Mahkememizin 2021/157 talimat sırasına kaydı yapıldı.

Talimat evrakı detaylıca incelendi;

**GEREĞİ DÜŞÜNÜLDÜ:**

1-Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen istinabe yolu ile tanık dinleme işlemlerinin 6100 sayılı Hukuk Muhakemeleri Kanunu (HMK) kapsamında yerine getirilmesine.

2-Mahkememizce tanık Alp Karlı'nın tanıklığına ilişkin beyanın 22/03/2022 günü saat 10:00 itibari ile İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda **alınmasına,** tarafınızca duruşma gün ve saatinin tanık Alp Karlı'nın istinabe evrakında bulunan adresine tebligat yolu ile **bildirilmesine,**

3-Mahkememize 08/11/2021 tarihinde vekaletname sunan ve duruşmaya katılmayı talep eden Kreindler & Kreindler LLP vekili Av. Can Güner ( T.C. 42236058202 )'in veya vekaletnamede ismi bulunan diğer Avukatların usule uygun temsil yetkisi ve Avukatlık Kimlikleri ile birlikte duruşma gün ve saatinde İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda hazır olmaları hususunda tebliğ işleminin tarafınızca **yapılmasına,**

4-Mahkememize 18/11/2021 tarihinde vekaletname sunan ve duruşmaya katılmayı talep eden Dallah Trans Arabia Co.vekili Av. Aybike Hotomaroğlu ( T.C. 17234464652 )'nun veya vekaletnamede ismi bulunan diğer Avukatların usulüne uygun temsi yetkisi ve Avukatlık kimlikleri ile birlikte duruşma gün ve saatinde İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda hazır olmaları hususunda tebliğ işleminin tarafınızca **yapılmasına,**

5-Tanık Alp Karlı'nın ifadesinin mahkememizce belirlenecek görevli tarafından HMK 153.madde uyarınca kamera ile kayıt alınmak sureti ile yeminli olarak alınmasına, ifadenin daha sonra katip tarafından yazıya dökülmesine, kayda alınan videonun CD/DVD ortamına aktarılmasına, bir örneğinin istinabe mahkemesine gönderilmesine, bir örneğinin Mahkememiz kasasında muhafaza edilmesine,

6-Hukuk Muhakemeleri Kanunu ( HMK ) 153. madde uyarınca duruşma sırasında mahkeme görevlisi dışında hiçbir şekilde ses ve görüntü kaydı yapılamayacağından mahkememizce görevlendirilecek kameraman dışında ifade verme süresince başkaca kameraman ( videograf ) hazır bulundurulmayacağından istinabe evrakının 12/a bendinde hazır bulunması talep edilen kameramanın ifade alma işlemine katılmasına ilişkin istemin REDDİNE,

7-Tanık Alp Karlı'nın ifadesinin 22/03/2022 günü 10:00'da alınmasına, duruşma gününün istinabe evrakının 13 numaralı bent gereği davacı Kreindler and Kreindler LLP'in istinabe evrakında belirtilen adreslerine **bildirilmesine,**

8-Tanık Alp Karlı'nın ifadesinin 22/03/2022 günü 10:00'da alınmasına, duruşma gününün davalı Dallah Trans Arabia Co.'nun adresine **bildirilmesine,**

9-İfade alma işleminin yukarıda belirtilen kurallar ve istinabe evrakının 12 numaralı bentte bildirilen özel yöntem ve prosedürler doğrultusunda HMK 28.madde gereği gizlilik esasına göre alınmasına, Tarafların temsilcilerinin veya görevli memurların, danışmanların, Amerika Birleşik

UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden vyEkkLU - yX5IzJi - GYkvXX3 - +lTWmI= ile erişebilirsin

Devletleri Temsilcilerinin ve stenografın ( katip ) ifade verme süresince hazır bulundurulmalarına izin verilmesine, duruşmaya katılacak kişi / kişilerin görevlerine ilişkin yasal temsilci belgeleri ile aynı zamanda kimlikleri ile birlikte duruşmaya kabul edilecekleri hususunun ilgili taraflara **bildirilmesine,**

10-Mahkememizce gizlilik kararı verildiğinden ve duruşmaların kamuya kapalı olarak yapılacağından ayrıca 12/b maddesindeki talep gereği adli işlemlerin FBI koruma emri dahilinde kamuya kapalı olarak yapılması, gizli tutulması ve yalnızca FBI koruma emri uyarınca izin verilen kişilerin katılması yönündeki talebin HMK 28.madde kapsamında kaldığı anlaşılmakla bu konuda ayrıca bir karar oluşturulmasına yer olmadığına,

11-İş bu tensip tutanağının gereği yapılmak üzere CBS Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası ) kanalı ile Adalet Bakanlığı Dış İlişkiler ve Avrupa Birliği Genel Müdürlüğü ( Hukuk İstinabe ve Müteferrik Bürosu)'ne gönderilmesine,

12-Yukarıdaki işlemlerin tamamlanmasının ardından tanık beyanın alınmasından sonra istinabe evrakının tüm ekleri ile birlikte İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu kanalı ile ilgili birime iadesine,

Dair evrak üzerinde yapılan inceleme neticesinde tensiben karar verildi. 10/12/2021

**Katip 169456**
**E-imza**

**Hakim 219159**
**E-imza**

The Clerk of the Court is respectfully directed to docket this letter under seal, with access restricted to the Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: January 25, 2022
New York, New York

UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden vyEkkLU - yX5IzJi - GYkvXX3 - +1TWmI= ile erişebilirsin

