UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

<u>Bernaerts, et al. v. Islamic Republic of Iran</u>, No. 19-cv-11865
<u>Hargrave, et al. v. Islamic Republic of Iran</u>, No. 20-cv-09387
<u>Aron, et al. v. Islamic Republic of Iran</u>, No. 20-cv-09376
<u>Hemenway, et al. v. Islamic Republic of Iran</u>, No. 18-cv-12277

    The Court has identified motions that remain open despite having been addressed. These motions, their associated case, and the action on the main docket addressing that motion, are collected in Table 1. The Clerk of the Court is respectfully directed to terminate the motions listed in the "Open Motion" column of this Table.

**SO ORDERED.**

Dated: April 8, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge

| Table 1: Open Previously Addressed Motions |||
|---|---|---|
| **Case** | **Open Motion** | **Addressed at (ECF No. on 03-md-1570)** |
| Bernaerts, et al. v. Islamic Republic of Iran, No. 19-cv-11865 | 55 | 7522 |
| Hargrave, et al. v. Islamic Republic of Iran, No. 20-cv-09387 | 55 | |
| Aron, et al. v. Islamic Republic of Iran, No. 20-cv-09376 | 47 | |
| Bernaerts, et al. v. Islamic Republic of Iran, No. 19-cv-11865 | 68 | 7527 |
| Hargrave, et al. v. Islamic Republic of Iran, No. 20-cv-09387 | 68 | |
| Aron, et al. v. Islamic Republic of Iran, No. 20-cv-09376 | 60 | |
| Bernaerts, et al. v. Islamic Republic of Iran, No. 19-cv-11865 | 82 | 7523 |
| Aron, et al. v. Islamic Republic of Iran, No. 20-cv-09376 | 70 | |
| Hemenway, et al. v. Islamic Republic of Iran, No. 18-cv-12277 | 144 | |