UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-01570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL., <br><br> Plaintiffs-Judgment Creditors, <br><br> v. <br><br> OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC; <br><br> Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**STIPULATION AND SCHEDULING ORDER**

Plaintiffs-Judgment Creditors Estate of Alice Hoglan, et al. ("the Hoglan Creditors"), and Respondents Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC ("Respondents"), by and through their undersigned counsel, have met and conferred, and hereby stipulate and agree that the Hoglan Creditors' reply to Respondents' opposition to the Hoglan Creditors' turnover motion may be filed on or before April 25, 2022.

Dated: April 7, 2022.

_____
Lee S. Wolosky
Douglass A. Mitchell
*Counsel for the Hoglan Creditors*

*Brian P. Maloney*
Bruce G. Paulsen
Brian P. Maloney
*Counsel for Respondents*

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

April 8, 2022
New York, New York