

April 11, 2022

**Sean P. Carter**

Direct Phone   215-665-2105
Direct Fax      215-701-2105
scarter1@cozen.com

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

     I write on behalf of the *Federal Insurance*, *Burnett*, *O'Neill*, *Havlish*, *Hoglan*, *Grazioso*, *Ray*, and *Ryan* Plaintiffs to respectfully request the Court's assistance with a technical confirmation required for the Clerk of Court to issue the Final Judgment against the Taliban contemplated by the Court's April 6, 2022 Order of Judgment at ECF No. 7833.

     As directed by the Court's Order of Judgment, the *Federal Insurance* Plaintiffs submitted a proposed calculation of prejudgment interest on April 7, 2022, to assist the Clerk of Court in preparing the Final Judgment.  ECF No. 7836.  We have since learned that the Clerk's Office needs the Court to communicate its approval of the prejudgment interest calculation, in order to issue the Final Judgment in favor of the *Federal Insurance* Plaintiffs.

     We greatly appreciate the Court's assistance in issuing the underlying Order of Judgment, and for its help in addressing this final loose end, so that Plaintiffs may "execute upon and enforce the judgment immediately" as contemplated by the Court's Order.  Should the Court have any questions concerning the proposed prejudgment interest calculation, we would welcome the opportunity to address same.

     Respectfully submitted,

     COZEN O'CONNOR

     SEAN P. CARTER

Honorable George B. Daniels
April 11, 2022
Page 2

_____

cc:     The Honorable Sarah Netburn (via ECF)
        All MDL Counsel of Record (via ECF)

LEGAL\57485300\1