```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Burnett, Sr., et al. v. al Qaeda Islamic Army, et al.</u>, No. 15-cv-9903

The <u>Burnett</u> Plaintiffs move to correct the partial final default judgment entered at ECF No. 6039 (the "Original Judgment") under Federal Rule of Civil Procedure 60. ECF No. 7640. They have filed a proposed corrected order of partial final default judgment (the "Proposed Amended Judgment.") ECF No. 7642. There are two issues with this Proposed Amended Judgment.

First, it appears to include an incorrect date. The <u>Burnett</u> Plaintiffs request that the Proposed Amended Judgment be amended to include the line "the Plaintiffs identified in the expert reports attached as Exhibit C to the Declaration of John M. Eubanks, *dated January 22, 2020* . . . ." ECF No. 7641 at 4 (emphasis added). The Proposed Amended Judgment, however, states "the Plaintiffs identified in the expert reports attached as Exhibit C to the Declaration of John M. Eubanks, *dated February 4, 2020* . . . ." ECF No. 7642 at 2 (emphasis added). Plaintiffs must confirm the correct date of the Eubanks Declaration.

Second, the Proposed Amended Judgment references appended exhibits but does not include those exhibits.

The <u>Burnett</u> Plaintiffs shall file a new proposed order addressing these items or a letter explaining why these items do not need to be addressed at their earliest convenience.

**SO ORDERED.**

Dated: April 11, 2022
       New York, New York