

140 Broadway, 46th Floor  
New York, NY 10005

DOROTHEA M. CAPONE  
tcapone@baumeisterlaw.com

212-363-1200  
866-363-1200  
212-363-1346 Fax  
www.baumeisterlaw.com

April 11, 2022

*VIA ELECTRONIC CASE FILING*

Honorable Magistrate Judge Sarah Netburn  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

    Re:    In Re: September 11, 2001 Terror Attacks, 03-mdl-1570 (GBD)(SN)  
           *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)  
           *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

Dear Judge Netburn:

    This letter is submitted to advise the Court of the filing of eleven (11) Notices of Amendment today by our firm related solely to the Taliban and Muhammad Omar defendants. The notices amend the *Ashton* Plaintiffs First Amended Complaint (02-6977, ECF 2) to include immediate family members of victims of the 9/11 terror attacks and were prepared in accordance with the procedures established by the Court in its Orders of December 1, 2020 (ECF 6547) and October 28, 2019 (ECF 5234).

    Should the Court require any additional information, please contact our office.

                                                 Very truly yours,

                                               */s/ Dorothea M. Capone*  
                                               Dorothea M. Capone

DMC:cml