UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

**SARAH NETBURN, United States Magistrate Judge:**

Increased interest in seeking judgments against the Taliban has prompted the filing of numerous default judgment motions and notices of amendment that will likely support future such motions. These default judgment motions frequently rely on the prior award of damages in this matter as support for a damages award against the Taliban. To facilitate the efficient review of these motions, all future motions for default judgment against the Taliban or any other defendant shall provide the following information as part of the proposed order for default judgment included with those papers:

- The ECF numbers of any prior damages awards to the party seeking damages in the motion; and

- The ECF number of the complaint, notice of amendment, substitution order, or other document adding the plaintiff to an action in which default judgment is sought.

**SO ORDERED.**

Dated: April 11, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge