```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Plaintiffs' Executive Committees' (the "PECs") request to lodge certified copies of material with the Court that they received from the Metropolitan Police Service (the "MPS Material") in response to a letters rogatory request. ECF No. 7831. While the original letters rogatory required filing certified copies of this material, see ECF No. 6834-1 at 8, the volume and variety of material that the PECs propose to file will pose a logistical and management challenge for the Court. Accordingly, by April 26, 2022, the PECs shall file a letter stating if they have any objection to the Court waiving the requirement to file certified copies of the MPS Material and the basis for that objection.

**SO ORDERED.**

Dated: April 19, 2022
New York, New York

SARAH NETBURN
United States Magistrate Judge