UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:  03-MD-1570 (GBD)(SN)

TERRORIST ATTACKS ON  NOTICE OF AMENDMENT
SEPTEMBER 11, 2001  AS TO THE TALIBAN AND
 MUHAMMED OMAR

------------------------------------------------------------X

This document relates to: *Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN)).

Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, in a form similar to notices previously permitted and approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short Form Complaints & Notices of Amendment as to Sudan, ECF NO. 6547, and October 28, 2019 Amended Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment addressing claims against the Kingdom of Saudi Arabia and the Islamic Republic of Iran, ECF No. 5234. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s) raising claims against the Taliban and Muhammad Omar. The underlying Complaint is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint, No. 02-CV-6977, ECF No. 2 (hereinafter, the "*Ashton* First Amended Complaint"), as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply

1

to any other defendant.

Upon filing this Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which identifies the Taliban and Muhammad Omar as defendants in Exhibit B filed at ECF 1782-5, April 27, 2006.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint:

- *Ashton* First Amended Complaint, No. 02-CV-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the nature of the New Plaintiff's claim.

|   | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at filing (or death) | Plaintiff's Citizenship / Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Nolan, Susan, Individually and as Personal Representative of the Estate of Thomas Cullen, Deceased | New Jersey | USA | Thomas Cullen | PR/Spouse | USA | WD, Solatium |
| 2 | Nolan, Thomas P. Cullen | New Jersey | USA | Thomas Cullen | Child | USA | Solatium |
| 3 | Cooper, Melinda, Individually and as Personal Representative of the Estate Julian Cooper | Delaware | USA | Julian Cooper | PR/Spouse | USA | WD, Solatium |
| 4 | Cooper, Julianah | Delaware | USA | Julian Cooper | Child | USA | Solatium |
| 5 | Cooper Canady, Darlene | Virginia | USA | Julian Cooper | Sibling | USA | Solatium |
| 6 | Dory, Marie Annette | Maryland | USA | Julian Cooper | Sibling | USA | Solatium |
| 7 | Dory, Marie Annette, as Personal Representative of the Estate of Rosa Marie Cooper | Maryland | USA | Julian Cooper | Parent | USA | Solatium |
| 8 | Dory, Marie Annette, as Personal Representative of the Estate of | Maryland | USA | Julian Cooper | Sibling | USA | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Delman Phillip Cooper | | | | | | |
| 9 | Furman, Andrew, Individually and as Co-Personal Representative of the Estate of Steven Furman, Deceased | Texas | USA | Steven Furman | Co-PR/Sibling | USA | WD, Solatium |
| 10 | Furman, Chava, Individually and as Co-Personal Representative of the Estate of Steven Furman, Deceased | Maryland | USA | Steven Furman | Co-PR/Spouse | USA | WD, Solatium |
| 11 | Furman, Nisan | Maryland | USA | Steven Furman | Child | USA | Solatium |
| 12 | Furman, Menashe | Maryland | USA | Steven Furman | Child | USA | Solatium |
| 13 | Furman, Sara Rachel | Maryland | USA | Steven Furman | Child | USA | Solatium |
| 14 | Furman, Jayne | Nevada | USA | Steven Furman | Sibling | USA | Solatium |
| 15 | Furman, Michael | Nevada | USA | Steven Furman | Sibling | USA | Solatium |
| 16 | Furman, Jayne, as Co-Personal Representative of the Estate of Joyce Lilie | Nevada | USA | Steven Furman | Parent | USA | Solatium |
| 17 | Furman, Michael, as Co-Personal Representative of the Estate of Joyce Lilie | Nevada | USA | Steven Furman | Parent | USA | Solatium |

|    |                                                                            |         |     |                   |            |     |          |
|----|----------------------------------------------------------------------------|---------|-----|-------------------|------------|-----|----------|
| 18 | Lilie, Janis, as Personal Representative of the Estate of Harold Lilie      | Nevada  | USA | Steven Furman     | Stepparent | USA | Solatium |
| 19 | Furman, Marvin                                                             | Florida | USA | Steven Furman     | Parent     | USA | Solatium |

Dated: April 19, 2022
       Rye Brook, New York

Respectfully submitted,

By:    s/ Frank H. Granito
      Frank H. Granito, III, Esq. (FG 9760)
      Douglas A. Latto, Esq. (DL 3649)
      Jeanne M. O'Grady, Esq. (JO 3362)
      Speiser Krause, P.C.
      800 Westchester Avenue, Suite S-608
      Rye Brook, New York 10573
      (914) 220-5333
      *Attorneys for Plaintiffs*