KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

April 20, 2022

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of the Kingdom of Saudi Arabia and Dallah Avco concerning their motions for fees and costs at ECF Nos. 7852 and 7871, to which the Plaintiffs' Executive Committees ("Plaintiffs") filed an opposition yesterday at ECF No. 7886. Saudi Arabia and Dallah Avco request that their time to file a reply be extended to Monday, April 25, 2022, to permit time to consult with their Turkish counsel concerning matters raised in Plaintiffs' opposition. Plaintiffs have stated that they do not object to the requested extension.

      Respectfully submitted,

      /s/ *Michael K. Kellogg*

      Michael K. Kellogg
      *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)