UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MD 1570 (GBD) (SN) |

**This document relates to**:
*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN)
*Havlish, et al. v. Bin Laden, et al.*, No. 03-cv-9848 (GBD)(SN)
*John Does 1 through 7 v. The Taliban et al.*, No. 20-mc-740 (GBD)(SN)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, ECF 7894, the Plaintiffs in *Ashton v. al Qaeda Islamic Army*, 02-cv-6977 (the "*Ashton* Plaintiffs"), by and through their counsel, move before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, sitting at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11A, for a protective order pursuant to New York Civil Practice Law & Rules § 5240.

Dated: April 20, 2022  
New York, New York

Respectfully submitted,

**KREINDLER & KREINDLER LLP**

Megan Wolfe Benett
Noah H. Kushlefsky
485 Lexington Avenue, 28th Floor
New York, New York 10007
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
mbenett@kreindler.com
nkushlefsky@kreindler.com

**SHER TREMONTE LLP**

By: /s/ *Theresa Trzaskoma*
    Theresa Trzaskoma
    Michael Tremonte
    Max Tanner (*application for admission forthcoming*)
    Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com
mtanner@shertremonte.com
kghotbi@shertremonte.com

*Counsel for Ashton Plaintiffs*

1