

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**Robert T. Haefele**
*Licensed in DC, NJ, NY, PA, SC*
direct:  843.216.9184
rhaefele@motleyrice.com

<u>*Via ECF*</u>

April 21, 2022

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Court | U.S. Magistrate Judge |
| Southern District of New York | United States District Court |
| Daniel P. Moynihan U.S. Courthouse | Southern District of New York |
| 500 Pearl Street | Thurgood Marshall U.S. Courthouse |
| New York, NY 10007 | 40 Foley Square |
| | New York, NY 10007 |

Re: In re Terrorist Attacks on September 11, 2001
Dkt. No. 03-md-1570

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's October 28, 2019 Amended Order Approving Notice to Conform, Short Form Complaints, and Notices of Amendment (ECF No. 5234), we submit this letter on behalf of the plaintiff in the following case, who has filed a Short Form Complaint against the Islamic Republic of Iran, and write to request that the action be made a part of this multi-district litigation (03-md-1570):

- *Lisa Ortiz as Personal Representative of the Estate of Angel R. Ortiz, v. Islamic Republic of Iran*, civil action no. 22-cv-3100;

We have also filed a Related Case Statement on the civil docket in this case, explaining that the newly filed case is related to the multidistrict litigation captioned as *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN) ("MDL 1570").

Respectfully,

MOTLEY RICE LLC

By: <u>/s/ Robert T. Haefele</u>
ROBERT T. HAEFELE

cc: All Counsel of Record via ECF

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