**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>　　　　　Plaintiffs,<br><br>　　- against -<br><br>THE TALIBAN *et al.*,<br><br>　　　　　Defendant. | No. 20 Misc. 740 (KPF) (SN) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03 MD 1570 (GBDN) (SN) |
| FIONA HAVLISH *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　- against -<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN *et al.*,<br><br>　　　　　Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

**[PROPOSED] ORDER ACCEPTING *AMICUS CURIAE* BRIEF**

　　The Court, having considered PEACEFUL TOMORROWS' MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* in the above captioned matter, hereby GRANTS the motion.

　　PEACEFUL TOMORROWS' MEMORANDUM OF LAW AS *AMICUS CURIAE* is accepted for filing.

SO ORDERED

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE SARA NETBURN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE