UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*,<br><br>    Creditors,<br><br>v.<br><br>THE TALIBAN, *et al.*,<br><br>    Debtors,<br><br>FEDERAL RESERVE BANK OF NEW YORK,<br><br>    Garnishee. | Case No. 03-cv-9848 (GBD)(SN) |

**CERTIFICATE OF SERVICE**

I, Benjamin D. Alter, hereby certify as follows:

1. I am an attorney duly licensed to practice law in the state of New York and admitted to the bar of this Court. I am an associate with Jenner & Block LLP, which represents Movant-Creditors Fiona Havlish et al. (the "Havlish Creditors") in the above-captioned action. This certificate of service and the attached exhibits document steps taken to serve the Havlish Creditors' turnover motion papers (MDL Dkts. 7763, 7764, 7765, 7766, and 7768) on the Taliban and Da Afghanistan Bank. I am personally familiar with the instances of service described below.

2. On April 5, 2022, Magistrate Judge Sarah Netburn issued an Opinion and Order (the "Order") authorizing and directing alternative and supplemental service of the Havlish Creditors' turnover motion papers on the Taliban and Da Afghanistan Bank. *See* MDL Dkt. 7830.

3. The Order authorized service on the Taliban via publication in the *New York Times* and *Al-Quds Al-Arabi* pursuant to N.Y.C.P.L.R. § 316, as well as service by Twitter to the accounts @abdullah_azzam7, @IeaOffice, "or to any other Twitter accounts reported to belong to Taliban spokespersons." *Id*. at 9. The Order authorized service on Da Afghanistan Bank via (1) publication in the same newspapers; (2) email to info@dab.gov.af; and (3) Twitter communication to @AFGCentralbank. *Id*. at 14.

1

4. To facilitate service by publication and other means, the Order authorized the Havlish and Doe Creditors, "[a]s an alternative to publishing the full motion papers," to include in their published notice "an electronic address such as a URL or a QR code that directs the reader to easily accessible online versions of those papers." *Id*. at 9. To that end, I helped facilitate the creation of a public website—www.DABturnover.com—which contains links to PDFs of the Havlish Creditors' and Doe Creditors' turnover motion papers in both English and Pashto, as well as an English and Pashto notice describing the relief sought in the motions.

5. Attached hereto as **Exhibit A** is a true and correct copy of a screen capture of www.DABturnover.com. The English text of the notice reads as follows (and is also translated into Pashto):

> **PUBLIC NOTICE**
> **To the Taliban and Da Afghanistan Bank**
>
> **In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 20-MC-740-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669 and $138,418,741, respectively.**
>
> **This is a notice that the motions have been filed. The motion papers are available below in both English and Pashto.**

6. Beginning at 11:30 p.m. EDT on Saturday, April 23, 2022, I personally effected email and Twitter service on Da Afghanistan Bank and the Taliban in accordance with the Order. I understand that 11:30 p.m. on Saturday, April 23, 2022 corresponds to 8:00 a.m. on Sunday, April 24, 2022 in Kabul, and I further understand on information and belief that Sunday is a business work day in Afghanistan. I also understand that business hours at Da Afghanistan Bank are Saturday through Thursday, from 8:00 a.m. Kabul time until 1:00 pm Kabul time. *See* Da Afghanistan Bank, Zones and Branches, https://www.dab.gov.af/zones-and-branches.

7. All of the emails and tweets described below were transmitted between 11:30 p.m. EDT on Saturday, April 23, 2022 and 12:30 a.m. EDT on Sunday, April 24, 2022 (or between 8:00 a.m. and 9:00 a.m. in Kabul on Sunday, April 24, 2022), and the images of those emails and tweets were captured at that time.

8. Attached hereto as **Exhibit B** is a true and correct copy of a screen capture of an April 23, 2022 email sent from the Havlish Creditors to info@dab.gov.af, which the Order described as "a general-purpose email address listed on DAB's website." MDL Dkt. 7830 at 14. The email included English and Pashto descriptions of the Havlish Creditors' turnover motion, and included as attachments copies of the Havlish Creditors' turnover motion papers, in both English and Pashto. The email also included a link to www.DABturnover.com.

