# EXHIBIT A

DAB Turnover Proceedings



# PUBLIC NOTICE

To the Taliban and Da Afghanistan Bank

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 20-MC-740-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669 and $138,418,741, respectively.

عمومي خبرتيا

طالبانو او د افغانستان بانک ته

د متحده ايالاتو د ولسوالۍ محکمه کې د نيويارک د سويلي ولسوالۍ لپاره، د متحده ايالاتو د ولسوالۍ محکمه کې، د قضيې شميره 03-ايم ډي- 1570-جي بي ډي-ايس ان، 03-سي وي- 9848-جي بي ډي-ايس ان، او 20-ايم سي-740-جي بي ډي-ايس ان، د قضاوت اعتبار ورکوونکي فيونا هيليش او نور ("د هاولش پور ورکوونکي") (ايف آر بي ان واى) کې د افغانستان بانک کې د شتمنيو د بدلولو  جان ډوز 1 څخه تر 7 پورې (د ډو پور ورکوونکی) هر يو د نيويارک فدرال ريزرو بانکغوښتنه کړی. د هاولش طلبکار دا شتمنۍ غواړي چې د محکمي لخوا د 2012 کال د اکتوبر په 16مه نيټه د طالبانو او نورو په مينځ کې د 2001 کال د سپتمبر د 11 د ترهګرۍ بريدونو په تړاو د محکمي لخوا داخل شوي وروستي پريکړه پوره کړي. د ډو طلبکار دا شتمنۍ د 2020 کال د نومبر په 5 د ټيکساس په شمالي ولسوالۍ کې د طالبانو او نورو په مينځ کې د جنوري په 4 مه، 2016 کې په کابل، افغانستان کې د يوه ترهګريز برید په تړاو، د فدرالي حاکميت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرزالعمل 69(ای)، این وای سی پي ایل آر د 5225 (بي) او 5227 برخی، او د 2002 د ترهګرۍ د بیمي قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړي ایف آر بي این واى دې ته اړ کړی چې د افغانستان بانک بندي شوی شتمنۍ په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاواتونو لکه 2,086,386,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نېټې پوري چې غوښتنې يې په ترتيب سره ثبت شوي.

This is a notice that the motions have been filed. The motion papers are available below in both English and Pashto.

دا يو خبرتيا ده چې غوښتنې درج شوي دي. د غوښتنوکاغذونه/مقالې په لاندي ويب پاڼه کې په انګلیسي او پښتو دواړو کې شتون لري

## Havlish Creditors د هاولش پور ورکوونکي

English:                                                  Pashto (پښتو):

- Havlish Notice of Motion (English)
- Havlish Memorandum of Law (English)
- Havlish Mitchell Declaration and Exhibits (English)
- Havlish Zerden Declaration (English)
- Havlish Proposed Order (English)

- Havlish Notice of Motion (Pashto)
- Havlish Memorandum of Law (Pashto)
- Havlish Mitchell Declaration and Exhibits (Pashto)
- Havlish Zerden Declaration (Pashto)
- Havlish Proposed Order (Pashto)

## Doe Creditors د ډو پور ورکونکی

English:                                                  Pashto (پښتو):

- Doe Notice of Motion (English)
- Doe Memorandum of Law and Exhibits (English)
- Doe Thornton Declaration (English)
- Doe Zerden Declaration (English)

- Doe Notice of Motion (Pashto)
- Doe Memorandum of Law and Exhibits (Pashto)
- Doe Thornton Declaration (Pashto)
- Doe Zerden Declaration (Pashto)