# EXHIBIT B

## Alter, Benjamin D.

| | |
|---|---|
| **From:** | Havlish Creditors |
| **Sent:** | Saturday, April 23, 2022 11:42 PM |
| **To:** | 'info@dab.gov.af' |
| **Subject:** | Notice of DAB Turnover Proceedings |
| **Attachments:** | 1 - Havlish Notice of Motion (Pashto).pdf; 2 - Havlish Memorandum of Law (Pashto).pdf; 3 - Havlish Mitchell Declaration (Pashto).pdf; 4 - Havlish Zerden Declaration (Pashto).pdf; 5 - Havlish Proposed Order (Pashto).pdf |

To Da Afghanistan Bank:

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 20-MC-740-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The Havlish Creditors' motion papers are attached and also available at the following website, in both English and Pashto:

www.DABturnover.com

د متحده ایالاتو د ولسوالي محکمه کې د نیویارک د سویلي ولسوالي لپاره، د متحده ایالاتو د ولسوالي محکمه کې، د قضیې شمیره 03-ایم ډی- 1570-جي بي ډی-ایس این، 03-سی وی- 9848-جي بي ډی-ایس این، او 20-ایم سی-740-جي بي ډی-ایس این، د قضاوت اعتبار ورکوونکي فیونا هیلیش او نور ("د هاولش پور ورکوونکي") (ایف آر بی ان وای) کي د افغانستان بانک کې د شتمنیو د بدلولو  جان ډوز 1 څخه تر 7 پورې (د ډو پور ورکونکی) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړی. د هاولش طلبکار دا شتمني غواړي چي د محکمی لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مینځ کي د 2001 کال د سپټمبر د 11 د ترهګری بریدونو په تړاو د محکمي لخوا داخل شوي وروستی پریکړه پوره کړي. د ډو طلبکار دا شتمنی د 2020 کال د نومبر په 5 د ټیکساس په شمالي ولسوالي کې د طالبانو او نورو په مینځ کي د جنوری په 4 مه، 2016 کي په کابل، افغانستان کي د یوه ترهګریز برید په تړاو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرزالعمل 69(ای)، این وای سی پي ایل آر د 5225 (بي) او 5227 برخي، او د 2002 د ترهګری د بیمي قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړی ایف آر بي این وای دي ته ار کړی چی د افغانستان بانک بندي شوی شتمنی په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,386,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټې پوری چی غوښتني یی په ترتیب سره ثبت شوي.

دا یو خبرتیا ده چي غوښتني درج شوي دي. د غوښتنتوکاغذونه/مقالي په لاندې ویب پاڼه کي په انګلیسي او پښتو دواړو کي شتون لري:

www.DABturnover.com

Regards,

Counsel for the Havlish Creditors