# EXHIBIT D



# Da Afghanistan Bank- Afghanistan
@AFGCentralbank

دیدگاه د افغانستان بانک را فراهم نمودن بهترین شیوه ها و دستورالعمل های بین المللی در ساحه تحکیم ثبات قیم، ایجاد نظام سالم مالی و رشد فراگیر اقتصادی شکل میدهد.

Translate bio

◎ Ibni-Sina Watt, Kabul AFG   🔗 dab.gov.af   🗓 Joined February 2015

**17** Following    **45.1K** Followers

Not followed by anyone you're following