# EXHIBIT E

**Havlish Creditors**
@HavlishTurnover

.@IeaOffice
This is a notice that motions have been filed in United States courts seeking a turnover of DAB assets. The motion papers are available at the following website in both English and Pashto: DABturnover.com.

---

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 20-MC-740-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website:

www.DABturnover.com

---

11:55 PM · Apr 23, 2022 · Twitter Web App

**Havlish Creditors**
@HavlishTurnover

@IeaOffice.
دا يو خبرتيا ده چې غوښتنى درج شوې دي. د غوښتنوکاغذونه/مقالې په لاندې ويب پاڼه کې په انګليسي او پښتو دواړو کې ښتون لري
DABturnover.com

Translate Tweet

عمومي خبرتيا

طالبانو او د افغانستان بانک ته

د متحده ايالاتو د ولسوالۍ محکمه کې د نيويارک د سويلي ولسوالۍ لپاره، د متحده ايالاتو د ولسوالۍ محکمه کې، د قضيې شميره 03-ام ډي-1570-جي بي ډي-ايس ان، 03-سي وي- 9848-جي بي ډي-ايس ان، او 20-ام سي-740-جي بي ډي-ايس ان، د قضاوت اعتبار ورکوونکي فيونا هيليش او نور ("د هاولش پور ورکوونکي") (ايف آر بي ان وای) کې د افغانستان بانک کې د ښتمنو د بدلولو جان دوز 1 څخه تر 7 پورې (د نور پور ورکوونکي) هر يو د نيويارک فدرال رېزرو بانګوښتنه کړي. د هاولش طلبکار دا ښتمنى غواړي چې د محکمي لخوا د 2012 کال د اکتوبر په 16مه نېټه د طالبانو او نورو په مينځ کې د 2001 کال د سپتمبر د 11 د ترهګرۍ بريدونو په تړاو د محکمي لخوا داخل شوې وروستي پريکړه پوره کړي. د نو طلبکار دا ښتمنى د 2020 کال د نومبر په 5 د ټيکساس په شمالي ولسوالۍ کې د طالبانو او نورو په مينځ کې د جنورۍ په 4 مه، 2016 کې په کابل، افغانستان کې د يوه ترهګريز بريد سره په تړاو، د فدرالي حاکميت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرزالعمل 69(اې)، ان وای اې سي پي ال آر د 5225 (بي) او 5227 برخي، او د 2002 د ترهګرۍ د بيمې قانون 201(اې) برخه، هاولش طلبکار او دو طالبکار تحرکات غواړي ايف آر بي ان وای دي ته اړ کړي چې د افغانستان بانک بندي شوي ښتمنى په ډېره اندازه د قناعت ور کړي. د دوي د جبراني تاوانونو لکه 2,086,386,669 ډالر او 138,418,741 ډالر د انعامونو بقايا مقدار د هغه نيټې پوري چې غوښتنى يي په ترتيب سره ثبت شوې.

دا يو خبرتيا ده چې غوښتنى درج شوې دي. د غوښتنوکاغذونه/مقالې په لاندې ويب پاڼه کې په انګليسي او پښتو دواړو کې ښتون لري:

www.DABturnover.com

11:56 PM · Apr 23, 2022 · Twitter Web App