# EXHIBIT F



# Dr.M.Naeem
@IeaOffice

دا.ا.ا.د سياسي دفتر وياند.سخنګوى دفتر سياسى ا.ا.ا
.Spokesman of the Political Office of the Islamic Emirate of Afghanistan

📍 Qatar   🔗 alemarahpashto.com   📅 Joined September 2020

**76** Following   **361.9K** Followers

Not followed by anyone you're following