# EXHIBIT H



# Abdullah Azzam
@Abdullah_azzam7

Personal Secretary 2 D 1st Deputy PM of D IEA, Mullah Abdul Ghani Baradar, Views are own د.ا.ا.د ریاست الوزراء د لومړي معاون ملا عبدالغني برادر خاص سکرتر

📍 Kabul, Afghanistan   🎈 Born January 1, 1996   📅 Joined September 2020

**439** Following    **9,819** Followers

Not followed by anyone you're following