# EXHIBIT I

**Havlish Creditors**
@HavlishTurnover

.@QaharBalkhi
This is a notice that motions have been filed in United States courts seeking a turnover of DAB assets. The motion papers are available at the following website in both English and Pashto: DABturnover.com.

---

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 20-MC-740-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website:

www.DABturnover.com

---

12:03 AM · Apr 24, 2022 · Twitter Web App

**Havlish Turnover**
@HavlishTurnover

@QaharBalkhi.

دا یو خبرتیا ده چې غوښتنی درج شوي دي. د غوښتنوکاغذونه/مقالې په لاندې ویب پاڼه کې په انګلیسي او پښتو دواړو کې شتون لري

DABturnover.com

Translate Tweet

---

عمومي خبرتیا

طالبانو او د افغانستان بانک ته

د متحده ایالاتو د ولسوالۍ محکمه کې د نیویارک د سویلي ولسوالۍ لپاره، د متحده ایالاتو د ولسوالۍ محکمه کې، د قضیې شمیره 03-ایم ډي-1570-جي بي ډي-ایس ان، 03-سي وي- 9848-جي بي ډي-ایس ان، او 20-ایم سي-740-جي بي ډي-ایس ان، د قضاوت اعتبار ورکوونکي فیونا هیلش او نور ("د هاولش پور ورکوونکي") (ایف آر بي ان وای) کې د افغانستان بانک کې د شتمنیو د بدلولو جان دوز 1 څخه تر 7 پورې (د دو پور ورکوونکي) هر یو د نیویارک د فدرال ریزرو بانکوښتنه کړي. د هاولش طلبکار دا شتمنی غواري چي د محکمې لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مینځ کي د 2001 کال د سپټمبر د 11 ترهګري بریدونو په تراو د محکمي لخوا داخل شوي وروستي پریکړه پوره کړي. د دو طلبکار دا شتمنی د 2020 کال د نومبر په 5 د تیکساس په شمالي ولسوالۍ کې د طالبانو او نورو په مینځ کي د جنوري په 4 مه، 2016 کي په کابل، افغانستان کي د یوه ترهګریز برید په تراو، د فدرالي حاکمیت سره سم د وروستی قضاوت د پوره کولو لپاره غواري. د مدني طرزالعمل 69(ای)، ان وای سي پي ال آر د 5225 (بي) او 5227 برخي، او د 2002 د ترهګري د بیمي قانون 201(ای) برخه، هاولش طلبکار او دو طلبکار تحرکات غواري ایف آر بي ان وای دي ته ار کړي چې د افغانستان بانک بندي شوي شتمنی په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,386,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټي پوري چي غوښتنی یې په ترتیب سره ثبت شوي.

دا یو خبرتیا ده چې غوښتنی درج شوي دي. د غوښتنوکاغذونه/مقالې په لاندې ویب پاڼه کې په انګلیسي او پښتو دواړو کې شتون لري:

www.DABturnover.com

---

12:04 AM · Apr 24, 2022 · Twitter Web App