# EXHIBIT J



**Abdul Qahar Balkhi**
@QaharBalkhi

MoFA Spokesperson, Islamic Emirate of Afghanistan
Translate bio

Kabul    Joined August 2021

**43** Following    **117.5K** Followers

Not followed by anyone you're following