# EXHIBIT K

**Havlish Creditors**
@HavlishTurnover

.@Zabehulah_M33
This is a notice that motions have been filed in United States courts seeking a turnover of DAB assets. The motion papers are available at the following website in both English and Pashto: DABturnover.com.

---

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 20-MC-740-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website:

www.DABturnover.com

---

12:00 AM · Apr 24, 2022 · Twitter Web App

## Havlish Creditors
@HavlishTurnover

@Zabehulah_M33.

دا يو خبرتيا ده چې غوښتنې درج شوي دي. د غوښتنوکاغذونه/مقالې په لاندې ويب پاڼه کې په انګليسي او پښتو دواړو کې شتون لري

DABturnover.com

Translate Tweet

عمومي خبرتيا

طالبانو او د افغانستان بانک ته

د متحده ايالاتو د ولسوالي محكمه كې د نيويارک د سويلي ولسوالي لپاره، د متحده ايالاتو د ولسوالي محكمه كې، د قضيي شميره 03-ايم ډي-1570-جي بي ډي-ايس ان، 03-سي وي- 9848-جي بي ډي-ايس ان، او 20-ايم سي-740-جي بي ډي-ايس ان، د قضاوت اعتبار ورکوونکي فيونا هيليش او نور ("د هاولش پور ورکوونکي") (ايف آر بي ان وای) کې د افغانستان بانک کې د شتمنيو د بدلولو جان ډوز 1 څخه تر 7 پوري (د ډو پور ورکوونکي) هر يو د نيويارک فدرال ريزرو بانکغوښتنه کړي. د هاولش طلبکار دا شتمنۍ غواري چې د محکمي لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مينځ کې د 2001 کال د سپتمبر د 11 د ترهګري بريدونو په تړاو د محكمي لخوا داخل شوي وروستي پريكړه پوره كړي. د ډو طلبكار دا شتمنۍ د 2020 كال د نومبر په 5 د تيكساس په شمالي ولسوالي كې د طالبانو او نورو په مينځ كي د جنوري په 4 مه، 2016 کي په کابل، افغانستان کي د يوه ترهګريز بريد په تړاو، د فدرالي حاکميت سره سم د وروستي قضاوت د پوره کولو لپاره غواري. د مدني طرز العمل 69(اى)، اين وای سي پي ال آر د 5225 (بي) او 5227 برخي، او د 2002 د ترهګري د بيمي قانون 201(اى) برخه، هاولش طلبكار او ډو طلبكار تحركات غواړي ايف آر بي ان وای د ى تر کري چي د افغانستان بانک بندي شوي شتمنی په ډيره اندازه د قناعت ور کري. د دوى د جبراني تاوانونو لكه 2,086,386,669 ډالر او 138,418,741 ډالر د انعامونو بقايا مقدار د هغه نيټي پوري چي غوښتنۍ يي په ترتيب سره ثبت شوي.

دا يو خبرتيا ده چې غوښتنۍ درج شوي دي. د غوښتنوکاغذونه/مقالې په لاندې ويب پاڼه کې په انګليسي او پښتو دواړو کې شتون لري:

www.DABturnover.com

11:59 PM · Apr 23, 2022 · Twitter Web App