# EXHIBIT L

# ذبیح الله مجاهد

## د افغانستان اسلامي امارت ویندوی
## سخنګوی امارت اسلامی افغانستان





# Zabihullah (..م الله ذبــــیح )
@Zabehulah_M33

Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid

🔗 alemarahpashto.com    📅 Joined April 2017

**39** Following    **553.2K** Followers

Not followed by anyone you're following