# E-mail Service – Da Afghanistan Bank English

 John Does <johndoes1through7@gmail.com>

---

## Notice of turnover proceedings against the assets of Da Afghanistan Bank in the United States District Court for the Southern District of New York. John Does 1 through 7 v. Taliban et al; and The Federal Reserve Bank of New York, Garnishee. Case number 1 :20-mc-00740

**John Does** <johndoes1through7@gmail.com>                                      Wed, Apr 20, 2022 at 12:03 PM
To: info@dab.gov.af, wahab.quraishi@dab.gov.af, abbas.saameh@dab.gov.af, aziz.rahmani@dab.gov.af, kazem.sarwary@dab.gov.af
Cc: od@dandtlaw.com, dj@dandtlaw.com, jt@dandtlaw.com

> **PUBLIC NOTICE**
>
> **To the Taliban and Da Afghanistan Bank**
>
> In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively.
>
> This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.

## PUBLIC NOTICE

### To the Taliban and Da Afghanistan Bank

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.



**6 attachments**

📄 **DE 79 2022.03.20 NOTICE of Doe Creditors' Motion for Turnover.pdf**
130K

📄 **80-1 Writ of Execution.pdf**
110K

📄 **80-3 Proposed Order .pdf**
100K

📄 **80-2 SOI in Doe v ELN.pdf**
665K

📄 **80 MEMORANDUM OF LAW in Support of Motion in Support of Doe Creditors' Motion for Turnover.pdf**
453K

📄 **DE 81 2022.03.20 DECLARATION of John Thornton in Support Memorandum of Law DE 79.pdf**
70K

# **E-mail Service – Da Afghanistan Bank Pashto**



د نیویارک د سویلي ولسوالۍ لپاره د متحده ایالاتو د ولسوالۍ په محکمه کې د افغانستان بانک د ښتمنیو په ۲۶۶/۱٬۰۰۰ طالبان او د هغوی همکاران" او د دریمګری ګوند د نیویارک د فدرال ، v وراندې د اجرأتو خبرتیا، د جان ډوز ۱ له لارې 7 mc-00740-ریزرو بانک. د قضیي شمېره 1:20

**John Does** <johndoes1through7@gmail.com>                    Wed, Apr 20, 2022 at 11:59 AM
To: info@dab.gov.af, wahab.quraishi@dab.gov.af, abbas.saameh@dab.gov.af, aziz.rahmani@dab.gov.af,
kazem.sarwary@dab.gov.af
Cc: jt@dandtlaw.com, od@dandtlaw.com, dj@dandtlaw.com



عمومي خبرتیا¶

طالبانو او د افغانستان بانک ته¶

د متحده ایالاتو د ولسوالۍ محکمه کې د نیویارک د سویلي ولسوالۍ لپاره، د متحده ایالاتو د ولسوالۍ محکمه کې، د قضیي شمېره 03-ایم ډی-
1570-جي بي ډي-ایس این، 03-سي وي- 9848-جي بي ډي-ایس این، او 20-ایم سي-740-جي بي ډي-ایس این، د قضاوت اعتبار ورکولو په
فینا هیلیش او نور ("د هاولش پور ورکوینکي") (ایف آر بي این وای) کې د افغانستان بانک کې د ښتمنیو د بدلولو جان ډوز 1 څخه تر 7 پورې
(د نو پور ورکوینکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړی. د هاولش طلبکار دا ښتمنۍ غواړي چې د محکمې لخوا د 2012 کال د
اکتوبر په 16مه نیټه د طالبانو او نورو په مینخ کې د 2001 کال د سپتمبر د 11 د تر هګري بریدونو په تراو د محکمي لخوا داخل شوي وروستی
پریکړه پوره کړي. د دو طلبکار دا ښتمني د 2020 کال د نومبر په 5 د ټیکساس په شمالي ولسوالۍ کې د طالبانو او نورو په مینخ کې د جنوري په
4 مه، 2016 کې یوه په کابل، افغانستان کې د یوه ترهګریز برید په تراو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د
مدني طرزالعمل 69(ای)، این وای سي پي ایل آر، د 5225 (بي) او د 5227 برخې، او د 2002 د ترهګري د بیمي قانون 201(ای) برخه، هاولش
طلبکار او د طلبکار تحرکات غواړي.ایف آر بي این وای این وای دي ته د کري چې د افغانستان بانک بندي شوی ښتمني په ډیره اندازه د قناعت وړ
کړي. د دوی د جبراني ټاوانونو لکه 2,086,368,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټې پورې چې غوښتني بي په
ترتیب سره ثبت شوي.¶

