# Twitter Service – Taliban English

← **John Does 1 through 7**
12 Photos & videos

**John Does 1 through 7** @Does1Through7 · Apr 20

@Zabihullah_M3 @Zabehulah_M33 @leaoffice @QyAhmadi21 @suhailshaheen1

> **PUBLIC NOTICE**
>
> **To the Taliban and Da Afghanistan Bank**
>
> In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively.
>
> This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.

ALT

**Image description**
www.DABturnover.com

Does1Through7 · Apr 20

# Twitter Service – Taliban Pashto

**John Does 1 through 7** @Does1Through7 · Apr 20

@Zabehulah_M33 @Zabihullah_M3 @leaoffice @QyAhmadi21 @suhailshaheen1

عمومي خبرتیا

طالبانو او د افغانستان بانک ته

د متحده ایالاتو د ولسوالي محکمه کې د نیویارک د سویلي ولسوالۍ لپاره، د متحده ایالاتو د ولسوالۍ محکمه کې، د قضیې شمیره 03-ایم ډی-1570-جی بي ډی-ایس این، 03-سي وی- 9848-جی بي ډی-ایس این، او 20-ایم سي-740-جی بي ډی-ایس این، د قضاوت اعتبار ورکوونکي فیونا هیلیش او نور ("د هاولش پور ورکوونکي") (ایف آر بي وای) کې د افغانستان بانک کې د شتمنیو د بدلولو  جان ډوز 1 څخه تر 7 پوری (د ډو پور ورکونکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړی. د هاولش طلبکار دا شتمنی غواري چي د محکمي لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مینځ کې د 2001 کال د سپتمبر د 11 د تر هګری بریدونو په تړاو د محکمي لخوا داخل شوي وروستی پریکړه پوره کړي. د ډو طلبکار دا شتمنی د 2020 کال د نومبر په 5 د ټیکساس په شمالي ولسوالۍ کې د طالبانو او نورو په مینځ کې د جنوري په 4 مه، 2016 کې په کابل، افغانستان کې د یوه تر هګریز برید په تړاو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواري. د مدني طرز العمل 69(ای)، این وای سي پي ایل آر د 5225 (بي) او 5227 برخي، او د 2002 د تر هګری د بیمي قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړی ایف آر بي این وای دي ته ار کړی چي د افغانستان بانک بندي شوی شتمنی په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,368,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټي پوري چي غوښتنی یی په ترتیب سره ثبت شوي.

دا یو خبرتیا ده چي غوښتنی درج شوي دي. د غوښتنو کاغذونه/مقالي په لاندې ویب پاڼه کي په انګلیسي او پښتو دوارو کی شتون لري:

www.DABturnover.com

ALT
**Image description**
www.DABturnover.com