# EXHIBIT A

: THIS REPORT CREATED 8 Mar 2022 16:59

## Company Detail

| | | | |
|---|---|---|---|
| Short Name | **Fleetscape Suez Rajan LLC** | Company No | **6188419** |
| Full Company Name | **Fleetscape Suez Rajan LLC** | | |
| Nationality of Registration | **Marshall Islands** | Nationality of Control | **United States Of America** |
| Status | **Existing** | Company Type | **Registered Owner** |
| Founded | **2020** | | |

**This company is a subsidiary of Group: [Oaktree Capital Management LP](#)**

## Personnel

## Addresses

| | |
|---|---|
| Address | **Care of Empire Navigation Inc, 88, Vouliagmenis Avenue, Elliniko, 167 77 Athens, Greece.** |
| Telephone | **+30 211 102 7100** |
| Fax | **+30 215 215 8162** |
| Email | **[empire@empirenavigation.com](mailto:empire@empirenavigation.com)** |
| Website | **[www.empirenavigation.com](http://www.empirenavigation.com)** |

## Group Structure

This company is part of the following group structure

### Group Overview

| Group Name | Group-owned Newbuilds | Group-owned Ships | Chartered-in Ships | Chartered-out Ships | Total Group-operated Fleet | No. Owned Operators | No. Registered Owners |
|---|---|---|---|---|---|---|---|
| Oaktree Capital Management LP | 0 | 89 | 0 | 78 | 11 | 11 | 89 |

