# EXHIBIT B

California
Secretary of State

Business UCC

Login

Home

Search

Forms

Help

# UCC Search

Print

*UCC Documents have been processed through: 04/04/2022*

***Disclaimer:*** *This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.*

Fleetscape Suez raja

Advanced

Results: 1

| UCC Type | Debtor Information | File Number |
|---|---|---|
| UCC | FLEETSCAPE SUEZ RAJAN, LLC - LOS ANGELES, CA | U210078777535 |

1

FLEETSCAPE SUEZ RAJAN, LLC - LOS ANGELES, CA

| | |
|---|---|
| *Debtor Name* | FLEETSCAPE SUEZ RAJAN, LLC |
| *Debtor Address* | C/O OAKTREE CAPITAL MANAGEMENT L.P., 353 SOUTH GRAND AVENUE, LOS ANGELES, CA 90071 |
| *Secured Party Name* | OXANE PARTNERS LIMITED, AS SECURITY AGENT AND TRUSTEE |
| *Secured Party Address* | UNITED KINGDOM, SUITE 541, JUBILEE HOUSE, 197-213 OXFORD STREET, W1D2LF |

View History

Request Access

© 2022 CA Secretary of State

