# SHER TREMONTE LLP

April 25, 2022

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *In re Terrorist Attacks on September 11, 2001,* Case No. 03-md-1570 (GBD)(SN)

Dear Judge Daniels:

      We write to inform the Court that our co-Class Counsel Samuel Issacharoff (whose motion to appear in the Class Action *pro* hac vice is pending) will not be able to attend tomorrow's conference in person because he is teaching his last class of the semester starting at 12 pm.

      We think it would be helpful for the Court to hear from Mr. Issacharoff, particularly with respect to the misconceptions about the Rule 23(b)(1)(B) limited fund class action procedure reflected in the *Havlish* Plaintiffs' letter from this afternoon. We therefore respectfully request that a live attorney line be made available to him.

                                        Respectfully submitted,

| KREINDLER & KREINDLER LLP | SHER TREMONTE LLP |
|---|---|
| */s/ Megan Benett* | */s/ Theresa Trzaskoma* |
| Megan Benett | Theresa Trzaskoma |

90 Broad Street | 23rd Floor | New York, NY  10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156