**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　*v.*<br><br>THE TALIBAN, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　*v.*<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*,<br><br>Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James A. Goldston hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Naseer A. Faiq in the above-captioned actions.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 25, 2022　　　　　　　　　Respectfully Submitted,

1

2

Applicant Signature: _James A. Goldston_ (signature)

Applicant's Name: James A. Goldston

Firm Name: Open Society Justice Initiative

Address: 224 W. 57th St

City/State/Zip: New York, NY 10019

Telephone/Fax: 212-548-0600

Email: james.goldston@opensocietyfoundations.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I electronically filed the foregoing with this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ *James A. Goldston*
James A. Goldston