**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, <br>        Plaintiffs, <br>    v. <br> THE TALIBAN, *et al.*, <br>        Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*, <br>        Plaintiffs, <br>    v. <br> SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*, <br>        Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

**AFFIDAVIT OF JAMES A. GOLDSTON**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, James A. Goldston, being duly sworn, hereby declare as follows:

1. I am an Attorney at the Open Society Justice Initiative.

2. I submit this affidavit in support of my Motion to Appear *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the State of New York.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or

1

readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 21, 2022                Respectfully Submitted,

*[signature]*

James A. Goldston
Open Society Justice Initiative
224 W 57th Street
New York, NY 10019
212-548-0600
james.goldston@opensocietyfoundations.org

---

Notary Verification

I __James A. Goldston__, being duly sworn, deposes and says that he/she is the petitioner in the above captioned matter, that he/she has read the foregoing petition and knows the contents thereof, and that the same is true to his/her own knowledge. Sworn to before me this 21 day of __April__, 20__22__.
Notary Public _[signature]_

Anne Martin Sherman
Notary Public, State of New York
Reg. No. 02SH6421626
Qualified in Westchester County
Commission Expires 09/07/2025

2