UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>                             Plaintiffs,<br><br>          *v.*<br><br>THE TALIBAN, *et al.*,<br><br>                             Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*,<br><br>                             Plaintiffs,<br><br>          *v.*<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*,<br><br>                             Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of James A. Goldston, for admission to practice *pro hac vice* in the above-captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of New York and that his contact information is as follows

   Applicant's Name: James A. Goldston

   Firm Name: Open Society Justice Initiative

   Address: 224 W. 57th Street

   City/State/Zip: New York, NY 10019

   Telephone: 212-548-0600

1

2

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Naseer A. Faiq (*amicus curie*) in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                      _____
                                                      United States District/Magistrate Judge