# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF and E-Mail**

April 26, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      Plaintiffs respectfully respond to this Court's Order of April 19, 2022, ECF No. 7885, and inform the Court that they have no objection to the Court's proposal to waive the requirement to file certified copies of the material received from the Metropolitan Police Service (the "MPS Material") in execution of this Court's June 9, 2021 Hague Convention Request to the United Kingdom, ECF 6384-1.

      Plaintiffs' counsel already shared the entire collection of MPS Material with the other parties to this MDL, on April 1, 2022. *See* ECF No. 7832, Simpson Decl. at ¶ 13.

Respectfully submitted,

| KREINDLER & KREINDLER | MOTLEY RICE |
|---|---|
| */s/ James Gavin Simpson*<br>James Gavin Simpson, Esquire<br>James P. Kreindler, Esquire<br>Andrew J. Maloney, Esquire | */s/ Robert T. Haefele*<br>Robert T. Haefele, Esquire<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464 |

Hon. Sarah Netburn
April 26, 2022
Page 2

———————————————

Megan W. Benett, Esquire
Steven R. Pounian, Esquire
485 Lexington Avenue, 28th Floor
New York, NY 10017

For the MDL 1570 Plaintiffs' Exec.
Committee for Personal Injury and Death
Claims

For the MDL 1570 Plaintiffs' Exec.
Committee for Personal Injury and Death
Claims

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103

For the MDL 1570 Plaintiffs' Exec.
Committee for Commercial Claims

cc: Hon. George B. Daniels via ECF/CM
All counsel via ECF/CM