UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE: :
: ORDER
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03 MDL 1570 (GBD) (SN)
:
:
------------------------------------x

This document relates to:

    *In re Approximately $3.5 Billion of Assets on Deposit at the Federal Reserve Bank of New York in the Name of Da Afghanistan Bank*, No. 22-cv-03228 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    Given the dismissal of the class action complaint in *In re Approximately $3.5 Billion of Assets*, Case No. 22-cv-03228, the motion to appear pro have vice, (ECF No. 16, Case No. 22-cv-03228), is DENIED.

Dated: April 22, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge