UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Fed. Ins., et al. v. Al Qaida, et al., No. 03-cv-6978
> Burnett v. Al Baraka Inv. & Dev. Corp., No. 03-cv-9849
> O'Neill v. Al Baraka Inv. & Dev. Corp., No. 04-cv-1923
> Cont'l Cas. Corp. v. Al Baraka Inv. & Dev. Corp., No. 04-cv-5970
> Cantor Fitzgerald Assocs., L.P. v. Akida Inv. Co., Ltd., No. 04-cv-7065
> Euro Brokers Inc. et al. v. Al Baraka Inv. & Dev. Corp., No. 04-cv-7279

Dubai Islamic Bank ("DIB") and the Plaintiffs Executive Committees ("PECs") request a new briefing schedule for DIB's personal jurisdiction challenge. ECF No. 7927. DIB filed this motion on December 3, 2021. ECF No. 7419. The Court then granted three substantial extensions for that motion's briefing schedule. ECF Nos. 7591, 7707, 7789. Those extensions were granted based on the parties' repeated joint representations that they were likely to reach an agreement that would obviate the need for the Court to decide DIB's motion. Now, however, the parties report that those discussions have broken down.

The Court wishes to understand the reason for this reversal and to determine if additional assistance might aid the parties' negotiations. Accordingly, the parties shall submit a joint letter further explaining the reason for their impasse. That letter shall indicate whether court assistance in the form of a settlement conference or otherwise will aid the parties in resolving their dispute

more expeditiously than a new motion. This letter shall be submitted to Chambers by email, with all parties copied, by May 6, 2022. The letter shall not be filed on the docket.

DIB may make a new motion challenging personal jurisdiction on the following schedule. The new motion, along with supporting papers, shall be filed by June 17, 2022. The supporting memorandum of law for this motion shall be limited to 30 pages. The PECs shall file their opposition by August 3, 2022. That opposition shall be limited to 30 pages. DIB's reply to this opposition shall be filed by September 16, 2022, and shall be limited to 15 pages. The current April 29, 2022, deadline for the PECs to respond to DIB's existing motion is adjourned. The Clerk of the Court is respectfully directed to deny as moot the motion at ECF No. 7419 and grant the motion at ECF No. 7927.

**SO ORDERED.**

Dated: April 28, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge