UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD) (SN) |
| IN RE APPROXIMATELY $3.5 BILLION OF ASSETS ON DEPOSIT AT THE FEDERAL RESERVE BANK OF NEW YORK IN THE NAME OF DA AFGHANISTAN BANK | Case No. 22-cv-3228 (GBD) (SN) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs The Estate of Christopher Wodenshek, Sarah Wodenshek, Haley Wodenshek, Mollie Wodenshek, William Wodenshek, and Zachary Wodenshek (the "Class Action Plaintiffs") in the above-captioned cases appeal to the United States Court of Appeals for the Second Circuit from the Order of the Honorable George B. Daniels, entered on April 27, 2022 (Case No. 03-md-1570, ECF 7923; Case No. 22-cv-03228, ECF 19), dismissing the above-captioned class action complaint and denying Class Action Plaintiffs' application for a preliminary injunction.

[*The remainder of this page is intentionally left blank.*]

Dated: April 27, 2022
New York, New York

| **KREINDLER & KREINDLER LLP** | **SHER TREMONTE LLP** |
|---|---|

By: _/s/ Theresa Trzaskoma_

Kreindler & Kreindler LLP:
Megan Wolfe Benett
Noah H. Kushlefsky
485 Lexington Avenue, 28th Floor
New York, New York 10007
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
mbenett@kreindler.com
nkushlefsky@kreindler.com

Sher Tremonte LLP:
Theresa Trzaskoma
Michael Tremonte
Noam Biale
Max Tanner (*application for admission forthcoming*)
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com
nbiale@shertremonte.com
mtanner@shertremonte.com
kghotbi@shertremonte.com

*Counsel for Plaintiffs The Estate of Christopher Wodenshek, Sarah Wodenshek, Haley Wodenshek, Mollie Wodenshek, William Wodenshek, and Zachary Wodenshek*