UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD) (SN) |
| IN RE APPROXIMATELY $3.5 BILLION OF ASSETS ON DEPOSIT AT THE FEDERAL RESERVE BANK OF NEW YORK IN THE NAME OF DA AFGHANISTAN BANK | Case No. 22-cv-3228 (GBD) (SN) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs The Estate of Christopher Wodenshek, Sarah Wodenshek, Haley Wodenshek, Mollie Wodenshek, William Wodenshek, and Zachary Wodenshek (the "Class Action Plaintiffs") in the above-captioned cases appeal to the United States Court of Appeals for the Second Circuit from the Order of the Honorable George B. Daniels, entered on April 27, 2022 (Case No. 03-md-1570, ECF 7923; Case No. 22-cv-03228, ECF 19), dismissing the above-captioned class action complaint and denying Class Action Plaintiffs' application for a preliminary injunction.

[*The remainder of this page is intentionally left blank.*]

Dated: April 27, 2022
New York, New York

| **KREINDLER & KREINDLER LLP** | **SHER TREMONTE LLP** |
|---|---|
| Megan Wolfe Benett<br>Noah H. Kushlefsky<br>485 Lexington Avenue, 28th Floor<br>New York, New York 10007<br>Telephone: (212) 687-8181<br>Facsimile: (212) 972-9432<br>mbenett@kreindler.com<br>nkushlefsky@kreindler.com | By: _/s/ Theresa Trzaskoma_____<br>  Theresa Trzaskoma<br>  Michael Tremonte<br>  Noam Biale<br>  Max Tanner (*application for admission forthcoming*)<br>  Kathryn E. Ghotbi<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br>nbiale@shertremonte.com<br>mtanner@shertremonte.com<br>kghotbi@shertremonte.com<br><br>*Counsel for Plaintiffs The Estate of Christopher Wodenshek, Sarah Wodenshek, Haley Wodenshek, Mollie Wodenshek, William Wodenshek, and Zachary Wodenshek* |