**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>                        Plaintiffs,<br><br>            *v.*<br><br>THE TALIBAN, *et al.*,<br><br>                        Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*,<br><br>                        Plaintiffs,<br><br>            *v.*<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*,<br><br>Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

## MOTION FOR ADMISSION PRO HAC VICE

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Justin B. Cox, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Naseer A. Faiq in the above-captioned action. I am in good standing of the bars of the states of Georgia, Maryland, and Oregon, as well as the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 29, 2022          Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: <u>Justin B. Cox</u>

Firm Name: <u>Law Office of Justin B. Cox</u>

Address: <u>PO Box 1106</u>

City/State/Zip: <u>Hood River, Oregon 97031</u>

Telephone/Fax: <u>541.716.1818</u>

email: <u>justin@jcoxconsulting.org</u>

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2022, I electronically filed the foregoing and all attachments with this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Justin B. Cox
Justin B. Cox
