**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, | |
| Plaintiffs, | |
| *v.* | No. 20 Misc. 740 (KPF) |
| THE TALIBAN, *et al.*, | |
| Defendants. | |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*, | |
| Plaintiffs, | |
| *v.* | No. 03 Civ. 9848 (GBD) (SN) |
| SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*, | |
| Defendants. | |

**DECLARATION OF JUSTIN B. COX**
**IN SUPPORT OFAPPLICATION FOR ADMISSION PRO HAC VICE**

I, Justin B. Cox, hereby declare as follows:

1.      I am an attorney with my own practice.

2.      I submit this declaration in support of my Motion to Appear *Pro Hac Vice* in the above-captioned matter.

3.      I am a member in good standing of the bars of the States of Georgia, Oregon, and Maryland, as well as the District of Columbia.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred, or denied admission or

readmission by any court.

6.      There are no pending disciplinary proceedings against me in any state or federal

court.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 29, 2022                    Respectfully Submitted,

                                         Justin B. Cox
                                         Law Office of Justin B. Cox
                                         PO Box 1106
                                         Hood River, OR 97031
                                         541.716.1818
                                         justin@jcoxconsulting.org

State of OREGON
County of Hood River
Signed before me on APRIL 29 —, 20 22 —
by  JUSTIN B. COX                   .

                                         Signature of Notary Public

OFFICIAL STAMP
SOFIA CATHERINE DELEON
NOTARY PUBLIC - OREGON
COMMISSION NO. 1016178
MY COMMISSION EXPIRES AUGUST 25, 2025

My Commission Expires:
08/25/2025



## State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Mr. Justin Bryan Cox**
**PO Box 1106**
**Hood River, OR  97031-7031**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **12/06/2013** |
| **BAR NUMBER:** | **748945** |
| **TODAY'S DATE:** | **04/21/2022** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 2008,*

### Justin Bryan Cox

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*



**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fifth day of April, 2022.*

*Clerk of the Court of Appeals of Maryland*



# Certificate of Good Standing

State of Oregon        )
                       )  ss.
County of Washington   )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**JUSTIN COX, BAR NO. 220182**

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on January 27, 2022.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Cox is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 22nd day of April, 2022.

Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222   *toll-free in Oregon* (800) 452-8260   *fax* (503) 684-1366          ww.osbar.org



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Justin Bryan Cox*

was duly qualified and admitted on December 5, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 20, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.