UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>                Plaintiffs,<br><br>      *v.*<br><br>THE TALIBAN, *et al.*,<br><br>                Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*,<br><br>                Plaintiffs,<br><br>      *v.*<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*,<br><br>                Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Justin B. Cox for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Georgia, Maryland, and Oregon, as well as the District of Columbia, and that his contact information is as follows:

    Applicant's Name:    Justin B. Cox
    Firm Name:    Law Office of Justin B. Cox
    Address:    PO Box 1106
    City/State/Zip:    Hood River, OR 97031
    Telephone:    541.716.1818

2

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Naseer A. Faiq (*amicus curie*) in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                            Magistrate Judge Hon. Sarah Netburn