**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>      Plaintiffs,<br><br>      - against -<br><br>THE TALIBAN *et al.*,<br><br>      Defendant. | No. 20 Misc. 740 (KPF) (SN) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03 MD 1570 (GBDN) (SN) |
| FIONA HAVLISH *et al.*,<br><br>      Plaintiffs,<br><br>      - against -<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN *et al.*,<br><br>      Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

**[PROPOSED] ORDER ACCEPTING *AMICUS CURIAE* BRIEF**

The Court, having considered TERRY KAY ROCKEFELLER'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* in the above captioned matter, GRANTS the motion.

The MEMORANDUM OF LAW OF *AMICUS CURIAE* TERRY KAY ROCKEFELLER is accepted for filing.

    SO ORDERED

Dated: _____                _____
                                                                     HONORABLE SARA NETBURN
                                                                     UNITED STATES MAGISTRATE JUDGE