<u>Exhibit 1</u>

# United States District Court

## SOUTHERN  DISTRICT  OF  NEW YORK

JUDGMENT NO. <u>MDL ECF No. 7888</u>

DOCKET NO. <u>03-cv-6978</u>
<u>03-md-1570</u>

### THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of <u>The Taliban, also known as the Islamic Emirate of Afghanistan (previously the Islamic Republic of Afghanistan); Da Afghanistan Bank, the central bank of the Islamic Emirate of Afghanistan, which is the Taliban; and any political subdivisions or agencies and instrumentalities of the Islamic Emirate of Afghanistan, which is the Taliban.</u>

in your district you cause to be made the sum of <u>fourteen billion, six hundred seventy-two million, eight hundred six thousand,</u>

<u>one hundred twenty</u> dollars and <u>sixty-four</u> cents, ($ <u>14,672,806,120.64</u> )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit, <u>the Federal Insurance Company and other Plaintiffs listed in Exhibit A attached hereto</u>

recovered against the said <u>The Taliban (a/k/a The Islamic Emirate of Afghanistan)</u>

in an action between <u>the Federal Insurance Company and other Plaintiffs listed in Exhibit A attached hereto</u>

PLAINTIFF and <u>The Taliban (a/k/a The Islamic Emirate of Afghanistan)</u>

DEFENDANT, in favor of said <u>Federal Insurance Company and other Plaintiffs listed in Exhibit A attached hereto</u>

as appears by the record filed in the Clerk's Office of said District Court on the <u>twentieth</u> day

of <u>April</u> , in the year of <u>2022</u>

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the <u>20th</u> day of <u>April</u> in the year of our Lord <u>2022</u> , and of the Independence of the United States the two hundred <u>forty</u> <u>sixth</u> year.

_____
CLERK

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Federal Insurance Company, et al.

-against-

The Taliban (a/k/a the Islamic Emirate of Afghanistan) (previously the Islamic Republic of Afghanistan); Da Afghanistan Bank, the central bank of the Islamic Emirate of Afghanistan; and any political subdivisions or agencies and instrumentalities of the Islamic Emirate of Afghanistan, which is the Taliban.

EXECUTION AGAINST PROPERTY
J. Scott Tarbutton, Esq., Cozen O'Connor

Attorney for

Federal Insurance Company, et al.

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

$9,351,247,965.99 in compensatory damages +

prejudgment interest of $5,321,558,154.65 _____ Dollars

and _____ _____ cents,

with interest from the 11th

day of September _____, 2001 _____,

besides your fees, etc.

_____ Attorney

# Exhibit A

**WRIT OF EXECUTION – EXHIBIT A**

**Plaintiffs in *Federal Ins. Co., et al. v. Al Qaida*, et al., Case No. 1:03-cv-06978 (GBD) (SN)**

Federal Insurance Company

Vigilant Insurance Company

Chubb Custom Insurance Company

Chubb Indemnity Insurance Company

Chubb Insurance Company of New Jersey

Chubb Insurance Company of Canada

Pacific Indemnity Company

Great Northern Insurance Company

AXA Art Insurance Corp.

AXA Global Risks (UK) Ltd.

AXA CSA UK Branch

AXA Insurance Company

AXA Reinsurance Company

AXA RE

AXA RE Canadian Branch

AXA RE UK Plc

AXA Versicherung

SPS RE

American Alternative Insurance Company

Princeton Excess and Surplus Lines Insurance Company

Great Lakes UK Reinsurance Company

OneBeacon Insurance Company

TIG

# Exhibit B

## WRIT OF EXECUTION – EXHIBIT B

The foregoing writ of execution is to be levied in conformity with United States and New York law against any property or property rights in any form (personal or real, tangible or intangible, materialized or dematerialized, direct or indirect, or fungible, including but not limited to any reserves, cash, gold, silver, securities, securities entitlements, securities accounts, equity interests, claims, contractual rights; statutory rights, special drawing rights from the International Monetary Fund, or any other interest of any kind in any asset of any kind) held or maintained by, or in possession, custody, or control of,

Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045

for the benefit of the government of Afghanistan (which the Taliban, also known as the Islamic Emirate of Afghanistan, claims to be and to control), Da Afghanistan Bank ("DAB"), the central bank of Afghanistan (which is a bank, the assets of which, the Taliban, also known as the Islamic Emirate of Afghanistan, claims to own and control), any political subdivision of the Islamic Republic of Afghanistan or the Islamic Emirate of Afghanistan (which the Taliban, also known as the Islamic Emirate of Afghanistan, claims are its political subdivisions), and/or any agency or instrumentality of the Islamic Republic of Afghanistan or the Islamic Emirate of Afghanistan (which the Taliban, also known as the Islamic Emirate of Afghanistan, claims are its agencies and instrumentalities).

Beginning on or about August 16, 2021, the previous government of Afghanistan was deposed by the Taliban, which identifies itself as the Islamic Emirate of Afghanistan. On or about August 19, 2021, the Taliban declared itself the government of Afghanistan and changed the name of the country to the Islamic Emirate of Afghanistan, which is also the name of the Taliban. The Taliban, as the Islamic Emirate of Afghanistan, asserts control over the country formerly known as Afghanistan, previously governed by the Islamic Republic of Afghanistan, and has assumed governance of the people within the jurisdictional borders of Afghanistan. The Taliban, as the Islamic Emirate of Afghanistan, claims ownership of, and control over, all property, property interests, and all rights belonging to the former government of the Islamic Republic of Afghanistan, including all assets belonging to DAB, the central bank of Afghanistan.

On the same day the Taliban took control of Afghanistan's capital, including the facilities of DAB, the United States froze approximately $7 billion of DAB's asset reserves held at the Federal Reserve Bank of New York ("FRBNY") to prevent them from being withdrawn by a Taliban-controlled DAB or otherwise transferred to the Taliban.

On February 11, 2022, President Biden issued Executive Order 14064 entitled "Protecting Certain Property of Da Afghanistan Bank for the Benefit of the People of Afghanistan," designating "[a]ll property and interests in property of DAB that are held, as of the date of this order, in the United States by any United States financial institution, including the Federal Reserve Bank of New York, a[s] blocked[.]" Exec. Order 14064 § 1(a). The Executive Order further provides that all U.S. financial institutions must transfer all property and interests in property of DAB in the United States to the FRBNY. *Id.* § 1(b). Contemporaneously with the

issuance of Executive Order 14064, the United States issued a license through the Treasury Department's Office of Foreign Assets Control which authorizes, directs, and compels the FRBNY to transfer up to $3.5 billion of DAB's blocked assets "for the benefit of the People of Afghanistan." The remainder of the blocked DAB assets, approximately $3.5 billion, "remain in the United States and are subject to ongoing litigation by U.S. victims of terrorism." *See* February 11, 2022 Fact Sheet: Executive Order to Preserve Certain Afghanistan Central Bank Assets for the People of Afghanistan.

The April 20, 2022 Rule 54(b) final judgment entered in favor of certain Plaintiffs in *Federal Ins. Co., et al. v. Al Qaida*, et al., Case No. 1:03-cv-06978 (GBD) (SN), against the Taliban (also known as the Islamic Emirate of Afghanistan), and awarding Plaintiffs $3,117,082,655.33 in actual damages, $9,351,247,965.99 in trebled compensatory damages, and prejudgment interest of $5,321,558,154.65, *see* MDL 1570 ECF No. 7888, attached hereto as Exhibit C, can be enforced against any and all assets belonging to the government of Afghanistan, including any assets held at the FRBNY in the name of, for the benefit of, or on the account of DAB, the central bank of Afghanistan.

