# Exhibit 4

Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ...    y!finance+  Try it free

# AFN/USD (AFNUSD=X)
CCY - CCY Delayed Price. Currency in USD    ☆ Add to watchlist                    Quote Lookup

## 0.0108 +0.0002 (+1.4830%)
As of 04:55PM GMT. Market open.

Summary | Chart | Conversations | **Historical Data**

Time Period: Nov 30, 2020 - Dec 29, 2020 ⌄    Show: Historical Prices ⌄
Frequency: Daily ⌄                                                           Apply

Currency in USD                                                              ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 30, 2020 | 0.0130 | 0.0130 | 0.0129 | 0.0130 | 0.0130 | - |
| Dec 29, 2020 | 0.0129 | 0.0130 | 0.0129 | 0.0130 | 0.0130 | - |
| Dec 28, 2020 | 0.0131 | 0.0131 | 0.0129 | 0.0131 | 0.0131 | - |
| Dec 25, 2020 | 0.0131 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | - |
| Dec 24, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 23, 2020 | 0.0130 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 22, 2020 | 0.0130 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 21, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 18, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 17, 2020 | 0.0129 | 0.0131 | 0.0129 | 0.0130 | 0.0130 | - |
| Dec 16, 2020 | 0.0129 | 0.0130 | 0.0129 | 0.0130 | 0.0130 | - |
| Dec 15, 2020 | 0.0131 | 0.0131 | 0.0129 | 0.0130 | 0.0130 | - |
| Dec 14, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 11, 2020 | 0.0132 | 0.0132 | 0.0131 | 0.0130 | 0.0130 | - |
| Dec 10, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 09, 2020 | 0.0132 | 0.0132 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 08, 2020 | 0.0131 | 0.0132 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 07, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 04, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 03, 2020 | 0.0132 | 0.0132 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 02, 2020 | 0.0132 | 0.0132 | 0.0130 | 0.0130 | 0.0130 | - |
| Dec 01, 2020 | 0.0131 | 0.0131 | 0.0130 | 0.0130 | 0.0130 | - |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.



**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **AFN=X** USD/AFN | 91.9600 | -1.3600 | -1.4574% |
| **AOAUS...** AOA/USD | 0.0019 | +0.0000 | +0.03% |
| **BGNUS...** BGN/USD | 0.5849 | +0.0002 | +0.04% |
| **AFNBR...** AFN/BRX | 0.0565 | +0.0001 | +0.2660% |
| **AWGUS...** AWG/USD | 0.5555 | 0.0000 | 0.0000% |

Data Disclaimer  Help  Suggestions
Privacy Dashboard
Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap
© 2022 Yahoo. All rights reserved.