UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiffs' request for a 90-day extension to submit further evidence in support of their motions for default judgment is granted. ECF No. 7934. They shall submit all supplemental evidence by August 16, 2022. This evidence may be submitted on a rolling basis. The Clerk of the Court is respectfully directed to grant the motion at ECF No. 7934.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 2, 2022
       New York, New York