UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

In Re Terrorist Attacks on September 11, 2001

Federal Insurance Company, et al.,   Creditors,

vs.

Case No.: 03-md-1570 (GBD)(SN)
Case No.: 03-cv-6978 (GBD)(SN)

The Taliban, et al.,   Debtors,

Federal Reserve Bank of New York,   Garnishee.

---

## AFFIDAVIT OF SERVICE

That I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

Legal documents received by Capitol Process Services, Inc. on May 2, 2022 to be served on Da Afghanistan Bank at 1920 North Dinwiddie Street, Arlington, Virginia 22207.

I, David S. Felter, swear and affirm that on May 2, 2022 at 3:58 PM, I did the following:

Served Da Afghanistan Bank by delivering a copy of the Letter dated May 2, 2022; Notice of Motion to Join the Turnover Proceedings and for Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York (MDL ECF No. 7936); Memorandum of Law In Support of the Federal Insurance Creditors' Motion for a Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York (MDL ECF No. 7937); Declaration of Sean P. Carter In Support of the Federal Insurance Creditors' Motion for a Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York (MDL ECF No. 7938); Exhibits 1-7 to the Declaration of Sean P. Carter (MDL ECF No. 7938-1 through 7938-7), including the Expert Declaration of Alex B. Zerden (MDL ECF No. 7938-7); and a USB Thumb Drive (containing digital copies of the above referenced documents) to Dr. Shah Mohammad Mehrabi as Supreme Council Member and Authorized Agent of Da Afghanistan Bank at 1920 North Dinwiddie Street, Arlington, Virginia 22207.

I declare under penalty of perjury that this information is true.

May 3, 2022
Executed On

David S. Felter

Client Ref Number: 00117430
Job #: 1602296

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050