UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                               :
                                     :                    ORDER
TERRORIST ATTACKS ON                 :
SEPTEMBER 11, 2001                   :           03 MDL 1570 (GBD) (SN)
                                     :
                                     :
------------------------------------x

This document relates to:

*Mandelkow et al. v. Islamic Republic of Iran*, No. 20-cv-00315
*Alcabes et al. v. Islamic Republic of Iran*, No. 20-cv-00340
*Anderson, et al. v. Islamic Republic of Iran*, No. 20-cv-00354
*Ahearn, et al. v. Islamic Republic of Iran*, No. 20-cv-00355
*Asciutto, et al. v. Islamic Republic of Iran*, No. 20-cv-00411
*Amin, et al. v. Islamic Republic of Iran*, No. 20-cv-00412
*Basci, et al. v. Islamic Republic of Iran*, No. 20-cv-00415

GEORGE B. DANIELS, United States District Judge:

      The Clerk of Court is respectfully directed to close the pending motion at ECF No. 7043 for the reasons identified by the Court in its order at ECF No. 7622. The motion may be restored to the calendar upon the submission of any additional material to supplement the record, as part of Plaintiffs' application for damages, pursuant to Magistrate Judge Netburn's January 18, 2022 Order. (ECF 7611.)

Dated:  May 04, 2022
      New York, New York

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE