**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>      Plaintiffs,<br><br>  *v.*<br><br>THE TALIBAN, *et al.*,<br><br>      Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*,<br><br>      Plaintiffs,<br><br>  *v.*<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*,<br><br>Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

## MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, <u>Justin B. Cox,</u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Naseer A. Faiq</u> in the above-captioned action. I am in good standing of the bars of the states of <u>Georgia, Maryland, and Oregon, as well as the District of Columbia</u>, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 29, 2022              Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Justin B. Cox

Firm Name: Law Office of Justin B. Cox

Address: PO Box 1106

City/State/Zip: Hood River, Oregon 97031

Telephone/Fax: 541.716.1818

email: justin@jcoxconsulting.org

2

## CERTIFICATE OF SERVICE

    I hereby certify that on April 29, 2022, I electronically filed the foregoing and all attachments with this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Justin B. Cox
Justin B. Cox
