UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE TALIBAN, *et al.*,<br><br>                Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*,<br><br>                Plaintiffs,<br><br>      v.<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*,<br><br>                Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

**DECLARATION OF JUSTIN B. COX
IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Justin B. Cox, hereby declare as follows:

1. I am an attorney with my own practice.

2. I submit this declaration in support of my Motion to Appear *Pro Hac Vice* in the above-captioned matter.

3. I am a member in good standing of the bars of the States of Georgia, Oregon, and Maryland, as well as the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or

readmission by any court.

6.    There are no pending disciplinary proceedings against me in any state or federal court.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 29, 2022

Respectfully Submitted,

Justin B. Cox
Law Office of Justin B. Cox
PO Box 1106
Hood River, OR 97031
541.716.1818
justin@jcoxconsulting.org

State of OREGON
County of Hood River
Signed before me on APRIL 29, 2022
by JUSTIN B. COX.

Signature of Notary Public
My Commission Expires: 08/25/2025

OFFICIAL STAMP
SOFIA CATHERINE DELEON
NOTARY PUBLIC - OREGON
COMMISSION NO. 1016178
MY COMMISSION EXPIRES AUGUST 25, 2025



Mr. Justin Bryan Cox
PO Box 1106
Hood River, OR  97031-7031
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 12/06/2013 |
| **BAR NUMBER:** | 748945 |
| **TODAY'S DATE:** | 04/21/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

**STATE OF MARYLAND, ss:**

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 2008,

### Justin Bryan Cox

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fifth day of April, 2022.



*Clerk of the Court of Appeals of Maryland*



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

JUSTIN B. COX

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 27th day of January, 2022

JUSTIN B. COX

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

May 4, 2022.

NANCY COZINE
State Court Administrator



Authorized Representative



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Justin Bryan Cox*

was duly qualified and admitted on December 5, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 20,
2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.