**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

This document relates to:

*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD) (SN)

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with F.R.C.P. 60(a), respectfully request that this Court grant Plaintiffs' Motion for Corrections to Partial Final Judgment at ECF No. 5049. No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on August 13, 2019. In support of this motion, Plaintiffs submit a Memorandum of Law, Declaration of Jerry S. Goldman, Esq., and Proposed Order.

Dated:  New York, New York
    May 5, 2022

Respectfully submitted,

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 279-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
    bstrong@andersonkill.com
    agreene@andersonkill.com
*Attorneys for Plaintiffs*