UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD) (SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Corrections to Partial Final Judgments, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Partial Final Judgment, and the Declaration of Jerry S. Goldman, Esq., attorney for the *Kim* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the name of the 9/11 victim in lines 47-52 of Exhibit A to ECF No. 5049 be changed from "John Christopher Henwood Jr." to "John Christopher Henwood."

ORDERED that the Court's September 3, 2019 Partial Final Judgment (ECF No. 5049) remains otherwise in force and that all other final judgments awarded to the *Kim* Plaintiffs identified in the September 3, 2019 Partial Final Judgment (ECF No. 5049) remain in effect.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
          _____ \_\_, 202\_

docs-100245164.2