# Exhibit A

| | |
|---|---|
| **From:** | Megan Benett <Mbenett@kreindler.com> |
| **Sent:** | Friday, April 1, 2022 7:32 PM |
| **To:** | Kellogg, Michael K.; Rapawy, Gregory G.; rkry@mololamken.com; Nitz, Eric; Shen, Andrew C. |
| **Cc:** | Steven R. Pounian; Kreindler, James; Maloney, III, Andrew; Gavin Simpson; 'Carter, Sean'; Tarbutton, Joseph; zJodi W. Flowers; Goldman, Jerry; Strong, Bruce; zRobert Haefele |
| **Subject:** | [EXTERNAL] U.K. - Metropolitan Police Service materials |

All –

The Metropolitan Police Service at New Scotland Yard in London, United Kingdom, produced material in response to the June 9, 2021 Hague Convention Letter of Request.

We have uploaded the items to two Dropbox folders to allow the parties to review the production. The folders are available here:

https://www.dropbox.com/sh/ngddycv24aabvw1/AACEo4V5ZagbEsgtqK601gWBa?dl=0

https://www.dropbox.com/sh/2ae6nenqm8a23nj/AAD7jTBq5YldwdHaxypUamcia?dl=0

Regards,
Megan

**Megan Benett**
Partner

**Kreindler & Kreindler LLP**
485 Lexington Ave   T: 212.973.3406   ·   E-mail: mbenett@kreindler.com
New York, NY 10017   F: 212.972.9432   ·   Web: www.kreindler.com

🌎 Please consider the environment before printing this e-mail.

1