# Exhibit B



# The 9/11 Document Archive

contains documents obtained from the Metropolitan Police Service (MPS) in response to a request for international judicial assistance under the Hague Evidence Convention.

[ View the documents ]

# Documents

The archive consists of many documents including hundreds of .pdf files comprising of



# Searching the Archive

Many of the documents in this archive can be found using relevant search keywords.

## Users may narrow results by including filters such as:

### Categories:

Auto, Banking, Business, Computer, Documents, Exhibits, Housing, Interview Transcript, Mail, Mosque, Photos, School, Travel, Video

### Keywords used in file names or descriptions:

Rental agreement, University application, financial papers, receipts, letter, bank statement, checks, cheque, Bank of America, Lloyds, photo, audio, video, VHS, witness statement, police statement, hand written, drawing, notebook, BMW, glove compartment, passenger, baggage, Saudi Arabian Airlines, British Airways, Continental Airlines, civil aviation, Ashton University, Saudi Students Club, Dymoke Street, etc.

## Material Type

Exhibit, Interview, Statement

## File Type

PDF, JPG, WAV, MP4

⌕ **View The Documents**

# 9/11 Document Archive

Website published by **Kreindler & Kreindler LLP**

HOME    DOCUMENTS    ACCESSIBILITY STATEMENT    COOKIE NOTICE    PRIVACY POLICY    CONTACT

© 2022 Kreindler & Kreindler LLP. All rights reserved.