# Exhibit C

# 9/11 Document Archive

Website published by **Kreindler & Kreindler LLP**



# Contact

## Contact Us

If you have any questions regarding the content or use of this website, please contact Kreindler & Kreindler LLP.

### Kreindler & Kreindler LLP

485 Lexington Avenue
New York, NY 10017

📞 (212) 687-8181

Toll-Free (800) 331-2782

## Send us a message

Name

Email

Message

☐ **I have read the disclaimer**

The use of the Internet or this form for communication with the firm or any individual member of the firm does not establish an attorney-client relationship. Confidential or time-sensitive information should not be sent through this form

Send

# 9/11 Document Archive

Website published by **Kreindler & Kreindler LLP**

HOME          DOCUMENTS          ACCESSIBILITY STATEMENT          COOKIE NOTICE          PRIVACY POLICY          CONTACT

© 2022 Kreindler & Kreindler LLP. All rights reserved.