# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Federal Insurance Company, et al. | 1:03-cv-06978; 1:03-md-01570 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Taliban (a/k/a The Islamic Emirate of Afghanistan) | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal Reserve Bank of New York

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
33 Liberty Street, New York, NY 10045

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
J. Scott Tarbutton, Esq.
Cozen O'Connor
One Liberty Place, 1650 Market Street, Suite 2800, Philadelphia, PA 19103
(215) 665-7255
starbutton@cozen.com

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
(212) 720-5000 (main telephone number for the Federal Reserve Bank of New York)

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 215-665-7255
DATE: 4/20/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

District of Origin No. 054
District to Serve No. 054
Date: 4/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
DAVID GROSS - SENIOR VP OF LAW ENFORCEMENT
Date: 4/21/22  Time: 2:00 [X] pm

REMARKS:
SERVICE FEE $65 = 1/HR
MIL FEE 7mi = 1.17
TOTAL $66.17

(212) 720-2356
(646) 720-2356
FAX (212) 720-8709
david.gross@ny.frb.org

DAVID GROSS
SENIOR VICE PRESIDENT
DIRECTOR, LAW ENFORCEMENT UNIT
CHIEF INVESTIGATOR, INTERNAL INVESTIGATIONS
33 LIBERTY STREET
NEW YORK, NY
10045-0001

FEDERAL RESERVE BANK OF NEW YORK

Form USM-285
Rev. 03/21