| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff's Last Name, First Name** | **Plaintiff's State of Residency at Filing** | **Plaintiff's Multiple Capacity Allegations** | **Plaintiff's Relationship to 9/11 Decedent** | **Plaintiff Citizenship** | **9/11 Decedent's Citizenship/Nationality on 9/11/01** | **Nature of Claim** |
| Brandhorst, David B. | NY | Brandhorst, David B., as Personal Representative of the Estate of David Reed Gamboa-Brandhorst | Personal Representative | U.S. | U.S. | WD |