**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON             Civil Action No.
SEPTEMBER 11, 2001                         03 MDL 1570


----------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
> (S.D.N.Y.)
> *Thomas E. Burnett, Sr., et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903
> (GBD)(SN) (S.D.N.Y.)

### SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

**AND NOW**, this 5th day of May, 2022, it is suggested of record that Plaintiff Patricia

Helen Murray of Brooklyn, NY, died on January 2, 2015, in the state of New Jersey.

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow

substitution of the following parties in the above referenced actions. Juan Alberto Cruz-Santiago

was identified as a "DOE" plaintiff at the time that these cases were initially instituted, he was

identified as a "DOE" plaintiff in the initial pleadings; and he has since consented to being named

in the Complaints according to his legal name.  Patricia Helen Murray was identified as a "DOE"

plaintiff at the time that these cases were initially instituted.  Ms. Murray was pursuing claims both

individually as the spouse of John J. Murray, Jr., Deceased, and as the Personal Representative of

the Estate of  John J. Murray, Jr.,  Deceased.  John Murray has been appointed the Personal

Representative of the Estate of Patricia Helen Murray, who is now deceased, and John Murray has

also been appointed as the Successor Personal Representative of the Estate of John J. Murray, Jr.

The following chart demonstrates the manner in which these individuals were previously

named in the Complaints and the chart also identifies how they, or their appointed Personal

Representative(s), wish to proceed going forward:

| Identification of Party to be Substituted | State of Residency at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) and ECF No. 741 (03-cv-09849) | Paragraph of Complaint Discussing Party |
|---|---|---|---|
| JUAN ALBERTO CRUZ-SANTIAGO, in their own right as an Injured Party | PR | DOE AP212, in their own right as an Injured Party / DOE 101 as an Injured Person | ECF No. 53 (15-cv-9903) at ¶3851; ECF No 741-7 (03-cv-09849) at ¶4230 |
| JOHN MURRAY as Personal Representative for the Estate of Patricia Helen Murray, Deceased, Spouse of John Joseph Murray, Jr., Deceased | NY | SPOUSE DOE AP19 as Personal Representative of the Estate of DOE AP19, Deceased and on behalf of all beneficiaries of DOE AP19, Deceased / DOE 07, individually as the Spouse and as the Personal Representative of the Estate of DOE 07, Deceased and on behalf of all survivors of DOE 07 | ECF No. 53 (15-cv-9903) at ¶293; ECF No 741-7 (03-cv-09849) at ¶2603 |
| JOHN MURRAY as the Successor Personal Representative of the Estate of John Joseph Murray, Jr., Deceased and on behalf of all survivors of John Joseph Murray, Jr. | NY | SPOUSE DOE AP19 as Personal Representative of the Estate of DOE AP19, Deceased and on behalf of all beneficiaries of DOE AP19, Deceased / DOE 07, individually as the Spouse and as the Personal Representative of the Estate of DOE 07, Deceased and on behalf of all survivors of DOE 07 | ECF No. 53 (15-cv-9903) at ¶293; ECF No 741-7 (03-cv-09849) at ¶2603 |

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties would be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based upon the size of this MDL.

Dated:   May 5, 2022

Respectfully submitted,

/s/John C. Duane_____
John C. Duane, Esq. (SC 15930)
Robert T. Haefele, Esq. (NY 845666; SC
75266, DC 1007583, NJ 58293, PA 57937)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000

*Attorneys for the Burnett Plaintiffs*