UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570

-----------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN) (S.D.N.Y.)
> *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN) (S.D.N.Y.)

## ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name Juan Alberto Cruz-Santiago as a Plaintiff in his given name after he was previously identified as a "DOE" plaintiff in their prior pleadings, and to permit the substitution of parties arising from the death of Plaintiff Patricia Helen Murray, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases; and it is

**ORDERED** that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the two cases listed above in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 7964 in 03-MDL-1570 (GBD)(SN), ECF No. 973 in 03-cv-9849 (GBD)(SN) and ECF No. 574 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

May ___, 2022                              _____
New York, New York                         SARAH NETBURN
                                           United States Magistrate Judge