# EXHIBIT A

| Identification of Party to be Substituted | State of Residency at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) and ECF No. 741 (03-cv-09849) | Paragraph of Complaint Discussing Party |
|---|---|---|---|
| JUAN ALBERTO CRUZ-SANTIAGO, in their own right as an Injured Party | PR | DOE AP212, in their own right as an Injured Party / DOE 101 as an Injured Person | ECF No. 53 (15-cv-9903) at ¶3851; ECF No 741-7 (03-cv-09849) at ¶4230 |
| JOHN MURRAY as Personal Representative for the Estate of Patricia Helen Murray, Deceased, Spouse of John Joseph Murray, Jr., Deceased | NY | SPOUSE DOE AP19 as Personal Representative of the Estate of DOE AP19, Deceased and on behalf of all beneficiaries of DOE AP19, Deceased / DOE 07, individually as the Spouse and as the Personal Representative of the Estate of DOE 07, Deceased and on behalf of all survivors of DOE 07 | ECF No. 53 (15-cv-9903) at ¶293; ECF No 741-7 (03-cv-09849) at ¶2603 |
| JOHN MURRAY as the Successor Personal Representative of the Estate of John Joseph Murray, Jr., Deceased and on behalf of all survivors of John Joseph Murray, Jr. | NY | SPOUSE DOE AP19 as Personal Representative of the Estate of DOE AP19, Deceased and on behalf of all beneficiaries of DOE AP19, Deceased / DOE 07, individually as the Spouse and as the Personal Representative of the Estate of DOE 07, Deceased and on behalf of all survivors of DOE 07 | ECF No. 53 (15-cv-9903) at ¶293; ECF No 741-7 (03-cv-09849) at ¶2603 |