UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received the document appended to this order from the Republic of Turkey. The Clerk is respectfully directed to seal this order with access restricted to the Kingdom of Saudi Arabia, Dallah Avco, and the Plaintiffs' Executive Committees. Any party who believes this document should continued to be sealed shall file a letter with the Court explaining why continued sealing is appropriate by May 10, 2022. The parties may, without violating this order, share this material with other parties as they deem necessary to determine if there is any reason the appended document should remain sealed.

**SO ORDERED.**

Dated: May 5, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge



**T.C.**
**ADALET BAKANLIĞI**
Dış İlişkiler ve Avrupa Birliği Genel Müdürlüğü
(Hukuk İstinabe Bürosu)

REPUBLIC OF TÜRKİYE
MINISTRY OF JUSTICE
Directorate General for Foreign Relations and European Union Affairs
(Office of Judicial Assistance in Civil Matters)

**Address** : Türkiye Cumhuriyeti Adalet Bakanlığı Ek Bina DİABGM
Hukuk İstinabe Bürosu Milli Müdafaa Caddesi No:22 06659
Bakanlıklar /ANKARA TÜRKİYE

**Handled by** :
**Fax** : (+90) 312 219 45 23
**E-Mail** : diabgm@adalet.gov.tr

**United States Discrict Court,**
**Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square, Room 430**
**New York, NY 10007**

"Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters"

**Sayı/Reference** : 42378409-302.02.02-E.5934/43918          05.04.2022
(Lütfen yazınızda belirtiniz/In reply please quote)

Sayın Bayanlar ve Baylar,
Dear Madam/Sir,

İlgi    : a) Kreindler & Kreindler LLP'nin 12 Mayıs 2021 tarihli yazısı ile iletilen Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesinin 03 MDL 1570 (GBD) sayılı istinabe talebi.
Subject : a) Legal Assistance Request No. 03 MDL 1570 (GBD) of the United States District Court, Southern District of New York, conveyed by the letter of Kreindler & Kreindler LLP, dated May 12, 2021.

   (b) 17.12.2021 tarihli ve 17718/152929 sayılı yazımız
   (b) Letter of the Ministry No. 17718/152929, of 17.12.2021.

İlgi (a) yazı ile alınan istinabe talebiniz, gereğinin takdiri ve ifası amacıyla İstanbul Cumhuriyet Başsavcılığına iletilmişti.
Your request for MLA, referenced in (a) above, had been conveyed to the Chief Public Prosecutor's Office of İstanbul for execution.

İlgi (b) yazı ile İstanbul 22. Asliye Hukuk Mahkemesi tarafından tanığın beyanın alınmasına yönelik duruşma tarihine ilişkin hazırlanan tensip tutanağı tarafınıza gönderilmişti.
By our letter in (b) above, we conveyed to you the preliminary proceedings report of the 22nd Civil Court of First Instance of Istanbul informing the date of the hearing for taking the witness's statement.

Bu kez, söz konusu istinabe talebinin Mahkemenizce geri çekildiğinden bahisle, anılan istinabe talebine yönelik İstanbul 22. Asliye Hukuk Mahkemesi tarafından düzenlenen duruşma zaptı ekte Türkçe olarak iletilmektedir.

Acting upon the notice of the Southern District of New York that it has withdraws its request for legal assistance, we are sending you attached the transcript of the hearing (in Turkish), held by the 22nd Civil Court of First Instance of Istanbul in executtion of this request.

Bu vesileyle, saygılarımızı teyit ederiz.
We avail ourselves of this opportunity to renew our highest considerations.

Mutlu İlker BELGİN
Judge
Head of Department

**Ekler/Annexes** : Documents

---

General Directorate E-Mail : diabgm@adalet.gov.tr   General Directorate Web: www.diabgm.adalet.gov.tr   Ministry of Justice Web: www.adalet.gov.tr



UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden  QXxLRge - Hf1n85i - qA8x10a - Vwut8M= ile erişebilirsin

T.C.
İSTANBUL
22. ASLİYE HUKUK MAHKEMESİ

CELSE NO        : 1
CELSE TARİHİ : 22/03/2022

ESAS NO         : 2021/157 Talimat

NAİP HAKİM   : ÖMER GÜVEN 219159
KATİP            : Kübra SÜMER  169456

Kreindler & Kreindler LLP yetkilendirmesi ile vekil olan Av. Sabahat Elif İpek, Av. Kıvanç Turan, Suudi Arabistan Krallığı vekili Av. Gökben Erdem Dirican, Av. Ali Gözütok ve Dallah Trans Arabia Co. vekili Av. Leyla Aybüke Koç, Av. Akın Ercan Özcan ile tanık Alp Karlı vekili olduğunu söyleyen Av. Ergin Mizrahi katıldılar. Açık duruşmaya başlandı.

