## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Betru, et al. v. Islamic Republic of Iran*, 18-cv-8297 (GBD)(SN)

## [PROPOSED] DEFAULT JUDGMENT ON LIABILITY

Upon consideration of the evidence submitted in filings with this Court on May 19, 2011, July 13, 2011 and August 19, 2011, evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, including the record concerning service by the *Betru* Plaintiffs on defendant Islamic Republic of Iran and the certificate of default against that defendant, it is hereby;

ORDERED that the *Betru* Plaintiffs' Motion for Judgment by Default as to Liability Against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Plaintiffs in *Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN) and against the Islamic Republic of Iran;

ORDERED that the *Betru* Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not limited to compensatory and punitive damages.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 7973.

Dated: New York, New York
_____, 2022

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge\