# EXHIBIT A-1

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Yeneneh | | Betru | | $ 2,000,000.00 | | $ 7,957,672.00 | $ 9,957,672.00 |
| 2 | Christopher | | Burford | | $ 2,000,000.00 | | $ 1,119,928.00 | $ 3,119,928.00 |
| 3 | Andrew | | Fredericks | | $ 2,000,000.00 | | $ 8,063,072.00 | $ 10,063,072.00 |
| 4 | Stephen | G. | Harrell | | $ 2,000,000.00 | | $ 4,691,786.00 | $ 6,691,786.00 |
| 5 | Debora | | Maldonado | | $ 2,000,000.00 | | $ 1,762,570.00 | $ 3,762,570.00 |
| 6 | Robert | W. | O'Shea | | $ 2,000,000.00 | | $ 10,198,400.00 | $ 12,198,400.00 |
| 7 | Toyena | C. | Skinner | | $ 2,000,000.00 | | $ 3,471,075.00 | $ 5,471,075.00 |
| 8 | Steven | | Weinberg | | $ 2,000,000.00 | | $ 7,163,597.00 | $ 9,163,597.00 |

| Total Judgment Amount (Betru A-1 Plaintiffs 1-8): | $ 60,428,100.00 |
|---|---|