UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to:*
*Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN)

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs in the *Betru* case referenced above and the Judgment by Default for Liability Against the Islamic Republic of Iran ("Iran") entered on _____, together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of all *Betru* Plaintiffs in *Betru et al. v. Islamic Republic of Iran.,* 18-cv-8297 (GBD) (SN) identified in the attached Exhibits A-1 and A-2; and it is

ORDERED that the *Betru* Plaintiffs identified in the attached Exhibits A-1 and A-2 are awarded compensatory damages for: (1) pain and suffering in the amount of $2,000,000 for each plaintiff; and (2) economic loss in the amounts set forth in Exhibits A-1 and A-2; and (3) prejudgment interest of 4.96% compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibits A-1 and A-2 may submit an application for punitive damages, economic damages, or other damages (only to the extent such awards have not previously been awarded) at a later date, consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Betru et al. v. Islamic Republic of Iran*, 18-cv-

8297, not appearing on Exhibits A-1 or A-2 may submit in later stages motions for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibits A-1 and A-2, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibits A-1 and A-2.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 7976.

Dated: New York, New York
_____, 2022

SO ORDERED:

_____