# EXHIBIT A-2

**Betru Exhibit A-2**  Non-U.S. Nationals / Unconfirmed Nationality

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Nancy | | Diaz | | $ 2,000,000.00 | | $ 2,123,993.00 | $ 4,123,993.00 |