```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Kingdom of Saudi Arabia requests to file redacted versions of documents related to the breach of the protective orders. ECF No. 7877. Specifically, it proposes redactions to ECF Nos. 7066, 7078, 7078-1, and 7080 and proposes to file other documents without redactions. While Saudi Arabia reports that Kreindler & Kreindler objects to proposed redactions to ECF No. 7080, no other filings have been made on this request. The Court has ruled that prior redactions addressing effectively the same subject matter (*i.e.*, the contents of the Musaed al Jarrah deposition) are proper. ECF No. 7600. The same analysis applies here.

    Saudi Arabia's request is granted. ECF Nos. 6988, 6988-1, 6989, and 6990 shall be filed without redactions. ECF Nos. 7066, 7078, 7078-1, and 7080 shall be filed with the redactions proposed at ECF Nos. 7877-3, 7877-4, 7877-5, and 7877-1 respectively. ECF No. 7877 and its supporting exhibits may be maintained under seal as it provides no additional useful information about these proceedings.

**SO ORDERED.**

Dated: May 9, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge