UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Fed. Ins., et al. v. Al Qaida, et al., No. 03-cv-6978
> Burnett v. Al Baraka Inv. & Dev. Corp., No. 03-cv-9849
> O'Neill v. Al Baraka Inv. & Dev. Corp., No. 04-cv-1923
> Cont'l Cas. Corp. v. Al Baraka Inv. & Dev. Corp., No. 04-cv-5970
> Cantor Fitzgerald Assocs., L.P. v. Akida Inv. Co., Ltd., No. 04-cv-7065
> Euro Brokers Inc. et al. v. Al Baraka Inv. & Dev. Corp., No. 04-cv-7279

The Court has received the letter from Dubai Islamic Bank ("DIB") and the Plaintiffs Executive Committees ("PECs") directed by ECF No. 7929. Absent an interest from both parties in engaging in Court-supervised mediation, and in light of certain other representations, the Court will not schedule a conference. Should the parties' position change, they are welcome to communicate that to the Court. The parties will therefore proceed according to the schedule in ECF No. 7929.

SO ORDERED.

Dated: May 9, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge