**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: ) | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |
| TERRORIST ATTACKS ON ) | ECF Case |
| SEPTEMBER 11, 2001 ) |  |

This document relates to all actions.

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel G. Bird, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bars of the District of Columbia and the State of Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated: May 9, 2022                                    Respectfully submitted,

                                                                  */s/ Daniel G. Bird*
                                                                  Daniel G. Bird
                                                                  KELLOGG, HANSEN, TODD,
                                                                    FIGEL & FREDERICK, P.L.L.C.
                                                                  1615 M Street, N.W., Suite 400
                                                                  Washington, D.C. 20036
                                                                  Telephone: (202) 326-7971
                                                                  Facsimile: (202) 326-7999
                                                                  dbird@kellogghansen.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022 I caused an electronic copy of the foregoing Motion For Admission Of Daniel G. Bird *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL docket.

Dated: May 9, 2022					Respectfully submitted,

							 /s/ Daniel G. Bird                
							Daniel G. Bird