| | | | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|---|---|
| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY | ECF # OF ANY PRIOR DAMAGES AWARDS | ECF # ADDING PLAINTIFF TO ACTION |
| 1 | Douglas | W. | Anderson | | World Trade Center | Pulmonary Trauma | Significant | N/A | 53 |
| 2 | Desiret | | Carvache | | World Trade Center | Escape | Significant | N/A | 53 |
| 3 | Jose | M. | Contes (a/k/a Contes Rosado) | | World Trade Center | Escape | Severe | N/A | 53 |
| 4 | Enrique | | Cruz | | World Trade Center | Escape | Significant | N/A | 53 |
| 5 | Juan | Alberto | Cruz-Santiago | | Pentagon | Impact/Escape | Devastating - Upward Departure Sought | N/A | 53 |
| 6 | Cynthia | A. | Delancey (f/k/a Warren) | | World Trade Center | Escape | Significant | N/A | 53 |
| 7 | Patricia | A. | Farrar | | World Trade Center | Escape/Pulmonary Trauma | Significant | N/A | 53 |
| 8 | Charles | M. | Freeman | Jr. | World Trade Center | Impact/Escape | Significant | N/A | 53 |
| 9 | Racquel | K. | Kelley | | Pentagon | Impact/Escape | Severe | N/A | 53 |
| 10 | Emanuel | A. | Lipscomb | | World Trade Center | Escape/Pulmonary Trauma | Severe | N/A | 53 |
| 11 | David | M. | Moriarty | | World Trade Center | Collapse/Falling Debris | Significant | N/A | 53 |
| 12 | Victor | D. | Panzella | Jr. | World Trade Center | Escape/Falling Debris | Severe | N/A | 53 |
| 13 | Wilston | L. | Parris | | World Trade Center | Escape/Falling Debris | Severe | N/A | 53 |
| 14 | Filomena | | Roman | | World Trade Center | Escape | Significant | N/A | 53 |
| 15 | Robert ("Bobby") | | Senn | | World Trade Center | Escape/Collapse | Severe | N/A | 53 |
| 16 | Christopher | L. | Young | | World Trade Center | Escape/Collapse | Significant | N/A | 53 |