# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
|  | ECF Case |
| This document relates to: | 15-cv-9903 (GBD) (SN) |
| *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | ECF Case |

**DECLARATION OF JUAN ALBERTO CRUZ-SANTIAGO**

I, Juan Alberto Cruz-Santiago, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based upon my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present at the Pentagon when American Airlines Flight 77, hijacked and piloted by terrorists, plunged into the West wall of the Pentagon and tore through the building. At the time of these terrorist attacks, I worked as the Chief of the Managerial Accounting Division, Resource Services Washington for the Department of Defense, Army Division, in the E Ring of the Pentagon, located in Wedge 1.

4. The collision of Flight 77 into the building caused destruction, mayhem, and unspeakable carnage that would endure for several hours without pause. These horrific memories will now last a lifetime for survivors like myself.

5. At the time of Flight 77's impact with the Pentagon, I had been working in my office and I was preparing for a meet and greet with two new employees. Suddenly, I heard an

incredibly loud explosion, and the room quickly filled with smoke, building debris, jet fuel, and fire. As a result of the blast, I received massive burns to my upper and lower extremities. I further inhaled large quantities of debris and smoke into my lungs and airways, and I had great difficulty breathing. Having been surrounded by this large debris cloud, I had zero visibility and I was stuck in debris and could hardly move. I heard the voices of my coworkers calling for help. I told everyone around me to get down on the floor and crawl to avoid the thick smoke and debris that had filled the room. At some point, many of the voices of my coworkers ceased.

6. As I tried to escape from the debris in the area and exit from the building, I noticed that my sleeve had been engulfed in flames. After that I do not know how I was rescued. I passed out due to the pain I was experiencing. Someone later pulled me out of the debris and took me out of the burning building.

7. I awoke as emergency personnel lifted me into a helicopter outside of the burning Pentagon building. They then transported me to Washington Hospital Center for the care and treatment of my massive burn and inhalation injuries.

8. I spent the next eighty-eight days in Washington Hospital Center's Burn Intensive Care Unit and then the Burn Rehabilitation Unit. During the majority of my stay in the hospital, I was intubated and unable to speak, and my eyelids were stitched shut to aid in the healing process, so I was unable to see. Due to the incredible pain I experienced, my doctors kept me sedated for much of my hospital stay. I endured an incredible total of thirty surgeries during that time frame for excision, debridement, and skin grafting of my severe burns. During these surgeries, my doctors had to amputate all ten of my finger tips and they performed multiple surgeries on my corneas and my eye lids. As a result of my burn injuries, I lost my vision in my right eye, and I have only partial vision remaining in my left eye.

9. As a result of the terrorist attack on the Pentagon, I suffered the following specific physical injuries on September 11, 2001: massive third degree burns to over seventy percent of my body, including my face, both eyes and eyelids, my chest, both hands, both arms, and both legs.[1] I lost my vision in my right eye, and I now have only partial vision in my left eye.[2] Due to the smoke and debris that I inhaled, I suffered and continue to suffer from a chronic cough, restrictive lung disease, and obstructive sleep apnea.[3] As noted in my medical records, I have been diagnosed as having permanent impairment to eighty percent of my body.

10. I further suffered, and continue to suffer, severe emotional distress as a result of these terrorist attacks. I suffered and continue to suffer from anxiety and bouts of depression due to these traumatic events almost daily, triggered by certain smells, sounds and views. I have been diagnosed with a major depressive disorder with recurrence, post-traumatic stress disorder, an anxiety disorder, and a panic disorder.[4] The horrific events that I witnessed on 9/11 directly caused all of the above conditions, which continue to this day.

11. Attached as Exhibit B to this Declaration is a true and correct copy of my select, relevant medical records related to the treatment that I received for my physical and emotional injuries following the September 11, 2001 terrorist attacks.

12. I previously pursued a claim through the September 11th Victim Compensation Fund (VCF Number 212-000309) specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

---

[1] *See*, Medical Records of Juan Cruz-Santiago (CRUZ-SANTIAGO_MEDS_000001), attached hereto as Exhibit B, at 0001-0103, 0105-0112, and 0118-0119.
[2] *Id*. at 0001, 0005-0006, 0020-0022, 0049-0050, 0075-0076, 0092-0099, and 0109-0110.
[3] *Id*. at 0003, 0005-0006, 0100-0101, 0103, 0111-0112, and 0118-0119.
[4] *Id*. at 0104 and 0113-0117.

3

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED on this 18th day of August 2021.

_Juan Alberto Cruz-Santiago_
DECLARAN JUAN ALBERTO CRUZ SANTIAGO

4

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)