# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) ECF Case |

### **DECLARATION OF CHARLES M. FREEMAN, JR.**

I, Charles M. Freeman, Jr., pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached herein as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center (WTC) Towers occurred. At the time of these horrific attacks, I worked for American Building Maintenance at the World Trade Center as a Janitorial Worker.

4. I arrived to work early on the morning of 9/11, and I proceeded to perform my usual job duties of ensuring that litter and other trash were removed from the area around the WTC Towers.

5. While I worked in the area around the base of the North Tower, I watched in disbelief as the first passenger jet, American Airlines Flight 11, plunged into the upper section of the building. Building debris and dust immediately began to rain down on the area around the

base of the North Tower. I saw people running and screaming to avoid the debris field, and I quickly attempted to run into the lobby of the North Tower to escape the falling debris.

6. However, after I arrived just inside of the first floor of the North Tower, concrete, metal, and other building debris began to fall inside of the building. A massive explosion then erupted inside of the North Tower, and I was actually blown backwards outside of the building by the force of the blast. I slammed onto the concrete area outside of the North Tower, and I suffered injuries to my left knee and right wrist. I also suffered crush injuries to my right thumb and elbow.

7. Emergency personnel arrived on the scene. They transported me to Harlem Hospital where I received initial treatment for my injuries. Due to the extent of my right hand crush injury and the pain that I was experiencing, my doctors later sent me to Kings County Hospital for additional treatment.

8. As a result of these terrorist attacks, I suffered the following specific physical injuries on September 11, 2001: Derangement of my left knee[1]; a right wrist injury[2]; a crush injury and fracture of my right thumb[3]; an injury to my right elbow; bruising to my arms and legs from the force of the blast inside of the North Tower.

9. I further suffered, and continue to suffer, severe emotional distress as a result of these terrorist attacks. I suffered and continue to suffer from anxiety and bouts of depression due to these traumatic events almost daily. The horrific events that I witnessed on 9/11 directly caused the above conditions, which continue to this day.

10. I sought and continue to seek medical attention on a monthly basis for my injuries caused by these terrorist attacks. Attached as Exhibit B to this Declaration is a true and correct

---

[1] *See*, Medical Records of Charles Freeman (FREEMAN_MEDS_000001), attached hereto as Exhibit B, *at* 0002, and 0011-0021.
[2] *Id.* at 0004-0010, 0011-0014, and 0016-0019
[3] *Id.* at 0001-0021.

2

copy of my select relevant medical records related to the treatment that I received for my physical and emotional injuries following the September 11, 2001 terrorist attacks.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this _6_ day of November 2021.

_____
Declarant Charles M. Freeman, Jr.

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)