# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
|  | ECF Case |
| This document relates to:<br><br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN)<br><br>ECF Case |

## DECLARATION OF EMANUEL A. LIPSCOMB

I, Emanuel A. Lipscomb, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached herein as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center Towers occurred. At the time of these horrific attacks, I held multiple job titles with several business entities located in New York City, Virginia, and Washington, D.C. I worked as a Director, Developer, and Board Member of the Martin Luther King, Jr., Family Life Institute. I also held the job title of Assistant to the Pastor of the Gideon Riverside Church, located in the cities of Chesapeake and Norfolk, Virginia. And finally, at the time of the 9/11 attacks, I also held the title of Chief Operating Officer and Director of Marketing, Graphics and Business Development for my family business, Silver Lining, Inc., located in Washington, D.C. During this time period, I regularly traveled by car between these cities to perform my various job duties.

4. On the morning of 9/11, I had arrived at a condominium building across the street from the World Trade Center Towers in New York City around 8:30 a.m. to pick up a business contact for a scheduled meeting. While I waited in front of the condominium building, I heard a loud noise. I then saw that the North Tower of the World Trade Center had smoke and fire emanating from the top of the building. At that time, I did not know the cause of the damage to the North Tower. A short time later, I saw a passenger jet, United Airlines Flight 175, explode through the upper section of the South Tower of the World Trade Center. At that point, I knew that the World Trade Center Towers were under attack.

5. The scenes I then observed at the World Trade Center Towers were beyond horrific. I saw people on fire and flames shooting out of the North and South Towers, and I witnessed people jumping from the upper sections of the Towers and crashing to their deaths. I will never forget the images of victims jumping from the Towers while holding hands. The area looked like a war zone.

6. I joined a group of people assisting victims with escaping from the debris falling near the base of the World Trade Center Towers. We worked with each other as many people were rushing out of the exits of the Towers to escape from the area. I then led a group of people running to escape the World Trade Center area out of the rear exit of the condominium building located across the street. I told these people to continue to the safety of the river's edge. Upon my return to the rear exit of the condominium, I discovered that the door had locked with more people stuck inside and trying to escape. I kicked the door inward and it finally opened. I gave this additional group of people instructions to leave the area and to head for the edge of the riverbank.

7. At about this time, my business contact arrived in the lobby of the condominium building and we proceeded outside and onto the street. I then heard a loud explosion, and as I

looked up, the sky above me became black with smoke and debris. I turned and ran towards the building behind me as the South Tower then began to collapse. A man running next to me was hit by falling debris and severely injured, so I cut the corner to the building and I jumped into a hole in the side of a building to escape the cascading cloud of debris and toxins. I watched as a debris field of fire, concrete, and steel went by me.

8. In an instant, the area around me became pitch black and eerily quiet. While in the hole in the building, I became covered in dust and building debris, and I inhaled large quantities of these toxins into my lungs and airways. As I emerged from the hole near the World Trade Center Towers, I saw that hundreds of people and first responders had been crushed and incinerated by the falling debris. I will never forget this horrific scene.

9. Due to the thick cloud of smoke and debris, I had to hold my breath while I felt my way along the building to look for an entrance so that I could escape the debris cloud. I found a building entrance and entered a doorway, but the lobby area was also filled with smoke and debris. As I continued to struggle to breathe due to the thick debris cloud in the lobby, I decided to seek clean air by heading towards the river.

10. I told others in the lobby area to follow me, and myself and several other victims (all covered in ash and building debris) stumbled our way out of the lobby of the building. We proceeded out of one building entrance and into another building's lobby area. Then we heard an incredible rumble sound and saw that the North Tower had collapsed. I stood in shock and amazement as the building that I now occupied began to shake and the power went out. Others in the lobby area with me began to scream and panic, but I told them to remain calm.

11. I remained inside this building for a period of time until rescue personnel arrived and escorted me to a boat near the river. I then traveled by boat to an extraction point across the

river and into New Jersey. When we reached the New Jersey side of the river, a medical team pulled me aside and attempted to wash off the ash and building debris on my body with a water hose. I traveled by ambulance to St. Mary's Hospital where I received initial treatment for my inhalation injuries. During this entire ordeal, I also experienced slurred speech, memory loss, headaches, and hot and cold sweats. My doctors later informed me that I had suffered a mild stroke during the events of 9/11.

