# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) ECF Case |

**DECLARATION OF DAVID MORIARTY**

I, David Moriarty, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center Towers occurred. At the time of these horrific attacks, I worked as a firefighter with the Fire Department of New York (FDNY). I had been assigned to an engine company located in the Bronx.

4. After the second passenger jet, United Airlines Flight 175, struck the South Tower, my FDNY engine company went to Harlem, met with other engine companies, and we then traveled towards the World Trade Center area. Prior to my arrival in the area, the South Tower had collapsed.

5. Upon arrival at the World Trade Center area, the scene was horrific. I saw dead bodies and body parts scattered about the area, and fire, smoke, and debris were everywhere. In

the chaos at the World Trade Center, my team and I were told to report to the FDNY command post in the lobby of the North Tower.

6. As I began walking towards the North Tower, the building began to collapse. To escape the carnage and the crush of the building debris, I took refuge underneath an ambulance vehicle next to a rookie firefighter. Concrete, steel, and building debris began to rain down on the area around the ambulance. Although I tried to put on my oxygen mask, I was unable to reach it before I became engulfed in a massive cloud of black smoke, building debris and toxins. While I remained under the cover of the ambulance, I inhaled large quantities of these substances into my lungs and airways.

7. After a period of time, the debris cloud appeared to lift and I left the refuge of the underside of the ambulance. I then worked with other firefighters to search for survivors on several floors of the nearby New York Telephone Company building (which was located directly adjacent to the World Trade Center area). I also searched for 9/11 victims within the void areas of the piles of debris that remained following the collapse of the Towers. Despite my difficulty breathing and the injuries to my lungs and nasal passages, I worked to the point of exhaustion to find survivors of the attacks at Ground Zero. I sought medical attention for my multiple inhalation related injuries shortly after the attacks of 9/11.

8. As a result of these terrorist attacks, I suffered the following specific injuries on September 11, 2001: airway hyperactivity[1], eye irritation[2], chronic sinusitis[3], nasal polyps[4],

---

[1] *See*, medical records of David Moriarty (MORIARTY_000001), attached hereto as Exhibit B, at 0001.
[2] *Id.* at 0001.
[3] *Id.* at 0004-0007, and 0009.
[4] *Id.* at 0004-0005.

biapical scarring of both of my lungs[5], chronic rhinitis[6], GERD[7], asthma[8], chronic tracheitis[9], nasal deviation[10], and hearing loss.  Further, due to my injuries suffered on 9/11, I have been deemed disabled by both the New York City Fire Department and the Social Security Administration.

9. I further suffered, and continue to suffer, severe emotional distress as a result of these terrorist attacks.  I suffered and continue to suffer from anxiety and bouts of depression due to these traumatic events almost daily, triggered by certain smells, sounds and views.  I have been diagnosed with post-traumatic stress disorder, an anxiety disorder, panic attacks and depression.  The horrific events that I witnessed on 9/11 directly caused all of the above conditions, which continue to this day.

10. I sought and continue to seek medical attention on a monthly basis for my injuries caused by these terrorist attacks.  Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received for my physical and emotional injuries following the September 11, 2001 terrorist attacks.  Additionally, attached as Exhibit C to this Declaration is a true and correct copy of a letter from the World Trade Center Health Program which certified my 9/11 injuries as referenced above.

11. I previously pursued a claim through the September 11th Victim Compensation Fund (VCF Number 212-003873) specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED on this 27th day of October 2021.

Declarant David Moriarty

---

[5] *Id.* at 0008.
[6] *Id.* at 0009.
[7] *Id.* at 0009.
[8] *Id.* at 0001, and 0009.
[9] *Id.* at 0009.
[10] *Id.* at 0004-0007.

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)