# EXHIBIT P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
|  | ECF Case |
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) |
|  | ECF Case |

## DECLARATION OF ROBERT SENN

COMES NOW the declarant, Robert Senn, duly sworn upon oath, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center Towers occurred. At the time of these horrific attacks, I worked as a firefighter with the New York City Fire Department.

4. On the morning of 9/11, my firefighting unit and I responded to a call for assistance at the World Trade Center Towers. I arrived in the area of the World Trade Center before the collapse of the Towers but after both passenger jets had struck the buildings. I initially worked to rescue the injured and escaping occupants that I encountered. I then responded to the ongoing events at the North Tower.

5. As I made my way to the North Tower to rescues additional victims, I witnessed the horror of people jumping from the upper floors of the South Tower. Bodies landed around me

on the sidewalk, and some bodies even landed on our fire trucks. I will never forget being splashed with blood and the body parts of one of the victims who landed near me during this time frame. Those images haunt me to this day.

6. As the South Tower then collapsed, I had entered the lobby area of the North Tower. As I spoke with Chaplain Mychal Judge, the windows and doors of the North Tower lobby exploded inward due to the force of the collapse of the South Tower. As a result of the blast, I was thrown approximately fifty feet through the air and into a solid wall. Due to the force of the impact with the wall, I was knocked unconscious and I became buried under a pile of building debris behind the main command desk within the North Tower lobby.

7. Over the next several minutes I went in and out of consciousness. Due to the heavy cloud of thick dust and smoke that filled the North Tower lobby, I was unable to see. I then began to vomit as I had inhaled large quantities of building dust, smoke, and chemicals into my lungs and airways, and my eyes burned from my exposure to these substances. I also suffered injuries to my right hand and my right shoulder during these events.

8. I later regained consciousness and managed, despite my injuries, to dig and crawl out from under the pile of building debris. I crawled to a staircase and I found others, some of whom were alive and some of whom were dead. One of the deceased victims I encountered in the North Tower lobby area was Chaplain Mychal Judge, who later became the first certified casualty of the attacks of 9/11.

9. I made my way up the stairs from the North Tower lobby and onto a walkway where I was able to exit the building onto Vessey and West Streets. The situation I then encountered on the street could only be compared to a war zone. I saw people running in all directions, and the area was filled with smoke and building debris. I managed to borrow a cell phone from a civilian,

and I called my wife. I told my wife that I loved her and that I was unsure if I would ever make it to the safety of our home.

10. Shortly after hanging up the phone with my wife, the North Tower collapsed. The force of the collapse of the building blew me off of my feet and I again became buried under a pile of building debris. I was able to climb out from under the debris pile and I crawled several blocks despite being surrounded by a thick cloud of dust and building debris. Someone then found me on the sidewalk and pulled me into a building.

11. After a short period of time, I left the safety of the building and I made my way back to the area that later became known as Ground Zero as I wanted to try and rescue more victims. However, due to my significant injuries, other firefighters ordered me to leave the area to receive treatment. EMS personnel then transported me to a local hospital where I received initial treatment for my injuries.

12. As a result of these terrorist attacks, I suffered the following specific injuries on September 11, 2001: a right hand fracture[1]; a right shoulder injury which required surgery to repair[2]; an injury to the cornea of my right eye; serious debris inhalation injuries, including reactive airway disease[3]; chronic rhinitis and chronic sinusitis that required two surgeries to repair[4]; chronic obstructive lung disease[5]; and gastroesophageal reflux disease[6].

13. I further suffered, and continue to suffer, severe emotional distress as a result of these terrorist attacks. I suffered and continue to suffer from anxiety and bouts of depression due to these traumatic events almost daily, triggered by certain smells, sounds and views. I have been

---

[1] *See*, Medical Records of Robert Senn (SENN_MEDS_000001), attached hereto as Exhibit B, at 0001-0003.
[2] *Id*. at 0001-0003, 0006, 0009, 0012, 0015, and 0025-0032.
[3] *Id*. at 0001-0002 and 0030.
[4] *Id.* at 0001-0003, 0005-0024, and 0033.
[5] *Id.* at 0033.
[6] *Id.* at 0001, 0005, 0014, and 0019.

diagnosed with a major depressive disorder with recurrence, post-traumatic stress disorder, an anxiety disorder, and a panic disorder[7]. The horrific events that I witnessed on 9/11 directly caused all of the above conditions, which continue to this day. I was also forced to retire from the Fire Department of New York in 2006 due to my post-traumatic stress disorder.

14. I sought and continue to seek medical attention on a monthly basis for my injuries caused by these terrorist attacks. Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received for my physical and emotional injuries following the September 11, 2001 terrorist attacks.

15. I previously pursued a claim (Claim Number VCF0088132) through the September 11th Victim Compensation Fund specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 9th day of January 2020.

_____
Name of Affiant    Robert Senn

---

[7] *Id*. at 0001-0004.

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)