**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— )
IN RE:                                                          )          **Civil Action No. 03 MDL 1570 (GBD) (SN)**
TERRORIST ATTACKS ON                           )          **ECF Case**
SEPTEMBER 11, 2001                                 )
———————————————————— )

This document relates to all actions.

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
### OF CAROLINE A. SCHECHINGER *PRO HAC VICE*

I, Caroline A. Schechinger, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Defendant Kingdom of Saudi Arabia.

I, Caroline A. Schechinger, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. Accompanying this affidavit is a certificate from the District of Columbia, issued within the past thirty days, stating that I am a member in good standing of the bar in its jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 9, 2022

District of Columbia
Signed and sworn to (or affirmed) before me
on ___5/9/22___ by _Caroline A. Schechinger_
    Date       Name(s) of Individual(s) making Statement

_____
Signature of Notarial Officer

_____
Title of Office

My commission expires: ___11/30/2025___

Respectfully submitted,

_/s/  Caroline A. Schechinger_____

Caroline A. Schechinger
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7906
Facsimile: (202) 326-7999
cschechinger@kellogghansen.com