**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

IN RE:                                                     )

TERRORIST ATTACKS ON                      )

SEPTEMBER 11, 2001                            )

_____ )

)

)

**Civil Action No. 03 MDL 1570 (GBD) (SN)**

**ECF Case**

This document relates to all actions.

## <u>MOTION TO ADMIT COUNSEL *PRO HAC VICE*</u>

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, I, David F. Shea, hereby move this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for Defendant The Kingdom of Saudi

Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bar of the State of Maryland and there are no

pending disciplinary proceedings against me in any state or federal court.  I have never been

censured, suspended, disbarred or denied admission or readmission by any court.  Attached hereto is

an affidavit in compliance with Local Rule 1.3.

Dated: May 9, 2022                                    Respectfully submitted,

_/s/ David F. Shea_____

David F. Shea*

KELLOGG, HANSEN, TODD,

   FIGEL & FREDERICK, P.L.L.C.

1615 M Street, N.W., Suite 400

Washington, D.C. 20036

Telephone: (202) 326-7957

Facsimile: (202) 326-7999

dshea@kelloghansen.com

*Not admitted in the District of
Columbia. Practice supervised by
members of the firm.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022 I caused an electronic copy of the foregoing

Motion For Admission Of David F. Shea *Pro Hac Vice* to be served electronically by the

Court's Electronic Case Filing (ECF) System.  I caused the foregoing to be filed on the MDL

docket.

 Dated: May 9, 2022                              Respectfully submitted,


                                                  */s/ David F. Shea*
                                                 David F. Shea