UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to all actions.

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF DAVID F. SHEA *PRO HAC VICE*

I, David F. Shea, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Defendant Kingdom of Saudi Arabia.

I, David F. Shea, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. Accompanying this affidavit is a certificate from the State of Maryland, issued within the past thirty days, stating that I am a member in good standing of the bar in its jurisdictions.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 9, 2022



District of Columbia
Signed and sworn to (or affirmed) before me
on 5/9/22 by David F. Shea
My commission expires: 11/30/2025

Respectfully submitted,

/s/ David F. Shea

David F. Shea*
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7957
Facsimile: (202) 326-7999
dshea@kellogghansen.com

* Not admitted in the District of Columbia. Practice supervised by members of the firm.