UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: | ) | Civil Action No. 03 MDL 1570 (GBD) (SN) |
| TERRORIST ATTACKS ON | ) | ECF Case |
| SEPTEMBER 11, 2001 | ) |  |

This document relates to all actions.

## [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

The motion of David F. Shea for admission to practice *pro hac vice* in the above-captioned litigation and individual cases is granted.

David F. Shea has declared that he is a member in good standing of the bar of the State of Maryland; and that his contact information is as follows:

> David F. Shea
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Telephone: (202) 326-7957 / Facsimile: (202) 326-7999
> dshea@kellogghansen.com

David F. Shea having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases;

**IT IS HEREBY ORDERED** that David F. Shea is admitted to practice *pro hac vice* in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                                    SARAH NETBURN
                                                                    UNITED STATES MAGISTRATE JUDGE