UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>Plaintiffs,<br><br>- against -<br><br>THE TALIBAN *et al.*,<br><br>Defendant. | No. 20 Misc. 740 (KPF) (SN) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03 MD 1570 (GBDN) (SN) |
| FIONA HAVLISH *et al.*,<br><br>Plaintiffs,<br><br>- against -<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN *et al.*,<br>          Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR NON-PARTY TERRY KAY ROCKEFELLER

Pursuant to Rule 1.4 of the Southern District of New York, counsel of record, Jacob M. Kaplan (hereinafter "Counsel") respectfully requests this Court allow him to withdraw from the representation of non-party, Terry Kay Rockefeller. In support of this motion, Counsel states the following:

1. On April 27, 2022, this Court denied Terry Kay Rockefeller's motion for leave to file a brief as *amicus curiae*.

2. As a non-party, Terry Kay Rockefeller is no longer in need of Counsel's

1

representation in this matter.

3. Counsel is not asserting a retaining or charging lien.

For the foregoing reasons, Counsel respectfully requests the Court to grant this motion to withdraw as counsel for non-party Terry Kay Rockefeller.

                                          Respectfully submitted,

                                       /s/Jacob M. Kaplan
                                       Jacob M. Kaplan
                                       Baker & McKenzie LLP
                                       452 Fifth Avenue
                                       New York, N.Y. 10018
                                       Phone: 212-891-3896
                                       Jacob.Kaplan@bakermckenzie.com

Dated: May 10, 2022                    *Attorney for Terry Kay Rockefeller*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of May, 2022 a copy of the foregoing Motion for Leave to Withdraw as Counsel was served upon Terry Kay Rockefeller via email at terrykayrockefeller@gmail.com.

I certify that on the 10th day of May, 2022 a copy of the foregoing Motion for Leave to Withdraw as Counsel was filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record who are registered with the CM/ECF in the above captioned matters.

    /s/Jacob M. Kaplan  
Jacob M. Kaplan  
Baker & McKenzie LLP  
452 Fifth Avenue  
New York, N.Y. 10018  
Phone: 212-891-3896  
Jacob.Kaplan@bakermckenzie.com