```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received no submissions suggesting that the document received from the Republic of Turkey currently filed under seal at ECF No. 7969 should remain sealed. The Clerk of the Court is therefore respectfully directed to unseal the order and appended document at ECF No. 7969.

**SO ORDERED.**

Dated: May 11, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge