# Exhibit B

| | |
|---|---|
| **From:** | Kabat, Alan |
| **To:** | Kellogg, Michael K.; Rapawy, Gregory G.; Shen, Andrew C.; Bernabei, Lynne; Eric Nitz; Kry, Robert; Cottreau, Steven T.; Pritsker, Gabrielle E.; Snyder, Eric J.; Eric.Lewis@LBKMLAW.com; Aisha.Bembry@LBKMLAW.com; Waleed.Nassar@lbkmlaw.com; Sumayya Khatib (Sumayya.Khatib@LBKMLAW.com); Omar Mohammedi ; Frederick Goetz; Amy Rothstein; Peter Salerno; Jill L. Mandell, Esq.; George Salem; Joshua Morrison, Esq.; Bosch, Abigael C. |
| **Cc:** | Nicole Erb; mleddicotte@whitecase.com; Curran, Christopher; rsequeira@whitecase.com |
| **Subject:** | [EXTERNAL] MDL-1570, London MPS (Omar Bayoumi) documents |
| **Date:** | Wednesday, April 27, 2022 10:54:47 AM |

Counsel,

The plaintiffs' recent filings stated that the London Metropolitan Police Service (MPS) documents relating to Omar Bayoumi had been made available to the parties:

> Plaintiffs' counsel already shared the entire collection of MPS Material with the other parties to this MDL, on April 1, 2022. *See* ECF No. 7832, Simpson Decl. at ¶ 13.

Since I had not seen any such invitation, I asked Megan Benett (Kreindler & Kreindler), and she advised that the MPS documents are now on a publicly available website:

https://911documentarchive.com/

There is a search engine, so you can check to see if there are references to your client(s).  But, I do not know how the documents were indexed, as some are videos or photographs.

--Alan
Alan R. Kabat
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C.  20036-2223
tel. (202) 745-1942 (ext. 242)
fax (202) 745-2627
email:  Kabat@BernabeiPLLC.com

 The information contained in this e-mail message is intended for the personal and confidential use of the designated recipient(s) named in the address box.  This message may be attorney-client communication, and as such, is privileged and confidential.  Do NOT forward this message to any third party.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this message in error, please notify us immediately by telephone; delete this message from all your files, and return any printouts you may have made to us by regular mail.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.