## EXHIBIT A-1

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | ECF # OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF # ADDING PLAINTIFF TO ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Kevin | P. | Connors | | Davina | | Aryeh | | Step-Child | $ 8,500,000.00 | n/a | 467 |
| 2 | Kevin | P. | Connors | | Karim | | Aryeh | | Step-Child | $ 8,500,000.00 | n/a | 432 |
| 3 | Brian | T. | Cummins | | Troy | Michael | Barrett | | Step-Child | $ 8,500,000.00 | n/a | 467 |
| 4 | Joseph | W. | Flounders | | Christian | Crane | Croner | | Step-Child | $ 8,500,000.00 | n/a | 482 |
| 5 | James | Michael | Gray | | Doreen | Julia | Gray | | Step-Parent | $ 8,500,000.00 | n/a | 433 |
| 6 | Robert | D. | Cirri | Sr. | Bianca | Isabel | Jerez | | Step-Child | $ 8,500,000.00 | n/a | 238 |
| 7 | CeeCee | Louise | Lyles | | Jordan | Anthony | Lyles | | Step-Child | $ 8,500,000.00 | n/a | 251 |
| 8 | CeeCee | Louise | Lyles | | Justin | Andrew | Lyles | | Step-Child | $ 8,500,000.00 | n/a | 251 |
| 9 | Richard | J. | Stadelberger | | Bryant | Taylor | Mitchell | | Step-Child | $ 8,500,000.00 | n/a | 435 |
| 10 | Kevin | M. | Prior | | Doreen | Patricia | Noone Wheeler | | Fiancée | $ 12,500,000.00 | n/a | 468 |
| 11 | Kevin | P. | Connors | | Daniella | | Peters-Nylen | | Step-Child | $ 8,500,000.00 | n/a | 432 |
| 12 | Angela | Marie | Houtz | | Joseph | Noel | Shontere | | Step-Parent | $ 8,500,000.00 | n/a | 482 |
| 13 | Frank | J. | Koestner | | Michelle | Ann | Stabile | | Fiancée | $ 12,500,000.00 | n/a | 482 |
| 14 | Angela | Marie | Houtz | | Tina | Marie | Wasielewski | | Step-Sibling | $ 4,250,000.00 | n/a | 482 |