UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF DAVINA ARYEH

I, DAVINA ARYEH, hereby declare under penalty of perjury:

1. I am 39 years old and reside in Key Biscayne, Florida.

2. I am the stepdaughter of Kevin P. Connors who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. He worked on the 82nd floor of the World Trade Center as a senior vice president for Euro Brokers Inc.

3. At the time of his death on September 11, 2001, I was 20 years old and had been residing in the same home with Kevin P. Connors since I was about 11 years old. My mother married him in 1993.

4. My biological parents divorced and separated when I was 2 years old. My biological father has lived abroad most of my life. My mother remarried and created a family with Kevin P. Connors where my siblings, stepsiblings and I grew up together.

5. Kevin P. Connors was my father-figure and took a large role in my life as an adolescent.

6. When my mother and Kevin P. Connors married, both had children from another marriage. Kevin P. Connors never treated my sister or brother any differently than my stepsiblings. He raised all of us as if we were all his biological children.

7. Kevin P. Connors supported me both financially and morally. He paid for my extracurricular activities as well as every day needs. He claimed me as a dependent on his taxes and covered me with his health insurance.

8. Kevin P. Connors also bought our family home where we lived with him until the time of his death on September 11, 2001.

9. Kevin P. Connors was the breadwinner of our family. Aside from providing all our basic needs, he would go above and beyond for our family vacations. He would have my sister, brother, and me along with my stepsiblings all together for our trips. Just two weeks before his death, we all took a vacation to Maine for ten days. To this day, it is a memory I treasure because it happened so close to his untimely death.

10. Every night the entire family would sit together for dinner and discuss our days and what was going on in our lives.

11. Although I was in college for the last few years of his life, I never missed a holiday and visited some weekends. I would speak to him almost every day.

12. Kevin P. Connors instilled many values in me: the importance of family, my sense of worth, as well as my work ethic and American pride.

13. Kevin P. Connors would always remind us about the importance of family, and he always took time to spend with us on vacations and weekends. Family vacations were always important to him because it was a time we were all together to make memories and bond. One year, when I wanted to invite a boyfriend on a family RV trip, he told me no and explained this was a time for us all to connect while disconnected from our day-to-day lives.

14. Kevin P. Connors instilled in me my sense of worth as well. He always told me that I could do anything my brothers could if I set my mind to it. Kevin was always encouraging

me to pursue higher education and to push myself intellectually. He also always told me to respect myself and to never underestimate what I could accomplish.

15. Kevin P. Connors taught me how to ride a mountain bike, how to drive, how to rock climb, and how to sail. We would go on bike rides almost every weekend, and we would go rockclimbing in Chelsea Piers. Kevin, my siblings, and I would all play basketball every Saturday after he would barbecue for us.

16. He did everything with me that a father would do. He came to all my sporting events to cheer me on, met my boyfriends, dropped me off at college, and assisted me in getting internships and jobs.

17. Kevin P. Connors also always encouraged me to learn about my heritage, as my mother is Latina and my biological father is French. He wanted me to understand where I came from and those traditions, as well as teaching me about American history and values.

18. When I was working in New York City for my internships, Kevin and I would commute into work and get lunch together some days. It was a time he and I would have to ourselves to talk about our lives one-on-one.

19. Until the day he died on September 11, 2001, Kevin P. Connors provided me with moral guidance.

20. I always knew I could talk to Kevin about anything going on in my life. He was my daily emotional support. He was there no matter what.

21. From the time he moved in with my mother and my siblings when I was 11 years old, until the day he died on September 11, 2001, Kevin P. Connors assumed all the responsibilities of a father to me.

22. Since the day Kevin P. Connors died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 07/05/2020

*Davina Aryeh*
Davina Aryeh