UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF KARIM ARYEH**

I, KARIM ARYEH, hereby declare under penalty of perjury:

1. I am 40 years old and reside in Miami, Florida.

2. I am the stepson of Kevin P. Connors who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. He worked on the 84th floor of the World Trade Center as a senior vice president for Euro Brokers Inc.

3. At the time of his death on September 11, 2001, I was 22 years old and had been residing in the same home with Kevin P. Connors since I was about 13 years old. I met Kevin P. Connors when I was 11 years old. My mother married him in 1993.

4. My biological parents divorced and separated when I was 4 years old. My biological father has lived abroad most of my life. My mother remarried and created a family with Kevin P. Connors where my siblings, stepsiblings and I grew up together.

5. Kevin P. Connors was my father-figure and took a large role in my life as an adolescent.

6. When my mother and Kevin P. Connors married, both had children from another marriage. Kevin P. Connors never treated my sisters and me any differently than my stepsiblings. He raised all of us as if we were all his biological children.

7. Kevin P. Connors supported me both financially and morally. He paid for my extracurricular activities as well as every day needs.

8. Kevin P. Connors also bought our family home where we lived with him until the time of his death on September 11, 2001.

9. Kevin P. Connors was the breadwinner of our family. Aside from providing all our basic needs, he would go above and beyond for our family vacations. He would have my sisters and me along with my stepsiblings all together for our trips. Just two weeks before his death, we all took a vacation to Maine for ten days. To this day, I still have the pictures from this wonderful trip and it is a memory I treasure because it happened so closely to his untimely death.

10. Every night the entire family would sit together for dinner and discuss our days and what was going on in our lives.

11. Although I was in college for the last few years of his life, I came home most weekends as it was only a 2-hour drive, and I never missed a holiday. I would speak to him almost every day.

12. Kevin P. Connors and I would always play basketball, his favorite sport. Because I was the oldest, he and I would help lead the others in a game almost every night. He and I also loved books, and he was always recommending new books and authors to me.

13. Kevin P. Connors also taught me how to drive when it came time for me to get my license.

14. I was incredibly close with Kevin P. Connors, not only because of our mutual love of sports and books, but also because of our interest in finance. He taught me everything I know about finance and got me my first internship. I would visit him at his office in the World

Trade Center. It was a special bond we shared, and to this day, I work in finance, following in his footsteps.

15. Kevin P. Connor was not only a father, but also a friend, mentor, and role model for me.

16. Until the day he died on September 11, 2001, Kevin P. Connors provided me with moral guidance.

17. From the time he moved in with my mother and my siblings when I was 13 years old, until the day he died on September 11, 2001, Kevin P. Connors assumed all the responsibilities of a father to me.

18. Since the day Kevin P. Connors died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 6/4/2020

Karim Aryeh