UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al, v. The Islamic Republic of Iran, et al.:* No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF TROY M. BARRETT**

I, TROY M. BARRETT, hereby declare under penalty of perjury as follows:

1. I am 35 years old and reside in Los Angeles, California.

2. I am the son of Deborah L. Barrett, fiance of Brian T. Cummins who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York where he worked on the 104th floor of the North Tower as an equity market maker and partner with Cantor Fitzgerald.

3. At the time of his death on September 11, 2001, I was 15 years old and had been living with Brian and my mother for approximately three years. Brian proposed to my mother on December 25, 2000 and they were to be married in the Tower Hill Catholic Church in Red Bank, New Jersey.

4. I have never met my biological father and he has played no role whatsoever in my life. He provided no financial support for me whatsoever.

5. Brian Cummins was the father figure in my life since he and my mother began living together sometime in 1999, when I was approximately 13 years old. He assumed all the responsibilities of a father in raising me.

6. Brian Cummins provided me with financial support; he kept me fed, clothed, sheltered and safe. I was his dependent and he provided me with health insurance.

7.  Brian Cummins not only emphasized to me the importance of working hard and taking care of family, he set the example for me by doing those very things every day.

8.  I was an adolescent when Brian Cummins came into my life and he helped guide me through that awkward time in my life. He provided advice on manhood that I could never discuss with my mother. Brian made me feel better about the emotions I was experiencing then by assuring me it was normal to feel the way I did, and that he too had experienced the same emotions and feelings when he was my age.

9.  Brian taught me how to surf and had been teaching me to drive in anticipation of obtaining my driver's license when he was killed on September 11, 2001.

10. Since his death on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 3/29/2021

Troy M. Barrett