UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF DAWN M. CURRY

I, DAWN M. CURRY, hereby declare under penalty of perjury:

1. I am 54 years old and reside in Riverview, Florida.

2. I am the stepdaughter of Stephen F. Masi who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. He worked for Cantor Fitzgerald.

3. At the time of his death on September 11, 2001, I was 34 years old. Stephen F. Masi started living with my mom, sister, and me when I was about 2 years old. Stephen and my mom married when I was a senior in high school.

4. My biological father did not offer the support, financially or morally. He saw me once when I was 6 weeks old. I have never known him or had any relationship with him.

5. Stephen F. Masi was my father-figure and took a large role in my life as a child and as an adult.

6. When my mother and Stephen F. Masi started dating, my mother had my sister and me. Stephen F. Masi never treated my sister or me as anything but his own children. He raised us as if we were his biological children.

7. Stephen F. Masi supported me both financially and morally. He paid for my extracurricular activities as well as every day needs. He was the breadwinner of our family, and he always worked so hard to make sure we had whatever we needed.

8. I lived with Stephen F. Masi and my mother until I was 20 years old. I moved out because I had my first child, but my family and I moved back in with them for a period of time later on as well. Stephen was always there to support me, both emotionally and financially when I needed it.

9. Every Friday night the entire family had a tradition of sitting together for dinner and discuss our days and what was going on in our lives. It was a time for us to focus on each other, as well as when we went on family vacations together.

10. Stephen F. Masi would go to my parent-teacher conferences, my gymnastic events, and my chorus concerts. He was always supportive of any venture I took on.

11. Stephen F. Masi taught me how to ride a bike, swim, and drive. He taught me to swim at South Hampton beach on the weekends. When I started driving, he insisted I drive his Buick whenever I needed it because he said it would keep me safe.

12. I always called Stephen F. Masi "Dad." He was the only father I have ever known.

13. Not only was Stephen F. Masi an incredible father, he was also a wonderful grandfather to my three sons. He never treated them as though they were not his blood. He was always so involved with them—playing on the floor, having them stay for weekends all the time. Stephen F. Masi was an active and involved father and grandfather.

14. Until the day he died on September 11, 2001, Stephen F. Masi provided me with moral guidance.

15. From the time he moved in with my mother and my sister when I was 2 years old, until the day he died on September 11, 2001, Stephen F. Masi assumed all the responsibilities of a father to me.

16.     Since the day Stephen F. Masi died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 4/26/2021

Dawn M. Curry