UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF DOREEN GRAY

I, DOREEN GRAY, hereby declare under penalty of perjury:

1. I am 70 years old and reside in Melbourne, Florida.

2. I am the stepmother of James Gray who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. He was a firefighter for the FDNY, Ladder 20.

3. At the time of his death on September 11, 2001, I was 52 years old and resided in the same home with James Gray for 10 years. I married his father in 1981, and he lived with us until he married in 1991.

4. His biological mother did not offer the support, financially or morally. His mother abandoned him and his siblings in 1978, when he was 12 years old.

5. I was James' mother figure from when he was 14 years old up until his death. I treated him as if he was my own biological child.

6. I, along with my husband, supported James Gray both financially and morally. We paid for extracurricular activities as well as every day needs. Even after he was married, my husband and I continued to offer him financial support whenever it was needed.

7. When James was younger, he played football. I would be at almost every game to cheer him on, and I made sure he was able to attend football camps as often as possible because of his love of the sport.

8. James Gray and I, along with the rest of our family, participated in a variety of activities and traditions most families have. We would always host holidays, and James would always help me in preparing for the celebrations.

9. When James received his driver's license, I helped purchase the car he drove and had him covered on the car insurance.

10. Growing up and up until the time of his death, James always referred to me as Mama.

11. Due to his mother leaving him, James suffered emotionally. I always told him I was there to listen and as a shoulder to cry on. He would always come to me if he needed a listening ear during a tough time.

12. James moved out in 1991 after he got married. He lived only 5 minutes from us and would always come visit, even if it was just for a few minutes.

13. When James got married, he wanted my help planning the wedding. I helped him pick out what he would where and gave advice to him and his wife whenever they needed it.

14. James and I always danced to the song "The Summer Wind." It was our song, and I cherish every memory I have of us dancing together.

15. From the time James was 14 years old to the time of his death, he and I always enjoyed going to Disney and Universal together. Whenever we went to the parks, we would go on all of the rides together and enjoy each other's company. He visited me in Florida just a few months before his death, and it is a memory I will always treasure.

16. Until the day he died on September 11, 2001, I always provided James with moral guidance. I always considered, and still consider, James my son.

17. Since the day James Gray died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: June 9, 2020

Doreen Gray