UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

*This document relates to:*

    *Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF BIANCA ISABEL JEREZ

I, BIANCA ISABEL JEREZ, hereby declare under penalty of perjury:

    1.    I am 34 years old and reside in Robbinsville, New Jersey.

    2.    I am the stepdaughter of Robert D. Cirri, Sr. who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. He was a lieutenant with the Port Authority of New York and New Jersey, and he died with four other officers as they attempted to carry a woman to safety when the North Tower collapsed.

    3.    At the time of his death on September 11, 2001, I was 15 years old and had been residing in the same home with Robert D. Cirri, Sr. since I was about 7 years old. My mother married him in 1999.

    4.    My biological father did not offer the support, financially or morally. He and my mother separated when I was 3 years old.

    5.    Robert D. Cirri, Sr. was my father-figure and took a large role in my life as an adolescent.

    6.    When my mother and Robert D. Cirri, Sr. married, both had children from another marriage. Robert D. Cirri, Sr., never treated my sisters and me any differently than my stepsiblings. He raised all of us as if we were all his biological children.

7. Robert D. Cirri, Sr. support me both financially and morally. He paid for my extracurricular activities as well as every day needs.

8. Robert D. Cirri, Sr. also bought our family home where we lived with him until the time of his death on September 11, 2001.

9. Robert D. Cirri, Sr. was the breadwinner of our family. We were not able to afford vacations, but one year he surprised us. In early 2001, he took us to Disney World. He always wanted the best for my sisters and me, and our vacation to Disney World is a memory I treasure because it happened so closely to his untimely death.

10. Because his work hours matched with the hours I attended school, he was very involved in my daily life. My mother was an ER nurse, so it was common for her not to be home before and after school. Robert D. Cirri, Sr. was always there.

11. Robert D. Cirri, Sr. attended student-teacher conferences. He would get my sisters and I ready for school, bring us to extracurricular activities, and cook for us almost every night. He would drive me to my Scottish dance and flute lessons, as well as attend all the recitals.

12. Robert D. Cirri, Sr. and I would always watch wrestling, his favorite sport, together on the couch. I also always enjoyed running errands with him. It was time we would have to ourselves and catch up about what was happening in our lives.

13. I was incredibly close with Robert D. Cirri, Sr. because he was the parental figure who was always at home with my sisters and me.

14. As a teen, I experience my first period. He was home, and I immediately went to him without hesitation. He helped me understand what was going on and made sure I had everything I needed. Robert D. Cirri, Sr. was always there for me.

15. When I was sick, I would always go to him instead of my mother. He would make sure I took medicine, cook for me, and care for me until I felt better.

16. Until the day he died on September 11, 2001, Robert D. Cirri, Sr. provided me with moral guidance.

17. From the time he moved in with my mother and my siblings when I was 7 years old, until the day he died on September 11, 2001, Robert D. Cirri, Sr. assumed all the responsibilities of a father to me.

18. Since the day Robert D. Cirri, Sr. died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: June 4, 2020

_Bianca D. Jerez_
Bianca Isabel Jerez