UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran,* No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF JORDAN A. LYLES

I, JORDAN A. LYLES, hereby declare under penalty of perjury:

1. I am 28 years old and reside in Apollo Beach, Florida.

2. I am the stepson of CeeCee L. Lyles who was killed on September 11, 2001 when terrorists hijacked United Airlines Flight 93 and crashed the jetliner into a field in Somerset County, Pennsylvania. CeeCee was a Flight Attendant on that flight.

3. At the time of her death on September 11, 2001, I was 9 years old and had been residing in the same home with CeeCee Lyles since I was approximately 7 years old.

4. My biological father and mother were divorced in 1993. Pursuant to the terms of their divorce, my father was awarded primary custody of my brother, Justin, and I. Following the divorce, my biological mother moved from Florida, where our family was living, to Indiana and completely absented herself from my life. Although required to do so by the terms of their divorce, my biological mother never paid child support to my father and he never sought to enforce her financial obligation. My biological mother contributed no financial, moral, emotional or spiritual support to me; she played no role in my upbringing.

5. CeeCee Lyles came into my life sometime in 1998, when she and my father, who both worked for the Fort Pierce, Florida Police Department, began dating each other. Like my father, CeeCee had two children from a previous marriage and our two families began interacting together as a group as their relationship blossomed.

6. In April, 2000, when I was 8 years old, my father, brother and I, along with CeeCee and her two biological children, began living together as a family in the same household. CeeCee Lyles and my father were married on May 1, 2000.

7. Since she first came into our lives, CeeCee Lyles treated my brother and me as if we were her own biological children.

8. CeeCee Lyles was the only woman who ever did things for me. I will always remember how she always made my birthday a special, all-day, event. In addition to finding the perfect gift for me, she made my favorite meal. My first birthday after she was killed on 9/11 was especially hard for me when I recalled the efforts she made to make that day special for me.

9. CeeCee Lyles was the mother figure in my life. Like she was for the other three children in our home, see disciplined me, comforted me, fed me and protected me. She was there every day to provide whatever guidance and physical needs I had. CeeCee was my mother in every sense of the word. Through her words and acts she make me know – as I do to this day – that I was loved by her and that I could rely on her for whatever I needed.

10. Since the day she was killed on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 2-11-21

Jordan A. Lyles
Jordan A. Lyles