## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

*This document relates to:*

   *Burnett, et al. v. Islamic Republic of Iran,* No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF JUSTIN A. LYLES

I, JUSTIN A. LYLES, hereby declare under penalty of perjury:

   1.   I am 30 years old and reside in Atlanta, Georgia.

   2.   I am the stepson of CeeCee L. Lyles who was killed on September 11, 2001 when terrorists  hijacked United Airlines Flight 93 and crashed the jetliner into a field in Somerset County, Pennsylvania. CeeCee was a Flight Attendant on that flight.

   3.   At the time of her death on September 11, 2001, I was 11 years old and had been residing in the same home with CeeCee Lyles since I was approximately 9 years old.

   4.   My biological father and mother were divorced in 1993. Pursuant to the terms of their divorce, my father was awarded primary custody of my brother, Jordan, and I. Following the divorce, my biological mother moved from Florida, where our family was living, to Indiana and completely absented herself from my life. Although required to do so by the terms of their divorce, my biological mother never paid child support to my father who never sought to enforce her financial obligation. My biological mother contributed no financial, moral, emotional or spiritual guidance to me; she played no role in my upbringing.

   5.   CeeCee Lyles came into my life in approximately 1998, when she and my father, who both worked for the Fort Pierce, Florida Police Department, began dating each other. Like my father, CeeCee had two children from a previous marriage and our two families began interacting together as a group as their relationship blossomed.

   6.   In April, 2000, when I was 9 years old, my father, my brother and I, along with CeeCee and her two biological children, began living as a family in the same household. CeeCee Lyles and my father married on May 1, 2000.

   7.    Since she first came into our lives, CeeCee Lyles treated my brother and me as if

we were her own biological children. One memory of her I cherish to this day concerned her older son who I felt picked on me for no reason once we began living in the same household. CeeCee perceived what was happening and made clear to her biological son that he was bullying me and that she would not tolerate that from any of her children. She told us all we were brothers now and we had to look out for and protect each other, as brothers do.

8.      CeeCee Lyles was the mother figure in my life. She was there every day to make sure I was bathed, that I was fed, that I felt safe; she helped me with my homework, made sure I was ready for school in the mornings, and always asked how my day was. CeeCee was a mother to me; through her words and acts she made me know - as I do to this day - that I was loved by her and that I could rely on her for whatever I needed.

9.      Since the day she was killed on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 2-8-21

Justin A. Lyles