UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

*This document relates to:*

*Burnett, et al. v. Islamic Republic of Iran*, No. 15-cv-9903 (GBD)(SN)

### DECLARATION OF BRYANT MITCHELL

I, BRYANT MITCHELL, hereby declare under penalty of perjury:

1. I am 50 years old and reside in Parlin, New Jersey.

2. I am the stepson of Richard Stadelberger who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. He was a broker and vice president of Fiduciary Trust International on the 96th floor of the South Tower.

3. At the time of his death on September 11, 2001, I was 31 years old and had been residing in the same home with Richard Stadelberger since I was about 12 years old. My mother married him in 1982.

4. My biological father left my mother and me when I was just 4 months old. I never had any contact with him.

5. Richard Stadelberger was my father-figure and took a large role in my life as an adolescent and as an adult.

6. Richard Stadelberger supported me both financially and morally. He paid for my extracurricular activities as well as every day needs. Richard Stadelberger paid for my education at a Catholic school. He claimed me as a dependent on his taxes and covered me with his health insurance.

7. Richard Stadelberger, my mother, and I discussed Richard legally adopting me. At that time, I was about to leave for college. We decided against it, as we already had a strong relationship and did not see the need.

8. Richard Stadelberger and my mother had my younger brother when I was about 16 years old. Richard never treated me any differently from my brother. He raised me as if I was his biological son.

9. Every night we would sit together for dinner and discuss our days and what was going on in our lives.

10. In high school, Richard Stadelberger would come watch my cross-country and track meets to cheer me on in my races.

11. Even when I was in college, I never missed a holiday and would come home some weekends. Richard and my mother would also come visit me at school as I was only a few hours away. I would speak to him almost every day. After college graduation, I lived only about 20 minutes from Richard Stadelberger and my mother and would stop by often.

12. Richard Stadelberger and I would always watch the Mets games together, no matter how badly the team was doing that season.

13. Richard Stadelberger and I also enjoyed going on runs together, and Richard would ride on my motorcycle with me when I purchased one after college.

14. Richard Stadelberger was the president of my younger brother's little league. He convinced me to become an umpire for the games, and it would just another way we would spend time together and bond over our love of baseball.

15. He did everything with me that a father would do. He came to all my sporting events to cheer me on, dropped me off at college, taught me to drive, and gave me advice when I started my own company.

16. Until the day he died on September 11, 2001, Richard Stadelberger provided me with moral guidance.

17. I always knew I could talk to Richard Stadelberger about anything going on in my life. He was my daily emotional support. He was there no matter what.

18. From the time he moved in with my mother and me when I was 12 years old, until the day he died on September 11, 2001, Richard Stadelberger assumed all the responsibilities of a father to me.

19. Since the day Richard Stadelberger died on September 11, 2001, there has been a void in my life that will never be filled.

I declare under penalty of perjury the foregoing is true and correct.

Date: 6-5-20

Bryant Mitchell