UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| --- | --- |

*This document relates to:*

*Burnett, et al, v. The Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF DOREEN NOONE WHEELER

I, DOREEN NOONE WHEELER, hereby declare under penalty of perjury as follows:

1.      I am 48 years old and reside in Manorville, New York.

2.      I was the fiancé of Kevin M. Prior who was killed in the September 11, 2001 terrorist attacks on the World Trade Center in New York. Kevin was a firefighter with the Fire Department of New York and died when the North Tower collapsed as he was ascending the stairway in response to a mayday call.

3.      At the time of his death on September 11, 2001, I was 29 years old and had been engaged to Kevin for four months. Kevin and I first met each other sometime in 1996 and began dating each other exclusively approximately one year after that in 1997.

4.      As our relationship developed, Kevin and I also developed close relationships with each other parents and other immediate family members. We enjoyed travelling together and often vacationed with one family or the other as a family group. Holidays were always spent with one family or the other, often both.

5.      Sometime in 2000, Kevin and I began living together and planning our future life together which included buying a home and raising a family. Those plans included Kevin providing financial support to me as I returned to school to become a teacher. During this time, I was dependent on Kevin financially. In May of 2001, I was awarded my bachelor's degree. During the last week in August, 2001, a mere weeks before he died on 9/11, Kevin helped me set up my first classroom for my first teaching job.

6.      On May 12, 2001, on the four-year anniversary of our fist date, Kevin took me back to the site of that date, Gilgo Beach on Long Island, got down on one knee as the sun was setting, presented me with a diamond engagement ring and asked me to marry him. I immediately accepted. *See* Exhibit A, attached hereto.

7.      We scheduled our wedding to take place on July 12, 2002 at St. Killian Church in Farmingdale, New York, with a reception to follow at the Crescent Beach Club in Bayville, New York. We also engaged the services of a professional photographer/videographer to capture our special day forever. *See* Exhibits C, D and E, attached hereto.

8.      Shortly after our engagement, we went on a month-long vacation together to Ireland where we both had extended family. During that trip, we took the opportunity to introduce each other to our respective extended families and to personally invite them all to our wedding. I will always treasure my memory of that trip because it turned out to be the honeymoon Kevin and I never had.

9.      Approximately one month before he died on September 11, 2001, Kevin suggested we go to a local courthouse to become legally married before our actual wedding ceremony the next year, so that he could include me as his spouse on his employer-provided health insurance plan as I had no health insurance at the time. I told him I wanted to wait for our special day, and have regretted that decision ever since the events of 9/11.

10.     On September 8, 2001, just three days before he died on 9/11, Kevin added me to his MBNA Visa account. *See* Exhibit B, attached hereto.

11.     On June 17, 2002, the New York State Senate passed legislation that made certain domestic partners of certain firefighters who lost their lives in the line of duty on September 11, 2001 eligible for special accidental death benefits, among other benefits. The legislation applied to the registered and unregistered domestic partner of specific New York City firefighters, including Kevin Prior. Accordingly, the legislation was deemed to apply to me as the domestic partner of Kevin and I was awarded the special accidental death (pension) benefit provided by that legislation for life. *See* Attachment F, attached hereto.

12.     In a letter dated November 12, 2002, I was notified by the Commissioner of the Department of Taxation and Finance for the State of New York, that as the domestic partner of

Kevin Prior, I was awarded a sum certain from the New York State World Trade Center Relief Fund. *See* Exhibit G, attached hereto.

13.     The events of September 11, 2001 forever altered my life and created a void that will never be filled.

I declare under penalty of perjury that the foregoing is true and correct.


Date: 3/24/21                                        Doreen Noone Wheeler

                                                    Doreen Noone Wheeler

EXHIBIT A

with photograph

# Gennaro ◆ Jewelers

№ 3524

410 Bedford Avenue, Bellmore, New York 11710
Phone: (516) 785-0134 · Fax: (516) 785-5466
*Honest, Reputable Jewelers Since 1923*

**TO WHOM IT MAY CONCERN:** I have this day examined the jewelry items described below, the property of:

Name __Doreen Noone__

Address __▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮__

DIAMOND ENGAGEMENT RING

| | | |
|---|---|---|
| ☑ Lady's Jewelry<br>☐ Gentleman's Jewelry | 10 Kt. Gold ☐<br>14 Kt. Gold ☐ | 18 Kt. Gold ☐<br>Silver ☐ |

White ☑   Platinum ☑
Yellow ☐   Other ☐

Major inclusions shown for <u>consumer</u> identification purposes only.

