# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |

*This document relates to:*

*Burnett, et al, v. The Islamic Republic of Iran, et al.*: No. 15-cv-9903 (GBD)(SN)

## DECLARATION OF JOSEPH N. SHONTERE

I, JOSEPH N. SHONTERE, hereby declare under penalty of perjury:

1. I am 76 years old and reside in Cape Coral, Florida.

2. I am the stepfather of Angela Marie Houtz who was killed on September 11, 2001, when terrorists crashed a plane into the Pentagon in Arlington, Virginia where she worked as a civilian analyst in the Office of Naval Intelligence.

3. At the time of her death on September 11, 2001, I was 56 years old and had known "Angie" since she was a fourth grader attending the same elementary school as my own daughter, Tina Marie. Our two families lived nearby, and Angie and Tina Marie became inseparable best

friends.

4.   In 1984, when Angie was 9 years old, her mother and I began dating and eventually

living together along with Angie and her sister, Jamie.

5.   In 1985, when Angie was 10 years old, I married Angie's mother and became Angie

and Jamie's stepfather. We continued to live together in the same home until Angie graduated

from college in 1996 when she was 22 years old.

6.   Since Angie's mother and I began living together in 1984, until Angie was killed on

September 11, 2001, I was the father figure in Angie's life. I provided her with financial,

emotional, and moral support. She, in turn, was in all ways a daughter to me and referred to me

always as "dad." I always referred to her as my daughter.

7.   Although Angie's biological father was required to pay child support for Angie, he

did not do so voluntarily or frequently. On more than one occasion, Angie's mother had to track

him down and have his wages garnished. After a time, she stopped trying to enforce his financial

obligation. Likewise, after a few short visits following the divorce, Angie's biological father

stopped coming around altogether and played no role in her life.

8.   I, along with her mother, made sure Angie was fed, clothed, sheltered, and safe. I

provided health insurance for Angie and declared her as dependent on my yearly income tax

returns.

9.   Throughout the time Angie was with us, our family did things as a family. Angie was raised a Catholic and we attended Mass together on a regular basis.

10. As a family, we helped maintain a nearby piece of property which was owned by the Catholic church and would frequently become overgrown with grass, weeds, and trash. The property was located along the Potomac River and surrounded by farmlands. After time spent pulling weeds, cutting grass and picking up trash from the property, we would swim, fish and boat on the river. We would often spend time together camping on the site as well.

11. Along with her mother, Angie named me as a beneficiary on a life insurance policy provided by the federal government through her employer, the Office of Naval Intelligence.

12. After high school, Angie attended a nearby college and would continue to come home on weekends, holidays and between semesters and our relationship continued to grow.

13. Since the day Angela died on September 11, 2001, there has been a huge void in my life which will never be filled.

I declare under penalty of perjury the foregoing to be true and correct.

Date: 7/28/2021

Joseph N. Shontere