UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF CASE |

*This document relates to:*

*Burnett, et al, v. The Islamic Republic of Iran, et al.*: No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF TINA MARIE WASIELEWSKI**

I, TINA MARIE WASIELEWSKI, hereby declare under penalty of perjury:

1. I am 46 years old and reside in Timonium, Maryland.

2. I am the stepsister of Angela Marie Houtz who was killed on September 11, 2001, when terrorists crashed a plane into the Pentagon in Arlington, Virginia where she worked as a civilian Analyst in the Office of Naval Intelligence.

3. "Angie" and I first met in 1980 when we were both six years old and began first grade together at the same school, in the same class with the same teacher. Since that first meeting in first grade, our relationship grew stronger as we grew older, and only ended when she was killed twenty-one years later on September 11, 2001.

4. In 1984, when Angie and I were ten-year-old's, my biological father and her biological mother began living together. By that time, Angie and I had been schoolmates and best friends for four years and were inseparable; many people thought we were twins.

5. When my biological parents were divorced in 1984, my biological mother was awarded primary custody of me by the court and I continued to reside with her, although I went back and forth between her home and my biological father's home for weekends and for extended

holidays. Angie and I shared the same bedroom when I stayed with my biological father.

6. In 1985, my biological father married Angie's biological mother, and Angie and I became stepsisters. I continued to spend weekends and extended holidays with my biological father.

7. In 1989, when Angie and I started high school, I permanently began living with my biological father, Angie's mother, Angie, and Angie's sister in what became our family home. I continued to reside in the same home with my biological father, my stepmother, Angie and my stepsister, Jamie, until Angie and I graduated from high school.

8. Throughout our years together in high school, Angie and I served as Co-Captains of our school's flag team. We also continued to serve on our church's youth group together, having begun doing so in 1984 when my biological father and Angie's biological mother began living together.

9. During our high school years together, Angie and I shared a car, which required us to coordinate our schedules. This was not hard to do as we were best friends and did everything together. Our respective high school job worksites were located across the street from each other to accommodate our single-car mode of transportation.

10. We had a swimming pool in our backyard. During our high school years, Angie and I spent endless summer hours lounging about the pool imagining and talking about the endless possibilities for our future lives.

11. Angie and I, along with the rest of our blended family, helped maintain a nearby piece of property owned by the Catholic church which would become overgrown with grass, weeds and trash. The property was located on the Potomac River and surrounded by farmland.

When we had finished our maintenance chores, we would often swim. Fish and boat on the river. Angie and I spent many nights camping together on the site and my father taught us to ride 4-wheelers on the property.

12. Following our graduation from high school in 1992, Angie and I began college at different schools, although the schools were located about 20 minutes apart from each other. Like we had since we met in first grade, Angie and I continued to speak to each other daily, spent our free time together and be each other's best friend. We remained inseparable and spent weekends, holidays and summers together at our family home.

13. We continued to vacation together with our blended family as we matured out of adolescence into the adult women we would become.

14. Following graduation from our respective colleges in 1996, Angie moved to Washington, D.C. where she started her career with the Office of Naval Intelligence, while I returned to Maryland to begin my own career.

15. Until she was killed on September 11, 2001, our family would attend the annual "Family Day" picnic hosted by Angie's employer, the Office of Naval Intelligence. I understood the purpose of the event was to allow employees to get to know each other, and each other's family's, outside the workplace. As she did whenever she introduced me to her friends and co-workers, Angie always referred to me as her sister, and I always referred to her as mine.

16. Even after we finished college and began our respective careers, Angie and I maintained daily contact with each other.

17. In 1998, Angie served as a bridesmaid at my wedding.

18. In 1980, when we were both six years old and met each other in first grade, Angie

and I quickly became best friends and remained so until the day she was killed on 9/11. In 1984, when we were both ten years old and my biological father and Angie's biological mother began living together, our relationship became even closer. Since 1985, when we were both 11 years old, we became stepsisters. In 1998, when we were both twenty-four years old, Angie honored me as a bridesmaid at my wedding.

19. I wish Angie could have met my own children as I believe she would see a bit of herself in them.

20. Angela Marie Houtz was my sister in every meaning of that term, and not a single day has gone by since she was killed that I do not miss her and feel a void in my life that will never be filled.

I declare under penalty of perjury the foregoing to be true and correct.

Date: 8/12/21

Tina Marie Wasielewski