| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | ECF # OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF # ADDING PLAINTIFF TO ACTION |
| 1 | Stephen | F. | Masi | | Dawn | Marie | Curry | | Step-Child | $ 8,500,000.00 | n/a | 61 |

**EXHIBIT A-2**