IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2021 | Civil Action No. 03-md-1570 (GBD) (SN) |
| Federal Insurance Company, et al., <br> *Creditors*, <br> v. <br> The Taliban, et al., <br> *Debtors*, <br> Federal Reserve Bank of New York, <br> *Garnishee*. | Civil Action No. 03-cv-6978 (GBD) (SN) |

**NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, *ET AL.***

PLEASE TAKE NOTICE that pursuant to New York Civil Practice Law and Rules § 5255(b) and Federal Rule of Civil Procedure 24(a), Proposed Intervenors James Owens, *et al.*[1] hereby move to intervene in this litigation for the limited purpose of opposing the *Federal Insurance* Creditors' Motion for Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York and asserting their priority to the funds at issue. The grounds and reasons for granting this relief have been stated with particularity in the accompanying Memorandum of Law in Support of Limited Motion to Intervene by James Owens, *et al.* A proposed order is submitted herewith.

---

[1] Proposed Intervenors are all of the Plaintiffs in *Owens v. Taliban*, No. 22-cv-1949 (S.D.N.Y.). A full list of Proposed Intervenors is provided in Attachment A.

Dated:  May 13, 2022

Rebecca Monck Ricigliano
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone:  (212) 895-4000
Facsimile:  (212) 223-4134
rricigliano@crowell.com

John L. Murino
(*pro hac vice* application forthcoming)
Stuart H. Newberger
(*pro hac vice* application forthcoming)
Emily M. Alban
(admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Caragh Glenn Fay
(*pro hac vice* application forthcoming)
Amanda Fox Perry
(*pro hac vice* application forthcoming)
FAY LAW GROUP, P.A.
6205 Executive Boulevard
Rockville, MD 20852
Telephone:  (202) 589-1300
Facsimile: (202) 216-0298

Jane Carol Norman
(admitted *pro hac vice*)
BOND & NORMAN LAW, PC
6205 Executive Blvd.
Rockville, MD 20852
Telephone:  (202) 682-4100
Facsimile: (202) 207-1041
jnorman425@icloud.com

Respectfully submitted,

/s/ Matthew D. McGill
Matthew D. McGill
Jessica L. Wagner
(admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500
Facsimile:  (202) 530-9522
mmcgill@gibsondunn.com

Robert L. Weigel
Jason W. Myatt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 351-4000
Facsimile: (212) 351-5236
rweigel@gibsondunn.com
jmyatt@gibsondunn.com

*Counsel for Proposed Intervenors*