## ATTACHMENT A
## TO LIMITED MOTION TO INTERVENE BY JAMES OWENS, *ET AL.*

The following is a full list of Proposed Intervenors, all of whom are Plaintiffs in *Owens v. Taliban*, No. 22-cv-1949 (S.D.N.Y.):

JAMES OWENS, THE ESTATE OF BETTY OWENS EVELY, GARY ROBERT OWENS, BARBARA GOFF, THE ESTATE OF JESSE NATHANAEL ALIGANGA, LEAH ANN COLSTON-BAKER, CLARA LEAH ALIGANGA, THE ESTATE OF JULIAN LEOTIS BARTLEY, JR., THE ESTATE OF JULIAN LEOTIS BARTLEY, SR., EDITH LYNN BARTLEY, THE ESTATE OF GLADYS BALDWIN, MARY LINDA SUE BARTLEY, DANIEL BRIEHL, GARY CROSS, THE ESTATE OF JEAN ROSE DALIZU, EGAMBI FRED KIBUHIRU DALIZU, THE ESTATE OF GWENDOLYN TAUWANA GARRETT, THE ESTATE OF JAMES HERBERT FREEMAN, THE ESTATE OF JEANETTE ELLA MARIE GOINES, JEWELL PATRICIA NEAL, THE ESTATE OF JOYCE MCCRAY, JUNE BEVERLY FREEMAN, LAWRENCE ANTHONY HICKS, LORI ELAINE DALIZU, MANGAIRU VIDIJA DALIZU, THE ESTATE OF ROSE BANKS FREEMAN, THE ESTATE OF SHEILA ELAINE FREEMAN, TEMINA ENGESIA DALIZU, THE ESTATE OF MOLLY HUCKABY HARDY, BRANDI HARDY PLANTS, THE ESTATE OF JANE HUCKABY, LYDIA HICKEY, TABITHA CARTER, LAURA HARRIS, THE ESTATE OF LEROY MOOREFIELD, THE ESTATE OF RODNEY MOOREFIELD, THE ESTATE OF ROGER MOOREFIELD, LORA MURPHY, LORETTA PAXTON, LINDA SHOUGH, THE ESTATE OF HOWARD SPARKS, SR., HOWARD SPARKS, JR., MICHAEL RAY SPARKS, THE ESTATE OF CLYDE M. HIRN, MARGARET BAKER, THE ESTATE OF INEZ HIRN, PAUL HIRN, ELOISE HUBBLE, PATRICIA K. FAST, THE ESTATE OF KENNETH RAY HOBSON II, BONNIE SUE HOBSON, DEBORAH HOBSON-BIRD, THE ESTATE OF KENNETH RAY HOBSON, MEGHAN ELIZABETH HOBSON, VALENTINE MATHEW KATUNDA, ABELLA VALENTINE KATUNDA, DESIDERY VALENTINE MATHEW KATUNDA, DIANA VALENTINE KATUNDA, EDWIN VALENTINE MATHEW KATUNDA, VENANT VALENTINE MATHEW KATUNDA, THE ESTATE OF HOWARD CHARLES KAVALER, THE ESTATE OF LEON KAVALER, MAYA PIA KAVALER, THE ESTATE OF PEARL DANIELS KAVALER, THE ESTATE OF PRABHI GUPTARA KAVALER, RICHARD MARTIN KAVALER, TARA LIA KAVALER, RIZWAN KHALIQ, JENNY CHRISTINA LOVBLOM, IMTIAZ BEGUM, YASIR AZIZ, IMRAN KHALIQ, KAMRAN KHALIQ, NAURIN KHALIQ, IRFAN KHALIQ, TEHSIN KHALIQ, THE ESTATE OF ARLENE BRADLEY KIRK, DENNIS ARTHUR BRADLEY, KATHERINE BRADLEY WRIGHT, THE ESTATE OF KENNETH ALVA BRADLEY, MAISHA KIRK HUMPHREY, THE ESTATE OF MARY KATHERINE BRADLEY, NEIL ALAN BRADLEY, THE ESTATE OF PATRICIA ANNE BRADLEY WILLIAMS, ROBERT KIRK, JR., ROBERT MICHAEL KIRK, GARY LONNQUIST, THE ESTATE OF SAMUEL THOMAS MARCUS, CORONELLA SAMUEL MARCUS, TIRISA GEORGE THOMAS, THE ESTATE OF MARY LOUISE MARTIN, DOUGLAS NORMAN KLAUCKE, JAMES ROBERT KLAUCKE, THE ESTATE OF JOSEPH DENEGRE MARTIN III, THE ESTATE OF JOSEPH DENEGRE MARTIN, JR., KAREN MARIE KLAUCKE, THE ESTATE OF KATHLEEN MARTIN BOELLERT, MARTHA MARTIN OURSO, MICHAEL HAWKINS MARTIN, STEPHEN HARDING MARTIN, SUSAN ELIZABETH MARTIN BRYSON, WILLIAM RUSSELL KLAUCKE, THE ESTATE

