IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2021 | Civil Action No. 03-md-1570 (GBD) (SN) |
| Federal Insurance Company, et al.,<br><br>*Creditors,*<br><br>v.<br><br>The Taliban, et al.,<br><br>*Debtors,*<br><br>Federal Reserve Bank of New York,<br><br>*Garnishee.* | Civil Action No. 03-cv-6978 (GBD) (SN) |

**[PROPOSED] ORDER GRANTING**
**<u>LIMITED MOTION TO INTERVENE BY JAMES OWENS, *ET AL*.</u>**

This matter is before the Court on the Limited Motion to Intervene by James Owens, *et al.* Upon consideration of the motion, all of the papers submitted, and the relevant authorities, **IT IS HEREBY ORDERED THAT** Proposed Intervenors' Limited Motion to Intervene is granted in its entirety and that Proposed Intervenors are granted intervention in this litigation for the limited purpose of opposing the *Federal Insurance* Creditors' Motion for Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York and asserting their priority to the funds at issue.

**SO ORDERED.**

DATED: _____     _____

Hon. _____
United States District Court for the
Southern District of New York