# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2021 | Civil Action No. 03-md-1570 (GBD) (SN) |
| Federal Insurance Company, et al., *Creditors*, v. The Taliban, et al., *Debtors*, Federal Reserve Bank of New York, *Garnishee*. | Civil Action No. 03-cv-6978 (GBD) (SN) |

### DECLARATION OF MATTHEW D. MCGILL IN SUPPORT OF OPPOSITION TO THE *FEDERAL INSURANCE* CREDITORS' MOTION FOR PARTIAL TURNOVER OF ASSETS FROM GARNISHEE <u>FEDERAL RESERVE BANK OF NEW YORK</u>

I, Matthew D. McGill, hereby declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, in Washington, D.C., and counsel for the Plaintiffs in *Owens v. Taliban*, No. 22-cv-1949 (S.D.N.Y.), and Intervenors ("Intervenors") in this multidistrict litigation. I am admitted to practice in the United States District Court for the Southern District of New York. I am over the age of 18, I have personal knowledge of the facts stated herein, and if called to testify, I could and would competently testify to these facts. I make this declaration in support of the Opposition to the *Federal Insurance* Creditors' Motion for Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York submitted by Intervenors James Owens, *et al.*

2. On March 21, 2022, in *Owens v. Taliban*, No. 22-cv-1949 (S.D.N.Y.), the United States District Court for the Southern District of New York granted Intervenors' *ex parte* emergency motion for an order of attachment on $1,373,761,042.95 held in the name of Da Afghanistan Bank ("DAB") at the Federal Reserve Bank of New York ("FRBNY"). Intervenors delivered their order of attachment to the U.S. Marshals Service for levy on the FRBNY on March 22, 2022. Attached as **Exhibit A** is a true and correct copy of the process receipt and return from the U.S. Marshals Service for Intervenors' order of attachment on the DAB funds at the FRBNY.

3. On April 20, 2022, the *Federal Insurance* creditors delivered a writ of execution to the U.S. Marshals Service for levy on the same DAB funds at the FRBNY. Attached as **Exhibit B** is a true and correct copy of the process receipt and return from the U.S. Marshals Service for the *Federal Insurance* creditors' writ of execution on the DAB funds at the FRBNY.

\*       \*       \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 13, 2022                                       /s/ Matthew D. McGill
              Palo Alto, CA                                      Matthew D. McGill

# EXHIBIT A

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James Owens, et al. | 22-cv-1949 |
| DEFENDANT | TYPE OF PROCESS |
| Taliban a/k/a Islamic Emirate of Afghanistan | Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal Reserve Bank of New York
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
33 Liberty Street New York, NY 10045

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jason Myatt
200 Park Avenue, New York, NY 10166-0193
jmyatt@gibsondunn.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Federal Reserve Bank of New York, 33 Liberty Street New York, NY 10045
Counsel for the Federal Reserve Bank of New York:
Katherine Rosemary Steele Landy, 212-720-5331, katherine.landy@ny.frb.org;
YoonHi Greene, 212-720-2087, yoonhi.greene@ny.frb.org

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 212-351-4085
DATE: 3/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 051
District to Serve No. 051
Signature of Authorized USMS Deputy or Clerk
Date: 3/22/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
DAVID GROSS — SENIOR VP OF LAW ENFORCEMENT
Date: 4/21/22  Time: 2:00 pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
SERVICE FEE $65 = 1HR
MI FEE $65 = 1HR  ZUMI = 1.17
TOTAL = 66.17

(212) 720-2356
(646) 720-2356
FAX (212) 720-8709
david.gross@ny.frb.org

DAVID GROSS
SENIOR VICE PRESIDENT
DIRECTOR, LAW ENFORCEMENT UNIT
CHIEF INVESTIGATOR, INTERNAL INVESTIGATIONS

FEDERAL RESERVE BANK OF NEW YORK
33 LIBERTY STREET
NEW YORK, NY 10045-0001

Rev. 03/21

# EXHIBIT B

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Federal Insurance Company, et al. | 1:03-cv-06978; 1:03-md-01570 |
| DEFENDANT | TYPE OF PROCESS |
| The Taliban (a/k/a The Islamic Emirate of Afghanistan) | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal Reserve Bank of New York

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
33 Liberty Street, New York, NY 10045

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
J. Scott Tarbutton, Esq.
Cozen O'Connor
One Liberty Place, 1650 Market Street, Suite 2800, Philadelphia, PA 19103
(215) 665-7255
starbutton@cozen.com

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
(212) 720-5000 (main telephone number for the Federal Reserve Bank of New York)

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 215-665-7255
DATE: 4/20/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 4/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
DAVID GROSS - SENIOR VP OF LAW ENFORCEMENT
Date: 4/21/22  Time: 2:00 pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
SERVICE FEE $65 = 1HR
MI FEE 7MI = 1.17
TOTAL: 66.17

(212) 720-2356
(646) 720-2356
FAX (212) 720-8709
david.gross@ny.frb.org

DAVID GROSS
SENIOR VICE PRESIDENT
DIRECTOR, LAW ENFORCEMENT UNIT
CHIEF INVESTIGATOR, INTERNAL INVESTIGATIONS

FEDERAL RESERVE BANK OF NEW YORK
33 LIBERTY STREET
NEW YORK, NY
10045-0001

Form USM-285
Rev. 03/21