UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burnett, et al.,

          Plaintiffs,

-v-

The Islamic Republic of Iran, et al.,

          Defendants.

**CLERK'S CERTIFICATE OF MAILING**

Case No.:  15-cv-9903 (GBD) (SN)
03-md-1570 (GBD)(SN)

       I hereby certify under the penalties of perjury that on the 18th day of May, 2022, I served Defendant, ISLAMIC REVOLUTIONARY GUARD CORPS , Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran, ATTN:  H.E. Mohammad Javad Zarif, via dispatch to the Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter-Agency Liaison (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two copies of the 1) Notice of Default Judgment prepared in accordance with 28 U.S. §1608 & 22 C.F.R §93.2 (in English and Farsi),  2) Order of Partial Final Judgment for Damages, dated October 25, 2021, ECF No. 524 (in English and Farsi); 3) A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 of Title 28 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§  1602, et seq.) (in English and Farsi); and 4) Translator's Affidavits., by FedEx tracking number 7767 7203 2328.

Dated:  New York, New York
       May 18, 2022

                    RUBY J. KRAJICK
                    CLERK OF COURT

                    /s/JaVonn Ross
                    *Clerical Assistant*