UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Burnett, et al.,

       Plaintiffs,

-v-

The Islamic Republic of Iran, et al.,

       Defendants.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 15-cv-9903 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the 18th day of May, 2022, I served Defendant, CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, Ali Salehabadi, Governor, Mirdamad Blvd., No. 198, Tehran, Islamic Republic of Iran, the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B), one copy of the 1) Notice of Default Judgment prepared in accordance with 28. U.S.C. §1608 and 22 C.F.R. § 93.2, 2) 2) Order of Partial Final Judgment for Damages, dated October 25th, 2021, **ECF 524,** 3) 3) A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.), 4) Translator's Affidavits, by US Registered Mail No. RH003368409US

Dated:  New York, New York
          May 18, 2022

                                                RUBY J. KRAJICK
                                                CLERK OF COURT

                                                /s/JaVonn Ross
                                                *Deputy Clerk*