| | | | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | ECF NO. OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF NO. - PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT-- OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR) |
| 1 | Theresa | Ann | Munson | | | $ 2,000,000.00 | $ 5,038,009.00 | $ 7,038,009.00 | ECF#5918 | ECF#5, Christine M. Munson |
| 2 | Candace | Lee | Williams | | $ 2,000,000.00 | | | $ 2,000,000.00 | | ECF#5, Corey Gaudioso |
| | | | | | | | TOTAL: | $ 9,038,009.00 | | |