## EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | ECF # OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF # ADDING PLAINTIFF TO ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Cesar | A. | Alviar | | Christopher | Fernandez | Alviar | | Child | $ 8,500,000.00 | N/A | 53 |
| 2 | Cesar | A. | Alviar | | Grace | Fernandez | Alviar | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 3 | Cesar | A. | Alviar | | Gemma | Alviar | Clemente | | Child | $ 8,500,000.00 | N/A | 53 |
| 4 | Cesar | A. | Alviar | | Gianina | Alviar | Tan | | Child | $ 8,500,000.00 | N/A | 53 |
| 5 | Deora | Frances | Bodley | | Derrill | George | Bodley | | Parent | $ 8,500,000.00 | N/A | 588 |
| 6 | Robert | D. | Cirri | Sr. | Eileen | | Cirri | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 7 | Robert | D. | Cirri | Sr. | Maria | Barsanti | Cirri | | Parent | $ 8,500,000.00 | N/A | 588 |
| 8 | Jennifer | | DeJesus | | Jacinda | Lynn | De Jesus | | Child | $ 8,500,000.00 | N/A | 588 |
| 9 | Amelia | V. | Fields | | Donzell | Elizabeth | Walker | | Sibling | $ 4,250,000.00 | N/A | 588 |
| 10 | Douglas | Alan | Gowell | | Barbara | Joan | Gowell | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 11 | Douglas | Alan | Gowell | | Jessica | Lee | Gowell | | Child | $ 8,500,000.00 | N/A | 53 |
| 12 | Douglas | Alan | Gowell | | Michael | Douglas | Gowell | | Child | $ 8,500,000.00 | N/A | 53 |
| 13 | John | P. | Hart | | Amy | Lynn | Gruver | | Child | $ 8,500,000.00 | N/A | 588 |
| 14 | John | P. | Hart | | Emily | Christine | Hart | | Child | $ 8,500,000.00 | N/A | 588 |
| 15 | John | P. | Hart | | Jeffrey | Scott | Hart | | Child | $ 8,500,000.00 | N/A | 588 |
| 16 | John | P. | Hart | | Laurie | Sue | Hart | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 17 | John | P. | Hart | | Westin | James | Hart | | Child | $ 8,500,000.00 | N/A | 588 |
| 18 | Dennis | P. | McHugh | | Michael | | McHugh (Estate of) | | Parent | $ 8,500,000.00 | N/A | 588 |
| 19 | Dennis | P. | McHugh | | Olivia | Mary | McHugh (Estate of) | | Parent | $ 8,500,000.00 | N/A | 588 |
| 20 | Charles | M. | Mills | II | Charles | M. | Mills | III | Child | $ 8,500,000.00 | N/A | 53 |
| 21 | John | Joseph | Murray | | Patricia | Helen | Murray (Estate of) | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 22 | Francis | J. | Nazario | | Julianne | Nazario | Hilbert | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 23 | Francis | J. | Nazario | | Lena | Maryann | Nazario | | Child | $ 8,500,000.00 | N/A | 588 |
| 24 | John | Ballantine | Niven | | John | Ballantine | Niven | Jr. | Child | $ 8,500,000.00 | N/A | 588 |
| 25 | Gerald | M. | Olcott | | Jill | Stefanie | Olcott | | Child | $ 8,500,000.00 | N/A | 588 |
| 26 | Paul | John | Pansini | | Loretta | Ann | Halpert | | Sibling | $ 4,250,000.00 | N/A | 53 |
| 27 | Barbara | A. | Shaw | | Janine | Louise | Van Riper | | Child | $ 8,500,000.00 | N/A | 53 |

| EXHIBIT A | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | ECF # OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF # ADDING PLAINTIFF TO ACTION |
| 28 | Gregory | T. | Spagnoletti | | Maria | S. | Spagnoletti | | Parent | $ 8,500,000.00 | N/A | 472 |
| 29 | Michael | M. | Taylor | | James | H. | Taylor | | Parent | $ 8,500,000.00 | N/A | 53 |
| 30 | Eugene | Michael | Whelan | | Christopher | Michael | Whelan | | Sibling | $ 4,250,000.00 | N/A | 435 |
| 31 | Myrna | | Yaskulka | | Jeffrey | | Pearl (Estate of) | | Sibling | $ 4,250,000.00 | N/A | 588 |
| | | | | | | | | | TOTAL: | $ 270,500,000.00 | | |