| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **EXHIBIT B** |
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | ECF NO. OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF NO. - PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT-- OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR) |
| 1 | Eustace | Patrick | Bacchus | | $ 2,000,000.00 | | | $ 2,000,000.00 | n/a | ECF#53, ¶2051, Juana Bacchus |
| 2 | Brett | T. | Bailey | | | $ 2,000,000.00 | $ 18,897,958.00 | $ 20,897,958.00 | ECF#5975 | ECF#53, ¶2127, Judith A. Bailey |
| 3 | Gregory | Joseph | Buck | | | $ 2,000,000.00 | $ 8,854,741.00 | $ 10,854,741.00 | ECF#5975 | ECF#53, ¶662, Catherine M. Buck |
| 4 | Constantine | | Economos | | $ 2,000,000.00 | | | $ 2,000,000.00 | n/a | ECF#53, ¶1418, Audrey Economos |
| 5 | David | Reed | Gamboa-Brandhorst | | $ 2,000,000.00 | | $ 16,034,834.00 | $ 18,034,834.00 | n/a | ECF#53, ¶3067, David B. Brandhorst; ECF#7972, David B. Brandhorst |
| 6 | Douglas | Alan | Gowell | | $ 2,000,000.00 | | $7,604,617.00 | $ 9,604,617.00 | n/a | ECF#53, ¶3058, Barbara Gowell |
| 7 | Steven | Michael | Hagis | | $ 2,000,000.00 | | $28,394,564.00 | $ 30,394,564.00 | n/a | ECF#53, ¶1400, Gloria Hagis |
| 8 | Dana | Rey | Hannon | | $ 2,000,000.00 | | | $ 2,000,000.00 | n/a | ECF#53, ¶1739, Thomas Hannon; Successor PR Kyle E. Bickford |
| 9 | Waleed | | Iskandar | | | $ 2,000,000.00 | $14,530,520.00 | $ 16,530,520.00 | ECF#5975 | ECF#53, ¶ 3418, May Marconet |

| | | | | | EXHIBIT B | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | ECF NO. OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF NO. - PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT-- OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR) |
| 10 | Maria | | LaVache | | $ 2,000,000.00 | | | $ 2,000,000.00 | n/a | ECF#53, ¶2319, Joseph L. Lavache; Successor PR Mary Jane LaVache |
| 11 | John | Joseph | Murray | Jr. | $ 2,000,000.00 | | | $ 2,000,000.00 | n/a | ECF#53, ¶293, Spouse Doe AP19; see Order granting Motion to Substitute, ECF# 582, substituting John Murray as successor PR for the estate John Joseph Murray, Jr. |
| 12 | John | Ballantine | Niven | | $ 2,000,000.00 | | | $ 2,000,000.00 | n/a | ECF#53, ¶1426, Ellen Niven |
| 13 | Joseph | Francis | Sacerdote | | $ 2,000,000.00 | | $ 9,479,496.00 | $ 11,479,496.00 | n/a | ECF#53, ¶3112, Arlene Sacerdote |
| 14 | Eugene | Michael | Whelan | | | $ 2,000,000.00 | $9,084,227.00 | $ 11,084,227.00 | ECF#7188 | ECF#53, ¶1940, Alfred L. Whelan, Sr. |
| | | | | | | | TOTAL: | $ 140,880,957.00 | | |