UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                                Civil Action No.
SEPTEMBER 11, 2001                                         03 MDL 1570 (GBD) (SN)

----------------------------------------------------------x

**This document relates to:**
*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*,
Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF
<u>ANNIE E. KOUBA PRO HAC VICE</u>**

I, Annie E. Kouba, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Plaintiffs in the above-captioned actions.

1. I have never been convicted of a felony.

2. I have never ben censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from South Carolina is attached.

I certify and attest, under the penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: May 20, 2022

Respectfully Submitted,

*Annie E. Kouba*

Annie E. Kouba
MOTLEY RICE
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9225
Facsimile: (843) 216-9450
Email: akouba@motleyrice.com

## NOTARY ACKNOWLEDGMENT

State of **SC**

County of **Charleston**

The foregoing was acknowledged before me this 20th day of May, 2022, by Annie E. Kouba.

_____      (SEAL)

Date of Expiration: *February 4, 2024*