# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Annie Elizabeth Kouba was duly sworn and admitted as an attorney in this state on November 7, 2016, and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY _____
       CHIEF DEPUTY CLERK

Columbia, South Carolina

May 19, 2022