UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prior, et al.,

        Plaintiffs,

-v-

The Islamic Republic of Iran,

        Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 19-cv-00044 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 23rd day of May, 2022, I served Defendant, ISLAMIC REPUBLIC OF IRAN, Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran, ATTN:  H.E. Mohammad Javad Zarif, via dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two copies of the 1) Notice of Default Judgment to the Islamic Republic of Iran, pursuant to 28. U.S.C. §1608 and 22 C.F.R. § 93.2 (in English and Farsi); 2) Order of Judgment as to Liability and for Partial Final Default Judgments, dated September 6, 2019, ECF No. 5088 (in English and Farsi); 3) Order of Partial Final Judgment for Damages, dated October 5, 2021, ECF No. 7182 (in English and Farsi); 4)A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and 5)Translator's Affidavits (in English only), by FedEx tracking number 7767 6865 4473.

Dated: New York, New York
       May 23, 2022

                                                                  RUBY J. KRAJICK
                                                                  CLERK OF COURT

                                                                  /s/JaVonn Ross
                                                                  *Deputy Clerk*