UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Faulkner v. Bin Laden, et al.</u>, No. 09-cv-7055

Judge Daniels has denied the Islamic Republic of Afghanistan's motion for summary judgment in <u>Faulkner v. Bin Laden, et al.</u>, No. 09-cv-7055 as moot and directed the parties to proceed with the procedures for default judgment set out by the Foreign Sovereign Immunities Act. This will include an assessment of the Court's subject matter jurisdiction over this matter. ECF No. 8043 at 3. The plaintiffs shall submit a proposed schedule for this proceeding by May 30, 2022.

**SO ORDERED.**

Dated: May 25, 2022
      New York, New York

SARAH NETBURN
United States Magistrate Judge