**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | Case No. 03-md-1570 (GBD) (SN) |
| Federal Insurance Company, et al., <br><br> Creditors, <br><br> v. <br><br> The Taliban, et al., <br><br> Debtors, <br><br> Federal Reserve Bank of New York, <br><br> Garnishee. | Case No. 03-cv-6978 (GBD) (SN) |

**DECLARATION OF J. SCOTT TARBUTTON TRANSMITTING DOCUMENTS IN
SUPPORT OF THE *FEDERAL INSURANCE* CREDITORS' RESPONSE TO THE
LIMITED MOTION TO INTERVENE OF *JAMES OWENS, ET AL.*,
AND CROSS-MOTION TO VACATE THE *OWENS EX PARTE*
PROVISIONAL PREJUDGMENT ATTACHMENT**

I, J. Scott Tarbutton, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of

perjury, that the following is true and correct to the best of my knowledge and belief:

      1.      I am an attorney admitted to practice *pro hac vice* in the above-captioned matter,

and a member of the law firm Cozen O'Connor.  I submit this Declaration to transmit to the

Court the following documents submitted in support of the Memorandum of Law in Support of

the *Federal Insurance* Creditors' Response to the Limited Motion to Intervene of *James Owens,*

*et al.*, and Cross-Motion to Vacate the *Owens Ex Parte* Prejudgment Attachment.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of a chart identifying U.S. Department of the Treasury Office of Foreign Assets Control ("OFAC") regulations defining the term "transfer."

Executed in Philadelphia, PA on May 27, 2022.

_____
J. Scott Tarbutton, Esq.

LEGAL\58118431\1