# EXHIBIT C

الاشعار العام

إلى طالبان ودا أفغانستان بنك

في المحكمة المنطقية بالولايات المتحدة للمنطقة الجنوبية لنيويورك ، القضية رقم 03 MD-1570-GBD-SN، و 03-CV-9848-GBD-SN، و 20 MC-740-GBD-SN، دائنون الحكم فيونا هافليش وآخرون") الدائنون ("Havlish و John Does 1 إلى 7 ("الدائنون") قدموا طلبًا للحصول على معدل دوران لأصول بنك Da Afghanistan Bank (DAB) الموجود في بنك الاحتياطي الفيدرالي في نيويورك (FRBNY). يسعى دائنو هافليش إلى الحصول على هذه الأصول للوفاء بالحكم النهائي الذي أصدرته المحكمة في 16 أكتوبر 2012 ضد طالبان ، من بين آخرين ، فيما يتعلق بالهجمات الإرهابية في 11 سبتمبر 2001. وفقًا للقاعدة الفيدرالية للإجراءات المدنية 69 (أ) ، N.Y. C.P.L.R، البنود 5225 (ب) و 5227 ، والبند 201 (أ) من قانون التأمين ضد مخاطر الإرهاب لعام 2002 ، تسعى طلبات الدائنين Havlish ودائني Doe إلى إجبار FRBNY على تسليم الأصول المجمدة لـ DAB بمبلغ كافٍ للوفاء بالمبالغ المستحقة من تعويضاتهم عن الأضرار التعويضية اعتبارًا من تاريخ تقديم الطلبات ، وهي 2,086,386,669 دولارًا و 138,418,741 دولارًا ، على التوالي.

هذا إشعار بأنه تم تقديم الاقتراحات. أوراق الحركة متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي: DABturnover.com.

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

27/5/22