# EXHIBIT T



AL-QUDS AL-ARABI

May 27, 2022

**Declaration of Publication**

I, *Pat Sundram*, am the Business Manager and Company Secretary of *Al-Quds Al-Arabi*, a daily, Arabic-language newspaper distributed in the Middle East, North Africa, Europe and the United States. I hereby certify that the advertisement, a true copy of which is attached hereto, was published in *Al-Quds Al-Arabi* on the following dates: April 28, 2022; May 4, 2022; May 11, 2022; and May 18, 2022. Also attached hereto are true and correct copies of pages from *Al-Quds Al-Arabi* on those four dates, each of which shows the advertisement's placement on the bottom right-hand corner of the page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 27, 2022.

Pat Sundram FCCA
Business Manager

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

الاشعار العام

إلى طالبان ودا أفغانستان بنك

في المحكمة المنطقية بالولايات المتحدة للمنطقة الجنوبية لنيويورك ، القضية رقم 03 MD-1570-GBD-SN ،و 03-CV-9848-GBD-SN، و 20 MC-740-GBD-SN، دائنون الحكم فيونا هافليش وآخرون") .الدائنون ("Havlish و John Does 1 إلى 7 ("الدائنون") قدموا طلبًا للحصول على معدل دوران لأصول بنك (DAB) Da Afghanistan Bank الموجود في بنك الاحتياطي الفيدرالي في نيويورك (FRBNY). يسعى دائنو هافليش إلى الحصول على هذه الأصول للوفاء بالحكم النهائي الذي أصدرته المحكمة في 16 أكتوبر 2012 ضد طالبان ، من بين آخرين ، فيما يتعلق بالهجمات الإرهابية في 11 سبتمبر 2001. وفقًا للقاعدة الفيدرالية للإجراءات المدنية 69 (أ) ، N.Y. C.P.L.R، البنود 5225 (ب) و 5227 ، والبند 201 (أ) من قانون التأمين ضد مخاطر الإرهاب لعام 2002 ، تسعى طلبات الدائنين Havlish ودائني Doe إلى إجبار FRBNY على تسليم الأصول المجمدة لـ DAB بمبلغ كافٍ للوفاء بالمبالغ المستحقة من تعويضاتهم عن الأضرار التعويضية اعتبارًا من تاريخ تقديم الطلبات ، وهي 2,086,386,669 دولارًا و 138.418.741 دولارًا ، على التوالي.

هذا إشعار بأنه تم تقديم الاقتراحات. أوراق الحركة متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي: DABturnover.com.

**القدس العربي**

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

27/5/22

# القدس العربي

## Arab & International affairs

### تحذير أممي من تحول سوريا إلى «قضية منسية»... ودعوات لماكرون لإعادة الأطفال «المسجونين فيها»

### السلطات التركية ترحّل لاجئين إلى الشمال السوري وسط أنباء عن نيتها إعادة 1.5 مليون منهم

### بينما الوصي «يقاتل»... «الوصاية» في خطر
### «مأزق» متعدد الكمائن... الإبراهيميات «تهاجم» العقل الأردني عبر «معاهد مدللة»

### أهالي ضحايا تفجير المرفأ يحذرون وزير المال
### السنيورة يحذر من تزوير إرادة بيروت... وفقدان النصاب قد يطيّر جلسة الثقة في وزير الخارجية اليوم

### تجميد الأنشطة والمباريات الرياضية في لبنان... والسبب تفادي المسّ بالسلم الأهلي قبل الانتخابات



Al-Quds Al-Arabi   Volume 34   Issue 10608 Thursday 28 April 2022

10 Arab & International affairs — www.alquds.co.uk — القدس — شؤون عربية ودولية

نزوح عكسي للإيزيديين من المنطقة... ودعوات للأمم المتحدة بالتدخل

# اشتباكات بين مسلحي «الكردستاني» والجيش العراقي تنتهي بتطويق سنجار
## ...و«الحشد» ينأى بنفسه عن التدخل

بغداد ـ «القدس العربي»:



أطفال يعبرون من أمام سيارة للشرطة في سنجار

---

الأكراد يحمّلون الحكومة الاتحادية مسؤولية كشف المتورطين بقصف أربيل:
## القادة الأمنيون فشلوا ويجب تغييرهم

