

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022

May 30, 2022

VIA ECF

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Faulkner v. Bin Laden*, Case Nos. 03-md-1570; 09-cv-07055 (GBD)(SN) in the United States District Court for the Southern District of New York

Dear Judge Netburn:

    This is on behalf of the Plaintiff Lynn Faulkner in the above-captioned matter. By an order issued May 25, 2022 (ECF No. 8052), the Court directed Plaintiff to submit a proposed schedule for default judgment proceedings. Plaintiff proposes to submit his motion for default judgment on or before June 30, 2022.

Respectfully submitted,

JUDICIAL WATCH, INC.


/s/   *James F. Peterson*
Counsel for Plaintiff


cc:  Counsel of record by ECF

---

The Plaintiff's request is GRANTED. The motion for default judgment shall be submitted by June 30, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 31, 2022
      New York, New York