USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/22

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

May 26, 2022

The Honorable George B. Daniels　　　　The Honorable Sarah Netburn
United States District Court　　　　　　　United States District Court
Southern District of New York　　　　　　Southern District of New York
Daniel P. Moynihan U.S. Courthouse　　　Thurgood Marshall U.S. Courthouse
500 Pearl Street　　　　　　　　　　　　40 Foley Square, Room 430
New York, NY  10007　　　　　　　　　　New York, NY 10007

　　　　RE:　　*In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

　　　　On behalf of the Plaintiffs pursuing claims against Sudan pursuant to the Consolidated Amended Complaint ("CAC") at ECF No. 6539, we write to make two requests concerning modification of the briefing schedule and structure for any motion for reconsideration or objections to Judge Netburn's May 3, 2022 Report and Recommendation as to Sudan.

　　　　First, the CAC Plaintiffs respectfully request an extension of time for filing any motion for reconsideration, from June 2, 2022 to June 10, 2022.  This additional extension is being requested due to intervening developments in the MDL, including unanticipated additional briefing in the turnover proceedings (*see* ECF No. 8020), and significant work relating to preparations for impending depositions of experts in the proceedings against the Kingdom of Saudi Arabia,[1] as well as family and vacation commitments surrounding the upcoming Memorial Day holiday.

　　　　Second, the CAC Plaintiffs respectfully request that the deadline for any objections to the Report be reset for two weeks after the Court resolves all issues raised by any motions for reconsideration, whether through an Order or issuance of a revised Report.  In this regard, the

---

[1] Saudi Arabia served its expert reports on May 16, 2022.  Collectively, the reports span 918 pages, and contain 2,561 citations.  Plaintiffs are working in earnest to locate and collect the reliance materials identified by these experts in their reports, in anticipation of depositions beginning in early June.

Honorable George B. Daniels
Honorable Sarah Netburn
May 26, 2022
Page 2

_____

CAC Plaintiffs note that they have identified a number of housekeeping issues that they believe appropriate for reconsideration, relating to the timeliness of certain claims and procedural background of certain of the individual claims. We believe these matters impacted the Court's ultimate conclusions concerning the scope of substantive claims available to certain of the CAC Plaintiffs, and that addressing these issues on the front end through reconsideration would substantially streamline and likely obviate the need for objections relative to several issues.

The CAC Plaintiffs have conferred with Sudan, and Sudan has advised that it does not object to these proposals, provided that they are reciprocal and apply to any motion for reconsideration or objections to be filed by Sudan as well. The CAC Plaintiffs are in agreement with that request.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| COZEN O'CONNOR | MOTLEY RICE LLC |
| By: /s/ Sean P. Carter | By: /s/ Robert T. Haefele |
| SEAN P. CARTER | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, PA 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter1@cozen.com | |
| *On behalf of the CAC Plaintiffs* | *On behalf of the CAC Plaintiffs* |

cc:   All MDL Counsel of Record (via ECF)

---

The Parties' request is GRANTED. Any motion for reconsideration shall be submitted by June 10, 2022. Opposition to that motion shall be submitted by June 24. The deadline to submit objections to the report and recommendation at ECF No. 7942 is adjourned pending further action of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 31, 2022
       New York, New York

2