# EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF LAST NAME | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Marie | Rose | Abad | Rudy | Abad | Spouse | $ 12,500,000.00 |
| 2 | Bruce | | Boehm | Jeffrey | Boehm | Sibling | $ 4,250,000.00 |
| 3 | Bruce | | Boehm | Dorothy | Boehm | Parent | $ 8,500,000.00 |
| 4 | Francois | | Jean-Pierre | Sherley | Jean-Pierre | Child | $ 8,500,000.00 |
| 5 | Francois | | Jean-Pierre | Roody (aka "Roudy") | Jean-Pierre | Child | $ 8,500,000.00 |
| 6 | Robert | | McLaughlin | Michael | McLaughlin | Sibling | $ 4,250,000.00 |
| 7 | Frank | | Naples | Barbara | Naples | Parent | $ 8,500,000.00 |
| 8 | Frank | | Palombo | Anthony | Palombo | Child | $ 8,500,000.00 |