UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Smith v. The Islamic Emirate of Afghanistan, et al., No. 01-cv-10132

    Smith v. The Islamic Emirate of Afghanistan, et al., No. 01-cv-10132, is now part of In re Terrorist Attacks on September 11, 2001, No. 03-md-1570. Accordingly, all papers in Smith should also be filed on the docket for In re Terrorist Attacks from now on.

**SO ORDERED.**

Dated: June 10, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge