UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03-MD-01570 (GBD) (SN)** |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of Plaintiff Raymond Anthony Smith, as Administrator of the Estate of George Eric Smith, deceased (<u>Smith v. The Islamic Emirate of Afghanistan, et al.</u>, No. 01-cv-10132) with regard to the above captioned matter.

                                                    **THE BEASLEY FIRM, LLC**

BY:     */s/ Dion G. Rassias*
             DION G. RASSIAS, ESQUIRE
             ID: 5171442
             1125 Walnut Street
             Philadelphia, PA 19107
             (215) 592-1000
             (215) 592-8360 (facsimile)
DATED: June 10, 2022        dgr@beasleyfirm.com

## **CERTIFICATE OF SERVICE**

Dion G. Rassias, Esquire, hereby certifies that on this date, a true and correct copy of the foregoing was sent to all counsel of record via ECF.

                                  **THE BEASLEY FIRM, LLC**

**BY:**     */s/ Dion G. Rassias*
               DION G. RASSIAS

DATED:  June 10, 2022