UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001     Case No. 1:03-md-01570-GBD-SN

## ORDER FOR ADMISSION

## PRO HAC VICE

The motion of James E. Beasley, Jr. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of Pennsylvania, and that his/her contact information is as follows (please print):

Applicant's Name: JAMES E. BEASLEY JR
Firm Name: THE BEASLEY FIRM, LLC
Address: 1125 WALNUT STREET
City/ State/ Zip: PHILADELPHIA PA 19107
Telephone/ Fax: 215.592.1000 / 215.592.1523

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *The Estates of George Eric Smith and Timothy Soulas,* initially filed as *Smith v. Islamic Emirate of Afghanistan, et al.*, No. 01-cv-10132, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/ Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001     Case No. 1:03-md-01570-GBD-SN

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James E. Beasley, Jr. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The Estate of Raymond Smith and The Estate of Timothy Soulas, initially filed as *Smith v. Islamic Emirate of Afghanistan, et al.*, No. 01-cv-10132, in the above-captioned action.

I am in good standing of the bar of the state of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10 June 2022     Respectfully Submitted,

Applicant Signature: _____

Applicant's Name:   James E. Beasley, Jr.
Firm Name:          The Beasley Firm, LLC
Address:            1125 Walnut Street
City/State/Zip:     Philadelphia, PA 19107
Telephone/Fax:      215.592.1000/215.592.1523 (fax)
Email:              jim.beasley@beasleyfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001     Case No. 1:03-md-01570-GBD-SN

**AFFIDAVIT OF JAMES E. BEASLEY, JR.**

I, James E. Beasley, Jr., being duly sworn, swear and affirm as follows:

1. I am a duly licensed attorney in the Commonwealth of Pennsylvania, with the Pennsylvania Bar identification number 83282.

2. I have been previously admitted *pro hac vice* in the Southern District of New York to represent the Estates of George Eric Smith and Timothy Soulas in the case *Smith v. Islamic Emirate of Afghanistan, et al.*, 01-cv-10132 (*Smith* litigation).

3. The *Smith* litigation was, on 10 June 2022, ordered to be part of *In re Terrorist Attacks of September 11, 2001*, Case No. 1:03-md-01570-GBD-SN.

4. This affidavit accompanies my Motion for *pro hac vice* to represent the *Smith* and *Soulas* Estates in the MDL identified as *In re Terrorist Attacks of September 11, 2001*, Case No. 1:03-md-01570-GBD-SN.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

_____
James E. Beasley, Jr.

SWORN TO AND SUBSCRIBED
before me this 10th day of
__June__, 2022.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JANET VOLPE, Notary Public
Philadelphia County
My Commission Expires October 31, 2025
Commission Number 1172385



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## James E. Beasley Jr., Esq.

### DATE OF ADMISSION

### April 14, 1999

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 6, 2022

Patricia A. Johnson
Chief Clerk