**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Terrorist Attacks of September 11, 2001     Case No. 1:03-md-01570-GBD-SN

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James E. Beasley, Jr. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The Estate of Raymond Smith and The Estate of Timothy Soulas, initially filed as *Smith v. Islamic Emirate of Afghanistan, et al.*, No. 01-cv-10132, in the above-captioned action.

I am in good standing of the bar of the state of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: *10 June 2022*          Respectfully Submitted,

Applicant Signature: _____

Applicant's Name:     James E. Beasley, Jr.
Firm Name:            The Beasley Firm, LLC
Address:              1125 Walnut Street
City/State/Zip:       Philadelphia, PA 19107
Telephone/Fax:        215.592.1000/215.592.1523 (fax)
Email:                jim.beasley@beasleyfirm.com