UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

Case No. 1:03-md-01570-GBD-SN

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of James E. Beasley, Jr. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of Pennsylvania, and that his/her contact information is as follows (please print):

Applicant's Name: JAMES E. BEASLEY JR
Firm Name: THE BEASLEY FIRM, LLC
Address: 1125 WALNUT STREET
City/ State/ Zip: PHILADELPHIA PA 19107
Telephone/ Fax: 215.592.1000 / 215.592.1523

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *The Estates of George Eric Smith and Timothy Soulas,* initially filed as *Smith v. Islamic Emirate of Afghanistan, et al.*, No. 01-cv-10132, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/ Magistrate Judge