UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001   Case No. 1:03-md-01570-GBD-SN

**AFFIDAVIT OF JAMES E. BEASLEY, JR.**

I, James E. Beasley, Jr., being duly sworn, swear and affirm as follows:

1. I am a duly licensed attorney in the Commonwealth of Pennsylvania, with the Pennsylvania Bar identification number 83282.

2. I have been previously admitted *pro hac vice* in the Southern District of New York to represent the Estates of George Eric Smith and Timothy Soulas in the case *Smith v. Islamic Emirate of Afghanistan, et al.*, 01-cv-10132 (*Smith* litigation).

3. The *Smith* litigation was, on 10 June 2022, ordered to be part of *In re Terrorist Attacks of September 11, 2001*, Case No. 1:03-md-01570-GBD-SN.

4. This affidavit accompanies my Motion for *pro hac vice* to represent the *Smith* and *Soulas* Estates in the MDL identified as *In re Terrorist Attacks of September 11, 2001*, Case No. 1:03-md-01570-GBD-SN.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

_____
James E. Beasley, Jr.

SWORN TO AND SUBSCRIBED
before me this 10th day of
_____June_____, 2022.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JANET VOLPE, Notary Public
Philadelphia County
My Commission Expires October 31, 2025
Commission Number 1172385