

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### James E. Beasley Jr., Esq.

#### DATE OF ADMISSION

**April 14, 1999**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 6, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk