**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03-MD-01570 GBD-SN** |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of the Estate of George Eric Smith, deceased and the Estate of Timothy Soulas, deceased, (as represented in <u>Smith v. Islamic Emirate of Afghanistan, et al</u>., No.01-cv-10132 GBD-SN) with regard to the above captioned matter.

**THE BEASLEY FIRM, LLC**

BY:   */s/ James E. Beasley, Jr.*
JAMES E. BEASLEY, JR., ESQUIRE
*Pro Hac Vice*
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
(215) 592-8360 (facsimile)
DATED:  June 14, 2022                         jim.beasley@beasleyfirm.com

## CERTIFICATE OF SERVICE

James E Beasley, Jr., Esquire, hereby certifies that on this date, a true and correct copy of the foregoing was sent to all counsel of record via ECF.

**THE BEASLEY FIRM, LLC**

**BY:**   */s/ James E. Beasley, Jr.*
JAMES E. BEASLEY, JR.

DATED:  June 14, 2022