UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Federal Insurance Co., et al. v. Al Qaida, et al., No. 03-cv-6978
    Thomas E. Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03-cv-9849
    Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 04-cv-1923
    Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04-cv-5970
    Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al., No. 04-cv-7065
    Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 04-cv-7279

    The Parties request to extend again the briefing schedule for Dubai Islamic Bank's motion for summary judgment on the grounds of lack of personal jurisdiction. The request is denied. This motion was originally filed on December 3, 2021. ECF No. 7419. The Court granted three extensions, which the parties indicated might eliminate the need to resolve that motion. ECF Nos. 7591, 7707, 7789. Those talks collapsed, and the Court set a new briefing schedule, with briefing to conclude in September 2022. ECF No. 7929.

    Now, the parties request a new six-week extension of that schedule to address discovery issues created by the U.S. Government's March 2022 release of additional September 11 documents. Under this proposed schedule, final briefing would not be complete until October 28, 2022. ECF No. 8089 at 2. The parties also warn that they want this briefing to commence only "after the issues concerning additional discovery are resolved." Id. They do not propose a timeline for raising these issues to the Court.

As it stands, this motion will have been in stasis for more than nine months by the time it is fully briefed in September. The Parties propose not only to draw this out further, but also to do so on an effectively provisional basis, with the strong possibility of further extensions and supplemental motion practice. It is time to move this motion forward. The Parties' request for an extension is denied. Briefing will continue on the schedule set out by the Court in its order at ECF No. 7929. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8089.

**SO ORDERED.**

Dated: June 14, 2022
      New York, New York

SARAH NETBURN
United States Magistrate Judge