UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03-MD-01570 (GBD) (SN)** |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of the Estate of George Eric Smith, deceased and the Estate of Timothy Soulas, deceased, (as represented in <u>Smith v. Islamic Emirate of Afghanistan, et al.</u>, No.01-cv-10132 GBD-SN) with regard to the above captioned matter.

                                                    **THE BEASLEY FIRM, LLC**

                              BY:    */s/ Dion G. Rassias*
                                              DION G. RASSIAS, ESQUIRE
                                              ID: 5171442
                                              1125 Walnut Street
                                              Philadelphia, PA 19107
                                              (215) 592-1000
                                              (215) 592-8360 (facsimile)
DATED: June 14, 2022                      dgr@beasleyfirm.com

## CERTIFICATE OF SERVICE

Dion G. Rassias, Esquire, hereby certifies that on this date, a true and correct copy of the foregoing was sent to all counsel of record via ECF.

            **THE BEASLEY FIRM, LLC**

     **BY:**  */s/ Dion G. Rassias*
          DION G. RASSIAS

DATED: June 14, 2022