# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————— x

In re Terrorist Attacks on September 11, 2001        **03 MDL 1570**

———————————————————————————— x

*This filing applies to the Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al., 04 CV 1076 (GBD)(SN)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Estate of John Patrick O'Neill, Sr., on behalf of John Patrick O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law | ) ) ) ) ) ) |
| John Patrick O'Neill, Jr. | ) ) |
| Christine Irene O'Neill | ) ) |
| Carol O'Neill | ) ) |
| Dorothy A. O'Neill, | ) **Civil Action No:  04-1076 (GBD)(SN)** |
| Erik K. Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr. | ) **[Proposed] Second Amended** |
| | ) **First Consolidated Complaint** |
| | ) **Jury Trial Demanded** |
| Gordon Aamoth, Sr., individually, as surviving parent of Gordon McCannel Aamoth, Jr. | ) ) ) |
| Mary Aamoth, individually, as surviving parent of Gordon McCannel Aamoth, Jr. | ) ) ) |
| Gordon Aamoth, Sr., as the Personal Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members | ) ) ) ) ) ) |

1

of Gordon McCannel Aamoth, Jr. )
)
Peter Aamoth, individually, as surviving )
sibling of Gordon McCannel Aamoth, Jr. )
)
Lloyd A. Abel Jr., individually, as )
surviving sibling of Laurence C. Abel )
)
Lloyd A. Abel Sr., individually, as )
surviving parent of Laurence C. Abel )
)
Lloyd A. Abel Sr., as the Personal )
Representative of the Estate of Laurence C. )
Abel, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )
Laurence C. Abel )
)
Roberta Agyeman, individually, as )
surviving child of Sophia Addo )
)
Joseph Ameyaw, individually, as surviving )
spouse of Sophia Addo )
)
BNY Mellon, as the Personal )
Representative of the Estate of Sophia )
Addo, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )
Sophia Addo )
)
Angeli Ylanan Agarwala, individually, as )
surviving child of Mukul Kumar Agarwala )
)
Robert Langdon as Personal Representative )
of the Estate of Edward Ahearn, deceased, )
the late parent of Lt. Brian G. Ahearn )
)
Elizabeth A. Ahearn, individually, as )
surviving sibling of Lt. Brian G. Ahearn )
)
Debra Ahearn, as the Personal )
Representative of the Estate of Brian G. )
Ahearn, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of Lt. )
Brian G. Ahearn )

2

June Ahearn, individually, as surviving
parent of Lt. Brian G. Ahearn

Jeba Ahmed, individually, as surviving
spouse of Shabbir Ahmed

Nadia Ahmed, individually, as surviving
child of Shabbir Ahmed

Thanbir Ahmed, individually, as surviving
child of Shabbir Ahmed

Salma Ahmed-Green, individually, as
surviving child of Shabbir Ahmed

Abdul Mosobbir, individually, as surviving
sibling of Shabbir Ahmed

Jeba Ahmed, as the Personal
Representative of the Estate of Shabbir
Ahmed, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Shabbir Ahmed

Andrew Albero, individually, as surviving
sibling of Gary Albero

Aracelis Albero, individually, as surviving
spouse of Gary Albero

Aracelis Albero, as the Personal
Representative of the Estate of Gary
Albero, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Gary
Albero

Kevin Albero, individually, as surviving
sibling of Gary Albero

Michael A. Albero, individually, as
surviving child of Gary Albero

Kevin Albero and Andrew Albero as co-
Personal Representatives of the Estate of
Andrew P. Albero, deceased, the late

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

3

parent of Gary Albero )
)
Patricia Albero (c/o Attorney-in-Fact, Fred )
Corrado), individually, as surviving parent )
of Gary Albero )
)
Willie Aldridge Jr., individually, as )
surviving sibling of Jacquelyn D. Aldridge )
)
Delores Aldridge a/k/a Delores Aldridge )
Essuon, individually, as surviving sibling )
of Jacquelyn D. Aldridge )
)
Marjorie Aldridge-Holder, individually, as )
surviving sibling of Jacquelyn D. Aldridge )
)
Lafayette Frederick, individually, as )
surviving spouse of Jacquelyn D. Aldridge )
)
Lafayette Frederick, as the Personal )
Representative of the Estate of Jacquelyn )
D. Aldridge, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )
Jacquelyn D. Aldridge )
)
Barry Allen, individually, as surviving )
sibling of Eric Allen )
)
Marian Allen, individually, as surviving )
sibling of Eric Allen )
)
Barry Allen as Personal Representative of )
the Estate of Edward Allen , deceased, the )
late sibling of Eric Allen )
)
Barry Allen as Personal Representative of )
the Estate of Laetita "Letty" Allen, )
deceased, the late parent of Eric Allen )
)
Denise Allen, individually, as surviving )
parent of Richard L. Allen )
)
Denise Allen, as the Personal )
Representative of the Estate of Richard L. )
Allen, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )

4

Richard L. Allen )
)
Richard Allen, individually, as surviving )
parent of Richard L. Allen )
)
Robert C. Alonso, individually, as )
surviving spouse of Janet Alonso )
)
Robert C. Alonso, as the Personal )
Representative of the Estate of Janet )
Alonso, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of Janet )
Alonso )
)
Victoria Alonso, individually, as surviving )
child of Janet Alonso )
)
Robert C. Alonso Jr., individually, as )
surviving child of Janet Alonso )
)
Karen Banyo, individually, as surviving )
sibling of Janet Alonso )
)
Cheryl A. Russo, individually, as surviving )
sibling of Janet Alonso )
)
Filiberta Barragan, individually, as )
surviving spouse of Antonio J. Alvarez )
)
Giovanni Javier, individually, as surviving )
child of Antonio J. Alvarez )
)
BNY Mellon, as the Personal )
Representative of the Estate of Antonio J. )
Alvarez, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )
Antonio J. Alvarez )
)
Anthony Amatuccio, individually, as )
surviving sibling of Joseph Amatuccio )
)
Antoinette Amatuccio a/k/a Antoinette R. )
Callori, individually, as surviving sibling of )
Joseph Amatuccio )
)
Debra Amatuccio, individually, as )

5

surviving spouse of Joseph Amatuccio )
)
Debra Amatuccio, as the Personal )
Representative of the Estate of Joseph )
Amatuccio, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )
Joseph Amatuccio )
)
Dina Amatuccio, individually, as surviving )
child of Joseph Amatuccio )
)
Joseph Amatuccio, individually, as )
surviving child of Joseph Amatuccio )
)
Karen Amundson, individually, as )
surviving parent of Spc. Craig Amundson )
)
Orland Amundson, individually, as )
surviving parent of Spc. Craig Amundson )
)
Ryan Amundson, individually, as surviving )
sibling of Spc. Craig Amundson )
)
Amber A. Amundson, as the Personal )
Representative of the Estate of Craig )
Amundson, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of Spc. )
Craig Amundson )
)
Rachel Dana Aron Weiner, individually, as )
surviving spouse of Joshua Aron )
)
Rachel Dana Aron Weiner, as the Personal )
Representative of the Estate of Joshua )
Aron, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )
Joshua Aron )
)
Carl Asaro, individually, as surviving child )
of Carl Asaro )
)
Heloiza Asaro, individually, as surviving )
spouse of Carl Asaro )
)
Heloiza Asaro, as the Personal )

6

Representative of the Estate of Carl Asaro,        )
deceased, and on behalf of all survivors and       )
all legally entitled beneficiaries and family      )
members of Carl Asaro                              )
                                                   )
Marc Asaro, individually, as surviving             )
child of Carl Asaro                                )
                                                   )
Matthew Asaro, individually, as surviving          )
child of Carl Asaro                                )
                                                   )
Phillip Asaro, individually, as surviving          )
child of Carl Asaro                                )
                                                   )
Rebecca Asaro, individually, as surviving          )
child of Carl Asaro                                )
                                                   )
Jason Audiffred, individually, as surviving        )
child of James Audiffred                           )
                                                   )
Robin Audiffred, individually, as surviving        )
spouse of James Audiffred                          )
                                                   )
Robin Audiffred, as the Personal                   )
Representative of the Estate of James              )
Audiffred, deceased, and on behalf of all          )
survivors and all legally entitled                 )
beneficiaries and family members of James          )
Audiffred                                          )
                                                   )
Antonio Aversano, individually, as                 )
surviving child of Louis F. Aversano Jr.           )
                                                   )
Doris Aversano, individually, as surviving         )
spouse of Louis F. Aversano Jr.                    )
                                                   )
Doris Aversano, as the Personal                    )
Representative of the Estate of Louis F.           )
Aversano Jr., deceased, and on behalf of all       )
survivors and all legally entitled                 )
beneficiaries and family members of Louis          )
F. Aversano Jr.                                    )
                                                   )
Rosemary Aversano, individually, as                )
surviving child of Louis F. Aversano Jr.           )
                                                   )
Lisa R. Procaccio, individually, as                )
                                                   )

7

surviving child of Louis F. Aversano Jr.                                    )
                                                                            )
Leyda Colon-Ayala, individually, as                                         )
surviving spouse of Samuel (Sandy) Ayala                                    )
                                                                            )
Leyda Colon-Ayala, as the Personal                                          )
Representative of the Estate of Samuel                                       )
(Sandy) Ayala, deceased, and on behalf of                                   )
all survivors and all legally entitled                                      )
beneficiaries and family members of                                         )
Samuel (Sandy) Ayala                                                        )
                                                                            )
Samantha Ayala, individually, as surviving                                  )
child of Samuel (Sandy) Ayala                                               )
                                                                            )
Vincent Babakitis, individually, as                                         )
surviving child of Arlene T. Babakitis                                      )
                                                                            )
James Babakitis, as the Personal                                            )
Representative of the Estate of Arlene T.                                    )
Babakitis, deceased, and on behalf of all                                   )
survivors and all legally entitled                                          )
beneficiaries and family members of                                         )
Arlene T. Babakitis                                                         )
                                                                            )
Evelyn Pettignano, individually, as                                         )
surviving sibling of Arlene T. Babakitis                                    )
                                                                            )
Evelyn Pettignano and Karen Reoch, as co-                                   )
Personal Representatives of the Estate of                                   )
Sadie Reoch, deceased, the late parent of                                   )
Arlene T. Babakitis                                                         )
                                                                            )
Karen Ann Reoch, individually, as                                           )
surviving sibling of Arlene T. Babakitis                                    )
                                                                            )
Laura Baierwalter, individually, as                                         )
surviving spouse of Robert J. Baierwalter                                   )
                                                                            )
Laura Baierwalter, as the Personal                                          )
Representative of the Estate of Robert J.                                   )
Baierwalter, deceased, and on behalf of all                                 )
survivors and all legally entitled                                          )
beneficiaries and family members of                                         )
Robert J. Baierwalter                                                       )
                                                                            )
Raymond Baierwalter, individually, as                                       )

8

surviving child of Robert J. Baierwalter )
)
Richard Baierwalter, individually, as )
surviving child of Robert J. Baierwalter )
)
Veronica Baierwalter, individually, as )
surviving child of Robert J. Baierwalter )
)
Maureen Schlowinski, individually, as )
surviving sibling of Robert J. Baierwalter )
)
Daniel Barnes, individually, as surviving )
sibling of Matthew Barnes )
)
Denise Barnes, individually, as surviving )
sibling of Matthew Barnes )
)
Jesse Barnes, individually, as surviving )
child of Matthew Barnes )
)
Matthew Barnes Jr., individually, as )
surviving child of Matthew Barnes )
)
Russell Barnes, individually, as surviving )
sibling of Matthew Barnes )
)
Suzanne Barnes, individually, as surviving )
sibling of Matthew Barnes )
)
Thomas Barnes, individually, as surviving )
child of Matthew Barnes )
)
Susan Barnes-Ford, individually, as )
surviving spouse of Matthew Barnes )
)
Susan Barnes-Ford, as the Personal )
Representative of the Estate of Matthew )
Barnes, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of )
Matthew Barnes )
)
John Doe 104, as the Personal )
Representative of the Estate of Yvette Mell )
, deceased, the late parent of Matthew )
Barnes )
)
Ricardo Barnes, individually, as surviving )

9

spouse of Sheila P. Barnes )
)
Ricardo Barnes, as the Personal )
Representative of the Estate of Sheila P. )
Barnes, deceased, and on behalf of all )
survivors and all legally entitled )
beneficiaries and family members of Sheila )
P. Barnes )
)
Christine Barnes-Murrell, individually, as )
surviving child of Sheila P. Barnes )
)
Zulema Barnes-Robinson, individually, as )
surviving child of Sheila P. Barnes )
)
Elizabeth a/k/a Betty Bennett, individually, )
as surviving parent of Eric L. Bennett )
)
)
Elizabeth a/k/a Betty Bennett, as the
Personal Representative of the Estate of
Eric L. Bennett, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of Eric
L. Bennett

Kimberly Ann Bennett, individually, as
surviving sibling of Eric L. Bennett

Terry Bennett, individually, as surviving
parent of Eric L. Bennett

William J. Biggart, individually, as
surviving child of William G. Biggart

Elizabeth Linker, individually, as surviving
sibling of William G. Biggart

Margaret Burke a/k/a Margaret Burke,
individually, as surviving sibling of
William G. Biggart

William Bishop, individually, as surviving
child of George Bishop

John Doe 4, being intended to designate the
Personal Representative of the Estate of
George Bishop, deceased, said name being
fictitious, her/his true name is not presently

10

known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of George Bishop

John Doe 5, being intended to designate the Personal Representative of the Estate of Carrie R. Blagburn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Carrie R. Blagburn

Kevin Smith, individually, as surviving child of Carrie R. Blagburn

Kim Williams, individually, as surviving child of Carrie R. Blagburn

Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding, deceased, the late sibling of Harry J. Blanding

Dorothy Blanding, individually, as surviving parent of Harry J. Blanding

Carol Boccardi, individually, as surviving parent of Michael A. Boccardi

Carol Boccardi, as the co-Personal Representative of the Estate of Michael A. Boccardi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of

11

Michael A. Boccardi

Michelle Bronson as Personal
Representative of the Estate of Michael R.
Boccardi, deceased, the late parent of
Michael A. Boccardi

Roya Bolourchi Touran , individually, as
surviving child of Touran (Touri)
Bolourchi

John Doe 67, being intended to designate
the Personal Representative of the Estate of
Touran (Touri) Bolourchik, deceased, said
name being fictitious, her/his true name is
not presently known, confirmed, and/or has
not been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Touran (Touri) Bolourchi

Kathryn B. Agugliaro, individually, as
surviving parent of Frank J. Bonomo

Joseph Anthony Bonomo, individually, as
surviving child of Frank J. Bonomo

Juliana Rose Bonomo, individually, as
surviving child of Frank J. Bonomo

Margarite Bonomo, individually, as
surviving spouse of Frank J. Bonomo

Margarite Bonomo, as the Personal
Representative of the Estate of Frank J.
Bonomo, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Frank
J. Bonomo

Lenore B. Williams, individually, as
surviving sibling of Frank J. Bonomo

Alexandra Bowen, individually, as
surviving child of Donna Bowen

Anastasia Bowen, individually, as
surviving child of Donna Bowen

Eugene Bowen, individually, as surviving
spouse of Donna Bowen

Eugene Bowen, as the Personal
Representative of the Estate of Donna
Bowen, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Donna Bowen

Eugene Bowen Jr., individually, as
surviving child of Donna Bowen

Dior P. Gordon, individually, as surviving
child of Veronique N. Bowers

John Doe 115, being intended to designate
the Personal Representative of the Estate of
Veronique N. Bowers, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed)  and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Veronique N. Bowers

Jeffery M. Bright, individually, as
surviving sibling of Gary L. Bright

Jeffery M. Bright, as the Personal
Representative of the Estate of Gary L.
Bright, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Gary
L. Bright

John Doe 124, as Personal Representative

13

of the Estate of William Bright, deceased, the late parent of Gary L. Bright

Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright

Andrea Caballero Valadez, individually, as surviving sibling of Daniel M. Caballero

Andres Caballero, individually, as surviving parent of Daniel M. Caballero

Claudia Caballero, individually, as surviving sibling of Daniel M. Caballero

Maria Caballero, individually, as surviving parent of Daniel M. Caballero

Maria Caballero, as the Personal Representative of the Estate of Daniel M. Caballero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel M. Caballero

Jamie Cachia, individually, as surviving sibling of Brian Cachia

Sabrina C. Spencer, individually, as surviving parent of Brian Cachia

Joseph Cachia, individually, as surviving parent of Brian Cachia

Joseph Cachia, as the Personal Representative of the Estate of Brian Cachia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Cachia

Alexander Calabro, individually, as surviving child of Salvatore B. Calabro

Daniel Calabro, individually, as surviving

14

child of Salvatore B. Calabro

Francine Calabro, individually, as surviving spouse of Salvatore B. Calabro

Francine Calabro, as the Personal Representative of the Estate of Salvatore B. Calabro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore B. Calabro

Carl Calabro, individually, as surviving sibling of Salvatore B. Calabro

Martin Armstrong, individually, as surviving sibling of Felix Calixte

Rhonda Branch, individually, as surviving sibling of Felix Calixte

Peter Anderson Calixte, individually, as surviving sibling of Felix Calixte

Marguerite Calixte-Williams, individually, as surviving parent of Felix Calixte

Marguerite Calixte-Williams, as the Co-Personal Representative of the Estate of Felix Calixte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte

Nina DeSouza, individually, as surviving sibling of Felix Calixte

Keream Williams, individually, as surviving sibling of Felix Calixte

Kizzy Williams, individually, as surviving sibling of Felix Calixte

Remy Williams, individually, as surviving sibling of Felix Calixte

Terra Williams, individually, as surviving

15

sibling of Felix Calixte

Angela Callahan, individually, as surviving spouse of Francis J. Callahan

Angela Callahan, as the Personal Representative of the Estate of Francis J. Callahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Callahan

Harry Callahan, individually, as surviving child of Francis J. Callahan

Nora M. Callahan, individually, as surviving child of Francis J. Callahan

Peter Callahan, individually, as surviving child of Francis J. Callahan

Rose (Callahan) Verno, individually, as surviving child of Francis J. Callahan

Tereza Antonios, individually, as surviving child of Roko Camaj

Angelina Camaj, individually, as surviving child of Roko Camaj

Katrina Camaj, individually, as surviving spouse of Roko Camaj

Katrina Camaj, as the Personal Representative of the Estate of Roko Camaj, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roko Camaj

Vincent Camaj, individually, as surviving child of Roko Camaj

Darrick Carlone, individually, as surviving child of David G. Carlone

Matthew Carlone, individually, as

16

surviving child of David G. Carlone

Nicholas A. Carlone, individually, as
surviving child of David G. Carlone

Daniel R. Carlson, individually, as
surviving child of Rosemarie C. Carlson

James D. Carlson, individually, as
surviving child of Rosemarie C. Carlson

Kimberly R. Carlson, individually, as
surviving child of Rosemarie C. Carlson

Stephen J. Carlson, individually, as
surviving child of Rosemarie C. Carlson

Crystal Ortiz, individually, as surviving
child of Rosemarie C. Carlson

Evita Ortiz, individually, as surviving child
of Rosemarie C. Carlson

Debra Carson, individually, as surviving
spouse of James Carson Jr.

Debra Carson, as the Personal
Representative of the Estate of James
Carson Jr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of James
Carson Jr.

James M. Carson, individually, as
surviving child of James Carson Jr.

Angenette Cash, individually, as surviving
child of Angelene C. Carter

Freddye Jean Carter-Perry a/k/a Freddye
Carter-Perry, individually, as surviving
child of Angelene C. Carter

Freddye Jean Carter-Perry a/k/a Freddye
Carter-Perry, as the Personal
Representative of the Estate of Angelene C.
Carter, deceased, and on behalf of all
survivors and all legally entitled

17

beneficiaries and family members of
Angelene C. Carter

Angilic Casalduc, individually, as
surviving child of Vivian Casalduc

Paul Casalduc, individually, as surviving
child of Vivian Casalduc

Yon-Paul Casalduc, as the Personal
Representative of the Estate of Vivian
Casalduc, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Vivian Casalduc

Jeanette Kirby, individually, as surviving
sibling of Vivian Casalduc

Maria Poliard, individually, as surviving
parent of Vivian Casalduc

Evan Cascio, individually, as surviving
sibling of Paul R. Cascio

Evan Cascio, as the Personal
Representative of the Estate of Paul R.
Cascio, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Paul
R. Cascio

Janet Cascio, individually, as surviving
parent of Paul R. Cascio

Paul Cascio, individually, as surviving
parent of Paul R. Cascio

Diana P. Castano, individually, as
surviving spouse of Alejandro Castano

Diana P. Castano, as the Personal
Representative of the Estate of Alejandro
Castano, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Alejandro Castano

18

Francisco Castano, individually, as
surviving parent of Alejandro Castano

Steven Castano, individually, as surviving
child of Alejandro Castano

Yolanda Castano, individually, as
surviving parent of Alejandro Castano

Claudia Rodriguez, individually, as
surviving sibling of Alejandro Castano

John Doe 7, being intended to designate the
Personal Representative of the Estate of
Arcelia Castillo, deceased, said name being
fictitious, her/his true name is not presently
known, confirmed, and/or has not been
duly appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Arcelia Castillo

Rodrigo Gomez Castillo, individually, as
surviving sibling of Arcelia Castillo

Anthony Roman, individually, as surviving
child of Arcelia Castillo

Silvio Roman, individually, as surviving
child of Arcelia Castillo

Ana L. Centeno, individually, as surviving
sibling of Ana M. Centeno

Jesus Centeno, individually, as surviving
sibling of Ana M. Centeno

John Doe 100, as Personal Representative
of the Estate of Julio Masa Lebron ,
deceased, the late parent of Ana M.
Centeno

Harry Massa, individually, as surviving

19

sibling of Ana M. Centeno

Havier Massa, individually, as surviving
sibling of Ana M. Centeno

Margarita Perez, individually, as surviving
sibling of Ana M. Centeno

Angeles Rivera, individually, as surviving
sibling of Ana M. Centeno

Angeles Rivera, as the Personal
Representative of the Estate of Ana M.
Centeno, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Ana
M. Centeno

Antonia Torres Ayala, individually, as
surviving parent of Ana M. Centeno

Maria Zayas, individually, as surviving
sibling of Ana M. Centeno

Tammy Marie Merritt a/k/a Tammy Marie
Chada Merritt, individually, as surviving
child of John Chada

Virginia Chada, individually, as surviving
spouse of John Chada

Virginia Chada, as the Personal
Representative of the Estate of John Chada,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of John Chada

Darien P. Cherry, individually, as surviving
child of Vernon P. Cherry

John Doe 109 as as Personal
Representative of the Estate of JoAnne
Cherry, deceased, the late spouse of
Vernon P. Cherry

Selena Cherry-Daniel, individually, as
surviving child of Vernon P. Cherry

20

John Doe 110, being intended to designate
the Personal Representative of the Estate of
Vernon P. Cherry, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Vernon P. Cherry

Scott Donovan, Esq. as Personal
Representative of the Estate of Ryan
Cherry, deceased, the late child of Vernon
P. Cherry

Ana Soria, individually, as surviving
spouse of Luis A. Chimbo

BNY Mellon, as the Personal
Representative of the Estate of Luis A.
Chimbo, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Luis
A. Chimbo

Luis Chimbo, individually, as surviving
child of Luis A. Chimbo

Fahina Chowdhury, individually, as
surviving child of Mohammed S.
Chowdhury

Farqad Chowdhury, individually, as
surviving child of Mohammed S.
Chowdhury

Baraheen Ashrafi, individually, as
surviving spouse of Mohammed S.
Chowdhury

Baraheen Ashrafi, as the Personal
Representative of the Estate of Mohammed
S. Chowdhury, deceased, and on behalf of

21

all survivors and all legally entitled
beneficiaries and family members of
Mohammed S. Chowdhury

William Cintron-Lugos a/k/a William
Cintron, as the Personal Representative of
the Estate of Edna Cintron, deceased, and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Edna Cintron

William Cintron-Lugos a/k/a William
Cintron, individually, as surviving spouse
of Edna Cintron

Anthony Clark, individually, as surviving
sibling of Benjamin K. Clark

Courtland Jerome Clark, individually, as
surviving sibling of Benjamin K. Clark

Elsie Clark, individually, as surviving
parent of Benjamin K. Clark

Gabriel Clark, individually, as surviving
child of Benjamin K. Clark

LaShawn Clark, individually, as surviving
spouse of Benjamin K. Clark

LaShawn Clark, as the Personal
Representative of the Estate of Benjamin
K. Clark, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Benjamin K. Clark

Randy Clark, individually, as surviving
sibling of Benjamin K. Clark

Sean Clark, individually, as surviving child
of Benjamin K. Clark

Taj-Pierre Clark, individually, as surviving
child of Benjamin K. Clark

Elsie Clark as Personal Representative of
the Estate of Benjamin Clark Sr. ,

22

deceased, the late parent of Benjamin K. Clark

Brittany Hantz, individually, as surviving child of Benjamin K. Clark

Sharon McAvinue, individually, as surviving sibling of Donna Clarke

Thomas G. McAvinue, individually, as surviving sibling of Donna Clarke

Stephanie Marie Sampson (Clarke), individually, as surviving child of Donna Clarke

Stephanie Marie Sampson (Clarke), as the Personal Representative of the Estate of Donna Clarke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Clarke

Patricia McAvinue McCarthy, individually, as surviving sibling of Donna Clarke

Cathleen Mary Cleary, individually, as surviving sibling of Kevin F. Cleary

Christopher James Cleary, individually, as surviving sibling of Kevin F. Cleary

Christopher James Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary

Christopher James Cleary and Patricia Mary Cleary as Co-Personal Representative of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary

Michael G. Cleary, individually, as surviving sibling of Kevin F. Cleary

23

Patricia Mary Cleary, individually, as
surviving sibling of Kevin F. Cleary

Patricia Mary Cleary, as the co-Personal
Representative of the Estate of Kevin F.
Cleary, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Kevin
F. Cleary

Thomas J. Cleary, individually, as
surviving sibling of Kevin F. Cleary

Maureen Cleary Colligan, individually, as
surviving sibling of Kevin F. Cleary

Mio Cloud, individually, as surviving
spouse of Geoffrey Cloud

Mio Cloud, as the Personal Representative
of the Estate of Geoffrey Cloud, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of Geoffrey Cloud

John Doe 8, being intended to designate the
Personal Representative of the Estate of
Patricia A. Cody, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Patricia A. Cody

Beth Schutte, individually, as surviving
child of Patricia A. Cody

Joyce Cohen-Day, individually, as
surviving child of Florence Cohen

Joyce Cohen-Day, as the Personal
Representative of the Estate of Florence

24

Cohen, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Florence Cohen

John Doe 9 as Personal Representative of
the Estate of Mildred Gordonson, deceased,
the late parent of Florence Cohen

Juana Colon, individually, as surviving
spouse of Jaime Concepcion

Juana Colon, as the Personal
Representative of the Estate of Jaime
Concepcion, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Jaime
Concepcion

Orquidia Colon, individually, as surviving
child of Jaime Concepcion

Reginald Colon, individually, as surviving
child of Jaime Concepcion

Rosa Colon, individually, as surviving
child of Jaime Concepcion

Mercedes Concepcion, individually, as
surviving child of Jaime Concepcion

Jaime Concepcion Jr., individually, as
surviving child of Jaime Concepcion

Virginia Concepcion Desoto, individually,
as surviving child of Jaime Concepcion

Kirsy Concepcion Salazar, individually, as
surviving child of Jaime Concepcion

April Alexander, individually, as surviving
sibling of Brenda E. Conway

Stanley Alexander, individually, as
surviving sibling of Brenda E. Conway

Mandell Conway, individually, as

25

surviving child of Brenda E. Conway

Russell Conway, individually, as surviving spouse of Brenda E. Conway

Russell Conway, as the Personal Representative of the Estate of Brenda E. Conway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda E. Conway

Linda McGee, individually, as surviving sibling of Brenda E. Conway

Shelly Ray Watford as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway

Danielle Alexander, individually, as surviving child of Brenda E. Conway

Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook

Blanca M. Garcia, individually, as surviving sibling of Helen Cook

Edson Garcia, individually, as surviving sibling of Helen Cook

Keidy Garcia, individually, as surviving sibling of Helen Cook

Teoflia Garcia, individually, as surviving parent of Helen Cook

Moises Cordero, individually, as surviving parent of Alejandro Cordero

Moises Cordero, as the Personal Representative of the Estate of Alejandro Cordero, deceased, and on behalf of all

26

survivors and all legally entitled
beneficiaries and family members of
Alejandro Cordero

Teresa Cordero, individually, as surviving
parent of Alejandro Cordero

Wellington Cordero, individually, as
surviving sibling of Alejandro Cordero

Moises Cordero Jr., individually, as
surviving sibling of Alejandro Cordero

Marina Correa, individually, as surviving
parent of Danny Correa-Gutierrez

Jessica Correa , individually, as surviving
sibling of Danny Correa-Gutierrez

John Doe 11, being intended to designate
the Personal Representative of the Estate of
Danny Correa-Gutierrez, deceased, said
name being fictitious, her/his true name is
not presently known, confirmed, and/or has
not been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Danny Correa-Gutierrez

Robert E. Marisay Jr., individually, as
surviving sibling of Georgine R. Corrigan

Laura Buck, individually, as surviving
child of Georgine R. Corrigan

Laura Buck, as the Personal Representative
of the Estate of Georgine R. Corrigan,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Georgine R. Corrigan

Albertina Rivera, individually, as surviving

27

parent of Digna Costanza

Ingrid Rivera, individually, as surviving
sibling of Digna Costanza

Uriel Rivera Jr., individually, as surviving
sibling of Digna Costanza

Uriel Rivera Sr., individually, as surviving
parent of Digna Costanza

John Costanza, individually, as surviving
spouse of Digna Costanza

John Costanza, as the Personal
Representative of the Estate of Digna
Costanza, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Digna
Costanza

Kathleen Birch, individually, as surviving
sibling of Charles Costello, Jr.

Charles Costello, individually, as surviving
child of Charles Costello, Jr.

Mary Costello, individually, as surviving
spouse of Charles Costello, Jr.

Mary Costello, as the Personal
Representative of the Estate of Charles
Costello, Jr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Charles Costello, Jr.

Patricia Costello, individually, as surviving
sibling of Charles Costello, Jr.

Raymond Costello, individually, as
surviving sibling of Charles Costello, Jr.

Patricia Costello as Personal
Representative of the Estate of Charles
Costello, Sr., deceased, the late parent of
Charles Costello, Jr.

28

MaryKate Naples, individually, as surviving child of Charles Costello, Jr.

Amanda Taylor, individually, as surviving child of Charles Costello, Jr.

James Coyle, individually, as surviving parent of James R. Coyle

James Coyle, as the Personal Representative of the Estate of James R. Coyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James R. Coyle

Katherine Coyle, individually, as surviving sibling of James R. Coyle

Regina Coyle, individually, as surviving parent of James R. Coyle

Joseph Coyle, individually, as surviving sibling of James R. Coyle

Charles Cross, individually, as surviving sibling of Dennis Cross

Virginia Fredriksen, individually, as surviving sibling of Dennis Cross

Carol Cubas, individually, as surviving spouse of Kenneth J. Cubas

Carol Cubas, as the Personal Representative of the Estate of Kenneth J. Cubas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth J. Cubas

Helga Curtin, individually, as surviving spouse of Michael Curtin

Helga Curtin, as the Personal Representative of the Estate of Michael Curtin, deceased, and on behalf of all survivors and all legally entitled

beneficiaries and family members of
Michael Curtin

Erika C. Sufilka, individually, as surviving
child of Michael Curtin

Anand A. Dataram, individually, as
surviving sibling of Annette A. Dataram

Mahadai Dataram, individually, as
surviving parent of Annette A. Dataram

Mahadai Dataram, as the Personal
Representative of the Estate of Annette A.
Dataram, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Annette A. Dataram

Ronald Dataram, individually, as surviving
sibling of Annette A. Dataram

Adam Davidson, individually, as surviving
child of Lawrence Davidson

Adam Davidson, as the co-Personal
Representative of the Estate of Lawrence
Davidson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Lawrence Davidson

Daniel Davidson, as the co-Personal
Representative of the Estate of Lawrence
Davidson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Lawrence Davidson

Marc Davidson, individually, as surviving
child of Lawrence Davidson

Delores Akinshara a/k/a Monica
Akinshara, individually, as surviving
sibling of Titus Davidson

Tanya Dale, individually, as surviving

docs-100490870.3

child of Titus Davidson

Tanya Dale, as the Personal Representative
of the Estate of Titus Davidson, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of Titus Davidson

Denzil Davidson, individually, as surviving
sibling of Titus Davidson

Janet Davidson, individually, as surviving
sibling of Titus Davidson

Merna Davidson, individually, as surviving
sibling of Titus Davidson

Michelle Davidson, individually, as
surviving sibling of Titus Davidson

Noel Davidson, individually, as surviving
sibling of Titus Davidson

Phillip Davidson, individually, as surviving
sibling of Titus Davidson

Rose Davidson, individually, as surviving
sibling of Titus Davidson

Sam Davidson, individually, as surviving
sibling of Titus Davidson

Trevor Davidson, individually, as surviving
sibling of Titus Davidson

William Davidson, individually, as
surviving sibling of Titus Davidson

Phillip Davidson as Personal
Representative of the Estate of Ragland
Davidson, deceased, the late parent of Titus
Davidson

Carol Davidson-Simpson, individually, as
surviving sibling of Titus Davidson

Evis Jones, individually, as surviving

31

sibling of Titus Davidson

Amy M. Knight, individually, as surviving
sibling of Titus Davidson

Shirley White, individually, as surviving
sibling of Titus Davidson

Paige Debek, individually, as surviving
child of Tara Debek

Dariusz Debek, as the Personal
Representative of the Estate of Tara Debek,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Tara Debek

Maureen Moore, individually, as surviving
parent of Tara Debek

Robert Moore, individually, as surviving
sibling of Tara Debek

Lisa Reahl, individually, as surviving
sibling of Tara Debek

Dale Choate, individually, as surviving
sibling of Gerald F. DeConto

David DeConto, individually, as surviving
sibling of Gerald F. DeConto

G. Don Westfall, as the Personal
Representative of the Estate of Gerald F.
DeConto, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Gerald F. DeConto

Patricia DeConto, individually, as
surviving parent of Gerald F. DeConto

Raymond DeConto, individually, as
surviving sibling of Gerald F. DeConto

Marie DeConto LeBlanc, individually, as
surviving sibling of Gerald F. DeConto

Alfred DeMartini, individually, as
surviving sibling of Francis DeMartini

Dominic DeMartini, individually, as
surviving child of Francis DeMartini

Nicole DeMartini a/k/a Nicole Fasnacht-
DeMartini, individually, as surviving
spouse of Francis DeMartini

Nicole DeMartini a/k/a Nicole Fasnacht-
DeMartini, as the Personal Representative
of the Estate of Francis DeMartini,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Francis DeMartini

Paul DeMartini, individually, as surviving
sibling of Francis DeMartini

Rosemary DeMartini, individually, as
surviving sibling of Francis DeMartini

Sabrina DeMartini, individually, as
surviving child of Francis DeMartini

Nina DeMartini Day, individually, as
surviving sibling of Francis DeMartini

Alfred DeMartini, as Personal
Representative of the Estate of Alberta
DeMartini, deceased, the late parent of
Francis DeMartini

Paul DeMartini, as Personal Representative
of the Estate of Alfred DeMartini,
deceased, the late parent of Francis
DeMartini

Juan De Jesus Rodriguez, individually, as
surviving sibling of Jose Depena

Anny De Jesus De Pena Rodriguez,
individually, as surviving sibling of Jose
Depena

Edwin N. Depena, individually, as

33

surviving child of Jose Depena

Marlin Nicole Depena, individually, as
surviving child of Jose Depena

Victor T. Depena, individually, as
surviving sibling of Jose Depena

Virgilio N. Depena, individually, as
surviving parent of Jose Depena

Daniel N. Depena Mora, individually, as
surviving child of Jose Depena

Belkis A. Depena Rodriguez, individually,
as surviving sibling of Jose Depena

Jorge A. Depena Rodriguez, individually,
as surviving sibling of Jose Depena

BNY Mellon, as the Personal
Representative of the Estate of Jose
Depena, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Jose
Depena

Yanet Del Carmen Rodriguez De La Cruz,
as Personal Representative of the Estate of
Miguel Angel Rodriguez, deceased, the late
sibling of Jose Depena

Pura A. Rodriguez, individually, as
surviving parent of Jose Depena

Veronica Altagracia Sanchez Depena,
individually, as surviving sibling of Jose
Depena

Clara Depena, individually, as surviving
sibling of Jose Depena

Maxima Depena, individually, as surviving
spouse of Jose Depena

Quilcio Depena, individually, as surviving
sibling of Jose Depena

William Depena, individually, as surviving
sibling of Jose Depena

Angela DeRubbio, individually, as
surviving sibling of David P. DeRubbio

Anthony J. DeRubbio, individually, as
surviving sibling of David P. DeRubbio

Dominick A. DeRubbio, individually, as
surviving sibling of David P. DeRubbio

Jessica DeRubbio, individually, as
surviving child of David P. DeRubbio

Lorraine D. DeRubbio, individually, as
surviving spouse of David P. DeRubbio

Lorraine D. DeRubbio, as the Personal
Representative of the Estate of David P.
DeRubbio, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of David
P. DeRubbio

Marion DeRubbio, individually, as
surviving parent of David P. DeRubbio

Robert Anthony DeRubbio, individually, as
surviving sibling of David P. DeRubbio

Mary Lee Ianno, individually, as surviving
sibling of David P. DeRubbio

Mary Lee Ianno as Personal Representative
of the Estate of Albert DeRubbio (Sr.) ,
deceased, the late parent of David P.
DeRubbio

Anthony Desperito, individually, as
surviving child of Andrew Desperito

David Desperito, individually, as surviving
child of Andrew Desperito

Laura Desperito-Filiberto, individually, as
surviving spouse of Andrew Desperito

Laura Desperito-Filiberto, as the Personal
Representative of the Estate of Andrew
Desperito, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Andrew Desperito

Joseph A. Deuel, individually, as surviving
sibling of Cindy Ann Deuel

Joseph P. Deuel, individually, as surviving
parent of Cindy Ann Deuel

Richard A. Deuel, individually, as
surviving sibling of Cindy Ann Deuel

John Doe 15, being intended to designate
the Personal Representative of the Estate of
Cindy Ann Deuel, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Cindy
Ann Deuel

Patricia Kocian, individually, as surviving
parent of Cindy Ann Deuel

Casey Devlin, individually, as surviving
child of Dennis L. Devlin

Dennis Devlin, individually, as surviving
child of Dennis L. Devlin

Kathleen A. Devlin, individually, as
surviving spouse of Dennis L. Devlin

Kathleen A. Devlin, as the Personal
Representative of the Estate of Dennis L.
Devlin, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

36

Dennis L. Devlin

Kathleen E. Devlin, individually, as
surviving child of Dennis L. Devlin

Kerry Sharkey, individually, as surviving
child of Dennis L. Devlin

Sandra Ahern as Personal Representative
of the Estate of Christopher Diaz, deceased,
the late sibling of Matthew Diaz

Christopher J. Diaz, individually, as
surviving child of Matthew Diaz

Michael C. Diaz, individually, as surviving
sibling of Matthew Diaz

Christopher J. Diaz as Personal
Representative of the Estate of Michael
Diaz, deceased, the late child of Matthew
Diaz

Florence Kneff, as the Personal
Representative of the Estate of Matthew
Diaz, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Matthew Diaz

Florence Kneff as Personal Representative
of the Estate of Karen Diaz, deceased, the
late spouse of Matthew Diaz

James E. DiCharo as Personal
Representative of the Estate of Joseph L.
DiChiaro, deceased, the late spouse of
Patricia F. DiChiaro

James E. DiChiaro, individually, as
surviving child of Patricia F. DiChiaro

James E. DiChiaro, as the Personal
Representative of the Estate of Patricia F.
DiChiaro, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

37

Patricia F. DiChiaro

Thomas L. DiChiaro, individually, as
surviving child of Patricia F. DiChiaro

Camille Doany, individually, as surviving
sibling of Ramzi A. Doany

Samia Doany, individually, as surviving
parent of Ramzi A. Doany

Dina Doany-Azzam, individually, as
surviving sibling of Ramzi A. Doany

Dina Doany-Azzam, as the Personal
Representative of the Estate of Ramzi A.
Doany, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Ramzi
A. Doany

Ibrahim Doany, individually, as surviving
sibling of Ramzi A. Doany

Daryl Gabriel, individually, as surviving
child of Benilda Domingo

Benjamin Dominguez, Jr., individually, as
surviving sibling Carlos Dominguez

Benjamin Dominguez, Jr. as Personal
Representative of the Estate of Benjamin
Dominguez, Sr., deceased, the late parent
of Carlos Dominguez

Benjamin Dominguez, Jr. as Personal
Representative of the Estate of Eugenia
Dominguez, deceased, the late parent of
Carlos Dominguez

Chang Don Kim, individually, as surviving
parent of Lawrence Don Kim

Chang Don Kim, as the Personal
Representative of the Estate of Lawrence
Don Kim, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

38

Lawrence Don Kim

Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim , deceased, the late parent of Lawrence Don Kim

Catherine Fleming, individually, as surviving sibling of Lawrence Don Kim

John Doe 106, as the Personal Representative of the Estate of George A. Cuellar, deceased, the late life partner of Luke Dudek

John Doe 107, being intended to designate the Personal Representative of the Estate of Luke Dudek, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke DudekApril Horton, individually, as surviving sibling of Edward T. Earhart

Andrea Stauter, individually, as surviving sibling of Edward T. Earhart

Andrea Stauter, as the Personal Representative of the Estate of Edward T. Earhart, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward T. Earhart

Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart, deceased, the late parent of Edward T. Earhart

Andrea Stauter as Personal Representative of the Estate of Thomas Earhart, deceased,

39

the late parent of Edward T. Earhart

Christopher Aiello as Personal
Representative of the Estate of Joan Aiello,
deceased, the late sibling of John E. Eichler

John Churchill as Personal Representative
of the Estate of Lois Churchill, deceased,
the late sibling of John E. Eichler

John R. Eichler, individually, as surviving
child of John E. Eichler

John R. Eichler, as the Personal
Representative of the Estate of John E.
Eichler, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of John
E. Eichler

John R. Eichler as Personal Representative
of the Estate of Margaret L. Eichler,
deceased, the late spouse of John E. Eichler

Catherine Ericson, individually, as
surviving child of Ulf Ramm Ericson

Catherine Ericson, as Personal
Representative of the Estate of Helen
Carole Ericson, deceased, the late spouse of
Ulf Ramm Ericson

Catherine Ericson, as the Personal
Representative of the Estate of Ulf Ramm
Ericson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Ulf
Ramm Ericson

Itauma Ette, individually, as surviving
sibling of Sadie Ette

Benjamin Edokpayi, as the Personal
Representative of the Estate of Sadie Ette,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Sadie Ette

40

Sarah DeSimone, individually, as surviving child of Catherine Fagan

Sarah DeSimone, as the Personal Representative of the Estate of Catherine Fagan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherine Fagan

Jane M. Cristiano, individually, as surviving child of Thomas Farino

Daniel Farino, individually, as surviving sibling of Thomas Farino

Frank Farino, individually, as surviving sibling of Thomas Farino

James Farino, individually, as surviving child of Thomas Farino

Patrick Farino, individually, as surviving sibling of Thomas Farino

Mary A. Farino-Thomas, individually, as surviving spouse of Thomas Farino

Mary A. Farino-Thomas, as the Personal Representative of the Estate of Thomas Farino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Farino

Kathryn Nesbit, individually, as surviving child of Elizabeth A. Farmer

Kathryn Nesbit, as the Personal Representative of the Estate of Elizabeth A. Farmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elizabeth A. Farmer

Jennifer Artola, individually, as surviving child of Francis J. Feely

41

Caitlin Feely, individually, as surviving child of Francis J. Feely

Lori Feely, individually, as surviving spouse of Francis J. Feely

Jennifer Artola, as the Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely

Alice Feely as Personal Representative of the Estate of Patricia Feely, deceased, the late parent of Francis J. Feely

Stephanie Feely, individually, as surviving child of Francis J. Feely

Lauren Ludvigsen, individually, as surviving child of Francis J. Feely

Catherine Curley, individually, as surviving sibling of Sean B. Fegan

Peter Fegan Jr., individually, as surviving sibling of Sean B. Fegan

Peter Fegan, individually, as surviving parent of Sean B. Fegan

Peter Fegan, as the Personal Representative of the Estate of Sean B. Fegan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sean B. Fegan

Anne Marie Hartney, individually, as surviving sibling of Sean B. Fegan

Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan

Alexis Feliciano, individually, as surviving child of Rosa Maria Feliciano

42

Amanda Feliciano, individually, as
surviving child of Rosa Maria Feliciano

Isaac Feliciano, individually, as surviving
spouse of Rosa Maria Feliciano

Isaac Feliciano, as the Personal
Representative of the Estate of Rosa Maria
Feliciano, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Rosa
Maria Feliciano

Angela Fields, individually, as surviving
spouse of Samuel Fields Sr.

Angela Fields, as the Personal
Representative of the Estate of Samuel
Fields Sr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Samuel Fields Sr.

Demetrius Fields, individually, as
surviving child of Samuel Fields Sr.

Samuel Fields Jr., individually, as
surviving child of Samuel Fields Sr.

Stefan Fields, individually, as surviving
child of Samuel Fields Sr.

Sharif Fields, individually, as surviving
child of Samuel Fields Sr.

Sharaia Fields, individually, as surviving
child of Samuel Fields Sr.

Christina D. Fisher, individually, as
surviving sibling of Andrew Fisher

John Fisher, individually, as surviving
sibling of Andrew Fisher

Maria R. Fisher, individually, as surviving
sibling of Andrew Fisher

Marie E. Fisher, individually, as surviving

parent of Andrew Fisher

Nina A. Fisher, individually, as surviving sibling of Andrew Fisher

Peter Fisher, individually, as surviving sibling of Andrew Fisher

Nina Fisher and John Fisher as co-Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher

Stephanie E. Lang, individually, as surviving spouse of Andrew Fisher

Stephanie E. Lang, as the Personal Representative of the Estate of Andrew Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fisher

Catherine A. Chiola, individually, as surviving sibling of John Roger Fisher

Catherine A. Chiola, as the Personal Representative of the Estate of John Roger Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Roger Fisher

Bridget E. Fisher, individually, as surviving child of John Roger Fisher

Evan H. Fisher, individually, as surviving child of John Roger Fisher

Kyle Fisher, individually, as surviving child of John Roger Fisher

Ryan P. Fisher, individually, as surviving child of John Roger Fisher

Tina M. Fisher, individually, as surviving sibling of John Roger Fisher

Erin N. Siegel, individually, as surviving child of John Roger Fisher

Kylie Eve Florio, individually, as surviving child of John J. Florio

Michael J. Florio, individually, as surviving child of John J. Florio

Shari Florio, individually, as surviving spouse of John J. Florio

Shari Florio, as the Personal Representative of the Estate of John J. Florio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John J. Florio

Brittany Fogel, individually, as surviving child of Stephen M. Fogel

David Fogel, individually, as surviving sibling of Stephen M. Fogel

Joseph Fogel, individually, as surviving child of Stephen M. Fogel

David Fogel as Personal Representative of the Estate of Beth Fogel, deceased, the late parent of Stephen M. Fogel

Karen Hamorsky, individually, as surviving sibling of Stephen M. Fogel

Laurie Pater, individually, as surviving spouse of Stephen M. Fogel

Laurie Pater, as the Personal Representative of the Estate of Stephen M. Fogel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen M. Fogel

Elaine Cunnea, individually, as surviving sibling of Godwin Forde

Charlene Carmen Forde, individually, as

surviving child of Godwin Forde

Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde

Dorepha Forde, individually, as surviving parent of Godwin Forde

Dorna Forde, individually, as surviving sibling of Godwin Forde

Dorolyne Forde, individually, as surviving sibling of Godwin Forde

Raymond Forde, individually, as surviving sibling of Godwin Forde

Romel DaCosta Forde, individually, as surviving child of Godwin Forde

Godwin Marlon Junior Forde, individually, as surviving child of Godwin Forde

Myrna Thomas, individually, as surviving sibling of Godwin Forde

Angela Alleyne, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde

David Foreman, individually, as surviving sibling of Donald A. Foreman

Marcus Foreman, individually, as surviving child of Donald A. Foreman

Shirley Foreman, individually, as surviving parent of Donald A. Foreman

Shirley Foreman, as the Personal Representative of the Estate of Donald A.

Foreman, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Donald A. Foreman

John Doe 117, as the Personal
Representative of the Estate of Barbara E.
Hill, deceased.  the late parent of Sandra N.
Foster

Lawrence Hill, as the Personal
Representative of the Estate of Sandra N.
Foster, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Sandra N. Foster

Lawrence Hill, individually, as surviving
sibling of Sandra N. Foster

Allison Fox-Breland, individually, as
surviving child of Virginia E. Fox

Allison Fox-Breland, as the Personal
Representative of the Estate of Virgina E.
Fox, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Virginia E. Fox

Patrick T. Wynn, individually, as surviving
child of Virginia E. Fox

Raymond Durant, individually, as
surviving child of Virgin (Lucy) Francis

Joseph Francis, individually, as surviving
child of Virgin (Lucy) Francis

Joseph Francis, as the Personal
Representative of the Estate of Virgin
(Lucy) Francis, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of Virgin
(Lucy) Francis

Peter Francis, individually, as surviving

47

child of Virgin (Lucy) Francis

Troy Francis, individually, as surviving
child of Virgin (Lucy) Francis

Felicia Cappo, individually, as surviving
sibling of Gary J. Frank

Felicia Cappo and Laurie Vigeant, as co-
Personal Representatives of the Estate of
Ellen Vigeant, deceased, the late parent of
Gary J. Frank

John Doe 111, being intended to designate,
as the Personal Representative of the Estate
of Gary J. Frank, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Gary
J. Frank

Laurie Vigeant, individually, as surviving
sibling of Gary J. Frank

Daniel Frawley, individually, as surviving
sibling of Kevin Frawley

Theresa Frawley, individually, as surviving
sibling of Kevin Frawley

Theresa Frawley as Personal
Representative of the Estate of Theresa M.
Conklin, deceased, the late parent of Kevin
Frawley

Margaret Frawley-Gardini, individually, as
surviving sibling of Kevin Frawley

Frances McCarthy, individually, as
surviving sibling of Kevin Frawley

48

Martin Fredericks, individually, as
surviving sibling of Andrew Fredericks

Allen Freeman, individually, as surviving
parent of Tamitha Freeman

Allen Freeman, as the co-Personal
Representative of the Estate of Tamitha
Freeman, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Tamitha Freeman

Carla Freeman, individually, as surviving
sibling of Tamitha Freeman

Juanita Freeman, individually, as surviving
parent of Tamitha Freeman

Xavier White, individually, as surviving
child of Tamitha Freeman

Michael Freiman, individually, as
surviving sibling of Brett O. Freiman

Bonnie Freiman a/k/a Bonnie Freiman-
Magnes, individually, as surviving parent
of Brett O. Freiman

Pamela J. Freiman, individually, as
surviving sibling of Brett O. Freiman

Pamela J. Freiman, as the Personal
Representative of the Estate of Brett O.
Freiman, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Brett
O. Freiman

Burt A. Lewis as Personal Representative
of the Estate of Herbert Freiman, deceased,
the late parent of Brett O. Freiman

Audrey Ades, individually, as surviving
spouse of Paul Friedman

Audrey Ades, as the Personal
Representative of the Estate of Paul

49

Friedman, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Paul
Friedman

Richard Hyun-Soo Friedman Fox,
individually, as surviving child of Paul
Friedman

Selma M. Friedman, individually, as
surviving parent of Paul Friedman

Amy Radin, individually, as surviving
sibling of Paul Friedman

John Doe 18, being intended to designate
the Personal Representative of the Estate of
Lisa Frost, deceased, said name being
fictitious, her/his true name is not presently
known, confirmed, and/or has not been
duly appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Lisa Frost

Daniel Frost, individually, as surviving
sibling of Lisa Frost

Suzanne G. Adams, individually, as
surviving sibling of Anthony E. Gallagher

Carolyn Belford, individually, as surviving
sibling of Anthony E. Gallagher

Rose Costello, individually, as surviving
parent of Anthony E. Gallagher

John Doe 19 as Personal Representative of
the Estate of Carrie A. Gallagher, deceased,
the late spouse of Anthony E. Gallagher

John Doe 68, being intended to designate
the Personal Representative of the Estate of
Anthony E. Gallagher, deceased, said name

50

being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony E. Gallagher

Joseph Gallagher, individually, as surviving sibling of Anthony E. Gallagher

Donna Struzzieri, individually, as surviving sibling of Bruce Gary

Donna Struzzieri as Personal Representative of the Estate of Alice Gary, deceased, the late parent of Bruce Gary

Christopher Geis, individually, as surviving sibling of Julie M. Geis

James P. Geis, individually, as surviving sibling of Julie M. Geis

Rebecca Loethen, individually, as surviving life partner of Julie M. Geis

Rebecca Loethen, as the Personal Representative of the Estate of Julie M. Geis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julie M. Geis

Carol Varland, individually, as surviving sibling of Julie M. Geis

Michael Geis, individually, as surviving sibling of Julie M. Geis

Janet Baronian, individually, as surviving sibling of Edward F. Geraghty

Lynn Cannata, individually, as surviving

51

sibling of Edward F. Geraghty

Colin Geraghty, individually, as surviving
child of Edward F. Geraghty

Colleen Geraghty, individually, as
surviving sibling of Edward F. Geraghty

Connor Geraghty, individually, as
surviving child of Edward F. Geraghty

James Geraghty, individually, as surviving
child of Edward F. Geraghty

Mary Geraghty, individually, as surviving
spouse of Edward F. Geraghty

Mary Geraghty, as the Personal
Representative of the Estate of Edward F.
Geraghty, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Edward F. Geraghty

Maureen Geraghty, individually, as
surviving sibling of Edward F. Geraghty

Norma Geraghty, individually, as surviving
parent of Edward F. Geraghty

Stephen Geraghty, individually, as
surviving sibling of Edward F. Geraghty

Norma Geraghty as Personal
Representative of the Estate of James F.
Geraghty, deceased, the late parent of
Edward F. Geraghty

Debra Giordano, individually, as surviving
sibling of Jeffrey J. Giordano

Edward Goldstein, as the Personal
Representative of the Estate of Michelle H.
Goldstein, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Michelle H. Goldstein

Annete Herman, individually, as surviving sibling of Michelle H. Goldstein

Ingrid Jaffe, individually, as surviving parent of Michelle H. Goldstein

Rafael Herman, individually, as surviving parent of Michelle H. Goldstein

Tatiana R. Gomez, individually, as surviving spouse of Wilder A. Gomez

BNY Mellon, as the Personal Representative of the Estate of Wilder A. Gomez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez

Tatiana S. Gomez, individually, as surviving child of Wilder A. Gomez

Dawn Gonzalez, individually, as surviving sibling of Jenine Gonzalez

Dawn Gonzalez, as the co-Personal Representative of the Estate of Jenine Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez

Corina Murillo, individually, as surviving parent of Mauricio Gonzalez

Dora Murillo, individually, as surviving sibling of Mauricio Gonzalez

Evan V. Vandommelen-Gonzalez, as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez

Brenda S. Goody, individually, as surviving spouse of Harry Goody

Brenda S. Goody, as the Personal
Representative of the Estate of Harry
Goody, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Harry
Goody

Jonathan Goody, individually, as surviving
child of Harry Goody

Alexis Goody-Harding, individually, as
surviving child of Harry Goody

Adilakshumma Gopu, individually, as
surviving parent of Kiran Kumar Reddy
Gopu

Deepa R. Gopu, individually, as surviving
sibling of Kiran Kumar Reddy Gopu

Deepa R. Gopu, as the Personal
Representative of the Estate of Kiran
Kumar Reddy Gopu, deceased, and on
behalf of all survivors and all legally
entitled beneficiaries and family members
of Kiran Kumar Reddy Gopu

Venkata Subba Reddy Gopu, individually,
as surviving parent of Kiran Kumar Reddy
Gopu

Carly Gordenstein, individually, as
surviving child of Lisa F. Gordenstein

David Gordenstein, individually, as
surviving spouse of Lisa F. Gordenstein

David Gordenstein, as the Personal
Representative of the Estate of Lisa F.
Gordenstein, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Lisa
F. Gordenstein

Samantha Gordenstein, individually, as
surviving child of Lisa F. Gordenstein

Dorothy Fenn Grodberg, individually, as

surviving parent of Lisa F. Gordenstein

Deborah Fenn, individually, as surviving sibling of Lisa F. Gordenstein

Erika Lutzner, individually, as surviving spouse of Jon R. Grabowski

Erika Lutzner, as the Personal Representative of the Estate of Jon R. Grabowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon R. Grabowski

Kristen C. Graf, individually, as surviving child of Edwin J. Graf III

Tyler W. Graf, individually, as surviving child of Edwin J. Graf, III

Maureen Granados, individually, as surviving child of Gilbert Granados

Teresa Granados, individually, as surviving spouse of Gilbert Granados

Teresa Granados, as the Personal Representative of the Estate of Gilbert Granados, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gilbert Granados

Lawrence Gray, individually, as surviving spouse of Tara McCloud Gray

Lawrence Gray, as the Personal Representative of the Estate of Tara McCloud Gray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara McCloud Gray

John Doe 22, being intended to designate the Personal Representative of the Estate of Andrew Peter Charles Curry Green, deceased, said name being fictitious,

her/his true name is not presently known,
confirmed, and/or has not been duly
appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Andrew Peter Charles Curry Green

Matthew Green, individually, as surviving
sibling of Andrew Peter Charles Curry
Green

Peter E. Green, individually, as surviving
parent of Andrew Peter Charles Curry
Green

Kevin Anthony Green as Personal
Representative of the Estate of Razelda
Bailey-Green, deceased, the late parent of
Derrick A. Green

Melrose Morrison Green, individually, as
surviving spouse of Derrick A. Green

Melrose Morrison Green, as the Personal
Representative of the Estate of Derrick A.
Green, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Derrick A. Green

Delroy Llewellyn, individually, as
surviving sibling of Derrick A. Green

Jennifer Green, individually, as surviving
child of Wanda Green

Jennifer Green, as the Personal
Representative of the Estate of Wanda
Green, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Wanda Green

Joe Green, individually, as surviving child

of Wanda Green

Sandra Jamerson, individually, as surviving sibling of Wanda Green

Aserene Smith, individually, as surviving parent of Wanda Green

Tommy Smith, individually, as surviving sibling of Wanda Green

John Doe 23, being intended to designate the Personal Representative of the Estate of Denise Gregory, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Denise Gregory

Lenworth Sewell, individually, as surviving sibling of Denise Gregory

Evelyn Griffin, individually, as surviving parent of John M. Griffin

John Griffin, individually, as surviving parent of John M. Griffin

Julie Griffin, individually, as surviving child of John M. Griffin

June Griffin, individually, as surviving spouse of John M. Griffin

June Griffin, as the Personal Representative of the Estate of John M. Griffin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John M. Griffin

Michael T. Griffin, individually, as

57

surviving sibling of John M. Griffin

Jenna Griffin, individually, as surviving child of John M. Griffin

Nenita Grijalvo, individually, as surviving spouse of Ramon Grijalvo

Nenita Grijalvo, as the Personal Representative of the Estate of Ramon Grijalvo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramon Grijalvo

Rachel Grijalvo, individually, as surviving child of Ramon Grijalvo

Raymond Grijalvo, individually, as surviving child of Ramon Grijalvo

Frances Grouzalis, individually, as surviving spouse of Kenneth Grouzalis

Frances Grouzalis, as the Personal Representative of the Estate of Kenneth Grouzalis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Grouzalis

Lisa Grouzalis, individually, as surviving child of Kenneth Grouzalis

Myrta Gschaar, individually, as surviving spouse of Robert Gschaar

Myrta Gschaar, as the Personal Representative of the Estate of Robert Gschaar, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gschaar

Genevieve Gyulavary, individually, as surviving child of Peter Gyulavary

Jane Gyulavary, individually, as surviving

spouse of Peter Gyulavary

Jane Gyulavary, as the Personal Representative of the Estate of Peter Gyulavary, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Gyulavary

Paul Gyulavary, individually, as surviving sibling of Peter Gyulavary

Bebe Hafiz, individually, as surviving parent of Nezam Hafiz

Sharon Hafiz, individually, as surviving sibling of Nezam Hafiz

Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz, deceased, the late parent of Nezam Hafiz

Deborah Khublall, individually, as surviving sibling of Nezam Hafiz

Deborah Khublall, as the Personal Representative of the Estate of Nezam Hafiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nezam Hafiz

Gary McKinzy, individually, as surviving spouse of Diane Hale-McKinzy

Gary McKinzy, as the Personal Representative of the Estate of Diane Hale-McKinzy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Hale-McKinzy

Douglas W. Hall, individually, as surviving sibling of Richard Hall

Shawn C. Hall, individually, as surviving

child of Richard Hall

Douglas Hall as Personal Representative of
the Estate of Herman W. Hall , deceased,
the late parent of Richard Hall

Douglas Hall as Personal Representative of
the Estate of Ruth Hall, deceased, the late
parent of Richard Hall

Alisha Halmon, individually, as surviving
child of Carolyn Halmon

Herman Halmon, individually, as surviving
spouse of Carolyn Halmon

Herman Halmon, as the Personal
Representative of the Estate of Carolyn
Halmon, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Carolyn Halmon

Standish Halmon, individually, as
surviving child of Carolyn Halmon

Talat Hamdani, individually, as surviving
parent of Mohammad S. Hamdani

Zeshan Hamdani, individually, as surviving
sibling of Mohammad S. Hamdani

Talat Hamdani, as the Personal
Representative of the Estate of Mohammad
S. Hamdani, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Mohammad S. Hamdani

Talat Hamdani as Personal Representative
of the Estate of Mohammad Saleem
Hamdani, deceased, the late parent of
Mohammad S. Hamdani

Mohammad Hamdani, individually, as
surviving sibling of Mohammad S.
Hamdani

John Doe 24, being intended to designate the Personal Representative of the Estate of Melissa M. Harrington-Hughes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Melissa M. Harrington-Hughes

Beverly Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes

Robert J. Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes

Dawn Haskell Carbone, individually, as surviving sibling of Thomas Haskell

John Doe 25 as Personal Representative of the Estate of Timothy Haskell, deceased, the late sibling of Thomas Haskell

Barbara Haskell, individually, as surviving spouse of Thomas Haskell

Barbara Haskell, as the Personal Representative of the Estate of Thomas Haskell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell

Erin Haskell, individually, as surviving child of Thomas Haskell

Maureen Haskell, individually, as surviving parent of Thomas Haskell

Meaghan Haskell, individually, as

61

surviving child of Thomas Haskell

Tara Haskell, individually, as surviving
child of Thomas Haskell

Kevin Haskell, individually, as surviving
sibling of Thomas Haskell

Dawn H. Carbone, individually, as
surviving sibling of Timothy Haskell

John Doe 26, being intended to designate
the Personal Representative of the Estate of
Timothy Haskell, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Timothy Haskell

Kevin Haskell, individually, as surviving
sibling of Timothy Haskell

Maureen Haskell, individually, as
surviving parent of Timothy Haskell

Barbara Haskell as Personal Representative
of the Estate of Thomas Haskell, deceased,
the late sibling of Timothy Haskell

Melissa J. Bernstein, individually, as
surviving child of Roberta B. Heber

Stuart Bernstein, individually, as surviving
child of Roberta B. Heber

Robyn Bernstein Donati, individually, as
surviving child of Roberta B. Heber

Jacob Heber, individually, as surviving
spouse of Roberta B. Heber

62

Melissa J. Bernstein, as the Co-Personal
Representative of the Estate of Roberta B.
Heber, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Roberta B. Heber

Marinella Hemenway, as the Personal
Representative of the Estate of Ronald J.
Hemenway, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Ronald J. Hemenway

Desiree Hemenway, individually, as
surviving child of Ronald J. Hemenway

Marinella Hemenway, individually, as
surviving spouse of Ronald J. Hemenway

Robert B. Hemenway Jr., individually, as
surviving sibling of Ronald J. Hemenway

Robert B. Hemenway Sr., individually, as
surviving parent of Ronald J. Hemenway

Shirley Hemenway, individually, as
surviving parent of Ronald J. Hemenway

Stefan Hemenway, individually, as
surviving child of Ronald J. Hemenway

Kathleen Novich, individually, as surviving
sibling of Ronald J. Hemenway

Bernice Dawn Dillard, individually, as
surviving sibling of Ronnie Henderson

Valestine Henderson, individually, as
surviving sibling of Ronnie Henderson

Tara Butzbaugh, individually, as surviving
sibling of John Christopher Henwood

Catherine M. Eklund, individually, as
surviving sibling of John Christopher
Henwood

63

David D. Henwood III, individually, as
surviving sibling of John Christopher
Henwood

David Henwood III as the Personal
Representative of the Estate of David D.
Henwood Jr., deceased, the late parent of
John Christopher Henwood

Mary C. Henwood, individually, as
surviving parent of John Christopher
Henwood

Mary L. Henwood, individually, as
surviving sibling of John Christopher
Henwood

Pamela Dixon, individually, as surviving
parent of DaJuan Hodges

Sherard Dixon, individually, as surviving
sibling of DaJuan Hodges

Jamielah Persol, as the Personal
Representative of the Estate of DaJuan
Hodges, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
DaJuan Hodges

Jatair Persol, individually, as surviving
child of DaJuan Hodges

Kenneth Alan Davidson as Personal
Representative of the Estate of David
Cannella, deceased, the late child of Judith
Hofmiller

Robert Hofmiller, individually, as
surviving sibling of Judith Hofmiller

Robert Hofmiller as Personal
Representative of the Estate of Emma
Graves, deceased, the late parent of Judith
Hofmiller

Kelly Marchese as Personal Representative
of the Estate of William J. Houston,

64

deceased, the late sibling of Charles J. Houston

Francis X. Houston, individually, as surviving sibling of Charles J. Houston

Joan M. Houston, individually, as surviving sibling of Charles J. Houston

Linda Houston, individually, as surviving spouse of Charles J. Houston

Linda Houston, as the Personal Representative of the Estate of Charles J. Houston, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles J. Houston

Joan M. Houston as Personal Representative of the Estate of Joan McQuillen, deceased, the late parent of Charles J. Houston

Brian Howley, individually, as surviving spouse of Jennifer L. Howley

Brian Howley, as the Personal Representative of the Estate of Jennifer L. Howley, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Howley

Gerald Hrycak, individually, as surviving sibling of Marian R. Hrycak

Joanne Hrycak, individually, as surviving spouse of Marian R. Hrycak

Joanne Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak

Christine Buividas, individually, as

surviving child of Marian R. Hrycak

Gregory Hrycak, individually, as surviving child of Marian R. Hrycak

Trina Sabb, individually, as surviving sibling of Lamar D. Hulse

Harold Singleton, individually, as surviving sibling of Lamar D. Hulse

Linda Hulse, individually, as surviving parent of Lamar D. Hulse

Linda Hulse, as the Personal Representative of the Estate of Lamar D. Hulse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lamar D. Hulse

Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late parent of Peggie Hurt

Arthur Harris, individually, as surviving parent of Peggie Hurt

Arthur Harris, as the Personal Representative of the Estate of Peggie Hurt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peggie Hurt

Edith Otelia Harris, individually, as surviving close, immediate family member of Peggie Hurt

Margaret Ann Williams, individually, as surviving close, immediate family member of Peggie Hurt

Christine Sandra Wilson, individually, as surviving close, immediate family member of Peggie Hurt

Carlene Wynn as Personal Representative

66

of the Estate of Lelia Mae Wynn, deceased, the late close, immediate family member of Peggie Hurt

Katherine Wynn, individually, as surviving close, immediate family member of Peggie Hurt

Ben Huttler, individually, as surviving child of Joseph S. Huttler

Frida Huttler, individually, as surviving child of Joseph S. Huttler

Gideon Huttler, individually, as surviving child of Joseph S. Huttler

Miriam Zehava Huttler, individually, as surviving spouse of Joseph S. Huttler

Miriam Zehava Huttler, as the Personal Representative of the Estate of Joseph S. Huttler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph S. Huttler

Patricia Catherine Hardy, individually, as surviving sibling of Stephen N. Hyland

Charles Hyland, individually, as surviving sibling of Stephen N. Hyland

Stephen Hyland, individually, as surviving parent of Stephen N. Hyland

Stephen Hyland, as the Personal Representative of the Estate of Stephen N. Hyland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen N. Hyland

Cheryl Hyland, individually, as surviving sibling of Stephen N. Hyland

Rachel James, individually, as surviving

sibling of Ernest James

Rachel James, as the Personal Representative of the Estate of Ernest James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ernest James

Rachel James as Personal Representative of the Estate of Esther James, deceased, the late parent of Ernest James

Michael James Beckford, individually, as surviving spouse of Gricelda E. James

Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James

Madlene Brown, individually, as surviving sibling of Gricelda E. James

Jacobo Castro, individually, as surviving child of Gricelda E. James

Darril Garo, individually, as surviving sibling of Gricelda E. James

Obed Garo, individually, as surviving sibling of Gricelda E. James

Jairo Castro, individually, as surviving child of Gricelda E. James

Michael Zinkofsky, individually, as surviving spouse of Maxima Jean-Pierre

Michael Zinkofsky, as the Personal Representative of the Estate of Maxima Jean-Pierre, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maxima Jean-Pierre

docs-100490870.3

Natalie Jeffries, individually, as surviving sibling of Alva Cynthia Jeffries-Sanchez

Ryan Rogers, individually, as surviving child of Alva Cynthia Jeffries-Sanchez

Ryan Rogers, as the Personal Representative of the Estate of Alva Cynthia Jeffries-Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alva Cynthia Jeffries-Sanchez

John Doe 29, being intended to designate the Personal Representative of the Estate of John C. Jenkins, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John C. Jenkins

John Doe 30 as Personal Representative of the Estate of Florence Detherage, deceased, the late parent of John C. Jenkins

Jeffrey Jenkins, individually, as surviving sibling of John C. Jenkins

Alexander Jimenez, individually, as surviving sibling of Eliezer Jimenez Jr.

John Doe 123, as Personal Representative of the Estate of Eliezer S. Jimenez Sr., deceased, the late parent of Eliezer Jimenez Jr.

Elizabeth Jimenez, individually, as surviving sibling of Eliezer Jimenez Jr.

Erick Jimenez, individually, as surviving sibling of Eliezer Jimenez Jr.

69

Genesis Belinda Jimenez, individually, as
surviving child of Eliezer Jimenez Jr.

Jonathan Jimenez, individually, as
surviving child of Eliezer Jimenez Jr.

Melissa Jimenez, individually, as surviving
child of Eliezer Jimenez Jr.

Rosa Jimenez, individually, as surviving
spouse of Eliezer Jimenez Jr.

Rosa Jimenez, as the Personal
Representative of the Estate of Eliezer
Jimenez Jr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Eliezer Jimenez , Jr.

Anthony Salas, individually, as surviving
child of Eliezer Jimenez Jr.

Zamani Davis, individually, as surviving
sibling of Charles G. John

John Doe 32, being intended to designate
the Personal Representative of the Estate of
Charles G. John, deceased, said name being
fictitious, her/his true name is not presently
known, confirmed, and/or has not been
duly appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Charles G. John

Cleveland B. John, individually, as
surviving sibling of Charles G. John

Orwyn John, individually, as surviving
sibling of Charles G. John

Veronica John, individually, as surviving
parent of Charles G. John

Royston Roach, individually, as surviving sibling of Charles G. John

Charlene Cumberbatch, individually, as surviving sibling of Charles G. John

Gary Jones, individually, as surviving sibling of Brian L. Jones

Leander Jones, individually, as surviving parent of Brian L. Jones

Leander Jones, as the Personal Representative of the Estate of Brian L. Jones, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian L. Jones

Patricia Jones, individually, as surviving parent of Brian L. Jones

Teri Marshall, individually, as surviving sibling of Brian L. Jones

June Jurgens a/k/a June Drescher, individually, as surviving child of Paul W. Jurgens

Lindsay Jurgens, individually, as surviving child of Paul W. Jurgens

Maria Jurgens, individually, as surviving spouse of Paul W. Jurgens

Maria Jurgens, as the Personal Representative of the Estate of Paul W. Jurgens, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul W. Jurgens

Paul Jurgens, individually, as surviving child of Paul W. Jurgens

Bakhtiyar Kamardinov, individually, as surviving sibling of Gavkharoy

71

Kamardinova

Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova

Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova

Mukhamet Kamardinov, individually, as surviving parent of Gavkharoy Kamardinova

Zahro Kamardinova a/k/a Zakhro Kamardinova , individually, as surviving sibling of Gavkharoy Kamardinova

Zahro Kamardinova a/k/a Zakhro Kamardinova , as the Personal Representative of the Estate of Gavkharoy Kamardinova, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gavkharoy Kamardinova

Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova

Faye Kane, individually, as surviving parent of Jennifer L. Kane

George Kane, individually, as surviving parent of Jennifer L. Kane

George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane

Timothy Kane, individually, as surviving sibling of Jennifer L. Kane

Matthew Kane, individually, as surviving sibling of Jennifer L. Kane

Craig Griffin, individually, as surviving
spouse of Lisa Kearney-Griffin

Craig Griffin, as the Personal
Representative of the Estate of Lisa
Kearney-Griffin, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of Lisa
Kearney-Griffin

Lorraine Griffin, individually, as surviving
child of Lisa Kearney-Griffin

Maurice Corbett Kearney, individually, as
surviving sibling of Lisa Kearney-Griffin

McKinley Kearney, individually, as
surviving parent of Lisa Kearney-Griffin

Brityne Sprauve, individually, as surviving
child of Lisa Kearney-Griffin

Christine Keating, individually, as
surviving sibling of Paul Hanlon Keating

Cornelius H. Keating, individually, as
surviving sibling of Paul Hanlon Keating

Cornelius J. Keating, individually, as
surviving parent of Paul Hanlon Keating

Cornelius J. Keating, as the Personal
Representative of the Estate of Paul Hanlon
Keating, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Paul
Hanlon Keating

Jeanne Keating, individually, as surviving
sibling of Paul Hanlon Keating

Jeffrey Keating, individually, as surviving
sibling of Paul Hanlon Keating

Cornelius J. Keating as Personal
Representative of the Estate of Muriel
Keating, deceased, the late parent of Paul

Hanlon Keating

Kathleen A. Matthews, individually, as
surviving sibling of Paul Hanlon Keating

Belinda Bennett a/k/a Belinda Carter,
individually, as surviving child of Brenda
Kegler

Andre Hunter, individually, as surviving
sibling of Brenda Kegler

Robert Lee Hunter, individually, as
surviving sibling of Brenda Kegler

Simara Warren, individually, as surviving
child of Brenda Kegler

Simara Warren, as the Personal
Representative of the Estate of Brenda
Kegler, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Brenda Kegler

Bing Kegler, individually, as surviving
spouse of Brenda Kegler

David Royal, individually, as surviving
sibling of Brenda Kegler

Anne K. Blauvelt, individually, as
surviving spouse of Thomas M. Kelly

Anne K. Blauvelt, as the Personal
Representative of the Estate of Thomas M.
Kelly, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Thomas M. Kelly

Kathleen Kelly, individually, as surviving
spouse of Thomas W. Kelly

Kathleen Kelly, as the Personal
Representative of the Estate of Thomas W.
Kelly, deceased, and on behalf of all
survivors and all legally entitled

beneficiaries and family members of
Thomas W. Kelly

Thomas Kelly, individually, as surviving
child of Thomas W. Kelly

Francis Kelly, individually, as surviving
child of Thomas W. Kelly

Allison Garger, individually, as surviving
spouse of Thomas Kennedy

Allison Garger, as the Personal
Representative of the Estate of Thomas
Kennedy, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Thomas Kennedy

Brian Kennedy, individually, as surviving
sibling of Thomas Kennedy

Brian Kennedy, as Personal Representative
of the Estate of Eileen Kennedy, deceased,
the late parent of Thomas Kennedy

James Kennedy, individually, as surviving
child of Thomas Kennedy

Michael Kennedy, individually, as
surviving child of Thomas Kennedy

Robert Kennedy, individually, as surviving
sibling of Thomas Kennedy

Brian Kennedy, as Personal Representative
of the Estate of William Kennedy,
deceased, the late parent of Thomas
Kennedy

Elizabeth Khalif, individually, as surviving
parent of Boris Khalif

Lev Khalif, individually, as surviving
parent of Boris Khalif

Dara Berliner, individually, as surviving

sibling of Mary Jo Kimelman

Michael G. Kimelman, individually, as surviving parent of Mary Jo Kimelman

Michael G. Kimelman, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman

Michael P. Kimelman, individually, as surviving sibling of Mary Jo Kimelman

Scott Kimelman, individually, as surviving sibling of Mary Jo Kimelman

Terre Susan Wallach, individually, as surviving parent of Mary Jo Kimelman

Terre Susan Wallach, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman

Kathryn "Kay" D'Amico, individually, as surviving sibling of Karen Kincaid

John Doe 33, being intended to designate the Personal Representative of the Estate of Karen Kincaid, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen Kincaid

Kristian G. Kincaid, individually, as surviving sibling of Karen Kincaid

76

Karyl Kincaid-Noel, individually, as
surviving sibling of Karen Kincaid

Kellie Work, individually, as surviving
sibling of Amy R. King

Susan M. King, individually, as surviving
parent of Amy R. King

Raymond Murray, as Personal
Representative of the Estate of Richard
King, deceased, the late spouse of Lucille
T. King

Robert Murray, as the co-Personal
Representative of the Estate of Lucille T.
King, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Lucille T. King

Raymond Murray, as the co-Personal
Representative of the Estate of Lucille T.
King, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Lucille T. King

Karen Barrett, as the co-Personal
Representative of the Estate of Lucille T.
King, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Lucille T. King

Hans A. Klein, individually, as surviving
parent of Peter A. Klein

Dawn Kloepfer, as the Personal
Representative of the Estate of Ronald
Philip Kloepfer, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Ronald Philip Kloepfer

Jill Graziano, individually, as surviving
sibling of Ronald Philip Kloepfer

Christopher Kloepfer, individually, as
surviving sibling of Ronald Philip Kloepfer

Janet C. Kloepfer, individually, as
surviving parent of Ronald Philip Kloepfer

Michael Kloepfer, individually, as
surviving sibling of Ronald Philip Kloepfer

Robert Kloepfer Jr., individually, as
surviving sibling of Ronald Philip Kloepfer

Kim McKenna, individually, as surviving
sibling of Ronald Philip Kloepfer

John Koecheler, individually, as surviving
child of Gary E. Koecheler

Mary Jo Koecheler, individually, as
surviving sibling of Gary E. Koecheler

Maureen Koecheler, individually, as
surviving spouse of Gary E. Koecheler

Maureen Koecheler, as the Personal
Representative of the Estate of Gary E.
Koecheler, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Gary
E. Koecheler

Paul Koecheler, individually, as surviving
child of Gary E. Koecheler

Judy Schneider, individually, as surviving
sibling of Gary E. Koecheler

Gene Koecheler, individually, as surviving
sibling of Gary E. Koecheler

Thomas Kuras, individually, as surviving
sibling of Patricia A. Kuras

Thomas Kuras, as the Personal
Representative of the Estate of Patricia A.
Kuras, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

78

Patricia A. Kuras

Michael B. Kuras, individually, as
surviving sibling of Patricia A. Kuras

Thomas Kuras as Personal Representative
of the Estate of Frances Kuras, deceased,
the late parent of Patricia A. Kuras

Morgan Kyte, individually, as surviving
child of Angela R. Kyte

Roger Kyte, individually, as surviving
spouse of Angela R. Kyte

Roger Kyte, as the Personal Representative
of the Estate of Angela R. Kyte, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of Angela R. Kyte

Jem A. Howard, individually, as surviving
child of Alan LaFrance

Jody C. Howard, individually, as surviving
child of Alan LaFrance

Andre LaFrance, individually, as surviving
sibling of Alan LaFrance

Carolyn LaFrance, individually, as
surviving sibling of Alan LaFrance

Steven LaFrance, individually, as surviving
sibling of Alan LaFrance

Annmarie Williams, individually, as
surviving sibling of Alan LaFrance

John Doe 35, being intended to designate
the Personal Representative of the Estate of
William D. Lake, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to

79

serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of William D. Lake

Kyler Lake, individually, as surviving child of William D. Lake

Jeanne Kavinski, individually, as surviving sibling of Carol A. LaPlante

Jeanne Kavinski, as the Personal Representative of the Estate of Carol A. LaPlante, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante

Marilyn Matthews, individually, as surviving sibling of Carol A. LaPlante

Catherine Lauria, individually, as surviving sibling of Stephen J. Lauria

Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria

Catherine Lauria as Personal Representative of the Estate of Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria

Pamela Lawson Dixon, individually, as surviving child of Nathaniel Lawson

Pamela Lawson Dixon, as the Personal Representative of the Estate of Nathaniel Lawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nathaniel Lawson

Betty Moore-Gooding, individually, as

80

surviving sibling of Nathaniel Lawson

Evelyn Robinson, individually, as
surviving sibling of Nathaniel Lawson

Mary Ann Ledee, as the Personal
Representative of the Estate of Kenneth
Charles Ledee, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Kenneth Charles Ledee

Anna Ledee, individually, as surviving
parent of Kenneth Charles Ledee

Olivia Ledee Lindsey, individually, as
surviving child of Kenneth Charles Ledee

Alexica Leduc, individually, as surviving
child of Alexis Leduc

Alexis John Leduc, individually, as
surviving child of Alexis Leduc

Elvis Leduc, individually, as surviving
child of Alexis Leduc

Jessica Leduc, individually, as surviving
child of Alexis Leduc

Cindy Leduc-Sanchez, individually, as
surviving child of Alexis Leduc

Katherine Lenoir, individually, as
surviving sibling of John R. Lenoir

Patricia Lenoir, individually, as surviving
parent of John R. Lenoir

Patrick Lenoir, individually, as surviving
sibling of John R. Lenoir

Patrick Lenoir as Personal Representative
of the Estate of John A. Lenoir, deceased,
the late parent of John R. Lenoir

Elaine Farrally-Plourde, individually, as

surviving child of Charles A. Lesperance

Elaine Farrally-Plourde, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance

Leslie K. Lesperance, individually, as surviving child of Charles A. Lesperance

Leslie K. Lesperance, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance

Nilaja A. Shealy-Loveless, individually, as surviving child of Charles A. Lesperance

Audrey Levin, individually, as surviving parent of Alisha C. Levin

Marvin Levin, individually, as surviving parent of Alisha C. Levin

Mindy Gottenberg, individually, as surviving sibling of Alisha C. Levin

Mindy Gottenberg, as the Personal Representative of the Estate of Alisha C. Levin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alisha C. Levin

John E. Allen Jr. , individually, as surviving child of Samantha Lightbourn-Allen

Rennea Butler, individually, as surviving sibling of Samantha Lightbourn-Allen

Raymond Lightbourn, individually, as surviving sibling of Samantha Lightbourn-

Allen

Rebecca Lightbourn, individually, as surviving parent of Samantha Lightbourn-Allen

Rebecca Lightbourn, as the Personal Representative of the Estate of Samantha Lightbourn-Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn-Allen

Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr., deceased, the late parent of Samantha Lightbourn-Allen

Olga Colon, individually, as surviving sibling of Carlos R. Lillo

Iliana E. Flores, individually, as surviving sibling of Carlos R. Lillo

Julio C. Lillo, individually, as surviving sibling of Carlos R. Lillo

Alexander Lopez, individually, as surviving sibling of Carlos R. Lillo

Ilia E. Rodriguez, individually, as surviving parent of Carlos R. Lillo

Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres, deceased, the late parent of Carlos R. Lillo

Nahid Mashayekhi Lin, individually, as surviving parent of Darya Lin

Berdie Hicks, individually, as surviving parent of Nickie Lindo

Walter Hicks, individually, as surviving sibling of Nickie Lindo

Vincent Linnane, individually, as surviving

83

sibling of Robert T. Linnane

Vincent Linnane, as the Personal Representative of the Estate of Robert T. Linnane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert T. Linnane

Matthew J. Liz-Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz

Jose Liz, individually, as surviving sibling of Nancy Liz

Jose Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz

Matthew J. Liz-Ramirez, individually, as surviving child of Nancy Liz

Elisa P. Malani, as the Personal Representative of the Estate of Michael Lomax, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lomax

Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso, deceased, the late spouse of Michael Lomax

Alexandra Lopes, individually, as surviving child of Salvatore Lopes

Bernard Lopes, individually, as surviving sibling of Salvatore Lopes

Lorraine Lopes, individually, as surviving spouse of Salvatore Lopes

Lorraine Lopes, as the Personal Representative of the Estate of Salvatore

84

Lopes, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Salvatore Lopes

Nicole Lopes, individually, as surviving
child of Salvatore Lopes

Antoinette Solowsky, individually, as
surviving sibling of Salvatore Lopes

Michael Lopez Feliciano, individually, as
surviving child of George Lopez

Sophia W. M. Feliciano, individually, as
surviving spouse of George Lopez

Sophia W. M. Feliciano, as the Personal
Representative of the Estate of George
Lopez, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
George Lopez

Carolyn DeRosier, individually, as
surviving sibling of James T. Lynch

Judith M. Hesse, individually, as surviving
sibling of James T. Lynch

Judith M. Hesse as Personal Representative
of the Estate of Michael B. Lynch ,
deceased, the late sibling of James T.
Lynch

Brenda Lynch, individually, as surviving
spouse of James T. Lynch

Brenda Lynch, as the Personal
Representative of the Estate of James T.
Lynch, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of James
T. Lynch

Paul Thomas Lynch, individually, as
surviving child of James T. Lynch

Maureen MacDonald, individually, as surviving sibling of James T. Lynch

Kathleen E. Zetscher, individually, as surviving sibling of James T. Lynch

Rodney Bush, individually, as surviving sibling of Nehamon Lyons

Corey Hawkins, individually, as surviving sibling of Nehamon Lyons

Christian Lyons, individually, as surviving sibling of Nehamon Lyons

John Doe 108, as Personal Representative of the Estate of Jewel Lyons, deceased, the late parent of Nehamon Lyons

John Doe 102, being intended to designate the Estate of Nehamon Lyons, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon LyonsMarquis Lyons, individually, as surviving sibling of Nehamon Lyons

Andrew Magazine, individually, as surviving child of Jay R. Magazine

Michele Magazine, individually, as surviving sibling of Jay R. Magazine

Susan Lori Magazine, individually, as surviving spouse of Jay R. Magazine

Susan Lori Magazine, as the Personal Representative of the Estate of Jay R. Magazine, deceased, and on behalf of all survivors and all legally entitled

86

beneficiaries and family members of Jay R. Magazine

Janet Wexler Magee, individually, as surviving spouse of Charles W. Magee

Janet Wexler Magee, as the Personal Representative of the Estate of Charles W. Magee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles W. Magee

Ali Mohamed Malahi, individually, as surviving parent of Abdu Ali Malahi

Ali Mohamed Malahi, as the Personal Representative of the Estate of Abdu Ali Malahi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdu Ali Malahi

Malek Malahi, individually, as surviving child of Abdu Ali Malahi

Nabeela Malahi, individually, as surviving spouse of Abdu Ali Malahi

Fares Malahi, individually, as surviving child of Abdu Ali Malahi

Miriam R. Carrasquillo, individually, as surviving sibling of Debora I. Maldonado

Elvia Diaz, individually, as surviving parent of Debora I. Maldonado

Leslie Edwards, individually, as surviving sibling of Debora I. Maldonado

Jarid Maldonado, individually, as surviving child of Myrna Maldonado-Agosto

Jordan Maldonado, individually, as surviving child of Myrna Maldonado-Agosto

87

Frances Mercado, individually, as
surviving sibling of Myrna Maldonado-
Agosto

April Fitzgerald as Personal Representative
of the Estate of Merlyn Maloy, deceased,
the late parent of Gene Maloy

Gene Maloy, individually, as surviving
parent of Gene Maloy

April Fitzgerald, individually, as surviving
sibling of Gene Maloy

Margaret Randazzo-Maloy, as the Personal
Representative of the Estate of Gene
Maloy, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Gene
Maloy

Anthony Mancini, individually, as
surviving sibling of Francisco M. Mancini
a/k/a Frank Mancini

Anastasia Mancini a/k/a Anastasia
Zouvelos, individually, as surviving spouse
of Francisco M. Mancini a/k/a Frank
Mancini

Anastasia Mancini a/k/a Anastasia
Zouvelos, as the Personal Representative of
the Estate of Francisco Mancini (a/k/a
Frank Mancini), deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Francisco M. Mancini a/k/a Frank Mancini

Sophia Mancini, individually, as surviving
child of Francisco M. Mancini a/k/a Frank
Mancini

Anthony Mancini as the Personal
Representative of the Estate of Lea Sola
(a/k/a Lea Mancini), deceased, the late
parent of Francisco M. Mancini a/k/a Frank
Mancini

Laura aka Laura E. Mardovich Balemian, individually, as surviving spouse of Edward J. Mardovich

Victoria Catanese, individually, as surviving child of Edward J. Mardovich

Edward J. Mardovich III, individually, as surviving child of Edward J. Mardovich

Joseph Mardovich, individually, as surviving child of Edward J. Mardovich

Leigh Massi, individually, as surviving child of Edward J. Mardovich

Laura Mardovich a/k/a Laura E. Balemian, as the Personal Representative of the Estate of Edward J. Mardovich, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward J. Mardovich

Lauren Peters, as the Personal Representative of the Estate of Louis N. Mariani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani

Christine Mariani, individually, as surviving sibling of Louis N. Mariani

Christina Martinez, individually, as surviving child of Betsy Martinez

Gabriel Martinez, as the Co-Personal Representative of the Estate of Robert G Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez

Gabriel Martinez, individually, as surviving parent of Robert G. Martinez

Marie Martinez, individually, as surviving

89

parent of Robert G. Martinez

Francis Firth, individually, as surviving sibling of Robert G. Martinez

Arnold F. Mascali Jr., individually, as surviving sibling of Joseph A. Mascali

Catherine Mascali, individually, as surviving parent of Joseph A. Mascali

John Mascali, individually, as surviving sibling of Joseph A. Mascali

Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr. , deceased, the late parent of Joseph A. Mascali

Donna Mascali Russo, individually, as surviving sibling of Joseph A. Mascali

Cathyanne Mascali Sprenger, individually, as surviving sibling of Joseph A. Mascali

Sherman Acker, individually, as surviving spouse of Ada L. Mason

Annie Harris, individually, as surviving sibling of Ada L. Mason

JoAnn Wilson-Johnson, individually, as surviving sibling of Ada L. Mason

Nelson Johnson, as the Personal Representative of the Estate of Ada L. Mason, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason

JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson, deceased, the late parent of Ada L. Mason

Shaun Mason, individually, as surviving

child of Ada L. Mason

Jimmie L. Willson, individually, as
surviving sibling of Ada L. Mason

Shannon Mason, individually, as surviving
child of Ada L. Mason

Kathleen Mathesen, as the Personal
Representative of the Estate of William A.
Mathesen, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
William A. Mathesen

Deborah Moloney, individually, as
surviving sibling of William A. Mathesen

Joanne Mathesen, as Personal
Representative of the Estate of Stephen
Mathesen, deceased, the late sibling of
William A. Mathesen

Karen Schubert, individually, as surviving
sibling of William A. Mathesen

Patricia Sarrantonio, individually, as
surviving sibling of William A. Mathesen

Vivian Mattic, individually, as surviving
sibling of Margaret E. Mattic

Jean Neal a/k/a Elvin Jean Neal,
individually, as surviving sibling of
Margaret E. Mattic

Jean Neal a/k/a Elvin Jean Neal, as the
Personal Representative of the Estate of
Margaret E. Mattic, deceased, and on
behalf of all survivors and all legally
entitled beneficiaries and family members
of Margaret E. Mattic

Jean Neal a/k/a Elvin Jean Neal, as
Personal Representative of the Estate of
Katie I. Mattic, deceased, the late parent of
Margaret E. Mattic

Frances Douglas, individually, as surviving sibling of Margaret E. Mattic

William Eugene Clark a/k/a Eugene W. Clark, as the Personal Representative of the Estate of Dean E. Mattson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean E. Mattson

Dale Mattson, individually, as surviving sibling of Dean E. Mattson

Dale Mattson as Personal Representative of the Estate of Bernice Mattson, deceased, the late parent of Dean E. Mattson

Mary Mattson as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson

John Doe 119 as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of sibling of Dean E. Mattson

Donald Mauro, individually, as surviving spouse of Nancy Mauro

Donald Mauro, as the Personal Representative of the Estate of Nancy Mauro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Mauro

Anne McCloskey, individually, as surviving parent of Katie M. McCloskey

Anne McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey

Noah R. McCloskey, individually, as

surviving sibling of Katie M. McCloskey

Linda D. May, individually, as surviving sibling of Thomas McHale

Elizabeth ("Beth") McCarthy (nee McHale), individually, as surviving sibling of Thomas McHale

Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of the Estate of John F. McHale , deceased, the late parent of Thomas McHale

Joseph M. McHale, individually, as surviving sibling of Thomas McHale

Kevin J. McHale, individually, as surviving sibling of Thomas McHale

John F. McHale Jr. a/k/a Jack McHale, individually, as surviving sibling of Thomas McHale

John Doe 40, being intended to designate the Personal Representative of the Estate of Robert G. McIlvaine, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. McIlvaine

Jeffrey A. McIlvaine, individually, as surviving sibling of Robert G. McIlvaine

Julie E. McMahon, individually, as surviving spouse of Robert D. McMahon

Julie E. McMahon, as the Personal Representative of the Estate of Robert D.

93

McMahon, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Robert D. McMahon

Matthew McMahon, individually, as
surviving child of Robert D. McMahon

Peter McMahon, individually, as surviving
sibling of Robert D. McMahon

Nancy McMahon as Personal
Representative of the Estate of Robert
Martin McMahon, deceased, the late parent
of Robert D. McMahon

Patrick McMahon, individually, as
surviving child of Robert D. McMahon

Andrew McMahon, individually, as
surviving sibling of Robert D. McMahon

Damon McMahon, individually, as
surviving sibling of Robert D. McMahon

Michael McMahon, individually, as
surviving sibling of Robert D. McMahon

Kim McNeil-Hightower, individually, as
surviving child of Walter A. McNeil

Kim McNeil-Hightower, as the Personal
Representative of the Estate of Walter A.
McNeil, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Walter A. McNeil

Walter A. McNeil II, individually, as
surviving child of Walter A. McNeil

Kim McNeil-Hightower as Personal
Representative of the Estate of Judith
McNeil, deceased, the late sibling of
Walter A. McNeil

Dolores Lara, individually, as surviving

94

parent of Manuel E. Mejia

Scarlyn Mejia, individually, as surviving child of Manuel E. Mejia

Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia

Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Jose Miguel Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Yaritza Franco Estudillo, individually, as surviving child of Antonio Melendez

Daisy N. Melendez, individually, as surviving child of Antonio Melendez

Marco A. Melendez, individually, as surviving child of Antonio Melendez

Saul Melendez-Hernandez, individually, as surviving child of Antonio Melendez

Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez

Douglas Mello, individually, as surviving parent of Christopher D. Mello

Ellen Mello, individually, as surviving parent of Christopher D. Mello

Ellen Mello, as the Personal Representative of the Estate of Christopher D. Mello,

95

deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher D. Mello

John Mello, individually, as surviving sibling of Christopher D. Mello

Aleksandr Melnichenko, individually, as surviving spouse of Yelena Melnichenko

Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko

Erik F. Melnichenko, individually, as surviving child of Yelena Melnichenko

Mary Cooper, individually, as surviving sibling of Wesley Mercer

Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker, deceased, the late sibling of Wesley Mercer

Linda Loran, individually, as surviving child of Wesley Mercer

Jackie J. Mercer, individually, as surviving sibling of Wesley Mercer

Kimberly Lee King Anderson as Personal Representative of the Estate of Queen Mercer, deceased, the late spouse of Wesley Mercer

Kimberly Lee King Anderson as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer

Sharif Chowdhury and Showkatara Sharif as co-Personal Representatives of the Estate of Shakila Yasmin, deceased, the

96

late spouse of Nurul Miah

Rokshana Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah

Bakul Miah, individually, as surviving sibling of Nurul Miah

Maria Revilla, individually, as surviving spouse of Luis Clodoaldo Revilla Mier

Maria Revilla, as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier

Jacqueline Milam, individually, as surviving spouse of Major Ronald D. Milam

Jacqueline Milam, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Maj.) Ronald D. Milam

Ronald D. Milam Jr., individually, as surviving child of Major Ronald D. Milam

MyeJoi Milam, individually, as surviving child of Major Ronald D. Milam

Laurie Miller, individually, as surviving spouse of Douglas C. Miller

Laurie Miller, as the Personal Representative of the Estate of Douglas C. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller

97

Rachel Miller, individually, as surviving child of Douglas C. Miller

Katherine Miller, individually, as surviving child of Douglas C. Miller

Sheryl Miller Bechor, individually, as surviving child of Philip D. Miller

Arlene Miller, as the co-Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller

Arlene Miller, individually, as surviving spouse of Philip D. Miller

Frank Moccia, Jr. as Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia

Frank Moccia, Jr., as the co-Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia

Donna Velazquez, individually, as surviving child of Frank V. Moccia

Frank Moccia, individually, as surviving child of Frank V. Moccia

Patricia Codispoti, individually, as surviving sibling of Louis J. Modafferi

Anthony Modafferi, individually, as surviving sibling of Louis J. Modafferi

Raffaela Modafferi, individually, as surviving parent of Louis J. Modafferi

Mercedes Hernandez Molina, individually, as surviving spouse of Manuel De Jesus

98

Molina

Mercedes Hernandez Molina, as the
Personal Representative of the Estate of
Manuel De Jesus Molina, deceased, and on
behalf of all survivors and all legally
entitled beneficiaries and family members
of Manuel De Jesus Molina

Amanda Castrillon, individually, as
surviving spouse of Antonio Montoya

Amanda Castrillon, as the co-Personal
Representative of the Estate of Antonio
Montoya, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Antonio Montoya

Cindy Montoya, individually, as surviving
child of Antonio Montoya

Jorge Montoya, individually, as surviving
child of Antonio Montoya

Kelly Montoya, individually, as surviving
child of Antonio Montoya

Margarita Londono de Montoya,
individually, as surviving parent of Carlos
A. Montoya

Gilberto Montoya-Londono, individually,
as surviving sibling of Carlos A. Montoya

Jaime Montoya-Londono, individually, as
surviving sibling of Carlos A. Montoya

Luis F. Montoya-Londono, individually, as
surviving sibling of Carlos A. Montoya

Stacey Montoya, individually, as surviving
spouse of Carlos A. Montoya

Stacey Montoya, as the Personal
Representative of the Estate of Carlos A.
Montoya, deceased, and on behalf of all
survivors and all legally entitled

beneficiaries and family members of Carlos A. Montoya

Deirdre Moody, individually, as surviving child of Capt. Thomas Moody

Jessica Moody, individually, as surviving child of Capt. Thomas Moody

Sean Moody, individually, as surviving child of Capt. Thomas Moody

Maureen Moody-Theinert, individually, as surviving spouse of Capt. Thomas Moody

Maureen Moody-Theinert, as the Personal Representative of the Estate of Thomas Capt. Moody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Capt. Thomas Moody

Erin Moody Brennan, individually, as surviving child of Capt. Thomas Moody

Portia Morales, individually, as surviving child of Paula E. Morales

Sherwin Morales, individually, as surviving child of Paula E. Morales

Stephanie Morales-Guerrero, individually, as surviving child of Paula E. Morales

Stephanie Morales-Guerrero, as the Personal Representative of the Estate of Paula E. Morales, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paula E. Morales

Petal S. Stanford-Sylvert, individually, as surviving child of Paula E. Morales

Kevin Moran, individually, as surviving sibling of Gerard Moran

Shannon Moran, individually, as surviving

child of Gerard Moran

Shannon Moran, as the Personal
Representative of the Estate of Gerard
Moran, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Gerard Moran

Ellen Moran , individually, as surviving
sibling of John Moran

Dylan Moran, individually, as surviving
child of John Moran

Michael Moran, individually, as surviving
sibling of John Moran

Ryan Moran, individually, as surviving
child of John Moran

Ellen Moran a/k/a Ellen Brennan, as
Personal Representative of the Estate of
Margaret Murphy Moran, deceased, the
late parent of John Moran

Mona O'Connor, individually, as surviving
sibling of John Moran

Kim Racklin, individually, as surviving
spouse of John Moran

Kim Racklin, as the Personal
Representative of the Estate of John
Moran, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of John
Moran

Alfia L. Gilligan (nee Morello),
individually, as surviving child of Steven
Morello

Eileen M. Morello, individually, as
surviving spouse of Steven Morello

Eileen M. Morello, as the Personal
Representative of the Estate of Steven

Morello, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Steven Morello

Steven Morello, individually, as surviving
child of Steven Morello

Jessica Spiers, individually, as surviving
child of Steven Morello

Winford F. Lamb, individually, as
surviving sibling of Odessa V. Morris

Dahlia Morris, individually, as surviving
child of Odessa V. Morris

Horace Morris, individually, as surviving
spouse of Odessa V. Morris

Horace Morris, as the Personal
Representative of the Estate of Odessa V.
Morris, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Odessa V. Morris

Jan-Sheri Morris, individually, as surviving
child of Odessa V. Morris

Keith Morris, individually, as surviving
child of Odessa V. Morris

Ferdinand Morrone, individually, as
surviving child of Ferdinand Morrone

Gregory Morrone, individually, as
surviving child of Ferdinand Morrone

Linda Morrone, individually, as surviving
spouse of Ferdinand Morrone

Linda Morrone, as the Personal
Representative of the Estate of Ferdinand
Morrone, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

102

Ferdinand Morrone

Alyssa Morrone, individually, as surviving child of Ferdinand Morrone

George Jebrine, as the co-Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa

Joseph Moussa, individually, as surviving parent of Jude Moussa

Mazen Moussa, individually, as surviving sibling of Jude Moussa

Michael Moussa, individually, as surviving sibling of Jude Moussa

Yvette Moussa, individually, as surviving parent of Jude Moussa

Andre Mowatt, individually, as surviving sibling of Damion Mowatt

Andrea Mowatt, individually, as surviving parent of Damion Mowatt

Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt

Deval Mowatt, individually, as surviving sibling of Damion Mowatt

Devon Mowatt, individually, as surviving parent of Damion Mowatt

Mary Muldowney as Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr.

Brian Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

Kevin Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

Mary Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

Timothy Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

Colleen Andello, individually, as surviving sibling of Richard Muldowney Jr.

Constance Muldowney, individually, as surviving spouse of Richard Muldowney Jr.

Constance Muldowney, as the Personal Representative of the Estate of Richard Muldowney, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Muldowney Jr.

John Proodian, individually, as surviving child of Richard Muldowney Jr.

Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian, deceased, the late child of Richard Muldowney Jr.

Kevin Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Michael Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Patricia Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Patricia Mulligan, as the Personal

Representative of the Estate of Dennis M. Mulligan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan

Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan, deceased, the late parent of Dennis M. Mulligan

Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady , deceased, the late parent of Dennis M. Mulligan

Brian Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Masako Murphy, individually, as surviving spouse of Patrick J. Murphy

Masako Murphy, as the Personal Representative of the Estate of Patrick J. Murphy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy

Mitchell Murphy, individually, as surviving child of Patrick J. Murphy

Michael Murray, individually, as surviving child of Valerie V. Murray

Michael Murray, as the Personal Representative of the Estate of Valerie V. Murray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray

Michael Murray as Personal Representative of the Estate of Kenneth Murray, deceased, the late child of Valerie V. Murray

Veronica Stinga, individually, as surviving

child of Valerie V. Murray

Valerie J. Murray, individually, as
surviving child of Valerie V. Murray

Timothy Murray, individually, as surviving
child of Valerie V. Murray

John Capodanno, as the Personal
Representative of the Estate of Mario
Nardone Jr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Mario
Nardone Jr.

Christopher Nardone, individually, as
surviving sibling of Mario Nardone Jr.

Jeanine Rao, individually, as surviving
sibling of Mario Nardone Jr.

Jeanine Rao as Personal Representative of
the Estate of Linda Nardone, deceased, the
late parent of Mario Nardone Jr.

Jerrell Nedd, individually, as surviving
child of Jerome O. Nedd

Roxanne Nedd, individually, as surviving
spouse of Jerome O. Nedd

Roxanne Nedd, as the Personal
Representative of the Estate of Jerome O.
Nedd, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Jerome O. Nedd

Jerome Nedd, individually, as surviving
child of Jerome O. Nedd

Lyndsi Nelson, as the Personal
Representative of the Estate of Peter A.
Nelson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Peter
A. Nelson

106

Ryan Nelson, individually, as surviving
child of Peter A. Nelson

Earlrick Nesbitt, individually, as surviving
sibling of Oscar F. Nesbitt

John Nesbitt, individually, as surviving
sibling of Oscar F. Nesbitt

Leslie Nesbitt, individually, as surviving
sibling of Oscar F. Nesbitt

Leslie Nesbitt, as the Personal
Representative of the Estate of Oscar F.
Nesbitt, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Oscar
F. Nesbitt

Joycelyn Nesbitt-Arneaud, individually, as
surviving sibling of Oscar F. Nesbitt

Rosia Nesbitt as Personal Representative of
the Estate of Rawlins Anthony Nesbitt ,
deceased, the late sibling of Oscar F.
Nesbitt

Daniel Nevins, individually, as surviving
child of Gerard T. Nevins

Marie Nevins, individually, as surviving
spouse of Gerard T. Nevins

Marie Nevins, as the Personal
Representative of the Estate of Gerard T.
Nevins, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Gerard T. Nevins

Andrew Nevins, individually, as surviving
child of Gerard T. Nevins

Robin Loconto, individually, as surviving
sibling of Nancy Yuen Ngo

Ashley Ngo, individually, as surviving

child of Nancy Yuen Ngo

Lindsay Ngo, individually, as surviving
child of Nancy Yuen Ngo

Man Ngo, individually, as surviving spouse
of Nancy Yuen Ngo

Man Ngo, as the Personal Representative
of the Estate of Nancy Yuen Ngo,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Nancy Yuen Ngo

Ho Ying Yee, individually, as surviving
parent of Nancy Yuen Ngo

Dorothy Ogren, individually, as surviving
parent of Joseph J. Ogren

Lance Edward Ogren, individually, as
surviving sibling of Joseph J. Ogren

James Davies, as Personal Representative
of the Estate of Robert T. Ogren, deceased,
the late parent of Joseph J. Ogren

Lance Ogren, as the Personal
Representative of the Estate of Joseph J.
Ogren, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Joseph J. Ogren

Jessica Marrero, individually, as surviving
child of Samuel Oitice

Jean Oitice, individually, as surviving
spouse of Samuel Oitice

Jean Oitice, as the Personal Representative
of the Estate of Samuel Oitice, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of Samuel Oitice

John Oitice, individually, as surviving child

108

of Samuel Oitice

Duane Orloske, individually, as surviving spouse of Margaret Orloske

Duane Orloske, as the Personal Representative of the Estate of Margaret Orloske, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske

Stephen Orloske, individually, as surviving child of Margaret Orloske

Duane Orloske as Personal Representative of the Estate of Sylvia Quinn, deceased, the late parent of Margaret Orloske

Elizabeth O. Kenworthy, individually, as surviving child of Virginia Ormiston

James H. Kenworthy, individually, as surviving spouse of Virginia Ormiston

James H. Kenworthy, as the Personal Representative of the Estate of Virginia Ormiston, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia Ormiston

William O. Kenworthy, individually, as surviving child of Virginia Ormiston

Jonathan Ortiz, individually, as surviving sibling of Paul Ortiz Jr.

Pablo Ortiz Sr., individually, as surviving parent of Paul Ortiz Jr.

Estrellita a/k/a Estrellita Sanchez Ortiz, individually, as surviving spouse of Paul Ortiz Jr.

Estrellita a/k/a Estrellita Sanchez Ortiz, as the Personal Representative of the Estate of Paul Ortiz Jr., deceased, and on behalf of

all survivors and all legally entitled beneficiaries and family members of Paul Ortiz Jr.

Rebecca Brianne Ortiz, individually, as surviving child of Paul Ortiz Jr.

Sophie Ortiz, individually, as surviving parent of Paul Ortiz Jr.

Crystal Marie Ortiz, individually, as surviving child of David Ortiz

Ilianette Ortiz, individually, as surviving spouse of David Ortiz

Ilianette Ortiz, as the Personal Representative of the Estate of David Ortiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz

Richard Ortiz, individually, as surviving child of David Ortiz

Paola Cepeda, individually, as surviving child of Isidro D. Ottenwalder

Maria Delgado, individually, as surviving sibling of Isidro D. Ottenwalder

Ana Silvia Diaz, individually, as surviving sibling of Isidro D. Ottenwalder

Maria Fernandez, individually, as surviving spouse of Isidro D. Ottenwalder

Maria Fernandez, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder

Altagracia Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Homero Ottenwalder, individually, as

surviving sibling of Isidro D. Ottenwalder

Jose Ottenwalder, individually, as
surviving sibling of Isidro D. Ottenwalder

Jose Ottenwalder, as the co-Personal
Representative of the Estate of Isidro D.
Ottenwalder, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Isidro
D. Ottenwalder

Maria Ottenwalder, individually, as
surviving sibling of Isidro D. Ottenwalder

Pedro Ottenwalder, individually, as
surviving sibling of Isidro D. Ottenwalder

Rafael Ottenwalder, individually, as
surviving sibling of Isidro D. Ottenwalder

William Ottenwalder, individually, as
surviving sibling of Isidro D. Ottenwalder

Rafael Ottenwalder, as Personal
Representative for the Estate of Ana Pena
di Ottenwalder, deceased, the late parent of
Isidro D. Ottenwalder

Maria Cruz Rodriguez, individually, as
surviving sibling of Isidro D. Ottenwalder

Josefina Tolentino, individually, as
surviving sibling of Isidro D. Ottenwalder

John Owens, individually, as surviving
sibling of Peter Owens

Kevin Owens, individually, as surviving
sibling of Peter Owens

Terence Owens, individually, as surviving
sibling of Peter Owens

Thomas F. Owens, individually, as
surviving sibling of Peter Owens

Felipe Oyola, individually, as surviving

111

spouse of Adianes Oyola

Felipe Oyola, as the Personal Representative of the Estate of Adianes Oyola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Adianes Oyola

Hannah Pabon, individually, as surviving child of Israel Pabon

Karen Pabon, individually, as surviving spouse of Israel Pabon

Karen Pabon, as the Co-Personal Representative of the Estate of Israel Pabon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon

Sara Pabon, individually, as surviving child of Israel Pabon

Alyssa Palmer, individually, as surviving child of Orio J. Palmer

Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Deborah Palmer, deceased, the late spouse of Orio J. Palmer

Dana M. Runfola, as the co-Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer

Keith Palmer, as the co-Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer

Keith Palmer, individually, as surviving

child of Orio J. Palmer

Dana M. Runfola, individually, as surviving child of Orio J. Palmer

John Doe 44, being intended to designate the Personal Representative of the Estate of James W. Parham, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of James W. Parham

Leno Parham Jr., individually, as surviving sibling of James W. Parham

Kevin Parham, individually, as surviving sibling of James W. Parham

Sonia Lowe, individually, as surviving parent of Michael Parkes

Sonia Lowe, as the Personal Representative of the Estate of Michael Parkes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Parkes

Anya Monique Parkes, individually, as surviving sibling of Michael Parkes

Ralph Parkes, individually, as surviving parent of Michael Parkes

Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L. Pascual

John Doe 45, being intended to designate the Personal Representative of the Estate of Leobardo L. Pascual, deceased, said name being fictitious, her/his true name is not

presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Leobardo L. Pascual

Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L. Pascual

Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual

Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual

Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual

Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Graciela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Raquel Lopez Pascual, individually, as
surviving sibling of Leobardo L. Pascual

Diego Lopez Reyes, individually, as
surviving child of Leobardo L. Pascual

Juan Lopez Reyes, individually, as
surviving child of Leobardo L. Pascual

Ana Pascual Ortiz, individually, as
surviving parent of Leobardo L. Pascual

Terilyn Patrick Esse a/k/a Terilyn Patrick,
individually, as surviving spouse of James
Patrick

Terilyn Patrick Esse a/k/a Terilyn Patrick,
as the Personal Representative of the Estate
of James Patrick, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of James
Patrick

Jack James Patrick Esse a/k/a Jack James
Patrick, individually, as surviving child of
James Patrick

Alex M. Patrocino, individually, as
surviving child of Manuel D. Patrocino

Keyla Patrocino, individually, as surviving
child of Manuel D. Patrocino

Sandra Patrocino, individually, as
surviving spouse of Manuel D. Patrocino

Sandra Patrocino, as the Personal
Representative of the Estate of Manuel D.
Patrocino, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Manuel D. Patrocino

Barry Pearlman, individually, as surviving
parent of Richard A. Pearlman

Dorie Pearlman, individually, as surviving

parent of Richard A. Pearlman

Dorie Pearlman, as the Personal Representative of the Estate of Richard A. Pearlman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman

Lisa Pearlman-Mason, individually, as surviving sibling of Richard A. Pearlman

Patrizia Davis, individually, as surviving sibling of Salvatore F. Pepe

Anna Faustini as Personal Representative of the Estate of Anna Maria Allen, deceased, the late sibling of Salvatore F. Pepe

Catherine Ng-Pepe, individually, as surviving spouse of Salvatore F. Pepe

Catherine Ng-Pepe, as the Personal Representative of the Estate of Salvatore F. Pepe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore F. Pepe

Rosa Occhicone, individually, as surviving sibling of Salvatore F. Pepe

Genoveffa Palmieri, individually, as surviving sibling of Salvatore F. Pepe

Leonida R. Pepe, individually, as surviving sibling of Salvatore F. Pepe

Salvatore L. Pepe, individually, as surviving child of Salvatore F. Pepe

Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe, deceased, the late sibling of Salvatore F. Pepe

Marina Z. Perez, individually, as surviving

spouse of Alejo Perez

Marina Z. Perez, as the Personal
Representative of the Estate of Alejo Perez,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Alejo Perez

Antonio Perez, individually, as surviving
parent of Anthony Perez

Brian Perez, individually, as surviving
sibling of Anthony Perez

Maria Perez, individually, as surviving
parent of Anthony Perez

Scott Perez, individually, as surviving
sibling of Anthony Perez

Olivia Vilardi-Perez, individually, as
surviving child of Anthony Perez

Yolanda Knepper, individually, as
surviving sibling of Nancy E. Perez

Berta Perez, individually, as surviving
parent of Nancy E. Perez

Mario Perez, individually, as surviving
parent of Nancy E. Perez

Mario Perez, as the Personal
Representative of the Estate of Nancy E.
Perez, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Nancy
E. Perez

Minerva Conti, individually, as surviving
sibling of Nancy E. Perez

Melissa Perry, individually, as surviving
child of Emelda Perry

Melissa Perry, as the Personal
Representative of the Estate of Emelda
Perry, deceased, and on behalf of all

117

survivors and all legally entitled
beneficiaries and family members of
Emelda Perry

William Perry, individually, as surviving
child of Emelda Perry

Caitlin Bender (Perry), individually, as
surviving child of Glenn Perry Sr.

Glenn Perry Jr., individually, as surviving
child of Glenn Perry Sr.

Peggy Perry, individually, as surviving
spouse of Glenn Perry Sr.

Peggy Perry, as the Personal
Representative of the Estate of Glenn Perry
Sr., deceased, and on behalf of all survivors
and all legally entitled beneficiaries and
family members of Glenn Perry Sr.

Meaghan Wilt, individually, as surviving
child of Glenn Perry Sr.

Dianne Lynn Hudder, individually, as
surviving sibling of William R. Peterson

Robert M. Peterson, individually, as
surviving sibling of William R. Peterson

Robin Peterson, individually, as surviving
spouse of William R. Peterson

Robin Peterson, as the Personal
Representative of the Estate of William R.
Peterson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
William R. Peterson

Robert M. Peterson as Personal
Representative of the Estate of Robert
Benjamin Peterson , deceased, the late
parent of William R. Peterson

Deirdre Kroupa, individually, as surviving

sibling of Glen Pettit

Neil Pettit, individually, as surviving
sibling of Glen Pettit

Jane Wixted, individually, as surviving
parent of Glen Pettit

Tara Felice, individually, as surviving
sibling of Glen Pettit

Jane Wixted , as the Personal
Representative of the Estate of Glen Pettit,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Glen Pettit

Thomas Knobel, individually, as surviving
spouse of Tu-Anh Pham

Thomas Knobel, as the Personal
Representative of the Estate of Tu-Anh
Pham, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Tu-
Anh Pham

Vivienne Hoang-Anh Knobel, individualyl,
as surviving child of Tu-Anh Pham

Daniel T. Phelan, individually, as surviving
child of Kenneth Phelan

Erin Phelan, individually, as surviving
child of Kenneth Phelan

Kenneth J. Phelan Jr., individually, as
surviving child of Kenneth Phelan

Kimberly Phelan, individually, as surviving
child of Kenneth Phelan

Patricia Phelan-Byrnes, individually, as
surviving spouse of Kenneth Phelan

Patricia Phelan-Byrnes, as the Personal
Representative of the Estate of Kenneth
Phelan, deceased, and on behalf of all

119

survivors and all legally entitled
beneficiaries and family members of
Kenneth Phelan

Mary Phelan-Cox, individually, as
surviving sibling of Kenneth Phelan

Erin Cherubin, individually, as surviving
child of Zandra Marie Cooper Ploger (nee
Flores)

Gerald Thomas Flores, individually, as
surviving sibling of Zandra Marie Cooper
Ploger (nee Flores)

Gilbert Norman Flores, individually, as
surviving sibling of Zandra Marie Cooper
Ploger (nee Flores)

Zaneta Frances Flores, individually, as
surviving sibling of Zandra Marie Cooper
Ploger (nee Flores)

Zenda F. Gutierrez-Klingberg, as Personal
Representative of the Estate of Zenaida
Frances Flores, deceased, the late parent of
Zandra Marie Cooper Ploger (nee Flores)

Zenda Flores Gutierrez-Klingenberg,
individually, as surviving sibling of Zandra
Marie Cooper Ploger (nee Flores)

Zenda Flores Gutierrez-Klingenberg, as the
Personal Representative of the Estate of
Zandra Marie Cooper Ploger (nee Flores),
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Zandra Marie Cooper Ploger
(nee Flores)

Wendy L. Ploger, as Personal
Representative of the Estate of Robert R.
Ploger, III, deceased, the late spouse of
Zandra Marie Cooper Ploger (nee Flores)

Zena T. Wilderman, individually, as
surviving child of Zandra Marie Cooper

120

Ploger (nee Flores)

Zenda Gutierrez-Klingenberg, as Personal
Representative of the Estate of Zandra
Marie Ploger (nee Flores), deceased, the
late spouse of Robert R. Ploger III

Marianne Ploger Hill, individually, as
surviving sibling of Robert R. Ploger III

Daniel B. Ploger, individually, as surviving
sibling of Robert R. Ploger III

Gregory Fiehrer Ploger, individually, as
surviving sibling of Robert R. Ploger III

Marguerite Ploger, individually, as
surviving sibling of Robert R. Ploger III

Wayne D. Ploger, individually, as
surviving sibling of Robert R. Ploger III

Wendy Lynn Ploger, individually, as
surviving child of Robert R. Ploger III

Wendy Lynn Ploger, as the Personal
Representative of the Estate of Robert R.
Ploger III, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Robert R. Ploger III

Wayne D. Ploger as Personal
Representative of the Estate of Maj.
General Robert R. Ploger, II, deceased, the
late parent of Robert R. Ploger III

Craig Pohlmann, individually, as surviving
child of William H. Pohlmann

Roxana Olivieri, individually, as surviving
sibling of Giovanna Porras

Adela Romero, as the Personal
Representative of the Estate of Giovanna
Porras, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

121

Giovanna Porras

Adela Romero, individually, as surviving parent of Giovanna Porras

John Doe 46, being intended to designate the Personal Representative of the Estate of Anthony Portillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Portillo

Zachary Portillo, individually, as surviving sibling of Anthony Portillo

David Potorti, individually, as surviving sibling of James E. Potorti

Monique Powell, individually, as surviving sibling of Shawn E. Powell

Maureen Pugliese as Personal Representative of the Estate of Josephine Pugliese, deceased, the late parent of Robert D. Pugliese

Lisa Marie Hand a/k/a Lisa Pugliese, individually, as surviving child of Robert D. Pugliese

Maureen Pugliese, individually, as surviving spouse of Robert D. Pugliese

Maureen Pugliese, as the Personal Representative of the Estate of Robert D. Pugliese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese

Michael Pugliese, individually, as
surviving child of Robert D. Pugliese

Dennis Pugliese, individually, as surviving
child of Robert D. Pugliese

Robert Pycior, individually, as surviving
child of Joseph J. Pycior

Teresa J. Pycior, individually, as surviving
spouse of Joseph J. Pycior

Teresa J. Pycior, as the Personal
Representative of the Estate of Joseph J.
Pycior, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Joseph J. Pycior

Joseph Pycior, individually, as surviving
child of Joseph J. Pycior

Tara O'Connell, individually, as surviving
sibling of Lincoln Quappe

Charles Quappe, individually, as surviving
parent of Lincoln Quappe

Clint Quappe, individually, as surviving
child of Lincoln Quappe

Jane Quappe, individually, as surviving
spouse of Lincoln Quappe

Jane Quappe, as the Personal
Representative of the Estate of Lincoln
Quappe, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Lincoln Quappe

Natalie Quappe, individually, as surviving
child of Lincoln Quappe

Bruce Tooker as Personal Representative
of the Estate of Doris Tooker, deceased, the
late parent of Lincoln Quappe

Samantha Blake a/k/a Samantha Bianca
Herring, individually, as surviving child of
Carol Rabalais a/k/a Carol South-Rabalais

Selvyn Neil Patrick Blake, individually, as
surviving child of Carol Rabalais a/k/a
Carol South-Rabalais

Kerene Reeves aka Kerene Sherica Clarke,
individually, as surviving child of Carol
Rabalais a/k/a Carol South-Rabalais

Kerene Reeves aka Kerene Sherica Clarke,
as the Personal Representative of the Estate
of Carol Rabalais a/k/a Carol South-
Rabalais, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Carol
Rabalais a/k/a Carol South-Rabalais

Mary Agatha South, individually, as
surviving parent of Carol Rabalais a/k/a
Carol South-Rabalais

James Buro, individually, as surviving
child of Laura Ragonese-Snik

John J. Buro, as the Personal
Representative of the Estate of Laura
Ragonese-Snik, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of Laura
Ragonese-Snik

JoAnn Boutureira, individually, as
surviving sibling of Harry Raines

Joseph Raines, individually, as surviving
sibling of Harry Raines

Mark S. Raines, individually, as surviving
sibling of Harry Raines

Gloria Reinholtz, individually, as surviving
sibling of Harry Raines

Ida Riese, individually, as surviving sibling

of Harry Raines

Ida Riese as Personal Representative of the
Estate of Gloria Raines, deceased, the late
parent of Harry Raines

Ann Ramsaur, individually, as surviving
child of Deborah Ramsaur

Brian Ramsaur, individually, as surviving
child of Deborah Ramsaur

John Ramsaur, individually, as surviving
spouse of Deborah Ramsaur

John Ramsaur, as the Personal
Representative of the Estate of Deborah
Ramsaur, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Deborah Ramsaur

Kimberly J. Rescorla, individually, as
surviving child of Richard C. Rescorla

Susan G. Rescorla, individually, as
surviving spouse of Richard C. Rescorla

Susan G. Rescorla, as the Co-Personal
Representative of the Estate of Richard C.
Rescorla, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Richard C. Rescorla

Trevor S. Rescorla, individually, as
surviving child of Richard C. Rescorla

Mark Anthony Jonas, individually, as
surviving child of Martha M. Reszke

Mark A. Jonas as Personal Representative
of the Estate of Martha Magdalena
Brunson, deceased, the late parent of
Martha M. Reszke

James Reszke, individually, as surviving

125

spouse of Martha M. Reszke

James Reszke, as the Personal
Representative of the Estate of Martha M.
Reszke, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Martha M. Reszke

Lina Dicola, individually, as surviving
child of Martha M. Reszke

Aaron Andre Scott as Personal
Representative of the Estate of J.A.
Reynolds, deceased, as late parent of Bruce
A. Reynolds

Linda Rhodes, as the Personal
Representative of the Estate of John
Rhodes, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of John
Rhodes

John Frederick Rhodes IV, individually, as
surviving child of John Rhodes

Christiana Riccardelli, individually, as
surviving child of Francis Riccardelli

Genevieve Riccardelli, individually, as
surviving child of Francis Riccardelli

Marielle Riccardelli, individually, as
surviving child of Francis Riccardelli

Meghan Riccardelli, individually, as
surviving child of Francis Riccardelli

Theresa Riccardelli, individually, as
surviving spouse of Francis Riccardelli

Theresa Riccardelli, as the Personal
Representative of the Estate of Francis
Riccardelli, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

126

Francis Riccardelli

Zachary Riccardelli, individually, as surviving child of Francis Riccardelli

Brian Keegan, individually, as surviving child of Eileen M. Rice

Brian Keegan, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice

Francis Keegan, individually, as surviving sibling of Eileen M. Rice

Lesli Rice, individually, as surviving child of Eileen M. Rice

Lesli Rice, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice

John Doe 123, as Personal Representative of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard

Cynthia Lawson, individually, as surviving sibling of Cecelia E. Richard

Mazie Lawson, individually, as surviving parent of Cecelia E. Richard

Monica L. Lawson, individually, as surviving sibling of Cecelia E. Richard

Michael Richard, individually, as surviving spouse of Cecelia E. Richard

Michael Richard, as the Personal Representative of the Estate of Cecelia E. Richard, deceased, and on behalf of all survivors and all legally entitled

127

beneficiaries and family members of
Cecelia E. Richard

Valerie Walls, individually, as surviving
sibling of Cecelia E. Richard

Vernon A. Richard II, as the co-Personal
Representative of the Estate of Vernon A.
Richard, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Vernon A. Richard

Vernessa Richard, as the co-Personal
Representative of the Estate of Vernon A.
Richard, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Vernon A. Richard

Vernon A. Richard II, individually, as
surviving child of Vernon A. Richard

Vernessa Richard and Vernon A. Richard
II as Personal Representatives of the Estate
of Dorothy Richard, deceased, the late
spouse of Vernon A. Richard

Vernessa Richard, individually, as
surviving child of Vernon A. Richard

Lelith Bergen, individually, as surviving
parent of Venesha Richards

Naquan Bergen, individually, as surviving
sibling of Venesha Richards

Queena Bergen, individually, as surviving
sibling of Venesha Richards

Hopeton Richards, individually, as
surviving spouse of Venesha Richards

Hopeton Richards, as the Personal
Representative of the Estate of Venesha
Richards, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

Venesha Richards

Kayla Richards, individually, as surviving child of Venesha Richards

Omar Rodgers, individually, as surviving sibling of Venesha Richards

Cheryl Rivelli, individually, as surviving spouse of Joseph Rivelli Jr.

Cheryl Rivelli, as the Personal Representative of the Estate of Joseph Rivelli Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Rivelli Jr.

Michael Rivelli, individually, as surviving sibling of Joseph Rivelli Jr.

Donna Ambrosino, individually, as surviving sibling of Joseph Rivelli Jr.

Joseph Rivelli Sr., individually, as surviving parent of Joseph Rivelli Jr.

James G. Wall as Personal Representative of the Estate of Lynda M. Wall, deceased, the late sibling of Joseph Rivelli Jr.

Britney Rivera, individually, as surviving child of Carmen A. Rivera

Luis E. Rivera Sr., individually, as surviving spouse of Carmen A. Rivera

Luis E. Rivera Sr., as the Personal Representative of the Estate of Carmen A. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera

Luis Rivera Jr., individually, as surviving child of Carmen A. Rivera

Racine Concepcion, individually, as

docs-100490870.3

surviving child of Carmen A. Rivera

Carmen Alvarado Rivera, individually, as surviving parent of Linda I. Rivera

Rafael J. Rivera, individually, as surviving sibling of Linda I. Rivera

Jose R. Rivera a/k/a Jose Rivera Ramos, individually, as surviving parent of Linda I. Rivera

Jose R. Rivera a/k/a Jose Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera

Rafael A. Rivera, individually, as surviving sibling of Linda I. Rivera

Daniel Henry, individually, as surviving sibling of Catherina Robinson

Daniel Henry, as the Personal Representative of the Estate of Catherina Robinson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherina Robinson

Jennifer Renee McKenzie, individually, as surviving child of Marsha A Rodriguez

Vanessa Phillips, individually, as surviving sibling of Marsha A Rodriguez

Daniel Rodriguez, individually, as surviving spouse of Marsha A Rodriguez

Daniel Rodriguez, as the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez

Flossie J. Foster, individually, as surviving
parent of Marsha A. Rodriguez

Shavonne Cobb, individually, as surviving
child of Marsha A. Rodriguez

Elias Rodriguez, as Personal
Representative of the Estate of Arnulfo
Rodriguez, deceased, the late spouse of
Mayra V. Rodriguez

John Doe 113, being intended to designate
as the Personal Representative of the Estate
of Mayra V. Rodriguez, deceased, said
name being fictitious, her/his true name is
not presently known, confirmed, and/or has
not been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed), and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Mayra
V. Rodriguez

Anibal Valdez, individually, as surviving
sibling of Mayra V. Rodriguez

Jose Valdez, individually, as surviving
sibling of Mayra V. Rodriguez

John Doe 121 as the Personal
Representative of the Estate of Lydia
Valdez deceased, the late parent of Mayra
V. Rodriguez

Elias Rodriguez, individually, as surviving
child of Mayra V. Rodriguez

Michele Flannery, individually, as
surviving sibling of Joseph M. Romagnolo

Alexis Romagnolo, individually, as
surviving child of Joseph M. Romagnolo

Anthony Romagnolo, individually, as

surviving child of Joseph M. Romagnolo

Joseph Romagnolo, individually, as
surviving child of Joseph M. Romagnolo

Maria Romagnolo, individually, as
surviving parent of Joseph M. Romagnolo

Maria Romagnolo, as Personal
Representative of the Estate of Salvatore
Romagnolo, deceased, the late parent of
Joseph M. Romagnolo

Sandra Romagnolo, individually, as
surviving spouse of Joseph M. Romagnolo

Sandra Romagnolo, as the Personal
Representative of the Estate of Joseph M.
Romagnolo, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Joseph M. Romagnolo

Christofer Romagnolo, individually, as
surviving child of Joseph M. Romagnolo

Josephine Romito, as the Personal
Representative of the Estate of James
Romito, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of James
Romito

Laura Fasulo, individually, as surviving
sibling of James Romito

Laura Fasulo as Personal Representative of
the Estate of Anthony Romito Sr.,
deceased, the late parent of James Romito

Laura Fasulo as Personal Representative of
the Estate of Catherine Romito, deceased,
the late parent of James Romito

Anthony Romito Jr., individually, as
surviving sibling of James Romito

Jennifer Horwitz, individually, as surviving

132

spouse of Mark L. Rosenberg

Jennifer Horwitz, as the Personal Representative of the Estate of Mark L Rosenberg, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg

Janet Rosenberg, individually, as surviving parent of Mark L. Rosenberg

Sheldon Rosenberg, individually, as surviving parent of Mark L. Rosenberg

Sara L. Rosenberg Sharvit, individually, as surviving sibling of Mark L. Rosenberg

Harvey Rosenberg, individually, as surviving sibling of Mark L. Rosenberg

Tracy Rowenhorst, as the Personal Representative of the Estate of Edward Rowenhorst, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst

Matthew Rowenhorst, individually, as surviving sibling of Edward Rowenhorst

Sicely N. McCants, individually, as surviving child of Judy Rowlett

Sicely N. McCants, as the Personal Representative of the Estate of Judy Rowlett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judy Rowlett

Caitlyn Roy, individually, as surviving child of Timothy A. Roy

Timothy Roy Jr., individually, as surviving child of Timothy A. Roy

Stacey Roy-Christ, individually, as

docs-100490870.3

surviving spouse of Timothy A. Roy

Stacey Roy-Christ, as the Personal Representative of the Estate of Timothy A. Roy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy

Brittney Roy, individually, as surviving child of Timothy A. Roy

David Ruback, individually, as surviving child of Paul G. Ruback

Rita L. Ruback, individually, as surviving spouse of Paul G. Ruback

Rita L. Ruback, as the Personal Representative of the Estate of Paul G. Ruback, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul G. Ruback

Shannon Ruback, individually, as surviving child of Paul G. Ruback

Gina Ruback, individually, as surviving child of Paul G. Ruback

Hillary Hans, individually, as surviving sibling of Ronald J. Ruben

Hillary Hans, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben

Leslie C. Ruben, individually, as surviving sibling of Ronald J. Ruben

Leslie C. Ruben, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled

beneficiaries and family members of
Ronald J. Ruben

Anthony Rubino, individually, as surviving
sibling of Joanne Rubino

Anthony Rubino as Personal Represntative
of the Estate of Antoinette Rubino,
deceased, the late parent of Joanne Rubino

Anthony Rubino, as the Personal
Representative of the Estate of Joanne
Rubino, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Joanne Rubino

Margaret Grigonis, individually, as
surviving parent of Susan A. Ruggiero

Paul Grigonis, individually, as surviving
parent of Susan A. Ruggiero

Peggy Ann Asciutto, individually, as
surviving sibling of Susan A. Ruggiero

Frank Ruggiero, individually, as surviving
spouse of Susan A. Ruggiero

Frank Ruggiero, as the Personal
Representative of the Estate of Susan A.
Ruggiero, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Susan
A. Ruggiero

Theresa Russo-Kempf, as the Personal
Representative of the Estate of Michael
Russo, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Michael Russo

Anthony F. Russo, individually, as
surviving sibling of Michael Russo

Dolores Russo, individually, as surviving

135

parent of Michael Russo

Cyrina Morrison, individually, as surviving sibling of Brock J. Safronoff

Aaron Safronoff, individually, as surviving sibling of Brock J. Safronoff

Debra M. Safronoff, individually, as surviving parent of Brock J. Safronoff

Joel Safronoff, individually, as surviving parent of Brock J. Safronoff

Tara Safronoff, individually, as surviving spouse of Brock J. Safronoff

Tara Safronoff, as the Personal Representative of the Estate of Brock J. Safronoff, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brock J. Safronoff

Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya

Shawn Saiya, individually, as surviving child of Edward Saiya

Shawn Saiya, as the co-Personal Representative of the Estate of Edward Saiya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya

Katherine R. Schlosser, individually, as surviving child of Edward Saiya

Katherine R. Schlosser, as the co-Personal Representative of the Estate of Edward Saiya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of

Edward Saiya

Madeline Reed, individually, as surviving parent of John P. Salamone

Benedict Salamone, individually, as surviving parent of John P. Salamone

Mary E. Salamone, individually, as surviving spouse of John P. Salamone

Mary E. Salamone, as the Personal Representative of the Estate of John P. Salamone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. Salamone

Michael Salamone, individually, as surviving sibling of John P. Salamone

Catherine Mary Sauer, individually, as surviving sibling of John P. Salamone

Michelle Cataline, individually, as surviving sibling of John P. Salamone

Carlos Salas, individually, as surviving child of Hernando R. Salas

Carlos Salas, as the Personal Representative of the Estate of Hernando R. Salas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas

Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas

Nelcy Salas, individually, as surviving child of Hernando R. Salas

Afkham Salie, individually, as surviving sibling of Rahma Salie

Haleema Salie, individually, as surviving parent of Rahma Salie

Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie

Ysuff Salie, individually, as surviving parent of Rahma Salie

Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis, deceased, the late spouse of Rahma Salie

John Doe 55, being intended to designate the Personal Representative of the Estate of Nolbert Salomon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon

Antoine Salomon, individually, as surviving parent of Nolbert Salomon

Edison Salomon, individually, as surviving sibling of Nolbert Salomon

James Salomon, individually, as surviving sibling of Nolbert Salomon

John Doe 101, as the Personal Representative of the Estate of Dania Salomon a/k/a Dania Salomon Macharie, deceased, the late sibling of Nolbert SalomonDeborah Rooney, individually, as

138

surviving spouse of John Sammartino

Deborah Rooney, as the Personal Representative of the Estate of John Sammartino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Sammartino

Nicole Sammartino, individually, as surviving child of John Sammartino

Clara Sanay, individually, as surviving spouse of Hugo Sanay

Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay

Hugo Sanay Jr., individually, as surviving child of Hugo Sanay

Michelle Sanay, individually, as surviving child of Hugo Sanay

Steven Sanay, individually, as surviving child of Hugo Sanay

Sonia Hernandez, individually, as surviving sibling of Ayleen J. Santiago

Jose A. Medina, individually, as surviving sibling of Ayleen J. Santiago

Julio Medina, individually, as surviving parent of Ayleen J. Santiago

Cassandra Nash, individually, as surviving child of Anthony Savas

John Savas, individually, as surviving child of Anthony Savas

Phaedra Savas, individually, as surviving spouse of Anthony Savas

139

Phaedra Savas, as the Personal
Representative of the Estate of Anthony
Savas, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Anthony Savas

Karen Scheffold Onorio, individually, as
surviving child of Frederick C. Scheffold

Claudette Scheffold, individually, as
surviving child of Frederick C. Scheffold

Joan Scheffold, individually, as surviving
spouse of Frederick C. Scheffold

Joan Scheffold, as the Personal
Representative of the Estate of Frederick C.
Scheffold, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Frederick C. Scheffold

Kim Scheffold Stiefel, individually, as
surviving child of Frederick C. Scheffold

Dawn Schlegel, individually, as surviving
spouse of Robert A. Schlegel

Dawn Schlegel, as the Personal
Representative of the Estate of Robert A.
Schlegel, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Robert A. Schlegel

Laurence Schlissel, individually, as
surviving sibling of Jon S. Schlissel

Laurence Schlissel, as the Personal
Representative of the Estate of Jon S.
Schlissel, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Jon S.
Schlissel

Laurence Schlissel as Personal
Representative of the Estate of Ruth

140

Schlissel, deceased, the late parent of Jon
S. Schlissel

Jaclyn McManus, individually, as
surviving child of Gerard P. Schrang

Denise Schrang, individually, as surviving
spouse of Gerard P. Schrang

Denise Schrang, as the Personal
Representative of the Estate of Gerald P.
Schrang, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Gerard P. Schrang

Katherine R. Krieger, individually, as
surviving sibling of Susan Lee Schuler

Jude Laspa, individually, as surviving
sibling of Susan Lee Schuler

Jude Laspa, as the Personal Representative
of the Estate of Susan Lee Schuler,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Susan Lee Schuler

Tevis Laspa, individually, as surviving
sibling of Susan Lee Schuler

Ted Slanker, individually, as surviving
child of Susan Lee Schuler

Sandra Slanker, individually, as surviving
child of Susan Lee Schuler

Elizabeth Schlehr, individually, as
surviving sibling of Margaret Seeliger

Bruce Seeliger, individually, as surviving
spouse of Margaret Seeliger

Bruce Seeliger, as the Personal
Representative of the Estate of Margaret
Seeliger, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

141

Margaret Seeliger

Andrew T. Walier, individually, as surviving sibling of Margaret Seeliger

Arthur A. Walier, individually, as surviving parent of Margaret Seeliger

James M. Walier, individually, as surviving sibling of Margaret Seeliger

John P. Walier, individually, as surviving sibling of Margaret Seeliger

Joseph Walier, individually, as surviving sibling of Margaret Seeliger

Paul Walier, individually, as surviving sibling of Margaret Seeliger

Peter Joseph Walier, individually, as surviving sibling of Margaret Seeliger

Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier , deceased, the late parent of Margaret Seeliger

Matthew Walier, individually, as surviving sibling of Margaret Seeliger

Jahnan Shajahan, individually, as surviving child of Mohammed Shajahan

Layla Shajahan, individually, as surviving child of Mohammed Shajahan

Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan

Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan

Shirin Shajahan, individually, as surviving

child of Mohammed Shajahan

Yusuf Shajahan, individually, as surviving child of Mohammed Shajahan

Christopher Davidson, individually, as surviving sibling of Kathryn A. Shatzoff

Francis Shea, individually, as surviving sibling of Daniel Shea

Kathleen Shea, individually, as surviving sibling of Daniel Shea

Thomas J. Shea, individually, as surviving sibling of Daniel Shea

Francis Shea, individually, as surviving sibling of Joseph Shea

Kathleen Shea, individually, as surviving sibling of Joseph Shea

Thomas J. Shea, individually, as surviving sibling of Joseph Shea

Charles Clarke, individually, as surviving parent of Antionette Sherman

Eloise Clarke, individually, as surviving parent of Antionette Sherman

Eloise Clarke, as the Personal Representative of the Estate of Antionette Sherman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antionette Sherman

John Doe 122 as the Personal Representative of the Estate of John Sigmund Sr.,   deceased, the late parent of Johanna Sigmund

John Sigmund, individually, as surviving sibling of Johanna Sigmund

Ruth Sigmund, individually, as surviving

143

parent of Johanna Sigmund

Ruth Sigmund, as the Personal
Representative of the Estate of Johanna
Sigmund, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Johanna Sigmund

John T. Signer and James M. Signer as co-
Personal Representatives of the Estate of
John F. Signer, deceased, the late sibling of
Dianne Signer

Kenneth Signer, individually, as surviving
sibling of Dianne Signer

Patricia Signer, individually, as surviving
parent of Dianne Signer

Patricia Signer, as the Personal
Representative of the Estate of Dianne
Signer, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Dianne Signer

Marie Sikorsky, as the Personal
Representative of the Estate of Gregory
Sikorsky, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Gregory Sikorsky

George Sikorsky, individually, as surviving
sibling of Gregory Sikorsky

Kenneth Sikorsky, individually, as
surviving sibling of Gregory Sikorsky

Perry V. Sikorsky, individually, as
surviving sibling of Gregory Sikorsky

Jennifer Simon Berardi, individually, as
surviving child of Arthur Simon

Jennifer Simon Berardi, as the Personal
Representative of the Estate of Arthur

144

Simon, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Arthur Simon

Mandy Exantus, individually, as surviving
child of Arthur Simon

Stanley Simon, individually, as surviving
sibling of Arthur Simon

Susan Simon, individually, as surviving
spouse of Arthur Simon

Todd Simon, individually, as surviving
child of Arthur Simon

Jennifer Simon Berardi, individually, as
surviving sibling of Kenneth Simon

Karen Simon, as Personal Representative
of the Estate of Kenneth Simon, deceased,
the late child of Arthur Simon

Karen Simon, as the Personal
Representative of the Estate of Kenneth
Simon, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Kenneth Simon

Jennifer Simon Berardi, as Personal
Representative of the Estate of Arthur
Simon, deceased, the late parent of
Kenneth Simon

Mandy Exantus, individually, as surviving
sibling of Kenneth Simon

Susan Simon, individually, as surviving
parent of Kenneth Simon

Todd Simon, individually, as surviving
sibling of Kenneth Simon

Jill S. Polansky, individually, as surviving
sibling of Thomas E. Sinton III

145

Sally Sinton, individually, as surviving
sibling of Thomas E. Sinton III

Susan M. Sinton, individually, as surviving
parent of Thomas E. Sinton III

Marilyn Smith Pusey, individually, as
surviving spouse of Leon Smith

Marilyn Smith Pusey, as the Personal
Representative of the Estate of Leon Smith,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Leon Smith

Irene Smith, individually, as surviving
parent of Leon Smith

Jasmine Michele Smith, individually, as
surviving child of Leon Smith

Nakia Smith, individually, as surviving
child of Leon Smith

Tiffany Smith, individually, as surviving
child of Leon Smith

Yolanda Smith-Purdy, individually, as
surviving child of Leon Smith

Mary Elizabeth Reddy, individually, as
surviving sibling of Moira A. Smith

James Smith, individually, as surviving
spouse of Moira A. Smith

James Smith, as the Personal
Representative of the Estate of Moira A.
Smith, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Moira
A. Smith

Patricia Mary Smith, individually, as
surviving child of Moira A. Smith

Patricia S. Rafter, as the Personal
Representative of the Estate of Bonnie

146

Smithwick, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Bonnie Smithwick

Patricia S. Rafter as Personal
Representative of the Estate of Thomas J.
Smithwick, deceased, the late spouse of
Bonnie Smithwick

Peter Shihadeh, individually, as surviving
sibling of Bonnie Smithwick

Peter Shihadeh as Personal Representative
of the Estate of Jeanne Santamarie
Shihadeh, deceased, the late parent of
Bonnie Smithwick

Peter Shihadeh as Personal Representative
of the Estate of Theodore D. Shihadeh,
deceased, the late parent of Bonnie
Smithwick

James W. Smithwick, individually, as
surviving child of Bonnie Smithwick

Katharine E. Smithwick, individually, as
surviving child of Bonnie Smithwick

Joanne Messina, individually, as surviving
sibling of Michael C. Sorresse

Catherine Ricciardelli, individually, as
surviving spouse of Michael C. Sorresse

Catherine Ricciardelli, as the Personal
Representative of the Estate of Michael C.
Sorresse, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Michael C. Sorresse

Leonard M. Sorresse Jr., individually, as
surviving sibling of Michael C. Sorresse

Leonard M. Sorresse Sr., individually, as
surviving parent of Michael C. Sorresse

147

Maria Sorresse, individually, as surviving parent of Michael C. Sorresse

Nicholas Sorresse, individually, as surviving sibling of Michael C. Sorresse

Andrew Soulas, individually, as surviving child of Timothy Soulas

Christopher Soulas, individually, as surviving child of Timothy Soulas

Katherine Soulas, individually, as surviving spouse of Timothy Soulas

Katherine Soulas, as the Personal Representative of the Estate of Timothy Soulas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Soulas

Matthew Soulas, individually, as surviving child of Timothy Soulas

Timothy Soulas, Jr., individually, as surviving child of Timothy Soulas

Daniel Reid Soulas, individually, as surviving child of Timothy Soulas

Linda E. Spampinato a/k/a Linda E. Melville, individually, as surviving sibling of Donald F. Spampinato

Michael Spampinato, individually, as surviving sibling of Donald F. Spampinato

Michael Spampinato as Personal Representative of the Estate of Mary Spampinato, deceased, the late parent of Donald F. Spampinato

Barbara Carroll Spence, individually, as surviving spouse of Maynard S. Spence

Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S.

148

Spence, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Maynard S. Spence

Kristina Spence, individually, as surviving
child of Maynard S. Spence

Shannon Spence, individually, as surviving
child of Maynard S. Spence

Dorothy Spence Evans, individually, as
surviving sibling of Maynard S. Spence

Susan Spitz, individually, as surviving
spouse of William Spitz

Susan Spitz, as the Personal Representative
of the Estate of William Spitz, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of William Spitz

Kathy Buell, individually, as surviving
sibling of Timothy Stackpole

Tara Stackpole, as the Personal
Representative of the Estate of Timothy
Stackpole, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Timothy Stackpole

Patricia Murphy, individually, as surviving
sibling of Timothy Stackpole

Edward Stackpole, individually, as
surviving sibling of Timothy Stackpole

Michael Stackpole, individually, as
surviving sibling of Timothy Stackpole

Daniel Carroll, individually, as surviving
child of Patricia J. Statz

David Carroll, individually, as surviving
spouse of Patricia J. Statz

David Carroll, as the Personal
Representative of the Estate of Patricia J.
Statz, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Patricia J. Statz

Erick Carroll, individually, as surviving
child of Patricia J. Statz

Pamela Statz, individually, as surviving
sibling of Patricia J. Statz

Vincent A. Statz, individually, as surviving
parent of Patricia J. Statz

Phil Statz, individually, as surviving sibling
of Patricia J. Statz

Gloria Darrisaw, individually, as surviving
sibling of Edna L. Stephens

Eunice W. Stephens, individually, as
surviving sibling of Edna L. Stephens

Betty Jo Hill, individually, as surviving
sibling of Edna L. Stephens

Brenda Stephens Pyant, individually, as
surviving sibling of Edna L. Stephens

Eddie Stephens, individually, as surviving
sibling of Edna L. Stephens

Marvin Stephens, individually, as surviving
sibling of Edna L. Stephens

Mary L. Stephens, individually, as
surviving sibling of Edna L. Stephens

Barbara Stephens-Cobb, individually, as
surviving sibling of Edna L. Stephens

Torrass Allen-Stephens, individually, as
surviving child of Edna L. Stephens

Torrass Allen-Stephens, as the Personal
Representative of the Estate of Edna L.

docs-100490870.3

Stephens, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Edna
L. Stephens

Eric Stoller, individually, as surviving child
of Sanford M. Stoller

Glen Stoller, individually, as surviving
child of Sanford M. Stoller

Trudy Stoller, individually, as surviving
spouse of Sanford M. Stoller

Trudy Stoller, as the Personal
Representative of the Estate of Sanford M.
Stoller, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Sanford M. Stoller

Leslie A. Intindoli, individually, as
surviving sibling of Steven Strauss

Leslie A. Intindoli as Personal
Representative of the Estate of Albert
Strauss, deceased, the late parent of Steven
Strauss

Leslie A. Intindoli as Personal
Representative of the Estate of Theresa
Strauss, deceased, the late parent of Steven
Strauss

Derek Strauss, individually, as surviving
child of Steven Strauss

Melanie Strauss, individually, as surviving
child of Steven Strauss

Jean Strauss a/k/a Jeannie Strauss,
individually, as surviving spouse of Steven
Strauss

Jean Strauss a/k/a Jeannie Strauss, as the
Personal Representative of the Estate of
Steven Strauss, deceased, and on behalf of
all survivors and all legally entitled

beneficiaries and family members of
Steven Strauss

Brian Sullivan, individually, as surviving
child of Christopher P. Sullivan

Dolores Sullivan, individually, as surviving
spouse of Christopher P. Sullivan

Dolores Sullivan, as the Personal
Representative of the Estate of Christopher
P. Sullivan, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Christopher P. Sullivan

James R. Sullivan, individually, as
surviving parent of Christopher P. Sullivan

Joan R. Sullivan, individually, as surviving
parent of Christopher P. Sullivan

Kevin M. Sullivan, individually, as
surviving sibling of Christopher P. Sullivan

Matthew J. Sullivan, individually, as
surviving sibling of Christopher P. Sullivan

Peter Q. Sullivan, individually, as
surviving sibling of Christopher P. Sullivan

Robert J. Sullivan, individually, as
surviving sibling of Christopher P. Sullivan

Sean Sullivan, individually, as surviving
child of Christopher P. Sullivan

Joan Wolffer, individually, as surviving
sibling of Christopher P. Sullivan

Jill Marsella, individually, as surviving
spouse of Thomas F. Swift

Jill Marsella, as the Personal
Representative of the Estate of Thomas F.
Swift, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

152

Thomas F. Swift

Kathleen F. Deloughery, as Personal
Representative of the Estate of Frances
Swift, deceased, the late parent of Thomas
F. Swift

Elisabeth L. Swift, as Personal
Representative of the Estate of James S.
Swift., deceased, the late sibling of Thomas
F. Swift

Patrick T. Swift, individually, as surviving
sibling of Thomas F. Swift

Peter T. Swift Jr., individually, as surviving
sibling of Thomas F. Swift

 John Doe 114 as Personal Representative
of the Estate of Peter T. Swift, Sr.,
deceased, the late parent of Thomas F.
Swift

Octavia Bangura, individually, as surviving
child of Hilda E. Taylor

Yvette Jones, individually, as surviving
sibling of Hilda E. Taylor

Edna Mbayo, individually, as surviving
sibling of Hilda E. Taylor

Dennis Stafford, individually, as surviving
child of Hilda E. Taylor

George O. Taylor, individually, as
surviving sibling of Hilda E. Taylor

George O. Taylor, as the Personal
Representative of the Estate of Hilda E.
Taylor, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Hilda
E. Taylor

Pallavi Shirolkar, individually, as surviving
spouse of Harshad S. Thatte

Pallavi Shirolkar, as the Personal
Representative of the Estate of Harshad S.
Thatte, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Harshad S. Thatte

Elina Shirolkar, individually, as surviving
child of Harshad S. Thatte

Haleema Salie, as Personal Representative
of the Estate of Rahma Salie, deceased, the
late spouse of Michael Theodoridis

Jordanis Theodoridis, individually, as
surviving sibling of Michael Theodoridis

Jordanis Theodoridis, as the Personal
Representative of the Estate of Michael
Theodoridis, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Michael Theodoridis

Margarita Theodoridis, individually, as
surviving parent of Michael Theodoridis

Jordanis Theodoridis, as Personal
Representative of the Estate of
Constantinos Theodoridis, deceased, the
late parent of Michael Theodoridis

Sarah Kashetta, individually, as surviving
child of Brian T. Thompson

Kathleen Thompson, individually, as
surviving spouse of Brian T. Thompson

Kathleen Thompson, as the Personal
Representative of the Estate of Brian T.
Thompson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Brian
T. Thompson

Daniel Thompson, individually, as
surviving child of Brian T. Thompson

154

Tsahai S. Santiago, individually, as
surviving sibling of Vanavah Thompson

Doreen Thompson, individually, as
surviving parent of Vanavah Thompson

Doreen Thompson, as the Personal
Representative of the Estate of Vanavah
Thompson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Vanavah Thompson

Nia Jah-Selah Thompson, individually, as
surviving child of Vanavah Thompson

Giovanni McKenzie, individually, as
surviving sibling of Vanavah Thompson

Michael K. Thompson, individually, as
surviving child of William Harry
Thompson

Michael K. Thompson, as the Personal
Representative of the Estate of William
Harry Thompson, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of
William Harry Thompson

Rahsaan Thompson, individually, as
surviving child of William Harry
Thompson

Beatrice Woolen, individually, as surviving
sibling of Tamara Thurman

Saundra Faye Woolen, individually, as
surviving parent of Tamara Thurman

Emory E. Hackman, Jr., as the Personal
Representative of the Estate of Tamara
Thurman, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Tamara Thurman

Jennifer Dolan, individually, as surviving

155

child of John Tobin

Barbara Tobin, individually, as surviving
spouse of John Tobin

Barbara Tobin, as the Personal
Representative of the Estate of John Tobin,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of John Tobin

Margaret M. Tobin, individually, as
surviving sibling of John Tobin

Michael Tobin, individually, as surviving
sibling of John Tobin

Sean Tobin, individually, as surviving child
of John Tobin

Teresa Traina, individually, as surviving
parent of Christopher M Traina

Teresa Traina, as the Personal
Representative of the Estate of Christopher
M Traina, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Christopher M. Traina

Salvatore M. Traina Jr., individually, as
surviving sibling of Christopher M. Traina

Salvatore Traina, individually, as surviving
parent of Christopher M. Traina

Theresa Corio, individually, as surviving
sibling of Diane M. Urban

Theresa Corio, as the Personal
Representative of the Estate of Diane M.
Urban, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Diane
M. Urban

Ann Van Hine, individually, as surviving

spouse of Richard B. Van Hine

Ann Van Hine, as the Personal
Representative of the Estate of Richard B.
Van Hine, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Richard B. Van Hine

Meghan Sensenig, individually, as
surviving child of Richard B. Van Hine

Emily Small, individually, as surviving
child of Richard B. Van Hine

Vasanta Velamuri, individually, as
surviving spouse of Sankara Velamuri

Vasanta Velamuri, as the Personal
Representative of the Estate of Sankara
Velamuri, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Sankara Velamuri

Ramon Velazquez, individually, as
surviving child of Jorge L. Velazquez

Migdalia Lopez, as Personal
Representative of the Estate of Carmen
Guzman, deceased, the late parent of David
Vera

Javier Guzman, individually, as surviving
sibling of David Vera

Migdalia Lopez, individually, as surviving
sibling of David Vera

Jennica Perez a/k/a Jennica Vera,
individually, as surviving child of David
Vera

Jennica Perez a/k/a Jennica Vera, as the
Personal Representative of the Estate of
David Vera, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of David

157

Vera

Anthony Vola, individually, as surviving sibling of Maria P. Vola

Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased, the late sibling of Maria P. Vola

Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola

Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola

Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola

Kim Wagner, individually, as surviving sibling of Karen J. Wagner

Kim Wagner, as the Personal Representative of the Estate of Karen J. Wagner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen J. Wagner

Warren Wagner, individually, as surviving sibling of Karen J. Wagner

Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner, deceased, the late parent of Karen J. Wagner

Karl Wagner, individually, as surviving sibling of Karen J. Wagner

Andrea Treble, individually, as surviving sibling of Gabriela Waisman

158

Andrea Treble, as the Personal
Representative of the Estate of Gabriela
Waisman, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Gabriela Waisman

Armando Waisman, individually, as
surviving parent of Gabriela Waisman

Marta Waisman, individually, as surviving
parent of Gabriela Waisman

Rebecca Clemento, individually, as
surviving spouse of Victor Wald

Rebecca Clemento, as the Personal
Representative of the Estate of Victor
Wald, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Victor
Wald

Clarissa B. Kirschenbaum, individually, as
surviving sibling of Victor Wald

Daniella Wald Spielman, individually, as
surviving child of Victor Wald

Alexandra Wald Bortz, individually, as
surviving child of Victor Wald

Reagan Koniuch, individually, as surviving
child of Peter G. Wallace

Alison W. Smith, individually, as surviving
child of Peter G. Wallace

Charlotte Wallace, individually, as
surviving spouse of Peter G. Wallace

Charlotte Wallace, as the Personal
Representative of the Estate of Peter G.
Wallace, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Peter
G. Wallace

docs-100490870.3

Nancy Wallace, as the Personal
Representative of the Estate of Robert F.
Wallace, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Robert F. Wallace

Robert Wallace, individually, as surviving
child of Robert F. Wallace

Angela Watson Cucciniello, individually,
as surviving child of Kenneth Watson

Glenn Watson, as the Personal
Representative of the Estate of Andrew
Watson, deceased, the late parent of
Kenneth Watson

Carmella Watson, individually, as
surviving parent of Kenneth Watson

Christopher Watson, individually, as
surviving child of Kenneth Watson

Gary Watson, individually, as surviving
child of Kenneth Watson

Glenn Watson, individually, as surviving
sibling of Kenneth Watson

James Watson, individually, as surviving
sibling of Kenneth Watson

Kenneth Watson, Jr., individually, as
surviving child of Kenneth Watson

Susan Watson, individually, as surviving
spouse of Kenneth Watson

Susan Watson, as the Personal
Representative of the Estate of Kenneth
Watson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Kenneth Watson

Tina Watson-Tirabassi, individually, as

surviving sibling of Kenneth Watson

Chin Sok Wells, individually, as surviving sibling of Chin Sun Pak Wells

Kum Son Wells, individually, as surviving parent of Chin Sun Pak Wells

Chin Yong Wells, as the Personal Representative  of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells

Kum Son Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells

Enid White, individually, as surviving spouse of John White

Enid White, as the Personal Representative of the Estate of John White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John White

Maxine White, individually, as surviving child of John White

Shirley Nottingham, individually, as surviving sibling of Leonard A. White

Shirley Nottingham, as the Personal Representative of the Estate of Leonard A. White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leonard A. White

Shirley Nottingham as Personal Representative of the Estate of Thelma White, deceased, the late parent of Leonard A. White

Sylvia Ball, individually, as surviving

sibling of Malissa White

Wakeland Higgins, individually, as surviving spouse of Malissa White

Wakeland Higgins, as the Personal Representative of the Estate of Malissa White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Malissa White

Marc C. White, individually, as surviving sibling of Malissa White

Phillip White, individually, as surviving sibling of Malissa White

John Doe 64, being intended to designate the Personal Representative of the Estate of Sandra L. White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra L. White

Connie Murray, individually, as surviving sibling of Sandra L. White

John Doe 65, being intended to designate the Personal Representative of the Estate of Wayne White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally

entitled beneficiaries and family members of Wayne White

Hilda Ventura, individually, as surviving sibling of Wayne White

Daren White, individually, as surviving sibling of Wayne White

Kathleen Wik, individually, as surviving sibling of William Wik

Thomas C. Wik, individually, as surviving sibling of William Wik

Raphael Wik, individually, as surviving sibling of William Wik

Christopher Wong, individually, as surviving child of Yuk Ping Wong

Eddie Wong, individually, as surviving child of Yuk Ping Wong

Eddie Wong, as the Personal Representative of the Estate of Yuk Ping Wong, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yuk Ping Wong

Fahim Chowdhury, individually, as surviving sibling of Shakila Yasmin

Sharif Chowdhury, individually, as surviving parent of Shakila Yasmin

Sharif Chowdhury, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin

John Doe 66, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin

163

Showkatara Sharif, individually, as
surviving parent of Shakila Yasmin

Showkatara Sharif, as the co-Personal
Representative of the Estate of Shakila
Yasmin, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Shakila Yasmin

Mary Kessler, individually, as surviving
sibling of Suzanne Youmans

Mary Kessler, as the co-Personal
Representative of the Estate of Suzanne
Youmans, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Suzanne Youmans

William Youmans, individually, as
surviving sibling of Suzanne Youmans

Joan Youmans as Personal Representative
of the Estate of John Youmans, deceased,
the late sibling of Suzanne Youmans

Edmond Young Sr., individually, as
surviving parent of Edmond G. Young Jr.

Margaret Young, individually, as surviving
parent of Edmond G. Young Jr.

Markia Young, individually, as surviving
sibling of Edmond G. Young Jr.

Marvene Young, individually, as surviving
sibling of Edmond G. Young Jr.

Marvene Young, as the Personal
Representative of the Estate of Edmond G.
Young Jr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Edmond G. Young Jr.

Stephan Young, individually, as surviving

child of Edmond G. Young Jr.

Chaquita Young, individually, as surviving child of Lisa L. Young

Chaquita Young, as the Personal Representative of the Estate of Lisa L. Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa L. Young

Desiree Zambrana, individually, as surviving sibling of Edwin J. Zambrana

Lillian Zambrana, individually, as surviving parent of Edwin J. Zambrana

Lillian Zambrana, as the Personal Representative of the Estate of Edwin J. Zambrana, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Zambrana

Michael Zampieri, individually, as surviving sibling of Robert A. Zampieri

Jeannie Schlesinger, individually, as surviving sibling of Robert A. Zampieri

Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz,  deceased, the late sibling of Abraham Zelmanowitz

Evelyn Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz

Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl

Benjamin Morales Zempoaltecatl,

individually, as surviving sibling of Martin
Morales Zempoaltecatl

Delfino Morales Zempoaltecatl,
individually, as surviving sibling of Martin
Morales Zempoaltecatl

Eusebio Morales Zempoaltecatl,
individually, as surviving sibling of Martin
Morales Zempoaltecatl

Glafira Morales Zempoaltecatl,
individually, as surviving sibling of Martin
Morales Zempoaltecatl

Jose Morales Zempoaltecatl, individually,
as surviving sibling of Martin Morales
Zempoaltecatl

Julia Morales Zempoaltecatl, individually,
as surviving sibling of Martin Morales
Zempoaltecatl

Maria P.M. Zempoaltecatl Cortez,
individually, as surviving parent of Martin
Morales Zempoaltecatl

BNY Mellon , as the Personal
Representative of the Estate of Martin
Morales Zempoaltecatl, deceased, and on
behalf of all survivors and all legally
entitled beneficiaries and family members
of Martin Morales Zempoaltecatl

Debra Zeplin, as the Personal
Representative of the Estate of Marc Scott
Zeplin, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Marc
Scott Zeplin

Debra Zeplin, individually, as surviving
spouse of Marc Scott Zeplin

Ethan Gabriel Zeplin, individually, as
surviving child of Marc Scott Zeplin

Ryan Harris Zeplin , individually, as

surviving child of Marc Scott Zeplin

John P. O'Neill, Jr., individually, as injured person

Elizabeth Ann Kiel, individually, as surviving sibling of John Joseph Florio

John Florio, individually, as surviving parent of John Joseph Florio

Timothy Geraghty, individually, as surviving sibling of Edward F. Geraghty

Maureen Bernadette Paglia, individually, as surviving sibling of Thomas William Kelly

William J. Kelly , individually, as surviving sibling of Thomas William Kelly

Dennis T. Kelly , individually, as surviving sibling of Thomas William Kelly

Wendy Santimays , individually, as surviving sibling of Ronald Kloepfer

Jaime Reali, individually, as surviving child of Ronald Kloepfer

Taylor Kloepfer, individually, as surviving child of Ronald Kloepfer

Dawn Kloepfer, individually, as surviving spouse of Ronald Kloepfer

Casey Kloepfer, individually, as surviving child of Ronald Kloepfer

Anthony B. McMahon, individually, as surviving sibling of Robert Dismas McMahon

Irene McMahon, individually, as surviving sibling of Robert Dismas McMahon

Marie Sikorsky, individually, as surviving spouse of Gregory Sikorsky

Steven Sikorsky, individually, as surviving child of Gregory Sikorsky

Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr.

Yon-Paul Casalduc, individually, as surviving sibling of Vivian Casalduc

Frank Camaj, individually, as surviving sibling of Roko Camaj

Kole Camaj, individually, as surviving sibling of Roko Camaj

Preta Berisha, individually, as surviving sibling of Roko Camaj

BNY Mellon, as the Personal Representative of the Estate of Humberto Ailinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Humberto Ailinger

Frank Aversano as Personal Representative of the Estate of Francis L. Aversano, deceased, the late sibling of Louis F. Aversano, Jr.

Frank Aversano as Personal Representative of the Estate of Philip Aversano, deceased, the late sibling of Louis F. Aversano, Jr.

BNY Mellon, as the Personal Representative of the Estate of Ivhan Bautista, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivhan Bautista

Anthony Chiofalo, individually, as surviving sibling of Nicholas Chiofalo

Donna Chiofalo, individually, as surviving

sibling of Nicholas Chiofalo

Annette Melillo, individually, as surviving sibling of Nicholas Chiofalo

Rosemarie Maggiore, individually, as surviving parent of Nicholas Chiofalo

George Coughlin, individually, as surviving sibling of John G. Coughlin

Carol L. D'Allara, as the Personal Representative of the Estate of John D'Allara, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John D'Allara

Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr., deceased, the late parent of John D'Allara

Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara, deceased, the late parent of John D'Allara

John Joseph D'Allara, individually, as surviving child of John D'Allara

Nicholas Michael D'Allara, individually, as surviving child of John D'Allara

Carol L. D'Allara, individually, as surviving spouse of John D'Allara

Dariusz Debek, individually, as surviving spouse of Tara Debek

Albert DeRubbio, Jr., individually, as surviving sibling of David DeRubbio

RoseEllen Dowdell, individually, as surviving spouse of Kevin Christopher Dowdell

RoseEllen Dowdell, as the Personal Representative of the Estate of Kevin Christopher Dowdell, deceased, and on

169

behalf of all survivors and all legally
entitled beneficiaries and family members
of Kevin Christopher Dowdell

Patrick Kevin Dowdell, individually, as
surviving child of Kevin Christopher
Dowdell

James Michael Dowdell, individually,
as surviving child of Kevin Christopher
Dowdell

Catherine Chiola as Personal
Representative of the Estate of Anne T.
Fisher, deceased, the late parent of John
Roger Fisher

Laurie Gambino, individually, as surviving
sibling of Thomas Gambino, Jr.

Marilyn Hess, individually, as surviving
parent of Thomas Gambino, Jr.

Thomas Gambino, Sr., individually, as
surviving parent of Thomas Gambino, Jr.

Keith Gambino, individually, as surviving
sibling of Thomas Gambino, Jr.

Valerie Gambino, individually, as
surviving sibling of Thomas Gambino, Jr.

Thomas Gambino, III, individually, as
surviving child of Thomas Gambino, Jr.

Brian Gambino, individually, as surviving
child of Thomas Gambino, Jr.

Janet Gambino, individually, as surviving
spouse of Thomas Gambino, Jr.

Janet Gambino, as the Personal
Representative of the Estate of Thomas
Gambino, Jr., deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Thomas Gambino, Jr.

John T. Genovese, individually, as
surviving sibling of Steven Genovese

John T. Genovese as Personal
Representative of the Estate of Veronica
Genovese, deceased, the late parent of
Steven Genovese

John T. Genovese as Personal
Representative of the Estate of John G.
Genovese, deceased, the late parent of
Steven Genovese

Patti Ann Valerio, individually, as
surviving sibling of Matthew J. Grzymalski

Paul Joseph Grzymalski, individually, as
surviving sibling of Matthew J. Grzymalski

Peter John Grzymalski, individually, as
surviving sibling of Matthew J. Grzymalski

Joseph Walter Grzymalski, individually, as
surviving sibling of Matthew J. Grzymalski

Jo Ann McManus, individually, as
surviving sibling of Matthew J. Grzymalski

Patricia Byrne, individually, as surviving
sibling of Joseph Gullickson

Ralph Gullickson and Patricia Byrne as
Co-Personal Representatives of the Estate
of Robert Gullickson, Sr., deceased, the
late parent of Joseph Gullickson

Thomas Gullickson, individually, as
surviving sibling of Joseph Gullickson

Patricia Gullickson, individually, as
surviving parent of Joseph Gullickson

Ralph Gullickson, individually, as
surviving sibling of Joseph Gullickson

Robert Gullickson, Jr., individually, as
surviving sibling of Joseph Gullickson

Jake Halloran , individually, as surviving
child of Vincent G. Halloran

Kieran Halloran, individually, as surviving
child of Vincent G. Halloran

Phelan Halloran, individually, as surviving
child of Vincent G. Halloran

Declan Halloran , individually, as surviving
child of Vincent G. Halloran

Marie Halloran , individually, as surviving
spouse of Vincent G. Halloran

Marie Halloran , as the Personal
Representative of the Estate of Vincent
Gerard Halloran, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of
Vincent G. Halloran

Iris Marie Holohan, individually, as
surviving parent of Thomas P. Holohan

Mary Alice Holohan, individually, as
surviving sibling of Thomas P. Holohan

Megan Holohan, individually, as surviving
sibling of Thomas P. Holohan

Sean Holohan, individually, as surviving
sibling of Thomas P. Holohan

Harold Hughes, individually, as surviving
sibling of Thomas F. Hughes, Jr.

Tara Leonardi, individually, as surviving
sibling of Thomas F. Hughes, Jr.

Kathleen Creran as Personal Representative
of the Estate of Kevin T. Hughes, deceased,
the late sibling of Thomas F. Hughes, Jr.

Mark F. Hughes , individually, as surviving
sibling of Thomas F. Hughes, Jr.

Deborah Bodner as Personal

172

Representative of the Estate of Frances S.
Hughes, deceased, the late parent of
Thomas F. Hughes, Jr.

Martin S. Hughes, individually, as
surviving sibling of Thomas F. Hughes, Jr.

Deborah Bodner , individually, as
surviving sibling of Thomas F. Hughes, Jr.

Matthew Jordan, individually, as surviving
child of Andrew Jordan

Kelsey Jordan, individually, as surviving
child of Andrew Jordan

Sean Jordan, individually, as surviving
child of Andrew Jordan

Lisa Jordan, individually, as surviving
spouse of Andrew Jordan

Lisa Jordan, as the Personal Representative
of the Estate of Andrew Jordan, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of Andrew Jordan

Philomena Ann Karczewski, individually,
as surviving spouse of Charles Henry
Karczewski

Philomena Ann Karczewski, as the
Personal Representative of the Estate of
Charles Henry Karczewski, deceased, and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Charles Henry Karczewski

Mary Kelly as Personal Representative of
the Estate of Robert J. Kelly, deceased, the
late sibling of Thomas William Kelly

Daniel T. Kirwin, individually, as
surviving sibling of Glenn Kirwin

Jon D. Kirwin, individually, as surviving

sibling of Glenn Kirwin

Peter M. Kirwin, individually, as surviving sibling of Glenn Kirwin

Andrew Kirwin, individually, as surviving sibling of Glenn Kirwin

Jennifer Kirwin Masse, individually, as surviving sibling of Glenn Kirwin

Virginia Krukowski , individually, as surviving sibling of William Krukowski

Barbara Rastelli , individually, as surviving parent of William Krukowski

Corey LaFrance, individually, as surviving sibling of Alan LaFrance

Aubrey LaFrance, individually, as surviving sibling of Alan LaFrance

JoAnn Langone, individually, as surviving spouse of Thomas Langone

JoAnn Langone, as the Personal Representative of the Estate of Thomas Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone

JoAnn Langone as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone

Caitlin Langone-Brewer, individually, as surviving child of Thomas Langone

Brian Langone, individually, as surviving child of Thomas Langone

Joanne Langone, individually, as surviving sibling of Thomas Langone

Rosemarie Langone, individually, as

174

surviving sibling of Thomas Langone

Rosemarie Langone as Personal
Representative of the Estate of Sheila
Langone, deceased, the late parent of
Thomas Langone

Joanne Langone, individually, as surviving
sibling of Peter Langone

Rosemarie Langone, individually, as
surviving sibling of Peter Langone

Terri Langone, individually, as surviving
spouse of Peter Langone

Terri Langone, as the Personal
Representative of the Estate of Peter
Langone, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Peter
Langone

Terri Langone as Personal Representative
of the Estate of Peter Langone, deceased,
the late sibling of Thomas Langone

Nikki Langone, individually, as surviving
child of Peter Langone

Karli Langone, individually, as surviving
child of Peter Langone

Rosemarie Langone as Personal
Representative of the Estate of Sheila
Langone, deceased, the late parent of Peter
Langone

Jose Domingo Liz, individually, as
surviving sibling of Nancy Liz

Jose Domingo Liz as Personal
Representative of the Estate of Elena Liz,
deceased, the late parent of Nancy Liz

William Stone Luckett, individually, as
surviving child of Edward H. Luckett

175

Jennifer Grace Luckett, individually, as surviving child of Edward H. Luckett

Lisa Luckett, individually, as surviving spouse of Edward H. Luckett

Timothy Wyatt Luckett, individually, as surviving child of Edward H. Luckett

Lisa Luckett, as the Personal Representative of the Estate of Edward H. Luckett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett

Kathryn Crawford Luckett, individually, as surviving sibling of Edward H. Luckett

Alexandra Ward Luckett, individually, as surviving sibling of Edward H. Luckett

James Taylor Luckett, individually, as surviving sibling of Edward H. Luckett

Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett

Caterina Tavolacci, individually, as surviving sibling of Anthony Luparello

Domenica Anna Lopez, individually, as surviving sibling of Anthony Luparello

Lauren Peters, individually, as surviving child of Louis Neil Mariani

Donna Mercurio as Personal Representative of the Estate of Edna May Massa, deceased, the late spouse of Nicholas G. Massa

Donna Mercurio, individually, as surviving child of Nicholas G. Massa

Nicholas T. Massa, individually, as

surviving child of Nicholas G. Massa

Josephine R. Redd as Personal
Representative of the Estate of Virgie
Mattic Binford ,deceased, the late sibling
of Margaret Elaine Mattic

Denise McDonnell, individually, as
surviving sibling of Michael Patrick
McDonnell

Vincenza McDonnell, individually, as
surviving parent of Michael Patrick
McDonnell

Patrick A. McDonnell, individually, as
surviving parent of Michael Patrick
McDonnell

Kathleen Murphy, individually, as
surviving sibling of Patrick McGuire

Thomas McGuire, individually, as
surviving sibling of Patrick McGuire

John McGuire, individually, as surviving
sibling of Patrick McGuire

Deborah Lynn Temple, individually, as
surviving spouse of Vincent S. Morello

Justin John Morello, individually, as
surviving child of Vincent S. Morello

Paige Celine Morello, individually, as
surviving child of Vincent S. Morello

John Morello, individually, as surviving
parent of Vincent S. Morello

Patricia Morello, individually, as surviving
parent of Vincent S. Morello

Deborah Lynn Temple, as the Personal
Representative of the Estate of Vincent S.
Morello, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of

Vincent S. Morello

Colleen Golden, individually, as surviving child of Richard Morgan

John Michael Nee, individually, as surviving sibling of Luke Gerard Nee

Dolores Laguerre, individually, as surviving sibling of Diana O'Connor

Jimmy Vega, individually, as surviving sibling of Diana O'Connor

Minerva Galarza, individually, as surviving sibling of Diana O'Connor

Sonia Vega, individually, as surviving sibling of Diana O'Connor

Peter Roman, as the Personal Representative of the Estate of Miriam Roman, deceased, the late sibling of Diana O'Connor

Aida Cintron, individually, as surviving sibling of Diana O'Connor

Johnny Vega, individually, as surviving sibling of Diana O'Connor

Johnny Vega as Personal Representatives of the Estate of Maria Vega, deceased, the late parent of Diana O'Connor

Maria Vega as Personal Representative of the Estate of Robert Vega, deceased, the late sibling of Diana O'Connor

Eddie Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Nilda Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Olga Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

John Owens as Personal Representative of
the Estate of Dolores Owens, deceased, the
late parent of Peter Owens

Pamela Rancke Schroeder, individually, as
surviving sibling of Alfred Todd Rancke

Elizabeth Rivas, as the Personal
Representative of the Estate of Moises
Norberto Rivas, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Moises Norberto Rivas

Elizabeth Rivas, individually, as surviving
spouse of Moises Norberto Rivas

Moesha Rivas, individually, as surviving
child of Moises Norberto Rivas

Moises Norberto Rivas, Jr., individually, as
surviving child of Moises Norberto Rivas

Lorene Rosenberg, individually, as
surviving sibling of Lloyd Rosenberg

Lawrence Rosenberg, individually, as
surviving parent of Lloyd Rosenberg

Lorene Rosenberg as Personal
Representative for the Estate of Michele
Rosenberg, deceased,  the late parent of
Lloyd Rosenberg

Linda Amato, individually, as surviving
sibling of Timothy A. Roy

James Roy, individually, as surviving
sibling of Timothy A. Roy

John Roy, individually, as surviving sibling
of Timothy A. Roy

 John Roy as Personal Representative of
the Estate of Ida Mae Roy, deceased, the
late parent of Timothy A. Roy

Gary Roy, individually, as surviving

179

sibling of Timothy A. Roy

Kenneth Roy, individually, as surviving
sibling of Timothy A. Roy

Brendan Ryan, individually, as surviving
sibling of Matthew Ryan

Kathleen Sanchez , individually, as
surviving child of Raymond Sanchez

Christian Santos, individually, as surviving
child of Rafael Humberto Santos

Jonnathan Santos, individually, as
surviving child of Rafael Humberto Santos

Yubelly Santos, as the Personal
Representative of the Estate of Rafael
Humberto Santos, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of Rafael
Humberto Santos

Yubelly Santos, individually, as surviving
spouse of Rafael Humberto Santos

Christopher John Saucedo, individually, as
surviving sibling of Gregory Saucedo

Elizabeth Isacowitz as Personal
Representative of the Estate of Helen
Seaman , individually, as surviving parent
of Michael H. Seaman

Elizabeth Isacowitz, individually, as
surviving sibling of Michael H. Seaman

Maryellen Michalenko, individually, as
surviving sibling of Michael H. Seaman

Paul Simon and Stu Simon, as Personal
Representatives of the Estate of Philip
Simon, deceased, the late sibling of Arthur
Simon

Brian Stackpole, individually, as surviving

child of Timothy Stackpole

Brendan Stackpole, individually, as surviving child of Timothy Stackpole

Kaitlyn Welsh, individually, as surviving child of Timothy Stackpole

Kevin Carlton, individually, as surviving child of Timothy Stackpole

Tara A. Stackpole, individually, as surviving spouse of Timothy Stackpole

Terence Stackpole, individually, as surviving child of Timothy Stackpole

Barbara Strobert, individually, as surviving parent of Steven Frank Strobert

Frank Steven Strobert, individually, as surviving child of Steven Frank Strobert

Tara Strobert-Nolan, individually, as surviving spouse of Steven Frank Strobert

Kathleen Deloughery, individually, as surviving sibling of Thomas F. Swift

Alexander John Wallace, individually, as surviving child of Robert F. Wallace

Jeanine L. Fusco, individually, as surviving child of Robert F. Wallace

Nancy T. Wallace, individually, as surviving spouse of Robert F. Wallace

Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace, deceased, the late child of Robert F. Wallace

Karin Charles, individually, as surviving spouse of Kenneth Zelman

Karin Charles, as the Personal Representative of the Estate of Kenneth

Zelman, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Kenneth Zelman

Olivia Zelman Charles, individually, as
surviving child of Kenneth Zelman

Ethan Zelman Charles, individually, as
surviving child of Kenneth Zelman

Justin Johnson, individually, as surviving
child of Janice Brown

George Coughlin, as Personal
Representative of the Estate of Mary
Elizabeth Coughlin, deceased, the late
parent of John G. Coughlin

Beverly Epps, individually, as surviving
sibling of Christopher Samuel Epps

Debra Epps, individually, as surviving
sibling of Christopher Samuel Epps

Valerie Epps Kendall, individually, as
surviving sibling of Christopher Samuel
Epps

Chundera Epps, individually, as surviving
sibling of Christopher Samuel Epps

Robert Epps, individually, as surviving
sibling of Christopher Samuel Epps

Anne Ielpi, individually, as surviving
parent of Jonathan Ielpi

AnneMarie Holleran, individually, as
surviving sibling of Jonathan Ielpi

Donna A. Cavanaugh, as Personal
Representative of the Estate of Rose C.
Karczewski, deceased, the late parent of
Charles Henry Karczewski

Donna Cavanaugh, individually, as
surviving sibling of Charles Henry

Karczewski

Donna A. Cavanaugh as Personal
Representative of the Estate of Henry
Karczewski, deceased, the late parent of
Charles Henry Karczewski

Maurice Corbett Kearney, as Personal
Representative of the Estate of Lorraine
Kearney, deceased, the late parent of Lisa
Kearney-Griffin

Virginia Krukowski, as Personal
Representative of the Estate of Walter
Krukowski , deceased, the late parent of
William Krukowski

Maureen Simpson, individually, as
surviving sibling of Patrick McGuire

James McGuire, individually, as surviving
sibling of Patrick McGuire

Jody Myers, as Personal Representative of
the Estate of Terrence McGuire , deceased,
the late sibling of Patrick McGuire

John Owens, as Personal Representative of
the Estate of Peter J. Owens, Sr., deceased,
the late parent of Peter Owens

John Owens, as Personal Representative of
the Estate of Kathleen Owens, deceased,
the late sibling of Peter Owens

Douglas Roy, individually, as surviving
sibling of Timothy A. Roy

Barbara Strobert, as Personal
Representative of the Estate of Frank
Strobert, deceased, the late parent of Steven
Frank Strobert

Joan Ruth Puwalski, individually, as
surviving spouse of Steven J. Bates

Jeffrey A. Bloom, Esq., as Personal
Representative of the Estate of Hazel

Lillian Mariani, deceased, the late parent of
Louis Mariani

Bruce Mariani, individually, as surviving
sibling of Louis Mariani

Elizabeth Miller, individually, as surviving
child of Douglas Miller

Laura Nogaj, individually, as surviving
spouse of Stephen Philip Morris

Jude Monteserrato a/k/a Judith
Monteserrato, individually, as surviving
spouse of John Michael Sbarbaro

Tara Strobert-Nolan, as the Personal
Representative of the Estate of Steven
Frank Strobert, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Steven Frank Strobert

John Doe 70, being intended to designate
the Personal Representative of the Estate of
Steven J. Bates, deceased, said name being
fictitious, her/his true name is not presently
known, confirmed, and/or has not been
duly appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Steven J. Bates

John Doe 71, being intended to designate
the Personal Representative of the Estate of
Stephen Philip Morris, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet

184

been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Stephen Philip Morris

John Doe 72, being intended to designate
the Personal Representative of the Estate of
John Michael Sbarbaro, deceased, said
name being fictitious, her/his true name is
not presently known, confirmed, and/or has
not been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of John
Michael Sbarbaro

Chundera Epps, as Personal Representative
of the Estate of Geneva Epps, deceased, the
late parent of Christopher Samuel Epps

Chundera Epps, as Personal Representative
of the Estate of Christopher Samuel Epps,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Christopher Samuel Epps

Nicole Mayer, individually, as surviving
child of Peter J. Carroll

Pete Carroll, individually, as surviving
child of Peter J. Carroll

Christopher Carroll, individually, as
surviving child of Peter J. Carroll

Michael Carroll, individually, as surviving
child of Peter J. Carroll

Kevin Carroll, individually, as surviving
sibling of Peter J. Carroll

Patricia D'Agata, individually, as surviving
sibling of Peter J. Carroll

docs-100490870.3

Thomas Gonzalez, Jr., as the Personal Representative of the Estate of Jenine Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez

Thomas Gonzalez, Jr., individually, as surviving sibling of Jenine Gonzalez

Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev

Laura Israilov, individually, as surviving sibling of Daniel Ilkanayev

Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan, deceased, the late parent of Matthew Ryan

Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr., deceased, the late parent of Timothy Stackpole

Janice Dukes, individually, as surviving spouse of Donnie Taylor

Janice Dukes, as the Personal Representative of the Estate of Donnie Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor

Kristina Nicole York, individually, as surviving child of Raymond York

Joan York, as the Personal Representative of the Estate of Raymond York, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond York

Joan York, individually, as surviving

spouse of Raymond York

Jesse Kemp, individually, as surviving child of Timothy Haviland

John Doe 83, being intended to designate the Personal Representative of the Estate of Timothy Haviland, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland

Barbara Keane, as Personal Representative of the Estate of Amy Haviland, deceased, the late spouse of Timothy Haviland

Sean McShane, individually, as surviving child of Terence McShane

Aidan McShane, individually, as surviving child of Terence McShane

Colin McShane, individually, as surviving child of Terence McShane

Catherine McShane, individually, as surviving spouse of Terence McShane

Catherine McShane, as the Personal Representative of the Estate of Terence McShane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Terence McShane

Phylicia Ruggieri, individually, as surviving child of Joseph Rivelli, Jr.

Matthew Casey, individually, as surviving

child of Kathleen Hunt-Casey

Kevin Casey, individually, as surviving spouse of Kathleen Hunt-Casey

Kevin Casey, as the Personal Representative of the Estate of Kathleen Hunt-Casey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathleen Hunt-Casey

Theresa Fiorelli, individually, as surviving spouse of Stephen J. Fiorelli

Theresa Fiorelli, as the Personal Representative of the Estate of Stephen J. Fiorelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Fiorelli

Stephen J. Fiorelli, Jr., individually, as surviving child of Stephen J. Fiorelli

Christine Epstein, individually, as surviving child of Stephen J. Fiorelli

William Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli

Kenneth Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli

Karen Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli

Kaitlyn Fisher, individually, as surviving child of John Roger Fisher

Margaret Fisher, individually, as surviving child of John Roger Fisher

Brian Wilkes, individually, as surviving spouse of Lorraine Antigua

John Doe 76, being intended to designate the Personal Representative of the Estate of

188

Lorraine Antigua, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Lorraine Antigua

Mildred Calderon, individually, as
surviving sibling of Vivian Casalduc

Wendell Acevedo, individually, as
surviving sibling of Vivian Casalduc

Eugene A. Harris, individually, as
surviving sibling of Peggie Hurt

Cynthia M. Harris, individually, as
surviving sibling of Peggie Hurt

Anthony D. Harris, individually, as
surviving sibling of Peggie Hurt

Shawn Patrick, individually, as surviving
sibling of James Matthew Patrick

Christopher Ruggieri, individually, as
surviving child of Joseph Rivelli, Jr.

Aidan Salamone, individually, as surviving
child of John Patrick Salamone

Alexander Salamone, individually, as
surviving child of John Patrick Salamone

Anna Salamone, individually, as surviving
child of John Patrick Salamone

James Babakitis, as Personal
Representative of the Estate of Kevin
Babakitis, deceased, the late child of
Arlene T. Babakitis

Brieann Centro, individually, as surviving child of Alexander Centro, Jr.

Alexander Centro, individually, as surviving child of Alexander Centro, Jr.

Alexander Centro, as the Personal Representative of the Estate of Alexander Centro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Centro, Jr.

Craig Centro, individually, as surviving child of Alexander Centro, Jr.

Craig Centro, as Personal Representative of the Estate of Italia Centro, deceased, the late parent of Alexander Centro, Jr.

Amy Eberling, individually, as surviving spouse of Dean P. Eberling

Amy Eberling, as the Personal Representative of the Estate of Dean P. Eberling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean P. Eberling

Corinne Ardente, individually, as surviving child of Dean P. Eberling

Lauren Eberling, individually, as surviving child of Dean P. Eberling

Christopher Ahearn, individually, as surviving child of Brian Ahearn

Lauren Sosa, individually, as surviving child of Brian Ahearn

Debra Ahearn, individually, as surviving spouse of Brian Ahearn

Marian Owens, individually, as surviving sibling of Kenneth Phelan

190

Sami Nassar, as the Personal
Representative of the Estate of Jude
Moussa, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Jude
Moussa

John Morris III, individually, as surviving
sibling of Seth Morris

Emily Cournoyer, as Personal
Representative of the Estate of Alice
Beaton, deceased, the late sibling of John
Cahill

Eric Johnson, as the Personal
Representative of the Estate of Janice
Brown, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Janice
Brown

Aidan Halloran, individually, as surviving
child of Vincent G. Halloran

Conor Halloran , individually, as surviving
child of Vincent G. Halloran

Eileen Lunder Baynes, individually, as
surviving sibling of Christopher Lunder

Hector Mejia, individually, as surviving
sibling of Manuel E. Mejia

Diane Brierley, individually, as surviving
sibling of Mary Catherine Boffa

Margaret Trudeau, individually, as
surviving sibling of Mary Catherine Boffa

John Boffa, individually, as surviving
spouse of Mary Catherine Boffa

John Boffa, as the Co-Personal
Representative of the Estate of Mary
Catherine Boffa, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of Mary

191

Catherine Boffa

John T. Genovese, as the Personal
Representative of the Estate of Steven
Genovese, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Steven Genovese

August Bernaerts, individually, as
surviving sibling of Donna Bernaerts-
Kearns

Ellen Macri, individually, as surviving
sibling of Katherine McGarry Noack

Patrick McGarry, individually, as surviving
sibling of Katherine McGarry Noack

Marianne Burke, individually, as surviving
sibling of Katherine McGarry Noack

Deborah M. Brink, individually, as
surviving sibling of Katherine McGarry
Noack

Francis J. Moody as Personal
Representative of the Estate of Angelina
Moody, deceased, the late parent of
Thomas Moody

Francis J. Moody, individually, as
surviving sibling of Thomas Moody

Lorraine Antoniello, individually, as
surviving sibling of Thomas Moody

Michael L. Moody, individually, as
surviving sibling of Thomas Moody

Patrick Nee, individually, as surviving
child of Luke Gerard Nee

Irene Lavelle, as the Personal
Representative of the Estate of Luke G.
Nee, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Luke

192

Gerard Nee

Irene Lavelle, individually, as surviving spouse of Luke Gerard Nee

Jean Diaz, individually, as surviving sibling of Kenneth John Phelan

Lourdes Mireya Mejia De La Cruz, individually, as surviving sibling of Manuel E. Mejia

Rafael Mejia, individually, as surviving sibling of Manuel E. Mejia

James Morris as Personal Representative of the Estate of Barbara Morris, deceased, the late parent of Seth Morris

James Morris as Personal Representative of John R. Morris, Jr.,  deceased, the late parent of Seth Morris

James Morris, individually, as surviving sibling of Seth Morris

John Doe 79, being intended to designate the Personal Representative of the Estate of Raymond Sanchez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez

Jennifer Holohan, individually, as surviving sibling of Thomas P. Holohan

John Doe 82 as Personal Representative of the Estate of Guiseppe Luparello, deceased, the late sibling of Anthony Luparello

193

John Doe 103, as the Personal
Representative of the Estate of Rosa
Campisi, deceased, the late sibling of
Anthony Luparello

Patrice A. Regan, as the Personal
Representative of the Estate of Nicholas G.
Massa, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Nicholas G. Massa

Gloria Eleanor Moran, individually, as
surviving sibling of Nicholas G. Massa

Colleen Golden , as the Personal
Representative of the Estate of Richard
Morgan, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Richard Morgan

Colleen Golden as Personal Representative
of the Estate of Patricia Morgan, deceased,
the late spouse of Richard Morgan

Brendan Ielpi, individually, as surviving
sibling of Jonathan Ielpi

Melissa Brengel, individually, as surviving
sibling of Jonathan Ielpi

Freddye Jean Carter-Perry, as Personal
Representative of the Estate of Fred A.
Carter, deceased, the late spouse of
Angelene C. Carter

Rachel Uchitel, individually, as surviving
spouse of Andrew O'Grady

John Doe 80, being intended to designate
the Personal Representative of the Estate of
Andrew O'Grady, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has

194

expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew O'Grady

Maureen Sullivan, individually, as surviving spouse of Derek O. Sword

John Doe 81, being intended to designate the Personal Representative of the Estate of Derek O. Sword, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword

Jose D. Liz as Guardian of Maria Liz, individually, as surviving sibling of Nancy Liz

Maya Simon, individually, as surviving child of Kenneth Simon

Karen Simon, individually, as surviving spouse of Kenneth Simon

Stanley Frank, individually, as surviving parent of Gary J. Frank

Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Joseph Shea

Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Daniel Shea

Mindy Gabler, individually, as surviving

spouse of Fredric Gabler

Mindy Gabler, as the Personal Representative of the Estate of Fredric Gabler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Fredric Gabler

Alexis Gabler, individually, as surviving child of Fredric Gabler

Howard Gabler, individually, as surviving parent of Fredric Gabler

Leslie Gabler, individually, as surviving parent of Fredric Gabler

Jolie Gabler, individually, as surviving sibling of Fredric Gabler

Steven Romagnolo, individually, as surviving sibling of Joseph M. Romagnolo

Jonathan Martinez, individually, as surviving child of Robert G. Martinez

Barbara Keane as Personal Representative of the Estate of Amy Haviland, deceased, the late sibling of Robert Spear

Nicholas Kemp, individually, as surviving child of Timothy Haviland

John Doe 84, being intended to designate the Personal Representative of the Estate of Donna Bernaerts-Kearns, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of

196

Donna Bernaerts-Kearns

Bradley D. Noack, as the Personal
Representative of the Estate of Katherine
McGarry Noack, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of
Katherine McGarry Noack

Patricia Kavanagh Edwards, individually,
as surviving spouse of Dennis Edwards

Patricia Kavanagh Edwards, as the
Personal Representative of the Estate of
Dennis Edwards, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of
Dennis Edwards

Alexa Marie Edwards, individually, as
surviving child of Dennis Edwards

Sheila Edwards Doyle as Personal
Representative of the Estate of Julia
Edwards, deceased, the late parent of
Dennis Edwards

Morgan Edwards, individually, as
surviving sibling of Dennis Edwards

Sheila Doyle, individually, as surviving
sibling of Dennis Edwards

Elizabeth Cortese, individually, as
surviving sibling of Dennis Edwards

Eileen O'Brien, individually, as surviving
sibling of Dennis Edwards

Gale DiFrancisco, individually, as
surviving sibling of Donald A. Foreman

Eric Ogren, individually, as surviving
sibling of Joseph J. Ogren

Patricia Golden, individually, as surviving
sibling of Joseph J. Ogren

Shaun Rodgers, individually, as surviving sibling of Venesha Richards

Robert R. Ploger, IV, individually, as surviving child of Robert R. Ploger III

Edward Goldstein, individually, as surviving spouse of Michelle H. Goldstein

Patricia Singh, individually, as surviving child of James T. Lynch

Ber Barry Aron, individually, as surviving parent of Joshua Aron

Dana Aron Weiner, individually, as surviving sibling of Joshua Aron

Barbara Ann Sullivan, individually, as surviving sibling of James W. Barbella

Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr., deceased, the late parent of Harry Blanding, Jr.

Anthony Bocchi, individually, as surviving sibling of John Bocchi

Elena Bocchi, individually, as surviving parent of John Bocchi

Matthew Bocchi, individually, as surviving child of John Bocchi

Michael Bocchi, individually, as surviving child of John Bocchi

Michele Bocchi-Sandello, individually, as surviving spouse of John Bocchi

Nicholas Bocchi, individually, as surviving child of John Bocchi

Paul Bocchi, individually, as surviving child of John Bocchi

Ann Bocchi-Schwimmer, individually, as

198

surviving sibling of John Bocchi

Diane Bocchi Esola, individually, as surviving sibling of John Bocchi

Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of John Bocchi

Lucy Bocchi Kraus, individually, as surviving sibling of John Bocchi

Michele Bocchi-Sandello, as the Personal Representative of the Estate of John Bocchi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi

Elizabeth Murphy, individually, as surviving sibling of Mary Catherine Boffa

Elizabeth Murphy, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa

Daphne Bowers, individually, as surviving parent of Veronique Bowers

Andrew Broderick, individually, as surviving child of Mark Broderick

Carolina Broderick, individually, as surviving spouse of Mark Broderick

James Broderick, individually, as surviving child of Mark Broderick

Matthew Broderick, individually, as surviving child of Mark Broderick

Carolina Broderick, as the Personal Representative of the Estate of Mark Broderick, deceased, and on behalf of all

199

survivors and all legally entitled
beneficiaries and family members of Mark
Broderick

Angus Jacques, as the co-Personal
Representative of the Estate of Felix
Calixte, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Felix
Calixte

Angus Jacques, individually, as surviving
parent of Felix Calixte

Christine Brozon, individually, as
surviving spouse of Luigi Calvi

Christine Brozon, as the Personal
Representative of the Estate of Luigi Calvi,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Luigi Calvi

James Cherry, individually, as surviving
sibling of Vernon Cherry

Cynthia Taylor, individually, as surviving
sibling of Vernon Cherry

Germaine Alexander, individually, as
surviving sibling of Brenda Conway

Tammi Alexander, individually, as
surviving sibling of Brenda Conway

Dennis Coughlin, individually, as surviving
sibling of Timothy Coughlin

Francis Coughlin, Jr., individually, as
surviving sibling of Timothy Coughlin

Robert Coughlin, individually, as surviving
sibling of Timothy Coughlin

Maura Coughlin-Roberti, individually, as
surviving spouse of Timothy Coughlin

Riley Coughlin-Roberti, individually, as

200

surviving child of Timothy Coughlin

Ryann Coughlin-Roberti, individually, as
surviving child of Timothy Coughlin

Sean Coughlin-Roberti, individually, as
surviving child of Timothy Coughlin

Francis Coughlin, Jr., Dennis Coughlin,
and Robert Coughlin as co-Personal
Representatives of the Estate of Alice
Coughlin, deceased, the late parent of
Timothy Coughlin

Robert Coughlin and Francis Coughlin as
co-Personal Representatives of the Estate
of Francis Coughlin, Sr., deceased, the late
parent of Timothy Coughlin

Francis Coughlin, Jr., as the co-Personal
Representative of the Estate of Timothy
Coughlin, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Timothy Coughlin

Maura Coughlin-Roberti, as the Co-
Personal Representative of the Estate of
Timothy Coughlin, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of
Timothy Coughlin

Regina Martin as Personal Representative
of the Estate of Francis Cove, deceased, the
late sibling of James Cove

Regina Martin as Personal Representative
of the Estate of Margaret Cove, deceased,
the late parent of James Cove

Regina Martin, individually, as surviving
sibling of James Cove

Vancena Dawson Donovan, individually,
as surviving sibling of Calvin Dawson

Vanita Aviles, individually, as surviving

sibling of Calvin Dawson

Janita Clyne, individually, as surviving sibling of Calvin Dawson

Alvin Dawson, individually, as surviving sibling of Calvin Dawson

Annette Simon, individually, as surviving sibling of Calvin Dawson

Charles Dawson, individually, as surviving sibling of Calvin Dawson

Janet Dawson, individually, as surviving sibling of Calvin Dawson

Lena Dawson, individually, as surviving spouse of Calvin Dawson

Tatiana Dawson, individually, as surviving child of Calvin Dawson

Victorine Dawson, individually, as surviving sibling of Calvin Dawson

Doris Hetherington, individually, as surviving sibling of Calvin Dawson

Lena Dawson, as the Personal Representative of the Estate of Calvin Dawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Calvin Dawson

Daniella De La Pena, individually, as surviving child of Emerita De la Pena

Gabriel De La Pena, individually, as surviving spouse of Emerita De La Pena

Gabriel De La Pena, as the Personal Representative of the Estate of Emerita De La Pena, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of

Emerita De La Pena

Ronald Sierra, individually, as surviving spouse of Judith Berquis Diaz-Sierra

Ronald Sierra, as the Personal Representative of the Estate of Judith Berquis Diaz-Sierra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judith Berquis Diaz-Sierra

Marlyse Salome Bosley, individually, as surviving sibling of Jose Espinal

Saul Espinal Ramos, individually, as surviving sibling of Jose Espinal

Eileen Esquilin, individually, as surviving sibling of Ruben Esquilin

Marybelle Vargas, individually, as surviving sibling of Ruben Esquilin

Lynn Faulkner, as the Personal Representative of the Estate of Wendy R. Faulkner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wendy Faulkner

Stephen Morris, individually, as surviving sibling of Wendy Faulkner

Annette Fields, individually, as surviving sibling of Samuel Fields, Sr.

Felicia Fields, individually, as surviving sibling of Samuel Fields, Sr.

Michael Fields, individually, as surviving sibling of Samuel Fields, Sr.

Kevin Finnerty, individually, as surviving sibling of Timothy Finnerty

Peter Finnerty, individually, as surviving

parent of Timothy Finnerty

Theresa Roberts, individually, as surviving spouse of Timothy Finnerty

Theresa Roberts, as the Personal Representative of the Estate of Timothy Finnerty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty

Lisa Madden as Personal Representative of the Estate of Carl J. Flickinger, deceased, the late parent of Carl M. Flickinger

Alana Flickinger, individually, as surviving child of Carl M. Flickinger

Carl J. Flickinger, individually, as surviving child of Carl M. Flickinger

Craig T. Flickinger, individually, as surviving child of Carl M. Flickinger

Edmund Flickinger, individually, as surviving sibling of Carl M. Flickinger

Kathleen Flickinger, individually, as surviving spouse of Carl M. Flickinger

Lisa Madden as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flickinger

Robert Flickinger, individually, as surviving sibling of Carl M. Flickinger

Lisa Madden, individually, as surviving sibling of Carl M. Flickinger

Kathleen Flickinger, as the Personal Representative of the Estate of Carl M. Flickinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger

204

Sylvia Aleman, individually, as surviving
sibling of Claudia Foster

Blanca Martinez, individually, as surviving
parent of Claudia Foster

Carlos Martinez, individually, as surviving
parent of Claudia Foster

Karen Carlucci , individually, as surviving
spouse of Peter Frank

Constance Frank , individually, as
surviving parent of Peter Frank

Michelle Frank , individually, as surviving
sibling of Peter Frank

Peter Frank , individually, as surviving
parent of Peter Frank

Peter Frank, as the Personal Representative
of the Estate of Peter Frank, deceased, and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Peter Frank

Edward Gnazzo, individually, as surviving
sibling of John Gnazzo

Nicholas Gnazzo, individually, as
surviving sibling of John Gnazzo

Song Jeng, individually, as surviving
parent of John Gnazzo

Luz America Piedrahita Ayala,
individually, as surviving parent of Wilder
Gomez

Jairo Gomez, individually, as surviving
sibling of Wilder Gomez

Omar Gomez, individually, as surviving
sibling of Wilder Gomez

Walter Gomez, individually, as surviving

205

sibling of Wilder Gomez

Kathleen Griffin, individually, as surviving sibling of John Griffin

Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave

Jeanmarie Hargrave, individually, as surviving sibling of Timothy J. Hargrave

James Hargrave, Jr., individually, as surviving sibling of Timothy J. Hargrave

Carolyn Marie Kelly, individually, as surviving sibling of Timothy J. Hargrave

Patricia Mansfield, individually, as surviving sibling of Timothy J. Hargrave

Maureen Murphy, individually, as surviving sibling of Timothy J. Hargrave

Kathryn M. Quinn, individually, as surviving sibling of Timothy J. Hargrave

Mary Ann Struble, individually, as surviving sibling of Timothy J. Hargrave

Kenneth Haskell, individually, as surviving sibling of Thomas Haskell

Kenneth Haskell, individually, as surviving sibling of Timothy Haskell

Belinda Barino Dillard, individually, as surviving sibling of Ronnie Henderson

Sharon Henderson , individually, as surviving sibling of Ronnie Henderson

Lucy Aita, individually, as surviving spouse of Paul Innella

Maria Rich, as the Personal Representative of the Estate of Paul Innella, deceased, and

on behalf of all survivors and all legally
entitled beneficiaries and family members
of Paul Innella

James Jenkins, Jr., individually, as
surviving sibling of John Jenkins

Joan Kirwin, individually, as surviving
spouse of Glenn Kirwin

Joan Kirwin, as the Personal
Representative of the Estate of Glenn
Kirwin, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Glenn
Kirwin

Miles Kirwin, individually, as surviving
child of Glenn Kirwin

Troy Kirwin, individually, as surviving
child of Glenn Kirwin

John Doe 88, being intended to designate
the Personal Representative of the Estate of
Vanessa Lang Langer, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Vanessa Lang Langer

Jackson S. O'Connor , individually, as
surviving sibling of Vanessa Lang Langer

James T. O'Connor , individually, as
surviving sibling of Vanessa Lang Langer

Berdie Hicks as Personal Representative of
the Estate of Walter W. Hicks, deceased,
the late parent of Nickie Lindo

Lauren Baker, individually, as surviving child of Joseph R Marchbanks Jr.

Ryan Marchbanks, individually, as surviving child of Joseph R Marchbanks Jr.

Teresa Marchbanks, individually, as surviving spouse of Joseph R Marchbanks Jr.

Teresa Marchbanks, as the Personal Representative of the Estate of Joseph R. Marchbanks, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph R Marchbanks Jr.

Chasity DeLeon, as the co-Personal Representative of the Estate of Robert Gabriel Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez

Kathleen A. Koehler, individually, as surviving child of Timothy Maude

Karen E. Maude, individually, as surviving child of Timothy Maude

Teresa Maude, individually, as surviving spouse of Timothy Maude

Teresa Maude, as the Personal Representative of the Estate of Timothy Maude, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Maude

Christopher Delosh, individually, as surviving spouse of Kathy N. Mazza

John Mazza, individually, as surviving sibling of Kathy N. Mazza

Ronald Mazza, individually, as surviving

208

sibling of Kathy N. Mazza

Rose Mazza, individually, as surviving parent of Kathy N. Mazza

Victor Mazza, individually, as surviving sibling of Kathy N. Mazza

Christopher Delosh, as the Personal Representative of the Estate of Kathy N. Mazza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathy N. Mazza

Andrea Madonna and Joanne Los Kamp, as co-Personal Representatives of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli

Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli, deceased, the late parent of William Micciulli

Joanne Los Kamp , individually, as surviving sibling of William Micciulli

Andrea Madonna , individually, as surviving sibling of William Micciulli

Emily Micciulli, individually, as surviving child of William Micciulli

Sara Micciulli, individually, as surviving child of William Micciulli

Colleen Micciulli-Foley, individually, as surviving spouse of William Micciulli

Colleen Micciulli-Foley, as the Personal Representative of the Estate of William Micciulli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Micciulli

Daniel Lamb, individually, as surviving

209

sibling of Odessa Morris

Ethel Scott, individually, as surviving
sibling of Odessa Morris

Joseph Lamb, Sr., individually, as
surviving sibling of Odessa Morris

Rachel Quinnie, individually, as surviving
sibling of Odessa Morris

Jeanine Murphy, individually, as surviving
spouse of James Murphy, IV

Jeanine Murphy, as the Personal
Representative of the Estate of James
Murphy, IV, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of James
Murphy, IV

Jessica A. Navas, individually, as surviving
child of Joseph M. Navas

Joseph M. Navas, Jr., individually, as
surviving child of Joseph M. Navas

Justin C. Navas, individually, as surviving
child of Joseph M. Navas

Karen A. Navas, individually, as surviving
spouse of Joseph M. Navas

Karen A. Navas, as the Personal
Representative of the Estate of Joseph M.
Navas, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Joseph M. Navas

Stephen Nevins as the Personal
Representative of the Estate of Lorraine B
Foley,  deceased, the late parent of Gerard
Nevins

Stephen Nevins , individually, as surviving
sibling of Gerard Nevins

Iris Vega, individually, as surviving sibling of Diana O'Connor

Maria Vega, individually, as surviving sibling of Diana O'Connor

Gia L. Morris-Kern, as the Co-Personal Representative of the Estate of Israel Pabon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon

Virginia Parro, individually, as surviving parent of Robert Parro

Barbara Dunleavy , individually, as surviving sibling of Glenn C. Perry

Frank Perry A/K/A Francis Perry, individually, as surviving sibling of Glenn C. Perry

Catherine Perry, individually, as surviving parent of Glenn C. Perry

Patrick Perry, individually, as surviving sibling of Glenn C. Perry

Jennifer Bruno, individually, as surviving sibling of Maria Ramirez

Miriam Carter, individually, as surviving sibling of Maria Ramirez

Elsie Cintron-Rosado, individually, as surviving parent of Maria Ramirez

Elsie Cintron-Rosado, as the Personal Representative of the Estate of Maria Ramirez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria Ramirez

Jessica Darden, individually, as surviving sibling of Maria Ramirez

Maureen Regan , individually, as surviving
sibling of Donald Regan

William Regan , individually, as surviving
sibling of Donald Regan

Joan Reilly and Regina Madigan as Legal
Guardians of Edward Reilly, individually,
as surviving sibling of Kevin Reilly

John McManus, as the Personal
Representative of the Estate of Richard
Rescorla, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Richard C. Rescorla

Susan Brand a/k/a Siegel a/k/a Retik,
individually, as surviving sibling of David
Retik

Mark Retik as Personal Representative of
the Estate of Lynne Retik, deceased, the
late parent of David Retik

John Doe 125 as Personal Representative
of the Estate of Alan Retik, deceased, the
late parent of David Retik

Benjamin Retik, individually, as surviving
child of David Retik

Dina Retik, individually, as surviving child
of David Retik

Mark Retik, individually, as surviving
sibling of David Retik

Molly Retik, individually, as surviving
child of David Retik

Susan Zalesne Retik, individually, as
surviving spouse of David Retik

Susan Zalesne Retik, as the Personal
Representative of the Estate of David
Retik, deceased, and on behalf of all
survivors and all legally entitled

212

beneficiaries and family members of David
Retik

Stanley Rodgers, individually, as surviving
parent of Venesha Richards

Cristal Barragan, individually, as surviving
child of Moises Rivas

Katherin Pleitez, individually, as surviving
child of Moises Rivas

Karen Robertson-Jurczak, as the Personal
Representative of the Estate of Donald
Robertson, Jr., deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Donald Robertson, Jr.

Karen Robertson-Jurczak, individually, as
surviving spouse of Donald Robertson, Jr.

Denyse Betcher, individually, as surviving
child of Paul Ruback

Danny J. Marino, individually, as surviving
child of Paul Ruback

Raysa Rodriguez, individually, as
surviving sibling of Esmerlin Salcedo

Amarcimeve Jimenez Salcedo,
individually, as surviving parent of
Esmerlin Salcedo

Amber Salcedo, individually, as surviving
child of Esmerlin Salcedo

Francisco Salcedo, individually, as
surviving sibling of Esmerlin Salcedo

Joel Salcedo, individually, as surviving
sibling of Esmerlin Salcedo

Kayla Salcedo, individually, as surviving
child of Esmerlin Salcedo

Markos Salcedo, individually, as surviving

child of Esmerlin Salcedo

Matilde Salcedo, individually, as surviving spouse of Esmerlin Salcedo

Melody Salcedo, individually, as surviving child of Esmerlin Salcedo

Miriam Salcedo, individually, as surviving parent of Esmerlin Salcedo

Orson Salcedo, individually, as surviving sibling of Esmerlin Salcedo

Oscar Salcedo, individually, as surviving sibling of Esmerlin Salcedo

Matilde Salcedo, as the Personal Representative of the Estate of Esmerlin Salcedo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salcedo

Melissa Magazine, individually, as surviving child of Jay R. Magazine

Paul Asaro, individually, as surviving sibling of Carl Asaro

Peter Asaro, individually, as surviving sibling of Carl Asaro

Dolores Audiffred, individually, as surviving sibling of James Audiffred

Mark Anthony Barrett, Sr., individually, as surviving sibling of Renee Barrett-Arjune

Mark Anthony Barrett, Sr., as the Personal Representative of the Estate of Renee Barrett-Arjune, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renee Barrett-Arjune

Edward Arjune, individually, as surviving

214

child of Renee Barrett-Arjune

John Joseph Curtin, individually, as
surviving sibling of Michael Curtin

Kathleen Wojslaw, individually, as
surviving sibling of Michael Curtin

Jeanne Osterndorf, individually, as
surviving sibling of Michael Curtin

James Devlin, individually, as surviving
sibling of Dennis Devlin

John Duffy, individually, as surviving
sibling of Michael Duffy

Barbara Duffy, individually, as surviving
parent of Michael Duffy

Barbara Duffy, as the Personal
Representative of the Estate of Michael
Duffy, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Michael Duffy

Marykay Kemper, individually, as
surviving sibling of Michael Duffy

Jane Gollan, individually, as surviving
sibling of Barbara G. Edwards

Douglas Evans, individually, as surviving
sibling of Eric Evans

Iris J. Friedman, individually, as surviving
sibling of Paul Friedman

Meryl Friedman Price, individually, as
surviving sibling of Paul Friedman

James Friedman, individually, as surviving
sibling of Paul Friedman

Thomas Gary, individually, as surviving
child of Bruce Gary

Josefina Gonzalez , individually, as
surviving parent of Rosa Gonzalez

Eneida Ramos, individually, as surviving
sibling of Rosa Gonzalez

Lydia E. Ramos-Gonzalez, individually, as
surviving sibling of Rosa Gonzalez

Esterlina Rivera , individually, as surviving
sibling of Rosa Gonzalez

Reinaldo Ramos-Gonzalez, individually, as
surviving sibling of Rosa Gonzalez

Maria Gonzalez , individually, as surviving
sibling of Rosa Gonzalez

Nelida Gonzalez , individually, as
surviving sibling of Rosa Gonzalez

Jose Gonzalez , individually, as surviving
sibling of Rosa Gonzalez

Wesley Graf, individually, as surviving
child of Edwin Graf

Mary Hasson, as the Personal
Representative of the Estate of Joseph John
Hasson, III, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Joseph John Hasson, III

Mary Hasson, individually, as surviving
spouse of Joseph John Hasson, III

Joseph John Hasson, IV, individually, as
surviving child of Joseph John Hasson, III

Joseph John Hasson, Jr, individually, as
surviving parent of Joseph John Hasson, III

Paulette Hasson, individually, as surviving
parent of Joseph John Hasson, III

Victoria Zanotto, individually, as surviving

216

sibling of Joseph John Hasson, III

Christopher Hasson, individually, as surviving sibling of Joseph John Hasson, III

Maria Rich, individually, as surviving sibling of Paul Innella

Maria Rich, as Personal Representative of the Estate of Shirley Innella, deceased, the late parent of Paul Innella

Lisa Iraci as Personal Representative of the Estate of Francis Kelly, deceased, the late sibling of Thomas William Kelly

Nancy Kelly, individually, as surviving sibling of Thomas Michael Kelly

Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly, deceased, the late parent of Thomas Michael Kelly

Yolanda Cerda, individually, as surviving spouse of Matthew Leonard

Yolanda Cerda, as the Personal Representative of the Estate of Matthew Leonard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Leonard

Christina Leonard, individually, as surviving child of Matthew Leonard

Samantha Allen, individually, as surviving child of Samantha Lightbourn-Allen

Michael Magee, individually, as surviving sibling of Charles Magee

Margaret Randazzo-Maloy, individually, as surviving spouse of Gene Maloy

Rosalie Marti, individually, as surviving

217

parent of Michael Marti

Mario Truglio as Personal Representative of the Estate of Rodger Marti, deceased, the late parent of Michael Marti

Rosalie Marti, as the Personal Representative of the Estate of Michael Marti, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Marti

Nixia Mena-Alexis, individually, as surviving sibling of Diarelia Mena

Diana Mena, individually, as surviving parent of Diarelia Mena

Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena, deceased, the late parent of Diarelia Mena

Sandra O'Connor Carey, individually, as surviving spouse of Keith O'Connor

Sandra O'Connor Carey, as the Personal Representative of the Estate of Keith O'Connor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Keith O'Connor

Susan O'Connor, individually, as surviving parent of Keith O'Connor

Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor, deceased, the late parent of Keith O'Connor

Neil Peraza, individually, as surviving sibling of Robert Peraza

Neil Peraza, as the Personal Representative of the Estate of Robert Peraza, deceased, and on behalf of all survivors and all

218

legally entitled beneficiaries and family members of Robert Peraza

Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza, deceased, the late parent of Robert Peraza

Lee Gargano, individually, as surviving sibling of Karen Renda

Minerva Rosario, as the Personal Representative of the Estate of Aida Rosario, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Aida Rosario

Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario, deceased, the late sibling of Aida Rosario

Amy Vazquez, individually, as surviving child of Aida Rosario

Jasmine DeJesus, individually, as surviving child of Aida Rosario

Farah Frenkel, individually, as surviving sibling of Rahma Salie

Christina Savas, individually, as surviving child of Anthony Savas

David Schlegel, individually, as surviving sibling of Robert Schlegel

Richard Schlegel, individually, as surviving sibling of Robert Schlegel

Elvin Schlegel, individually, as surviving parent of Robert Schlegel

Robert Davenport, individually, as surviving sibling of Antionette Sherman

Christopher Charles Clarke, individually,

219

as surviving sibling of Antionette Sherman

Jamal Green, individually, as surviving child of Antionette Sherman

Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky, deceased, the late parent of Gregory Sikorsky

Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky, deceased, the late parent of Gregory Sikorsky

Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Khamladai Khami Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh, deceased, the late sibling of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Roshan Ramesh Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Roshan Ramesh Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roshan Ramesh Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh, deceased, the late sibling of Roshan Ramesh Singh

Leandra Hart, individually, as surviving

220

child of Leon Smith

Alex Stone, individually, as surviving child of Lonny Jay Stone

Stacey Stone, individually, as surviving spouse of Lonny Jay Stone

Stacey Stone, as the Co-Personal Representative of the Estate of Lonny Stone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lonny Jay Stone

Joshua Stone, individually, as surviving child of Lonny Jay Stone

Graeme Sword, individually, as surviving sibling of Derek O. Sword

John Doe 105, as the Personal Representative of the Estate of Allan Sword, deceased, the late sibling of Derek O. Sword

Irene Sword, individually, as surviving parent of Derek O. Sword

David Sword, individually, as surviving parent of Derek O. Sword

Luz Vale, individually, as surviving spouse of Ivan Vale

Luz Vale, as the Personal Representative of the Estate of Ivan Vale, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivan Vale

Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald, deceased, the late parent of Victor Wald

Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald,

deceased, the late parent of Victor Wald

Robert Weingard, individually, as
surviving sibling of Scott Weingard

Marc Weingard as Personal Representative
of the Estate of Bonnie Weingard,
deceased, the late parent of Scott Weingard

Marc Weingard, individually, as surviving
sibling of Scott Weingard

Marc Weingard, as the Personal
Representative of the Estate of Scott
Weingard, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Scott
Weingard

Denise White, individually, as surviving
child of John White

Lillian Zambrana as Personal
Representative of the Estate of Edwin
Zambrana, Sr., deceased, the late parent of
Edwin Zambrana

Michael Bianco, individually, as surviving
child of Joseph Agnello

Charlotte Amundson, individually, as
surviving child of Spc. Craig Amundson

Elliot Amundson, individually, as
surviving child of Spc. Craig Amundson

Amber Ann Amundson, individually, as
surviving spouse of Spc. Craig Amundson

Natalie Pollack, individually, as surviving
child of Louis F. Aversano, Jr.

Ronda Boyle, individually, as surviving
spouse of Allen Boyle

Ronda Boyle, as the Personal
Representative of the Estate of Allen
Boyle, deceased, and on behalf of all

survivors and all legally entitled beneficiaries and family members of Allen Boyle

Allen Richard Boyle, individually, as surviving child of Allen Boyle

Dylan Boyle, individually, as surviving child of Allen Boyle

Nathan Boyle, individually, as surviving child of Allen Boyle

Patrick Cartier, individually, as surviving parent of James Cartier

John Doe 96, being intended to designate the Personal Representative of the Estate of James Cartier, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of James Cartier

Douglas Caufield, individually, as surviving sibling of Robert Caufield

John Doe 93, being intended to designate the Personal Representative of the Estate of Robert Caufield, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield

Jermaine Cook, individually, as surviving

223

spouse of Helen Cook

Mary Doherty, as the Personal
Representative of the Estate of John
Doherty, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of John
Doherty

Mary Doherty, individually, as surviving
spouse of John Doherty

Barbara Doherty, individually, as surviving
child of John Doherty

Maureen Reed, individually, as surviving
child of John Doherty

Sarah Dwyer, individually, as surviving
child of Patrick Dwyer

Jo Ann Dwyer, individually, as surviving
spouse of Patrick Dwyer

Jo Ann Dwyer, as the Personal
Representative of the Estate of Patrick
Dwyer, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Patrick Dwyer

Brendan Dwyer, individually, as surviving
child of Patrick Dwyer

Barbara Echtermann, individually, as
surviving parent of Margaret Echtermann

Johanna Kmetz , as the Personal
Representative of the Estate of Margaret
Echtermann, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Margaret Echtermann

Annette Elseth, individually, as surviving
spouse of Robert Elseth

Annette Elseth, as the Personal

docs-100490870.3

Representative of the Estate of Robert
Elseth, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Robert Elseth

Faith Elseth, individually, as surviving
child of Robert Elseth

Berta Elseth, individually, as surviving
parent of Robert Elseth

James Elseth as Personal Representative
for the Estate of Curtis Elseth, deceased,
the late parent of Robert Elseth

James Elseth, individually, as surviving
sibling of Robert Elseth

Harlan Elseth, individually, as surviving
sibling of Robert Elseth

Nancy Bolger, individually, as surviving
sibling of Robert Elseth

Alfredo Samuel Espinal, individually, as
surviving sibling of Jose Espinal

Dorothy Swick, individually, as surviving
sibling of Catherine Fagan

Veronica Morris, as the Personal
Representative of the Estate of Eileen
Flecha, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Eileen
Flecha

Veronica Morris, individually, as surviving
parent of Eileen Flecha

Jane Thompson, individually, as surviving
parent of Jon Grabowski

Desmond Green, individually, as surviving
sibling of Derrick Green

Ester Yevdayeva, individually, as surviving

parent of Daniel Ilkanayev

Alfred Jeffries, Sr., individually, as surviving parent of Alva Jeffries Sanchez

Malikah Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez

Alexandra Lopez Feliciano, individually, as surviving child of George Lopez

Doris McCloud, individually, as surviving parent of Tara McCloud Gray

Tommie Milam, individually, as surviving parent of Ronald Milam

Effie Milam, individually, as surviving parent of Ronald Milam

Steven Wayne Milam, individually, as surviving sibling of Ronald Milam

Winsome Nelson-Reid, individually, as surviving parent of Michele Ann Nelson

Winsome Nelson-Reid, as the Personal Representative of the Estate of Michele Nelson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michele Ann Nelson

Monique Riviere, individually, as surviving sibling of Michele Ann Nelson

Sheila O'Shea, as the Personal Representative of the Estate of Patrick O'Shea, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick O'Shea

Sheila O'Shea, individually, as surviving spouse of Patrick O'Shea

Patrick O'Shea, Jr., individually, as

surviving child of Patrick O'Shea

Megan O'Shea, individually, as surviving child of Patrick O'Shea

Edwin Ovalles, individually, as surviving child of Jesus Ovalles

John Doe 90 , being intended to designate the Personal Representative of the Estate of Jesus Ovalles, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles

Pamela Pabon, individually, as surviving child of Israel Pabon

Terry Paul, individually, as surviving sibling of James Paul

John Doe 94, being intended to designate the Personal Representative of the Estate of James Paul, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul

Carey Pierce, individually, as surviving sibling of Dennis Pierce

Barbara Timpone, individually, as surviving sibling of Dennis Pierce

227

John Doe 97, being intended to designate
the Personal Representative of the Estate of
Dennis Pierce, deceased, said name being
fictitious, her/his true name is not presently
known, confirmed, and/or has not been
duly appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Dennis Pierce

Cynthia Lesemann, individually, as
surviving sibling of James Sands, Jr.

Geraldine Sands, individually, as surviving
parent of James Sands, Jr.

Loreen Fremaint, individually, as surviving
sibling of James Sands, Jr.

Dinnette Medina, individually, as surviving
sibling of Ayleen Santiago

Otis Tolbert, individually, as surviving
parent of Otis Tolbert

Nancy Tolbert, individually, as surviving
parent of Otis Tolbert

John Doe 91, being intended to designate
the Personal Representative of the Estate of
Otis Tolbert, deceased, said name being
fictitious, her/his true name is not presently
known, confirmed, and/or has not been
duly appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of Otis Tolbert

Alda Walcott, as the Personal
Representative of the Estate of Courtney

228

Walcott, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Courtney Walcott

Alda Walcott, individually, as surviving parent of Courtney Walcott

Hector L. Walcott, individually, as surviving parent of Courtney Walcott

Andrew Walcott, individually, as surviving sibling of Courtney Walcott

Delano Walcott, individually, as surviving sibling of Courtney Walcott

John Doe 89, being intended to designate the Personal Representative of the Estate of Edward White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward White

Christopher White, individually, as surviving sibling of Edward White

Regina White, individually, as surviving parent of Edward White

Regina White, as Personal Represntative of the Estate of Edward James White, Jr., deceased, the late parent of Edward White

William White, individually, as surviving sibling of Edward White

Suzanne Antoniou, individually, as surviving sibling of Edward White

James White, individually, as surviving

sibling of Edward White

Wanda Rose, individually, as surviving
sibling of Lisa Young

Barry Amundson, individually, as
surviving sibling of Spc. Craig Amundson

Ramona Schroeder, individually, as
surviving parent of Lorraine Antigua

Charles Schroeder, individually, as
surviving parent of Lorraine Antigua

Sasha Cardona , individually, as surviving
child of Jose Cardona

Daniel Acevedo , individually, as surviving
sibling of Vivian Casalduc

Jennifer Sullivan, individually, as surviving
child of Michael Curtin

Barbara Echtermann as Personal
Representative of the Estate of Helmut
Echtermann, deceased, the late parent of
Margaret Echtermann

Dietrich Echtermann, individually, as
surviving sibling of Margaret Echtermann

Heidemarie Echtermann-Toribio,
individually, as surviving sibling of
Margaret Echtermann

Christopher Fagan, individually, as
surviving child of Catherine Fagan

Brenda Fallon, as the Personal
Representative of the Estate of William
Fallon, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
William Fallon

Brenda Fallon, individually, as surviving
spouse of William Fallon

Christopher Fallon, individually, as
surviving child of William Fallon

Patricia Quinlan, individually, as surviving
sibling of William Fallon

Stephen Fallon, individually, as surviving
sibling of William Fallon

Donald Fallon, individually, as surviving
sibling of William Fallon

Peter Fallon, individually, as surviving
sibling of William Fallon

Reehan Syed a/k/a Syed Reehan,
individually, as surviving child of Syed
Abdul Fatha

Banu Khursheed a/k/a Khursheed Banu,
individually, as surviving child of Syed
Abdul Fatha

Yaseen Syed a/k/a Syed Yaseen,
individually, as surviving child of Syed
Abdul Fatha

Syed Zeeshan a/k/a Zeeshan Syed,
individually, as surviving child of Syed
Abdul Fatha

Farhan Syed a/k/a Syed Farhan,
individually, as surviving child of Syed
Abdul Fatha

Loren Smith, individually, as surviving
child of Wendy Faulkner

Ashley Faulkner, individually, as surviving
child of Wendy Faulkner

Lynn Faulkner, individually, as surviving
spouse of Wendy Faulkner

Stephen Feely, individually, as surviving
sibling of Francis Feely

Alice Feely, individually, as surviving

sibling of Francis Feely

Michael Feely, individually, as surviving sibling of Francis Feely

Jessica Geier, individually, as surviving child of Paul Hamilton Geier

Jessica Geier, as the Personal Representative of the Estate of Paul Hamilton Geier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hamilton Geier

Jessica Geier and Nicole Rasanen as the co-Personal Representatives of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier

Claudie Nash, individually, as surviving sibling of Diane Hale-McKinzy

Craig Hannan, individually, as surviving sibling of Michael Hannan

Andrea Hannan, as the Personal Representative of the Estate of Michael Hannan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Hannan

Andrea Hannan, individually, as surviving spouse of Michael Hannan

Rachel Hannan, individually, as surviving child of Michael Hannan

Alexandra Hannan, individually, as surviving child of Michael Hannan

Jennifer Muller as Personal Representative of the Estate of Barbara Hannan , deceased, the late parent of Michael Hannan

Jennifer Muller, individually, as surviving

232

sibling of Michael Hannan

Peter Hannan, individually, as surviving
sibling of Michael Hannan

Sheri Lynn Berger, individually, as
surviving sibling of Ronald J. Hemenway

Susan Hermer, as the Personal
Representative of the Estate of Harvey
Hermer, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Harvey Hermer

Kyra Houston, individually, as surviving
sibling of Uhuru Houston

Anane Crandon, individually, as surviving
sibling of Uhuru Houston

Efia Crandon, individually, as surviving
sibling of Uhuru Houston

Efia Crandon as Personal Representative of
the Estate of Estella Crandon, deceased, the
late parent of Uhuru Houston

Matthew Dorsey, individually, as surviving
sibling of Jennifer L. Howley

Victoria Jones, individually, as surviving
child of Paul Innella

Andy Jean-Pierre, individually, as
surviving child of Maxima Jean-Pierre

Rachel Jean-Pierre, individually, as
surviving child of Maxima Jean-Pierre

Anjunelly Jean-Pierre, individually, as
surviving child of Maxima Jean-Pierre

Ajax Jean-Pierre Jr. , individually, as
surviving child of Maxima Jean-Pierre

Emmet Clyde Jeffries, individually, as

233

surviving sibling of Alva Jeffries Sanchez

Kieran Lyons, individually, as surviving sibling of Michael Lyons

Mary Lyons, individually, as surviving child of Michael Lyons

Elaine Lyons, individually, as surviving spouse of Michael Lyons

Elaine Lyons, as the Personal Representative of the Estate of Michael Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lyons

Caitlyn Lyons, individually, as surviving child of Michael Lyons

Mirella Matricciano, individually, as surviving parent of Marcellus Matricciano

Umberto Matricciano, individually, as surviving parent of Marcellus Matricciano

Bruno Matricciano, individually, as surviving sibling of Marcellus Matricciano

Rosie Matricciano-Vetere, as the Personal Representative of the Estate of Marcellus Matricciano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcellus Matricciano

Leslie Faulstich, individually, as surviving sibling of Katie McCloskey

Julie Gardner, individually, as surviving sibling of Katie McCloskey

Garland Mercer, individually, as surviving sibling of Wesley Mercer

Shannon Moran as Personal Representative of the Estate of Joyce Moran, deceased, the

234

late spouse of Gerard Moran

Shannon Moran as Personal Representative
of the Estate of Dane Moran, deceased, the
late child of Gerard Moran

Masako Murphy as Personal
Representative of the Estate of Casey
Murphy, deceased, the late child of Patrick
J. Murphy

Jamie Nelson, individually, as surviving
child of Peter A. Nelson

Chin Yong Wells, individually, as
surviving sibling of Chin Sun Pak Wells

Suzanne Peraza, individually, as surviving
parent of Robert Peraza

Peter Snik as Personal Representative of
the Estate of John W. Snik, deceased, the
late spouse of Laura Ragonese-Snik

Nadia Ramsaroop, individually, as
surviving child of Vishnoo Ramsaroop

Shelly Ann Ramkhelawan, individually, as
surviving child of Vishnoo Ramsaroop

Michelle Ramsaroop, individually, as
surviving child of Vishnoo Ramsaroop

Ernest LaRoche , individually, as surviving
sibling of Deborah Ramsaur

Wesley Gargano, individually, as surviving
sibling of Karen Renda

Deborah Malek, individually, as surviving
child of John Frederick Rhodes

Linda Rhodes, individually, as surviving
spouse of John Frederick Rhodes

Matthew Robertson, individually, as
surviving child of Donald Robertson, Jr.

235

Michael Robertson, individually, as
surviving child of Donald Robertson, Jr.

Madison Robertson, individually, as
surviving child of Donald Robertson, Jr.

Kevin Robertson, individually, as surviving
child of Donald Robertson, Jr.

Neanta McCants as the Personal
Representative of the Estate of Trisha
McCants, deceased, the late child of Judy
Rowlett

William Grigonis, individually, as
surviving sibling of Susan Ruggiero

Kim Coleman, individually, as surviving
parent of Jacquelyn Sanchez

Cedric Pitt Sr., as the Personal
Representatives of the Estate of Jacquelyn
Sanchez, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Jacquelyn Sanchez

Michael Coleman, individually, as
surviving sibling of Jacquelyn Sanchez

Ericka Brown, individually, as surviving
sibling of Jacquelyn Sanchez

Cedric Pitt, Jr., individually, as surviving
child of Jacquelyn Sanchez

Kathleen Shagi, as the Personal
Representative of the Estate of Michael
Shagi, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Michael Shagi

James Signer, individually, as surviving
sibling of Dianne Signer

JoAnne Romano, individually, as surviving

sibling of William Spitz

Jacqueline Statz, individually, as surviving sibling of Patricia Statz

Justin Strauss, individually, as surviving child of Edward Strauss

Yolanda Calderon, individually, as surviving sibling of Jorge Velazquez

Nelson White, Jr., individually, as surviving sibling of Leonard White

Robert Rawlston White, individually, as surviving sibling of Leonard White

John Robertson, individually, as surviving sibling of Donald Robertson, Jr.

Abdo Hashem, individually, as surviving sibling of Peter Hashem

Chaz Clark, individually, as surviving child of Benjamin K. Clark

Salvatore DiFazio, individually, as surviving sibling of Vincent DiFazio

Teresa Kestenbaum, individually, as surviving sibling of Vincent DiFazio

Grace Brennan, individually, as surviving sibling of Vincent DiFazio

Ringo Fernandez, individually, as surviving child of Julio Fernandez

Edu Umana, individually, as surviving sibling of Sadie Ette

Itauma Ette and Edu Umana as co-Personal Representatives of the Estate of Sunday Itauma Ette, deceased, the late parent of Sadie Ette

Edu Umana as Personal Representative of the Estate of Ekaette Ette, deceased, the

237

late parent of Sadie Ette

Nolton Davis, Jr., individually, as surviving spouse of Ada Davis

Nolton Davis, Jr., as the Personal Representative of the Estate of Ada Davis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada Davis

Najwah Miceli, individually, as surviving sibling of Peter Hashem

Sabah Hashem-Daher, individually, as surviving sibling of Peter Hashem

Najat Arsenault, individually, as surviving sibling of Peter Hashem

Najat Arsenault as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem

Ryan John Cove, individually, as surviving child of James Cove

Ann Smith, individually, as surviving spouse of Gary Smith

Ann Smith, as the Personal Representative of the Estate of Gary Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Smith

Natalie Smith, individually, as surviving child of Gary Smith

Nicole Amato, individually, as surviving child of Gary Smith

Teresa Cheezum, individually, as surviving child of Gary Smith

Kristina Smith, individually, as surviving child of Gary Smith

Annette Smith, individually, as surviving sibling of Gary Smith

Christine McKee, individually, as surviving sibling of Gary Smith

Donald Smith, individually, as surviving sibling of Gary Smith

Mark Smith, individually, as surviving sibling of Gary Smith

Annette Smith and Mark Smith as Personal Representatives of the Estate of Dorothy Smith, deceased, the late parent of Gary Smith

Stephan Smith, individually, as surviving sibling of Gary Smith

Mason Smith, individually, as surviving sibling of Gary Smith

Brian Schrang, individually, as surviving child of Gerard P. Schrang

Amanda Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola

Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola, individually, as surviving spouse of Lisa Trerotola

Amanda Trerotola, individually, as surviving child of Lisa Trerotola

Michael L. Trerotola, individually, as surviving child of Lisa Trerotola

Jacqueline Fanning, individually, as surviving child of John Fanning

Ryan Fanning, individually, as surviving

child of John Fanning

Jeremy Fanning, individually, as surviving
child of John Fanning

Tracy Zorpette as Personal Representative
of the Estate of Dorothy Burke, deceased,
the late parent of Brooke Rosenbaum

Evan V. Vandommelen-Gonzalez,
individually, as surviving spouse of
Mauricio Gonzalez

Sheryl Miller Bechor, as the co-Personal
Representative of the Estate of Philip D.
Miller, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Philip
D. Miller

Robin Davis, individually, as surviving
sibling of Edward Rowenhorst

Jacob Heber, as the Co-Personal
Representative of the Estate of Roberta B.
Heber, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Roberta B. Heber

William Youmans, as the co-Personal
Representative of the Estate of Suzanne
Youmans, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Suzanne Youmans

Donna Velazquez, as the co-Personal
Representative of the Estate of Frank V.
Moccia, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Frank
V. Moccia

Andrew Strobert, individually, as surviving
sibling of Steven Frank Strobert

Kathleen Shagi, individually, as surviving

spouse of Michael Shagi

Christie Shagi, individually, as surviving
child of Michael Shagi

Tracie Shagi-Uriguen, individually, as
surviving child of Michael Shagi

Nicole Shagi, individually, as surviving
child of Michael Shagi

Helman Correa, individually, as surviving
parent of Danny Correa-Gutierrez

Justin Cook, individually, as surviving
child of Helen Cook

Mary Ann Ledee, individually, as surviving
spouse of Kenneth Charles Ledee

Anna Ledee as Personal Representative of
the Estate of Carlos Ledee, deceased, the
late parent of Kenneth Charles Ledee

Jamielah Persol, individually, as surviving
spouse of DaJuan Hodges

Diane L. Fredericks, individually, as
surviving sibling of Andrew Fredericks

Nancy Jean Fredericks , individually, as
surviving sibling of Andrew Fredericks

Timothy Kuveikis, individually, as
surviving sibling of Thomas Kuveikis

Christine Peschel, individually, as
surviving sibling of Thomas Kuveikis

Heather Curtin, individually, as surviving
child of Michael Curtin

Lyndsi Nelson, individually, as surviving
child of Peter A. Nelson

Josephine Romito, individually, as
surviving spouse of James Romito

Ellen Romito, individually, as surviving

241

child of James Romito

Emily Mathesen, individually, as surviving child of William Mathesen

Kathleen Mathesen, individually, as surviving spouse of William Mathesen

Tracy Rowenhorst, individually, as surviving spouse of Edward Rowenhorst

Ashley Brandt, individually, as surviving child of Edward Rowenhorst

Kaitlyn Rowenhorst, individually, as surviving child of Edward Rowenhorst

Valerie Caufield, individually, as surviving spouse of Robert Caufield

Alfred Jeffries, Jr., individually, as surviving sibling of Alva Jeffries Sanchez

Anne McCloskey as Personal Representative of the Estate of Richard McCloskey, deceased, the late parent of Katie McCloskey

Rosie Matricciano-Vetere, individually, as surviving spouse of Marcellus Matricciano

Nicholas Matricciano, individually, as surviving child of Marcellus Matricciano

Kathleen Gelman, individually, as surviving sibling of Thomas Kuveikis

Mary Buss, individually, as surviving sibling of Julie Geis

Mary Buss as Personal Representative of the Estate of Betty Geis, deceased, the late parent of Julie Geis

Eric Johnson, individually, as surviving spouse of Janice Brown

Lyndsi Nelson as Personal Representative

of the Estate of Iris Nelson, deceased, the
late spouse of Peter A. Nelson

Jamie Brito, as the Personal Representative
of the Estate of Victoria Alvarez-Brito,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Victoria Alvarez-Brito

Jamie Brito, individually, as surviving
child of Victoria Alvarez-Brito

Jamie Brito as Personal Representative of
the Estate of Mario Brito, deceased, the late
spouse of Victoria Alvarez-Brito

Raul Brito, individually, as surviving child
of Victoria Alvarez-Brito

John Beug, as the Personal Representative
of the Estate of Carolyn Beug, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of Carolyn Beug

John Beug, individually, as surviving
spouse of Carolyn Beug

Lindsey Mayer Beug-Wood, individually,
as surviving child of Carolyn Beug

Lauren Paula Mayer-Beug, individually, as
surviving child of Carolyn Beug

Nicholas Mayer, individually, as surviving
child of Carolyn Beug

Beverly Carlone, individually, as surviving
spouse of David Carlone

Beverly Carlone, as the Personal
Representative of the Estate of David
Carlone, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of David
Carlone

Jeffrey Fagan, individually, as surviving

243

child of Catherine Fagan

James Fagan, individually, as surviving
child of Catherine Fagan

Susan M. King , as the Personal
Representative of the Estate of Amy King,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Amy King

Susan M. King as Personal Representative
of the Estate of Stewart King, deceased, the
late parent of Amy King

Barbara Chucknick, as the Personal
Representative of the Estate of Steven
Chucknick, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Steven Chucknick

Barbara Chucknick, individually, as
surviving spouse of Steven Chucknick

Steven Chucknick, individually, as
surviving child of Steven Chucknick

Shweta Khandelwal, as the Personal
Representative of the Estate of Rajesh
Khandelwal, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Rajesh Khandelwal

Shweta Khandelwal, individually, as
surviving spouse of Rajesh Khandelwal

Shivam Khandelwal, individually, as
surviving child of Rajesh Khandelwal

Joyce Infante, as the Personal
Representative of the Estate of Anthony P.
Infante, Jr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Anthony P. Infante, Jr.

Joyce Infante, individually, as surviving
spouse of Anthony P. Infante, Jr.

Marie Costa, individually, as surviving
child of Anthony P. Infante, Jr.

John Infante, individually, as surviving
child of Anthony P. Infante, Jr.

Andrew Infante, individually, as surviving
sibling of Anthony P. Infante, Jr.

Fred Infante, individually, as surviving
sibling of Anthony P. Infante, Jr.

Fred Infante as Personal Representative of
the Estate of Elizabeth Infante, deceased,
the late parent of Anthony P. Infante, Jr.

Fred Infante as Personal Representative of
the Estate of Anthony P. Infante, Sr.,
deceased, the late parent of Anthony P.
Infante, Jr.

Rokshana Miah, individually, as surviving
sibling of Nurul Miah

Nur M. Miah, individually, as surviving
sibling of Nurul Miah

Shewely Miah, individually, as surviving
sibling of Nurul Miah

Nurunnahar Miah, individually, as
surviving parent of Nurul Miah

Lorraine Nedell, as the Personal
Representative of the Estate of Laurence
Nedell, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Laurence Nedell

Lorraine Nedell, individually, as surviving
spouse of Laurence Nedell

Jennie Nedell, individually, as surviving

child of Laurence Nedell

Laura Nedell, individually, as surviving
child of Laurence Nedell

Rhea Shome, individually, as surviving
spouse of Mukul Kumar Agarwala

Loubertha Williams, as the Personal
Representative of the Estate of Jacqueline
Young, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Jacqueline Young

Loubertha Williams, individually, as
surviving parent of Jacqueline Young

Terrance Young, individually, as surviving
sibling of Jacqueline Young

James McKenley, individually, as
surviving sibling of Jacqueline Young

Derrick McKenley, individually, as
surviving sibling of Jacqueline Young

Theresa Russo-Kempf , individually, as
surviving spouse of Michael Russo

Michael Thomas Russo Jr., individually, as
surviving child of Michael Russo

Dolores Jane Russo as Personal
Representative of the Estate of Anthony S.
Russo, deceased, the late parent of Michael
Russo

Nur M. Miah, as the co-Personal
Representative of the Estate of Nurul Miah,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Nurul Miah

Patricia McCarthy as Personal
Representative of the Estate of Thomas P.
McAvinue, deceased, the late parent of

Donna Clarke

Aaron Antigua, individually, as surviving
child of Lorraine Antigua

Caitlin Antigua, individually, as surviving
child of Lorraine Antigua

Josephine Tabick, individually, as
surviving sibling of Debra DiMartino

Sol Newman, individually, as surviving
sibling of Debra DiMartino

Angelo Puma, individually, as surviving
sibling of Debra DiMartino

John Puma, Jr., individually, as surviving
sibling of Debra DiMartino

Rosemary Puma, individually, as surviving
sibling of Debra DiMartino

Joseph Dixon, individually, as surviving
parent of DaJuan Hodges

Tonya Young, individually, as surviving
sibling of Lisa Young

April Young, individually, as surviving
sibling of Lisa Young

John McLoughlin, individually, as injured
person

Manu Dhingra, individually, as injured
person

William Jimeno, individually, as injured
person

David LaRoche, individually, as surviving
sibling of Deborah Ramsaur

William Innella, individually, as surviving
sibling of Paul Innella

Judith Knight, individually, as surviving

sibling of Frank Wisniewski

Judith Knight as Personal Representative of
the Estate of Mary Wisniewski, deceased,
the late parent of Frank Wisniewski

Judith Knight as Personal Representative of
the Estate of Vincent Wisniewski,
deceased, the late parent of Frank
Wisniewski

Vincent Wisniewski, individually, as
surviving sibling of Frank Wisniewski

Walter William Sezna, individually, as
surviving sibling of Davis Grier Sezna, Jr.

Gail Sezna, as the Personal Representative
of the Estate of Davis Sezna, Jr., deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of Davis Grier Sezna, Jr.

Davis Grier Sezna, individually, as
surviving parent of Davis Grier Sezna, Jr.

Gail Sezna, individually, as surviving
parent of Davis Grier Sezna, Jr.

Suzanne Ledee Garcia , individually, as
surviving sibling of Kenneth Charles Ledee

Masia Shurla Riley, as the Personal
Representative of the Estate of Scott
Powell, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Scott
Powell

Sydney Ayesha Powell, individually, as
surviving child of Scott Powell

Scott Powell, individually, as surviving
child of Scott Powell

Casey Brent, individually, as surviving
child of Scott Powell

Catherine Powell, individually, as
surviving parent of Scott Powell

Art Powell, individually, as surviving
parent of Scott Powell

Kevin Powell, individually, as surviving
sibling of Scott Powell

Art Edward Powell, individually, as
surviving sibling of Scott Powell

Shaun Powell, individually, as surviving
sibling of Scott Powell

Lisa Powell, individually, as surviving
sibling of Scott Powell

Paul Hemenway, individually, as surviving
sibling of Ronald J. Hemenway

Wilton White and Artricia McClure as co-
Personal Representatives of the Estate of
William Woolen, deceased, the late parent
of Tamara Thurman

Amanda Ruddle, individually, as surviving
child of David Ruddle

John Doe 116, being intended to designate
the Personal Representative of the Estate of
David Ruddle, deceased, said name being
fictitious, her/his true name is not presently
known, confirmed, and/or has not been
duly appointed by a court of competent
jurisdiction (or having been so appointed,
his or her appointment has expired, and/or
he or she has ceased to serve, and his or her
successor has not yet been appointed) and
on behalf of all survivors and all legally
entitled beneficiaries and family members
of David Ruddle

Jessica Mathesen, individually, as
surviving child of William Mathesen

Marcus Fields, individually, as surviving

sibling of Samuel Fields

Angela Eacobacci, individually, as
surviving parent of Joseph Eacobacci

John Doe 118, being intended to designate
the Personal Representative of the Estate of
Joseph Eacobacci, deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Joseph Eacobacci

Alfonso Cisneros, as the Personal
Representative of the Estate of Juan Pablo
Alvarez Cisneros, deceased, and on behalf
of all survivors and all legally entitled
beneficiaries and family members of Juan
Pablo Alvarez Cisneros

Alfonso Cisneros, individually, as
surviving parent of Juan Pablo Alvarez
Cisneros

Lidia Alvarez, individually, as surviving
parent of Juan Pablo Alvarez Cisneros

Gillian Gransaull-Joseph, as the Personal
Representative of the Estate of Stephen
Joseph, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Stephen Joseph

Gillian Gransaull-Joseph, individually, as
surviving spouse of Stephen Joseph

Tristan Joseph, individually, as surviving
child of Stephen Joseph

Jorge Montoya, as the Co-Personal

250

Representative of the Estate of Antonio
Montoya, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Antonio Montoya

Thomas Fehling, individually, as surviving
sibling of Lee Fehling

Joan Bischoff, individually, as surviving
parent of Lee Fehling

James Fehling, individually, as surviving
sibling of Lee Fehling

Danielle Fehling-Wasnieski, as the
Personal Representative of the Estate of
Lee Fehling, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Lee
Fehling

Danielle Fehling-Wasnieski, individually,
as surviving spouse of Lee Fehling

Kaitlin Fehling, individually, as surviving
child of Lee Fehling

Megan Fehling, individually, as surviving
child of Lee Fehling

Gayle Regan, as the Personal
Representative of the Estate of Thomas
Regan, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Thomas Regan

Gayle Regan, individually, as surviving
spouse of Thomas Regan

Allaistar Regan, individually, as surviving
child of Thomas Regan

Connor Regan, individually, as surviving
child of Thomas Regan

Page Dantzler Dickerson, as the Personal

251

Representative of the Estate of Jerry
Dickerson, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Jerry
Dickerson

Page Dantzler Dickerson, individually, as
surviving spouse of Jerry Dickerson

Elizabeth Bailey Dickerson, individually,
as surviving child of Jerry Dickerson

William Dickerson, individually, as
surviving child of Jerry Dickerson

Lisa A. Schunk, as the Co-Personal
Representative of the Estate of Edward W.
Schunk, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Edward W. Schunk

Ana Cisneros, individually, as surviving
sibling of Juan Pablo Alvarez Cisneros

Anne Lynn Hayashi , as the Personal
Representative of the Estate of Stuart (Soo-
Jin) Lee, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Stuart
(Soo-Jin) Lee

Anne Lynn Hayashi, individually, as
surviving spouse of Stuart (Soo-Jin) Lee

Bradley D. Noack, individually, as
surviving spouse of Katherine McGarry
Noack

Joseph E. Jurgens, individually, as
surviving parent of Thomas Edward
Jurgens

Jessica Lynn Jurgens, individually, as
surviving sibling of Thomas Edward
Jurgens

Joseph B. Jurgens, individually, as

surviving sibling of Thomas Edward
Jurgens

Mitchell Eacobacci, individually, as
surviving parent of Joseph Eacobacci

Lynda T. Scarcella, as the Personal
Representative of the Estate of Paul Fiori,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of Paul Fiori

Lynda T. Scarcella, individually, as
surviving spouse of Paul Fiori

Brittley Wise, as the Personal
Representative of the Estate of Richard
Salinardi, Jr., deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Richard Salinardi, Jr.

Brittley Wise, individually, as surviving
spouse of Richard Salinardi, Jr.

Edith Skrzypek, as the Personal
Representative of the Estate of
Paul Skrzypek, deceased, and on behalf of
all survivors and all legally entitled
beneficiaries and family members of
Paul Skrzypek

Albert Skrzypek, individually, as surviving
parent of Paul Skrzypek

Edith Skrzypek, individually, as surviving
parent of Paul Skrzypek

Laura Kingsbury, individually, as surviving
sibling of Paul Skrzypek

Nicole Brathwaite-Dingle, as the Personal
Representative of the Estate of Jeffrey
Dingle, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Jeffrey Dingle

253

Nicole Brathwaite-Dingle, individually, as surviving spouse of Jeffrey Dingle

Jassiem Dingle, individually, as surviving child of Jeffrey Dingle

Nia Dingle, individually, as surviving child of Jeffrey Dingle

John Doe 126, being intended to designate the Personal Representative of the Estate of Thomas E. Jurgens, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas E. Jurgens

John Doe 127 being intended to designate the Personal Representative of the Estate of Dennis J. Gomes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis J. Gomes

John Doe 128 being intended to designate the Personal Representative of the Estate of Michael S. Lamana, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to

254

serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael S. Lamana

John Doe 129 being intended to designate the Personal Representative of the Estate of John G. Scharf, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of John G. Scharf

Ariel Martinez, individually, as surviving child of Betsy Martinez

Carlos G. Albert, individually, as surviving sibling of Ayleen J. Santiago

John Doe 130 being intended to designate the Personal Representative of the Estate of Rosemarie Carlson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie C. Carlson

John Doe 131 being intended to designate the Personal Representative of the Estate of Ayleen Santiago, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of

255

competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago

Stefanie Oliva, as the Personal Representative of the Estate of Alex Ciccone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alex F. Ciccone

Stefanie Oliva, individually, as surviving spouse of Alex F. Ciccone

John G. Duffy as the Personal Representative of the Estate of Christopher Duffy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Duffy

John G. Duffy, individually, as surviving parent of Christopher Duffy

Kathleen Langan, individually, as surviving parent of Christopher Duffy

Kevin Duffy, individually, as surviving sibling of Christopher Duffy

Dennis Ketcham as the Personal Representative of the Estate of Douglas Ketcham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas D. Ketcham

Dennis Ketcham, individually, as surviving parent of Douglas D. Ketcham

Dennis Ketcham, as Personal

Representative of the Estate of Raenell
Ketcham deceased, the late parent of
Douglas D. Ketcham

Denyse D. Kruse, individually, as
surviving sibling of Douglas D. Ketcham

Michael R. Kuo, individually, as surviving
child of Frederick Kuo, Jr.

Dean Taylor, individually, as surviving
sibling of Kip P. Taylor

John Luke Taylor, individually, as
surviving child of Kip P. Taylor

Dean Ross Taylor, individually, as
surviving child of Kip P. Taylor

Kay Ann Taylor, individually, as surviving
parent of Kip P. Taylor

Ann Marie Taylor individually, as
surviving sibling of Kip P. Taylor

Vera Schleeter as the Personal
Representative of the Estate of Kip P.
Taylor, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Kip P.
Taylor

Vera Schleeter as Personal Representative
of the Estate of Nancy Taylor deceased, the
late spouse of Kip P. Taylor

John Doe 132 being intended to designate
the Personal Representative of the Estate of
Myrna T. Maldonado-Agosto, deceased,
said name being fictitious, her/his true
name is not presently known, confirmed,
and/or has not been duly appointed by a
court of competent jurisdiction (or having
been so appointed, his or her appointment
has expired, and/or he or she has ceased to
serve, and his or her successor has not yet

257

been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Myrna T. Maldonado-Agosto

John Doe 134 being intended to designate
the Personal Representative of the Estate of
Frederick Kuo, Jr. , deceased, said name
being fictitious, her/his true name is not
presently known, confirmed, and/or has not
been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Frederick Kuo, Jr.

John Doe 135 being intended to designate
the Personal Representative of the Estate of
William Howard Pohlmann, deceased, said
name being fictitious, her/his true name is
not presently known, confirmed, and/or has
not been duly appointed by a court of
competent jurisdiction (or having been so
appointed, his or her appointment has
expired, and/or he or she has ceased to
serve, and his or her successor has not yet
been appointed) and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
William Howard Pohlmann

Valada B. Penny as the Personal
Representative of the Estate of Richard
Penny, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Richard Penny

Valada B. Penny, individually, as surviving
spouse of Richard Penny

Richard Penny, individually, as surviving

258

child of Richard Penny

Eve Bucca as the Personal Representative
of the Estate of Ronald P. Bucca, deceased,
and on behalf of all survivors and all
legally entitled beneficiaries and family
members of  Ronald P. Bucca

Eve Bucca, individually, as surviving
spouse of Ronald P. Bucca

Ronald Bucca, individually, as surviving
child of Ronald P. Bucca

Thomas Kelleher as the Personal
Representative of the Estate of Stephen
Roach , deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Stephen Roach

Caitlin Duffy Meloy, individually, as
surviving sibling of Christopher Duffy

Angelina Jimenez as the Personal
Representative of the Estate of Elena
Ledesma, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of Elena
Ledesma

Angelina Jimenez, individually, as
surviving child of Elena Ledesma

Shanhellen Jimenez, individually, as
surviving child of Elena Ledesma

Elizabeth Rick as the Personal
Representative of the Estate of Scott Bart,
deceased, and on behalf of all survivors and
all legally entitled beneficiaries and family
members of  Scott Bart

Elizabeth Rick, individually, as surviving
spouse of Scott Bart

259

Jessica Bucca-Hughes, individually, as
surviving child of Ronald P. Bucca

Alfred R. Bucca, individually, as surviving
sibling of Ronald P. Bucca

Robert Bucca, individually, as surviving
sibling of Ronald P. Bucca

Astrid Bucca, individually, as surviving
sibling of Ronald P. Bucca

Astrid Bucca as Personal Representative of
the Estate of Joseph Bucca deceased, the
late parent of Ronald P. Bucca

Brian Duffy, individually, as surviving
sibling of Christopher Duffy

Kara Mylod, individually, as surviving
sibling of Christopher Duffy

Adriana Fiori, individually, as surviving
child of Paul Fiori

Debbi Fiori, individually, as surviving
child of Paul Fiori

Cynthia M. Gomes, individually, as
surviving spouse of Dennis James Gomes

Mackenzie Gomes, individually, as
surviving child of Dennis James Gomes

Isabel Roach, individually, as surviving
spouse of Stephen Roach

Mackenzie Roach, individually, as
surviving child of Stephen Roach

Eileen Roach, individually, as surviving
child of Stephen Roach

Stephen Roach, Jr., individually, as
surviving child of Stephen Roach

Kimberly Trudel as the Personal
Representative of the Estate of Frederick
Rimmele III, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Frederick Rimmele III

Kimberly Trudel, individually, as surviving
spouse of Frederick Rimmele III
Amy Mulderry as the Personal
Representative of the Estate of Stephen
Mulderry, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Stephen Mulderry

Anne M. Mulderry, individually, as
surviving parent of Stephen Mulderry

Darra Mulderry, individually, as surviving
sibling of Stephen Mulderry

Daniel Mulderry, individually, as surviving
sibling of Stephen Mulderry

Andrew Mulderry, individually, as
surviving sibling of Stephen Mulderry

Peter Mulderry, individually, as surviving
sibling of Stephen Mulderry

Amy Mulderry, individually, as surviving
sibling of Stephen Mulderry

Amy Mulderry as Personal Representative
of the Estate of William Mulderry
deceased, the late parent of Stephen
Mulderry

Anne C. Mulderry, individually, as
surviving sibling of Stephen Mulderry

William J. Mulderry, individually, as
surviving sibling of Stephen Mulderry

Anthony J. Alvarado, individually, as
surviving child of Anthony Alvarado

Jeannette Ramos, as the Personal
Representative of the Estate of Anthony
Alvarado, deceased, and on behalf of all
survivors and all legally entitled
beneficiaries and family members of
Anthony Alvarado

John Does 1-100,

        Plaintiffs,

          v.

THE REPUBLIC OF IRAQ

IRAQI INTELLIGENCE AGENCY a/k/a/
THE MUKHABARAT a/k/a/ THE
FEDAYEEN a/k/a/ AL-'QARE a/k/a/
"UNIT 999" a/k/a/ "M-8 SPECIAL
OPERATIONS"

SADDAM HUSSEIN

HUSHAM HUSSEIN

THE ESTATE OF QUSAY HUSSEIN

THE ESTATE OF UDAY HUSSEIN

ABDEL HUSSEIN a/k/a/ "THE GHOST"

AHMED KAHLIL IBRAHIM SAMIR
AL-ANI

FARUQ AL-HIJAZI

HABIB FARIS ABDULLAH AL-
MAMOURI

TAHA YASSIN RAMADAN a/k/a
TAHYA YASSIN RAMADAN

MUHAMMED MADHI SALAH a/k/a
MUHHAMED MAHDI SALAH

SALAH SULEIMAN

HAQI ISMAIL a/k/a HAQUI ISMAIL

TAHA AL ALWANI a/k/a DR. TAHA
JABIT AL'ALWANI

ABU AGAB

ABU WAIEL a/k/a  ABU AW'EL A/K/A
SADOUN ABUDL LATIF

ABU SAYYAF

HAMSIRAJI SALI a/k/a ESTATE OF
HAMSIRAGI SALI

AL QAEDA ISLAMIC AGENCY a/k/a
AL QAEDA a/k/a AL QAEDA ISLAMIC
ARMY a/k/a AL QAEDA ISLAMIC
ARMY FOR THE LIBERATION OF THE
HOLY PLACES a/k/a ISLAMIC ARMY
FOR THE LIBERATION OF THE HOLY
PLACES

OSAMA BIN LADEN  a/k/a USAMA BIN
LADEN

SAAD BIN LADEN

AYMAN ZAWAHIRI a/k/a AYMAN
AL-ZAWAHIRI

ABU HAFS THE MARITANIAN

SAIF AL-ADIL a/k/a SAIF AL-ADEL
a/k/a MUHAMAD IBRAHIM MUKKAWI
a/k/a IBRAHIM AL-MADANI a/k/a SEIF
AL ADEL a/k/a SAYF AL-ADL

ISLAMIC REPUBLIC OF IRAN

HEZBOLLAH a/k/a HIZBALLAH

IMAD MUGHNIYEH

HEZBOLLAH SECRETARY  GENERAL
HASSAN NASRALLAH

IRANIAN SUPREME LEADER
AYATOLLAH ALI HOSEINI-
KHAMENEI. a/k/a AYATOLLAH ALI
KHAMENEI

USBAT AL-ANSAR

IRANIAN MINISTRY OF
INTELLIGENCE AND SECURITY
(MOIS)

IRANIAN MINISTER OF
INTELLIGENCE AND SECURITY ALI
FALLAHIAN

IRANIAN REVOLUTIONARY GUARD
CORPS (IRGC)

IRANIAN REVOLUTIONARY GUARD
CORPS – QODS FORCE a/k/a QODS
DIVISION a/k/a JERUSALEM FORCE

IRANIAN REVOLUNTIONARY
GUARD CORPS DEPUTY
COMMANDER BRIG GENERAL
MOHAMMAD BAQER ZOLQADR

AHMAD VAHEDI

HOSSEIN MOSLEH

MORTEZA REZA'I

SALAH HAJIR

ADIB SHA'BAN a/k/a ADEEB
SHABAAN

ABU MUSAB ZARQAWI  a/k/a ABU
MUSAB AL-ZARQAWI

EGYPTIAN ISLAMIC JIHAD

AL-GAMMAAH AL ISLAMIAH a/k/a
AL GAMA'A AL-ISLAMIYYA

ABU ZUBAYDH

KHALID SHEIKH MOHAMMED a//k/a
KHALED SHAIKH MOHAMMED

ABU ABDUL RAHMAN

ABDUL RAHMAN YASIN

SCHREIBER & ZINDEL
Treuhand-Anstalt
Kirchstrasse 39
FL-9490 Vaduz, Liechtenstein

DR. FRANK ZINDEL
Sonnblickstrasse 7
9490 Vaduz, Liechtenstein

ENGELBERT SCHREIBER
Schreiber & Zindel
Treuhand-Anstalt
Kirkstrasse 39
9490 Vaduz, Liechtenstein

ENGELBERT SCHREIBER, JR.
Schreiber & Zindel
Treuhand-Anstalt
Kirkstrasse 39
9490 Vaduz, Liechtenstein

MARTIN WACHTER
Asat Trust Reg.
Altenbach 8, Vaduz 9490
Liechtenstein

ERWIN WACHTER
Asat Trust Reg.
Altenbach 8, Vaduz 9490
Liechtenstein

SERCOR TREUHAND ANSTALT
Kirkstrasse 39
9490 Vaduz, Liechtenstein

ALBERT FRIEDRICH ARMAND

265

HUBER, a/k/a AHMED HUBER  a/k/a
ALBERT HUBER a/k/a ARMAND
ALBERT FRIEDRIC  a/k/a ARMAND
HUBER a/k/a/ AHMAD HUBER-EL
BIALI
c/o Nada Management Organization
Viale Stefano Franscini 22,
Lugano CH-6900 TI
Switzerland

ALI GHALEB HIMMAT
Via Posero 2, Campione d'Italia CH-6911,
Switzerland

AL TAQWA BANK a/k/a BANK AL
TAQWA, a/k/a BANK AL TAQWA
LIMITED a/k/a BANK OF TAQWA
LIMITED,
c/o Arthur D. Hanna & Company
10 Deveaux Street
P.O. Box N-4877
Nassau, Bahamas

AL TAQWA TRADE, PROPERTY AND
INDUSTRY, LTD. a/k/a AL TAQWA
TRADE, PROPERTY AND INDUSTRY
COMPANY LIMITED, a/k/a AL TAQWA
TRADE, PROPERTY AND INDUSTRY
ESTABLISHMENT a/k/a HIMMAT
ESTABLISHMENT a/k/a HOCHBURG
a/k/a WALDENBURG a/k/a AL TAQWA
TRADE, PROPERTY AND INDUSTRY
LIMITED
 c/o Asat Trust Reg.,
Altenbach 8
Baduz 9490
Liechtenstein

AKIDA BANK PRIVATE LIMITED

AKIDA INVESTMENT CO. LTD

NADA MANAGEMENT
ORGANIZATION, S.A.
Viale Stefano Franscini 22,
Lugano CH-6900 TI

Switzerland

YOUSSEF M. NADA a/k/a YOUSSEFF
MUSTAFA NADA a/k/a YOUSSEF
NADA
Via Arogno 32
Campione d'Italia 6911 Switzerland

YOUSSEF M. NADA & CO.
GESELLSCHAFT, M.B.H.
c/o Youssef M. Nada
Via Riasc 4
Campione d'Italia 6911 Switzerland

NADA INTERNATIONAL ANSTALT

YOUSSEF M. NADA & CO.

NASCO BUSINESS RESIDENCE

CENTERSAS DI NASREDDIN AHMED
IDRIS EC

NASCO NASREDDIN HOLDING A.S.

NASCOSERVICE S.R. L.

NASCOTEX S.A.

BARZAN E-TIKRITI a/k/a/ BARZAN
IBRAHIM HASAN a/k/a BARZAN
IBRAHIM HASAN AL-TIKRITI

METALOR a/k/a LA GROUPE
METALOR a/k/a LA GROUE METALOR
TECHNOLOGIES a/k/a METALOR
GROUP A/K/A METALOR
TECHNOLOGIES SA
B.P. 29
Rue des Aquées
28190 Courville sur Eure
France

BANCA DEL GOTTARDO a/k/a BANCA
DEL'GOTTARDO
Viale S. Franscini 8

CH-6901 Lugano
Switzerland

NASREDDIN COMPANY NASCO SAS
DI AHMED IDRIS NASREDDIN EC

NASREDDIN FOUNDATION

NASREDDIN GROUP
INTERNATIONAL HOLDING LIMITED

NASREDDIN INTERNATIONAL
GROUP LIMITED HOLDING

AHMAD I. NASREDDIN a/k/a  HADJ
AHMED NASREDDIN a/k/a AHMED
IDRISS NASREDDIN *AND*
NASREDDIN GROUP
INTERNATIONAL LIMITED
HOLDINGS a/k/a NASREDDIN
INTERNATIONAL GROUP HOLDINGS
LIMITED *a/k/a* NASREDDIN
INTERNATIONAL GROUP LTD.
c/o Rechta Treuhand-Anstalt
Kirkstrasse 39
9490 Vaduz, Liechtenstein

ASAT TRUST REG.
Altenbach 8, Vaduz 9490
Liechtenstein

TERRORIST HIJACKERS:

The Estate of ABDULAZIZ AL OMARI

The Estate of WAIL AL SHEHRI

The Estate of WALEED M. AL SHEHRI

The Estate of SATAM M.A. AL SUQAMI

The Estate of MOHAMMED ATTA

The Estate of FAYEZ AHMED a/k/a/
BANIHAMMAD FAYEZ

268

The Estate of AHMED AL-GHAMDI

The Estate of HAMZA AL-GHAMDI

The Estate of MARWAN AL-SHEHHI

The Estate of MOHALD AL-SHEHRI

The Estate of KHALID AL-MIDHAR

The Estate of NAWAF AL-HAZMI

The Estate of SALEM AL-HAZMI

The Estate of HANI HANJOUR

The Estate of MAJED MOQUED a/k/a
MAJED MOQED

The Estate of SAEED AL GHAMDI

The Estate of AHMED IBRAHIM A. AL
HAZNAWI

The Estate of AHMED AL NAMI

The Estate of ZIAD SAMIR JARRAH

ZACARIAS MOUSSAUI a/k/a
ZACARIAS MOUSSAOUI

ESTATE OF MUHAMMAD ATEF a/k/a
MUHAMMAD ATEF a/k/a
MUHAMMAD ATIF a/k/a ESTATE OF
MUHAMMAD ATIF

THE TALIBAN

MUHHAMAD OMAR a/k/a MUHAMAD
OMAR a/k/a MUHAMMAD OMAR

MUSLIM BROTHERHOOD:

SYRIAN BRANCH

EGYPTIAN BRANCH

JORDANIAN BRANCH

KUWAITI BRANCH

IRAQI BRANCH

*AND*,

JOHN DOES 1-67,

       Defendants.

_____

## [PROPOSED] SECOND AMENDED FIRST CONSOLIDATED COMPLAINT CONTAINING MORE DEFINITE STATEMENTS, RICO STATEMENTS AND ADDITIONAL ALLEGATIONS FILED PURSUANT TO CMO 2, PARAGRAPH 13[1]

## INTRODUCTION

1.     On September 11, 2001, Islamic terrorists perpetrated an attack on the United States that was unprecedented in history.  On that day, over 3,000 Americans were killed in simultaneous attacks on the World Trade Center in New York City and the Pentagon in Arlington, Virginia.   The attacks were not isolated incidents, but rather a coordinated effort by Islamic Terrorist Organizations.  The attacks of September 11, 2001 had been planned for years by an extensive network of Islamic militants with the support, aid and assistance of banks, governments, and individuals.  Plaintiffs are the Estate and immediate family of John Patrick O'Neill Sr., former head of the Federal Bureau of Investigation's (F.B.I.) counterterrorism division and former Special Agent in Charge of the National Security Division of the New York Office of the FBI, and the world's

270

foremost expert on Islamic terrorism and Osama Bin Laden's terror network. John Patrick O'Neill, Sr. was killed in the attacks on the World Trade Center. Plaintiffs also include the Additional Plaintiffs listed in Appendix 1 (solely as to the Taliban).[2]

2.     John Patrick O'Neill, Sr. became Chief of Security for the World Trade Center less than two weeks prior to the September 11th attacks. On the morning of September 11, 2001, John Patrick O'Neill Sr. was in his office on the 34th Floor in the South Tower, Tower 2, at the time the first plane hit the North Tower, Tower 1. He immediately left his office and headed to the lobby of the North Tower to determine what had happened, and to assess the damage.  A command post was set up in the lobby of the North Tower from where he was able to direct the rescue efforts of the first responders. When the second plane hit the South Tower, he returned there to coordinate the rescue efforts in that building, and was killed when that building collapsed.

3.     On the morning of September 11, 2001,  Mohammed Atta, Abdul Alomari, Wail al-Shehri, Waleed al-Shehri, and Satam al-Suqami hijacked American Airlines flight 11, bound from Boston to Los Angeles, and crashed it into the North Tower (Tower One) of the World Trade Center in New York.

---

[1] This pleading shall not be construed to add any additional allegations as to any dismissed defendants.

[2] Additional Plaintiffs listed in Appendix 1 seek to be added to this case as parties solely as to the Taliban. Additional Plaintiffs do not seek to be added as parties against the Islamic Republic of Iran ("Iran") as Additional Plaintiffs already have 23 cases pending, and in most cases, judgments, against Iran. Additional Plaintiffs do not seek to be added as plaintiffs against any other defendant in this case other than the Taliban at this time. By filing this Amended Consolidated Complaint, Additional Plaintiffs expressly do not waive their right to participate in any class action, including the class action cases in this MDL, *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, 04 CV 01923; *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, 04 CV 01922; and *C. I. O'Neill, et al. v. Republic of the Sudan, et al.*, 18-CV-12114. To the contrary, Additional Plaintiffs expressly preserve that right.

4.     On the morning of September 11, 2001, Marwan al-Sheehhi, Fayez Ahmed a/k/a/ Bamihammad Fayez, Ahmed al-Ghamdi, Hazma al- Ghamdi, and Molahd al-Shehri hijacked United Airlines Flight 175, bound from Boston to Los Angeles, and crashed it into the South Tower (Tower Two) of the World Trade Center in New York.

5.     On the morning of September 11, 2001, Khalid al-Midhar, Nawalf al-Hazmi, Salem al-Hazmi, Hani Hanjour, and Majed Moqued a/k/a Majed Moqed hijacked American Airlines Flight 77, bound from Dulles Airport in Sterling, Virginia, to Los Angeles, California and crashed it into the Pentagon in  Arlington, Virginia.

6.     On September 11, 2001, Zihad Jarrah, Ahmed Al-Haznawi, Saeed Al-Ghamdi, and Ahmed al-Nami hijacked United Airlines Flight 93, bound from Newark, New Jersey to San Francisco, California with the intention of crashing that plane into either the United States Capitol building or the White House.  In a heroic act of defiance and courage, the passengers of Flight 93 overtook the hijackers, and the plane crashed in Shanksville, Pennsylvania prior to reaching its target in Washington, D.C.

7.     All nineteen (19) hijackers were members of Osama Bin Laden's Al Qaeda network.  All received sponsorship, funding and training through the Al Qaeda network.

8.     Plaintiffs move for judgment against Defendants, jointly and severally.  In support of their Complaint, Plaintiffs allege as follows:

## <u>JURISDICTION, VENUE AND CHOICE OF LAW</u>

9.     This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1330(a), 1331, and 1332(a)(2).  Venue is proper in this District Court pursuant to 28 U.S.C. §1391(f)(4).

10.     Actions for wrongful death, personal injury, and related torts perpetrated by foreign state sponsors of terrorism through their officials, employees, and agents – within the meaning of  28 U.S.C. §1605(a)(7) – are unique causes of actions arising out of federal counter-terrorism statutes and are controlled by federal law.[3]

11.     By its actions and the actions of its agencies and instrumentalities, Defendant the Republic of Iraq and its agencies and instrumentalities forfeited their right to claim immunity under the Foreign Sovereign Immunities Act 28 U.S.C. §§ 1605(a)(2), 1605(a)(5) and 1605(a)(7).  Pursuant to 28 U.S.C. §1605(a)(7) and Pub L. 104-208, Div. A., Title I, §101(c), 110 Stat. 3008-172 (reprinted at 28 U.S.C. § 1605 note (West Supp.)), all defendants who are officials, employees, or agents of the foreign state defendants are individually liable to Plaintiffs for damages caused by their acts which resulted in the death  of John Patrick O'Neill, Sr.

12.     By its actions and the actions of its agencies and instrumentalities, Defendant the Republic of Iran and its agencies and instrumentalities forfeited their right to claim immunity under the Foreign Sovereign Immunities Act 28 U.S.C. §§ 1605(a)(2), 1605(a)(5) and 1605(a)(7).  Pursuant to 28 U.S.C. §1605(a)(7) and Pub L. 104-208, Div. A., Title I, §101(c), 110 Stat. 3008-172 (reprinted at 28 U.S.C. § 1605 note (West Supp.)), all defendants who are officials, employees, or agents of the foreign state defendants are individually liable to Plaintiffs for damages caused by their acts which resulted in the death of John Patrick O'Neill, Sr.

13.     Defendant the Republic of Iraq by its actions and the actions of its agencies and instrumentalities described herein, conducted commercial activity that had a

---

[3] The MDL Court previously permitted Plaintiffs to amend their complaint solely as to Iran to allow them to pursue claims under 28 U.S.C. § 1605A. ECF No. 3018.

273

direct effect on the United States, and they are not immune pursuant to the Foreign

Sovereign Immunities Act 28 U.S.C. §1605(a)(2).

14.     Defendant the Republic of Iran by its actions and the actions of its

agencies and instrumentalities described herein, conducted commercial activity that had a

direct effect on the United States, and they are not immune pursuant to the Foreign

Sovereign Immunities Act 28 U.S.C. §1605(a)(2).

15.     Defendant the Republic of Iraq and its agencies and instrumentalities

described herein, are subject to liability for said acts resulting in personal injury and

death in the United States caused by the tortious act or omission of the foreign state and

its officials and employees while acting within the scope of their office or employment

and thus have forfeited their right to claim immunity pursuant to 28 U.S.C. §1605(a)(5).

16.     Defendant the Republic of Iran and its agencies and instrumentalities

described herein, are subject to liability for said acts resulting in personal injury and

death in the United States caused by the tortious act or omission of the foreign state and

its officials and employees while acting within the scope of their office or employment

and thus have forfeited their right to claim immunity pursuant to 28 U.S.C. §1605(a)(5).

17.     Defendant the Republic of Iraq is a foreign state and was designated a

state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of

1979 (50 U.S.C. App. § 2405(j)) and section 602(A) of the Foreign Assistance Act of

1961 (22 U.S.C. §2371) – from the passage of the Act in 1979 until 1982, and from 1990

until May 7, 2003,[4]  and was so designated at the time the acts complained of herein

---

[4] On April 16, 2003, Congress enacted the Emergency Wartime Supplemental Appropriations Act § 1503 Public Law 108-11, 115 Stat. 579.  On May 7, 2003, the President exercised the authority granted to him by Congress in the Act, and, in effect made seized Iraqi assets unavailable for satisfying judgments in suits against the Republic of Iraq.

docs-100490870.3

occurred.  Iraq provided material support and resources to the Al Qaeda terrorist organization.  Iraq funded, directed, and trained Al Qaeda terrorists and is therefore a sponsor of Al Qaeda within the meaning of 28 U.S.C. §§1605(a)(7) and 1605 note.

18.   Defendant the Republic of Iran is a foreign state and was designated a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. § 2405(j)) and section 602(A) of the Foreign Assistance Act of 1961 (22 U.S.C. §2371) –, and was so designated at the time the acts complained of herein occurred.  Iran provided material support and resources to the Al Qaeda terrorist organization.  Iran funded, directed, and trained Al Qaeda terrorists and is therefore a sponsor of Al Qaeda within the meaning of 28 U.S.C. §§1605(a)(7) and 1605 note.

19.   Defendant the Republic of Iraq was designated a state sponsor of terrorism at the time the acts complained of herein occurred, and is therefore subject to liability for said acts and for provision of material support for said acts resulting in injury and death in the United States as a result of torture, extrajudicial killings and aircraft sabotage, and has forfeited its right to claim immunity pursuant to the 1996 Anti Terrorism Effective Death Penalty Act codified as 28 U.S.C. §1605(a)(7).

20.   Defendant the Republic of Iran was designated a state sponsor of terrorism at the time the acts complained of herein occurred, and is therefore subject to liability for said acts and for provision of material support for said acts resulting in injury and death in the United States as a result of torture, extrajudicial killings and aircraft sabotage, and has forfeited its right to claim immunity pursuant to the 1996 Anti Terrorism Effective Death Penalty Act codified as 28 U.S.C. §1605(a)(7).

21.     The actions of Defendants as described herein subjected the Plaintiffs' decedent John Patrick O'Neill, Sr., to torture and extrajudicial killing within the meaning of the Torture Victim Protection Act, Pub.L. 102-256, 106 Stat. 73 (reprinted at 28 U.S.C.A. §1350 note (West 1993)).

22.     In carrying out these terrorist acts that resulted in the injury and extrajudicial killing of John Patrick O'Neill, Sr., the actions of each Defendant were conducted under actual or apparent authority, or under color of law.

23.     As set forth above and below, Defendants, jointly and severally, aided, abetted, sponsored, materially supported, and conspired to proximately cause the death and injury of John Patrick O'Neill, Sr., through and by reason of acts of international terrorism.  These terrorist activities constitute violations of the law of nations otherwise referred to as contemporary international law, including those international legal norms prohibiting torture, genocide, air piracy, terrorism, and mass murder as repeatedly affirmed by the United Nations Security Council.

24.     As a result of Defendants' sponsorship of terrorism in violation of the law of nations and contemporary principles of international law, the Plaintiffs suffered injury and damages as set forth herein.  Violations of the law of nations and of international agreements include but are not limited to:

a.     The Universal Declaration of Human Rights, Dec 10, 1956 G.A. Res. 217(A)(III), U.N. Doc A/810, at 71 (1948);

b.     The International Covenant of Political and Civil Rights, art. 6 (right to life), U.N. Doc. A/6316, 999 U.N.T.S. (1992);

276

c.      The Convention on the Prevention and Punishment of Crimes
against Internationally Protected Persons, Including Diplomatic Agents,
28 U.S.T. 1975, T.I.A.S. No. 8532 (1977), implemented in 18 U.S.C. §
112;

d.      The General Assembly Resolutions on Measures to Prevent
International Terrorism, G.A. Res. 40/61 (1985) and G.A. Res. 42/158
(1987); and,

e.      The Convention on the High Seas, arts. 14-22 (piracy) 13 U.S.T.
2312, T.I.A.S. No. 5200 (1962).

## THE PARTIES

25.      Plaintiff John Patrick O'Neill, Jr. is a United States citizen and domiciliary
of the State of Maryland.  He is the son of John Patrick O'Neill, Sr. who was killed in
the September 11, 2001 terrorist attack on the World Trade Center.

26.      Plaintiff Christine Irene O'Neill is a United States citizen and a
domiciliary of the State of New Jersey.  She is the widow of John Patrick O'Neill Sr.,
who was killed in the September 11, 2001 terrorist attack on the World Trade Center.

27.      Plaintiff Carol O'Neill is a United States citizen and a domiciliary of the
state of New Jersey.  She is the daughter of John Patrick O'Neill, Sr. who was killed in
the September 11, 2001 terrorist attack on the World Trade Center.

28.      Plaintiff Dorothy A. O'Neill is a United States citizen and a domiciliary of
the State of New Jersey.  She is the mother of John Patrick O'Neill Sr., who was killed in
the September 11, 2001 terrorist attack on the World Trade Center.

277

29.     Plaintiffs' decedent John Patrick O'Neill, Sr. was a United States citizen and domiciliary of the State of New Jersey.  He was killed in the September 11, 2001 attacks on the World Trade Center.

30.     Plaintiff the Estate of John Patrick O'Neill, Sr. is the legal entity created to recover damages on behalf of John Patrick O'Neill, Sr., deceased, and his heirs-at-law arising from the September 11, 2001 terrorist attack on the World Trade Center. Plaintiffs John Patrick O'Neill, Jr. and Christine Irene O'Neill are Co-Executors of the Estate of John Patrick O'Neill Sr., deceased.

**ADDITIONAL PLAINTIFFS AGAINST THE TALIBAN**

31.     As indicated at Appendix 1, each listed Additional Plaintiff is either (i) the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (iii) the estate representative of a surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; or (iv) someone who suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks ((i) and (iv) collectively, "9/11 Victim").[5]

32.     The name, relationship to the injured and/or deceased September 11 victim, residency, and the general nature of the claim for each Additional Plaintiff is listed on the attached Appendix 1, and is incorporated herein as allegations.

---

[5] Additional Plaintiffs include the Estate of John F. O'Neill, the late father of John P. O'Neill, Sr. The Estate of John F. O'Neill was already added to this case as to Iran (and against other parties in other cases in this MDL) through procedures previously authorized by the Court. *See*, e.g., ECF No. 5225.

33.     Defendant, the Republic of Iraq (hereinafter "Iraq") [6]  is a foreign sovereign state located in the Middle East and shares borders with Saudi Arabia, Jordan, Syria, Turkey, Iran and Kuwait on September 11, 2001. The United States did not have formal diplomatic relations with the former government of Iraq, which maintained an office in New York, the Permanent Representative of Iraq to the United Nations, 14 East 59th Street, New York, NY, 10021.  This court should take judicial notice that Defendant The Republic of Iraq has been found to be liable as a foreign state supporting international terrorism under 28 U.S.C. § 1605(a)(7) to victims of state sponsored terrorism for the acts and actions of Defendant Al Qaeda in cases before this court, namely *Daliberti v. Republic of Iraq*, 97 F. Supp. 2d 38 (D DC 2000). Defendant the Republic of Iraq is *collaterally estopped* in this action from denying that it is liable for the acts and actions of Defendant Al Qaeda.

34.     Defendant, the Iraqi Intelligence Agency, also known as ("a/k/a") Mukhabarat, a/k/a the Fedayeen, a/k/a Al-Qare, a/k/a "Unit 999," a/k/a "M-8 Special Operations," was the intelligence and operational entity in charge of conducting clandestine operations for the Iraqi government and was an agency, instrumentality, and/or organ of the Iraqi government.

35.     Defendant, the Islamic Republic of Iran (hereinafter "Iran")  is a foreign sovereign state located in the Middle East and shares borders with Armenia, Azerbaijan, Turkmenistan, Afghanistan, Pakistan, Iraq and Turkey.  The United States has not had formal diplomatic relations with Iran since April 7, 1980.  Iran maintains an office in New York, the Permanent Representative of Iran to the United Nations, 14 East 59th

---

[6]  In April 2003, U.S. Armed forces overthrew the regime of Saddam Hussein.  Any successor government of Iraq remains liable for the state-sponsored acts of terrorism of its predecessor

Street, New York, NY, 10021.  Iran maintains an Interest Section in the Embassy of Pakistan, located at 2209 Wisconsin Avenue, NW, Washington, DC 20007.

36.    The Government of Iran, along with its associated terrorist group, Hezbollah a/k/a Hizballah, forged an alliance with Osama bin Laden a/k/a Usama bin Laden and Al Qaeda for the purpose of working together against their perceived common enemies in the West, particularly the United States.

37.    Defendant Hezbollah's involvement in the terrorist attacks on September 11, 2001 has been alleged by both American and Israeli military intelligence to have been based on the methodology of Hezbollah's previous terrorist activity.

38.    Defendants Saddam Hussein, the Estate of  Qusay Hussein, the Estate of Uday Hussein, Husham Hussein, Tahya Yassin Ramadan a/k/a Taha Yassin Ramadan, Muhammed Madhi Salah a/k/a Muhhamed Mahdi Salah, Faruq Al-Hijazi, Salah Suleiman, Ahmed Khalil Ibrahim Samir al-Ani, Habib Faris Adullah al-Mamouri, Abdel Hussein, a/k/a "The Ghost," Haqi Ismail a/k/a Haqui Ismail, Taha Al Alwani a/k/a Dr. Taha Jabir al'Alwani, Abu Agab, and Abu Waiel a/k/a Abu Aw'el a/k/a Sadoun Abdul Latif are natural persons, subjects and citizens of Iraq and leaders, officials, agents/or employees of Iraq and/or its Intelligence Agency, or are the personal representatives of their estates, who participated in the acts and conspiracy described below while acting in the course and scope of their employment.

39.    Defendants Abu Hafs the Maritanian, Saif al-Adil a/k/a Saif al-Adel a/k/a Muhamad Ibrahim Mukkawi a/k/a Ibrahim al-Madani a/k/a Seif Al Adel a/k/a Sayf al-Adl, Imad Mughniyeh, Hezbollah Secretary General  Hassan Nasrallah, Iranian Supreme Leader Ayatollah Ali Hoseini-Khamenei a/k/a Ayatollah Ali Khamenei, Usbat al-Ansar,

government.

Ahmad Vahedi, Hossein Mosleh, Morteza Reza'i, Salah Hajir, Iranian Minister of Intelligence and Security Ali Fallahian, Iranian Revolutionary Guard Corps Deputy Commander Brig General Mohammad Baqer Zolqadr, and Adib Sha'ban a/k/a Adeeb Shabaan are natural persons, subjects and citizens of Iran and leaders, officials, agents/or employees of Iran and/or its Intelligence Agency, who participated in the acts and conspiracy described below while acting in the course and scope of their employment.

40.     Defendants the Iranian Ministry of Intelligence and Security (MOIS), Iranian Revolutionary Guard Corps, Iranian Revolutionary Guard Corps – Qods Division a/ka Qods Force a/k/a Jerusalem Force, Iranian Minister of Intelligence and Security Ali Fallahian , Iranian Revoluntionary Guard Corps Deputy Commander Brig General Mohammad Baqer Zolqadr, Akida Bank Private Limited, Akida Investment Co. Ltd, Nasco Business Residence, CenterSAS DI Nasreddin Ahmed Idris EC, Nasco Nasreddin Holding A.S., Nascoservice S.R. L., Nascotex S.A., Nasreddin Company Nasco SAS DI Ahmed Idris Nasreddin EC,  Nasreddin Foundation, Nasreddin Group International Holding Limited, Nasreddin International Group Limited Holding, The Al Qaeda Islamic Agency a/ka Al Qaeda a/k/a Al Qaedi Islamic Army a/k/a Al Qaeda Islamic Army for the Liberation of the Holy Places a/k/a Islamic Army for the Liberation of Holy Places, Egyptian Islamic Jihad, Abu Sayyaf, Hamsiraji Sali a/k/a Estate of Hamsiraji Sali, Abu Musab Zarqawi a/k/a Abu Musab al-Zarqawi, Abu Zubaydh, Khalid Sheikh Mohammed a/k/a Khaled Shaikh Mohammed, Abu Abdul Rahman,  Schreiber & Zindel, Dr. Frank Zindel, Engelbert  Schreiber, Engelbert Schreiber, Jr., Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, Abdul Rahman Yasin, Ahmad I. Nasreddin a/k/a Hadj Ahmed Nasreddin a.k.a Ahmed Idriss Nasreddin and Nasreddin Group International Limited

Holdings a/k/a Nasreddin International Group Holdings Limited a/k/a Nasreddin International Group, Ltd., Al Taqwa Bank a/k/a , a/k/a Bank Al Taqwa, a/k/a Bank Al Taqwa Limited a/k/a Bank of Taqwa Limited, Al Taqwa Trade, Property, and Industry, Ltd. a/k/a  Al Taqwa Trade, Property and Industry Company Limited, a/k/a Al Taqwa Trade. Property and Industry Establishment, a/k/a Himmat Establishment a/k/a Hochburg a/k/a Waldenburg a/k/a Al Taqwa Property and Industry Limited, Al-Gammah Al Islamiah , a/k/a Al Gama'a al-Islamiyya , Ayman al-Zawahiri, Albert Freidrich Armand Huber a/k/a/ Armand Huber, a/k/a Ahmed Huber  a/k/a Albert Huber a/k/a Armand Albert Friedric a/k/a Armand Huber, Ali Ghaleb Himmat, Asat Trust Reg., Nada Management Organization, S.A., Yousef M. Nada a/k/a Yousseff Mustafa Nada a/k/a Youssef Nada,Yousef M. Nada & Co, Gesellschaft, M.B.H, Youssef M. Nada & Co., Nada International Anstalt, Barzan e-Tikriti a/k/a Barzan Ibrahim Hasan a/k/a Barzan Ibrahim Hasan Al-Tikriti, Metalor a/k/a La Groupe Metalor a/k/a  La Groupe Metalor Technologies a/k/a  Metalor Group a/k/a Metalor Technologies, SA,, Banca del Gottardo a/k/a Banca del'Gottardo,  Saad Bin Laden, The Terrorist Hijackers, Estate of Abdulaziz al Omari, Estate of Wail al Shehri, Estate of Waleed M. Al Shehri, Estate of Satam M.A. al Suqami, Estate of Mohammed Atta, Estate of Fayez Ahmed a/k/a Banihammad Fayez, Estate of Ahmed al-Ghamdi, Estate of Hamza al-Ghamdi, Estate of Marwan al-Shehhi, Estate of Mohald al-Shehri, Estate of Khalid al-Midhar, Estate of Nawaf al-Hazmi, Estate of Salem al-Hazmi, Estate of Hani Hanjour, Estate of Majed Moqued a/k/a Majed Moqed, Estate of Saeed al Ghamdi, Estate of Ahmed Ibrahim A. al Haznawi, Estate of Ahmed al Nami, Ziad Samir Jarrah, Zacarias Moussaui a/k/a Zacarias Moussaoui, Estate of Muhammad Atef a/k/a Muhammad Atef a/k/a Muhammad Atif a/k/a Estate of

Muhammad Atif, The Taliban, Muhammad Omar a/k/a Muhamad Omar a/k/a Muhhamad

Omar, Muslim Brotherhood – Syrian Branch, Muslim Brotherhood – Egyptian Branch,

Muslim Brotherhood – Jordanian Branch, Muslim Brotherhood – Kuwaiti Branch,

Muslim Brotherhood – Iraqi Branch, and John Does 1-67  are natural persons(or the

personal representatives of their estates), organizations, banks, and charities located all

over the world who conspired with Osama Bin Laden, Al Qaeda, Iraq and the Taliban to

raise, launder, transfer, distribute, and hide funds for Bin Laden and Al Qaeda in order to

support and finance their terrorist activities including, but not limited to, the September

11th attacks.  Some of the businesses, banks and charities operate legitimately but also

maintain a secret dual role as Al Qaeda front organizations and actively support its

terrorist activities.  Some of those organizations are purely a sham front for Al Qaeda.

41.     Defendant Imad Mughniyeh, a Palestinian who operates directly on behalf

of Iranian intelligence, is regarded as the mastermind of Hezbollah kidnappings, suicide

bombings and violent airplane hiackings.

42.     Defendant Dr. Ayman al Zawahiri is leader of the Egyptian Islamic Jihad

and Bin Laden's second in command.  American and Israeli intelligence have named both

him and defendant Imad Mughinyeh, as one of the masterminds behind the September

11, 2001 attacks.

43.     Defendants Saddam Hussein, the Estate of  Qusay Hussein, the Estate of

Uday Hussein, Husham Hussein, Tahya Yassin Ramadan, Muhammed Madhi Salah,

Faruq Al-Hijazi, Salah Suleiman, Ahmed Khalil Ibrahim Samir al-Ani, Habib Faris

Adullah al-Mamouri, Abdel Hussein, a/k/a "The Ghost," Osama Bin Laden, Saad Bin

Laden, Haqui Ismail, Taha Al Alwani, Abu Agab, and Abu Waiel, Osama Bin Laden,

The Al Qaeda Islamic Agency, Egyptian Islamic Jihad, Abu Sayyaf, Hamsiraji Sali, Abu

Musab Zarqawi, Abu Zubaydh, Khalid Sheikh Mohammed, Abu Abdul Rahman, Al

Jazeera, Mohammed Jasmin al-Ali, Schreiber & Zindel, Dr. Frank Zindel, Engelbert

Schreiber, Engelbert Schreiber, Jr., Martin Wachter, Erwin Wachter, Sercor Treuhand

Anstalt, Abdul Rahman Yasin, Ahmad I. Nasreddin, Al Taqwa Bank, Al Taqwa Trade,

Property, and Industry, Ltd., Al-Gammah Al Islamiah, Ayman al-Zawahiri, Albert

Freidrich Armand Huber a/k/a/ "Armand Huber," Ali Ghaleb Himmat, Asat Trust Reg.,

Nada Management Organization, S.A., Yousef M. Nada, Yousef M. Nada & Co,

Gesellschaft, M.B.H, Youssef M. Nada & Co., Nada International Anstalt, Barzan e-

Tikriti, Metalor, Banca del Gottardo, Abdulaziz al Omari, Wail al Shehri, Waleed M. Al

Shehri, Satam M.A. al Suqami, Mohammed Atta, Fayez Ahmed a/k/a Banihammad

Fayez, Ahmed al-Ghamdi, Hamza al-Ghamdi, Marwan al-Shehhi, Mohald al-Shehri,

Khalid al-Midhar, Nawaf al-Hazmi, Salem al-Hazmi, Hani Hanjour, Majed Moqued,

Saeed al Ghamdi, Ahmed Ibrahim A. al Haznawi, Ahmed al Nami, Ziad Samir Jarrah,

Zaracias Moussaui, Muhammad Atef, The Taliban, Muhammad Omar, Muslim

Brotherhood – Syrian Branch, Muslim Brotherhood – Egyptian Branch, Muslim

Brotherhood – Jordanian Branch, Muslim Brotherhood – Kuwaiti Branch, Muslim

Brotherhood – Iraqi Branch, Iranian Ministry of Intelligence and Security, Iranian

Revolutionary Guard Corps, Iranian Revolutionary Guard Corps – Qods Division, Akida

Bank Private Limited, Akida Investment Co. Ltd, Nasco Business Residence, CenterSAS

DI Nasreddin Ahmed Idris EC, Nasco Nasreddin Holding A.S., Nascoservice S.R. L.,

Nascotex S.A., Nasreddin Company Nasco SAS DI Ahmed Idris Nasreddin EC,

Nasreddin Foundation, Nasreddin Group International Holding Limited, Nasreddin

International Group Limited Holding, Abu Hafs the Maritanian, Saif al-Adil. Imad

Mughniyeh, Hezbollah Secretary General  Hassan Nasrallah, Iranian Supreme Leader

Ayatollah Ali Khamenei, Usbat al-Ansar, Ahmad Vahedi, Hossein Mosleh, Morteza

Reza'i, Salah Hajir and Adib Sha'ban a/k/a Adeeb Shabaan, Hezbollah a/k/a Hizballah,

Iranian Minister of Intelligence and Security Ali Fallahian, Iranian Revoluntionary Guard

Corps Deputy Commander Brig General Mohamma Baqer Zolqadr, and John Does 1-67

are natural persons(or the personal representatives of their estates), subjects and citizens

of Iraq and leaders, officials, agents/or employees of Iraq and/or its Intelligence Agency

or other agents or instrumentalities of Iraq and/or are natural persons, subjects and

citizens of Iran and leaders, officials, agents/or employees of Iran and/or its Intelligence

Agency or other agents or instrumentalities of Iran and/or are natural persons (or the

personal representatives of their estates), organizations, banks, and charities located all

over the world, who participated in the acts and conspiracy described below, in their

individual capacities and while acting in the course and scope of their employment.

and/or who conspired with Osama Bin Laden, Al Qaeda, Hezbollah, Iran, and the Taliban

to raise, launder, transfer, distribute, and hide funds for Bin Laden and Al Qaeda in order

to support and finance their terrorist activities including, but not limited to, the September

11th attacks.  Some of the businesses, banks and charities operate legitimately but also

maintain a secret dual role as front organizations for Hezbollah and Al Qaeda and

actively support its terrorist activities.  Some of those organizations are purely a sham

front for Hezbollah and Al Qaeda.

      44.     In a similar fashion, some of the individual Defendants operate apparently

legitimate businesses, while maintaining a secret dual role as Hezbollah and Al Qaeda

operatives, and others are full-fledged members of Hezbollah and Al Qaeda who operate openly.

45.     Defendants Al Taqwa and Nada Management Organization are banks who had their origin in the late 1980's, during which time the leaders of the Muslim Brotherhood formed financial management firms and banks called "Al Taqwa" ("Fear of God"), that were dedicated to the overthrow of Western nations, and the creation of a worldwide Islamic government.  Headquartered in Lugano, Switzerland, with branches in Italy, Algeria, Liechtenstein, Malta, Panama and the Bahamas, they consist of the Al Taqwa Bank, Al Taqwa Management Organization SA, Al Taqwa Trade, Property and Industry, Ltd.  and The Asat Trust.

46.     Upon information and belief, the Al Taqwa Defendants have financed and laundered money for Arab and Islamic political and militant groups including the Algerian Armed Islamic Group (GIA) and the Egyptian Gala'a al-Islamiya, Islamic terrorist groups with links to Bin Laden and his Al Qaeda organization.  Additionally, international investigations indicate that Al-Taqwa facilitated the movement of Bin Laden's money around the world in the late 1990's, a task made easier because its complex structure was designed to prevent scrutiny of its operations.

47.     The Al Taqwa Defendants were founded by Defendant Yousef M. Nada, and its other principals are Defendants Ali G. Himmat, Ahmed Huber and Mohamed Mansour.  Defendants Huber and Mansour are senior members of the Muslim Brotherhood.

48.     Defendant Al Taqwa Bank is part of Defendant Al Taqwa Trade, Property and Industry Company which is located in Vaduz, Liechtenstein.  This entity is also

known as Himmat Establishment, run by a partner of Nada who, like Nada, is a member of the Egyptian Islamic Brotherhood.  Although Egyptian-born, Mr. Nada is a naturalized citizen of Italy.  Mr. Nada also is a member of Jamaa al-Islamiya, which is directly allied to Al Qaeda through Dr. Ayman al Zawahiri, second in command to Osama Bin Laden.

49.     Shortly after dual U.S. Embassy bombings in Kenya and Tanzania by Al Qaeda in 1998, U.S. intelligence agencies tracked telephone contact between Al Taqwa, members of Bin Laden's inner circle, and Albert "Ahmed" Huber, a convert to Islam in the 1960's who has publicly expressed support for Al Qaeda.  Huber has acknowledged that Ahmad I. Nasreddin, a/k/a Hadj Ahmed Nasreddin, a/k/a Ahmed Idriss Nasreddin, is, in fact, an Al Taqwa founding member and bank shareholder who was very active in financing and operating the Islamic Cultural Institute of Milan, which follows the violent teachings of convicted terrorist Omar Abdul Rahman.  The Institute was frequently visited by known Al Qaeda terrorists.  Upon information and belief, the Institute is known in Western intelligence communities as one of the main Al Qaeda stations in Europe and was used to move weapons, men, and money around the world. After September 11, 2001, Al Taqwa changed its name to the Nada Management Organization SA in an attempt to avoid scrutiny.  Al Taqwa and the Nada group, as well as their four principals – Nada, Himmat, Huber, and Mansour, have had their assets frozen and are believed by the U.S. Department of Justice to be co-conspirators of Al Qaeda.

50.     Defendant Schreiber & Zindel of Vaduz, Liechtenstein, is a legal entity involved in money laundering activities on behalf of Al Qaeda and Al Taqwa Bank, according to documents from the Government of Liechtenstein.  Upon information and

belief, revenues from the sale of Iraqi oil under the United Nation's food-for-oil program were laundered to help finance Al Qaeda.  Laundering activity, undertaken with the knowledge of Iraqi officials including Defendant the late Uday Hussein, the eldest son of Saddam Hussein, was undertaken through many of the same middlemen in Switzerland, Liechtenstein, and Italy that administered funds on behalf of sanctioned Al Taqwa bank and other fiduciaries associated with the Muslim Brotherhood.

51.     Defendant Asat Trust Reg. of Baduz, Liechtenstein, is another money laundering organization whose assets were frozen after the events of September 11, 2001. Defendant Yousef M. Nada founded and operated Asat Trust Reg. Defendants Martin Wachter and Erwin Wachter of the Defendant firm Sercor Treuhand Anstalt based in Liechtenstein, represented Asat Trust Reg.

52.     Upon information and belief, Defendants Martin Wachter, Erwin Wachter, and Schreiber and Zindel engaged in money laundering on behalf of Al Taqwa and Al Qaeda.  Their assets have not been frozen by the United States after the events of September 11, 2001.

53.     Defendant Barzan e-Tikriti is Defendant Saddam Hussein's half-brother and the former finance chief for Saddam Hussein's private financial empire.  For twenty years, e-Tikriti ran Hussein's network from Lugano, Switzerland while simultaneously acting as Iraq's chief delegate to the United Nations' local Swiss headquarters.  Upon information and belief, Defendant e-Tikriti laundered money through the Swiss bank Defendant Banca del Gottardo and through the holding company, Mediterranean Enterprises Development Projects (MEDP), moving approximately five billion dollars annually from Switzerland to offshore companies in Liechtenstein, Panama and the

Bahamas, and eventually transferred some of those funds to the Al Qaeda network.   In addition, e-Tikriti used a Swiss metallurgy firm, Defendant Metalor, to store and transform gold into gold bars, which were then sold for currency.  Upon information and belief, Defendant Hussein's financial network was utilized to support Al Qaeda and the terrorism network.

54.     Following its defeat in the 1991 Gulf War, Iraq's approach to dealing with the United States was to resort to terrorism.  To achieve its goals, Iraq associated with various terrorist groups.   One was the Iranian opposition group Mujahideen-e-Khalq (MEK), that had ties to Ramzi Yousef, who had entered New York in 1992 using an Iraqi passport, and was later convicted in the 1993 World Trade Center bombing.  The MEK reportedly also assisted Osama Bin Laden.  The MEK reportedly assisted Osama Bin Laden's escape to Eastern Iran after the attacks of September 11, 2001.  Eastern Iran is controlled by a Sunni Muslim enclave that was under heavy Iraqi influence.

55.     Ramzi Yousef also gave Iraq a channel to Defendant Khalid Sheikh Mohammed who is a high level Al Qaeda operative and Yousef's uncle.  Defendant Mohammed is regarded to be the mastermind of the 1993 World Trade Center bombing and the September 11th attacks as well.  Iraq maintained a direct link to Al Qaeda and Khalid Sheikh Mohammed through Ramzi Yousef.

56.     A direct link between Iran and the joint activities of Hezbollah and Al Qaeda is the Al-Taqwa bank of Switzerland and Liechtenstein.  The link primarily is through Ahmad Huber-El Biali (aka Ahmed Huber).  Huber is a principal shareholder of Al-Taqwa bank which was sanctioned by the U.S. government for helping to finance Al Qaeda.    Since 1983, Huber has repeatedly visited Iran.  In 1988, Huber first met

Youssef Nada in Iran.  Nada, an Egyptian belongs to the Muslim Brotherhood.  Like Nada, Huber embraced the Muslim Brotherhood.  At a conference in Iran in 1988, Nada asked Huber to participate in the founding of al-Taqwa. Al-Taqwa bank has been a funding source for activities involving Hamas, which has received direct funding from Iran.  Hamas, an outgrowth of Palestinian Muslim Brotherhood founder Abdullah Azzam, is closely associated with Hezbollah.  Azzam, along with Osama bin Laden, were cofounders of the Maktab al-Khidamir (MAK), a precursor to Al Qaeda.  Iran is known to have appointed Hezbollah's terrorist chief, Imad Mughniyeh as coordinator of Iran's activities with the Hamas and the Palestinian Islamic Jihad in Lebanon.

57.   Defendant Asat Trust Reg. of Baduz, Liechtenstein, is another money laundering organization whose assets were frozen after the events of September 11, 2001. Defendant Yousef M. Nada founded and operated Asat Trust Reg.

58.   Defendant Abu Musab Zarqawi is a senior Al Qaeda member who escaped through Iran to Iraq following the U.S. attack on Afghanistan.  While in Iraq, Zarqawi received medical attention in Baghdad where he remained to recuperate for several months.  During the months Zarqawi remained in Iraq, he was protected and shielded from U.S. government efforts to arrest him by the Iraqi regime.

59.   Defendant Zarqawi was also a leader of the Ansar al-Islam which operated in Northern Iraq to assist the Iraqi regime in going after Kurdish dissidents.  Defendant Abu Waiel was a senior Iraq Intelligence agent who, along with Defendant Zarqawi, operated the Ansar al-Islam camp.

60.   Defendant The Muslim Brotherhood numbers some 70 branches around the world.   Defendant Egyptian Islamic Jihad is part of the Egyptian branch of the

Muslim Brotherhood, to which most of the September 11th hijackers belonged. Defendant Mohammad Atta belonged to three professional engineering associations controlled by the Muslim Brotherhood.   Defendants Mohammad Zammar and Mouman Darkazanli were two Al Qaeda operatives who belonged to the Syrian Branch of the Muslim Brotherhood, and who directed the Al Qaeda cell in Hamburg, Germany.   Both Zammar and Darkazanli were closely associated with Atta.   Zammar was Atta's mentor and is credited with recruiting Atta into Al Qaeda.   Defendant Khalid Mohammed is known to have met with Defendant Atta in Hamburg, Germany.

61.   The relationship of the Syrian Muslim Brotherhood members with Osama Bin Laden and later Al Qaeda goes back more than 20 years.   Over the years, Osama Bin Laden and his brother Mahrous have provided financial assistance to the Syrian Muslim Brotherhood.

62.   The Syrian Muslim Brotherhood was established to undermine the regime of the late Syrian President Hafez al-Assad.   During the 1980's Iraq worked with the Syrian Muslim Brotherhood, a group with intellectual leanings similar to Al Qaeda, against the regime of Syria's President Assad. The Baath party, secular in nature, was the ruling party of both Syria's President Assad and Iraqi President Saddam Hussein. Despite the Muslim Brotherhood's antipathy toward Baath secularism, Iraqi support for the Syrian Muslim Brotherhood continued until the end of the Saddam Hussein's regime in April 2003.   As such, Iraqi support of the Hamburg cell comprising the September 11th hijackers flowed to their Syrian Muslim Brotherhood backers, all of whom belonged to Al Qaeda.   Defendants Faroq Hijazi and Ma'Amouri, members of the Iraqi Intelligence Agency, frequently met with Defendant Atta in Hamburg. In effect, Mohammed Atta,

through his close connections to Iraqi intelligence and his activities as a conduit of information and funding, became an agent of the Iraqi Intelligence Agency.

63.     Defendant Abu Sayyaf was founded more than a decade ago with help from Jamal Mohammad Khalifa, a brother-in-law of Al Qaeda leader Osama Bin Laden.

64.     Defendants John Does 1-67 are other officials, employees, and/or agents of the Republic of Iraq or of the Islamic Republic of Iran, or others, whose identities are presently unknown, who performed acts that resulted in acts of terrorism, including the actions relating to the attacks on the World Trade Center on September 11, 2001 which caused the extrajudicial killing of Plaintiffs' decedent John Patrick O'Neill, Sr. Defendants John Does 1-67 acted as agents, performed acts within the scope of their office, employment and/or agency, within the meaning of 28 U.S.C. § 1605 note, which caused the extrajudicial killings described below.

## COMMON FACTUAL ALLEGATIONS RELEVANT TO ALL OF THE COUNTS OF THE COMPLAINT.

65.     The horrific events of September 11th were the result of a world-wide terror conspiracy against the United States involving Defendants Saddam Hussein, the Estate of Qusay Hussein, the Estate of Uday Hussein, Husham Hussein, Tahya Yassin Ramadan, Muhammed Madhi Salah, Faruq Al-Hijazi, Salah Suleiman, Ahmed Khalil Ibrahim Samir al-Ani, Habib Faris Adullah al-Mamouri, Abdel Hussein, a/k/a "The Ghost," Osama Bin Laden, Saad Bin Laden, Haqui Ismail, Taha Al Alwani, Abu Agab, and Abu Waiel, Osama Bin Laden, The Al Qaeda Islamic Agency, Egyptian Islamic Jihad, Abu Sayyaf, Hamsiraji Sali, Abu Musab Zarqawi, Abu Zubaydh, Khalid Sheikh Mohammed, Abu Abdul Rahman, Al Jazeera, Mohammed Jasmin al-Ali, Schreiber &

Zindel, Dr. Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr., Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, Abdul Rahman Yasin, Ahmad I. Nasreddin, Al Taqwa Bank, Al Taqwa Trade, Property, and Industry, Ltd., Al-Gammah Al Islamiah, Ayman al-Zawahiri, Albert Freidrich Armand Huber a/k/a/ "Armand Huber," Ali Ghaleb Himmat, Asat Trust Reg., Nada Management Organization, S.A., Yousef M. Nada, Yousef M. Nada & Co, Gesellschaft, M.B.H, Barzan e-Tikriti, Metalor, Banca del Gottardo, Abdulaziz al Omari, Wail al Shehri, Waleed M. Al Shehri, Satam M.A. al Suqami, Mohammed Atta, Fayez Ahmed a/k/a Banihammad Fayez, Ahmed al-Ghamdi, Hamza al-Ghamdi, Marwan al-Shehhi, Mohald al-Shehri, Khalid al-Midhar, Nawaf al-Hazmi, Salem al-Hazmi, Hani Hanjour, Majed Moqued, Saeed al Ghamdi, Ahmed Ibrahim A. al Haznawi, Ahmed al Nami, Ziad Samir Jarrah, Zaracias Moussaui, Muhammad Atef, The Taliban, Muhammad Omar, Muslim Brotherhood – Syrian Branch, Muslim Brotherhood – Egyptian Branch, Muslim Brotherhood – Jordanian Branch, Muslim Brotherhood – Kuwaiti Branch, Muslim Brotherhood – Iraqi Branch, Iranian Ministry of Intelligence and Security, Iranian Revolutionary Guard Corps, Iranian Revolutionary Guard Corps – Qods Division, Akida Bank Private Limited, Akida Investment Co. Ltd, Nasco Business Residence, CenterSAS DI Nasreddin Ahmed Idris EC, Nasco Nasreddin Holding A.S., Nascoservice S.R. L., Nascotex S.A., Nasreddin Company Nasco SAS DI Ahmed Idris Nasreddin EC,  Nasreddin Foundation, Nasreddin Group International Holding Limited, Nasreddin International Group Limited Holding, Abu Hafs the Maritanian, Saif al-Adil. Imad Mughniyeh, Hezbollah Secretary General Hassan Nasrallah, Iranian Supreme Leader Ayatollah Ali Khamenei, Usbat al-Ansar, Ahmad Vahedi, Hossein Mosleh, Morteza Reza'i, Salah Hajir and Adib Sha'ban (A/K/A

Adeeb Shabaan),   and John Does 1-67, who have conspired for many years to attack the United States and murder United States' citizens.  Defendants supported, conspired, aided and abetted, sponsored, planned and executed the September 11th terror attacks that killed thousands of people and injured many thousands more.

66.     Iraq has sworn revenge against the United States since 1992 for Iraq's humiliating defeat in the Persian Gulf War.  Since Iraq could not defeat the U.S. Military, it resorted to terror attacks on U.S. citizens.  In order to avoid another confrontation with U.S. military forces, Iraq contracted with or sponsored Islamic fundamentalists who were willing to commit terrorist attacks on Iraq's behalf.  Indeed, in 1993, Iraqi agents tried to destroy the World Trade Center by planting a bomb in the World Trade Center parking garage.

67.     For many years, Al Qaeda wanted to drive the United States from the Arabian Peninsula, topple Middle Eastern governments supported by the United States, including Egypt and Israel, and create an Islamic empire based upon its narrow interpretation of the Koran.  Over the years, Al Qaeda has grown, as it absorbed or became allied with other like-minded Islamic terrorist groups, including the Egyptian Islamic Jihad.

68.     Over the past 10 years, Iraq's leadership, Iran's Leadership and Al Qaeda shared a virulent hatred of the United States.

69.     As early as 1992, Al Qaeda terrorists established close working relations with Iraqi Intelligence agents in Iraq, the Sudan, Afghanistan, and elsewhere.  Soon thereafter, Iraqi Intelligence decided to support Al Qaeda and to employ Al Qaeda terrorists willing to carry out Iraq's terror attacks.  The Iraq-Al Qaeda relationship

benefited Iraq because it provided that state with trained terrorists willing to die in terror attacks.  As a secular state, Iraq does not have a large number of citizens wishing to become martyr warriors.  In addition, by using Al Qaeda suicide terrorists, Iraq could disavow involvement in attacks and avoid retribution.  The relationship benefited Al Qaeda who received support, funding, facilities, and training that it needed to carry out its terror campaigns.

70.     During the mid-1990's Iraq began actively supporting Al Qaeda operations by providing intelligence, training, weapons, supplies, passports, travel documents, and financial support to co-conspirators,  Significantly, one of Iraq's training camps contained the fuselage of a Boeing 707 used to train Al Qaeda terrorists in hijacking a commercial aircraft.  The training camp was established at Salman  Pak by members of the Iraqi intelligence service (Mukhabarat), who had contact with some of the September 11th hijackers.  The terrorist training camp adjoins a facility at Salman Pak used for chemical weapons development.  Al Qaeda members who were at Salman Pak may have also received training in chemical weapons.

71.     Al Qaeda, backed by Iraq, Iran and others, carried out the September 11th terror attacks with the financial and logistical support of numerous individuals and organizations.  These individuals and organizations provided Al Qaeda with the means to recruit, train, and employ thousands of terrorists, including the twenty assigned to the heinous mission to murder United States citizens and destroy U.S. landmarks on September 11, 2001.

72.     This lawsuit seeks to strip the assets of Iraq, Iran, Hezbollah, Al Qaeda, Bin Laden, and those individuals and organizations who participated in or supported the

September 11ᵗʰ terror attacks and to recover compensatory and punitive damages for the Plaintiffs. By doing so, Plaintiffs hope to obtain a measure of justice and to deter future acts of terrorism.

### The Birth of Al Qaeda

73.     Starting in 1989, an international terrorist group emerged dedicated to opposing non-islamic governments with brutal force and terrifying violence. This organization grew out of the "mekhtab al khidernat" (the "Azzam Service Center") organization which maintained offices in Peshawar, Pakistan, and received funds from Islamic charities, wealthy Saudi families, mosques, legitimate businesses and criminal enterprises, among others.

74.     Under the leadership of Defendants Bin Laden, Muhammad Atef, a/k/a "Abu Hafs al Masry," Sheikh Tasyir Abdullah, Abu Fatima, Abu Khadija, together with "Abu Ubaidah al Banshiri" (Deceased in 1996), Ayman al Zawahiri and others, the Azzam Service Center expanded, created terrorist cells in various parts of the world, including Afghanistan, Pakistan, and the United States, financed and supported other terrorist groups dedicated to committing acts of violence, murder, destruction and mayhem. From approximately 1989 until the present, this terrorist group called itself "Al Qaeda" ("the Base").

75.     At all relevant times, Al Qaeda was led by Bin Laden. Members of Al Qaeda pledged an oath of allegiance (called a "bayat") to Bin Laden and Al Qaeda, committing them to become martyrs in their depraved cause.

76.     Al Qaeda actively and vehemently opposed the United States for several reasons. First, it regarded the United States as a "kafir" or "infidel" nation governed in a

manner inconsistent with the group's interpretation of Islam.  Second, it believed the United States was providing essential support for other "infidel" nations and organizations, particularly the government of Egypt, Israel, and the United Nations, which Al Qaeda regarded as enemies.  Third, Al Qaeda opposed the involvement of the United States armed forces in the Gulf War in 1991 and its presence in Muslim-dominated countries afterwards as illustrated by Operation Restore Hope in Somalia in 1992 and 1993.  Al Qaeda viewed these as pretextual preparations for an American occupation of Islamic Countries.  In particular, Al Qaeda opposed the continued presence of American Military forces in Saudi Arabia and elsewhere on the Saudi Arabian peninsula following the Gulf War.  Fourth, Al Qaeda opposed the United States Government because of the arrest, conviction, and imprisonment of Al Qaeda members or other terrorists, with whom it worked, including the Islamic Group's Sheik Omar Abdel Rahman who was convicted of conspiring to bomb bridges and tunnels in New York City.  Fifth, Al Qaeda believed United Nation sanctions against Iraq were orchestrated by the United States out of eagerness to destroy Iraq.

77.     One of the Al Qaeda's principal goals was to use violence to drive the United States armed forces out of Saudi Arabia and Somalia.  Members of Al Qaeda issued fatwas (rulings on Islamic law) stating that attacks on the United States were both proper and necessary.

78.     At least as early as 1991, Bin Laden and Al Qaeda began working closely with Defendant Ayman al Zawahiri, a/k/a "Abdel Muaz," a/k/a Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a/ "Abu Mohammed," a/k/a "Dr. Mohammed Nur Al-Deen" whose Egyptian Islamic Jihad terrorist group shared Bin

Laden and Al Qaeda's goals.  Bin Laden had met Zawahiri in Peshawar, Pakistan, in 1987 during the Afghan-Soviet war.

79.     From in or about 1987, until in or about December 1997, Ayman al Zawahiri led  the Egyptian Islamic Jihad, a group dedicated to the forceful overthrow of the Egyptian Government and committing violence against the United States, in part, for what Zawahiri believed to be the United States support of the Egyptian Government. Members of the Egyptian Islamic Jihad pledged allegiance to al Zawahiri.  Many of the leading members of the Egyptian Islamic Jihad ultimately became influential members of Al Qaeda, including Ayman al Zawahiri and Muhammad Atef.  By February 1998, the Egyptian Islamic Jihad led by Al Zawahiri had effectively merged with Al Qaeda and had joined with Al Qaeda in targeting United States citizens.  In turn, Al Qaeda and the Egyptian Islamic Jihad in February 1998 founded an umbrella terrorist organization called the "International Islamic Front for the Jihad Against Jews and Crusaders."   In May 1998, Bin Laden declared a fatwa in the name of the "International Islamic Front for the Jihad against Jews and Crusaders,"   to "kill the Americans and their allies – civilians and military."

80.     Al Qaeda had a command and control structure which included a "majalis al shura" (consultation council) of 10 members that discussed and approved major undertakings, including terrorist operations.  Bin Laden, Muhammad Atef, a/k/a "Abu Hafs," Ayman al Zawahiri, Saif al Adel, Mamdouh Mahmud Salim a/k/a/ "Abu Hajer" a/k/a Abu Hajer al Iraqi and Abdullah Ahmed Abdullah, a/k/a "Abu Mohammed el Masry," a/k/a "Saleh," among others, sat on the majalis al shura (or consultation council)

of Al Qaeda.  Its affiliate, the Egyptian Islamic Jihad, had a Founding Council, on which Ibrahim Eidarous sat.

81.    Al Qaeda also maintained a "military committee" which considered and approved "military" matters.  Defendant Muhammad Atef sat on the military committee and was one of Bin Laden's two principal military commanders, together with "Abu Ubaidah al Banshiri," until his death in May 1996.  Muhammad Atef had the principal responsibility for supervising the training of Al Qaeda members.  Saif al Adel also served on the military committee reporting to Muhammed Atef.  He took over the military committee after Atef's death.

82.    Al Qaeda functioned both on its own and as a conduit for other terrorist organizations in other parts of the World that shared its ideology, such as the Egyptian Islamic Jihad, Ahmed Refai Taha, a/k/a "Abu Yasser al Masri," and a member of jihad terrorist groups in other countries, including the Sudan, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan,  Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, Indonesia, the Philippines, Tajikistan, Azerbaijan, the Kashmiri region of India and the Chechnyan region of Russia.  Al Qaeda camps were used to train terrorists to fight in Islamic causes, such as supporting Pakistan in its dispute with India over the province of Kashmir.  Al Qaeda maintained terrorist cells and personnel in a number of countries to facilitate its activities, including Kenya, Germany, Tanzania, the United Kingdom, Canada, and the United States.

83.    Bin Laden and Al Qaeda also forged alliances with the National Islamic Front in the Sudan and with representatives of the government of Iran, and its associated

terrorist group Hezbollah, for the purpose of working together against their perceived common enemies in the West, particularly the United States.

84.     At various times from as early as 1989, Bin Laden, and others known and unknown, ran terrorist training "camps and guesthouses" in various areas, including Afghanistan, Iraq, Iran, Pakistan, the Sudan, Somalia, Kenya, Malaysia, Philippines, and Germany for the use of Al Qaeda and its affiliated groups.  Mamdouh Mahmud Salim a/k/a Abu Hajer al Iraqi managed some of these training camps and guesthouses in Afghanistan and Pakistan.

85.     Since 1991, Bin Laden, Al Qaeda, and many of their co-defendants unlawfully, willfully and knowingly combined, conspired, confederated, and agreed to murder and injure United States citizens throughout the world, including in the United States, and to conceal their activities and methods by, among other things, establishing front companies, providing false identity and travel documents, financing terrorist operations, engaging in coded correspondence, providing false information to the authorities in various countries, and seeking to detect and kill informants.

## Iraqi Terrorism

86.     Since the early 1990s, Iraq and Iraqi Intelligence have used both Iraqi agents and independent "contractors" to commit terrorist acts against the United States in revenge for Iraq's Gulf War defeat.  Al Qaeda was Iraq's favorite partner in terror.

87.     Upon information and belief, there have been numerous meetings between Iraqi Intelligence agents and high-ranking Al Qaeda terrorists to plan terror attacks.  One such meeting occurred in 1992, when Defendant Zawahiri (Egyptian Islamic Jihad leader and Al Qaeda officer) met with Iraqi Intelligence agents in Baghdad, Iraq over several

days.  An Iraqi serving with the Taliban who fled Afghanistan in the fall of 2001, was

captured in Kurdistan and has corroborated this meeting and confirmed that Iraqi contacts

with Al Qaeda began in 1992.  In fact, Abu Iman al-Maliki, who spied on the Kurds as an

Iraqi intelligence officer for 20 years, said that the 1992 meeting not only included Iraqi

intelligence officers, but also Defendant Dr. al-Zawahiri, top lieutenant of Bin Laden,

who was known to have met with Saddam Hussein.

### The 1993 World Trade Center Bombing

88.     On February 26, 1993, a bomb was detonated in the World Trade Center

underground parking lot, killing six (6) U.S. citizens and injuring close to one thousand

(1,000).  Iraqi sponsored terrorists planned, financed, executed and carried out that World

Trade Center bombing.

89.     The 1993 World Trade Center bombing took place on the Friday before

the two year anniversary of Iraq's defeat in Kuwait, which was February 28, 1991.  The

anniversary in 1993 was a Sunday, and few people would have been working at the

World Trade Center that day; and Iraq and the terrorists wanted to maximize the number

of American casualties.

90.     During the initial planning of the World Trade Center bombing, Mahmud

Abu Halima (who was later convicted for his role in the bombing), was in regular and

frequent contact with his uncle, Kadri Abu Bakr, who lived in Iraq and had been a

member of a PLO faction allied with Saddam Hussein.  Shortly after these calls, the

mastermind of the bombing, Ramzi Ahmed Yousef, on information and belief, an Iraqi

Intelligence agent and/or asset and/or associate,  traveled to the United States using travel

documents forged in Kuwait during the Iraqi occupation of that country in 1991.

91.     Ramzi Yousef arrived in New York on September 1, 1992 using an Iraqi passport and requesting asylum.  On December 31, 1992, he presented photocopies of passports for Abdul Basit at the Pakistani consulate in New York, claiming to be Basit and requesting replacement of his "lost" passport.  The real Basit was a Pakistani citizen who had moved to Kuwait and disappeared during the Iraqi occupation in August 1990.  Iraqi Intelligence had access to the Kuwaiti Interior Ministry files and upon information and belief, inserted Yousef's fingerprints into the file and provided him with photocopies of two older passports from Basit's file.  The Pakistani Consulate, accordingly, provided Yousef a temporary passport, based on the false documents.  This provided Yousef with a means to escape the U.S. two days after the World Trade Center bombing.  In fleeing the United States after the bombing, Yousef first traveled through Baluchistan, an uncontrolled region of Iran straddling the border of Iran and Pakistan with strong ties to Iraq.  By the following year, 1994, Yousef was living in the Philippines.  He fled from there, however, after authorities discovered a plan he was working on to bomb United States' airliners.  Yousef fled to Pakistan and was eventually sheltered at an Al Qaeda guesthouse.  He was arrested in February 1995 in Pakistan and transported to the U.S. for prosecution and was eventually convicted in the 1993 World Trade Center bombing conspiracy.

92.     Abdul Rahaman Yasin, who was born in the United States to Iraqi parents but had been raised in Iraq, was questioned in New York and New Jersey in connection with the World Trade Center bombing, but was released after appearing to cooperate with U.S. officials.  He fled the country the next day and traveled to Baghdad, Iraq.  U.S. prosecutors later learned that he, along with others, had prior training in bomb making,

and had mixed the chemicals and constructed the bomb that was used on the World Trade Center. Iraqi intelligence knew of Yasin's presence in Iraq and provided him with refuge. On August 4, 1993, Yasin was indicted in absentia for the World Trade Center bombing.

93.     In June 1994, Yasin was seen in Baghdad by an ABC news correspondent who was told that Yasin worked for the Iraqi government. U.S. law enforcement officials confirmed that fugitive Yasin worked for the Iraqi government. U.S. law enforcement officials confirmed that fugitive Yasin has been sheltered in Iraq, a continuing violation of United Nations Security Council Resolution 687, which makes it unlawful to harbor a suspected terrorist. In June 2002, Yasin was interviewed in Baghdad by Leslie Stahl from CBS. Upon information and belief, Yasin still remains in Iraq.

94.     Ramzi Ahmed Yousef, Mohammed Salameh, Nidal Ayyad, Mahmud Abu Halima and Ahmad Mohammed Ajaj were all eventually convicted in the Southern District of New York for the 1993 conspiracy to bomb the World Trade Center.

95.     Following his arrest in 1995, Ramzi Yousef told U.S. investigators that his intent was to create an explosion that would cause one of the World Trade Center Towers to fall over onto the other, destroying both and causing massive American casualties. Yousef had also planned to use sodium cyanide to create a toxic cyanide gas cloud throughout the area that would poison those in the building. Fortunately, the sodium cyanide was consumed in the blast and vaporized. Before the Gulf War, Iraq had the largest and most diversified terrorist chemical weapons program in stockpiles of sodium cyanide, and had experience in the late 1980's using chemical weapons against its Kurdish population. Upon information and belief, it was Iraq that supplied Yousef with

the sodium cyanide and/or trained him in the use and/or manufacture of chemical weapons.

96.    Upon information and belief, Al Qaeda terrorists met and conspired in November, 1995, with Iraqi Intelligence and the Iranian Hezbollah to bomb the Khobar towers complex located in Dhahran, Saudi Arabia.  Their plan called for the detonation of a truck bomb outside an apartment complex that was used as a barracks for United States servicemen.  The resultant attack on Khobar Towers of June 25, 1996, took the lives of 19 U.S. Servicemen.  Fearing further attacks by Bin Laden and Al Qaeda, some Saudi government officials and businessmen agreed to provide financial support to Al Qaeda and began funneling millions of dollars to charities that would then forward the money to Al Qaeda.  Some of these charities were Madras schools that preached a form of Islam that is intolerant of non-Muslims and provided new recruits for terrorism.

## Bin Laden's Return to Afghanistan

97.    In 1996, Bin Laden was asked to leave the Sudan by Sudanese officials pressured by the United States to crack down on terrorism.  Bin Laden returned to Afghanistan after the Taliban seized control of most of that country.  The number of Al Qaeda members and terrorist training camps in Afghanistan grew rapidly following Bin Laden's return.  Al Qaeda actively supported the Taliban and violently suppressed all opposition to the Taliban.  Bin Laden and Omar developed a very close relationship.

98.    From 1996 until 2001, Bin Laden with the financial and logistical support of  Omar and others in the Taliban and Iraq and Iraqi Intelligence, created, supplied and operated at least five training camps in order to create an "Islamic Foreign Legion" capable of attacking their enemies throughout the world.  These camps trained men from

304

15 nations in guerrilla warfare, terrorist activities, rocket warfare, demolition and bombing, including the use of mines, grenades, TNT, nitroglycerine and plastic explosives.  Classes were also given in "how to kill a policeman" and "traps, murder, and terrorist moves."

99.     On August 23, 1996, a strengthened Bin Laden issued another *fatwa* declaring a jihad against Americans present in Muslim lands.  The message was disseminated throughout all Al Qaeda cells and associated terrorist groups, such as the Egyptian Islamic Jihad.  The London Al Qaeda cell, run by Khalid Al Fawwaz under the name Advice and Reformation Committee, and the Egyptian cell, run by al Zawahiri and Abdel Barry, were used to send the *fatwa* to Muslims living in the Western World.  Wadih El Hage was also used by Bin Laden in order to deliver messages, money and terrorist material to Al Qaeda operatives in the U.S. and U.K.

### The Public Merger of Iraqi and Al Qaeda Interests

100.     In February 1997, Bin Laden publicly expressed his support for Iraq in its conflict with the United States, stating:

> "The hearts of the Muslims are filled with hatred towards the United States of America and the American President for American conduct towards Iraq."

101.     Having decided to carry out acts of terrorism, Saddam Hussein, with the advice and prompting of his son and Iraqi Intelligence chief, the late Qusay Hussein and his other son, the late Uday Hussein, head of an Iraqi Intelligence Subdivision known as the "Fedayeen" and "Al-Qare," concluded that a campaign of terrorist attacks against the United States, under the banner of Bin Laden and Al Qaeda, was the most effective means of both deflecting U.S. attempts to topple his regime and obtaining Iraqi revenge.

102.     Upon information and belief, Iraq agreed to supply arms to Al Qaeda and provide Al Qaeda with access to and training in the use of chemical and biological weapons.  Iraq also agreed to instruct Al Qaeda terror trainers at its Salman Pak camp in Baghdad that contained a Boeing 707 used to practice hijacking.  Iraq also agreed to supply Al Qaeda terrorists with new identities and passports from Yemen and the United Arab Emirates.

103.     In exchange, Al Qaeda agreed to provide protection from political opponents to Iraq and Saddam Hussein, and to commit assassinations and other acts of violence to create instability in regions of Iraq, particularly Kurdistan, to assist the regime of Saddam Hussein.  Al Qaeda further agreed to provide trained terrorists, assassins, and martyrs to carry out terror attacks in concert with Iraq against their common enemies, including the United States.

104.     On February 22, 1998, Bin Laden, Khalid Al Fawwaz, and Ayman al Zawahiri of the Egyptian Islamic Jihad issued a fatwa published in the Arabic newspaper Al-Quds stating:

> "The ruling to kill the Americans and their allies – civilians
> and military – is an individual duty for every Muslim who
> can do it in any country in which it is possible to do it…"

105.     In their February 22, 1998 fatwa, Bin Laden and Al Qaeda expressly referenced the United States' "continuing aggression" towards Iraq as one of their reasons for calling on all Muslims to kill Americans "wherever and whenever" they are found:

> "The best proof of this is the Americans' continuing
> aggression against the Iraqi people using the [Arabian]
> Peninsula as a staging post, even though all its rulers are

against their territories being used to that end, still they are helpless."

106.     The Bin Laden and Al Qaeda fatwa also cited the alleged "great devastation inflicted on the Iraqi people" by the United States, as well as the United States' alleged "eagerness to destroy Iraq."

107.     Additional fatwas of a similar nature were issued in May 1998 and published in Al-Quds under the banner of the Ulema Union Of Afghanistan.  A May 29, 1998 Fatwa issued by Bin Laden called to the use of a nuclear bomb to "terrorize the Jews and Crusaders who were enemies of God."  At the time Bin Laden was seeking to obtain nuclear material from Iraq and others who possessed nuclear material and was in the process of developing nuclear weapons.

108.     Between April 25 and May 1, 1998, two of Bin Laden's senior military commanders, Muhammad Abu-Islam and Abdullah Qassim visited Baghdad for discussions with Saddam  Hussein's son – Qasay Hussein – the "czar" of Iraqi Intelligence.

109.     The late Qusay Hussein's participation in those meetings highlights the importance of the talks in both symbolic and practical terms.  Upon information and belief, as a direct result of those meetings, Iraq again made commitments to provide training, intelligence, clandestine Saudi border crossings, financial support and weapons and explosives to Al Qaeda.

110.     Iraqi Intelligence officials met with Bin Laden in Afghanistan several more times.  A second group of Bin Laden and Al Qaeda operatives from Saudi Arabia were then trained by Iraqi Intelligence in Iraq to smuggle weapons and explosives into Saudi Arabia and other countries, which they later accomplished in an effort to carry out

future terrorist acts of violence.  A third group of Bin Laden and Al Qaeda operatives received a month of sophisticated guerilla operations training from Iraqi Intelligence officials later in the Summer of 1998.

111.    Despite philosophical and religious differences with Saddam Hussein, Bin Laden continually sought to strengthen and reinforce the support he and Al Qaeda received from Iraq.

112.    Upon information and belief, documents recently found in the bombed headquarters of the Mukhabarat, Iraq's intelligence service, reveal that an Al Qaeda envoy was invited clandestinely to Baghdad in March 1998.  The documents reveal that the purpose of the meeting was to establish a relationship between Baghdad and Al Qaeda based on their mutual hatred of America and Saudi Arabia.  The meeting apparently went so well that it ended with arrangements being discussed for Bin Laden to visit Baghdad.

113.    In March 1998, Bin Laden had reportedly visited Baghdad for consultations.  According to Giovanni DeStafant, an international lawyer visiting Baghdad on business, he encountered Bin Laden in the lobby of the five-star Al-Rashid Hotel in Baghdad.  They engaged in light conversation.

114.    In mid-July, 1998, Bin Laden sent Dr. Ayaman al-Zawahiri, the Egyptian co-founder of Al Qaeda, to Iraq to meet with senior Iraqi officials, including the Iraqi vice-president Taha Yassin Ramadan.  Upon information and belief, the purpose of this meeting was to discuss and plan a joint strategy for a terrorist campaign in the United States.  Five months later, the American embassies in Kenya and Tanzania were bombed.

docs-100490870.3

115.    Upon information and belief, Iraqi Intelligence officials pledged Iraq's full support and cooperation in exchange for a promise that Bin Laden and Al Qaeda would not incite the Iraqi Muslim Brotherhood inside Iraq to oppose, undermine or attack the regime of Iraqi dictator Saddam Hussein.

116.    During the July 1998 visit, Zawahiri toured a potential site for a new headquarters for Bin Laden and Al Qaeda, and went to an Iraqi military base and nuclear and chemical weapons facility near al-Fallujah in Iraq.  Upon information and belief, Dr. Zawahiri observed training by Iraqi Intelligence officials of Al Qaeda operatives at the al-Nasiyirah military and chemical weapons facility in Iraq.  In recognition of Bin Laden's and Al Qaeda's leadership role in the terrorist war against the United States, Iraqi officials allowed Zawahiri to assume formal command over the al-Nasiyirah training camp in the name of Bin Laden and Al Qaeda.

**U.S. Embassy Bombings**

117.    To demonstrate its commitment to Iraq and its anti-U.S. policies, in the Spring of 1998, Al Qaeda planned terrorist bombing attacks on the U.S. Embassies in Nairobi, Kenya, and Dar Es Salaam, Tanzania.  Khalfan Khamis Mohamed, Mustafa Mohamed Fadhil, Mohamed Rashed Daoud Al-'Owali, Sheikh Ahmed Salim Swedan, Fahid Mohamed Aly Msalam and an individual known as Abdulla Azzam were chosen as some of the Al Qaeda terrorists who would conduct the coordinated attacks in Nairobi and Dar Es Salaam.

118.    In July and early August 1998, Al Qaeda terrorist Mustafa Mohamed Fadhil, Khalfan Khamis Mohamed, Ahmed Khalfan Ghailini, Fahid Mohammed Ally Msalam, Ahmed the German, Sheikh Ahmed Salim Swedan, Mohamed Sadeek Odeh and

Fazul Abdullah Mohammed were stationed in Dar es Salaam where they purchased a 1987 Nissan Atlas truck and outfitted it with oxygen, acetylene tanks, TNT, batteries, detonators, fertilizer and sand bags, creating a massive bomb to be driven into the U.S. Embassy.  Odeh, Fazul Adullah Mohammed and others who participated in the bombings had been with Bin Laden since the early 1990s and Bin Laden's days in the Sudan.

119.    On July 30, 1998, Iraq warned it would take action unless the United Nations embargo was lifted.  Iraq blamed the United States for the United Nations embargo.  On August 4, 1998, Iraq refused to cooperate with the United Nations embargo.  On August 4, 1998, Iraq refused to cooperate with United Nations weapons inspectors in Iraq and talks for a resolution of the crisis collapsed, causing U.N. inspectors to leave.

120.    Three days later, on August 7, 1998, at approximately 10:30 a.m., Fazul, Al-'Owhali and Azzam drove a Toyota Dyna truck (outfitted similarly to a Nissan Atlas truck in Dar Es Salaam) to the U.S. Embassy in Nairobi, Kenya, and detonated a large bomb damaging the Embassy and demolishing a nearby Secretarial College building and Cooperative Bank building, resulting in the more than 213 deaths (12 Americans) and injuries to more than 4.500 people.

121.    On August 7, 1998, at approximately 10:40 a.m., ten minutes after the bombing in Kenya, Khalfan Khamis Mohamed and Ahmed the German detonated the Dar Es Salaam bomb in the vicinity of the U.S. Embassy in Dar Es Salaam, Tanzania, severely damaging the Embassy building and resulting in the death of 11 people and injuries to more than 85 people.

122.    On August 6, 1998, shortly before the bombing, Eidarous, an Al Qaeda

member in London, sent a letter to news organizations in Paris, Doha, Qatar and Dubai,

UAE, claiming responsibility for the embassy bombings under the fictitious name Islamic

Army for the Liberation of Holy Places.

123.    At the trial in New York of some of the Al Qaeda-U.S. Embassy bombers,

some of the defendants elicited testimony in their defense that cited the poor living

conditions in Iraq.  They blamed those conditions on the U.S.-U.N. sanctions, and used it

as motivation and explanation for the Al Qaeda attacks on the Embassies.

### The 1998 U.S. Air Strikes on Al Qaeda

124.    On August 20, 1998, the United States initiated a pre-emptive and

retaliatory air strike with cruise missiles on Al Qaeda training camps in Khost,

Afghanistan and a factory in Khartoum, Sudan, believed at the time to be a chemical

weapons plant used by the Sudanese and Iraqi governments to manufacture weapons for

their use and that of Al Qaeda terrorists.

125.    On August 20, 1998, President Clinton issued a statement on the air strike:

> "Our target was terror…our mission was clear to strike at
> the network of radical groups affiliated with and funded by
> Bin Laden, perhaps the preeminent organizer and financier
> of international terrorism in the world today."

126.    By mid-November, 1998, Saddam Hussein reportedly came to the

conclusion (with the advice and prompting of his son and intelligence chief, the late

Qusay Hussein) that a campaign of terrorist attacks against the United States, under the

banner of Bin Laden and Al Qaeda, was the most effective means of deflecting U.S.

attempts to topple his regime.

127.     Shortly thereafter, Iraqi intelligence officials reportedly met with Bin Laden in Afghanistan.  Bin Laden, Al Qaeda, and Iraq reportedly agreed to join efforts in a detailed, coordinated plan for a protracted terrorist war against the United States.  Iraq also reportedly agreed to provide Bin Laden and Al Qaeda with the assistance of an expert in chemical weapons, and Bin Laden reportedly agreed to hunt down Iraqi opposition leaders who cooperated with the United States against Hussein.  In furtherance of this agreement, Bin Laden reportedly dispatched four hundred of Al Qaeda's "Afghan" Arabs to Iraq to fight Kurdish dissidents.

128.     In December 1998, after a standoff between the U.N. and Iraq and a discovery of weapons violations in Iraq, the United States with U.N. approval, led a coalition of allies in a four-day air strike on Iraq.  Iraqi Trade Minister Muhammed Madhi Salah then stated that he expected terrorist activities against the United States to *increase* as a result of the bombing of Iraq.  The Arabic language daily newspaper Al-Quds Al-Arabi a/k/a Al Quds cited the cooperation between Iraq, Bin Laden and Al Qaeda in a late December 1998 editorial which predicted that

> "President Saddam Hussein, whose country was subjected to a four day air strike, will look for support in taking revenge on the United States and Britain by cooperating with Saudi oppositionist Osama Bin Laden, whom the United States considers to be the most wanted person in the world."

129.     The editorial noted that this type of cooperation was already taking place, considering that "Bin Laden was planning on moving to Iraq before the recent strike."

130.     Following the December 1998 air strikes on Iraq, Saddam Hussein dispatched Faruq al-Hijazi to Kandahar, Afghanistan in order to meet with Bin Laden and

plot their revenge.  Al-Hijazi also offered Bin Laden terrorist resources and asylum in Iraq.

131.    The late Qusay Hussein had also dispatched representatives to follow-up with Bin Laden and obtained his firm commitment to exact revenge against the United States for the December 1998 bombing campaign.  Iraq offered Bin Laden and Al Qaeda an open-ended commitment to joint operations against the United States and its "moderate" Arab allies in exchange for an absolute guarantee that Bin Laden, Al Qaeda and their allies would not attempt to overthrow Saddam Hussein's regime in Iraq.

132.    To demonstrate Iraq's commitment to Bin Laden and Al Qaeda, Hijazi presented Bin Laden with a pack of blank, official Yemeni passports, supplied to Iraqi Intelligence from their Yemeni contacts.  Hijazi's visit to Khandahar was followed by a contingent of Iraqi Intelligence officials who provided additional training and instruction to Bin Laden and Al Qaeda operatives in Afghanistan.

133.    Upon information and belief, Bin Laden, Al Qaeda and Iraq agreed to join efforts in a detailed, coordinated plan for a protracted terrorist war against the United States.

134.    "Unit 999" was located at Salman Pak, south of Baghdad.  It was here that training would be given to Al Qaeda fighters to use chemical and biological weapons in sabotage operations in Europe and across the United States.

135.    In 1998, reports revealed that Saudi and Palestinian dissidents were trained in Iraq at secret camps run by an Iraqi Intelligence group known as Unit 999.

136.    A trainer at Unit 999, Abu Mohammad, who had escaped Iraq, confirmed that such training was underway on how to lay bombs and how to use chemical and

biological weapons in operations in the Middle East and the West.  Unit 999 ran a course

for a number of extremist Middle Eastern groups, including Al Qaeda.  Mohhamad was

recruited into Saddam Fedayeen in 1998 and had his first encounter with Bin Laden

fighters that year at Salman Pak.

137.     Iraq maintained an advanced chemical and biological weapons program,

part of which was located at Salman Pak.  Iraq is one of only three countries in the world

producing a highly developed weaponized anthrax.  Sometime during or after 1998, Iraq

agreed to help Bin Laden and Al Qaeda develop a laboratory in Afghanistan designed to

produce anthrax.

138.     In addition to the al-Nasiriyah and Salman Pak training camps, by January

1999, Bin Laden and Al Qaeda operatives were being trained by Iraqi Intelligence and

military officers at other training camps on the outskirts of Baghdad.

139.     Those locations were the Nahrawan camp at the old Diyala Bridge,

southeast of Baghdad and Tell Aswad Ridhwaniya, northwest of Baghdad.  The

Mukhabarat (Iraqi Intelligence Agency) runs the training facilities at both locations.

Relocation occurred due to publicity surrounding Salman Pak, where kamikaze,

explosives, and assassination training included "foreigners" said to be Palestinians and

Iranians from the Mujahedin-e Khalq (MEK).  Iraq supports the anti-Iranian terrorist

group, MEK, to which Ramzi Yousef was connected due to his Iraqi background.  Bin

Laden also reportedly is being sheltered by the Iranian guerilla fighters of the MEK in the

eastern portion of Iran.  He and close associates reportedly crossed into Iran using

smuggling routes with the help of the MEK, and took refuge in caves said to be more

extensive and sophisticated than those of the Tora Bora mountain chain in Afghanistan.

The MEK, who are fighting a war against the Shiite government of Tehran, are minority Sunnis. They maintain good relations with certain Afghan and Pakistani tribes. When the Iranian government cracks down on the group, MEK members take refuge in the Pakistani or Afghani tribal areas.

140.    In January 1999, Iraq began reorganizing and mobilizing Iraqi Intelligence front operations throughout Europe in support of Bin Laden and Al Qaeda. Haqi Ismail, believed to be a member of Iraq's Mukhabarat Secret Service, left Iraq to train in an Afghanistan Al Qaeda camp. Ismael was believed to be a liaison between Iraq, the Taliban, and Al Qaeda and was rewarded with a position in the Taliban Foreign Ministry.

## Attack on the U.S.S. Cole DDG-67

141.    In the spring of 2000, Iraqi Intelligence began planning to attack United States warships in the Persian Gulf in an effort to prompt a United States withdrawal. Iraq sought suicide bombers who would employ small boats packed with explosives to ram United States' warships.

142.    On October 12, 2000, Iraqi Intelligence and members of Al Qaeda including Bin Laden, Jamal al-Badawi, Khalid al-Midhar, Mohammed Omar al –Harazi, Walid al Sourori, Fatha Abdul Rahman, Yasser Al-Azzani, Jamal Ba Khorsh, Ahmad Al-Shinni, Raed Hijazi, Jamil Quasim Saeed Mohammed, as well as the two suicide boat bombers Abd Al-Mushin Al-Taifi (deceased) (and a suspect in the August 1998 Embassy bombings) and Hassan Said Awadh Khemeri (deceased) carried out their plan to bomb the U.S.S. Cole by ramming a small boat loaded with explosives into the side of the ship as it was anchored in the harbor at Aden, Yemen, resulting in the deaths of 17 American sailors and injuring an additional 39.

315

143.     The Yemeni government investigation reported that the terrorists behind the attack were Islamic extremists who fought the Soviets in the Afghan war and who were tied to the Egyptian Islamic Jihad and Al Qaeda and who were trained in Afghanistan.  Four were arrested in Yemen.  Jamil Qaseri Saeed Mohammed was arrested a year later in Pakistan.  After his arrest, Al-Badawi admitted that he received his instructions to bomb the U.S.S. Cole from Al Qaeda member Al-Harazi whom he had met during the war in Afghanistan.

### Al Qaeda Hijacking of Saudi Airline

144.     On October 14, 2000, just two days after the attack on the U.S.S. Cole, two Saudis hijacked a Boeing 777 from Saudi Arabia and it had flown to Baghdad, Iraq. The hijackers were given "asylum" in Iraq.  They were extensively interviewed in the Iraqi press and criticized the Saudi government.

145.     Upon information and belief, this hijacking was a message between Bin Laden and Iraq intended to demonstrate that Al Qaeda terrorists could seize control of large commercial aircraft  that could be used as a weapon in the hands of suicide terrorists, foreshadowing a coordinated attack that was less than a year away.

### Iraqi Launch of Terror War

146.     On January 22, 2001, the Arab language newspaper Al Watan Al Arabi, reported that Saddam Hussein and his sons had called for an Arab alliance to "launch a global terrorist war against the United States and its allies."  The newspaper characterized Hussein's statement as calling for an uncompromising campaign and "scorched earth policy."

docs-100490870.3

147.     In May 2001, Al Qaeda operatives in Kurdistan assassinated Franso Hariri, a member of the Kurdish Democratic Party, as part of a deal with Saddam Hussein.  The killing of Hariri created instability in the region by damaging relations between the co-leaders of Kurdistan.  This benefited the Hussein regime in Iraq.

148.     Also in May 2001, Iraqi physician and kidney specialist Dr. Mohammed Khyal was dispatched from Baghdad to Afghanistan for three days to treat Bin Laden's kidney problem, further demonstrating the important relationship between Iraq and Bin Laden less than four months before the single largest terrorist attack in history.

149.     During the May 2001 trial of some of the Al Qaeda defendants who bombed the U.S. Embassies in Africa, the defendants expressed sympathy, solidarity, and support for Iraq, and further expressed condemnation of the United States as their motivation for the bombings.

150.     On May 29, 2001, Wadih El-Hage, a U.S. citizen believed to be Bin Laden's personal secretary, was convicted in the Southern District of New York, along with Mohamed Sadeek Odeh, Mohammed Rashed Daoud Al-'Owali and Khalfan Khamis Mohamed, for participating in the conspiracy to bomb the Untied States Embassies in Nairobi and Dar es Salaam in August of 1998.  Bin Laden and other Al Qaeda members were indicted but still remain at large.

## Iraqi Involvement in the September 11th Attacks

### *Al Nasiriyah News Article*:

151.     Iraq knew in advance that Al Qaeda was planning to attack U.S. landmarks and civilians in September 2001 in Washington and New York and supported the planned attacks.

152.    Upon information and belief, Iraqi news columnist Naeem Abd Mulhalhal has been connected with Iraqi intelligence since the early 1980s.  As such, he has commented on matters of Iraqi political interest for the Al Nasiriyah newspaper, a weekly paper published in the provincial capital city of Al Nasiriyah.  On September 1, 2001, he was honored for his "documentation of important events and heroic deeds that proud Iraqis have accomplished" and praised by Saddam Hussein.  In addition, Al Nasiriyah contains a military base that is believed to house a chemical weapons storage facility. Iraq had previously denied access to this base to U.N. weapons inspectors.  It was visited by Zawahiri as early as 1998 and Al Qaeda terrorists trained there for several years.

153.    On July 21, approximately six weeks before the September 11th attacks, Iraqi columnist Mulhalhal reported that Bin Laden was making plans to "demolish the Pentagon after he destroys the White House."

154.    Mulhalhal's July 21 article further informed that Bin Laden would strike America "on the arm that is already hurting."  Upon information and belief, this references a second Iraqi sponsored attack on the World Trade Center.  This interpretation is further bolstered by another reference to New York as "[Bin Laden] will curse the memory of Frank Sinatra every time he hears his songs." (e.g. "New York, New York") identifying New York, New York as a target.

155.    Mulhalhal further indicated "The *wings* of a dove and the *bullet* are all but one in the same in the heart of a believer." (Emphasis supplied).  This appears to be a reference to the use of commercial aircraft as a weapon.  The information was reported in an Iraqi newspaper whose editor-in-chief served as secretary to the late Uday Hussein's Iraqi Syndicate of Journalists.  The article expressed Iraqi admiration and support for Bin

Laden's plans and its appearance in the newspaper would clearly have to be endorsed by Saddam Hussein himself.

156.    All Iraqi news media were strictly controlled and censored by the government of Saddam Hussein and were under the direct oversight of the late Uday Hussein.  Various members of Iraqi intelligence worked at and controlled the context of each and every newspaper published inside Iraq.

157.    The information contained in Mulhalhal's published statements was known prior to the events of September 11th, as was the fact that Mulhalhal had ties to Iraqi intelligence.  His actions and words demonstrated foreknowledge of the planned attacks by Bin Laden and indicated support by Iraqi co-conspirators.

158.    Iraq's July 21 public statements also exemplify the Bin Laden pattern of publicly threatening violent strikes against the United States prior to and after committing them.  For example, weeks before the August 1998 Al Qaeda attacks on the U.S. embassies in Africa, Bin Laden threatened U.S. civilians and shortly thereafter bombed the embassies in Kenya and Tanzania within minutes of each other, killing 223 civilians.

159.    Additionally, after the suicide boat bombing of the U.S.S. Cole in Yemen in October 2000, Bin Laden publicly threatened violence against America while wearing traditional Yemeni clothing including a Yemeni war dagger.  Bin Laden sought media attention to taunt the United States and to recruit additional Muslim supporters.

### *Preparation For September 11th Attacks*

160.    According to U.S. and foreign intelligence officials, in the Spring of 2000, Iraqi Intelligence agents met with September 11th plot hijackers Zaid Samir Jarrah and Marwan al-Shehhi in Dubai, UAE in order to advance the hijacking of U.S. aircraft to

commit terrorist acts.  Not long after the meeting, al-Shehhi entered the United States on

May 29 and Jarrah entered on June 27 to begin preparations for the attacks.

161.    According to Czech intelligence sources, on June 2, 2000, co-conspirator

and Defendant Mohammad Atta, a pilot and the operational leader of the September 11th

terrorist attacks, traveled to Prague to meet other co-conspirators.  The following day,

Atta arrived at Newark International Airport in the United States.

162.    According to the FBI, from July 2000 through March 2001, Atta, Shehhi,

Hanjour, Jarran and Hamzi traveled to the U.S., where they resided and took pilot courses

to learn to fly the Boeing 747, 757, 767 and Airbus A320 in furtherance of the Al Qaeda

Iraqi conspiracy to hijack U.S. aircraft to commit terrorist acts.

163.    Upon information and belief, between April 8-11, 2001, Atta left Florida

where he was a flight student, to again meet in Prague with Iraqi Intelligence agent al-

Ani.  Czech Interior Minister Stanislav Gross confirmed that Atta met with al-Ani in

early April 2001 in Prague.  Atta returned to Florida and within two weeks opened a Sun

Trust Bank account with $100,000 sent through a money changer in the UAE.  Later in

2001, al-Ani was expelled from the Czech Republic for espionage activities.  Other

intelligence reports indicate that al-Ani met with another September 11th hijacker, Khalid

al Midhar as well.  Atta reportedly also met with the Iraqi ambassador to Turkey and

former Iraqi Deputy Intelligence director Farour al-Hijaziin in Prague sometime in early

April, 2001.

164.    Italian security sources reported that Iraq made use of its embassy in

Rome to foster and cultivate Iraq's partnership with Bin Laden and Al Qaeda.  Habib

Faris Abdullah al-Mamouri, a general in the Iraqi Secret Service, and a member of Iraq's

M-8 Special Operations branch, who was responsible for developing links with Islamist militants in Pakistan and Afghanistan, was stationed in Rome as an "instructor" for children of Iraqi diplomats. Al-Mamouri met with September 11th pilot hijacker Mohammed Atta in Rome, Hamburg, and Prague. Al-Mamouri has not been seen in Rome since July 2001, shortly after he last met with Atta.

165.   Al-Mamouri's meeting with Atta was in keeping with his previous duties at Salman Pak. Al-Hijazihad recommended to Saddam Hussein the appointment of al-Mamouri to head the Special Operations Branch at Salman Pak. Al-Mamouri's working relationship with al-Hijazihad had been strengthened when they worked together at Salman Pak to devise a new range of terrorist methods. It is here that the plan of controlling a civilian airplane with full fuel tanks by teams of five using items that can be easily carried aboard a plane and using the plane as a guided missile was developed by al-Mamouri and al-Hijazi at Salman Pak, sometime before 1995.

166.   At Salman Pak, al-Mamouri was placed in charge of coordinating activities with fundamentalist Islamic movements in Pakistan, Afghanistan, the Persian Gulf Countries and Sudan. This came about after Saddam Hussein had decided to seek links with the Islamic terrorist network after the Gulf War. From 1982 to 1990, al-Mamouri worked for the secret service's Special Operations Branch at Salman Pak. In 1990, he was put in charge of relations with the various Islamic fundamentalist movements. Until 1996, al-Mamouri then traveled to strengthen his relations with various fundamentalist organizations under the auspices of Section M4, the clandestine division of the Mukhabarat. Saddam Hussein, realizing that he could not defeat the U.S in a conflict, decided to resort to terrorism. He then realized that the simplest and most

321

effective way was to resort to Kamikaze terrorism.  He gave instructions to the

Mukhabarat to establish contacts with those fundamentalist groups, including the

Hamburg cell, thereby making Atta a co-optee of the Iraqi Mukhabarat.

167.    Between on or about April 23, 2001 and on or about June 29, 2001, Satam

M.A. al-Suqami (Flt. 11), Waleed al Shehri (Flt. 11), Ahmed al Ghamdi (Flt. 175),

Majeed Moqued (Flt. 77), Ahmed al Nami (Flt. 93), Hamza al Ghamdi (Flt. 175), Mohald

al Shehri (Flt. 175), Wael al Shehri (Flt. 11), Ahmed al Haznawi(Flt. 93), and Fayez

Ahmed(Flt. 175), traveled from various points in the world to the United States.

168.    The FBI has reported that Atta visited commercial crop dusting aircraft

facilities in Florida in March and August of 2001.  In the wake of the September 11th

attacks, authorities concluded that Atta was investigating the possibility of spraying

chemical or biological weapons on U.S. civilians.  In July and August 2001, on several

occasions several other Middle Eastern men also visited the same crop dusting facility.

169.    On July 7, 2001, two members of the Iraqi Mukhabarat, Abu Agab and

Abu Wa'el traveled together from Germany to Afghanistan and eventually to Kurdistan.

Abu Wa'el trained at Al Qaeda terror camps and became the authority for fundamentalist

groups operating in Kurdistan intent on crushing opposition to Saddam Hussein.  The

Iraqi Mujabarat agent, Abu Wa'el is regarded as the real leader of Arsar al-Islam, a

Taliban-style group of radical Islamists with links, including financial, to Osama  Bin

Laden and Saddam Hussein.  Indeed, former Anser al-Islam leader Mallah Krekar, while

in detention in Norway, told ABC News that he would bring Abu Wa'el who is in

Baghdad to the United States for an interview.  Ansar al-Islam reportedly had received

more than $600,000 from Bin Laden.

170.     The FBI reported that in furtherance of his participation in the hijacking conspiracy, Zacarias Moussoui purchased flight deck videos for the Boeing 747 on June 20, 2001 and took a three day Boeing 747 simulator course in Minneapolis, Minnesota on August 13-15, 2001.  He also purchased two knives in Oklahoma City, Oklahoma on August 3, 2001.  Moussaoui received approximately $14,000 from Ramzi Bin al-Shibh on August 1-3, 2001.

171.     U.S. government officials reported that in the summer of 2001, Fayez Banihammad (Flt. 175), Saeed Al Ghamdi (Flt. 93), Hamza Al Ghamdi (Flt. 175), Waleed al Shehri (Flt. 11), Ziad Jarrah (Flt. 93), Satam Al Suqami (Flt. 11), Mohald al-Shehri (Flt. 175), Ahmed al Ghamdi (Flt. 93) and Ahmed al Hanzawi (Flt. 93) each opened a Florida Sun Trust Bank account with a cash deposit.  These and other bank accounts were used by the September 11th hijackers for living expenses, travel, pilot training, weapons, and other incidentals and served as places where Al Qaeda operatives could wire money to support the terrorist conspiracy in the months and weeks leading up to September 11, 2001.

172.     On September 9, 2001, Bin Laden and other Al Qaeda members, Omar and other members of the Taliban, carried out their plan to assassinate Ahmad Shah Masood, the military leader of the Afghanistan Northern Alliance opposition forces that had been fighting the Taliban for many years.  Al Qaeda terrorists posed as television journalists seeking an interview with Masood.  The video camera was armed with explosives and when detonated at the purported interview, killed Ahmad Shah Masood, one of the suicide terrorists and other high ranking members of the Afghanistan Northern Alliance opposition forces.

173.     This assassination solidified Bin Laden's asylum and protection in Taliban controlled Afghanistan and cleared the way for Al Qaeda's unprecedented attack on the United States two days later.  The Taliban would continue to refuse to surrender Bin Laden or Al Qaeda members to the United States after the September 11th attacks.

### Hezbollah and its Leaders

174.     Hezbollah receives its principal financing of some $100 million a year and logistical support and training from the government of Iran.   This assistance is funneled to Hezbollah through the Iranian Republican Guard (IRGC) and the Ministry of Intelligence and Security (MOIS) with the knowledge of the Iranian Supreme leader Ayatollah Ali Hoseini-Khamenei.  In addition, Hezbollah earns tens of millions of dollars a year from the drug trade.  To show the closeness of Hezbollah to the Government of Iran, the website for "Hezbollah Party of God" pictures Hezbollah Secretary General Hassan Nasrallah along with the late Iranian Supreme Leader Ayatollah Khomeni and the current Supreme Leader Ayatollah Ali Hoseini-Khamenei. . In 1997, the United States placed the Hezbollah on the State Department terrorist list.

175.     Iran, through Hezbollah, has provided direct assistance to groups connected to the Palestinian conflict and, although Shiite, shares many of the goals of Al Qaeda and the International Islamic Front for the Jihad Against Jews and Crusaders.  For example, the capture of the Karine A, a vessel loaded with more than 50 tons of high quality arms and explosives, points to the very close cooperation on an official level between Iran and the Palestinian Authority.  The assistance came through Iran's primary subcontractor and proxy, Hezbollah.

176.     For 18 years, with financial and intelligence support from Iran, Hezbollah fought to end Israel's military occupation of a buffer zone in southern Lebanon.  It attacked American targets through suicide attacks in an attempt to drive the United States from the country.  In the past 20 years, Hezbollah has killed some 300 Americans overseas, including 241 U.S. Marines in the suicide attack on the U.S. Marine barracks in Beirut in 1983.  In a bench trial, U.S. District Judge Royce C. Lamberth concluded that Hezbollah was formed under the auspices of the Iranian government, was completely reliant on Iran in the 1983 attack and assisted Iranian Ministry of Intelligence and Security agents in carrying out the operation.

177.     Imad Mughniyeh, who heads the terrorist wing of Hezbollah and Dr. Ayman-Alzawahiri, senior member of Al-Qaeda directed the terrorist attacks on September 11, 2001, according to Israeli intelligence.

178.     Defendant Mughniyeh is regarded as being behind the terrorist attack that took more than 300 American lives in Beirut durng the 1980s.  Mughniyeh also oversaw the kidnapping, torture and death of the CIA Beirut station chief William Buckley and the kidnapping, torture and death of Lt.Col. William Higgins, a Marine officer serving with UN forces in Lebanon. Mughniyeh now is said to reside in Iran and has had significant contact with bin Laden's leadership, including Ayman al-Zawahiri. The September 11, 2001 hijackings show a remarkable similarity to Mughniyeh's methods.  According to the U.S. Justice Department, Imad Mughniyeh has close ties to bin Laden.  Contacts between Imad Mughniyeh and Osama bin Laden, for example, mainly have occurred through Usbat al-Ansar, a Palestinian Sunni Islamist group operating primarily  at the Ein al-Hilweh Palestinian refugee camp in the southern Lebanese port of Sidon and the Nahr al-

Bared camp in northern Lebanon. Usbat al-Ansar received considerable financing during the late 1990s from bin Laden. In addition, dozens of Palestinian refugees in Lebanon were sent to bin Laden's training camps in Afghanistan under the auspices of Usbat al-Ansar.

179.    A recent defector, Hamid Reza Zakeri, has linked Iran's Revolutionary Guards and Ministry of Intelligence with Al Qaeda. Zakeri said that Al Qaeda also had contacts with an Iranian elite military unit which has helped terrorists train and plot attacks against Americans. Zakeri said that Al Qaeda leader Ayman Zawahiri maintained close ties with the Islamic Revolutionary Guards Corps (IRGC) – Qods Division, said to be Iran's Islamic shock troops. Zakeri said that Zawahiri is close to Revolutionary Guards deputy commander Brig. General Mohammad Baqer Zolqadr.

180.    Zolqadr has ties to other Revolutionary Guards, or IRGC Qods Forces commanders including Ahmad Vahedi and Hossein Mosleh who are the Guards' former commander in Lebanon. The IRGC Qods forces are a special operations unit that conducts terrorist operations abroad. Separate information also reveals that Zawahiri was a frequent guest of Iran's Minister of Intelligence and Security, Ali Fallahian, in addition to Ahmad Vahedi, whose position as commander of Qods forces places him as the head of foreign terrorist operations. Zakeri confirms the relationship of Al Qaeda to Hezbollah dating back to the 1990s. Zakeri said that Mughniyah remained the liaison officer with Zawahiri and other fundamentalist organizations' leaders. Zakeri confirms reports of other informants that there were models of the two towers of the World Trade Center in New York and the Pentagon in Washington. In addition, there were models of the White House and CIA headquarters. Zakeri said that Mughniyeh had come to Iran and met with

some senior officials and had brought with him a message from Zawahiri.  That message

said that Al Qaeda needed help to "carry out an extremely serious operation in the Great

Satan's country."  While Iranian officials didn't want any direct involvement, Zakeri said

that the head of his department had asked Mughniyeh to maintain his ties with Zawahiri.

Iranian knowledge of the Septembert 11, 2001 terrorist attack coincides with comments

made by another Iranian national, Abdolghassem Meshabi who resides in Munich,

Germany.

   181.  Meshabi claims that a friend of his in Tehran with access to intelligence

plans in Tehran sent an urgent message on/about 02 September 2001.  It warned that

Iranian-backed terrorists, interpreted by Meshabi to be members of Hezbollah, planned to

hijack commercial airlines with plans to crash them into major U.S. targets.  Meshabi

said that his friend, who is part of the Iranian intelligence service (MOIS), had told him

that the MOIS had received a coded message signifying that an attack was imminent.

The coded message read: "Shaitan der artash," (The U.S.) Satan in flames."  Meshabi

said he received a second such message on 05 September 2001.  Zakeri maintains that

Imad Mughniyeh still is in Iran and believes that he organized escape of dozens of Al

Qaeda into Iran.  Zakeri's belief that Mughniyeh is in Iran coincides with separate,

independent reports.  Zakeri further asserts that Osama bin Laden could have entered Iran

with Mughniyeh's help.  This prospect reinforces separate information by knowledgeable

sources that bin Laden may have escaped into eastern Iran, a part of Baluchestan under

heavy influence from Iraq due to its Sunni influence to offset the Shiite government in

Tehran. Zakeri's linkage of Mughniyeh to Zawahiri reinforces earlier analysis by the

Israeli military intelligence service, Aman, that Mughniyeh and Zawahiri *directed* the

suicide attacks against the World Trade Center towers and the Pentagon, while Iraq *sponsored* the attacks.

182.    In addition to Iran's close ties to Hezbollah, an Iraqi intelligence officer, Salah Suleiman who was captured by the Pakistanis near the border with Afghanistan, said that Iraq also had established strong ties with Imad Mughniyeh.  This reinforces information from other sources which reveal that Mughniyeh, who is a Palestinian, in his past had been a bodyguard for Yasser Arafat and had lived in Baghdad.   According to Israeli intelligence, Israel had put out a warning some six weeks prior to September 11, 2001 that an "unprecedented massive terror attack" was expected.  Israeli sources said that one indication was that Mughniyeh met with agents on a secret trip to Germany. Despite the fact that Mughniyeh is known to have been going back and forth to Iran, the Aman believes the operational brains behind the 9-11 attacks were Mughniyeh and Zawahiri.  In turn, they probably were financed and received logistical support from both the Iranian and Iraqi intelligence services, as well as financial contributions from Saudi Arabia.

### Hezbollah's Relationship with Al Qaeda

183.    The relationship between Al Qaeda and the Government of Iran goes back to at least 1992 in Albania when they both supported the Kosovo Liberation Army to fight in the Muslim province of Kosovo in neighboring Serbia.  U.S. intelligence has acknowledged bin Laden's al Qaeda link to the KLA and had "both trained and financially supported" the Albanians and that the Kosovo border had been infiltrated by Bosnian, Chechnyn and Afghan mujaheedin…"  Other information suggests bin Laden's

support for KLA from Albania began in 1994, after telling the Albanian government that he headed a Saudi humanitarian agency to help Albania.

184.    In a December 18, 2001 statement, J. T. Caruso, then Acting Assistant Director of the Counter-Terrorism Division of the Federal Bureau of Investigation, testified that a witness recounted how the Al Qaeda network had privately declared war on America and was operating both on its own and as an umbrella for other terrorist groups.  The FBI witness, who is a former member of bin Laden's Al Qaeda network, recounted that bin Laden and Al Qaeda were seeking to obtain nuclear and chemical weapons and that the organization engaged in sophisticated training.  The witness also revealed that Al Qaeda obtained specialized terrorist training from and worked with Iranian government officials and the terrorist group Hezbollah.  Considerable information is available to show that there not only was ideological but operational connections between Hezbollah and Al Qaeda.  U.S. officials report that they had first detected the alliance of Hezbollah and Al Qaeda in early 2002.  In March, envoys from Al Qaeda, Hamas and Hezbollah had met in Lebanon's Bekaa Valley to discuss strategy.  The officials said that by April 2002, Hezbollah leaders were meeting with Al Qaeda operatives who had escaped Afghanistan for Iran.  In expressing concern over the link, U.S. officials said that the Hezbollah-Al Qaeda links are tactical and involve mid- and low-level operatives from both groups.  They add that this cooperation between the two groups mutes years of rivalry between Hezbollah, which is Shiite, and Al Qaeda, which is predominantly Sunni.  U.S. officials also believe that the assets and organization of Hezbollah's formidable militant wing will enable a hobbled Al Qaeda network to increase its ability to attack American targets.  Although Hezbollah and Al Qaeda have

their differences, their alliance shows that they share the goals of crippling the United States, forcing the U.S. military out of the Middle East and Israel out of Palestinian territory. In testimony in the East Africa embassy bombings trial, it was revealed that there were connections between Al Qaeda and the Iranian government, along with an unidentified senior Iranian religious leader and Hezbollah beginning in the early 1990s.

185. Trial transcripts reveal that by 1998, the U.S. Government was aware that on various occasions during the early to mid-1990s, high-ranking Al Qaeda members met with Iranian officials and that Osama bin Laden himself met with the Imad Mughniyeh, leader of the terrorist wing of Hezbollah, to "cooperate against the perceived common enemy," the United States. Ali Mohammed, bin Laden's security chief and a former U.S. army intelligence analyst, stated during the guilty plea in the embassy bombings case in October 2000 that "I was aware of certain contacts between al Qaeda and Egyptian Islamic Jihad on one side and Iran and Hezbollah on the other side. I arranged security for a meeting in the Sudan between Mughniyeh, Hezbollah's chief and bin Laden.

186. Hezbollah provided explosives training for al Qaeda and Egyptian Islamic Jihad. Iran supplied Egyptian Jihad with weapons. Iran also used Hezbollah to supply explosives that were disguised to look like rocks."Upon information and belief, such disguised explosives were used extensively by Hezbollah against Israeli army patrols in South Lebanon. Mohamed testified that "much of this type of training is actually carried out at a training camp there, in Iran, run by the Iranian Ministry of Information and Security."

187.    A former CIA official has been cited as saying that Al Qaeda relied on experts from Hezbollah to build the shaped charge that badly damaged the U.S.S. Cole in Yemen in October 2000.  According to UPI:

> "A U.S. government official told (UPI) that the blast was a 'cone-shaped charge' tht used 'moldable high explosives such as SEMTEX H,' shaped to create a high-speed, high temperature blast wave.  During the first state of the blast, the explosion 'forces all the air out with tremendous force,' creating a vacuum, but as air rushes back in, it creates another tremendous force that causes further damage.  'It's a trademark of bombs made by Hezbollah and raises the question of the involvement of Iran,' he said.  A former CIA official agreed: 'We have to start looking at Iran's involvement in the incident.  The evidence warrants this.'"

188.    Ali Mohammed also stated that Mughniyeh had discussed how Hezbollah had forced the United States out of Beirut by blowing up the Marine barracks. Mohammed added that al Qaeda planned to "use the same method to force the United States out from Saudi Arabia."  Mohammed further testified that Al Qaeda's method for driving the United States out of the Middle East was to be modeled on the successes of the Lebanese Hezbollah, which implied suicide bombings.

189.    Magnus Ranstorp, deputy director of the Centre for the Study of Terrorism and Political Violence at the University of St. Andrews in Scotland, stated that the suspects in the East Africa embassy bombings mentioned individuals who had gone to Lebanon for explosives training from Hezbollah.  "The military manuals of Al Qaeda showed innovation in the making of explosives including RDX and C4," he said, "but there was an admission that some of its members had gone to Lebanon to get that expertise."  Such expertise would have come from the Hezbollah.

190.    The meetings between Al Qaeda and an Iranian religious leader took place in Sudan with Mamdouh Mahmud Salim a/k/a Abu Hajer al Iraqi, Osama bin Laden's former financial manager, representing Al Qaeda.  The meetings took place at various times between 1992 and 1996, according to trial prosecutors, and the bin Laden meeting with Mughniyeh, held in 1994 took place in the Sudan.  Prosecutors further stated that the meetings held "at various times" between 1992 and 1996 were to arrange a tripartite agreement among Al Qaeda, the National Islamic Front of Sudan and elements of the government of Iran "to work together against the United States, Israel and other western countries."

191.    U.S. intelligence has stated that Osama bin Laden's operatives had approached Iranian Ministry of Intelligence and Security agents in 1995 and again in 1996, offering to join forces against the United States.  Phone records obtained by U.S. officials investigating the 1998 embassy bombings in Kenya and Tanzania reveal that 10 percent of the calls made from the Compact-M satellite phone used by bin Laden and his key lieutenants were to Iran.  In its 1998 indictment, the U.S. Justice Department said that bin Laden, working through al Qaeda, forged alliances with government officials in Iran, the National Islamic Front in the Sudan and the Iranian terrorist organization Hezbollah.

### Hezbollah's Connection with the International Islamic Front for the Jihad against Jews and Crusaders

192.    Al Qaeda, Al-Gamma Al-Islamiyya and the Egyptian Islamic Jihad, formed the International Islamic Front ("The Front") for the Jihad Against Jews and Crusaders in 1988.  Among other things, the goal of Al Qaeda and purpose of the Front is support of the Palestinians against Israel, as well as expulsion of non-Muslims from Muslim countries.  The Front is a group of some 50 independent terrorist organizations

332

from such countries as Sudan, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan, Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan, Azerbaijan, the Kashmiri region of India and the Chechnyn region of Russia.  Those Iranian-supported organizations that belong to the Front include the Gama'a al-Islamiyah, the Egyptian al-Jihad, the Algerian GIA and the Egyptian Islamic Jihad whose leader, Ayman Zawahiri, is the second in command in Al Qaeda. While Muslims of the Iranian Government are Shiites, the organizations which belong to the Front and supported by Iran are Sunni.

193.     Among the prominent groups belonging to the Front is the Hezbollah, which is regarded as Iran's proxy army and serves as the chief tool for the implementation of Iran's foreign policy.  In turn, Hezbollah is funded, armed and trained by the Iranian Revolutionary Guards.  Lebanon's Hezbollah movement was founded by Ali Akbar Mohtashemi, an Iranian Shiite cleric, in the aftermath of the 1982 Israeli invasion of Lebanon.  Its purpose is to support the Palestinians in Lebanon and fight against Israeli occupation of Lebanon.

**Iranian Provision of Safe Haven to Al Qaeda Fugitives**

194.     Iran has become a safe haven to senior al Qaeda fugitives.  There have also been reports that Iranian Revolutionary Guards assisted al Qaeda commanders in entering Iran from Afghanistan to Iran.  In addition to being a transit route, Iran also has allowed Al Qaeda to use the country as a staging area.

195.     On February 15, 2002, Turkish police arrested two Palestinians and a Jordanian who entered Turkey illegally from Iran on their way to conduct bombing attacks in Israel.  Turkish police said the three had fought for the Taliban, receiving

terrorist training from Afghanistan and were members of Beyyiat el-Imam, a group

linked to al Qaeda.  The terrorists said they were acting on orders from Abu Musaab,

whom Israeli intelligence has identified as Abu Musaab Zarqawi.  U.S. and Israeli

intelligence agencies say that Zarqawi had fled Afghanistan in October 2001 and later

turned u n Tehran under the protection of Iranian security forces.

196.    Upon information and belief, Zarqawi then left for Iraq where he received

medical treatment for one of his legs.  He then went to Syria.  Zarqawi also is linked with

Hezbollah.

197.    Although Iran was against the Taliban in Afghanistan prior to U.S. action,

that opposition did not translate into opposition to Osama bin Laden or Al Qaeda.  Under

the watchful surveillance of Iran's military and intelligence services, U.S. intelligence has

detected what it describes as a suspected Al Qaeda training camp in a remote area of

eastern Iran along the border with Afghanistan.  Overhead imagery shows a training

camp complete with a terrorist obstacle course and a rifle range, much like those Al

Qaeda used in Afghanistan to train for assassinations.

198.    For some time, the U.S. Government believes, Iranian officials who

control the military and intelligence services are working with Al Qaeda.  In April 2002,

Defense Secretary Donald Rumsfeld said "there is no question but that Al Qaeda has

moved into Iran, out of Iran to the south and dispersed to some other countries."  Israeli

intelligence also has told U.S. officials that it had strong evidence that Al Qaeda members

went through Iran and Iraq to the Bekaa Valley of Lebanon and teamed up with

Hezbollah.

199.    In a February 6, 2002 *Christian Science Monitor* article, a Saudi captive, Haji Mohamad Akram, a chef to Osama bin Laden, said in an interview that bin Laden had escaped to Iran following the bombing of Tora Bora in November 2001.  The captured Saudi chef further claims that bin Laden had three offers of escape. "One from Iraq, one from Iran, and another from some mafia types…We received a lot of Iranian currency, and the commanders distributed it to the soldier," he said, adding that he received 700,000 rials ($1,400) for personal use.

200.    Western intelligence sources also say that Al Qaeda has extended its involvement in the Palestinian areas by transferring a base of operation from Afghanistan to Lebanon and seeking to develop operatives and recruit personnel.  On 1 February 2002, the British daily, *The Times*, reported that a senior al Qaeda operative traveled to Lebanon in January 2002 to discuss the relocation with Hizballah leaders.  The operative was identified as a Yemeni national traveling under the alias of Salah Hajir.  He reportedly had discussed relocating with Hezbollah in Palestinan camps, particularly Ein al-Hilweh in southern Lebanon.

201.    Western intelligence agencies confirm that Syria has allowed between 150 and 200 al Qaeda operatives to settle in Ein el-Hilweh since the start of the U.S. offensive in Afghanistan.  These sources report that the group, including senior Al Qaeda commanders, arrived from Afghanistan through Iran and went directly to Lebanon.

202.    In August 2002, fighting had erupted when Al Qaeda operatives tried to gain control over the camp.  Lebanese officials said that the fighting was initiated by Al Qaeda in the camps, three of whom were killed.  There have been at least 19 bombings in

Ein al-Hilweh since the end of September 2002. Usbat al-Ansar is seen as the culprit behind the violence.

203.     Upon information and belief, Al Qaeda terrorists have escaped to eastern Iran following U.S. action in Afghanistan, in addition to western Pakistan. Both areas are known for a concentration of Sunni Muslims. The area encompasses the region called Baluchestan, with the eastern part of Iran being a haven for Sunni Arabs under heavy influence of Iraq to offset the Shiite regime in Tehran. The Iranian Ministry of Intelligence and Security (MOIS) is aware of the concentration of Al Qaeda terrorists in the region but has taken no action against them. MOIS began to monitor the eastern part of Iran due to the Mujahedin-E-Khalq (MEK), which is anti-Iranian but pro-Iraqi. The MEK has assisted the escape of members of Al Qaeda into Iran. In February 2003, U.S. intelligence agencies reported that Osama bin Laden's oldest son, Saad, is in Iran along with other senior al Qaeda terrorists. Saad bin Laden had been spotted in Iran in January 2003, according to U.S. officials. Saad bin Laden is believed to be a key leader of the Al Qaeda terrorist network since U.S. and allied forces ousted the ruling Taliban militia in Afghanistan. In testimony before the U.S. Senate in February 2003, CIA Director George Tenet said that "we see disturbing signs that al Qaeda has established a presence in both Iran and Iraq."

204.     Defense Secretary Donald H. Rumsfeld also said in a Senate hearing in September 2002 that the Iranian government is "currently harboring reasonably large numbers of al Qaeda." The al Qaeda (is) functioning in that country, both transiting and located, and operating, "Secretary Rumsfeld told the Senate Armed Services Committee.

## Cooperation among Hezbollah, Al Qaeda, Iran, and Iraq

205.     Intelligence officials said Iran's support for terrorists, including al Qaeda, in the past was carried out by agents of the Ministry of Intelligence and Security, and the Islamic Revolutionary Guards Corps Qods Force a/k/a Qods Division a/k/a  a/k/a Jerusalem Force.  The Defense Intelligence Agency in 2000 uncovered information linking al Qaeda to Iran's government.   Such cooperation among Iran, Iraq and the Hezbollah and Al Qaeda terrorist groups they support became publicly apparent in a February 18, 2003 Al-Zaman article in which Uday Hussein, son of deposed Iraqi President Saddam Hussein, conveyed messages to Hezbollah.    Adib Sha'ban (also spelled Adeeb Shabaan), trade and press secretary to Uday Hussein, reportedly conveyed messages to leaders of Hezbollah and other influential organizations and figures in Lebanon.    In a speech in Beirut in the presence of the Iranian ambassador to Lebanon, Hezbollah Secretary General Shaykh Hasan Nasrallah reportedly had called on the Iraqi opposition groups to reconcile with the Iraqi regime.  Uday Hussein urged Hezbollah and other Lebanese leaders to coordinate with party militias and Uday's organization, called the "fedayeen commandos of Saddam" if the United States launched a war against Iraq. Uday reportedly also had invited some of the leaders to a secret meeting in Iraq to discuss cooperation to carry out joint operations against U.S. interests in the world.

206.     In addition to Al Qaeda training bases, intelligence reports in August 2002 revealed that Al Qaeda leaders Abu Hafs the Mauritanian and Saif al-Adil were in eastern Iran. *The Washington Post* reported that the two may have been planning Al Qaeda operations from Iran.  This information coincides with reports of Zarqawi also going to Iran but leaving for Iraq and then Syria and possibly to Syrian-controlled territory in

Lebanon where Hezbollah operates.   This complicated picture mirrors an observation by Zakeri that Iranian Guards' intelligence under Morteza Reza'i had a close connection with Iraq.  Zakeri said that Reza'i had established commercial companies to create jobs for the Iranian Republican Guard.  He said that these companies started to deal with the Babil Company that had been chaired by Qusay Hussein since the mid-1990s.  In addition to smuggling and marketing Iraqi oil, the Iranian companies also smuggled Iraqi dates.

207.    In published accounts, Zakeri asserts that smuggling and trade cooperation between the Guards' intelligence and Iraq stopped about a year ago.  However, the Guards' intelligence had maintained some ties with Hussein and Iraqi intelligence up until U.S. action against Iraq.  In a further indication of Iranian-Iraqi intelligence cooperation, Zakeri said that there was coordination between the two on issues like confining the Kurds and confronting the United States.   Zakeri also revealed that the Ansar al-Islam organization in northern Iraq had the support and protection of the Iranian Guards and the Iraqi intelligence services.  Separately, it is known that members of Ansar al-Islam went back and forth to Iran and had as one of its leaders Abu Wa'il, whom separate data reveals was an Iraqi intelligence officer in Baghdad assisting Ansar al-Islam.

### Iranian Assistance to Other Islamic Terrorist Organizations

208.    According to claims made by Albanian authorities and the U.S. Central Intelligence Agency in 1998, Osama bin Laden set up the terrorist network in Albania, a Muslim country, to be used as a springboard for operations in Europe.   On March 22, 1998, the *Times of London* confirms that Bin Laden and the Iranian Revolutionary

338

Guards had "joined forces" by signing a pact on 16 February 1998 in Tehran to consolidate their operations in Albania and Kosovo, hoping "to turn the region into their main base for Islamic armed activity in Europe."

209.     These fighters were bolstered by hundreds of Iranian fighters, called Mujahadeen, who infiltrated from nearby Albania and called themselves the Kosovo Liberation Army.  Separate reporting reveals that the Iranian Revolutionary Guard operated from Albania to train KLA members.  Iran also used Albania as a base from which it smuggled arms and ammunition to the KLA.   According to Ephraim Kam, deputy director of Tel Aviv University's Jaffee Center for Strategic Studies, "Iran has been active in helping out the Kosovo rebels.  Iran sees Kosovo and Albania as containing Moslem communities that require help and Teheran is willing to do it."  In Albania, Iranian and Saudi representatives opened foundations to provide patronage.  An Islamic bank was launched in the Albanian capital of Tirana.  In Skadar, Iranian agents opened the Society of Ayatollah Khomeini.  In the Kosovo town of  Prizren, Islamic fundamentalists formed a society funded by the Iranian Culture Center in Belgrade.  Selected groups of Albanians were sent to Iran to study that country's version of militant Islam.  Based on U.S. congressional sources, the former Clinton administration was fully aware of Iranian activities in Bosnia and Kosovo, but looked the other way to maintain the 1995 Dayton Accords.  One congressional source asserts that the Clinton administration wanted "to keep the lid on the pot at all costs.  And if that means that Iran benefits and operates freely in the region," he added, "so be it.  Needless to say, the Europeans have been quite upset by this."

## The Terrorist Attacks on September 11, 2001

210.     On September 11, 2001, Defendants Mohammed Atta, Abdul Aziz al-Omari, Wa'il al-Shehri, Waleed al-Shehri, and Satam Al Suqami hijacked American Airlines flight 11 carrying 92 persons, bound from Boston to Los Angeles, and at approximately 8:46 a.m., crashed it into the North Tower (also known as Tower 1) of the World Trade Center in New York.

211.     On September 11, 2001, Defendants Marwan al-Shehhi, Fayez Ahmed a/k/a/ "Banihamad Fayez," Ahmed al-Ghamdi, Hamza al-Ghamdi, and Mohaud al-Shehri hijacked United Airlines Flight 175 carrying 65 persons, bound from Boston to Los Angeles, and at approximately 9:02 a.m. crashed it into the South Tower (also known as Tower 2) of the World Trade Center in New York.

212.     On September 11, 2001, Defendants Khalid al-Mihdhar, Nawaf al-Hazmi, Hani Hanjour, Salem al-Hazmi and Majed Moqed hijacked American Airlines Flight 77 carrying 64 persons, bound from Virginia to Los Angeles, and at approximately 9:37 AM, crashed it into the Pentagon.

213.     On September 11, 2001, Defendants Zihad Jarrah, Ahmed al-Haznawu, Saeed al-Ghamdi, and Ahmed al-Nami hijacked American Airlines flight 93 carrying 45 persons, bound from Newark to San Francisco with the intention of crashing it into a target in Washington, D.C., probably the White House or U.S. Capitol.  At approximately 10:10 a.m., because of the heroic intervention of Flight 93's passengers, the aircraft crashed into a field in Shanksville, Pennsylvania.

214.     At approximately 9:59 a.m. the South Tower of the World Trade Center (2 World Trade Center) collapsed; at approximately 10:28 a.m. the North Tower of the

World Trade Center (1 World Trade Center) collapsed.  Defendants intentionally caused the deaths of and injuries to thousands of innocent persons, including Plaintiffs' decedent John Patrick O'Neill, Sr.

215.    The hijackings referenced above were the culmination of a conspiracy among the defendants to attack the United States and murder United States citizens and to disrupt economic activities within the United States and of the victims of the attacks.

## AFTERMATH OF SEPTEMBER 11th

216.    On two videotapes made by Al Qaeda in September and October 2001, Bin  Laden took credit for the September 11th attacks and stated that the attacks went better than expected.

217.    Saddam Hussein is the only national leader who publicly praised the attacks and said that the United States of America deserved them.  Iraq has offered sanctuary to Bin Laden and Taliban leaders.  Abu Zeinab al-Quarairy, an Iraqi defector who was an officer in the Mukhabarat and was familiar with its operations, reported that when he learned about the World Trade Center attacks on September 11th, he turned to a friend and said "That's ours."

218.    Upon information and belief, several hundred Al Qaeda members, including Abu Abdul Rahman, fled Afghanistan for Kurdistan in Iraq to try to take control of towns not under the control of Saddam Hussein and Iraq, including Halabja, Tawela, and Biyarah.  On September 23, 2001, Kurdish forces ousted Ansar al-Islam from Halabja, but the Islamic fundamentalist group remained in control of Tawela and Biyarah.

219.     Israeli intelligence sources verify that for the past two years, Iraqi
Intelligence officers have been shuttling back and forth between Baghdad and
Afghanistan.  According to the Israelis, one of these Iraqi Intelligence officers, Salah
Suleiman, was captured in October 2001 by Pakistani officials near the border between
Pakistan and Afghanistan.

220.     The British Government has also identified at least two individuals who
are Iraqi Intelligence officers trained in Iraq in the use of terror against the Kurds in
Northern Iraq.  They are Fowzi Saad al-Obeijdi, a/k/a Abu Zubair and Abu Omer al-
Kurdi, a/k/a Rafid Fatah.  Although they are Iraqi Intelligence officers still linked to the
former Hussein Iraqi government, they are also Al Qaeda operatives.  In its published
dossier to show Iraq's links to Osama Bin Laden, the British government added that Iraq
had allowed al-Qaeda and Bin Laden to train in Iraq.

221.     In March 2002, U.S. and allied forces discovered a laboratory near
Khandahar, Afghanistan that was designed to produce weapons-grade anthrax.  Upon
information and belief, Iraqi Intelligence were supplying technology, materials, and
training to develop this facility in coordination with Al Qaeda and the Taliban.
Instruction documents on an artillery weapon known as the "Super Gun" were found in
Al Qaeda camps when they were captured by U.S. forces in the winter of 2001-2002.
Iraq is the only state known to have purchased and assembled the Super Gun, a weapon
so large it must be constructed in segments.  It has a range of several hundred miles.
U.S. Government officials, including the U.S. Defense Secretary, confirm the relationship
between Al Qaeda and the Iraqi regime.  The Secretary of Defense as recently as March

342

2003 stated that there is "solid evidence" that senior Al Qaeda operatives have visited Baghdad and that the intelligence on these activities is "current."

222.    Attached hereto as Exhibits and incorporated herein as if set forth at length are the following More Definite Statements/Additional Allegations:

a)    Exhibit A- Victims List

b)    Exhibit B- More Definite Statement- Erwin Wachter

c)    Exhibit C- More Definite Statement- Martin Wachter

d)    Exhibit D- More Definite Statement- Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr.

e)    Exhibit E- More Definite Statement- Sercor Trehand Anstalt

f)    Exhibit F- Asat Trust Reg.

g)    Exhibit G- Taha Al Alwani

## CAUSES OF ACTION

## *AS AND FOR THE FIRST CAUSE OF ACTION*

## COUNT I
## WRONGFUL DEATH

223.    Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

224.    As a direct and proximate cause of the willful, wrongful, intentional and reckless acts of Defendants, John Patrick O'Neill, Sr. was killed by the attack upon and subsequent collapse of the World Trade Center in New York City.

225.     Defendants are directly and vicariously responsible for the terrorists' actions, because they funded, trained and directed the terrorist hijackers and acted in concert in sponsoring the terrorist attack on the World Trade Center.

226.     As a proximate result of these acts, Plaintiffs have suffered injury and loss, including both economic and non-economic damages, in an amount to be proven at trial. The economic damages, include, but are not limited to, losses to business and property, loss of income, loss of support, loss and/or damage to personal property, and funeral and burial expenses.

227.     For the reasons stated above, Defendants are jointly and severally liable to Plaintiffs.

WHEREFORE, Plaintiffs demand that judgment be entered against Defendants, jointly and severally, in the amount of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) in compensatory damages, plus interest, costs, punitive damages, and such other monetary and equitable relief as is just and proper for each Plaintiff.

### *AS AND FOR THE SECOND CAUSE OF ACTION*

### COUNT II
### ACTION FOR SURVIVAL DAMAGES

228.     Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

229.     Immediately before his death, Decedent John Patrick O'Neill, Sr. suffered extreme bodily pain and suffering as a result of the attack upon and subsequent collapse World Trade Center thereby entitling his Estate to compensatory damages.

344

230.     Defendants are directly and vicariously responsible for the attack upon and subsequent collapse of the World Trade Center because they funded, trained, and directed the terrorist hijackers and acted in concert in sponsoring the terrorist attack on the World Trade Center.

231.     As a proximate result of these acts, Plaintiffs have suffered injury and loss in an amount to be proven at trial.

232.     For the reasons stated above, Defendants are jointly and severally liable to Decedent's estate.

WHEREFORE, Plaintiffs demand that judgment be entered against Defendants, jointly and severally, in the amount of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) in compensatory damages, plus interest, costs, punitive damages, and such other monetary and equitable relief as is just and proper for each Plaintiff.

### *AS AND FOR THE THIRD CAUSE OF ACTION*

## COUNT III
## ACTION FOR ECONOMIC DAMAGES

233.     Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

234.     As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of the Defendants, Plaintiffs incurred economic damages through the deprivation of Decedent's income in an amount to be proven at trial.

235.     Defendants are directly and vicariously responsible for the terrorists' actions, because they funded, trained and directed the terrorist hijackers and acted in

concert in sponsoring the attack upon and subsequent collapse of the World Trade Center. As a proximate result of these acts, Plaintiffs have suffered injury and loss.

236.     For the reasons stated above, Defendants are jointly and severally liable to the Decedent's Estate.

WHEREFORE, Plaintiffs demand that judgment be entered against Defendants, jointly and severally, in the amount of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) in compensatory damages, plus interest, costs, punitive damages, and such other monetary and equitable relief as is just and proper for each Plaintiff.

### *AS AND FOR THE FOURTH CAUSE OF ACTION*

### COUNT IV
### ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

237.     Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

238.     The act of crashing two airplanes into the twin towers of the World Trade Center in New York, NY with the intent to kill Americans, and which, in fact, did kill American John Patrick O'Neill, Sr. constituted extreme and outrageous conduct on the part of the Defendants.

239.     Plaintiff John Patrick O'Neill Jr. was on his way to visit his father at the World Trade Center at the time the attacks occurred.  He was on a New York-bound commuter train from New Jersey, when a fellow passenger told him that a plane had just struck the World Trade Center.  Plaintiff John Patrick O'Neill, Jr. reached his father by cell phone at 9:17 A.M., and confirmed that the Center had been attacked and that his father was alive and well.   When the commuter train got nearer to Manhattan, John

Patrick O'Neill Jr. could see the smoke billowing from the World Trade Center site. John Patrick O'Neill, Jr. arrived at Penn Station, and immediately ran downtown towards the World Trade Center. John Patrick O'Neill, Jr. made it to the vicinity of St. Vincent's hospital from where he watched in horror as the first of the towers collapsed, knowing that his father was probably inside. From there he ran to the police station known as Southern District of Manhattan, First Precinct, which is approximately four blocks away from the Trade Center. From there he witnessed the collapse of the second tower. John Patrick O'Neill, Jr. repeatedly tried to call his father's cell phone number, and could not get through. When he finally did get through, he only reached his father's voicemail. He would have been inside his father's office and become a casualty himself had he taken an earlier train.

240.    Plaintiff Christine Irene O'Neill received a call from John Patrick O'Neill, Sr. at 8:53 A.M., less then ten minutes after the first plane struck. He told her what had occurred and that he was alive and well. She turned on the television and was horrified as she watched the live coverage of the second plane striking and of the subsequent collapses of both towers.

241.    Plaintiff Carol O'Neill is the daughter of the late John Patrick O'Neill, Sr. She was in her high school class in New Jersey at the time of the attacks on September 11, 2001. When the first plane hit the World Trade Center, classes were interrupted and every student in the school was given access to a television to watch the events unfold. Soon thereafter, she watched the Second plane hit the World Trade Center, and then watched both Towers collapse. She knew that her father was in one of the two Towers, and was fearful for his life.

242.     Plaintiff Dorothy A. O'Neill was the mother of John Patrick O'Neill, Sr. John Patrick O'Neill, Sr. was her only son.  She was at her home in New Jersey at the time of the attacks of September 11, 2001.  She was watching television when the news interrupted the show she was watching, to show the first plane hit the World Trade Center.  She subsequently watched the second plane hit the World Trade Center, and then both Towers collapsing.  She knew that her only son was in one of the two Towers, and was fearful for his life.

243.     As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of the Defendants, Plaintiffs suffered extreme emotional distress, including extreme mental anguish and emotional and physical pain and suffering in an amount to be proven at trial.

244.     Defendants are directly and vicariously responsible for the terrorist hijackers' actions, because they funded, trained and directed the terrorist hijackers and acted in concert in sponsoring the attack upon and subsequent collapse of the World Trade Center.

245.     As a proximate result of these acts, Plaintiffs have suffered injury and loss.

 WHEREFORE, Plaintiffs demand that judgment be entered against Defendants, jointly and  severally, in the amount of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) in compensatory damages, plus interest, costs, punitive damages, and such other monetary and equitable relief as is just and proper for each Plaintiff.

## *AS AND FOR THE FIFTH CAUSE OF ACTION*

### COUNT V
### ACTION FOR LOSS OF CONSORTIUM

246.     Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

247.     As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of the terrorist hijackers, Plaintiff Christine Irene O'Neill was deprived of the assistance, society, companionship, and consortium of her husband, John Patrick O'Neill, Sr.  This caused Plaintiff Christine Irene O'Neill to suffer, among other things, extreme mental anguish and emotional and physical pain and suffering in an amount to be proven at trial.

WHEREFORE, Plaintiffs demand that judgment be entered against Defendants, jointly and severally, in the amount of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) in compensatory damages, plus interest, costs, punitive damages, and such other monetary and equitable relief as is just and proper for each Plaintiff.

## *AS AND FOR THE SIXTH CAUSE OF ACTION*

### COUNT VI
### ACTION FOR LOSS OF SOLATIUM

248.     Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

249.     As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of the terrorist hijackers, John Patrick O'Neill, Jr., Christine Irene O'Neill,

Carol O'Neill and Dorothy A. O'Neill, and were deprived of the assistance, society, and companionship of their father, husband and son, respectively, John Patrick O'Neill, Sr. This loss caused John Patrick O'Neill, Jr., Christine Irene O'Neill, Carol O'Neill and Dorothy A. O'Neill to suffer, among other things, extreme mental anguish and emotional and physical pain and suffering in an amount to be proven at trial.

250.    For the reasons stated above, and pursuant to 28 U.S.C. §1605, which specifically authorizes a cause of action of solatium in civil actions for money damages resulting from terrorist acts, Defendants are jointly and severally liable to Plaintiffs.

WHERFORE, Plaintiffs demand that judgment be entered against Defendants, jointly and severally, in compensatory damages, plus interest, costs, punitive damages, and such other monetary and equitable relief as is just and proper for each Plaintiff, in the amount of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) for each Plaintiff.

### *AS AND FOR THE SEVENTH CAUSE OF ACTION*

### COUNT VII
### CONSPIRACY

251.    Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

252.    As set forth above, the defendants unlawfully, willfully and knowingly combined, conspired, confederated, aided and abetted, tacitly and/or expressly agreed to participate in unlawful and tortious acts pursuant to a common course of conduct, resulting in the death and injury of Plaintiffs.

350

253.     As set forth above, the defendants conspired with and agreed to provide material support, funding, sponsorship and/or resources to Al Qaeda, Osama bin Laden, and the sponsors of terror.

254.     As set forth above, Defendants engaged in common, concerted and conspiratorial acts, efforts, transactions, and activities designed and intended to cause a terrorist attack on the United States, its citizens and society, and attack those foreign citizens found within the United States, resulting in the harm to Plaintiffs, which was done pursuant to and furtherance of this common scheme.

255.     Defendants' concert of action and conspiracy to support and promote Osama bin Laden and Al Qaeda were a proximate cause of the September 11, 2001, terrorist attacks that killed and injured the Plaintiffs.

256.     As a result of Defendants' concert of action and conspiracy to further terror, Plaintiff has suffered damages as set forth herein.

WHEREFORE, Plaintiffs demand judgment in their favor against all Defendants, jointly, severally, and/or individually, in an amount in excess of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) in compensatory damages, plus interest, punitive damages, costs, and such other monetary and equitable relief as this Honorable Court deems appropriate to prevent Defendants from ever again committing terrorist acts.

### *AS AND FOR THE EIGHTH CAUSE OF ACTION*

### COUNT VIII
### 18 U.S.C. §2333-TREBLE DAMAGES FOR U.S. NATIONALS

257.     Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

351

258.     As set forth above, Defendants, jointly, severally and proximately caused the deaths and injuries of Plaintiff's person, property and business through and by reason of acts of international terrorism.

259.     As set forth above, Defendants provided material support and assistance to Osama bin Laden, Al Qaeda and the September 11, 2001 terrorists, enabling them to carry out terrorist attacks on the United States, including the September 11, 2001 terrorist attacks.

260.     As a result of Defendants' acts in furtherance of international terrorism, Plaintiff suffered damages as set forth herein.

261.     Pursuant to 18 U.S.C. §2333, et. seq., the estates, survivors and heirs of the decedents who are nationals of the United States are entitled to recover threefold the damages they have sustained and the cost of suit, including attorneys' fees.

WHEREFORE, Plaintiffs, who are nationals of the United States, demand judgment in their favor against all Defendants, jointly, severally, and/or individually, and demand treble damages in excess of THREE HUNDRED MILLION DOLLARS ($300,000,000.00), plus interest, costs, and such other monetary and equitable relief as this Honorable Court deems appropriate to prevent Defendants from ever again committing such terrorist acts.

## *AS AND FOR THE NINTH CAUSE OF ACTION*

### COUNT IX

### VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT
### 18 U.S.C. § 1964

262.     Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

263.     Non-sovereign Defendants are each "persons" within the meaning of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, et seq. ("RICO").

264.     The Defendant charities, banks, and terrorists are each an "enterprise" within the meaning of RICO, the activities of which affects interstate and foreign commerce.

265.     The enterprise ("Radical Muslim Terrorism") is comprised of the defendants named in the First Amended Complaint well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* (SDNY 04-CV-1076 (RCC)), and is a collection of the persons, organizations, businesses, and nations associated in fact.

266.     *Alternatively,* the enterprise ("al Qaida") is comprised of the defendants named in the First Amended Complaint well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* (SDNY 04-CV-1076(RCC)), and is a collection of the persons, organizations, businesses, and nations associated in fact.

267.     *Alternatively*, the enterprise ("International Islamic Front for the Jihad Against Jews and Crusaders") is comprised of the defendants named in the First Amended Complaint well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* (SDNY 04-CV-1076 (RCC)), and is a collection of the persons, organizations, businesses, and nations associated in fact.

268.     "Radical Muslim Terrorism", "al Qaida", and "The International Islamic Front for Jihad against Jews and Crusaders" are each an "enterprise" within the meaning of RICO, the activities of which affects interstate and foreign commerce.

269.     By virtue of the predicate acts described in this Complaint, including without limitations, engaging in the predicate acts of terrorism, murder, kidnapping, forgery, false use and misuse of passports, fraud and misuse of visas, laundering of monetary instruments, engaging in monetary transaction in improperly derived from unlawful activity, the use of interstate commerce, interstate transportation of terrorist property, and bringing in and harboring illegal aliens, and aiding and assisting illegal aliens in entering the United States, Osama bin Laden and Al Qaeda, along with other non-sovereign Defendants herein, transferred, received, and supplied financing and income that was derived, both directly and indirectly, from a pattern of racketeering activity in which each of them participated as a principal, and used and invested, both directly and indirectly, such income and the proceeds of such income, in establishing and operating terrorist enterprises in violation of 18 U.S.C. § 1962(b), (c) and/or (d).

270.     The non-sovereign Defendants herein conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or

management of the operation of the Enterprise itself.  Such defendants conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

271.    The Enterprise was formed and funded for the purpose of extortion:  to force the United States, Israel, and other Western nations, and their citizens, to discontinue support of certain governments in the Middle East and otherwise to disengage from the Middle East.  The extortion was carried out under the threat and practice of the predicate acts of murder, kidnapping, piracy, bombing, and other crimes directed at the citizens, business, and economic infrastructure of the target countries. Over time, these threats have escalated into threats and accompanying efforts to inflict the maximum possible damage through each such predicate act.

272.    As a direct and proximate result of Defendants' violation of 18 U.S.C. § 1962(b), (c) and/or (d). , Plaintiffs suffered the loss of valuable property, financial services and support, and suffered other pecuniary damages in an amount to be determined at trial, and are entitled to bring this action pursuant to 18 U.S.C. Sec. 1964(c).

273.    Plaintiffs and Plaintiffs' Decedent's loss of business and property included loss of tangible and intangible personal property, loss of employment, personal effects, pecuniary losses, past and future wages and profits, business opportunities, personal property, support, funeral and burial expenses, prospective inheritance, and the other economic contributions that the Decedents would have made to the Plaintiffs' households.  Such losses were intended by Defendants, whose purpose was to inflict the

docs-100490870.3

maximum possible damage on the United States, its citizens, residents, visitors, businesses, and property.

274.    The loss of life and the damages to business and property related thereto that resulted from the actions of the defendants are a direct causal result of the violation of the RICO statute, and are not a derivative claim of damage to a third party. The Plaintiffs, both named and as a class, were the "reasonably foreseeable victims of a RICO violation" and the "intended victims of the racketeering enterprise."

275.    Each defendant is jointly and severally liable for all damages sustained by each plaintiff in the loss of life and damage to business and property related thereto.

WHEREFORE, Plaintiffs demand judgment in their favor against all Defendants, jointly, severally, and/or individually, in an amount to be determined at trial, but not less than ONE HUNDRED MILLION DOLLARS ($100,000,000.00) and for treble damages in an amount in excess of THREE HUNDRED MILLION DOLLARS ($300,000,000.00) plus interest, costs, legal fees, and such other monetary and equitable relief as this Honorable Court deems appropriate to prevent  Defendants from ever again committing such terrorist acts.

### *AS AND FOR THE TENTH CAUSE OF ACTION*

### COUNT X
### ACTION FOR PUNITIVE DAMAGES

276.    Plaintiffs repeat, allege and hereby incorporate by reference the preceding allegations as though the same were fully and completely set forth herein.

277.    The actions of Defendants, acting in concert to carry out their unlawful objectives, were malicious and willful, wanton and reckless in their disregard of the life

of John Patrick O'Neill, Sr. and the other victims of the September 11 terrorist attacks. Defendants intended to carry out actions that would end the lives of persons at the World Trade Center, including the life of John Patrick O'Neill, Sr.

278.   Defendants Saddam Hussein, the Estate of  Qusay Hussein, the Estate of Uday Hussein, Husham Hussein, Tahya Yassin Ramadan, Muhammed Madhi Salah, Faruq Al-Hijazi, Salah Suleiman, Ahmed Khalil Ibrahim Samir al-Ani, Habib Faris Adullah al-Mamouri, Abdel Hussein, a/k/a "The Ghost," Osama Bin Laden, Saad Bin Laden, Haqui Ismail, Taha Al Alwani, Abu Agab, and Abu Waiel, Osama Bin Laden, The Al Qaeda Islamic Agency, Egyptian Islamic Jihad, Abu Sayyaf, Hamsiraji Sali, Abu Musab Zarqawi, Abu Zubaydh, Khalid Sheikh Mohammed, Abu Abdul Rahman, Mohammed Jasmin al-Ali, Schreiber & Zindel, Dr. Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr., Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, Abdul Rahman Yasin, Ahmad I. Nasreddin, Al Taqwa Bank, Al Taqwa Trade, Property, and Industry, Ltd., Al-Gammah Al Islamiah, Ayman al-Zawahiri, Albert Freidrich Armand Huber a/k/a/ "Armand Huber," Ali Ghaleb Himmat, Asat Trust Reg., Nada Management Organization, S.A., Yousef M. Nada, Yousef M. Nada & Co, Gesellschaft, M.B.H, Barzan e-Tikriti, Metalor, Banca del Gottardo, Abdulaziz al Omari, Wail al Shehri, Waleed M. Al Shehri, Satam M.A. al Squami, Mohammed Atta, Fayez Ahmed a/k/a Banihammad Fayez, Ahmed al-Ghamdi, Hamza al-Ghamdi, Marwan al-Shehhi, Mohald al-Shehri, Khalid al-Midhar, Nawaf al-Hazmi, Salem al-Hazmi, Hani Hanjour, Majed Moqued, Saeed al Ghamdi, Ahmed Ibrahim A. al Haznawi, Ahmed al Nami, Ziad Samir Jarrah, Zaracias Moussaui, Muhammad Atef, The Taliban, Muhammad Omar, Muslim Brotherhood – Syrian Branch, Muslim Brotherhood – Egyptian Branch, Muslim

357

Brotherhood – Jordanian Branch, Muslim Brotherhood – Kuwaiti Branch, Muslim Brotherhood – Iraqi Branch, Iranian Ministry of Intelligence and Security (MOIS), Iranian Revolutionary Guard Corps, Iranian Revolutionary Guard Corps – Qods Division, Akida Bank Private Limited, Akida Investment Co. Ltd, Nasco Business Residence, CenterSAS DI Nasreddin Ahmed Idris EC, Nasco Nasreddin Holding A.S., Nascoservice S.R. L., Nascotex S.A., Nasreddin Company Nasco SAS DI Ahmed Idris Nasreddin EC, Nasreddin Foundation, Nasreddin Group International Holding Limited, Nasreddin International Group Limited Holding, Abu Hafs the Maritanian, Saif al-Adil. Imad Mughniyeh, Hezbollah Secretary General  Hassan Nasrallah, Iranian Supreme Leader Ayatollah Ali Khamenei, Usbat al-Ansar, Ahmad Vahedi, Hossein Mosleh, Morteza Reza'i, Salah Hajir and Adib Sha'ban a/k/a Adeeb Shabaan,  Hezbollah, Iranian Minister of Intelligence and Security Ali Fallahian, Iranian Revoluntionary Guard Corpos Deputy Commander Brig General Mohammad Baqer Zolqadr, Ayman al-Zawarhiri, Ali Ghaleb Himmat, Nada International Anstalt, Youssef M. Nada & Co., and John Does 1-67, caused the extrajudicial killing of John Patrick O'Neill, Sr.

279.    For the reasons stated above, and pursuant to 28 U.S.C. §1605 note and 28 U.S.C. §1606, which specifically authorizes a cause of action for punitive damages in civil actions for money damages resulting from terrorist acts, Defendants are jointly and severally liable to Plaintiffs.

WHEREFORE, Plaintiffs collectively demand that judgment in their favor be entered against Defendants, jointly and severally, in the amount of ONE BILLION DOLLARS ($1,000,000,000.00) in punitive damages, costs, and such other monetary and

equitable relief as this Court deems appropriate to prevent Defendants from ever again committing terrorist acts.

## ADDITIONAL PLAINTIFFS' COUNTS AND REQUESTED RELIEF AGAINST THE TALIBAN

280.    Additional Plaintiffs in Appendix 1 repeat, allege, incorporate by reference and adopt the preceding and forthcoming allegations and Causes of Action I through X against the Taliban and seek comparable relief to the O'Neill Plaintiffs in amounts to be determined at trial against the Taliban arising out of the death or injury of a 9/11 Victim as set forth in Appendix 1.

WHEREFORE, Additional Plaintiffs in Appendix 1 collectively demand that judgment in their favor be entered against the Taliban, jointly and severally, in the amount of ONE TRILLION DOLLARS ($1,000,000,000,000.00) in compensatory damages, plus pre- and post-interest, punitive damages, costs and expenses, attorneys' fees, treble damages and such other monetary and equitable relief as this Court deems appropriate to prevent the Taliban from ever again committing terrorist acts.

## RELIEF REQUESTED

281.    WHEREFORE, Plaintiffs request that the court grant judgment in their favor and against Defendants, jointly and severally, on Counts I through X, and grant plaintiffs:

    a.      Compensatory Damages against Defendants, for each cause of
            action in the amounts described above, including Counts I, II, III, IV, V,
            VI, VII, and IX, as established at trial;

b.        Punitive damages against Defendants, as provided for in Counts I-

VII, and X, inclusive,  in the amount of ONE BILLION DOLLARS

($1,000,000,000.00), as determined by the trier of fact;

c.        Treble damages as provided for by law as to counts VIII and IX;

d.        Reasonable costs and expenses;

e.        For prejudgment and post-judgment interest on those damages as

allowed by law;

f.        Reasonable attorneys' fees; and,

g.        Such other and further relief that the court may determine to be just

and equitable under the circumstances.


Dated:  June 14, 2022

Respectfully submitted,


*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esquire
Bruce Strong, Esquire
Hon. Ethan Greenberg (ret.)
Alexander Greene, Esquire
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com
egreenberg@andersonkill.com
agreene@andersonkill.com

*Attorneys for the Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____x

*In re Terrorist Attacks on September 11, 2001*                **03 MDL 1570**
_____x


_____
                                                    :
ESTATE OF JOHN P. O'NEILL, *et al.,*                :
                          Plaintiffs,               :        2004 CV 1076
                                                    :
                 v.                                 :        DEMAND
                                                    :        FOR  JURY TRIAL
                                                    :
REPUBLIC OF IRAN, *et. al.*                         :
                          Defendants.               :
_____:


        Plaintiffs hereby demands trial by jury pursuant to the Federal Rules of Civil

Procedure, Rule 38(b) on all issues properly heard by a jury.



Dated:    June 14, 2022



                                        By   */s/ Jerry S. Goldman*
                                          _____
                                             Jerry S. Goldman, Esquire
                                             ANDERSON KILL P.C.
                                             1251 Avenue of the Americas
                                             New York, New York 10020
                                             Telephone: 212-278-1000
                                             jgoldman@andersonkill.com

                                             *Attorneys for the Plaintiffs*



                                        361

APPENDIX 1

1.      Erik K. Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erik K. Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2.      Gordon Aamoth, Sr., individually, as surviving parent of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gordon Aamoth, Sr. is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3.      Gordon Aamoth, Sr., as the Personal Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gordon Aamoth, Sr. is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

4.      Mary Aamoth, individually, as surviving parent of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

5.      Peter Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

6.      Lloyd A. Abel Jr., individually, as surviving sibling of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Jr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

7.      Lloyd A. Abel Sr., individually, as surviving parent of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Sr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

362

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

8.     Lloyd A. Abel Sr., as the Personal Representative of the Estate of Laurence C. Abel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Sr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

9.     Roberta Agyeman, individually, as surviving child of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roberta Agyeman is a resident of New York. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

10.    Joseph Ameyaw, individually, as surviving spouse of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Ameyaw is a resident of New York. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

11.    BNY Mellon, as the Personal Representative of the Estate of Sophia Addo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

12.    Angeli Ylanan Agarwala, individually, as surviving child of Mukul Kumar Agarwala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeli Ylanan Agarwala is a resident of New Jersey. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

13.    Robert Langdon, as Personal Representative of the Estate of Edward Ahearn, deceased, the late parent of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Langdon, as Personal Representative of the Estate of Edward Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

14.     Elizabeth A. Ahearn, individually, as surviving sibling of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth A. Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

15.     Debra Ahearn, as the Personal Representative of the Estate of Brian G. Ahearn, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

16.     June Ahearn, individually, as surviving parent of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Ahearn is a resident of Florida. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

17.     Jeba Ahmed, individually, as surviving spouse of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeba Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

18.     Nadia Ahmed, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nadia Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

19.     Thanbir Ahmed, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thanbir Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

20.     Salma Ahmed-Green, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salma Ahmed-Green is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

21.     Abdul Mosobbir, individually, as surviving sibling of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdul Mosobbir is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

22.     Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeba Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

23.     Andrew Albero, individually, as surviving sibling of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

24.     Aracelis Albero, individually, as surviving spouse of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aracelis Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

25.     Aracelis Albero, as the Personal Representative of the Estate of Gary Albero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aracelis Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

26.     Kevin Albero, individually, as surviving sibling of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

27.     Michael A. Albero, individually, as surviving child of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael A. Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

28.     Kevin Albero and Andrew Albero as co-Personal Representatives of the Estate of Andrew P. Albero, deceased, the late parent of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Albero and Andrew Albero as co-Personal Representatives of the Estate of Andrew P. Albero are residents of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

29.     Patricia Albero (c/o Attorney-in-Fact, Fred Corrado), individually, as surviving parent of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Albero (c/o Attorney-in-Fact, Fred Corrado) is a resident of Florida. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

30.     Willie Aldridge Jr., individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Willie Aldridge Jr. is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

31.     Delores Aldridge a/k/a Delores Aldridge Essuon, individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delores Aldridge a/k/a Delores Aldridge Essuon is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

32.     Marjorie Aldridge-Holder, individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marjorie Aldridge-Holder is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

33.     Lafayette Frederick, individually, as surviving spouse of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lafayette Frederick is a resident of North Carolina. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

34.     Lafayette Frederick, as the Personal Representative of the Estate of Jacquelyn D. Aldridge, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lafayette Frederick is a resident of North Carolina. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

366

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

35.     Barry Allen, individually, as surviving sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

36.     Marian Allen, individually, as surviving sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marian Allen is a resident of Florida. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

37.     Barry Allen as Personal Representative of the Estate of Edward Allen , deceased, the late sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen as Personal Representative of the Estate of Edward Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

38.     Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen, deceased, the late parent of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

39.     Denise Allen, individually, as surviving parent of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

40.     Denise Allen, as the Personal Representative of the Estate of Richard L. Allen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

41.     Richard Allen, individually, as surviving parent of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

42.     Robert C. Alonso, individually, as surviving spouse of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

43.     Robert C. Alonso, as the Personal Representative of the Estate of Janet Alonso, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

44.     Victoria Alonso, individually, as surviving child of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

45.     Robert C. Alonso Jr., individually, as surviving child of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso Jr. is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

46.     Karen Banyo, individually, as surviving sibling of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Banyo is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

47.     Cheryl A. Russo, individually, as surviving sibling of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl A. Russo is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

48.     Filiberta Barragan, individually, as surviving spouse of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Filiberta Barragan is a resident of New York. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

49.     Giovanni Javier, individually, as surviving child of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Giovanni Javier is a resident of New York. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

50.     BNY Mellon, as the Personal Representative of the Estate of Antonio J. Alvarez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. BNY Mellon is a resident of New York. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

51.     Anthony Amatuccio, individually, as surviving sibling of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Amatuccio is a resident of Minnesota. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

52.     Antoinette Amatuccio a/k/a Antoinette R. Callori, individually, as surviving sibling of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Amatuccio a/k/a Antoinette R. Callori is a resident of Pennsylvania. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

53.     Debra Amatuccio, individually, as surviving spouse of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

54.     Debra Amatuccio, as the Personal Representative of the Estate of Joseph Amatuccio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

55.     Dina Amatuccio, individually, as surviving child of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

56.     Joseph Amatuccio, individually, as surviving child of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

57.     Karen Amundson, individually, as surviving parent of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

58.     Orland Amundson, individually, as surviving parent of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orland Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

59.     Ryan Amundson, individually, as surviving sibling of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

60.     Amber A. Amundson, as the Personal Representative of the Estate of Spc. Craig Amundson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber A. Amundson is a resident of New Mexico. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

61.     Rachel Dana Aron Weiner, individually, as surviving spouse of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Dana Aron Weiner is a resident of Pennsylvania. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

62.     Rachel Dana Aron Weiner, as the Personal Representative of the Estate of Joshua Aron, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Dana Aron Weiner is a resident of Pennsylvania. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

63.     Carl Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

64.     Heloiza Asaro, individually, as surviving spouse of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heloiza Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

65.     Heloiza Asaro, as the Personal Representative of the Estate of Carl Asaro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heloiza Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

66.     Marc Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

67.     Matthew Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

68.     Phillip Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

69.     Rebecca Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Asaro is a resident

371

of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

70.     Jason Audiffred, individually, as surviving child of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Audiffred is a resident of Florida. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

71.     Robin Audiffred, individually, as surviving spouse of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Audiffred is a resident of New York. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

72.     Robin Audiffred, as the Personal Representative of the Estate of James Audiffred, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Audiffred is a resident of New York. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

73.     Antonio Aversano, individually, as surviving child of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio Aversano is a resident of California. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

74.     Doris Aversano, individually, as surviving spouse of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Aversano is a resident of New Jersey. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

75.     Doris Aversano, as the Personal Representative of the Estate of Louis F. Aversano Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Aversano is a resident of New Jersey. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

76.     Rosemary Aversano, individually, as surviving child of Louis F. Aversano Jr., is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Aversano
is a resident of New York. Louis F. Aversano Jr. is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Taliban provided material support and assistance
in furtherance of the attacks.

77.     Lisa R. Procaccio, individually, as surviving child of Louis F. Aversano Jr., is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa R. Procaccio is
a resident of New Jersey. Louis F. Aversano Jr. is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Taliban provided material support and assistance
in furtherance of the attacks.

78.     Leyda Colon-Ayala, individually, as surviving spouse of Samuel (Sandy) Ayala,
is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leyda Colon-
Ayala is a resident of New York. Samuel (Sandy) Ayala is one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support
and assistance in furtherance of the attacks.

79.     Leyda Colon-Ayala, as the Personal Representative of the Estate of Samuel
(Sandy) Ayala, deceased, on behalf of the Estate, and on behalf of all survivors and all
legally entitled beneficiaries and family members of Samuel (Sandy) Ayala, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Leyda Colon-Ayala is a
resident of New York. Samuel (Sandy) Ayala is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Taliban provided material support and assistance
in furtherance of the attacks.

80.     Samantha Ayala, individually, as surviving child of Samuel (Sandy) Ayala, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Ayala is a
resident of Kentucky. Samuel (Sandy) Ayala is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

81.     Vincent Babakitis, individually, as surviving child of Arlene T. Babakitis, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Babakitis is
a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Taliban provided material support and assistance
in furtherance of the attacks.

82.     James Babakitis, as the Personal Representative of the Estate of Arlene T.
Babakitis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Arlene T. Babakitis, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. James Babakitis is a resident of New
Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

83.     Evelyn Pettignano, individually, as surviving sibling of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Pettignano is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

84.     Evelyn Pettignano and Karen Reoch, as co-Personal Representatives of the Estate of Sadie Reoch, deceased, the late parent of  Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Reoch, as co-Personal Representative of the Estate of Sadie Reoch is a resident of New York. Evelyn Pettignano, as co-Personal Representative of the Estate of Sadie Reoch is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

85.     Karen Ann Reoch, individually, as surviving sibling of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Ann Reoch is a resident of New York. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

86.     Laura Baierwalter, individually, as surviving spouse of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

87.     Laura Baierwalter, as the Personal Representative of the Estate of Robert J. Baierwalter, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

88.     Raymond Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

89.     Richard Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

90.     Veronica Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

91.     Maureen Schlowinski, individually, as surviving sibling of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Schlowinski is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

92.     Daniel Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

93.     Denise Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

94.     Jesse Barnes, individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesse Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

95.     Matthew Barnes Jr., individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Barnes Jr. is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

96.     Russell Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

97.     Suzanne Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Barnes is a resident of South Carolina. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

98.     Thomas Barnes, individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

99.     Susan Barnes-Ford, individually, as surviving spouse of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Barnes-Ford is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

100.    Susan Barnes-Ford, as the Personal Representative of the Estate of Matthew Barnes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Barnes-Ford is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

101.    John Doe 104, as the Personal Representative of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

102.    Ricardo Barnes, individually, as surviving spouse of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ricardo Barnes is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

103.    Ricardo Barnes, as the Personal Representative of the Estate of Sheila P. Barnes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ricardo Barnes is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

104.    Christine Barnes-Murrell, individually, as surviving child of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Barnes-Murrell is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

105.    Zulema Barnes-Robinson, individually, as surviving child of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zulema Barnes-Robinson is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

106.    Elizabeth a/k/a Betty Bennett, individually, as surviving parent of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth a/k/a Betty Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

107.    Elizabeth a/k/a Betty Bennett, as the Personal Representative of the Estate of Eric L. Bennett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth a/k/a Betty Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

108.    Kimberly Ann Bennett, individually, as surviving sibling of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Ann Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

109.    Terry Bennett, individually, as surviving parent of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terry Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

110.    William J. Biggart, individually, as surviving child of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Biggart is a resident of Washington. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

111.    Elizabeth Linker, individually, as surviving sibling of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Linker is a resident of New York. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

112.    Margaret Burke a/k/a Margaret Burke, individually, as surviving sibling of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Burke a/k/a Margaret Burke is a resident of New York. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

113.    William Bishop, individually, as surviving child of George Bishop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Bishop is a resident of New Jersey. George Bishop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

114.    John Doe 4, being intended to designate the Personal Representative of the Estate of George Bishop, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Bishop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Bishop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

115.    John Doe 5, being intended to designate the Personal Representative of the Estate of Carrie R. Blagburn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events

of September 11, 2001. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

116.    Kevin Smith, individually, as surviving child of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Smith is a resident of Texas. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

117.    Kim Williams, individually, as surviving child of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Williams is a resident of Maryland. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

118.    Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding, deceased, the late sibling of Harry J. Blanding, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding is a resident of California. Harry J. Blanding is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

119.    Dorothy Blanding, individually, as surviving parent of Harry J. Blanding, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Blanding is a resident of New Jersey. Harry J. Blanding is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

120.    Carol Boccardi, individually, as surviving parent of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Boccardi is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

121.    Carol Boccardi, as the co-Personal Representative of the Estate of Michael A. Boccardi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Boccardi is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

122. Michelle Bronson, as Personal Representative of the Estate of Michael R. Boccardi, deceased, the late parent of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Bronson, as Personal Representative of the Estate of Michael R. Boccardi, is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

123. Roya Bolourchi Touran, individually, as surviving child of Touran (Touri) Bolourchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roya Bolourchi Touran is a resident of Massachusetts. Touran (Touri) Bolourchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

124. John Doe 67, being intended to designate the Personal Representative of the Estate of Touran (Touri) Bolourchik, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Touran (Touri) Bolourchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Doe 67 is a resident of California. Touran (Touri) Bolourchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

125. Kathryn B. Agugliaro, individually, as surviving parent of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn B. Agugliaro is a resident of Florida. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

126. Joseph Anthony Bonomo, individually, as surviving child of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Anthony Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

127. Juliana Rose Bonomo, individually, as surviving child of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juliana Rose Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

128. Margarite Bonomo, individually, as surviving spouse of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarite Bonomo

is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

129.     Margarite Bonomo, as the Personal Representative of the Estate of Frank J. Bonomo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarite Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

130.     Lenore B. Williams, individually, as surviving sibling of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lenore B. Williams is a resident of Florida. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

131.     Alexandra Bowen, individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

132.     Anastasia Bowen, individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

133.     Eugene Bowen, individually, as surviving spouse of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

134.     Eugene Bowen, as the Personal Representative of the Estate of Donna Bowen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

135.    Eugene Bowen Jr., individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen Jr. is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

136.    Dior P. Gordon, individually, as surviving child of Veronique N. Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dior P. Gordon is a resident of New York. Veronique N. Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

137.    John Doe 115, being intended to designate the Personal Representative of the Estate of Veronique N. Bowers, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronique N. Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

138.    Jeffery M. Bright, individually, as surviving sibling of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffery M. Bright is a resident of Tennessee. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

139.    Jeffery M. Bright, as the Personal Representative of the Estate of Gary L. Bright, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffery M. Bright is a resident of Tennessee. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

140.    John Doe 124 as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

141.    Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback is a resident of Indiana. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

142.   Andrea Caballero Valadez, individually, as surviving sibling of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Caballero Valadez is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

143.   Andres Caballero, individually, as surviving parent of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andres Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

144.   Claudia Caballero, individually, as surviving sibling of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

145.   Maria Caballero, individually, as surviving parent of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

146.   Maria Caballero, as the Personal Representative of the Estate of Daniel M. Caballero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

147.   Jamie Cachia, individually, as surviving sibling of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Cachia is a resident of Texas. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

148.     Sabrina C. Spencer, individually, as surviving parent of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabrina C. Spencer is a resident of New York. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

149.     Joseph Cachia, individually, as surviving parent of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Cachia is a resident of Florida. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

150.     Joseph Cachia, as the Personal Representative of the Estate of Brian Cachia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Cachia is a resident of Florida. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

151.     Alexander Calabro, individually, as surviving child of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

152.     Daniel Calabro, individually, as surviving child of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

153.     Francine Calabro, individually, as surviving spouse of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francine Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

154.     Francine Calabro, as the Personal Representative of the Estate of Salvatore B. Calabro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francine Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

384

155.    Carl Calabro, individually, as surviving sibling of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl Calabro is a resident of New York. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

156.    Martin Armstrong, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Armstrong is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

157.    Rhonda Branch, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rhonda Branch is a resident of U.S. Virgin Islands . Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

158.    Peter Anderson Calixte, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Anderson Calixte is a resident of U.S. Virgin Islands. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

159.    Marguerite Calixte-Williams, individually, as surviving parent of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Calixte-Williams is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

160.    Marguerite Calixte-Williams, as the Co-Personal Representative of the Estate of Felix Calixte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Calixte-Williams is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

161.    Nina DeSouza, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina DeSouza is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

162.     Keream Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keream Williams is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

163.     Kizzy Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kizzy Williams is a resident of North Carolina. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

164.     Remy Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Remy Williams is a resident of Illinois. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

165.     Terra Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terra Williams is a resident of Louisiana. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

166.     Angela Callahan, individually, as surviving spouse of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

167.     Angela Callahan, as the Personal Representative of the Estate of Francis J. Callahan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

168.     Harry Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harry Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

169.     Nora M. Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nora M. Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

170.     Peter Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Callahan is a resident of Michigan. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

171.     Rose (Callahan) Verno, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose (Callahan) Verno is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

172.     Tereza Antonios, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tereza Antonios is a resident of Austrailia. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

173.     Angelina Camaj, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

174.     Katrina Camaj, individually, as surviving spouse of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katrina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

175.     Katrina Camaj, as the Personal Representative of the Estate of Roko Camaj, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katrina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

176.    Vincent Camaj, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

177.    Darrick Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darrick Carlone is a resident of New Jersey. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

178.    Matthew Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Carlone is a resident of Connecticut. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

179.    Nicholas A. Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas A. Carlone is a resident of Connecticut. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

180.    Daniel R. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel R. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

181.    James D. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James D. Carlson is a resident of New York. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

182.    Kimberly R. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly R. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

183.    Stephen J. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen J. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

184.    Crystal Ortiz, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Crystal Ortiz is a resident of New York. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

185.    Evita Ortiz, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evita Ortiz is a resident of Florida. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

186.    Debra Carson, individually, as surviving spouse of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

187.    Debra Carson, as the Personal Representative of the Estate of James Carson Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

188.    James M. Carson, individually, as surviving child of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. James M. Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

189.    Angenette Cash, individually, as surviving child of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angenette Cash is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

190.    Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, individually, as surviving child of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

191.    Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, as the Personal Representative of the Estate of Angelene C. Carter, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

192.    Angilic Casalduc, individually, as surviving child of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angilic Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

193.    Paul Casalduc, individually, as surviving child of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Casalduc is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

194.    Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yon-Paul Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

195.    Jeanette Kirby, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanette Kirby is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

196.    Maria Poliard, individually, as surviving parent of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Poliard is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

197.     Evan Cascio, individually, as surviving sibling of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan Cascio is a resident of California. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

198.     Evan Cascio, as the Personal Representative of the Estate of Paul R. Cascio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan Cascio is a resident of California. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

199.     Janet Cascio, individually, as surviving parent of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Cascio is a resident of New York. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

200.     Paul Cascio, individually, as surviving parent of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Cascio is a resident of New York. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

201.     Diana P. Castano, individually, as surviving spouse of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana P. Castano is a resident of Connecticut. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

202.     Diana P. Castano, as the Personal Representative of the Estate of Alejandro Castano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana P. Castano is a resident of Connecticut. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

203.    Francisco Castano, individually, as surviving parent of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francisco Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

204.    Steven Castano, individually, as surviving child of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Castano is a resident of North Carolina. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

205.    Yolanda Castano, individually, as surviving parent of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

206.    Claudia Rodriguez, individually, as surviving sibling of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Rodriguez is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

207.    John Doe 7, being intended to designate the Personal Representative of the Estate of Arcelia Castillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

208.    Rodrigo Gomez Castillo, individually, as surviving sibling of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodrigo Gomez Castillo is a resident of South Carolina. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

209.    Anthony Roman, individually, as surviving child of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Roman is a resident of New Jersey. Arcelia Castillo is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

210.    Silvio Roman, individually, as surviving child of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Silvio Roman is a resident of New Jersey. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

211.    Ana L. Centeno, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana L. Centeno is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

212.    Jesus Centeno, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesus Centeno is a resident of Pennsylvania. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

213.    John Doe 100, as Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

214.    Harry Massa, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harry Massa is a resident of Puerto Rico. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

215.    Havier Massa, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Havier Massa is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

216.    Margarita Perez, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Perez is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

217.    Angeles Rivera, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeles Rivera is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

218.    Angeles Rivera, as the Personal Representative of the Estate of Ana M. Centeno, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeles Rivera is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

219.    Antonia Torres Ayala, individually, as surviving parent of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonia Torres Ayala is a resident of Puerto Rico. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

220.    Maria Zayas, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Zayas is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

221.    Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt, individually, as surviving child of John Chada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt is a resident of Virginia. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

222.    Virginia Chada, individually, as surviving spouse of John Chada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Chada is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

223.    Virginia Chada, as the Personal Representative of the Estate of John Chada, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Chada, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Virginia Chada is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

224.    Darien P. Cherry, individually, as surviving child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darien P. Cherry is a resident of Virginia. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

225.    John Doe 109 as Personal Representative of the Estate of Joanne Cherry, deceased, as the late spouse of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

226.    Selena Cherry-Daniel, individually, as surviving child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selena Daniel is a resident of Maryland. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

227.    John Doe 110, being intended to designate the Personal Representative of the Estate of Vernon P. Cherry, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

228.    Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry is a resident of Maryland. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

229.    Ana Soria, individually, as surviving spouse of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Soria is a resident of New York. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

230.     BNY Mellon, as the Personal Representative of the Estate of Luis A. Chimbo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

231.     Luis Chimbo, individually, as surviving child of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Chimbo is a resident of New York. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

232.     Fahina Chowdhury, individually, as surviving child of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fahina Chowdhury is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

233.     Farqad Chowdhury, individually, as surviving child of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farqad Chowdhury is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

234.     Baraheen Ashrafi, individually, as surviving spouse of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Baraheen Ashrafi is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

235.     Baraheen Ashrafi, as the Personal Representative of the Estate of Mohammed S. Chowdhury, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Baraheen Ashrafi is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

236.     William Cintron-Lugos a/k/a William Cintron, as the Personal Representative of the Estate of Edna Cintron, deceased, on behalf of the Estate, and on behalf of all

survivors and all legally entitled beneficiaries and family members of Edna Cintron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Cintron-Lugos a/k/a William Cintron is a resident of Florida. Edna Cintron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

237.    William Cintron-Lugos a/k/a William Cintron, individually, as surviving spouse of Edna Cintron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Cintron-Lugos a/k/a William Cintron is a resident of Florida. Edna Cintron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

238.    Anthony Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

239.    Courtland Jerome Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Courtland Jerome Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

240.    Elsie Clark, individually, as surviving parent of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

241.    Gabriel Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

242.    LaShawn Clark, individually, as surviving spouse of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. LaShawn Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

243.    LaShawn Clark, as the Personal Representative of the Estate of Benjamin K. Clark, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. LaShawn Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

244.    Randy Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Randy Clark is a resident of Illinois. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

245.    Sean Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

246.    Taj-Pierre Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Taj-Pierre Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

247.    Elsie Clark as Personal Representative of the Estate of Benjamin Clark, Sr. , deceased, the late parent of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Clark as Personal Representative of the Estate of Benjamin Clark. Sr. is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

248.    Brittany Hantz, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Hantz is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

249.    Sharon McAvinue, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon McAvinue is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

250.     Thomas G. McAvinue, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas G. McAvinue is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

251.     Stephanie Marie Sampson, individually, as surviving child of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Marie Sampson is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

252.     Stephanie Marie Sampson, as the Personal Representative of the Estate of Donna Clarke, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Marie Sampson is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

253.     Patricia McAvinue McCarthy, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia McAvinue McCarthy is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

254.     Cathleen Mary Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathleen Mary Cleary is a resident of Rhode Island. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

255.     Christopher James Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher James Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

256.     Christopher James Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary, is a Plaintiff

399

seeking justice for the tragic events of September 11, 2001. Christopher James Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

257.    Christopher J. Cleary and Patricia M. Cleary, as co-Personal Representatives of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher J. Cleary is a resident of North Carolina and Patricia M. Cleary is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

258.    Michael G. Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Cleary is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

259.    Patricia Mary Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Cleary is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

260.    Patricia Mary Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Cleary is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

261.    Thomas J. Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Cleary is a resident of the District of Columbia. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

262.    Maureen Cleary Colligan, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Cleary Colligan is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

263.    Mio Cloud, individually, as surviving spouse of Geoffrey Cloud, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mio Cloud is a resident of Connecticut. Geoffrey Cloud is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

264.    Mio Cloud, as the Personal Representative of the Estate of Geoffrey Cloud, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Geoffrey Cloud, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mio Cloud is a resident of Connecticut. Geoffrey Cloud is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

265.    John Doe 8, being intended to designate the Personal Representative of the Estate of Patricia A. Cody, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Cody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia A. Cody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

266.    Beth Schutte, individually, as surviving child of Patricia A. Cody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beth Schutte is a resident of Pennsylvania. Patricia A. Cody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

267.    Joyce Cohen-Day, individually, as surviving child of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Cohen-Day is a resident of Florida. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

268.    Joyce Cohen-Day, as the Personal Representative of the Estate of Florence Cohen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Cohen-Day is a resident of Florida. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

269.     John Doe 9 as Personal Representative of the Estate of Mildred Gordonson, deceased, the late parent of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

270.     Juana Colon, individually, as surviving spouse of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

271.     Juana Colon, as the Personal Representative of the Estate of Jaime Concepcion, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

272.     Orquidia Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orquidia Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

273.     Reginald Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reginald Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

274.     Rosa Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

275.     Mercedes Concepcion, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Concepcion is a resident of Arizona. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

276. Jaime Concepcion Jr., individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Concepcion Jr. is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

277. Virginia Concepcion Desoto, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Concepcion Desoto is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

278. Kirsy Concepcion Salazar, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kirsy Concepcion Salazar is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

279. April Alexander, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Alexander is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

280. Stanley Alexander, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Alexander is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

281. Mandell Conway, individually, as surviving child of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandell Conway is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

282. Russell Conway, individually, as surviving spouse of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Conway is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

283.    Russell Conway, as the Personal Representative of the Estate of Brenda E. Conway, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Conway is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

284.    Linda McGee, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda McGee is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

285.    Shelly Ray Watford as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Ray Watford as Personal Representative of the Estate of Edith Watford is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

286.    Danielle Alexander, individually, as surviving child of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Alexander is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

287.    Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jermaine Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

288.    Blanca M. Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca M. Garcia is a resident of New York. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

289.    Edson Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edson Garcia is a resident of Florida. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

290.    Keidy Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keidy Garcia is a resident of Louisiana. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

291.    Teoflia Garcia, individually, as surviving parent of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teoflia Garcia is a resident of New York. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

292.    Moises Cordero, individually, as surviving parent of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

293.    Moises Cordero, as the Personal Representative of the Estate of Alejandro Cordero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

294.    Teresa Cordero, individually, as surviving parent of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

295.    Wellington Cordero, individually, as surviving sibling of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wellington Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

296.    Moises Cordero Jr., individually, as surviving sibling of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero Jr. is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

297.     Marina Correa, individually, as surviving parent of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

298.     Jessica Correa , individually, as surviving sibling of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

299.     John Doe 11, being intended to designate the Personal Representative of the Estate of Danny Correa-Gutierrez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

300.     Robert E. Marisay Jr., individually, as surviving sibling of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert E. Marisay Jr. is a resident of Georgia. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

301.     Laura Buck, individually, as surviving child of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Buck is a resident of Hawaii. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

302.     Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Buck is a resident of Hawaii. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

303.     Albertina Rivera, individually, as surviving parent of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albertina Rivera is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

304.     Ingrid Rivera, individually, as surviving sibling of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ingrid Rivera is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

305.     Uriel Rivera Jr., individually, as surviving sibling of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Uriel Rivera Jr. is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

306.     Uriel Rivera Sr., individually, as surviving parent of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Uriel Rivera Sr. is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

307.     John Costanza, individually, as surviving spouse of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Costanza is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

308.     John Costanza, as the Personal Representative of the Estate of Digna Costanza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Costanza is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

309.     Kathleen Birch, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Birch is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

310.    Charles Costello, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

311.    Mary Costello, individually, as surviving spouse of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

312.    Mary Costello, as the Personal Representative of the Estate of Charles Costello, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

313.    Patricia Costello, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

314.    Raymond Costello, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Costello is a resident of Florida. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

315.    Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr., deceased, the late parent of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr. is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

316.    MaryKate Naples, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. MaryKate Naples is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a

408

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

317.     Amanda Taylor, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Taylor is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

318.     James Coyle, individually, as surviving parent of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

319.     James Coyle, as the Personal Representative of the Estate of James R. Coyle, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

320.     Katherine Coyle, individually, as surviving sibling of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

321.     Regina Coyle, individually, as surviving parent of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

322.     Joseph Coyle, individually, as surviving sibling of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

323.     Charles Cross, individually, as surviving sibling of Dennis Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Cross is a resident of New York. Dennis Cross is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

324.   Virginia Fredriksen, individually, as surviving sibling of Dennis Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Fredriksen is a resident of New York. Dennis Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

325.   Carol Cubas, individually, as surviving spouse of Kenneth J. Cubas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Cubas is a resident of Maine. Kenneth J. Cubas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

326.   Carol Cubas, as the Personal Representative of the Estate of Kenneth J. Cubas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth J. Cubas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Cubas is a resident of Maine. Kenneth J. Cubas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

327.   Helga Curtin, individually, as surviving spouse of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helga Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

328.   Helga Curtin, as the Personal Representative of the Estate of Michael Curtin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helga Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

329.   Erika C. Sufilka, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika C. Sufilka is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

330.   Anand A. Dataram, individually, as surviving sibling of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anand A. Dataram

is a resident of New York. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

331.    Mahadai Dataram, individually, as surviving parent of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mahadai Dataram is a resident of New York. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

332.    Mahadai Dataram, as the Personal Representative of the Estate of Annette A. Dataram, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mahadai Dataram is a resident of Delaware. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

333.    Ronald Dataram, individually, as surviving sibling of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Dataram is a resident of New York. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

334.    Adam Davidson, individually, as surviving child of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Davidson is a resident of Oregon. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

335.    Adam Davidson, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Davidson is a resident of Oregon. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

336.    Daniel Davidson, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Davidson is a resident of New York. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

337.    Marc Davidson, individually, as surviving child of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Davidson is a resident of Canada. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

338.    Delores Akinshara a/k/a Monica Akinshara, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delores Akinshara a/k/a Monica Akinshara is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

339.    Tanya Dale, individually, as surviving child of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tanya Dale is a resident of New York. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

340.    Tanya Dale, as the Personal Representative of the Estate of Titus Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tanya Dale is a resident of New York. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

341.    Denzil Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denzil Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

342.    Janet Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

343.    Merna Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Merna Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

344.     Michelle Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

345.     Noel Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Noel Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

346.     Phillip Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

347.     Rose Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

348.     Sam Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sam Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

349.     Trevor Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

350.     William Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

351.   Phillip Davidson as Personal Representative of the Estate of Ragland Davidson, deceased, the late parent of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Davidson as Personal Representative of the Estate of Ragland Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

352.   Carol Davidson-Simpson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Davidson-Simpson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

353.   Evis Jones, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evis Jones is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

354.   Amy M. Knight, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy M. Knight is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

355.   Shirley White, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley White is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

356.   Paige Debek, individually, as surviving child of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paige Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

357.   Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dariusz Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

358.    Maureen Moore, individually, as surviving parent of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moore is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

359.    Robert Moore, individually, as surviving sibling of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Moore is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

360.    Lisa Reahl, individually, as surviving sibling of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Reahl is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

361.    Dale Choate, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Choate is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

362.    David DeConto, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David DeConto is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

363.    G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. G. Don Westfall is a resident of Virginia. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

364.    Patricia DeConto, individually, as surviving parent of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia DeConto is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

365.    Raymond DeConto, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond DeConto is a resident of Connecticut. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

366.    Marie DeConto LeBlanc, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie DeConto LeBlanc is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

367.    Alfred DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred DeMartini is a resident of Pennsylvania. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

368.    Dominic DeMartini, individually, as surviving child of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominic DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

369.    Nicole Fasnacht-DeMartini, individually, as surviving spouse of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Fasnacht-DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

370.    Nicole Fasnacht-DeMartini, as the Personal Representative of the Estate of Francis DeMartini, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Fasnacht-DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

371.    Paul DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul DeMartini is a resident of New Jersey. Francis DeMartini is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

372.     Rosemary DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary DeMartini is a resident of Colorado. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

373.     Sabrina DeMartini, individually, as surviving child of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabrina DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

374.     Nina DeMartini Day, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina DeMartini Day is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

375.     Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini is a resident of Pennsylvania. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

376.     Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

377.     Juan De Jesus Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan De Jesus Rodriguez is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

378.     Anny De Jesus De Pena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anny

De Jesus De Pena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

379.    Edwin N. Depena, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin N. Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

380.    Marlin Nicole Depena, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marlin Nicole Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

381.    Victor T. Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victor T. Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

382.    Virgilio N. Depena, individually, as surviving parent of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virgilio N. Depena is a resident of New York. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

383.    Daniel N. Depena Mora, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel N. Depena Mora is a resident of Czech Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

384.    Belkis A. Depena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belkis A. Depena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

385.    Jorge A. Depena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge A. Depena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

386.     BNY Mellon, as the Personal Representative of the Estate of Jose Depena, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

387.     Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez, deceased, the late sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

388.     Pura A. Rodriguez, individually, as surviving parent of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pura A. Rodriguez is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

389.     Veronica Altagracia Sanchez Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Altagracia Sanchez Depena is a resident of Connecticut. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

390.     Clara Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

391.     Maxima Depena, individually, as surviving spouse of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maxima Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

392.     Quilcio Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Quilcio Depena is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

393.     William Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

394.     Angela DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela DeRubbio is a resident of North Carolina. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

395.     Anthony J. DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony J. DeRubbio is a resident of New Hampshire. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

396.     Dominick A. DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominick A. DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

397.     Jessica DeRubbio, individually, as surviving child of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica DeRubbio is a resident of New Jersey. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

398.     Lorraine D. DeRubbio, individually, as surviving spouse of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine D. DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

399.    Lorraine D. DeRubbio, as the Personal Representative of the Estate of David P. DeRubbio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine D. DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

400.    Marion DeRubbio, individually, as surviving parent of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marion DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

401.    Robert Anthony DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Anthony DeRubbio is a resident of North Carolina. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

402.    Mary Lee Ianno, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lee Ianno is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

403.    Mary Lee Ianno as Personal Representative of the Estate of Albert DeRubbio (Sr.) , deceased, the late parent of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lee Ianno as Personal Representative of the Estate of Albert DeRubbio (Sr.) is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

404.    Anthony Desperito, individually, as surviving child of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Desperito is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

405.    David Desperito, individually, as surviving child of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Desperito is a resident of New York. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

421

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

406.    Laura Desperito-Filiberto, individually, as surviving spouse of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Desperito-Filiberto is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

407.    Laura Desperito-Filiberto, as the Personal Representative of the Estate of Andrew Desperito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Desperito-Filiberto is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

408.    Joseph A. Deuel, individually, as surviving sibling of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph A. Deuel is a resident of Florida. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

409.    Joseph P. Deuel, individually, as surviving parent of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph P. Deuel is a resident of Pennsylvania. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

410.    Richard A. Deuel, individually, as surviving sibling of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard A. Deuel is a resident of California. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

411.    John Doe 15, being intended to designate the Personal Representative of the Estate of Cindy Ann Deuel, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

412.    Patricia Kocian, individually, as surviving parent of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kocian is a resident of Pennsylvania. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

413.    Casey Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

414.    Dennis Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

415.    Kathleen A. Devlin, individually, as surviving spouse of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

416.    Kathleen A. Devlin, as the Personal Representative of the Estate of Dennis L. Devlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

417.    Kathleen E. Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen E. Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

418.    Kerry Sharkey, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerry Sharkey is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

419.    Sandra Ahern as Personal Representative of the Estate of Christopher Diaz, deceased, the late sibling of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Ahern as Personal Representative of the Estate of Christopher Diaz is a resident of Florida. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

420.    Christopher J. Diaz, individually, as surviving child of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher J. Diaz is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

421.    Michael C. Diaz, individually, as surviving sibling of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael C. Diaz is a resident of Pennsylvania. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

422.    Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz, deceased, the late child of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

423.    Florence Kneff, as the Personal Representative of the Estate of Matthew Diaz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Kneff is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

424.    Florence Kneff as Personal Representative of the Estate of Karen Diaz, deceased, the late spouse of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Kneff as Personal Representative of the Estate of Karen Diaz is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

425.     James E. DiCharo as Personal Representative of the Estate of Joseph L. DiChiaro, deceased, the late spouse of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiCharo as Personal Representative of the Estate of Joseph L. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

426.     James E. DiChiaro, individually, as surviving child of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

427.     James E. DiChiaro, as the Personal Representative of the Estate of Patricia F. DiChiaro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

428.     Thomas L. DiChiaro, individually, as surviving child of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas L. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

429.     Camille Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Camille Doany is a resident of Jordan. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

430.     Samia Doany, individually, as surviving parent of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samia Doany is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

431.     Dina Doany-Azzam, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Doany-Azzam is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

432.    Dina Doany-Azzam, as the Personal Representative of the Estate of Ramzi A. Doany, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Doany-Azzam is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

433.    Ibrahim Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ibrahim Doany is a resident of Jordan. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

434.    Daryl Gabriel, individually, as surviving child of Benilda Domingo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daryl Gabriel is a resident of New York. Benilda Domingo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

435.    Benjamin Dominguez, Jr., individually, as surviving sibling of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

436.    Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr., deceased, the late parent of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr. is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

437.    Benjamin Dominguez, Jr. as Personal Representative of the Estate of Eugenia Dominguez, deceased, the late parent of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Eugenia Dominguez is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

438.    Chang Don Kim, individually, as surviving parent of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chang Don Kim is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

439.    Chang Don Kim, as the Personal Representative of the Estate of Lawrence Don Kim, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chang Don Kim is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

440.    Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim, deceased, the late parent of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

441.    Catherine Fleming, individually, as surviving sibling of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Fleming is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

442.    John Doe 106, as the Personal Representative of the Estate of George A. Cuellar, deceased, the late life partner of Luke Dudek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luke Dudek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

443.    John Doe 107, as the Personal Representative of the Estate of Luke Dudek, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luke Dudek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

444.    April Horton, individually, as surviving sibling of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Horton is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

445.    Andrea Stauter, individually, as surviving sibling of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

446.    Andrea Stauter, as the Personal Representative of the Estate of Edward T. Earhart, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

447.    Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart, deceased, the late parent of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

448.    Andrea Stauter as Personal Representative of the Estate of Thomas Earhart, deceased, the late parent of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter as Personal Representative of the Estate of Thomas Earhart is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

449.    Christopher Aiello as Personal Representative of the Estate of Joan Aiello, deceased, the late sibling of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Aiello is a resident of Florida. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

450.    John Churchill as Personal Representative of the Estate of Lois Churchill, deceased, the late sibling of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Churchill as Personal Representative of the Estate of Lois Churchill is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

451.     John R. Eichler, individually, as surviving child of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

452.     John R. Eichler, as the Personal Representative of the Estate of John E. Eichler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

453.     John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler, deceased, the late spouse of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

454.     Catherine Ericson, individually, as surviving child of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

455.     Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

456.     Catherine Ericson, as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericsonis a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

457.     Itauma Ette, individually, as surviving sibling of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Itauma Ette is a resident of New York. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

458.   Benjamin Edokpayi, as the Personal Representative of the Estate of Sadie Ette, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Edokpayi is a resident of California. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

459.   Sarah DeSimone, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah DeSimone is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

460.   Sarah DeSimone, as the Personal Representative of the Estate of Catherine Fagan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah DeSimone is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

461.   Jane M. Cristiano, individually, as surviving child of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane M. Cristiano is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

462.   Daniel Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

463.   Frank Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

464.   James Farino, individually, as surviving child of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

465.    Patrick Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

466.    Mary A. Farino-Thomas, individually, as surviving spouse of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary A. Farino-Thomas is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

467.    Mary A. Farino-Thomas, as the Personal Representative of the Estate of Thomas Farino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary A. Farino-Thomas is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

468.    Kathryn Nesbit, individually, as surviving child of Elizabeth A. Farmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Nesbit is a resident of Georgia. Elizabeth A. Farmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

469.    Kathryn Nesbit, as the Personal Representative of the Estate of Elizabeth A. Farmer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elizabeth A. Farmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Nesbit is a resident of Georgia. Elizabeth A. Farmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

470.    Jennifer Artola, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Artola is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

471.    Caitlin Feely, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

472.    Lori Feely, individually, as surviving spouse of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

473.    Jennifer Artola, as the Personal Representative of the Estate of Francis J. Feely, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Artola is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

474.    Alice Feely, as Personal Representative of the Estate of Patricia Feely, deceased, the late parent of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alice Feely, as Personal Representative of the Estate of Patricia Feely is a resident of Pennsylvania. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

475.    Stephanie Feely, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

476.    Lauren Ludvigsen, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Ludvigsen is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

477.    Catherine Curley, individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Curley is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

478.     Peter Fegan Jr., individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan Jr. is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

479.     Peter Fegan, individually, as surviving parent of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

480.     Peter Fegan, as the Personal Representative of the Estate of Sean B. Fegan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

481.     Anne Marie Hartney, individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Marie Hartney is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

482.     Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

483.     Alexis Feliciano, individually, as surviving child of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

484.     Amanda Feliciano, individually, as surviving child of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

485.     Isaac Feliciano, individually, as surviving spouse of Rosa Maria Feliciano, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Isaac Feliciano is a
resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of
the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

486.     Isaac Feliciano, as the Personal Representative of the Estate of Rosa Maria
Feliciano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Rosa Maria Feliciano, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Isaac Feliciano is a resident of New
York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Taliban provided material support and assistance in furtherance of the
attacks.

487.     Angela Fields, individually, as surviving spouse of Samuel Fields Sr., is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Fields is a
resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Taliban provided material support and assistance in furtherance
of the attacks.

488.     Angela Fields, as the Personal Representative of the Estate of Samuel Fields Sr.,
deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
beneficiaries and family members of Samuel Fields Sr., is a Plaintiff seeking justice for
the tragic events of September 11, 2001. Angela Fields is a resident of Georgia. Samuel
Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which the Taliban provided material support and assistance in furtherance of the attacks.

489.     Demetrius Fields, individually, as surviving child of Samuel Fields Sr., is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Demetrius Fields is a
resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Taliban provided material support and assistance in furtherance
of the attacks.

490.     Samuel Fields Jr., individually, as surviving child of Samuel Fields Sr., is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Samuel Fields Jr. is
a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of
the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama
bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

491.     Stefan Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Stefan Fields is a resident of
Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

492.     Sharif Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

493.     Sharaia Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharaia Fields is a resident of New York. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

494.     Christina D. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina D. Fisher is a resident of California. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

495.     John Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

496.     Maria R. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria R. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

497.     Marie E. Fisher, individually, as surviving parent of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie E. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

498.     Nina A. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina A. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

499. Peter Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fisher is a resident of Kentucky. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

500. Nina Fisher & John Fisher as Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina Fisher & John Fisher as Personal Representatives of the Estate of John F. Fisher are residents of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

501. Stephanie E. Lang, individually, as surviving spouse of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie E. Lang is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

502. Stephanie E. Lang, as the Personal Representative of the Estate of Andrew Fisher, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie E. Lang is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

503. Catherine A. Chiola, individually, as surviving sibling of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine A. Chiola is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

504. Catherine A. Chiola, as the Personal Representative of the Estate of John Roger Fisher, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine A. Chiola is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

505.    Bridget E. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bridget E. Fisher is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

506.    Evan H. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan H. Fisher is a resident of Georgia. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

507.    Kyle Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyle Fisher is a resident of Georgia. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

508.    Ryan P. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan P. Fisher is a resident of Arizona. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

509.    Tina M. Fisher, individually, as surviving sibling of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina M. Fisher is a resident of Massachusetts. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

510.    Erin N. Siegel, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin N. Siegel is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

511.    Kylie Eve Florio, individually, as surviving child of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kylie Eve Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

512.    Michael J. Florio, individually, as surviving child of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael J. Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

513.    Shari Florio, individually, as surviving spouse of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

514.    Shari Florio, as the Personal Representative of the Estate of John J. Florio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

515.    Brittany Fogel, individually, as surviving child of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Fogel is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

516.    David Fogel, individually, as surviving sibling of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Fogel is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

517.    Joseph Fogel, individually, as surviving child of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Fogel is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

518.    David Fogel as Personal Representative of the Estate of Beth Fogel, deceased, the late parent of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Fogel as Personal Representative of the Estate of Beth Fogel is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

519.     Karen Hamorsky, individually, as surviving sibling of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Hamorsky is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

520.     Laurie Pater, individually, as surviving spouse of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Pater is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

521.     Laurie Pater, as the Personal Representative of the Estate of Stephen M. Fogel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Pater is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

522.     Elaine Cunnea, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Cunnea is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

523.     Charlene Carmen Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

524.     Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

525.     Dorepha Forde, individually, as surviving parent of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorepha Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

439

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

526.    Dorna Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorna Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

527.    Dorolyne Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorolyne Forde is a resident of North Carolina. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

528.    Raymond Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

529.    Romel DaCosta Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Romel DaCosta Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

530.    Godwin Marlon Junior Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Godwin Marlon Junior Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

531.    Myrna Thomas, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrna Thomas is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

532.    Angela Alleyne, as the co-Personal Representative of the Estate of Godwin Forde, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Alleyne is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist

440

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

533. David Foreman, individually, as surviving sibling of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

534. Marcus Foreman, individually, as surviving child of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marcus Foreman is a resident of Indiana. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

535. Shirley Foreman, individually, as surviving parent of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

536. Shirley Foreman, as the Personal Representative of the Estate of Donald A. Foreman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

537. John Doe 117, as the Personal Representative of the Estate of Barbara E. Hill, deceased, the late parent of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

538. Lawrence Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Hill is a resident of the District of Columbia. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

539.    Lawrence Hill, individually, as surviving sibling of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Hill is a resident of the District of Columbia. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

540.    Allison Fox-Breland, individually, as surviving child of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Fox-Breland is a resident of New Jersey. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

541.    Allison Fox-Breland, as the Personal Representative of the Estate of Virgina E. Fox, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Fox-Breland is a resident of New Jersey. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

542.    Patrick T. Wynn, individually, as surviving child of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick T. Wynn is a resident of New York. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

543.    Raymond Durant, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Durant is a resident of Pennsylvania. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

544.    Joseph Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

545.    Joseph Francis, as the Personal Representative of the Estate of Virgin (Lucy) Francis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

442

and to which the Taliban provided material support and assistance in furtherance of the attacks.

546.    Peter Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Francis is a resident of Barbados W.I. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

547.    Troy Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Troy Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

548.    Felicia Cappo, individually, as surviving sibling of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Cappo is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

549.    Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant, deceased, the late parent of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

550.    John Doe 111, being intended to designate as the Personal Representative of the Estate of Gary J. Frank, deceased, on behalf of the Estate, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

551.    Laurie Vigeant, individually, as surviving sibling of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Vigeant is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

552.    Daniel Frawley, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Frawley is a resident of South Carolina. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

553.    Theresa Frawley, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Frawley is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

554.    Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin, deceased, the late parent of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

555.    Margaret Frawley-Gardini, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Frawley-Gardini is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

556.    Frances McCarthy, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances McCarthy is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

557.    Martin Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Fredericks is a resident of New York. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

558.    Allen Freeman, individually, as surviving parent of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

559.    Allen Freeman, as the co-Personal Representative of the Estate of Tamitha Freeman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

560.    Carla Freeman, individually, as surviving sibling of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carla Freeman is a resident of New York. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

561.    Juanita Freeman, individually, as surviving parent of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juanita Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

562.    Xavier White, individually, as surviving child of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Xavier White is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

563.    Michael Freiman, individually, as surviving sibling of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Freiman is a resident of Alabama. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

564.    Bonnie Freiman a/k/a Bonnie Freiman-Magnes, individually, as surviving parent of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bonnie Freiman a/k/a Bonnie Freiman-Magnes is a resident of Florida. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

565.    Pamela J. Freiman, individually, as surviving sibling of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela J. Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

566.   Pamela J. Freiman, as the Personal Representative of the Estate of Brett O. Freiman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela J. Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

567.   Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman, deceased, the late parent of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

568.   Audrey Ades, individually, as surviving spouse of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey Ades is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

569.   Audrey Ades, as the Personal Representative of the Estate of Paul Friedman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey Ades is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

570.   Richard Hyun-Soo Friedman Fox, individually, as surviving child of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Hyun-Soo Friedman Fox is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

571.   Selma M. Friedman, individually, as surviving parent of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selma M. Friedman is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

572.   Amy Radin, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Radin is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

573.     John Doe 18, being intended to designate the Personal Representative of the Estate of Lisa Frost, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Frost, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Frost is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

574.     Daniel Frost, individually, as surviving sibling of Lisa Frost, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Frost is a resident of Montana. Lisa Frost is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

575.     Suzanne G. Adams, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne G. Adams is a resident of Connecticut. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

576.     Carolyn Belford, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Belford is a resident of New York. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

577.     Rose Costello, individually, as surviving parent of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Costello is a resident of New York. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

578.     John Doe 19 as Personal Representative of the Estate of Carrie A. Gallagher, deceased, the late spouse of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

579.     John Doe 68, being intended to designate the Personal Representative of the Estate of Anthony E. Gallagher, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

580.     Joseph Gallagher, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Gallagher is a resident of California. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

581.     Donna Struzzieri, individually, as surviving sibling of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Struzzieri is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

582.     Donna Struzzieri as Personal Representative of the Estate of Alice Gary, deceased, the late parent of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Struzzieri as Personal Representative of the Estate of Alice Gary is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

583.     Christopher Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

584.     James P. Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James P. Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

585.     Rebecca Loethen, individually, as surviving life partner of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Loethen is

a resident of California. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

586.    Rebecca Loethen, as the Personal Representative of the Estate of Julie M. Geis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Loethen is a resident of California. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

587.    Carol Varland, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Varland is a resident of Oregon. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

588.    Michael Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

589.    Janet Baronian, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Baronian is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

590.    Lynn Cannata, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Cannata is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

591.    Colin Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colin Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

592.    Colleen Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Geraghty is a resident of South Carolina. Edward F. Geraghty is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

593. Connor Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

594. James Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

595. Mary Geraghty, individually, as surviving spouse of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

596. Mary Geraghty, as the Personal Representative of the Estate of Edward F. Geraghty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

597. Maureen Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Geraghty is a resident of Arizona. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

598. Norma Geraghty, individually, as surviving parent of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

599. Stephen Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Geraghty is

a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

600.    Norma Geraghty as Personal Representative of the Estate of James F. Geraghty, deceased, the late parent of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma Geraghty as Personal Representative of the Estate of James F. Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

601.    Debra Giordano, individually, as surviving sibling of Jeffrey J. Giordano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Giordano is a resident of New York. Jeffrey J. Giordano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

602.    Edward Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Goldstein is a resident of New York. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

603.    Annete Herman, individually, as surviving sibling of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annete Herman is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

604.    Ingrid Jaffe, individually, as surviving parent of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ingrid Jaffe is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

605.    Rafael Herman, individually, as surviving parent of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Herman is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

606.    Tatiana R. Gomez, individually, as surviving spouse of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana R. Gomez is a resident of New York. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

607.    BNY Mellon, as the Personal Representative of the Estate of Wilder A. Gomez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

608.    Tatiana S. Gomez, individually, as surviving child of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana S. Gomez is a resident of California. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

609.    Dawn Gonzalez, individually, as surviving sibling of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Gonzalez is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

610.    Dawn Gonzalez, as the co-Personal Representative of the Estate of Jenine Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Gonzalez is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

611.    Corina Murillo, individually, as surviving parent of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corina Murillo is a resident of New York. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

612.    Dora Murillo, individually, as surviving sibling of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dora Murillo is a resident of New York. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

613.    Evan V. Vandommelen-Gonzalez, as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan V. Dandommelen-Gonzalez is a resident of California. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

614.    Brenda S. Goody, individually, as surviving spouse of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda S. Goody is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

615.    Brenda S. Goody, as the Personal Representative of the Estate of Harry Goody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda S. Goody is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

616.    Jonathan Goody, individually, as surviving child of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Goody is a resident of New York. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

617.    Alexis Goody-Harding, individually, as surviving child of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Goody-Harding is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

618.    Adilakshumma Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adilakshumma Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

619.    Deepa R. Gopu, individually, as surviving sibling of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deepa R. Gopu is

a resident of Texas. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

620.    Deepa R. Gopu, as the Personal Representative of the Estate of Kiran Kumar Reddy Gopu, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deepa R. Gopu is a resident of Texas. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

621.    Venkata Subba Reddy Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Venkata Subba Reddy Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

622.    Carly Gordenstein, individually, as surviving child of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carly Gordenstein is a resident of the District of Columbia. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

623.    David Gordenstein, individually, as surviving spouse of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Gordenstein is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

624.    David Gordenstein, as the Personal Representative of the Estate of Lisa F. Gordenstein, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Gordenstein is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

625.    Samantha Gordenstein, individually, as surviving child of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Gordenstein is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

454

626.     Dorothy Fenn Grodberg, individually, as surviving parent of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Fenn Grodberg is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

627.     Deborah Fenn, individually, as surviving sibling of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Fenn is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

628.     Erika Lutzner, individually, as surviving spouse of Jon R. Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika Lutzner is a resident of New York. Jon R. Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

629.     Erika Lutzner, as the Personal Representative of the Estate of Jon R. Grabowski, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon R. Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika Lutzner is a resident of New York. Jon R. Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

630.     Kristen C. Graf, individually, as surviving child of Edwin J. Graf III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen C. Graf is a resident of Maryland. Edwin J. Graf III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

631.     Tyler W. Graf, individually, as surviving child of Edwin J. Graf, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tyler W. Graf is a resident of Maryland. Edwin J. Graf, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

632.     Maureen Granados, individually, as surviving child of Gilbert Granados, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Granados is a resident of New York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

633.     Teresa Granados, individually, as surviving spouse of Gilbert Granados, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Granados is a
resident of New York. Gilbert Granados is one of the Decedents murdered as a result of
the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama
bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

634.     Teresa Granados, as the Personal Representative of the Estate of Gilbert
Granados, deceased, on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Gilbert Granados, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Teresa Granados is a resident of New
York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Taliban provided material support and assistance in furtherance of the
attacks.

635.     Lawrence Gray, individually, as surviving spouse of Tara McCloud Gray, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Gray is a
resident of New York. Tara McCloud Gray is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

636.     Lawrence Gray, as the Personal Representative of the Estate of Tara McCloud
Gray, deceased, on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Tara McCloud Gray, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Lawrence Gray is a resident of New
York. Tara McCloud Gray is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Taliban provided material support and assistance in furtherance of the
attacks.

637.     John Doe 22, being intended to designate the Personal Representative of the
Estate of Andrew Peter Charles Curry Green, deceased, said name being fictitious,
her/his true name is not presently known, confirmed, and/or has not been duly appointed
by a court of competent jurisdiction (or having been so appointed, his or her appointment
has expired, and/or he or she has ceased to serve, and his or her successor has not yet
been appointed) on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Andrew Peter Charles Curry Green, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Peter
Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks
of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which the Taliban provided material support and assistance in furtherance of the attacks.

638.     Matthew Green, individually, as surviving sibling of Andrew Peter Charles Curry
Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew
Green is a resident of Florida. Andrew Peter Charles Curry Green is one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

456

by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

639.    Peter E. Green, individually, as surviving parent of Andrew Peter Charles Curry Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter E. Green is a resident of Massachusetts. Andrew Peter Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

640.    Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green, deceased, the late parent of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green is a resident of Connecticut. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

641.    Melrose Morrison Green, individually, as surviving spouse of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melrose Morrison Green is a resident of New York. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

642.    Melrose Morrison Green, as the Personal Representative of the Estate of Derrick A. Green, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melrose Morrison Green is a resident of New York. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

643.    Delroy Llewellyn, individually, as surviving sibling of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delroy Llewellyn is a resident of Connecticut. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

644.    Jennifer Green, individually, as surviving child of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

645.    Jennifer Green, as the Personal Representative of the Estate of Wanda Green, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

646.    Joe Green, individually, as surviving child of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joe Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

647.    Sandra Jamerson, individually, as surviving sibling of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Jamerson is a resident of California. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

648.    Aserene Smith, individually, as surviving parent of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aserene Smith is a resident of California. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

649.    Tommy Smith, individually, as surviving sibling of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tommy Smith is a resident of Nevada. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

650.    John Doe 23, being intended to designate the Personal Representative of the Estate of Denise Gregory, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Denise Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

651.    Lenworth Sewell, individually, as surviving sibling of Denise Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lenworth Sewell is a resident of New York. Denise Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

652.     Evelyn Griffin, individually, as surviving parent of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Griffin is a resident of Florida. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

653.     John Griffin, individually, as surviving parent of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Griffin is a resident of Florida. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

654.     Julie Griffin, individually, as surviving child of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Griffin is a resident of Tennessee. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

655.     June Griffin, individually, as surviving spouse of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

656.     June Griffin, as the Personal Representative of the Estate of John M. Griffin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

657.     Michael T. Griffin, individually, as surviving sibling of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael T. Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

658.     Jenna Griffin, individually, as surviving child of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jenna Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

659. Nenita Grijalvo, individually, as surviving spouse of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nenita Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

660. Nenita Grijalvo, as the Personal Representative of the Estate of Ramon Grijalvo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nenita Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

661. Rachel Grijalvo, individually, as surviving child of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Grijalvo is a resident of Massachusetts. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

662. Raymond Grijalvo, individually, as surviving child of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

663. Frances Grouzalis, individually, as surviving spouse of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

664. Frances Grouzalis, as the Personal Representative of the Estate of Kenneth Grouzalis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

665. Lisa Grouzalis, individually, as surviving child of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

666.    Myrta Gschaar, individually, as surviving spouse of Robert Gschaar, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrta Gschaar is a resident of Michigan. Robert Gschaar is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

667.    Myrta Gschaar, as the Personal Representative of the Estate of Robert Gschaar, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gschaar, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrta Gschaar is a resident of Michigan. Robert Gschaar is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

668.    Genevieve Gyulavary, individually, as surviving child of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genevieve Gyulavary is a resident of New York. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

669.    Jane Gyulavary, individually, as surviving spouse of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gyulavary is a resident of New York. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

670.    Jane Gyulavary, as the Personal Representative of the Estate of Peter Gyulavary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gyulavary is a resident of New York. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

671.    Paul Gyulavary, individually, as surviving sibling of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Gyulavary is a resident of Australia. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

672.    Bebe Hafiz, individually, as surviving parent of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bebe Hafiz is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

673.     Sharon Hafiz, individually, as surviving sibling of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Hafiz is a resident of Florida. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

674.     Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz, deceased, the late parent of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

675.     Deborah Khublall, individually, as surviving sibling of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Khublall is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

676.     Deborah Khublall, as the Personal Representative of the Estate of Nezam Hafiz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Khublall is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

677.     Gary McKinzy, individually, as surviving spouse of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary McKinzy is a resident of Arkansas. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

678.     Gary McKinzy, as the Personal Representative of the Estate of Diane Hale-McKinzy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary McKinzy is a resident of Arkansas. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

462

679.     Douglas W. Hall, individually, as surviving sibling of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas W. Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

680.     Shawn C. Hall, individually, as surviving child of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn C. Hall is a resident of Illinois. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

681.     Douglas Hall as Personal Representative of the Estate of Herman W. Hall , deceased, the late parent of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Hall as Personal Representative of the Estate of Herman W. Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

682.     Douglas Hall as Personal Representative of the Estate of Ruth Hall, deceased, the late parent of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Hall as Personal Representative of the Estate of Ruth Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

683.     Alisha Halmon, individually, as surviving child of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alisha Halmon is a resident of the District of Columbia. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

684.     Herman Halmon, individually, as surviving spouse of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Herman Halmon is a resident of South Carolina. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

685.     Herman Halmon, as the Personal Representative of the Estate of Carolyn Halmon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Herman Halmon is a resident of South Carolina. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

686.    Standish Halmon, individually, as surviving child of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Standish Halmon is a resident of the District of Columbia. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

687.    Talat Hamdani, individually, as surviving parent of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

688.    Zeshan Hamdani, individually, as surviving sibling of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zeshan Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

689.    Talat Hamdani, as the Personal Representative of the Estate of Mohammad S. Hamdani, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

690.    Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

691.    Mohammad Hamdani, individually, as surviving sibling of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mohammad Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

692.    John Doe 24, being intended to designate the Personal Representative of the Estate of Melissa M. Harrington-Hughes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has

expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

693.    Beverly Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Harrington is a resident of Massachusetts. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

694.    Robert J. Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Harrington is a resident of Massachusetts. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

695.    Dawn Haskell Carbone, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Haskell Carbone is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

696.    John Doe 25 as Personal Representative of the Estate of Timothy Haskell, deceased, the late sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

697.    Barbara Haskell, individually, as surviving spouse of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

698.    Barbara Haskell, as the Personal Representative of the Estate of Thomas Haskell, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

699.    Erin Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

700.    Maureen Haskell, individually, as surviving parent of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

701.    Meaghan Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meaghan Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

702.    Tara Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

703.    Kevin Haskell, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

704.    Dawn H. Carbone, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn H. Carbone is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

705.    John Doe 26, being intended to designate the Personal Representative of the Estate of Timothy Haskell, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Haskell is one of the Decedents murdered as a result of the

466

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

706.    Kevin Haskell, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

707.    Maureen Haskell, individually, as surviving parent of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

708.    Barbara Haskell as Personal Representative of the Estate of Thomas Haskell, deceased, the late sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell as Personal Representative of the Estate of Thomas Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

709.    Melissa J. Bernstein, individually, as surviving child of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa J. Bernstein is a resident of Pennsylvania. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

710.    Stuart Bernstein, individually, as surviving child of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stuart Bernstein is a resident of Tennessee. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

711.    Robyn Bernstein Donati, individually, as surviving child of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robyn Bernstein Donati is a resident of Massachusetts. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

712.    Jacob Heber, individually, as surviving spouse of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacob Heber is a resident of New York. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

713.    Melissa J. Bernstein, as the co-Personal Representative of the Estate of Roberta B. Heber, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa J. Bernstein is a resident of Pennsylvania. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

714.    Marinella Hemenway, as the Personal Representative of the Estate of Ronald J. Hemenway, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marinella Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

715.    Desiree Hemenway, individually, as surviving child of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

716.    Marinella Hemenway, individually, as surviving spouse of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marinella Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

717.    Robert B. Hemenway Jr., individually, as surviving sibling of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert B. Hemenway Jr. is a resident of Missouri. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

718.    Robert B. Hemenway Sr., individually, as surviving parent of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert B. Hemenway Sr. is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

719.    Shirley Hemenway, individually, as surviving parent of Ronald J. Hemenway, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Hemenway
is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

720.    Stefan Hemenway, individually, as surviving child of Ronald J. Hemenway, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Stefan Hemenway is
a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

721.    Kathleen Novich, individually, as surviving sibling of Ronald J. Hemenway, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Novich is a
resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of
the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama
bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

722.    Bernice Dawn Dillard, individually, as surviving sibling of Ronnie Henderson, is
a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernice Dawn
Dillard is a resident of New York. Ronnie Henderson is one of the Decedents murdered
as a result of the terrorist attacks of September 11, 2001, that were carried out by al-
Qaeda and Osama bin Laden, and to which the Taliban provided material support and
assistance in furtherance of the attacks.

723.    Valestine Henderson, individually, as surviving sibling of Ronnie Henderson, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Valestine Henderson
is a resident of New York. Ronnie Henderson is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Taliban provided material support and assistance
in furtherance of the attacks.

724.    Tara Butzbaugh, individually, as surviving sibling of John Christopher Henwood,
is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Butzbaugh
is a resident of Connecticut. John Christopher Henwood is one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support
and assistance in furtherance of the attacks.

725.    Catherine M. Eklund, individually, as surviving sibling of John Christopher
Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001.
Catherine M. Eklund is a resident of Connecticut. John Christopher Henwood is one of
the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided
material support and assistance in furtherance of the attacks.

726.     David D. Henwood III, individually, as surviving sibling of John Christopher Henwood Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. David D. Henwood III is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

727.     David Henwood III, as Personal Representatives of the Estate of David D. Henwood Jr., deceased, the late parent of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Henwood III as Personal Representative of the Estate of David D. Henwood Jr. is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

728.     Mary C. Henwood, individually, as surviving parent of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary C. Henwood is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

729.     Mary L. Henwood, individually, as surviving sibling of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary L. Henwood is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

730.     Pamela Dixon, individually, as surviving parent of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

731.     Sherard Dixon, individually, as surviving sibling of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherard Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

732.     Jamielah Persol, as the Personal Representative of the Estate of DaJuan Hodges, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamielah Persol is a resident of New Jersey. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

733.    Jatair Persol, individually, as surviving child of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jatair Persol is a resident of New Jersey. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

734.    Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

735.    Robert Hofmiller, individually, as surviving sibling of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Hofmiller is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

736.    Robert Hofmiller as Personal Representative of the Estate of Emma Graves, deceased, the late parent of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Hofmiller as Personal Representative of the Estate of Emma Graves is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

737.    Kelly Marchese as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Marchese as Personal Representative of the Estate of William J. Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

738.    Francis X. Houston, individually, as surviving sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis X. Houston is a resident of Florida. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

739.    Joan M. Houston, individually, as surviving sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan M. Houston is a

resident of New Jersey. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

740.   Linda Houston, individually, as surviving spouse of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

741.   Linda Houston, as the Personal Representative of the Estate of Charles J. Houston, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

742.   Joan M. Houston as Personal Representative of the Estate of Joan McQuillen, deceased, the late parent of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan M. Houston as Personal Representative of the Estate of Joan McQuillen is a resident of New Jersey. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

743.   Brian Howley, individually, as surviving spouse of Jennifer L. Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Howley is a resident of New York. Jennifer L. Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

744.   Brian Howley, as the Personal Representative of the Estate of Jennifer L. Howley, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Howley is a resident of New York. Jennifer L. Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

745.   Gerald Hrycak, individually, as surviving sibling of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerald Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

746. Joanne Hrycak, individually, as surviving spouse of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

747. Joanne Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

748. Christine Buividas, individually, as surviving child of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Buividas is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

749. Gregory Hrycak, individually, as surviving child of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

750. Trina Sabb, individually, as surviving sibling of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trina Sabb is a resident of Florida. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

751. Harold Singleton, individually, as surviving sibling of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harold Singleton is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

752. Linda Hulse, individually, as surviving parent of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Hulse is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

753.     Linda Hulse, as the Personal Representative of the Estate of Lamar D. Hulse, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Hulse is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

754.     Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late parent of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

755.     Arthur Harris, individually, as surviving parent of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

756.     Arthur Harris, as the Personal Representative of the Estate of Peggie Hurt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

757.     Edith Otelia Harris, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Otelia Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

758.     Margaret Ann Williams, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Ann Williams is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

759.     Christine Sandra Wilson, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Sandra Wilson is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

760.    Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn, deceased, the late close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

761.    Katherine Wynn, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Wynn is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

762.    Ben Huttler, individually, as surviving child of Joseph S. Huttler , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ben Huttler is a resident of California. Joseph S. Huttler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

763.    Frida Huttler, individually, as surviving child of Joseph S. Huttler , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frida Huttler is a resident of California. Joseph S. Huttler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

764.    Gideon Huttler, individually, as surviving child of Joseph S. Huttler , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gideon Huttler is a resident of California. Joseph S. Huttler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

765.    Miriam Zehava Huttler, individually, as surviving spouse of Joseph S. Huttler , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Zehava Huttler is a resident of California. Joseph S. Huttler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

766.    Miriam Zehava Huttler, as the Personal Representative of the Estate of Joseph S. Huttler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph S. Huttler , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Zehava Huttler is a resident of California. Joseph S. Huttler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

767.    Patricia Catherine Hardy, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Catherine Hardy is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

768.    Charles Hyland, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

769.    Stephen Hyland, individually, as surviving parent of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

770.    Stephen Hyland, as the Personal Representative of the Estate of Stephen N. Hyland, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

771.    Cheryl Hyland, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

772.    Rachel James, individually, as surviving sibling of Ernest James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

773.    Rachel James, as the Personal Representative of the Estate of Ernest James, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ernest James, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Rachel James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

774.    Rachel James as Personal Representative of the Estate of Esther James, deceased, the late parent of Ernest James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel James as Personal Representative of the Estate of Esther James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

775.    Michael James Beckford, individually, as surviving spouse of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael James Beckford is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

776.    Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael James Beckford is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

777.    Madlene Brown, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madlene Brown is a resident of Florida. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

778.    Jacobo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacobo Castro is a resident of Massachusetts. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

779.    Darril Garo, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darril Garo is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

780.    Obed Garo, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Obed Garo is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

781.    Jairo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Castro is a resident of Massachusetts. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

782.    Michael Zinkofsky, individually, as surviving spouse of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zinkofsky is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

783.    Michael Zinkofsky, as the Personal Representative of the Estate of Maxima Jean-Pierre, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zinkofsky is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

784.    Natalie Jeffries, individually, as surviving sibling of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Jeffries is a resident of Georgia. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

785.    Ryan Rogers, individually, as surviving child of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Rogers is a resident of New York. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

786.    Ryan Rogers, as the Personal Representative of the Estate of Alva Cynthia Jeffries-Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Rogers is a resident of New York. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

787.    John Doe 29, being intended to designate the Personal Representative of the Estate of John C. Jenkins, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Doe 29 is a resident of Kentucky. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

788.    John Doe 30 as Personal Representative of the Estate of Florence Detherage, deceased, the late parent of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

789.    Jeffrey Jenkins, individually, as surviving sibling of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Jenkins is a resident of Kentucky. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

790.    Alexander Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Jimenez is a resident of North Carolina. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

791.    John Doe 123, as Personal Representative of the Estate of Eliezer S. Jimenez Sr., deceased, the late parent of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

792.    Elizabeth Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Jimenez is a resident of Massachusetts. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

793.   Erick Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erick Jimenez is a resident of North Carolina. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

794.   Genesis Belinda Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genesis Belinda Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

795.   Jonathan Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

796.   Melissa Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Jimenez is a resident of Florida. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

797.   Rosa Jimenez, individually, as surviving spouse of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

798.   Rosa Jimenez, as the Personal Representative of the Estate of Eliezer Jimenez, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Jimenez is a resident of Texas. Eliezer Jimenez, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

799.   Anthony Salas, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Salas is a resident of Tennessee. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

800.     Zamani Davis, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zamani Davis is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

801.     John Doe 32, being intended to designate the Personal Representative of the Estate of Charles G. John, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

802.     Cleveland B. John, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cleveland B. John is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

803.     Orwyn John, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orwyn John is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

804.     Veronica John, individually, as surviving parent of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica John is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

805.     Royston Roach, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Royston Roach is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

806.     Charlene Cumberbatch, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Cumberbatch is a resident of New York. Charles G. John is one of the Decedents

481

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

807.    Gary Jones, individually, as surviving sibling of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Jones is a resident of Texas. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

808.    Leander Jones, individually, as surviving parent of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leander Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

809.    Leander Jones, as the Personal Representative of the Estate of Brian L. Jones, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leander Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

810.    Patricia Jones, individually, as surviving parent of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

811.    Teri Marshall, individually, as surviving sibling of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teri Marshall is a resident of Maryland. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

812.    June Jurgens a/k/a June Drescher, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Jurgens a/k/a June Drescher is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

813.    Lindsay Jurgens, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsay Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

814.    Maria Jurgens, individually, as surviving spouse of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

815.    Maria Jurgens, as the Personal Representative of the Estate of Paul W. Jurgens, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

816.    Paul Jurgens, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

817.    Bakhtiyar Kamardinov, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bakhtiyar Kamardinov is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

818.    Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farida Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

819.    Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fotima Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

820.    Mukhamet Kamardinov, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mukhamet Kamardinov is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

821.    Zahro Kamardinova a/k/a Zakhro Kamardinova , individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

822.    Zahro Kamardinova a/k/a Zakhro Kamardinova , as the Personal Representative of the Estate of Gavkharoy Kamardinova, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

823.    Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zukhra Koragoz is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

824.    Faye Kane, individually, as surviving parent of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Faye Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

825.    George Kane, individually, as surviving parent of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

826.    George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

827.    Timothy Kane, individually, as surviving sibling of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

828.    Matthew Kane, individually, as surviving sibling of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Kane is a resident of Massachussetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

829.    Craig Griffin, individually, as surviving spouse of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

830.    Craig Griffin, as the Personal Representative of the Estate of Lisa Kearney-Griffin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

831.    Lorraine Griffin, individually, as surviving child of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

832.    Maurice Corbett Kearney, individually, as surviving sibling of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Corbett Kearney is a resident of Delaware. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

833.    McKinley Kearney, individually, as surviving parent of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. McKinley Kearney is a resident of Florida. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

834.     Brityne Sprauve, individually, as surviving child of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brityne Sprauve is a resident of Florida. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

835.     Christine Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

836.     Cornelius H. Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius H. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

837.     Cornelius J. Keating, individually, as surviving parent of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

838.     Cornelius J. Keating, as the Personal Representative of the Estate of Paul Hanlon Keating, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

839.     Jeanne Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

840.     Jeffrey Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

841.     Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating, deceased, the late parent of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

842.     Kathleen A. Matthews, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Matthews is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

843.     Belinda Bennett a/k/a Belinda Carter, individually, as surviving child of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belinda Bennett a/k/a Belinda Carter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

844.     Andre Hunter, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre Hunter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

845.     Robert Lee Hunter, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Lee Hunter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

846.     Simara Warren, individually, as surviving child of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simara Warren is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

847.     Simara Warren, as the Personal Representative of the Estate of Brenda Kegler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simara Warren is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

848.     Bing Kegler, individually, as surviving spouse of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bing Kegler is a resident of Florida. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

849.     David Royal, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Royal is a resident of the District of Columbia. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

850.     Anne K. Blauvelt, individually, as surviving spouse of Thomas M. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne K. Blauvelt is a resident of New Jersey. Thomas M. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

851.     Anne K. Blauvelt, as the Personal Representative of the Estate of Thomas M. Kelly, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas M. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne K. Blauvelt is a resident of New Jersey. Thomas M. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

852.     Kathleen Kelly, individually, as surviving spouse of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

853.     Kathleen Kelly, as the Personal Representative of the Estate of Thomas W. Kelly, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

854.     Thomas Kelly, individually, as surviving child of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

855.   Francis Kelly, individually, as surviving child of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

856.   Allison Garger, individually, as surviving spouse of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Garger is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

857.   Allison Garger, as the Personal Representative of the Estate of Thomas Kennedy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Garger is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

858.   Brian Kennedy, individually, as surviving sibling of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

859.   Brian Kennedy as Personal Representative of the Estate of Eileen Kennedy, deceased, the late parent of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy as Personal Representative of the Estate of Eileen Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

860.   James Kennedy, individually, as surviving child of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Kennedy is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

861.   Michael Kennedy, individually, as surviving child of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Kennedy is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

862.     Robert Kennedy, individually, as surviving sibling of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Kennedy is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

863.     Brian Kennedy as Personal Representative of the Estate of William Kennedy, deceased, the late parent of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy as Personal Representative of the Estate of William Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

864.     Elizabeth Khalif, individually, as surviving parent of Boris Khalif, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Khalif is a resident of New York. Boris Khalif is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

865.     Lev Khalif, individually, as surviving parent of Boris Khalif, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lev Khalif is a resident of New York. Boris Khalif is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

866.     Dara Berliner, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dara Berliner is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

867.     Michael G. Kimelman, individually, as surviving parent of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

868.     Michael G. Kimelman, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Kimelman is a resident of

New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

869.    Michael P. Kimelman, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael P. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

870.    Scott Kimelman, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

871.    Terre Susan Wallach, individually, as surviving parent of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terre Susan Wallach is a resident of Florida. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

872.    Terre Susan Wallach, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terre Susan Wallach is a resident of Florida. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

873.    Kathryn D'Amico, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn D'Amico is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

874.    John Doe 33, being intended to designate the Personal Representative of the Estate of Karen Kincaid, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Kincaid is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

875.    Kristian G. Kincaid, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristian G. Kincaid is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

876.    Karyl Kincaid-Noel, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karyl Kincaid-Noel is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

877.    Kellie Work, individually, as surviving sibling of Amy R. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kellie Work is a resident of New York. Amy R. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

878.    Susan M. King, individually, as surviving parent of Amy R. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King is a resident of New York. Amy R. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

879.    Raymond Murray, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Murray, as Personal Representative of the Estate of Richard King is a resident of North Carolina. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

880.    Robert Murray, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Murray is a resident of New Jersey. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

881.    Raymond Murray, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Murray is a resident of North Carolina. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

882.    Karen Barrett, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Barrett is a resident of New Jersey. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

883.    Hans A. Klein, individually, as surviving parent of Peter A. Klein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hans A. Klein is a resident of New York. Peter A. Klein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

884.    Dawn Kloepfer, as the Personal Representative of the Estate of Ronald Philip Kloepfer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

885.    Jill Graziano, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Graziano is a resident of South Carolina. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

886.    Christopher Kloepfer, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

887.    Janet C. Kloepfer, individually, as surviving parent of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet C. Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

888.    Michael Kloepfer, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Kloepfer is a resident of New Jersey. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

889.    Robert Kloepfer Jr., individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Kloepfer Jr. is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

890.    Kim McKenna, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McKenna is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

891.    John Koecheler, individually, as surviving child of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

892.    Mary Jo Koecheler, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Jo Koecheler is a resident of Minnesota. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

893.    Maureen Koecheler, individually, as surviving spouse of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

894.    Maureen Koecheler, as the Personal Representative of the Estate of Gary E. Koecheler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

895.    Paul Koecheler, individually, as surviving child of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

896.    Judy Schneider, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judy Schneider is a resident of Minnesota. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

897.    Gene Koecheler, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gene Koecheler is a resident of California. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

898.    Thomas Kuras, individually, as surviving sibling of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

899.    Thomas Kuras, as the Personal Representative of the Estate of Patricia A. Kuras, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

900.    Michael B. Kuras, individually, as surviving sibling of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael B. Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

901.    Thomas Kuras as Personal Representative of the Estate of Frances Kuras, deceased, the late parent of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras as Personal Representative of the Estate of

Frances Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

902.    Morgan Kyte, individually, as surviving child of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Morgan Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

903.    Roger Kyte, individually, as surviving spouse of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roger Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

904.    Roger Kyte, as the Personal Representative of the Estate of Angela R. Kyte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roger Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

905.    Jem A. Howard, individually, as surviving child of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jem A. Howard is a resident of Connecticut. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

906.    Jody C. Howard, individually, as surviving child of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jody C. Howard is a resident of New Jersey. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

907.    Andre LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre LaFrance is a resident of New York. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

908.    Carolyn LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn LaFrance is

a resident of Georgia. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

909.    Steven LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven LaFrance is a resident of California. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

910.    Annmarie Williams, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annmarie Williams is a resident of Florida. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

911.    John Doe 35, being intended to designate, as the Personal Representative of the Estate of William D. Lake, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William D. Lake, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William D. Lake is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

912.    Kyler Lake, individually, as surviving child of William D. Lake, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyler Lake is a resident of Florida. William D. Lake is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

913.    Jeanne Kavinski, individually, as surviving sibling of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Kavinski is a resident of Maryland. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

914.    Jeanne Kavinski, as the Personal Representative of the Estate of Carol A. LaPlante, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Kavinski is a resident of Maryland. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

915.    Marilyn Matthews, individually, as surviving sibling of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Matthews is a resident of New Jersey. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

916.    Catherine Lauria, individually, as surviving sibling of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

917.    Catherine Lauria, as Personal Representatives of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

918.    Catherine Lauria, as the Personal Representative of the Estate of Stephen J. Lauria, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

919.    Pamela Lawson Dixon, individually, as surviving child of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Lawson Dixon is a resident of Colorado. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

920.    Pamela Lawson Dixon, as the Personal Representative of the Estate of Nathaniel Lawson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Lawson Dixon is a resident of Colorado. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

921.    Betty Moore-Gooding, individually, as surviving sibling of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Betty Moore-Gooding is a resident of North Carolina. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

922.    Evelyn Robinson, individually, as surviving sibling of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Robinson is a resident of Georgia. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

923.    Mary Ann Ledee, as the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Ledee is a resident of Florida. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

924.    Anna Ledee, individually, as surviving parent of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Ledee is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

925.    Olivia Ledee Lindsey, individually, as surviving child of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Ledee Lindsey is a resident of Florida. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

926.    Alexica Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexica Leduc is a resident of Pennsylvania. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

927.    Alexis John Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis John Leduc is a resident of New Jersey. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

928.    Elvis Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elvis Leduc is a resident of New York. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

929.    Jessica Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Leduc is a resident of New Jersey. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

930.    Cindy Leduc-Sanchez, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Leduc-Sanchez is a resident of New York. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

931.    Katherine Lenoir, individually, as surviving sibling of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

932.    Patricia Lenoir, individually, as surviving parent of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

933.    Patrick Lenoir, individually, as surviving sibling of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

934.    Patrick Lenoir, as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Lenoir, as Personal Representative of the Estate of John A. Lenoir, is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

935.    Elaine Farrally-Plourde, individually, as surviving child of Charles A.
Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001.
Elaine Farrally-Plourde is a resident of New York. Charles A. Lesperance is one of the
Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were
carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided
material support and assistance in furtherance of the attacks.

936.    Elaine Farrally-Plourde, as the co-Personal Representative of the Estate of
Charles A. Lesperance, deceased, on behalf of the Estate, and on behalf of all survivors
and all legally entitled beneficiaries and family members of Charles A. Lesperance, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Farrally-
Plourde is a resident of New York. Charles A. Lesperance is one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support
and assistance in furtherance of the attacks.

937.    Leslie K. Lesperance, individually, as surviving child of Charles A. Lesperance, is
a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie K.
Lesperance is a resident of Florida. Charles A. Lesperance is one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support
and assistance in furtherance of the attacks.

938.    Leslie K. Lesperance, as the co-Personal Representative of the Estate of Charles
A. Lesperance, deceased, on behalf of the Estate, and on behalf of all survivors and all
legally entitled beneficiaries and family members of Charles A. Lesperance, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Leslie K. Lesperance is a
resident of Florida. Charles A. Lesperance is one of the Decedents murdered as a result of
the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama
bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

939.    Nilaja A. Shealy-Loveless, individually, as surviving child of Charles A.
Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001.
Nilaja A. Shealy-Loveless is a resident of New Jersey. Charles A. Lesperance is one of
the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided
material support and assistance in furtherance of the attacks.

940.    Audrey Levin, individually, as surviving parent of Alisha C. Levin, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Audrey Levin is a resident of
Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Taliban provided material support and assistance in furtherance
of the attacks.

941.    Marvin Levin, individually, as surviving parent of Alisha C. Levin, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Marvin Levin is a resident of
Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

942.    Mindy Gottenberg, individually, as surviving sibling of Alisha C. Levin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gottenberg is a resident of Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

943.    Mindy Gottenberg, as the Personal Representative of the Estate of Alisha C. Levin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alisha C. Levin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gottenberg is a resident of Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

944.    John E. Allen Jr. , individually, as surviving child of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John E. Allen Jr. is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

945.    Rennea Butler, individually, as surviving sibling of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rennea Butler is a resident of Virginia. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

946.    Raymond Lightbourn, individually, as surviving sibling of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

947.    Rebecca Lightbourn, individually, as surviving parent of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

948.    Rebecca Lightbourn, as the Personal Representative of the Estate of Samantha Lightbourn-Allen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn-Allen, is a

Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

949.    Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr., deceased, the late parent of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr. is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

950.    Olga Colon, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olga Colon is a resident of Florida. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

951.    Iliana E. Flores, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iliana E. Flores is a resident of New York. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

952.    Julio C. Lillo, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julio C. Lillo is a resident of New Jersey. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

953.    Alexander Lopez, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Lopez is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

954.    Ilia E. Rodriguez, individually, as surviving parent of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilia E. Rodriguez is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

955. Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres, deceased, the late parent of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

956. Nahid Mashayekhi Lin, individually, as surviving parent of Darya Lin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nahid Mashayekhi Lin is a resident of Florida. Darya Lin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

957. Berdie Hicks, individually, as surviving parent of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berdie Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

958. Walter Hicks, individually, as surviving sibling of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

959. Vincent Linnane, individually, as surviving sibling of Robert T. Linnane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Linnane is a resident of New York. Robert T. Linnane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

960. Vincent Linnane, as the Personal Representative of the Estate of Robert T. Linnane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert T. Linnane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Linnane is a resident of New York. Robert T. Linnane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

961. Matthew J. Liz-Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Liz-Ramirez is a resident of Florida. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

504

962.     Jose Liz a/k/a Domingo Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Liz a/k/a Domingo Liz is a resident of Texas. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

963.     Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr. is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

964.     Matthew J. Liz-Ramirez, individually, as surviving child of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Liz-Ramirez is a resident of Florida. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

965.     Elisa P. Malani, as the Personal Representative of the Estate of Michael Lomax, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lomax, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisa P. Malani is a resident of Florida. Michael Lomax is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

966.     Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso, deceased, the late spouse of Michael Lomax, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso is a resident of Florida. Michael Lomax is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

967.     Alexandra Lopes, individually, as surviving child of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

968.     Bernard Lopes, individually, as surviving sibling of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernard Lopes is a resident of Florida. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

969.    Lorraine Lopes, individually, as surviving spouse of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

970.    Lorraine Lopes, as the Personal Representative of the Estate of Salvatore Lopes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

971.    Nicole Lopes, individually, as surviving child of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

972.    Antoinette Solowsky, individually, as surviving sibling of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Solowsky is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

973.    Michael Lopez Feliciano, individually, as surviving child of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Lopez Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

974.    Sophia W. M. Feliciano, individually, as surviving spouse of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia W. M. Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

975.    Sophia W. M. Feliciano, as the Personal Representative of the Estate of George Lopez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia W. M. Feliciano is a resident of

Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

976.    Carolyn DeRosier, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn DeRosier is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

977.    Judith M. Hesse, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith M. Hesse is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

978.    Judith M. Hesse as Personal Representative of the Estate of Michael B. Lynch , deceased, the late sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith M. Hesse as Personal Representative of the Estate of Michael B. Lynch is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

979.    Brenda Lynch, individually, as surviving spouse of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Lynch is a resident of Arkansas. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

980.    Brenda Lynch, as the Personal Representative of the Estate of James T. Lynch, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Lynch is a resident of Arkansas. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

981.    Paul Thomas Lynch, individually, as surviving child of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Thomas Lynch is a resident of Florida. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

982.    Maureen MacDonald, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen

MacDonald is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

983.    Kathleen E. Zetscher, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen E. Zetscher is a resident of Maryland. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

984.    Rodney Bush, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodney Bush is a resident of Texas. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

985.    Corey Hawkins, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corey Hawkins is a resident of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

986.    Christian Lyons, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christian Lyons is a resident of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

987.    John Doe 108, as Personal Representative of the Estate of Jewel Lyons, deceased, the late parent of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

988.    John Doe 102 as Personal Representative of the Estate of Nehamon Lyons, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

989.    Marquis Lyons, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marquis Lyons is a

resident of Arkansas. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

990.    Andrew Magazine, individually, as surviving child of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Magazine is a resident of New York. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

991.    Michele Magazine, individually, as surviving sibling of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Magazine is a resident of New York. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

992.    Susan Lori Magazine, individually, as surviving spouse of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Lori Magazine is a resident of Massachusetts. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

993.    Susan Lori Magazine, as the Personal Representative of the Estate of Jay R. Magazine, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Lori Magazine is a resident of Massachusetts. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

994.    Janet Wexler Magee, individually, as surviving spouse of Charles W. Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Wexler Magee is a resident of New York. Charles W. Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

995.    Janet Wexler Magee, as the Personal Representative of the Estate of Charles W. Magee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles W. Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Wexler Magee is a resident of New York. Charles W. Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

996.    Ali Mohamed Malahi, individually, as surviving parent of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ali Mohamed Malahi is a resident of New York. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

997.    Ali Mohamed Malahi, as the Personal Representative of the Estate of Abdu Ali Malahi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ali Mohamed Malahi is a resident of New York. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

998.    Malek Malahi, individually, as surviving child of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malek Malahi is a resident of Michigan. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

999.    Nabeela Malahi, individually, as surviving spouse of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nabeela Malahi is a resident of Michigan . Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1000.    Fares Malahi, individually, as surviving child of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fares Malahi is a resident of Michigan. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1001.    Miriam R. Carrasquillo, individually, as surviving sibling of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam R. Carrasquillo is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1002.    Elvia Diaz, individually, as surviving parent of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elvia Diaz is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1003.   Leslie Edwards, individually, as surviving sibling of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Edwards is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1004.   Jarid Maldonado, individually, as surviving child of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jarid Maldonado is a resident of Washington. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1005.   Jordan Maldonado, individually, as surviving child of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordan Maldonado is a resident of Florida. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1006.   Frances Mercado, individually, as surviving sibling of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Mercado is a resident of New York. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1007.   April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy, deceased, the late parent of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1008.   Gene Maloy, individually, as surviving parent of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gene Maloy is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1009.   April Fitzgerald, individually, as surviving sibling of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Fitzgerald is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1010.   Margaret Randazzo-Maloy, as the Personal Representative of the Estate of Gene Maloy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Randazzo-Maloy is a resident of California. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1011.   Anthony Mancini, individually, as surviving sibling of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Mancini is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1012.   Anastasia Mancini a/k/a Anastasia Zouvelos, individually, as surviving spouse of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Mancini a/k/a Anastasia Zouvelos is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1013.   Anastasia Mancini a/k/a Anastasia Zouvelos, as the Personal Representative of the Estate of Francisco Mancini (a/k/a Frank Mancini), deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Mancini a/k/a Anastasia Zouvelos is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1014.   Sophia Mancini, individually, as surviving child of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Mancini is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1015.   Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini), deceased, the late parent of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini) is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1016.   Laura aka Laura E. Mardovich Balemian, individually, as surviving spouse of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura aka Laura E. Mardovich Balemian is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1017.   Victoria Catanese, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Catanese is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1018.   Edward J. Mardovich III, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward J. Mardovich III is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1019.   Joseph Mardovich, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Mardovich is a resident of California. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1020.   Leigh Massi, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leigh Massi is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1021.   Laura Mardovich a/k/a Laura E. Balemian, as the Personal Representative of the Estate of Edward J. Mardovich, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Mardovich a/k/a Laura E. Balemian is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1022.   Lauren Peters, as Personal Representative of the Estate of Louis N. Mariani, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Peters is a resident of New York. Louis N. Mariani is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1023.   Christine Mariani, individually, as surviving sibling of Louis N. Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Mariani is a resident of Massachusetts. Louis N. Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1024.   Christina Martinez, individually, as surviving child of Betsy Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Martinez is a resident of Florida. Betsy Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1025.   Gabriel Martinez, as the Co-Personal Representative of the Estate of Robert G Martinez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1026.   Gabriel Martinez, individually, as surviving parent of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1027.   Marie Martinez, individually, as surviving parent of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1028.   Francis Firth, individually, as surviving sibling of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Firth is a resident of New Jersey. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1029.   Arnold F. Mascali Jr., individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arnold F. Mascali Jr. is a resident of Florida. Joseph A. Mascali is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1030.   Catherine Mascali, individually, as surviving parent of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mascali is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1031.   John Mascali, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mascali is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1032.   Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr. , deceased, the late parent of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr. is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1033.   Donna Mascali Russo, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mascali Russo is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1034.   Cathyanne Mascali Sprenger, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathyanne Mascali Sprenger is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1035.   Sherman Acker, individually, as surviving spouse of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherman Acker is a resident of Virginia. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1036.   Annie Harris, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annie Harris is a resident of Connecticut. Ada L. Mason is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1037.   JoAnn Wilson-Johnson, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Wilson-Johnson is a resident of Mississippi. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1038.   Nelson Johnson, as the Personal Representative of the Estate of Ada L. Mason, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelson Johnson is a resident of Tennessee. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1039.   JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson, deceased, the late parent of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson is a resident of Mississippi. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1040.   Shaun Mason, individually, as surviving child of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shaun Mason is a resident of Maryland. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1041.   Jimmie L. Willson, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jimmie L. Willson is a resident of Connecticut. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1042.   Shannon Mason, individually, as surviving child of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Mason is a resident of Virginia. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1043.   Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Mathesen is a resident of New Jersey. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1044.   Deborah Moloney, individually, as surviving sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Moloney is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1045.   Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1046.   Karen Schubert, individually, as surviving sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Schubert is a resident of Florida. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1047.   Patricia Sarrantonio, individually, as surviving sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Sarrantonio is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1048.   Vivian Mattic, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vivian Mattic is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1049.   Jean Neal a/k/a Elvin Jean Neal, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1050.   Jean Neal a/k/a Elvin Jean Neal, as the Personal Representative of the Estate of Margaret E. Mattic, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1051.   Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic, deceased, the late parent of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1052.   Frances Douglas, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Douglas is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1053.   William Eugene Clark a/k/a Eugene W. Clark, as the Personal Representative of the Estate of Dean E. Mattson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Eugene Clark a/k/a Eugene W. Clark is a resident of California. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1054.   Dale Mattson, individually, as surviving sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1055.   Dale Mattson as Personal Representative of the Estate of Bernice Mattson, deceased, the late parent of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Mattson as Personal Representative of the Estate of Bernice Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1056.   Mary Mattson as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic

events of September 11, 2001. Mary Mattson as Personal Representative of the Estate of Glenn Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1057.   John Doe 119 as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1058.   Donald Mauro, individually, as surviving spouse of Nancy Mauro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Mauro is a resident of New York. Nancy Mauro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1059.   Donald Mauro, as the Personal Representative of the Estate of Nancy Mauro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Mauro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Mauro is a resident of New York. Nancy Mauro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1060.   Anne McCloskey, individually, as surviving parent of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1061.   Anne McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1062.   Noah R. McCloskey, individually, as surviving sibling of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Noah R. McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1063.   Linda D. May, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda D. May is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1064.   Elizabeth ("Beth") McCarthy (nee McHale), individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth ("Beth") McCarthy (nee McHale) is a resident of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1065.   Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of the Estate of John F. McHale, deceased, the late parent of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale are residents of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1066.   Joseph M. McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph M. McHale is a resident of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1067.   Kevin J. McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin J. McHale is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1068.   John F. McHale Jr. a/k/a Jack McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John F. McHale Jr. a/k/a Jack McHale is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1069.   John Doe 40, being intended to designate the Personal Representative of the Estate of Robert G. McIlvaine, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

520

and family members of Robert G. McIlvaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert G. McIlvaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1070.   Jeffrey A. McIlvaine, individually, as surviving sibling of Robert G. McIlvaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey A. McIlvaine is a resident of New Jersey. Robert G. McIlvaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1071.   Julie E. McMahon, individually, as surviving spouse of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie E. McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1072.   Julie E. McMahon, as the Personal Representative of the Estate of Robert D. McMahon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie E. McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1073.   Matthew McMahon, individually, as surviving child of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1074.   Peter McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1075.   Nancy McMahon as Personal Representative of the Estate of Robert Martin McMahon, deceased, the late parent of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy McMahon as Personal Representative of the Estate of Robert Martin McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1076.   Patrick McMahon, individually, as surviving child of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1077.   Andrew McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1078.   Damon McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Damon McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1079.   Michael McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael McMahon is a resident of Florida. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1080.   Kim McNeil-Hightower, individually, as surviving child of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1081.   Kim McNeil-Hightower, as the Personal Representative of the Estate of Walter A. McNeil, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1082.   Walter A. McNeil II, individually, as surviving child of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter A. McNeil II is a resident of New Jersey. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1083.   Kim McNeil-Hightower, as Personal Representative of the Estate of Judith McNeil, deceased, the late sibling of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower, as Personal Representative of the Estate of Judith McNeil, is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1084.   Dolores Lara, individually, as surviving parent of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Lara is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1085.   Scarlyn Mejia, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scarlyn Mejia is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1086.   Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scarlyn Mejia is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1087.   Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1088.   Jose Miguel Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Miguel Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1089.   Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuel E. Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1090.   Yaritza Franco Estudillo, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yaritza Franco Estudillo is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1091.   Daisy N. Melendez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daisy N. Melendez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1092.   Marco A. Melendez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marco A. Melendez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1093.   Saul Melendez-Hernandez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saul Melendez-Hernandez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1094.   Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bronx Public Administrator is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1095.   Douglas Mello, individually, as surviving parent of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1096.   Ellen Mello, individually, as surviving parent of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1097.   Ellen Mello, as the Personal Representative of the Estate of Christopher D. Mello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1098.   John Mello, individually, as surviving sibling of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mello is a resident of Connecticut. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1099.   Aleksandr Melnichenko, individually, as surviving spouse of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aleksandr Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1100.   Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aleksandr Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1101.   Erik F. Melnichenko, individually, as surviving child of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erik F. Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1102.   Mary Cooper, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Cooper is a resident of the District of Columbia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1103.   Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker, deceased, the late sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker is a resident of the District of Columbia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1104.   Linda Loran, individually, as surviving child of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Loran is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1105.   Jackie J. Mercer, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jackie J. Mercer is a resident of New Jersey. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1106.   Kimberly Lee King Anderson, as the Personal Representative of the Estate of Queen Mercer deceased, the late spouse of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Lee King Anderson, as the Personal Representative of the Estate of Queen Mercer, is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1107.   Kimberly Lee King Anderson, as the Personal Representative of the Estate of Wesley Mercer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Lee King Anderson, is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1108.   Sharif Chowdhury and Showkatara Sharif as co-Personal Representatives of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah, are Plaintiffs seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury and Showkatara Sharif  are residents of Virginia. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1109.   Nur Miah and Rokshana Miah, as the co-Personal Representatives of the Estate of Nurul Miah, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah, are Plaintiffs seeking justice for the tragic events of September 11, 2001. Nur Miah and Rokshana Miah are residents of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1110. Bakul Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bakul Miah is a resident of New Jersey. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1111. Maria Revilla, individually, as surviving spouse of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Revilla is a resident of Florida. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1112. Maria Revilla, as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Revilla is a resident of Florida. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1113. Jacqueline Milam, individually, as surviving spouse of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1114. Jacqueline Milam, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1115. Ronald D. Milam Jr., individually, as surviving child of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald D. Milam Jr. is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1116. MyeJoi Milam, individually, as surviving child of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. MyeJoi Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1117.   Laurie Miller, individually, as surviving spouse of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1118.   Laurie Miller, as the Personal Representative of the Estate of Douglas C. Miller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1119.   Rachel Miller, individually, as surviving child of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1120.   Katherine Miller, individually, as surviving child of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1121.   Sheryl Miller Bechor, individually, as surviving child of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheryl Miller Bechor is a resident of Florida . Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1122.   Arlene Miller as the Personal Representatives of the Estate of Philip D. Miller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arlene Miller is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1123.   Arlene Miller, individually, as surviving spouse of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arlene Miller is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1124.  Frank Moccia, Jr., as the Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia, Jr., as the Personal Representative of the Estate of Elaine Moccia, is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1125.  Frank Moccia, Jr. and Donna M. Velazquez, as the Co-Personal Representatives of the Estate of Frank V. Moccia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia, Jr. & Donna M. Velazquez are residents of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1126.  Donna Velazquez, individually, as surviving child of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Velazquez is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1127.  Frank Moccia, individually, as surviving child of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1128.  Patricia Codispoti, individually, as surviving sibling of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Codispoti is a resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1129.  Anthony Modafferi, individually, as surviving sibling of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Modafferi is a resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1130.   Raffaela Modafferi, individually, as surviving parent of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raffaela Modafferi is a resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1131.   Mercedes Hernandez Molina, individually, as surviving spouse of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Hernandez Molina is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1132.   Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Hernandez Molina is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1133.   Amanda Castrillon, individually, as surviving spouse of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1134.   Amanda Castrillon, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1135.   Cindy Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1136.   Jorge Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1137. Kelly Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1138. Margarita Londono de Montoya, individually, as surviving parent of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Londono de Montoya is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1139. Gilberto Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilberto Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1140. Jaime Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1141. Luis F. Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis F. Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1142. Stacey Montoya, individually, as surviving spouse of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Montoya is a resident of California. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1143. Stacey Montoya, as the Personal Representative of the Estate of Carlos A. Montoya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Montoya is a resident of California. Carlos A. Montoya is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1144.   Deirdre Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deirdre Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1145.   Jessica Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1146.   Sean Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1147.   Maureen Moody-Theinert, individually, as surviving spouse of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moody-Theinert is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1148.   Maureen Moody-Theinert, as the Personal Representative of the Estate of Thomas Capt.) Moody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moody-Theinert is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1149.   Erin Moody Brennan, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Moody Brennan is a resident of Massachusetts. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1150.   Portia Morales, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Portia Morales is a resident

of Pennsylvania. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1151.   Sherwin Morales, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherwin Morales is a resident of Florida. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1152.   Stephanie Morales-Guerrero, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Morales-Guerrero is a resident of Florida. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1153.   Stephanie Morales-Guerrero, as the Personal Representative of the Estate of Paula E. Morales, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Morales-Guerrero is a resident of Florida. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1154.   Petal S. Stanford-Sylvert, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Petal S. Stanford-Sylvert is a resident of New Jersey. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1155.   Kevin Moran, individually, as surviving sibling of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Moran is a resident of Pennsylvania. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1156.   Shannon Moran, individually, as surviving child of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1157.   Shannon Moran, as the Personal Representative of the Estate of Gerard Moran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1158.   Ellen Moran, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1159.   Dylan Moran, individually, as surviving child of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dylan Moran is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1160.   Michael Moran, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1161.   Ryan Moran, individually, as surviving child of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Moran is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1162.   Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran, deceased, the late parent of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1163.   Mona O'Connor, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mona O'Connor is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1164.  Kim Racklin, individually, as surviving spouse of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Racklin is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1165.  Kim Racklin, as the Personal Representative of the Estate of John Moran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Racklin is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1166.  Alfia L. Gilligan (nee Morello), individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfia L. Gilligan (nee Morello) is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1167.  Eileen M. Morello, individually, as surviving spouse of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen M. Morello is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1168.  Eileen M. Morello, as the Personal Representative of the Estate of Steven Morello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen M. Morello is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1169.  Steven Morello, individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Morello is a resident of South Carolina. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1170.  Jessica Spiers, individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Spiers is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1171.   Winford F. Lamb, individually, as surviving sibling of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winford F. Lamb is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1172.   Dahlia Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dahlia Morris is a resident of California. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1173.   Horace Morris, individually, as surviving spouse of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Horace Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1174.   Horace Morris, as the Personal Representative of the Estate of Odessa V. Morris, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Horace Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1175.   Jan-Sheri Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jan-Sheri Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1176.   Keith Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1177.   Ferdinand Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ferdinand Morrone is a resident of Georgia. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1178.   Gregory Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Morrone is a resident of New Jersey. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1179.   Linda Morrone, individually, as surviving spouse of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1180.   Linda Morrone, as the Personal Representative of the Estate of Ferdinand Morrone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1181.   Alyssa Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyssa Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1182.   George Jebrine, as the co-Personal Representative of the Estate of Jude Moussa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Jebrine is a resident of Paris. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1183.   Joseph Moussa, individually, as surviving parent of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1184.   Mazen Moussa, individually, as surviving sibling of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mazen Moussa is a resident

of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1185.   Michael Moussa, individually, as surviving sibling of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1186.   Yvette Moussa, individually, as surviving parent of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yvette Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1187.   Andre Mowatt, individually, as surviving sibling of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1188.   Andrea Mowatt, individually, as surviving parent of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1189.   Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1190.   Deval Mowatt, individually, as surviving sibling of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deval Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1191.   Devon Mowatt, individually, as surviving parent of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Devon Mowatt is a resident

of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1192.   Mary Muldowney, as the Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Muldowney as Personal Representative for the Estate of Anne Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1193.   Brian Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Muldowney is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1194.   Kevin Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1195.   Mary Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1196.   Timothy Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Muldowney is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1197.   Colleen Andello, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Andello is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1198.   Constance Muldowney, individually, as surviving spouse of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance

Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1199.   Constance Muldowney, as the Personal Representative of the Estate of Richard Muldowney, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1200.   John Proodian, individually, as surviving child of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Proodian is a resident of Texas. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1201.   Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian, deceased, the late child of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1202.   Kevin Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Mulligan is a resident of Connecticut. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1203.   Michael Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1204.   Patricia Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1205.   Patricia Mulligan, as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1206.   Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan, deceased, the late parent of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1207.   Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady , deceased, the late parent of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1208.   Brian Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1209.   Masako Murphy, individually, as surviving spouse of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy is a resident of Maryland. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1210.   Masako Murphy, as the Personal Representative of the Estate of Patrick J. Murphy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy is a resident of Maryland. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1211.   Mitchell Murphy, individually, as surviving child of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mitchell Murphy is a resident of New Jersey. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1212.   Michael Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1213.   Michael Murray, as the Personal Representative of the Estate of Valerie V. Murray, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1214.   Michael Murray as Personal Representative of the Estate of Kenneth Murray, deceased, the late child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray as Personal Representative of the Estate of Kenneth Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1215.   Veronica Stinga, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Stinga is a resident of Florida. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1216.   Valerie J. Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie J. Murray is a resident of New York. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1217.   Timothy Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Murray is a resident of New York. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1218.   John Capodanno, as the Personal Representative of the Estate of Mario Nardone Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Capodanno is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1219.   Christopher Nardone, individually, as surviving sibling of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Nardone is a resident of New Jersey. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1220.   Jeanine Rao, individually, as surviving sibling of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Rao is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1221.   Jeanine Rao as Personal Representative of the Estate of Linda Nardone, deceased, the late parent of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Rao as Personal Representative of the Estate of Linda Nardone is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1222.   Jerrell Nedd, individually, as surviving child of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jerrell Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1223.   Roxanne Nedd, individually, as surviving spouse of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxanne Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1224.   Roxanne Nedd, as the Personal Representative of the Estate of Jerome O. Nedd, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Roxanne Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1225.   Jerome Nedd, individually, as surviving child of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jerome Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1226.   Lyndsi Nelson, as the Personal Representative of the Estate of Peter A. Nelson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson is a resident of Florida. Peter A. Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1227.   Ryan Nelson, individually, as surviving child of Peter A. Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Nelson is a resident of Pennsylvania. Peter A. Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1228.   Earlrick Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Earlrick Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1229.   John Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Nesbitt is a resident of Trinidad, W.I.. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1230.   Leslie Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1231.   Leslie Nesbitt, as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1232.   Joycelyn Nesbitt-Arneaud, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joycelyn Nesbitt-Arneaud is a resident of Trinidad, W.I.. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1233.   Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt , deceased, the late sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt is a resident of Maryland. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1234.   Daniel Nevins, individually, as surviving child of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1235.   Marie Nevins, individually, as surviving spouse of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1236.   Marie Nevins, as the Personal Representative of the Estate of Gerard T. Nevins, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1237.   Andrew Nevins, individually, as surviving child of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Nevins is a resident of Colorado. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1238.   Robin Loconto, individually, as surviving sibling of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Loconto is a resident of New Hampshire. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1239.   Ashley Ngo, individually, as surviving child of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1240.   Lindsay Ngo, individually, as surviving child of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsay Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1241.   Man Ngo, individually, as surviving spouse of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Man Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1242.   Man Ngo, as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Man Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1243.   Ho Ying Yee, individually, as surviving parent of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ho Ying Yee is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1244.   Dorothy Ogren, individually, as surviving parent of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Ogren is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1245.   Lance Edward Ogren, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lance Edward Ogren is a resident of South Carolina. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1246.   James Davies, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Davies, as Personal Representative of the Estate of Robert T. Ogren is a resident of Florida. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1247.   Lance Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lance Ogren is a resident of South Carolina. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1248.   Jessica Marrero, individually, as surviving child of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Marrero is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1249.   Jean Oitice, individually, as surviving spouse of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1250.   Jean Oitice, as the Personal Representative of the Estate of Samuel Oitice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1251.   John Oitice, individually, as surviving child of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1252.   Duane Orloske, individually, as surviving spouse of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1253.   Duane Orloske, as the Personal Representative of the Estate of Margaret Orloske, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1254.   Stephen Orloske, individually, as surviving child of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Orloske is a resident of Vermont. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1255.   Duane Orloske as Personal Representative of the Estate of Sylvia Quinn, deceased, the late parent of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske as Personal Representative of the Estate of Sylvia Quinn is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1256.   Elizabeth O. Kenworthy, individually, as surviving child of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth O. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1257.   James H. Kenworthy, individually, as surviving spouse of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James H. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1258.   James H. Kenworthy, as the Personal Representative of the Estate of Virginia Ormiston, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia Ormiston, is a Plaintiff seeking

justice for the tragic events of September 11, 2001. James H. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1259.   William O. Kenworthy, individually, as surviving child of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William O. Kenworthy is a resident of Virginia. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1260.   Jonathan Ortiz, individually, as surviving sibling of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Ortiz is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1261.   Pablo Ortiz Sr., individually, as surviving parent of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pablo Ortiz Sr. is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1262.   Estrellita a/k/a Estrellita Sanchez Ortiz, individually, as surviving spouse of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estrellita a/k/a Estrellita Sanchez Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1263.   Estrellita a/k/a Estrellita Sanchez Ortiz, as the Personal Representative of the Estate of Paul Ortiz Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estrellita a/k/a Estrellita Sanchez Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1264.   Rebecca Brianne Ortiz, individually, as surviving child of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Brianne Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1265.  Sophie Ortiz, individually, as surviving parent of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophie Ortiz is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1266.  Crystal Marie Ortiz, individually, as surviving child of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Crystal Marie Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1267.  Ilianette Ortiz, individually, as surviving spouse of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilianette Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1268.  Ilianette Ortiz, as the Personal Representative of the Estate of David Ortiz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilianette Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1269.  Richard Ortiz, individually, as surviving child of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1270.  Paola Cepeda, individually, as surviving child of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paola Cepeda is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1271.  Maria Delgado, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Delgado is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

550

1272.   Ana Silvia Diaz, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Silvia Diaz is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1273.   Maria Fernandez, individually, as surviving spouse of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Fernandez is a resident of the Dominican Republic. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1274.   Maria Fernandez, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Fernandez is a resident of the Dominican Republic. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1275.   Altagracia Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Altagracia Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1276.   Homero Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Homero Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1277.   Jose Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1278.   Jose Ottenwalder, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1279.   Maria Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1280.   Pedro Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pedro Ottenwalder is a resident of Florida. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1281.   Rafael Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1282.   William Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1283.   Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder, deceased, the late parent of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1284.   Maria Cruz Rodriguez, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Cruz Rodriguez is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1285.   Josefina Tolentino, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Tolentino is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1286.   John Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1287.   Kevin Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1288.   Terence Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terence Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1289.   Thomas F. Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas F. Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1290.   Felipe Oyola, individually, as surviving spouse of Adianes Oyola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felipe Oyola is a resident of Florida. Adianes Oyola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1291.   Felipe Oyola, as the Personal Representative of the Estate of Adianes Oyola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Adianes Oyola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felipe Oyola is a resident of Florida. Adianes Oyola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1292.   Hannah Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hannah Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1293.   Karen Pabon, individually, as surviving spouse of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1294.   Karen Pabon, as the Co-Personal Representative of the Estate of Israel Pabon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1295.   Sara Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1296.   Alyssa Palmer, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyssa Palmer is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1297.   Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Deborah Palmer, deceased, the late spouse of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola and Keith Palmer are residents of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1298.   Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of of Orio J. Palmer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola and Keith Palmer are residents of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1299.   Keith Palmer, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Palmer is a resident of

New Jersey. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1300.   Dana M. Runfola, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1301.   John Doe 44, being intended to designate the Personal Representative of the Estate of James W. Parham, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1302.   Leno Parham Jr., individually, as surviving sibling of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leno Parham Jr. is a resident of Maryland. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1303.   Kevin Parham, individually, as surviving sibling of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Parham is a resident of New Jersey. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1304.   Sonia Lowe, individually, as surviving parent of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Lowe is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1305.   Sonia Lowe, as the Personal Representative of the Estate of Michael Parkes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Lowe is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1306.   Anya Monique Parkes, individually, as surviving sibling of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anya Monique Parkes is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1307.   Ralph Parkes, individually, as surviving parent of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Parkes is a resident of Jamaica. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1308.   Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirna Huerta Aguirre is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1309.   John Doe 45, being intended to designate the Personal Representative of the Estate of Leobardo L. Pascual, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1310.   Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Yosef Lopez is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1311.   Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristobal Lopez is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1312.   Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lizeth Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1313.   Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariela Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1314.   Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Luisa Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1315.   Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena De La Cruz Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1316.   Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flor Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1317.   Graciela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graciela Lopez Pascual is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1318.   Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1319.   Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuela Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1320.   Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Elvia Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1321.   Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Lopez Pascual is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1322.   Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raquel Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1323.   Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diego Lopez Reyes is a resident of New Jersey. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1324.   Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan Lopez Reyes is a resident of New Jersey. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1325.   Ana Pascual Ortiz, individually, as surviving parent of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Pascual Ortiz is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1326. Terilyn Patrick Esse a/k/a Terilyn Patrick, individually, as surviving spouse of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terilyn Patrick Esse a/k/a Terilyn Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1327. Terilyn Patrick Esse a/k/a Terilyn Patrick, as the Personal Representative of the Estate of James Patrick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terilyn Patrick Esse a/k/a Terilyn Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1328. Jack James Patrick Esse a/k/a Jack James Patrick, individually, as surviving child of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jack James Patrick Esse a/k/a Jack James Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1329. Alex M. Patrocino, individually, as surviving child of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex M. Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1330. Keyla Patrocino, individually, as surviving child of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keyla Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1331. Sandra Patrocino, individually, as surviving spouse of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1332. Sandra Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1333.   Barry Pearlman, individually, as surviving parent of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1334.   Dorie Pearlman, individually, as surviving parent of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorie Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1335.   Dorie Pearlman, as the Personal Representative of the Estate of Richard A. Pearlman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorie Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1336.   Lisa Pearlman-Mason, individually, as surviving sibling of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Pearlman-Mason is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1337.   Patrizia Davis, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrizia Davis is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1338.   Anna Faustini as Personal Representative of the Estate of Anna Maria Allen, deceased, the late sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Faustini as Personal Representative of the Estate of Anna Maria Allen is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1339.   Catherine Ng-Pepe, individually, as surviving spouse of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ng-Pepe

is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1340.   Catherine Ng-Pepe, as the Personal Representative of the Estate of Salvatore F. Pepe, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ng-Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1341.   Rosa Occhicone, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Occhicone is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1342.   Genoveffa Palmieri, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genoveffa Palmieri is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1343.   Leonida R. Pepe, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonida R. Pepe is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1344.   Salvatore L. Pepe, individually, as surviving child of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore L. Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1345.   Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe, deceased, the late sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1346.   Marina Z. Perez, individually, as surviving spouse of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of the Dominican Republic. Alejo Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1347.   Marina Z. Perez, as the Personal Representative of the Estate of Alejo Perez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of the Dominican Republic. Alejo Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1348.   Antonio Perez, individually, as surviving parent of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1349.   Brian Perez, individually, as surviving sibling of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Perez is a resident of Pennsylvania. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1350.   Maria Perez, individually, as surviving parent of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1351.   Scott Perez, individually, as surviving sibling of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1352.   Olivia Vilardi-Perez, individually, as surviving child of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Vilardi-Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1353.   Yolanda Knepper, individually, as surviving sibling of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Knepper is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1354.   Berta Perez, individually, as surviving parent of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berta Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1355.   Mario Perez, individually, as surviving parent of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1356.   Mario Perez, as the Personal Representative of the Estate of Nancy E. Perez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1357.   Minerva Conti, individually, as surviving sibling of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Conti is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1358.   Melissa Perry, individually, as surviving child of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1359.   Melissa Perry, as the Personal Representative of the Estate of Emelda Perry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1360.   William Perry, individually, as surviving child of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1361.   Caitlin Bender (Perry), individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Bender (Perry) is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1362.   Glenn Perry Jr., individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Perry Jr. is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1363.   Peggy Perry, individually, as surviving spouse of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Perry is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1364.   Peggy Perry, as the Personal Representative of the Estate of Glenn Perry Sr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Perry is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1365.   Meaghan Wilt, individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meaghan Wilt is a resident of Virginia. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1366.   Dianne Lynn Hudder, individually, as surviving sibling of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dianne Lynn Hudder is a resident of Georgia. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1367.   Robert M. Peterson, individually, as surviving sibling of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert M. Peterson is a resident of Florida. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1368.   Robin Peterson, individually, as surviving spouse of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Peterson is a resident of New York. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1369.   Robin Peterson, as the Personal Representative of the Estate of William R. Peterson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Peterson is a resident of New York. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1370.   Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson, deceased, the late parent of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson is a resident of Florida. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1371.   Deirdre Kroupa, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deirdre Kroupa is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1372.   Neil Pettit, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Pettit is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1373.   Jane Wixted, individually, as surviving parent of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Wixted is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1374.   Tara Felice, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Felice is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1375.   Jane Wixted , as the Personal Representative of the Estate of Glen Pettit, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Wixted is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1376.   Thomas Knobel, individually, as surviving spouse of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1377.   Thomas Knobel, as the Personal Representative of the Estate of Tu-Anh Pham, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1378.   Vivienne Hoang-Anh Knobel, individualyl, as surviving child of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vivienne Hoang-Anh Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1379.   Daniel T. Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel T. Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1380.   Erin Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1381.   Kenneth J. Phelan Jr., individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth J. Phelan Jr. is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1382.   Kimberly Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1383.   Patricia Phelan-Byrnes, individually, as surviving spouse of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Phelan-Byrnes is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1384.   Patricia Phelan-Byrnes, as the Personal Representative of the Estate of Kenneth Phelan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Phelan-Byrnes is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1385.   Mary Phelan-Cox, individually, as surviving sibling of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Phelan-Cox is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1386.   Erin Cherubin, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Cherubin is a resident of Virginia. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1387.   Gerald Thomas Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerald Thomas Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1388.   Gilbert Norman Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilbert Norman Flores is a resident of Arizona. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1389.   Zaneta Frances Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zaneta Frances Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1390.   Zenda F. Gutierrez-Klingberg, as Personal Representative of the Estate of Zenaida Frances Flores, deceased, the late parent of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda F. Gutierrez-Klingberg, as Personal Representative of the Estate of Zenaida Frances Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1391.   Zenda Flores Gutierrez-Klingenberg, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda Flores Gutierrez-Klingenberg is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1392.   Zenda Flores Gutierrez-Klingenberg, as the Personal Representative of the Estate of Zandra Marie Cooper Ploger (nee Flores), deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda Flores Gutierrez-Klingenberg is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1393.   Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III, deceased, the late spouse of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III is a resident of Arizona. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

568

1394.   Zena T. Wilderman, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zena T. Wilderman is a resident of Virginia. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1395.   Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores), deceased, the late spouse of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores) is a resident of Texas. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1396.   Marianne Ploger Hill, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Ploger Hill is a resident of Tennessee. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1397.   Daniel B. Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel B. Ploger is a resident of Florida. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1398.   Gregory Fiehrer Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Fiehrer Ploger is a resident of Bologna, Italy. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1399.   Marguerite Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Ploger is a resident of Washington. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1400.   Wayne D. Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne D. Ploger is a resident of Virginia. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1401.   Wendy Lynn Ploger, individually, as surviving child of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Lynn Ploger is a resident of New York. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1402.   Wendy Lynn Ploger, as the Personal Representative of the Estate of Robert R. Ploger III, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Lynn Ploger is a resident of Arizona. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1403.   Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II, deceased, the late parent of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II is a resident of Virginia. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1404.   Craig Pohlmann, individually, as surviving child of William H. Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Pohlmann is a resident of Florida. William H. Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1405.   Roxana Olivieri, individually, as surviving sibling of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxana Olivieri is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1406.   Adela Romero, as the Personal Representative of the Estate of Giovanna Porras, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adela Romero is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1407.   Adela Romero, individually, as surviving parent of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adela Romero is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1408.   John Doe 46, being intended to designate the Personal Representative of the Estate of Anthony Portillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Portillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Portillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1409.   Zachary Portillo, individually, as surviving sibling of Anthony Portillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zachary Portillo is a resident of Georgia. Anthony Portillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1410.   David Potorti, individually, as surviving sibling of James E. Potorti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Potorti is a resident of North Carolina. James E. Potorti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1411.   Monique Powell, individually, as surviving sibling of Shawn E. Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Powell is a resident of New York. Shawn E. Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1412.   Maureen Pugliese as Personal Representative of the Estate of Josephine Pugliese, deceased, the late parent of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1413.   Lisa Marie Hand a/k/a Lisa Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Marie Hand a/k/a Lisa Pugliese is a resident of California. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1414.   Maureen Pugliese, individually, as surviving spouse of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1415.   Maureen Pugliese, as the Personal Representative of the Estate of Robert D. Pugliese, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1416.   Michael Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Pugliese is a resident of Texas. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1417.   Dennis Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1418.   Robert Pycior, individually, as surviving child of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1419.   Teresa J. Pycior, individually, as surviving spouse of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa J. Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1420.   Teresa J. Pycior, as the Personal Representative of the Estate of Joseph J. Pycior, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa J. Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1421.   Joseph Pycior, individually, as surviving child of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1422.   Tara O'Connell, individually, as surviving sibling of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara O'Connell is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1423.   Charles Quappe, individually, as surviving parent of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Quappe is a resident of Florida. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1424.   Clint Quappe, individually, as surviving child of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clint Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1425.   Jane Quappe, individually, as surviving spouse of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1426.   Jane Quappe, as the Personal Representative of the Estate of Lincoln Quappe, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1427.   Natalie Quappe, individually, as surviving child of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1428.   Bruce Tooker as Personal Representative of the Estate of Doris Tooker, deceased, the late parent of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Tooker as Personal Representative of the Estate of Doris Tooker is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1429.   Samantha Blake a/k/a Samantha Bianca Herring, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Blake a/k/a Samantha Bianca Herring is a resident of California. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1430.   Selvyn Neil Patrick Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selvyn Neil Patrick Blake is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1431.   Kerene Reeves aka Kerene Sherica Clarke, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerene Reeves aka Kerene Sherica Clarke is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1432.   Kerene Reeves aka Kerene Sherica Clarke, as the Personal Representative of the Estate of Carol Rabalais a/k/a Carol South-Rabalais, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerene Reeves aka Kerene Sherica Clarke is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1433.   Mary Agatha South, individually, as surviving parent of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Agatha South is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1434.   James Buro, individually, as surviving child of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Buro is a resident of Florida. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1435.   John J. Buro, as the Personal Representative of the Estate of Laura Ragonese-Snik, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John J. Buro is a resident of Florida. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1436.   JoAnn Boutureira, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Boutureira is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1437.   Joseph Raines, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Raines is a resident of Arizona. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1438.   Mark S. Raines, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark S. Raines is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1439.   Gloria Reinholtz, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Reinholtz is a resident of Pennsylvania. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1440.   Ida Riese, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ida Riese is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1441.   Ida Riese as Personal Representative of the Estate of Gloria Raines, deceased, the late parent of Harry Raines, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Ida Riese as Personal Representative of the Estate of Gloria Raines is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1442.   Ann Ramsaur, individually, as surviving child of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1443.   Brian Ramsaur, individually, as surviving child of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1444.   John Ramsaur, individually, as surviving spouse of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1445.   John Ramsaur, as the Personal Representative of the Estate of Deborah Ramsaur, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1446.   Kimberly J. Rescorla, individually, as surviving child of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly J. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1447.   Susan G. Rescorla, individually, as surviving spouse of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan G. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1448.   Susan G. Rescorla, as the Co-Personal Representative of the Estate of Richard C. Rescorla, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan G. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1449.   Trevor S. Rescorla, individually, as surviving child of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor S. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1450.   Mark Anthony Jonas, individually, as surviving child of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Jonas is a resident of Georgia. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1451.   Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson, deceased, the late parent of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson is a resident of Georgia. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1452.   James Reszke, individually, as surviving spouse of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Reszke is a resident of Ohio. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1453.   James Reszke, as the Personal Representative of the Estate of Martha M. Reszke, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Reszke is a resident of Ohio. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1454.   Lina Dicola, individually, as surviving child of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lina Dicola is a resident of North Carolina. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

577

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1455.   Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds, deceased, as late parent of Bruce A. Reynolds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds is a resident of New York. Bruce A. Reynolds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1456.   Linda Rhodes, as the Personal Representative of the Estate of John Rhodes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Rhodes is a resident of New Jersey. John Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1457.   John Frederick Rhodes IV, individually, as surviving child of John Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Frederick Rhodes IV is a resident of Connecticut. John Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1458.   Christiana Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christiana Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1459.   Genevieve Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genevieve Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1460.   Marielle Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marielle Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1461.   Meghan Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1462.   Theresa Riccardelli, individually, as surviving spouse of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1463.   Theresa Riccardelli, as the Personal Representative of the Estate of Francis Riccardelli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1464.   Zachary Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zachary Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1465.   Brian Keegan, individually, as surviving child of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1466.   Brian Keegan, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1467.   Francis Keegan, individually, as surviving sibling of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1468.   Lesli Rice, individually, as surviving child of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lesli Rice is a resident of New Jersey. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1469.   Lesli Rice, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lesli Rice is a resident of New Jersey. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1470.   John Doe 123 as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1471.   Cynthia Lawson, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1472.   Mazie Lawson, individually, as surviving parent of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mazie Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1473.   Monica L. Lawson, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monica L. Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1474.   Michael Richard, individually, as surviving spouse of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Richard is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1475.   Michael Richard, as the Personal Representative of the Estate of Cecelia E.
Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Cecelia E. Richard, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Michael Richard is a resident of
Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Taliban provided material support and assistance in furtherance of the
attacks.

1476.   Valerie Walls, individually, as surviving sibling of Cecelia E. Richard, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Walls is a
resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of
the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama
bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

1477.   Vernon A. Richard II, as the co-Personal Representative of the Estate of Vernon
A. Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all
legally entitled beneficiaries and family members of Vernon A. Richard, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Vernon A. Richard II is a
resident of North Carolina. Vernon A. Richard is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Taliban provided material support and assistance
in furtherance of the attacks.

1478.   Vernessa Richard, as the co-Personal Representative of the Estate of Vernon A.
Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Vernon A. Richard, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Vernessa Richard is a resident of
New York. Vernon A. Richard is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Taliban provided material support and assistance in furtherance
of the attacks.

1479.   Vernon A. Richard II, individually, as surviving child of Vernon A. Richard, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon A. Richard
II is a resident of North Carolina. Vernon A. Richard is one of the Decedents murdered as
a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Taliban provided material support and assistance
in furtherance of the attacks.

1480.   Vernessa Richard & Vernon A. Richard II as Personal Representatives of the
Estate of Dorothy Richard, deceased, the late spouse of Vernon A. Richard, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Vernessa Richard & Vernon
A. Richard II as Personal Representatives of the Estate of Dorothy Richard are residents
of New York and North Carolina respectively. Vernon A. Richard is one of the
Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were
carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided
material support and assistance in furtherance of the attacks.

1481.   Vernessa Richard, individually, as surviving child of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernessa Richard is a resident of New York. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1482.   Lelith Bergen, individually, as surviving parent of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lelith Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1483.   Naquan Bergen, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Naquan Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1484.   Queena Bergen, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Queena Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1485.   Hopeton Richards, individually, as surviving spouse of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hopeton Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1486.   Hopeton Richards, as the Personal Representative of the Estate of Venesha Richards, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hopeton Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1487.   Kayla Richards, individually, as surviving child of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kayla Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1488.   Omar Rodgers, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Omar Rodgers is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1489.   Cheryl Rivelli, individually, as surviving spouse of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Rivelli is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1490.   Cheryl Rivelli, as the Personal Representative of the Estate of Joseph Rivelli Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Rivelli is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1491.   Michael Rivelli, individually, as surviving sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Rivelli is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1492.   Donna Ambrosino, individually, as surviving sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Ambrosino is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1493.   Joseph Rivelli Sr., individually, as surviving parent of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Rivelli Sr. is a resident of Florida. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1494.   James G. Wall, as the Personal Representative of the Estate of Lynda M. Wall, deceased, the late sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. James G. Wall is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1495.   Britney Rivera, individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Britney Rivera is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1496.   Luis E. Rivera Sr., individually, as surviving spouse of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis E. Rivera Sr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1497.   Luis E. Rivera Sr., as the Personal Representative of the Estate of Carmen A. Rivera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis E. Rivera Sr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1498.   Luis Rivera Jr., individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Rivera Jr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1499.   Racine Concepcion, individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Racine Concepcion is a resident of New Jersey. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1500.   Carmen Alvarado Rivera, individually, as surviving parent of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Alvarado Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1501.   Rafael J. Rivera, individually, as surviving sibling of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael J. Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1502. Jose R. Rivera a/k/a Jose Rivera Ramos, individually, as surviving parent of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose R. Rivera a/k/a Jose Rivera Ramos is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1503. Jose R. Rivera a/k/a Jose Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose R. Rivera a/k/a Jose Rivera Ramos is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1504. Rafael A. Rivera, individually, as surviving sibling of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael A. Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1505. Daniel Henry, individually, as surviving sibling of Catherina Robinson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Henry is a resident of New York. Catherina Robinson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1506. Daniel Henry, as the Personal Representative of the Estate of Catherina Robinson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherina Robinson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Henry is a resident of New York. Catherina Robinson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1507. Jennifer Renee McKenzie, individually, as surviving child of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Renee McKenzie is a resident of Texas. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1508. Vanessa Phillips, individually, as surviving sibling of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Phillips is a resident of Florida. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1509.   Daniel Rodriguez, individually, as surviving spouse of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Rodriguez is a resident of Georgia. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1510.   Daniel Rodriguez, as the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Rodriguez is a resident of Georgia. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1511.   Flossie J. Foster, individually, as surviving parent of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flossie J. Foster is a resident of Florida. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1512.   Shavonne Cobb, individually, as surviving child of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shavonne Cobb is a resident of Texas. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1513.   Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the late spouse of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1514.   John Doe 113, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1515.   Anibal Valdez, individually, as surviving sibling of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anibal Valdez is a

resident of New York. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1516.   Jose Valdez, individually, as surviving sibling of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Valdez is a resident of New York. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1517.   John Doe 121 as the Personal Representative of the Estate of Lydia Valdez, deceased, the late parent of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1518.   Elias Rodriguez, individually, as surviving child of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1519.   Michele Flannery, individually, as surviving sibling of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Flannery is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1520.   Alexis Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1521.   Anthony Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1522.   Joseph Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1523.   Maria Romagnolo, individually, as surviving parent of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1524.   Maria Romagnolo, as the Personal Representative of the Estate of Salvatore Romagnolo, deceased, the late parent of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Romagnolo, as the Personal Representative of the Estate of Salvatore Romagnolo, is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1525.   Sandra Romagnolo, individually, as surviving spouse of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1526.   Sandra Romagnolo, as the Personal Representative of the Estate of Joseph M. Romagnolo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1527.   Christofer Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christofer Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1528.   Josephine Romito, as the Personal Representative of the Estate of James Romito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1529.   Laura Fasulo, individually, as surviving sibling of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1530.   Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr., deceased, the late parent of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr. is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1531.   Laura Fasulo as Personal Representative of the Estate of Catherine Romito, deceased, the late parent of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo as Personal Representative of the Estate of Catherine Romito is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1532.   Anthony Romito Jr., individually, as surviving sibling of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Romito Jr. is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1533.   Jennifer Horwitz, individually, as surviving spouse of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Horwitz is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1534.   Jennifer Horwitz, as the Personal Representative of the Estate of Mark L Rosenberg, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Horwitz is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1535.   Janet Rosenberg, individually, as surviving parent of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Rosenberg is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1536.   Sheldon Rosenberg, individually, as surviving parent of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheldon Rosenberg is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1537.   Sara L. Rosenberg Sharvit, individually, as surviving sibling of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara L. Rosenberg Sharvit is a resident of California. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1538.   Harvey Rosenberg, individually, as surviving sibling of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harvey Rosenberg is a resident of New York. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1539.   Tracy Rowenhorst, being intended to designate the Personal Representative of the Estate of Edward Rowenhorst, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Rowenhorst  is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1540.   Matthew Rowenhorst, individually, as surviving sibling of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1541.   Sicely N. McCants, individually, as surviving child of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sicely N. McCants is a resident of Alabama. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1542.   Sicely N. McCants, as the Personal Representative of the Estate of Judy Rowlett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judy Rowlett, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Sicely N. McCants is a resident of Alabama. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1543.   Caitlyn Roy, individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlyn Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1544.   Timothy Roy Jr., individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Roy Jr. is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1545.   Stacey Roy-Christ, individually, as surviving spouse of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Roy-Christ is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1546.   Stacey Roy-Christ, as the Personal Representative of the Estate of Timothy A. Roy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Roy-Christ is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1547.   Brittney Roy, individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittney Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1548.   David Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1549.   Rita L. Ruback, individually, as surviving spouse of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita L. Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1550.   Rita L. Ruback, as the Personal Representative of the Estate of Paul G. Ruback, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita L. Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1551.   Shannon Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1552.   Gina Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gina Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1553.   Hillary Hans, individually, as surviving sibling of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hillary Hans is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1554.   Hillary Hans, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hillary Hans is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1555.   Leslie C. Ruben, individually, as surviving sibling of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie C. Ruben is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1556.   Leslie C. Ruben, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie C. Ruben is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1557.   Anthony Rubino, individually, as surviving sibling of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1558.   Anthony Rubino as Personal Represntative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino as Personal Represnative of the Estate of Antoinette Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1559.   Anthony Rubino, as the Personal Representative of the Estate of Joanne Rubino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1560.   Margaret Grigonis, individually, as surviving parent of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Grigonis is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1561.   Paul Grigonis, individually, as surviving parent of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Grigonis is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1562.   Peggy Ann Asciutto, individually, as surviving sibling of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Ann Asciutto is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1563.   Frank Ruggiero, individually, as surviving spouse of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiero is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1564.   Frank Ruggiero, as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiero is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1565.   Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Russo-Kempf is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1566.   Anthony F. Russo, individually, as surviving sibling of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony F. Russo is a resident of New Jersey. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1567.   Dolores Russo, individually, as surviving parent of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Russo is a resident of Pennsylvania. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1568.   Cyrina Morrison, individually, as surviving sibling of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cyrina Morrison is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1569.   Aaron Safronoff, individually, as surviving sibling of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Safronoff is a

594

resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1570.   Debra M. Safronoff, individually, as surviving parent of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra M. Safronoff is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1571.   Joel Safronoff, individually, as surviving parent of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joel Safronoff is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1572.   Tara Safronoff, individually, as surviving spouse of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1573.   Tara Safronoff, as the Personal Representative of the Estate of Brock J. Safronoff, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1574.   Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya is a resident of Kansas. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1575.   Shawn Saiya, individually, as surviving child of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Saiya is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1576.   Shawn Saiya, as the co-Personal Representative of the Estate of Edward Saiya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Saiya is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1577.   Katherine R. Schlosser, individually, as surviving child of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Schlosser is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1578.   Katherine R. Schlosser, as the co-Personal Representative of the Estate of Edward Saiya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Schlosser is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1579.   Madeline Reed, individually, as surviving parent of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madeline Reed is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1580.   Benedict Salamone, individually, as surviving parent of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benedict Salamone is a resident of South Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1581.   Mary E. Salamone, individually, as surviving spouse of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary E. Salamone is a resident of New Jersey. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1582.   Mary E. Salamone, as the Personal Representative of the Estate of John P. Salamone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary E. Salamone is a resident of New Jersey. John P. Salamone is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1583.   Michael Salamone, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Salamone is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1584.   Catherine Mary Sauer, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mary Sauer is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1585.   Michelle Cataline, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Cataline is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1586.   Carlos Salas, individually, as surviving child of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1587.   Carlos Salas, as the Personal Representative of the Estate of Hernando R. Salas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1588.   Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas, as the Personal Representative of the Estate of Carolina Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1589.   Nelcy Salas, individually, as surviving child of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelcy Salas is a resident of

597

New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1590.   Afkham Salie, individually, as surviving sibling Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Afkham Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1591.   Haleema Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1592.   Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1593.   Ysuff Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ysuff Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1594.   Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis, deceased, the late spouse of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis is a resident of Switzerland. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1595.   John Doe 55, being intended to designate the Personal Representative of the Estate of Nolbert Salomon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolbert Salomon is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1596.   Antoine Salomon, individually, as surviving parent of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoine Salomon is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1597.   Edison Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edison Salomon is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1598.   James Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Salomon is a resident of New York. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1599.   John Doe 101 as Personal Representative of the Estate of Dania Salomon a/k/a Dania Salomon Macharie, deceased, the late sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1600.   Deborah Rooney, individually, as surviving spouse of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Rooney is a resident of Virginia. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1601.   Deborah Rooney, as the Personal Representative of the Estate of John Sammartino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Rooney is a resident of Virginia. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1602.   Nicole Sammartino, individually, as surviving child of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Sammartino

599

is a resident of Virginia. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1603.   Clara Sanay, individually, as surviving spouse of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1604.   Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1605.   Hugo Sanay Jr., individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hugo Sanay Jr. is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1606.   Michelle Sanay, individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1607.   Steven Sanay, individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1608.   Sonia Hernandez, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Hernandez is a resident of Texas. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1609.   Jose A. Medina, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose A. Medina is a

resident of New Jersey. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1610.   Julio Medina, individually, as surviving parent of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julio Medina is a resident of Florida. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1611.   Cassandra Nash, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cassandra Nash is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1612.   John Savas, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Savas is a resident of Virginia. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1613.   Phaedra Savas, individually, as surviving spouse of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phaedra Savas is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1614.   Phaedra Savas, as the Personal Representative of the Estate of Anthony Savas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phaedra Savas is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1615.   Karen Scheffold Onorio, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Scheffold Onorio is a resident of Connecticut. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1616.   Claudette Scheffold, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudette

Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1617.   Joan Scheffold, individually, as surviving spouse of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1618.   Joan Scheffold, as the Personal Representative of the Estate of Frederick C. Scheffold, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1619.   Kim Scheffold Stiefel, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Scheffold Stiefel is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1620.   Dawn Schlegel, individually, as surviving spouse of Robert A. Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Schlegel is a resident of Virginia. Robert A. Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1621.   Dawn Schlegel, as the Personal Representative of the Estate of Robert A. Schlegel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Schlegel is a resident of Virginia. Robert A. Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1622.   Laurence Schlissel, individually, as surviving sibling of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1623.   Laurence Schlissel, as the Personal Representative of the Estate of Jon S. Schlissel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1624.   Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel, deceased, the late parent of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1625.   Jaclyn McManus, individually, as surviving child of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaclyn McManus is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1626.   Denise Schrang, individually, as surviving spouse of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Schrang is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1627.   Denise Schrang, as the Personal Representative of the Estate of Gerald P. Schrang, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Schrang is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1628.   Katherine R. Krieger, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Krieger is a resident of Oregon. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1629.   Jude Laspa, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Laspa is a resident of California. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1630.   Jude Laspa, as the Personal Representative of the Estate of Susan Lee Schuler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Laspa is a resident of California. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1631.   Tevis Laspa, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tevis Laspa is a resident of Washington. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1632.   Ted Slanker, individually, as surviving child of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ted Slanker is a resident of Texas. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1633.   Sandra Slanker, individually, as surviving child of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Slanker is a resident of Texas. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1634.   Elizabeth Schlehr, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Schlehr is a resident of Ohio. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1635.   Bruce Seeliger, individually, as surviving spouse of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Seeliger is a resident of Connecticut. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1636.   Bruce Seeliger, as the Personal Representative of the Estate of Margaret Seeliger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Seeliger, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Bruce Seeliger is a resident of Connecticut. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1637.   Andrew T. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew T. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1638.   Arthur A. Walier, individually, as surviving parent of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur A. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1639.   James M. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James M. Walier is a resident of New Jersey. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1640.   John P. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John P. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1641.   Joseph Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1642.   Paul Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1643.   Peter Joseph Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Joseph Walier is a resident of Georgia. Margaret Seeliger is one of the Decedents murdered as a result

605

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1644.    Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier, deceased, the late parent of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1645.    Matthew Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1646.    Jahnan Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jahnan Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1647.    Layla Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Layla Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1648.    Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1649.    Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1650.   Shirin Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirin Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1651.   Yusuf Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yusuf Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1652.   Christopher Davidson, individually, as surviving sibling of Kathryn A. Shatzoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Davidson is a resident of New York. Kathryn A. Shatzoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1653.   Francis Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Shea is a resident of New York. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1654.   Kathleen Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shea is a resident of Connecticut. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1655.   Thomas J. Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Shea is a resident of New Jersey. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1656.   Francis Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Shea is a resident of New York. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1657.   Kathleen Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shea is a resident of Connecticut. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1658.   Thomas J. Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Shea is a resident of New Jersey. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1659.   Charles Clarke, individually, as surviving parent of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1660.   Eloise Clarke, individually, as surviving parent of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eloise Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1661.   Eloise Clarke, as the Personal Representative of the Estate of Antionette Sherman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eloise Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1662.   John Doe 122 as the Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1663.   John Sigmund, individually, as surviving sibling of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Sigmund is a resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1664.   Ruth Sigmund, individually, as surviving parent of Johanna Sigmund, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Sigmund is a
resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

1665.   Ruth Sigmund, as the Personal Representative of the Estate of Johanna Sigmund,
deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
beneficiaries and family members of Johanna Sigmund, is a Plaintiff seeking justice for
the tragic events of September 11, 2001. Ruth Sigmund is a resident of Pennsylvania.
Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which the Taliban provided material support and assistance in furtherance of the attacks.

1666.   John T. Signer and James M. Signer, as Co-Personal Representatives of the Estate
of John F. Signer, deceased, the late sibling of Dianne Signer, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. John T. Signer and James M. Signer
are residents of New York. Dianne Signer is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama
bin Laden, and to which the Taliban provided material support and assistance in
furtherance of the attacks.

1667.   Kenneth Signer, individually, as surviving sibling of Dianne Signer, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Kenneth Signer is a resident
of Florida. Dianne Signer is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Taliban provided material support and assistance in furtherance of the
attacks.

1668.   Patricia Signer, individually, as surviving parent of Dianne Signer, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Patricia Signer is a resident
of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Taliban provided material support and assistance in furtherance of the
attacks.

1669.   Patricia Signer, as the Personal Representative of the Estate of Dianne Signer,
deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
beneficiaries and family members of Dianne Signer, is a Plaintiff seeking justice for the
tragic events of September 11, 2001. Patricia Signer is a resident of New York. Dianne
Signer is one of the Decedents murdered as a result of the terrorist attacks of September
11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the
Taliban provided material support and assistance in furtherance of the attacks.

1670.   Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky,
deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
beneficiaries and family members of Gregory Sikorsky, is a Plaintiff seeking justice for
the tragic events of September 11, 2001. Marie Sikorsky is a resident of New York.
Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of

609

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1671.   George Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1672.   Kenneth Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1673.   Perry V. Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry V. Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1674.   Jennifer Simon Berardi, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1675.   Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1676.   Mandy Exantus, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandy Exantus is a resident of California. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1677.   Stanley Simon, individually, as surviving sibling of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Simon is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1678.   Susan Simon, individually, as surviving spouse of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Simon is a resident of South Carolina. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1679.   Todd Simon, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Todd Simon is a resident of California. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1680.   Jennifer Simon Berardi, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1681.   Karen Simon, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon, as Personal Representative of the Estate of Kenneth Simon is a resident of New Jersey. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1682.   Karen Simon, as the Personal Representative of the Estate of Kenneth Simon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1683.   Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon is a resident of New York. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1684.   Mandy Exantus, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandy Exantus is a resident

of California. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1685.   Susan Simon, individually, as surviving parent of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Simon is a resident of South Carolina. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1686.   Todd Simon, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Todd Simon is a resident of California. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1687.   Jill S. Polansky, individually, as surviving sibling of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill S. Polansky is a resident of New Jersey. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1688.   Sally Sinton, individually, as surviving sibling of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sally Sinton is a resident of Austrailia. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1689.   Susan M. Sinton, individually, as surviving parent of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. Sinton is a resident of New Jersey. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1690.   Marilyn Smith Pusey, individually, as surviving spouse of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Smith Pusey is a resident of North Carolina. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1691.   Marilyn Smith Pusey, as the Personal Representative of the Estate of Leon Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leon Smith, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Marilyn Smith Pusey is a resident of North Carolina. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1692.   Irene Smith, individually, as surviving parent of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1693.   Jasmine Michele Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine Michele Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1694.   Nakia Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nakia Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1695.   Tiffany Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tiffany Smith is a resident of Florida. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1696.   Yolanda Smith-Purdy, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Smith-Purdy is a resident of Florida. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1697.   Mary Elizabeth Reddy, individually, as surviving sibling of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Elizabeth Reddy is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1698.   James Smith, individually, as surviving spouse of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1699.   James Smith, as the Personal Representative of the Estate of Moira A. Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1700.   Patricia Mary Smith, individually, as surviving child of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1701.   Patricia S. Rafter, as the Personal Representative of the Estate of Bonnie Smithwick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia S. Rafter is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1702.   Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick, deceased, the late spouse of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1703.   Peter Shihadeh, individually, as surviving sibling of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1704.   Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh, deceased, the late parent of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1705.   Peter Shihadeh as Personal Representative of the Estate of Theodore D. Shihadeh, deceased, the late parent of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh as Personal Representative of the Estate of

Theodore D. Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1706.   James W. Smithwick, individually, as surviving child of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James W. Smithwick is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1707.   Katharine E. Smithwick, individually, as surviving child of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katharine E. Smithwick is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1708.   Joanne Messina, individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Messina is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1709.   Catherine Ricciardelli, individually, as surviving spouse of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ricciardelli is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1710.   Catherine Ricciardelli, as the Personal Representative of the Estate of Michael C. Sorresse, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ricciardelli is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1711.   Leonard M. Sorresse Jr., individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonard M. Sorresse Jr. is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1712. Leonard M. Sorresse Sr., individually, as surviving parent of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonard M. Sorresse Sr. is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1713. Maria Sorresse, individually, as surviving parent of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Sorresse is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1714. Nicholas Sorresse, individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Sorresse is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1715. Andrew Soulas, individually, as surviving child of Timothy Soulas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Soulas is a resident of New York. Timothy Soulas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1716. Christopher Soulas, individually, as surviving child of Timothy Soulas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Soulas is a resident of New Jersey. Timothy Soulas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1717. Katherine Soulas, individually, as surviving spouse of Timothy Soulas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Soulas is a resident of New Jersey. Timothy Soulas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1718. Katherine Soulas, as the Personal Representative of the Estate of Timothy Soulas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Soulas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Soulas is a resident of New Jersey. Timothy Soulas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

616

1719.   Matthew Soulas, individually, as surviving child of Timothy Soulas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Soulas is a resident of New Jersey. Timothy Soulas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1720.   Timothy Soulas, Jr., individually, as surviving child of Timothy Soulas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Soulas, Jr. is a resident of New Jersey. Timothy Soulas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1721.   Daniel Reid Soulas, individually, as surviving child of Timothy Soulas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Reid Soulas is a resident of New Jersey. Timothy Soulas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1722.   Linda E. Spampinato a/k/a Linda E. Melville, individually, as surviving sibling of Donald F. Spampinato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda E. Spampinato a/k/a Linda E. Melville is a resident of North Carolina. Donald F. Spampinato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1723.   Michael Spampinato, individually, as surviving sibling of Donald F. Spampinato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Spampinato is a resident of Michigan. Donald F. Spampinato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1724.   Michael Spampinato as Personal Representative of the Estate of Mary Spampinato, deceased, the late parent of Donald F. Spampinato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Spampinato as Personal Representative of the Estate of Mary Spampinato is a resident of Michigan. Donald F. Spampinato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1725.   Barbara Carroll Spence, individually, as surviving spouse of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Carroll Spence is a resident of Georgia. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1726.   Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S. Spence, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Carroll Spence is a resident of Georgia. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1727.   Kristina Spence, individually, as surviving child of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Spence is a resident of Florida. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1728.   Shannon Spence, individually, as surviving child of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Spence is a resident of Florida. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1729.   Dorothy Spence Evans, individually, as surviving sibling of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Spence Evans is a resident of North Carolina. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1730.   Susan Spitz, individually, as surviving spouse of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Spitz is a resident of New York. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1731.   Susan Spitz, as the Personal Representative of the Estate of William Spitz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Spitz is a resident of New York. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1732.   Kathy Buell, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy Buell is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1733.    Tara Stackpole, as the Personal Representative of the Estate of Timothy Stackpole, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1734.    Patricia Murphy, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Murphy is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1735.    Edward Stackpole, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1736.    Michael Stackpole, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1737.    Daniel Carroll, individually, as surviving child of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1738.    David Carroll, individually, as surviving spouse of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1739.    David Carroll, as the Personal Representative of the Estate of Patricia J. Statz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia J. Statz, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. David Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1740.   Erick Carroll, individually, as surviving child of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erick Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1741.   Pamela Statz, individually, as surviving sibling of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Statz is a resident of Oregon. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1742.   Vincent A. Statz, individually, as surviving parent of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent A. Statz is a resident of Wisconsin. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1743.   Phil Statz, individually, as surviving sibling of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phil Statz is a resident of Wisconsin. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1744.   Gloria Darrisaw, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Darrisaw is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1745.   Eunice W. Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eunice W. Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1746.   Betty Jo Hill, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Betty Jo Hill is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1747.   Brenda Stephens Pyant, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Stephens Pyant is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1748.   Eddie Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1749.   Marvin Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1750.   Mary L. Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary L. Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1751.   Barbara Stephens-Cobb, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Stephens-Cobb is a resident of South Carolina. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1752.   Torrass Allen-Stephens, individually, as surviving child of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Torrass Allen-Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1753.   Torrass Allen-Stephens, as the Personal Representative of the Estate of Edna L. Stephens, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Torrass Allen-Stephens is a resident

of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1754.   Eric Stoller, individually, as surviving child of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1755.   Glen Stoller, individually, as surviving child of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glen Stoller is a resident of Maine . Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1756.   Trudy Stoller, individually, as surviving spouse of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trudy Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1757.   Trudy Stoller, as the Personal Representative of the Estate of Sanford M. Stoller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trudy Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1758.   Leslie A. Intindoli, individually, as surviving sibling of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1759.   Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss, deceased, the late parent of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1760.   Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss, deceased, the late parent of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1761.   Derek Strauss, individually, as surviving child of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1762.   Melanie Strauss, individually, as surviving child of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melanie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1763.   Jean Strauss a/k/a Jeannie Strauss, individually, as surviving spouse of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Strauss a/k/a Jeannie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1764.   Jean Strauss a/k/a Jeannie Strauss, as the Personal Representative of the Estate of Steven Strauss, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Strauss a/k/a Jeannie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1765.   Brian Sullivan, individually, as surviving child of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1766.   Dolores Sullivan, individually, as surviving spouse of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1767.   Dolores Sullivan, as the Personal Representative of the Estate of Christopher P. Sullivan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1768.   James R. Sullivan, individually, as surviving parent of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James R. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1769.   Joan R. Sullivan, individually, as surviving parent of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan R. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1770.   Kevin M. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin M. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1771.   Matthew J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Sullivan is a resident of California. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1772.   Peter Q. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Q. Sullivan is a resident of Florida. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1773.   Robert J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1774.   Sean Sullivan, individually, as surviving child of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1775.   Joan Wolffer, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Wolffer is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1776.   Jill Marsella, individually, as surviving spouse of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Marsella is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1777.   Jill Marsella, as the Personal Representative of the Estate of Thomas F. Swift, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Marsella is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1778.   Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1779.   Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift., deceased, the late sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift. is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1780.   Patrick T. Swift, individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick T. Swift is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1781.   Peter T. Swift Jr., individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter T. Swift Jr. is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1782.   John Doe 114, as Personal Representative of the Estate of Peter T. Swift, Sr., deceased, the late parent of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1783.   Octavia Bangura, individually, as surviving child of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Octavia Bangura is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1784.   Yvette Jones, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yvette Jones is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1785.   Edna Mbayo, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edna Mbayo is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1786.   Dennis Stafford, individually, as surviving child of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Stafford is a resident of Sierra Leone. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1787.   George O. Taylor, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George O. Taylor is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1788.   George O. Taylor, as the Personal Representative of the Estate of Hilda E. Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George O. Taylor is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1789.   Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1790.   Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1791.   Elina Shirolkar, individually, as surviving child of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elina Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1792.   Haleema Salie, as Personal Representative of the Estate of Rahma Salie, deceased, the late spouse of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie, as Personal Representative of the Estate of Rahma Salie is a resident of Massachusetts. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1793.   Jordanis Theodoridis, individually, as surviving sibling of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

627

by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1794.   Jordanis Theodoridis, as the Personal Representative of the Estate of Michael Theodoridis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1795.   Margarita Theodoridis, individually, as surviving parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1796.   Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1797.   Sarah Kashetta, individually, as surviving child of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Kashetta is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1798.   Kathleen Thompson, individually, as surviving spouse of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Thompson is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1799.   Kathleen Thompson, as the Personal Representative of the Estate of Brian T. Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Thompson is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1800.   Daniel Thompson, individually, as surviving child of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Thompson is a resident of New Jersey. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1801.   Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tsahai S. Santiago is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1802.   Doreen Thompson, individually, as surviving parent of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Thompson is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1803.   Doreen Thompson, as the Personal Representative of the Estate of Vanavah Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Thompson is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1804.   Nia Jah-Selah Thompson, individually, as surviving child of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nia Jah-Selah Thompson is a resident of North Carolina. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1805.   Giovanni McKenzie, individually, as surviving sibling of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Giovanni McKenzie is a resident of Virginia. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1806.   Michael K. Thompson, individually, as surviving child of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael K. Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1807.   Michael K. Thompson, as the Personal Representative of the Estate of William Harry Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael K. Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1808.   Rahsaan Thompson, individually, as surviving child of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rahsaan Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1809.   Beatrice Woolen, individually, as surviving sibling of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beatrice Woolen is a resident of Georgia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1810.   Saundra Faye Woolen, individually, as surviving parent of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saundra Faye Woolen is a resident of Georgia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1811.   Emory E. Hackman, Jr., as the Personal Representative of the Estate of Tamara Thurman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emory E. Hackman, Jr. is a resident of Virginia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1812.   Jennifer Dolan, individually, as surviving child of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Dolan is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1813.   Barbara Tobin, individually, as surviving spouse of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1814.   Barbara Tobin, as the Personal Representative of the Estate of John Tobin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1815.   Margaret M. Tobin, individually, as surviving sibling of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret M. Tobin is a resident of New York. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1816.   Michael Tobin, individually, as surviving sibling of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1817.   Sean Tobin, individually, as surviving child of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1818.   Teresa Traina, individually, as surviving parent of Christopher M Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Traina is a resident of Florida. Christopher M Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1819.   Teresa Traina, as the Personal Representative of the Estate of Christopher M Traina, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Traina is a resident of Florida. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1820.   Salvatore M. Traina Jr., individually, as surviving sibling of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore M. Traina Jr. is a resident of New Jersey. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1821.   Salvatore Traina, individually, as surviving parent of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore Traina is a resident of Florida. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1822.   Theresa Corio, individually, as surviving sibling of Diane M. Urban, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Corio is a resident of New York. Diane M. Urban is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1823.   Theresa Corio, as the Personal Representative of the Estate of Diane M. Urban, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane M. Urban, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Corio is a resident of New York. Diane M. Urban is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1824.   Ann Van Hine, individually, as surviving spouse of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Van Hine is a resident of New York. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1825.   Ann Van Hine, as the Personal Representative of the Estate of Richard B. Van Hine, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Van Hine is a resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1826.   Meghan Sensenig, individually, as surviving child of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Sensenig is a resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1827.   Emily Small, individually, as surviving child of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Small is a

resident of New York. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1828.   Vasanta Velamuri, individually, as surviving spouse of Sankara Velamuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vasanta Velamuri is a resident of New Jersey. Sankara Velamuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1829.   Vasanta Velamuri, as the Personal Representative of the Estate of Sankara Velamuri, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sankara Velamuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vasanta Velamuri is a resident of New Jersey. Sankara Velamuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1830.   Ramon Velazquez, individually, as surviving child of Jorge L. Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ramon Velazquez is a resident of New Jersey. Jorge L. Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1831.   Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Migdalia Lopez is a resident of New York. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1832.   Javier Guzman, individually, as surviving sibling of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Javier Guzman is a resident of Pennsylvania. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1833.   Migdalia Lopez, individually, as surviving sibling of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Migdalia Lopez is a resident of New York. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1834.   Jennica Perez a/k/a Jennica Vera, individually, as surviving child of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennica Perez a/k/a Jennica Vera is a resident of North Carolina. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1835.   Jennica Perez a/k/a Jennica Vera, as the Personal Representative of the Estate of David Vera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennica Perez a/k/a Jennica Vera is a resident of New York. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1836.   Anthony Vola, individually, as surviving sibling of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Florida. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1837.   Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased,  the late sibling of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, is a resident of New York. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1838.   Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola is a resident of Florida. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1839.   Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola as Personal Representative of the Estate of John Vola is a resident of Florida. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1840.   Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola as Personal Representative of the Estate of Rita Vola

is a resident of New York. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1841.   Kim Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1842.   Kim Wagner, as the Personal Representative of the Estate of Karen J. Wagner, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1843.   Warren Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Warren Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1844.   Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner, deceased, the late parent of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1845.   Karl Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karl Wagner is a resident of Maryland. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1846.   Andrea Treble, individually, as surviving sibling of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Treble is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1847.   Andrea Treble, as the Personal Representative of the Estate of Gabriela Waisman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Treble is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1848.   Armando Waisman, individually, as surviving parent of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Armando Waisman is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1849.   Marta Waisman, individually, as surviving parent of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marta Waisman is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1850.   Rebecca Clemento, individually, as surviving spouse of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Clemento is a resident of Pennsylvania. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1851.   Rebecca Clemento, as the Personal Representative of the Estate of Victor Wald, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Clemento is a resident of Pennsylvania. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1852.   Clarissa B. Kirschenbaum, individually, as surviving sibling of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa B. Kirschenbaum is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1853.   Daniella Wald Spielman, individually, as surviving child of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniella Wald Spielman is a resident of New Jersey. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1854.   Alexandra Wald Bortz, individually, as surviving child of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Wald Bortz is a resident of Maryland. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1855.   Reagan Koniuch, individually, as surviving child of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reagan Koniuch is a resident of New York. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1856.   Alison W. Smith, individually, as surviving child of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alison W. Smith is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1857.   Charlotte Wallace, individually, as surviving spouse of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Wallace is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1858.   Charlotte Wallace, as the Personal Representative of the Estate of Peter G. Wallace, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Wallace is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1859.   Nancy Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1860.   Robert Wallace, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1861.   Angela Watson Cucciniello, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Watson Cucciniello is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1862.   Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, deceased, the late parent of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1863.   Carmella Watson, individually, as surviving parent of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmella Watson is a resident of West Virginia. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1864.   Christopher Watson, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1865.   Gary Watson, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1866.   Glenn Watson, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1867.   James Watson, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Watson is a resident of Florida. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1868.   Kenneth Watson, Jr., individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Watson, Jr. is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1869.   Susan Watson, individually, as surviving spouse of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1870.   Susan Watson, as the Personal Representative of the Estate of Kenneth Watson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1871.   Tina Watson-Tirabassi, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina Watson-Tirabassi is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1872.   Chin Sok Wells, individually, as surviving sibling of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Sok Wells is a resident of Texas. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1873.   Kum Son Wells, individually, as surviving parent of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kum Son Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1874.   Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, is a resident of Oklahoma. Chin Sun Pak Wells is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1875.   Kum Son Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kum Son Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1876.   Enid White, individually, as surviving spouse of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enid White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1877.   Enid White, as the Personal Representative of the Estate of John White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enid White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1878.   Maxine White, individually, as surviving child of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maxine White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1879.   Shirley Nottingham, individually, as surviving sibling of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham is a resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1880.   Shirley Nottingham, as the Personal Representative of the Estate of Leonard A. White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham is a resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1881.   Shirley Nottingham as Personal Representative of the Estate of Thelma White, deceased, the late parent of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham as Personal Representative of the Estate of Thelma White is a resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1882.   Sylvia Ball, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sylvia Ball is a resident of Arkansas. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1883.   Wakeland Higgins, individually, as surviving spouse of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wakeland Higgins is a resident of Florida. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1884.   Wakeland Higgins, as the Personal Representative of the Estate of Malissa White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wakeland Higgins is a resident of Florida. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1885.   Marc C. White, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc C. White is a resident of Tennessee. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1886.   Phillip White, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip White is a resident of Arkansas. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1887.   John Doe 64, being intended to designate the Personal Representative of the Estate of Sandra L. White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and

641

family members of Sandra L. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra L. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1888.   Connie Murray, individually, as surviving sibling of Sandra L. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connie Murray is a resident of Maryland. Sandra L. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1889.   John Doe 65, being intended to designate the Personal Representative of the Estate of Wayne White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1890.   Hilda Ventura, individually, as surviving sibling of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hilda Ventura is a resident of New York. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1891.   Daren White, individually, as surviving sibling of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daren White is a resident of New York. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1892.   Kathleen Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Wik is a resident of New York. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1893.   Thomas C. Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas C. Wik is a resident of New York. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

1894.   Raphael Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raphael Wik is a resident of Florida. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1895.   Christopher Wong, individually, as surviving child of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1896.   Eddie Wong, individually, as surviving child of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1897.   Eddie Wong, as the Personal Representative of the Estate of Yuk Ping Wong, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1898.   Fahim Chowdhury, individually, as surviving sibling of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fahim Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1899.   Sharif Chowdhury, individually, as surviving parent of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1900.   Sharif Chowdhury, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1901.   John Doe 66, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1902.   Showkatara Sharif, individually, as surviving parent of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Showkatara Sharif is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1903.   Showkatara Sharif, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Showkatara Sharif is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1904.   Mary Kessler, individually, as surviving sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kessler is a resident of Ohio. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1905.   Mary Kessler, as the co-Personal Representative of the Estate of Suzanne Youmans, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kessler is a resident of Ohio. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1906.   William Youmans, individually, as surviving sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Youmans is a resident of Florida. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1907.   Joan Youmans as Personal Representative of the Estate of John Youmans, deceased, the late sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Youmans as Personal Representative of the Estate of John Youmans is a resident of New York. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1908.   Edmond Young Sr., individually, as surviving parent of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edmond Young Sr. is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1909.   Margaret Young, individually, as surviving parent of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1910.   Markia Young, individually, as surviving sibling of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Markia Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1911.   Marvene Young, individually, as surviving sibling of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvene Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1912.   Marvene Young, as the Personal Representative of the Estate of Edmond G. Young Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvene Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1913.   Stephan Young, individually, as surviving child of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephan Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

645

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1914.   Chaquita Young, individually, as surviving child of Lisa L. Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaquita Young is a resident of Maryland. Lisa L. Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1915.   Chaquita Young, as the Personal Representative of the Estate of Lisa L. Young, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa L. Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaquita Young is a resident of Maryland. Lisa L. Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1916.   Desiree Zambrana, individually, as surviving sibling of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1917.   Lillian Zambrana, individually, as surviving parent of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1918.   Lillian Zambrana, as the Personal Representative of the Estate of Edwin J. Zambrana, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1919.   Michael Zampieri, individually, as surviving sibling of Robert A. Zampieri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zampieri is a resident of New Jersey. Robert A. Zampieri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1920.   Jeannie Schlesinger, individually, as surviving sibling of Robert A. Zampieri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeannie Schlesinger

is a resident of New Jersey. Robert A. Zampieri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1921.   Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, , deceased, the late sibling of Abraham Zelmanowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, is a resident of New York. Abraham Zelmanowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1922.   Evelyn Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Zelmanowitz is a resident of New York. Abraham Zelmanowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1923.   Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gonzalo Morales is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1924.   Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Morales Zempoaltecatl is a resident of Louisiana. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1925.   Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delfino Morales Zempoaltecatl is a resident of Louisiana. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1926.   Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eusebio Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1927.   Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glafira Morales Zempoaltecatl is a resident of Louisiana. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1928.   Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1929.   Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1930.   Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria P.M. Zempoaltecatl Cortez is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1931.   BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1932.   Debra Zeplin, as the Personal Representative of the Estate of Marc Scott Zeplin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1933.   Debra Zeplin, individually, as surviving spouse of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1934.   Ethan Gabriel Zeplin, individually, as surviving child of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethan Gabriel Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1935.   Ryan Harris Zeplin , individually, as surviving child of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Harris Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1936.   John P. O'Neill, Jr., individually, as an injured person, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John P. O'Neill, Jr. is a resident of Maryland. John P. O'Neill, Jr. was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1937.   Elizabeth Ann Kiel, individually, as surviving sibling of John Joseph Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Ann Kiel is a resident of New York. John Joseph Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1938.   John Florio, individually, as surviving parent of John Joseph Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Florio is a resident of Florida. John Joseph Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1939.   Timothy Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1940.   Maureen Bernadette Paglia, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Bernadette Paglia is a resident of Florida. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1941.   William J. Kelly, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Kelly is a

649

resident of Florida. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1942.   Dennis T. Kelly , individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis T. Kelly is a resident of Connecticut. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1943.   Wendy Santimays , individually, as surviving sibling of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Santimays is a resident of Connecticut. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1944.   Jaime Reali, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Reali is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1945.   Taylor Kloepfer, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Taylor Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1946.   Dawn Kloepfer, individually, as surviving spouse of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1947.   Casey Kloepfer, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1948.   Anthony B. McMahon, individually, as surviving sibling of Robert Dismas McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony B. McMahon is a resident of Australia. Robert Dismas McMahon is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1949.  Irene McMahon, individually, as surviving sibling of Robert Dismas McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene McMahon is a resident of New York. Robert Dismas McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1950.  Marie Sikorsky, individually, as surviving spouse of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1951.  Steven Sikorsky, individually, as surviving child of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1952.  Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill is a resident of New Jersey. John P. O'Neill, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1953.  Yon-Paul Casalduc, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yon-Paul Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1954.  Frank Camaj, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Camaj is a resident of New Jersey. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1955.  Kole Camaj, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kole Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1956.   Preta Berisha, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Preta Berisha is a resident of New Jersey. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1957.   BNY Mellon, as the Personal Representative of the Estate of Humberto Ailinger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Humberto Ailinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Humberto Ailinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1958.   Frank Aversano as Personal Representative of the Estate of Francis L. Aversano, deceased, the late sibling of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Aversano as Personal Representative of the Estate of Francis L. Aversano is a resident of Pennsylvania. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1959.   Frank Aversano as Personal Representative of the Estate of Philip Aversano, deceased, the late sibling of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Aversano as Personal Representative of the Estate of Philip Aversano is a resident of Pennsylvania. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1960.   BNY Mellon, as the Personal Representative of the Estate of Ivhan Bautista, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivhan Bautista, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ivhan Bautista is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1961.   Anthony Chiofalo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Chiofalo is a resident of New York. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1962.   Donna Chiofalo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Chiofalo is a resident of North Carolina. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1963.   Annette Melillo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Melillo is a resident of Georgia. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1964.   Rosemarie Maggiore, individually, as surviving parent of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Maggiore is a resident of North Carolina. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1965.   George Coughlin, individually, as surviving sibling of John G. Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Coughlin is a resident of New Jersey. John G. Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1966.   Carol L. D'Allara, as the Personal Representative of the Estate of John D'Allara, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol L. D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1967.   Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr., deceased, the late parent of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr. is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1968.   Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara, deceased, the late parent of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1969.   John Joseph D'Allara, individually, as surviving child of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Joseph D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1970.   Nicholas Michael D'Allara, individually, as surviving child of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Michael D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1971.   Carol L. D'Allara, individually, as surviving spouse of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol L. D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1972.   Dariusz Debek, individually, as surviving spouse of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dariusz Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1973.   Albert DeRubbio, Jr., individually, as surviving sibling of David DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert DeRubbio, Jr. is a resident of Texas. David DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1974.   RoseEllen Dowdell, individually, as surviving spouse of Kevin Christopher Dowdell , is a Plaintiff seeking justice for the tragic events of September 11, 2001. RoseEllen Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1975.   RoseEllen Dowdell, as the Personal Representative of the Estate of Kevin Christopher Dowdell, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Christopher Dowdell , is a Plaintiff seeking justice for the tragic events of September 11, 2001. RoseEllen Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered

654

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1976.   Patrick Kevin Dowdell, individually, as surviving child of Kevin Christopher Dowdell , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Kevin Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1977.   James Michael Dowdell, individually, as surviving child of Kevin Christopher Dowdell , is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Michael Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1978.   Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher, deceased, the late parent of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1979.   Laurie Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1980.   Marilyn Hess, individually, as surviving parent of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Hess is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1981.   Thomas Gambino, Sr., individually, as surviving parent of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gambino, Sr. is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1982.   Keith Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1983.   Valerie Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1984.   Thomas Gambino, III, individually, as surviving child of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gambino, III is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1985.   Brian Gambino, individually, as surviving child of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1986.   Janet Gambino, individually, as surviving spouse of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1987.   Janet Gambino, as the Personal Representative of the Estate of Thomas Gambino, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1988.   John T. Genovese, individually, as surviving sibling of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1989.   John T. Genovese as Personal Representative of the Estate of Veronica Genovese, deceased, the late parent of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese as Personal Representative of the Estate

of Veronica Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1990.   John T. Genovese as Personal Representative of the Estate of John G. Genovese, deceased, the late parent of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese as Personal Representative of the Estate of John G. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1991.   Patti Ann Valerio, individually, as surviving sibling of Matthew J. Grzymalski , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patti Ann Valerio is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1992.   Paul Joseph Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Joseph Grzymalski is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1993.   Peter John Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter John Grzymalski is a resident of North Carolina. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1994.   Joseph Walter Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Walter Grzymalski is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1995.   Jo Ann McManus, individually, as surviving sibling of Matthew J. Grzymalski , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann McManus is a resident of South Carolina. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1996.   Patricia Byrne, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Byrne is a

resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1997.   Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr. is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1998.   Thomas Gullickson, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

1999.   Patricia Gullickson, individually, as surviving parent of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2000.   Ralph Gullickson, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2001.   Robert Gullickson, Jr., individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Gullickson, Jr. is a resident of New Jersey. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2002.   Jake Halloran , individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jake Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2003.   Kieran Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Halloran is a resident of New Jersey. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2004.   Phelan Halloran, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phelan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2005.   Declan Halloran , individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Declan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2006.   Marie Halloran , individually, as surviving spouse of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2007.   Marie Halloran , as the Personal Representative of the Estate of Vincent Gerard Halloran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2008.   Iris Marie Holohan, individually, as surviving parent of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris Marie Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2009.   Mary Alice Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Alice Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2010.   Megan Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2011.   Sean Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2012.   Harold Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr. , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harold Hughes is a resident of New Jersey. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2013.   Tara Leonardi, individually, as surviving sibling of Thomas F. Hughes, Jr. , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Leonardi is a resident of Pennsylvania. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2014.   Kathleen Creran as Personal Representative of the Estate of Kevin T. Hughes, deceased, the late sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Creran is a resident of New Jersey. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2015.   Mark F. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr. , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark F. Hughes is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2016.   Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2017.   Martin S. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr. , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin S. Hughes is a resident of California. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2018.   Deborah Bodner, individually, as surviving sibling of Thomas F. Hughes, Jr. , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Bodner is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2019.   Matthew Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2020.   Kelsey Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelsey Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2021.   Sean Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2022.   Lisa Jordan, individually, as surviving spouse of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2023.   Lisa Jordan, as the Personal Representative of the Estate of Andrew Jordan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2024.   Philomena Ann Karczewski, individually, as surviving spouse of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philomena Ann Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2025.   Philomena Ann Karczewski, as the Personal Representative of the Estate of Charles Henry Karczewski, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philomena Ann Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2026.   Mary Kelly as Personal Representative of the Estate of Robert J. Kelly, deceased, the late sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kelly as Personal Representative of the Estate of Robert J. Kelly is a resident of New York. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2027.   Daniel T. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel T. Kirwin is a resident of Rhode Island. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2028.   Jon D. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jon D. Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2029.   Peter M. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter M. Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2030.   Andrew Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2031.   Jennifer Kirwin Masse, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Kirwin Masse is a resident of Vermont. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2032.   Virginia Krukowski , individually, as surviving sibling of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Krukowski is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2033.   Barbara Rastelli , individually, as surviving parent of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Rastelli is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2034.   Corey LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corey LaFrance is a resident of Florida. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2035.   Aubrey LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aubrey LaFrance is a resident of New York. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2036.   JoAnn Langone, individually, as surviving spouse of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2037.   JoAnn Langone, as the Personal Representative of the Estate of Thomas Langone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of

663

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2038.   JoAnn Langone as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone as Personal Representative of the Estate of Thomas Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2039.   Caitlin Langone-Brewer, individually, as surviving child of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Langone-Brewer is a resident of New Jersey. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2040.   Brian Langone, individually, as surviving child of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Langone is a resident of California. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2041.   Joanne Langone, individually, as surviving sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2042.   Rosemarie Langone, individually, as surviving sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2043.   Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone as Personal Representative of the Estate of Sheila Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2044.   Joanne Langone, individually, as surviving sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2045.   Rosemarie Langone, individually, as surviving sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2046.   Terri Langone, individually, as surviving spouse of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2047.   Terri Langone, as the Personal Representative of the Estate of Peter Langone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2048.   Terri Langone as Personal Representative of the Estate of Peter Langone, deceased, the late sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone as Personal Representative of the Estate of Peter Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2049.   Nikki Langone, individually, as surviving child of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nikki Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2050.   Karli Langone, individually, as surviving child of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karli Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2051.   Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Peter Langone, is a Plaintiff seeking justice for the tragic

events of September 11, 2001. Rosemarie Langone as Personal Representative of the Estate of Sheila Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2052.   Jose Domingo Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Domingo Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2053.   Jose Domingo Liz as Personal Representative of the Estate of Elena Liz, deceased, the late parent of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Domingo Liz as Personal Representative of the Estate of Elena Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2054.   William Stone Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Stone Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2055.   Jennifer Grace Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Grace Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2056.   Lisa Luckett, individually, as surviving spouse of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2057.   Timothy Wyatt Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Wyatt Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2058.   Lisa Luckett, as the Personal Representative of the Estate of Edward H. Luckett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2059.   Kathryn Crawford Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Crawford Luckett is a resident of Rhode Island. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2060.   Alexandra Ward Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Ward Luckett is a resident of Florida. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2061.   James Taylor Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Taylor Luckett is a resident of North Carolina. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2062.   Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett is a resident of Rhode Island. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2063.   Caterina Tavolacci, individually, as surviving sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caterina Tavolacci is a resident of New York. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2064.   Domenica Anna Lopez, individually, as surviving sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Domenica Anna Lopez is a resident of New York. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2065.   Lauren Peters, individually, as surviving child of Louis Neil Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Peters is a resident of New York. Louis Neil Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2066.   Donna Mercurio, as Personal Representative of the Estate of Edna May Massa, deceased, the late spouse of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mercurio is a resident of New Jersey. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2067.   Donna Mercurio, individually, as surviving child of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mercurio is a resident of New Jersey. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2068.   Nicholas T. Massa, individually, as surviving child of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas T. Massa is a resident of Florida. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2069.   Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford, deceased, the late sibling of Margaret Elaine Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford is a resident of Michigan. Margaret Elaine Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2070.   Denise McDonnell, individually, as surviving sibling of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2071.   Vincenza McDonnell, individually, as surviving parent of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincenza McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

668

2072.   Patrick A. McDonnell, individually, as surviving parent of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick A. McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2073.   Kathleen Murphy, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Murphy is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2074.   Thomas McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas McGuire is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2075.   John McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McGuire is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2076.   Deborah Lynn Temple, individually, as surviving spouse of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Lynn Temple is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2077.   Justin John Morello, individually, as surviving child of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin John Morello is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2078.   Paige Celine Morello, individually, as surviving child of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paige Celine Morello is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2079.   John Morello, individually, as surviving parent of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Morello is a resident of New York. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2080.   Patricia Morello, individually, as surviving parent of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Morello is a resident of New York. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2081.   Deborah Lynn Temple, as the Personal Representative of the Estate of Vincent S. Morello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Lynn Temple is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2082.   Colleen Golden, individually, as surviving child of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2083.   John Michael Nee, individually, as surviving sibling of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Michael Nee is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2084.   Dolores Laguerre, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Laguerre is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2085.   Jimmy Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jimmy Vega is a resident of Pennsylvania. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2086.   Minerva Galarza, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Galarza is a resident of Florida. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2087.   Sonia Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2088.   Peter Roman, as the Personal Representative of the Estate of Miriam Roman, deceased, the late sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Roman, as the Personal Representative of the Estate of Miriam Roman is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2089.   Aida Cintron, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aida Cintron is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2090.   Johnny Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johnny Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2091.   Johnny Vega as Personal Representatives of the Estate of Maria Vega, deceased, the late parent of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johnny Vega as Personal Representatives of the Estate of Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2092.   Maria Vega, as the Personal Representative of the Estate of Robert Vega, deceased, the late sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

671

2093.   Eddie Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Ottenwalder is a resident of Florida. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2094.   Nilda Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nilda Ottenwalder is a resident of Florida. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2095.   Olga Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olga Ottenwalder is a resident of New Jersey. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2096.   John Owens as Personal Representative of the Estate of Dolores Owens, deceased, the late parent of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens as Personal Representative of the Estate of Dolores Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2097.   Pamela Rancke Schroeder, individually, as surviving sibling of Alfred Todd Rancke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Rancke Schroeder is a resident of New Jersey. Alfred Todd Rancke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2098.   Elizabeth Rivas, as the Personal Representative of the Estate of Moises Norberto Rivas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2099.   Elizabeth Rivas, individually, as surviving spouse of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2100.   Moesha Rivas, individually, as surviving child of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moesha Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2101.   Moises Norberto Rivas, Jr., individually, as surviving child of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Norberto Rivas, Jr. is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2102.   Lorene Rosenberg, individually, as surviving sibling of Lloyd Rosenberg , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorene Rosenberg is a resident of New York. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2103.   Lawrence Rosenberg, individually, as surviving parent of Lloyd Rosenberg , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Rosenberg is a resident of New York. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2104.   Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg, deceased, the late parent of Lloyd Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg is a resident of New York. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2105.   Linda Amato, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Amato is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2106.   James Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Roy is a resident of New Jersey. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2107.   John Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2108.   John Roy as Personal Representative of the Estate of Ida Mae Roy, deceased, the late parent of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Roy as Personal Representative of the Estate of Ida Mae Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2109.   Gary Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2110.   Kenneth Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Roy is a resident of Florida. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2111.   Brendan Ryan, individually, as surviving sibling of Matthew Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ryan is a resident of New York. Matthew Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2112.   Kathleen Sanchez , individually, as surviving child of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Sanchez is a resident of Wisconsin. Raymond Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2113.   Christian Santos, individually, as surviving child of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christian Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2114.   Jonnathan Santos, individually, as surviving child of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonnathan Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2115.   Yubelly Santos, as the Personal Representative of the Estate of Rafael Humberto Santos, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yubelly Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2116.   Yubelly Santos, individually, as surviving spouse of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yubelly Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2117.   Christopher John Saucedo, individually, as surviving sibling of Gregory Saucedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher John Saucedo is a resident of New York. Gregory Saucedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2118.   Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman, deceased, the late parent of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman is a resident of Florida. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2119.   Elizabeth Isacowitz, individually, as surviving sibling of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Isacowitz is a resident of Florida. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2120.   Maryellen Michalenko, individually, as surviving sibling of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maryellen

Michalenko is a resident of New York. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2121.   Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon, deceased, the late sibling of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon is a resident of Maine. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2122.   Brian Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2123.   Brendan Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2124.   Kaitlyn Welsh, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Welsh is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2125.   Kevin Carlton, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Carlton is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2126.   Tara A. Stackpole, individually, as surviving spouse of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara A. Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2127.   Terence Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terence Stackpole is

a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2128.   Barbara Strobert, individually, as surviving parent of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2129.   Frank Steven Strobert, individually, as surviving child of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Steven Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2130.   Tara Strobert-Nolan, individually, as surviving spouse of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Strobert-Nolan is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2131.   Kathleen Deloughery, individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Deloughery is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2132.   Alexander John Wallace, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander John Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2133.   Jeanine L. Fusco, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine L. Fusco is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2134.   Nancy T. Wallace, individually, as surviving spouse of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy T. Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2135.   Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace, deceased, the late child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2136.   Karin Charles, individually, as surviving spouse of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karin Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2137.   Karin Charles, as the Personal Representative of the Estate of Kenneth Zelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karin Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2138.   Olivia Zelman Charles, individually, as surviving child of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Zelman Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2139.   Ethan Zelman Charles, individually, as surviving child of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethan Zelman Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2140.   Justin Johnson, individually, as surviving child of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2141.   George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin, deceased, the late parent of John G. Coughlin, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin is a resident of New Jersey. John G. Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2142.   Beverly Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Epps is a resident of South Carolina. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2143.   Debra Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2144.   Valerie Epps Kendall, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Epps Kendall is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2145.   Chundera Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2146.   Robert Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Epps is a resident of Pennsylvania. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2147.   Anne Ielpi, individually, as surviving parent of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Ielpi is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2148.   AnneMarie Holleran, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. AnneMarie Holleran

679

is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2149.   Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2150.   Donna Cavanaugh, individually, as surviving sibling of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Cavanaugh is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2151.   Donna A. Cavanaugh as Personal Representative of the Estate of Henry Karczewski, deceased, the late parent of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna A. Cavanaugh is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2152.   Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney, deceased, the late parent of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney is a resident of Delaware. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2153.   Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski , deceased, the late parent of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2154.   Maureen Simpson, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Simpson is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2155.   James McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James McGuire is a resident of Massachusetts. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2156.   Jody Myers, as Personal Representative of the Estate of Terrence McGuire , deceased, the late sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jody Myers, as Personal Representative of the Estate of Terrence McGuire is a resident of Massachusetts. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2157.   John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr., deceased, the late parent of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr. is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2158.   John Owens, as Personal Representative of the Estate of Kathleen Owens, deceased, the late sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens, as Personal Representative of the Estate of Kathleen Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2159.   Douglas Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Roy is a resident of Florida. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2160.   Barbara Strobert, as Personal Representative of the Estate of Frank Strobert, deceased, the late parent of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Strobert, as Personal Representative of the Estate of Frank Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2161.   Joan Ruth Puwalski, individually, as surviving spouse of Steven J. Bates, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Ruth Puwalski is a resident of New York. Steven J. Bates is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2162.   Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani is a resident of Massachusetts. Louis Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2163.   Bruce Mariani, individually, as surviving sibling of Louis Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Mariani is a resident of New Hampshire. Louis Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2164.   Elizabeth Miller, individually, as surviving child of Douglas Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Miller is a resident of Pennsylvania. Douglas Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2165.   Laura Nogaj, individually, as surviving spouse of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Nogaj is a resident of Florida. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2166.   Jude Monteserrato a/k/a Judith Monteserrato, individually, as surviving spouse of John Michael Sbarbaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Monteserrato a/k/a Judith Monteserrato is a resident of Rhode Island. John Michael Sbarbaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2167.   Tara Strobert-Nolan, as the Personal Representative of the Estate of Steven Frank Strobert, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Strobert-Nolan is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2168.   John Doe 70, being intended to designate the Personal Representative of the Estate of Steven J. Bates, deceased, said name being fictitious, her/his true name is not

presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven J. Bates, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven J. Bates is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2169.   John Doe 71, being intended to designate the Personal Representative of the Estate of Stephen Philip Morris, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2170.   John Doe 72, being intended to designate the Personal Representative of the Estate of John Michael Sbarbaro, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Michael Sbarbaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Michael Sbarbaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2171.   Chundera Epps, as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps, as Personal Representative of the Estate of Geneva Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2172.   Chundera Epps, as Personal Representative of the Estate of Christopher Samuel Epps, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps is a resident of New York Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

683

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2173.  Nicole Mayer, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Mayer is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2174.  Pete Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pete Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2175.  Christopher Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2176.  Michael Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2177.  Kevin Carroll, individually, as surviving sibling of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2178.  Patricia D'Agata, individually, as surviving sibling of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia D'Agata is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2179.  Thomas Gonzalez, Jr., as the Personal Representative of the Estate of Jenine Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gonzalez, Jr. is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2180.   Thomas Gonzalez, Jr., individually, as surviving sibling of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gonzalez, Jr. is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2181.   Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2182.   Laura Israilov, individually, as surviving sibling of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Israilov is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2183.   Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan, deceased, the late parent of Matthew Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan is a resident of New York. Matthew Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2184.   Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr., deceased, the late parent of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr. is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2185.   Janice Dukes, individually, as surviving spouse of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Dukes is a resident of New York. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2186.   Janice Dukes, as the Personal Representative of the Estate of Donnie Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Dukes is a resident of New York. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2187.   Kristina Nicole York, individually, as surviving child of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Nicole York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2188.   Joan York, as the Personal Representative of the Estate of Raymond York, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2189.   Joan York, individually, as surviving spouse of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2190.   Jesse Kemp, individually, as surviving child of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesse Kemp is a resident of South Carolina. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2191.   John Doe 83, being intended to designate the Personal Representative of the Estate of Timothy Haviland, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2192.   Barbara Keane, as Personal Representative of the Estate of Amy Haviland, deceased, the late spouse of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane, as Personal Representative of the Estate of Amy Haviland is a resident of Pennsylvania. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2193.   Sean McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2194.   Aidan McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan McShane is a resident of Florida. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2195.   Colin McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colin McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2196.   Catherine McShane, individually, as surviving spouse of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2197.   Catherine McShane, as the Personal Representative of the Estate of Terence McShane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2198.   Phylicia Ruggieri, individually, as surviving child of Joseph Rivelli, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phylicia Ruggieri is a resident of New York. Joseph Rivelli, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2199.   Matthew Casey, individually, as surviving child of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2200.   Kevin Casey, individually, as surviving spouse of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2201.   Kevin Casey, as the Personal Representative of the Estate of Kathleen Hunt-Casey, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2202.   Theresa Fiorelli, individually, as surviving spouse of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2203.   Theresa Fiorelli, as the Personal Representative of the Estate of Stephen J. Fiorelli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2204.   Stephen J. Fiorelli, Jr., individually, as surviving child of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen J. Fiorelli, Jr. is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2205.   Christine Epstein, individually, as surviving child of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Epstein is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2206.   William Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2207.   Kenneth Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2208.   Karen Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2209.   Kaitlyn Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Fisher is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2210.   Margaret Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Fisher is a resident of New York. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2211.   Brian Wilkes, individually, as surviving spouse of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Wilkes is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2212.   John Doe 76, being intended to designate the Personal Representative of the Estate of Lorraine Antigua, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2213.   Mildred Calderon, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mildred Calderon is a resident of North Carolina. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2214.   Wendell Acevedo, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendell Acevedo is a resident of North Carolina. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2215.   Eugene A. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene A. Harris is a resident of New York. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2216.   Cynthia M. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia M. Harris is a resident of New York. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2217.   Anthony D. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony D. Harris is a resident of Maryland. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2218.   Shawn Patrick, individually, as surviving sibling of James Matthew Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Patrick is a resident of New York. James Matthew Patrick is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2219.   Christopher Ruggieri, individually, as surviving child of Joseph Rivelli, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Ruggieri is a resident of New York. Joseph Rivelli, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2220.   Aidan Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2221.   Alexander Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2222.   Anna Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2223.   James Babakitis, as Personal Representative of the Estate of Kevin Babakitis, deceased, the late child of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Babakitis, as Personal Representative of the Estate of Kevin Babakitis is a resident of the Dominican Republic. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2224.   Brieann Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brieann Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2225.   Alexander Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2226. Alexander Centro, as the Personal Representative of the Estate of Alexander Centro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2227. Craig Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2228. Craig Centro, as Personal Representative of the Estate of Italia Centro, deceased, the late parent of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Centro, as Personal Representative of the Estate of Italia Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2229. Amy Eberling, individually, as surviving spouse of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2230. Amy Eberling, as the Personal Representative of the Estate of Dean P. Eberling, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2231. Corinne Ardente, individually, as surviving child of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corinne Ardente is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2232.   Lauren Eberling, individually, as surviving child of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2233.   Christopher Ahearn, individually, as surviving child of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Ahearn is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2234.   Lauren Sosa, individually, as surviving child of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Sosa is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2235.   Debra Ahearn, individually, as surviving spouse of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Ahearn is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2236.   Marian Owens, individually, as surviving sibling of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marian Owens is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2237.   Sami Nassar, as the Personal Representative of the Estate of Jude Moussa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sami Nassar is a resident of Massachusetts. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2238.   John Morris III, individually, as surviving sibling of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Morris III is a resident of Pennsylvania. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2239.   Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton, deceased, the late sibling of John Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton is a resident of Massachusetts. John Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2240.   Eric Johnson, as Personal Representative of the Estate of Janice Brown, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2241.   Aidan Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2242.   Conor Halloran , individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Conor Halloran is a resident of the District of Columbia. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2243.   Eileen Lunder Baynes, individually, as surviving sibling of Christopher Lunder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Lunder Baynes is a resident of New York. Christopher Lunder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2244.   Hector Mejia, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hector Mejia is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2245.   Diane Brierley, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Brierley is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2246.   Margaret Trudeau, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Trudeau is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2247.   John Boffa, individually, as surviving spouse of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Boffa is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2248.   John Boffa, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Boffa is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2249.   John T. Genovese, as the Personal Representative of the Estate of Steven Genovese, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2250.   August Bernaerts, individually, as surviving sibling of Donna Bernaerts-Kearns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. August Bernaerts is a resident of New Jersey. Donna Bernaerts-Kearns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2251.   Ellen Macri, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Macri is a resident of North Carolina. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2252.   Patrick McGarry, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick McGarry is a resident of Florida. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2253.   Marianne Burke, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Burke is a resident of Georgia. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2254.   Deborah M. Brink, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah M. Brink is a resident of Georgia. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2255.   Francis J. Moody as Personal Representative of the Estate of Angelina Moody, deceased, the late parent of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis J. Moody as Personal Representative of the Estate of Angelina Moody is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2256.   Francis J. Moody, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis J. Moody is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2257.   Lorraine Antoniello, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Antoniello is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2258.   Michael L. Moody, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Moody is a resident of Florida. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2259.   Patrick Nee, individually, as surviving child of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Nee is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2260.   Irene Lavelle, as the Personal Representative of the Estate of Luke G. Nee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Lavelle is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2261.   Irene Lavelle, individually, as surviving spouse of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Lavelle is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2262.   Jean Diaz, individually, as surviving sibling of Kenneth John Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Diaz is a resident of New York. Kenneth John Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2263.   Lourdes Mireya Mejia De La Cruz, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lourdes Mireya Mejia De La Cruz is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2264.   Rafael Mejia, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Mejia is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2265.   James Morris, as Personal Representative of the Estate of Barbara Morris, deceased, the late parent of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris, as Personal Representative of the Estate of Barbara Morris, is a resident of Virginia. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2266.   James Morris as Personal Representative of John R. Morris, Jr., deceased, the late parent of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris is a resident of Virginia. Seth Morris is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2267.   James Morris, individually, as surviving sibling of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris is a resident of Virginia. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2268.   John Doe 79, being intended to designate the Personal Representative of the Estate of Raymond Sanchez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2269.   Jennifer Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2270.   John Doe 82 as Personal Representative of theEstate of Guiseppe Luparello, deceased, the late sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2271.   John Doe 103, as the Personal Representative of the Estate of Rosa Campisi, deceased, the late sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2272.   Patrice A. Regan, as the Personal Representative of the Estate of Nicholas G. Massa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrice A. Regan is a resident of Florida. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2273.   Gloria Eleanor Moran, individually, as surviving sibling of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Eleanor Moran is a resident of New York. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2274.   Colleen Golden , as the Personal Representative of the Estate of Richard Morgan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2275.   Colleen Golden as Personal Representative of the Estate of Patricia Morgan, deceased, the late spouse of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden as Personal Representative of the Estate of Patricia Morgan is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2276.   Brendan Ielpi, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ielpi is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2277.   Melissa Brengel, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Brengel is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2278.   Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter, deceased, the late spouse of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2279.   Rachel Uchitel, individually, as surviving spouse of Andrew O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Uchitel is a

resident of New York. Andrew O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2280.   John Doe 80, being intended to designate the Personal Representative of the Estate of Andrew O'Grady, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2281.   Maureen Sullivan, individually, as surviving spouse of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Sullivan is a resident of New York. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2282.   John Doe 81, being intended to designate the Personal Representative of the Estate of Derek O. Sword, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2283.   Jose D. Liz as Guardian of Maria Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2284.   Maya Simon, individually, as surviving child of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maya Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2285.   Karen Simon, individually, as surviving spouse of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2286.   Stanley Frank, individually, as surviving parent of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Frank is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2287.   Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Shea as Personal Representative of the Estate of Joan Shea is a resident of New Jersey. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2288.   Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Shea as Personal Representative of the Estate of Joan Shea is a resident of New Jersey. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2289.   Mindy Gabler, individually, as surviving spouse of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2290.   Mindy Gabler, as the Personal Representative of the Estate of Fredric Gabler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2291.   Alexis Gabler, individually, as surviving child of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2292.   Howard Gabler, individually, as surviving parent of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Howard Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2293.   Leslie Gabler, individually, as surviving parent of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2294.   Jolie Gabler, individually, as surviving sibling of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jolie Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2295.   Steven Romagnolo, individually, as surviving sibling of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2296.   Jonathan Martinez, individually, as surviving child of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Martinez is a resident of Arizona. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2297.   Barbara Keane as Personal Representative of the Estate of Amy Haviland, deceased, the late sibling of Robert Spear, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane as Personal Representative of the Estate of Amy Haviland is a resident of Pennsylvania. Robert Spear is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2298.   Nicholas Kemp, individually, as surviving child of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Kemp is a resident of New York. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2299.   John Doe 84, being intended to designate the Personal Representative of the Estate of Donna Bernaerts-Kearns, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bernaerts-Kearns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Bernaerts-Kearns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2300.   Bradley D. Noack, as Personal Representative of the Estate of Katherine McGarry Noack, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bradley D. Noack is a resident of New Jersey. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2301.   Patricia Kavanagh Edwards, individually, as surviving spouse of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kavanagh Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2302.   Patricia Kavanagh Edwards, as the Personal Representative of the Estate of Dennis Edwards, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kavanagh Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2303.   Alexa Marie Edwards, individually, as surviving child of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexa Marie Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2304.   Sheila Edwards Doyle as Personal Representative of the Estate of Julia Edwards, deceased, the late parent of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Edwards Doyle as Personal Representative of the

Estate of Julia Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2305.   Morgan Edwards, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Morgan Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2306.   Sheila Doyle, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Doyle is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2307.   Elizabeth Cortese, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Cortese is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2308.   Eileen O'Brien, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen O'Brien is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2309.   Gale DiFrancisco, individually, as surviving sibling of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gale DiFrancisco is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2310.   Eric Ogren, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Ogren is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2311.   Patricia Golden, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Golden is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2312.   Shaun Rodgers, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shaun Rodgers is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2313.   Robert R. Ploger, IV, individually, as surviving child of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert R. Ploger, IV is a resident of Arizona. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2314.   Edward Goldstein, individually, as surviving spouse of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Goldstein is a resident of New Jersey. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2315.   Patricia Singh, individually, as surviving child of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Singh is a resident of Virginia. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2316.   Ber Barry Aron, individually, as surviving parent of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ber Barry Aron is a resident of Maryland. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2317.   Dana Aron Weiner, individually, as surviving sibling of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana Aron Weiner is a resident of Illinois. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2318.   Barbara Ann Sullivan, individually, as surviving sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Ann Sullivan is a resident of Texas. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2319.   Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr., deceased, the late parent of Harry Blanding, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr. is a resident of New Jersey. Harry Blanding, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2320.   Anthony Bocchi, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2321.   Elena Bocchi, individually, as surviving parent of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2322.   Matthew Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2323.   Michael Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2324.   Michele Bocchi-Sandello, individually, as surviving spouse of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Bocchi-Sandello is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2325.   Nicholas Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2326.   Paul Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2327.   Ann Bocchi-Schwimmer , individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Bocchi-Schwimmer is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2328.   Diane Bocchi Esola, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Bocchi Esola is a resident of Florida. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2329.   Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2330.   Lucy Bocchi Kraus, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lucy Bocchi Kraus is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2331.   Michele Bocchi-Sandello, as the Personal Representative of the Estate of John Bocchi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Bocchi-Sandello is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2332.   Elizabeth Murphy, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Murphy is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2333.   Elizabeth Murphy, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Murphy is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2334.   Daphne Bowers, individually, as surviving parent of Veronique Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daphne Bowers is a resident of New York. Veronique Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2335.   Andrew Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2336.   Carolina Broderick, individually, as surviving spouse of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolina Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2337.   James Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2338.   Matthew Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2339.   Carolina Broderick, as the Personal Representative of the Estate of Mark Broderick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolina Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2340.   Angus Jacques, as the Personal Representative of the Estate of Felix Calixte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angus Jacques is a resident of Soufriere. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2341.   Angus Jacques, individually, as surviving parent of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angus Jacques is a resident of Soufriere. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2342.   Christine Brozon, individually, as surviving spouse of Luigi Calvi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Brozon is a resident of New York. Luigi Calvi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2343.   Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Brozon is a resident of New York. Luigi Calvi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2344.   James Cherry, individually, as surviving sibling of Vernon Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Cherry is a resident of Maryland. Vernon Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2345.   Cynthia Taylor, individually, as surviving sibling of Vernon Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Taylor is a resident of Georgia. Vernon Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2346.   Germaine Alexander, individually, as surviving sibling of Brenda Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Germaine Alexander is a resident of New York. Brenda Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2347.   Tammi Alexander, individually, as surviving sibling of Brenda Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tammi Alexander is a resident of New York. Brenda Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2348.   Dennis Coughlin, individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Coughlin is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2349.   Francis Coughlin, Jr., individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr. is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2350.   Robert Coughlin, individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Coughlin is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2351.   Maura Coughlin-Roberti, individually, as surviving spouse of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2352.   Riley Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Riley Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2353.   Ryann Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryann Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2354.   Sean Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2355.   Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as Co-Personal Representatives of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as Co-Personal Representatives of the Estate of Alice Coughlin are residents of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2356.   Robert Coughlin and Francis Coughlin as Co-Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Coughlin and Francis Coughlin as Co-Personal Representatives of the Estate of Francis Coughlin, Sr. is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2357.   Francis Coughlin, Jr., as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr. is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2358.   Maura Coughlin-Roberti, as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2359.   Regina Martin as Personal Representative of the Estate of Francis Cove, deceased, the late sibling of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin as Personal Representative of the Estate of Francis Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2360.   Regina Martin as Personal Representative of the Estate of Margaret Cove, deceased, the late parent of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin as Personal Representative of the Estate of Margaret Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2361.   Regina Martin, individually, as surviving sibling of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2362.   Vancena Dawson Donovan, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vancena Dawson Donovan is a resident of U.S. Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2363.   Vanita Aviles, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanita Aviles is a resident of Puerto Rico. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2364.   Janita Clyne, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janita Clyne is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2365.   Alvin Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alvin Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2366.   Annette Simon, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Simon is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2367.   Charles Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Dawson is a resident of Tortola. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2368.   Janet Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Dawson is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2369.   Tatiana Dawson, individually, as surviving child of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2370.   Lena Dawson, individually, as surviving spouse of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lena Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2371.   Lena Dawson, as the Personal Representative of the Estate of Calvin Dawson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lena Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2372.   Victorine Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victorine Dawson is a resident of Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2373.   Doris Hetherington, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Hetherington is a resident of Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2374.   Daniella De La Pena, individually, as surviving child of Emerita De la Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniella De La Pena is a resident of Florida. Emerita De la Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2375.   Gabriel De La Pena, individually, as surviving spouse of Emerita De La Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel De La Pena is a resident of Florida. Emerita De La Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2376.   Gabriel De La Pena, as the Personal Representative of the Estate of Emerita De La Pena, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emerita De La Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel De La Pena is a resident of Florida. Emerita De La Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2377.   Ronald Sierra, individually, as surviving spouse of Judith Berquis Diaz-Sierra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Sierra is a resident of New York. Judith Berquis Diaz-Sierra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2378.   Ronald Sierra, as the Personal Representative of the Estate of Judith Berquis Diaz-Sierra, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judith Berquis Diaz-Sierra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Sierra is a resident of New York. Judith Berquis Diaz-Sierra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2379.   Marlyse Salome Bosley, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marlyse Salome Bosley is a resident of Arizona. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2380.   Saul Espinal Ramos, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saul Espinal Ramos is a resident of Manitoba. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2381.   Eileen Esquilin, individually, as surviving sibling of Ruben Esquilin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Esquilin is a resident of New Jersey. Ruben Esquilin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2382.   Marybelle Vargas, individually, as surviving sibling of Ruben Esquilin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marybelle Vargas is a resident of New York. Ruben Esquilin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2383.   Lynn A. Faulkner, as the Personal Representative of the Estate of Wendy R. Faulkner, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn A. Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2384.   Stephen Morris, individually, as surviving sibling of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Morris is a resident of New York. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2385.   Annette Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2386.   Felicia Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2387.   Michael Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2388.   Kevin Finnerty, individually, as surviving sibling of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Finnerty is a resident of Minnesota. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2389.   Peter Finnerty, individually, as surviving parent of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Finnerty is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2390.   Theresa Roberts, individually, as surviving spouse of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Roberts is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2391.   Theresa Roberts, as the Personal Representative of the Estate of Timothy Finnerty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Roberts is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2392.   Lisa Madden, as Personal Representative of the Estate of Carl J. Flickinger, deceased, the late parent of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louise Flickinger as Personal Representative of the Estate of Carl J. Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

716

2393.  Alana Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alana Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2394.  Carl J. Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl J. Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2395.  Craig T. Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig T. Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2396.  Edmund Flickinger, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edmund Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2397.  Kathleen Flickinger, individually, as surviving spouse of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2398.  Lisa Madden, as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden as Personal Representative of the Estate of Louise Flickinger is a resident of New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2399.  Robert Flickinger, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2400.   Lisa Madden, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden is a resident of New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2401.   Kathleen Flickinger, as the Personal Representative of the Estate of Carl M. Flickinger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2402.   Sylvia Aleman, individually, as surviving sibling of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sylvia Aleman is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2403.   Blanca Martinez, individually, as surviving parent of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca Martinez is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2404.   Carlos Martinez, individually, as surviving parent of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Martinez is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2405.   Karen Carlucci , individually, as surviving spouse of Peter Frank , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Carlucci is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2406.   Constance Frank , individually, as surviving parent of Peter Frank , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2407.   Michelle Frank , individually, as surviving sibling of Peter Frank , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Frank is a resident of Rhode Island. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2408.   Peter Frank , individually, as surviving parent of Peter Frank , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2409.   Peter Frank, as the Personal Representative of the Estate of Peter Frank, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2410.   Edward Gnazzo, individually, as surviving sibling of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Gnazzo is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2411.   Nicholas Gnazzo, individually, as surviving sibling of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Gnazzo is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2412.   Song Jeng, individually, as surviving parent of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Song Jeng is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2413.   Luz America Piedrahita Ayala, individually, as surviving parent of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz America Piedrahita Ayala is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2414.   Jairo Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2415.   Omar Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Omar Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2416.   Walter Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2417.   Kathleen Griffin, individually, as surviving sibling of John Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Griffin is a resident of New Jersey. John Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2418.   Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2419.   Jeanmarie Hargrave, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanmarie Hargrave is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2420.   James Hargrave Jr, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Hargrave Jr is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2421.   Carolyn Marie Kelly, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Marie Kelly is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2422.   Patricia Mansfield, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mansfield is a resident of New Hampshire. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2423.   Maureen Murphy, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Murphy is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2424.   Kathryn M. Quinn, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn M. Quinn is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2425.   Mary Ann Struble, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Struble is a resident of Massachusetts. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2426.   Kenneth Haskell, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2427.   Kenneth Haskell, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2428.   Belinda Barino Dillard, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belinda Barino Dillard is a resident of New York. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2429.   Sharon Henderson , individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Henderson is a resident of California. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2430.   Lucy Aita, individually, as surviving spouse of Paul Innella , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lucy Aita is a resident of New Jersey. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2431.   Maria Rich, as the Personal Representative of the Estate of Paul Innella, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Innella , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of New Jersey. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2432.   James Jenkins, Jr., individually, as surviving sibling of John Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Jenkins, Jr. is a resident of Kentucky. John Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2433.   Joan Kirwin, individually, as surviving spouse of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2434.   Joan Kirwin, as the Personal Representative of the Estate of Glenn Kirwin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2435.  Miles Kirwin, individually, as surviving child of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miles Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2436.  Troy Kirwin, individually, as surviving child of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Troy Kirwin is a resident of California. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2437.  John Doe 88, being intended to designate the Personal Representative of the Estate of Vanessa Lang Langer, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2438.  Jackson S. O'Connor, individually, as surviving sibling of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jackson S. O'Connor is a resident of New York. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2439.  James T. O'Connor, individually, as surviving sibling of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James T. O'Connor is a resident of New York. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2440.  Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks, deceased, the late parent of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2441.  Lauren Baker, individually, as surviving child of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Baker is a

resident of Connecticut. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2442.   Ryan Marchbanks, individually, as surviving child of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Marchbanks is a resident of New Jersey. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2443.   Teresa Marchbanks, individually, as surviving spouse of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Marchbanks is a resident of New York. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2444.   Teresa Marchbanks, as the Personal Representative of the Estate of Joseph R. Marchbanks, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Marchbanks is a resident of New York. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2445.   Chasity DeLeon, as the Personal Representative of the Estate of Robert Gabriel Martinez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gabriel Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chasity DeLeon is a resident of Florida. Robert Gabriel Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2446.   Kathleen A. Koehler, individually, as surviving child of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Koehler is a resident of Iowa. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2447.   Karen E. Maude, individually, as surviving child of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen E. Maude is a resident of Virginia. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2448.   Teresa Maude, individually, as surviving spouse of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Maude is a resident of South Carolina. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2449.   Teresa Maude, as the Personal Representative of the Estate of Timothy Maude, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Maude is a resident of South Carolina. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2450.   Christopher Delosh, individually, as surviving spouse of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Delosh is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2451.   John Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2452.   Ronald Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2453.   Rose Mazza, individually, as surviving parent of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2454.   Victor Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victor Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2455.   Christopher Delosh, as the Personal Representative of the Estate of Kathy N. Mazza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Delosh is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2456.   Andrea Madonna and Joanne Los Kamp, as Co-Personal Representatives of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna and Joanne Los Kamp, as Co-Personal Representatives of the Estate of Joan Micciulli are residents of New Jersey and Florida respectively. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2457.   Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli, deceased, the late parent of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli is a resident of New Jersey. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2458.   Joanne Los Kamp, individually, as surviving sibling of William Micciulli , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Los Kamp is a resident of Florida. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2459.   Andrea Madonna , individually, as surviving sibling of William Micciulli , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna is a resident of New Jersey. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2460.   Emily Micciulli, individually, as surviving child of William Micciulli , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Micciulli is a resident of New York. William Micciulli is one of the Decedents murdered as a result of terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2461.   Sara Micciulli, individually, as surviving child of William Micciulli , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Micciulli is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2462.   Colleen Micciulli-Foley, individually, as surviving spouse of William Micciulli , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Micciulli-Foley is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2463.   Colleen Micciulli-Foley, as the Personal Representative of the Estate of William Micciulli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Micciulli , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Micciulli-Foley is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2464.   Daniel Lamb, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Lamb is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2465.   Ethel Scott, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethel Scott is a resident of Florida. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2466.   Joseph Lamb, Sr., individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Lamb, Sr. is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2467.   Rachel Quinnie, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Quinnie is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2468.   Jeanine Murphy, individually, as surviving spouse of James Murphy, IV, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Murphy is a

resident of Pennsylvania. James Murphy, IV is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2469.   Jeanine Murphy, as the Personal Representative of the Estate of James Murphy, IV, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Murphy, IV, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Murphy is a resident of Pennsylvania. James Murphy, IV is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2470.   Jessica A. Navas, individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2471.   Joseph M. Navas, Jr., individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph M. Navas, Jr. is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2472.   Justin C. Navas, individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin C. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2473.   Karen A. Navas, individually, as surviving spouse of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2474.   Karen A. Navas, as the Personal Representative of the Estate of Joseph M. Navas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2475.   Stephen Nevins as the Personal Representative of the Estate of Lorraine B. Foley, deceased, the late parent of Gerard Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Nevins is a resident of New York. Gerard Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2476.   Stephen Nevins, individually, as surviving sibling of Gerard Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Nevins is a resident of New York. Gerard Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2477.   Iris Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris Vega is a resident of California. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2478.   Maria Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2479.   Gia L. Morris-Kern, as the Co-Personal Representative of the Estate of Israel Pabon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gia L. Morris-Kern is a resident of New York. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2480.   Virginia Parro, individually, as surviving parent of Robert Parro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Parro is a resident of New York. Robert Parro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2481.   Barbara Dunleavy, individually, as surviving sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Dunleavy is a resident of New Jersey. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2482.   Frank Perry A/K/A Francis Perry, individually, as surviving sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Perry A/K/A Francis Perry is a resident of New Jersey. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2483.   Catherine Perry, individually, as surviving parent of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Perry is a resident of New York. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2484.   Patrick Perry, individually, as surviving sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Perry is a resident of New York. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2485.   Jennifer Bruno, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Bruno is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2486.   Miriam Carter, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Carter is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2487.   Elsie Cintron-Rosado, individually, as surviving parent of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Cintron-Rosado is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2488.   Elsie Cintron-Rosado, as the Personal Representative of the Estate of Maria Ramirez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Cintron-Rosado is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2489.   Jessica Darden, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Darden is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2490.   Maureen Regan, individually, as surviving sibling of Donald Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Regan is a resident of New York. Donald Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2491.   William Regan, individually, as surviving sibling of Donald Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Regan is a resident of New York. Donald Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2492.   Joan Reilly and Regina Madigan as Legal Guardians of Edward Reilly, individually, as surviving sibling of Kevin Reilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Reilly and Regina Madigan as Legal Guardians of Edward Reilly is a resident of New York. Kevin Reilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2493.   John McManus, as the Personal Representative of the Estate of Richard Rescorla, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McManus is a resident of New Jersey. Richard Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2494.   Susan Brand a/k/a Siegel a/k/a Retik, individually, as surviving sibling of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Brand a/k/a Siegel a/k/a Retik is a resident of New York. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2495.   Mark Retik as Personal Representative of the Estate of Lynne Retik, deceased, the late parent of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Retik as Personal Representative of the Estate of Lynne Retik is a resident of New Jersey. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2496.   John Doe 125 as Personal Representative of the Estate of Alan Retik, deceased, the late parent of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2497.   Benjamin Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2498.   Dina Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2499.   Mark Retik, individually, as surviving sibling of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Retik is a resident of New Jersey. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2500.   Molly Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Molly Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2501.   Susan Zalesne Retik, individually, as surviving spouse of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Zalesne Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2502.   Susan Retik, as the Personal Representative of the Estate of David Retik, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2503.   Stanley Rodgers, individually, as surviving parent of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Rodgers is a resident of Georgia. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2504.   Cristal Barragan, individually, as surviving child of Moises Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristal Barragan is a resident of Pennsylvania. Moises Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2505.   Katherin Pleitez, individually, as surviving child of Moises Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherin Pleitez is a resident of Pennsylvania. Moises Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2506.   Karen Robertson-Jurczak, as the Personal Representative of the Estate of Donald Robertson, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Robertson-Jurczak is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2507.   Karen Robertson-Jurczak, individually, as surviving spouse of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Robertson-Jurczak is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2508.   Denyse Betcher, individually, as surviving child of Paul Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denyse Betcher is a resident of New York. Paul Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2509.   Danny J. Marino, individually, as surviving child of Paul Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danny J. Marino is a resident of South Carolina. Paul Ruback is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2510.   Raysa Rodriguez, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raysa Rodriguez is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2511.   Amarcimeve Jimenez Salcedo, individually, as surviving parent of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amarcimeve Jimenez Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2512.   Amber Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2513.   Francisco Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francisco Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2514.   Joel Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joel Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2515.   Kayla Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kayla Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2516.   Markos Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Markos Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2517.   Matilde Salcedo, individually, as surviving spouse of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matilde Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2518.   Melody Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melody Salcedo is a resident of Florida. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2519.   Miriam Salcedo, individually, as surviving parent of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2520.   Orson Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orson Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2521.   Oscar Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Oscar Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2522.   Matilde Salcedo, as the Personal Representative of the Estate of Esmerlin Salcedo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matilde Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2523.   Melissa Magazine, individually, as surviving child of Jay Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Magazine is a resident of New York. Jay Magazine is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2524.   Paul Asaro, individually, as surviving sibling of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2525.   Peter Asaro, individually, as surviving sibling of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2526.   Dolores Audiffred, individually, as surviving sibling of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Audiffred is a resident of New York. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2527.   Mark Anthony Barrett, Sr., individually, as surviving sibling of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Barrett, Sr. is a resident of New York. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2528.   Mark Anthony Barrett, Sr., as the Personal Representative of the Estate of Renee Barrett-Arjune, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Barrett, Sr. is a resident of New York. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2529.   Edward Arjune, individually, as surviving child of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Arjune is a resident of New Jersey. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2530.   John Joseph Curtin, individually, as surviving sibling of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Joseph Curtin is a resident of Georgia. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

736

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2531.   Kathleen Wojslaw, individually, as surviving sibling of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Wojslaw is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2532.   Jeanne Osterndorf, individually, as surviving sibling of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Osterndorf is a resident of North Carolina. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2533.   James Devlin, individually, as surviving sibling of Dennis Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Devlin is a resident of Indiana. Dennis Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2534.   John Duffy, individually, as surviving sibling of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2535.   Barbara Duffy, individually, as surviving parent of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2536.   Barbara Duffy, as the Personal Representative of the Estate of Michael Duffy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2537.   Marykay Kemper, individually, as surviving sibling of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marykay Kemper is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

737

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2538.   Jane Gollan, individually, as surviving sibling of Barbara G. Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gollan is a resident of Arizona. Barbara G. Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2539.   Douglas Evans, individually, as surviving sibling of Eric Evans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Evans is a resident of New Jersey. Eric Evans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2540.   Iris J. Friedman, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris J. Friedman is a resident of Massachusetts. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2541.   Meryl Friedman Price, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meryl Friedman Price is a resident of Massachusetts. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2542.   James Friedman, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Friedman is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2543.   Thomas Gary, individually, as surviving child of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gary is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2544.   Josefina Gonzalez , individually, as surviving parent of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2545.   Eneida Ramos, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eneida Ramos is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2546.   Lydia E. Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lydia E. Ramos-Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2547.   Esterlina Rivera , individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Esterlina Rivera is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2548.   Reinaldo Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reinaldo Ramos-Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2549.   Maria Gonzalez , individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Gonzalez is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2550.   Nelida Gonzalez , individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelida Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2551.   Jose Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Gonzalez is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2552.   Wesley Graf, individually, as surviving child of Edwin Graf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wesley Graf is a resident of Georgia. Edwin Graf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2553.   Mary Hasson, as the Personal Representative of the Estate of Joseph John Hasson, III, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2554.   Mary Hasson, individually, as surviving spouse of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2555.   Joseph John Hasson, IV, individually, as surviving child of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph John Hasson, IV is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2556.   Joseph John Hasson, Jr, individually, as surviving parent of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph John Hasson, Jr is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2557.   Paulette Hasson, individually, as surviving parent of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paulette Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2558.   Victoria Zanotto, individually, as surviving sibling of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Zanotto is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2559.   Christopher Hasson, individually, as surviving sibling of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2560.   Maria Rich, individually, as surviving sibling of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of Florida. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2561.   Maria Rich, as Personal Representative of the Estate of Shirley Innella, deceased, the late parent of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of New Jersey. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2562.   Lisa Iraci as Personal Representative of the Estate of Francis Kelly, deceased, the late sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Iraci as Personal Representative of the Estate of Francis Kelly is a resident of New York. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2563.   Nancy Kelly, individually, as surviving sibling of Thomas Michael Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Kelly is a resident of New York. Thomas Michael Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2564.   Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly, deceased, the late parent of Thomas Michael Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly is a resident of New York. Thomas Michael Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2565.   Yolanda Cerda, individually, as surviving spouse of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Cerda is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

741

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2566.   Yolanda Cerda, as the Personal Representative of the Estate of Matthew Leonard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Cerda is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2567.   Christina Leonard, individually, as surviving child of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Leonard is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2568.   Samantha Allen, individually, as surviving child of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Allen is a resident of Massachusetts. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2569.   Michael Magee, individually, as surviving sibling of Charles Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Magee is a resident of Florida. Charles Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2570.   Margaret Randazzo-Maloy, individually, as surviving spouse of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Randazzo-Maloy is a resident of California. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2571.   Rosalie Marti, individually, as surviving parent of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosalie Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2572.   Mario Truglio as Personal Representative of the Estate of Rodger Marti, deceased, the late parent of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Truglio as Personal Representative of the Estate of Rodger Marti is a resident of New York. Michael Marti is one of the Decedents murdered

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2573.   Rosalie Marti, as the Personal Representative of the Estate of Michael Marti, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosalie Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2574.   Nixia Mena-Alexis, individually, as surviving sibling of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nixia Mena-Alexis is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2575.   Diana Mena, individually, as surviving parent of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana Mena is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2576.   Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena, deceased, the late parent of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2577.   Sandra O'Connor Carey, individually, as surviving spouse of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra O'Connor Carey is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2578.   Sandra O'Connor Carey, as the Personal Representative of the Estate of Keith O'Connor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra O'Connor Carey is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2579.   Susan O'Connor, individually, as surviving parent of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan O'Connor is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2580.   Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor, deceased, the late parent of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2581.   Neil Peraza, individually, as surviving sibling of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2582.   Neil Peraza, as the Personal Representative of the Estate of Robert Peraza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2583.   Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza, deceased, the late parent of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2584.   Lee Gargano, individually, as surviving sibling of Karen Renda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lee Gargano is a resident of North Carolina. Karen Renda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2585.   Minerva Rosario, as the Personal Representative of the Estate of Aida Rosario, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Rosario is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2586.   Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario, deceased, the late sibling of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2587.   Amy Vazquez, individually, as surviving child of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Vazquez is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2588.   Jasmine DeJesus, individually, as surviving child of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine DeJesus is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2589.   Farah Frenkel, individually, as surviving sibling of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farah Frenkel is a resident of California. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2590.   Christina Savas, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Savas is a resident of South Carolina. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2591.   David Schlegel, individually, as surviving sibling of Robert Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Schlegel is a resident of Maine. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2592.   Richard Schlegel, individually, as surviving sibling of Robert Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Schlegel is a resident of Pennsylvania. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2593.   Elvin Schlegel, individually, as surviving parent of Robert Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elvin Schlegel is a resident of Florida. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2594.   Robert Davenport, individually, as surviving sibling of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Davenport is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2595.   Christopher Charles Clarke, individually, as surviving sibling of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Charles Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2596.   Jamal Green, individually, as surviving child of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamal Green is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2597.   Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky, deceased, the late parent of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2598.   Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky, deceased, the late parent of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2599.   Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Khamladai

Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2600.   Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Khamladai Khami Singh, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Khamladai Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2601.   Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh, deceased, the late sibling of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh is a resident of New York. Khamladai Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2602.   Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2603.   Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Roshan Ramesh Singh, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2604.   Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh, deceased, the late sibling of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2605.   Leandra Hart, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leandra Hart is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2606.   Alex Stone, individually, as surviving child of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2607.   Stacey Stone, individually, as surviving spouse of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2608.   Stacey Stone, as the Co-Personal Representative of the Estate of Lonny Stone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2609.   Joshua Stone, individually, as surviving child of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joshua Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2610.   Graeme Sword, individually, as surviving sibling of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graeme Sword is a resident of the United Kingdom. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2611.   John Doe 105, as the Personal Representative of the Estate of Allan Sword, deceased, the late sibling of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2612.   Irene Sword, individually, as surviving parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Sword is a resident of Angus. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2613.   David Sword, individually, as surviving parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Sword is a resident of Angus. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2614.   Luz Vale, individually, as surviving spouse of Ivan Vale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz Vale is a resident of Puerto Rico. Ivan Vale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2615.   Luz Vale, as the Personal Representative of the Estate of Ivan Vale, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivan Vale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz Vale is a resident of Puerto Rico. Ivan Vale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2616.   Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald, deceased, the late parent of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2617.   Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald, deceased, the late parent of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2618.   Robert Weingard, individually, as surviving sibling of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Weingard is a resident of New York. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2619.   Marc Weingard as Personal Representative of the Estate of Bonnie Weingard, deceased, the late parent of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard as Personal Representative of the Estate

of Bonnie Weingard is a resident of New York. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2620.   Marc Weingard, individually, as surviving sibling of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard is a resident of New York. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2621.   Marc Weingard, as the Personal Representative of the Estate of Scott Weingard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard is a resident of New York. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2622.   Denise White, individually, as surviving child of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2623.   Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr., deceased, the late parent of Edwin Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr. is a resident of New York. Edwin Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2624.   Michael Bianco, individually, as surviving child of Joseph Agnello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Bianco is a resident of New Jersey. Joseph Agnello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2625.   Charlotte Amundson, individually, as surviving child of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2626.   Elliot Amundson, individually, as surviving child of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elliot Amundson is a

resident of Minnesota. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2627.   Amber A. Amundson, individually, as surviving spouse of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber A. Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2628.   Natalie Pollack, individually, as surviving child of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Pollack is a resident of Florida. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2629.   Ronda Boyle, individually, as surviving spouse of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronda Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2630.   Ronda Boyle, as the Personal Representative of the Estate of Allen Boyle, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronda Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2631.   Allen Richard Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Richard Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2632.   Dylan Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dylan Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2633.   Nathan Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nathan Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2634.   Patrick Cartier, individually, as surviving parent of James Cartier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Cartier is a resident of New York. James Cartier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2635.   John Doe 96, being intended to designate the Personal Representative of the Estate of James Cartier, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Cartier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Cartier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2636.   Douglas Caufield, individually, as surviving sibling of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Caufield is a resident of New York. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2637.   John Doe 93, being intended to designate the Personal Representative of the Estate of Robert Caufield, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2638.   Jermaine Cook, individually, as surviving spouse of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jermaine Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2639.   Mary Doherty, as the Personal Representative of the Estate of John Doherty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2640.   Mary Doherty, individually, as surviving spouse of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2641.   Barbara Doherty, individually, as surviving child of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2642.   Maureen Reed, individually, as surviving child of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Reed is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2643.   Sarah Dwyer, individually, as surviving child of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2644.   Jo Ann Dwyer, individually, as surviving spouse of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2645.   Jo Ann Dwyer, as the Personal Representative of the Estate of Patrick Dwyer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2646. Brendan Dwyer, individually, as surviving child of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Dwyer is a resident of Oregon. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2647. Barbara Echtermann, individually, as surviving parent of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Echtermann is a resident of Florida. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2648. Johanna Kmetz, as the Personal Representative of the Estate of Margaret Echtermann, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johanna Kmetz is a resident of New York. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2649. Annette Elseth, individually, as surviving spouse of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2650. Annette Elseth, as the Personal Representative of the Estate of Robert Elseth, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2651. Faith Elseth, individually, as surviving child of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Faith Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2652. Berta Elseth, individually, as surviving parent of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berta Elseth is a resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2653.   James Elseth as Personal Representative for the Estate of Curtis Elseth, deceased, the late parent of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Elseth as Personal Representative for the Estate of Curtis Elseth is a resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2654.   James Elseth, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Elseth is a resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2655.   Harlan Elseth, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harlan Elseth is a resident of Minnesota. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2656.   Nancy Bolger, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Bolger is a resident of Ontario. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2657.   Alfredo Samuel Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfredo Samuel Espinal is a resident of Idaho. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2658.   Dorothy Swick, individually, as surviving sibling of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Swick is a resident of Pennsylvania. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2659.   Veronica Morris, as the Personal Representative of the Estate of Eileen Flecha, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen Flecha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Morris is a resident of Virginia. Eileen Flecha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2660.   Veronica Morris, individually, as surviving parent of Eileen Flecha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Morris is a resident of Virginia. Eileen Flecha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2661.   Jane Thompson, individually, as surviving parent of Jon Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Thompson is a resident of Delaware. Jon Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2662.   Desmond Green, individually, as surviving sibling of Derrick Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desmond Green is a resident of Connecticut. Derrick Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2663.   Ester Yevdayeva, individually, as surviving parent of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ester Yevdayeva is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2664.   Alfred Jeffries, Sr., individually, as surviving parent of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred Jeffries, Sr. is a resident of New Jersey. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2665.   Malikah Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malikah Jeffries is a resident of Massachusetts. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2666.   Alexandra Lopez Feliciano, individually, as surviving child of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Lopez Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2667.   Doris McCloud, individually, as surviving parent of Tara McCloud Gray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris McCloud is a resident of Iowa. Tara McCloud Gray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2668.   Tommie Milam, individually, as surviving parent of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tommie Milam is a resident of Oklahoma. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2669.   Effie Milam, individually, as surviving parent of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Effie Milam is a resident of Texas. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2670.   Steven Wayne Milam, individually, as surviving sibling of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Wayne Milam is a resident of Oklahoma. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2671.   Winsome Nelson-Reid, individually, as surviving parent of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winsome Nelson-Reid is a resident of New York. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2672.   Winsome Nelson-Reid, as the Personal Representative of the Estate of Michele Nelson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winsome Nelson-Reid is a resident of New York. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2673.   Monique Riviere, individually, as surviving sibling of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Riviere is a resident of Maryland. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2674.   Sheila O'Shea, as the Personal Representative of the Estate of Patrick O'Shea, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2675.   Sheila O'Shea, individually, as surviving spouse of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2676.   Patrick O'Shea, Jr., individually, as surviving child of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick O'Shea, Jr. is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2677.   Megan O'Shea, individually, as surviving child of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2678.   Edwin Ovalles, individually, as surviving child of Jesus Ovalles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin Ovalles is a resident of Pennsylvania. Jesus Ovalles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2679.   John Doe 90, being intended to designate the Personal Representative of the Estate of Jesus Ovalles, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesus Ovalles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2680.   Pamela Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Pabon is a resident of

Puerto Rico. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2681.   Terry Paul, individually, as surviving sibling of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terry Paul is a resident of the District of Columbia. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2682.   John Doe 94, being intended to designate the Personal Representative of the Estate of James Paul, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2683.   Carey Pierce, individually, as surviving sibling of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carey Pierce is a resident of France. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2684.   Barbara Timpone, individually, as surviving sibling of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Timpone is a resident of Arizona. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2685.   John Doe 97, being intended to designate the Personal Representative of the Estate of Dennis Pierce, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2686.   Cynthia Lesemann, individually, as surviving sibling of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lesemann is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2687.   Geraldine Sands, individually, as surviving parent of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Geraldine Sands is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2688.   Loreen Fremaint, individually, as surviving sibling of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loreen Fremaint is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2689.   Dinnette Medina, individually, as surviving sibling of Ayleen Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dinnette Medina is a resident of Pennsylvania. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2690.   Otis Tolbert, individually, as surviving parent of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Otis Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2691.   Nancy Tolbert, individually, as surviving parent of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2692.   John Doe 91, being intended to designate the Personal Representative of the Estate of Otis Tolbert, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Otis Tolbert is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2693.  Alda Walcott, as the Personal Representative of the Estate of Courtney Walcott, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alda Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2694.  Alda Walcott, individually, as surviving parent of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alda Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2695.  Hector L. Walcott, individually, as surviving parent of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hector L. Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2696.  Andrew Walcott, individually, as surviving sibling of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Walcott is a resident of New York. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2697.  Delano Walcott, individually, as surviving sibling of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delano Walcott is a resident of Arizona. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2698.  John Doe 89, being intended to designate the Personal Representative of the Estate of Edward White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2699.   Christopher White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2700.   Regina White, individually, as surviving parent of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2701.   Regina White, as Personal Represntative of the Estate of Edward James White, Jr., deceased, the late parent of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina White, as Personal Represntative of the Estate of Edward James White, Jr. is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2702.   William White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2703.   Suzanne Antoniou, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Antoniou is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2704.   James White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2705.   Wanda Rose, individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wanda Rose is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2706. Barry Amundson, individually, as surviving sibling of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Amundson is a resident of Oregon. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2707. Ramona Schroeder, individually, as surviving parent of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ramona Schroeder is a resident of Florida. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2708. Charles Schroeder, individually, as surviving parent of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Schroeder is a resident of Florida. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2709. Sasha Cardona, individually, as surviving child of Jose Cardona , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sasha Cardona is a resident of New York. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2710. Daniel Acevedo , individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Acevedo is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2711. Jennifer Sullivan, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Sullivan is a resident of Massachusetts. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2712. Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann, deceased, the late parent of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann is a resident of Florida. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of

763

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2713.   Dietrich Echtermann, individually, as surviving sibling of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dietrich Echtermann is a resident of California. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2714.   Heidemarie Echtermann-Toribio, individually, as surviving sibling of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heidemarie Echtermann-Toribio is a resident of Singapore. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2715.   Christopher Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Fagan is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2716.   Brenda Fallon, as the Personal Representative of the Estate of William Fallon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2717.   Brenda Fallon, individually, as surviving spouse of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2718.   Christopher Fallon, individually, as surviving child of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Fallon is a resident of North Carolina. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2719.   Patricia Quinlan, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Quinlan is a resident of Vermont. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2720.   Stephen Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Fallon is a resident of Iowa. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2721.   Donald Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2722.   Peter Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2723.   Reehan Syed a/k/a Syed Reehan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reehan Syed a/k/a Syed Reehan is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2724.   Banu Khursheed a/k/a Khursheed Banu, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Banu Khursheed a/k/a Khursheed Banu is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2725.   Yaseen Syed a/k/a Syed Yaseen, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yaseen Syed a/k/a Syed Yaseen is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2726.   Syed Zeeshan a/k/a Zeeshan Syed, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Syed Zeeshan a/k/a Zeeshan Syed is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2727.   Farhan Syed a/k/a Syed Farhan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farhan Syed a/k/a Syed Farhan is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2728.   Loren Smith, individually, as surviving child of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loren Smith is a resident of Tennessee. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2729.   Ashley Faulkner, individually, as surviving child of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2730.   Lynn Faulkner, individually, as surviving spouse of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2731.   Stephen Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Feely is a resident of Pennsylvania. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2732.   Alice Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alice Feely is a resident of New York. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2733.   Michael Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Feely is a resident of New York. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

2734.   Jessica Geier, individually, as surviving child of Paul Hamilton Geier , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Geier is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2735.   Jessica Geier, as the Personal Representative of the Estate of Paul Hamilton Geier, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hamilton Geier , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Geier is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2736.   Nicole Rasanen and Jessica Geier as the Co-Personal Representatives of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Rasanen and Jessica Geier are residents of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2737.   Claudie Nash, individually, as surviving sibling of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudie Nash is a resident of Georgia. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2738.   Craig Hannan, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2739.   Andrea Hannan, as the Personal Representative of the Estate of Michael Hannan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

767

2740.   Andrea Hannan, individually, as surviving spouse of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2741.   Rachel Hannan, individually, as surviving child of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2742.   Alexandra Hannan, individually, as surviving child of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2743.   Jennifer Muller as Personal Representative of the Estate ofBarbara Hannan , deceased, the late parent of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Muller as Personal Representative of the Estate ofBarbara Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2744.   Jennifer Muller, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Muller is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2745.   Peter Hannan, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2746.   Sheri Lynn Berger, individually, as surviving sibling of Ronald Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheri Lynn Berger is a resident of Kansas. Ronald Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2747.   Susan Hermer, as the Personal Representative of the Estate of Harvey Hermer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harvey Hermer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Hermer is a resident of New York. Harvey Hermer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2748.   Kyra Houston, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyra Houston is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2749.   Anane Crandon, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anane Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2750.   Efia Crandon, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Efia Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2751.   Efia Crandon as Personal Representative of the Estate of Estella Crandon, deceased, the late parent of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Efia Crandon as Personal Representative of the Estate of Estella Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2752.   Matthew Dorsey, individually, as surviving sibling of Jennifer Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Dorsey is a resident of Nebraska. Jennifer Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2753.   Victoria Jones, individually, as surviving child of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Jones is a resident of New York. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2754.   Andy Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andy Jean-Pierre is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2755.   Rachel Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Jean-Pierre is a resident of New Jersey. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2756.   Anjunelly Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anjunelly Jean-Pierre is a resident of Virginia. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2757.   Ajax Jean-Pierre Jr. , individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ajax Jean-Pierre Jr. is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2758.   Emmet Clyde Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emmet Clyde Jeffries is a resident of California. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2759.   Kieran Lyons, individually, as surviving sibling of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Lyons is a resident of Connecticut. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2760.   Mary Lyons, individually, as surviving child of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2761.   Elaine Lyons, individually, as surviving spouse of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2762.   Elaine Lyons, as the Personal Representative of the Estate of Michael Lyons, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2763.   Caitlyn Lyons, individually, as surviving child of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlyn Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2764.   Mirella Matricciano , individually, as surviving parent of Marcellus Matricciano , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirella Matricciano is a resident of New York. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2765.   Umberto Matricciano , individually, as surviving parent of Marcellus Matricciano , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Umberto Matricciano is a resident of New York. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2766.   Bruno Matricciano, individually, as surviving sibling of Marcellus Matricciano , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruno Matricciano is a resident of Arizona. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2767.   Rosie Matricciano-Vetere, as Personal Representative of the Estate of Marcellus Matricciano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcellus Matricciano , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosie Matricciano-Vetere is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2768.   Leslie Faulstich, individually, as surviving sibling of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Faulstich is a resident of Missouri. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2769.   Julie Gardner, individually, as surviving sibling of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Gardner is a resident of Iowa. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2770.   Garland Mercer, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Garland Mercer is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2771.   Shannon Moran as Personal Representative of the Estate ofJoyce Moran, deceased, the late spouse of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran as Personal Representative of the Estate ofJoyce Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2772.   Shannon Moran as Personal Representative of the Estate ofDane Moran, deceased, the late child of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran as Personal Representative of the Estate ofDane Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2773.   Masako Murphy as Personal Representative of the Estate of Casey Murphy, deceased, the late child of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy as Personal Representative of the Estate of Casey Murphy is a resident of New Jersey. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2774.   Jamie Nelson, individually, as surviving child of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Nelson is a resident of

Colorado. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2775.   Chin Yong Wells, individually, as surviving sibling of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Yong Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2776.   Suzanne Peraza, individually, as surviving parent of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2777.   Peter Snik as Personal Representative of the Estate ofJohn W. Snik, deceased, the late spouse of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Snik as Personal Representative of the Estate ofJohn W. Snik is a resident of Pennsylvania. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2778.   Nadia Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nadia Ramsaroop is a resident of Nevada. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2779.   Shelly Ann Ramkhelawan, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Ann Ramkhelawan is a resident of New York. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2780.   Michelle Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Ramsaroop is a resident of Missouri. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2781.   Ernest LaRoche , individually, as surviving sibling of Deborah Ramsaur , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ernest LaRoche is a

resident of New York. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2782.   Wesley Gargano, individually, as surviving sibling of Karen Renda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wesley Gargano is a resident of North Carolina. Karen Renda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2783.   Deborah Malek, individually, as surviving child of John Frederick Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Malek is a resident of New Jersey. John Frederick Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2784.   Linda Rhodes, individually, as surviving spouse of John Frederick Rhodes , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Rhodes is a resident of New Jersey. John Frederick Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2785.   Matthew Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2786.   Michael Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2787.   Madison Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madison Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2788.   Kevin Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2789.   Neanta McCants as the Personal Representative of the Estate of Trisha McCants, deceased, the late child of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neanta McCants as the Personal Representative of the Estate of Trisha McCants is a resident of Virginia. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2790.   William Grigonis, individually, as surviving sibling of Susan Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Grigonis is a resident of New York. Susan Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2791.   Kim Coleman, individually, as surviving parent of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Coleman is a resident of New York. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2792.   Cedric Pitt Sr., as the Personal Representatives of the Estate of Jacquelyn Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cedric Pitt Sr. is a resident of North Carolina. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2793.   Michael Coleman, individually, as surviving sibling of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Coleman is a resident of Virginia. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2794.   Ericka Brown, individually, as surviving sibling of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ericka Brown is a resident of New York. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2795.   Cedric Pitt, Jr., individually, as surviving child of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cedric Pitt, Jr. is a resident of North Carolina. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2796.   James Signer, individually, as surviving sibling of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Signer is a resident of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2797.   JoAnne Romano, individually, as surviving sibling of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnne Romano is a resident of New Jersey. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2798.   Jacqueline Statz, individually, as surviving sibling of Patricia Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Statz is a resident of Wisconsin. Patricia Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2799.   Justin Strauss, individually, as surviving child of Edward Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Strauss is a resident of New Jersey. Edward Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2800.   Yolanda Calderon, individually, as surviving sibling of Jorge Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Calderon is a resident of New York. Jorge Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2801.   Nelson White, Jr., individually, as surviving sibling of Leonard White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelson White, Jr. is a resident of Virginia. Leonard White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2802.   Robert Rawlston White, individually, as surviving sibling of Leonard White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Rawlston White is a resident of Virginia. Leonard White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2803.   John Robertson, individually, as surviving sibling of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2804.   Abdo Hashem, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdo Hashem is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2805.   Chaz Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaz Clark is a resident of Georgia. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2806.   Salvatore DiFazio, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore DiFazio is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2807.   Teresa Kestenbaum, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Kestenbaum is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2808.   Grace Brennan, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Brennan is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2809.   Ringo Fernandez, individually, as surviving child of Julio Fernandez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ringo Fernandez is a resident of New York. Julio Fernandez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2810.   Edu Umana, individually, as surviving sibling of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edu Umana is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2811.   Itauma Ette and Edu Umana as co-Personal Representatives of the Estate Sunday Itauma Ette, deceased, the late parent of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Itauma Ette is a resident of New York. Edu Umana is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2812.   Edu Umana as Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edu Umana as Personal Representative of the Estate of Ekaette Ette is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2813.   Nolton Davis, Jr., individually, as surviving spouse of Ada Davis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolton Davis, Jr. is a resident of Maryland. Ada Davis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2814.   Nolton Davis, Jr., as the Personal Representative of the Estate of Ada Davis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada Davis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolton Davis, Jr. is a resident of Maryland. Ada Davis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2815.   Najwah Miceli, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najwah Miceli is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2816.   Sabah Hashem-Daher, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabah Hashem-Daher is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2817.   Najat Arsenault, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najat Arsenault is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2818.   Najat Arsenault as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najat Arsenault as Personal Representative of the Estate of Rose Sue Hashem is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2819.   Ryan John Cove, individually, as surviving child of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan John Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2820.   Ann Smith, individually, as surviving spouse of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2821.   Ann Smith, as the Personal Representative of the Estate of Gary Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2822.   Natalie Smith, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Smith is a resident of Utah. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of

779

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2823.   Nicole Amato, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Amato is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2824.   Teresa Cheezum, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Cheezum is a resident of Indiana. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2825.   Kristina Smith, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Smith is a resident of Maryland. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2826.   Annette Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2827.   Christine McKee, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine McKee is a resident of Arizona. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2828.   Donald Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2829.   Mark Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2830.   Annette Smith and Mark Smith as Personal Representatives of the Estate of Dorothy Smith, deceased, the late parent of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Smith and Mark Smith as Personal Representatives of the Estate of Dorothy Smith is a resident of Virginia. Gary Smith is

one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2831.   Stephan Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephan Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2832.   Mason Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mason Smith is a resident of Colorado. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2833.   Brian Schrang, individually, as surviving child of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Schrang is a resident of Florida. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2834.   Amanda Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Trerotola is a resident of New Jersey. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2835.   Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola is a resident of New Jersey. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2836.   Amanda Trerotola, individually, as surviving child of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Trerotola is a resident of Ohio. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2837.   Michael L. Trerotola, individually, as surviving child of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Trerotola is a resident of New Jersey. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2838.   Jacqueline Fanning , individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2839.   Ryan Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2840.   Jeremy Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeremy Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2841.   Tracy Zorpette as Personal Representative of the Estate of Dorothy Burke, deceased, the late parent of Brooke Rosenbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Zorpette as Personal Representative of the Estate of Dorothy Burke is a resident of the District of Columbia. Brooke Rosenbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2842.   Evan V. Vandommelen-Gonzalez, individually, as surviving spouse of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan V. Vandommelen-Gonzalez is a resident of California. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2843.   Sheryl Miller Bechor, as the co-Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheryl Miller Bechor is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2844.   Robin Davis, individually, as surviving sibling of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Davis is a resident of Indiana. Edward Rowenhorst is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2845.   Jacob Heber, as the Co-Personal Representative of the Estate of Roberta B. Heber, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of  Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacob Heber is a resident of New York. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2846.   William Youmans, as the co-Personal Representative of the Estate of Suzanne Youmans, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of  Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Youmans is a resident of Florida. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2847.   Andrew Strobert, individually, as surviving sibling of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2848.   Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Shagi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shagi is a resident of New York. Michael Shagi was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2849.   Kathleen Shagi, individually, as surviving spouse of Michael Shagi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shagi is a resident of New York. Michael Shagi was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2850.   Christie Shagi, individually, as surviving child of Michael Shagi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christie Shagi is a resident of New York. Michael Shagi was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2851.   Tracie Shagi-Uriguen, individually, as surviving child of Michael Shagi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracie Shagi-Uriguen is a resident of New York. Michael Shagi was injured as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2852.   Nicole Shagi, individually, as surviving child of Michael Shagi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Shagi is a resident of New York. Michael Shagi was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2853.   Helman Correa, individually, as surviving parent of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helman Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2854.   Justin Cook, individually, as surviving child of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2855.   Mary Ann Ledee, individually, as surviving spouse of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Ledee is a resident of Colorado. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2856.   Anna Ledee as Personal Representative of the Estate of Carlos Ledee, deceased, the late parent of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Ledee is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2857.   Jamielah Persol, individually, as surviving spouse of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamielah Persol is a resident of New Jersey. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2858.   Diane L. Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane L. Fredericks is a resident of California. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2859.   Nancy Jean Fredericks , individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Jean Fredericks  is a resident of Wisconsin. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2860.   Timothy Kuveikis, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Kuveikis is a resident of New York. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2861.   Christine Peschel, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Peschel is a resident of Connecticut. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2862.   Heather Curtin, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heather Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2863.   Lyndsi Nelson, individually, as surviving child of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson is a resident of Florida. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2864.   Josephine Romito, individually, as surviving spouse of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2865.   Ellen Romito, individually, as surviving child of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2866.   Emily Mathesen, individually, as surviving child of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Mathesen is a

resident of New Jersey. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2867.   Kathleen Mathesen, individually, as surviving spouse of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Mathesen is a resident of South Carolina. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2868.   Tracy Rowenhorst, individually, as surviving spouse of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2869.   Ashley Brandt, individually, as surviving child of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Brandt  is a resident of Texas. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2870.   Kaitlyn Rowenhorst, individually, as surviving child of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Rowenhorst is a resident of Virginia. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2871.   Valerie Caufield, individually, as surviving spouse of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Caufield is a resident of Florida. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2872.   Alfred Jeffries, Jr., individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred Jeffries, Jr. is a resident of New Jersey. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2873.   Anne McCloskey as Personal Representative of the Estate of Richard McCloskey, deceased,  the late parent of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie

McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2874.   Rosie Matricciano-Vetere, individually, as surviving spouse of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosie Matricciano-Vetere is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2875.   Nicholas Matricciano, individually, as surviving child of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Matricciano is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2876.   Kathleen Gelman, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Gelman is a resident of New York. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2877.   Mary Buss, individually, as surviving sibling of Julie Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Buss is a resident of Nebraska. Julie Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2878.   Mary Buss as Personal Representative of the Estate of Betty Geis, deceased,  the late parent of Julie Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Buss is a resident of Nebraska. Julie Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2879.   Eric Johnson, individually, as surviving spouse of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2880.   Lyndsi Nelson as Personal Representative of Estate of Iris Nelson, deceased, the late spouse of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson as Personal Representative of Estate of Iris Nelson is a resident of Florida. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacksof September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2881.   Jamie Brito, as the Personal Representative of the Estate of Victoria Alvarez-Brito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2882.   Jamie Brito, individually, as surviving child of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2883.   Jamie Brito as Personal Representative of Estate of Mario Brito, deceased, the late spouse of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks

2884.   Raul Brito, individually, as surviving child of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raul Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2885.   John Beug, as the Personal Representative of the Estate of Carolyn Beug, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Beug is a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2886.   John Beug, individually, as surviving spouse of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Beug is a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2887.   Lindsey Mayer Beug-Wood, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsey Mayer

Beug-Wood is a resident of New York. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2888.   Lauren Paula Mayer-Beug, individually, as surviving child of Carolyn Beug, is a Plaintiffseeking justice for the tragic events of September 11, 2001. Lauren Paula Mayer-Beugis a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2889.   Nicholas Mayer, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Mayer is a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2890.   Beverly Carlone, individually, as surviving spouse of David Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Carlone is a resident of Connecticut. David Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2891.   Beverly Carlone, as the Personal Representative of the Estate of David Carlone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Carlone is a resident of Connecticut. David Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2892.   Jeffrey Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seekingjustice for the tragic events of September 11, 2001. Jeffrey Fagan is a resident of Deutschland. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2893.   James Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seekingjustice for the tragic events of September 11, 2001. James Fagan is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2894.   Susan M. King, as the Personal Representative of the Estate of Amy King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Amy King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King is a resident of New York. Amy King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaedaand Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2895.   Susan M. King as Personal Representative of the Estate of Stewart King, deceased, the late parent of Amy King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King as Personal Representative of the Estate of Stewart King is a resident of New York. Amy King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks

2896.   Barbara Chucknick, as the Personal Representative of the Estate of Steven Chucknick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Chucknick is a resident of New Jersey. Steven Chucknick is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban providedmaterial support and assistance in furtherance of the attacks.

2897.   Barbara Chucknick, individually, as surviving spouse of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Chucknick is a resident of New Jersey. Steven Chucknick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks

2898.   Steven Chucknick, individually, as surviving child of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Chucknick is a resident of New Jersey. Steven Chucknick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2899.   Shweta Khandelwal, as the Personal Representative of the Estate of Rajesh Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban providedmaterial support and assistance in furtherance of the attacks.

2900.   Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal, is a Plaintiffseeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2901.   Shivam Khandelwal, individually, as surviving child of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shivam Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2902.   Joyce Infante, as the Personal Representative of the Estate of Anthony P. Infante, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban providedmaterial support and assistance in furtherance of the attacks.

2903.   Joyce Infante, individually, as surviving spouse of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Infante is a residentof New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2904.   Maria Costa, individually, as surviving child of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Costa is a resident ofNew Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2905.   John Infante, individually, as surviving child of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Infante is a resident ofNew Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2906.   Andrew Infante, individually, as surviving sibling of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2907.   Fred Infante, individually, as surviving sibling of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident ofNew Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2908.   Fred Infante as Personal Representative of the Estate of Elizabeth Infante, deceased, the late parent of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of theDecedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban providedmaterial support and assistance in furtherance of the attacks.

2909.   Fred Infante as Personal Representative of the Estate of Anthony P. Infante, Sr., deceased, the late parent of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of theDecedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban providedmaterial support and assistance in furtherance of the attacks.

2910.   Rokshana Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Rokshana Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2911.   Nur M. Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Nur M. Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2912.   Shewely Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Shewely Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2913.   Nurunnahar Miah, individually, as surviving parent of Nurul Miah, is a Plaintiff seekingjustice for the tragic events of September 11, 2001. Nurunnahar Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and towhich the Taliban provided material support and assistance in furtherance of the attacks.

2914.   Lorraine Nedell, as the Personal Representative of the Estate of Laurence Nedell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Nedell is a resident of New York. Laurence Nedell is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2915.   Lorraine Nedell, individually, as surviving spouse of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Nedell is a resident of New York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2916.   Jennie Nedell, individually, as surviving child of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennie Nedell is a resident of New York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2917.   Laura Nedell, individually, as surviving child of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Nedell is a resident of New York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2918.   Rhea Shome, individually, as surviving spouse of Mukul Kumar Agarwala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rhea Shome is a resident of New York. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2919.   Loubertha Williams, as the Personal Representative of the Estate of Jacqueline Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loubertha Williams is a resident of South Carolina. Jacqueline Young is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, thatwere carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2920.   Loubertha Williams, individually, as surviving parent of Jacqueline Young, is a Plaintiff seekingjustice for the tragic events of September 11, 2001. Loubertha Williams is a resident of South Carolina. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and towhich the Taliban provided material support and assistance in furtherance of the attacks

2921.   Terrance Young, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terrance Young is a resident of Virginia. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2922. James McKenley, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James McKenley is a resident of South Carolina. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2923. Derrick McKenley, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derrick McKenley is a resident of New York. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2924. Theresa Russo-Kempf, individually, as surviving spouse of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Russo-Kempf is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2925. Michael Thomas Russo Jr., individually, as surviving child of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Thomas Russo Jr. is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2926. Dolores Jane Russo as Personal Representative of the Estate of Anthony Russo, deceased, the late parent of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Jane Russo is a resident of Pennsylvania. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2927. Patricia McCarthy as Personal Representative of the Estate of Thomas McAvinue, deceased, the late parent of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia McCarthy is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2928. Aaron Antigua individually, as surviving child of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Antigua is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2929.   Caitlin Antigua individually, as surviving child of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Antigua's residency is to be determined. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2930.   Josephine Tabick individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Tabick is a resident of New Jersey. Debra DiMartino is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2931.   Sol Newman individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sol Newman is a resident of New York. Debra DiMartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2932.   Angelo Puma individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelo Puma is a resident of New York. Debra DiMartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2933.   John Puma, Jr. individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Puma, Jr. is a resident of Florida. Debra DiMartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2934.   Rosemary Puma individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Puma is a resident of Georgia. Debra DiMartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2935.   Joseph Dixon individually, as surviving parent of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2936.   Tonya Young individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tonya Young is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2937.   April Young individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Young is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2938.   John McLoughlin, individually, as injured person John McLoughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McLoughlin is a resident of Florida. John McLoughlin was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2939.   Manu Dhingra, individually, as injured person Manu Dhingra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manu Dhingra is a resident of New York. Manu Dhingra was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2940.   William Jimeno, individually, as injured person William Jimeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Jimeno is a resident of New Jersey. William Jimeno was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2941.   David LaRoche, individually, as surviving sibling of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David LaRoche is a resident of New York. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2942.   William Innella, individually, as surviving sibling of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Innella is a resident of New York. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2943.   Judith Knight, individually, as surviving sibling of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2944.   Judith Knight as Personal Representative of the Estate of Mary Wisniewski, deceased, the late parent of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight as Personal Representative of the Estate of Mary Wisniewski is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2945.   Judith Knight as Personal Representative of the Estate of Vincent Wisniewski, deceased, the late parent of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight as Personal Representative of the Estate of Vincent Wisniewski is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2946.   Vincent Wisniewski, individually, as surviving sibling of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Wisniewski is a resident of New York. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2947.   Walter William Sezna , individually, as surviving sibling of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter William Sezna  is a resident of Florida. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2948.   Gail Sezna, as the Personal Representative of the Estate of Davis Sezna, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gail Sezna is a resident of Maryland. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2949.   Davis Grier Sezna, individually, as surviving parent of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Davis Grier Sezna is a resident of Florida. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2950.   Gail Sezna, individually, as surviving parent of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gail Sezna is a resident of Maryland. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

797

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2951.   Suzanne Ledee Garcia, individually, as surviving sibling of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Ledee Garcia  is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2952.   Masia Shurla Riley, as the Personal Representative of the Estate of Scott Powell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masia Shurla Riley is a resident of District of Columbia. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2953.   Sydney Ayesha Powell, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sydney Ayesha Powell is a resident of Maryland. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2954.   Scott Powell, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2955.   Casey Brent, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2956.   Catherine Powell, individually, as surviving parent of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2957.   Art Powell, individually, as surviving parent of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2958.   Kevin Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2959.  Art Edward Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2960.  Shaun Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2961.  Lisa Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2962.  Paul Hemenway, individually, as surviving sibling of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2963.  Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen, deceased, the late parent of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen is a resident of Texas

Nevada. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2964.  Amanda Ruddle, individually, as surviving child of David Ruddle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Ruddle is a resident of New York. David Ruddle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2965.  John Doe 116, being intended to designate the Personal Representative of the Estate of David Ruddle, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he

or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ruddle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Ruddle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2966.   Jessica Mathesen, individually, as surviving child of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Mathesen is a resident of South Carolina. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2967.   Marcus Fields, individually, as surviving sibling of Samuel Fields, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marcus Fields is a resident of New York. Samuel Fields is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2968.   Angela Eacobacci, individually, as surviving parent of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2969.   John Doe 118, being intended to designate the Personal Representative of the Estate of Joseph Eacobacci, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2970.   Alfonso Cisneros, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfonso Cisneros is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2971.   Alfonso Cisneros, individually, as surviving parent of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfonso Cisneros is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2972.   Lidia Alvarez , individually, as surviving parent of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lidia Alvarez  is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2973.   Gillian Gransaull-Joseph, as the Personal Representative of the Estate of Stephen Joseph, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gillian Gransaull-Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2974.   Gillian Gransaull-Joseph, individually, as surviving spouse of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gillian Gransaull-Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2975.   Tristan Joseph, individually, as surviving child of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tristan Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2976.   Jorge Montoya, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2977.   Thomas Fehling, individually, as surviving sibling of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2978.   Joan Bischoff, individually, as surviving parent of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Bischoff is a resident of Pennsylvania. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2979.   James Fehling, individually, as surviving sibling of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2980.   Danielle Fehling-Wasnieski, as the Personal Representative of the Estate of Lee Fehling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Fehling-Wasnieski is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2981.   Danielle Fehling-Wasnieski, individually, as surviving spouse of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Fehling-Wasnieski is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2982.   Kaitlin Fehling, individually, as surviving child of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlin Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2983.   Megan Fehling, individually, as surviving child of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2984.   Gayle Regan, as the Personal Representative of the Estate of Thomas Regan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gayle Regan  is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2985.   Gayle Regan, individually, as surviving spouse of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gayle Regan  is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2986.   Allaistar Regan, individually, as surviving child of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allaistar Regan  is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2987.   Connor Regan, individually, as surviving child of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor Regan  is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2988.   Page Dantzler Dickerson, as the Personal Representative of the Estate of Jerry Dickerson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Page Dantzler Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2989.   Page Dantzler Dickerson, individually, as surviving spouse of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Page Dantzler Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2990.   Elizabeth Bailey Dickerson, individually, as surviving child of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Bailey Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2991.   William Dickerson, individually, as surviving child of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Dickerson is a resident of New York. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2992.   Lisa A. Schunk, as the Co-Personal Representative of the Estate of Edward W. Schunk, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward W. Schunk, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa A. Schunk is a resident of Pennsylvania. Edward W. Schunk is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2993.   Ana Cisneros, individually, as surviving sibling of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Cisneros is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2994.   Anne Lynn Hayashi, as the Personal Representative of the Estate of Stuart (Soo-Jin) Lee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stuart (Soo-Jin) Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynn Hayashi is a resident of New York. Stuart (Soo-Jin) Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2995.   Anne Lynn Hayashi, individually, as surviving spouse of Stuart (Soo-Jin) Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynn Hayashi is a resident of New York. Stuart (Soo-Jin) Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2996.   Bradley D. Noack, individually, as surviving spouse of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bradley D. Noack is a resident of New Jersey. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2997.   Joseph E. Jurgens, individually, as surviving parent of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph E. Jurgens is a resident of Florida. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2998.   Jessica Lynn Jurgens, individually, as surviving sibling of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Lynn Jurgens is a resident of New York. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

2999.   Joseph B. Jurgens, individually, as surviving sibling of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. 3029.2999. Joseph B. Jurgens is a resident of New York. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3000.   Mitchell Eacobacci, individually, as surviving parent of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mitchell Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3001.   Lynda T. Scarcella, as the Personal Representative of the Estate of Paul Fiori, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynda T. Scarcella is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3002.   Lynda T. Scarcella, individually, as surviving spouse of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynda T. Scarcella is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3003.   Brittley Wise, as the Personal Representative of the Estate of Richard Salinardi, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittley Wise is a resident of New York. Richard Salinardi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3004.   Brittley Wise, individually, as surviving spouse of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittley Wise is a resident of New York. Richard Salinardi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3005.   Edith Skrzypek, as the Personal Representative of the Estate of Paul Skrzypek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3006.   Albert Skrzypek, individually, as surviving parent of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3007.   Edith Skrzypek, individually, as surviving parent of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3008.   Laura Kingsbury, individually, as surviving sibling of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Kingsbury is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3009.   Nicole Brathwaite-Dingle, as the Personal Representative of the Estate of Jeffrey Dingle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Brathwaite-Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3010.   Nicole Brathwaite-Dingle, individually, as surviving spouse of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Brathwaite-Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3011.   Jassiem Dingle, individually, as surviving child of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jassiem Dingle is a resident of California. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3012.   Nia Dingle, individually, as surviving child of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nia Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3013.   John Doe 126 being intended to designate the Personal Representative of the Estate of Thomas E. Jurgens, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas E. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas E. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3014.   John Doe 127 being intended to designate the Personal Representative of the Estate of Dennis J. Gomes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis J. Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis J. Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3015.   John Doe 128 being intended to designate the Personal Representative of the Estate of Michael S. Lamana, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael S. Lamana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael S. Lamana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3016.   John Doe 129 being intended to designate the Personal Representative of the Estate of John G. Scharf, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of John G. Scharf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Scharf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3017.   Ariel Martinez, individually, as surviving child of Betsy Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ariel Martinez is a resident of Florida. Betsy Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3018.   Carlos G. Albert, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos G. Albert is a resident of New York. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3019.   John Doe 130 being intended to designate the Personal Representative of the Estate of Rosemarie Carlson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3020.   John Doe 131 being intended to designate the Personal Representative of the Estate of Ayleen J. Santiago, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3021.   Stefanie Oliva as the Personal Representative of the Estate of Alex Ciccone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alex Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefanie Oliva is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3022.   Stefanie Oliva, individually, as surviving spouse of Alex F. Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefanie Oliva is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3023.   John G. Duffy as the Personal Representative of the Estate of Christopher Duffy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Duffy is a resident of Florida. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3024.   John G. Duffy, individually, as surviving parent of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Duffy is a resident of Florida. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3025.   Kathleen Langan, individually, as surviving parent of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Langan is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3026.   Kevin Duffy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3027.   Dennis Ketcham as the Personal Representative of the Estate of Douglas Ketcham, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Ketcham is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3028.   Dennis Ketcham, individually, as surviving parent of Douglas D. Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Ketcham is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3029.   Dennis Ketcham as Personal Representative of the Estate of Raenell Ketcham deceased, the late parent of Douglas D. Ketcham. Dennis Ketcham is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3030.   Denyse D. Kruse, individually, as surviving sibling of Douglas D. Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denyse D. Kruse is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3031.   Michael R. Kuo, individually, as surviving child of Frederick Kuo, Jr. , is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael R. Kuo is a resident of New York. Frederick Kuo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3032.   Dean Taylor, individually, as surviving sibling of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3033.   John Luke Taylor, individually, as surviving child of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Luke Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3034.   Dean Ross Taylor, individually, as surviving child of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean Ross Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3035.   Kay Ann Taylor, individually, as surviving parent of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kay Ann Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Taliban provided material support and assistance in furtherance of the attacks.

3036.   Ann Marie Taylor, individually, as surviving sibling of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Marie Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3037.   Vera Schleeter as the Personal Representative of the Estate of Kip P. Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vera Schleeter is a resident of Virginia. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3038.   Vera Schleeter as Personal Representative of the Estate of Nancy Taylor deceased, the late spouse of Kip P. Taylor. Vera Schleeter is a resident of Virginia. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3039.   John Doe 132 being intended to designate the Personal Representative of the Estate of Myrna T. Maldonado-Agosto, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Myrna T. Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrna T. Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3040.   John Doe 134 being intended to designate the Personal Representative of the Estate of Frederick Kuo, Jr., deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Kuo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frederick Kuo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3041.   John Doe 135 being intended to designate the Personal Representative of the Estate of William Howard Pohlmann, deceased, said name being fictitious, her/his true

name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of William Howard Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Howard Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3042.   Valada B. Penny as the Personal Representative of the Estate of Richard Penny, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valada B. Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3043.   Valada B. Penny, individually, as surviving spouse of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valada B. Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3044.   Richard Penny, individually, as surviving child of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3045.   Eve Bucca as the Personal Representative of the Estate of Ronald P. Bucca, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eve Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3046.   Eve Bucca, individually, as surviving spouse of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eve Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3047.   Ronald Bucca, individually, as surviving child of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Bucca is a resident of Pennsylvania. Ronald P. Bucca is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3048.   Thomas Kelleher as the Personal Representative of the Estate of Stephen Roach, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kelleher is a resident of Florida. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3049.   Caitlin Duffy Meloy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Duffy Meloy is a resident of Massachusetts. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3050.   Angelina Jimenez as the Personal Representative of the Estate of Elena Ledesma, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Jimenez is a resident of Rhode Island. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3051.   Angelina Jimenez, individually, as surviving child of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Jimenez is a resident of Rhode Island. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3052.   Shanhellen Jimenez, individually, as surviving child of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shanhellen Jimenez is a resident of New York. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3053.   Elizabeth Rick as the Personal Representative of the Estate of Scott Bart, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Bart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rick is a resident of New York. Scott Bart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3054.   Elizabeth Rick, individually, as surviving spouse of Scott Bart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rick is a resident of New York. Scott Bart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3055.   Jessica Bucca-Hughes, individually, as surviving child of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Bucca-Hughes is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3056.   Alfred R. Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred R. Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3057.   Robert Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3058.   Astrid Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Astrid Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3059.   Astrid Bucca as Personal Representative of the Estate of Joseph Bucca deceased, the late parent of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Astrid Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3060.   Brian Duffy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3061.   Kara Mylod, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kara Mylod is a resident of Georgia. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3062.   Adriana Fiori, individually, as surviving child of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adriana Fiori is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3063.   Debbi Fiori, individually, as surviving child of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debbi Fiori is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3064.   Cynthia M. Gomes, individually, as surviving spouse of Dennis James Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia M. Gomes is a resident of North Carolina. Dennis James Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3065.   Mackenzie Gomes, individually, as surviving child of Dennis James Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mackenzie Gomes is a resident of North Carolina. Dennis James Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3066.   Isabel Roach, individually, as surviving spouse of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isabel Roach is a resident of South Carolina. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3067.   Mackenzie Roach, individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mackenzie Roach is a resident of Massachusetts. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3068.   Eileen Roach, individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Roach is a resident of New Jersey. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3069.   Stephen Roach, Jr., individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Roach, Jr. is a resident of New York. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3070.   Kimberly Trudel as the Personal Representative of the Estate of Frederick Rimmele III, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Rimmele III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Trudel is a resident of Massachusetts. Frederick Rimmele III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3071.   Kimberly Trudel, individually, as surviving spouse of Frederick Rimmele III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Trudel is a resident of Massachusetts. Frederick Rimmele III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3072.   Amy Mulderry as the Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3073.   Anne M. Mulderry, individually, as surviving parent of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne M. Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3074.   Darra Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darra Mulderry is a resident of Rhode Island. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3075. Daniel Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Mulderry is a resident of California. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3076. Andrew Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3077. Peter Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3078. Amy Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3079. Amy Mulderry as Personal Representative of the Estate of William Mulderry deceased, the late parent of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3080. Anne C. Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne C. Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3081. William J. Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Mulderry is a resident of New Jersey. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3082.   Anthony J. Alvarado, individually, as surviving child of Anthony Alvarado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony J. Alvarado is a resident of New York. Anthony Alvarado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

3083.   Jeannette Ramos, as the Personal Representative of the Estate of Anthony Alvarado, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Alvarado. Jeannette Ramos is a resident of New York. Anthony Alvarado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Taliban provided material support and assistance in furtherance of the attacks.

PLAINTIFFS' MORE DEFINITE STATEMENT AS TO ALL O'NEILL
DEFENDANTS

VICTIMS LIST

1.  The name of the defendants to whom this Statement pertains is *all Defendants.*[1]

2.  The names of each victim ("Victims List") are as set forth in Exhibit A, which is attached hereto and incorporated herein.

3.  Given the extraordinarily complex nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, much information is presently unavailable to plaintiffs, absent discovery. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified through discovery and otherwise.

Date: September 30, 2005

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

BY:_____
    GINA M. MAC NEILL, ESQUIRE (GM 0581)
    JERRY S. GOLDMAN, ESQUIRE (JG 8445)
    FREDERICK J. SALEK, ESQUIRE (FS 8565)
    Attorneys for the Plaintiffs
    111 Broadway, 13th Floor
    New York, N.Y. 10006
    212.242.2232

---

[1] The instant pleading shall not apply to any defendant who has been dismissed in the instant action, without further leave of the Court.

**EXHIBIT**

**A**

X:\Clients\ONeill v. Saudi arabia\Complaints\English\Al Baraka\AB3\Exhibits\A_All Victims- - More Definite Statement - KSA_.doc

# EXHIBIT "A"

# VICTIMS LIST

## World Trade Center

Gordon McCannel Aamoth, 32, New York, N.Y.
Maria Rose Abad, 49, Syosset, N.Y.
Edelmiro (Ed) Abad, 54, New York, N.Y.
Andrew Anthony Abate, 37, Melville, N.Y.
Vincent Abate, 40, New York, N.Y.
Laurence Christopher Abel, 37
William F. Abrahamson, 58, Cortland Manor, N.Y.
Richard Anthony Aceto, 42, Wantagh, N.Y.
Erica Van Acker, 62, New York, N.Y.
Heinrich B. Ackermann, 38, New York, N.Y.
Paul Andrew Acquaviva, 29, Glen Rock, N.J.
Donald L. Adams, 28, Chatham, N.J.
Shannon Lewis Adams, 25, New York, N.Y.
Stephen Adams, 51, New York, N.Y.
Patrick Adams, 60, New York, N.Y.
Ignatius Adanga, 62, New York, N.Y.
Christy A. Addamo, 28, New Hyde Park, N.Y.
Terence E. Adderley, 22, Bloomfield Hills, Mich.
Sophia B. Addo, 36, New York, N.Y.
Lee Adler, 48, Springfield, N.J.
Daniel Thomas Afflitto, 32, Manalapan, N.J.
Emmanuel Afuakwah, 37, New York, N.Y.
Alok Agarwal, 36, Jersey City, N.J.
Mukul Agarwala, 37, New York, N.Y.
Joseph Agnello, 35, New York, N.Y.
David Scott Agnes, 46, New York, N.Y.
Joao A. Aguiar Jr., 30, Red Bank, N.J.
Lt. Brian G. Ahearn, 43, Huntington, N.Y.
Jeremiah J. Ahern, 74, Cliffside Park, N.J.
Joanne Ahladiotis, 27, New York, N.Y.
Shabbir Ahmed, 47, New York, N.Y.
Terrance Andre Aiken, 30, New York, N.Y.
Godwin Ajala, 33, New York, N.Y.
Gertrude M. Alagero, 37, New York, N.Y.
Andrew Alameno, 37, Westfield, N.J.
Margaret Ann (Peggy) Jezycki Alario, 41, New York, N.Y.
Gary Albero, 39, Emerson, N.J.
Jon L. Albert, 46, Upper Nyack, N.Y.
Peter Craig Alderman, 25, New York, N.Y.

Jacquelyn Delaine Aldridge, 46, New York, N.Y.
Grace Alegre-Cua, 40, Glen Rock, N.J.
David D. Alger, 57, New York, N.Y.
Ernest Alikakos, 43, New York, N.Y.
Edward L. Allegretto, 51, Colonia, N.J.
Eric Allen, 44, New York, N.Y.
Joseph Ryan Allen, 39, New York, N.Y.
Richard Lanard Allen, 30, New York, N.Y.
Richard Dennis Allen, 31, New York, N.Y.
Christopher Edward Allingham, 36, River Edge, N.J.
Janet M. Alonso, 41, Stony Point, N.Y.
Anthony Alvarado, 31, New York, N.Y.
Antonio Javier Alvarez, 23, New York, N.Y.
Telmo Alvear, 25, New York, N.Y.
Cesar A. Alviar, 60, Bloomfield, N.J.
Tariq Amanullah, 40, Metuchen, N.J.
Angelo Amaranto, 60, New York, N.Y.
James Amato, 43, Ronkonkoma, N.Y.
Joseph Amatuccio, 41, New York, N.Y.
Christopher Charles Amoroso, 29, New York, N.Y.
Kazuhiro Anai, 42, Scarsdale, N.Y.
Calixto Anaya, 35, Suffern, N.Y.
Jorge Octavio Santos Anaya, 25, Aguascalientes, Aguascalientes, Mexico
Joseph Peter Anchundia, 26, New York, N.Y.
Kermit Charles Anderson, 57, Green Brook, N.J.
Yvette Anderson, 53, New York, N.Y.
John Andreacchio, 52, New York, N.Y.
Michael Rourke Andrews, 34, Belle Harbor, N.Y.
Jean A. Andrucki, 42, Hoboken, N.J.
Siew-Nya Ang, 37, East Brunswick, N.J.
Joseph Angelini, 38, Lindenhurst, N.Y.
Joseph Angelini, 63, Lindenhurst, N.Y.
Laura Angilletta, 23, New York, N.Y.
Doreen J. Angrisani, 44, New York, N.Y.
Lorraine D. Antigua, 32, Middletown, N.J.
Peter Paul Apollo, 26, Hoboken, N.J.
Faustino Apostol, 55, New York, N.Y.
Frank Thomas Aquilino, 26, New York, N.Y.
Patrick Michael Aranyos, 26, New York, N.Y.
David Gregory Arce, 36, New York, N.Y.
Michael G. Arczynski, 45, Little Silver, N.J.
Louis Arena, 32, New York, N.Y.
Adam Arias, 37, Staten Island, N.Y.
Michael J. Armstrong, 34, New York, N.Y.
Jack Charles Aron, 52, Bergenfield, N.J.
Joshua Aron, 29, New York, N.Y.

Richard Avery Aronow, 48, Mahwah, N.J.
Japhet J. Aryee, 49, Spring Valley, N.Y.
Carl Asaro, 39, Middletown, N.Y.
Michael A. Asciak, 47, Ridgefield, N.J.
Michael Edward Asher, 53, Monroe, N.Y.
Janice Ashley, 25, Rockville Centre, N.Y.
Thomas J. Ashton, 21, New York, N.Y.
Manuel O. Asitimbay, 36, New York, N.Y.
Lt. Gregg Arthur Atlas, 45, Howells, N.Y.
Gerald Atwood, 38, New York, N.Y.
James Audiffred, 38, New York, N.Y.
Kenneth W. Van Auken, 47, East Brunswick, N.J.
Louis F. Aversano, Jr, 58, Manalapan, N.J.
Ezra Aviles, 41, Commack, N.Y.
Ayodeji Awe, 42, New York, N.Y
Samuel (Sandy) Ayala, 36, New York, N.Y.
Arlene T. Babakitis, 47, Secaucus, N.J.
Eustace (Rudy) Bacchus, 48, Metuchen, N.J.
John James Badagliacca, 35, New York, N.Y.
Jane Ellen Baeszler, 43, New York, N.Y.
Robert J. Baierwalter, 44, Albertson, N.Y.
Andrew J. Bailey, 29, New York, N.Y.
Brett T. Bailey, 28, Bricktown, N.Y.
Tatyana Bakalinskaya, 43, New York, N.Y.
Michael S. Baksh, 36, Englewood, N.J.
Sharon Balkcom, 43, White Plains, N.Y.
Michael Andrew Bane, 33, Yardley, Pa.
Kathy Bantis, 44, Chicago, Ill.
Gerard Jean Baptiste, 35, New York, N.Y.
Walter Baran, 42, New York, N.Y.
Gerard A. Barbara, 53, New York, N.Y.
Paul V. Barbaro, 35, Holmdel, N.J.
James W. Barbella, 53, Oceanside, N.Y.
Ivan Kyrillos Fairbanks Barbosa, 30, Jersey City, N.J.
Victor Daniel Barbosa, 23, New York, N.Y.
Colleen Ann Barkow, 26, East Windsor, N.J.
David Michael Barkway, 34, Toronto, Ontario, Canada
Matthew Barnes, 37, Monroe, N.Y.
Sheila Patricia Barnes, 55, Bay Shore, N.Y.
Evan J. Baron, 38, Bridgewater, N.J.
Renee Barrett-Arjune, 41, Irvington, N.J.
Arthur T. Barry, 35, New York, N.Y.
Diane G. Barry, 60, New York, N.Y.
Maurice Vincent Barry, 49, Rutherford, N.J.
Scott D. Bart, 28, Malverne, N.Y.
Carlton W. Bartels, 44, New York, N.Y.

Guy Barzvi, 29, New York, N.Y.
Inna Basina, 43, New York, N.Y.
Alysia Basmajian, 23, Bayonne, N.J.
Kenneth William Basnicki, 48, Etobicoke, Ontario, Canada
Lt. Steven J. Bates, 42, New York, N.Y.
Paul James Battaglia, 22, New York, N.Y.
W. David Bauer, 45, Rumson, N.J.
Ivhan Luis Carpio Bautista, 24, New York, N.Y.
Marlyn C. Bautista, 46, Iselin, N.J.
Jasper Baxter, 45, Philadelphia, Pa.
Michele (Du Berry) Beale, 37, Essex, Britain
Paul F. Beatini, 40, Park Ridge, N.J.
Jane S. Beatty, 53, Belford, N.J.
Larry I. Beck, 38, Baldwin, N.Y.
Manette Marie Beckles, 43, Rahway, N.J.
Carl John Bedigian, 35, New York, N.Y.
Michael Beekman, 39, New York, N.Y.
Maria Behr, 41, Milford, N.J.
Yelena Belilovsky, 38, Mamaroneck, N.Y.
Nina Patrice Bell, 39, New York, N.Y.
Andrea Della Bella, 59, Jersey City, N.J.
Debbie S. Bellows, 30, East Windsor, N.J.
Stephen Elliot Belson, 51, New York, N.Y.
Paul Michael Benedetti, 32, New York, N.Y.
Denise Lenore Benedetto, 40, New York, N.Y.
Bryan Craig Bennett, 25, New York, N.Y.
Oliver Duncan Bennett, 29, London, England
Eric L. Bennett, 29, New York, N.Y.
Margaret L. Benson, 52, Rockaway, N.J.
Dominick J. Berardi, 25, New York, N.Y.
James Patrick Berger, 44, Lower Makefield, Pa.
Steven Howard Berger, 45, Manalapan, N.J.
John P. Bergin, 39, New York, N.Y.
Alvin Bergsohn, 48, Baldwin Harbor, N.Y.
Daniel D. Bergstein, 38, Teaneck, N.J.
Michael J. Berkeley, 38, New York, N.Y.
Donna Bernaerts-Kearns, 44, Hoboken, N.J.
David W. Bernard, 57, Chelmsford, Mass.
William Bernstein, 44, New York, N.Y.
David M. Berray, 39, New York, N.Y.
David S. Berry, 43, New York, N.Y.
Joseph J. Berry, 55, Saddle River, N.J.
William Reed Bethke, 36, Hamilton, N.J.
Timothy D. Betterly, 42, Little Silver, N.J.
Edward F. Beyea, 42, New York, N.Y.
Paul Michael Beyer, 37, New York, N.Y.

Anil T. Bharvaney, 41, East Windsor, N.J.
Bella Bhukhan, 24, Union, N.J.
Shimmy D. Biegeleisen, 42, New York, N.Y.
Peter Alexander Bielfeld, 44, New York, N.Y.
William Biggart, 54, New York, N.Y.
Brian Bilcher, 36, New York, N.Y.
Carl Vincent Bini, 44, New York, N.Y.
Gary Bird, 51, Tempe, Ariz.
Joshua David Birnbaum, 24, New York, N.Y.
George Bishop, 52, Granite Springs, N.Y.
Jeffrey D. Bittner, 27, New York, N.Y.
Balewa Albert Blackman, 26, New York, N.Y.
Christopher Joseph Blackwell, 42, Patterson, N.Y.
Susan L. Blair, 35, East Brunswick, N.J.
Harry Blanding, 38, Blakeslee, Pa.
Janice L. Blaney, 55, Williston Park, N.Y.
Craig Michael Blass, 27, Greenlawn, N.Y.
Rita Blau, 52, New York, N.Y.
Richard M. Blood, 38, Ridgewood, N.J.
Michael A. Boccardi, 30, Bronxville, N.Y.
John Paul Bocchi, 38, New Vernon, N.J.
Michael L. Bocchino, 45, New York, N.Y.
Susan Mary Bochino, 36, New York, N.Y.
Bruce Douglas (Chappy) Boehm, 49, West Hempstead, N.Y.
Mary Katherine Boffa, 45, New York, N.Y.
Nicholas A. Bogdan, 34, Browns Mills, N.J.
Darren C. Bohan, 34, New York, N.Y.
Lawrence Francis Boisseau, 36, Freehold, N.J.
Vincent M. Boland, 25, Ringwood, N.J.
Alan Bondarenko, 53, Flemington, N.J.
Andre Bonheur, 40, New York, N.Y.
Colin Arthur Bonnett, 39, New York, N.Y.
Frank Bonomo, 42, Port Jefferson, N.Y.
Yvonne L. Bonomo, 30, New York, N.Y.
Sean Booker, 35, Irvington, N.J.
Sherry Ann Bordeaux, 38, Jersey City, N.J.
Krystine C. Bordenabe, 33, Old Bridge, N.J.
Martin Boryczewski, 29, Parsippany, N.J.
Richard E. Bosco, 34, Suffern, N.Y.
John Howard Boulton, 29, New York, N.Y.
Francisco Bourdier, 41, New York, N.Y.
Thomas H. Bowden, 36, Wyckoff, N.J.
Kimberly S. Bowers, 31, Islip, N.Y.
Veronique (Bonnie) Nicole Bowers, 28, New York, N.Y.
Larry Bowman, 46, New York, N.Y.
Shawn Edward Bowman, 28, New York, N.Y.

Kevin L. Bowser, 45, Philadelphia, Pa.
Gary R. Box, 37, North Bellmore, N.Y.
Gennady Boyarsky, 34, New York, N.Y.
Pamela Boyce, 43, New York, N.Y.
Michael Boyle, 37, Westbury, N.Y.
Alfred Braca, 54, Leonardo, N.J.
Sandra Conaty Brace, 60, New York, N.Y.
Kevin H. Bracken, 37, New York, N.Y.
David Brian Brady, 41, Summit, N.J.
Alexander Braginsky, 38, Stamford, Conn.
Nicholas W. Brandemarti, 21, Mantua, N.J.
Michelle Renee Bratton, 23, Yonkers, N.Y.
Patrice Braut, 31, New York, N.Y.
Lydia Estelle Bravo, 50, Dunellen, N.J.
Ronald Michael Breitweiser, 39, Middletown Township, N.J.
Edward A. Brennan, 37, New York, N.Y.
Frank H. Brennan, 50, New York, N.Y.
Michael Emmett Brennan, 27, New York, N.Y.
Peter Brennan, 30, Ronkonkoma, N.Y.
Thomas M. Brennan, 32, Scarsdale, N.Y.
Capt. Daniel Brethel, 43, Farmingdale, N.Y.
Gary L. Bright, 36, Union City, N.J.
Jonathan Eric Briley, 43, Mount Vernon, N.Y.
Mark A. Brisman, 34, Armonk, N.Y.
Paul Gary Bristow, 27, New York, N.Y.
Victoria Alvarez Brito, 38, New York, N.Y.
Mark Francis Broderick, 42, Old Bridge, N.J.
Herman C. Broghammer, 58, North Merrick, N.Y.
Keith Broomfield, 49, New York, N.Y.
Janice J. Brown, 35, New York, N.Y.
Lloyd Brown, 28, Bronxville, N.Y.
Capt. Patrick J. Brown, 48, New York, N.Y.
Bettina Browne, 49, Atlantic Beach, N.Y.
Mark Bruce, 40, Summit, N.J.
Richard Bruehert, 38, Westbury, N.Y.
Andrew Brunn, 28
Capt. Vincent Brunton, 43, New York, N.Y.
Ronald Paul Bucca, 47, Tuckahoe, N.Y.
Brandon J. Buchanan, 24, New York, N.Y.
Greg Joseph Buck, 37, New York, N.Y.
Dennis Buckley, 38, Chatham, N.J.
Nancy Bueche, 43, Hicksville, N.Y.
Patrick Joseph Buhse, 36, Lincroft, N.J.
John E. Bulaga, 35, Paterson, N.J.
Stephen Bunin, 45, New York, N.Y.
Thomas Daniel Burke, 38, Bedford Hills, N.Y.

Capt. William F. Burke, 46, New York, N.Y.
Matthew J. Burke, 28, New York, N.Y.
Donald James Burns, 61, Nissequogue, N.Y.
Kathleen A. Burns, 49, New York, N.Y.
Keith James Burns, 39, East Rutherford, N.J.
John Patrick Burnside, 36, New York, N.Y.
Irina Buslo, 32, New York, N.Y.
Milton Bustillo, 37, New York, N.Y.
Thomas M. Butler, 37, Kings Park, N.Y.
Patrick Byrne, 39, New York, N.Y.
Timothy G. Byrne, 36, Manhattan, N.Y.
Jesus Cabezas, 66, New York, N.Y.
Lillian Caceres, 48, New York, N.Y.
Brian Joseph Cachia, 26, New York, N.Y.
Steven Cafiero, 31, New York, N.Y.
Richard M. Caggiano, 25, New York, N.Y.
Cecile M. Caguicla, 55, Boonton, N.J.
Michael John Cahill, 37, East Williston, N.Y.
Scott W. Cahill, 30, West Caldwell, N.J.
Thomas J. Cahill, 36, Franklin Lakes, N.J.
George Cain, 35, Massapequa, N.Y.
Salvatore B. Calabro, 38, New York, N.Y.
Joseph Calandrillo, 49, Hawley, Pa.
Philip V. Calcagno, 57, New York, N.Y.
Edward Calderon, 44, Jersey City, N.J.
Kenneth Marcus Caldwell, 30, New York, N.Y.
Dominick E. Calia, 40, Manalapan, N.J.
Felix (Bobby) Calixte, 38, New York, N.Y.
Capt. Frank Callahan, 51, New York, N.Y.
Liam Callahan, 44, Rockaway, N.J.
Luigi Calvi, 34, East Rutherford, N.J.
Roko Camaj, 60, Manhasset, N.Y.
Michael Cammarata, 22, Huguenot, N.Y.
David Otey Campbell, 51, Basking Ridge, N.J.
Geoffrey Thomas Campbell, 31, New York, N.Y.
Sandra Patricia Campbell, 45, New York, N.Y.
Jill Marie Campbell, 31, New York, N.Y.
Robert Arthur Campbell, 25, New York, N.Y.
Juan Ortega Campos, 32, New York, N.Y.
Sean Canavan, 39, New York, N.Y.
John A. Candela, 42, Glen Ridge, N.J.
Vincent Cangelosi, 30, New York, N.Y.
Stephen J. Cangialosi, 40, Middletown, N.J.
Lisa B. Cannava, 30, New York, N.Y.
Brian Cannizzaro, 30, New York, N.Y.
Michael R. Canty, 30, Schenectady, N.Y.

Louis A. Caporicci, 35, New York, N.Y.
Jonathan N. Cappello, 23, Garden City, N.Y.
James Christopher Cappers, 33, Wading River, N.Y.
Richard M. Caproni, 34, Lynbrook, N.Y.
Jose Cardona, 32, New York, N.Y.
Dennis M Carey, 51, Wantagh, N.Y.
Edward Carlino, 46, New York, N.Y.
Michael Scott Carlo, 34, New York, N.Y.
David G. Carlone, 46, Randolph, N.J.
Rosemarie C. Carlson, 40, New York, N.Y.
Mark Stephen Carney, 41, Rahway, N.J.
Joyce Ann Carpeneto, 40, New York, N.Y.
Alicia Acevedo Carranza, Teziutlan, Puebla, Mexico
Jeremy M. Carrington, 34, New York, N.Y.
Michael T. Carroll, 39, New York, N.Y.
Peter Carroll, 42, New York, N.Y.
James J. Carson, 32, Massapequa, N.Y.
James Marcel Cartier, 26, New York, N.Y.
Vivian Casalduc, 45, New York, N.Y.
John F. Casazza, 38, Colts Neck, N.J.
Paul Cascio, 23, Manhasset, N.Y.
Kathleen Hunt Casey, 43, Middletown, N.J.
Margarito Casillas, 54, Guadalajara, Jalisco, Mexico
Thomas Anthony Casoria, 29, New York, N.Y.
William Otto Caspar, 57, Eatontown, N.J.
Alejandro Castano, 35, Englewood, N.J.
Arcelia Castillo, 49, Elizabeth, N.J.
Leonard M. Castrianno, 30, New York, N.Y.
Jose Ramon Castro, 37, New York, N.Y.
Richard G. Catarelli, 47, New York, N.Y.
Christopher Sean Caton, 34, New York, N.Y.
Robert J. Caufield, 48, Valley Stream, N.Y.
Mary Teresa Caulfield, 58, New York, N.Y.
Judson Cavalier, 26, Huntington, N.Y.
Michael Joseph Cawley, 32, Bellmore, N.Y.
Jason D. Cayne, 32, Morganville, N.J.
Juan Armando Ceballos, 47, New York, N.Y.
Marcia G. Cecil-Carter, 34, New York, N.Y.
Jason Cefalu, 30, West Hempstead, N.Y.
Thomas J. Celic, 43, New York, N.Y.
Ana M. Centeno, 38, Bayonne, N.J.
Joni Cesta, 37, Bellmore, N.Y.
Jeffrey M. Chairnoff, 35, West Windsor, N.J.
Swarna Chalasani, 33, Jersey City, N.J.
William Chalcoff, 41, Roslyn, N.Y.
Eli Chalouh, 23, New York, N.Y.

Charles Lawrence (Chip) Chan, 23, New York, N.Y.
Mandy Chang, 40, New York, N.Y.
Mark L. Charette, 38, Millburn, N.J.
Gregorio Manuel Chavez, 48, New York, N.Y.
Jayceryll M. de Chavez, 24, Carteret, N.J.
Pedro Francisco Checo, 35, New York, N.Y.
Douglas MacMillan Cherry, 38, Maplewood, N.J.
Stephen Patrick Cherry, 41, Stamford, Conn.
Vernon Paul Cherry, 49, New York, N.Y.
Nestor Chevalier, 30, New York, N.Y.
Swede Joseph Chevalier, 26, Locust, N.J.
Alexander H. Chiang, 51, New City, N.Y.
Dorothy J. Chiarchiaro, 61, Glenwood, N.J.
Luis Alfonso Chimbo, 39, New York, N.Y.
Robert Chin, 33, New York, N.Y.
Wing Wai (Eddie) Ching, 29, Union, N.J.
Nicholas P. Chiofalo, 39, Selden, N.Y.
John Chipura, 39, New York, N.Y.
Peter A. Chirchirillo, 47, Langhorne, Pa.
Catherine E. Chirls, 47, Princeton, N.J.
Kyung (Kaccy) Cho, 30, Clifton, N.J.
Abul K. Chowdhury, 30, New York, N.Y.
Mohammed Salahuddin Chowdhury, 38, New York, N.Y.
Kirsten L. Christophe, 39, Maplewood, N.J.
Pamela Chu, 31, New York, N.Y.
Steven Paul Chucknick, 44, Cliffwood Beach, N.J.
Wai-ching Chung, 36, New York, N.Y.
Christopher Ciafardini, 30, New York, N.Y.
Alex F. Ciccone, 38, New Rochelle, N.Y.
Frances Ann Cilente, 26, New York, N.Y.
Elaine Cillo, 40, New York, N.Y.
Edna Cintron, 46, New York, N.Y.
Nestor Andre Cintron, 26, New York, N.Y.
Lt. Robert Dominick Cirri, 39, Nutley, N.J.
Juan Pablo Alvarez Cisneros, 23, Weehawken, N.J.
Gregory Alan Clark, 40, Teaneck, N.J.
Mannie Leroy Clark, 54, New York, N.Y.
Thomas R. Clark, 37, Summit, N.J.
Eugene Clark, 47, New York, N.Y.
Benjamin Keefe Clark, 39, New York, N.Y.
Christopher Robert Clarke, 34, Philadelphia, Pa.
Donna Clarke, 39, New York, N.Y.
Michael Clarke, 27, Prince's Bay, N.Y.
Suria R.E. Clarke, 30, New York, N.Y.
Kevin Francis Cleary, 38, New York, N.Y.
James D. Cleere, 55, Newton, Iowa

Geoffrey W. Cloud, 36, Stamford, Conn.
Susan M. Clyne, 42, Lindenhurst, N.Y.
Steven Coakley, 36, Deer Park, N.Y.
Jeffrey Coale, 31, Souderton, Pa.
Patricia A. Cody, 46, Brigantine, N.J.
Daniel Michael Coffey, 54, Newburgh, N.Y.
Jason Matthew Coffey, 25, Newburgh, N.Y.
Florence Cohen, 62, New York, N.Y.
Kevin Sanford Cohen, 28, Edison, N.J.
Anthony Joseph Coladonato, 47, New York, N.Y.
Mark J. Colaio, 34, New York, N.Y.
Stephen J. Colaio, 32, Montauk, N.Y.
Christopher M. Colasanti, 33, Hoboken, N.J.
Michel Paris Colbert, 39, West New York, N.J.
Kevin Nathaniel Colbert, 25, New York, N.Y.
Keith Eugene Coleman, 34, Warren, N.J.
Scott Thomas Coleman, 31, New York, N.Y.
Tarel Coleman, 32
Liam Joseph Colhoun, 34, Flushing,, N.Y.
Robert D. Colin, 49, West Babylon, N.Y.
Robert J. Coll, 35, Glen Ridge, N.J.
Jean Marie Collin, 42, New York, N.Y.
John Michael Collins, 42, New York, N.Y.
Michael L. Collins, 38, Montclair, N.J.
Thomas J. Collins, 36, New York, N.Y.
Joseph Collison, 50, New York, N.Y.
Patricia Malia Colodner, 39, New York, N.Y.
Linda M. Colon, 46, Perrineville, N.J.
Soledi Colon, 39, New York, N.Y.
Ronald Comer, 56, Northport, N.Y.
Jaime Concepcion, 46, New York, N.Y.
Albert Conde, 62, Englishtown, N.J.
Denease Conley, 44, New York, N.Y.
Susan Clancy Conlon, 41, New York, N.Y.
Margaret Mary Conner, 57, New York, N.Y.
John E. Connolly, 46, Allenwood, N.J.
Cynthia L. Connolly, 40, Metuchen, N.J.
James Lee Connor, 38, Summit, N.J.
Jonathan (J.C.) Connors, 55, Old Brookville, N.Y.
Kevin P. Connors, 55, Greenwich, Conn.
Kevin Francis Conroy, 47, New York, N.Y.
Brenda E. Conway, 40, New York, N.Y.
Dennis Michael Cook, 33, Colts Neck, N.J.
Helen D. Cook, 24, New York, N.Y.
John A. Cooper, 40, Bayonne, N.J.
Joseph J. Coppo, 47, New Canaan, Conn.

Gerard J. Coppola, 46, New Providence, N.J.
Joseph Albert Corbett, 28, Islip, N.Y.
Alejandro Cordero, 23, New York, N.Y.
Robert Cordice, 28, New York, N.Y.
Ruben D. Correa, 44, New York, N.Y.
Danny A. Correa-Gutierrez, 25, Fairview, N.J.
James Corrigan, 60, New York, N.Y.
Carlos Cortes, 57, New York, N.Y.
Kevin M. Cosgrove, 46, West Islip, N.Y.
Dolores Marie Costa, 53, Middletown, N.J.
Digna Alexandra Rivera Costanza, 25, New York, N.Y.
Charles Gregory Costello, 46, Old Bridge, N.J.
Michael S. Costello, 27, Hoboken, N.J.
Conrod K.H. Cottoy, 51, New York, N.Y.
Martin Coughlan, 54, New York, N.Y.
Sgt. John Gerard Coughlin, 43, Pomona, N.Y.
Timothy John Coughlin, 42, New York, N.Y.
James E. Cove, 48, Rockville Centre, N.Y.
Andre Cox, 29, New York, N.Y.
Frederick John Cox, 27, New York, N.Y.
James Raymond Coyle, 26, New York, N.Y.
Michelle Coyle-Eulau, 38, Garden City, N.Y.
Anne M. Cramer, 47, New York, N.Y.
Christopher Seton Cramer, 34, Manahawkin, N.J.
Denise Crant, 46, Hackensack, N.J.
Robert James Crawford, 62, New York, N.Y.
James L. Crawford, 33, Madison, N.J.
Joanne Mary Cregan, 32, New York, N.Y.
Lucia Crifasi, 51, Glendale, N.Y.
Lt. John Crisci, 48, Holbrook, N.Y.
Daniel Hal Crisman, 25, New York, N.Y.
Dennis A. Cross, 60, Islip Terrace, N.Y.
Helen Crossin-Kittle, 34, Larchmont, N.Y.
 Thomas G. Crotty, 42, Rockville Centre, N.Y.
John Crowe, 57, Rutherford, N.J.
Welles Remy Crowther, 24, Upper Nyack, N.Y.
Robert L. Cruikshank, 64, New York, N.Y.
Francisco Cruz, 47, New York, N.Y.
John Robert Cruz, 32, Jersey City, N.J.
Kenneth John Cubas, 48, Woodstock, N.Y.
Richard Joseph Cudina, 46, Glen Gardner, N.J.
Neil James Cudmore, 38, Port Washington, N.Y.
Thomas Patrick Cullen, 31, New York, N.Y.
Joan McConnell Cullinan, 47, Scarsdale, N.Y.
Joyce Cummings, 65
Brian Thomas Cummins, 38, Manasquan, N.J.

Nilton Albuquerque Fernao Cunha, 41
Michael Joseph Cunningham, 39, Princeton Junction, N.J.
Robert Curatolo, 31, New York, N.Y.
Laurence Curia, 41, Garden City, N.Y.
Paul Dario Curioli, 53, Norwalk, Conn.
Beverly Curry, 41, New York, N.Y.
Sgt. Michael Curtin, 45, Medford, N.Y.
Gavin Cushny, 47, Hoboken, N.J.
Caleb Arron Dack, 39, Montclair, N.J.
Carlos S. DaCosta, 41, Elizabeth, N.J.
John D'Allara, 47, Pearl River, N.Y.
Vincent D'Amadeo, 36, East Patchoque, N.Y.
Thomas A. Damaskinos, 33, Matawan, N.J.
Jack L. D'Ambrosi, 45, Woodcliff Lake, N.J.
Jeannine Marie Damiani-Jones, 28, New York, N.Y.
Patrick W. Danahy, 35, Yorktown Heights, N.Y.
Nana Kwuku Danso, 47, New York, N.Y.
Mary D'Antonio, 55, New York, N.Y.
Vincent G. Danz, 38, Farmingdale, N.Y.
Dwight Donald Darcy, 55, Bronxville, N.Y.
Elizabeth Ann Darling, 28, Newark, N.J.
Annette Andrea Dataram, 25, New York, N.Y.
Lt. Edward Alexander D'Atri, 38, New York, N.Y.
Michael D. D'Auria, 25, New York, N.Y.
Lawrence Davidson, 51, New York, N.Y.
Michael Allen Davidson, 27, Westfield, N.J.
Scott Matthew Davidson, 33, New York, N.Y.
Titus Davidson, 55, New York, N.Y.
Niurka Davila, 47, New York, N.Y.
Clinton Davis, 38, New York, N.Y.
Wayne Terrial Davis, 29, Fort Meade, Md.
Calvin Dawson, 46, New York, N.Y.
Anthony Richard Dawson, 32, Southampton, Hampshire, England
Edward James Day, 45, New York, N.Y.
Emerita (Emy) De La Pena, 32, New York, N.Y.
Melanie Louise De Vere, 30, London, England
William T. Dean, 35, Floral Park, N.Y.
Robert J. DeAngelis, 48, West Hempstead, N.Y.
Thomas P. Deangelis, 51, Westbury, N.Y.
Tara Debek, 35, Babylon, N.Y.
Anna Debin, 30, East Farmingdale, N.Y.
James V. DeBlase, 45, Manalapan, N.J.
Paul DeCola, 39, Ridgewood, N.Y.
Simon Dedvukaj, 26, Mohegan Lake, N.Y.
Jason Christopher DeFazio, 29, New York, N.Y.

12

David A. Defeo, 37, New York, N.Y.
Jennifer DeJesus, 23, New York, N.Y.
 Monique E. DeJesus, 28, New York, N.Y.
Nereida DeJesus, 30, New York, N.Y.
Donald A. Delapenha, 37, Allendale, N.J.
Vito Joseph Deleo, 41, New York, N.Y.
Danielle Delie, 47, New York, N.Y.
Colleen Ann Deloughery, 41, Bayonne, N.J.
Francis (Frank) Albert DeMartini, 49, New York, N.Y.
Anthony Demas, 61, New York, N.Y.
Martin DeMeo, 47, Farmingville, N.Y.
Francis X. Deming, 47, Franklin Lakes, N.J.
Carol K. Demitz, 49, New York, N.Y.
Kevin Dennis, 43, Peapack, N.J.
Thomas F. Dennis, 43, Setauket, N.Y.
Jean C. DePalma, 42, Newfoundland, N.J.
Jose Nicolas Depena, 42, New York, N.Y.
Robert J. Deraney, 43, New York, N.Y.
Michael DeRienzo, 37, Hoboken, N.J.
David Paul Derubbio, 38, New York, N.Y.
Jemal Legesse DeSantis, 28, Jersey City, N.J.
Christian L. DeSimone, 23, Ringwood, N.J.
Edward DeSimone, 36, Atlantic Highlands, N.J.
Lt. Andrew Desperito, 44, Patchogue, N.Y.
Michael Jude D'Esposito, 32, Morganville, N.J.
Cindy Ann Deuel, 28, New York, N.Y.
Jerry DeVito, 66, New York, N.Y.
Robert P. Devitt, 36, Plainsboro, N.J.
Dennis Lawrence Devlin, 51, Washingtonville, N.Y.
Gerard Dewan, 35, New York, N.Y.
Simon Suleman Ali Kassamali Dhanani, 62, Hartsdale, N.Y.
Michael L. DiAgostino, 41, Garden City, N.Y.
Matthew Diaz, 33, New York, N.Y.
Nancy Diaz, 28, New York, N.Y.
Obdulio Ruiz Diaz, 44, New York, N.Y.
Lourdes Galletti Diaz, 32, New York, N.Y.
Michael Diaz-Piedra, 49
Judith Belguese Diaz-Sierra, 32, Bay Shore, N.Y.
Patricia F. DiChiaro, 63, New York, N.Y.
Joseph Dermot Dickey, 50, Manhasset, N.Y.
Lawrence Patrick Dickinson, 35, Morganville, N.J.
Michael David Diehl, 48, Brick, N.J.
John DiFato, 39, New York, N.Y.
Vincent F. DiFazio, 43, Hampton, N.J.
Carl DiFranco, 27, New York, N.Y.
Donald J. DiFranco, 43, New York, N.Y.

Debra Ann DiMartino, 36, New York, N.Y.
Stephen P. Dimino, 48, Basking Ridge, N.J.
William J. Dimmling, 47, Garden City, N.Y.
Christopher Dincuff, 31, Jersey City, N.J.
Jeffrey M. Dingle, 32, New York, N.Y.
Anthony DiOnisio, 38, Glen Rock, N.J.
George DiPasquale, 33, New York, N.Y.
Joseph DiPilato, 57, New York, N.Y.
Douglas Frank DiStefano, 24, Hoboken, N.J.
Ramzi A. Doany, 35, Bayonne, N.J., Jordanian
John J. Doherty, 58, Hartsdale, N.Y.
Melissa C. Doi, 32, New York, N.Y.
Brendan Dolan, 37, Glen Rock, N.J.
Neil Dollard, 28, Hoboken, N.J.
James Joseph Domanico, 56, New York, N.Y.
Benilda Pascua Domingo, 37, New York, N.Y.
Charles (Carlos) Dominguez, 34, East Meadow, N.Y.
Geronimo (Jerome) Mark Patrick Dominguez, 37, Holtsville, N.Y.
Lt. Kevin W. Donnelly, 43, New York, N.Y.
Jacqueline Donovan, 34, New York, N.Y.
Stephen Dorf, 39, New Milford, N.J.
Thomas Dowd, 37, Monroe, N.Y.
Lt. Kevin Christopher Dowdell, 46, New York, N.Y.
Mary Yolanda Dowling, 46, New York, N.Y.
Raymond M. Downey, 63, Deer Park, N.Y.
Joseph M. Doyle, 25, New York, N.Y.
Frank Joseph Doyle, 39, Englewood, N.J.
Randy Drake, 37, Lee's Summit, Mo.
Stephen Patrick Driscoll, 38, Lake Carmel, N.Y.
Mirna A. Duarte, 31, New York, N.Y.
Luke A. Dudek, 50, Livingston, N.J.
Christopher Michael Duffy, 23, New York, N.Y.
Gerard Duffy, 53, Manorville, N.Y.
Michael Joseph Duffy, 29, Northport, N.Y.
Thomas W. Duffy, 52, Pittsford, N.Y.
Antoinette Duger, 44, Belleville, N.J.
Jackie Sayegh Duggan, 34
Sareve Dukat, 53, New York, N.Y.
Christopher Joseph Dunne, 28, Mineola, N.Y.
Richard A. Dunstan, 54, New Providence, N.J.
Patrick Thomas Dwyer, 37, Nissequogue, N.Y.
Joseph Anthony Eacobacci, 26, New York, N.Y.
John Bruce Eagleson, 53, Middlefield, Conn.
Robert D. Eaton, 37, Manhasset, N.Y.
Dean P. Eberling, 44, Cranford, N.J.
Margaret Ruth Echtermann, 33, Hoboken, N.J.

Paul Robert Eckna, 28, West New York, N.J.
Constantine (Gus) Economos, 41, New York, N.Y.
Dennis Michael Edwards, 35, Huntington, N.Y.
Michael Hardy Edwards, 33, New York, N.Y.
Lisa Egan, 31, Cliffside Park, N.J.
Capt. Martin Egan, 36, New York, N.Y.
Michael Egan, 51, Middletown, N.J.
Christine Egan, 55, Winnipeg, Manitoba, Canada
Samantha Egan, 24, Jersey City, N.J.
Carole Eggert, 60, New York, N.Y.
Lisa Caren Weinstein Ehrlich, 36, New York, N.Y.
John Ernst (Jack) Eichler, 69, Cedar Grove, N.J.
Eric Adam Eisenberg, 32, Commack, N.Y.
Daphne F. Elder, 36, Newark, N.J.
Michael J. Elferis, 27, College Point, N.Y.
Mark J. Ellis, 26, South Huntington, N.Y.
Valerie Silver Ellis, 46, New York, N.Y.
Albert Alfy William Elmarry, 30, North Brunswick, N.J.
Edgar H. Emery, 45, Clifton, N.J.
Doris Suk-Yuen Eng, 30, New York, N.Y.
Christopher S. Epps, 29, New York, N.Y.
Ulf Ramm Ericson, 79, Greenwich, Conn.
Erwin L. Erker, 41, Farmingdale, N.Y.
William J. Erwin, 30, Verona, N.J.
Sarah (Ali) Escarcega, 35, New York, N.Y.
Jose Espinal, 31
Fanny M. Espinoza, 29, Teaneck, N.J.
Francis Esposito, 32, New York, N.Y.
Lt. Michael Esposito, 41, New York, N.Y.
William Esposito, 51, Bellmore, N.Y.
Brigette Ann Esposito, 34, New York, N.Y.
Ruben Esquilin, 35, New York, N.Y.
Sadie Ette, 36, New York, N.Y.
Barbara G. Etzold, 43, Jersey City, N.J.
Eric Brian Evans, 31, Weehawken, N.J.
Robert Edward Evans, 36, Franklin Square, N.Y.
Meredith Emily June Ewart, 29, Hoboken, N.J.
Catherine K. Fagan, 58, New York, N.Y.
Patricia M. Fagan, 55, Toms River, N.J.
Keith G. Fairben, 24, Floral Park, N.Y.
William Fallon, 38, Coram, N.Y.
William F. Fallon, 53, Rocky Hill, N.J.
Anthony J. Fallone, 39, New York, N.Y.
Dolores B. Fanelli, 38, Farmingville, N.Y.
John Joseph Fanning, 54, West Hempstead, N.Y.
Kathleen (Kit) Faragher, 33, Denver, Colo.

Capt. Thomas Farino, 37, Bohemia, N.Y.
Nancy Carole Farley, 45, Jersey City, N.J.
Elizabeth Ann (Betty) Farmer, 62, New York, N.Y.
Douglas Farnum, 33, New York, N.Y.
John W. Farrell, 41, Basking Ridge, N.J.
Terrence Patrick Farrell, 45, Huntington, N.Y.
John G. Farrell, 32, New York, N.Y.
Capt. Joseph Farrelly, 47, New York, N.Y.
Thomas P. Farrelly, 54, East Northport, N.Y.
Syed Abdul Fatha, 54, Newark, N.J.
Christopher Faughnan, 37, South Orange, N.J.
Wendy R. Faulkner, 47, Mason, Ohio
Shannon M. Fava, 30, New York, N.Y.
Bernard D. Favuzza, 52, Suffern, N.Y.
Robert Fazio, 41, Freeport, N.Y.
Ronald C. Fazio, 57, Closter, N.J.
William Feehan, 72, New York, N.Y.
Francis J. (Frank) Feely, 41, Middletown, N.Y.
Garth E. Feeney, 28, New York, N.Y.
Sean B. Fegan, 34, New York, N.Y.
Lee S. Fehling, 28, Wantagh, N.Y.
Peter Feidelberg, 34, Hoboken, N.J.
Alan D. Feinberg, 48, New York, N.Y.
Rosa Maria Feliciano, 30, New York, N.Y.
Edward T. Fergus, 40, Wilton, Conn.
George Ferguson, 54, Teaneck, N.J.
Henry Fernandez, 23, New York, N.Y.
Judy H. Fernandez, 27, Parlin, N.J.
Jose Manuel Contreras Fernandez, El Aguacate, Jalisco, Mexico
Elisa Giselle Ferraina, 27, London, England
Anne Marie Sallerin Ferreira, 29, Jersey City, N.J.
Robert John Ferris, 63, Garden City, N.Y.
David Francis Ferrugio, 46, Middletown, N.J.
Louis V. Fersini, 38, Basking Ridge, N.J.
Michael David Ferugio, 37, New York, N.Y.
Bradley James Fetchet, 24, New York, N.Y.
Jennifer Louise Fialko, 29, Teaneck, N.J.
Kristen Fiedel, 27, New York, N.Y.
Samuel Fields, 36, New York, N.Y.
Michael Bradley Finnegan, 37, Basking Ridge, N.J.
Timothy J. Finnerty, 33, Glen Rock, N.J.
Michael Curtis Fiore, 46, New York, N.Y.
Stephen J. Fiorelli, 43, Aberdeen, N.J.
Paul M. Fiori, 31, Yorktown Heights, N.Y.
John Fiorito, 40, Stamford, Conn.
Lt. John R. Fischer, 46, New York, N.Y.

Andrew Fisher, 42, New York, N.Y.
Thomas J. Fisher, 36, Union, N.J.
Bennett Lawson Fisher, 58, Stamford, Conn.
John Roger Fisher, 46, Bayonne, N.J.
Lucy Fishman, 37, New York, N.Y.
Ryan D. Fitzgerald, 26, New York, N.Y.
Thomas Fitzpatrick, 35, Tuckahoe, N.Y.
Richard P. Fitzsimons, 57, Lynbrook, N.Y.
Salvatore A. Fiumefreddo, 47, Manalapan, N.J.
Christina Donovan Flannery, 26, New York, N.Y.
Eileen Flecha, 33, New York, N.Y.
Andre G. Fletcher, 37, North Babylon, N.Y.
Carl Flickinger, 38, Conyers, N.Y.
John Joseph Florio, 33, Oceanside, N.Y.
Joseph W. Flounders, 46, East Stroudsburg, Pa.
David Fodor, 38, Garrison, N.Y.
Lt. Michael N. Fodor, 53, Warwick, N.Y.
Steven Mark Fogel, 40, Westfield, N.Y.
Thomas Foley, 32, West Nyack, N.Y.
David Fontana, 37, New York, N.Y.
Chih Min (Dennis) Foo, 40, Holmdel, N.J.
Del Rose Forbes-Cheatham, 48, New York, N.Y.
Godwin Forde, 39, New York, N.Y.
Donald A. Foreman, 53, New York, N.Y.
Christopher Hugh Forsythe, 44, Basking Ridge, N.J.
Claudia Alicia Martinez Foster, 26, New York, N.Y.
Noel J. Foster, 40, Bridgewater, N.J.
Ana Fosteris, 58, Coram, N.Y.
Robert J. Foti, 42, Albertson, N.Y.
Jeffrey L. Fox, 40, Cranbury, N.J.
Virginia Fox, 58, New York, N.Y.
Virgin (Lucy) Francis, 62, New York, N.Y.
Pauline Francis, 57, New York, N.Y.
Joan Francis
Gary J. Frank, 35, South Amboy, N.J.
Morton Frank, 31, New York, N.Y.
Peter Christopher Frank, 29, New York, N.Y.
Richard K. Fraser, 32, New York, N.Y.
Kevin Joseph Frawley, 34, Bronxville, N.Y.
Clyde Frazier, 41, New York, N.Y.
Lillian I. Frederick, 46, Teaneck, N.J.
Andrew Fredericks, 40, Suffern, N.Y.
Tamitha Freemen, 35, New York, N.Y.
Brett O. Freiman, 29, Roslyn, N.Y.
Lt. Peter L. Freund, 45, Westtown, N.Y.
Arlene E. Fried, 49, Roslyn Heights, N.Y.

Alan Wayne Friedlander, 52, Yorktown Heights, N.Y.
Andrew K. Friedman, 44, Woodbury, N.Y.
Gregg J. Froehner, 46, Chester, N.J.
Peter Christian Fry, 36, Wilton, Conn.
Clement Fumando, 59, New York, N.Y.
Steven Elliot Furman, 40, Wesley Hills, N.Y.
Paul James Furmato, 37, Colts Neck, N.J.
Fredric Gabler, 30, New York, N.Y.
Richard S. Gabrielle, 50, West Haven, Conn.
James Andrew Gadiel, 23, New York, N.Y.
Pamela Gaff, 51, Robinsville, N.J.
Ervin Vincent Gailliard, 42, New York, N.Y.
Deanna L. Galante, 32, New York, N.Y.
Grace Galante, 29, New York, N.Y.
Anthony Edward Gallagher, 41, New York, N.Y.
Daniel James Gallagher, 23, Red Bank, N.J.
John Patrick Gallagher, 31, Yonkers, N.Y.
Cono E. Gallo, 30, New York, N.Y.
Vincenzo Gallucci, 36, Monroe Township, N.J.
Thomas Edward Galvin, 32, New York, N.Y.
Giovanna (Genni) Gambale, 27, New York, N.Y.
Thomas Gambino, 48, Babylon, N.Y.
Giann F. Gamboa, 26, New York, N.Y.
Peter J. Ganci, 55, North Massapequa, N.Y.
Claude Michael Gann, 41, Roswell, Ga.
Lt. Charles William Garbarini, 44, Pleasantville, N.Y.
Cesar Garcia, 36, New York, N.Y.
David Garcia, 40, Freeport, N.Y.
Jorge Luis Morron Garcia, 38, New York, N.Y.
Juan Garcia, 50, New York, N.Y.
Marlyn C. Garcia, 21, New York, N.Y.
Christopher Gardner, 36, Darien, Conn.
Douglas B. Gardner, 39, New York, N.Y.
Harvey J. Gardner, 35, Lakewood, N.J.
Thomas A. Gardner, 39, Oceanside, N.Y.
Jeffrey B. Gardner, 36, Hoboken, N.J.
William Arthur Gardner, 45, Lynbrook, N.Y.
Francesco Garfi, 29, New York, N.Y.
Rocco Gargano, 28, Bayside, N.Y.
James M. Gartenberg, 36, New York, N.Y.
Matthew David Garvey, 37
Bruce Gary, 51, Bellmore, N.Y.
Palmina Delli Gatti, 33, New York, N.Y.
Boyd A. Gatton, 38, Jersey City, N.J.
Donald Richard Gavagan, 35, New York, N.Y.
Terence D. Gazzani, 24, New York, N.Y.

Gary Geidel, 44, New York, N.Y.
Paul Hamilton Geier, 36, Farmingdale, N.Y.
Julie M. Geis, 44, Lees Summit, Mo.
Peter Gelinas, 34, New York, N.Y.
Steven Paul Geller, 52, New York, N.Y.
Howard G. Gelling, 28, New York, N.Y.
Peter Victor Genco, 36, Rockville Centre, N.Y.
Steven Gregory Genovese, 37, Basking Ridge, N.J.
Alayne F. Gentul, 44, Mountain Lakes, N.J.
Edward F. Geraghty, 45, Rockville Centre, N.Y.
Suzanne Geraty, 30, New York, N.Y.
Ralph Gerhardt, 33, New York, N.Y.
Robert J. Gerlich, 56, Monroe, Conn.
Denis P. Germain, 33, Tuxedo Park, N.Y.
Marina R. Gertsberg, 25, New York, N.Y.
Susan M. Getzendanner, 57, New York, N.Y.
James Gerard Geyer, 41, Rockville Centre, N.Y.
Joseph M. Giaccone, 43, Monroe, N.J.
Lt. Vincent Francis Giammona, 40, Valley Stream, N.Y.
Debra L. Gibbon, 43, Hackettstown, N.J.
James A. Giberson, 43, New York, N.Y.
Craig Neil Gibson, 37, New York, N.Y.
Ronnie Gies, 43, Merrick, N.Y.
Laura A. Giglio, 35, Oceanside, N.Y.
Andrew Clive Gilbert, 39, Califon, N.J.
Timothy Paul Gilbert, 35, Lebanon, N.J.
Paul Stuart Gilbey, 39, Chatham, N.J.
Paul John Gill, 34, New York, N.Y.
Mark Y. Gilles, 33, New York, N.Y.
Evan H. Gillette, 40, New York, N.Y.
Ronald Gilligan, 43, Norwalk, Conn.
Sgt. Rodney C. Gillis, 34, New York, N.Y.
Laura Gilly, 32, New York, N.Y.
Lt. John F. Ginley, 37, Warwick, N.Y.
Jeffrey Giordano, 46, New York, N.Y.
John Giordano, 46, Newburgh, N.Y.
Donna Marie Giordano, 44, Parlin, N.J.
Steven A. Giorgetti, 43, Manhasset, N.Y.
Martin Giovinazzo, 34, New York, N.Y.
Kum-Kum Girolamo, 41, New York, N.Y.
Salvatore Gitto, 44, Manalapan, N.J.
Cynthia Giugliano, 46, Nesconset, N.Y.
Mon Gjonbalaj, 65, New York, N.Y.
Dianne Gladstone, 55, New York, N.Y.
Keith Alexander Glascoe, 38, New York, N.Y.
Thomas I. Glasser, 40, Summit, N.J.

Harry Glenn, 38, Piscataway, N.J.
Barry H. Glick, 55, Wayne, N.J.
Steven Lawrence Glick, 42, Greenwich, Conn.
John T. Gnazzo, 32, New York, N.Y.
William (Bill) Robert Godshalk, 35, New York, N.Y.
Michael Gogliormella, 43, New Providence, N.J.
Brian Fredric Goldberg, 26, Union, N.J.
Jeffrey Grant Goldflam, 48, Melville, N.Y.
Michelle Herman Goldstein, 31, New York, N.Y.
Monica Goldstein, 25, New York, N.Y.
Steven Goldstein, 35, Princeton, N.J.
Andrew H. Golkin, 30, New York, N.Y.
Dennis James Gomes, 40, New York, N.Y.
Enrique Antonio Gomez, 42, New York, N.Y.
Jose Bienvenido Gomez, 45, New York, N.Y.
Manuel Gomez, 42, New York, N.Y.
Wilder Gomez, 38, New York, N.Y.
Jenine Gonzalez, 27, New York, N.Y.
Joel Guevara Gonzalez, 23, Aguascalientes, Aguascalientes, Mexico
Rosa J. Gonzalez, 32, Jersey City, N.J.
Mauricio Gonzalez, 27, New York, N.Y.
Calvin J. Gooding, 38, Riverside, N.Y.
Harry Goody, 50, New York, N.Y.
Kiran Reddy Gopu, 24, Bridgeport, Conn.
Catherine Carmen Gorayeb, 41, New York, N.Y.
Kerene Gordon, 43, New York, N.Y.
Sebastian Gorki, 27, New York, N.Y.
Thomas E. Gorman, 41, Middlesex, N.J.
Kieran Gorman, 35, Yonkers, N.Y.
Michael Edward Gould, 29, Hoboken, N.J.
Yugi Goya, 42, Rye, N.Y.
Jon Richard Grabowski, 33, New York, N.Y.
Christopher Michael Grady, 39, Cranford, N.J.
Edwin John Graf, 48, Rowayton, Conn.
David M. Graifman, 40, New York, N.Y.
Gilbert Granados, 51, Hicksville, N.Y.
Elvira Granitto, 43, New York, N.Y.
Winston Arthur Grant, 59, West Hempstead, N.Y.
Christopher Stewart Gray, 32, Weehawken, N.J.
James Michael Gray, 34, New York, N.Y.
Linda Mair Grayling, 44, New York, N.Y.
John Michael Grazioso, 41, Middletown, N.J.
Timothy Grazioso, 42, Gulf Stream, Fla.
Derrick Arthur Green, 44, New York, N.Y.
Wade Brian Green, 42, Westbury, N.Y.
Elaine Myra Greenberg, 56, New York, N.Y.

Gayle R. Greene, 51, Montville, N.J.
James Arthur Greenleaf, 32, New York, N.Y.
Eileen Marsha Greenstein, 52, Morris Plains, N.J.
Elizabeth (Lisa) Martin Gregg, 52, New York, N.Y.
Donald H. Gregory, 62, Ramsey, N.J.
Florence M. Gregory, 38, New York, N.Y.
Denise Gregory, 39, New York, N.Y.
Pedro (David) Grehan, 35, Hoboken, N.J.
John M. Griffin, 38, Waldwick, N.J.
Tawanna Griffin, 30, New York, N.Y.
Joan D. Griffith, 39, Willingboro, N.J.
Warren Grifka, 54, New York, N.Y.
Ramon Grijalvo, 58
Joseph F. Grillo, 46, New York, N.Y.
David Grimner, 51, Merrick, N.Y.
Kenneth Grouzalis, 56, Lyndhurst, N.J.
Joseph Grzelak, 52, New York, N.Y.
Matthew J. Grzymalski, 34, New Hyde Park, N.Y.
Robert Joseph Gschaar, 55, Spring Valley, N.Y.
Liming (Michael) Gu, 34, Piscataway, N.J.
Jose A. Guadalupe, 37, New York, N.Y.
Yan Zhu (Cindy) Guan, 25, New York, N.Y.
Geoffrey E. Guja, 47, Lindenhurst, N.Y.
Lt. Joseph Gullickson, 37, New York, N.Y.
Babita Guman, 33, New York, N.Y.
Douglas B. Gurian, 38, Tenafly, N.J.
Philip T. Guza, 54, Sea Bright, N.J.
Barbara Guzzardo, 49, Glendale, N.Y.
Peter Gyulavary, 44, Warwick, N.Y.
Gary Robert Haag, 36, Ossining, N.Y.
Andrea Lyn Haberman, 25, Chicago, Ill.
Barbara M. Habib, 49, New York, N.Y.
Philip Haentzler, 49, New York, N.Y.
Nizam A. Hafiz, 32, New York, N.Y.
Karen Hagerty, 34, New York, N.Y.
Steven Hagis, 31, New York, N.Y.
Mary Lou Hague, 26, New York, N.Y.
David Halderman, 40, New York, N.Y.
Maile Rachel Hale, 26, Cambridge, Mass.
Richard Hall, 49, Purchase, N.Y.
Vaswald George Hall, 50, New York, N.Y.
Robert John Halligan, 59, Basking Ridge, N.J.
Lt. Vincent Gerard Halloran, 43, North Salem, N.Y.
James D. Halvorson, 56, Greenwich, Conn.
Mohammad Salman Hamdani, 23, New York, N.Y.
Felicia Hamilton, 62, New York, N.Y.

Robert Hamilton, 43, Washingtonville, N.Y.
Frederic Kim Han, 45, Marlboro, N.J.
Christopher James Hanley, 34, New York, N.Y.
Sean Hanley, 35, New York, N.Y.
Valerie Joan Hanna, 57, Freeville, N.Y.
Thomas Hannafin, 36, New York, N.Y.
Kevin James Hannaford, 32, Basking Ridge, N.J.
Michael L. Hannan, 34, Lynbrook, N.Y.
Dana Hannon, 29, Suffern, N.Y.
Vassilios G. Haramis, 56, New York, N.Y.
James A. Haran, 41, Malverne, N.Y.
Jeffrey P. Hardy, 46, New York, N.Y.
Timothy John Hargrave, 38, Readington, N.J.
Daniel Harlin, 41, Kent, N.Y.
Frances Haros, 76, New York, N.Y.
Lt. Harvey L. Harrell, 49, New York, N.Y.
Lt. Stephen Gary Harrell, 44, Warwick, N.Y.
Stewart D. Harris, 52, Marlboro, N.J.
Aisha Harris, 22, New York, N.Y.
John Patrick Hart, 38, Danville, Calif.
John Clinton Hartz, 64, Basking Ridge, N.J.
Emeric J. Harvey, 56, Montclair, N.J.
Capt. Thomas Theodore Haskell, 37, Massapequa, N.Y.
Timothy Haskell, 34, Seaford, N.Y.
Joseph John Hasson, 34, New York, N.Y.
Capt. Terence S. Hatton, 41, New York, N.Y.
Leonard William Hatton, 45, Ridgefield Park, N.J.
Michael Helmut Haub, 34, Roslyn Heights, N.Y.
Timothy Aaron Haviland, 41, Oceanside, N.Y.
Donald G. Havlish, 53, Yardley, Pa.
Anthony Hawkins, 30, New York, N.Y.
Nobuhiro Hayatsu, 36, Scarsdale, N.Y.
Philip Hayes, 67, Northport, N.Y.
William Ward Haynes, 35, Rye, N.Y.
Scott Hazelcorn, 29, Hoboken, N.J.
Lt. Michael K. Healey, 42, East Patchogue, N.Y.
Roberta Bernstein Heber, 60, New York, N.Y.
Charles Francis Xavier Heeran, 23, Belle Harbor, N.Y.
John Heffernan, 37, New York, N.Y.
Howard Joseph Heller, 37, Ridgefield, Conn.
JoAnn L. Heltibridle, 46, Springfield, N.J.
Mark F. Hemschoot, 45, Red Bank, N.J.
Ronnie Lee Henderson, 52, Newburgh, N.Y.
Janet Hendricks, 48, New York, N.Y.
Brian Hennessey, 35, Ringoes, N.J.
Michelle Marie Henrique, 27, New York, N.Y.

Joseph P. Henry, 25, New York, N.Y.
William Henry, 49, New York, N.Y.
John Henwood, 35, New York, N.Y.
Robert Allan Hepburn, 39, Union, N.J.
Mary (Molly) Herencia, 47, New York, N.Y.
Lindsay Coates Herkness, 58, New York, N.Y.
Harvey Robert Hermer, 59, New York, N.Y.
Claribel Hernandez, 31, New York, N.Y.
Norberto Hernandez, 42, New York, N.Y.
Raul Hernandez, 51, New York, N.Y.
Gary Herold, 44, Farmingdale, N.Y.
Jeffrey A. Hersch, 53, New York, N.Y.
Thomas Hetzel, 33, Elmont, N.Y.
Capt. Brian Hickey, 47, New York, N.Y.
Ysidro Hidalgo-Tejada, 47, New York, N.Y., Dominican Republic
Lt. Timothy Higgins, 43, Farmingville, N.Y.
Robert D. Higley, 29, New Fairfield, Conn.
Todd Russell Hill, 34, Boston, Mass.
Clara Victorine Hinds, 52, New York, N.Y.
Neal Hinds, 28, New York, N.Y.
Mark D. Hindy, 28, New York, N.Y.
Richard Bruce Van Hine, 48, Greenwood Lake, N.Y.
Katsuyuki Hirai, 32, Hartsdale, N.Y.
Heather Malia Ho, 32, New York, N.Y.
Tara Yvette Hobbs, 31, New York, N.Y.
Thomas A. Hobbs, 41, Baldwin, N.Y.
James L. Hobin, 47, Marlborough, Conn.
Robert Wayne Hobson, 36, New Providence, N.J.
DaJuan Hodges, 29, New York, N.Y.
Ronald George Hoerner, 58, Massapequa Park, N.Y.
Patrick Aloysius Hoey, 53, Middletown, N.J.
Stephen G. Hoffman, 36, Long Beach, N.Y.
Marcia Hoffman, 52, New York, N.Y.
Frederick J. Hoffmann, 53, Freehold, N.J.
Michele L. Hoffmann, 27, Freehold, N.J.
Judith Florence Hofmiller, 53, Brookfield, Conn.
Thomas Warren Hohlweck, 57, Harrison, N.Y.
Jonathan R. Hohmann, 48, New York, N.Y.
Joseph Francis Holland, 32, Glen Rock, N.J.
John Holland, 30
Elizabeth Holmes, 42, New York, N.Y.
Thomas P. Holohan, 36, Chester, N.Y.
Bradley Hoorn, 22, New York, N.Y.
James P. Hopper, 51, Farmingdale, N.Y.
Montgomery McCullough Hord, 46, Pelham, N.Y.
Michael Horn, 27, Lynbrook, N.Y.

Matthew D. Horning, 26, Hoboken, N.J.
Robert L. Horohoe, 31, New York, N.Y.
Aaron Horwitz, 24, New York, N.Y.
Charles J. Houston, 42, New York, N.Y.
Uhuru G. Houston, 32, Englewood, N.J.
George Howard, 45, Hicksville, N.Y.
Steven L. Howell, 36, New York, N.Y.
Michael C. Howell, 60, New York, N.Y.
Jennifer L. Howley, 34, New Hyde Park, N.Y.
Milagros "Millie" Hromada, 35, New York, N.Y.
Marian Hrycak, 56, New York, N.Y.
Stephen Huczko, 44, Bethlehem, N.J.
Kris R. Hughes, 30, Nesconset, N.Y.
Melissa Harrington Hughes, 31, San Francisco, Calif.
Thomas F. Hughes, 46, Spring Lake Heights, N.J.
Timothy Robert Hughes, 43, Madison, N.J.
Paul R. Hughes, 38, Stamford, Conn.
Robert T. "Bobby" Hughes, 23, Sayreville, N.J.
Susan Huie, 43, Fair Lawn, N.J.
Mychal Lamar Hulse, 30, New York, N.Y.
William C. Hunt, 32, Norwalk, Conn.
Joseph G. Hunter, 31, South Hempstead, N.Y.
Robert Hussa, 51, Roslyn, N.Y.
Capt. Walter Hynes, 46, Belle Harbor, N.Y.
Thomas E. Hynes, 28, Norwalk, Conn.
Joseph Anthony Ianelli, 28, Hoboken, N.J.
Zuhtu Ibis, 25, Clifton, N.J.
Jonathan Lee Ielpi, 29, Great Neck, N.Y.
Michael Patrick Iken, 37, New York, N.Y.
Daniel Ilkanayev, 36, New York, N.Y.
Capt. Frederick Ill, 49, Pearl River, N.Y.
Abraham Nethanel Ilowitz, 51, New York, N.Y.
Anthony P. Infante, 47, Chatham, N.J.
Louis S. Inghilterra, 45, New Castle, N.Y.
Christopher N. Ingrassia, 28, Watchung, N.J.
Paul Innella, 33, East Brunswick, N.J.
Stephanie V. Irby, 38, New York, N.Y.
Douglas Irgang, 32, New York, N.Y.
Todd A. Isaac, 29, New York, N.Y.
Erik Hans Isbrandtsen, 30, New York, N.Y.
Taizo Ishikawa, 50
Aram Iskenderian, 41, Merrick, N.Y.
John Iskyan, 41, Wilton, Conn.
Kazushige Ito, 35, New York, N.Y.
Aleksandr Valeryerich Ivantsov, 23, New York, N.Y.
Virginia Jablonski, 49, Matawan, N.J.

Brooke Alexandra Jackman, 23, New York, N.Y.
Aaron Jacobs, 27, New York, N.Y.
Jason Kyle Jacobs, 32, Mendham, N.J.
Michael Grady Jacobs, 54, Danbury, Conn.
Ariel Louis Jacobs, 29, Briarcliff Manor, N.Y.
Steven A. Jacobson, 53, New York, N.Y.
Ricknauth Jaggernauth, 58, New York, N.Y.
Jake Denis Jagoda, 24, Huntington, N.Y.
Yudh V.S. Jain, 54, New City, N.Y.
Maria Jakubiak, 41, Ridgewood, N.Y.
Gricelda E. James, 44, Willingboro, N.J.
Ernest James, 40, New York, N.Y.
Mark Jardim, 39, New York, N.Y.
Mohammed Jawara, 30, New York, N.Y.
Francois Jean-Pierre, 58, New York, N.Y.
Maxima Jean-Pierre, 40, Bellport, N.Y.
Paul E. Jeffers, 39, New York, N.Y.
Joseph Jenkins, 47, New York, N.Y.
Alan K. Jensen, 49, Wyckoff, N.J.
Prem N. Jerath, 57, Edison, N.J.
Farah Jeudy, 32, Spring Valley, N.Y.
Hweidar Jian, 42, East Brunswick, N.J.
Eliezer Jimenez, 38, New York, N.Y.
Luis Jimenez, 25, New York, N.Y.
Charles Gregory John, 44, New York, N.Y.
Nicholas John, 42, New York, N.Y.
Scott M. Johnson, 26, New York, N.Y.
LaShawana Johnson, 27, New York, N.Y.
William Johnston, 31, North Babylon, N.Y.
Arthur Joseph Jones, 37, Ossining, N.Y.
Allison Horstmann Jones, 31, New York, N.Y.
Brian L. Jones, 44, New York, N.Y.
Christopher D. Jones, 53, Huntington, N.Y.
Donald T. Jones, 39, Livingston, N.J.
Donald W. Jones, 43, Fairless Hills, Pa.
Linda Jones, 50, New York, N.Y.
Mary S. Jones, 72, New York, N.Y.
Andrew Jordan, 35, Remsenburg, N.Y.
Robert Thomas Jordan, 34, Williston, N.Y.
Ingeborg Joseph, 60, Germany
Karl Henri Joseph, 25, New York, N.Y.
Stephen Joseph, 39, Franklin Park, N.J.
Albert Joseph, 79
Jane Eileen Josiah, 47, Bellmore, N.Y.
Lt. Anthony Jovic, 39, Massapequa, N.Y.
Angel Luis Juarbe, 35, New York, N.Y.

Karen Susan Juday, 52, New York, N.Y.
The Rev. Mychal Judge, 68, New York, N.Y.
Paul W. Jurgens, 47, Levittown, N.Y.
Thomas Edward Jurgens, 26, Lawrence, N.Y.
Kacinga Kabeya, 63, McKinney, Texas
Shashi Kiran Lakshmikantha Kadaba, 25, Hackensack, N.J.
Gavkharoy Mukhometovna Kamardinova, 26, New York, N.Y.
Shari Kandell, 27, Wyckoff, N.J.
Howard Lee Kane, 40, Hazlet, N.J.
Jennifer Lynn Kane, 26, Fair Lawn, N.J.
Vincent D. Kane, 37, New York, N.Y.
Joon Koo Kang, 34, Riverdale, N.J.
Sheldon R. Kanter, 53, Edison, N.J.
Deborah H. Kaplan, 45, Paramus, N.J.
Alvin Peter Kappelmann, 57, Green Brook, N.J.
Charles Karczewski, 34, Union, N.J.
William A. Karnes, 37, New York, N.Y.
Douglas G. Karpiloff, 53, Mamaroneck, N.Y.
Charles L. Kasper, 54, New York, N.Y.
Andrew Kates, 37, New York, N.Y.
John Katsimatides, 31, East Marion, N.Y.
Sgt. Robert Kaulfers, 49, Kenilworth, N.J.
Don Jerome Kauth, 51, Saratoga Springs, N.Y.
Hideya Kawauchi, 36, Fort Lee, N.J.
Edward T. Keane, 66, West Caldwell, N.J.
Richard M. Keane, 54, Wethersfield, Conn.
Lisa Kearney-Griffin, 35, Jamaica, N.Y.
Karol Ann Keasler, 42, New York, N.Y.
Paul Hanlon Keating, 38, New York, N.Y.
Leo Russell Keene, 33, Westfield, N.J.
Joseph J. Keller, 31, Park Ridge, N.J.
Peter Rodney Kellerman, 35, New York, N.Y.
Joseph P. Kellett, 37, Riverdale, N.Y.
Frederick H. Kelley, 57, Huntington, N.Y.
James Joseph Kelly, 39, Oceanside, N.Y.
Joseph A. Kelly, 40, Oyster Bay, N.Y.
Maurice Patrick Kelly, 41, New York, N.Y.
Richard John Kelly, 50, New York, N.Y.
Thomas Michael Kelly, 41, Wyckoff, N.J.
Thomas Richard Kelly, 38, Riverhead, N.Y.
Thomas W. Kelly, 51, New York, N.Y.
Timothy C. Kelly, 37, Port Washington, N.Y.
William Hill Kelly, 30, New York, N.Y.
Robert C. Kennedy, 55, Toms River, N.J.
Thomas J. Kennedy, 36, Islip Terrace, N.Y.
John Keohane, 41, Jersey City, N.J.

Lt. Ronald T. Kerwin, 42, Levittown, N.Y.
Howard L. Kestenbaum, 56, Montclair, N.J.
Douglas D. Ketcham, 27, New York, N.Y.
Ruth E. Ketler, 42, New York, N.Y.
Boris Khalif, 30, New York, N.Y.
Sarah Khan, 32, New York, N.Y.
Taimour Firaz Khan, 29, New York, N.Y.
Rajesh Khandelwal, 33, South Plainfield, N.J.
SeiLai Khoo, 38, Jersey City, N.J.
Michael Kiefer, 25, Hempstead, N.Y.
Satoshi Kikuchihara, 43, Scarsdale, N.Y.
Andrew Jay-Hoon Kim, 26, Leonia, N.J.
Lawrence Don Kim, 31, Blue Bell, Pa.
Mary Jo Kimelman, 34, New York, N.Y.
Andrew Marshall King, 42, Princeton, N.J.
Lucille T. King, 59, Ridgewood, N.J.
Robert King, 36, Bellerose Terrace, N.Y.
Lisa M. King-Johnson, 34, New York, N.Y.
Takashi Kinoshita, 46, Rye, N.Y.
Chris Michael Kirby, 21, New York, N.Y.
Howard (Barry) Kirschbaum, 53, New York, N.Y.
Glenn Davis Kirwin, 40, Scarsdale, N.Y.
Richard J. Klares, 59, Somers, N.Y.
Peter A. Klein, 35, Weehawken, N.J.
Alan D. Kleinberg, 39, East Brunswick, N.J.
Karen J. Klitzman, 38, New York, N.Y.
Ronald Philip Kloepfer, 39, Franklin Square, N.Y.
Yevgeny Kniazev, 46, New York, N.Y.
Thomas Patrick Knox, 31, Hoboken, N.J.
Andrew Knox, 30, Adelaide, Australia
Rebecca Lee Koborie, 48, Guttenberg, N.J.
Deborah Kobus, 36, New York, N.Y.
Gary Edward Koecheler, 57, Harrison, N.Y.
Frank J. Koestner, 48, New York, N.Y.
Ryan Kohart, 26, New York, N.Y.
Vanessa Lynn Kolpak, 21, New York, N.Y.
Irina Kolpakova, 37, New York, N.Y.
Suzanne Kondratenko, 27, Chicago, Ill.
Abdoulaye Kone, 37, New York, N.Y.
Bon-seok Koo, 42, River Edge, N.J.
Dorota Kopiczko, 26, Nutley, N.J.
Scott Kopytko, 32, New York, N.Y.
Bojan Kostic, 34, New York, N.Y.
Danielle Kousoulis, 29, New York, N.Y.
John J. Kren, 52
William Krukowski, 36, New York, N.Y.

Lyudmila Ksido, 46, New York, N.Y.
Shekhar Kumar, 30, New York, N.Y.
Kenneth Kumpel, 42, Cornwall, N.Y.
Frederick Kuo, 53, Great Neck, N.Y.
Patricia Kuras, 42, New York, N.Y.
Nauka Kushitani, 44, New York, N.Y.
Thomas Joseph Kuveikis, 48, Carmel, N.Y.
Victor Kwarkye, 35, New York, N.Y.
Kui Fai Kwok, 31, New York, N.Y.
Angela R. Kyte, 49, Boonton, N.J.
Amarnauth Lachhman, 42, Valley Stream, N.Y.
Andrew LaCorte, 61, Jersey City, N.J.
Ganesh Ladkat, 27, Somerset, N.J.
James P. Ladley, 41, Colts Neck, N.J.
Daniel M. Van Laere, 46, Glen Rock, N.J.
Joseph A. Lafalce, 54, New York, N.Y.
Jeanette LaFond-Menichino, 49, New York, N.Y.
David LaForge, 50, Port Richmond, N.Y.
Michael Patrick LaForte, 39, Holmdel, N.J.
Alan Lafrance, 43
Juan Lafuente, 61, Poughkeepsie, N.Y.
Neil K. Lai, 59, East Windsor, N.J.
Vincent A. Laieta, 31, Edison, N.J.
William David Lake, 44, New York, N.Y.
Franco Lalama, 45, Nutley, N.J.
Chow Kwan Lam, 48, Maywood, N.J.
Stephen LaMantia, 38, Darien, Conn.
Amy Hope Lamonsoff, 29, New York, N.Y.
Robert T. Lane, 28, New York, N.Y.
Brendan M. Lang, 30, Red Bank, N.J.
Rosanne P. Lang, 42, Middletown, N.J.
Vanessa Langer, 29, Yonkers, N.Y.
Mary Lou Langley, 53, New York, N.Y.
Peter J. Langone, 41, Roslyn Heights, N.Y.
Thomas Langone, 39, Williston Park, N.Y.
Michele B. Lanza, 36, New York, N.Y.
Ruth Sheila Lapin, 53, East Windsor, N.J.
Carol Ann LaPlante, 59, New York, N.Y.
Ingeborg Astrid Desiree Lariby, 42, New York, N.Y.
Robin Larkey, 48, Chatham, N.J.
Christopher Randall Larrabee, 26, New York, N.Y.
Hamidou S. Larry, 37, New York, N.Y.
Scott Larsen, 35, New York, N.Y.
John Adam Larson, 37, Colonia, N.J.
Gary E. Lasko, 49, Memphis, Tenn.
Nicholas C. Lassman, 28, Cliffside Park, N.J.

Paul Laszczynski, 49, Paramus, N.J.
Jeffrey Latouche, 49, New York, N.Y.
Cristina de Laura
Oscar de Laura
Charles Laurencin, 61, New York, N.Y.
Stephen James Lauria, 39, New York, N.Y.
Maria Lavache, 60, New York, N.Y.
Denis F. Lavelle, 42, Yonkers, N.Y.
Jeannine M. LaVerde, 36, New York, N.Y.
Anna A. Laverty, 52, Middletown, N.Y.
Steven Lawn, 28, West Windsor, N.J.
Robert A. Lawrence, 41, Summit, N.J.
Nathaniel Lawson, 61, New York, N.Y.
Eugen Lazar, 27, New York, N.Y.
James Patrick Leahy, 38, New York, N.Y.
Lt. Joseph Gerard Leavey, 45, Pelham, N.Y.
Neil Leavy, 34, New York, N.Y.
Leon Lebor, 51, Jersey City, N.J.
Kenneth Charles Ledee, 38, Monmouth, N.J.
Alan J. Lederman, 43, New York, N.Y.
Elena Ledesma, 36, New York, N.Y.
Alexis Leduc, 45, New York, N.Y.
Myung-woo Lee, 41, Lyndhurst, N.J.
David S. Lee, 37, West Orange, N.J.
Gary H. Lee, 62, Lindenhurst, N.Y.
Hyun-joon (Paul) Lee, 32, New York, N.Y.
Jong-min Lee, 24, New York, N.Y.
Juanita Lee, 44, New York, N.Y.
Lorraine Lee, 37, New York, N.Y.
Richard Y.C. Lee, 34, Great Neck, N.Y.
Yang Der Lee, 63, New York, N.Y.
Kathryn Blair Lee, 55, New York, N.Y.
Stuart (Soo-Jin) Lee, 30, New York, N.Y.
Linda C. Lee, 34, New York, N.Y.
Stephen Lefkowitz, 50, Belle Harbor, N.Y.
Adriana Legro, 32, New York, N.Y.
Edward J. Lehman, 41, Glen Cove, N.Y.
Eric Andrew Lehrfeld, 32, New York, N.Y.
David Ralph Leistman, 43, Garden City, N.Y.
David Prudencio LeMagne, 27, North Bergen, N.J.
Joseph A. Lenihan, 41, Greenwich, Conn.
John J. Lennon, 44, Howell, N.J.
John Robinson Lenoir, 38, Locust Valley, N.Y.
Jorge Luis Leon, 43, Union City, N.J.
Matthew Gerard Leonard, 38, New York, N.Y.
Michael Lepore, 39, New York, N.Y.

Charles Antoine Lesperance, 55
Jeffrey Earle LeVeen, 55, Manhasset, N.Y.
John D. Levi, 50, New York, N.Y.
Alisha Caren Levin, 33, New York, N.Y.
Neil D. Levin, 47, New York, N.Y.
Robert Levine, 56, West Babylon, N.Y.
Robert M. Levine, 66, Edgewater, N.J.
Shai Levinhar, 29, New York, N.Y.
Adam J. Lewis, 36, Fairfield, Conn.
Margaret Susan Lewis, 49, Elizabeth, N.J.
Ye Wei Liang, 27, New York, N.Y.
Orasri Liangthanasarn, 26, Bayonne, N.J.
Daniel F. Libretti, 43, New York, N.Y.
Ralph M. Licciardi, 30, West Hempstead, N.Y.
Edward Lichtschein, 35, New York, N.Y.
Steven B. Lillianthal, 38, Millburn, N.J.
Carlos R. Lillo, 37, Babylon, N.Y.
Craig Damian Lilore, 30, Lyndhurst, N.J.
Arnold A. Lim, 28, New York, N.Y.
Darya Lin, 32, Chicago, Ill.
Wei Rong Lin, 31, Jersey City, N.J.
Nickie L. Lindo, 31, New York, N.Y.
Thomas V. Linehan, 39, Montville, N.J.
Robert Thomas Linnane, 33, West Hempstead, N.Y.
Alan Linton, 26, Jersey City, N.J.
Diane Theresa Lipari, 42, New York, N.Y.
Kenneth P. Lira, 28, Paterson, N.J.
Francisco Alberto Liriano, 33, New York, N.Y.
Lorraine Lisi, 44, New York, N.Y.
Paul Lisson, 45, New York, N.Y.
Vincent Litto, 52, New York, N.Y.
Ming-Hao Liu, 41, Livingston, N.J.
Nancy Liz, 39, New York, N.Y.
Harold Lizcano, 31, East Elmhurst, N.Y.
Martin Lizzul, 31, New York, N.Y.
George A. Llanes, 33, New York, N.Y.
Elizabeth Claire Logler, 31, Rockville Centre, N.Y.
Catherine Lisa Loguidice, 30, New York, N.Y.
Jerome Robert Lohez, 30, Jersey City, N.J.
Michael W. Lomax, 37, New York, N.Y.
Laura M. Longing, 35, Pearl River, N.Y.
Salvatore P. Lopes, 40, Franklin Square, N.Y.
Daniel Lopez, 39, New York, N.Y.
Luis Lopez, 38, New York, N.Y.
Manuel L. Lopez, 54, Jersey City, N.J.
George Lopez, 40, Stroudsburg, Pa.

Joseph Lostrangio, 48, Langhorne, Pa.
Chet Louie, 45, New York, N.Y.
Stuart Seid Louis, 43, East Brunswick, N.J.
Joseph Lovero, 60, Jersey City, N.J.
Michael W. Lowe, 48, New York, N.Y.
Garry Lozier, 47, Darien, Conn.
John Peter Lozowsky, 45, New York, N.Y.
Charles Peter Lucania, 34, East Atlantic Beach, N.Y.
Edward (Ted) H. Luckett, 40, Fair Haven, N.J.
Mark G. Ludvigsen, 32, New York, N.Y.
Lee Charles Ludwig, 49, New York, N.Y.
Sean Thomas Lugano, 28, New York, N.Y.
Daniel Lugo, 45, New York, N.Y.
Marie Lukas, 32, New York, N.Y.
William Lum, 45, New York, N.Y.
Michael P. Lunden, 37, New York, N.Y.
Christopher Lunder, 34, Wall, N.J.
Anthony Luparello, 62, New York, N.Y.
Gary Lutnick, 36, New York, N.Y.
Linda Luzzicone, 33, New York, N.Y.
Alexander Lygin, 28, New York, N.Y.
Farrell Peter Lynch, 39, Centerport, N.Y.
James Francis Lynch, 47, Woodbridge, N.J.
Louise A. Lynch, 58, Amityville, N.Y.
Michael Lynch, 34, New York, N.Y.
Michael F. Lynch, 33, New Hyde Park, N.Y.
Michael Francis Lynch, 30, New York, N.Y.
Richard Dennis Lynch, 30, Bedford Hills, N.Y.
Robert H. Lynch, 44, Cranford, N.J.
Sean Patrick Lynch, 36, Morristown, N.J.
Sean Lynch, 34, New York, N.Y.
Michael J. Lyons, 32, Hawthorne, N.Y.
Patrick Lyons, 34, South Setauket, N.Y.
Monica Lyons, 53, New York, N.Y.
Robert Francis Mace, 43, New York, N.Y.
Jan Maciejewski, 37, New York, N.Y.
Catherine Fairfax MacRae, 23, New York, N.Y.
Richard B. Madden, 35, Westfield, N.J.
Simon Maddison, 40, Florham Park, N.J.
Noell Maerz, 29, Long Beach, N.Y.
Jeannieann Maffeo, 40, New York, N.Y.
Joseph Maffeo, 30, New York, N.Y.
Jay Robert Magazine, 48, New York, N.Y.
Charles Wilson Magee, 51, Wantagh, N.Y.
Brian Magee, 52, Floral Park, N.Y.
Joseph Maggitti, 47, Abingdon, Md.

Ronald E. Magnuson, 57, Park Ridge, N.J.
Daniel L. Maher, 50, Hamilton, N.J.
Thomas Anthony Mahon, 37, East Norwich, N.Y.
William Mahoney, 38, Bohemia, N.Y.
Joseph Maio, 32, Roslyn Harbor, N.Y.
Takashi Makimoto, 49, New York, N.Y.
Abdu Malahi, 37, New York, N.Y.
Debora Maldonado, 47, New York, N.Y.
Myrna T. Maldonado-Agosto, 49, New York, N.Y.
Alfred R. Maler, 39, Convent Station, N.J.
Gregory James Malone, 42, Hoboken, N.J.
Edward Francis (Teddy) Maloney, 32, Darien, Conn.
Joseph E. Maloney, 46, Farmingville, N.Y.
Gene E. Maloy, 41, New York, N.Y.
Christian Maltby, 37, Chatham, N.J.
Francisco Miguel (Frank) Mancini, 26, New York, N.Y.
Joseph Mangano, 53, Jackson, N.J.
Sara Elizabeth Manley, 31, New York, N.Y.
Debra M. Mannetta, 31, Islip, N.Y.
Terence J. Manning, 36, Rockville Centre, N.Y.
Marion Victoria (vickie) Manning, 27, Rochdale, N.Y.
James Maounis, 42, New York, N.Y.
Joseph Ross Marchbanks, 47, Nanuet, N.Y.
Peter Edward Mardikian, 29, New York, N.Y.
Edward Joseph Mardovich, 42, Lloyd Harbor, N.Y.
Lt. Charles Joseph Margiotta, 44, New York, N.Y.
Kenneth Joseph Marino, 40, Monroe, N.Y.
Lester Vincent Marino, 57, Massapequa, N.Y.
Vita Marino, 49, New York, N.Y.
Kevin D. Marlo, 28, New York, N.Y.
Jose J. Marrero, 32, Old Bridge, N.J.
John Marshall, 35, Congers, N.Y.
James Martello, 41, Rumson, N.J.
Michael A. Marti, 26, Glendale, N.Y.
Lt. Peter Martin, 43, Miller Place, N.Y.
William J. Martin, 35, Rockaway, N.J.
Brian E. Martineau, 37, Edison, N.J.
Betsy Martinez, 33, New York, N.Y.
Edward J. Martinez, 60, New York, N.Y.
Jose Angel Martinez, 49, Hauppauge, N.Y.
Robert Gabriel Martinez, 24, New York, N.Y.
Lizie Martinez-Calderon, 32, New York, N.Y.
Lt. Paul Richard Martini, 37, New York, N.Y.
Joseph A. Mascali, 44, New York, N.Y.
Bernard Mascarenhas, 54, Newmarket, Ontario, Canada
Stephen F. Masi, 55, New York, N.Y.

Nicholas G. Massa, 65, New York, N.Y.
Patricia A. Massari, 25, Glendale, N.Y.
Michael Massaroli, 38, New York, N.Y.
Philip W. Mastrandrea, 42, Chatham, N.J.
Rudolph Mastrocinque, 43, Kings Park, N.Y.
Joseph Mathai, 49, Arlington, Mass.
Charles William Mathers, 61, Sea Girt, N.J.
William A. Mathesen, 40, Morristown, N.J.
Marcello Matricciano, 31, New York, N.Y.
Margaret Elaine Mattic, 51, New York, N.Y.
Robert D. Mattson, 54, Green Pond, N.J.
Walter Matuza, 39, New York, N.Y.
Charles A. (Chuck) Mauro, 65, New York, N.Y.
Charles J. Mauro, 38, New York, N.Y.
Dorothy Mauro, 55, New York, N.Y.
Nancy T. Mauro, 51, New York, N.Y.
Tyrone May, 44, Rahway, N.J.
Keithroy Maynard, 30, New York, N.Y.
Robert J. Mayo, 46, Morganville, N.Y.
Kathy Nancy Mazza-Delosh, 46, Farmingdale, N.Y.
Edward Mazzella, 62, Monroe, N.Y.
Jennifer Mazzotta, 23, New York, N.Y.
Kaaria Mbaya, 39, Edison, N.J.
James J. McAlary, 42, Spring Lake Heights, N.J.
Brian McAleese, 36, Baldwin, N.Y.
Patricia A. McAneney, 50, Pomona, N.Y.
Colin Richard McArthur, 52, Howell, N.J.
John McAvoy, 47, New York, N.Y.
Kenneth M. McBrayer, 49, New York, N.Y.
Brendan McCabe, 40, Sayville, N.Y.
Michael J. McCabe, 42, Rumson, N.J.
Thomas McCann, 46, Manalapan, N.J.
Justin McCarthy, 30, Port Washington, N.Y.
Kevin M. McCarthy, 42, Fairfield, Conn.
Michael Desmond McCarthy, 33, Huntington, N.Y.
Robert Garvin McCarthy, 33, Stony Point, N.Y.
Stanley McCaskill, 47, New York, N.Y.
Katie Marie McCloskey, 25, Mount Vernon, N.Y.
Tara McCloud-Gray, 30, New York, N.Y.
Charles Austin McCrann, 55, New York, N.Y.
Tonyell McDay, 25, Colonia, N.J.
Matthew T. McDermott, 34, Basking Ridge, N.J.
Joseph P. McDonald, 43, Livingston, N.J.
Brian G. McDonnell, 38, Wantagh, N.Y.
Michael McDonnell, 34, Red Bank, N.J.
John F. McDowell, 33, New York, N.Y.

Eamon J. McEneaney, 46, New Canaan, Conn.
John Thomas McErlean, 39, Larchmont, N.Y.
Daniel F. McGinley, 40, Ridgewood, N.J.
Mark Ryan McGinly, 26, New York, N.Y.
Lt. William E. McGinn, 43, New York, N.Y.
Thomas H. McGinnis, 41, Oakland, N.J.
Michael Gregory McGinty, 42, Foxboro, Mass.
Ann McGovern, 68, East Meadow, N.Y.
Scott Martin McGovern, 35, Wyckoff, N.J.
William J. McGovern, 49, Smithtown, N.Y.
Stacey S. McGowan, 38, Basking Ridge, N.J.
Francis Noel McGuinn, 48, Rye, N.Y.
Patrick J. McGuire, 40, Madison, N.J.
Thomas M. McHale, 33, Huntington, N.Y.
Keith McHeffey, 31, Monmouth Beach, N.J.
Denis J. McHugh, 36, New York, N.Y.
Dennis P. McHugh, 34, Sparkill, N.Y.
Michael Edward McHugh, 35, Tuckahoe, N.Y.
Ann M. McHugh, 35, New York, N.Y.
Robert G. McIlvaine, 26, New York, N.Y.
Donald James McIntyre, 38, New City, N.Y.
Stephanie McKenna, 45, New York, N.Y.
Barry J. McKeon, 47, Yorktown Heights, N.Y.
Evelyn C. McKinnedy, 60, New York, N.Y.
Darryl Leron McKinney, 26, New York, N.Y.
Robert C. McLaughlin, 29, Westchester, N.Y.
George Patrick McLaughlin, 36, Hoboken, N.J.
Gavin McMahon, 35, Bayonne, N.J.
Robert Dismas McMahon, 35, New York, N.Y.
Edmund M. McNally, 41, Fair Haven, N.J.
Daniel McNeal, 29, Towson, Md.
Walter Arthur McNeil, 53, Stroudsburg, Pa.
Sean Peter McNulty, 30, New York, N.Y.
Christine Sheila McNulty, 42, Peterborough, England
Robert William McPadden, 30, Pearl River, N.Y.
Terence A. McShane, 37, West Islip, N.Y.
Timothy Patrick McSweeney, 37, New York, N.Y.
Martin E. McWilliams, 35, Kings Park, N.Y.
Rocco A. Medaglia, 49, Melville, N.Y.
Abigail Cales Medina, 46, New York, N.Y.
Ana Iris Medina, 39, New York, N.Y.
Deborah Medwig, 46, Dedham, Mass.
William J. Meehan, 49, Darien, Conn.
Damian Meehan, 32, Glen Rock, N.J.
Alok Kumar Mehta, 23, Hempstead, N.Y.
Raymond Meisenheimer, 46, West Babylon, N.Y.

Manuel Emilio Mejia, 54, New York, N.Y.
Eskedar Melaku, 31, New York, N.Y.
Antonio Melendez, 30, New York, N.Y.
Mary Melendez, 44, Stroudsburg, Pa.
Yelena Melnichenko, 28, Brooklyn, N.Y.
Stuart Todd Meltzer, 32, Syosset, N.Y.
Diarelia Jovannah Mena, 30, New York, N.Y.
Charles Mendez, 38, Floral Park, N.Y.
Lizette Mendoza, 33, North Bergen, N.J.
Shevonne Mentis, 25, New York, N.Y.
Steve Mercado, 38, New York, N.Y.
Wesley Mercer, 70, New York, N.Y.
Ralph Joseph Mercurio, 47, Rockville Centre, N.Y.
Alan H. Merdinger, 47, Allentown, Pa.
George C. Merino, 39, New York, N.Y.
Yamel Merino, 24, Yonkers, N.Y.
George Merkouris, 35, Levittown, N.Y.
Deborah Merrick, 45
Raymond J. Metz, 37, Trumbull, Conn.
Jill A. Metzler, 32, Franklin Square, N.Y.
David Robert Meyer, 57, Glen Rock, N.J.
Nurul Huq Miah, 35, New York, N.Y.
William Edward Micciulli, 30, Matawan, N.J.
Martin Paul Michelstein, 57, Morristown, N.J.
Luis Clodoaldo Revilla Mier, 54
Peter T. Milano, 43, Middletown, N.J.
Gregory Milanowycz, 25, Cranford, N.J.
Lukasz T. Milewski, 21, New York, N.Y.
Craig James Miller, 29, Va.
Corey Peter Miller, 34, New York, N.Y.
Douglas C. Miller, 34, Port Jervis, N.Y.
Henry Miller, 52, Massapequa, N.Y.
Michael Matthew Miller, 39, Englewood, N.J.
Phillip D. Miller, 53, New York, N.Y.
Robert C. Miller, 55, Hasbrouck Heights, N.J.
Robert Alan Miller, 46, Matawan, N.J.
Joel Miller, 55, Baldwin, N.Y.
Benjamin Millman, 40, New York, N.Y.
Charles M. Mills, 61, Brentwood, N.Y.
Ronald Keith Milstein, 54, New York, N.Y.
Robert Minara, 54, Carmel, N.Y.
William G. Minardi, 46, Bedford, N.Y.
Louis Joseph Minervino, 54, Middletown, N.J.
Thomas Mingione, 34, West Islip, N.Y.
Wilbert Miraille, 29, New York, N.Y.
Domenick Mircovich, 40, Closter, N.J.

Rajesh A. Mirpuri, 30, Englewood Cliffs, N.J.
Joseph Mistrulli, 47, Wantagh, N.Y.
Susan Miszkowicz, 37, New York, N.Y.
Lt. Paul Thomas Mitchell, 46, New York, N.Y.
Richard Miuccio, 55, New York, N.Y.
Frank V. Moccia, 57, Hauppauge, N.Y.
Capt. Louis Joseph Modafferi, 45, New York, N.Y.
Boyie Mohammed, 50, New York, N.Y.
Lt. Dennis Mojica, 50, New York, N.Y.
Manuel Mojica, 37, Bellmore, N.Y.
Manuel Dejesus Molina, 31, New York, N.Y.
Kleber Rolando Molina, 44, New York, N.Y.
Fernando Jimenez Molinar, 21, Oaxaca, Mexico
Carl Molinaro, 32, New York, N.Y.
Justin J. Molisani, 42, Middletown Township, N.J.
Brian Patrick Monaghan, 21, New York, N.Y.
Franklin Monahan, 45, Roxbury, N.Y.
John Gerard Monahan, 47, Wanamassa, N.J.
Kristen Montanaro, 34, New York, N.Y.
Craig D. Montano, 38, Glen Ridge, N.J.
Michael Montesi, 39, Highland Mills, N.Y.
Cheryl Ann Monyak, 43, Greenwich, Conn.
Capt. Thomas Moody, 45, Stony Brook, N.Y.
Sharon Moore, 37, New York, N.Y.
Krishna Moorthy, 59, Briarcliff Manor, N.Y.
Abner Morales, 37, New York, N.Y.
Carlos Morales, 29, New York, N.Y.
Paula Morales, 42, New York, N.Y.
Luis Morales, 46, New York, N.Y.
John Moran, 43, Rockaway, N.Y.
John Christopher Moran, 38, Haslemere, Surrey, England
Kathleen Moran, 42, New York, N.Y.
Lindsay S. Morehouse, 24, New York, N.Y.
George Morell, 47, Mount. Kisco, N.Y.
Steven P. Morello, 52, Bayonne, N.J.
Vincent S. Morello, 34, New York, N.Y.
Arturo Alva Moreno, 47, Mexico City, Mexico
Yvette Nicole Moreno, 25, New York, N.Y.
Dorothy Morgan, 47, Hempstead, N.Y.
Richard Morgan, 66, Glen Rock, N.J.
Nancy Morgenstern, 32, New York, N.Y.
Sanae Mori, 27, Tokyo, Japan
Blanca Morocho, 26, New York, N.Y.
Leonel Morocho, 36, New York, N.Y.
Dennis G. Moroney, 39, Eastchester, N.Y.
Lynne Irene Morris, 22, Monroe, N.Y.

Seth A. Morris, 35, Kinnelon, N.J.
Stephen Philip Morris, 31, Ormond Beach, Fla.
Christopher M. Morrison, 34, Charlestown, Mass.
Ferdinand V. Morrone, 63, Lakewood, N.J.
William David Moskal, 50, Brecksville, Ohio
Manuel Da Mota, 43, Valley Stream, N.Y.
Marco Motroni, 57, Fort Lee, N.J.
Iouri A. Mouchinski, 55, New York, N.Y.
Jude J. Moussa, 35, New York, N.Y.
Peter C. Moutos, 44, Chatham, N.J.
Damion Mowatt, 21, New York, N.Y.
Christopher Mozzillo, 27, New York, N.Y.
Stephen V. Mulderry, 33, New York, N.Y.
Richard Muldowney, 40, Babylon, N.Y.
Michael D. Mullan, 34, New York, N.Y.
Dennis Michael Mulligan, 32, New York, N.Y.
Peter James Mulligan, 28, New York, N.Y.
Michael Joseph Mullin, 27, Hoboken, N.J.
James Donald Munhall, 45, Ridgewood, N.J.
Nancy Muniz, 45, New York, N.Y.
Carlos Mario Munoz, 43
Francisco Munoz, 29, New York, N.Y.
Theresa (Terry) Munson, 54, New York, N.Y.
Robert M. Murach, 45, Montclair, N.J.
Cesar Augusto Murillo, 32, New York, N.Y.
Marc A. Murolo, 28, Maywood, N.J.
Robert Eddie Murphy, 56, New York, N.Y.
Brian Joseph Murphy, 41, New York, N.Y.
Christopher W. Murphy, 35, Easton, Md.
Edward C. Murphy, 42, Clifton, N.J.
James F. Murphy, 30, Garden City, N.Y.
James Thomas Murphy, 35, Middletown, N.J.
Kevin James Murphy, 40, Northport, N.Y.
Patrick Sean Murphy, 36, Millburn, N.J.
Lt. Raymond E. Murphy, 46, New York, N.Y.
Charles Murphy, 38, New York, N.Y.
John Joseph Murray, 32, Hoboken, N.J.
John Joseph Murray, 52, Colts Neck, N.J.
Susan D. Murray, 54, Summit, N.J.
Valerie Victoria Murray, 65, New York, N.Y.
Richard Todd Myhre, 37, New York, N.Y.
Lt. Robert B. Nagel, 55, New York, N.Y.
Takuya Nakamura, 30, Tuckahoe, N.Y.
Alexander J.R. Napier, 38, Morris Township, N.J.
Frank Joseph Naples, 29, Cliffside Park, N.J.
John Napolitano, 33, Ronkonkoma, N.Y.

Catherine A. Nardella, 40, Bloomfield, N.J.
Mario Nardone, 32, New York, N.Y.
Manika Narula, 22, Kings Park, N.Y.
Narender Nath, 33, Colonia, N.J.
Karen S. Navarro, 30, New York, N.Y.
Joseph M. Navas, 44, Paramus, N.J.
Francis J. Nazario, 28, Jersey City, N.J.
Glenroy Neblett, 42, New York, N.Y.
Marcus R. Neblett, 31, Roslyn Heights, N.Y.
Jerome O. Nedd, 39, New York, N.Y.
Laurence Nedell, 51, Lindenhurst, N.Y.
Luke G. Nee, 44, Stony Point, N.Y.
Pete Negron, 34, Bergenfield, N.J.
Ann Nicole Nelson, 30, New York, N.Y.
David William Nelson, 50, New York, N.Y.
James Nelson, 40, Clark, N.J.
Michele Ann Nelson, 27, Valley Stream, N.Y.
Peter Allen Nelson, 42, Huntington Station, N.Y.
Oscar Nesbitt, 58, New York, N.Y.
Gerard Terence Nevins, 46, Campbell Hall, N.Y.
Christopher Newton-Carter, 51, Middletown, N.J.
Kapinga Ngalula, 58, McKinney, Texas
Nancy Yuen Ngo, 36, Harrington Park, N.J.
Jody Tepedino Nichilo, 39, New York, N.Y.
Martin Niederer, 23, Hoboken, N.J.
Alfonse J. Niedermeyer, 40, Manasquan, N.J.
Frank John Niestadt, 55, Ronkonkoma, N.Y.
Gloria Nieves, 48, New York, N.Y.
Juan Nieves, 56, New York, N.Y.
Troy Edward Nilsen, 33, New York, N.Y.
Paul R. Nimbley, 42, Middletown, N.J.
John Ballantine Niven, 44, Oyster Bay, N.Y.
Katherine (Katie) McGarry Noack, 30, Hoboken, N.J.
Curtis Terrence Noel, 22, Poughkeepsie, N.Y.
Daniel R. Nolan, 44, Hopatcong, N.J.
Robert Walter Noonan, 36, Norwalk, Conn.
Daniela R. Notaro, 25, New York, N.Y.
Brian Novotny, 33, Hoboken, N.J.
Soichi Numata, 45, Irvington, N.Y.
Brian Felix Nunez, 29, New York, N.Y.
Jose R. Nunez, 42, New York, N.Y.
Jeffrey Nussbaum, 37, Oceanside, N.Y.
James A. Oakley, 52, Cortlandt Manor, N.Y.
Dennis O'Berg, 28, Babylon, N.Y.
James P. O'Brien, 33, New York, N.Y.
Scott J. O'Brien, 40, New York, N.Y.

Timothy Michael O'Brien, 40, Brookville, N.Y.
Michael O'Brien, 42, Cedar Knolls, N.J.
Captain Daniel O'Callaghan, 42, Smithtown, N.Y.
Richard J. O'Connor, 49, Poughkeepsie, N.Y.
Dennis J. O'Connor, 34, New York, N.Y.
Diana J. O'Connor, 38, Eastchester, N.Y.
Keith K. O'Connor, 28, Hoboken, N.J.
Amy O'Doherty, 23, New York, N.Y.
Marni Pont O'Doherty, 31, Armonk, N.Y.
Douglas Oelschlager, 36, New York, N.Y.
Takashi Ogawa, 37, Tokyo, Japan
Albert Ogletree, 49, New York, N.Y.
Philip Paul Ognibene, 39, New York, N.Y.
James Andrew O'Grady, 32, Harrington Park, N.J.
Joseph J. Ogren, 30, New York, N.Y.
Lt. Thomas O'Hagan, 43, New York, N.Y.
Samuel Oitice, 45, Peekskill, N.Y.
Patrick O'Keefe, 44, Oakdale, N.Y.
Capt. William O'Keefe, 49, New York, N.Y.
Gerald Michael Olcott, 55, New Hyde Park, N.Y.
Gerald O'Leary, 34, Stony Point, N.Y.
Christine Anne Olender, 39, New York, N.Y.
Elsy Carolina Osorio Oliva, 27, New York, N.Y.
Linda Mary Oliva, 44, New York, N.Y.
Edward K. Oliver, 31, Jackson, N.J.
Leah E. Oliver, 24, New York, N.Y.
Eric T. Olsen, 41, New York, N.Y.
Jeffrey James Olsen, 31, New York, N.Y.
Maureen L. Olson, 50, Rockville Centre, N.Y.
Steven John Olson, 38, New York, N.Y.
Matthew Timothy O'Mahony, 39, New York, N.Y.
Toshihiro Onda, 39, New York, N.Y.
Seamus L. Oneal, 52, New York, N.Y.
John P. O'Neill, 49, New York, N.Y.
Sean Gordon Corbett O'Neill, 34, Rye, N.Y.
Peter J. O'Neill, 21, Amityville, N.Y.
Michael C. Opperman, 45, Selden, N.Y.
Christopher Orgielewicz, 35, Larchmont, N.Y.
Margaret Orloske, 50, Windsor, Conn.
Virginia A. Ormiston, 42, New York, N.Y.
Kevin O'Rourke, 44, Hewlett, N.Y.
Juan Romero Orozco, Acatlan de Osorio, Puebla, Mexico
Ronald Orsini, 59, Hillsdale, N.J.
Peter K. Ortale, 37, New York, N.Y.
Emilio (Peter) Ortiz, 38, New York, N.Y.
David Ortiz, 37, Nanuet, N.Y.

Paul Ortiz, 21, New York, N.Y.
Sonia Ortiz, 58, New York, N.Y.
Alexander Ortiz, 36, Ridgewood, N.Y.
Pablo Ortiz, 49, New York, N.Y.
Masaru Ose, 36, Fort Lee, N.J.
Robert W. O'Shea, 47, Wall, N.J.
Patrick J. O'Shea, 45, Farmingdale, N.Y.
James Robert Ostrowski, 37, Garden City, N.Y.
Timothy O'Sullivan, 68, Albrightsville, Pa.
Jason Douglas Oswald, 28, New York, N.Y.
Michael Otten, 42, East Islip, N.Y.
Isidro Ottenwalder, 35, New York, N.Y.
Michael Chung Ou, 53, New York, N.Y.
Todd Joseph Ouida, 25, River Edge, N.J.
Jesus Ovalles, 60, New York, N.Y.
Peter J. Owens, 42, Williston Park, N.Y.
Adianes Oyola, 23, New York, N.Y.
Angel M. Pabon, 54, New York, N.Y.
Israel Pabon, 31, New York, N.Y.
Roland Pacheco, 25, New York, N.Y.
Michael Benjamin Packer, 45, New York, N.Y.
Deepa K. Pakkala, 31, Stewartsville, N.J.
Jeffrey Matthew Palazzo, 33, New York, N.Y.
Thomas Anthony Palazzo, 44, Armonk, N.Y.
Richard (Rico) Palazzolo, 39, New York, N.Y.
Orio Joseph Palmer, 45, Valley Stream, N.Y.
Frank A. Palombo, 46, New York, N.Y.
Alan N. Palumbo, 42, New York, N.Y.
Christopher M. Panatier, 36, Rockville Centre, N.Y.
Dominique Pandolfo, 27, Hoboken, N.J.
Paul Pansini, 34, New York, N.Y.
John M. Paolillo, 51, Glen Head, N.Y.
Edward J. Papa, 47, Oyster Bay, N.Y.
Salvatore Papasso, 34, New York, N.Y.
James N. Pappageorge, 29, Yonkers, N.Y.
Vinod K. Parakat, 34, Sayreville, N.J.
Vijayashanker Paramsothy, 23, New York, N.Y.
Nitin Ramesh Parandkar, 28, Waltham, Mass.
Hardai (Casey) Parbhu, 42, New York, N.Y.
James Wendell Parham, 32, New York, N.Y.
Debra (Debbie) Paris, 48, New York, N.Y.
George Paris, 33, New York, N.Y.
Gye-Hyong Park, 28, New York, N.Y.
Philip L. Parker, 53, Skillman, N.J.
Michael A. Parkes, 27, New York, N.Y.
Robert Emmett Parks, 47, Middletown, N.J.

Hasmukhrai Chuckulal Parmar, 48, Warren, N.J.
Robert Parro, 35, Levittown, N.Y.
Diane Marie Moore Parsons, 58, Malta, N.Y.
Leobardo Lopez Pascual, 41, New York, N.Y.
Michael J. Pascuma, 50, Massapequa Park, N.Y.
Jerrold H. Paskins, 56, Anaheim Hills, Calif.
Horace Robert Passananti, 55, New York, N.Y.
Suzanne H. Passaro, 38, East Brunswick, N.J.
Victor Antonio Martinez Pastrana, 38, Tlachichuca, Puebla, Mexico
Manish K. Patel, 29, Edison, N.J.
Avnish Ramanbhai Patel, 28, New York, N.Y.
Dipti Patel, 38, New Hyde Park, N.Y.
Steven B. Paterson, 40, Ridgewood, N.J.
James Matthew Patrick, 30, Norwalk, Conn.
Manuel Patrocino, 34
Bernard E. Patterson, 46, Upper Brookville, N.Y.
Cira Marie Patti, 40, New York, N.Y.
Robert Edward Pattison, 40, New York, N.Y.
James R. Paul, 58, New York, N.Y.
Sharon Cristina Millan Paz, 31, New York, N.Y.
Patrice Paz, 52, New York, N.Y.
Victor Paz-Gutierrez, 43, New York, N.Y.
Stacey L. Peak, 36, New York, N.Y.
Richard Allen Pearlman, 18, New York, N.Y.
Durrell Pearsall, 34, Hempstead, N.Y.
Thomas E. Pedicini, 30, Hicksville, N.Y.
Todd D. Pelino, 34, Fair Haven, N.J.
Michel Adrian Pelletier, 36, Greenwich, Conn.
Anthony Peluso, 46, New York, N.Y.
Angel Ramon Pena, 45, River Vale, N.J.
Richard Al Penny, 53, New York, N.Y.
Salvatore F. Pepe, 45, New York, N.Y.
Carl Allen Peralta, 37, New York, N.Y.
Robert David Peraza, 30, New York, N.Y.
Jon A. Perconti, 32, Brick, N.J.
Alejo Perez, 66, Union City, N.J.
Angel Perez, 43, Jersey City, N.J.
Angela Susan Perez, 35, New York, N.Y.
Ivan Perez, 37, New York, N.Y.
Nancy E. Perez, 36, Secaucus, N.J.
Anthony Perez, 33, Locust Valley, N.Y.
Joseph John Perroncino, 33, Smithtown, N.Y.
Edward J. Perrotta, 43, Mount Sinai, N.Y.
Lt. Glenn C. Perry, 41, Monroe, N.Y.
Emelda Perry, 52, Elmont, N.Y.
John William Perry, 38, New York, N.Y.

Franklin Allan Pershep, 59, New York, N.Y.
Daniel Pesce, 34, New York, N.Y.
Michael J. Pescherine, 32, New York, N.Y.
Davin Peterson, 25, New York, N.Y.
William Russel Peterson, 46, New York, N.Y.
Mark Petrocelli, 28, New York, N.Y.
Lt. Philip S. Petti, 43, New York, N.Y.
Glen Kerrin Pettit, 30, Oakdale, N.Y.
Dominick Pezzulo, 36, New York, N.Y.
Kaleen E. Pezzuti, 28, Fair Haven, N.J.
Lt. Kevin Pfeifer, 42, New York, N.Y.
Tu-Anh Pham, 42, Princeton, N.J.
Lt. Kenneth John Phelan, 41, New York, N.Y.
Michael V. San Phillip, 55, Ridgewood, N.J.
Eugenia Piantieri, 55, New York, N.Y.
Ludwig John Picarro, 44, Basking Ridge, N.J.
Matthew Picerno, 44, Holmdel, N.J.
Joseph O. Pick, 40, Hoboken, N.J.
Christopher Pickford, 32, New York, N.Y.
Dennis J. Pierce, 54, New York, N.Y.
Joseph A. Della Pietra, 24, New York, N.Y.
Bernard T. Pietronico, 39, Matawan, N.J.
Nicholas P. Pietrunti, 38, Belford, N.J.
Theodoros Pigis, 60, New York, N.Y.
Susan Elizabeth Ancona Pinto, 44, New York, N.Y.
Joseph Piskadlo, 48, North Arlington, N.J.
Christopher Todd Pitman, 30, New York, N.Y.
Josh Michael Piver, 23, New York, N.Y.
Joseph Plumitallo, 45, Manalapan, N.J.
John M. Pocher, 36, Middletown, N.J.
William Howard Pohlmann, 56, Ardsley, N.Y.
Laurence M. Polatsch, 32, New York, N.Y.
Thomas H. Polhemus, 39, Morris Plains, N.J.
Steve Pollicino, 48, Plainview, N.Y.
Susan M. Pollio, 45, Long Beach Township, N.J.
Joshua Poptean, 37, New York, N.Y.
Giovanna Porras, 24, New York, N.Y.
Anthony Portillo, 48, New York, N.Y.
James Edward Potorti, 52, Princeton, N.J.
Daphne Pouletsos, 47, Westwood, N.J.
Richard Poulos, 55, Levittown, N.Y.
Stephen E. Poulos, 45, Basking Ridge, N.J.
Brandon Jerome Powell, 26, New York, N.Y.
Shawn Edward Powell, 32, New York, N.Y.
Tony Pratt, 43, New York, N.Y.
Gregory M. Preziose, 34, Holmdel, N.J.

Wanda Ivelisse Prince, 30, New York, N.Y.
Vincent Princiotta, 39, Orangeburg, N.Y.
Kevin Prior, 28, Bellmore, N.Y.
Everett Martin (Marty) Proctor, 44, New York, N.Y.
Carrie B. Progen, 25, New York, N.Y.
David Lee Pruim, 53, Upper Montclair, N.J.
Richard Prunty, 57, Sayville, N.Y.
John F. Puckett, 47, Glen Cove, N.Y.
Robert D. Pugliese, 47, East Fishkill, N.Y.
Edward F. Pullis, 34, Hazlet, N.J.
Patricia Ann Puma, 33, New York, N.Y.
Hemanth Kumar Puttur, 26, White Plains, N.Y.
Edward R. Pykon, 33, Princeton, N.J.
Christopher Quackenbush, 44, Manhasset, N.Y.
Lars Peter Qualben, 49, New York, N.Y.
Lincoln Quappe, 38, Sayville, N.Y.
Beth Ann Quigley, 25, New York, N.Y.
Lt. Michael Quilty, 42, New York, N.Y.
Ricardo Quinn, 40, New York, N.Y.
James Francis Quinn, 23, New York, N.Y.
Carol Rabalais, 38, New York, N.Y.
Christopher Peter A. Racaniello, 30, New York, N.Y.
Leonard Ragaglia, 36, New York, N.Y.
Eugene J. Raggio, 55, New York, N.Y.
Laura Marie Ragonese-Snik, 41, Bangor, Pa.
Michael Ragusa, 29, New York, N.Y.
Peter F. Raimondi, 46, New York, N.Y.
Harry A. Raines, 37, New York, N.Y.
Ehtesham U. Raja, 28, Clifton, N.J.
Valsa Raju, 39, Yonkers, N.Y.
Edward Rall, 44, Holbrook, N.Y.
Lukas (Luke) Rambousek, 27, New York, N.Y.
Julio Fernandez Ramirez, 51, New York, N.Y.
Maria Isabel Ramirez, 25, New York, N.Y.
Harry Ramos, 41, Newark, N.J.
Vishnoo Ramsaroop, 44, New York, N.Y.
Lorenzo Ramzey, 48, East Northport, N.Y.
A. Todd Rancke, 42, Summit, N.J.
Adam David Rand, 30, Bellmore, N.Y.
Jonathan C. Randall, 42, New York, N.Y.
Srinivasa Shreyas Ranganath, 26, Hackensack, N.J.
Anne Rose T. Ransom, 45, Edgewater, N.J.
Faina Rapoport, 45, New York, N.Y.
Robert Arthur Rasmussen, 42, Hinsdale, Ill.
Amenia Rasool, 33, New York, N.Y.
Roger Mark Rasweiler, 53, Flemington, N.J.

David Alan James Rathkey, 47, Mountain Lakes, N.J.
William Ralph Raub, 38, Saddle River, N.J.
Gerard Rauzi, 42, New York, N.Y.
Alexey Razuvaev, 40, New York, N.Y.
Gregory Reda, 33, New Hyde Park, N.Y.
Sarah Prothero Redheffer, 35, London, England
Michele Reed, 26, Ringoes, N.J.
Judith A. Reese, 56, Kearny, N.J.
Donald J. Regan, 47, Wallkill, N.Y.
Lt. Robert M. Regan, 48, Floral Park, N.Y.
Thomas M. Regan, 43, Cranford, N.J.
Christian Michael Otto Regenhard, 28, New York, N.Y.
Howard Reich, 59, New York, N.Y.
Gregg Reidy, 26, Holmdel, N.J.
Kevin O. Reilly, 28, New York, N.Y.
James Brian Reilly, 25, New York, N.Y.
Timothy E. Reilly, 40, New York, N.Y.
Joseph Reina, 32, New York, N.Y.
Thomas Barnes Reinig, 48, Bernardsville, N.J.
Frank B. Reisman, 41, Princeton, N.J.
Joshua Scott Reiss, 23, New York, N.Y.
Karen Renda, 52, New York, N.Y.
John Armand Reo, 28, Larchmont, N.Y.
Richard Rescorla, 62, Morristown, N.J.
John Thomas Resta, 40, New York, N.Y.
Sylvia San Pio Resta, 26, New York, N.Y.
Eduvigis (Eddie) Reyes, 37, New York, N.Y.
Bruce A. Reynolds, 41, Columbia, N.J.
John Frederick Rhodes, 57, Howell, N.J.
Francis S. Riccardelli, 40, Westwood, N.J.
Rudolph N. Riccio, 50, New York, N.Y.
AnnMarie (Davi) Riccoboni, 58, New York, N.Y.
Eileen Mary Rice, 57, New York, N.Y.
David Rice, 31, New York, N.Y.
Kenneth F. Rice, 34, Hicksville, N.Y.
Lt. Vernon Allan Richard, 53, Nanuet, N.Y.
Claude D. Richards, 46, New York, N.Y.
Gregory Richards, 30, New York, N.Y.
Michael Richards, 38, New York, N.Y.
Venesha O. Richards, 26, North Brunswick, N.J.
James C. Riches, 29, New York, N.Y.
Alan Jay Richman, 44, New York, N.Y.
John M. Rigo, 48, New York, N.Y.
Theresa (Ginger) Risco, 48, New York, N.Y.
Rose Mary Riso, 55, New York, N.Y.
Moises N. Rivas, 29, New York, N.Y.

Joseph Rivelli, 43, New York, N.Y.
Isaias Rivera, 51, Perth Amboy, N.J.
Linda Rivera, 26, New York, N.Y.
Juan William Rivera, 27, New York, N.Y.
Carmen A. Rivera, 33, Westtown, N.Y.
David E. Rivers, 40, New York, N.Y.
Joseph R. Riverso, 34, White Plains, N.Y.
Paul Rizza, 34, Park Ridge, N.J.
John Frank Rizzo, 50, New York, N.Y.
Stephen Louis Roach, 36, Verona, N.J.
Joseph Roberto, 37, Midland Park, N.J.
Leo A. Roberts, 44, Wayne, N.J.
Michael Roberts, 30, New York, N.Y.
Michael Edward Roberts, 31, New York, N.Y.
Donald Walter Robertson, 35, Rumson, N.J.
Catherina Robinson, 45, New York, N.Y.
Jeffrey Robinson, 38, Monmouth Junction, N.J.
Michell Lee Robotham, 32, Kearny, N.J.
Donald Robson, 52, Manhasset, N.Y.
Antonio Augusto Tome Rocha, 34, East Hanover, N.J.
Raymond J. Rocha, 29, Malden, Mass.
Laura Rockefeller, 41, New York, N.Y.
John M. Rodak, 39, Mantua, N.J.
Antonio Jose Carrusca Rodrigues, 35, Port Washington, N.Y.
Anthony Rodriguez, 36, New York, N.Y.
Carmen Milagros Rodriguez, 46, Freehold, N.J.
Marsha A. Rodriguez, 41, West Paterson, N.J.
Richard Rodriguez, 31, Cliffwood, N.J.
Gregory E. Rodriguez, 31, White Plains, N.Y.
David B. Rodriguez-Vargas, 44, New York, N.Y.
Matthew Rogan, 37, West Islip, N.Y.
Karlie Barbara Rogers, 25, London, England
Scott Rohner, 22, Hoboken, N.J.
Keith Roma, 27, New York, N.Y.
Joseph M. Romagnolo, 37, Coram, N.Y.
Elvin Santiago Romero, 34, Matawan, N.J.
Efrain Franco Romero, 57, Hazleton, Pa.
James A. Romito, 51, Westwood, N.J.
Sean Rooney, 50, Stamford, Conn.
Eric Thomas Ropiteau, 24, New York, N.Y.
Aida Rosario, 42, Jersey City, N.J.
Angela Rosario, 27, New York, N.Y.
Fitzroy St. Rose, 40, New York, N.Y.
Mark H. Rosen, 45, West Islip, N.Y.
Linda Rosenbaum, 41, Little Falls, N.J.
Brooke David Rosenbaum, 31, Franklin Square, N.Y.

45

Sheryl Lynn Rosenbaum, 33, Warren, N.J.
Lloyd D. Rosenberg, 31, Morganville, N.J.
Mark Louis Rosenberg, 26, Teaneck, N.J.
Andrew I. Rosenblum, 45, Rockville Centre, N.Y.
Joshua M. Rosenblum, 28, Hoboken, N.J.
Joshua A. Rosenthal, 44, New York, N.Y.
Richard David Rosenthal, 50, Fair Lawn, N.J.
Daniel Rossetti, 32, Bloomfield, N.J.
Norman Rossinow, 39, Cedar Grove, N.J.
Nicholas P. Rossomando, 35, New York, N.Y.
Michael Craig Rothberg, 39, Greenwich, Conn.
Donna Marie Rothenberg, 53, New York, N.Y.
Nick Rowe, 29, Hoboken, N.J.
Timothy A. Roy, 36, Massapequa Park, N.Y.
Paul G. Ruback, 50, Newburgh, N.Y.
Ronald J. Ruben, 36, Hoboken, N.J.
Joanne Rubino, 45, New York, N.Y.
David Michael Ruddle, 31, New York, N.Y.
Bart Joseph Ruggiere, 32, New York, N.Y.
Susan Ann Ruggiero, 30, Plainview, N.Y.
Adam K. Ruhalter, 40, Plainview, N.Y.
Gilbert Ruiz, 57, New York, N.Y.
Stephen P. Russell, 40, Rockaway Beach, N.Y.
Steven Harris Russin, 32, Mendham, N.J.
Lt. Michael Thomas Russo, 44, Nesconset, N.Y.
Wayne Alan Russo, 37, Union, N.J.
John J. Ryan, 45, West Windsor, N.J.
Edward Ryan, 42, Scarsdale, N.Y.
Jonathan Stephan Ryan, 32, Bayville, N.Y.
Matthew Lancelot Ryan, 54, Seaford, N.Y.
Kristin A. Irvine Ryan, 30, New York, N.Y.
Tatiana Ryjova, 36, South Salem, N.Y.
Christina Sunga Ryook, 25, New York, N.Y.
Thierry Saada, 27, New York, N.Y.
Jason E. Sabbag, 26, New York, N.Y.
Thomas E. Sabella, 44, New York, N.Y.
Scott Saber, 36, New York, N.Y.
Joseph Sacerdote, 48, Freehold, N.J.
Mohammad Ali Sadeque, 62, New York, N.Y.
Francis J. Sadocha, 41, Huntington, N.Y.
Jude Elias Safi, 24, New York, N.Y.
Brock Joel Safronoff, 26, New York, N.Y.
Edward Saiya, 49, New York, N.Y.
John Patrick Salamone, 37, North Caldwell, N.J.
Hernando R. Salas, 71, New York, N.Y.
Juan Salas, 35, New York, N.Y.

Esmerlin Salcedo, 36, New York, N.Y.
John Salvatore Salerno, 31, Westfield, N.J.
Richard L. Salinardi, 32, Hoboken, N.J.
Wayne John Saloman, 43, Seaford, N.Y.
Nolbert Salomon, 33, New York, N.Y.
Catherine Patricia Salter, 37, New York, N.Y.
Frank Salvaterra, 41, Manhasset, N.Y.
Paul R. Salvio, 27, New York, N.Y.
Samuel R. Salvo, 59, Yonkers, N.Y.
Carlos Samaniego, 29, New York, N.Y.
Rena Sam-Dinnoo, 28, New York, N.Y.
James Kenneth Samuel, 29, Hoboken, N.J.
Hugo Sanay-Perafiel, 41, New York, N.Y.
Alva Jeffries Sanchez, 41, Hempstead, N.Y.
Jacquelyn P. Sanchez, 23, New York, N.Y.
Erick Sanchez, 43, New York, N.Y.
Eric Sand, 36, Westchester, N.Y.
Stacey Leigh Sanders, 25, New York, N.Y.
Herman Sandler, 57, New York, N.Y.
James Sands, 39, Bricktown, N.J.
Ayleen J. Santiago, 40, New York, N.Y.
Kirsten Santiago, 26, New York, N.Y.
Maria Theresa Santillan, 27, Morris Plains, N.J.
Susan G. Santo, 24, New York, N.Y.
Christopher Santora, 23, New York, N.Y.
John Santore, 49, New York, N.Y.
Mario L. Santoro, 28, New York, N.Y.
Rafael Humberto Santos, 42, New York, N.Y.
Rufino Conrado F. (Roy) Santos, 37, New York, N.Y.
Kalyan K. Sarkar, 53, Westwood, N.J.
Chapelle Sarker, 37, New York, N.Y.
Paul F. Sarle, 38, Babylon, N.Y.
Deepika Kumar Sattaluri, 33, Edison, N.J.
Gregory Thomas Saucedo, 31, New York, N.Y.
Susan Sauer, 48, Chicago, Ill.
Anthony Savas, 72, New York, N.Y.
Vladimir Savinkin, 21, New York, N.Y.
John Sbarbaro, 45, New York, N.Y.
Robert L. Scandole, 36, Pelham Manor, N.Y.
Michelle Scarpitta, 26, New York, N.Y.
Dennis Scauso, 46, Dix Hills, N.Y.
John A. Schardt, 34, New York, N.Y.
John G. Scharf, 29, Manorville, N.Y.
Fred Claude Scheffold, 57, Piermont, N.Y.
Angela Susan Scheinberg, 46, New York, N.Y.
Scott M. Schertzer, 28, Edison, N.J.

Sean Schielke, 27, New York, N.Y.
Steven Francis Schlag, 41, Franklin Lakes, N.J.
Jon S. Schlissel, 51, Jersey City, N.J.
Karen Helene Schmidt, 42, Bellmore, N.Y.
Ian Schneider, 45, Short Hills, N.J.
Thomas G. Schoales, 27, Stony Point, N.Y.
Marisa Di Nardo Schorpp, 38, White Plains, N.Y.
Frank G. Schott, 39, Massapequa Park, N.Y.
Gerard P. Schrang, 45, Holbrook, N.Y.
Jeffrey Schreier, 48, New York, N.Y.
John T. Schroeder, 31, Hoboken, N.J.
Susan Lee Kennedy Schuler, 55, Allentown, N.J.
Edward W. Schunk, 54, Baldwin, N.Y.
Mark E. Schurmeier, 44, McLean, Va.
Clarin Shellie Schwartz, 51, New York, N.Y.
John Schwartz, 49, Goshen, Conn.
Mark Schwartz, 50, West Hempstead, N.Y.
Adriane Victoria Scibetta, 31, New York, N.Y.
Raphael Scorca, 61, Beachwood, N.J.
Randolph Scott, 48, Stamford, Conn.
Christopher J. Scudder, 34, Monsey, N.Y.
Arthur Warren Scullin, 57, New York, N.Y.
Michael Seaman, 41, Manhasset, N.Y.
Margaret Seeliger, 34, New York, N.Y.
Carlos Segarra, 54, New York, N.Y.
Anthony Segarra, 52, New York, N.Y.
Jason Sekzer, 31, New York, N.Y.
Matthew Carmen Sellitto, 23, Morristown, N.J.
Howard Selwyn, 47, Hewlett, N.Y.
Larry John Senko, 34, Yardley, Pa.
Arturo Angelo Sereno, 29, New York, N.Y.
Frankie Serrano, 23, Elizabeth, N.J.
Alena Sesinova, 57, New York, N.Y.
Adele Sessa, 36, New York, N.Y.
Sita Nermalla Sewnarine, 37, New York, N.Y.
Karen Lynn Seymour-Dietrich, 40, Millington, N.J.
Davis (Deeg) Sezna, 22, New York, N.Y.
Thomas Joseph Sgroi, 45, New York, N.Y.
Jayesh Shah, 38, Edgewater, N.J.
Khalid M. Shahid, 25, Union, N.J.
Mohammed Shajahan, 41, Spring Valley, N.Y.
Gary Shamay, 23, New York, N.Y.
Earl Richard Shanahan, 50, New York, N.Y.
Shiv Shankar, New York, N.Y.
Neil G. Shastri, 25, New York, N.Y.
Kathryn Anne Shatzoff, 37, New York, N.Y.

Barbara A. Shaw, 57, Morris Township, N.J.
Jeffrey J. Shaw, 42, Levittown, N.Y.
Robert J. Shay, 27, New York, N.Y.
Daniel James Shea, 37, Pelham Manor, N.Y.
Joseph Patrick Shea, 47, Pelham, N.Y.
Linda Sheehan, 40, New York, N.Y.
Hagay Shefi, 34, Tenafly, N.J.
John Anthony Sherry, 34, Rockville Centre, N.Y.
Atsushi Shiratori, 36, New York, N.Y.
Thomas Shubert, 43, New York, N.Y.
Mark Shulman, 47, Old Bridge, N.J.
See-Wong Shum, 44, Westfield, N.J.
Allan Shwartzstein, 37, Chappaqua, N.Y.
Johanna Sigmund, 25, Wyndmoor, Pa.
Dianne T. Signer, 32, New York, N.Y.
Gregory Sikorsky, 34, Spring Valley, N.Y.
Stephen Gerard Siller, 34, West Brighton, N.Y.
David Silver, 35, New Rochelle, N.Y.
Craig A. Silverstein, 41, Wyckoff, N.J.
Nasima H. Simjee, 38, New York, N.Y.
Bruce Edward Simmons, 41, Ridgewood, N.J.
Arthur Simon, 57, Thiells, N.Y.
Kenneth Alan Simon, 34, Secaucus, N.J.
Michael John Simon, 40, Harrington Park, N.J.
Paul Joseph Simon, 54, New York, N.Y.
Marianne Simone, 62, New York, N.Y.
Barry Simowitz, 64, New York, N.Y.
Jeff Simpson, 38, Lake Ridge, Va.
Roshan R. (Sean) Singh, 21, New York, N.Y.
Khamladai K. (Khami) Singh, 25, New York, N.Y.
Thomas E. Sinton, 44, Croton-on-hudson, N.Y.
Peter A. Siracuse, 29, New York, N.Y.
Muriel F. Siskopoulos, 60, New York, N.Y.
Joseph M. Sisolak, 35, New York, N.Y.
John P. Skala, 31, Clifton, N.J.
Francis J. Skidmore, 58, Mendham, N.J.
Toyena Corliss Skinner, 27, Kingston, N.J.
Paul A. Skrzypek, 37, New York, N.Y.
Christopher Paul Slattery, 31, New York, N.Y.
Vincent R. Slavin, 41, Belle Harbor, N.Y.
Robert Sliwak, 42, Wantagh, N.Y.
Paul K. Sloan, 26, New York, N.Y.
Stanley S. Smagala, 36, Holbrook, N.Y.
Wendy L. Small, 26, New York, N.Y.
Catherine T. Smith, 44, West Haverstraw, N.Y.
Daniel Laurence Smith, 47, Northport, N.Y.

George Eric Smith, 38, West Chester, Pa.
James G. Smith, 43, Garden City, N.Y.
Joyce Smith, 55, New York, N.Y.
Karl Trumbull Smith, 44, Little Silver, N.J.
Kevin Smith, 47, Mastic, N.Y.
Leon Smith, 48, New York, N.Y.
Moira Smith, 38, New York, N.Y.
Rosemary A. Smith, 61, New York, N.Y.
Sandra Fajardo Smith, 37, New York, N.Y.
Jeffrey Randall Smith, 36, New York, N.Y.
Bonnie S. Smithwick, 54, Quogue, N.Y.
Rochelle Monique Snell, 24, Mount Vernon, N.Y.
Leonard J. Snyder, 35, Cranford, N.J.
Astrid Elizabeth Sohan, 32, Freehold, N.J.
Sushil Solanki, 35, New York, N.Y.
Ruben Solares, 51, New York, N.Y.
Naomi Leah Solomon, 52, New York, N.Y.
Daniel W. Song, 34, New York, N.Y.
Michael C. Sorresse, 34, Morris Plains, N.J.
Fabian Soto, 31, Harrison, N.J.
Timothy P. Soulas, 35, Basking Ridge, N.J.
Gregory T. Spagnoletti, 32, New York, N.Y.
Donald F. Spampinato, 39, Manhasset, N.Y.
Thomas Sparacio, 35, New York, N.Y.
John Anthony Spataro, 32, Mineola, N.Y.
Robert W. Spear, 30, Valley Cottage, N.Y.
Maynard S. Spence, 42, Douglasville, Ga.
George E. Spencer, 50, West Norwalk, Conn.
Robert Andrew Spencer, 35, Red Bank, N.J.
Mary Rubina Sperando, 39, New York, N.Y.
Frank J. Spinelli, 44, Short Hills, N.J.
William E. Spitz, 49, Oceanside, N.Y.
Joseph P. Spor, 35, Yorktown Heights, N.Y.
Klaus Johannes Sprockamp, 42, Muhltal, Germany
Saranya Srinuan, 23, New York, N.Y.
Michael F. Stabile, 50, New York, N.Y.
Lawrence T. Stack, 58, Lake Ronkonkoma, N.Y.
Capt. Timothy Stackpole, 42, New York, N.Y.
Richard James Stadelberger, 55, Middletown, N.J.
Eric A. Stahlman, 43, Holmdel Township, N.J.
Gregory M. Stajk, 46, Long Beach, N.Y.
Corina Stan, 31, Middle Village, N.Y.
Alexandru Liviu Stan, 34, New York, N.Y.
Mary D. Stanley, 53, New York, N.Y.
Joyce Stanton
Patricia Stanton

Anthony M. Starita, 35, Westfield, N.J.
Jeffrey Stark, 30, New York, N.Y.
Derek James Statkevicus, 30, Norwalk, Conn.
Craig William Staub, 30, Basking Ridge, N.J.
William V. Steckman, 56, West Hempstead, N.Y.
Eric Thomas Steen, 32, New York, N.Y.
William R. Steiner, 56, New Hope, Pa.
Alexander Robbins Steinman, 32, Hoboken, N.J.
Andrew Stergiopoulos, 23, New York, N.Y.
Andrew Stern, 41, Bellmore, N.Y.
Martha Jane Stevens, 55, New York, N.Y.
Richard H. Stewart, 35, New York, N.Y.
Michael James Stewart, 42, New York, N.Y.
Sanford M. Stoller, 54, New York, N.Y.
Lonny J. Stone, 43, Bellmore, N.Y.
Jimmy Nevill Storey, 58, Katy, Texas
Timothy Stout, 42, Dobbs Ferry, N.Y.
Thomas S. Strada, 41, Chatham, N.J.
James J. Straine, 36, Oceanport, N.J.
Edward W. Straub, 48, Morris Township, N.J.
George Strauch, 53, Avon-by-the-Sea, N.J.
Edward T. Strauss, 44, Edison, N.J.
Steven R. Strauss, 51, Fresh Meadows, N.Y.
Steven F. Strobert, 33, Ridgewood, N.J.
Walwyn W. Stuart, 28, Valley Stream, N.Y.
Benjamin Suarez, 36, New York, N.Y.
David S. Suarez, 24, Princeton, N.J.
Ramon Suarez, 45, New York, N.Y.
Yoichi Sugiyama, 34, Fort Lee, N.J.
William Christopher Sugra, 30, New York, N.Y.
Daniel Suhr, 37, Nesconset, N.Y.
David Marc Sullins, 30, New York, N.Y.
Lt. Christopher P. Sullivan, 38, Massapequa, N.Y.
Patrick Sullivan, 32, New York, N.Y.
Thomas Sullivan, 38, Kearney, N.J.
Hilario Soriano (Larry) Sumaya, 42, New York, N.Y.
James Joseph Suozzo, 47, Hauppauge, N.Y.
Colleen Supinski, 27, New York, N.Y.
Robert Sutcliffe, 39, Huntington, N.Y.
Selina Sutter, 63, New York, N.Y.
Claudia Suzette Sutton, 34, New York, N.Y.
John F. Swaine, 36, Larchmont, N.Y.
Kristine M. Swearson, 34, New York, N.Y.
Brian Edward Sweeney, 29, Merrick, N.Y.
Kenneth J. Swensen, 40, Chatham, N.J.
Thomas F. Swift, 30, Jersey City, N.J.

Derek O. Sword, 29, New York, N.Y.
Kevin T. Szocik, 27, Garden City, N.Y.
Gina Sztejnberg, 52, Ridgewood, N.J.
Norbert P. Szurkowski, 31, New York, N.Y.
Harry Taback, 56, New York, N.Y.
Joann Tabeek, 41, New York, N.Y.
Norma C. Taddei, 64, New York, N.Y.
Michael Taddonio, 39, Huntington, N.Y.
Keiji Takahashi, 42, Tenafly, N.J.
Keiichiro Takahashi, 53, Port Washington, N.Y.
Phyllis Gail Talbot, 53, New York, N.Y.
Robert R. Talhami, 40, Shrewsbury, N.J.
Sean Patrick Tallon, 26, Yonkers, N.Y.
Paul Talty, 40, Wantagh, N.Y.
Maurita Tam, 22, New York, N.Y.
Rachel Tamares, 30, New York, N.Y.
Hector Tamayo, 51, New York, N.Y.
Michael Andrew Tamuccio, 37, Pelham Manor, N.Y.
Kenichiro Tanaka, 52, Rye Brook, N.Y.
Rhondelle Cherie Tankard, 31, Devonshire, Bermuda
Michael Anthony Tanner, 44, Secaucus, N.J.
Dennis Gerard Taormina, 36, Montville, N.J.
Kenneth Joseph Tarantino, 39, Bayonne, N.J.
Allan Tarasiewicz, 45, New York, N.Y.
Ronald Tartaro, 39, Bridgewater, N.J.
Darryl Taylor, 52, New York, N.Y.
Donnie Brooks Taylor, 40, New York, N.Y.
Lorisa Ceylon Taylor, 31, New York, N.Y.
Michael M. Taylor, 42, New York, N.Y.
Paul A. Tegtmeier, 41, Hyde Park, N.Y.
Yeshavant Moreshwar Tembe, 59, Piscataway, N.J.
Anthony Tempesta, 38, Elizabeth, N.J.
Dorothy Temple, 52, New York, N.Y.
Stanley L. Temple, 77, New York, N.Y.
David Tengelin, 25, New York, N.Y.
Brian J. Terrenzi, 29, Hicksville, N.Y.
Lisa Marie Terry, 42, Rochester, Mich.
Goumatie T. Thackurdeen, 35, New York, N.Y.
Harshad Sham Thatte, 30, Norcross, Ga.
Thomas F. Theurkauf, 44, Stamford, Conn.
Lesley Anne Thomas, 40, Hoboken, N.J.
Brian T. Thompson, 49, Dix Hills, N.Y.
Clive Thompson, 43, Summit, N.J.
Glenn Thompson, 44, New York, N.Y.
Perry Anthony Thompson, 36, Mount Laurel, N.J.
Vanavah Alexi Thompson, 26, New York, N.Y.

Capt. William Harry Thompson, 51, New York, N.Y.
Nigel Bruce Thompson, 33, New York, N.Y.
Eric Raymond Thorpe, 35, New York, N.Y.
Nichola A. Thorpe, 22, New York, N.Y.
Sal Tieri, 40, Shrewsbury, N.J.
John Patrick Tierney, 27, New York, N.Y.
Mary Ellen Tiesi, 38, Jersey City, N.J.
William R. Tieste, 54, Basking Ridge, N.J.
Kenneth F. Tietjen, 31, Matawan, N.J.
Stephen Edward Tighe, 41, Rockville Centre, N.Y.
Scott C. Timmes, 28, Ridgewood, N.Y.
Michael E. Tinley, 56, Dallas, Texas
Jennifer M. Tino, 29, Livingston, N.J.
Robert Frank Tipaldi, 25, New York, N.Y.
John J. Tipping, 33, Port Jefferson, N.Y.
David Tirado, 26, New York, N.Y.
Hector Luis Tirado, 30, New York, N.Y.
Michelle Titolo, 34, Copiague, N.Y.
John J. Tobin, 47, Kenilworth, N.J.
Richard J. Todisco, 61, Wyckoff, N.J.
Vladimir Tomasevic, 36, Etobicoke, Ontario, Canada
Stephen K. Tompsett, 39, Garden City, N.Y.
Thomas Tong, 31, New York, N.Y.
Azucena de la Torre, 50, New York, N.Y.
Doris Torres, 32, New York, N.Y.
Luis Eduardo Torres, 31, New York, N.Y.
Amy E. Toyen, 24, Newton, Mass.
Christopher M. Traina, 25, Bricktown, N.J.
Daniel Patrick Trant, 40, Northport, N.Y.
Abdoul Karim Traore, 41, New York, N.Y.
Glenn J. Travers, 53, Tenafly, N.J.
Walter (Wally) P. Travers, 44, Upper Saddle River, N.J.
Felicia Traylor-Bass, 38, New York, N.Y.
Lisa L. Trerotola, 38, Hazlet, N.J.
Karamo Trerra, 40, New York, N.Y.
Michael Trinidad, 33, New York, N.Y.
Francis Joseph Trombino, 68, Clifton, N.J.
Gregory J. Trost, 26, New York, N.Y.
William Tselepis, 33, New Providence, N.J.
Zhanetta Tsoy, 32, Jersey City, N.J.
Michael Patrick Tucker, 40, Rumson, N.J.
Lance Richard Tumulty, 32, Bridgewater, N.J.
Ching Ping Tung, 44, New York, N.Y.
Simon James Turner, 39, London, England
Donald Joseph Tuzio, 51, Goshen, N.Y.
Robert T. Twomey, 48, New York, N.Y.

Jennifer Tzemis, 26, New York, N.Y.
John G. Ueltzhoeffer, 36, Roselle Park, N.J.
Tyler V. Ugolyn, 23, New York, N.Y.
Michael A. Uliano, 42, Aberdeen, N.J.
Jonathan J. Uman, 33, Westport, Conn.
Anil Shivhari Umarkar, 34, Hackensack, N.J.
Allen V. Upton, 44, New York, N.Y.
Diane Maria Urban, 50, Malverne, N.Y.
John Damien Vaccacio, 30, New York, N.Y.
Bradley H. Vadas, 37, Westport, Conn.
William Valcarcel, 54, New York, N.Y.
Mayra Valdes-Rodriguez, 39, New York, N.Y.
Felix Antonio Vale, 29, New York, N.Y.
Ivan Vale, 27, New York, N.Y.
Santos Valentin, 39, New York, N.Y.
Benito Valentin, 33, New York, N.Y.
Manuel Del Valle, 32, New York, N.Y.
Carlton Francis Valvo, 38, New York, N.Y.
Edward Raymond Vanacore, 29, Jersey City, N.J.
Jon C. Vandevander, 44, Ridgewood, N.J.
Frederick T. Varacchi, 35, Greenwich, Conn.
Gopalakrishnan Varadhan, 32, New York, N.Y.
David Vargas, 46, New York, N.Y.
Scott C. Vasel, 32, Park Ridge, N.J.
Santos Vasquez, 55, New York, N.Y.
Azael Ismael Vasquez, 21, New York, N.Y.
Arcangel Vazquez, 47, New York, N.Y.
Peter Anthony Vega, 36, New York, N.Y.
Sankara S. Velamuri, 63, Avenel, N.J.
Jorge Velazquez, 47, Passaic, N.J.
Lawrence Veling, 44, New York, N.Y.
Anthony M. Ventura, 41, Middletown, N.J.
David Vera, 41, New York, N.Y.
Loretta A, Vero, 51, Nanuet, N.Y.
Christopher Vialonga, 30, Demarest, N.J.
Matthew Gilbert Vianna, 23, Manhasset, N.Y.
Robert A. Vicario, 40, Weehawken, N.J.
Celeste Torres Victoria, 41, New York, N.Y.
Joanna Vidal, 26, Yonkers, N.Y.
John T. Vigiano, 36, West Islip, N.Y.
Joseph Vincent Vigiano, 34, Medford, N.Y.
Frank J. Vignola, 44, Merrick, N.Y.
Joseph B. Vilardo, 44, Stanhope, N.J.
Sergio Villanueva, 33, New York, N.Y.
Chantal Vincelli, 38, New York, N.Y.
Melissa Vincent, 28, Hoboken, N.J.

Francine A. Virgilio, 48, New York, N.Y.
Lawrence Virgilio, 38
Joseph G. Visciano, 22, New York, N.Y.
Joshua S. Vitale, 28, Great Neck, N.Y.
Maria Percoco Vola, 37, New York, N.Y.
Lynette D. Vosges, 48, New York, N.Y.
Garo H. Voskerijian, 43, Valley Stream, N.Y.
Alfred Vukosa, 37, New York, N.Y.
Gregory Wachtler, 25, Ramsey, N.J.
Gabriela Waisman, 33, New York, N.Y.
Wendy Alice Rosario Wakeford, 40, Freehold, N.J.
Courtney Wainsworth Walcott, 37, New York, N.Y.
Victor Wald, 49, New York, N.Y.
Benjamin Walker, 41, Suffern, N.Y.
Glen J. Wall, 38, Rumson, N.J.
Mitchel Scott Wallace, 34, Mineola, N.Y.
Lt. Robert F. Wallace, 43, New York, N.Y.
Roy Michael Wallace, 42, Wyckoff, N.J.
Peter G. Wallace, 66, Lincoln Park, N.J.
Jean Marie Wallendorf, 23, New York, N.Y.
Matthew Blake Wallens, 31, New York, N.Y.
John Wallice, 43, Huntington, N.Y.
Barbara P. Walsh, 59, New York, N.Y.
James Walsh, 37, Scotch Plains, N.J.
Jeffrey Patrick Walz, 37, Tuckahoe, N.Y.
Ching H. Wang, 59, New York, N.Y.
Weibin Wang, 41, Orangeburg, N.Y.
Lt. Michael Warchola, 51, Middle Village, N.Y.
Stephen Gordon Ward, 33, Gorham, Maine
James A. Waring, 49, New York, N.Y.
Brian G. Warner, 32, Morganville, N.J.
Derrick Washington, 33, Calverton, N.Y.
Charles Waters, 44, New York, N.Y.
James Thomas (Muddy) Waters, 39, New York, N.Y.
Capt. Patrick J. Waters, 44, New York, N.Y.
Kenneth Watson, 39, Smithtown, N.Y.
Michael H. Waye, 38, Morganville, N.J.
Walter E. Weaver, 30, Centereach, N.Y.
Todd C. Weaver, 30, New York, N.Y.
Nathaniel Webb, 56, Jersey City, N.J.
Dinah Webster, 50, Port Washington, N.Y.
Joanne Flora Weil, 39, New York, N.Y.
Michael Weinberg, 34, New York, N.Y.
Steven Weinberg, 41, New City, N.Y.
Scott Jeffrey Weingard, 29, New York, N.Y.
Steven Weinstein, 50, New York, N.Y.

Simon Weiser, 65, New York, N.Y.
David T. Weiss, 50, New York, N.Y.
David M. Weiss, 41, Maybrook, N.Y.
Vincent Michael Wells, 22, Redbridge, England
Timothy Matthew Welty, 34, Yonkers, N.Y.
Christian Hans Rudolf Wemmers, 43, San Francisco, Calif.
Ssu-Hui (Vanessa) Wen, 23, New York, N.Y.
Oleh D. Wengerchuk, 56, Centerport, N.Y.
Peter M. West, 54, Pottersville, N.J.
Whitfield West, 41, New York, N.Y.
Meredith Lynn Whalen, 23, Hoboken, N.J.
Eugene Whelan, 31, Rockaway Beach, N.Y.
John S. White, 48, New York, N.Y.
Edward James White, 30, New York, N.Y.
James Patrick White, 34, Hoboken, N.J.
Kenneth W. White, 50, New York, N.Y.
Leonard Anthony White, 57, New York, N.Y.
Malissa White, 37, New York, N.Y.
Wayne White, 38, New York, N.Y.
Adam S. White, 26, New York, N.Y.
Leanne Marie Whiteside, 31, New York, N.Y.
Mark Whitford, 31, Salisbury Mills, N.Y.
Michael T. Wholey, 34, Westwood, N.J.
Mary Lenz Wieman, 43, Rockville Centre, N.Y.
Jeffrey David Wiener, 33, New York, N.Y.
William J. Wik, 44, Crestwood, N.Y.
Alison Marie Wildman, 30, New York, N.Y.
Lt. Glenn Wilkinson, 46, Bayport, N.Y.
John C. Willett, 29, Jersey City, N.J.
Brian Patrick Williams, 29, New York, N.Y.
Crossley Williams, 28, Uniondale, N.Y.
David Williams, 34, New York, N.Y.
Deborah Lynn Williams, 35, Hoboken, N.J.
Kevin Michael Williams, 24, New York, N.Y.
Louis Calvin Williams, 53, Mandeville, La.
Louie Anthony Williams, 44, New York, N.Y.
Lt. John Williamson, 46, Warwick, N.Y.
Donna Wilson, 48, Williston Park, N.Y.
William E. Wilson, 58, New York, N.Y.
Cynthia Wilson, 52, New York, N.Y.
David H. Winton, 29, New York, N.Y.
Glenn J. Winuk, 40, New York, N.Y.
Thomas Francis Wise, 43, New York, N.Y.
Alan L. Wisniewski, 47, Howell, N.J.
Frank T. Wisniewski, 54, Basking Ridge, N.J.
David Wiswall, 54, North Massapequa, N.Y.

Sigrid Charlotte Wiswe, 41, New York, N.Y.
Michael R. Wittenstein, 34, Hoboken, N.J.
Christopher W. Wodenshek, 35, Ridgewood, N.J.
Martin P. Wohlforth, 47, Greenwich, Conn.
Katherine S. Wolf, 40, New York, N.Y.
Jenny Seu Kueng Low Wong, 25, New York, N.Y.
Jennifer Y. Wong, 26, New York, N.Y.
Siu Cheung Wong, 34, Jersey City, N.J.
Yin Ping (Steven) Wong, 34, New York, N.Y.
Yuk Ping Wong, 47, New York, N.Y.
Brent James Woodall, 31, Oradell, N.J.
James J. Woods, 26, New York, N.Y.
Patrick Woods, 36, New York, N.Y.
Richard Herron Woodwell, 44, Ho-Ho-Kus, N.J.
Capt. David Terence Wooley, 54, Nanuet, N.Y.
John Bentley Works, 36, Darien, Conn.
Martin Michael Wortley, 29, Park Ridge, N.J.
Rodney James Wotton, 36, Middletown, N.J.
William Wren, 61, Lynbrook, N.Y.
John Wright, 33, Rockville Centre, N.Y.
Neil R. Wright, 30, Asbury, N.J.
Sandra Wright, 57, Langhorne, Pa.
Jupiter Yambem, 41, Beacon, N.Y.
Suresh Yanamadala, 33, Plainsboro, N.J.
Matthew David Yarnell, 26, Jersey City, N.J.
Myrna Yaskulka, 59, New York, N.Y.
Shakila Yasmin, 26, New York, N.Y.
Olabisi L. Yee, 38, New York, N.Y.
Edward P. York, 45, Wilton, Conn.
Kevin Patrick York, 41, Princeton, N.J.
Raymond York, 45, Valley Stream, N.Y.
Suzanne Youmans, 60, New York, N.Y.
Jacqueline (Jakki) Young, 37, New York, N.Y.
Barrington L. Young, 35, New York, N.Y.
Elkin Yuen, 32, New York, N.Y.
Joseph Zaccoli, 39, Valley Stream, N.Y.
Adel Agayby Zakhary, 50, North Arlington, N.J.
Arkady Zaltsman, 45, New York, N.Y.
Edwin J. Zambrana, 24, New York, N.Y.
Robert Alan Zampieri, 30, Saddle River, N.J.
Mark Zangrilli, 36, Pompton Plains, N.J.
Ira Zaslow, 55, North Woodmere, N.Y.
Kenneth Albert Zelman, 37, Succasunna, N.J.
Abraham J. Zelmanowitz, 55, New York, N.Y.
Martin Morales Zempoaltecatl, 22, New York, N.Y.
Zhe (Zack) Zeng, 28, New York, N.Y.

Marc Scott Zeplin, 33, Harrison, N.Y.
Jie Yao Justin Zhao, 27, New York, N.Y.
Ivelin Ziminski, 40, Tarrytown, N.Y.
Michael Joseph Zinzi, 37, Newfoundland, N.J.
Charles A. Zion, 54, Greenwich, Conn.
Julie Lynne Zipper, 44, Paramus, N.J.
Salvatore J. Zisa, 45, Hawthorne, N.J.
Prokopios Paul Zois, 46, Lynbrook, N.Y.
Joseph J. Zuccala, 54, Croton-on-Hudson, N.Y.
Andrew Steven Zucker, 27, New York, N.Y.
Igor Zukelman, 29, New York, N.Y.

## AMERICAN AIRLINES FLIGHT 11

### Crew

Barbara Arestegui, 38, Marstons Mills, Massachusetts
Jeffrey Collman, 41, Novato, Calif.
Sara Low, 28, Batesville, Arkansas
Karen A. Martin, 40, Danvers, Mass.
First Officer Thomas McGuinness, 42, Portsmouth, New Hampshire
Kathleen Nicosia, 54, Winthrop, Mass.
John Ogonowski, 52, Dracut, Massachusetts
Betty Ong, 45, Andover, Massachusetts
Jean Roger, 24, Longmeadow, Massachusetts
Dianne Snyder, 42, Westport, Massachusetts
Madeline Sweeney, 35, Acton, Massachusetts

### Passengers

Anna Williams Allison, 48, Stoneham, Massachusetts
David Angell, 54, Pasadena, California
Lynn Angell, 45, Pasadena, California
Seima Aoyama, 48, Culver City, Calif.
Myra Aronson, 52, Charlestown, Massachusetts
Christine Barbuto, 32, Brookline, Massachusetts
Carolyn Beug, 48, Los Angeles, California
Kelly Ann Booms, 24, Brookline, Mass.
Carol Bouchard, 43, Warwick, Rhode Island
Neilie Anne Heffernan Casey, 32, Wellesley, Massachusetts
Jeffrey Coombs, 42, Abington, Massachusetts
Tara Creamer, 30, Worcester, Massachusetts
Thelma Cuccinello, 71, Wilmot, New Hampshire
Patrick Currivan, 52, Winchester, Mass.
Brian Dale, 43, Warren, New Jersey
David DiMeglio, 22, Wakefield, Mass.
Donald Americo DiTullio, 49, Peabody, Mass.
Albert Dominguez, 66, Sydney, Australia
Paige Farley-Hackel, 46, Newton, Mass.
Alex Filipov, 70, Concord, Massachusetts
Carol Flyzik, 40, Plaistow, N.H.
Paul Friedman, 45, Belmont, Massachusetts
Karleton D.B. Fyfe, 31, Brookline, Massachusetts
Peter Gay, 54, Tewksbury, Massachusetts
Linda George, 27, Westboro, Massachusetts
Edmund Glazer, 41, Los Angeles, California
Lisa Fenn Gordenstein, 41, Needham, Massachusetts
Andrew Peter Charles Curry Green, 34, Santa Monica, Calif.

Peter Hashem, 40, Tewksbury, Massachusetts
Robert Hayes, 37, from Amesbury, Massachusetts
Edward (Ted) R. Hennessy, 35, Belmont, Mass.
John A. Hofer, 45, Los Angeles, Calif.
Cora Hidalgo Holland, 52, of Sudbury, Massachusetts
Nicholas Humber, 60, of Newton, Massachusetts,
Waleed Iskandar, 34, London, England
John Charles Jenkins, 45, Cambridge, Mass.
Charles Edward Jones, 48, Bedford, Mass.
Robin Kaplan, 33, Westboro, Massachusetts
Barbara Keating, 72, Palm Springs, Calif.
David P. Kovalcin, 42, Hudson, New Hampshire
Judy Larocque, 50, Framingham, Mass.
Natalie Janis Lasden, 46, Peabody, Mass.
Daniel John Lee, 34, Van Nuys, Calif.
Daniel C. Lewin, 31, Charlestown, Mass.
Susan A. MacKay, 44, Westford, Massachusetts
Christopher D. Mello, 25, Boston, Mass.
Jeff Mladenik, 43, Hinsdale, Illinois
Antonio Jesus Montoya Valdes, 46, East Boston, Mass.
Carlos Alberto Montoya, 36, Bellmont, Mass.
Laura Lee Morabito, 34, Framingham, Massachusetts
Mildred Rose Naiman, 81, Andover, Mass.
Laurie Ann Neira, 48, Los Angeles, Calif.
Renee Newell, 37, of Cranston, Rhode Island
Jacqueline J. Norton, 61, Lubec, Maine
Robert Grant Norton, 85, Lubec, Maine
Jane M. Orth, 49, Haverhill, Mass.
Thomas Pecorelli, 31, of Los Angeles, California
Berinthia Berenson Perkins, 53, Los Angeles, Calif.
Sonia Morales Puopolo, 58, of Dover, Massachusetts
David E. Retik, 33, Needham, Mass.
Philip M. Rosenzweig, 47, Acton, Mass.
Richard Ross, 58, Newton, Massachusetts
Jessica Sachs, 22, Billerica, Massachusetts
Rahma Salie, 28, Boston, Mass.
Heather Lee Smith, 30, Boston, Mass.
Douglas J. Stone, 54, Dover, N.H
Xavier Suarez, 41, Chino Hills, Calif.
Michael Theodoridis, 32, Boston, Mass.
James Trentini, 65, Everett, Massachusetts
Mary Trentini, 67, Everett, Massachusetts
Pendyala Vamsikrishna, 30, Los Angeles, Calif.
Mary Wahlstrom, 78, Kaysville, Utah
Kenneth Waldie, 46, Methuen, Massachusetts
John Wenckus, 46, Torrance, Calif.

Candace Lee Williams, 20, Danbury, Conn.
Christopher Zarba, 47, Hopkinton, Massachusetts

## AMERICAN AIRLINES FLIGHT 77

### Crew

Charles Burlingame, 51, Herndon, Va.
David M. Charlebois, 39, Washington, D.C
Michele Heidenberger, 57, Chevy Chase, Md.
Jennifer Lewis, 38, Culpeper, Virginia
Kenneth Lewis, 49, Culpeper, Virginia
Renee A. May, 39, Baltimore, Md

### Passengers

Paul Ambrose, 32, Washington, D.C.
Yeneneh Betru, 35, Burbank, Calif
Mary Jane (MJ) Booth, 64, Falls Church, Va.
Bernard Curtis Brown, 11, Washington, D.C.
Suzanne Calley, 42, San Martin, Calif.
William Caswell, 54, Silver Spring, Md.
Sarah Clark, 65, Columbia, Md.
Zandra Cooper, Annandale, Va.
Asia Cottom, 11, Washington, D.C.
James Debeuneure, 58, Upper Marlboro, Md.
Rodney Dickens, 11, Washington, D.C.
Eddie Dillard, Alexandria, Va.
Charles Droz, 52, Springfield, Va.
Barbara G. Edwards, 58, Las Vegas, Nev.
Charles S. Falkenberg, 45, University Park, Md.
Zoe Falkenberg, 8, University Park, Md.
Dana Falkenberg, 3, of University Park, Md.
James Joe Ferguson, 39, Washington, D.C.
Wilson "Bud" Flagg, 63, Millwood, Va.
Darlene Flagg, 63, Millwood, Va.
Richard Gabriel, 54, Great Falls, Va.
Ian J. Gray, 55, Columbia, Md.
Stanley Hall, 68, Rancho Palos Verdes, Calif.
Bryan Jack, 48, Alexandria, Va.
Steven D. Jacoby, 43, Alexandria, Va.
Ann Judge, 49, Great Falls, Va.
Chandler Keller, 29, El Segundo, Calif.
Yvonne Kennedy, 62, Sydney, New South Wales, Australia
Norma Khan, 45, Reston, Va.
Karen A. Kincaid, 40, Washington, D.C.
Dong Lee, 48, Leesburg, Va.
Dora Menchaca, 45, of Santa Monica, Calif.
Christopher Newton, 38, Anaheim, Calif.

Barbara Olson, 45, Great Falls, Va
Ruben Ornedo, 39, Los Angeles, Calif.
Robert Penniger, 63, of Poway, Calif.
Robert R. Ploger, 59, Annandale, Va.
Lisa J. Raines, 42, Great Falls, Va.
Todd Reuben, 40, Potomac, Maryland
John Sammartino, 37, Annandale, Va.
Diane Simmons, Great Falls, Va.
George Simmons, Great Falls, Va.
Mari-Rae Sopper, 35, Santa Barbara, Calif.
Robert Speisman, 47, Irvington, N.Y
Norma Lang Steuerle, 54, Alexandria, Va.
Hilda E. Taylor, 62, Forestville, Md
Leonard Taylor, 44, Reston, Va.
Sandra Teague, 31, Fairfax, Va.
Leslie A. Whittington, 45, University Park, Maryland.
John D. Yamnicky, 71, Waldorf, Md.
Vicki Yancey, 43, Springfield, Va.
Shuyin Yang, 61, Beijing, China
Yuguag Zheng, 65, Beijing, China

## UNITED AIRLINES FLIGHT 175

## Crew

Robert Fangman, 33, Claymont, Del.
Michael R. Horrocks, 38, Glen Mills, Pa.
Amy N. Jarret, 28, North Smithfield, R.I.
Amy R. King, 29, Stafford Springs, Conn.
Kathryn L. LaBorie, 44, Providence, R.I.
Alfred Gilles Padre Joseph Marchand, 44, Alamogordo, N.M.
Capt. Victor Saracini, 51, Lower Makefield Township, Pa.
Michael C. Tarrou, 38, Stafford Springs, Conn.
Alicia Nicole Titus, 28, San Francisco, Calif.

## Passengers

Alona Avraham, 30, Asdod, Israel.
Garnet Edward (Ace) Bailey, 54, Lynnfield, Mass.
Mark Bavis, 31, West Newton, Mass.
Graham Andrew Berkeley, 37, Boston, Mass.
Touri Bolourchi, 69, Beverly Hills, Calif.
Klaus Bothe, 31, Linkenheim, Baden-Wurttemberg, Germany
Daniel R. Brandhorst, 41, Los Angeles, Calif
David Reed Gamboa Brandhorst, 3, Los Angeles, Calif.
John Brett Cahill, 56, Wellesley, Mass.
Christoffer Carstanjen, 33, Turner Falls, Mass.
John (Jay) J. Corcoran, 43, Norwell, Mass
Dorothy Alma DeAraujo, 80, Long Beach, Calif.
Ana Gloria Pocasangre de Barrera, 49, San Salvador, El Salvador
Lisa Frost, 22, Rancho Santa Margarita, Calif.
Ronald Gamboa, 33, Los Angeles, Calif.
Lynn Catherine Goodchild, 25, Attleboro, Mass.
Peter Morgan Goodrich, 33, Sudbury, Mass.
Douglas A. Gowell, 52, Methuen, Mass.
The Rev. Francis E. Grogan, 76, of Easton, Mass.
Carl Max Hammond, 37, Derry, N.H.
Peter Hanson, 32, Groton, Mass.
Sue Kim Hanson, 35, Groton, Mass.
Christine Lee Hanson, 2, Groton, Mass.
Gerald F. Hardacre, 61, Carlsbad, Calif.
Eric Samadikan Hartono, 20, Boston, Mass.
James E. Hayden, 47, Westford, Mass.
Herbert W. Homer, 48, Milford, Mass.
Robert Adrien Jalbert, 61, Swampscott, Mass.
Ralph Francis Kershaw, 52, Manchester-by-the-Sea, Mass.
Heinrich Kimmig, 43, Willstaett, Germany

Brian Kinney, 29, Lowell, Mass.
Robert George LeBlanc, 70, Lee, N.H.
Maclovio Lopez, Jr., 41, Norwalk, Calif.
Marianne MacFarlane, MacFarlane, 34, Revere, Mass.
Louis Neil Mariani, 59, Derry, N.H.
Juliana Valentine McCourt, 4, New London, Conn.
Ruth Magdaline McCourt, 45, New London, Conn.
Wolfgang Peter Menzel, 59, Wilhelmshaven, Germany
Shawn M. Nassaney, 25, Pawtucket, R.I.
Marie Pappalardo, 53, Paramount, Calif.
Patrick Quigley, 40, of Wellesley, Mass.
Frederick Charles Rimmele, 32, Marblehead, Mass.
James M. Roux, 43, Portland, Maine
Jesus Sanchez, 45, Hudson, Mass.
Mary Kathleen Shearer, 61, Dover, N.H.
Robert Michael Shearer, 63, Dover, N.H.
Jane Louise Simpkin, 36, Wayland, Mass.
Brian D. Sweeney, 38, Barnstable, Mass.
Timothy Ward, 38, San Diego, Calif.
William M. Weems, 46, Marblehead, Mass.

## UNITED AIRLINES FLIGHT 93

### Crew

Lorraine G. Bay, 58, East Windsor, N.J.
Sandra W. Bradshaw, 38, Greensboro, N.C.
Jason Dahl, 43, Denver, Colo.
Wanda Anita Green, 49, Linden, N.J.
Leroy Homer, 36, Marlton, N.J.
CeeCee Lyles, 33, Fort Myers, Fla.
Deborah Welsh, 49, New York, N.Y.

### Passengers

Christian Adams, 37, Biebelsheim, Germany
Todd Beamer, 32, Cranbury, N.J.
Alan Beaven, 48, Oakland, CA
Mark K. Bingham, 31, San Francisco, Calif.
Deora Frances Bodley, 20, San Diego, Calif.
Marion Britton, 53, New York, N.Y.
Thomas E. Burnett Jr., 38, San Ramon, Calif.
William Cashman, 57, North Bergen, N.J.
Georgine Rose Corrigan, 56, Honolulu, Hawaii
Patricia Cushing, 69, Bayonne, N.J.
Joseph Deluca, 52, Ledgewood, N.J.
Patrick Joseph Driscoll, 70, Manalapan, N.J.
Edward P. Felt, 41, Matawan, N.J.
Jane C. Folger, 73, Bayonne, N.J.
Colleen Laura Fraser, 51, Elizabeth, N.J.
Andrew Garcia, 62, Portola Valley, Calif.
Jeremy Glick, 31, Hewlett, N.J.
Lauren Grandcolas, 38, San Rafael, Calif.
Donald F. Greene, 52, Greenwich, Conn.
Linda Gronlund, 46, Warwick, N.Y.
Richard Guadagno, 38, of Eureka, Calif.
Toshiya Kuge, 20, Nishimidoriguoska, Japan
Hilda Marcin, 79, Budd Lake, N.J.
Nicole Miller, 21, San Jose, Calif.
Louis J. Nacke, 42, New Hope, Pa.
Donald Arthur Peterson, 66, Spring Lake, N.J.
Jean Hoadley Peterson, 55, Spring Lake, N.J.
Waleska Martinez Rivera, 37, Jersey City, N.J.
Mark Rothenberg, 52, Scotch Plains, N.J.
Christine Snyder, 32, Kailua, Hawaii
John Talignani, 72, New York, N.Y.

Honor Elizabeth Wainio, 27, Watchung, N.J.
Olga Kristin Gould White, 65, New York, N.Y.

## THE PENTAGON

Spc. Craig Amundson, 28, Fort Belvoir, Va.
Melissa Rose Barnes, 27, Redlands, Calif.
(Retired) Master Sgt. Max Beilke, 69, Laurel, Md.
Kris Romeo Bishundat, 23, Waldorf, Md.
Carrie Blagburn, 48, Temple Hills, Md.
Lt. Col. Canfield D. Boone, 54, Clifton, Va.
Donna Bowen, 42, Waldorf, Md.
Allen Boyle, 30, Fredericksburg, Va.
Christopher Lee Burford, 23, Hubert, N.C.
Daniel Martin Caballero, 21, Houston, Texas
Sgt. 1st Class Jose Orlando Calderon-Olmedo, 44, Annandale, Va.
Angelene C. Carter, 51, Forrestville, Md.
Sharon Carver, 38, Waldorf, Md.
John J. Chada, 55, Manassas, Va.
Rosa Maria (Rosemary) Chapa, 64, Springfield, Va.
Julian Cooper, 39, Springdale, Md.
Lt. Cmdr. Eric Allen Cranford, 32, Drexel, N.C.
Ada M. Davis, 57, Camp Springs, Md.
Capt. Gerald Francis Deconto, 44, Sandwich, Mass.
Lt. Col. Jerry Don Dickerson, 41, Durant, Miss.
Johnnie Doctor, 32, Jacksonville, Fla.
Capt. Robert Edward Dolan, 43, Alexandria, Va.
Cmdr. William Howard Donovan, 37, Nunda, N.Y.
Cmdr. Patrick S. Dunn, 39, Springfield, Va.
Edward Thomas Earhart, 26, Salt Lick, Ky.
Lt. Cmdr. Robert Randolph Elseth, 37, Vestal, N.Y.
Jamie Lynn Fallon, 23, Woodbridge, Va.
Amelia V. Fields, 36, Dumfries, Va.
Gerald P. Fisher, 57, Potomac, Md.
Matthew Michael Flocco, 21, Newark, Del.
Sandra N. Foster, 41, Clinton, Md.
Capt. Lawrence Daniel Getzfred, 57, Elgin, Neb.
Cortz Ghee, 54, Reisterstown, Md.
Brenda C. Gibson, 59, Falls Church, Va.
Ron Golinski, 60, Columbia, Md.
Diane M. Hale-McKinzy, 38, Alexandria, Va.
Carolyn B. Halmon, 49, Washington, D.C.
Sheila Hein, 51, University Park, Md.
Ronald John Hemenway, 37, Shawnee, Kan.
Maj. Wallace Cole Hogan, 40, Fla.
Jimmie Ira Holley, 54, Lanham, Md.
Angela Houtz, 27, La Plata, Md.
Brady K. Howell, 26, Arlington, Va.
Peggie Hurt, 36, Crewe, Va.

Lt. Col. Stephen Neil Hyland, 45, Burke, Va.
Robert J. Hymel, 55, Woodbridge, Va.
Sgt. Maj. Lacey B. Ivory, 43, Woodbridge, Va.
Lt. Col. Dennis M. Johnson, 48, Port Edwards, Wis.
Judith Jones, 53, Woodbridge, Va.
Brenda Kegler, 49, Washington, D.C.
Lt. Michael Scott Lamana, 31, Baton Rouge, La.
David W. Laychak, 40, Manassas, Va.
Samantha Lightbourn-Allen, 36, Hillside, Md.
Maj. Steve Long, 39, Ga.
James Lynch, 55, Manassas, Va.
Terence M. Lynch, 49, Alexandria, Va.
Nehamon Lyons, 30, Mobile, Ala.
Shelley A. Marshall, 37, Marbury, Md.
Teresa Martin, 45, Stafford, Va.
Ada L. Mason, 50, Springfield, Va.
Lt. Col. Dean E. Mattson, 57, Calif.
Lt. Gen. Timothy J. Maude, 53, Fort Myer, Va.
Robert J. Maxwell, 53, Manassas, Va.
Molly McKenzie, 38, Dale City, Va.
Patricia E. (Patti) Mickley, 41, Springfield, Va.
Maj. Ronald D. Milam, 33, Washington, D.C.
Gerard (Jerry) P. Moran, 39, Upper Marlboro, Md.
Odessa V. Morris, 54, Upper Marlboro, Md.
Brian Anthony Moss, 34, Sperry, Okla.
Ted Moy, 48, Silver Spring, Md.
Lt. Cmdr. Patrick Jude Murphy, 38, Flossmoor, Ill.
Khang Nguyen, 41, Fairfax, Va.
Michael Allen Noeth, 30, New York, N.Y.
Diana Borrero de Padro, 55, Woodbridge, Va.
Spc. Chin Sun Pak, 25, Lawton, Okla.
Lt. Jonas Martin Panik, 26, Mingoville, Pa.
Maj. Clifford L. Patterson, 33, Alexandria, Va.
Lt. J.G. Darin Howard Pontell, 26, Columbia, Md.
Scott Powell, 35, Silver Spring, Md.
(Retired) Capt. Jack Punches, 51, Clifton, Va.
Joseph John Pycior, 39, Carlstadt, N.J.
Deborah Ramsaur, 45, Annandale, Va.
Rhonda Rasmussen, 44, Woodbridge, Va.
Marsha Dianah Ratchford, 34, Prichard, Ala.
Martha Reszke, 36, Stafford, Va.
Cecelia E. Richard, 41, Fort Washington, Md.
Edward V. Rowenhorst, 32, Lake Ridge, Va.
Judy Rowlett, 44, Woodbridge, Va.
Robert E. Russell, 52, Oxon Hill, Md.
William R. Ruth, 57, Mount Airy, Md.

Charles E. Sabin, 54, Burke, Va.
Marjorie C. Salamone, 53, Springfield, Va.
Lt. Col. David M. Scales, 44, Cleveland, Ohio
Cmdr. Robert Allan Schlegel, 38, Alexandria, Va.
Janice Scott, 46, Springfield, Va.
Michael L. Selves, 53, Fairfax, Va.
Marian Serva, 47, Stafford, Va.
Cmdr. Dan Frederic Shanower, 40, Naperville, Ill.
Antoinette Sherman, 35, Forest Heights, Md.
Don Simmons, 58, Dumfries, Va.
Cheryle D. Sincock, 53, Dale City, Va.
Gregg Harold Smallwood, 44, Overland Park, Kan.
(Retired) Lt. Col. Gary F. Smith, 55, Alexandria, Va.
Patricia J. Statz, 41, Takoma Park, Md.
Edna L. Stephens, 53, Washington, D.C.
Sgt. Maj. Larry Strickland, 52, Woodbridge, Va.
Maj. Kip P. Taylor, 38, McLean, Va.
Sandra C. Taylor, 50, Alexandria, Va.
Karl W. Teepe, 57, Centreville, Va.
Sgt. Tamara Thurman, 25, Brewton, Ala.
Lt. Cmdr. Otis Vincent Tolbert, 38, Lemoore, Calif.
Willie Q. Troy, 51, Aberdeen, Md.
Lt. Cmdr. Ronald James Vauk, 37, Nampa, Idaho
Lt. Col. Karen Wagner, 40, Houston, Texas
Meta L. Waller, 60, Alexandria, Va.
Staff Sgt. Maudlyn A. White, 38, St. Croix, Virgin Islands
Sandra L. White, 44, Dumfries, Va.
Ernest M. Willcher, 62, North Potomac, Md.
Lt. Cmdr. David Lucian Williams, 32, Newport, Ore.
Maj. Dwayne Williams, 40, Jacksonville, Ala.
Marvin R. Woods, 57, Great Mills, Md.
Kevin Wayne Yokum, 27, Lake Charles, La.
Donald McArthur Young, 41, Roanoke, Va.
Lisa L. Young, 36, Germantown, Md.
Edmond Young, 22, Owings, Md.

## PLAINTIFFS' MORE DEFINITE STATEMENT/ADDITIONAL ALLEGATIONS AS TO DEFENDANT ERWIN WACHTER

1. The name of the defendant to whom this Statement pertains is Erwin Wachter. The alleged misconduct and basis for liability is set forth below as well as described elsewhere in the Complaint, as amended.

2. All known wrongdoers are named as defendants in this action, as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), other cases brought by other plaintiffs in *In Re Terrorist Attacks on September 11, 2001* (03-MDL-1570 (RCC)), and others. Plaintiffs will separately file Statements with respect to the misconduct of certain of the other defendants. Given the vastly complicated nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, however, much information is unavailable to plaintiffs, and the identities of other wrongdoers may be revealed through discovery or otherwise. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified and after discovery or other information is obtained.

3. The name of each victim is indicated on the attached hereto as can be found on the More Definite Statement, Victims List ("Victims List"). The victims consist of (1) all spouses, children, parents, siblings, or heirs of any individual who died at the World Trade Center in New York, NY, the Pentagon Building in Arlington County, Virginia, or in the airliner crash in Shanksville, Pennsylvania, as the result of terrorist attacks on September 11, 2001 (with the events at the World Trade Center in New York, N.Y., the Pentagon Building in Arlington County, Virginia, and the airliner crash in Shanksville, Pennsylvania, on September 11, 2001, and activities related thereto, collectively referred to herein as "Attack" or "Attacks"); and (2) all legal representatives (including executors, estate administrators and trustees) entitled to bring legal action on behalf of any individual who died as the result of terrorist attacks on September 11, 2001; but excluding (3) all individuals, and all spouses, children, parents, siblings, and legal representative of individuals identified by the Attorney General of the United States or otherwise shown to have perpetrated, aided and abetted, conspired in regard to, or otherwise supported the terrorist attacks of September 11, 2001. Victims List sets forth the names of the decedents killed by the attackers, with the category of "victims" further including their spouses, children, parents, siblings or heirs as set forth above.

4. The manner in which the victims were injured consists of death, suffering caused by death, and all economic damages resulting from such deaths, and actions of the defendants and their co-conspirators as described herein.

**EXHIBIT**

**B**

5. Please find below a description, in detail, of the pattern of racketeering activity for each RICO claim:

   a. The predicate acts and statutes in question include:

   - Conspiracy to commit murder - NY Penal § 105.15; NY Penal § 125.25 (xi)

   - Conspiracy to commit arson - NY Penal § 105.15; NY Penal § 150.15

   - Fraud with Identification - 18 U.S.C. § 1028

   - Mail Fraud - 18 U.S.C. § 1341

   - Wire Fraud - 18 U.S.C. § 1343

   - Financial Institution Fraud - 18 U.S.C. §1344

   - Illegal Transactions in Monetary Instruments - 18 U.S.C. § 1956

   - Money Laundering - 18 U.S.C. § 1957

   - Defrauding the United States Government - 18 U.S.C. § 371

   - Travel Act - 18 U.S.C. § 1952

   - Filing false or Materially False Tax Returns - 26 U.S.C. § 7206(1),(2)

   - Engaging in a corrupt endeavor to impede and impairthe due administration of the internal revenue laws - 26 U.S.C. § 7212(a)

   - Providing Material Support of Terrorism - 18 U.S.C. § 2332(b)(g)(5)(B), 18 U.S.C. § 2339A, 18 U.S.C. § 2339B, 18 U.S.C. § 2339C

   b. In the Mid 1990's to September 11, 2002, Erwin Wachter conducted or participated, directly or indirectly, in the conduct of the Enterprise's, as defined *supra*, affairs and participated in the operation or management of the operation of the Enterprise itself. Erwin Wachter conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Throughout this period, Erwin Wachter conspired to support terrorism and to obfuscate the roles of the various participants and conspirators in Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attack.

c. The individual times, places, and contents of the alleged misconduct are not all particularly known at this time.

d. The predicate act is not based upon a criminal conviction.

e. Civil litigation has not yet resulted in a judgment regarding the predicate acts.

f. The predicate acts form a pattern of racketeering in that they are repeated, ongoing, continuous, and are a part of the Enterprise's regular way of doing business. Other of the defendants consistently, evenly constantly, laundered money, filed false tax returns, and otherwise impeded and impaired the administration of the tax laws as part of their scheme to conduit money to terrorists, and yet obfuscate their support of Radical Muslim Terrorism and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

g. The predicate act relates to each other (horizontal relatedness) as part of a common plan because each act of knowing and intentionally providing financial services and money laundering and tax evasion allowed certain of the defendants, specifically including Erwin Wachter, to surreptitiously provide funds to terrorist organizations, including al Qaida, Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attacks.

6. A description of the Enterprise is as follows:

a. The Enterprise ("Radical Muslim Terrorism" or "al Qaida" or "International Islamic Front for the Jihad Against Jews and Crusaders") ("Enterprise") is comprised of the defendants named in the Original Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), and others, and is a collection of the persons, organizations, businesses, and nations associated in fact.

b. The Enterprise has its origins in the defeat of the Soviets in Afghanistan in the late 1980s, when Osama Bin Ladin ("Bin Ladin") formed an organization called "The Foundation" or "al Qaida." Al Qaida was intended to serve as a foundation upon which to build a global Islamic army. In February, 1998, a declaration was issued, following the holding of a terrorist summit, announcing the formation of the International Islamic Front for the Jihad Against Jews and Crusaders, the precursor of which was the Muslim Brotherhood and the Islamic Jihad. The structure of the Enterprise is an association in fact with common and complex goals that consist of far more than the mere desire to perpetrate the acts of

racketeering outlined herein. Rather, the Enterprise utilizes acts of racketeering to further its overall common purposes of: (i) spreading a particularly virulent brand of radical, conservative Islam; (ii) eliminating Western influences in Islamic countries, including Western influences that are perceived to keep in power repressive Saudi-American regimes that are not true to Islam; and (iii) punishing Israel, and the United States for its perceived support of Israel. Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, does not feature a centralized hierarchy, because the lack of a centralized hierarchy is essential to the Enterprise's clandestine nature and its success. Thus, although al Qaida, for example, had its own membership roster and a structure of "committees" to guide and oversee such functions as training terrorists, proposing targets, financing operations, and issuing edicts, the committees were not a hierarchical chain of command but were instead a means for coordinating functions and providing material support to operations. Erwin Wachter fit neatly into this framework by raising funds for and providing funding to and otherwise providing material support for the members of the Enterprise who engaged in the Attack.

The Enterprise is a sophisticated global terrorist network which uses a variety of business and financial transactions to further its operations. These transactions include but are not limited to transferring funds between accounts to purchase communications equipment, electronics equipment, and land (for use as training camps and to store explosives and weapons). These transactions are accomplished through, *inter alia*, the use of wire transfers and electronic transmissions.

On information and belief, at the time of the September 11th attack, the al Qaida's annual income was approximately $50 million and its assets over a ten-year period ranged between $300 and $500 million dollars. The Enterprise relies upon a global network of banks and financial institutions, including Erwin Wachter, and illegal activity to generate material support to continue its terrorist operations.

c. Erwin Wachter was not an employee, officer or director of the Enterprise, based upon present information available. Erwin Wachter is associated with the alleged Enterprise. Erwin Wachter is a member of the Enterprise, and is separate and distinct from the Enterprise. Erwin Wachter intended to further the Attack and adopted the goal of furthering and/or facilitating that criminal endeavor, which criminal activity culminated in the Attack.

7. The pattern of racketeering activity conducted by Erwin Wachter is separate from the existence of Radical Muslim Terrorism, and/or the Al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, but was a necessary component to the Attack.

8. The Enterprise conducts terrorism all over the world; the racketeering activity conducted by Erwin Wachter funds that activity, which activity culminated in the Attack. The usual and daily activities of the Enterprise include recruitment, indoctrination, and the provisioning and operation of training camps, all of which activities are funded by the racketeering activities described herein.

9. The Enterprise benefits by spreading its ideology, by suppressing other forms of Islam, and through the gratification of destroying its perceived enemies.

10. The Enterprise, and the racketeering activities conducted by Erwin Wachter, relies heavily on the American interstate system of commerce for banking, supplies, communications, and virtually all its essential commercial functions, and in that manner affects interstate commerce. The Enterprise and the racketeering activities conducted, engaged in, and/or transacted business within and in the United States and elsewhere, and utilized, possessed, used, transferred, owned, leased, operated, and/or controlled assets in the United States and elsewhere. Furthermore, activities and actions of the Enterprise affect interstate commerce as demonstrated by the Attack itself, which caused damage to the United States economy and property and businesses situate therein. See Rasul v. Bush, 124 S. Ct. 2686, No. 03-334, 2004 U.S. LEXIS 4760, *8 (stating that the Attack "severely damaged the United States economy").

11. Erwin Wachter acquired or maintained an interest or control in the Enterprise.

12. With respect to the alleged violation of 18 U.S.C. § 1962(c), the following is asserted:

   a. Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders "employs" certain individuals, only a few of whose identities are known, including defendant Osama Bin Ladin.

   b. The Enterprise, Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and the Crusaders, is comprised of the defendants named in the Complaint, the First Amended Complaint, the Second Amended Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), among others, and is a collection of the persons, organizations, businesses, and nations associated in fact. The liable persons are the enterprise and that which makes up the enterprise.

13. The conspiracy which violates 18 U.S.C. §1962(d) is described as follows:

   a. The history of the conspiracy, in violation of 18 U.S.C. § 1962(d), behind Radical Muslim Terrorism, or the al Qaida, or the International Islamic

Page 5

Front for the Jihad Against Jews and Crusaders could, and has, filled many books, but for purposes of the present RICO Statement, the following is offered. After being turned out of the Sudan in May 1996, al Qaida established itself in Afghanistan, and relied on well-placed financial facilitators, including Erwin Wachter, who laundered funds from Islamic so-called charities and corporations and raised money from witting and unwitting donors. They also relied heavily on certain imams at mosques who were willing to divert the *Zakat*, the mandatory charitable contributions required of all Muslims. Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders also collected money from employees of corrupted charities. The money raised from these various sources (the "Funds"), including Erwin Wachter, were used by the Enterprise to accomplish its goals, with the knowledge and awareness of Erwin Wachter, of both those goals and the uses to which the Funds were put.

b.  The Funds were used to organize and conduct a complex international terrorist operation intended to inflict catastrophic harm on the United States. The Funds enabled the Enterprise to identify, recruit, groom and train leaders who were able to evaluate, approve and supervise the planning and direction of the Enterprise. The Funds also provided communications sufficient system that gathered information on and formed assessments of the Enterprise's enemies' strengths and weaknesses.

c.  The Funds enabled the Enterprise to establish a personnel system by which, among other things, it recruited and trained persons to inflict the harm (the "Operatives") and provided planning and direction to the Operatives. The funds thus raised were used to, among other things, operate terrorist training camps in Afghanistan, where some recruits were trained in conventional warfare but where the best and most zealous recruits received terrorist training. The curriculum in the camps placed with great emphasis on ideological and religious indoctrination. All trainees and other personnel were encouraged to think creatively about ways to commit mass murder.

d.  The camps were able to operate only because of the worldwide network of recruiters, travel facilitators, and document forgers who vetted recruits and helped them get in and out of Afghanistan. From the ranks of these recruits the nineteen perpetrators of the Attack were selected. None of this would have been possible without the funds supplied by participants and conspirators like Erwin Wachter. Indeed, the Enterprise would not have been successful without enthusiastic participation of all of the conspirators, including Erwin Wachter. In order to identify nineteen individuals willing, able and competent to carry out the Attack, Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic

Page 6

X:\Clients\ONeill v. Saudi arabia\Complaints\English\Iraq\Iraq4\Exhibits\B_EWachter- More Definite Statement - Iraqjsg.doc

Front for the Jihad Against Jews and Crusaders needed to select from a vast pool of recruits and trainees, which pool would not have been available to it without the assistance provided by Erwin Wachter. Erwin Wachter, with knowledge and intent, agreed to the overall objectives of the conspiracy, and agreed to commit at least two predicate acts and all agreed to participate in the conspiracy, either expressly or impliedly. Erwin Wachter conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Erwin Wachter conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Erwin Wachter also, with knowledge and intent, agreed to and did aid and abet all of the above illegal activities, RICO predicate acts, and RICO violations.

14. The injuries to business or property suffered by the O'Neill Plaintiff's resulting from the September 11th attack include economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. Additionally, the Attack itself was intended to destroy the leading symbol of the United States' leadership in world trade – The World Trade Center - and as such, affected the O'Neill Plaintiff's jobs, businesses, and livelihoods.

15. Plaintiffs' damages – the loss of life and the damages to business and property related thereto that resulted from the actions of the defendants and their co-conspirators, are a direct causal relationship to the violation of the RICO statute, and are not a derivative claim of damage to a third party. The Plaintiffs, both named and as a class, as described in the complaint, as amended, were the "reasonably foreseeable victims of a RICO violation" and the "intended victims of the racketeering enterprise," (that is, terrorism, the culmination of which was the Attack).

16. Each defendant is jointly and severally liable for all damages sustained by each plaintiff subject to the description of victims set forth in paragraph 4 hereof, for the loss of life, and the economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. The damages for the plaintiffs' collectively are to be determined at trial, and are in excess of $10,000,000,000.00 prior to trebling, punitive damages, interest, legal fees, and the costs of this suit.

17. The federal causes of action against Erwin Wachter are as follows:  Count Eight, Anti-Terrorism Act, 18 U.S.C. § 2331, 2333, *et. seq.*; Count Nine, RICO, 18 U.S.C. § 1962(b),1962(c), 1962(d).

18. The state causes of action are as follows:  Count One, Wrongful Death; Count Two, Survival; Count Three, Action for Economic Damages; Count Four, Intentional Infliction of Emotional Distress; Count Five, Loss of Consortium; Count Six, Loss of Solatium; Count Seven, Conspiracy; Count Ten, Punitive Damages .

19. Erwin Wachter has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.  Erwin Wachter conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself.  Erwin Wachter conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

20. Plaintiffs hereby incorporate all allegations, claims and counts contained in Plaintiff's Complaint, as amended.

21. Erwin Wachter has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.  Erwin Wachter conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself.  Erwin Wachter _conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

22. Erwin Wachter is the head of Asat Trust, a co-defendant in the above-referenced cases.[1]   Additionally, available information reveals a pattern of activity over a period of many years of the Wachters, including both Martin Wachter and his father, Erwin Wachter (collectively referred to as "Wachters"), working at the same address registered to Asat Trust.

---

[1] Specific misconduct regarding Asat Trust, a co-defendant herein, is provided via More Definite Statement Applicable to Asat Trust.  Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to Asat Trust, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

23. He is also an owner of Sercor Treuhand Anstalt, a co-defendant in the above-referenced cases.[2]

24. As owner and head of Asat Trust and Secor Treuhand Anstalt, Erwin Wachter oversaw the activities and had knowledge of the activities that supported the al Qaida and/or Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

25. Erwin Wachter has long known that accounts, under his control, which were maintained, and assisted, were being used to solicit and transfer funds to terrorist organizations, including al Qaida and/or Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Despite this knowledge, Erwin Wachter continued to permit, make available, assist, and maintain those accounts.

26. Available information demonstrates that there has been activities between the Wachters and Al Taqwa Bank, a co-defendant in the above- referenced cases who has been significantly linked to activities and supporting the al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Al Taqwa's assets were frozen by the Office of Foreign Assets Control, as a Designated Terrorist Organization, by Executive Order #13224. Additionally, there is information which places the Wachters at working on behalf of Al Taqwa Bank in Nassau, Bahamas.

27. There is also information which links the Wachters to Al Taqwa and its executives, Youssef M. Nada, Ali Ghaleb Himmat, Nasreddin, and Albert Friedrich Armand Huber, co-defendants in the above-referenced cases which have been linked to funding and supporting the al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

28. Based upon information and belief, the Wachters were involved in laundering funds on behalf of the Food-for-Oil program and moving the money through Al Taqwa.

29. As the foregoing demonstrates, Erwin Wachter thereby knowingly has, for a period of many years, provided critical financial and logistical support to al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, to support the terrorist organization's

---

[2] Specific misconduct regarding Sercor Treuhand Anstalt, a co-defendant herein, is provided via More Definite Statement Applicable to Sercor Truehand Anstalt. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to Sercor Truehand Anstalt, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

X:\Clients\ONeill v. Saudi arabia\Complaints\English\Iraq\Iraq4\Exhibits\B_EWachter- More Definite Statement - Iraqjsg.doc

global jihad.  The September 11th Attack was a direct, intended and foreseeable product of Erwin Wachter's participation in the jihadist campaign for al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

30. Given the extraordinarily complex nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, much information is presently unavailable to plaintiffs, absent discovery.  Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified through discovery and otherwise.


Date:  September 29, 2005



LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.



BY:_____
GINA M. MAC NEILL, ESQUIRE (GM 0581)
JERRY S. GOLDMAN, ESQUIRE (JG 8445)
FREDERICK J. SALEK, ESQUIRE (FS 8565)
Attorneys for the Plaintiffs
111 Broadway, 13th Floor
New York, N.Y. 10006
212.242.2232

PLAINTIFFS' MORE DEFINITE STATEMENT/ADDITIONAL ALLEGATIONS AS
TO DEFENDANT MARTIN WACHTER

1. The name of the defendant to whom this Statement pertains is Martin Wachter. The alleged misconduct and basis for liability is set forth below as well as described elsewhere in the Complaint, as amended.

2. All known wrongdoers are named as defendants in this action, as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), other cases brought by other plaintiffs in *In Re Terrorist Attacks on September 11, 2001* (03-MDL-1570(RCC)), and others. Plaintiffs will separately file Statements with respect to the misconduct of certain of the other defendants. Given the vastly complicated nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, however, much information is unavailable to plaintiffs, and the identities of other wrongdoers may be revealed through discovery or otherwise. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified and after discovery or other information is obtained.

3. The name of each victim is indicated on the attached hereto as can be found on the More Definite Statement, Victims List ("Victims List"). The victims consist of (1) all spouses, children, parents, siblings, or heirs of any individual who died at the World Trade Center in New York, NY, the Pentagon Building in Arlington County, Virginia, or in the airliner crash in Shanksville, Pennsylvania, as the result of terrorist attacks on September 11, 2001 (with the events at the World Trade Center in New York, N.Y., the Pentagon Building in Arlington County, Virginia, and the airliner crash in Shanksville, Pennsylvania, on September 11, 2001, and activities related thereto, collectively referred to herein as "Attack" or "Attacks"); and (2) all legal representatives (including executors, estate administrators and trustees) entitled to bring legal action on behalf of any individual who died as the result of terrorist attacks on September 11, 2001; but excluding (3) all individuals, and all spouses, children, parents, siblings, and legal representative of individuals identified by the Attorney General of the United States or otherwise shown to have perpetrated, aided and abetted, conspired in regard to, or otherwise supported the terrorist attacks of September 11, 2001. Victims List sets forth the names of the decedents killed by the attackers, with the category of "victims" further including their spouses, children, parents, siblings or heirs as set forth above.

4. The manner in which the victims were injured consists of death, suffering caused by death, and all economic damages resulting from such deaths, and actions of the defendants and their co-conspirators as described herein.

5. Please find below a description, in detail, of the pattern of racketeering activity for each RICO claim:

**EXHIBIT**

**C**

a.  The predicate acts and statutes in question include:

- Conspiracy to commit murder - NY Penal § 105.15; NY Penal § 125.25 (xi)

- Conspiracy to commit arson - NY Penal § 105.15; NY Penal § 150.15

- Fraud with Identification - 18 U.S.C. § 1028

- Mail Fraud - 18 U.S.C. § 1341

- Wire Fraud - 18 U.S.C. § 1343

- Financial Institution Fraud - 18 U.S.C. §1344

- Illegal Transactions in Monetary Instruments - 18 U.S.C. § 1956

- Money Laundering - 18 U.S.C. § 1957

- Defrauding the United States Government - 18 U.S.C. § 371

- Travel Act - 18 U.S.C. § 1952

- Filing false or Materially False Tax Returns - 26 U.S.C. § 7206(1),(2)

- Engaging in a corrupt endeavor to impede and impairthe due administration of the internal revenue laws - 26 U.S.C. § 7212(a)

- Providing Material Support of Terrorism - 18 U.S.C. § 2332(b)(g)(5)(B), 18 U.S.C. § 2339A, 18 U.S.C. § 2339B, 18 U.S.C. § 2339C

b.  In the Mid 1990's to September 11, 2002, Martin Wachter conducted or participated, directly or indirectly, in the conduct of the Enterprise's, as defined *supra*, affairs and participated in the operation or management of the operation of the Enterprise itself.  Martin Wachter  conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.  Throughout this period, Martin Wachter conspired to support terrorism and to obfuscate the roles of the various participants and conspirators in Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attack.

c.  The individual times, places, and contents of the alleged misconduct are not all particularly known at this time.

d.  The predicate act is not based upon a criminal conviction.

e.  Civil litigation has not yet resulted in a judgment regarding the predicate acts.

f.  The predicate acts form a pattern of racketeering in that they are repeated, ongoing, continuous, and are a part of the Enterprise's regular way of doing business.  Other of the defendants consistently, evenly constantly, laundered money, filed false tax returns, and otherwise impeded and impaired the administration of the tax laws as part of their scheme to conduit money to terrorists, and yet obfuscate their support of Radical Muslim Terrorism and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

g.  The predicate act relates to each other (horizontal relatedness) as part of a common plan because each act of knowing and intentionally providing financial services and money laundering and tax evasion allowed certain of the defendants, specifically including Martin Wachter, to surreptiously provide funds to terrorist organizations, including al Qaida, Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attacks.

6.  A description of the Enterprise is as follows:

a.  The Enterprise ("Radical Muslim Terrorism" or "al Qaida" or "International Islamic Front for the Jihad Against Jews and Crusaders") ("Enterprise") is comprised of the defendants named in the Original Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), and others, and is a collection of the persons, organizations, businesses, and nations associated in fact.

b.  The Enterprise has its origins in the defeat of the Soviets in Afghanistan in the late 1980s, when Osama Bin Ladin ("Bin Ladin") formed an organization called "The Foundation" or "al Qaida."  Al Qaida was intended to serve as a foundation upon which to build a global Islamic army.  In February, 1998, a declaration was issued, following the holding of a terrorist summit, announcing the formation of the International Islamic Front for the Jihad Against Jews and Crusaders, the precursor of which was the Muslim Brotherhood and the Islamic Jihad.  The structure of the Enterprise is an association in fact with common and complex goals that consist of far more than the mere desire to perpetrate the acts of racketeering outlined herein.  Rather, the Enterprise utilizes acts of racketeering to further its overall common purposes of:  (i) spreading a particularly virulent brand of radical, conservative Islam; (ii) eliminating Western influences in Islamic countries, including Western influences that

Page 3

are perceived to keep in power repressive Saudi-American regimes that are not true to Islam; and (iii) punishing Israel, and the United States for its perceived support of Israel. Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, does not feature a centralized hierarchy, because the lack of a centralized hierarchy is essential to the Enterprise's clandestine nature and its success. Thus, although al Qaida, for example, had its own membership roster and a structure of "committees" to guide and oversee such functions as training terrorists, proposing targets, financing operations, and issuing edicts, the committees were not a hierarchical chain of command but were instead a means for coordinating functions and providing material support to operations. Martin Wachter fit neatly into this framework by raising funds for and providing funding to and otherwise providing material support for the members of the Enterprise who engaged in the Attack.

The Enterprise is a sophisticated global terrorist network which uses a variety of business and financial transactions to further its operations. These transactions include but are not limited to transferring funds between accounts to purchase communications equipment, electronics equipment, and land (for use as training camps and to store explosives and weapons). These transactions are accomplished through, *inter alia*, the use of wire transfers and electronic transmissions.

On information and belief, at the time of the September 11th attack, the al Qaida's annual income was approximately $50 million and its assets over a ten-year period ranged between $300 and $500 million dollars. The Enterprise relies upon a global network of banks and financial institutions, including Martin Wachter, and illegal activity to generate material support to continue its terrorist operations.

    c.   Martin Wachter was not an employee, officer or director of the Enterprise, based upon present information available. Martin Wachter is associated with the alleged Enterprise. Martin Wachter is a member of the Enterprise, and is separate and distinct from the Enterprise. Martin Wachter intended to further the Attack and adopted the goal of furthering and/or facilitating that criminal endeavor, which criminal activity culminated in the Attack.

7.   The pattern of racketeering activity conducted by Martin Wachter is separate from the existence of Radical Muslim Terrorism, and/or the Al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, but was a necessary component to the Attack.

8.   The Enterprise conducts terrorism all over the world; the racketeering activity conducted by Martin Wachter funds that activity, which activity culminated in the

Attack. The usual and daily activities of the Enterprise include recruitment, indoctrination, and the provisioning and operation of training camps, all of which activities are funded by the racketeering activities described herein.

9. The Enterprise benefits by spreading its ideology, by suppressing other forms of Islam, and through the gratification of destroying its perceived enemies.

10. The Enterprise, and the racketeering activities conducted by Martin Wachter, relies heavily on the American interstate system of commerce for banking, supplies, communications, and virtually all its essential commercial functions, and in that manner affects interstate commerce. The Enterprise and the racketeering activities conducted, engaged in, and/or transacted business within and in the United States and elsewhere, and utilized, possessed, used, transferred, owned, leased, operated, and/or controlled assets in the United States and elsewhere. Furthermore, activities and actions of the Enterprise affect interstate commerce as demonstrated by the Attack itself, which caused damage to the United States economy and property and businesses situate therein. See Rasul v. Bush, 124 S. Ct. 2686, No. 03-334, 2004 U.S. LEXIS 4760, *8 (stating that the Attack "severely damaged the United States economy").

11. Martin Wachter acquired or maintained an interest or control in the Enterprise.

12. With respect to the alleged violation of 18 U.S.C. § 1962(c), the following is asserted:

   a. Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders "employs" certain individuals, only a few of whose identities are known, including defendant Osama Bin Ladin.

   b. The Enterprise, Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and the Crusaders, is comprised of the defendants named in the Complaint, the First Amended Complaint, the Second Amended Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), among others, and is a collection of the persons, organizations, businesses, and nations associated in fact. The liable persons are the enterprise and that which makes up the enterprise.

13. The conspiracy which violates 18 U.S.C. §1962(d) is described as follows:

   a. The history of the conspiracy, in violation of 18 U.S.C. § 1962(d), behind Radical Muslim Terrorism, or the al Qaida, or the International Islamic Front for the Jihad Against Jews and Crusaders could, and has, filled many books, but for purposes of the present RICO Statement, the following is

Page 5

offered. After being turned out of the Sudan in May 1996, al Qaida established itself in Afghanistan, and relied on well-placed financial facilitators, including Martin Wachter, who laundered funds from Islamic so-called charities and corporations and raised money from witting and unwitting donors. They also relied heavily on certain imams at mosques who were willing to divert the *Zakat*, the mandatory charitable contributions required of all Muslims. Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders also collected money from employees of corrupted charities. The money raised from these various sources (the "Funds"), including Martin Wachter, were used by the Enterprise to accomplish its goals, with the knowledge and awareness of Martin Wachter, of both those goals and the uses to which the Funds were put.

b. The Funds were used to organize and conduct a complex international terrorist operation intended to inflict catastrophic harm on the United States. The Funds enabled the Enterprise to identify, recruit, groom and train leaders who were able to evaluate, approve and supervise the planning and direction of the Enterprise. The Funds also provided communications sufficient system that gathered information on and formed assessments of the Enterprise's enemies' strengths and weaknesses.

c. The Funds enabled the Enterprise to establish a personnel system by which, among other things, it recruited and trained persons to inflict the harm (the "Operatives") and provided planning and direction to the Operatives. The funds thus raised were used to, among other things, operate terrorist training camps in Afghanistan, where some recruits were trained in conventional warfare but where the best and most zealous recruits received terrorist training. The curriculum in the camps placed with great emphasis on ideological and religious indoctrination. All trainees and other personnel were encouraged to think creatively about ways to commit mass murder.

d. The camps were able to operate only because of the worldwide network of recruiters, travel facilitators, and document forgers who vetted recruits and helped them get in and out of Afghanistan. From the ranks of these recruits the nineteen perpetrators of the Attack were selected. None of this would have been possible without the funds supplied by participants and conspirators like Martin Wachter. Indeed, the Enterprise would not have been successful without enthusiastic participation of all of the conspirators, including Martin Wachter. In order to identify nineteen individuals willing, able and competent to carry out the Attack, Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders needed to select from a vast pool of recruits and trainees, which pool would not have been

available to it without the assistance provided by Martin Wachter. Martin Wachter, with knowledge and intent, agreed to the overall objectives of the conspiracy, and agreed to commit at least two predicate acts and all agreed to participate in the conspiracy, either expressly or impliedly. Martin Wachter conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Martin Wachter conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Martin Wachter also, with knowledge and intent, agreed to and did aid and abet all of the above illegal activities, RICO predicate acts, and RICO violations.

14. The injuries to business or property suffered by the O'Neill Plaintiff's resulting from the September 11th attack include economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. Additionally, the Attack itself was intended to destroy the leading symbol of the United States' leadership in world trade – The World Trade Center - and as such, affected the O'Neill Plaintiff's jobs, businesses, and livelihoods.

15. Plaintiffs' damages – the loss of life and the damages to business and property related thereto that resulted from the actions of the defendants and their co-conspirators, are a direct causal relationship to the violation of the RICO statute, and are not a derivative claim of damage to a third party. The Plaintiffs, both named and as a class, as described in the complaint, as amended, were the "reasonably foreseeable victims of a RICO violation" and the "intended victims of the racketeering enterprise," (that is, terrorism, the culmination of which was the Attack).

16. Each defendant is jointly and severally liable for all damages sustained by each plaintiff subject to the description of victims set forth in paragraph 4 hereof, for the loss of life, and the economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. The damages for the plaintiffs' collectively are to be determined at trial, and are in excess of $10,000,000,000.00 prior to trebling, punitive damages, interest, legal fees, and the costs of this suit.

17. The federal causes of action against Martin Wachter are as follows: Count Eight, Anti-Terrorism Act, 18 U.S.C. § 2331, 2333, *et. seq.*; Count Nine, RICO, 18 U.S.C. § 1962(b),1962(c), 1962(d).

18. The state causes of action are as follows: Count One, Wrongful Death; Count Two, Survival; Count Three, Action for Economic Damages; Count Four, Intentional Infliction of Emotional Distress; Count Five, Loss of Consortium; Count Six, Loss of Solatium; Count Seven, Conspiracy; Count Ten, Punitive Damages .

19. Martin Wachter has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Martin Wachter conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Martin Wachter conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

20. Plaintiffs hereby incorporate all allegations, claims and counts contained in Plaintiff's Complaint, as amended.

21. Martin Wachter is the director of Asat Trust, a co-defendant in the above-referenced cases.[1] Additionally, available information reveals a pattern of activity over a period of many years of the Wachters, both Martin Wachter and his father, Erwin Wachter (collectively referred to as "Wachters"), working at the same address registered to Asat Trust.

22. Martin Wachter is an owner of Sercor Treuhand Anstalt, a co-defendant in the above-referenced cases.[2]

---

[1] Specific misconduct regarding Asat Trust, a co-defendant herein, is provided via a More Definite Statement Applicable to Asat Trust. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to Asat Trust, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

[2] Specific misconduct regarding Sercor Treuhand Anstalt ("Sercor"), a co-defendant herein, is provided via More Definite Statement Applicable to Sercor Treuhand Anstalt. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to Sercor, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

23. As a director and owner of Asat Trust and Secor Treuhand Anstalt, Martin Wachter oversaw the activities and had knowledge of the activities that supported the al Qaida and/or Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

24. Martin Wachter has long known that accounts, under his control, which were maintained, and assisted, were being used to solicit and transfer funds to terrorist organizations, including al Qaida and/or Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Despite this knowledge, Martin Wachter continued to permit, make available, assist, and maintain those accounts.

25. Available information demonstrates that there has been activities between the Wachters and Al Taqwa Bank, a co-defendant in the above- referenced cases who has been significantly linked to activities and supporting the al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Al Taqwa's assets were frozen by the Office of Foreign Assets Control, as a Designated Terrorist Organization, by Executive Order #13224. Additionally, there is information which places the Wachters at working on behalf of Al Taqwa Bank in Nassau, Bahamas.

26. There is also information which links the Wachters to Al Taqwa and its executives, Youssef M. Nada, Ali Ghaleb Himmat, Nasreddin, and Albert Friedrich Armand Huber, co-defendants in the above-referenced cases which have been linked to funding and supporting the al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

27. Based upon information and belief, the Wachters were involved in laundering funds on behalf of the Food-for-Oil program and moving the money through Al Taqwa.

28. As the foregoing demonstrates, Martin Wachter thereby knowingly has, for a period of many years, provided critical financial and logistical support to al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, to support the terrorist organization's global jihad. The September 11th Attack was a direct, intended and foreseeable product of Martin Wachter's participation in the jihadist campaign for al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

29. Given the extraordinarily complex nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, much information is presently unavailable to plaintiffs, absent discovery. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified through discovery and otherwise.

Date:  September 30, 2005

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

BY:_____
GINA M. MAC NEILL, ESQUIRE (GM 0581)
JERRY S. GOLDMAN, ESQUIRE (JG 8445)
FREDERICK J. SALEK, ESQUIRE (FS 8565)
Attorneys for the Plaintiffs
111 Broadway, 13th Floor
New York, N.Y. 10006
212.242.2232

PLAINTIFFS' MORE DEFINITE STATEMENT/ADDITIONAL ALLEGATIONS AS
TO DEFENDANTS SCHREIBER AND ZINDEL, FRANK ZINDEL, ENGELBERT
SCHREIBER, AND ENGELBERT SCHREIBER, JR.

1. The name of the defendant to whom this Statement pertains is Schreiber and
   Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr..   The
   alleged misconduct and basis for liability is set forth below as well as described
   elsewhere in the Complaint, as amended.

2. All known wrongdoers are named as defendants in this action, as well as the
   defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et
   al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka,
   et al.* (SDNY 04-CV-1923 (RCC)), other cases brought by other plaintiffs in *In Re
   Terrorist Attacks on September 11, 2001* (03-MDL-1570 (RCC)), and others.
   Plaintiffs will separately file Statements with respect to the misconduct of certain
   of the other defendants.  Given the vastly complicated nature of the conspiracy
   and other wrongdoing that led to the events of September 11, 2001, however,
   much information is unavailable to plaintiffs, and the identities of other
   wrongdoers may be revealed through discovery or otherwise.  Plaintiffs therefore
   reserve the right to amend this Statement as information is learned and verified
   and after discovery or other information is obtained.

3. The name of each victim is indicated on the attached hereto as  can be found on
   the More Definite Statement, Victims List ("Victims List").  The victims consist
   of (1) all spouses, children, parents, siblings, or heirs of any individual who died at the
   World Trade Center in New York, NY, the Pentagon Building in Arlington County,
   Virginia, or in the airliner crash in Shanksville, Pennsylvania, as the result of terrorist
   attacks on September 11, 2001 (with the events at the World Trade Center in New
   York, N.Y., the Pentagon Building in Arlington County, Virginia, and the airliner
   crash in Shanksville, Pennsylvania, on September 11, 2001, and activities related
   thereto, collectively referred to herein as "Attack" or "Attacks"); and (2) all legal
   representatives (including executors, estate administrators and trustees) entitled to
   bring legal action on behalf of any individual who died as the result of terrorist
   attacks on September 11, 2001; but excluding (3) all individuals, and all spouses,
   children, parents, siblings, and legal representative of individuals identified by the
   Attorney General of the United States or otherwise shown to have perpetrated, aided
   and abetted, conspired in regard to, or otherwise supported the terrorist attacks of
   September 11, 2001.  Victims List sets forth the names of the decedents killed by the
   attackers, with the category of "victims" further including their spouses, children,
   parents, siblings or heirs as set forth above.

4. The manner in which the victims were injured consists of death, suffering caused by
   death, and all economic damages resulting from such deaths, and actions of the
   defendants and their co-conspirators as described herein.

**EXHIBIT**

**D**

5. Please find below a description, in detail, of the pattern of racketeering activity for each RICO claim:

   a. The predicate acts and statutes in question include:

   - Conspiracy to commit murder - NY Penal § 105.15; NY Penal § 125.25 (xi)

   - Conspiracy to commit arson - NY Penal § 105.15; NY Penal § 150.15

   - Fraud with Identification - 18 U.S.C. § 1028

   - Mail Fraud - 18 U.S.C. § 1341

   - Wire Fraud - 18 U.S.C. § 1343

   - Financial Institution Fraud - 18 U.S.C. §1344

   - Illegal Transactions in Monetary Instruments - 18 U.S.C. § 1956

   - Money Laundering - 18 U.S.C. § 1957

   - Defrauding the United States Government - 18 U.S.C. § 371

   - Travel Act - 18 U.S.C. § 1952

   - Filing false or Materially False Tax Returns - 26 U.S.C. § 7206(1),(2)

   - Engaging in a corrupt endeavor to impede and impairthe due administration of the internal revenue laws - 26 U.S.C. § 7212(a)

   - Providing Material Support of Terrorism - 18 U.S.C. § 2332(b)(g)(5)(B), 18 U.S.C. § 2339A, 18 U.S.C. § 2339B, 18 U.S.C. § 2339C

   b. In the Mid 1990's to September 11, 2002, Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conducted or participated, directly or indirectly, in the conduct of the Enterprise's, as defined *supra* 5, affairs and participated in the operation or management of the operation of the Enterprise itself. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Throughout this period, Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conspired to support terrorism and to obfuscate the roles of the various participants and conspirators in Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the

Page 2

Jihad Against Jews and Crusaders, which conspiracy culminated in the Attack.

c.   The individual times, places, and contents of the alleged misconduct are not all particularly known at this time.

d.   The predicate act is not based upon a criminal conviction.

e.   Civil litigation has not yet resulted in a judgment regarding the predicate acts.

f.   The predicate acts form a pattern of racketeering in that they are repeated, ongoing, continuous, and are a part of the Enterprise's regular way of doing business.  Other of the defendants consistently, evenly constantly, laundered money, filed false tax returns, and otherwise impeded and impaired the administration of the tax laws as part of their scheme to conduit money to terrorists, and yet obfuscate their support of Radical Muslim Terrorism and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

g.   The predicate act relates to each other (horizontal relatedness) as part of a common plan because each act of knowing and intentionally providing financial services and money laundering and tax evasion allowed certain of the defendants, specifically including Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr., to surreptiously provide funds to terrorist organizations, including al Qaida, Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attacks.

6.   A description of the Enterprise is as follows:

a.   The Enterprise ("Radical Muslim Terrorism" or "al Qaida" or "International Islamic Front for the Jihad Against Jews and Crusaders") ("Enterprise") is comprised of the defendants named in the Original Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), and others, and is a collection of the persons, organizations, businesses, and nations associated in fact.

b.   The Enterprise has its origins in the defeat of the Soviets in Afghanistan in the late 1980s, when Osama Bin Ladin ("Bin Ladin") formed an organization called "The Foundation" or "al Qaida."  Al Qaida was intended to serve as a foundation upon which to build a global Islamic army.  In February, 1998, a declaration was issued, following the holding of a terrorist summit, announcing the formation of the International

X:\Clients\ONeill v. Saudi arabia\Complaints\English\Iraq\Iraq4\Exhibits\D_S&Z - More Definite Statement - Iraqjsg.doc

Islamic Front for the Jihad Against Jews and Crusaders, the precursor of which was the Muslim Brotherhood and the Islamic Jihad. The structure of the Enterprise is an association in fact with common and complex goals that consist of far more than the mere desire to perpetrate the acts of racketeering outlined herein. Rather, the Enterprise utilizes acts of racketeering to further its overall common purposes of: (i) spreading a particularly virulent brand of radical, conservative Islam; (ii) eliminating Western influences in Islamic countries, including Western influences that are perceived to keep in power repressive Saudi-American regimes that are not true to Islam; and (iii) punishing Israel, and the United States for its perceived support of Israel. Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, does not feature a centralized hierarchy, because the lack of a centralized hierarchy is essential to the Enterprise's clandestine nature and its success. Thus, although al Qaida, for example, had its own membership roster and a structure of "committees" to guide and oversee such functions as training terrorists, proposing targets, financing operations, and issuing edicts, the committees were not a hierarchical chain of command but were instead a means for coordinating functions and providing material support to operations. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. fit neatly into this framework by raising funds for and providing funding to and otherwise providing material support for the members of the Enterprise who engaged in the Attack.

The Enterprise is a sophisticated global terrorist network which uses a variety of business and financial transactions to further its operations. These transactions include but are not limited to transferring funds between accounts to purchase communications equipment, electronics equipment, and land (for use as training camps and to store explosives and weapons). These transactions are accomplished through, *inter alia*, the use of wire transfers and electronic transmissions.

On information and belief, at the time of the September 11th attack, the al Qaida's annual income was approximately $50 million and its assets over a ten-year period ranged between $300 and $500 million dollars. The Enterprise relies upon a global network of banks and financial institutions, including Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr., and illegal activity to generate material support to continue its terrorist operations.

c.    Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. was not an employee, officer or director of the Enterprise, based upon present information available. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. is associated with the alleged Enterprise. Schreiber and Zindel, Frank Zindel, Engelbert

Schreiber and Engelbert Schreiber, Jr. is a member of the Enterprise, and is separate and distinct from the Enterprise. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. intended to further the Attack and adopted the goal of furthering and/or facilitating that criminal endeavor, which criminal activity culminated in the Attack.

7. The pattern of racketeering activity conducted by Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. is separate from the existence of Radical Muslim Terrorism, and/or the Al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, but was a necessary component to the Attack.

8. The Enterprise conducts terrorism all over the world; the racketeering activity conducted by Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. funds that activity, which activity culminated in the Attack. The usual and daily activities of the Enterprise include recruitment, indoctrination, and the provisioning and operation of training camps, all of which activities are funded by the racketeering activities described herein.

9. The Enterprise benefits by spreading its ideology, by suppressing other forms of Islam, and through the gratification of destroying its perceived enemies.

10. The Enterprise, and the racketeering activities conducted by Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr., relies heavily on the American interstate system of commerce for banking, supplies, communications, and virtually all its essential commercial functions, and in that manner affects interstate commerce. The Enterprise and the racketeering activities conducted, engaged in, and/or transacted business within and in the United States and elsewhere, and utilized, possessed, used, transferred, owned, leased, operated, and/or controlled assets in the United States and elsewhere. Furthermore, activities and actions of the Enterprise affect interstate commerce as demonstrated by the Attack itself, which caused damage to the United States economy and property and businesses situate therein. See Rasul v. Bush, 124 S. Ct. 2686, No. 03-334, 2004 U.S. LEXIS 4760, *8 (stating that the Attack "severely damaged the United States economy").

11. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. acquired or maintained an interest or control in the Enterprise.

12. With respect to the alleged violation of 18 U.S.C. § 1962(c), the following is asserted:

    a. Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders "employs" certain individuals, only a few of whose identities are known, including defendant Osama Bin Ladin.

b. The Enterprise, Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and the Crusaders, is comprised of the defendants named in the Complaint, the First Amended Complaint, the Second Amended Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), among others, and is a collection of the persons, organizations, businesses, and nations associated in fact. The liable persons are the enterprise and that which makes up the enterprise.

13. The conspiracy which violates 18 U.S.C. §1962(d) is described as follows:

a. The history of the conspiracy, in violation of 18 U.S.C. § 1962(d), behind Radical Muslim Terrorism, or the al Qaida, or the International Islamic Front for the Jihad Against Jews and Crusaders could, and has, filled many books, but for purposes of the present RICO Statement, the following is offered. After being turned out of the Sudan in May 1996, al Qaida established itself in Afghanistan, and relied on well-placed financial facilitators, including Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr., who laundered funds from Islamic so-called charities and corporations and raised money from witting and unwitting donors. They also relied heavily on certain imams at mosques who were willing to divert the *Zakat*, the mandatory charitable contributions required of all Muslims. Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders also collected money from employees of corrupted charities. The money raised from these various sources (the "Funds"), including Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr., were used by the Enterprise to accomplish its goals, with the knowledge and awareness of Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr., of both those goals and the uses to which the Funds were put.

b. The Funds were used to organize and conduct a complex international terrorist operation intended to inflict catastrophic harm on the United States. The Funds enabled the Enterprise to identify, recruit, groom and train leaders who were able to evaluate, approve and supervise the planning and direction of the Enterprise. The Funds also provided communications sufficient system that gathered information on and formed assessments of the Enterprise's enemies' strengths and weaknesses.

c. The Funds enabled the Enterprise to establish a personnel system by which, among other things, it recruited and trained persons to inflict the harm (the "Operatives") and provided planning and direction to the

Operatives. The funds thus raised were used to, among other things, operate terrorist training camps in Afghanistan, where some recruits were trained in conventional warfare but where the best and most zealous recruits received terrorist training. The curriculum in the camps placed with great emphasis on ideological and religious indoctrination. All trainees and other personnel were encouraged to think creatively about ways to commit mass murder.

d.  The camps were able to operate only because of the worldwide network of recruiters, travel facilitators, and document forgers who vetted recruits and helped them get in and out of Afghanistan. From the ranks of these recruits the nineteen perpetrators of the Attack were selected. None of this would have been possible without the funds supplied by participants and conspirators like Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr.. Indeed, the Enterprise would not have been successful without enthusiastic participation of all of the conspirators, including Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr.. In order to identify nineteen individuals willing, able and competent to carry out the Attack, Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders needed to select from a vast pool of recruits and trainees, which pool would not have been available to it without the assistance provided by Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr.. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr., with knowledge and intent, agreed to the overall objectives of the conspiracy, and agreed to commit at least two predicate acts and all agreed to participate in the conspiracy, either expressly or impliedly. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. also, with knowledge and intent, agreed to and did aid and abet all of the above illegal activities, RICO predicate acts, and RICO violations.

14. The injuries to business or property suffered by the O'Neill Plaintiff's resulting from the September 11th attack include economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the

X:\Clients\ONeill v. Saudi arabia\Complaints\English\Iraq\Iraq4\Exhibits\D_S&Z - More Definite Statement - Iraqjsg.doc

Plaintiffs'/Decedents' households. Additionally, the Attack itself was intended to destroy the leading symbol of the United States' leadership in world trade – The World Trade Center - and as such, affected the O'Neill Plaintiff's jobs, businesses, and livelihoods.

15. Plaintiffs' damages – the loss of life and the damages to business and property related thereto that resulted from the actions of the defendants and their co-conspirators, are a direct causal relationship to the violation of the RICO statute, and are not a derivative claim of damage to a third party. The Plaintiffs, both named and as a class, as described in the complaint, as amended, were the "reasonably foreseeable victims of a RICO violation" and the "intended victims of the racketeering enterprise," (that is, terrorism, the culmination of which was the Attack).

16. Each defendant is jointly and severally liable for all damages sustained by each plaintiff subject to the description of victims set forth in paragraph 4 hereof, for the loss of life, and the economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. The damages for the plaintiffs' collectively are to be determined at trial, and are in excess of $10,000,000,000.00 prior to trebling, punitive damages, interest, legal fees, and the costs of this suit.

17. The Federal Causes of Action Against Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. are as follows: Count Eight, Anti-Terrorism Act, 18 U.S.C. § 2331, 2333, *et. seq.*; Count Nine, RICO, 18 U.S.C. § 1962(b),1962(c), 1962(d).

18. The state causes of action are as follows: Count One, Wrongful Death; Count Two, Survival; Count Three, Action for Economic Damages; Count Four, Intentional Infliction of Emotional Distress; Count Five, Loss of Consortium; Count Six, Loss of Solatium; Count Seven, Conspiracy; Count Ten, Punitive Damages .

19. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conspired to conduct or participate, directly

or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

20. Plaintiffs hereby incorporate all allegations, claims and counts contained in Plaintiff's Complaint, as amended.

21. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. have long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

22. For many years, the firm of Schreiber and Zindel has been used to launder money for Abdullah Omar Naseef, an individual associated with the SAAR Foundation and Rabita Trust[1], both of which are co-defendants in the above-referenced actions. Laundering the money occurred through the Al Taqwa Bank, also a co-defendant in the above-referenced cases. All three entities, SAAR, Rabita Trust and Al Taqwa Bank have been sanctioned by the U.S. Government.

23. Documents from the Government of Liechtenstein reveal that Schreiber and Zindel were "gatekeepers" for laundering funds through Al Taqwa for terrorist recipients, for many years. Some sources in Liechtenstein say that Schreiber and Zindel were instrumental in establishing Al Taqwa Bank as a shell for this purpose.

24. Schreiber and Zindel is run by Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr.

25. Liechtenstein officials and separate documentation from a variety of sources also claim that Schreiber and Zindel were involved in laundering money from the Iraqi Oil-For-Food Program, along with the Al Qaida.

26. According to a published report, Engelbert Schreiber and Engelbert Schreiber, Jr. are listed on corporate documents for Nasreddin International Group Ltd. Holding, a co-defendant in this case, and a company which was also sanctioned by the United States Government. This company is owned by Ahmed Idris

---

[1] Specific misconduct regarding Rabita Trust, a co-defendant herein, is provided via More Definite Statement. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to Rabita Trust, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC).

Nasreddin, the principal owner of Al Taqwa Bank, is an individual who has also been sanctioned United States Government. Since 1993, Engelbert Schreiber, who was later replaced by his son, Engelbert Schreiber, Jr., have been trustees of Nasreddin Group International Limited Holdings, also known as Nasreddin International Group Ltd.

27. In April 1999, the German intelligence service (BND) reported that Engelbert Schreiber was arrested in August 1997 for money laundering. The 1999 BND report identified Engelbert Schreiber as a significant money launderer, who has had a close relationship with the Caracas/Venezuela mafia families Cuntrera-Caruana-Caldarella.

28. As owners and directors of Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. oversaw the activities and had knowledge of the activities that supported the al Qaida and/or Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

29. Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. have long known that accounts, under their control, which were maintained, and assisted, were being used to solicit and transfer funds to terrorist organizations, including al Qaida and/or Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Despite this knowledge, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. continued to permit, make available, assist, and maintain those accounts.

30. As the foregoing demonstrates, Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr. thereby knowingly has, for a period of many years, provided critical financial and logistical support to al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, to support the terrorist organization's global jihad. The September 11th Attack was a direct, intended and foreseeable product of Schreiber and Zindel, Frank Zindel, Engelbert Schreiber and Engelbert Schreiber, Jr.'s participation in the jihadist campaign for al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

31. Given the extraordinarily complex nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, much information is presently unavailable to plaintiffs, absent discovery. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified through discovery and otherwise.

Date:  September 30, 2005

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

BY:_____

GINA M. MAC NEILL, ESQUIRE (GM 0581)
JERRY S. GOLDMAN, ESQUIRE (JG 8445)
FREDERICK J. SALEK, ESQUIRE (FS 8565)
Attorneys for the Plaintiffs
111 Broadway, 13th Floor
New York, N.Y. 10006
212.242.2232

PLAINTIFFS' MORE DEFINITE STATEMENT/ADDITIONAL ALLEGATIONS AS
TO DEFENDANT D_NAME

1. The name of the defendant to whom this Statement pertains is D_Name. The alleged misconduct and basis for liability is set forth below as well as described elsewhere in the Complaint, as amended.

2. All known wrongdoers are named as defendants in this action, as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), other cases brought by other plaintiffs in *In Re Terrorist Attacks on September 11, 2001* (03-MDL-1570(RCC)), and others. Plaintiffs will separately file Statements with respect to the misconduct of certain of the other defendants. Given the vastly complicated nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, however, much information is unavailable to plaintiffs, and the identities of other wrongdoers may be revealed through discovery or otherwise. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified and after discovery or other information is obtained.

3. The name of each victim is indicated on the attached hereto as can be found on the More Definite Statement, Victims List ("Victims List"). The victims consist of (1) all spouses, children, parents, siblings, or heirs of any individual who died at the World Trade Center in New York, NY, the Pentagon Building in Arlington County, Virginia, or in the airliner crash in Shanksville, Pennsylvania, as the result of terrorist attacks on September 11, 2001 (with the events at the World Trade Center in New York, N.Y., the Pentagon Building in Arlington County, Virginia, and the airliner crash in Shanksville, Pennsylvania, on September 11, 2001, and activities related thereto, collectively referred to herein as "Attack" or "Attacks"); and (2) all legal representatives (including executors, estate administrators and trustees) entitled to bring legal action on behalf of any individual who died as the result of terrorist attacks on September 11, 2001; but excluding (3) all individuals, and all spouses, children, parents, siblings, and legal representative of individuals identified by the Attorney General of the United States or otherwise shown to have perpetrated, aided and abetted, conspired in regard to, or otherwise supported the terrorist attacks of September 11, 2001. Victims List sets forth the names of the decedents killed by the attackers, with the category of "victims" further including their spouses, children, parents, siblings or heirs as set forth above.

4. The manner in which the victims were injured consists of death, suffering caused by death, and all economic damages resulting from such deaths, and actions of the defendants and their co-conspirators as described herein.

5. Please find below a description, in detail, of the pattern of racketeering activity for each RICO claim:

**EXHIBIT**

**E**

a. The predicate acts and statutes in question include:

- Conspiracy to commit murder - NY Penal § 105.15; NY Penal § 125.25 (xi)

- Conspiracy to commit arson - NY Penal § 105.15; NY Penal § 150.15

- Fraud with Identification - 18 U.S.C. § 1028

- Mail Fraud - 18 U.S.C. § 1341

- Wire Fraud - 18 U.S.C. § 1343

- Financial Institution Fraud - 18 U.S.C. §1344

- Illegal Transactions in Monetary Instruments - 18 U.S.C. § 1956

- Money Laundering - 18 U.S.C. § 1957

- Defrauding the United States Government - 18 U.S.C. § 371

- Travel Act - 18 U.S.C. § 1952

- Filing false or Materially False Tax Returns - 26 U.S.C. § 7206(1),(2)

- Engaging in a corrupt endeavor to impede and impairthe due administration of the internal revenue laws - 26 U.S.C. § 7212(a)

- Providing Material Support of Terrorism - 18 U.S.C. § 2332(b)(g)(5)(B), 18 U.S.C. § 2339A, 18 U.S.C. § 2339B, 18 U.S.C. § 2339C

b. In the Mid 1990's to September 11, 2002, D_Name conducted or participated, directly or indirectly, in the conduct of the Enterprise's, as defined *supra*, affairs and participated in the operation or management of the operation of the Enterprise itself. D_Name conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Throughout this period, D_Name conspired to support terrorism and to obfuscate the roles of the various participants and conspirators in Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attack.

c. The individual times, places, and contents of the alleged misconduct are not all particularly known at this time.

d. The predicate act is not based upon a criminal conviction.

X:\Clients\ONeill v. Saudi arabia\Complaints\English\Iraq\Iraq4\Exhibits\E_Sercor - More Definite Statement - Iraqjsg.doc

    e.   Civil litigation has not yet resulted in a judgment regarding the predicate acts.

    f.   The predicate acts form a pattern of racketeering in that they are repeated, ongoing, continuous, and are a part of the Enterprise's regular way of doing business. Other of the defendants consistently, evenly constantly, laundered money, filed false tax returns, and otherwise impeded and impaired the administration of the tax laws as part of their scheme to conduit money to terrorists, and yet obfuscate their support of Radical Muslim Terrorism and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

    g.   The predicate act relates to each other (horizontal relatedness) as part of a common plan because each act of knowing and intentionally providing financial services and money laundering and tax evasion allowed certain of the defendants, specifically including D_Name, to surreptitiously provide funds to terrorist organizations, including al Qaida, Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attacks.

6.   A description of the Enterprise is as follows:

    a.   The Enterprise ("Radical Muslim Terrorism" or "al Qaida" or "International Islamic Front for the Jihad Against Jews and Crusaders") ("Enterprise") is comprised of the defendants named in the Original Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), and others, and is a collection of the persons, organizations, businesses, and nations associated in fact.

    b.   The Enterprise has its origins in the defeat of the Soviets in Afghanistan in the late 1980s, when Osama Bin Ladin ("Bin Ladin") formed an organization called "The Foundation" or "al Qaida." Al Qaida was intended to serve as a foundation upon which to build a global Islamic army. In February, 1998, a declaration was issued, following the holding of a terrorist summit, announcing the formation of the International Islamic Front for the Jihad Against Jews and Crusaders, the precursor of which was the Muslim Brotherhood and the Islamic Jihad. The structure of the Enterprise is an association in fact with common and complex goals that consist of far more than the mere desire to perpetrate the acts of racketeering outlined herein. Rather, the Enterprise utilizes acts of racketeering to further its overall common purposes of: (i) spreading a particularly virulent brand of radical, conservative Islam; (ii) eliminating Western influences in Islamic countries, including Western influences that

are perceived to keep in power repressive Saudi-American regimes that are not true to Islam; and (iii) punishing Israel, and the United States for its perceived support of Israel. Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, does not feature a centralized hierarchy, because the lack of a centralized hierarchy is essential to the Enterprise's clandestine nature and its success. Thus, although al Qaida, for example, had its own membership roster and a structure of "committees" to guide and oversee such functions as training terrorists, proposing targets, financing operations, and issuing edicts, the committees were not a hierarchical chain of command but were instead a means for coordinating functions and providing material support to operations. D_Name fit neatly into this framework by raising funds for and providing funding to and otherwise providing material support for the members of the Enterprise who engaged in the Attack.

The Enterprise is a sophisticated global terrorist network which uses a variety of business and financial transactions to further its operations. These transactions include but are not limited to transferring funds between accounts to purchase communications equipment, electronics equipment, and land (for use as training camps and to store explosives and weapons). These transactions are accomplished through, *inter alia*, the use of wire transfers and electronic transmissions.

On information and belief, at the time of the September 11th attack, the al Qaida's annual income was approximately $50 million and its assets over a ten-year period ranged between $300 and $500 million dollars. The Enterprise relies upon a global network of banks and financial institutions, including D_Name, and illegal activity to generate material support to continue its terrorist operations.

c. Sercor Treuhand Anstalt was not an employee, officer or director of the Enterprise, based upon present information available. Sercor Treuhand Anstalt is associated with the alleged Enterprise. Sercor Treuhand Anstalt is a member of the Enterprise, and is separate and distinct from the Enterprise. Sercor Treuhand Anstalt intended to further the Attack and adopted the goal of furthering and/or facilitating that criminal endeavor, which criminal activity culminated in the Attack.

7. The pattern of racketeering activity conducted by Sercor Treuhand Anstalt is separate from the existence of Radical Muslim Terrorism, and/or the Al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, but was a necessary component to the Attack.

8. The Enterprise conducts terrorism all over the world; the racketeering activity conducted by Sercor Treuhand Anstalt funds that activity, which activity

culminated in the Attack.  The usual and daily activities of the Enterprise include recruitment, indoctrination, and the provisioning and operation of training camps, all of which activities are funded by the racketeering activities described herein.

9. The Enterprise benefits by spreading its ideology, by suppressing other forms of Islam, and through the gratification of destroying its perceived enemies.

10. The Enterprise, and the racketeering activities conducted by Sercor Treuhand Anstalt, relies heavily on the American interstate system of commerce for banking, supplies, communications, and virtually all its essential commercial functions, and in that manner affects interstate commerce.  The Enterprise and the racketeering activities conducted, engaged in, and/or transacted business within and in the United States and elsewhere, and utilized, possessed, used, transferred, owned, leased, operated,  and/or controlled assets in the United States and elsewhere.   Furthermore, activities and actions of the Enterprise affect interstate commerce as demonstrated by the Attack itself, which caused damage to the United States economy and property and businesses situate therein.  <u>See Rasul v. Bush,</u> 124 S. Ct. 2686, No. 03-334, 2004 U.S. LEXIS 4760, *8 (stating that the Attack "severely damaged the United States economy").

11. D_Name acquired or maintained an interest or control in the Enterprise.

12. With respect to the alleged violation of 18 U.S.C. § 1962(c), the following is asserted:

    a. Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders "employs" certain individuals, only a few of whose identities are known, including defendant Osama Bin Ladin.

    b. The Enterprise, Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and the Crusaders, is comprised of the defendants named in the Complaint, the First Amended Complaint, the Second Amended Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), among others, and is a collection of the persons, organizations, businesses, and nations associated in fact.  The liable persons are the enterprise and that which makes up the enterprise.

13. The conspiracy which violates 18 U.S.C. §1962(d) is described as follows:

    a. The history of the conspiracy, in violation of 18 U.S.C. § 1962(d), behind Radical Muslim Terrorism, or the al Qaida, or the International Islamic Front for the Jihad Against Jews and Crusaders could, and has, filled many books, but for purposes of the present RICO Statement, the following is

offered. After being turned out of the Sudan in May 1996, al Qaida established itself in Afghanistan, and relied on well-placed financial facilitators, including Sercor Treuhand Anstalt, who laundered funds from Islamic so-called charities and corporations and raised money from witting and unwitting donors. They also relied heavily on certain imams at mosques who were willing to divert the *Zakat*, the mandatory charitable contributions required of all Muslims. Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders also collected money from employees of corrupted charities. The money raised from these various sources (the "Funds"), including Sercor Treuhand Anstalt, were used by the Enterprise to accomplish its goals, with the knowledge and awareness of Sercor Treuhand Anstalt, of both those goals and the uses to which the Funds were put.

b.  The Funds were used to organize and conduct a complex international terrorist operation intended to inflict catastrophic harm on the United States. The Funds enabled the Enterprise to identify, recruit, groom and train leaders who were able to evaluate, approve and supervise the planning and direction of the Enterprise. The Funds also provided communications sufficient system that gathered information on and formed assessments of the Enterprise's enemies' strengths and weaknesses.

c.  The Funds enabled the Enterprise to establish a personnel system by which, among other things, it recruited and trained persons to inflict the harm (the "Operatives") and provided planning and direction to the Operatives. The funds thus raised were used to, among other things, operate terrorist training camps in Afghanistan, where some recruits were trained in conventional warfare but where the best and most zealous recruits received terrorist training. The curriculum in the camps placed with great emphasis on ideological and religious indoctrination. All trainees and other personnel were encouraged to think creatively about ways to commit mass murder.

d.  The camps were able to operate only because of the worldwide network of recruiters, travel facilitators, and document forgers who vetted recruits and helped them get in and out of Afghanistan. From the ranks of these recruits the nineteen perpetrators of the Attack were selected. None of this would have been possible without the funds supplied by participants and conspirators like Sercor Treuhand Anstalt. Indeed, the Enterprise would not have been successful without enthusiastic participation of all of the conspirators, including Sercor Treuhand Anstalt. In order to identify nineteen individuals willing, able and competent to carry out the Attack, Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders needed to select

from a vast pool of recruits and trainees, which pool would not have been available to it without the assistance provided by Sercor Treuhand Anstalt. Sercor Treuhand Anstalt, with knowledge and intent, agreed to the overall objectives of the conspiracy, and agreed to commit at least two predicate acts and all agreed to participate in the conspiracy, either expressly or impliedly. Sercor Treuhand Anstalt conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Sercor Treuhand Anstalt conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Sercor Treuhand Anstalt also, with knowledge and intent, agreed to and did aid and abet all of the above illegal activities, RICO predicate acts, and RICO violations.

14. The injuries to business or property suffered by the O'Neill Plaintiff's resulting from the September 11th attack include economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. Additionally, the Attack itself was intended to destroy the leading symbol of the United States' leadership in world trade – The World Trade Center - and as such, affected the O'Neill Plaintiff's jobs, businesses, and livelihoods.

15. Plaintiffs' damages – the loss of life and the damages to business and property related thereto that resulted from the actions of the defendants and their co-conspirators, are a direct causal relationship to the violation of the RICO statute, and are not a derivative claim of damage to a third party. The Plaintiffs, both named and as a class, as described in the complaint, as amended, were the "reasonably foreseeable victims of a RICO violation" and the "intended victims of the racketeering enterprise," (that is, terrorism, the culmination of which was the Attack).

16. Each defendant is jointly and severally liable for all damages sustained by each plaintiff subject to the description of victims set forth in paragraph 4 hereof, for the loss of life, and the economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. The damages for the plaintiffs' collectively are to be determined at trial, and are in excess of $10,000,000,000.00 prior to trebling, punitive damages, interest, legal fees, and the costs of this suit.

17. The federal causes of action against Sercor Treuhand Anstalt are as follows: Count Eight, Anti-Terrorism Act, 18 U.S.C. § 2331, 2333, *et. seq*.; Count Nine, RICO, 18 U.S.C. § 1962(b),1962(c), 1962(d).

18. The state causes of action are as follows: Count One, Wrongful Death; Count Two, Survival; Count Three, Action for Economic Damages; Count Four, Intentional Infliction of Emotional Distress; Count Five, Loss of Consortium; Count Six, Loss of Solatium; Count Seven, Conspiracy; Count Ten, Punitive Damages .

19. Sercor Treuhand Anstalt has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Sercor Treuhand Anstalt conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Sercor Treuhand Anstalt conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

20. Plaintiffs hereby incorporate all allegations, claims and counts contained in Plaintiff's Complaint, as amended.

21. Sercor Treuhand Anstalt has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Sercor Treuhand Anstalt conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Sercor Treuhand Anstalt conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

22. Sercor Treuhand Anstalt is owned and managed by Martin Wachter[1] and Erwin Wachter[2], co-defendants in the above-referenced case.

---

[1] Specific misconduct regarding Martin Wachter, a co-defendant herein, is provided via RICO Statement Applicable to Martin Wachter. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to Martin Wachter, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

[2] Specific misconduct regarding Erwin Wachter, a co-defendant herein, is provided via RICO Statement Applicable to Erwin Wachter. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to Erwin Wachter, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

23. As the foregoing demonstrates, Sercor Treuhand Anstalt thereby knowingly has, for a period of many years, provided critical financial and logistical support to al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, to support the terrorist organization's global jihad. The September 11th Attack was a direct, intended and foreseeable product of Sercor Treuhand Anstalt's participation in the jihadist campaign for al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

24. Given the extraordinarily complex nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, much information is presently unavailable to plaintiffs, absent discovery. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified through discovery and otherwise.

Date: September 30, 2005

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

BY:_____
GINA M. MAC NEILL, ESQUIRE (GM 0581)
JERRY S. GOLDMAN, ESQUIRE (JG 8445)
FREDERICK J. SALEK, ESQUIRE (FS 8565)
Attorneys for the Plaintiffs
111 Broadway, 13th Floor
New York, N.Y. 10006
212.242.2232

Page 9

PLAINTIFFS' MORE DEFINITE STATEMENT/ADDITIONAL ALLEGATIONS AS
TO ASAT TRUST REG.

1. The name of the defendant to whom this Statement pertains is Asat Trust Reg. ("Asat"). The alleged misconduct and basis for liability is set forth below as well as described elsewhere in the Complaint, as amended.

2. All known wrongdoers are named as defendants in this action, as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), other cases brought by other plaintiffs in *In Re Terrorist Attacks on September 11, 2001* (03-MDL-1570(RCC)), and others. Plaintiffs will separately file Statements with respect to the misconduct of certain of the other defendants. Given the vastly complicated nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, however, much information is unavailable to plaintiffs, and the identities of other wrongdoers may be revealed through discovery or otherwise. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified and after discovery or other information is obtained.

3. The name of each victim is indicated on the attached hereto as can be found on the More Definite Statement, Victims List ("Victims List"). The victims consist of (1) all spouses, children, parents, siblings, or heirs of any individual who died at the World Trade Center in New York, NY, the Pentagon Building in Arlington County, Virginia, or in the airliner crash in Shanksville, Pennsylvania, as the result of terrorist attacks on September 11, 2001 (with the events at the World Trade Center in New York, N.Y., the Pentagon Building in Arlington County, Virginia, and the airliner crash in Shanksville, Pennsylvania, on September 11, 2001, and activities related thereto, collectively referred to herein as "Attack" or "Attacks"); and (2) all legal representatives (including executors, estate administrators and trustees) entitled to bring legal action on behalf of any individual who died as the result of terrorist attacks on September 11, 2001; but excluding (3) all individuals, and all spouses, children, parents, siblings, and legal representative of individuals identified by the Attorney General of the United States or otherwise shown to have perpetrated, aided and abetted, conspired in regard to, or otherwise supported the terrorist attacks of September 11, 2001. Victims List sets forth the names of the decedents killed by the attackers, with the category of "victims" further including their spouses, children, parents, siblings or heirs as set forth above.

4. The manner in which the victims were injured consists of death, suffering caused by death, and all economic damages resulting from such deaths, and actions of the defendants and their co-conspirators as described herein.

**EXHIBIT**

**F**

5. Please find below a description, in detail, of the pattern of racketeering activity for each RICO claim:

   a. The predicate acts and statutes in question include:

      • Conspiracy to commit murder - NY Penal § 105.15; NY Penal § 125.25 (xi)

      • Conspiracy to commit arson - NY Penal § 105.15; NY Penal § 150.15

      • Fraud with Identification - 18 U.S.C. § 1028

      • Mail Fraud - 18 U.S.C. § 1341

      • Wire Fraud - 18 U.S.C. § 1343

      • Financial Institution Fraud - 18 U.S.C. §1344

      • Illegal Transactions in Monetary Instruments - 18 U.S.C. § 1956

      • Money Laundering - 18 U.S.C. § 1957

      • Defrauding the United States Government - 18 U.S.C. § 371

      • Travel Act - 18 U.S.C. § 1952

      • Filing false or Materially False Tax Returns - 26 U.S.C. § 7206(1),(2)

      • Engaging in a corrupt endeavor to impede and impair the due administration of the internal revenue laws - 26 U.S.C. § 7212(a)

      • Providing Material Support of Terrorism - 18 U.S.C. § 2332(b)(g)(5)(B), 18 U.S.C. § 2339A, 18 U.S.C. § 2339B, 18 U.S.C. § 2339C

   b. In the Mid 1990's to September 11, 2002, Asat conducted or participated, directly or indirectly, in the conduct of the Enterprise's, as defined *supra*, affairs and participated in the operation or management of the operation of the Enterprise itself. Asat conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Throughout this period, Asat conspired to support terrorism and to obfuscate the roles of the various participants and conspirators in Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attack.

   c. The individual times, places, and contents of the alleged misconduct are not all particularly known at this time.

d.  The predicate act is not based upon a criminal conviction.

e.  Civil litigation has not yet resulted in a judgment regarding the predicate acts.

f.  The predicate acts form a pattern of racketeering in that they are repeated, ongoing, continuous, and are a part of the Enterprise's regular way of doing business. Other of the defendants consistently, evenly constantly, laundered money, filed false tax returns, and otherwise impeded and impaired the administration of the tax laws as part of their scheme to conduit money to terrorists, and yet obfuscate their support of Radical Muslim Terrorism and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

g.  The predicate act relates to each other (horizontal relatedness) as part of a common plan because each act of knowing and intentionally providing financial services and money laundering and tax evasion allowed certain of the defendants, specifically including Asat, to surreptitiously provide funds to terrorist organizations, including al Qaida, Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attacks.

6.  A description of the Enterprise is as follows:

a.  The Enterprise ("Radical Muslim Terrorism" or "al Qaida" or "International Islamic Front for the Jihad Against Jews and Crusaders") ("Enterprise") is comprised of the defendants named in the Original Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), and others, and is a collection of the persons, organizations, businesses, and nations associated in fact.

b.  The Enterprise has its origins in the defeat of the Soviets in Afghanistan in the late 1980s, when Osama Bin Ladin ("Bin Ladin") formed an organization called "The Foundation" or "al Qaida." Al Qaida was intended to serve as a foundation upon which to build a global Islamic army. In February, 1998, a declaration was issued, following the holding of a terrorist summit, announcing the formation of the International Islamic Front for the Jihad Against Jews and Crusaders, the precursor of which was the Muslim Brotherhood and the Islamic Jihad. The structure of the Enterprise is an association in fact with common and complex goals that consist of far more than the mere desire to perpetrate the acts of racketeering outlined herein. Rather, the Enterprise utilizes acts of racketeering to further its overall common purposes of: (i) spreading a particularly virulent brand of radical, conservative Islam; (ii) eliminating

Western influences in Islamic countries, including Western influences that are perceived to keep in power repressive Saudi-American regimes that are not true to Islam; and (iii) punishing Israel, and the United States for its perceived support of Israel. Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, does not feature a centralized hierarchy, because the lack of a centralized hierarchy is essential to the Enterprise's clandestine nature and its success. Thus, although al Qaida, for example, had its own membership roster and a structure of "committees" to guide and oversee such functions as training terrorists, proposing targets, financing operations, and issuing edicts, the committees were not a hierarchical chain of command but were instead a means for coordinating functions and providing material support to operations. Asat fit neatly into this framework by raising funds for and providing funding to and otherwise providing material support for the members of the Enterprise who engaged in the Attack.

The Enterprise is a sophisticated global terrorist network which uses a variety of business and financial transactions to further its operations. These transactions include but are not limited to transferring funds between accounts to purchase communications equipment, electronics equipment, and land (for use as training camps and to store explosives and weapons). These transactions are accomplished through, *inter alia*, the use of wire transfers and electronic transmissions.

On information and belief, at the time of the September 11th attack, the al Qaida's annual income was approximately $50 million and its assets over a ten-year period ranged between $300 and $500 million dollars. The Enterprise relies upon a global network of banks and financial institutions, including Asat, and illegal activity to generate material support to continue its terrorist operations.

c. Asat was not an employee, officer or director of the Enterprise, based upon present information available. Asat is associated with the alleged Enterprise. Asat is a member of the Enterprise, and is separate and distinct from the Enterprise. Asat intended to further the Attack and adopted the goal of furthering and/or facilitating that criminal endeavor, which criminal activity culminated in the Attack.

7. The pattern of racketeering activity conducted by Asat is separate from the existence of Radical Muslim Terrorism, and/or the Al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, but was a necessary component to the Attack.

8. The Enterprise conducts terrorism all over the world; the racketeering activity conducted by Asat funds that activity, which activity culminated in the Attack.

The usual and daily activities of the Enterprise include recruitment, indoctrination, and the provisioning and operation of training camps, all of which activities are funded by the racketeering activities described herein.

9. The Enterprise benefits by spreading its ideology, by suppressing other forms of Islam, and through the gratification of destroying its perceived enemies.

10. The Enterprise, and the racketeering activities conducted by Asat, relies heavily on the American interstate system of commerce for banking, supplies, communications, and virtually all its essential commercial functions, and in that manner affects interstate commerce. The Enterprise and the racketeering activities conducted, engaged in, and/or transacted business within and in the United States and elsewhere, and utilized, possessed, used, transferred, owned, leased, operated, and/or controlled assets in the United States and elsewhere. Furthermore, activities and actions of the Enterprise affect interstate commerce as demonstrated by the Attack itself, which caused damage to the United States economy and property and businesses situate therein. See Rasul v. Bush, 124 S. Ct. 2686, No. 03-334, 2004 U.S. LEXIS 4760, *8 (stating that the Attack "severely damaged the United States economy").

11. Asat acquired or maintained an interest or control in the Enterprise.

12. With respect to the alleged violation of 18 U.S.C. § 1962(c), the following is asserted:

    a. Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders "employs" certain individuals, only a few of whose identities are known, including defendant Osama Bin Ladin.

    b. The Enterprise, Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and the Crusaders, is comprised of the defendants named in the Complaint, the First Amended Complaint, the Second Amended Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), among others, and is a collection of the persons, organizations, businesses, and nations associated in fact. The liable persons are the enterprise and that which makes up the enterprise.

13. The conspiracy which violates 18 U.S.C. §1962(d) is described as follows:

    a. The history of the conspiracy, in violation of 18 U.S.C. § 1962(d), behind Radical Muslim Terrorism, or the al Qaida, or the International Islamic Front for the Jihad Against Jews and Crusaders could, and has, filled many books, but for purposes of the present RICO Statement, the following is

offered. After being turned out of the Sudan in May 1996, al Qaida established itself in Afghanistan, and relied on well-placed financial facilitators, including Asat, who laundered funds from Islamic so-called charities and corporations and raised money from witting and unwitting donors. They also relied heavily on certain imams at mosques who were willing to divert the *Zakat*, the mandatory charitable contributions required of all Muslims. Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders also collected money from employees of corrupted charities. The money raised from these various sources (the "Funds"), including Asat, were used by the Enterprise to accomplish its goals, with the knowledge and awareness of Asat, of both those goals and the uses to which the Funds were put.

b.  The Funds were used to organize and conduct a complex international terrorist operation intended to inflict catastrophic harm on the United States. The Funds enabled the Enterprise to identify, recruit, groom and train leaders who were able to evaluate, approve and supervise the planning and direction of the Enterprise. The Funds also provided communications sufficient system that gathered information on and formed assessments of the Enterprise's enemies' strengths and weaknesses.

c.  The Funds enabled the Enterprise to establish a personnel system by which, among other things, it recruited and trained persons to inflict the harm (the "Operatives") and provided planning and direction to the Operatives. The funds thus raised were used to, among other things, operate terrorist training camps in Afghanistan, where some recruits were trained in conventional warfare but where the best and most zealous recruits received terrorist training. The curriculum in the camps placed with great emphasis on ideological and religious indoctrination. All trainees and other personnel were encouraged to think creatively about ways to commit mass murder.

d.  The camps were able to operate only because of the worldwide network of recruiters, travel facilitators, and document forgers who vetted recruits and helped them get in and out of Afghanistan. From the ranks of these recruits the nineteen perpetrators of the Attack were selected. None of this would have been possible without the funds supplied by participants and conspirators like Asat. Indeed, the Enterprise would not have been successful without enthusiastic participation of all of the conspirators, including Asat. In order to identify nineteen individuals willing, able and competent to carry out the Attack, Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders needed to select from a vast pool of recruits and trainees, which pool would not have been available to it without the assistance

provided by Asat. Asat, with knowledge and intent, agreed to the overall objectives of the conspiracy, and agreed to commit at least two predicate acts and all agreed to participate in the conspiracy, either expressly or impliedly. Asat conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Asat conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Asat also, with knowledge and intent, agreed to and did aid and abet all of the above illegal activities, RICO predicate acts, and RICO violations.

14. The injuries to business or property suffered by the O'Neill Plaintiff's resulting from the September 11th attack include economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. Additionally, the Attack itself was intended to destroy the leading symbol of the United States' leadership in world trade – The World Trade Center - and as such, affected the O'Neill Plaintiff's jobs, businesses, and livelihoods.

15. Plaintiffs' damages – the loss of life and the damages to business and property related thereto that resulted from the actions of the defendants and their co-conspirators, are a direct causal relationship to the violation of the RICO statute, and are not a derivative claim of damage to a third party. The Plaintiffs, both named and as a class, as described in the complaint, as amended, were the "reasonably foreseeable victims of a RICO violation" and the "intended victims of the racketeering enterprise," (that is, terrorism, the culmination of which was the Attack).

16. Each defendant is jointly and severally liable for all damages sustained by each plaintiff subject to the description of victims set forth in paragraph 4 hereof, for the loss of life, and the economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. The damages for the plaintiffs' collectively are to be determined at trial, and are in excess of $10,000,000,000.00 prior to trebling, punitive damages, interest, legal fees, and the costs of this suit.

17. The federal causes of action against Asat are as follows: Count Eight, Anti-Terrorism Act, 18 U.S.C. § 2331, 2333, *et. seq*.; Count Nine, RICO, 18 U.S.C. § 1962(b),1962(c), 1962(d).

18. The state causes of action are as follows: Count One, Wrongful Death; Count Two, Survival; Count Three, Action for Economic Damages; Count Four, Intentional Infliction of Emotional Distress; Count Five, Loss of Consortium; Count Six, Loss of Solatium; Count Seven, Conspiracy; Count Ten, Punitive Damages .

19. Plaintiffs hereby incorporate all allegations and counts contained in the complaint as amended in *Estate of John P. O'Neill, Sr., et al. v. Iraq, et al.* (04-CV-1076 (RCC)), including all of the allegations and claims contained therein.

20. Asat has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Asat conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Asat conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

21. Plaintiffs hereby incorporate all allegations, claims and counts contained in Plaintiff's Complaint, as amended.

22. Asat Trust was designated by the United States and the United Nations as a terrorist-related entity. The Office of Foreign Assets Control, of the United States Treasury, froze their assets due to their links to Al Taqwa, their individual activities to support terrorism and their financial support of the Al Qaida.

23. Asat Trust has been involved with the Al Taqwa network during the last thirty (30) years, registering changes in company names, personnel and financial structure, along with many other duties. Al Tawqa is a co-defendant in the above-referenced cases. In fact, many of the transactions of Al Taqwa and the Himmat Establishment were undertaken in care of Asat Trade Regulation.

24. Al Taqwa has also been designated as a terrorist-related entity and has been linked to significant support of the al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. At the time of the Bank's designation President George Bush declared, "Al Taqwa is an association of offshore banks and financial management firms that have helped Al Qaeda shift money around the world. Al Taqwa raises funds for Al Qaeda."

25. Asat Trust is owned by Youssef M. Nada, a co-defendant in the above-referenced cases. Youssef M. Nada has been designated as a person who supports terrorism by the Department of the Treasury, Office of Foreign Assets Control. He was sanctioned as a sponsor of al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

26. Asat Trust, based in Liechtenstein, is headed and directed by Martin Wachter[1] and Erwin Wachter[2] (collectively referred to as the "Wachters"). Additionally, available information reveals a pattern of activity over a period of many years of the Wachters working at the same address registered to Asat Trust.

27. Both Wachters, Erwin and Martin, also own Sercor Treuhand Anstalt, a co-defendant in this action. As owners and heads of Asat Trust and Sercor Treuhand Annstalt, the Wachters oversaw the activities and had knowledge of the activities that supported the al Qaida.

28. Bothe Wachters have long known that accounts, under the control, which were maintained, and assisted, were being used to solicit and transfer funds to terrorist organizations, including al Qaida.

29. Despite this knowledge, the Wachters continued to permit, make available, assist and maintain those accounts.

30. There is additional information which links the Wachters and Asat Trust to Al Taqwa and its executives Youssef M. Nada, Ahmed Idris Nasreddin, Albert Friedrich Armand Huber, and Ali Ghaleb Himma, co-defendants who have been linked to funding al Qaida.

31. Via Galp International Trading Establishment, which Asat Trust also represented, the Wachters and Asat Trust have also been linked in news reports to laundering funds on behalf of the Food-for-Oil program and moving the money through Al Taqwa Enterprise.

32. As the foregoing demonstrates, Asat thereby knowingly has, for a period of many years, provided critical financial and logistical support to al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, to support the terrorist organization's global jihad. The September 11th Attack was a direct, intended and foreseeable product of Asat's

---

[1] Specific misconduct regarding Martin Wachter, a co-defendant herein, is provided via More Definite Statement Applicable to Martin Wachter. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite statement Applicable to Martin Wachter, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

[2] Specific misconduct regarding Erwin Wachter, a co-defendant herein, is provided via More Definite Statement Applicable to Erwin Wachter. Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite statement Applicable to Erwin Wachter, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC) and *Estate of John P. O'Neill, et al. v. Iraq, et al.* 04-CV 1076.

participation in the jihadist campaign for al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

33. Given the extraordinarily complex nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, much information is presently unavailable to plaintiffs, absent discovery. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified through discovery and otherwise.


Date: September 30, 2005


LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.


BY:_____
GINA M. MAC NEILL, ESQUIRE (GM 0581)
JERRY S. GOLDMAN, ESQUIRE (JG 8445)
FREDERICK J. SALEK, ESQUIRE (FS 8565)
Attorneys for the Plaintiffs
111 Broadway, 13th Floor
New York, N.Y. 10006
212.242.2232

PLAINTIFFS' MORE DEFINITE STATEMENT/ADDITIONAL ALLEGATIONS AS
TO DEFENDANT TAHA AL ALWANI A/K/A DR. TAHA JABIR AL'ALWANI

1.  The name of the defendant to whom this Statement pertains is Taha Al Alwani
    a/k/a Dr. Taha Jabir Al'Alwani (referred to as "Al Alwani"). The alleged
    misconduct and basis for liability is set forth below as well as elsewhere in the
    Complaint.

2.  All known wrongdoers are named as defendants in this action, as well as the
    defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et
    al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, Sr., et al. v. Al
    Baraka Investment and Development Corp. at al., Civil Action No.: 04-CV- 1923
    (RCC)*, other cases brought by other plaintiffs in *In Re Terrorist Attacks on
    September 11, 2001* (03-MDL-1570 (RCC)), and others. Plaintiffs will separately
    file Statements with respect to the misconduct of certain of the other defendants.
    Given the vastly complicated nature of the conspiracy and other wrongdoing that
    led to the events of September 11, 2001, however, much information is
    unavailable to plaintiffs, and the identities of other wrongdoers may be revealed
    through discovery or otherwise. Plaintiffs therefore reserve the right to amend
    this Statement as information is learned and verified and after discovery or other
    information is obtained.

3.  The name of each victim can be found on the More Definite Statement, Victims
    List ("Victims List"). The victims consist of (1) all spouses, children, parents,
    siblings, or heirs of any individual who died at the World Trade Center in New York,
    NY, the Pentagon Building in Arlington County, Virginia, or in the airliner crash in
    Shanksville, Pennsylvania, as the result of terrorist attacks on September 11, 2001
    (with the events at the World Trade Center in New York, N.Y., the Pentagon
    Building in Arlington County, Virginia, and the airliner crash in Shanksville,
    Pennsylvania, on September 11, 2001, and activities related thereto, collectively
    referred to herein as "Attack" or "Attacks"); and (2) all legal representatives (including
    executors, estate administrators and trustees) entitled to bring legal action on behalf of
    any individual who died as the result of terrorist attacks on September 11, 2001; but
    excluding (3) all individuals, and all spouses, children, parents, siblings, and legal
    representative of individuals identified by the Attorney General of the United States or
    otherwise shown to have perpetrated, aided and abetted, conspired in regard to, or
    otherwise supported the terrorist attacks of September 11, 2001. The Victims List
    sets forth the names of the decedents killed by the attackers, with the category of
    "victims" further including their spouses, children, parents, siblings or heirs as set forth
    above.

4.  The manner in which the victims were injured consists of death, suffering caused by
    death, and all economic damages resulting from such deaths, and actions of the
    defendants and their co-conspirators as described herein.

**EXHIBIT**

**G**

5. Please find below a description, in detail, of the pattern of racketeering activity for each RICO claim:

   a. The predicate acts and statutes in question include:

   - Conspiracy to commit murder - NY Penal § 105.15; NY Penal § 125.25 (xi)

   - Conspiracy to commit arson - NY Penal § 105.15; NY Penal § 150.15

   - Fraud with Identification - 18 U.S.C. § 1028

   - Mail Fraud - 18 U.S.C. § 1341

   - Wire Fraud - 18 U.S.C. § 1343

   - Financial Institution Fraud - 18 U.S.C. §1344

   - Illegal Transactions in Monetary Instruments - 18 U.S.C. § 1956

   - Money Laundering - 18 U.S.C. § 1957

   - Defrauding the United States Government - 18 U.S.C. § 371

   - Travel Act - 18 U.S.C. § 1952

   - Filing false or Materially False Tax Returns - 26 U.S.C. § 7206(1),(2)

   - Engaging in a corrupt endeavor to impede and impairthe due administration of the internal revenue laws - 26 U.S.C. § 7212(a)

   - Providing Material Support of Terrorism - 18 U.S.C. § 2332(b)(g)(5)(B), 18 U.S.C. § 2339A, 18 U.S.C. § 2339B, 18 U.S.C. § 2339C

   b. In the Mid 1990's to September 11, 2002, Al Alwani conducted or participated, directly or indirectly, in the conduct of the Enterprise's, as defined *supra*, affairs and participated in the operation or management of the operation of the Enterprise itself. Al Alwani conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Throughout this period, Al Alwani conspired to support terrorism and to obfuscate the roles of the various participants and conspirators in Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attack.

   c. The individual times, places, and contents of the alleged misconduct are not all particularly known at this time.

d.   The predicate act is not based upon a criminal conviction.

e.   Civil litigation has not yet resulted in a judgment regarding the predicate acts.

f.   The predicate acts form a pattern of racketeering in that they are repeated, ongoing, continuous, and are a part of the Enterprise's regular way of doing business.   Other of the defendants consistently, evenly constantly, laundered money, filed false tax returns, and otherwise impeded and impaired the administration of the tax laws as part of their scheme to conduit money to terrorists, and yet obfuscate their support of Radical Muslim Terrorism and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

g.   The predicate act relates to each other (horizontal relatedness) as part of a common plan because each act of knowing and intentionally providing financial services and money laundering and tax evasion allowed certain of the defendants, specifically including Al Alwani, to surreptiously provide funds to terrorist organizations, including al Qaida, Radical Muslim Terrorism and/or the International Islamic Front for the Jihad Against Jews and Crusaders, which conspiracy culminated in the Attacks.

6.   A description of the Enterprise is as follows:

a.   The Enterprise ('Radical Muslim Terrorism' or "al Qaida' or 'International Islamic Front for the Jihad Against Jews and Crusaders') ('Enterprise') is comprised of the defendants named in the Original Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), and others, and is a collection of the persons, organizations, businesses, and nations associated in fact.

b.   The Enterprise has its origins in the defeat of the Soviets in Afghanistan in the late 1980s, when Osama Bin Ladin ('Bin Ladin') formed an organization called "The Foundation" or "al Qaida." Al Qaida was intended to serve as a foundation upon which to build a global Islamic army.   In February, 1998, a declaration was issued, following the holding of a terrorist summit, announcing the formation of the International Islamic Front for the Jihad Against Jews and Crusaders, the precursor of which was the Muslim Brotherhood and the Islamic Jihad.  The structure of the Enterprise is an association in fact with common and complex goals that consist of far more than the mere desire to perpetrate the acts of racketeering outlined herein.   Rather, the Enterprise utilizes acts of racketeering to further its overall common purposes of:  (i) spreading a particularly virulent brand of radical, conservative Islam; (ii) eliminating Western influences in Islamic countries, including Western influences that

Page 3

are perceived to keep in power repressive Saudi-American regimes that are not true to Islam; and (iii) punishing Israel, and the United States for its perceived support of Israel. Radical Muslim Terrorism, and/or al Qaida and/or the International Islamic Front for the Jihad Against Jews and Crusaders, does not feature a centralized hierarchy, because the lack of a centralized hierarchy is essential to the Enterprise's clandestine nature and its success. Thus, although al Qaida, for example, had its own membership roster and a structure of "committees" to guide and oversee such functions as training terrorists, proposing targets, financing operations, and issuing edicts, the committees were not a hierarchical chain of command but were instead a means for coordinating functions and providing material support to operations. Al Alwani fit neatly into this framework by raising funds for and providing funding to and otherwise providing material support for the members of the Enterprise who engaged in the Attack.

The Enterprise is a sophisticated global terrorist network which uses a variety of business and financial transactions to further its operations. These transactions include but are not limited to transferring funds between accounts to purchase communications equipment, electronics equipment, and land (for use as training camps and to store explosives and weapons). These transactions are accomplished through, *inter alia*, the use of wire transfers and electronic transmissions.

On information and belief, at the time of the September 11th attack, the al Qaida's annual income was approximately $50 million and its assets over a ten-year period ranged between $300 and $500 million dollars. The Enterprise relies upon a global network of banks and financial institutions, including Al Alwani, and illegal activity to generate material support to continue its terrorist operations.

c. Al Alwani was not an employee, officer or director of the Enterprise, based upon present information available. Al Alwani is associated with the alleged Enterprise. Al Alwani is a member of the Enterprise, and is separate and distinct from the Enterprise. Al Alwani intended to further the Attack and adopted the goal of furthering and/or facilitating that criminal endeavor, which criminal activity culminated in the Attack.

7. The pattern of racketeering activity conducted by Al Alwani is separate from the existence of Radical Muslim Terrorism, and/or the Al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, but was a necessary component to the Attack.

8. The Enterprise conducts terrorism all over the world; the racketeering activity conducted by Al Alwani funds that activity, which activity culminated in the Attack. The usual and daily activities of the Enterprise include recruitment,

Page 4

X:\Clients\ONeill v. Saudi arabia\Complaints\English\Iraq\Iraq4\Exhibits\G_Taha - More Definite Statement - Iraq_92805.doc

indoctrination, and the provisioning and operation of training camps, all of which activities are funded by the racketeering activities described herein.

9.  The Enterprise benefits by spreading its ideology, by suppressing other forms of Islam, and through the gratification of destroying its perceived enemies.

10. The Enterprise, and the racketeering activities conducted by Al Alwani, relies heavily on the American interstate system of commerce for banking, supplies, communications, and virtually all its essential commercial functions, and in that manner affects interstate commerce.  The Enterprise and the racketeering activities conducted, engaged in, and/or transacted business within and in the United States and elsewhere, and utilized, possessed, used, transferred, owned, leased, operated,  and/or controlled assets in the United States and elsewhere. Furthermore, activities and actions of the Enterprise affect interstate commerce as demonstrated by the Attack itself, which caused damage to the United States economy and property and businesses situate therein.  See Rasul v. Bush, 124 S. Ct. 2686, No. 03-334, 2004 U.S. LEXIS 4760, *8 (stating that the Attack "severely damaged the United States economy").

11. Al Alwani acquired or maintained an interest or control in the Enterprise.

12. With respect to the alleged violation of 18 U.S.C. § 1962(c), the following is asserted:

   a.  Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders "employs" certain individuals, only a few of whose identities are known, including defendant Osama Bin Ladin.

   b.  The Enterprise, Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and the Crusaders, is comprised of the defendants named in the Complaint, the First Amended Complaint, the Second Amended Complaint and any additional complaints filed in this action as well as the defendants in *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* (SDNY 04-CV-1922 (RCC)) and *Estate of John P. O'Neill, et al. v. Al Baraka, et al.* (SDNY 04-CV-1923 (RCC)), among others, and is a collection of the persons, organizations, businesses, and nations associated in fact.  The liable persons are the enterprise and that which makes up the enterprise.

13. The conspiracy which violates 18 U.S.C. §1962(d) is described as follows:

   a.  The history of the conspiracy, in violation of 18 U.S.C. § 1962(d), behind Radical Muslim Terrorism, or the al Qaida, or the International Islamic Front for the Jihad Against Jews and Crusaders could, and has, filled many books, but for purposes of the present RICO Statement, the following is offered.  After being turned out of the Sudan in May 1996, al Qaida

established itself in Afghanistan, and relied on well-placed financial facilitators, including Al Alwani, who laundered funds from Islamic so-called charities and corporations and raised money from witting and unwitting donors. They also relied heavily on certain imams at mosques who were willing to divert the *Zakat*, the mandatory charitable contributions required of all Muslims. Radical Muslim Terrorism, and/or al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders also collected money from employees of corrupted charities. The money raised from these various sources (the 'Funds'), including Al Alwani, were used by the Enterprise to accomplish its goals, with the knowledge and awareness of Al Alwani, of both those goals and the uses to which the Funds were put.

b. The Funds were used to organize and conduct a complex international terrorist operation intended to inflict catastrophic harm on the United States. The Funds enabled the Enterprise to identify, recruit, groom and train leaders who were able to evaluate, approve and supervise the planning and direction of the Enterprise. The Funds also provided communications sufficient system that gathered information on and formed assessments of the Enterprise's enemies' strengths and weaknesses.

c. The Funds enabled the Enterprise to establish a personnel system by which, among other things, it recruited and trained persons to inflict the harm (the 'Operatives') and provided planning and direction to the Operatives. The funds thus raised were used to, among other things, operate terrorist training camps in Afghanistan, where some recruits were trained in conventional warfare but where the best and most zealous recruits received terrorist training. The curriculum in the camps placed with great emphasis on ideological and religious indoctrination. All trainees and other personnel were encouraged to think creatively about ways to commit mass murder.

d. The camps were able to operate only because of the worldwide network of recruiters, travel facilitators, and document forgers who vetted recruits and helped them get in and out of Afghanistan. From the ranks of these recruits the nineteen perpetrators of the Attack were selected. None of this would have been possible without the funds supplied by participants and conspirators like Al Alwani. Indeed, the Enterprise would not have been successful without enthusiastic participation of all of the conspirators, including Al Alwani. In order to identify nineteen individuals willing, able and competent to carry out the Attack, Radical Muslim Terrorism, and/or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders needed to select from a vast pool of recruits and trainees, which pool would not have been available to it without the assistance provided by Al Alwani. Al Alwani, with knowledge and intent, agreed to the overall objectives of the conspiracy, and agreed to commit at

least two predicate acts and all agreed to participate in the conspiracy, either expressly or impliedly. Al Alwani conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Al Alwani conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself. Al Alwani also, with knowledge and intent, agreed to and did aid and abet all of the above illegal activities, RICO predicate acts, and RICO violations.

14. The injuries to business or property suffered by the O'Neill Plaintiffs resulting from the September 11th attack include economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. Additionally, the Attack itself was intended to destroy the leading symbol of the United States' leadership in world trade – The World Trade Center - and as such, affected the O'Neill Plaintiffs jobs, businesses, and livelihoods.

15. Plaintiffs' damages – the loss of life and the damages to business and property related thereto that resulted from the actions of the defendants and their co-conspirators, are a direct causal relationship to the violation of the RICO statute, and are not a derivative claim of damage to a third party. The Plaintiffs, both named and as a class, as described in the complaint, as amended, were the 'reasonably foreseeable victims of a RICO violation' and the 'intended victims of the racketeering enterprise,' (that is, terrorism, the culmination of which was the Attack).

16. Each defendant is jointly and severally liable for all damages sustained by each plaintiff subject to the description of victims set forth in paragraph 4 hereof, for the loss of life, and the economic damages, including but not limited, to pecuniary losses, past and future wage losses and profits, loss of business opportunities, loss of and/or damage to tangible and intangible personal property, loss of currency, loss of support, funeral and burial expenses, loss of prospective inheritance, and loss of other economic contributions to the Plaintiffs'/Decedents' households. The damages for the plaintiffs' collectively are to be determined at trial, and are in excess of $10,000,000,000.00 prior to trebling, punitive damages, interest, legal fees, and the costs of this suit.

17. The federal causes of action against Al Alwani are as follows: Count Eight, Anti-Terrorism Act, 18 U.S.C. § 2331, 2333, *et. seq*.; Count Nine, RICO, 18 U.S.C. § 1962(b),1962(c), 1962(d).

18. The state causes of action are as follows:  Count One, Wrongful Death; Count Two, Survival; Count Three, Action for Economic Damages; Count Four, Intentional Infliction of Emotional Distress; Count Five, Loss of Consortium; Count Six, Loss of Solatium; Count Seven, Conspiracy; Count Ten, Punitive Damages .

19. Plaintiffs hereby incorporate all allegations, claims and counts contained in Plaintiff's Complaint, as amended.

20. Al Alwani has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.  Al Alwani conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself.  Al Alwani conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

21. Al Alwani has long provided financial support and other forms of material support to terrorist organizations including Radical Muslim Terrorism, or the al Qaida, and/or the International Islamic Front for the Jihad Against Jews and Crusaders. Al Alwani conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs and participated in the operation or management of the operation of the Enterprise itself. Al Alwani conspired to conduct or participate, directly or indirectly, in the conduct of the Enterprise's affairs and conspired to participate in the operation or management of the operation of the Enterprise itself.

22. Taha Jabir Al Alwani (Al Alawani) is President of the Graduate School of Islamic and Social Sciences (GSISS) in Leesburg, Virginia. The Graduate School for Social and Islamic Sciences (GSISS), trains Islamic clerics to minister to Muslim soldiers in the U.S. military, however, it is suspected by the U.S. government of raising funds for terrorism.

23. Al Alwani is also a founding member and president of the International Institute of Islamic Thought ("IIIT"). The IIIT is a self-described "Islamic think tank" started by Sami Al-Arian, who was arrested by the U.S. government and is awaiting trial on charges that he was a key figure in the terrorist group Palestinian Islamic Jihad.

24. Taha Jabir Alawani was publicly identified in an affidavit by U.S. Customs special agent David Kane ("Kane") as a director of *"Safa Group companies including International Institute of Islamic Thought (IIIT), FIQH council of North America, Graduate School of Islamic & Social Sciences, and Heritage Education Trust."* In the affidavit, Kane wrote that "there is probable cause to believe that Alawani, along with others, conspired to commit various offenses, including the

providing of material support or resources to foreign terrorist organizations in violation of 18 U.S.C. Para 2339B."

25. The Articles of Incorporation for the IIIT, dated October 8, 1980, which were included with the IIIT Application for Recognition of Exemption from Federal Income Tax (Form 1023), dated June 3, 1982, identify other individuals who were directors of WAMY,[1] a co-defendant, at that time. "These include Dr. Taha Jaber, whom I (Kane) believe to be the same as Taha Jaber Al-Alwani, Dr. Abdul Hamid Abu Sulayman, and Dr. Jamal Barzinji." On this document Al-Alwani, Barzinji and Abu Sulayman listed their address as World Assembly of Muslim Youth, P.O. Box 5472, Riyadh, Saudi Arabia.

26. According to a second affidavit filed by Kane in the US District Court in Eastern Virginia, Al-Awani's home was listed as a location to be searched: "The Residence of Al-Alwani at 1105 Safa Street, Herndon, Virginia 1105 Safa Street in Herndon is the residence of Taha Jaber Al-Alwani, an officer and/or director of Safa Group companies including International Institute of Islamic Thought ('IIIT'), FIQH Council of North America ('FIQH'), Graduate School of Islamic & Social Sciences ('GSISS') (formerly known as the School of Islamic and Social Sciences ('SISS')) and Heritage Education Trust."

27. Kane further stated: "Various documents and videotapes obtained in Tampa searches show that Al Alwani, attended and spoke at Islamic Concern Project ('ICP') conferences with Al-Arian, Shallah, Sheik Odeh (spiritual leader and co-founder of Palestinian Islamic jihad ('PIJ')) and Sheik Rahman (the "Blind Sheik" convicted of conspiracy to blow up New York tunnels and the United Nations in New York in October 1995). Inasmuch as ICP conferences were, in essence, PIJ conferences, I know that Al-Alwani has long been a supporter of PIJ."

28. Additionally, Kane said, "In October 1999, a confidential asset of the FBI, who has provided reliable information in the past, furnished the Washington Field Office of the FBI a copy of a fatwa 36 (declaration) signed by Al-Alwani at some point between December 1988 and November 1989, proclaiming the truth by the powers invested in us by Allah, that Jihad is the only way to liberate Palestine; that no person or authority may settle the Jews on the land of Palestine or cede to them any part thereof, or recognize any right therein for them."

29. Public documents show that the SAAR network was the primary backer of the PIJ front groups in the United States, World and Islam Studies Enterprise ('WISE') and Islamic Concern Project ('ICP').

---

[1] Plaintiffs herein incorporate by reference throughout this document the factual averments and arguments which are contained within its More Definite Statement Applicable to WAMY, relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*, 04-CV-1923 (RCC).

30. In fact, previously released correspondence and bank checks reveal that SAAR affiliates IIIT and Safa Trust funneled tens of thousands of dollars to the PIJ fronts. Al Alwani, in his capacity as President of the International Institute of Islamic Thought and an officer of the Heritage Education Trust and Safa Trust, has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, Travel Act violations, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America.

31. As the foregoing demonstrates, Al Alwani thereby knowingly has, for a period of many years, provided critical financial and logistical support to al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders, to support the terrorist organization's global jihad. The September 11th Attack was a direct, intended and foreseeable product of Al Alwani's participation in the jihadist campaign for al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

32. The September 11th Attack was a direct, intended and foreseeable product of Al Alwani's participation in the jihadist campaign for al Qaida, and/or Radical Muslim Terrorism, and/or the International Islamic Front for the Jihad Against Jews and Crusaders.

33. Given the extraordinarily complex nature of the conspiracy and other wrongdoing that led to the events of September 11, 2001, much information is presently unavailable to plaintiffs, absent discovery. Plaintiffs therefore reserve the right to amend this Statement as information is learned and verified through discovery and otherwise.

Date: September 30, 2005

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

BY:_____
GINA M. MAC NEILL, ESQUIRE (GM 0581)
JERRY S. GOLDMAN, ESQUIRE (JG 8445)
FREDERICK J. SALEK, ESQUIRE (FS 8565)
Attorneys for the Plaintiffs
111 Broadway, 13th Floor
New York, N.Y. 10006
212.242.2232