

June 14, 2022

**Sean P. Carter**

Direct Phone   215-665-2105
Direct Fax       215-701-2105
scarter1@cozen.com

**VIA ECF**

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   RE: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

   I write on behalf of Judgment Creditors *Federal Insurance Co., et al.* (the "*Federal Insurance*" Creditors), and the *Burnett*, *O'Neill*, *Havlish*, *Hoglan*, *Grazioso*, *Ray*, and *Ryan* Plaintiffs (collectively "The Framework Agreement Plaintiffs"), to respectfully request a brief extension of the deadline to file their reply brief in support of the *Federal Insurance* Creditors' Cross-Motion to Vacate the *Ex Parte* Prejudgment Attachment issued on March 21, 2022 in *Owens, et al. v. Taliban, et al.*, No. 1:22-cv-01949-VEC (ECF Nos. 8055-8057), which is presently due on June 17, 2022.  The extension to June 22, 2022 is being requested in light of the impending deposition of plaintiffs' expert in the proceedings against the Kingdom of Saudi Arabia and other commitments this week.

   We have conferred with counsel for the *Owens* plaintiffs, and they have advised that they do not object to the requested extension.

   We thank the Court in advance for its attention to this matter.

      Respectfully submitted,

      COZEN O'CONNOR

      SEAN P. CARTER

cc: The Honorable George B. Daniels (via ECF)
   All MDL Counsel of Record (via ECF)
LEGAL\58318930\1