```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received a letter from "September 11 Advocates," which that group requests be docketed. As this group is composed primarily of plaintiffs who are already part of this case and represented by counsel, the request to file a letter independently of counsel is DENIED.

**SO ORDERED.**

Dated: June 14, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

cc:    September 11 Advocates (by email)