# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.<br>
Jgoldman@andersonkill.com<br>
212-278-1569

<u>Via ECF</u>                                                                                                  June 14, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Estate of John Patrick O'Neill, Sr., et al., v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD) (SN) – Disregard or Strike Motion

Dear Judge Netburn:

  I represent plaintiffs in the above-referenced matters. I write to request that the Court strike or otherwise disregard the Motion to Add Additional Plaintiffs Against the Taliban (the "Motion"), filed today by undersigned counsel. ECF Nos. 8099 – 8102. As we were completing filing the Motion, we received hard copy engagement letters from four claimants that were signed June 1, 2022, that just arrived at our office. We intend to re-file the Motion immediately with these four claims added.

  I thank the Court for its attention to this matter.

Respectfully submitted,<br><br>
<i>/s/ Jerry S. Goldman</i><br>
Jerry S. Goldman, Esq.<br><br>
<i>Attorney for the Plaintiffs</i>

cc: The Honorable George B. Daniels (via ECF)
   All MDL Counsel of Record (via ECF)