**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to: *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD)(SN)

## MOTION TO ADD ADDITIONAL PLAINTIFFS AGAINST THE TALIBAN

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Jerry S. Goldman, Esq., along with the exhibit attached thereto, the O'Neill Plaintiffs, Plaintiffs added pursuant to the Court's May 4, 2022 Order (ECF No. 7949), and proposed Additional Plaintiffs in the above-captioned matter, by and through their counsel, respectfully move that this Court:

1.      Order that the underlying complaint is deemed amended to add the seventy-one (71) plaintiffs listed in Appendix 1 starting at number 3,017 ("Additional Plaintiffs") as plaintiffs against the Taliban;

2.      Order that the amendment supplements by incorporation into, but does not displace, the underlying complaint;

3.      Order that prior service, orders, and judgments entered in the case remain in effect as to all parties;

4.      Order that all parties are bound by all prior rulings made in this case, including the Court's prior order on service by publication, ECF Nos. 445, 488;

5.      Order that Case Management Order #2, ECF No. 247, ¶ 12 applies to Additional Plaintiffs such that re-service of the Taliban is not required;

6.      Order that Additional Plaintiffs shall file the Second Amended First Consolidated

Complaint (*see* Exhibit A to the Declaration of Jerry S. Goldman, Esq.) as a stand-alone

document within one week of this Order; and

7.      Granting such other and further relief that the Court deems just and proper.

Dated:      New York, New York              Respectfully submitted,
            June 14, 2022

                                            /s/ Jerry S. Goldman
                                            ANDERSON KILL P.C.
                                            Jerry S. Goldman, Esq.
                                            Hon. Ethan Greenberg (ret.)
                                            Bruce E. Strong, Esq.
                                            Alexander Greene, Esq.
                                            1251 Avenue of the Americas
                                            New York, NY 10020
                                            Tel:  (212) 279-1000
                                            Fax: (212) 278-1733
                                            Email:  jgoldman@andersonkill.com
                                                    egreenberg@andersonkill.com
                                                    bstrong@andersonkill.com
                                                    agreene@andersonkill.com

                                            *Attorneys for Plaintiffs*

docs-100494491.2