**Ex. A-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | **DECEDENT First Name** | **DECEDENT Middle Name** | **DECEDENT Last Name** | **PLAINTIFF First Name** | **PLAINTIFF Middle Name** | **PLAINTIFF Last Name** | **PLAINTIFF Suffix** | **Relationship to 9/11 Decedent** | **SOLATIUM DAMAGES AMOUNT** |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Samuel | | Fields | Marcus | | Fields | | Sibling | $4,250,000.00 |

**TOTAL** $4,250,000.00

docs-100498463.1

**Ex. A-2**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Deborah | Ann | Ramsaur | David | William | LaRoche | David | Sibling | $4,250,000.00 |

| TOTAL | $4,250,000.00 |

docs-100498544.1

**Ex. A-3**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Tamara | Ciara | Thurman | William |  | Woolen |  | Parent (Deceased) | $8,500,000.00 |
| 2. | Lisa | LaShawne | Young | Tonya | Lavon | Young |  | Sibling | $4,250,000.00 |
| 3. | Lisa | LaShawne | Young | April |  | Young |  | Sibling | $4,250,000.00 |

**TOTAL** $17,000,000.00

docs-100498548.1

**Ex. A-4**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ronald | John | Hemenway | Paul | Douglas | Hemenway | | Sibling | $4,250,000.00 |
| 2. | Kenneth | Charles | Ledee | Carlos | | Ledee | | Parent (Deceased) | $8,500,000.00 |
| 3. | William | Alan | Mathesen | Jessica | Leigh | Mathesen | | Child | $8,500,000.00 |

**TOTAL** $21,250,000.00

docs-100498568.1

**Ex. A-5**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Charles | Henry | Karczewski | Rose | Christine | Karczewski | | Parent (Deceased) | $8,500,000.00 |

**TOTAL** $8,500,000.00

docs-100498579.1

**Ex. A-6**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Katherine | Marie | Noack | Bradley | David | Noack |  | Spouse | $12,500,000.00 |

| | |
|---|---|
| **TOTAL** | **$12,500,000.00** |

docs-100498581.1

**Ex. A-7**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Paul | William | Innella | William | T. | Innella | | Sibling | $4,250,000.00 |

**TOTAL** $4,250,000.00

docs-100498620.1