**Ex. B-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|-----------------------:|---------------------------:|--------------------:|
| 1. | Gilbert             |                      | Granados           |             | $1,121,788.00          |                            | $1,121,788.00       |
| 2. | Paul                | W.                   | Jurgens            |             | $2,310,711.00          |                            | $2,310,711.00       |

**TOTALS**  $3,432,499.00   $3,432,499.00

**Ex. B-2**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Oscar | F. | Nesbitt | | $385,082.00 | | $385,082.00 |
| 2. | Mayra | V. | Rodriguez | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS**              $385,082.00    $2,000,000.00    $2,385,082.00

**Ex. B-3**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Michael | C. | Sorresse |  | $4,026,845.00 |  | $4,026,845.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $4,026,845.00 | | $4,026,845.00 |

**Ex. B-4**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Charles | A. | Lesperance |  | $637,082.00 |  | $637,082.00 |
| 2. | Luis | Clodoaldo | Revilla Mier |  | $388,831.00 |  | $388,831.00 |

**TOTALS** | | | | | $1,025,913.00 | | $1,025,913.00

docs-100498764.1

**Ex. B-5**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Gary                | L.                   | Bright             |             | $790,785.00            |                            | $790,785.00         |
|    | **TOTALS**          |                      |                    |             | $790,785.00            |                            | $790,785.00         |

**Ex. B-6**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Virgin | | Francis | | $698,934.00 | | $698,934.00 |
| **TOTALS** | | | | | $698,934.00 | | $698,934.00 |

docs-100498769.1

**Ex. B-7**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Judy                |                      | Rowlett            |             | $697,328.00            |                            | $697,328.00         |
|    | **TOTALS**          |                      |                    |             | $697,328.00            |                            | $697,328.00         |

docs-100498781.1

**Ex. B-8**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | (Lt.) Brian | G. | Ahearn |  | $4,523,127.00 |  | $4,523,127.00 |
| 2. | Arlene | T. | Babakitis |  | $1,005,982.00 |  | $1,005,982.00 |
| 3. | Vivian |  | Casalduc |  | $805,405.00 |  | $805,405.00 |
| 4. | Jose |  | Depena |  | $2,773,129.00 |  | $2,773,129.00 |

**TOTALS** $9,107,643.00 $9,107,643.00

docs-100498791.1

**Ex. B-9**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1.  | Ronald | John | Hemenway | | $2,083,919.00 | | $2,083,919.00 |
| 2.  | Charles | G. | John | | | $2,000,000.00 | $2,000,000.00 |

| **TOTALS** | | | | | $2,083,919.00 | $2,000,000.00 | $4,083,919.00 |

**Ex. B-10**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|-----------------------------|---------------------|
| 1. | Gregory | | Sikorsky | | $5,382,668.00 | | $5,382,668.00 |
| 2. | Kenneth | | Simon | | $7,454,940.00 | | $7,454,940.00 |
| 3. | Robert | F. | Wallace | | $4,207,489.00 | | $4,207,489.00 |
| 4. | Suzanne | | Youmans | | $137,618.00 | | $137,618.00 |
| | **TOTALS** | | | | $17,182,715.00 | | $17,182,715.00 |

docs-100498820.1

**Ex. B-11**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Stephen | J. | Fiorelli |  | $3,550,947.00 |  | $3,550,947.00 |
| **TOTALS** |  |  |  |  | $3,550,947.00 |  | $3,550,947.00 |

docs-100498832.1

**Ex. B-12**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Terence | Augustine | McShane | | $5,794,384.00 | | $5,794,384.00 |
| **TOTALS** | | | | | $5,794,384.00 | | $5,794,384.00 |

docs-100498834.1

**Ex. B-13**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Dennis | Michael | Edwards | | $7,915,331.00 | | $7,915,331.00 |
| 2. | Nicholas | George | Massa | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Katherine | | McGarry Noack | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $7,915,331.00  $4,000,000.00  $11,915,331.00

docs-100498836.1

**Ex. B-14**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Ivan                |                      | Vale               |             | $3,698,717.00          |                            | $3,698,717.00       |

**TOTALS** $3,698,717.00 $3,698,717.00

docs-100498841.1

**Ex. B-15**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Michele | Ann | Nelson | | $1,494,935.00 | | $1,494,935.00 |

**TOTALS** $1,494,935.00    $1,494,935.00