# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                       June 17, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
             (GBD) (SN) – Incorrect E-Filer Name

Dear Judge Netburn:

      I write regarding the Motion for Partial Final Judgment for Damages, ECF Nos. 8112, 8116, 8117, 8118, (the "Motion") e-filed on June 16, 2022. My office correctly filed the Motion on the individual case dockets and selected my clients as e-filers but inadvertently selected an e-filer on the MDL docket that is not a client of our firm. We wanted to alert you to this issue and would be happy to re-file the Motion if needed to avoid confusion.

      I thank the Court for its attention to this matter.

                                                      Respectfully submitted,

                                                      */s/ Jerry S. Goldman*
                                                      Jerry S. Goldman, Esq.

                                                      *Attorney for Plaintiffs*

cc:    The Honorable George B. Daniels (via ECF)
        All MDL Counsel of Record (via ECF)