UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks of September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.,* Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.,* Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.,* Case No. 04-cv-07065
*Euro Brokers, Inc. et al. v. Al Baraka, et al.,* Case No. 04-cv-07279

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL**

Before the Court is the Motion for Withdrawal of Eric J. Snyder as Attorney of Record for Defendant Dubai Islamic Bank.

IT IS ORDERED that the Motion for Withdrawal of Counsel is GRANTED. The Clerk is requested to remove Eric J. Snyder from the docket as counsel for Dubai Islamic Bank.

Dated: _____, 2022
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge