# Exhibit 1

# DAB Turnover Proceedings



PUBLIC NOTICE

To the Taliban and Da Afghanistan Bank

طالبانو او د افغانستان بانک ته

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, 20-MC-740-GBD-SN, and 03-CV-6978-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors"), John Does 1 through 7 ("the Doe Creditors"), and Judgment Creditors Federal Insurance Co., et al. (the "Federal Insurance Creditors"), have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final

د متحده ایالاتو د ولسوالی عدالت کې د نیویارک د سویلي سیمي لپاره، د قضیې شمیره،03-MD-1570-GBD-SN ، 03-CV-9848-GBD-SN، 20-MC-740-GBD-SN،او د قضاوت پور ورکونکي فیونا هاولښ او نور ("د هاولښ پور ورکونکي) کې د افغانستان بانک کې د شتمنیو د بدلولو جان دوز 1 څخه تر 7 پوري (د دو پور ورکونکي) او د قضاوت پور ورکونکي فدرالي بیمي شرکت، او نور. (د "فدرالي بیمي پور ورکونکي") هر یو د نیویارک له فدرال ریزرو بانک غوښتنه کړې. د هاولښ پور ورکونکي غواړي دا (FRBNY) شتمني د محکمي لخوا د 2012 کال د اکتوبر په 16 مه نېټه د طالبانو او نورو په مینځ کې د 2001 کال د سپتمبر د 11مي د ترهګري بریدونو په تړاو د عدالت لخوا داخل شوي وروستي پریکړه پوره کړي. پور ورکونکي دا شتمني د 2020 کال د نومبر په 5مه د تګزاس په شمالي سیمه کې د طالبانو او نورو په مینځ کې د جنوري په 4مه، 2016 کې په کابل، افغانستان کې د

# DAB Turnover Proceedings

4, 2016. The Federal Insurance Creditors seek these assets to satisfy the final judgment entered by the Court on April 20, 2022 against the Taliban in connection with the terrorist attacks of September 11, 2001. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors', the Doe Creditors', and the Federal Insurance Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in an amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669, $138,418,741, and $14,672,806,120.64, respectively.

11 د تروریستي بریدونو په تړاو د محاکمي لخوا درج شوي (a), N.Y. وروستی پریکړه پوره کړي. د مدني طرزالعمل 69 او 5227 برخی، د (b) () مقرراتو سره سم د C.P.L.R. 5225 2002 د ترهګری د بیمی قانون 201(ای) برخه، هاولیش پور ورکونکي، ډو پور ورکونکي او د فدرالي بیمي پور ورکونکي دې ته اړ کړی چی د افغانستان FRBNY خوځښتونه غواړی بانک بندې شوی شتمنی په ډېره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,386,669 ډالر، $138,418,741 $14,672,806,120.64 ډالر د انعامونو بقایا مقدار د هغه نیټي پوري چي غوښتنی یی په ترتیب سره ثبت شوي.

This is a notice that the motions have been filed. The motion papers are available below in both English and Pashto.

دا يو خبرتيا ده چي غوښتنی درج شوي دي. د غوښتنوکاغذونه/مقالي په لاندي ويب پاڼه کي په انګليسي او پښتو دواړو کي ښتون لري

# د هاولیش پور ورکونکي Havlish Creditors

English:                                                                    Pashto (پښتو):

# DAB Turnover Proceedings

Havlish Memorandum of Law (English)

Havlish Memorandum of Law (Pashto)

Havlish Mitchell Declaration and Exhibits (English)

Havlish Mitchell Declaration and Exhibits (Pashto)

Havlish Zerden Declaration (English)

Havlish Zerden Declaration (Pashto)

Havlish Proposed Order (English)

Havlish Proposed Order (Pashto)

# د دوه پور ورکونکی Doe Creditors

English:

Pashto (پښتو):

Doe Notice of Motion (English)

Doe Notice of Motion (Pashto)

Doe Memorandum of Law and Exhibits (English)

Doe Memorandum of Law and Exhibits (Pashto)

# DAB Turnover Proceedings

Doe Zerden Declaration (English)

Doe Zerden Declaration (Pashto)

## Federal Insurance Creditors د فدرال بیمې پور ورکوونکي

English:

Pashto (پښتو):

Federal Ins. Notice of Motion (English)

Federal Ins. Notice of Motion (Pashto)

Federal Ins. Memorandum of Law (English)

Federal Ins. Memorandum of Law (Pashto)

Federal Ins. Carter Declaration and Exhibits (English)

Federal Ins. Carter Declaration and Exhibits (Pashto)

# DAB Turnover Proceedings