# Exhibit 2

# Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Tarbutton, J. Scott |
| **Sent:** | Friday, May 20, 2022 11:31 PM |
| **To:** | 'info@dab.gov.af' |
| **Subject:** | Notice of DAB Turnover Proceedings in the U.S. District Court for the Southern District of New York |
| **Attachments:** | Federal Ins. Notice of Motion (Pashto).pdf; Federal Ins. Memorandum of Law (Pashto).pdf; Federal Ins. Declaration and Exhibits (Pashto).pdf |

To Da Afghanistan Bank:

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-6978-GBD-SN, Judgment Creditors Federal Insurance Co., et al. ("the Federal Insurance Creditors") have filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY).  The Federal Insurance Creditors seek these assets to satisfy the final judgment entered by the Court on April 20, 2022 against the Taliban in connection with the terrorist attacks of September 11, 2001.  Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Federal Insurance Creditors' motion seeks to compel FRBNY to turn over the blocked assets of DAB in an amount sufficient to satisfy the outstanding amount of their award of compensatory damages as of the date the motion was filed, namely $14,672,806,120.64.

This is a notice that the motion has been filed.  The Federal Insurance Creditors' motion papers are attached, will be sent via secure file transfer, and are also available in both English and Pashto at the following website:

www.DABturnover.com

افغانستان بانک ته:

د متحده ایالاتوپه سیمه‌ایزه محکمه کې د نیویارک د سویلي سیمي لپاره، د قضیي شمیره، 03-MD-1570-GBD-SN، 03-CV-6978-GBD-SN، د قضاوت پور ورکونکي د فدرالي بیمي شرکت  او نور ( د د فدرالي بیمي  پور ورکونکي ) یو خوځښت دوسیه کړې چې غواړي په نیویارک فدرال ریزرو بانک (FRBNY) کې د د افغانستان بانک ساتل شوي پیسي راوګرځوي. د فدرالي بیمي پور ورکونکي دا شتمنۍ  چې د محکمې لخوا د اپریل په 20، 2022 کې د طالبانو پر وړاندې د 2001 کال د سپتمبر د 11می تروریستي بریدونو په تړاو د محکمي لخوا درج شوي وروستی پریکړه پوره کړي .د مدني طرزالعمل .N.Y. C.P.L.R ,69(a)  مقرراتو له مخې د (b) () 5225 او 5227 برخې، د 2002 د ترهګرۍ د بیمي قانون)201 ای (برخه،  د فدرالي بیمي پور ورکونکي خوځښتونه غواړي FRBNY دې ته اړ کړی چې د افغانستان بانک بندې شوي شتمنۍ په ډېره اندازه د قناعت ور کړي.د دوی د جبراني تاوانونواعطا لکه 14,672,806,120.64 ډالر.
دا یو خبرتیا ده چې خوځښت دوسیه شوی دی. د فدرالي بیمي پور ورکونکو د خوځښت سندونه ضمیمه دي، د خوندي فایل لیږد له لاري به لیږل کېږي، او په لاندې ویب پاڼه کې په انګلیسي او پښتو دواړو کې شته:

www.DABturnover.com


Regards,

Counsel for the Federal Insurance Creditors



J. Scott Tarbutton
Member | Cozen O'Connor

One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com