# Exhibit 3

Sent | Cozen O'Connor

Reply all    Forward    Move to Trash    Track    Print

**Southern District of New York, Case Nos. 03MDL1570 and 03CV06978**

**W** cwilliams@cozen.com
May 21, 2022, 12:05 AM
info@dab.gov.af
1 attachment -Expired : Jun 4, 2022

To Da Afghanistan Bank – The Federal Insurance Creditors' motion papers in the United States District Court for the Southern District of New York, Case Nos. 03-md-1570 and 03-cv-6978, are attached and also available at the following website in both English and Pashto:  www.DABturnover.com.

Regards,
Counsel for the Federal Insurance Creditors

File attachment expired: Jun 04, 2022 23:59:59 GMT

| Name | Size |
|---|---|
| Federal Ins. Creditors' April 29, 2022 Turnover Papers - Pashto.zip | 17.8 MB |