# Exhibit 6

**FederalTurnover**
@FederalTurnover

This is a notice that a motion has been filed in a United States court seeking a turnover of DAB assets. The motion papers are available at the following website in both English and Pashto: DABturnover.com.
@IeaOffice

---

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-6978-GBD-SN, Judgment Creditors Federal Insurance Co., et al. ("the Federal Insurance Creditors") have filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Federal Insurance Creditors seek these assets to satisfy the final judgment entered by the Court on April 20, 2022 against the Taliban in connection with the terrorist attacks of September 11, 2001. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Federal Insurance Creditors' motion seeks to compel FRBNY to turn over the blocked assets of DAB in an amount sufficient to satisfy the outstanding amount of their award of compensatory damages as of the date the motion was filed, namely $14,672,806,120.64.

This is a notice that the motion has been filed. The motion papers are available in both English and Pashto at the following website:

www.DABturnover.com

---

3:14 PM · May 24, 2022 · Twitter Web App



**FederalTurnover**
@FederalTurnover

دا یوه خبرتیا ده چې د متحده ایالاتو په یوه محکمه کې د افغانستان بانک د شتمنیو د ګرځولو غوښتنه شوې. د خوښښت مقالې په لاندې ویب پاڼه کې په انګلیسي او پښتو دواړو ژبو شته:

DABturnover.com
@IeaOffice

Translate Tweet

عامه خبرتیا

طالبانو او افغانستان بانک ته:

د متحده ایالاتو په سیمه‌ایزه محکمه کې د نیویارک د سویلي سیمې لپاره، د قضیې شمیره، 03-MD-1570-GBD-SN، 03-CV-6978-GBD-SN، د قضاوت پور ورکوونکي د فدرالي بیمې شرکت او نور (د د فدرالي بیمي پور ورکوونکي) یو خوښښت دوسیه کړی چې غواړي په نیویارک فدرال ریزرو بانک (FRBNY) کې د افغانستان بانک ساتل شوي پیسي راوګرځوي. د فدرالي بیمي پور ورکوونکي غواړي چې د محکمې لخوا د اپریل 2022 کال د 20مه د طالباتو پر وراندي د 2001 کال د سپټمبر د 11مي تروریستي بریدونو په تړاو د محکمي لخوا درج شوي ورستۍ پریکړه پوره کړي. د مدني طرز العمل، N.Y. C.P.L.R., 69(a) د مقرراتو له مخي د (b) 5225 او 5227 برخي، د 2002 کال د ترهګري د بیمي قانون) 201 ای (برخه. د فدرالي بیمي پور ورکوونکي خوښښتونه غواړي FRBNY دي ته ار کړي چې د افغانستان بانک بنده شوې شتمني په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو اعطا لکه 14,672,806,120.64 دالر. دا یو خبرتیا ده چې خوښښت دوسیه شوی دی. د خوښښت مقالي او په لاندې ویب پاڼه کې په انګلیسي او پښتو دواړو ژبو کي شته:

www.DABturnover.com

3:19 PM · May 24, 2022 · Twitter Web App