# Exhibit 7

# Dr.M.Naeem
4,093 Tweets



## Dr.M.Naeem
@IeaOffice

د.ا.ا.د سياسي دفتر وياند.سخنګوی دفتر سیاسی ا.ا.ا
Spokesman of the Political Office of the Islamic Emirate of Afghanistan.

📍 Qatar   🔗 alemarahpashto.com   📅 Joined September 2020

77 Following    382.5K Followers

Not followed by anyone you're following