# Exhibit 8



**FederalTurnover**
@FederalTurnover

This is a notice that a motion has been filed in a United States court seeking a turnover of DAB assets. The motion papers are available at the following website in both English and Pashto: DABturnover.com.
@abdullah_azzam7

---

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-6978-GBD-SN, Judgment Creditors Federal Insurance Co., et al. ("the Federal Insurance Creditors") have filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Federal Insurance Creditors seek these assets to satisfy the final judgment entered by the Court on April 20, 2022 against the Taliban in connection with the terrorist attacks of September 11, 2001. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Federal Insurance Creditors' motion seeks to compel FRBNY to turn over the blocked assets of DAB in an amount sufficient to satisfy the outstanding amount of their award of compensatory damages as of the date the motion was filed, namely $14,672,806,120.64.

This is a notice that the motion has been filed. The motion papers are available in both English and Pashto at the following website:

www.DABturnover.com

---

3:15 PM · May 24, 2022 · Twitter Web App

**FederalTurnover**
@FederalTurnover

دا يوه خبرتيا ده چې د متحده ايالاتو په يوه محكمه كې د افغانستان بانك د شتمنيو د ګرځولو غوښتنه شوې. د خوښښت مقالې په لاندې ويب پاڼه كې په انګليسي او پښتو دواړو ژبو شته:

DABturnover.com
@abdullah_azzam7

Translate Tweet

عامه خبرتيا

طالبانو او افغانستان بانك ته:

د متحده ایالاتو په سیمه‌ایزه محکمه کې د نیویارک د سویلي سیمي لپاره، د قضيي شميره، 03-MD-1570-GBD-SN، 03-CV-6978-GBD-SN، د قضاوت پور ورکوونکي د فدرالي بيمي شركت او نور (د د فدرالي بيمي پور ورکونکي) یو خوښښت دوسیه کړې چي غواړي په نیویارک فدرال ریزرو بانک (FRBNY) کي د افغانستان بانک سائل شوي پیسي راوګرځوي. د فدرالي بيمي پور ورکوونکي غواړي دا شتمني چي د محكمي لخوا د 2022 کال د اپریل په 20مه د طالبانو پر وراندي د 2001 کال د سپټمبر د 11مي تروريستي برېدونو په تړاو د محکمي لخوا درج شوي وروستي پرېکړه پوره کړي. د مدني طرز العمل، N.Y. C.P.L.R. ،69(a) د مقرراتو له مخي، د (b) 5225 او 5227 برخي، د 2002 کال د ترهګري د بيمي قانون) 201 اي (برخه. د فدرالي بيمي پور ورکوونکي خوښښتونه غواړي FRBNY دي ته اړ کړي چي د افغانستان بانک بنده شوي شتمني په ډېره اندازه د قناعت ور کړي. د دوی د جبراني تاوانو اعطا لکه 14,672,806,120.64 دالر. دا یو خبرتيا ده چي خوښښت دوسیه شوی دی. د خوښښت مقالې او په لاندې ویب پاڼه کي په انګلیسي او پښتو دواړو ژبو کي شته:

www.DABturnover.com

3:20 PM · May 24, 2022 · Twitter Web App