# Exhibit 9



# Abdullah Azzam
3,373 Tweets

## Abdullah Azzam
@Abdullah_azzam7

Personal Secretary 2 D 1st Deputy PM of D IEA, Mullah Abdul Ghani Baradar, Views are own د ا.ا.ا د ریاست الوزراء د لومړي معاون ملا عبدالغني برادر خاص سکرتر

- Kabul, Afghanistan
- Born January 1, 1996
- Joined September 2020

**459** Following   **10.7K** Followers

Not followed by anyone you're following