# Exhibit 11



# Abdul Qahar Balkhi
@QaharBalkhi

MoFA Spokesperson, Islamic Emirate of Afghanistan
Translate bio

Kabul   Joined August 2021

49 Following   131.8K Followers

Not followed by anyone you're following