# Exhibit 13

← **Zabihullah (..م الله ذبــــيح )**
31.3K Tweets

ذبيح الله مجاهد

د افغـانسـتـان اسلامي امارت ويندوی
سخنګوی امارت اسلامی افغانستان



  Follow

# Zabihullah (..م الله ذبــــيح )
@Zabehulah_M33

Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid

🔗 alemarahpashto.com    📅 Joined April 2017

44 Following    598.6K Followers

Not followed by anyone you're following