# Exhibit 14

# PUBLIC NOTICE
## To the Taliban and Da Afghanistan Bank

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-6978-GBD-SN, Judgment Creditors Federal Insurance Co., et al. ("the Federal Insurance Creditors") have filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Federal Insurance Creditors seek these assets to satisfy the final judgment entered by the Court on April 20, 2022 against the Taliban in connection with the terrorist attacks of September 11, 2001. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Federal Insurance Creditors' motion seeks to compel FRBNY to turn over the blocked assets of DAB in an amount sufficient to satisfy the outstanding amount of their award of compensatory damages as of the date the motion was filed, namely $14,672,806,120.64.

This is a notice that the motion has been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com

WO_Taliban.indd   1                                    5/18/22   4:41 PM