# Exhibit 15

إشعار عام
إلى طالبان وبنك أفغانستان المركزي

في محكمة مقاطعة الولايات المتحدة للمنطقة الجنوبية لولاية نيويورك، بالقضيتين رقم 03-MD-1570-GBD-SN ورقم 03-CV-6978-GBD-SN، قام المحكوم لهم شركة .Federal Insurance Co وآخرون (ويُشار إليهم بـ "دائني شركة Federal Insurance") بتقديم التماس إلى المحكمة مطالبين بموجبه تحويل الأصول التابعة لبنك أفغانستان المركزي (DAB) الموجودة في حيازة بنك الاحتياطي الفيدرالي بنيويورك (FRBNY). يسعى دائنو شركة Federal Insurance للحصول على هذه الأصول للوفاء بالحكم النهائي الذي أصدرته المحكمة في 20 أبريل 2022 ضد طالبان فيما يتعلق بالهجمات الإرهابية التي وقعت في 11 سبتمبر 2001. بموجب القاعدة الفيدرالية للإجراءات المدنية رقم 69(أ)، وقسمي 5225(ب) و5227 من قانون وقواعد الممارسة المدنية بولاية نيويورك، وقسم 201(أ) من قانون التأمين ضد مخاطر الإرهاب لعام 2002، يسعى التماس دائني شركة Federal Insurance إلى إجبار بنك الاحتياطي الفيدرالي بنيويورك على تسليم أصول بنك أفغانستان المركزي المجمدة بمبلغٍ كافٍ للوفاء بالمبلغ المستحق من حكم التعويضات عن الأضرار اعتبارًا من تاريخ تقديم الالتماس والبالغ 14,672,806,120.64 دولارًا أمريكيًّا.

وهذا إشعار بأنه قد تم بالفعل تقديم الالتماس. مستندات الالتماس متاحة باللغتين الإنجليزية والباشتو على الموقع التالي:
www.DABturnover.com

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

17/6/22

LEGAL\58003562\1