# Exhibit 17



The New York Times
620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

May-31, 20 22

I, Edgar Noblesala, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

May 30, 2022, NYT & Natl, pg B3

Sworn to me this 31st day of May, 2022

_Ellen Herb_
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

---

**PUBLIC NOTICE**
**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-6978-GBD-SN, Judgment Creditors Federal Insurance Co., et al. ("the Federal Insurance Creditors") have filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Federal Insurance Creditors seek these assets to satisfy the final judgment entered by the Court on April 20, 2022 against the Taliban in connection with the terrorist attacks of September 11, 2001. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Federal Insurance Creditors' motion seeks to compel FRBNY to turn over the blocked assets of DAB in an amount sufficient to satisfy the outstanding amount of their award of compensatory damages as of the date the motion was filed, namely $14,672,806,120.64.

This is a notice that the motion has been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com

ENERGY | LABOR

FROM FIRST BUSINESS PAGE

change. A Pew Charitable Trust survey in 2019 found that 6 percent of Americans had already installed solar panels and that another 46 percent were considering it.

"The biggest thing is that solar is a lot cheaper than it used to be even in places like New York City and Boston, where it tends to be more expensive than in the suburbs," said Anika Wistar-Jones, director of affordable solar at Solar One, an environmental education nonprofit in New York City that helps affordable housing and low-income communities adopt solar energy.

If you are interested in solar, here are some things to consider.

### Can you add solar panels to your roof?

This question might seem simple, but finding the answer can be surprisingly complicated. One installer told me that my roof was so shaded by trees that solar panels would not generate enough electricity to make the investment worthwhile. Hearing another opinion was worth it: The installer I hired allayed those concerns and recommended some tree trimming. On sunny days my system often generates more power than my family uses.

It can also be difficult to find out what your local government and utility will permit because the information is usually not readily available in plain language. I learned that lesson at my previous home.

When I lived in New York City, it took months of research to learn that I couldn't install panels on my roof. The city requires a large clear area on flat roofs like mine for firefighters to walk on, it turns out. And I couldn't install solar panels on a canopy — a rooftop framework that elevates the panels — because it would violate a city height restriction for homes on my block.

The best approach is to cast a wide net and talk to as many solar installers as you can. You might also consult neighbors who have put solar panels on their roofs: People in many parts of the country have banded together in what are known as solarize campaigns to jointly purchase solar panels to secure lower prices from installers.

"That has been really successful in neighborhoods and communities all across the country," said Gretchen Bradley, community solar manager at Solar One.

### Can I afford a solar installer?

You should seek proposals from several installers. Comparison shopping services like EnergySage and SolarReviews make it easy to contact multiple installers.

When reviewing proposals, pay attention to how much the system will cost per watt. This tells you how much you are paying for the system's electricity-generating capacity and allows you to compare offers.

The median quote for new rooftop solar systems is $2.75 per watt, according to EnergySage. That works out to about $26,125 for an average system of 9,500 watts before taking into account a federal tax credit. For the 2022 tax year, the credit stands at 26 percent of the cost of solar system; it is slated to drop to 22 percent in 2023 and end in 2024. Many states, including Arizona, California, New York and Massachusetts, also offer residents incentives to install solar systems, such as rebates and tax breaks.

Prices can vary greatly because of location, local labor costs and other factors, like what kind of home you live in and whether other work is needed before installation. If your roof is old or damaged, for example, it might need to be replaced before a solar system can be installed.

Rooftop solar systems can reduce monthly utility bills, depending on electricity rates, how much energy a home uses and state policies. Systems that save more money will help buyers recoup their investment faster. Vikram Aggarwal, the chief executive and founder of EnergySage, said solar systems should ideally pay for themselves within 10 years.

The excess electricity that rooftop systems produce is sent to the electric grid, and utilities typically compensate homeowners for that energy through credits on their monthly bills. The value of those credits varies by state.

### How should I pay for it?

If you can afford to buy a solar system outright, you will get the best deal by paying cash. Systems purchased with loans or through leases tend to cost more, especially over the life of the contract. Shopping around is your best hedge against falling prey to dubious or predatory agreements.

The main advantage of leasing a solar energy system is that your costs are typically fixed for the duration of the contract. But experts caution that leases can be hard to get out of and could become a burden when you sell your home, because buyers might not want to take on your contract.

Mr. Aggarwal noted that leases "make sense" for some people who may not earn enough to claim the federal tax credit. He suggested that people interested in solar leases get three or four quotes from different installers.

### Should I buy a battery?

Adding a battery to your solar system will allow you to store some of the excess electricity it generates to use during a blackout or in the evening and night. A solar system without a battery will not keep you supplied with power during an outage because most residential systems are automatically turned off when the grid goes down.

Batteries can be expensive, especially if you want to run large appliances and provide power for many hours or days. A 10- to 12-kilowatt-hour battery, which can store roughly a third of a home's typical daily electricity use, costs about $13,000, according to EnergySage.

