# Exhibit 20



AL-QUDS AL-ARABI

June 17, 2022

**Declaration of Publication**

I, *Pat Sundram*, am the Business Manager and Company Secretary of *Al-Quds Al-Arabi*, a daily, Arabic-language newspaper distributed in the Middle East, North Africa, Europe and the United States.

I hereby certify that the advertisement, a true copy of which is attached hereto, was published in *Al-Quds Al-Arabi* on the following dates: May 25, 2022; June 1, 2022; June 8, 2022 and June 15, 2022. Also attached hereto are true and correct copies of pages from *Al-Quds Al-Arabi* on those four dates, each of which shows the advertisement's placement on the bottom right-hand corner of the page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17 , 2022.

Pat Sundram , FCCA

Business Manager

**AL- QUDS AL- ARABI PUBLISHING & ADVERSTISING (OVERSEAS) LIMITED**

TEL: 0208 741 8008          FAX: 0208 741 8902          Email: alquds@alquds.co.uk          website: www.alquds.co.uk

ADDRESS SUITE B, 2ND FLOOR, 26-28 HAMMERSMITH GROVE, LONDON W6 7HA  REGISTERED NUMBER: 2604233  VAT REG NO: 538942704

**إشعار عام**

**إلى طالبان وبنك أفغانستان المركزي**

في محكمة مقاطعة الولايات المتحدة للمنطقة الجنوبية لولاية نيويورك، بالقضيتين رقم 03-MD-1570-GBD-SN ورقم -03
CV-6978-GBD-SN، قام المحكوم لهم شركة Federal Insurance Co. وآخرون (ويُشار إليهم بـ "دائني شركة
Federal Insurance") بتقديم التماس إلى المحكمة مطالبين بموجبه تحويل الأصول التابعة لبنك أفغانستان المركزي
(DAB) الموجودة في حيازة بنك الاحتياطي الفيدرالي بنيويورك (FRBNY). يسعى دائنو شركة Federal Insurance
للحصول على هذه الأصول للوفاء بالحكم النهائي الذي أصدرته المحكمة في 20 أبريل 2022 ضد طالبان فيما يتعلق بالهجمات
الإرهابية التي وقعت في 11 سبتمبر 2001. بموجب القاعدة الفيدرالية للإجراءات المدنية رقم 69(أ)، وقسمي 5225(ب)
و5227 من قانون وقواعد الممارسة المدنية بولاية نيويورك، وقسم 201(أ) من قانون التأمين ضد مخاطر الإرهاب لعام 2002،
يسعى التماس دائني شركة Federal Insurance إلى إجبار بنك الاحتياطي الفيدرالي بنيويورك على تسليم أصول بنك
أفغانستان المركزي المجمدة بمبلغ كافٍ للوفاء بالمبلغ المستحق من حكم التعويضات عن الأضرار اعتبارًا من تاريخ تقديم
الالتماس والبالغ 14،672،806،120.64 دولارًا أمريكيًا.

وهذا إشعار بأنه قد تم بالفعل تقديم الالتماس. مستندات الالتماس متاحة باللغتين الإنجليزية والباشتو على الموقع التالي:
[www.DABturnover.com](http://www.DABturnover.com)

AL-QUDS AL-ARABI
Suite B. 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2004233
Web: www.alquds.co.uk

17/6/22

LEGAL\58003562\1

بينيت يتهم طهران بسرقة بيانات للتهرب من الوكالة للتهرب من الرقابة

## إيران: تقرير وكالة الطاقة الذرية حول مواقع نووية غير معلنة «غير منصف»

AL-QUDS AL-ARABI
Quds R. 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 814 5176 88   Registered No: 2004233
Web: www.alquds.co.uk

لندن ــ «القدس العربي» ــ وكالات:

منظمات إغاثية تدعو إلى تمديد الهدنة

## اليمن: مقتل 3 عناصر من قوات «دفاع شبوة» في انفجار عبوة ناسفة

بعد قوات أفريكوم الأمريكية... الحلف الأطلسي يبدي اهتمامه بالقارة الافريقية بسبب روسيا والإرهاب والهجرة

الصين تهدد إسرائيل بخفض العلاقات إذا لم تحذف «جيروزاليم بوست».. مقابلة مع وزير خارجية تايوان

## بكين تنفذ ثاني أكبر توغل لقواتها في منطقة الدفاع التايوانية خلال عام 2022

لندن ــ «القدس العربي» ــ وكالات:

