# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)

This document relates to:
*Federal Insurance Co. v. Al Qaida*, Case No. 03-cv-06978
*Thomas E. Burnett, Sr. v. Al Baraka Inv. & Dev. Corp.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, Case No. 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co. v. Akida Bank Private Ltd.*, Case No. 04-cv-07065
*Euro Brokers Inc., v. Al Baraka Inv. & Dev. Corp.*, Case No. 04-cv-07279

**DECLARATION OF MOHAMED SAEED AL SHARIF**

I, Mohamed Saeed al Sharif, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief:

**Background**

1.   I am the Chief of International Business and Real Estate Investments at Dubai Islamic Bank ("DIB" or "the Bank"). The International Business and Real Estate Investment Department manages DIB's investment portfolio.

2.   I graduated from the University of the United Arab Emirates in 1986 with a bachelor's degree in accounting and economics. I later received a master's degree in accounting from Catholic University in Washington D.C. in 1991 and a Certified Public Accountant ("CPA") certificate from the Virginia Board of Accountancy. I have also attended formal banking supervision training courses, including courses held at the New York Federal Reserve, courses in Basel, Switzerland, and courses in Beirut, Lebanon.

3.   I am a registered banking expert with the United Arab Emirates ("UAE") courts.  As a registered banking expert, I am appointed by courts in the UAE to provide courts with banking expertise in cases involving banking issues.

4.   Prior to working at DIB, I worked for the UAE Central Bank, which is the government institution responsible for regulating financial institutions and managing monetary policy in the UAE.  I worked as an Officer in the UAE Central Bank's Foreign Transaction Auditing Section of the Finance Department from 1986 to 1988.  After completing my master's degree, I returned to the UAE Central Bank in June 1991 as an Assistant Manager in the Finance Department.  In 1995, I transferred to the Banking Supervision & Examination Department as the Coordinator of the Examination Teams.  In 1997, I became the Manager of the Banking Supervision & Examination Department and remained in that position until I left the UAE Central Bank in August 1999.

5.   The Banking Supervision & Examination Department has three divisions: the Examination Division, the Registration & Licensing Division, and the Reporting Division.  As the UAE Central Bank's Coordinator of the Examination Teams from 1995 to 1997, I helped create an examination plan for the regular reviews of banks operating in the UAE, including putting together examination teams and timelines for reviews.  As the manager of the Banking Supervision & Examination Department from 1997 to August 1999, I was responsible for overseeing all examiners who inspected banks operating in the UAE.  While working in the Banking Supervision & Examination Department, I was aware of the examinations performed on banks operating in the UAE.

6.   As the manager of the Banking Supervision & Examination Department, I was also a member of the Gulf Countries Council ("GCC") Banking Supervision Committee, which involved all managers of Bank Supervision Departments of the member countries meeting to align their banking supervision policies throughout the GCC.

7.   I left my position at the UAE Central Bank to become DIB's Director of Financial and Administrative Affairs on September 1, 1999.  My title was later changed to Executive Vice President of Finance in March 2003 and then to Chief Financial Officer in December 2007.

8.   In 2010, I became the Chief Executive Officer of DIB Capital Limited, a subsidiary of DIB and its investment arm.  In 2014, I became DIB's Chief of Investment Banking.  In the spring of 2020, I became Chief of International Business and Real Estate Investments and have remained in that position until this date.

**UAE Central Bank**

9.   From 1995 through 1998, DIB was run on a day-to-day basis by its Assistant Managing Director, Mohammed Ayoub Mohammed.

10.   As the manager of the UAE's Banking Supervision & Examination Department from 1997 to August 1999, I should have been alerted about any US or UAE government concerns about money laundering or terrorist financing at banks operating in the UAE.

11.   I am not aware of any meetings between the US government and the UAE Central Bank or other parts of the UAE government concerning terrorist financing concerns at DIB.

12.   While working at the UAE Central Bank, I was never aware of any concerns of any alleged involvement by DIB in terrorist financing or money laundering.

**Dubai Islamic Bank**

13.   DIB is a banking company organized under the laws of the UAE.  DIB's headquarters and principal place of business has always been in Dubai, UAE.  DIB has been a publicly traded company since 1992.

14.   The corporate entity DIB has always conducted all of its business from its offices in Dubai, its other branches within the UAE, and its other offices in the Middle East.

15.   DIB has never been qualified to do its banking business in the United States and has never sought to be so qualified.  Except for having correspondent banking accounts, it has never

conducted its banking business in the United States and has never provided services in the United States.

16. DIB has never had offices or affiliates in the United States.

17. All of DIB's subsidiaries and affiliates have conducted their business from their offices in the Middle East, Africa, Europe, and South Asia.

18. Following a fraud against DIB in 1998, the UAE Central Bank, in conjunction with the Dubai government, appointed an Executive Committee to replace DIB's Board of Directors and to oversee DIB's operations.   The Executive Committee consisted of the following members: Mohammed Bin Ali Bin Zayed, Sultan Saeed Nasir Al Mansouri, Yousif Abdul Latif Al Sirkal, and Ibrahim Fayez Humeid.  The Dubai Government also increased its investment in DIB following the fraud, becoming DIB's largest shareholder with an ownership share of 30%.   The Dubai Government remains DIB's largest shareholder holding approximately 27.97%.

19. DIB's Board of Directors when I joined the Bank in September 1999 did not include Saeed Ahmed Lootah and was chaired by Mohammed Khalfan bin Kharbash, who also served as the UAE Minister of Financial Affairs and Industry.  The four members of the Executive Committee also served on DIB's Board of Directors.  As the largest shareholder, the Dubai Government, through the Investment Corporation of Dubai, had the most influence over determining who served on DIB's Board of Directors.

**New York Times**

20. When I began working at DIB on September 1, 1999, DIB was in the process of investigating and responding to a July 8, 1999 article in the New York Times that alleged that DIB had conducted financial transactions for Osama bin Laden.  DIB's Chairman of the Board, Mohammed Khalfan bin Kharbash, requested that I work with a member of the Executive Committee, Ibrahim Fayez, to oversee DIB's response to the New York Times article.

21.  I have never seen anything to suggest Saeed Ahmed Lootah had any position or role at DIB at any point since 1998.  Since I joined DIB in 1999, Saeed Ahmed Lootah never had an office at the Bank and I have never seen him at a DIB office.  Saeed Ahmed Lootah had no role in the New York Times investigation.

22.  In the fall of 1999, I reviewed DIB's investigation into the New York Times allegations. DIB took the New York Times allegations seriously and conducted an investigation to ensure that the bank was not assisting Osama bin Laden in any way.  DIB's trusted investigator, Robert Ellison, handled the investigation into the New York Times allegations with the assistance of our US lawyers, Alan Fine and William Richey.  The Bank was closely supervised by the UAE Central Bank during 1999 in the wake of the significant fraud against the Bank discovered in 1998.

23.  At DIB, I worked closely with Robert Ellison and interacted with him almost on a daily basis.  Robert Ellison began as a banking consultant with DIB in April 1998.  He lived in Dubai and had an office in Dubai at DIB.  Rob Ellison was smart, dedicated to his work, thorough, and trustworthy.

24.  In 1999 Robert Ellison was extremely knowledgeable about DIB's banking records. Robert Ellison was in a good position to conduct DIB's investigation into the New York Times allegations because he was familiar with the Bank's recordkeeping systems.  Robert Ellison had full access to DIB's records and any other information needed for his investigation into the New York Times allegations.  Robert Ellison never complained that he lacked access to information or was being misled by anyone in his investigation of the New York Times allegations.  I am not aware of any efforts to obstruct Robert Ellison's investigation in any way.

25.  Following the July 1999 New York Times allegations, Robert Ellison performed searches of DIB's bank records with the help of DIB's IT Department to identify whether the Bank had any accounts for Osama bin Laden.  The investigation confirmed that DIB did not

have any accounts in the name of Osama bin Laden and DIB was unaware of any transactions conducted on behalf of Osama bin Laden.

26. I reviewed Robert Ellison's investigation work and confirmed it was thorough and accurate. I believed that the New York Times allegations of a relationship between Osama bin Laden and DIB were false.

27. After concluding the allegations in the New York Times were false, DIB, on the advice of US counsel, decided to send a retraction letter request to the New York Times. I reviewed the retraction letter request to the New York Times drafted by DIB's US counsel.

28. After consulting with Ibrahim Fayez, I gave final approval to send a letter on behalf of DIB to the New York Times requesting retraction of the false statement about DIB that were contained in its July 8, 1999 article. Exhibit A (DIB_003174-3176) is a true and correct copy of my communication of DIB's approval to send a letter to the New York Times requesting retraction.

29. The retraction letter to the New York Times stated that "DIB has never dealt directly with Osama Bin Laden, and has no knowledge or reason to believe that anyone acting on Bin Laden's behalf had been laundering money through DIB." I believed in 1999 that this statement was accurate.

30. The New York Times denied DIB's retraction request in 2000.

31. DIB decided not to pursue litigation against the New York Times. According to DIB's US counsel, bringing a lawsuit against the New York Times would have been difficult and costly. In addition, bringing a lawsuit against the New York Times risked repeating these false statements about DIB in the press even if DIB were able to win the lawsuit.

32. Had DIB found any evidence of its involvement with Osama bin Laden or any other terrorists during its investigation, DIB would have reported these terrorist financing issues to the UAE government and worked to close or freeze any accounts tied to terrorists.

33.   The UAE Central Bank never sanctioned or issued a citation against DIB related to anti-money laundering or counter-terrorism financing concerns prior to September 11, 2001.

**9/11 Attacks**

34.   I have never been asked by anyone at DIB to support terrorism, and I would never support terrorism.  The 9/11 Attacks were a horrible crime against humanity and a complete perversion of the Islamic faith.

35.   I have never heard anyone at DIB express any support for al Qaeda or any other terrorist organization.

36.   During my employment at the UAE Central Bank and DIB, I have never learned any facts suggesting in any way that DIB supports or supported al Qaeda or any other terrorist organization.

37.   I am and have been unaware of any evidence of terrorist financing at DIB.

38.   Before September 11, 2001, I was unaware of any accountholder's having any alleged involvement with al Qaeda or any intention to participate in or aid any terrorist attack.  I am unaware of information suggesting that DIB had any intention to participate in or aid any terrorist attack.  I am unaware of any information suggesting that DIB had any intention to participate in or aid any terrorist attack.  I am not aware of any information suggesting that DIB ever knowingly provided financial services to a customer with links to al Qaeda.

39.   In my experience since joining DIB in September 1999, I believe that DIB then and now would promptly terminate any customer relationship and report the customer to the UAE government if DIB believed the customer was funding or otherwise involved in terrorist activity.

**Cooperation with the UAE and US Governments**

40.   After the 9/11 Attacks, the UAE Central Bank sent search and freeze requests to UAE banks for names of suspected terrorists provided by the US government.  DIB understood the

importance of these requests and searched for names of all known or suspected terrorists that were circulated by the UAE Central Bank.

41.   After the terrorist attacks on September 11, 2001, I was initially responsible for directly communicating with the UAE Central Bank regarding its search requests.  DIB's searches were largely conducted by the Central Operations Department at the direction of DIB's Anti-Money Laundering Compliance Officer, Zohair al Rabii.

42.   Attached as Exhibit B (DIB_003242-3261 and DIB_005606-5629) are true and correct copies of my correspondences on behalf of DIB with the UAE Central Bank and true and correct copies of the UAE Central Bank Notices 2-308-2001, 1982-2001, 2-350-01, and 2-355-01, to which my correspondences relate.

43.   Immediately after the 9/11 Attacks, DIB again confirmed it did not have an account for Osama bin Laden or any other known suspected members of al Qaeda having searched all name variations provided by the US Department of Treasury's Office of Foreign Assets Control in late September and October 2001.  Exhibit B at DIB_003242-3244 and DIB_005606-5629.

44.   DIB notified the UAE Central Bank of the results of its searches for any requested names within a timely manner.  If any accounts were found, DIB notified the UAE Central Bank and took all requested actions, including freezing the accounts and providing evidence of the accounts to the UAE Central Bank.

Pursuant to 28 U.S.C. §1746, I, MOHAMED SAEED AL SHARIF, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 16, 2022.



# EXHIBIT A

**Rob Ellison**
Consulting for

Dubai Islamic Bank pjsc,
P.O. Box 1080,
Airport Road,
Dubai, U.A.E.

| | |
|---|---|
| **To:** | Executive Committee |
| **Date:** | 15th September, 1999. |
| **Subject:** | **New York Times** |
| | **United States State Department** |

In July there were news stories about DIB assisting Ossama Bin Ladin by money laundering. There were no facts to back up the story, but the day after the story appeared the US State Department briefing covered the topic and appeared to confirm the story.

I attach copies of the New York Times story and of the transcript of the briefing.

REDACTED


REDACTED


Our Miami lawyers have recommended that they should write to New York Times on DIB's behalf in the form of the attached draft letter, indicating that the story has no basis in fact and push them to print a retraction.