9. Attached hereto as **Exhibit C** are true and correct copies of tweets, in English and Pashto, sent from @HavlishTurnover to @AFGCentralBank. I understand @AFGCentralBank to be Da Afghanistan Bank's primary Twitter account, and the Order described it as "the Twitter account to which DAB's website is linked." MDL Dkt. 7830 at 14. The tweets contained English and Pashto descriptions of the Havlish Creditors' turnover motion papers and included a link to www.DABturnover.com.

10. Attached hereto as **Exhibit D** is a true and correct copy of a screen capture of the Twitter profile for @AFGCentralBank.

11. Attached hereto as **Exhibit E** are true and correct copies of tweets, in English and Pashto, sent from @HavlishTurnover to @IeaOffice. I understand @IeaOffice to be a Twitter account associated with, as the Order stated, "Taliban political spokesman Mohammed Naeem." MDL Dkt. 7830 at 9. The tweets contained English and Pashto descriptions of the Havlish Creditors' turnover motion papers and included a link to www.DABturnover.com.

12. Attached hereto as **Exhibit F** is a true and correct copy of a screen capture of the Twitter profile for @IeaOffice, which states that it is the account of the "Spokesman of the Political Office of the Islamic Emirate of Afghanistan."

13. Attached hereto as **Exhibit G** are true and correct copies of tweets, in English and Pashto, sent from @HavlishTurnover to @abdullah_azzam7. I understand @abdullah_azzam7 to be a Twitter account associated with Abdullah Azzam, the "secretary to Taliban acting first deputy prime minister Abdul Ghani Baradar." *See* MDL Dkt. 7784 at 7. The tweets contained English and Pashto descriptions of the Havlish Creditors' turnover motion papers and included a link to www.DABturnover.com.

14. Attached hereto as **Exhibit H** is a true and correct copy of a screen capture of the Twitter profile for @abdullah_azzam7, which states that it is the account of the "Personal Secretary 2 D 1st Deputy PM of D IEA, Mullah Abdul Ghani Baradar."

15. Attached hereto as **Exhibit I** are true and correct copies of tweets, in English and Pashto, sent from @HavlishTurnover to @QaharBalkhi. I understand @QaharBalkhi to be a Twitter account associated with Abdul Qahar Balkhi, a spokesperson for the Taliban's Ministry of

3

    Foreign Affairs. The tweets contained English and Pashto descriptions of the Havlish Creditors' turnover motion papers and included a link to www.DABturnover.com.

16. Attached hereto as **Exhibit J** is a true and correct copy of a screen capture of the Twitter profile for @QaharBalkhi, which states that it is the account of the "MoFA Spokesperson, Islamic Emirate of Afghanistan."

17. Attached hereto as **Exhibit K** are true and correct copies of tweets, in English and Pashto, sent from @HavlishTurnover to @Zabehulah_M33. I understand @Zabehulah_M33 to be a Twitter account associated with Zabiullah Mujahid, a Taliban spokesman. The tweets contained English and Pashto descriptions of the Havlish Creditors' turnover motion papers and included a link to www.DABturnover.com.

18. Attached hereto as **Exhibit L** is a true and correct copy of a screen capture of the Twitter profile for @Zabehulah_M33, which states that it is the "Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid."

19. Service of the Havlish Creditors' motion papers by publication in the *New York Times* and *Al-Quds Al-Arabi* is currently being arranged, and the Havlish Creditors will file additional proofs of service when such service by publication has been completed in compliance with the Order.

Dated: April 25, 2022                            /s/ <u>Benjamin D. Alter</u>
New York, NY                                 Benjamin D. Alter
                                               JENNER & BLOCK LLP
                                               1155 Avenue of the Americas
                                               New York, NY 10036
                                               (212) 407-1755