دا یو خبرتیا ده چې غوښتني درج شوي دي. د غوښتنتوکاغذونه/مقالي په لاندي ویب پانه کې په انګلیسي او پښتو دواړو کې شتون لري:¶

www.DABturnover.com¶

<br>

## عمومي خبرتیا

### طالبانو او د افغانستان بانک ته

د متحده ایالاتو د ولسوالۍ محکمه کې د نیویارک د سویلي ولسوالۍ لپاره، د متحده ایالاتو د ولسوالۍ محکمه کې، د قضیي شمېره 03-ایم ډی-1570-جي بي ډي-ایس این، 03-سي وي- 9848-جي بي ډي-ایس این، او 20-ایم سي-740-جي بي ډي-ایس این، د قضاوت اعتبار ورکولو په فینا هیلیش او نور ("د هاولش پور ورکوینکي") (ایف آر بي این وای) کې د افغانستان بانک کې د ښتمنیو د بدلولو جان ډوز 1 څخه تر 7 پورې (د نو پور ورکوینکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړی. د هاولش طلبکار دا ښتمنۍ غواړي چې د محکمې لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مینخ کې د 2001 کال د سپتمبر د 11 د ترهګري بریدونو په تراو د محکمي لخوا داخل شوي وروستی پریکړه پوره کړي. د دو طلبکار دا ښتمني د 2020 کال د نومبر په 5 د ټیکساس په شمالي ولسوالۍ کې د طالبانو او نورو په مینخ کې د جنوري په 4 مه، 2016 کې د کابل، افغانستان کې د یوه ترهګریز برید په تراو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرزالعمل 69(ای)، این وای سي پي ایل آر، د 5225 (بي) او د 5227 برخې، او د 2002 د ترهګري د بیمي قانون 201(ای) برخه، هاولش طلبکار او د طلبکار تحرکات غواړي.ایف آر بي این وای این وای دي ته د کري چې د افغانستان بانک بندي شوی ښتمني په ډیره اندازه د قناعت وړ کړي. د دوی د جبراني ټاوانونو لکه 2,086,368,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټې پورې چې غوښتني یی په ترتیب سره ثبت شوي.

دا یو خبرتیا دا دی چې غوښتني درج شوي دي. د غوښتنتوکاغذونه/مقالي په لاندي ویب پانه کې په انګلیسي او پښتو دواړو کې شتون لري:

www.DABturnover.com

---

**3 attachments**

  DE 81 Certified Translations Pashto English.pdf
547K

  DE 80 - Ceritified Translation Doe Memorandum of Law (Pashto).pdf

2418K

**DE 79 Certified Translation of Notice of Motion.pdf**
648K

# <u>Twitter Service – Da Afghanistan Bank English</u>



**John Does 1 through 7** @Does1Through7 · Apr 20

@AFGCentralbank

**PUBLIC NOTICE¶**

**To the Taliban and Da Afghanistan Bank¶**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively. ¶

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.¶

**ALT**

Zabihullah (..م الله ذبـــــيح ) and Suhail Shaheen. شاهين سهيل محمد

    

# Twitter Service – Da Afghanistan Bank Pashto

**John Does 1 through 7** @Does1Through7 · Apr 20

@AFGCentralbank

عمومي خبرتیا¶

طالبانو او د افغانستان بانک ته¶

د متحده ایالاتو د ولسوالی محکمه کي، د نیویارک د سویلي ولسوالی لپاره، د متحده ایالاتو د ولسوالی محکمه کي، د قضیي شمیره 03-ایم ډی- 1570-جی بی ډی-ایس این، 03-سی وی- 9848-جی بی ډی-ایس این، او 20-ایم سی-740-جی بی ډی-ایس این، د قضاوت اعتبار ورکوونکي فیونا هیلیش او نور ("د هاولش پور ورکوونکي") (ایف آر بی این وای) کی، د افغانستان بانک کی د شتمنیو د بدلولو جان ډوز 1 څخه تر 7 پوري (د ډو پور ورکوونکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړی. د هاولش طلبکار دا شتمنی غواړي چي د محکمي لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مینخ کي د 2001 کال د سپتمبر د 11 د تر هګری بریدونو په تړاو د محکمي لخوا داخل شوي وروستي پریکړه پوره کړي. د ډو طلبکار دا شتمنی د 2020 کال د نومبر په 5 د تیکساس په شمالي ولسوالی کي د طالبانو او نورو په مینخ کي د جنوری په 4 مه، 2016 کي په کابل، افغانستان کي د یوه تر هګریز برید په تړاو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرز العمل 69(ای)، این وای سي پي ایل آر د 5225 (ای) او 5227 برخي، او د 2002 د تر هګری د بیمی قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړي ایف آر بی این وای دي ته اړ کړی چي د افغانستان بانک بندي شوی شتمنی په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,368,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټي پوري چي غوښتنتیا یي په ترتیب سره ثبت شوي.¶

دا یو خبرتیا ده چي غوښتنتیا درج شوي دي. د غوښتنتوکاغذونه/مقالي په لاندي ویب پانه کي په انګلیسي او پښتو دواړو کي ښتون لري:¶

ALT

www.DABturnover.com¶

Zabihullah (ذبـــيح الله م..) and 2 others