**MANAGEMENT LEVEL ANALYSIS (excludes Newbuilds):** Oaktree Capital Management LP

| | Operated Ships | | Managed Ships | | DOC Comp. Ships | | All Ships |
|---|---|---|---|---|---|---|---|
| | Group Owned | In Total | Group Owned | In Total | Group Owned | In Total | |
| **Group Owned Companies** | | | | | | | |
| Oceanbulk Container Management | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| OCM Atlantis LLC | 0 | 0 | 1 | 1 | 0 | 0 | 1 |
| OCM Hope LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Amur LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Arno LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Blanc LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Jungfrau LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime K2 LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Kama LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Latemar LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Nile LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Orinoco LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| OCM Maritime Robson LLC | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| **Non Group-Owned Companies** | | | | | | | |
| Aerio Shipmanagement Ltd | 2 | 3 | 2 | 3 | 1 | 1 | 3 |
| AG Shipping & Engergy Pte Ltd | 2 | 2 | 2 | 2 | 0 | 0 | 2 |
| Al Sidra Ship Management LLC | 1 | 3 | 0 | 2 | 1 | 3 | 3 |
| Alliance Maritime | 6 | 13 | 4 | 10 | 0 | 0 | 13 |
| Alliance Tanker Management | 3 | 4 | 0 | 0 | 0 | 0 | 4 |
| Anco Ltd | 1 | 2 | 1 | 2 | 1 | 2 | 2 |
| Anglo-Eastern Tanker Mgmt-HKG | 0 | 2 | 0 | 12 | 2 | 46 | 48 |
| Atlantic Ship Management Ltd | 0 | 0 | 0 | 0 | 1 | 17 | 17 |
| BP Singapore Pte Ltd | 1 | 6 | 1 | 2 | 0 | 0 | 6 |
| Buana Lintas Lautan Tbk PT | 1 | 10 | 1 | 11 | 0 | 0 | 11 |
| C Transport Maritime SAM | 2 | 41 | 0 | 38 | 0 | 33 | 46 |
| CMA CGM SA The French Line | 4 | 455 | 0 | 168 | 0 | 0 | 470 |
| DH-Dhekelia Shipmanagement Ltd | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| Dioryx Maritime Services Corp | 0 | 0 | 6 | 7 | 6 | 8 | 8 |
| Draco Buren Shipping Pte Ltd | 0 | 0 | 11 | 12 | 9 | 14 | 17 |
| Eiko Kisen Co Ltd | 1 | 5 | 1 | 10 | 1 | 3 | 10 |
| Eleen Marine JSC | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Eletson Corp | 6 | 15 | 6 | 15 | 6 | 26 | 26 |
| Empire Navigation Inc | 1 | 5 | 3 | 15 | 3 | 15 | 15 |
| FML Ship Management Ltd | 0 | 3 | 0 | 12 | 1 | 27 | 29 |
| Foresight Group Services Ltd | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| Fortuna Seaside Bulk Carriers | 1 | 15 | 0 | 0 | 0 | 0 | 15 |
| Gdanska Zegluga Sp z oo | 0 | 5 | 0 | 5 | 1 | 3 | 6 |
| Hapag-Lloyd AG | 2 | 231 | 0 | 66 | 0 | 38 | 231 |
| ID Maritime Singapore Pte Ltd | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| IDM Mana Pte Ltd | 0 | 1 | 1 | 2 | 0 | 0 | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Interorient Shipmanagement-SNG | 1 | 1 | 1 | 4 | 2 | 10 | 10 |
| January Marine Inc | 0 | 4 | 0 | 3 | 1 | 6 | 6 |
| LFonds Shipmanagement Pte Ltd | 0 | 0 | 0 | 0 | 1 | 2 | 2 |
| Maersk A/S | 1 | 582 | 0 | 307 | 0 | 269 | 621 |
| Mariners Shipping Agency SA | 3 | 4 | 3 | 4 | 3 | 4 | 4 |
| Maru LLC | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Matson Navigation Co Inc | 1 | 24 | 0 | 16 | 0 | 14 | 24 |
| Montana Ship Management Inc | 1 | 4 | 1 | 4 | 1 | 4 | 4 |
| Nautical Carriers Inc | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| Norbulk Shipping UK Ltd | 4 | 16 | 9 | 44 | 13 | 66 | 68 |
| Norden Synergy Ship Mgmt AS | 0 | 1 | 0 | 0 | 1 | 22 | 22 |
| Norient Product Pool ApS | 1 | 118 | 1 | 58 | 0 | 0 | 120 |
| OBE Ships Management Co LLC | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Olympos Shipmanagement SA | 0 | 2 | 0 | 2 | 1 | 6 | 7 |
| OSM Tanker Management Pte Ltd | 0 | 0 | 0 | 0 | 1 | 9 | 9 |
| Overseas Bulker Enterprise SAL | 3 | 3 | 3 | 6 | 3 | 6 | 6 |
| PACC Ship Managers Pte Ltd | 1 | 8 | 1 | 23 | 0 | 15 | 25 |
| Panbulk Shipping DMCC | 1 | 2 | 1 | 2 | 0 | 0 | 2 |
| Pioneer Marine Advisers Pte | 1 | 10 | 1 | 10 | 0 | 0 | 10 |
| Premium Maritime SA | 2 | 3 | 2 | 3 | 2 | 4 | 4 |
| Safeship Management Inc | 0 | 1 | 0 | 1 | 1 | 4 | 4 |
| Sea Lead Shipping Pte Ltd | 9 | 15 | 0 | 2 | 0 | 0 | 15 |
| Stag Marine Management Pvt Ltd | 0 | 2 | 0 | 2 | 2 | 4 | 4 |
| Su-Nav Ship Management Pvt Ltd | 0 | 0 | 0 | 0 | 1 | 22 | 22 |
| Synergy Maritime Pvt Ltd | 0 | 0 | 0 | 15 | 2 | 188 | 188 |
| T-Erudite Ship Managers | 0 | 0 | 0 | 0 | 1 | 4 | 4 |
| Third January Maritime Ltd | 1 | 2 | 1 | 3 | 0 | 0 | 3 |
| Union Commercial Services Ltd | 3 | 22 | 3 | 21 | 0 | 0 | 23 |
| Union Maritime Ltd-GBI | 1 | 23 | 1 | 26 | 0 | 0 | 26 |
| Uniteam Marine Ltd | 0 | 1 | 0 | 1 | 1 | 1 | 2 |
| Uniteam Marine Shipping GmbH | 0 | 1 | 1 | 4 | 1 | 13 | 13 |
| V Ships Ship Management India | 0 | 0 | 0 | 0 | 4 | 21 | 21 |
| VG Shipmanagement SA | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wilhelmsen Ship Mgmt Sdn Bhd | 0 | 2 | 0 | 16 | 1 | 46 | 46 |
| Zim Integrated Shipping Servs | 1 | 102 | 0 | 15 | 0 | 6 | 103 |