# Exhibit C

┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED:  4/20/2022          │
└─────────────────────────────────┘

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case<br><br>**RULE 54(b) JUDGMENT** |

*This document relates to:*          *Federal Insurance Co., et al v. al Qaida, et al.*
                                      03-CV-06978 (GBD) (SN)

        Whereas, this matter having come before the Honorable George B. Daniels, United States

District Judge, on the application of certain Plaintiffs in *Federal Insurance Co., et al v. al Qaida,*

*et al.*, 03-CV-06978 (GBD) (SN) (the "*Federal Insurance* Plaintiffs"), requesting that the Court

extend its prior rulings on their Motion for Assessment of Damages against Al Qaeda, and later

Hezbollah, to defendant the Taliban, as to which a default judgment as to liability was entered on

April 7, 2006 (*Federal Insurance* Dkt. No. 626), and enter a final judgment in favor of the

*Federal Insurance* Plaintiffs and against the Taliban in accordance with those prior rulings

pursuant to Fed. R. Civ. P. 54(b), and the Court, on April 6, 2022, having rendered its Order,

attached as Exhibit A hereto, entering partial final judgment pursuant to Fed. R. Civ. P. 54(b)

against defendant the Taliban and in favor of the *Federal Insurance* Plaintiffs as set forth in

Exhibit A, and awarding prejudgment interest at the rate of 4.96 percent, compounded annually,

and lifting the stay imposed by Federal Rule of Civil Procedure 62(a) so that the *Federal*

*Insurance* Plaintiffs may execute on and enforce the judgment immediately (ECF No. 7833), and

further directing the Clerk of the Court to prepare and enter a final judgment, it is,

        **ORDERED, ADJUDGED AND DECREED**:  That judgment is hereby entered in favor

of the *Federal Insurance* Plaintiffs and against defendant the Taliban in accordance with the

Court's Order dated April 6, 2022 as follows:

| PLAINTIFF | COMPENSATORY DAMAGES | TREBELED AWARD |
|---|---|---|
| Vigilant Insurance Company | $42,305,933.24 | $126,917,799.72 |
| Chubb Custom Insurance Company | $612,585.00 | $1,837,755.00 |
| Chubb Indemnity Insurance Company | $4,083,878.20 | $12,251,634.60 |
| Federal Insurance Company | $1,513,667,597.39 | $4,541,002,792.17 |
| Chubb Insurance Company of New Jersey | $412,681.71 | $1,238,045.13 |
| Chubb Insurance Company of Canada | $50,452,395.71 | $151,357,187.13 |
| Pacific Indemnity Company | $9,936,536.66 | $29,809,609.98 |
| Great Northern Insurance Company | $595,997,113.79 | $1,787,991,341.37 |
| AXA Art Insurance Corp. | $14,287,543.00 | $42,862,629.00 |
| AXA Global Risks (UK) Ltd. | $10,986,623.57 | $32,959,870.71 |
| AXA CSA UK Branch | $64,779,883.00 | $194,339,649.00 |
| AXA Insurance Company | $131,696,044.96 | $395,088,134.88 |
| AXA Reinsurance Company | $82,714,778.00 | $248,144,334.00 |
| AXA RE | $105,790,023.00 | $317,370,069.00 |
| AXA RE Canadian Branch | $26,138,407.11 | $78,415,221.33 |
| AXA RE UK Plc | $18,162,701.70 | $54,488,105.10 |
| AXA Versicherung | $923,053.00 | $2,769,159.00 |
| SPS RE | $84,305,160.00 | $252,915,480.00 |
| American Alternative Insurance Company | $3,922,782.07 | $11,768,346.21 |

| | | |
|---|---|---|
| **Princeton Excess and Surplus Lines Insurance Company** | $3,796,292.50 | $11,388,877.50 |
| **Great Lakes UK Reinsurance Company** | $99,511,427.02 | $298,534,281.06 |
| **OneBeacon Insurance Company** | $176,514,985.40 | $529,544,956.20 |
| **TIG** | $76,084,229.30 | $228,252,687.90 |
| **Total** | $3,117,082,655.33 | $9,351,247,965.99 |

along with prejudgment interest at 4.96%, compounded annually, amounting to aggregate

prejudgment interest of $5,321,558,154.65.

It is further **ORDERED, ADJUDGED and DECREED** that, for the reasons stated in

the Court's Order dated April 6, 2022, the Court's entry of judgment against the Taliban is

certified as final pursuant to Fed. R. Civ. P. 54(b), and that the stay provided by Federal Rule of

Civil Procedure 62(a) is lifted so that the *Federal Insurance* Plaintiffs may execute on and

enforce the judgment immediately.

Dated: April 20, 2022
      New York, New York

                                    _____
                                      Clerk of Court

BY:               _____
               Deputy Clerk

3