Davalı tarafça hazır edilen tercümanlar Verda Kıvrak, Hacer Nurhayat Dalgıç ile Ferhat Badlo'nun hazır oldukları görüldü.

Davalı Suudi Arabistan Krallığı vekilleri olarak Andrew C. Shen, Christopher Michael Young, Dallah Trans Arabia Co. Vekilleri olarak Robert K. Kry ve Eric R. Nitz ve tanık Alp Karlı vekili Benjamin Dalrymple Wood izleyici olarak duruşma salonunda hazır bulundular.

Tanık Alp Karlı'nın yapılan yoklamada duruşma salonunda hazır bulunduğu görüldü. Kimliği kontrol edilerek kendisine teslim edildi.

İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası )'nun Adli Yardımlaşma Talebi Konulu 28/10/2021 tarih ve 2021/30300 esas sayılı Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen istinabe yolu ile tanık dinlenmesine yönelik istinabe evrakları mahkememize gelmiş olmakla Mahkememizin 2021/157 talimat sırasına kaydı yapıldıktan sonra;

Kreindler & Kreindler LLP yetkilendirmesi ile vekil olan Av. Can Güner tarafından 08/11/2021 tarihli Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi Nezdinde görülmekte olan asıl davanın davacılar vekili tarafından Türkiye'deki istinabe sürecinin takibi konusunda yetkilendirildiklerini bildirir dilekçe ile ekinde vekaletname sunulduğu görüldü. Okundu dosyasına konuldu.

Dallah Trans Arabia Co. Vekili Av. Aybike Hotomaroğlu tarafından 24/12/2021 tarihli vekil olarak eklenme talepli dilekçe ve ekinde yetki belgesi sunulduğu görüldü. Okundu dosyasına konuldu.

Suudi Arabistan Krallığı vekili tarafından 12/01/2022 tarihinde vekaletname ibraz edildiği ve vekil kayıtlarının yapılması taleplerini içerir dilekçe sunulduğu görüldü. Okundu dosyasında konuldu.

Tanık Alp Karlı vekili tarafından 19/01/2022 tarihli müvekkilinin tanıklıktan çekinme sebeplerini bildirirerek istinabe taleplerinin reddine karar verilmesi taleplerini içerir dilekçe sunulduğu görüldü. Okundu dosyasına konuldu.

Kreindler & Kreindler LLP yetkilendirmesi ile vekil olan tarafından 23/02/2022 tarihli Amerika Birleşik devletleri New York Güney Bölgesi Mahkemesi'nin Lahey Sözleşmesi uluslararası adli destek talebi doğrultusunda 22 mart 2022 tarihinde gerçekleşecek olan duruşmada izlenecek özel prosedürlere ilişkin beyan ve taleplerini içerir dilekçenin sunulduğu görüldü. Okundu dosyasına konuldu.

Kreindler & Kreindler LLP yetkilendirmesi ile vekil olan tarafından 23/02/2022 tarihli Amerika Birleşik devletleri New York Güney Bölgesi Mahkemesi'nin Lahey Sözleşmesi uluslararası adli destek talebi doğrultusunda 22 mart 2022 tarihinde gerçekleşecek olan duruşmaya ilişkin tanık Alp Karlı'ya duruşma davetiye gönderilmesi, gönderilmedi ise davetiyeyi tanığın tebellüğ edip etmediği hususunun taraflarına bildirilmesine ilişkin dilekçe sunulduğu görüldü. Okundu dosyasına konuldu.

1/3

Tanık Alp Karlı vekili tarafından 04/03/2022 tarihli dilekçesi ile müvekkilinin yabancı vekilleri ve tercümanlarının duruşma sırasında hazır bulunmasına müsaade edilmesi yönündeki taleplerini içerir dilekçe sunulduğu görüldü. Okundu dosyasına konuldu.