12. As a result of these terrorist attacks, I suffered the following specific physical injuries on September 11, 2001: a significant respiratory injury[1]; a mild stroke[2]; hypersensitivity lung disease[3]; atelectasis of both lungs[4]; dyspnea[5]; sinusitis[6]; a persistent cough[7]; headaches[8]; chest pains[9]; chest tightness[10], hyperarousal syndrome[11], neurovegetative symptoms[12]; and mood and cognitive disturbances[13].

13. I further suffered, and continue to suffer, severe emotional distress as a result of these terrorist attacks. I suffered and continue to suffer from anxiety and bouts of depression due to these traumatic events almost daily, triggered by certain smells, sounds and views. I have been diagnosed with a major depressive disorder with recurrence[14], post-traumatic stress disorder[15], an

---

[1] *See*, Medical Records of Emanuel Lipscomb (LIPSCOMB_MEDS_000001), attached hereto as Exhibit B, 0002, 0003, 0005, 0007-0008, 0010, and 0016.
[2] *Id.* at 0011-0014.
[3] *Id.* at 0025.
[4] *Id.* at 0023-0024.
[5] *Id.* at 0017-0022, and 0026-0029.
[6] *Id.* at 0004.
[7] *Id.* at 0003, 0005, 0010, and 0015.
[8] *Id.* at 0003, 0005, 0008-0009, 0017-0022, and 0031-0032.
[9] *Id.* at 0007, 0017-0022, 0023, 0025-0026, and 0029.
[10] *Id.* at 0008.
[11] *Id.* at 0010.
[12] *Id.* at 0007.
[13] *Id.* at 0008.
[14] *Id.* at 0004, 0008.
[15] *Id.* at 0006, 0008-0010, and 0015.

4

anxiety disorder[16], and a panic disorder[17]. The horrific events that I witnessed on 9/11 directly caused all of the above conditions, which continue to this day. Due to my physical and emotional injuries caused by the events of 9/11, my doctor and the Social Security Administration determined and confirmed that I have been totally disabled from 2001 to the present.

14. I sought and continue to seek medical attention on a monthly basis for my injuries caused by these terrorist attacks. Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received for my physical and emotional injuries following the September 11, 2001 terrorist attacks.

15. Attached as Exhibit C to this Declaration is a true and correct copy of a photo of myself and other 9/11 survivors covered in ash and building debris that was taken shortly after the collapse of the South Tower on 9/11. Further, attached as Exhibit D to this Declaration are true and correct copies of news articles and interviews published after the events of 9/11 in which I relayed my experiences on that horrific day.

16. I previously pursued a claim through the September 11th Victim Compensation Fund (VCF Number 212-006183) specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 26 day of October 2021.

_____
Declarant Emanuel A. Lipscomb

---

[16] *Id.* at 0004.
[17] *Id.* at 0008.

# CITIZENSHIP AND MEDICAL EXHIBITS FILED UNDER SEAL (ECF No. 5716)

# Exhibit C

## "Chronicle of Life"

**"Let's Spread the Love Together."**



  

These pictures chronicle my life from the World Trade Attack to today.

1. After the first tower fell, we, a small group of very scared survivors, first sought protection in a building but it lacked sufficient air to breathe. 7 of us were brave enough to wander through the blinding, falling ash in search of air. God led us through those ashes where we literally bumped into an emergency box and saw another building by the river. Someone posted my picture as we arrived to find air in its basement. Hours later, we were rescued.

2. A picture of the family I returned to taken years after the 9/11 Attacks, for church. My sister, mother and I were holding our faces strong, despite losing our business. With faith and family, I was forging ahead not realizing the coming medical repercussions.

3. A picture of my family's continued hope and support. My closest reasons for living, even after Mother had passed.

4. A picture of my life turned sideways but not upside down through the multiple strokes, heart attacks and many medical issues I have been left with because of that day.

5. Though 9/11 caused our family multiple medical, emotional, and financial disasters, we have learned to hold fast to family and community. Our mother taught us to trust in God and Country.

# Exhibit D

# News Articles, Interviews

# '9/11 belongs to compassion': Congress marks 15th anniversary on Capitol steps

theguardian.com/us-news/2016/sep/09/congress-911-rememberance-ceremony-capitol

David Smith                                                                                           September 9, 2016



The fourth plane was probably headed here 15 years ago. A bronze plaque in the US Capitol building records how the passengers of United Airlines flight 93 not only saved countless lives by forcing it down, "but may have saved the US Capitol from destruction".

On Friday, in blazing sunshine, about 200 members of Congress stood on the steps beneath the recently restored Capitol dome and prayed, observed a moment's silence and, accompanied by a marine band, sang God Bless America to mark the imminent anniversary of the September 11 terrorist attacks.