## MAJOR STONE IDENTIFICATION

SHAPE

Round     Marquise     (Emerald Cut)     Pear Shape     Oval     Square

(Approximate) Carat Weight __1.15 cT.__

Approximate Measurements:   MM Wide __4.79__   MM Long __7.17__   MM Deep __3.30__

### CLARITY (Indicate on Scale)

VVS₁ VVS₂ VS₁ ✗ VS₂   SI₁   SI₂   I₁   I₂   I₃

Flawless | Internally Flawless | Imperfect

### COLOR (Indicate on Scale)

D E F (G) H I J K L M N O P Q R S T U V W X Y Z

Colorless | Near Colorless | Faint Yellow | Very Light Yellow | Light Yellow | Fancy Yellow

Identify and list other stones (number of, shape, clarity and weight) __4 TAPERED BAGUETTE DIAMONDS,__
__CLARITY GRADE VS, COLOR GRADE G-H, APPROX .50 CT TW.__

Description of Setting: __PLATINUM "DOUBLE" BAGUETTE MOUNTING, 4 PRONG CENTER HEAD,__
__(WEIGHT OF PLATINUM - 3.9 DWT.)__

**TOTAL VALUE:** $ __7950⁰⁰__
plus taxes

We assume no liability with respect to any action that may be taken on the basis of this appraisal. Weight of stones is approximate unless otherwise indicated.

Jeweler _____   Date __4-18-03__

EXHIBIT A

*① Call 1st week of March for music.*

**ST. KILIAN PARISH**
**FARMINGDALE, NEW YORK, 11735-2651**

*EXHIBIT B*

*② Need 3 people for readings.*

*③ Beginning + End of June get marriage licence + bring this and fees to Rehearsal*

**CONGRATULATIONS!**

You are to be married here at St. Kilian Church. *④ Music @ least 3 months ahead.*

My name is Paul Phinney and I am Director of Music at St. Kilian. It is my responsibility to provide appropriate music selections as you receive the sactament of marriage, whether it be a mass or ceremony.

The following is a brief explanation of when music will occur at each:

**NUPTIAL MASS:**
> Preludes (before liturgy begins)
> Processional (entrance)
> Responsorial Psalm
> Gospel Acclamation
> Exchange of Vows or Candle Lighting
> Presentation of Gifts
> Communion
> Recessional

**MARRIAGE CEREMONY:**
> Preludes (before liturgy begins)
> Processional (entrance)
> Responsorial Psalm
> Gospel Acclamation
> Exchange of Vows or Candle Lighting
> Recessional

There is a wide variety of music which encompasses traditional and modern composers. To assist you in selecting the music for your wedding, I ask that you call me **three months** prior to your wedding date in order that we may meet for the purpose of selecting music for tour special day.

My office phone number is **(516) 420-0950.** I am available days and evenings. Please leave your name, phone number and a time I can definitely reach you on my answering machine if I am not in the office when you call. I will return your call at the time your indicate.

Please bring this letter with you to our meeting. The opposite side is your Wedding Music Work Sheet. I look forward to meeting with you

Sincerely,

Paul C. Phinney
Director of Music

EXHIBIT C



THE CRESCENT

Restaurant/Banquets          Bayville Avenue/Bayville, New York 11709/516-628-3000

May 25, 2001

Ms. Doreen Noone
Mr. Kevin Prior

Dear Doreen and Kevin :

Thank you for selecting The Crescent Beach Club to host your Wedding Ceremony and Reception on Friday, July 12, 2002 from 6:30 pm to 12:00 am.

Please find enclosed a copy of your contract and proposed menu. Kindly remit the "deposit due" as stated within your contract.

I am sure you will be impressed with the professionalism and dedication to detail that our staff provides in the planning of your special day.

I will contact you in the future to discuss the details. In the interim, please do not hesitate to call me at 628-3000 with any questions.

Sincerely,

Art MacMillan
Banquet Manager

Bayville Avenue/Bayville, New York 11709/516-628-3000

EXHIBIT D

## THIS IS AN AGREEMENT BETWEEN

# DUVAL Photographers & Videographers, Inc.

(516) 783-0420
2014 WANTAGH AVENUE • WANTAGH, NEW YORK 11793

AND

Doreen Noole

BRIDE—BAR/BAT—ANNIV—PARTY

HOME PHONE        WORK PHONE

GROOM  Kevin  Prior

HOME PHONE        WORK PHONE

House : Bride + Groom — 1 Pm   130 Pm

START   St. Killians

CEREMONY  Crescent Beh Club   (6³⁰ Ceremony)   7-12

RECEPTION  200 ± guests

THIS PACKAGE CONSISTS OF

So - 12 x 12 Album (8x10)
2 - PA-24-5x7 Each (Gallery)
1 - 20 x 24 (20x24)
2 - 8 x 10
11 S. Typ. w/ px (Lge/Sm) (w/Gold)
All proofs
1 . 5x7 ea. girl Bridal Pty
Video of Cermy + Reception
w/ Grow up + H/M Montage.
Complete w/ Main (plus 2 copies +
Copy Raw Footage $ 3795 — (CC)
+ Highlight Tape (S)