OF MTENDEJE RAJABU MTULYA, SHABANI SAIDI MTULYA, ABDUL SHABANI MTUYLA, SAIDI SHABANI MTUYLA, DONTI AKILI MWAIPAPE, THE ESTATE OF VICTORIA DONTI MWAIPAPE, ELISHA DONTI MWAIPAPE, JOSEPH DONTI MWAIPAPE, NICHOLAS MWAIPAPE, THE ESTATE OF WILLIAM ABBAS MWILA, JUDITH ABASI MWILA, EDWINA ABASI MWILA, HAPPINESS ABASI MWILA, WILLIAM ABASI MWILA, THE ESTATE OF YUSUF SHAMTE NDANGE, HANUNI RAMADHANI NDANGE, ABDUL YUSUPH SHAMTE NDANGE, JUMA YUSUPH SHAMTE NDANGE, MWAJABU YUSUPH SHAMTE NDANGE, MAUA NDANGE, HALIMA NDANGE, RAMADHANI NDANGE, THE ESTATE OF ANN MICHELLE O'CONNOR, JENNIFER ERIN PEREZ, MICAELA ANN O'CONNOR, TARA COLLEEN O'CONNOR, JAMES PAUL O'CONNOR, GWENDOLYN FREDERIC DENEY, THE ESTATE OF SHERRY LYNN OLDS, CHRISTA GAY DEGRACIA, DELBERT RAYMOND OLDS, KIMBERLY ANN ZIMMERMAN, MARSEY GAYLE CORNETT, THE ESTATE OF MARY EVELYN FREEMAN OLDS, FRANK B. PRESSLEY, JR., YASEMIN B. PRESSLEY, BERK F. PRESSLEY, THE ESTATE OF FRANK PRESSLEY, SR., DAVID A. PRESSLEY, JON B. PRESSLEY, MARC Y. PRESSLEY, MICHAEL F. PRESSLEY, THOMAS C. PRESSLEY, THE ESTATE OF MONTINE BOWEN, DOROTHY WILLARD, AHMET BUYUK, TULAY BUYUK, SERPIL BUYUK, SUNDUS BUYUK, BAHAR BUYUK, THE ESTATE OF DOTIO RAMADHANI, KULWA RAMADHANI, RENEMA RAMADHANI, UPENDO RAMADHANI, MENGO RAMADHANI, WORLEY LEE REED, JOYCE REED, CHERYL L. BLOOD, BRET W. REED, LINDA WHITESIDE O'DONNELL, THE ESTATE OF RUTH ANN WHITESIDE, THE ESTATE OF FLOSSIE VARNEY, ELLEN RICHARD, THE ESTATE OF DONALD G. BOMER, MICHAEL JAMES CORMIER, THE ESTATE OF PATRICIA FEORE, GEORGE KARAS, THE ESTATE OF NICHOLAS KARAS, EDWARD MATHEW RUTAHESHELWA, ELIZABETH MATHEW RUTAHESHELWA, ANGELINA MATHEW RUTAHESHELWA, ERIC MATHEW RUTAHESHELWA, HAPPINESS MATHEW RUTAHESHELWA, THE ESTATE OF ROGATH SAIDI SAIDI, THE ESTATE OF VERONICA ALOIS SAIDI, THE ESTATE OF AISHA MAWAZO, THE ESTATE OF ADABETH SAIDI NANG'OKO, DANIEL ROGATH SAIDI, IDIFONCE ROGATH SAIDI, JOHN ROGATH SAIDI, SELINIA ROGATH SAIDI, GARY SPIERS, VICTORIA Q. SPIERS, VICTORIA J. SPIERS, RICHARD DAVID PATRICK, ROLANDO QUILACIO, THE ESTATE OF CANDELARIA QUILACIO FRANCISCO, SUSAN QUILACIO NICHOLAS, THE ESTATE OF JULITA A. QUILACIO, THE ESTATE OF EULOGIO QUILACIO, THE ESTATE OF EDILBERTO QUILACIO, TIMOTHY TESKE, SHARON TESKE, JONATHAN TESKE, and TAYLOR TESKE.