واشنطن تحذّر من المساس بالسيادة والاقتصاد العراقيين

---

واشنطن: بايدن يطلب من شعبه الدفاع عن حق الإجهاض

---

أرمينيا: توقيف 200 شخص خلال تظاهرات ضد رئيس الوزراء

Al-Quds Al-Arabi  Volume 34  Issue 10513 Wednesday 4 May 2022

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 3601733
Web: www.alquds.co.uk

السنة الرابعة والثلاثون العدد 10613 الأربعاء 4 أيار (مايو) 2022 ـ 3 شوال 1443 هـ

إشعار عام
إلى طالبان، و دا بنك أفغانستان

4 — Arab & International affairs — www.alquds.co.uk — شؤون عربية ودولية — القدس العربي

مستقلون يرفضون مبادرة الصدر ويخططون لموقف موحدّ يحسم تشكيل الحكومة

## التيار الصدري يصرّ على حكومة أغلبية وطنية: لن نتمسك بالسلطة… وصراعنا إصلاحي لا لتقاسم المغانم

بغداد ـ «القدس العربي»
من مشرق ريسان

[مقال بالعربية حول موقف التيار الصدري من تشكيل الحكومة العراقية وردود المستقلين ومختلف القوى السياسية]

---

وزير الخارجية دعا لحلّ نهائي لمخيمات المهجرين: خطر على الأمن الإقليميّ والدوليّ

## العراق يطلب دعماً دولياً للمساعدة في إيواء اللاجئين السوريين وإنهاء خطر تنظيم «الدولة»

بغداد ـ «القدس العربي»

[مقال بالعربية حول طلب العراق دعماً دولياً بشأن اللاجئين السوريين ومكافحة تنظيم الدولة]

---

النزوح الثاني: الإيزيديون يفرون من جديد من القضاء

## تجمّع شبابي مستقلّ يرفض لقاء الكاظمي بوفد من القضاء: لا يمثلوننا… ونرفض تطبيق اتفاق سنجار

بغداد ـ «القدس العربي» ـ ووكالات

[مقال بالعربية حول موقف تجمع شبابي مستقل في سنجار ورفضه اتفاق سنجار]

---

### إشعار عام
### إلى طالبان و دا بنك أفغانستان

في محكمة المقاطعة بالولايات المتحدة الجنوبية لنيويورك، القضية رقم 03-CV-9848-GBN ، 03-MD-1570-GBD-SN و 20-MC-740-GBD-SN، و 7 (الدائنون) (Havlish)، أصدرت المحكمة حكماً ضدّ طالبان، وآخرون (John Does 1 إلى 7) (الدائنون) قدّموا طلبات للحصول على أصول بنك Da Afghanistan Bank (DAB) الموجودة لدى بنك الاحتياطي الفيدرالي في نيويورك (FRBNY)...

[نص إعلان قانوني بالعربية يتعلق بالحكم الصادر ضد طالبان وأصول دا أفغانستان بنك]

www.DABturnover.com

Al-Quds Al-Arabi  Volume 34  Issue 10520 Wednesday 11 May 2022
السنة الرابعة والثلاثون العدد 10520 الأربعاء 11 أيار (مايو) 2022 ـ 10 شوال 1443 هـ

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008  Fax: 020 8741 8902
VAT Reg No: 538 9427 04  Registered No: 2604233
Web: www.alquds.co.uk

11/5/22

Case 1:03-md-01570-GBD-SN   Document 8059-20   Filed 05/31/22   Page 7 of 7

# غانتس: يمكن منع أو تخفيض ثمن حرب مستقبلية مع طهران عبر حملة ضغط بقيادة المجتمع الدولي

لقاء مرتقب بين وزيري خارجية إيران والسعودية «قريباً» في العراق

# أمير قطر يلتقي ملك إسبانيا لمناقشة تعزيز العلاقات



ملك إسبانيا فيليب السادس مستقبلاً أمير الشيخ تميم بن حمد آل ثاني في قصر زارزويلا أمس في مدريد

# بايدن يرفع مجموعة من العقوبات عن كوبا وهافانا ترحب

# طهران تؤكد توقيف فرنسيين ومطالبات أممية بإلغاء حكم الإعدام على أكاديمي

# طالبان لا تعتبر واشنطن عدواً... وتحل اللجنة الأفغانية المستقلة لحقوق الإنسان

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

Al-Quds Al-Arabi   Volume 34   Issue 10927 Wednesday 18 May 2022

السنة الرابعة والثلاثون العدد 10627 الأربعاء 18 أيار (مايو) 2022 – 17 شوال 1443 هـ