The federal tax credit for rooftop solar systems applies to the costs of batteries that are purchased with solar panels or if they are added in a following tax year. About 28 percent of residential solar systems installed in 2021 included batteries, up from 20 percent in 2020, according to a survey by EnergySage.

The Wirecutter, a product recommendation service from The New York Times, has a detailed guide for buying solar and battery systems.

### Can I use my electric car as a backup battery?

Most electric cars cannot provide power to homes. Only a few models, like the Ford F-150 Lightning and the Hyundai Ioniq 5, have that ability, and they are in incredibly short supply.

But many energy experts believe that it will eventually be common for car batteries to send power back to homes and the electric grid.

In many parts of the United States, extended power outages may happen just once or twice a year. As a result, Mr. Aggarwal said, it may not make sense to invest in an expensive home battery, which usually holds much less energy than electric-car batteries. "Everybody is starting to talk about using your car to run your home."

### If I can't install solar panels, can I still buy solar energy?

You might be able to join a community solar project, which are usually installed on open land or on the roofs of warehouses and other large buildings.

While the rules vary by state, community solar programs generally work in similar ways. Members get two bills a month: one from the community solar project and one from their utility. The projects sell electricity at a discount to the rate charged by your utility, and each kilowatt-hour of power you buy shows up as a credit for a kilowatt-hour of energy on your utility bill.

New Yorkers who join a community solar project, for example, can save about 10 percent on their monthly electricity bill, Ms. Bradley said. "It doesn't cost anything to sign up or leave a project," she added.

While most states allow community solar, a majority of such projects are in just four states — Florida, Minnesota, New York and Massachusetts — according to the National Renewable Energy Laboratory.

You can search for projects in your area on websites including EnergySage and PowerMarket or through state agencies, like the New York State Energy Research and Development Authority.



Rooftop solar systems can reduce monthly utility bills, depending on electricity rates, how much energy a home uses and state policies. Systems should ideally pay for themselves within 10 years.

KARSTEN MORAN FOR THE NEW YORK TIMES

---

# Apple Store Showdown: Inside Employees' Pursuit of Unionization

FROM FIRST BUSINESS PAGE

the union because she thought it could boost hourly pay and increase full-time opportunities for a largely part-time staff.

In April, Ms. Rhodes's advocacy helped gain support from 70 percent of the store's 100-plus workers for a union election. But as her boss pushed back over dinner at a Sheraton Hotel, she could sense that support beginning to fray.

The exchanges cut to the heart of a contest with implications for some 272 Apple stores across the United States. Two decades after redefining retail with sleek architecture and concierge tech support, Apple is being confronted by the industry's latest trend: organized labor.

Unionization has been on the rise at Starbucks and REI as employees feel the squeeze of inflation and tire of pandemic risks. The stresses unleashed by those forces also have roiled the tech sector, helping employees emboldened by a tight labor market win support for unions in the video game industry and at an Amazon warehouse on Staten Island.

Ms. Rhodes and colleagues were expected to be the first Apple store to vote on joining a union this Thursday. But late last week, they suspended the vote. Apple stores in Towson, Md., and New York City's Grand Central Terminal are still expected to hold votes in coming weeks, and more than two dozen more have expressed interest in organizing, union leaders say.

The labor movement has worried Apple executives, who strive to foster love for Apple among employees and customers. The unions could bring an end to 20 years of burnishing the Apple brand with cheerful salespeople hawking 1,000 phones. The company has suggested that they also have the potential to increase operating costs and hobble the introduction of new products.

Apple has hired Littler Mendelson, an employment law firm, to blunt the labor push. It also has furnished store managers with talking points, including that unionizing could result in fewer promotions and inflexible hours, which was reported earlier by Vice. And last week, its leaders urged employees not to unionize and said they would increase wages to $22 an hour from $20.

"I worry about what it would mean to put another organization in the middle of our relationship, an organization that does not have a deep understanding of Apple or our business," Deirdre O'Brien, Apple's senior vice president of retail, said in a video sent to many of the company's roughly 65,000 retail employees. The video was reported on earlier by The Verge.

Josh Rosenstock, an Apple spokesman, declined a request for interviews with Ms. O'Brien and Alex Burrus, the manager of the Cumberland Mall store, which is about 10 miles from downtown Atlanta. And employees who are on the fence or against the union push were reluctant to speak with The New York Times.

In a statement, Mr. Rosenstock said the company provided numerous benefits to retail employees, including health care, tuition reimbursement and family leave. "We deeply value everything they bring to Apple," he said.

Apple has countered the union push even as online orders diminish the importance of its stores. About 6 percent of Apple's sales come from its retail locations, roughly half the share before the pandemic, according to Loup Ventures, a firm that specializes in tech research.