## باكستان: إسلام آباد وطالبان ــ باكستان يتفقان على وقف إطلاق النار لأجل غير مسمى

الإعلان

في طلبان وثيق أفغانستان المركزي

في محكمة مقاطعة الولايات المتحدة للمنطقة الجنوبية لـ03-MD-1570-GBD-SN رقم 03-CV-6978-GBD-SN

Federal Insurance Co. (Federal)

Federal Insurance

www.DABurnover.com

1-672-806-120 64

بينيت: بلتنا نتحرك ضد رأس الأخطبوط الإيراني... والحرس الثوري: سنسوي تل أبيب وحيفا بالأرض

# الوكالة الدولية للطاقة الذرية تستلم مسودة قرار غربي ينتقد إيران



الأمين العام للوكالة الدولية للطاقة الذرية رافاييل غروسي يضمص اجتماع مجلس محافظي الوكالة في فيينا

## اليمن: الحكومة توافق على مقترح أممي «معدل» لفتح طرق تعز

## القضاء الاسباني سيستمع إلى مدير شركة بيغاسوس في ملف التجسس على مسؤولين حكوميين

## جونسون يحافظ على منصبه بعد تصويت أضعف موقفه في الحزب

رئيس الوزراء البريطاني بوريس جونسون

## الصين تتهم أستراليا وكندا بالتضليل الإعلامي في إطار حوادث جوية

## «هيومن رايتس ووتش» تطالب تايلاند بحماية لاجئي الروهينغا

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 9802
Web: www.alquds.co.uk
VAT Reg No: 524 8794 52   Company Reg No: 2604723

إخلاء سبيل ناقلة النفط الإيرانية المحتجزة لدى اليونان

# إيران تعلن تمسكها بالدبلوماسية لإحياء الاتفاق النووي

## وإسرائيل تدعو إلى «قوة مشتركة إقليمية، بقيادة واشنطن ضد طهران



وزير خارجية الإيراني حسين أمير عبد اللهيان إلى جانب المتحدث باسم وزارة سعيد خطيب زاده

### وزير العمل الإيراني يستقيل إثر احتجاجات ضد زيادة أعباء المعيشة

---

أثينا تخطط لمناورات عسكرية في الجزر منزوعة السلاح

## تركيا واليونان: التصعيد يمتد لملفات قبرص والخنادق البرية وتسليح الجزر والقواعد الأمريكية

---

## فرنسا: اليمين المتطرف يأمل الحصول على كتلة وازنة في الانتخابات التشريعية

---

## اليمن: السعودية وجماعة الحوثي تستأنفان المحادثات المباشرة

AL-QUDS AL-ARABI
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8002
VAT Reg No: 533 9427 04 Registered No: 2642563
Web: www.alquds.co.uk

طلعات مشتركة لطائرات صينية وروسية فوق بحر اليابان وبحر الصين أثناء القمة

# تحالف «كواد» يحذر الصين ضمنياً من أي تغيير للوضع القائم في المنطقة «بالقوة»



واشنطن ـ «وكالات»: رئيس الوزراء الياباني يجيب على أسئلة الصحافيين، عقب اجتماع تحالف «كواد» في العاصمة اليابانية.

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg. No: 538 9427 04 Registered No: 2644773
Web: www.alquds.co.uk

## الأمن السيبراني وتأمين مونديال 2022
### أبرز تقنيات معرض «ميلبول» قطر

الدوحة ـ «القدس العربي»:

## رئيس مولدوفا السابق يخضع لتحقيق للاشتباه بارتكاب جريمة الخيانة العظمى

موسكو ـ «د ب أ»:

## رئيس وزراء المجر يكتب سلطات جديدة بفعل تعديل دستوري

---

وزير الخارجية السعودي حققنا بعض التقدم في المحادثات مع طهران

## إيران: جنازة لعقيد إيراني تعرض للاغتيال والحرس الثوري يتهد بالانتقام

طهران ـ «القدس العربي»:

## اليمن: موافقة مصرية على تسيير رحلات جوية بين صنعاء والقاهرة

صنعاء ـ «القدس العربي»:

في ظلمان ونيك الطلعات العائر
في محكمة مقاطعة الولايات المتحدة للمنطقة الجنوبية لنيويورك بخصوص رقم 03-
MD-1570-GBD-SN
6978-GBD-SN رقم
Federal Insurance (FRBNY) بشأن دعوى ضد
(DAB) Federal Insurance
5227 رقم
Federal Insurance 2002 رقم
672-856-1-64 رقم الاتصال 120.64
www.DABturnover.com