If the New York Times does not have evidence (which seems most unlikely), but has relied on innuendo and rumour, then DIB could consider taking legal action.

The matter does have another and more serious side; it would be possible for the authorities in the USA to freeze DIB's assets if it was considered that there had been assistance to a well-known terrorist.

Also, the reports have raised questions in the minds of DIB's advisers and friends in the USA; it would be best to lay them to rest.

I would like you approval that the attached letter be sent. Whether the matter is taken further would depend on the response made by the New York Times.


A. R. Ellison

*Mr. Rob Ellison.*
*I have discussed this matter with*
*Mr. Ebrahim Fayez & okayed*
*the action*
*Mohamed AlSheik*
*13/11/99*

Office:  Direct Line  (Int.+)  971 4 2954973      Fax     (Int.+) 971 4 2955396
Residence: Phone + Fax       (Int.+) 971 4 483446
Mobile (U.K. GSM: Int.+) 44 374 659208

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DRAFT

Mr. Arthur Ochs Sulzberger, Jr.
Publisher
The New York Times
229 West 43rd street
New York, NY 10035

Mr. James Risen
c/o The New York Times
229 West 43rd street
New York, NY 10035

Mr. Benjamin Weiser
c/o The New York Times
229 West 43rd street
New York, NY 10035

Re:   False Statements About Dubai Islamic Bank in July 8, 1999 Article re:
      Osama Bin Laden

Dear Mr. Sulzberger, Mr. Risen, and Mr. Weiser:

We represent Dubai Islamic Bank ("DIB") of the United Arab Emirates, one of the subjects of the article authored by Mr. Risen and Mr. Weiser entitled "U.S. Officials Say Aid for Terrorists Came Through Two Persian Gulf Nations" which appeared in the July 8, 1999 edition of *The New York Times*.  Our client intends to file suit for defamation against *The New York Times* for publishing knowingly false articles about DIB in this article and/or placing DIB in a false light.  This letter constitutes your notice pursuant to Section 770.01 of the Florida Statutes.  Set forth below are the false and defamatory statements of fact in the articles upon which DIB is considering filing suit.

DIB has never dealt directly with Osama Bin Laden, and had no knowledge or reason to believe that anyone acting on Bin Laden's behalf had been laundering his money through DIB.  The following statements in the New York Times July 8 article suggest otherwise:

The Central Intelligence Agency has obtained evidence that Mr. Bin Laden has been allowed to funnel money through the Dubai Islamic Bank in Dubai, which the United Arab Emirates Government effectively controls.

The allegations that the Dubai Islamic Bank is dealing with Mr. Bin Laden seem to underscore that this scion of one of Saudia Arabia's wealthiest families retains some support among the elite of the Arab world.

United States intelligence officials said they had evidence that Mr. Bin Laden had a relationship with the bank, which they believed had been arranged with the approval of the officials who control the bank.

A senior United States official who went to the Emirates last week said that officials were "responsive" to American concerns about the Dubai bank's involvement with Mr. Bin Laden. ... The American officials also declined to

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003175

Mr. Arthur Ochs Sulzberger, Jr.
Mr. James Risen
Mr. Benjamin Weiser
July 27, 1999
Page 2 of 2

say how much money they believed that Mr. Bin Laden had funneled through the bank.

Taken as a whole, the article conveys the message that DIB knowingly assisted a terrorist in laundering money. This message is utterly and completely false.

Accordingly, we demand that you print a retraction of the portions of the article listed above. This retraction should indicate that DIB did not have any dealings with Bin Laden and that any money he received from DIB indirectly, through a legitimate customer of DIB, was transmitted to him without the knowledge or intent of DIB and not due to any fault of DIB.

We look forward to hearing from you shortly.

Sincerely,

FINE & ASSOCIATES, P.A.                    WILLIAM L. RICHEY, P.A.


Alan S. Fine                                          William L. Richey

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003176

# EXHIBIT B

SENT BY:UAE CENTRAL BANK AUH  :27- 9- 1 :12:34PM ;  CHAIRMAN'S OFFICE  652504→  042940088;#

مصرف الإمارات العربية المتحدة المركزي
**CENTRAL BANK OF THE U.A.E.**

الإدارة لعامة الجددية

Central Bank

| | |
|---|---|
| Decision No. : 2/ 308/2001 | قرار المصرف |
| | المركزي رقم : ٢/ ٣٠٨/ ٢٠٠١ |
| Date : 26 / 9 /2001 | التاريخ : ٢٦/ ٩ / ٢٠٠١ |

٢٤/٩/٠٠١

To : All Banks, Moneychangers, Investment Companies and other Financial Institutions Operating in the UAE (Including Insurance sector and Financial Markets)

إلــــى : كافة البنوك والصرافات وشــركات الإستثمار والمنشآت المالية الأخرى العاملة في دولة الإمارات (يشـــمل قطاع التأمين والأسواق المالية)

After greetings,

بعد التحية ،،،،

Based on United Arab Emirates Decision in Conjunction with the International efforts to fight terrorism , you are required to search for immediately and freeze any accounts , deposits, and investments in the names of the following:

بناء على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهـاب، يطلـب منكـم البحـث فــورا عن وتجميد أية حسابات أو ودائع أو إسـتثمارات بالأسماء التالية:-

| | First: | Terrorist Organizations:- | المنظمات الإرهابية:- | أولا: |
|---|---|---|---|---|
| 1. | | Al Qaida/Islamic Army | القاعدة / الجيش الإسلامي | .١ |
| 2. | | Abu Sayyaf Group | مجموعة أبو سياف | .٢ |
| 3. | | Armed Islamic Group (GIA) | المجموعة الإسلامية المسلحة | .٣ |
| 4. | | Harakat ul-Mujahidin (HUM) | حركة المجاهدين | .٤ |
| 5. | | Al-Jihad (Egyptian Islamic Jihad) | الجهاد ( الجهاد الإسلامي المصري ) | .٥ |
| | Option Button1 | | | |
| 6. | | Islamic Movement of Uzbekistan (IMU) | حركة أوزباكستان الإسلامية | .٦ |
| 7. | | Asbat al-Ansar | عصبة الأنصار | .٧ |
| 8. | | Salafist Group for Call and Combat (GSPC) | المجموعة السلفية للدعوة والقتال | .٨ |
| 9. | | Libyan Islamic Fighting Group | مجموعة القتال الإسلامية الليبية | .٩ |
| 10. | | Al-Itihaad al-Islamiya (AIAI) | الإتحاد الإسلامية | .١٠ |
| 11. | | Islamic Army of Aden | جيش عدن الإسلامي | .١١ |
| | Second: | Terrorist Leaders:- | القادة الإرهابيين:- | ثانيا: |
| 1. | | Usama bin Laden | أسامة بن لادن | .١ |
| 2. | | Muhammad Atif/ Subhi Abu Sitta/ Abu Hafs al Masri | محمد عاطف /صبحـــي أبـو ســتة / أبرحفص المصري | .٢ |

يتبع/٢٠٠٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003242

—٢—

| | | | |
|---|---|---|---|
| 3. | Sayf al-Adl | سيف العدل | .٣ |
| 4. | Shaykh Sai'id / Mustafa Muhammad Ahmad | الشيخ سعيد / مصطفى محمد أحمد | .٤ |
| 5. | Abu Hafs the Mauritanian / Mahfouz Ould al-Walid/ Khalid al-Shariqiti | أبو حفص الموريتاني/ محفوظ ولد الوليد ، خالد الشنقيطي | .٥ |
| 6. | Ibn al-Shaykh al-Libi | إبن الشيخ الليبي | .٦ |
| 7. | Abu Zubaydah / Zayn al-Abidin Muhammad Husayn Tariq | أبو زبيدة / زين العابدين محمد حسين طارق | .٧ |
| 8. | Ayman al-Zawahiri | أيمن الظواهري | .٨ |
| 9. | Thirwat Salah Shihata/ Muhammad Ali | ثروت صلاح شحاتا/ محمد علي | .٩ |
| 10. | Tariq Anwar al-Sayyid Ahmad / Fathi/ Amr al-Fatih | طارق أنور السيد أحمد / فتحي/ عمر الفاتح | .١٠ |
| 11. | Muhammad Salah / Nasr Fahmi Nasr Hasanayn | محمد صلاح / نصر فهمي نصر حسنين | .١١ |

| | | | |
|---|---|---|---|
| Third: | Terrorist NGO'S:- | منظمات غير حكومية إرهابية:- | ثالثًا: |
| 1. | Makhtab Al-Khidamat/ Al Khifaf | مكتب الخدمات / الخفاف | .١ |
| 2. | Wafa Humanitarian Organization | منظمة وفاء الإنسانية | .٢ |
| 3. | Al Rashid Trust | الرشيد ترست | .٣ |

| | | | |
|---|---|---|---|
| Forth: | Terrorist Entity:- | كيان إرهابي:- | رابعا: |
| 1. | Mamoun Darkazanli Import-Export Company | شركة مأمون داركزنلي للإستيراد والتصدير | .١ |

Your are also required not to transfer any funds to the persons /or entities mentioned above into any territory or country and in case you received funds from the persons /or entities mentioned or for their favour to freeze it immediately.

None compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE.

يطلب منكم أيضا عدم تحويل أية أمـوال إلـى الأشخاص/ الجهات المذكورة أعـلاه فـي أيـة منطقة أو دولة وفي حالة إستلام أمـوال مـن الأشخاص/ الجهات المذكورة أو لصالحها القيام بتجميدها فورا.

إن عدم الإلتزام سيؤدي إلى تجميد أموالكم فـي الولايات المتحدة الأمريكية ومنشـــآتها الماليـة و دول أخرى وسيعرضكم إلى عقوبات صارمة فـي دولة الإمارات .

يتبع/ ٠٠٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003243

28/09 01  SAT 09:05 FAX 00971 4 2952400    CHAIRMAN'S OFFICE
SENT BY:UAP CENTRAL BANK AUH  ;27- 9- 1 ;12:34PM ;          652504→        042940089;# :

— ٣ —

Please provide the Banking Supervision &          يرجـــى موافــــــاة دائــــــرة الرقابـــة
Examination Department with relevant          والتفتــــــش على المصارف بالبيانـــات ذات
statements on the usual form.          الصلة على النموذج المعتاد .

In your communications, please use          فـــي مراســـلاتكم ، يرجــى إستخدام الفـاكس
facsimile No. (02) 6674501.          رقـم ٦٦٧٤٥٠١ (٠٢) .

Yours faithfully,          وتفضلوا بقبول فائق الاحترام ،

سلطان بن ناصر السويدي
المحافظ
Sultan Bin Nasser Al Suwaidi
Governor

895-2001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



بنــك دبــي الإسلامــي

<div dir="rtl">

التــاريخ : 2001/10/15                                       مرجعنــا : (F&AD 166/01)

معـالـي/    ســلطـان بـن نـاصـر الســويـدي        ...        الموقــر ؛؛
           محـافـظ المصـرف المركـزي
           الإمـارات العـربيـة المتحـدة – أبـوظبي

السـلام عليكــم ورحمــة اللــه وبركــاتــه ؛

**الموضــوع : قـرار المصـرف المركـزي رقـم 2/308/2001 المؤرخ 2001/9/27**

بالإشـارة إلى الموضـوع أعـلاه ، نـود إفـادة معاليكـم بـأن بنـك دبي الإسلامي قـد التـزم بمضمـون القـرار المشـار إليـه أعـلاه على النحـو الـوارد ذكـره أدنـاه :-

1. تـم البحـث في قائمـة الأسمـاء الأبجديـة المتاحـة في سـجلات البنـك، وتـم التأكـد من عـدم وجـود أي من الأسمـاء المذكـورة (أفـراد، مؤسسـات، منظمـات .. الـخ) ضمـن بيانـات متعاملينـا. يسـتثنى من ذلك مـا ورد من أسمـاء غيـر رباعيـة لـم نتمكـن مـن التأكـد من دقتهـا لعـدم اسـتيفاء الاسـم الرباعـي أو اسـم العائلـة.
2. تـم إدراج الأسمـاء الـواردة في قـراركم ضمـن القائمـة السـوداء بالبنـك للعمـل على ضمـان عـدم فتـح أي حسـابات لهـم أو إجـراء أي معامـلات معهـم مسـتقبلاً.
3. تـم اتخـاذ إجـراءات تقنيـة للتحويـلات الصـادرة والـواردة مسـتقبلاً لأي مـن الأسمـاء الـوارد ذكرهـا في قـراركم لضمـان وقـف مثـل هـذه التحويـلات وتجميدهـا بصـورة مبكـرة وإناطـة متابعـة هـذا الموضـوع من قبـل قسـم مكافحـة عمليـات غسـيل الأمـوال والعمليـات المشـبوهة الأخـرى.
4. تـم التعميـم على كافـة فـروع البنـك بعـدم فتـح أيـة حسـابات وعـدم قبـول أو إجـراء أيـة معاملـة مصرفيـة من أي نـوع تخـص المذكوريـن في قـرار المصـرف المركـزي.