**Registered Owners**

| Registered Owner | Ship Count |
|---|---|
| Fleetscape Foresight 1 LLC | 1 |
| Fleetscape Gunmetal Jack LLC | 1 |
| Fleetscape Sri Asih LLC | 1 |
| Fleetscape Suez Hans LLC | 1 |
| Fleetscape Suez Rajan LLC | 1 |
| Fleetscape UM Ampleforth LLC | 1 |
| Fleetscape UM Enford LLC | 1 |
| Fleetscape UM Picton LLC | 1 |
| Fleetscape UM Wellington LLC | 1 |
| Fleetscape UM Westmore LLC | 1 |
| OCM AG Mars LLC | 1 |
| OCM Annapurna LLC | 1 |
| OCM Argo LLC | 1 |

| | |
|---|---|
| OCM Atlantic Trader LLC | 1 |
| OCM Atlantis LLC | 1 |
| OCM Daugava LLC | 1 |
| OCM Despina K LLC | 1 |
| OCM Dnister LLC | 1 |
| OCM Frosso K LLC | 1 |
| OCM Garonne LLC | 1 |
| OCM Guadiana LLC | 1 |
| OCM Hope LLC | 1 |
| OCM Ion LLC | 1 |
| OCM Kassi LLC | 1 |
| OCM Maritime Adventure LLC | 1 |
| OCM Maritime Amazon LLC | 1 |
| OCM Maritime Amur LLC | 1 |
| OCM Maritime Arno LLC | 1 |
| OCM Maritime Autumn LLC | 1 |
| OCM Maritime Banas LLC | 1 |
| OCM Maritime Blanc LLC | 1 |
| OCM Maritime Brazos LLC | 1 |
| OCM Maritime Civetta LLC | 1 |
| OCM Maritime Colorado LLC | 1 |
| OCM Maritime Danube LLC | 1 |
| OCM Maritime Denali LLC | 1 |
| OCM Maritime Drava LLC | 1 |
| OCM Maritime Dream LLC | 1 |
| OCM Maritime Eiger LLC | 1 |
| OCM Maritime Erie LLC | 1 |
| OCM Maritime Flyer LLC | 1 |
| OCM Maritime Huron LLC | 1 |
| OCM Maritime Jungfrau LLC | 1 |
| OCM Maritime K2 LLC | 1 |
| OCM Maritime Kama LLC | 1 |
| OCM Maritime Latemar LLC | 1 |
| OCM Maritime Loire LLC | 1 |
| OCM Maritime Monch LLC | 1 |
| OCM Maritime Neva LLC | 1 |
| OCM Maritime Niger LLC | 1 |
| OCM Maritime Nile LLC | 1 |
| OCM Maritime Orinoco LLC | 1 |
| OCM Maritime Pelmo LLC | 1 |
| OCM Maritime Piave LLC | 1 |
| OCM Maritime Rhine LLC | 1 |
| OCM Maritime Robson LLC | 1 |
| OCM Maritime Rover LLC | 1 |
| OCM Maritime Seine LLC | 1 |
| OCM Maritime Snowdon LLC | 1 |
| OCM Maritime Spring LLC | 1 |
| OCM Maritime Summer LLC | 1 |
| OCM Maritime Thames LLC | 1 |
| OCM Maritime Washington LLC | 1 |