Kreindler & Kreindler LLP yetkilendirmesi ile vekil olan tarafından 15/03/2022 tarihli Amerika Birleşik devletleri New York Güney Bölgesi Mahkemesi'nin Lahey Sözleşmesi uluslararası adli destek talebi doğrultusunda 22 Mart 2022 tarihinde gerçekleşecek olan duruşmasının ertelenmesi taleplerini içerir dilekçe sunulduğu görüldü. Okundu dosyasına konuldu.

Suudi Arabistan Krallığı vekili tarafından 17/03/2022 tarihli 10 Aralık 2021 tarihli tensip tutanağının 12.maddesi uyarınca tarafları ile birlikte duruşmada hazır bulunacak olan meslektaşlarının noter onaylı ve apostil şerhli vekaletnamelerinin sunulmasına ilişkin dilekçesinin sunulduğu anlaşıldı. Okundu dosyasına konuldu.

Kreindler & Kreindler LLP yetkilendirmesi ile vekil olan tarafından 21/03/2022 tarihli Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nin Lahey Sözleşmesi Uluslararası adli destek talebi uyarınca gerçekleşecek tanık dinlenmesi işleminin, davacılar yetkili komitesi tarafından iptal edildiğinin bildirilmesi ve 22 Mart 2022 tarihinde gerçekleşecek olan duruşmanın yapılmaması talebini içerir dilekçe sunulduğu görüldü. Okundu dosyasına konuldu.

Amerika Birleşik Devletleri Bölge Mahkemesi New York Güney Bölgesi'nin 22/03/2022 tarihli 04665 yevmiye numaralı istinabe yolu ile ifadesi alınmak istenilen Alp Karlı'ya ilişkin 11/05/2021 tarihli uluslararası adli yardım talebinin geri çekildiğine ilişkin kararın gönderildiği görüldü. Okundu dosyasına konuldu.

HAZIR BULUNAN TARAF VEKİLLERİNDEN AYRI AYRI SORULDU:

KREINDLER & KREINDLER LLP YETKİLENDİRMESİ İLE KATILAN VEKİLLER :Karara konu tanık dinlenme işlemine gerek kalmamıştır. Talep New York Mahkemesi'ne sunulan dilekçemiz ile geri çekilmiştir. New York Mahkeme Hakimi Sarah Netburn tarafından dün itibari ile verilen karar ile tanık dinleme yönündeki adli yardım talebinin geri çekilmesine karar verilmiştir. Bu kararı Mahkemenize tercümesi ile birlikte bu duruşmadan önce sunduk. Dolayısı ile tanık dinlenmesi işleminden tümü ile vazgeçilmesine, hazır bulunan tanığın bu aşamada dinlenilmemesini talep ederiz, dediler.

SUUDİ ARABİSTAN KRALLIĞI VEKİLLLERİ: Davacılar taleplerinden vazgeçtiler. New York Mahkemesi de bu vazgeçme doğrultusunda dün itibari ile karar vermiştir. Tanık dinlenilmesin, biz de tanığın dinlenilmesini istemiyoruz. Vazgeçme nedeni ile bu yönde karar verilmesini talep ederiz, dediler.

DALLAH TRANS ARABİA CO. VEKİLLERİ: Her ne kadar mahkemenize uluslar arasın delil toplanmasına yönelik Lahey Konvasyonu kapsamında sayın Mahkemenize talimat gönderilmiş ise de, iş bu talimat ve istinabe talebinin geri çekildiğine ilişkin New York Mahkemesi'nce ara karar oluşturulduğundan ve bu husus taraf vekillerince de beyan edildiğinden buna göre işlem yapılmasını saygı ile arz ve talep ederiz, tanığın bu aşamadaki dinlenmemesi yönündeki talebe bir itirazımız bulunmamaktadır. Dediler.

ÇEKİNME TALEBİNDE BULUNAN TANIK VEKİLİ AV. ERGİN MİZRAHİ : New York Mahkemesi'ne sunulan tanık dinlenmesinden vazgeçilmesi talebi üzerine tanığın dinlenmesin. Tanığın çekinme taleplerini de yineliyoruz, dedi.

Dosya incelendi.
G.D.