The remembrance ceremony, with Democrats and Republicans standing side by side, was heartening to Emanuel Lipscomb, 57, who was in New York on business that day and narrowly survived the disaster. "It's good to see it's brought a spark of bipartisanship," he said. "It's bringing the United States together because we all suffered together as one."

For these crisp nine minutes, at least, the toxic wrangling and inertia of Congress could be put aside, along with its legacy of war in Afghanistan and Iraq. The House speaker, Paul Ryan, who was 31 on 9/11, reflected on a generation of teenagers who have no memory of it.

"Today, I can't help but think of my own children – and all the children born after 9/11," the Republican said. "Do they fully understand what happened that day? Will they ever? Can they? They can watch the old footage. They can see clips of the towers falling. They can hear the great roar as a landmark comes crashing down –and with it, an era. But can they actually feel it?

"I've had so many conversations with my own kids about this, about the shock, the terror, the outrage. Can they feel the sense of bereavement – at losing almost 3,000 Americans in a single morning? I don't think they can. But that makes it our generation's burden. We lived through that terrible day. And we will never forget that terrible day."

Ryan spoke of the firefighters who rushed into danger and the flags that appeared on overpasses as if "to bind up the nation's wounds". He added: "These are the stories that we can pass on. We can turn our burden of grief into a gift of grace – because our children may not fully understand the horror of it all. But they can admire the heroism."

The House minority leader, Nancy Pelosi, praised the heroism of first responders and those who tried to save their fellow passengers and workers.

"Because of them, 9/11 does not belong to fear," the Democrat said. "It belongs to courage. It belongs to compassion. It belongs to the first responders and those who rushed into the smoke and up the stairs, to the passengers who charged up the aisle, to the men and women who stayed behind in stricken buildings to help strangers to safety."

She injected a note of potential discord by calling for support for 9/11 first responders and survivors still dealing with the long-term health consequences, noting that, by some accounts, there are 10 to 15 cancer diagnoses a week.

A memorial ceremony was also held on Friday morning at the Pentagon, where one of the hijacked planes crashed. Michael Rhodes, director of administration and management at the Department of Defense, said: "As smoke billowed on the other side of those walls over there, great men and women responded to the call of duty."

For Lipscomb, who was working for the Martin Luther King Institute in 2001 and stayed to help the injured after the first tower fell, then barely survived the second collapse, the memories are still raw. He recalled: "People flying in the air and bursting in the street like water balloons; hearing a boom and seeing the entire tower come down on our heads."

Lipscomb said in the years since he had suffered a stroke and two heart attacks while his business went bankrupt. "What happened afterwards was as devastating as what happened on the day."

But not all was dour. "I just pray the spirit that happened that day is going to start building again and we start showing love to each other," Lipscomb said. "On the day they tried to put terror in our hearts, they put strength in our hearts and we need to start building on the

strength."

# 9/11 survivor fights for families affected by terrorist attacks, advocates for social justice

wavy.com/remembering-9-11/9-11-survivor-fights-for-families-affected-by-terrorist-attacks-advocates-for-social-justice/

Basil John    September 11, 2021



Remembering 9/11
by: Basil John

Posted: Sep 10, 2021 / 09:43 PM EDT / Updated: Sep 10, 2021 / 09:44 PM EDT

WASHINGTON (Nexstar) — There are still many people who deal with negative effects from 9/11. Emanuel Lipscomb is one of those people. Lipscomb has worked on Capitol Hill to help 9/11 families alongside Senators and members of Congress.

This long, hard road that led to this moment started 20 years ago on a business trip to New York.

"We heard something that went whoosh and when we looked up and we saw the top of the first tower, the North tower, smoking and we were wondering what in the world had happened," Lipscomb said.

He continued: "And I saw the other plane come smashing through the building and we knew we were being attacked. We see a mushroom cloud at the top of the World Trade [Center] and now this whole tower is coming down on top of our heads. We saw people all over everywhere panicking," he said.

But Lipscomb says he and some others around him realized there was work to do.

"And we all just joined together and just started moving people, everywhere we could, just to get everybody out safely. So by the time the firemen and the policemen and the rescue workers got there, the streets were clear and the bulk of the people had already been evacuated," Lipscomb said.

As fire and debris rained down on the streets of lower Manhattan, Lipscomb ran into a nearby building for cover.