X _____ Jed          7/6/01
D.P.V.I.                   TODAYS DATE

DEPOSIT DUE $ 380
DEPOSIT DUE $ 760   11/1/01
DEPOSIT DUE $ 1590   1 WEEK PRIOR
DEPOSIT DUE $ 380   P.U. PROOFS
DEPOSIT DUE $ 380   P.U. VIDEO
1/2 BAL. PLACE ORDER   BALANCE ON COMPLETION  375

DUVAL PHOTOGRAPHERS & VIDEOGRAPHERS, INC. SHALL HAVE NO RESPONSIBILITY FOR FIRE OR THEFT, OR LIABILITY FOR FAILURE TO SUPPLY ANY SERVICE, WHEN PREVENTED FROM DOING SO BY STRIKES, LABOR DISPUTES, ACCIDENTS, OR ANY CAUSE BEYOND THE PHOTOGRAPHER'S/VIDEOGRAPHER'S CONTROL.

Final payment must be made in cash or certified check. If any part of this order is delivered, the entire balance must be paid. We are not responsible for orders left in the studio 45 days from completion. Storage charges of $50.00 plus $1.50 per day after 45 days will be made. After 90 days from date of completion, client gives Duval Photo/Video, Inc. permission to remove order from storage and destroy or use as samples.

We are not responsible for proofs not returned within 90 days from affair date. If proofs are not returned within 90 days from affair date, entire balance of order becomes due and payable in full. Storage charges of $50.00 plus $1.50 per day after 90 days will be made. After 120 days from affair date, client gives Duval Photo/Video, Inc. permission to remove negatives from storage and destroy or use as samples. All deposits are non-refundable. The client shall be liable for any collection costs.

We are not responsible for videos not picked up within 45 days from completion date. If videos are on hold for more than 45 days due to not receiving video pictures or music selection balance becomes due and payable in full. After 60 days, client gives Duval permission to remove video from storage and destroy or use as samples.

(Permission is herewith given to D.P.V.I. to use reproduction of any of the pictures/video for display or advertising, or photographic competition.)

Call DUVAL PHOTOGRAPHERS & VIDEOGRAPHERS, INC. 10 days prior to affair to confirm information or changes.

X _____   Doreen Noole   _____
CUSTOMER

SIGNATURE
TOP COPY-MERCHANT
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)
DATE 07/06/01
ITEM 002-013 SALE
ACCT #
RESP AUTH/TKT
TOTAL:
TIME 01:14 PM
EXP: 0206
DUVAL PHOTOGRAPHERS VIDEO
2014 WANTAGH AVE
WANTAGH, NEW YORK 11793
516-783-0420

EXHIBIT E
(1)

MBNA®
PLATINUM PLUS
the new standard

www.mbnanetaccess.com

DOREEN P NOONE

████████ █ █████████

To:          Doreen P Noone
From:        Leigh Fellman, Customer Satisfaction department
Date:        June 26, 2003
Subject:     Account inquiry
Account No.: ████ ████ ████ ████

We recently received an inquiry regarding the above referenced account.

Our records indicate that the above referenced account was established in the name of Kevin M. Prior. On September 8, 2001, we received a request to add Doreen P. Noone to the account as a co-applicant. On October 28, 2001, we processed a request to place the account in the name of Doreen P. Noone, removing Kevin M. Prior's name from the account.

If you have any questions, please call 1-800-626-2556, or from overseas, collect to (302) 738-5719. We are at your service 24 hours a day, seven days a week.

03-17B-00047 - 4919

TA1 TR01 1-1 US-EN

SFF\*\*\* RULES

More Info: 1) Chap 468 of 2002    5) Voting Info.

EXHIBIT F

S T A T E   O F   N E W   Y O R K

7716

I N   S E N A T E

June 17, 2002

_____

Introduced by COMMITTEE ON RULES -- read twice and ordered printed, and when printed to be committed to the Committee on Rules

AN ACT to make certain domestic partners, parents, and widows and children of certain firefighters dying at the World Trade Center on September 11, 2001 eligible for special accidental death benefits pursuant to section 208-f of the general municipal law (PART A); and to make certain domestic partners of certain firefighters dying at the World Trade Center on September 11, 2001 eligible for health benefits and to make the surviving siblings of certain firefighters so dying eligible for certain pension benefits (PART B)

THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM-

F1 Memo         F2 Status      F3 Bill Text    F4 Summary       F6 Mark

F7 Backward     F8 Forward     F9 Capture      F10 Help                    CLR Exit

SB\*LT-1          1A1

RULES

re Info: 1) Chap 468 of 2002      5) Voting Info.