Despite the stores' waning financial importance, employees like Ms. Rhodes view them as Apple's physical connection to the wider world. She started working at Apple because she loved its products. She bought her first iPhone at 16 with money she earned working at McDonald's. She became obsessed with the company, tuning into hourslong product events to feed a growing interest in "the way they worked."

In 2018, she impressed a store technician with her knowledge about the Apple Watch, leading a manager to encourage her to apply for a job in her hometown, Louisville, Ky. She later moved to Atlanta and transferred to the Cumberland Mall store.

When the pandemic hit, Ms. Rhodes said, she was grateful that the company was among the first to send its workers home. Employees at the Cumberland Mall were paid for several months without being required to do any work, said Frank Howard, the store manager at the time. Apple later shipped them a computer and asked them to provide remote sales and technical support.

Their return to the store after the arrival of coronavirus vaccines led to frustrations with management. Apple lifted the mask requirement for staff and customers before Christmas, and a number of workers got Covid-19, Ms. Rhodes and another union organizer said.

"We went through Covid, and y'all made so much money," Ms. Rhodes said of Apple, which increased its profits to $95 billion in its 2021 fiscal year, 71 percent higher than its last fiscal year before the pandemic. "Why couldn't we be paid more?"

Derrick Bowles, who works with Ms. Rhodes in Atlanta, was listening to a podcast about the union effort at Amazon's warehouse in Bessemer, Ala. Pay increases for his job as a genius technician was capped at 2 percent, not enough to keep pace with inflation. After calculating that he was making 15 cents less per hour after inflation, he contacted the Communications Workers of America and started organizing a union drive.

Mr. Bowles first recruited seasoned colleagues. Having been at Apple a decade, he said they were familiar with how support of retail had dwindled, with perks like the rental of a bowling alley for a 2010 party giving way to Christmas gifts such as backpacks.

"The next year we stopped getting Christmas gifts completely," he said.

Ms. Rhodes was initially skeptical but warmed to the union, she said. She had recently been promoted to a full-time job, earning $26 an hour, but only after a colleague with 14 years' experience departed. Most of her colleagues were part time, working less than 30 hours a week. She thought the union could help create more full-time opportunities.

They drafted a letter outlining goals, including fair compensation, career development opportunities and a bigger voice in safety policies related to Covid-19. They polled staff on whether they should hold a vote to unionize and won twice the support they needed. Afterward, Mr. Bowles distributed wristbands that said "Stronger Together."

In May, store managers increased their counteroffensive, posting a letter in the break room from an employee of the Grand Central Terminal store who expressed opposition to unions, Mr. Bowles said.

Managers also included anti-union comments in their morning briefings of staff, according to a complaint filed with the National Labor Relations Board. In a statement to reporters about the meetings, Mr. Bowles said Apple was "putting its thumb on the scale."

The pressure has divided employees. On a recent Sunday evening at the Cumberland Mall store, about 15 employees in blue T-shirts with a white Apple logo attended to customers browsing rows of colorful watchbands. None of the employees wore a "Stronger Together" bracelet.

Most stopped wearing the bracelet because they felt it made management treat them differently, Ms. Rhodes said.

As support in Atlanta wavered, union leaders in Towson and New York said they could still prevail in their elections. They pointed to the success of Amazon organizers on Staten Island after a similar push failed in Bessemer.

"This isn't 'Star Wars,' where the rebels win and things work out perfectly," said David DiMaria, an organizer advising employees at the Towson store on behalf of the International Association of Machinists and Aerospace Workers. "We appreciate all the information Atlanta has shared to let us know what to expect. We still feel good."

In the days leading up to the vote, a Covid outbreak spread through some Cumberland Mall employees, Ms. Rhodes said. Apple, which did not comment on the outbreak, required masks in the store. Ms. Rhodes hoped the setback would remind colleagues of the value a union could offer.

Less than 24 hours later, the union's organizing committee decided to suspend the vote. In a statement, the union blamed Apple's campaign for creating an environment of fear and coercion. Mr. Bowles said he had not abandoned his campaign.



Many of Sydney Rhodes's fellow employees at an Apple store in Atlanta had supported a union election. But late last week, they suspended the vote.

MELISSA GOLDEN FOR THE NEW YORK TIMES

### A challenge with implications for some 272 U.S. Apple stores.

---

**PUBLIC NOTICE**
**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-6978-GBD-SN, Judgment Creditors Federal Insurance Co., et al. ("the Federal Insurance Creditors") have filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Federal Insurance Creditors seek these assets to satisfy the final judgment entered by the Court on April 20, 2022 against the Taliban in connection with the terrorist attacks of September 11, 2001. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Federal Insurance Creditors' motion seeks to compel FRBNY to turn over the blocked assets of DAB in an amount sufficient to satisfy the outstanding amount of their award of compensatory damages as of the date the motion was filed, namely $14,672,806,120.64.

This is a notice that the motion has been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com