وتفضلـوا بقبـول فـائـق التقـديـر والاحتـرام ؛؛؛



محمـد سـعيد الشـريـف
المدير التنفيذي لدائرة الشؤون المـاليـة والإداريـة

</div>



P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 295J000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM. Swift: DUIBAEAD

ص.ب. ١٠٨٠، دبـي، دولـة الإمـارات العربيـة المتحـدة
هـاتـف:٢٩٥٣٠٠٠ (٤ ٩٧١) فاكـس:٢٩٥٤١١١ (٤ ٩٧١)
تلكـس:٤٥٨٨٩/٤٨٧٧٢ ISLAMI EM، سـويفت:DUIBAEAD
www.alislami.com

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005606

مصـــرف الإمـارات العربيـة المتحدة المركـزي
## CENTRAL BANK OF THE U.A.E

Notice No.: 1982/2001      إشعار رقم : ١٩٨٢/٢٠٠١

Date     : 09/10/2001      التاريخ : ٢٠٠١/١٠/٩

To     : All Banks , Moneychangers, Investment Companies and other Financial Institutions operating in the UAE (including Insurance sector and Financial Markets)

إلى : كــــافة البنــوك والصرافـات وشركات الاستثمار والمنشـآت المالية الأخــرى العاملــة فــي الدولة (يشمل قطـاع التـأمين والأسواق المالية)

Subject     : Central Bank Decision No. 2/308/2001 dated 27/9/2001

الموضوع: قرار المصرف المركزي رقــم ٢/٣٠٨/٢٠٠١ بتـــــــاريخ ٢٠٠١/٩/٢٧

After Greetings,      بعد التحية،

Reference to the above subject, please note that the list as per decision concern, terrorists, their networks and associates, not ordinary people; therefore if you find similar names, please do not freeze their accounts, rather contact us first with details and we will clarify

بالإشارة إلى الموضوع أعلاه، يرجى العلـم أن القائمة المذكورة فــي القرار، تخـص الإرهابيين وشبكاتهم ومسـاعديهم، وليـس الأشخاص العاديين. وعليه، فإذا وجدتـم أي أسماء مشابهة، يرجى عدم تجميد حسـاباتهم، ولكن يرجى الاتصـال بنـا أولاً وتزويدنـا بالتفاصيل لنقوم بالتوضيح.

Please use the attached attached document, issued by the "Office for Foreign Assets Control – USA", which we received with thanks from the American Legal Company: "Patton Boggs – Washington D.C"

يرجى الاستعانة بالوثيقة التوضيحية المرفقـة الصادرة من "مكتـب مراقبة الموجـودات الأجنبية – الولايات المتحدة الأمريكية"، التـي استلمناها مع الشكر من الشـركة القانونيـة الأمريكية "باتون بوجز – واشنطن دي سي".

Yours faithfully,      وتفضلوا بقبول فائق الاحـــــــترام ،

سلطان بن ناصر السويدي
المحافــظ
Sultan Bin Nasser Al-Suwaidi
Governor

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005607

# مصــرف الإمارات العربية المتحدة المركــزي
# CENTRAL BANK OF THE U.A.E

Notice No : 1182/2001

إشعار رقم : ١١٨٢/ ٢٠٠١

Date       : 09/10/2001

التاريخ    : ٢٠٠١/١٠/٩

To    , All Banks, Moneychangers,
Investment    Companies
and    other    Financial
Institutions operating in
the    U.A.E    (including
Insurance    sector    and
Financial Markets)

إلى   : كــافة البنــوك والصرافــات
وشركات الاستثمار والمنشــآت
المالية الأخــرى العاملـة فــي
الدولة (يشمل قطــاع التــأمين
والأسواق المالية)

Subject   : Central Bank Decision No.
2/308/2001 dated
27/9/2001

الموضوع: قرار المصرف المركزي رقــم
٢/٣٠٨/ ٢٠٠١ بتـــــاريخ
٢٠٠١/٩/٢٧

After Greetings,

بعد التحية؛

Reference to the above subject, please
note that the list as per decision
concerns terrorists, their networks and
associates,    not    ordinary    people;
therefore if you find similar names,
please do not freeze their accounts,
rather contact us first with details and
we will clarify.

بالإشارة إلى الموضوع أعلاه يرجى العلــم
أن القائمة المذكورة فــي القــرار، تخـص
الإرهابيين وشبكاتهم ومســـاعديهم، وليـس
الأشخاص العاديين. وعليه، فإذا وجدتـم أي
أسماء مشابهة، يرجى عدم تجميد حسـابتهم،
ولكن يرجى الاتصــال بنــا أولاً وتزويدنــا
بالتفاصيل لنقوم بالتوضيح.

Please use the attached detailed
document, issued by the "Office for
Foreign Assets Control - USA", which
we received with thanks from the
American Legal Company "Patton
Boggs – Washington D C"

يرجى الاستعانة بالوثيقة التوضيحية المرفقــة
الصادرة من "مكتــب مراقبة الموجــودات
الأجنبية – الولايات المتحدة الأمريكية"، التــي
استلمناها مع الشكر من الشـــركة القانونيــة
الأمريكية "باتون بوجز – واشنطن دي سي".

Yours faithfully,

وتفضلوا بقبول فائق الاحـــــــترام ،

سلطان بن ناصر السويدي؛
المحافـــــــظ
Sultan Bin Nasser Al-Suwaidi
Governor

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005608

**PATTON BOGGS** LLP
ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315

## New U.S. Economic Sanctions Target Foreign Banks

Prior to the September 11 attacks on the World Trade Center and the Pentagon, the United States had in place a set of economic sanctions targeting both individual countries and designated terrorist organizations. These sanctions already had a significant impact upon certain non-U.S. banks. Thus, for example, banks that the U.S. Government considers owned or controlled by the government of Libya or Iraq cannot operate in the United States and any of their funds which enter the U.S. banking system must be blocked. Similar but slightly less stringent prohibitions apply to banks owned or controlled by the government of Iran.

On September 23, President George Bush issued Executive Order 13224 requiring that U.S. banks and U.S. branches of foreign banks "block" any assets of listed terrorists, terrorist organizations, and associated entities. This is but the first step in what may prove to be a significant change in U.S. banking laws and regulations designed to target individuals and organizations which the U.S. Government characterizes as terrorists. On October 1, the Treasury Department's Office of Foreign Assets Control (OFAC) issued a bulletin significantly amplifying the E.O. 13224 list, and the Bush Administration has indicated that it will be expanding the list of terrorists. It has also indicated that it will ask foreign banks to block funds of such terrorists and that, if they refuse, their assets in the United States may also be blocked. Recent reports indicate that more than $100 million of suspected terrorist assets have been frozen in both U.S. and non-U.S. banks since September 11. Additional similar actions will likely follow.

In addition to economic and financial sanctions, we anticipate renewed efforts to combat money laundering and to neutralize bank secrecy laws. One bill presently pending in the U.S. Congress could significantly impact correspondent accounts in the United States maintained by non-U.S. banks. Another would authorize the Treasury Department to require that U.S. banks close accounts or end banking relationships with foreign banks involved in money laundering. It now appears that both bills will be adopted quickly.

Particularly in the area of money laundering, there is no foolproof solution to assure 100 percent compliance. This fact is recognized by the U.S. authorities, who emphasize the importance of establishing procedures and training programs. Having such procedures and programs in place may be the single most important defense should transactions made by or through your institution become the subject of investigation.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005609

**PATTON BOGGS** LLP
ATTORNEYS AT LAW

As part of our broader banking and economic sanctions practice, Patton Boggs has represented European banks with regard to transfers of funds owned by "blocked" entities and assisted banks in the Arabian Gulf whose assets in the United States have been blocked. Our experience on these and other related matters leads us to believe that, especially in times such as these, non-U.S. banks that may become the subject of scrutiny by the U.S. Government should have Washington counsel who are familiar with U.S. policy as it develops and with the officials who are responsible for developing and implementing that policy.

Patton Boggs is uniquely qualified to assist banks in this area. Our banking practice includes former officials from the Department of the Treasury and the federal banking agencies. Our public policy group regularly works with Members of Congress on banking issues. Lawyers in our economic sanctions practice routinely work with the Department of State and OFAC. Moreover, we have expertise representing a number of Arab countries in their relationships with the U.S. Government. Obviously, Arab governments and Islamic banks may be directly affected by the changes in U.S. law and regulation that have already been adopted and the additional changes that are inevitable following the terrorist attacks of September 11.

OFAC bulletins containing E.O. 13224 and related information are attached. If you would like to discuss how Patton Boggs might assist you, please contact either Caffey Norman or Daniel Waltz.

Daniel E. Waltz
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
202-457-5651
202-457-6315 (fax)
dwaltz@pattonboggs.com

W. Caffey Norman, III
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
202-457-5270
202-457-6315 (fax)
cnorman@pattonboggs.com

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005610

BULLETIN FROM THE OFFICE OF FOREIGN ASSETS CONTROL (for immediate implementation) - September 24, 2001

The President has issued a new Executive Order targeting terrorists and a number of new names have been added to OFAC's SDN List under the Order. Their assets need to be blocked and immediate notice give to OFAC. Banks should call OFAC's Hotline if they have hits or questions. All of OFAC's informational material will be updated as soon as possible.

EXECUTIVE ORDER

- - - - - - -

BLOCKING PROPERTY AND PROHIBITING TRANSACTIONS WITH PERSONS WHO COMMIT, THREATEN TO COMMIT, OR SUPPORT TERRORISM

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.)(IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. 287c) (UNPA), and section 301 of title 3, United States Code, and in view of United Nations Security Council Resolution (UNSCR) 1214 of December 8, 1998, UNSCR 1267 of October 15, 1999, UNSCR 1333 of December 19, 2000, and the multilateral sanctions contained therein, and UNSCR 1363 of July 30, 2001, establishing a mechanism to monitor the implementation of UNSCR 1333,

I, GEORGE W. BUSH, President of the United States of America, find that grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the terrorist attacks in New York, Pennsylvania, and the Pentagon committed on September 11, 2001, acts recognized and condemned in UNSCR 1368 of September 12, 2001, and UNSCR 1269 of October 19, 1999, and the continuing and immediate threat of further attacks on United States nationals or the United States constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and in furtherance of my proclamation of September 14, 2001, Declaration of National Emergency by Reason of Certain Terrorist Attacks, hereby declare a national emergency to deal with that threat. I also find that because of the pervasiveness and expansiveness of the financial foundation of foreign terrorists, financial sanctions may be appropriate for those foreign persons that support or otherwise associate with these foreign terrorists. I also find that a need exists for further consultation and cooperation with, and sharing of information by, United States and foreign financial institutions as an additional tool to enable the United States to combat the financing of terrorism.

I hereby order:

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

Section 1.   Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date of this order, all property and interests in property of the following persons that are in the United States or that hereafter come within the United States, or that hereafter come within the possession or control of United States persons are blocked:

(a) foreign persons listed in the Annex to this order;

(b) foreign persons determined by the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, to have committed, or to pose a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States;

(c) persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, to be owned or controlled by, or to act for or on behalf of those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order;

(d) except as provided in section 5 of this order and after such consultation, if any, with foreign authorities as the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, deems appropriate in the exercise of his discretion, persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General;

   (i)    to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to this order or determined to be subject to this order; or

   (ii)    to be otherwise associated with those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order.

Sec. 2.   Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date:

(a) any transaction or dealing by United States persons or within the United States in property or interests in property blocked pursuant to this order is prohibited, including but not limited to

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

the making or receiving of any contribution of funds, goods, or services to or for the benefit of those persons listed in the Annex to this order or determined to be subject to this order;

(b) any transaction by any United States person or within the United States that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in this order is prohibited; and

(c) any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 3.  For purposes of this order:
(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, corporation, or other organization, group, or subgroup;

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States; and

(d) the term "terrorism" means an activity that --
    (i) involves a violent act or an act dangerous to human life, property, or infrastructure; and

    (ii) appears to be intended --
        (A) to intimidate or coerce a civilian population;
        (B) to influence the policy of a government by intimidation or coercion; or
        (C) to affect the conduct of a government by mass destruction, assassination, kidnapping, or hostage-taking.

Sec. 4.  I hereby determine that the making of donations of the type specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by United States persons to persons determined to be subject to this order would seriously impair my ability to deal with the national emergency declared in this order, and would endanger Armed Forces of the United States that are in a situation where imminent involvement in hostilities is clearly indicated by the circumstances, and hereby prohibit such donations as provided by section 1 of this order. Furthermore, I hereby determine that the Trade Sanctions Reform and Export Enhancement Act of 2000 (title IX, Public Law 106-387) shall not affect the imposition or the continuation of the imposition of any unilateral agricultural sanction or unilateral medical sanction on any person determined to be subject to this order because imminent involvement of the Armed Forces of the United States in hostilities is clearly indicated by the circumstances.