| Company | |
|---|---|
| OCM Maritime Yangtze LLC | 1 |
| OCM Maritime Yellow LLC | 1 |
| OCM Maritime Yukon LLC | 1 |
| OCM Moana LLC | 1 |
| OCM Olympic Vision LLC | 1 |
| OCM Pantheon LLC | 1 |
| OCM Ripley Prosperity LLC | 1 |
| OCM Snoopy LLC | 1 |
| OCM Sofia K LLC | 1 |
| OCM Sonic LLC | 1 |
| OCM Strymo LLC | 1 |
| OCM Timon LLC | 1 |
| OCM Tintin LLC | 1 |
| OCM Tuna Askholmen LLC | 1 |
| OCM Tuna Brentholmen LLC | 1 |
| OCM Tuna Desert Oak LLC | 1 |
| OCM Tuna Furuholmen LLC | 1 |
| OCM Tuna Golden Oak LLC | 1 |
| OCM Tuna Gulholmen LLC | 1 |
| OCM Tuna Kirkeholmen LLC | 1 |
| OCM Tuna Lokholmen LLC | 1 |
| OCM Tuna Morholmen LLC | 1 |
| OCM Tuna River Oak LLC | 1 |
| OCM Tuna Storholmen LLC | 1 |
| OCM Tuna Valley Oak LLC | 1 |
| OCM Tuna Vestholmen LLC | 1 |

## Relationships

| | |
|---|---|
| Oaktree Capital Management LP | Has a Subsidiary Company:- Fleetscape Suez Rajan LLC |
| Empire Navigation Inc | Is the care of Address for & Is a 3rd Party Manager for:- Fleetscape Suez Rajan LLC |

## History

## Notes

## Fleet Size (Newbuildings in brackets)

| | | | |
|---|---|---|---|
| Group Owner | 0 (0) | Shipmanaged | 0 (0) |
| Operated | 0 (0) | DOC Held For | 0 (0) |
| Registered Owner For | 1 (0) | Technical Manager For | 0 (0) |

## Combined Fleet (inc Newbuildings)

At most, the first fifty records of the fleet are returned. Click here to return entire fleet into Search Results. This will include newbuildings and dead ships.

| LRNO | Ship Name | Flag | Status | DWT | GT | Ship Type | Built | Largest Engine |
|---|---|---|---|---|---|---|---|---|
| 9524475 | SUEZ RAJAN | Marshall Islands | In Service/Commission | 158,574 | 81,282 | Crude Oil Tanker | 2011-08 | 1 x 6S70MC-C8 |

## DOC Holder Fleet (inc Newbuildings)

No related ships

## Group Owned Fleet (inc Newbuildings)

No related ships

## Shipmanaged Fleet (inc Newbuildings)

No related ships

## Operated Fleet (inc Newbuildings)

No related ships

## Registered Owner Fleet (inc Newbuildings)

At most, the first fifty records of the fleet are returned. Click here to return entire fleet into Search Results. This will include newbuildings and dead ships.

| LRNO | Ship Name | Flag | Status | DWT | GT | Ship Type | Built | Largest Engine |
|---|---|---|---|---|---|---|---|---|
| 9524475 | SUEZ RAJAN | Marshall Islands | In Service/Commission | 158,574 | 81,282 | Crude Oil Tanker | 2011-08 | 1 x 6S70MC-C8 |

## Technical Manager Fleet (inc Newbuildings)

No related ships

## Historical Fleet (inc Dead Ships)

At most, the first fifty records of the fleet are returned. Return all ships that have been Registered Owned, Beneficially Owned, Operated, Shipmanaged or DOC Certificates held for into Search Results.
This will include newbuildings and dead ships.
* The ship names shown below are the CURRENT NAMES rather than the name at the time of the association with this company

| LRNO | Ship Name | Status | DWT | GT | Ship Type | Built | Association | From | Until |
|---|---|---|---|---|---|---|---|---|---|
| 9524475 | SUEZ RAJAN | In Service/Commission | 158574 | 81282 | Crude Oil Tanker | 2011-08 | Registered Owner | 2021-03-04 | |

## Fleet Position

At most, the first 1000 in service ships of the fleet are returned in map. AIS message details displayed in the table below the map



⬤ SUEZ RAJAN
(538090590)
Call sign V7WJ9
IMO/LR/IHS No.. 9524475
MMSI 538090590
Last update 07 Mar 2022 10:45 UTC
Received from 06°12.036'N, 106°45.153'E
Under way using engine
Tanker
Length 274m, Breadth 48m, Draught 17.170m
Extra info
Heading 344° at 0.4 knots
Destination CHINA FOR ORDERS
ETA 26 Feb 2022 18:00
Link to Ship