1-İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası )'nun Adli Yardımlaşma Talebi Konulu 28/10/2021 tarih ve 2021/30300 esas sayılı Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen istinabe yolu ile tanık dinlenmesine yönelik istinabe talebinden 21/03/2022 tarihli 03/MD/01570 ( GBD ) ( SN ) sayılı karar ile istinabe yolu ile tanık dinlenilmesine ilişkin adli yardım talebi geri çekildiğinden ve hazır bulunan taraf vekillerinin beyanları ile teyit edildiğinden tanık Alp Karlı'nın ifadesi alınmaksızın dosyanın Bakanlık Muhabere Bürosu kanalı ile ilgili Mahkemesi'ne gönderilmesine,

2-Tanık dinlenilmediğinden taraf vekillerine zaptın bir örneğin verilmesine,



3-Talimat evrakının bu şekilde kapatılmasına dair Kreındler & Kreındler LLP yetkilendirmesi ile vekil olan Av. Sabahat Elif İpek, Av. Kıvanç Turan, Suudi Arabistan Krallığı vekili Av. Gökben Erdem Dirican, Av. Ali Gözütok ve Dallah Trans Arabia Co. vekili Av. Leyla Aybüke Koç, Av. Akın Ercan Özcan ile tanık Alp Karlı vekili olduğunu söyleyen Av. Ergin Mizrahi'nin yüzlerine karşı karar verildi.

**Katip 169456**
E-imza

**Hakim 219159**
E-imza

UYAP Bilişim Sistemindeki bu doktımana http://vatandas.uyap.gov.tr adresinden 1B1PJAo - stJM5Lc - gM/wkE/ - Jwz/7A= ile erişebilirsin



T.C.
İSTANBUL
22. ASLİYE HUKUK MAHKEMESİ

TENSİP TUTANAĞI

**ESAS NO** : 2021/157 Talimat
**HAKİM** : Ömer GÜVEN 219159
**KATİP** : Kübra SÜMER 169456

İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası )'nun Adli Yardımlaşma Talebi Konulu 28/10/2021 tarih ve 2021/30300 esas sayılı Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen talimat yolu ile tanık dinlenmesine yönelik istinabe evrakları mahkememize gelmiş olmakla Mahkememizin 2021/157 talimat sırasına kaydı yapıldı.

Talimat evrakı detaylıca incelendi;

**GEREĞİ DÜŞÜNÜLDÜ:**

1-Amerika Birleşik Devletleri New York Güney Bölgesi Mahkemesi'nde görülmekte olan 03 MDL 1570 ( GBD ) dosyası üzerinden talep edilen istinabe yolu ile tanık dinleme işlemlerinin 6100 sayılı Hukuk Muhakemeleri Kanunu (HMK) kapsamında yerine getirilmesine.

2-Mahkememizce tanık Alp Karlı'nın tanıklığına ilişkin beyanın 22/03/2022 günü saat 10:00 itibari ile İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda **alınmasına,** tarafınızca duruşma gün ve saatinin tanık Alp Karlı'nın istinabe evrakında bulunan adresine tebligat yolu ile **bildirilmesine,**

3-Mahkememize 08/11/2021 tarihinde vekaletname sunan ve duruşmaya katılmayı talep eden Kreindler & Kreindler LLP vekili Av. Can Güner ( T.C. 42236058202 )'in veya vekaletnamede ismi bulunan diğer Avukatların usule uygun temsil yetkisi ve Avukatlık Kimlikleri ile birlikte duruşma gün ve saatinde İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda hazır olmaları hususunda tebliğ işleminin tarafınızca **yapılmasına,**

4-Mahkememize 18/11/2021 tarihinde vekaletname sunan ve duruşmaya katılmayı talep eden Dallah Trans Arabia Co.vekili Av. Aybike Hotomaroğlu ( T.C. 17234464652 )'nun veya vekaletnamede ismi bulunan diğer Avukatların usulüne uygun temsi yetkisi ve Avukatlık kimlikleri ile birlikte duruşma gün ve saatinde İstanbul 22. Asliye Hukuk Mahkemesi duruşma salonunda hazır olmaları hususunda tebliğ işleminin tarafınızca **yapılmasına,**