"And I realized that there was no air. That was the biggest issue because you couldn't breathe the stuff that was out there right then. And that's when I guess I looked, I just turned it over and said 'Lord is this how it's gonna end' and I just heard this voice inside of me saying 'Go to the river,'" Lipscomb said.

Lipscomb trusted the voice, and started moving in that direction.

"And that's where we found air, in that building. next to that river," Lipscomb said.

He and more than 100 others waited and were eventually rescued. But like the thousands of other survivors, first responders and family members of the victims of the attacks, Lipscomb lives with the physical and mental trauma of that day.

"Post traumatic stress on steroids, fueled by adrenaline and then that led to me having diabetes. I had a stroke that day, I had a stroke years later, had two heart attacks, even now my legs are bandaged up from the bottom up," Lipscomb said.

When asked if he could go back and talk to himself after what happened, he said, "everything that happened, happened for a purpose."

Now, he advocates for 9/11 families, fights against gun violence, and operates a workforce development program.

"You just gotta get up here and do what you can to just make this world a better place," Lipscomb said.

# THE RELIGION CORNER: An Eyewitness Account of September 11, 2001

washingtoninformer.com/the-religion-corner-an-eyewitness-account-of-september-11-2001/

Lyndia Grant



What a privilege to interview this man of God, Rev. Emanuel Lipscomb, for the 20th anniversary of September 11 — a day from hell we never hoped to see.

During my interview with Rev. Lipscomb, a Baptist preacher, I heard his eyewitness account of the World Trade Center events. He heard the first plane hit the North Tower and saw the second plane fly into the South Tower. Here is his story:

Rev. Lipscomb traveled to New York weekly for an important nonprofit project as they helped the downtrodden. For that week's trip, he drove to New York, picked up a contact he had dropped off earlier, which happened to be right there at ground zero, directly across the street. He actually saw the plane hit the South Tower, and before fire, police and rescue workers arrived to clear the streets and to help get folks to safety, Rev. Lipscomb joined many other citizens in aiding thousands of fleeing people. Once the fire, rescue workers and police arrived, they created a taped off safe zone across the street from the South Tower.

Afterward, Rev. Lipscomb continued in the help mode. He said he rushed inside that condo building to ask the man at the desk to call upstairs to the gentleman he dropped off earlier, asking him to hurry him downstairs. He realized the streets were becoming so crowded with people in panic mode needing assistance.

Rev. Lipscomb and the others near him helped trapped people get out of the immediate area safely. Fire workers and police arrived to help, they put up police tape to keep everyone out, when suddenly, they heard a large boom! The tower was falling. Directly underneath the building, Rev. Lipscomb said he quickly turned after hearing the boom, his friend got hit, he saw a hole in the wall, and jumped inside. Everybody around him was dead or disintegrated. Gone!

Gray ash, a black chemical storm of fire, disintegrated bodies, jet fuel, concrete and building debris filled the air with a deathly silence, instantly at ground zero. Rev. Lipscomb stayed in the hole, held his breath, gasping for air, until he felt his way, step by step, touching stairs. This was his temporary refuge. He went down to the floor underneath the stairs, to try to get some air. As people around him were choking, he thought his life would end there.

A voice told him to go to the river, which was outside to the right. He screamed to everyone to go with him to the river as God had told him, so he ran half a block west, and was blessed to find a building that did not have the chemical cloud around it, so he ran inside. It felt a little safer, since they could breathe there. In the basement of that building were 120 people.

A baby was screaming and crying, and someone said, "What do we do?" Then someone said, "Sing." They all began to sing "Twinkle, Twinkle Little Star." A working TV presented them the opportunity to see the North Tower falling, and their building began to shake.

"We thought we were gone again," Rev. Lipscomb said.

Covered in ash, like a snowman, he asked everyone to try to calm down. The attack was finally over!

Once they got outside, both buildings had fallen, and people in boats from New Jersey came to the edge of the river to help. They were saved, taken by boat into New Jersey. Rev. Lipscomb was hosed down with water and sent by ambulance to the hospital.

From his hospital, where he remained for two weeks, he could look over and see New York, burning, Treated by teams of doctors, Rev. Lipscomb had two strokes, several heart attacks, short-term memory loss. Today, he still suffers, 20 years later.

They stayed at Ground Zero, willing to sacrifice their lives for others. These were the heroes of the World Trade Center attack. Attacked directly by terrorists themselves, those who stayed to help stood together willing to fight so others could live.

Rev. Lipscomb closed by saying, "Together we Thank God for those who survived and those who stood face to face with danger in love for others. I thank God for saving my life to be a witness to one of the worst but greatest moments in our history."