BLY, DO ENACT AS FOLLOWS:

1    Section 1. This act enacts into law major components of legislation

2    which are necessary to redress the catastrophic effects of terrorist

3    attacks on the World Trade Center on September 11, 2001 on the survivors

4    of certain New York City firefighters. Each component is wholly

5    contained within a part identified as parts A and B. The effective date

6    for each particular provision contained within such part is set forth in

7    the last section of such part. Any provision in any section contained

8    within a part, including the effective date of the part, which makes

9    reference to a section "of this act", when used in connection with that

10   particular component, shall be deemed to mean and refer to the corre-

11   sponding section of the part in which it is found. Section three of this

12   act sets forth the general effective date of this act.

13                              PART A

14   Section 1.    a. The legislature finds and determines that Laurence

15   Virgilio, James Pappageorge, Jay Ogren, Sergio Villanueva, John Chipura,

16   Kevin Donnelly, Keith Glascoe, Martin McWiliams, Dennis Mojica, Thomas


F1 Memo          F2 Status      F3 Bill Text    F4 Summary      F6 Mark

F7 Backward      F8 Forward     F9 Capture      F10 Help                    CLR Exit

SB*LT-1                  1A1

16 RULES

ore Info: 1) Chap 468 of 2002      5) Voting Info.

17  A.  Casoria, Paul Gill, Kevin Prior, Dana Hannon, Scott Kopytko, Jeffrey

18  Stark, and Mike Ragusa were employed as firefighters by the fire depart-

19  ment of the city of New York and were killed in the course of such

20  employment at the World Trade Center on September 11, 2001. Notwith-

EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets

{ } is old law to be omitted.

LBD16006-09-2

PAGE-2

1  standing any provision of any general, special, or local law to the

2  contrary, the provisions of section 208-f of the general municipal law

3  shall be deemed to apply to the registered and unregistered domestic

4  partners of Lawrence Virgilio, James Pappageorge, Jay Ogren, Sergio

5  Villanueva, John Chipura, Kevin Donnelly, Keith Glascoe, Martin McWil-

6  iams, Dennis Mojica, Thomas A. Casoria, Paul Gill, Kevin Prior, Dana

7  Hannon, Scott Kopytko, Jeffrey Stark, and Mike Ragusa, and such domestic

8  partners shall be eligible for the special accidental death benefit

9  provided by such section upon the same terms and conditions as other

F1 Memo       F2 Status    F3 Bill Text    F4 Summary    F6 Mark

F7 Backward   F8 Forward   F9 Capture      F10 Help                    CLR Exit

SB*LT-1           1A1

ꞆB  RULES

are Info: 1) Chap 468 of 2002    5) Voting Info.

10   persons eligible to receive benefits pursuant to such section. The bene-

11   fits provided by this section shall be payable from the general fund  in

12   monthly installments.

13     b.  For  the purposes of this section, "domestic partner" shall mean a

14   person at least eighteen years of age who:

15     (i) was dependent upon the firefighter for support as shown by  either

16   unilateral dependence or mutual interdependence, as evidenced by a nexus

17   of  factors  including,  but  not limited to, children in common, commer

18   ownership of real or personal property, signs of intent to marry, co

19   householding, shared budgeting, and the length of the personal relati

20   ship with the firefighter; or

21     (ii) was registered as the domestic partner of  the  firefighter

22   any employer or with any registry of domestic partnerships maint

23   the  state  or  by any county, city, town, or village prior to t

24   fighter's death.

25     (iii) For the purposes of this section,  the  definition  of  d

26   partner  made  by  this  subdivision  shall  supplement or supers

F1 Memo          F2 Status    F3 Bill Text    F4 Summary      F6 Mark

F7 Backward   F8 Forward   F9 Capture      F10 Help

SB*LT-1              1A1

EXHIBIT G

STATE OF NEW YORK
DEPARTMENT OF TAXATION AND FINANCE
W. A. HARRIMAN CAMPUS
ALBANY, NY 12227

ARTHUR J. ROTH
COMMISSIONER

November 12, 2002

Ms. Doreen Noone
█████████████████

Dear Ms. Noone:

Due to the continued generosity of our fellow New Yorkers, as well as people from across the country and around the world, we have been able to expand the number of recipients eligible for awards from the New York State World Trade Center Relief Fund to include domestic partners of at least six months and fiancées.

As someone who qualifies under these expanded guidelines, you are receiving an award of ████████ from the fund to help you with your financial needs.

The World Trade Center Relief Fund is being administered by the New York State Department Taxation and Finance. If you have any questions about your award, please contact us toll-free 1-866-244-3839.

Very truly yours,

Arthur J. Roth
Commissioner