Sec. 5.  With respect to those persons designated pursuant to subsection 1(d) of this order, the Secretary of the Treasury, in

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

the exercise of his discretion and in consultation with the
Secretary of State and the Attorney General, may take such other
actions than the complete blocking of property or interests in
property as the President is authorized to take under IEEPA and
UNPA if the Secretary of the Treasury, in consultation with the
Secretary of State and the Attorney General, deems such other
actions to be consistent with the national interests of the United
States, considering such factors as he deems appropriate.

Sec. 6.  The Secretary of State, the Secretary of the Treasury,
and other appropriate agencies shall make all relevant efforts to
cooperate and coordinate with other countries, including through
technical assistance, as well as bilateral and multilateral
agreements and arrangements, to achieve the objectives of this
order, including the prevention and suppression of acts of
terrorism, the denial of financing and financial services to
terrorists and terrorist organizations, and the sharing of
intelligence about funding activities in support of terrorism.

Sec. 7.  The Secretary of the Treasury, in consultation with the
Secretary of State and the Attorney General, is hereby authorized
to take such actions, including the promulgation of rules and
regulations, and to employ all powers granted to the President by
IEEPA and UNPA as may be necessary to carry out the purposes of
this order.  The Secretary of the Treasury may redelegate any of
these functions to other officers and agencies of the United
States Government.  All agencies of the United States Government
are hereby directed to take all appropriate measures within their
authority to carry out the provisions of this order.

Sec. 8.  Nothing in this order is intended to affect the continued
effectiveness of any rules, regulations, orders, licenses, or
other forms of administrative action issued, taken, or continued
in effect heretofore or hereafter under 31 C.F.R. chapter V,
except as expressly terminated, modified, or suspended by or
pursuant to this order.

Sec. 9.  Nothing contained in this order is intended to create,
nor does it create, any right, benefit, or privilege, substantive
or procedural, enforceable at law by a party against the United
States, its agencies, officers, employees or any other person.

Sec. 10. For those persons listed in the Annex to this order or
determined to be subject to this order who might have a
constitutional presence in the United States, I find that because
of the ability to transfer funds or assets instantaneously, prior
notice to such persons of measures to be taken pursuant to this
order would render these measures ineffectual.  I therefore
determine that for these measures to be effective in addressing
the national emergency declared in this order, there need be no
prior notice of a listing or determination made pursuant to this
order.

Sec. 11.  (a) This order is effective at 12:01 a.m. eastern

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

daylight time on September 24, 2001.
(b) This order shall be transmitted to the Congress and published in the *Federal Register*.

THE WHITE HOUSE,
September 23, 2001.

ANNEX

Al Qaida/Islamic Army
Abu Sayyaf Group
Armed Islamic Group (GIA)
Harakat ul-Mujahidin (HUM)
Al-Jihad (Egyptian Islamic Jihad)
Islamic Movement of Uzbekistan (IMU)
Asbat al-Ansar
Salafist Group for Call and Combat (GSPC)
Libyan Islamic Fighting Group
Al-Itihaad al-Islamiya (AIAI)
Islamic Army of Aden
Usama bin Laden
Muhammad Atif (aka, Subhi Abu Sitta, Abu Hafs Al Masri)
Sayf al-Adl
Shaykh Sai'id (aka, Mustafa Muhammad Ahmad)
Abu Hafs the Mauritanian (aka, Mahfouz Ould al-Walid, Khalid Al-Shanqiti)
Ibn Al-Shaykh al-Libi
Abu Zubaydah (aka, Zayn al-Abidin Muhammad Husayn, Tariq)
Abd al-Hadi al-Iraqi (aka, Abu Abdallah)
Ayman al-Zawahiri
Thirwat Salah Shihata
Tariq Anwar al-Sayyid Ahmad (aka, Fathi, Amr al-Fatih)
Muhammad Salah (aka, Nasr Fahmi Nasr Hasanayn)
Makhtab Al-Khidamat/Al Kifah
Wafa Humanitarian Organization
Al Rashid Trust
Mamoun Darkazanli Import-Export Company

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

bulletin.txt

A Bulletin from the Office of Foreign Assets Control - October 1, 2001

OFAC has received authorization to disseminate descriptor information on the names included in the annex to Executive Order 13224 which was issued by the President with effective date of 12:01am Monday, September 24.

The authorized descriptor information is critical in determining the disposition of interdicted items and accounts.   All of OFAC's SDN information has been updated accordingly, including  OFAC's delimited and fixed field files for integration into interdiction databases.

The descriptor information in the new entries from September 24 follows:

"THE BASE" (a.k.a. ISLAMIC ARMY; a.k.a. AL QA'IDA; a.k.a. AL QAEDA ;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES, a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ABDALLAH, Tarwat Salah (a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60; POB Egypt (individual) [SDGT]

ABDULLAH, Sheik Taysir (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABU HAFS ;
a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt (individual) [SDT] [SDGT]

ABU ABDALLAH (a.k.a. AL-IRAQI, Abd al-Hadi; a.k.a. AL-IRAQI, Abdal al-Hadi) (individual) [SDGT]

ABU HAFS (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik Taysir ;

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005616

bulletin.txt

a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ABU HAFS THE MAURITANIAN (a.k.a. AL-SHANQITI, Khalid; a.k.a.
AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould; a.k.a.
SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

ABU SAYYAF GROUP (a.k.a. AL HARAKAT AL ISLAMIYYA) [FTO] [SDGT]

ABU SITTA, Subhi (a.k.a. AL MASRI, Abu Hafs; a.k.a. ABDULLAH, Shei
k
Taysir; a.k.a. ABU HAFS. a.k.a. ATEF, Muhammad; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ABU ZUBAYDAH (a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a.
TARIQ); DOB 1971; POB Saudi Arabia (individual) [SDGT]

AHMAD, Mustafa Muhammad (a.k.a. SAI'ID, Shaykh); POB Egypt
(individual) [SDGT]

AHMAD, Tariq Anwar al-Sayyid (a.k.a. FARAG, Hamdi Ahmad; a.k.a.
FATHI, Amr Al-Fatih); DOB 15 Mar 63; POB Alexandria, Egypt
(individual) [SDGT]

AIAI (a.k.a. AL-ITIHAAD AL-ISLAMIYA) [SDGT]

AL HARAKAT AL ISLAMIYYA (a.k.a. ABU SAYYAF GROUP) [FTO] [SDGT]

AL QA'IDA (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QAEDA
;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

AL QAEDA (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005617

bulletin.txt

;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

AL QAIDA (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA
;
a.k.a. AL QAEDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

AL RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST;
a.k.a. AL-RASHID TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,
Mingora, Swat, Pakistan <Operations in Afghanistan: Herat,
Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in:
Kosovo, Chechnya> [SDGT]

AL RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST;
a.k.a. AL-RASHID TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005618

bulletin.txt

Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya> [SDGT]

AL WAFA (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA), Jordan; House no. 125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices i n
Saudi Arabia, Kuwait and UAE> [SDGT]

AL WAFA ORGANIZATION (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a
AL WAFA; a.k.a. WAFA AL-IGATHA AL-ISLAMIA), Jordan; House no. 125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices in Saudi Arabia, Kuwait and UAE> [SDGT]

AL ZAWAHIRI, Dr. Ayman (a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 1 9
Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt): Alt. No. 19820215 (individual) [SDT] [SDGT]

AL-ADL, Sayf (individual) [SDGT]

AL-FARAN (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

AL-HADID (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

AL-HADITH (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

AL-IRAQI, Abd al-Hadi (a.k.a. ABU ABDALLAH; a.k.a. AL-IRAQI, Abdal al-Hadi) (individual) [SDGT]

AL-IRAQI, Abdal al-Hadi (a.k.a. AL-IRAQI, Abd al-Hadi; a.k.a. ABU ABDALLAH) (individual) [SDGT]

AL-ITIHAAD AL-ISLAMIYA (a.k.a. AIAI) [SDGT]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005619

bulletin.txt

AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH (a.k.a. ARMED ISLAMIC GROUP
(AIG); a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO] [SDGT]

AL-JIHAD (a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD;
a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

AL-LIBI, Ibn Al-Shaykh (individual) [SDGT]

AL-MASRI, Abu Hafs (a.k.a. ABDULLAH, Sheik Taysir; a.k.a. ABU HAFS
;
a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

AL-RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST;
a.k.a. AL-RASHID TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,
Mingora, Swat, Pakistan <Operations in Afghanistan: Herat,
Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in:
Kosovo, Chechnya> [SDGT]

AL-RASHID TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST;
a.k.a. AL-RASHEED TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,
Mingora, Swat, Pakistan <Operations in Afghanistan: Herat,
Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in:
Kosovo, Chechnya> [SDGT]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005620

bulletin.txt

AL-SHANQITI, Khalid (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould; a.k.a.
SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

AL-WALID, Mafouz Walad (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mahfouz Ould; a.k.a. SLAHI,
Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

AL-WALID, Mahfouz Ould (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. SLAHI,
Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

AL-ZAWAHIRI, Ayman (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. SALIM,
Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 1
9
Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt); Alt. No.
19820215 (individual) [SDT] [SDGT]

ARMED ISLAMIC GROUP (AIG) (a.k.a. AL-JAMA'AH AL-ISLAMIYAH
AL-MUSALLAH; a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO]
[SDGT]

ASBAT AL-ANSAR [SDGT]

ATEF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik
Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ATIF, Mohamed (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik
Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF,
Muhammad; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ATIF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik
Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF,
Muhammad; a.k.a. ATIF, Mohamed; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005621

bulletin.txt


BIN LADEN, Osama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADEN, Usama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Osama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad, a.k.a. BIN LADIN, Usama), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADIN, Osama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADIN, Osama bin Muhammad bin Awad (a.k.a. BIN LADIN, Usama bi
n
Muhammad bin Awad; a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN,
Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Usama),
Afghanistan; DOB 30 Jul 57: Alt. DOB 1958; POB Jeddah, Saudi
Arabia; Alt. POB Yemen (individual) [SDT] [SDGT]

BIN LADIN, Usama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN
,
Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADIN, Usama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama;
a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005622

bulletin.txt

;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

DARKAZANLI COMPANY (a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY
;
a.k.a. DARKAZANLI EXPORT-INPORT SONDERPOSTEN), Uhlenhorsterweg 34
11, Hamburg, Germany [SDGT]

DARKAZANLI EXPORT-INPORT SONDERPOSTEN (a.k.a. MAMOUN DARKAZANLI
IMPORT-EXPORT COMPANY; a.k.a. DARKAZANLI COMPANY), Uhlenhorsterweg
34 11, Hamburg, Germany [SDGT]

EGYPTIAN AL-JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD;
a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD;
a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

EL KHABIR, Abu Hafs el Masry (a.k.a. AL-MASRI, Abu Hafs; a.k.a.
ABDULLAH, Sheik Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi;
a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad
;
a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt (individual)
[SDT] [SDGT]

FARAG, Hamdi Ahmad (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a.
FATHI, Amr Al-Fatih); DOB 15 Mar 63; POB Alexandria, Egypt
(individual) [SDGT]

FATHI, Amr Al-Fatih (a.k.a AHMAD, Tariq Anwar al-Sayyid; a.k.a.
FARAG, Hamdi Ahmad); DOB 15 Mar 63; POB Alexandria, Egypt
(individual) [SDGT]

GIA (a.k.a. ARMED ISLAMIC GROUP (AIG); a.k.a. AL-JAMA'AH
AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO]
[SDGT]

GROUPEMENT ISLAMIQUE ARME (a.k.a. ARMED ISLAMIC GROUP (AIG); a.k.a

AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GIA) [FTO] [SDGT]

GSPC (a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. LE GROUPE

Page 8

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005623

bulletin.txt


SALAFISTE POUR LA PREDICATION ET LE COMBAT) [SDGT]

HARAKAT UL-ANSAR (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN;
a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDIN;
a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a.
AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN;
a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

HARAKAT UL-MUJAHIDIN (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a.
AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT
UL-ANSAR; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

HASANAYN, Jasr Fahmi rosr (a.k.a. SALAH, Muhammad) (individual)
[SDGT]

HUA (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a.
AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKA
T
UL-MUJAHIDIN; a.k.a. HUM) [FTO] [SDGT]

HUM (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a.
AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKA
T
UL-MUJAHIDIN; a.k.a. HUA) [FTO] [SDGT]

HUSAYN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBAYDAH; a.k.a.
TARIQ); DOB 1971; POB Saudi Arabia (individual) [SDGT]

IMU (a.k.a. ISLAMIC MOVEMENT OF UZBEKISTAN) [FTO] [SDGT]

INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES (a.k.a. ISLAMIC
ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a.
AL QAIDA; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ISLAMIC ARMY (a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA
;

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

bulletin.txt

a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES (a.k.a. ISLAMIC ARMY
;
a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL
QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ISLAMIC ARMY OF ADEN [SDGT]

ISLAMIC MOVEMENT OF UZBEKISTAN (a.k.a. IMU) [FTO] [SDGT]

ISLAMIC SALVATION FOUNDATION (a.k.a. ISLAMIC ARMY; a.k.a. "THE
BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a.
INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC
ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