Leaflet | © IHS Global Ltd 2022, © DigitalGlobe, Inc, © OpenStreetMap contributors

| LRNO | Ship Name | MMSI | Callsign | Last Seen Day | Destination | ETA |
|---|---|---|---|---|---|---|
| 9524475 | SUEZ RAJAN | 538090590 | V7WJ9 | 7 Mar 2022 10:45 | CHINA FOR ORDERS | 26 Feb 2022 18:00 |

## Trading Areas Combined Fleet

Countries visited by associated ships in the last 12 months

| Trading Areas | Most Recently Seen |
|---|---|
| South East Asia | 06/03/2022 02:30:17 |
| Far East | 22/01/2022 04:13:11 |
| US West Coast | 26/09/2021 02:54:20 |
| West Coast South America | 06/09/2021 03:11:36 |
| East Coast South America | 03/09/2021 03:12:21 |
| Caribbean | 30/08/2021 02:42:44 |
| US Gulf | 29/08/2021 02:46:55 |
| US East Coast | 13/08/2021 02:41:34 |
| UK - Continent - Baltic | 01/08/2021 03:00:36 |
| Mediterranean | 24/07/2021 03:13:10 |
| Gulf - Red Sea - India | 16/07/2021 01:59:50 |
| East and South Africa | 23/05/2021 03:12:26 |
| West Africa | 09/05/2021 03:07:37 |

## Current Fleet's Casualty Event History

| Year Of Incident | Non Serious | Serious | Total |
|---|---|---|---|
| 2022 | 0 | 0 | 0 |
| 2021 | 0 | 0 | 0 |
| 2020 | 0 | 0 | 0 |
| 2019 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 |
| 2013 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 |

N.B. This list refers to the event history of ships in the current fleet, regardless of ownership at the time of the event. Content now includes all serious events

## Historical Registered Owner Fleet's Casualty Event History

| Year Of Incident | Non Serious | Serious | Total |
|---|---|---|---|
| 2022 | 0 | 0 | 0 |
| 2021 | 0 | 0 | 0 |
| 2020 | 0 | 0 | 0 |
| 2019 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 |
| 2013 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 |

N.B. This list refers to the casualty history of the ship.

## Latest DOC Certificates

**PSC Inspection history of ships currently associated with this company**

| Year of Inspection | Inspection | Detention | Total |
|---|---|---|---|
| 2022 | 0 | 0 | 0 |
| 2021 | 1 | 0 | 1 |
| 2020 | 1 | 0 | 1 |
| 2019 | 2 | 0 | 2 |
| 2018 | 1 | 0 | 1 |
| 2017 | 3 | 0 | 3 |
| 2016 | 2 | 0 | 2 |
| 2015 | 2 | 0 | 2 |
| 2014 | 1 | 0 | 1 |
| 2013 | 1 | 0 | 1 |
| Total | 14 | 0 | 14 |

**Historical DOC Fleet PSC Inspection History Analysis**

| Year of Inspection | Inspection | Detention | Total |
|---|---|---|---|
| 2022 | 0 | 0 | 0 |
| 2021 | 0 | 0 | 0 |
| 2020 | 0 | 0 | 0 |
| 2019 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 |
| 2013 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 |

**Ship Performance**

MARINE BENCHMARK

This data is brought to you in cooperation with Marine Benchmark

## Fleet analysis

The data below is for demo purposes only. To view real data you will need to add the Ship Performance Module to your subscription

**Ship Performance Data**

No fleet data available for this company.

## Fleet age profile analysis

The data below is for demo purposes only. To view real data you will need to add the Ship Performance Module to your subscription

**Ship Performance Data**

No fleet age profile data available for this company.

ⓘ For more detailed or longer analysis, such as operational analysis/trends or trading area analysis/trends for specific owner/operator/technical manager, please contact Marine Benchmark.

**My Notes**

[ Add Note ]

© 2022 IHS Global Limited. IHS Global Limited assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with IHS Global Limited and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.