5-Tanık Alp Karlı'nın ifadesinin mahkememizce belirlenecek görevli tarafından HMK 153.madde uyarınca kamera ile kayıt alınmak sureti ile yeminli olarak alınmasına, ifadenin daha sonra katip tarafından yazıya dökülmesine, kayda alınan videonun CD/DVD ortamına aktarılmasına, bir örneğinin istinabe mahkemesine gönderilmesine, bir örneğinin Mahkememiz kasasında muhafaza edilmesine,

6-Hukuk Muhakemeleri Kanunu ( HMK ) 153. madde uyarınca duruşma sırasında mahkeme görevlisi dışında hiçbir şekilde ses ve görüntü kaydı yapılamayacağından mahkememizce görevlendirilecek kameraman dışında ifade verme süresince başkaca kameraman ( videograf ) hazır bulundurulmayacağından istinabe evrakının 12/a bendinde hazır bulunması talep edilen kameramanın ifade alma işlemine katılmasına ilişkin istemin REDDİNE,

7-Tanık Alp Karlı'nın ifadesinin 22/03/2022 günü 10:00'da alınmasına, duruşma gününün istinabe evrakının 13 numaralı bent gereği davacı Kreindler and Kreindler LLP'in istinabe evrakında belirtilen adreslerine **bildirilmesine,**

8-Tanık Alp Karlı'nın ifadesinin 22/03/2022 günü 10:00'da alınmasına, duruşma gününün davalı Dallah Trans Arabia Co.'nun adresine **bildirilmesine,**

9-İfade alma işleminin yukarıda belirtilen kurallar ve istinabe evrakının 12 numaralı bentte bildirilen özel yöntem ve prosedürler doğrultusunda HMK 28.madde gereği gizlilik esasına göre alınmasına, Tarafların temsilcilerinin veya görevli memurların, danışmanların, Amerika Birleşik



1/2

Devletleri Temsilcilerinin ve stenografın ( katip ) ifade verme süresince hazır bulundurulmalarına izin verilmesine, duruşmaya katılacak kişi / kişilerin görevlerine ilişkin yasal temsilci belgeleri ile aynı zamanda kimlikleri ile birlikte duruşmaya kabul edilecekleri hususunun ilgili taraflara **bildirilmesine,**

10-Mahkememizce gizlilik kararı verildiğinden ve duruşmaların kamuya kapalı olarak yapılacağından ayrıca 12/b maddesindeki talep gereği adli işlemlerin FBI koruma emri dahilinde kamuya kapalı olarak yapılması, gizli tutulması ve yalnızca FBI koruma emri uyarınca izin verilen kişilerin katılması yönündeki talebin HMK 28.madde kapsamında kaldığı anlaşılmakla bu konuda ayrıca bir karar oluşturulmasına yer olmadığına,

11-İş bu tensip tutanağının gereği yapılmak üzere CBS Bakanlık Muhabere Bürosu ( Uluslararası Hukuk Masası ) kanalı ile Adalet Bakanlığı Dış İlişkiler ve Avrupa Birliği Genel Müdürlüğü ( Hukuk İstinabe ve Müteferrik Bürosu)'ne gönderilmesine,

12-Yukarıdaki işlemlerin tamamlanmasının ardından tanık beyanın alınmasından sonra istinabe evrakının tüm ekleri ile birlikte İstanbul Cumhuriyet Başsavcılığı ( CBS ) Bakanlık Muhabere Bürosu kanalı ile ilgili birime iadesine,

Dair evrak üzerinde yapılan inceleme neticesinde tensiben karar verildi. 10/12/2021

  **Katip 169456**                     **Hakim 219159**
   **E-imza**                          **E-imza**



T.C.
İSTANBUL
22. ASLİYE HUKUK MAHKEMESİ

TENSİP TUTANAĞI

**ESAS NO** : 2021/157 Talimat

**HAKİM** : Ömer GÜVEN  219159
**YAZI İŞLERİ MÜDÜRÜ** : Şeyma SÖYLER 134293

İstanbul Cumhuriyet Başsavcılığı Bakanlık Muhabere Bürosu (Uluslararası Hukuk Masası)'nın 28/10/2021 tarih ve 2021/30300 U.M. sayılı talimatı mahkememize gelmiş olmakla talimat sırasına kaydı yapıldı.

Amerika Birleşik Devletleri (ABD) New York Güney Bölgesi Mahkemesi nezdinde 03 MDL 1570 (GBD) dosyası üzerinde görülmekte olan hukuk davası kapsamında tanık dinlenilmesinin talep edildiği görüldü.