JIHAD GROUP (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a.
EGYPTIAN ISLAMIC JIHAD; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT (a.k.a.
SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. GSPC) [SDGT]

LIBYAN ISLAMIC FIGHTING GROUP [SDGT]

MAKHTAB AL-KHIDAMAT/AL KIFAH [SDGT]

MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY (a.k.a. DARKAZANLI COMPANY
;

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005625

bulletin.txt

a.k.a. DARKAZANLI EXPORT-INPORT SONDERPOSTEN), Uhlenhorsterweg 34
11, Hamburg, Germany [SDGT]

NEW JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a.
EGYPTIAN ISLAMIC JIHAD; a.k.a. JIHAD GROUP) [SDT] [FTO] [SDGT]

SAI'ID, Shaykh (a.k.a. AHMAD, Mustafa Muhammad); POB Egypt
(individual) [SDGT]

SALAFIST GROUP FOR CALL AND COMBAT (a.k.a. GSPC; a.k.a. LE GROUPE
SALAFISTE POUR LA PREDICATION ET LE COMBAT) [SDGT]

SALAH, Muhammad (a.k.a. HAJANAYN, Nasr Fahmi Nasr) (individual)
[SDGT]

SALIM, Ahmad Fuad (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a.
AL-ZAWAHIRI, Ayman), Operational and Military Leader of JIHAD
GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010
(Egypt), Alt. No. 19820215 (individual) [SDT] [SDGT]

SHIHATA, Thirwat Salah (a.k.a. ABDALLAH, Tarwat Salah; a.k.a.
THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60;
POB Egypt (individual) [SDGT]

SLAHI, Mahamedou Ould (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a.
AL-WALID, Mahfouz Ould); DOB 1 Jan 75 (individual) [SDGT]

TARIQ (a.k.a. ABU ZUBAYDAH; a.k.a. HUSAYN, Zayn al-Abidin
Muhammad); DOB 1971; POB Saudi Arabia (individual) [SDGT]

TAYSIR (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik Taysir;
a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad;
a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu
Hafs el Masry); DOB 1956; Alt. DOB 1951; POB Egypt (individual)
[SDT] [SDGT]

THE GROUP FOR THE PRESERVATION OF THE HOLY SITES (a.k.a. ISLAMIC
ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a.
AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE ISLAMIC ARMY FOR
THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005626

bulletin.txt

FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN
NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES (a.k.a.
ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA
;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS
(a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a.
AL QAEDA; a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING
JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY
SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR
THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR TH
E
LIBERATION OF THE HOLY PLACES; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

THIRWAT, Salah Shihata (a.k.a. SHIHATA, Thirwat Salah; a.k.a.
ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60;
POB Egypt (individual) [SDGT]

THIRWAT, Shahata (a.k.a. SHIHATA, Thirwat Salah; a.k.a. ABDALLAH,
Tarwat Salah; a.k.a. THIRWAT, Salah Shihata); DOB 29 JuN 60; POB
Egypt (individual) [SDGT]

USAMA BIN LADEN NETWORK (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE";
a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a.
INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC
ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION
FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY
SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY
PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND
CRUSADERS; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

USAMA BIN LADEN ORGANIZATION (a.k.a. ISLAMIC ARMY; a.k.a. "THE
BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a.
INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005627

bulletin.txt


ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION
FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY
SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY
PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND
CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK) [SDT] [FTO] [SDGT]

WAFA AL-IGATHA AL-ISLAMIA (a.k.a. WAFA HUMANITARIAN ORGANIZATION;
a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION), Jordan; House no.
125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices i
n
Saudi Arabia, Kuwait and UAE> [SDGT]

WAFA HUMANITARIAN ORGANIZATION (a.k.a. AL WAFA; a.k.a. AL WAFA
ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA), Jordan; House no.
125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices i
n
Saudi Arabia, Kuwait and UAE> [SDGT]

Page 13

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

التاريخ : 2001/10/30                                    مرجعنا : (F&AD 186/01)

معالي/    سلطان بن ناصر السويدي    ... الموقر ؛؛
محافظ المصرف المركزي
الإمارات العربية المتحدة - أبوظبي

السلام عليكم ورحمة الله وبركاته ؛

**الموضوع : إشعار المصرف المركزي رقم 1982/2001**
**المؤرخ 2001/10/09 (المجموعة الثانية)**

بالإشارة إلى الموضوع أعلاه، نود إفادة معاليكم بأن بنك دبي الإسلامي يؤكد بأنه قد تم البحث في قائمة الأسماء الأبجدية المتاحة في سجلات البنك، وتم التأكد من عدم وجود أي من الأسماء المذكورة (المجموعة الثانية) في الوثيقة التوضيحية الصادرة عن مكتب مراقبة الأصول الأجنبية - الولايات المتحدة الأمريكية ضمن بيانات متعاملينا. يستثنى من ذلك ما ورد من أسماء غير رباعية لم نتمكن من التأكد من دقتها لعدم استيفاء الاسم الرباعي أو الاسم الكامل.

وتفضلوا بقبول فائق التقدير والاحترام ؛؛؛

محمد سعيد الشريف
المدير التنفيذي لدائرة الشؤون المالية والإدارية

نسخة :
• معالي رئيس مجلس الإدارة    الموقر
• سعادة المدير العام    الموقر

ص.ب: ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
هاتف: ٢٩٥٣٠٠٠ (٤ ٩٧١) فاكس: ٢٩٥٤١١١ (٤ ٩٧١)
تلكس: ISLAMI EM ٤٨٧٧٢/٤٥٨٨٩ سويفت: DUBAEAD
www.alislami.com

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM. Swift: DUBAEAD

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005629

NOV-07-01  12:59   FROM-CENTRAL BANK OF THE UAE        +0097126860613      T-870  P.01/06  F-135

مصرف الإمارات العربية المتحدة المركزي
**CENTRAL BANK OF THE U.A.E.**



| | |
|---|---|
| Central Bank | قرار المصرف |
| Decision No. : 2 / 350 / 01 | المركزي رقم : 2 / 350 / 01 |
| Date        : 7/11 /2001 | التاريخ   : 7 / 11 / 2001 |

To : All Banks, Moneychangers , Investment Companies and other Financial Institutions Operating in the UAE (Including Insurance sector and Financial Markets)

إلى : كافة البنوك والصرافات وشركات الإستثمار المالية والمنشآت المالية الأخرى العاملة في دولة الإمارات العربية المتحدة (يشمل قطاع التأمين والأسواق المالية)

After greetings,

بعد التحية ،،،،

Based on United Arab Emirates decision in conjunction with the International efforts to fight terrorism , you are required to immediately search for and freeze any accounts , deposits and investments in the names of the following (names between brackets are excluded) :

بناء على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب ، يطلب منكم فورا البحث عن وتجميد أية حسابات أو ودائع أو إستثمارات بالأسماء التالية (تستثنى الأسماء ما بين القوسين) : –

**First : Terrorist Organizations or Terrorist Non Government organizations or entities : -**

أولاً : المنظمات الإرهابيسة أو الإرهابينة غير الحكومية أو الكيانات الإرهابية

1. Al- Hamati Sweets Bakeries, Al-Mukahlah, Hadramawt Governorate, Yemen.

1. مخابز حلويسات الحامسائي ، المكسلا ، محافظة حضرموت ، اليمن.

2. Al-Nur Honey Press Shops, Sanaa, Yemen.
(a.k.a. Al-Nur Honey Center).

2. محلات النور للعسل ، صنعاء ، اليمن (المعروفة أيضا ، بمركز عسل النور) .

3. Al-Shifa Honey Press for Industry and Commerce, P.O.Box 8089, Al-Hasabah, Sanaa, Taiz & Aden – Yemen + a branch in Doha – Qatar .

3. عسل الشفاء للصناعة و التجارة ، ص.ب . 8089 ، الحصبة ، صنعاء ، وتعز وعدن – اليمن + فرع في الدوحة ، قطر .

4. Jaish-I-Mohamed - Pakistan
(a.k.a. Army of Mohammed, - Jaish – E – Mohammed – Jaish Mohammed JIM-JEM)

4. جيش محمد – باكستان (المعروف أيضا بــ : جيش محمد – JIM ( JEM )

5. Jam'yah Ta'awun Al-Islamia-Qandahar City, Afghanistan.
(a.k.a. Society of Islamic Cooperation-Jam'iyat Al Ta'awun Al Islamiyya or JIT),

5. جمعية التعاون الإسلامية – قندهار ، أفغانستان.
(المعروفة أيضا :جمعية التعاون الإسلامي– جمعية التعاون الإسلامية أو (JIT

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003245

10/11'01  SAT 10:55 FAX 00971 4 2940089
NOV-07-01 12:08   FROM-CENTRAL BANK OF THE UAE          +00871266660813    T-970   P.02/06   F-135

6.  Rabita Trust. Education Town, Lahore; Pakistan, Wares Colony, Lahore, Pakistan.

وديعة الرابطـــة ، المدينة التعليمية ، لاهور، باكستان، ويرز كولوني لاهـــور، باكستان .  ٦

**Second : Terrorists or persons with connection to terrorists**

ثانيا : إرهابيين أو لهم علاقة بالإرهابيين : ـ

7.  Haji Abdul Manan AGHA, Pakistan (a.k.a. SAIYID, Abd Al Man'am)

حـــــاج عبد المنـــــــان أغا، باكستاني
(المعروف أيضا بإسم : سعيد عبد المنعم)  ٧

8.  Muhammad Al-Hamati, Yemen (a.k.a. AL AHDAL, Mohammad Hamdi Sadiq- AL- MAKKI, Abu Asim)

محمد الحماتي ، يمني
(المعروف أيضا بإسم: الأهـــدل محمد حمدي صديق ـ المكي أبو عاصم) .  ٨

9.  Amin AL-HAQ - DOB: 1960, POB Nangahar Province, Afghanistan.
(a.k.a. AMIN, Muhammad- AHHAQ, Dr. Amin, UL-HAQ, Dr. Amin)

أمين الحق ـ من مواليد ١٩٦٠، مقاطعة ننجهار ، أفغانستان.
(المعروف أيضا بإسم: أميــــن محمـــد ـ أههاك ـ الحق الدكتور أمين )  ٩

10.  Saqar AL-JADAWI DOB:1965

صقر الجداوي
من مواليد ١٩٦٥.  ١٠

11.  Ahmed Said AL KADR- DOB: 01 March 1948, POB: Cairo, Egypt. (a.k.a Al KANADI, Abu Abd Al-Rahman)

أحمد سعيد القدر ـ من مواليد ١ مـــارس ١٩٤٨، القاهرة ـ مصر
(المعروف أيضا بإسم : الكندي أبو عبـــد الرحمن )  ١١

12.  Yasin AL-QADI- POB: Jeddah, Saudi Arabia (a.k.a KADI, Shaykh Yassin Abdullah).

ياسين القاضي ـ مــن مواليد جدّه ، السعودية
(المعروف أيضا بإسم: القاضي الشيخ ياسين عبد الله)  ١٢

13.  Sa'd AL-SHARIF DOB: 1969 , POB : Saudi Arabia

سعد الشريف
من مواليد ١٩٦٩ بالسعودية  ١٣

14.  Bilal Bin Marwan DOB:1947.

بلال بن مروان
من مواليد ١٩٤٧.  ١٤

15.  Ayadi Chafiq Bin Muhammad- DOB: 21 January 1963, POB Safnis (Sfax), Tunisia.
(a.k.a Ayadi Shafiq Ben Muhammed – AIADY SHAFIK Ben Muhammed-Aynadi Ben Muhammad-)

عيادي شفيق بن محمد ـ من مواليـــد ٢١ يناير ١٩٦٣ بصفاقس ـ تونس
(المعروف أيضا بإسم:عيادي شفيق بـــن بن محمد ـ عيادي تـــفيق بـن محمـد ـ عيادي بن محمد )  ١٥



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003246

16. Mamoun Darkazanli-DOB:4AUG 1958 POB: Aleppo, Syria. Passport No: 1310636262 (Germany)

مأمون داركازانلي –
مواليد ٤ أغسطس ١٩٥٨ حلب – سوريا
جواز سفر رقم: ٢٣١٠٦٣٦٢٦٢(ألماني) .١٦

17. Riad Hijazi DOB: 1968, POB: California, USA. (a.k.a Hijazi Raed M.- Al Hawan Abu Ahmed – Al Maghribi Rashid-Al Amriki Abu Ahmad- Al Shahid Abu Ahmed)

رياض حجازي
من مواليد ١٩٦٨، كاليفورنيا، الولايات المتحدة .
(معروف أيضا باسم: حجازي رائد إم – الهاون ابو احمد –المغربي رشيد –الأمريكي أبو أحمد – الشهيد ابو أحمد) .١٧

18. Mufti Rashid Ahmed Ladehyanoy – Karatchi – Pakistan (a.k.a Ludhianvi Mufti Rashid Ahmed – Wadehyanoy Rasheed Ahmed – Mufti Rashid Ahmed).