**GEREĞİ DÜŞÜNÜLDÜ:**

1-6100 Sayılı HMK'nın aleniyeti düzenleyen hükümleri gereğince kural olarak bütün duruşmalar herkese açık olup, fakat son eklenen gizlilik kararına ilişkin düzenlemeler uyarınca; tarafların korunmaya değer üstün menfaatlerinin bulunduğu hallerde duruşmaların gizli yapılmasına karar verilebileceği H.M.K.'nun 28. Maddesi ile açıkça hükme bağlanmış olduğundan, talimat evrakının mahiyeti itibariyle iş bu talimat dosyası için **GİZLİLİK KARARI VERİLMESİNE,** duruşmaların **GİZLİ OLARAK YAPILMASINA,**

2-İstinabe evrağında talep edilen diğer hususlar yönünden ayrıntılı inceleme yapılarak ek tensip tutanağı ile birlikte karar verilmesine,

Evrak üzerinden yapılan inceleme sonunda tensiben karar verildi.05/11/2021

Yazı İşleri Müdürü
134293
E-imza

Hakim 219159
E-imza

1/1



| İADE EDİLECEĞİ ADRES | |
|---|---|
| | T.C. |
| | İstanbul |
| | 22. Asliye Hukuk Mahkemesi |
| Dosya No: | 2021/157 Talimat |
| Karar No: | |

**Taahhütlü**
No: *4005270602646*

Muhatabın adı, soyadı
İLGİLİ ALP KARLI

Bahçeköy Yeni Mahallesi, Hunca Caddesi, No:4 Sarıyer/ İstanbul

| Duruşma Günü | 22/03/2022 |
|---|---|
| Duruşma Saati: | 10:00 |
| Duruşma Yeri: | İstanbul 22. Asliye Hukuk Mahkemesi |
| | Mühür ve İmza |

İhtar

HMK'nın 248, 249, 250. maddeleri hükümleri saklı kalmak şartıyla, HMK 245. maddesi gereğince belli edilen gün ve saatte geçerli bir mazeret olmaksızın mahkemeye gelmemeniz veya gelip de tanıklıktan, yeminden kaçınmanız halinde, zorla getirileceğiniz, gelmemeniz nedeniyle sebep olduğunuz giderlere ve beşyüz TL'ye kadar disiplin para cezasına hükmolunacağı hususu ihtar olunur.

Hakkınızda bulunan dava/takip dosyalarına https://vatandas.uyap.gov.tr sitesine E-devlet şifrenizle giriş yaparak bilgi sahibi olabilirsiniz. Telefonunuza yandaki karekodu okutarak ilgili sayfaya ulaşabilirsiniz.

---

**TEBLİĞ MAZBATASI**

Tebliğ Evrakı,

1- Adresinde veya ................................................ da muhatap ..........................................................

2- ........................... sebebiyle muhatap ....................... ........ yerine ...........................................

3-Tebliğin yapılması ................................ sebebiyle emin edilemediğinden ...........................................

4- Muhatabın muvakkaten ..................................... . gittiği ........... tarafından bildirildiğinden .........

5- ( ....................................... ) mehil tayin edilip (ikinci defa) tebligat çıkarıldığından keyfiyet haber verilerek muhatap yerine .......

6- ......................................................... tebellüğden imtina ettiğinden ........................................

7- Adreste kimse bulunmaması üzerine ............. ....................................................................

8- Tebliğ yapacak kimse ................................. ........ sebebiyle imtina ettiğinden ................... ............................................ huzurunda ......

(Tebliğ tarihi)    Tebligat yapılanın
                  (imza veya parmak izi)      (imza)

Tebliğ memurunun imzası:

Muhatap adresini değiştirmişse tebliğ memuru tarafından tespit edilen yeni adresi:

Tarih : 28/10/2021 Saat : 11:59:54

## ASLİYE HUKUK MAHKEMESİ
### 28/10/2021 - 28/10/2021
### TALİMAT TEVZİ ÇİZELGESİ

| BİRİM ADI | DAVA | TALİMAT NO | DAVACI | DAVALI |
|---|---|---|---|---|
| İstanbul 22. Asliye Hukuk Mahkemesi | Diğer | 2021 /157 | | |

Sayfa1