مفتي راشد أحمد لادهيونوي –
كراتشي ، باكستان .
(المعروف بإسم : لادهيانفي مفتي راشد أحمد – وادهيانوى رشيد أحمد – مفتـــى راشد أحمد ) .١٨

19. Omar Mahmoud Uthman DOB: 30 December 1960 or 13 December 1960 – London - England. (a.k.a. Al-Filistini , Abu Qatada - Takfiri, Abu Umar – Abu Umar Abu Omar – Uthman, Al-Samman – Umar Abu Umar – Uthman, Umar – Abu Ismail).

عمر محمود عثمان –
من مواليد ٣٠ ديسمبر ١٩٦٠ أو ١٣ ديسمبر ١٩٦٠ بلندن – إنجلترا .
(المعروف أيضا بإسم الفلسطيني أبو قتاده – تكفيري أبو عمر – أبو عمر أبو عمر – عثمان السمان – عمر أبو عمر – عثمان عمر – أبو إسماعيل) . .١٩

20. Tahir (or Takhir) Yuldashev Uzbekistan

طاهر (أو طاخر) يلادشاف –
أوزباكستان . .٢٠

21. Mohammad Zia – Peshawar - Pakistan (a.k.a ZIA, Ahmad),

محـــــمـــد ضيـــا – بيشـــاور – باكستان
(المعروف أيضا بإسم : ضيا أحمد) .٢١

22. Abdullah Ahmed Abdullah DOB: 1960 - Egypt.

عبدالله أحمد عبد الله
من مواليد ١٩٦٠ بمصر . .٢٢

23. Muhsin Musa Matwalli Atwah DOB: 19 June 1964 - Egypt.

محسن موسى متولي عطوة
من مواليد ١٩ يونيو ١٩٦٤ بمصر . .٢٣

24. Anas Al Liby – Libian (In Afghanistan) DOB: 30 March 1964 or 14 May 1964.

أنس الليبي – ليبي (في أفغانستان)
من مواليد ٣٠ مارس ١٩٦٤ أو ١٤ مايو ١٩٦٤ . .٢٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003247

NOV-01-01  12:56   FROM-CENTRAL BANK OF THE UAE           +0097126650813        T-670   P.04/06   F-136

| | | |
|---|---|---|
| 25. Ahmad Khalfan Ghailani<br>DOB: 1 August 1970, Zenzbar,<br>Tanzania. | أحمد خلفان غيلاني<br>من المواليد ١ أغسطس ١٩٧٠ في<br>زنزبار بتنزانيا . | ٢٥. ✗ |
| 26. Fazul Abdullah Mohamed<br>DOB: 25 January 1974 - Kenya. | فضل عبد الله محمد<br>من مواليد ٢٥ ديسمبر ١٩٧٤ بكينيا . | ٢٦. ✗ |
| 27. Mustafa Mohamed Fadhil<br>DOB: 23 June 1976 Cairo – Egypt (or<br>may Kenya). | مصطفى محمد فضيل<br>من مواليد ٢٣ يوليو ١٩٧٦ بالقاهرة –<br>مصر (أو ربما من مواليد كينيا) . | ٢٧. ✗ |
| 28. Fahid Mohamed Ally Msalam.<br>(a.k.a.  Usama  Al Keeni), DOB: 19<br>February 1976, Mumbassa - Kenya. | فهد محمد علاي مسلم<br>من مواليد ١٩ فبراير ١٩٧٦ بممباسا –<br>كينيا ..<br>(المعروف أيضا باسم : أسامة الكيني) | ٢٨. ✗ |
| 29. Sheikh Ahmed Salim Swedan<br>DOB: 9 April 1969 or 9 April 1960,<br>Mumbassa - Kenya. | شيخ أحمد سليم سويدان<br>من مواليد ٩ إبريل ١٩٦٩ أو ٩ إبريل<br>١٩٦٠ بممباسا – كينيا | ٢٩. ✗ |
| 30. Abdul Rahman Yasin<br>DOB: 10 April 1960, Indiana, USA. | عبد الرحمن ياسين<br>من مواليد ١٠ إبريل ١٩٦٠ بإنديانا –<br>الولايات المتحدة | ٣٠. ✗ |
| 31. Ahmad Ibrahim Al Mughassil<br>POB: Saudi Arabia.<br>(a.k.a Abu Omran), | أحمد إبراهيم المغسل<br>من مواليد السعودية .<br>(المعروف أيضا باسم : أبو عمران) | ٣١. ✗ |
| 32. AbdulKarim Hussein Mohamed<br>Al Nasser,<br>POB: Saudi Arabia. | عبد الكريم حسين محمد الناصر<br>من مواليد السعودية | ٣٢. ✗ |
| 33. Ibrahim Saleh  Mohamed  Al Yacoub,<br>DOB: 16 October 1966, Saudi Arabia. | إبراهيم صالح محمد اليعقوب<br>من مواليد ١٦ أكتوبر ١٩٦٦ بالسعودية . | ٣٣. ✗ |
| 34. Ali Atwa<br>DOB: 1963, Lebanon.<br>(a.k.a Abu Salim), | علي عطوة<br>من مواليد ١٩٦٣ – لبنان<br>(المعروف أيضا باسم : أبو سليم) | ٣٤. ✗ |
| 35. Ali Saed Ali Elhoorie. | علي سعيد علي الحوري . | ٣٥. ✗ |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003248

10/14/01  SAT 10:56 FAX 00971 4 2840063   FROM CENTRAL BANK OF THE UAE                    1009712580A619      T-970  P.05/08  F-135    @005

**Redacted**

36. Hassan Izz Al-Dine .                                           . حسن عز الدين .                    .٣٦

37. Ahmad Mohammed Hamed Ali.                                 . أحمد محمد حامد علي .                .٣٧

38. Khalid Shaikh Mohamed                                         خالد شيخ محمد                      .٣٨
    DOB : 1 March 1964 - Kuwait                          من مواليد ١ مارس ١٩٦٤ – الكويت

39. Imad Fayez Magniyah                                            عماد فايز مغنية                    .٣٩
    DOB : 7 December 1962 - Lebanon.                    من مواليد ٧ ديسمبر ١٩٦٢ – لبنان

All names in between brackets are either                    كافة الأسماء فيما بين قوسين إما إضافية أو غــيـر
additional or incomplete, therefore please                  كاملة ، لذا يرجى منكم فحص هذه الأسماء والتـأكد
verify these names and check with us , in                   لدينا لإعلامكم بالإجراءات الضرورية المطلوبة .
order to inform you of necessary action.

Your are also required not to transfer any                  يطلب منكم أيضا عدم تحويل أية أصـوال إلـى
funds to the persons /or entities mentioned                 الأشخاص / الجهات المذكورة أعلاه في أية منطقــة
above into any territory or country and in                  أو دولة وفي حالة إستلام أموال مـن الأشـخاص/
case you received funds from the persons /or                الجهات المذكورة أو لصالحها القيام بتجميدها فورا.
entities  mentioned or for their favour to
freeze it immediately.
Non compliance will lead to freezing of                     إن عدم الإلتزام سيؤدي إلى تجميــد أموالكـم فـي
your assets in the USA and its financial                    الولايات المتحدة الأمريكيــــة ومنشآتها الماليـة
institutions  and  other countries and would                ودول أخرى وسيعرضكم إلى عقوبات صـارمة فـي
subject you to severe penalties in the UAE                  دولة الإمارات .

Since these names were announced some                       بما أن هذه الأسماء أعلنت منذ فترة ، فيرجى منكم
time ago, you are requested to respond                      الرد خلال (٧) أيام .
within (7) days .

Please provide the Banking Supervision &                    يرجى موافاة دائرة الرقابة والتفتيش على المصارف
Examination  Department with relevant                       بالبيانات ذات الصلة على النموذج المرفق .
details on the attached form .
In  your communications, please use                         فـي مراسـلاتكم ، يرجـى إسـتخدام الفـاكس
facsimile No. (02) 6674501.                                 رقم (٠٢) ٦٦٧٤٥٠١ .

Yours faithfully,                                            وتفضلوا بقبول فائق الاحترام ،

                                                            سـلطان بن ناصـر السـويدي
                                                                    المحافظ
                                                    Sultan Bin Nasser Al Suwaidi
                                                                   Governor

ARMSlina\gm\ak\mn                                                                    ج ش / م ن
1046-2001 ههه

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003249



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

التاريخ: 2001/11/12    مرجعنا: (F&AD 301/01)

معالي / سلطـــان بـــن نـاصـــر الســـويـدي         ...    الموقر ؛؛
محافـــظ المصـرف المركـزي
الإمارات العربية المتحـدة – أبـوظبـي

السـلام عليكـــم ورحمــة اللــه وبـركـاتـــه ؛

**الموضوع : قـرار المصـرف المركـزي رقـم 2/350/2001 المؤرخ 2001/11/07**

بالإشارة إلى الموضـوع أعـلاه، نـود إفـادة معاليكـم بـأن بنـك دبي الإسلامـي قـد التـزم
بمضمـون القـرار المشـار إليـه أعـلاه على النحـو الـوارد ذكـره أدنـاه :-

1.  تـم البحـث في قائمـة الأسمـاء الأبجديـة المتاحـة في سـجلات البنـك، وتـم التأكـد مـن
    عـدم وجـود أي من الأسـماء المذكـورة (أفـراد، مؤسسـات، منظمـات ... الـخ) ضمـن
    بياناتنـا متعاملينـا. يستثنـى من ذلك مـا ورد من أسمـاء غيـر رباعيـة لـم نـتمكـن مـن
    التأكـد من دقتهـا لعـدم استيفـاء الاسـم الرباعـي أو اسـم العائلـة.
2.  تـم إدراج الأسمـاء الـواردة في قـراركم ضمـن القائمـة السـوداء بالبنـك للعمـل
    على ضمـان عـدم فتـح أي حسابـات لهـم أو إجـراء أي معامـلات معهـم مستقبـلا.
3.  تـم اتخـاذ إجـراءات تقنيـة للتحويـلات الصـادرة والـواردة مستقبـلا لأي مـن الأسمـاء
    الـوارد ذكرهـا في قـراركم لضمـان وقـف مثـل هـذه التحويـلات وتجميدهـا بصـورة
    مبكـرة وإحاطـة متابعـة هـذا الموضـوع من قبـل قسـم مكافحـة عمليـات غسـل الأمـوال
    والعمليـات المشبـوهة الأخـرى.
4.  تـم التعميـم على كافـة فـروع البنـك بعـدم فتـح أيـة حسابـات وعـدم قبـول أو إجـراء
    أيـة معاملـة مصرفيـة من أي نـوع تخـص المذكوريـن في قـرار المصـرف المركـزي.

وتفضلــوا بقبـول فائـق التقديـر والاحتـرام ؛؛؛

محمــد سعيـد الشـريـف
المدير التنفيـذي لدائـرة الشـؤون الماليـة والإداريـة

نسخة إلى :
• معالي رئيـس مجلـس الإدارة .. الموقـر.
• سعـادة المديـر العـام .. الموقـر.
• مديـر إدارة العنايـات المركزيـة — قسـم مكافحـة غسـل الأمـوال.

P.O.Box 1080, Dubai, United Arab Emirates       ص.ب ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
Tel: (971 4) 2953000 Fax: (971 4) 2954111       هاتف:٢٩٥٣٠٠٠ (٩٧١٤) فاكس:٢٩٥٤١١١ (٩٧١٤)
Tlx: 48772/45889 ISLAMI EM. Swift: DUIBAEAD       تلكس: ٤٨٧٧٢/٤٥٨٨٩ ISLAMI EM، سويفت: DUIBAEAD
www.alislami.com

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003250

08-16-04   10:55   FROM-AMLSCU                    +971 2 6674501        T-909   P.002/009   F-242

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | |
|---|---|
| Central Bank<br>Decision No. : 2 /355 / 01 | قرار المصرف<br>المركزي رقم : 2 / 355 / 01 |
| Date          : 7/ 11 /2001 | التاريخ : 7 / 11 / 2001 |

To :All Banks, Moneychangers , Investment Companies and other Financial Institutions Operating in the UAE (Including Insurance sector and Financial Markets)

إلى : كافة البنـــوك والصرافـات وشـــركات الاستثمـار الماليـة والمنشـآت الماليـة الأخــرى العاملة في دولـة الإمـارات العربيــة المتحدة (يشمل قطاع التـــأمين والأسواق المالية)

After greetings,

بعد التحية ،،،،

Based on United Arab Emirates decision in conjunction with the International efforts to fight terrorism , you are required to immediately search for and freeze any accounts , deposits, and investments in the names of the following (names between brackets are excluded) :

بناء على قرار دولة الإمارات العربية المتحـدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب ، يطلـــب منكـــم فـــورا البحث عن وتجميــد أية حسابات أو ودائع أو إستثمارات بالأسمـــاء التالية (تستثنى الأسماء ما بين القوسين) :-

First :Terrorist Organizations or Terrorist Non Government organizations or entities : -

أولاً : المنظمات الإرهابية أو الإرهابيـة غـير الحكومية أو الكيانات الإرهابية

| | | |
|---|---|---|
| 1. | Aaran Money Wire Service Inc., , Minneapolis, Minnesota – U.S.A. | 1. شركة آران لخدمات التحويل المالي ، مينيابلس ، مينيسوتا – الولايات المتحدة . |
| 2. | Al Baraka Exchange L.L.C., Deira Dubai, U.A.E. | 2. شركة البركة للصرافة ديره ، دبي – الإمارات العربية المتحدة |
| 3. | Al Barakaat, Mogadishu, Somalia; Dubai, U.A.E. | 3. البركات مقاديشو ، الصومال ، دبي – الإمارات |
| 4. | Al-Barakaat Bank, Mogadishu, Somalia. | 4. بنك البركات مقاديشو ، الصومال |
| 5. | Al-Barakat Bank of Somalia (BSS) Mogadishu, Somalia; Bossaso, Somalia (a.k.a Barakat Bank of Somalia),. | 5. بنك البركات الصومالي (بي إس إس) مقاديشو ، الصومال ، بوساســو ، الصومال (المعروف أيضا ببنك بركات الصومال) |
| 6. | Al–Barakat Finance Group Dubai, U.A.E.; Mogadishu, Somalia | 6. مجموعة البركات للتمويل دبي ، الإمارات ، مقاديشو ، الصومال . |

16/08 2004 MON 11:26  [TX/RX NO 5940]  @002

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003251

08-18-04   10:35   FROM-AMLSCU                            +971 2 6674501        T-308   P.003/006   F-242

(2)                                                                 (٢)

7.  Al-Barakat  Financial  Holding  Co.     ٧.   شركة البركات المالية
    Dubai, UAE; Mogadishu, Somalia              دبي ، الإمارات ، مقاديشو ، الصومال .

8.  Al-Barakat Global Telecommunications     ٨.   البركات للإتصالات الدولية
    Dubai , U.A.E. ; Mogadishu , Somalia;          دبي – الإمارات ، مقاديشو ، الصومال ،
    Hargeysa, Somalia;                             هرجيسا ، الصومال .
    (a.k.a Barakaat Globetel Company),             (المعروفة أيضا بشركة بركات للإتصالات
                                                   الدولية)

9.  Al-Barakat   Group   of   Companies     ٩.   مجموعة شركات البركات الصومال
    Somalia Limited                               المحدودة
    Dubai , U.A.E; Mogadishu, Somalia.             دبي – الإمارات ، مقاديشو ، الصومال
    (a.k.a Al-Barakat Financial Company),          (المعروفة أيضا بشركة البركات المالية)

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             ١٢.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    Minneapolis, Minnesota - USA                   مينابليس ، مينسوتا – الولايات المتحدة

13. Al  Taqwa Trade, Property and Industry   ١٣.  التقوى للتجارة – شركة العقارات
    Company Limited - Liechtenstein.              والصناعة المحدودة – لكتنشتاين .
    (a.k.a Al Taqwa Trade, Property and            (المعروفة أيضا بالتقوى للتجارة و
    Industry – Al Taqwa Trade, Property            العقارات والصناعة – ومؤسسة التقوى
    and Industry Establishment – Himmat            للتجارة والعقارات والصناعة – مؤسسة
    Establishment)                                 هيمت .

14. Asat Trust Reg.                          ١٤.  إساث ترست رج
    Liechtenstein.                                 لكتنشتاين

15. Bank Al Taqwa Limited                    ١٥.  بنك التقوى ليمتد
    Nassau - Bahamas                               ناساو ، بهاما
    (a.k.a Al Taqwa Bank – Bank Al                 (المعروف أيضا ببنك التقوى )
    Taqwa).

16. Barakaat Construction Co.                ١٦.  شركة بركات للإنشاء
    Dubai – UAE                                    دبي – الإمارات

16/08 2004 MON 11:26 [TX/RX NO 5940] ☒003

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003252

(2)                                                                    (٢)

| | | |
|---|---|---|
| 7. | Al-Barakat Financial Holding Co. Dubai, UAE; Mogadishu, Somalia | ٧. شركة البركات المالية<br>دبي ، الإمارات ، مقاديشو ، الصومال . |
| 8. | Al-Barakat Global Telecommunications Dubai , U.A.E. ; Mogadishu, Somalia; Hargeysa, Somalia; (a.k.a Barakaat Globetel Company), | ٨. البركات للإتصالات الدولية<br>دبي – الإمارات ، مقاديشو ، الصومال ،<br>هرجيسا ، الصومال .<br>(المعروفة أيضاً بشركة بركات للإتصالات<br>الدولية) |
| 9. | Al-Barakat Group of Companies Somalia Limited Dubai , U.A.E; Mogadishu, Somalia. (a.k.a Al-Barakat Financial Company), | ٩. مجموعة شــركات البركــات الصومــال<br>المحدودة<br>دبي – الإمارات ، مقاديشو ، الصومال<br>(المعروفة أيضاً بشركة البركات المالية) |
| 10. | Al-Barakat International , Dubai – U.A.E. (a.k.a Baraco Co.) | ١٠. البركات الدولية<br>دبي – الإمارات<br>(المعروفة أيضاً بشركة براكو) |
| 11. | Al-Barakat Investments, Deira, Dubai , U.A.E. | ١١. البركات للإستشارات<br>ديره ، دبي ، الإمارات |
| 12. | Al-Barakaat Wiring Service, Minneapolis, Minnesota - USA | ١٢. البركات للخدمـــات البرقية<br>مينابلس ، مينسوتا – الولايات المتحدة |
| 13. | Al Taqwa Trade, Property and Industry Company Limited - Liechtenstein. (a.k.a Al Taqwa Trade, Property and Industry – Al Taqwa Trade, Property and Industry Establishment – Himmat Establishment) | ١٣. التقوى للتجارة – شركة العقـارات<br>والصناعة المحدودة – لكشتنشتاين .<br>(المعروفة أيضاً بـالتقوى للتجارة و<br>العقارات والصناعة – ومؤسسة التقــوى<br>للتجارة والعقارات والصناعة – مؤسســة<br>هيمـت . |
| 14. | Asat Trust Reg. Liechtenstein. | ١٤. إساث ترست رج<br>لكشتناين |
| 15. | Bank Al Taqwa Limited Nassau - Bahamas (a.k.a Al Taqwa Bank – Bank Al Taqwa). | ١٥. بنك التقوى ليمتد<br>ناساو ، بهاما<br>(المعروف أيضا ببنك التقوى ) |
| 16. | Barakat Construction Co. Dubai – UAE | ١٦. شركة بركات للإنشاء<br>دبي – الإمارات |

16/08 2004 MON 11:26  [TX/RX NO 5940]  @00:

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003253

| (3) | (٣) |
|---|---|
| 17. Barakaat Group of Companies , Dubai , U.A.E., Mogadishu, Somalia. | ١٧ . مجموعة شركات بركات دبي – الإمارات ، مقاديشو ، الصومال |
| 18. Barakaat International, Sweden | ١٨ . بركات الدولية السويد |
| 19. Barakaat International Foundation, Spanga, Stockholm, Sweden; | ١٩ . مؤسسة بركات الدولية سبانغا ، ستوكهولم السويد |
| 20. Barakaat North America Ottawa, Ontario, Canada. | ٢٠ . شركة بركات أمريكا الشمالية أوتاوا – أنتاريو ، كندا . |
| 21. Barakaat Red Sea Telecommunications, Somalia. | ٢١ . بركات البحر الأحمر للإتصالات الصومـــــال |
| 22. Barakat Telecommunications Co. Somalia, Ltd. Dubai – U.A.E. | ٢٢ . شركة بركات للإتصالات الصومال ليمتد دبي – الإمارات |
| 23. Barakat Banks and Remittances, Mogadishu, Somalia; Dubai, U.A.E. | ٢٣ . بنوك وتحويلات بركات مقاديشو ، الصومال ، دبي ، الإمارات |
| 24. Barakaat Boston, Dorchester, Massachussets – U.S.A | ٢٤ . بركات بوسطن دورشستر ، ماسا شوستس – الولايـــات المتحدة |
| 25. Barakat Computer Consulting (BCC) Mogadishu, Somalia. | ٢٥ . بركات لإستشارات الكمبيوتر (بي سي سي) مقاديشو ، الصومال |
| 26. Barakat Consulting Group (BCG) Mogadishu, Somalia. | ٢٦ . مجموعة بركات للإستشارات (بي سي جي) مقاديشو ، الصومال |
| 27. Barakat Global Telephone Company, Magadishu , Somalia, Dubai – U.A.E. | ٢٧ . شركة بركات الدولية للهاتف مقاديشو ، الصومال ، دبي ، الإمارات |
| 28. Barakat Enterprise, Columbus, OHIO - USA. | ٢٨ . مؤسسة بركات كولومبس ، أوهايو – الولايات المتحدة . |
| 29. Barakat International Companies (BICO) Mogadishu, Somalia; Dubai, U.A.E. | ٢٩ . شركات بركات الدولية (بيكو) مقاديشو ، الصومال ؛ دبي – الإمارات |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003254

(4)                                                 (٤)

| | | |
|---|---|---|
| 30. | Barakaat International, INC. Minneapolis, Minnesota – USA. | شركة بركات الدولية مينيابلس ، مينوسوتا – الولايات المتحدة . | ٣٠ . |
| 31. | Barakat Post Express (BPE) Mogadishu, Somalia. | بركات للبريد السريع (بي بي إي) مقاديشو ، الصومال . | ٣١ . |
| 32. | Barakat Refreshment Company Mogadishu, Somalia; Dubai, U.A.E. | شركة بركــات للمنعشــات ، مقاديشــو ، الصومال ؛ دبي ، الإمارات . | ٣٢ . |
| 33. | Barakat Telecommunications Company Limited Mogadishu, Somalia; The Netherlands. (a.k.a Betelco), | شركة بركات للإتصالات ليمتد مقاديشو ، الصومال – هولندا (المعروفة أيضاً بتلكو) ، | ٣٣ . |
| 34. | Barakaat Wire Transfer Co. Seattle, Washington – USA. | شركة بركات للتحويل البرقي ، سياتل ، واشنطن – الولايات المتحدة | ٣٤ . |
| 35. | Barako Trading Company, LLC Dubai – U.A.E. | شركة باراكو التجارية ذ م م دبي – الإمارات | ٣٥ . |
| 36. | Baraka Trading Co. Dubai – U.A.E. | شركة بركه التجارية ذ م م دبي – الإمارات . | ٣٦ . |
| 37. | Global Service International Minneapolis, Minnesota - USA | غلوبال سرفيس إنترناشيونال مينيابلس ، مينوستا – الولايات المتحدة . | ٣٧ . |
| 38. | Heyatul Ulya, Mogadishu, Somalia. | حياة الأولية مقاديشو ، الصومال . | ٣٨ . |
| 39. | Nada Management Organization Sa Switzerland. (f.k.a Al Taqwa Management Organization SA), | مؤسسة ندى للإدارة إس إيه سويسرا (سابقاً معروفة بمؤسسة التقوى لــلإدارة إس إيه) ، | ٣٩ . |
| 40. | Parka Trading Company Deira, Dubai, UAE. | شركة بركه التجارية ديره ، دبي ، الإمارات | ٤٠ . |
| 41. | Red Sea Barakat Company Limited Mogadishu, Somalia; Dubai, U.A.E. | شركة بركات البحر الأحمر ليمتد مقاديشو ، الصومال ؛ دبي ، الإمارات | ٤١ . |
| 42. | Somali Internet Company, Mogadishu, Somalia | شركة الصومال إنترنت مقاديشو ، الصومال . | ٤٢ . |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003255

'08-16-04   10:36   FROM-AMLSCU                    +971 2 6674501      T-809   P.006/009   F-242

(5)                                              (٥)

| | | |
|---|---|---|
| 43. | Somali International Relief Organization, Minneapolis, Minnesota - USA | ٤٣. منظمة صومالي للإغاثة الدولية مينيابلس ، مينوستا – الولايات المتحدة . |
| 44. | Somali Network AB, Spanga, Sweden. | ٤٤. شبكة صومالي إيه بي ، سبانغا ، السويد |
| 45. | Youssef M. Nada Switzerland. | ٤٥. يوسف م ندى سويسرا |
| 46. | Youssef M. Nada & Co. Vienna, Austria. | ٤٦. يوسف لم ندى وشركاه فينا ، النمسا . |

Second: Persons with Terrorists Connections : -                    ثانيا : أشخاص لهم علاقة بار هابين : –

| | | |
|---|---|---|
| 47. | Hussein Mahamud Abdullkadir DOB 01 June 1968 Florence, Italy. | ٤٧. حسين محمود عبد القادر تاريخ الميلاد ١ يونيو ١٩٦٨ فلورنس ، إيطاليا |
| 48. | Abdirisak Aden DOB : 1 June, 1968 Spanga, Sweden. | ٤٨. عبد الرزاق آدن تاريخ الميلاد ١ يونيو ١٩٦٨ سبانغا ، السويد |
| 49. | Abbas Abdi Ali, Mogadishu, Somalia | ٤٩. عباس عبدي علي مقاديشو ، الصومال |
| 50. | Abdi AbdulAziz Ali, DOB 01 January 1955 Spanga – Sweden | ٥٠. عبدي عبد العزيز علي تاريخ الميلاد ١ يناير ١٩٥٥ سبانغا – السويد |
| 51. | Yusaf Ahmed Ali, DOB : 20 November 1974 Spanga, Sweden | ٥١. يوسف أحمد علي تاريخ الميلاد ٢٠ نوفمبر ١٩٧٤ سبانغا ، السويد |
| 52. | Dahir Ubeidullahi Aweys Rome , Italy. | ٥٢. ظاهر عبيد الله عويس روما ، إيطاليا |
| 53. | Hassan Dahir Aweys DOB : 1935 - Citizen Somalia (a.k.a Ali,  Sheikh Hassan Dahir Aweys – Awes, Shaykh Hassan Dahir). | ٥٣. حسن ظاهر عويس تاريخ الميلاد ١٩٣٥ – مواطن صومالي (المعروف أيضا بإسم : الشيخ حسن ظاهر عويس علي – حسن ضاهر عويس) ، |

16/08 2004 MON 11:26   [TX/RX NO 5940]  ☒006

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003256

(6)                                                                      (٦)

54.   Ali Ghaleb Himmat ,                           علي غالب هيمات ،                    ٥٤.
      DOB : 16  June 1938; POB Damascus,      تاريخ الميلاد ١٦ يونيو ١٩٣٨ دمشــق ،
      Syria,                                            سوريا
      Switzerland & Tunisia.                      سويسرا ، تونس

55.   Albert Friedrich Armand Huber            إلبرت فريديريك أرماند هوبر         ٥٥.
      DOB : 1927                                      تاريخ الميلاد ١٩٢٧
      Switzerland.                                      سويسرا
      (a.k.a Huber, Ahmed),                     (المعروف أيضاً بإسم : هوبر أحمد )

56.   Hussein, Liban,                                  حسين ليبان ،                         ٥٦.
      Ontario, Ottawa, Canada.                أونتاريو ، أوتاوا – كندا

57.   Garad Juma                                     غاراد جما                              ٥٧.
      DOB : 26 June 1974                        تاريخ الميلاد ٢٦ يونيو ١٩٧٤
      Minneapolis, Minnesota - USA       مينيابلس ، مينوستا – الولايات المتحدة
      (a.k.a  Nor, Garad K.  –  Wasrsame,   (المعروف أيضاً بإسم : غاراد ك نـــور –
      Fartune Ahmed),                             واسرسايم فارتون أحمد)

58.   Ahmed Nur Ali Jim'ale                       أحمد نور علي جمالي                ٥٨.
      Dubai – U.A.E.                                  دبي – الإمارات
      (a.k.a Ahmed Ali Jimale – , Ahmad Nur   (المعروف أيضاً بإسم : أحمد علي جمالي
      Ali  Jim'ale  –  Ahmed Nur Jumale –   – أحمد نور علي جمالي – أحمـد علـي
      Ahmed Ali Jumali:)                            جمالي)

59.   Abdullahi Hussein Kahie                     عبد الله حسين كاهي                 ٥٩.
      Mogadishu, Somalia                        مقاديشو ، الصومال

60.   Mohamed Mansour                          محمد منصور                          ٦٠.
      DOB : 1928, POB Egypt or U.A.E   تاريخ الميلاد ١٩٢٨ ومكان الميلاد مصر
      Zurich, Switzerland.                          أو الإمارات
      (a.k.a Al-Mansour, Dr. Mohamed)   زيورخ ، سويسرا
                                                            (المعـروف أيضـاً بإسـم د. محمـد
                                                            المنصور)

61.   Zeinab  Mansour Fattouh,               زينب منصور فتوح                    ٦١.
      Zurich, Switzerland.                          زيورخ ، سويسرا

16/08 2004 MON 11:26  [TX/RX NO 5940]  ☒007

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003257

08-16-04   10:36   FROM-AMLSCU   +971 2 6674501   T-309   P.008/008   F-242

| (7) | (٧) |
|---|---|

62.   Youssef Nada,
      DOB 17 May 1931 or 17 May, 1937
      POB   Alexandria, Egypt ;  Citizen :
      Tunisia.
      (a.k.a  Nada, Youssef M. – Nada Youssef
      Mustafa)

٦٢.   يوسف ندى
      تاريخ الميلاد ١٧ مايو ١٩٣١ أو ١٧ مايو
      ١٩٣٧ ، مكان الميلاد الإسكندرية مصـــر
      ومواطن تونسي
      (المعروف أيضاً بندى يوسف م – نـــدى
      يوسف مصطفى)

All names in between brackets are either
additional or incomplete, therefore please
verify these names and check with us , in order
to inform you of necessary action.

كافة الأسماء فيما بين قوسين إما إضافية أو غير
كاملة ، لذا يرجى منكم فحص هـــذه الأســـماء
والتأكد لدينا لإعلامكم بالإجراءات الضروريـــة
المطلوبة .

Your are also required not to transfer any funds
to the persons /or entities mentioned above into
any territory or country and in case you
received funds from the persons /or entities
mentioned or for their favour to freeze it
immediately.

يطلب منكم أيضاً عدم تحويل أية أمـــوال إلـــى
الأشخاص / الجهات المذكورة أعلاه فـــي أيـــة
منطقة أو دولة وفي حالة إستلام أمـــوال مـــن
الأشخاص/ الجهات المذكورة أو لصالحها القيام
بتجميدها فوراً.

Non compliance will lead  to freezing of your
assets in the  USA and its financial institutions
and other countries and would subject you to
severe penalties in the UAE

إن عدم الإلتزام سيؤدي إلى تجميد أموالكم فـــي
الولايات المتحــدة الأمريكيـــــة ومنشآتها
المالية ودول أخرى وسيعرضكم إلى عقوبـــات
صارمة في دولة الإمارات .

Please provide   the Special Unit, Central
Bank , Abu Dhabi, with  relevant details on
the attached form .

يرجى موافـــاة الوحـــدة الخاصة بـــالمصرف
المركزي ، أبوظبي ، بالبيانات ذات الصلة على
النموذج المرفق .

In your communications, please use facsimile
No. (02) 6674501.

في مراسلاتكم ، يرجـــى إستخدام الفـــاكس
رقم ٦٦٧٤٥٠١ (٠٢) .

Yours faithfully,

وتفضلوا بقبول فائق الإحترام ،

سلطان بن ناصر السويدي
المحافظ

Sultan Bin Nasser Al Suwaidi
Governor

ARMS/JS/Mn
1205-2001

هـ/٤/ن ه

16/08 2004 MON 11:26   [TX/RX NO 5940]   @008

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003258

08-16-04   10:36   FROM-AMLSCU                    +271 2 6674601      T-309   P.008/009   F-242

## Response in regard to الـــرد بشــأن

Central Bank Decision No. 2/355/01   قرار المصرف المركزي رقم ٢/٣٥٥/١ ٠

Dated 7/11/2001   بتاريخ ٧/١١/٢٠٠١

From (Bank):                                                                 من (بنك):

| Name of account holder (Account Number) الرصيد المتوفر Available Balance أسم صاحب الحساب (رقم الحساب) |
|---|

First:  Identical Names (Frozen)   أولا:  أسماء مطابقة (جمدت)

| Name of account holder (Account Number) | الرصيد المتوفر Available Balance | أسم صاحب الحساب (رقم الحساب) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Second:    Similar Names   ثانيا:  أسماء مشابهة

| Name of account holder (Account Number) | الرصيد المتوفر Available Balance | أسم صاحب الحساب (رقم الحساب) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Authorized Signatures:                                    التواقيع المعتمدة:

16/08 2004 MON 11:26  [TX/RX NO 5940]  Ø009

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003259

/11 01  TUE 11:08  FAX



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

مرجعنـا : (F&AD 305/01)          التاريخ : 2001/11/13

معالـي /  سلطـان بـن ناصـر السـويدي
...        الموقـر !!  محافظ المصرف المركـزي
الإمـارات العربيـة المتحـدة – أبـوظبي

السـلام عليكـم ورحمـة اللـه وبركاتـه ؛

**الموضـوع : قـرار المصـرف المركـزي رقـم 2001/355/2 المؤرخ 2001/11/07**

بالإشـارة إلى الموضـوع أعـلاه، نـود إفـادة معاليكـم بـأن بنـك دبـي الإسـلامي قـد التـزم بمضمـون القـرار المشـار إليـه أعـلاه على النحـو الـوارد ذكـره أدنـاه :-

1.   تـم البحـث فـي قائمـة الأسمـاء الأبجديـة المتاحـة فـي سـجلات البنـك، وتـم التأكـد مـن عـدم وجـود أي مـن الأسمـاء المذكـورة (أفـراد، مؤسسـات، منظمـات .. الـخ) ضمـن بيانـات متعاملينـا، ويستثنى مـن ذلـك مـا ورد مـن أسمـاء غيـر رباعيـة لـم نتمكـن مـن التأكـد مـن دقتهـا لعـدم استيفـاء الاسـم الرباعـي أو اسـم العائلـة مـا عـدا الأسمـاء التاليـة :

   ▪   البركـة للصرافـة ش.ذ.م.م. حسـاب رقـم 6267440 مغلـق منـذ 1998/02/21.
        حسـاب رقـم 6267483 مغلـق منـذ 1998/02/21.

   ▪   بنـك البركـة الصومالـي حسـاب رقـم 7250339 حسـاب جـاري تـم فتحـه فـي تاريـخ 2000/11/03 ورصيـد الحسـاب صفـر.

   ▪   حسـاب جـاري مراسـل باسـم Barakaat Bank of Somalia Ltd. (B.B.S) بنـك بركـات الصومالـي المحـدود (بـي.بـي.اس) مبنيـة لمـا هـو وارد فـي البنـد الخامـس – الفقـرة أولا مـن قراركـم " 5- بنـك البركـات الصومالـي (بـي.اس.اس) المعـروف أيضـا بنـك بركـات الصومـال" ورصيـد الحسـاب لدينـا هـو 1,147,207.62 درهـم، وقـد تـم تجميـد الحسـاب مؤقتـا بالانتظـار تأكيدكـم.

   ▪   أحمـد علـي جمعـالي، صومالـي الجنسيـة، ص.ب/ 3313 ؛
        حسـاب جـاري رقـم 6061192، رصيـد الحسـاب 81,054.74 درهـم. **تـم تجميـد الحسـاب.**
        بطاقـة فيـزا رقـم 4568-3401-50063960     **تـم تجميـد البطاقـة.**

ص ب ، ١٠٨٠٠ ، دبي، دولة الإمارات العربية المتحدة     P.O.Box 1080, Dubai, United Arab Emirates
هاتف : ٢٩٥٣٠٠٠ (٩٧١ ٤) فاكس : ٢٩٥٤١١١ (٩٧١ ٤)     Tel: (971 4) 2953000 Fax: (971 4) 2954111
تلكس : ٤٨٧٧٢/٤٥٨٨٩ ISLAMI EM, مدينة : DUBAEAD     Tlx: 48772/45889 ISLAMI EM, Swift: DUBAEAD
www.alislami.com

249-1

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003260

3/11 01  TUE 11:08 FAX



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

٢. تـم إدراج الأسماء الـواردة في قـراركم ضمـن القائمة السـوداء بالبنـك للعمـل على ضمـان عـدم فتـح أي حسابـات لهـم أو إجـراء أي معامـلات معهـم مستقبلاً.

٣. تـم اتخـاذ إجـراءات تقنيـة للتحويـلات الصـادرة والـواردة مستقبلاً لأي مـن الأسمـاء الـوارد ذكرهـا في قـراركم لضمـان وقـف مثـل هـذه التحويـلات وتجميدهـا بصـورة مبكـرة وإناطـة متابعـة هـذا الموضـوع من قبـل قسـم مكافحـة عمليـات غسـل الأمـوال والعمليـات المشبوهة الأخـرى.

٤. تـم التعميـم على كافـة فـروع البنـك بعـدم فتـح أيـة حسابـات وعـدم قبـول أو إجـراء أيـة معاملـة مصرفيـة من أي نـوع تخـص المذكوريـن في قـرار المصـرف المركـزي.

وتفضلـوا بقبـول فائـق التقديـر والاحتـرام !!!

محمـد سعيـد الشريـف
المدير التنفيذي لدائـرة الشـؤون المـاليـة والإداريـة



نسخـة إلى :
*  سعـادة رئيـس مجـلس الإدارة .. الموقريـن
*  سعـادة المديـر العـام .. المـوقـر
*  مديـر إدارة العمليـات المركـزية – قسـم مكافحة غسل الأمـوال

— 2 —

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.com

2493-1

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003261