# EXHIBIT 3

# EXHIBIT B



SENT BY:UAE CENTRAL BANK AUH ;27- 9- 1 ;12:39PM ;    CHAIRMAN'S OFFICE    652504→    0429400089;#

*Legal Department:*    [Same language in Arabic]
*Kindly take necessary action.*    **CENTRAL BANK OF THE U.A.E.**

Central Bank
Decision No. : 2/ 308/2001

*Butta*    Date    : 26 / 9 /2001
*9/27/2001*

To    :   All Banks, Moneychangers,
Investment Companies and
other Financial Institutions
Operating in the UAE
(Including Insurance sector
and Financial Markets)

After greetings,

Based on United Arab Emirates Decision in
Conjunction with the International efforts to
fight terrorism , you are required to search
for immediately and freeze any accounts ,
deposits, and investments in the names
of the following:

First:   Terrorist Organizations:-
1.    Al Qaida/Islamic Army
2.    Abu Sayyaf Group
3.    Armed Islamic Group
(GIA)
4.    Harakat ul-Mujahidin
(HUM)
5.    Al-Jihad (Egyptian Islamic
Jihad)

OpenButton]
6.    Islamic Movement of
Uzbekistan (IMU)
7.    Asbat al-Ansar
8.    Salafist Group for Call and
Combat (GSPC)
9.    Libyan Islamic Fighting
Group
10.    Al-Itihaad al-Islamiya
(AIAI)
11.    Islamic Army of Aden

Second:   Terrorist Leaders:-
1.    Usama bin Laden
2.    Muhammad Atif/ Subhi
Abu Sitta/ Abu Hafs al
Masri

[Same language in Arabic]

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003242t

- 2 -

    3.      Sayf al-Adl

    4.      Shaykh Sai'id / Mustafa Muhammad Ahmad

    5.      Abu Hafs the Mauritanian / Mahfouz Ould al-Walid/ Khalid al-Shanqiti

    6.      Ibn al-Shaykh al-Libi

    7.      Abu Zubaydah / Zayn al-Abidin Muhammad Husayn Tariq

    8.      Ayman al-Zawahiri

    9.      Thirwat Salah Shihata/ Muhammad Ali

    10.    Tariq Anwar al-Sayyid Ahmad / Fathi/ Amr al-Fatih

    11.    Muhammad Salah / Nasr Fahmi Nasr Hasanayn

**Third:**  **Terrorist NGO'S:-**

    1.      Makhtab Al-Khidamat/ Al Khifaf

    2.      Wafa Humanitarian Organization

    3.      Al Rashid Trust

**Forth:**  **Terrorist Entity:-**

    1.      Memoun Darkazanli Import-Export Company

[Same language in Arabic]

Your are also required not to transfer any funds to the persons /or entities mentioned above into any territory or country and in case you received funds from the persons /or entities mentioned or for their favour to freeze it immediately.

None compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE.

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003243t

29/10 01  SAT 05:03 FAX 00871 4 2852400     CHAIRMAN'S OFFICE
SENT BY:UAE CENTRAL BANK AUH  ;27- 9- 1 ;12:34PM ;                652504→           0428400383;# ;

- 3 -

Please provide the Banking Supervision &
Examination Department with relevant
statements on the usual form.

In your communications, please use                    [Same language in Arabic]
facsimile No. (02) 6674501.

Yours faithfully,

[Same language in Arabic]

Sultan Bin Nasser Al Suwaidi
Governor

895-2001

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003244t



Dubai Islamic Bank

Date: 10/15/2001                                                      Reference: F&AD 166/01

His Excellency Sultan bin Nasser El Suwaidi
Governor of the Central Bank
United Arab Emirates – Abu Dhabi

May the Peace, Mercy, and Blessings of God be upon you,

Re: Central Bank Decision no. 2/308/2001 of 9/27/2001

With regard to the above subject, we wish to inform you that the Dubai Islamic Bank has complied with the above decision according to the details stated below:

1. A search was performed of the Bank's alphabetic name list which confirmed that none of the names in question (of individuals, companies, organizations, etc.) are listed among our clients. The exceptions were in cases where we could not verify the names that did not include the full pattern of four names or the family name. Therefore, we were unable to verify them or check against the complete name.
2. The names listed in your decision were put on the Bank's blacklist to ensure that no accounts are opened for them and no transactions are performed for them in the future.
3. Technical measures were taken to ensure that future outgoing and incoming transfers to the names listed in your decision are quickly stopped and frozen early on. Follow-up on this issue has been assigned to the Anti-Money Laundering and Suspicious Transactions Division.
4. A circular has been provided to all Bank branches ordering them not to open any accounts and not to accept or perform any bank transaction of any kind pertaining to the individuals listed in the decision of the Central Bank.

Sincerely,

Mohammed Saeed Al Sharif
Executive Director of the Financial and Administrative Affairs Division

| Cc: |
| --- |
| ▪ His Excellency the Chairman of the Board of Directors<br>▪ The Director General |

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954311
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.com

Same language in Arabic

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005606t

*Abdul Razzaq*
*Mr. Mazen*
*Please give Mr. [illegible] a copy of the Central*
*Bank list in order to [] freeze the appropriate*
*accounts*
*Butta 880/15*

Same language in Arabic

## CENTRAL BANK OF THE U.A.E

*Mr. Mohammed Al Sharif*
*For necessary action*

Notice No.: 1982/2001

Date        : 09 /0/2001

To          : All Banks , Moneychangers,
              Investment   Companies
              and     other    Financial
              Institutions  operating  in
              the      UAE    including
              Insurance  sector  and
              Financial Markets.

Subject     : Central Bank Decision No.
              2/308/2001 dated
              27/9/2001

After greetings,

Same language in Arabic

Reference to the above subject, please
note that the list in our past decision
concerns terrorists, their networks and
associates,  not ordinary people
therein. If you find similar names,
please do not freeze their accounts,
rather, contact us first with details and
we will clarify

Please note the attached list to this
document, issued by the Office for
Foreign Assets Control – USA', which
we received with thanks from the
American Legal Company 'Patton
Boggs – Washington D C'

Yours faithfully,

Same language in Arabic

Sultan bin Nasser Al-Suwaidi
Governor

*Abdalraheem Sankees*
*6085485*

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005607t

## مصـــرف الإمارات العربية المتحدة المركــزي
## CENTRAL BANK OF THE U.A.E

| | |
|---|---|
| Notice No : 1482/2001 | إشعار رقم : ١٤٨٢/ ٢٠٠١ |
| Date : 09/10/2001 | التاريخ : ٢٠٠١/١٠/٩ |
| To : All Banks, Moneychangers, Investment Companies and other Financial Institutions operating in the U.A.E (including insurance sector and Financial Markets) | إلى : كـــافة البنــوك والصرافــات وشركات الاستثمار والمنشـــآت المالــية الأخـــرى العاملــة فـــي الدولة (يشمل قطـــاع التــأمين والأسواق المالية) |
| Subject : Central Bank Decision No. 2/308/2001 dated 27/9/2001 | الموضوع: قرار المصرف المركزي رقــم ٢/٣٠٨/ ٢٠٠١ بتـــــــاريخ ٢٠٠١/٩/٢٧ |

After Greetings,

بعد التحية،

Reference to the above subject, please note that the list as per decision concerns terrorists, their networks and associates, not ordinary people; therefore if you find similar names, please do not freeze their accounts, rather contact us first with details and we will clarify.

بالإشارة إلى الموضوع أعلاه، يرجى العلــم أن القائمة المذكورة فـــي القـــرار، تخــص الإرهابيين وشبكاتهم ومســــاعديهم، وليـــس الأشخاص العاديين. وعليه، فإذا وجدتـــم أي أسماء مشابهة، يرجى عدم تجميد حسـابهم، ولكن يرجى الاتصــال بنــا أو لا وتزويدنـــا بالتفاصيل لنقوم بالتوضيح.

Please use the attached detailed document, issued by the "Office for Foreign Assets Control - USA", which we received with thanks from the American Legal Company "Patton Boggs – Washington D.C"

يرجى الاستعانة بالوثيقة التوضيحية المرفقــة الصادرة من "مكتــب مراقبة الموجو دات الأجنبية – الو لايات المتحدة الأمريكية"، التـــي استلمناها مع الشكر من الشـــركة القانونيـــة الأمريكية "باتون بوجز – واشنطن دي سي".

Yours faithfully,

وتفضلوا بقبول فائق الاحـــــترام ،

سلطان بن ناصر السويدي
المحافـــــظ
**Sultan Bin Nasser Al-Suwaidi**
**Governor**

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005608

**PATTON BOGGS LLP**
ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315

### New U.S. Economic Sanctions Target Foreign Banks

Prior to the September 11 attacks on the World Trade Center and the Pentagon, the United States had in place a set of economic sanctions targeting both individual countries and designated terrorist organizations. These sanctions already had a significant impact upon certain non-U.S. banks. Thus, for example, banks that the U.S. Government considers owned or controlled by the governments of Libya or Iraq cannot operate in the United States and any of their funds which enter the U.S. banking system must be blocked. Similar but slightly less stringent prohibitions apply to banks owned or controlled by the government of Iran.

On September 23, President George Bush issued Executive Order 13224 requiring that U.S. banks and U.S. branches of foreign banks "block" any assets of listed terrorists, terrorist organizations, and associated entities. This is but the first step in what may prove to be a significant change in U.S. banking laws and regulations designed to target individuals and organizations which the U.S. Government characterizes as terrorists. On October 1, the Treasury Department's Office of Foreign Assets Control (OFAC) issued a bulletin significantly amplifying the E.O. 13224 list, and the Bush Administration has indicated that it will be expanding the list of terrorists. It has also indicated that it will ask foreign banks to block funds of such terrorists and that, if they refuse, their assets in the United States may also be blocked. Recent reports indicate that more than $100 million of suspected terrorist assets have been frozen in both U.S. and non-U.S. banks since September 11. Additional similar actions will likely follow.

In addition to economic and financial sanctions, we anticipate renewed efforts to combat money laundering and to neutralize bank secrecy laws. One bill presently pending in the U.S. Congress could significantly impact correspondent accounts in the United States maintained by non-U.S. banks. Another would authorize the Treasury Department to require that U.S. banks close accounts or end banking relationships with foreign banks involved in money laundering. It now appears that both bills will be adopted quickly.

Particularly in the area of money laundering, there is no foolproof solution to assure 100 percent compliance. This fact is recognized by the U.S. authorities, who emphasize the importance of establishing procedures and training programs. Having such procedures and programs in place may be the single most important defense should transactions made by or through your institution become the subject of investigation.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005609

**PATTON BOGGS** LLP
ATTORNEYS AT LAW

As part of our broader banking and economic sanctions practice, Patton Boggs has represented European banks with regard to transfers of funds owned by "blocked" entities and assisted banks in the Arabian Gulf whose assets in the United States have been blocked. Our experience on these and other related matters leads us to believe that, especially in times such as these, non-U.S. banks that may become the subject of scrutiny by the U.S. Government should have Washington counsel who are familiar with U.S. policy as it develops and with the officials who are responsible for developing and implementing that policy.

Patton Boggs is uniquely qualified to assist banks in this area. Our banking practice includes former officials from the Department of the Treasury and the federal banking agencies. Our public policy group regularly works with Members of Congress on banking issues. Lawyers in our economic sanctions practice routinely work with the Department of State and OFAC. Moreover, we have experience representing a number of Arab countries in their relationships with the U.S. Government. Obviously, Arab governments and Islamic banks may be directly affected by the changes in U.S. law and regulation that have already been adopted and the additional changes that are inevitable following the terrorist attacks of September 11.

OFAC bulletins containing E.O. 13224 and related information are attached. If you would like to discuss how Patton Boggs might assist you, please contact either Caffey Norman or Daniel Waltz.

Daniel E. Waltz
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
202-457-5651
202-457-6315 (fax)
dwaltz@pattonboggs.com

W. Caffey Norman, III
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
202-457-5270
202-457-6315 (fax)
cnorman@pattonboggs.com

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005610

BULLETIN FROM THE OFFICE OF FOREIGN ASSETS CONTROL (for immediate implementation) - September 24, 2001

The President has issued a new Executive Order targeting terrorists and a number of new names have been added to OFAC's SDN List under the Order. Their assets need to be blocked and immediate notice give to OFAC. Banks should call OFAC's Hotline if they have hits or questions. All of OFAC's informational material will be updated as soon as possible.

EXECUTIVE ORDER

- - - - - - -

BLOCKING PROPERTY AND PROHIBITING TRANSACTIONS WITH PERSONS WHO COMMIT, THREATEN TO COMMIT, OR SUPPORT TERRORISM

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. 287c) (UNPA), and section 301 of title 3, United States Code, and in view of United Nations Security Council Resolution (UNSCR) 1214 of December 8, 1998, UNSCR 1267 of October 15, 1999, UNSCR 1333 of December 19, 2000, and the multilateral sanctions contained therein, and UNSCR 1363 of July 30, 2001, establishing a mechanism to monitor the implementation of UNSCR 1333,

I, GEORGE W. BUSH, President of the United States of America, find that grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the terrorist attacks in New York, Pennsylvania, and the Pentagon committed on September 11, 2001, acts recognized and condemned in UNSCR 1368 of September 12, 2001, and UNSCR 1269 of October 19, 1999, and the continuing and immediate threat of further attacks on United States nationals or the United States constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and in furtherance of my proclamation of September 14, 2001, Declaration of National Emergency by Reason of Certain Terrorist Attacks, hereby declare a national emergency to deal with that threat. I also find that because of the pervasiveness and expansiveness of the financial foundation of foreign terrorists, financial sanctions may be appropriate for those foreign persons that support or otherwise associate with these foreign terrorists. I also find that a need exists for further consultation and cooperation with, and sharing of information by, United States and foreign financial institutions as an additional tool to enable the United States to combat the financing of terrorism.

I hereby order:

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

Section 1.  Except to the extent required by section 203(b) of
IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders,
directives, or licenses that may be issued pursuant to this order,
and notwithstanding any contract entered into or any license or
permit granted prior to the effective date of this order, all
property and interests in property of the following persons that
are in the United States or that hereafter come within the United
States, or that hereafter come within the possession or control of
United States persons are blocked:

(a) foreign persons listed in the Annex to this order;

(b) foreign persons determined by the Secretary of State, in
consultation with the Secretary of the Treasury and the Attorney
General, to have committed, or to pose a significant risk of
committing, acts of terrorism that threaten the security of U.S.
nationals or the national security, foreign policy, or economy of
the United States;

(c) persons determined by the Secretary of the Treasury, in
consultation with the Secretary of State and the Attorney General,
to be owned or controlled by, or to act for or on behalf of those
persons listed in the Annex to this order or those persons
determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of
this order;

(d) except as provided in section 5 of this order and after such
consultation, if any, with foreign authorities as the Secretary of
State, in consultation with the Secretary of the Treasury and the
Attorney General, deems appropriate in the exercise of his
discretion, persons determined by the Secretary of the Treasury,
in consultation with the Secretary of State and the Attorney
General;

    (i)    to assist in, sponsor, or provide financial, material,
or technological support for, or financial or other
services to or in support of, such acts of terrorism
or those persons listed in the Annex to this order or
determined to be subject to this order; or

    (ii)    to be otherwise associated with those persons listed
in the Annex to this order or those persons determined
to be subject to subsection 1(b), 1(c), or 1(d)(i) of
this order.

Sec. 2.  Except to the extent required by section 203(b) of IEEPA
(50 U.S.C. 1702(b)), or provided in regulations, orders,
directives, or licenses that may be issued pursuant to this order,
and notwithstanding any contract entered into or any license or
permit granted prior to the effective date:

(a) any transaction or dealing by United States persons or within
the United States in property or interests in property blocked
pursuant to this order is prohibited, including but not limited to

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

the making or receiving of any contribution of funds, goods, or services to or for the benefit of those persons listed in the Annex to this order or determined to be subject to this order;

(b) any transaction by any United States person or within the United States that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in this order is prohibited; and

(c) any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 3.   For purposes of this order:
(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, corporation, or other organization, group, or subgroup;

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States; and

(d) the term "terrorism" means an activity that --
(i) involves a violent act or an act dangerous to human life, property, or infrastructure; and

(ii) appears to be intended --
(A) to intimidate or coerce a civilian population;
(B) to influence the policy of a government by intimidation or coercion; or
(C) to affect the conduct of a government by mass destruction, assassination, kidnapping, or hostage-taking.

Sec. 4.   I hereby determine that the making of donations of the type specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by United States persons to persons determined to be subject to this order would seriously impair my ability to deal with the national emergency declared in this order, and would endanger Armed Forces of the United States that are in a situation where imminent involvement in hostilities is clearly indicated by the circumstances, and hereby prohibit such donations as provided by section 1 of this order.   Furthermore, I hereby determine that the Trade Sanctions Reform and Export Enhancement Act of 2000 (title IX, Public Law 106-387) shall not affect the imposition or the continuation of the imposition of any unilateral agricultural sanction or unilateral medical sanction on any person determined to be subject to this order because imminent involvement of the Armed Forces of the United States in hostilities is clearly indicated by the circumstances.

Sec. 5.   With respect to those persons designated pursuant to subsection 1(d) of this order, the Secretary of the Treasury, in

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

the  exercise of his discretion and in consultation with the
Secretary of State and the Attorney General, may take such other
actions than  the complete blocking of property or interests in
property as the President is authorized to take under IEEPA and
UNPA if the  Secretary of the Treasury, in consultation with the
Secretary of State and the Attorney General, deems such other
actions to be consistent with the national interests of the United
States, considering such factors as he deems appropriate.

Sec. 6.  The Secretary of State, the Secretary of the Treasury,
and  other appropriate agencies shall make all relevant efforts to
cooperate and coordinate with other countries, including through
technical assistance, as well as bilateral and multilateral
agreements and arrangements, to achieve the objectives of this
order, including the prevention and suppression of acts of
terrorism, the denial of financing and financial services to
terrorists and terrorist organizations, and the sharing of
intelligence about funding activities in support of terrorism.

Sec. 7.  The Secretary of the Treasury, in consultation with the
Secretary of State and the Attorney General, is hereby authorized
to take such actions, including the promulgation of rules and
regulations, and to employ all powers granted to the President by
IEEPA and UNPA as may be necessary to carry out the purposes of
this order.  The Secretary of the Treasury may redelegate any of
these functions to other officers and agencies of the United
States Government.  All agencies of the United States Government
are hereby  directed to take all appropriate measures within their
authority to  carry out the provisions of this order.

Sec. 8.  Nothing in this order is intended to affect the continued
effectiveness of any rules, regulations, orders, licenses, or
other forms of administrative action issued, taken, or continued
in effect heretofore or hereafter under 31 C.F.R. chapter V,
except as expressly terminated, modified, or suspended by or
pursuant to this order.

Sec. 9.  Nothing contained in this order is intended to create,
nor does it create, any right, benefit, or privilege, substantive
or procedural, enforceable at law by a party against the United
States, its agencies, officers, employees or any other person.

Sec. 10. For those persons listed in the Annex to this order or
determined to be subject to this order who might have a
constitutional presence in the United States, I find that because
of the ability to transfer funds or assets instantaneously, prior
notice to such persons of measures to be taken pursuant to this
order would render these measures ineffectual.  I therefore
determine that for these measures to be effective in addressing
the national emergency declared in this order, there need be no
prior notice of a listing or determination made pursuant to this
order.

Sec. 11.  (a) This order is effective at 12:01 a.m. eastern

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

daylight time on September 24, 2001.
(b) This order shall be transmitted to the Congress and
published in the *Federal Register*.

THE WHITE HOUSE,
September 23, 2001.

ANNEX

Al Qaida/Islamic Army
Abu Sayyaf Group
Armed Islamic Group (GIA)
Harakat ul-Mujahidin (HUM)
Al-Jihad (Egyptian Islamic Jihad)
Islamic Movement of Uzbekistan (IMU)
Asbat al-Ansar
Salafist Group for Call and Combat (GSPC)
Libyan Islamic Fighting Group
Al-Itihaad al-Islamiya (AIAI)
Islamic Army of Aden
Usama bin Laden
Muhammad Atif (aka, Subhi Abu Sitta, Abu Hafs Al Masri)
Sayf al-Adl
Shaykh Sai'id (aka, Mustafa Muhammad Ahmad)
Abu Hafs the Mauritanian (aka, Mahfouz Ould al-Walid, Khalid Al-Shanqiti)
Ibn Al-Shaykh al-Libi
Abu Zubaydah (aka, Zayn al-Abidin Muhammad Husayn, Tariq)
Abd al-Hadi al-Iraqi (aka, Abu Abdallah)
Ayman al-Zawahiri
Thirwat Salah Shihata
Tariq Anwar al-Sayyid Ahmad (aka, Fathi, Amr al-Fatih)
Muhammad Salah (aka, Nasr Fahmi Nasr Hasanayn)
Makhtab Al-Khidamat/Al Kifah
Wafa Humanitarian Organization
Al Rashid Trust
Mamoun Darkazanli Import-Export Company

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

bulletin.txt

A Bulletin from the Office of Foreign Assets Control - October 1, 2001

OFAC has received authorization to disseminate descriptor information on the names included in the annex to Executive Order 13224 which was issued by the President with effective date of 12:01am Monday, September 24.

The authorized descriptor information is critical in determining the disposition of interdicted items and accounts.   All of OFAC's SDN information has been updated accordingly, including  OFAC's delimited and fixed field files for integration into interdiction databases.

The descriptor information in the new entries from September 24 follows:

"THE BASE" (a.k.a. ISLAMIC ARMY; a.k.a. AL QA'IDA; a.k.a. AL QAEDA ;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES, a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ABDALLAH, Tarwat Salah (a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60; POB Egypt (individual) [SDGT]

ABDULLAH, Sheik Taysir (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABU HAFS ;
a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt (individual) [SDT] [SDGT]

ABU ABDALLAH (a.k.a. AL-IRAQI, Abd al-Hadi; a.k.a. AL-IRAQI, Abdal al-Hadi) (individual) [SDGT]

ABU HAFS (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik Taysir ;

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005616

bulletin.txt

a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ABU HAFS THE MAURITANIAN (a.k.a. AL-SHANQITI, Khalid; a.k.a.
AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould; a.k.a.
SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

ABU SAYYAF GROUP (a.k.a. AL HARAKAT AL ISLAMIYYA) [FTO] [SDGT]

ABU SITTA, Subhi (a.k.a. AL MASRI, Abu Hafs; a.k.a. ABDULLAH, Shei
k
Taysir; a.k.a. ABU HAFS; a.k.a. ATEF, Muhammad; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ABU ZUBAYDAH (a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a.
TARIQ); DOB 1971; POB Saudi Arabia (individual) [SDGT]

AHMAD, Mustafa Muhammad (a.k.a. SAI'ID, Shaykh); POB Egypt
(individual) [SDGT]

AHMAD, Tariq Anwar al-Sayyid (a.k.a. FARAG, Hamdi Ahmad; a.k.a.
FATHI, Amr Al-Fatih); DOB 15 Mar 63; POB Alexandria, Egypt
(individual) [SDGT]

AIAI (a.k.a. AL-ITIHAAD AL-ISLAMIYA) [SDGT]

AL HARAKAT AL ISLAMIYYA (a.k.a. ABU SAYYAF GROUP) [FTO] [SDGT]

AL QA'IDA (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QAEDA
;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

AL QAEDA (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005617

bulletin.txt

;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]


AL QAIDA (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA
;
a.k.a. AL QAEDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]


AL RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST;
a.k.a. AL-RASHID TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,
Mingora, Swat, Pakistan <Operations in Afghanistan: Herat,
Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in:
Kosovo, Chechnya> [SDGT]


AL RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST;
a.k.a. AL-RASHID TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005618

bulletin.txt

Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya> [SDGT]

AL WAFA (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA), Jordan; House no. 125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices in Saudi Arabia, Kuwait and UAE> [SDGT]

AL WAFA ORGANIZATION (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a AL WAFA; a.k.a. WAFA AL-IGATHA AL-ISLAMIA), Jordan; House no. 125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices in Saudi Arabia, Kuwait and UAE> [SDGT]

AL ZAWAHIRI, Dr. Ayman (a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt): Alt. No. 19820215 (individual) [SDT] [SDGT]

AL-ADL, Sayf (individual) [SDGT]

AL-FARAN (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

AL-HADID (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

AL-HADITH (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

AL-IRAQI, Abd al-Hadi (a.k.a. ABU ABDALLAH; a.k.a. AL-IRAQI, Abdal al-Hadi) (individual) [SDGT]

AL-IRAQI, Abdal al-Hadi (a.k.a. AL-IRAQI, Abd al-Hadi; a.k.a. ABU ABDALLAH) (individual) [SDGT]

AL-ITIHAAD AL-ISLAMIYA (a.k.a. AIAI) [SDGT]

Page 4

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005619

bulletin.txt

AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH (a.k.a. ARMED ISLAMIC GROUP
(AIG); a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO] [SDGT]

AL-JIHAD (a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD;
a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

AL-LIBI, Ibn Al-Shaykh (individual) [SDGT]

AL-MASRI, Abu Hafs (a.k.a. ABDULLAH, Sheik Taysir; a.k.a. ABU HAFS
;
a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

AL-RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST;
a.k.a. AL-RASHID TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,
Mingora, Swat, Pakistan <Operations in Afghanistan: Herat,
Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in:
Kosovo, Chechnya> [SDGT]

AL-RASHID TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST;
a.k.a. AL-RASHEED TRUST), Kitas Ghar, Nazimabad 4, Dahgel-Iftah,
Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore
,
Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad
Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers,
Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan; Office
Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat
Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin,
Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae,
Mingora, Swat, Pakistan <Operations in Afghanistan: Herat,
Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in:
Kosovo, Chechnya> [SDGT]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005620

bulletin.txt


AL-SHANQITI, Khalid (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould; a.k.a.
SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

AL-WALID, Mafouz Walad (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mahfouz Ould; a.k.a. SLAHI,
Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

AL-WALID, Mahfouz Ould (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. SLAHI,
Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT]

AL-ZAWAHIRI, Ayman (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. SALIM,
Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 1
9
Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt); Alt. No.
19820215 (individual) [SDT] [SDGT]

ARMED ISLAMIC GROUP (AIG) (a.k.a. AL-JAMA'AH AL-ISLAMIYAH
AL-MUSALLAH; a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO]
[SDGT]

ASBAT AL-ANSAR [SDGT]

ATEF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik
Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATIF,
Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ATIF, Mohamed (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik
Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF,
Muhammad; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

ATIF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik
Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF,
Muhammad; a.k.a. ATIF, Mohamed; a.k.a. EL KHABIR, Abu Hafs el
Masry; a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt
(individual) [SDT] [SDGT]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005621

bulletin.txt


BIN LADEN, Osama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADEN, Usama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Osama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad, a.k.a. BIN LADIN, Usama), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADIN, Osama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADIN, Osama bin Muhammad bin Awad (a.k.a. BIN LADIN, Usama bi
n
Muhammad bin Awad; a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN,
Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Usama),
Afghanistan; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi
Arabia; Alt. POB Yemen (individual) [SDT] [SDGT]

BIN LADIN, Usama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad;
a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN
,
Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad), Afghanistan
;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

BIN LADIN, Usama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama;
a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN
,
Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005622

bulletin.txt

;
DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB
Yemen (individual) [SDT] [SDGT]

DARKAZANLI COMPANY (a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY
;
a.k.a. DARKAZANLI EXPORT-INPORT SONDERPOSTEN), Uhlenhorsterweg 34
11, Hamburg, Germany [SDGT]

DARKAZANLI EXPORT-INPORT SONDERPOSTEN (a.k.a. MAMOUN DARKAZANLI
IMPORT-EXPORT COMPANY; a.k.a. DARKAZANLI COMPANY), Uhlenhorsterweg
34 11, Hamburg, Germany [SDGT]

EGYPTIAN AL-JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD;
a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD;
a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

EL KHABIR, Abu Hafs el Masry (a.k.a. AL-MASRI, Abu Hafs; a.k.a.
ABDULLAH, Sheik Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi;
a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad
;
a.k.a. TAYSIR); DOB 1956; Alt. DOB 1951; POB Egypt (individual)
[SDT] [SDGT]

FARAG, Hamdi Ahmad (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a.
FATHI, Amr Al-Fatih); DOB 15 Mar 63; POB Alexandria, Egypt
(individual) [SDGT]

FATHI, Amr Al-Fatih (a.k.a AHMAD, Tariq Anwar al-Sayyid; a.k.a.
FARAG, Hamdi Ahmad); DOB 15 Mar 63; POB Alexandria, Egypt
(individual) [SDGT]

GIA (a.k.a. ARMED ISLAMIC GROUP (AIG); a.k.a. AL-JAMA'AH
AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO]
[SDGT]

GROUPEMENT ISLAMIQUE ARME (a.k.a. ARMED ISLAMIC GROUP (AIG); a.k.a
AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GIA) [FTO] [SDGT]

GSPC (a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. LE GROUPE

Page 8

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

bulletin.txt


SALAFISTE POUR LA PREDICATION ET LE COMBAT) [SDGT]

HARAKAT UL-ANSAR (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN;
a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDIN;
a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a.
AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN;
a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

HARAKAT UL-MUJAHIDIN (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a.
AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT
UL-ANSAR; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT]

HASANAYN, Jasr Fahmi rusr (a.k.a. SALAH, Muhammad) (individual)
[SDGT]

HUA (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a.
AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKA
T
UL-MUJAHIDIN; a.k.a. HUM) [FTO] [SDGT]

HUM (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a.
AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKA
T
UL-MUJAHIDIN; a.k.a. HUA) [FTO] [SDGT]

HUSAYN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBAYDAH; a.k.a.
TARIQ); DOB 1971; POB Saudi Arabia (individual) [SDGT]

IMU (a.k.a. ISLAMIC MOVEMENT OF UZBEKISTAN) [FTO] [SDGT]

INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES (a.k.a. ISLAMIC
ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a.
AL QAIDA; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ISLAMIC ARMY (a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA
;

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005624

bulletin.txt

a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES (a.k.a. ISLAMIC ARMY
;
a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL
QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

ISLAMIC ARMY OF ADEN [SDGT]

ISLAMIC MOVEMENT OF UZBEKISTAN (a.k.a. IMU) [FTO] [SDGT]

ISLAMIC SALVATION FOUNDATION (a.k.a. ISLAMIC ARMY; a.k.a. "THE
BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a.
INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC
ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

JIHAD GROUP (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a.
EGYPTIAN ISLAMIC JIHAD; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT]

LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT (a.k.a.
SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. GSPC) [SDGT]

LIBYAN ISLAMIC FIGHTING GROUP [SDGT]

MAKHTAB AL-KHIDAMAT/AL KIFAH [SDGT]

MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY (a.k.a. DARKAZANLI COMPANY
;

Page 10

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005625

bulletin.txt

a.k.a. DARKAZANLI EXPORT-INPORT SONDERPOSTEN), Uhlenhorsterweg 34
11, Hamburg, Germany [SDGT]

NEW JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a.
EGYPTIAN ISLAMIC JIHAD; a.k.a. JIHAD GROUP) [SDT] [FTO] [SDGT]

SAI'ID, Shaykh (a.k.a. AHMAD, Mustafa Muhammad); POB Egypt
(individual) [SDGT]

SALAFIST GROUP FOR CALL AND COMBAT (a.k.a. GSPC; a.k.a. LE GROUPE
SALAFISTE POUR LA PREDICATION ET LE COMBAT) [SDGT]

SALAH, Muhammad (a.k.a. HASANAYN, Nasr Fahmi Nasr) (individual)
[SDGT]

SALIM, Ahmad Fuad (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a.
AL-ZAWAHIRI, Ayman), Operational and Military Leader of JIHAD
GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010
(Egypt), Alt. No. 19820215 (individual) [SDT] [SDGT]

SHIHATA, Thirwat Salah (a.k.a. ABDALLAH, Tarwat Salah; a.k.a.
THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60;
POB Egypt (individual) [SDGT]

SLAHI, Mahamedou Ould (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a.
AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a.
AL-WALID, Mahfouz Ould). DOB 1 Jan 75 (individual) [SDGT]

TARIQ (a.k.a. ABU ZUBAYDAH; a.k.a. HUSAYN, Zayn al-Abidin
Muhammad); DOB 1971; POB Saudi Arabia (individual) [SDGT]

TAYSIR (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheik Taysir;
a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad;
a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu
Hafs el Masry); DOB 1956; Alt. DOB 1951; POB Egypt (individual)
[SDT] [SDGT]

THE GROUP FOR THE PRESERVATION OF THE HOLY SITES (a.k.a. ISLAMIC
ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a.
AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE ISLAMIC ARMY FOR
THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005626

bulletin.txt

FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN
NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES (a.k.a.
ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA
;
a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND
CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;
a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE
PRESERVATION OF THE HOLY SITES; a.k.a. THE WORLD ISLAMIC FRONT FOR
JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS
(a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a.
AL QAEDA; a.k.a. AL QAIDA; a.k.a. INTERNATIONAL FRONT FOR FIGHTING
JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY
SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR
THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR TH
E
LIBERATION OF THE HOLY PLACES; a.k.a. USAMA BIN LADEN NETWORK;
a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

THIRWAT, Salah Shihata (a.k.a. SHIHATA, Thirwat Salah; a.k.a.
ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60;
POB Egypt (individual) [SDGT]

THIRWAT, Shahata (a.k.a. SHIHATA, Thirwat Salah; a.k.a. ABDALLAH,
Tarwat Salah; a.k.a. THIRWAT, Salah Shihata); DOB 29 JuN 60; POB
Egypt (individual) [SDGT]

USAMA BIN LADEN NETWORK (a.k.a. ISLAMIC ARMY; a.k.a. "THE BASE";
a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a.
INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC
ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION
FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY
SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY
PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND
CRUSADERS; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT] [FTO] [SDGT]

USAMA BIN LADEN ORGANIZATION (a.k.a. ISLAMIC ARMY; a.k.a. "THE
BASE"; a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a.
INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005627

bulletin.txt

ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION
FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY
SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY
PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND
CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK) [SDT] [FTO] [SDGT]

WAFA AL-IGATHA AL-ISLAMIA (a.k.a. WAFA HUMANITARIAN ORGANIZATION;
a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION), Jordan; House no.
125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices i
n
Saudi Arabia, Kuwait and UAE> [SDGT]

WAFA HUMANITARIAN ORGANIZATION (a.k.a. AL WAFA; a.k.a. AL WAFA
ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA), Jordan; House no.
125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan <Offices i
n
Saudi Arabia, Kuwait and UAE> [SDGT]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005628



Same language in Arabic

Date: 10/30/2001                                                    Reference: F&AD 186/01

*His Excellency Sultan bin Nasser El Suwaidi*
*Governor of the Central Bank*
*United Arab Emirates — Abu Dhabi*

*May the Peace, Mercy, and Blessings of God be upon you,*

**Re: Central Bank Notification no. 1982/2001**
**of 10/09/2001 (Second Group)**

    With regard to the above subject, we wish to inform you that the Dubai Islamic Bank has searched the alphabetic name list contained in the Bank's records and has found that none of the names (second group) listed in the explanatory document from the United States Office of Foreign Assets Control are contained in our customers' information. The exceptions were in cases where we could not verify the names that did not include the full pattern of four names or the family name.   Therefore, we were unable to verify them or check against the complete name.

*Sincerely,*

Mohammed Saeed Al Sharif
Executive Director of the Financial and Administrative Affairs Division

| Cc: |
|---|
| ▪ His Excellency the Chairman of the Board of Directors <br> ▪ The Director General |

P.O.Box 1080, Dubai, United Arab Emirates                Same language in Arabic
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48272/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.com

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005629t

NOV-17-01 12:58 ⋅ FROM-CENTRAL BANK OF THE UAE       +0097126660619       T-570   P.01/05   F-195

(Same language in Arabic)

## CENTRAL BANK OF THE U.A.E.



(Same language in Arabic)

Central Bank
Decision No. : 2 / 350 / 01
Date            : 7 / 11 / 2001

To : All Banks, Moneychangers, Investment
      Companies and other Financial
      Institutions Operating in the UAE
      (Including Insurance sector and
      Financial Markets)

After greetings,

Based on United Arab Emirates decision in
conjunction with the International efforts to
fight terrorism , you are required to
immediately search for and freeze any
accounts , deposits, and investments in the
names of the following (names between
brackets are excluded) :

First     : Terrorist Organizations or
            Terrorist Non Government
            organizations or entities : -

1.   Al- Hamati Sweets Bakeries, Al-
      Mukahllah, Hadramawt Governorate,
      Yemen.                                              (Same language in Arabic)

2.   Al-Nur Honey   (Same language in Arabic)
      Sanaa, Yemen.
      (a.k.a. Al-Nur Honey Center).

3.   Al-Shifa Honey Press for Industry and
      Commerce, P.O.Box 8089, Al-
      Hasabah, Sanaa, Taiz & Aden –
      Yemen – a branch in Doha – Qatar .

4.   Jaish-I-Mohamed - Pakistan
      (a.k.a. Army of Mohammed, - Jaish –
      E – Mohammed – Jaish Mohammed
      JIM-JE   (Same language in Arabic)

5.   Jam'yah Ta'awun Al-Islamia-
      Qandahar City, Afghanistan.
      (a.k.a. Society of Islamic Cooperation-
      Jam'iyat Al Ta'aawun Al Islamiyya or
      JIT).

1

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003245t

10/11 '01  SAT 10:55 FAX 00971 4 2040089
NOV-07-01 17:49    FROM-CENTRAL BANK OF THE UAE              +3887126850813        T-970   P.02/05   F-195

6.  Rabita   Trust,   Education   Town,
    Lahore; Pakistan, Wares  Colony,
    Lahore, Pakistan.

**Second  :  Terrorists  or  persons  with
connection to terrorists**

7.  Haji Abdul Manan AGHA, Pakistan
    (a.k.a. SAIYID, Abd Al Man'am)        *5 names exist*

8.  Muhammad Al-Hamati, Yemen
    (a.k.a.    AL   AHDAL,   Mohammad
    Hamdi  Sadiq- AL- MAKKI,  Abu
    Asim)

9.  Amin AL-HAQ - DOB: 1960, POB
    Nangahar Province, Afghanistan     *Tens [of this name]*

    (a.k.a.  AMIN, Muhammad- AHHAQ,
    Dr. Amin, UL-HAQ, Dr. Amin)

10. Saqar AL-JADAWI
    DOB:1965                         *(Same language in Arabic)*

11. Ahmed  Said  AL KADR- DOB: 01
    March 1948, POB: Cairo, Egypt.
    (a.k.a. Al KANADI,  Abu Abd Al-
    Rahman)

12. Yasin AL-QADI- POB: Jeddah, Saudi
    Arabia
    (a.k.a    KADI,    Shaykh    Yassin
    Abdullah)
*(Sa'd Al-Sharif Qasim 4102312 – Sudanese, place of, year of birth not recorded in computer)*

13. Sa'd AL-SHARIF
    DOB: 1969 , POB : Saudi Arabia

14. Bilal Bin Marwan
    DOB:1947.

15. Ayadi  Chafiq Bin Muhammad- DOB:
    21 January 1963, POB Safnis (Sfax),
    Tunisia.
    (a.k.a Ayadi Shafiq Ben Muhammad –
    AIADY  SHAFIK  Ben Muhammad-
    Ayadi Ben Muhammad)

2



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



10/11 01  SAT 10:55 FAX 00971 4 2040069
CENTRAL BANK OF THE U??                              ☑001

33/08  P-135

16.   Mamoun      Darkazanli-DO
      1958 POB: Aleppo, Syria.
      Passport No: 1310636262 (Ge

17.   Riad Hijazi
      DOB: 1968, POB: California, 1
      (a.k.a  Hijazi Raed M.- Al Haw
      Ahmed – Al  Maghribi  Ra
      Amriki Abu Ahmad- Al Shai
      Ahmed)

18.   Mufti Rashid Ahmed Ladehyanc
      Karatchi – Pakistan
      (a.k.a Ludhianvi Mufti Rashid A
      – Wadehyaney Rasheed Ahr
      Mufti Rashid Ahmed).

19.   Omar Mahmoud Uthman
      DOB: 30  December  1960  or
      December 1960 – London - Engla       (Same language in Arabic)
      (a.k.a. Al-Filistini , Abu Qatar
      Takfiri, Abu Umar – Abu Umar,
      Omar – Uthman, Al-Samman – U
      Abu Umar – Uthman, Umar – ?
      Ismail).

20.   Tahir (or Takhir) Yuldashev
      Uzbekistan

21.   Mohammad   Zia   –   Peshawar
      Pakistan
      (a.k.a ZIA, Ahmad).

22.   Abdullah Ahmed Abdul
      DOB: 1960 - Egypt.                    *Tens [of this name] exist*

23.   Muhsin Musa Marwalli Atwah
      DOB: 19 June 1964 - Egypt.

24.   Anas   Al   Liby   –   Libian   (in
      Afghanistan)
      DOB: 30  March  1964 or 14 May
      1964.

3

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003247t

NOV-01-01 12:05   FROM-CENTRAL BANK OF THE UAE        +0097128550818      T-870  P.04/06  F-135

25.  Ahmad Khalfan Ghailani
     DOB: 1 August 1970, Zenzbar,
     Tanzania.

26.  Fazul Abdullah Mohamed
     DOB: 25 January 1974 - Kenya.

27.  Mustafa Mohamed Fadhil
     DOB: 23 June 1976 Cairo – Egypt (or
     may Kenya).

28.  Fahid Mohamed Ally Msalam.
     (a.k.a.  Usama  Al  Keeni),  DOB: 19
     February 1976, Mumbassa - Kenya.

29.  Sheikh Ahmed Salim Swedan
     DOB: 9 April 1969 or 9 April 1960,
     Mumbassa - Kenya.

30.  Abdul Rahman Yasin.                          (Same language in Arabic)
     DOB: 10 April 1960, Indiana, USA.

31.  Ahmad Ibrahim Al Mughassil
     POB: Saudi Arabia.
     (a.k.a Abu Omran).

32.  AbdulKarim Hussein Mohamed
     Al Nasser,
     POB: Saudi Arabia.

33.  Ibrahim Saleh Mohamed Al Yacoub,
     DOB: 16 October 1966, Saudi Arabia.

34.  Ali Atwa
     DOB: 1963, Lebanon.
     (a.k.a Abu Salim),

35.  Ali Saed Ali Elhoorie.

4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003248t

FROM CENTRAL BANK OF THE UAE                    **Redacted**          T-970   P.05/08   F-135

36.  Hassan Izz Al-Dine.

37.  Ahmad Mohammed Hamed Ali.

38.  Khalid Shaikh Mohamed
     DOB : 1 March 1964 – Kuwait

39.  Imad Fayez Magniyah
     DOB : 7 December 1962 - Lebanon.

All names in between brackets are either
additional or incomplete, therefore please
verify these names and check with us, in
order to inform you of necessary action.

Your are also required not to transfer any
funds to the persons /or entities mentioned
above into any territory or country and in
case you received funds from the persons /or          (Same language in Arabic)
entities mentioned or for their favour to
freeze it immediately.
Non compliance will lead to freezing of
your assets in the USA and its financial
institutions and other countries and would
subject you to severe penalties in the UAE

Since these names were announced some
time ago, you are requested to respond
within (7) days .

Please provide the Banking Supervision &
Examination Department with relevant
details on the attached form .
In your communications, please use
facsimile No. (02) 6674501.

Yours faithfully,

(Same language in Arabic)

Sultan Bin Nasser Al Suwaidi
Governor

ABM\Stta\gm/ak/mn
1046-2001 sa3
                                                      (Same language in Arabic)

5

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003249t



(Same language in Arabic)

DUBAI ISLAMIC BANK

**Date: 11/12/2001**                                         Our reference: (F & AD 301/01)

*His Excellency /  Sultan Bin Nasser El Suwaidi*
*Central Bank Governor*
*United Arab Emirates – Abu Dhabi*

*May Peace, mercy and blessings of God be upon you*

**Subject: Central Bank Decision No. 2/350/2001 dated 11/07/2001**

With reference to the above mentioned subject, I would like to inform you that Dubai Islamic Bank is compliant with the contents of the above mentioned decision as follows:

1.  We have made a search in the alphabetical names list available in the Bank's records and confirmed that none of the mentioned names (individuals, institutions, organizations... etc.) are included among the data of our customers. An exception to that are some names that are not written in the full pattern of four names, we were unable to verify their accuracy as they are missing the fourth name or the family name.
2.  The names included in your decision have been added to the Bank's black list in order to ensure that no accounts will be opened for them nor any transactions will be made with them in the future.
3.  Technical procedures have been taken for the future incoming and outgoing transfers to any of the names included in your decision in order to stop such transfers, freeze them at an early stage and assign the follow up of this issue to the Anti-Money Laundering and Suspicious Transactions Unit.
4.  A circular has been sent to all the Bank's branches in order not to open any accounts or accept or undertake any banking transaction of any type related to the persons mentioned in the Central Bank Decision.

*Please accept our best regards,*

Mohammed Saeed Al Sharif
Executive Director, Financial and Administrative Affairs Department

Copy to:
- H.E. the Chairman
- The General Manager
- The Manager of the Central Accounts Department – Anti Money Laundering Unit

P.O.Box 3888, Dubai, United Arab Emirates
Tel (971, 4) 2953000 Fax: (971, 4) 2954333
Tlx: 48773/48888 ISLAMI EM, Swift: DUBAIAED
www.alislami.com

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003250t

05-18-04   10:35   FROM-NNLSCU                         +971 2 6674501          T-902   P.002/008   F-242

(Same language in Arabic)

## CENTRAL BANK OF THE U.A.E.

Central Bank
Decision No. : 2 /355 / 01

Date        : 7/ 11 /2001

To : All Banks, Moneychangers , Investment
     Companies and other Financial Institutions
     Operating in the UAE (Including
     Insurance sector and Financial Markets)

After greetings,

Based on United Arab Emirates decision in
conjunction with the International efforts to
fight terrorism  ,  you are required to
immediately search for and freeze any
accounts , deposits, and investments in the
names    of the following (names between
brackets are excluded) :

First : Terrorist Organizations or Terrorist                    (Same language in Arabic)
        Non Government organizations or
        entities : -

1.   Aaran Money Wire Service Inc., ,
     Minneapolis, Minnesota – U.S.A.

2.   Al Baraka Exchange L.L.C.,
     Deira Dubai, U.A.E.

3.   Al Barakaat,
     Mogadishu, Somalia; Dubai, U.A.E.

4.   Al-Barakaat Bank,
     Mogadishu, Somalia.

5.   Al-Barakat Bank of Somalia (BSS)
     Mogadishu, Somalia; Bossaso, Somalia
     (a.k.a Baraka Bank of Somalia),.

6.   Al-Barakat Finance Group
     Dubai, U.A.E.; Mogadishu, Somalia

18/05 2004 MON 11:26  [TX/RX NO 5940] @002

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003251t

08-18-04   10:35   FROM-AMLSCU                    +971 2 6974501      T-808  P.039/068  F-242

(2)

7.   Al-Barakat   Financial   Holding   Co.
     Dubai, UAE; Mogadishu, Somalia

8.   Al-Barakat Global Telecommunications
     Dubai , U.A.E. ; Mogadishu , Somalia;
     Hargeysa, Somalia.
     (a.k.a Barakat Globtel Company),

9.   Al-Barakat   Group   of   Companies
     Somalia Limited
     Dubai , U.A.E; Mogadishu, Somalia.
     (a.k.a Al-Barakat Financial Company),

     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     Minneapolis, Minnesota - USA              (Same language in Arabic)

13.  Al  Taqwa Trade, Property and Industry
     Company Limited - Liechtenstein.
     (a.k.a  Al Taqwa Trade, Property and
     Industry – Al Taqwa Trade, Property
     and Industry Establishment – Himmat
     Establishment)

14.  Asat Trust Reg.
     Liechtenstein.

15.  Bank Al Taqwa Limited
     Nassau - Bahamas
     (a.k.a  Al  Taqwa  Bank  –  Bank  Al
     Taqwa).

16.  Barakaat Construction Co.
     Dubai – UAE

16/08 2004 MON 11:28  [TX/RX NO 5940]  ☑003

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003252t

09-18-04   10:35   FROM-AMSCU                    +971 2 6674591        T-308  P.008/008  F-242

(2)

7.   Al-Barakat Financial Holding Co.
     Dubai, UAE; Mogadishu, Somalia

8.   Al-Barakat Global Telecommunications
     Dubai , U.A.E. ; Mogadishu , Somalia;
     Hargeysa, Somalia.
     (a.k.a Barakat Globetel Company),

9.   Al-Barakat Group of Companies ,
     Somalia Limited
     Dubai , U.A.E; Mogadishu, Somalia.
     (a.k.a Al-Barakat Financial Company),

10.  Al-Barakat International
     , Dubai – U.A.E.
     (a.k.a Baraco Co.)

11.  Al-Barakat Investments,                        (Same language in Arabic)
     Deira, Dubai , U.A.E.

12.  Al-Barakaat Wiring Service,
     Minneapolis, Minnesota - USA

13.  Al Taqwa Trade, Property and Industry
     Company Limited - Liechtenstein.
     (a.k.a  Al Taqwa Trade, Property and
     Industry – Al Taqwa Trade, Property
     and Industry Establishment – Himmat
     Establishment)

14.  Asat Trust Reg.
     Liechtenstein.

15.  Bank Al Taqwa Limited
     Nassau - Bahamas
     (a.k.a Al Taqwa Bank – Bank Al
     Taqwa).

16.  Barakaat Construction Co.
     Dubai – UAE

16/08 2004 MON 11:25  [TX/RX NO 5940]  ☑001

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003253t

08-16-04'   10:35   FROM-AHLSCU                    +971 2 6674601       7-399   P.004/009   F-242

(3)

17.   Barakaat Group of Companies ,
      Dubai , U.A.E., Mogadishu, Somalia.

18.   Barakaat International,
      Sweden

19.   Barakaat   International   Foundation,
      Spenga, Stockholm, Sweden;

20.   Barakaat North America
      Ottawa, Ontario, Canada.

21.   Barakaat Red Sea Telecommunications,
      Somalia.

22.   Barakat   Telecommunications   Co.
      Somalia, Ltd.
      Dubai – U.A.E.

23.   Barakat   Banks   and   Remittances,          (Same language in Arabic)
      Mogadishu, Somalia; Dubai, U.A.E.

24.   Barakaat Boston,
      Dorchester, Massachussets – U.S.A

25.   Barakat Computer Consulting (BCC)
      Mogadishu, Somalia.

26.   Barakat   Consulting   Group   (BCG)
      Mogadishu, Somalia;

27.   Barakat Global Telephone Company,
      Magadishu , Somalia, Dubai – U.A.E.

28.   Barakat Enterprise,
      Columbus, OHIO - USA.

29.   Barakat   International   Companies
      (BICO)
      Mogadishu, Somalia; Dubai, U.A.E.

16/08 2004 MON 11:26   [TX/RX NO 5849]   @004

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003254t

08-16-04.  10:35  FROM-AMLSCU                    +971 2 5674501    T-900  P.005/009  F-242

(4)

30.   Barakaat International, INC.
      Minneapolis, Minnesota – USA.

31.   Barakat    Post    Express    (BPE)
      Mogadishu, Somalia.

32.   Barakat    Refreshment    Company
      Mogadishu, Somalia; Dubai, U.A.E.

33.   Barakat  Telecommunications Company
      Limited
      Mogadishu, Somalia; The Netherlands.
      (a.k.a Betelco).

34.   Barakaat Wire Transfer Co.
      Seattle, Washington – USA.

35.   Barako Trading Company, LLC
      Dubai – U.A.E.

36.   Baraka Trading Co.                        (Same language in Arabic)
      Dubai – U.A.E.

37.   Global Service International
      Minneapolis, Minnesota – USA

38.   Heyatul Ulya.
      Mogadishu, Somalia.

39.   Nada Management Organization Sa
      Switzerland.
      (f.k.a    Al    Taqwa    Management
      Organization SA),

40.   Parka Trading Company
      Deira, Dubai, UAE.

41.   Red Sea Barakat Company Limited
      Mogadishu, Somalia; Dubai, U.A.E.

42.   Somali Internet Company,
      Mogadishu, Somalia

16/08  2004  MON 11:25  [TX/RX NO 5940]  �castle005

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003255t

08-18-04   10:36   FROM-AALSCU                    +971 2 6674501     T-909  P.008/009  F-242

(5)

43. Somali International Relief
Organization,
Minneapolis, Minnesota - USA

44. Somali Network AB,
Spanga, Sweden.

45. Youssef M. Nada
Switzerland.

46. Youssef M. Nada & Co.
Vienna, Austria.

Second: Persons         with         Terrorists
Connections : -

47. Hussein Mahamud Abdullkadir
DOB 01 June 1968
Florence, Italy.

48. Abdirisak Aden
DOB : 1 June, 1968
Spanga, Sweden.                            (Same language in Arabic)

49. Abbas Abdi Ali,
Mogadishu, Somalia

50. Abdi AbdulAziz Ali ,
DOB 01 January 1955
Spanga – Sweden

51. Yusaf Ahmed Ali,
DOB : 20 November 1974
Spanga, Sweden

52. Dahir Ubeidullahi Aweys
Rome , Italy.

53. Hassan Dahir Aweys
DOB : 1935 - Citizen Somalia
(a.k.a Ali, Sheikh Hassan Dahir Aweys
– Awes, Shaykh Hassan Dahir).

18/08 2004 MON 11:26  [TX/RX NO 5940] @008

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003256t

05-18-04.   11:38   FROM-AMLSCU                     +971 2 6874501      T-309   P.007/008   F-142

(6)

54.  Ali Ghaleb Himmat ,
     DOB : 16  June 1938; POB Damascus,
     Syria,
     Switzerland & Tunisia.

55.  Albert Friedrich Armand Huber
     DOB : 1927
     Switzerland.
     (a.k.a Huber, Ahmed),

56.  Hussein, Liban,
     Ontario, Ottawa, Canada.

57.  Garad Juma
     DOB : 26 June 1974
     Minneapolis, Minnesota - USA
     (a.k.a  Nor, Garad K.  –  Wasrsame,
     Fartune Ahmed),

(Same language in Arabic)

58.  Ahmed Nur Ali Jim'ale
     Dubai – U.A.E.
     (a.k.a Ahmed Ali Jimale – , Ahmed Nur
     Ali  Jim'ale  – ,Ahmed Nur Jumale –
     Ahmed Ali Jumali')

59.  Abdullahi Hussein Kahie
     Mogadishu, Somalia

60.  Mohamed Mansour
     DOB : 1928, POB Egypt or U.A.E.
     Zurich, Switzerland.
     (a.k.a Al-Mansour, Dr. Mohamed)

61.  Zeinab  Mansour Fattouh.
     Zurich, Switzerland.

18/05 2004 MON 11:28  [TX/RX NO 5941] @007

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003257t

09-16-04    10:36    FROM-AVLSCU                    +971 2 6674501    T-908   P.008/008   F-242

(7)

62.  Youssef Nada,
     DOB 17 May 1931 or 17 May, 1957
     POB  Alexandria,  Egypt ;  Citizen :
     Tunisia.
     (a.k.a  Nada, Youssef M. – Nada Youssef
     Mustafa)

All  names  in  between  brackets  are  either
additional   or   incomplete,/ therefore   please
verify  these names and check with us , in order
to inform you of necessary action.

Your  are  also  required not  to transfer any funds          (Same language in Arabic)
to  the persons /or entities mentioned above into
any  territory  or  country  and  in  case  you
received  funds  from  the  persons /or  entities
mentioned  or  for  their  favour  to  freeze  it
immediately.

Non  compliance  will  lead  to  freezing  of  your
assets  in  the  USA and its financial institutions
and  other  countries  and  would  subject you  to
severe penalties in the UAE

Please  provide   the  Special Unit, Central
Bank , Abu Dhabi,  with  relevant details on
the attached form .

In  your communications, please use facsimile
No. (02) 6674501.

Yours faithfully,

(Same language in Arabic)

          Sultan Bin Nasser Al Suwaidi                 (Same language in Arabic)
                 Governor

ARM505/MR
1205-2001

10/08 2004 MON 11:56  [TX/RX NO 5940]  @008

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003258t

08-15-04   10:36   FROM-AM.SCU.                  +871 2 6674601      T-908   P.006/008   F-242

## Response in regard to
## Central Bank Decision No. 2/355/01
### Dated 7/11/2001                    (Same language in Arabic)

From (Bank):

| First:   Identical Names (Frozen) | | (Same language in Arabic) |
|---|---|---|
| Name of account holder (Account Number) | (Same language in Arabic) Available Balance | (Same language in Arabic) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Second:     Similar Names | | (Same language in Arabic) |
|---|---|---|
| Name of account holder (Account Number) | (Same language in Arabic) Available Balance | (Same language in Arabic) |
| | | |
| | | |
| | | |
| | | |

| Authorized Signatures: | (Same language in Arabic) |
|---|---|
| | |

16/08 2004 MON 11:26  [TX/RX NO 5940]  @008

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003259t

/11 01  TUE 11:08 FAX



(Same language in Arabic)

DUBAI ISLAMIC BANK

Date: 11/13/2001                                          Our reference: (F & AD 305/01)

His Excellency /      Sultan Bin Nasser El Suwaidi
                      Central Bank Governor
                      United Arab Emirates – Abu Dhabi

May Peace, mercy and blessings of God be upon you.

### Reference: Central Bank Decision no. 2/355/2001 dated 11/07/2001

With reference to the above mentioned subject, we would like to inform you that Dubai Islamic Bank has complied with the contents of the above mentioned decision as follows:

1.  We have searched the alphabetical names list available in the Bank's records, and confirmed that none of the mentioned names (individuals, institutions, organizations... etc.) are included among the data of our customers. An exception to that were in cases where we were unable to verify the names as they did not include the full four names or the family name. Therefore, we were unable to verify them or check against the complete name except for the following names:

    - Al Baraka Exchange L.L.C .   Account no. 6267440 closed since 02/21/1998.
                                    Account no. 6267483 closed since 02/21/1998.

    - Al Barakaat Bank of Somalia Account number 7250339, current account opened on 11/03/2000 and the account balance is zero.

    - Current correspondence account on the name of Barakaat Bank of Somalia Ltd (B.B.S) is similar to what is included in item five – paragraph one of your decision "5- Barakaat Bank of Somalia Ltd (B.B.S) known also as Barakaat Somalia Bank" and the account balance with us is 1,147,207.62 dirhams,   **this account has been temporarily frozen awaiting your confirmation.**

    - Ahmed Ali Jumale, Somali national, P.O. Box /3313;
      Current account no. 6061192, account balance 81,054.74 dirhams.   <u>Account frozen.</u>
      Visa card no. 4568-3401-50063960                                  <u>Card frozen.</u>

P.O. Box 1080, Dubai United Arab Emirates
Tel: (971-4) 2953000 Fax: (971-4) 2954111
Tx. 48772/48848 ISLAMI EM, Swift: DIBBAEAD
www.alislami.com

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York



(Same language in Arabic)

DUBAI ISLAMIC BANK

2. The names included in your decision have been added to the Bank's black list in order to ensure that no accounts will be opened for them nor any transactions will be made with them in the future.

3. Technical procedures have been taken for any future incoming and outgoing transfers to any of the names included in your decision in order to stop such transfers, freeze them at an early stage and assign the follow up of this issue to the anti-money laundering and other suspicious operations section.

4. A circular has been sent to all the bank's branches instructing them not to open any accounts or accept or undertake any banking transactions of any type related to the persons mentioned in the Central Bank Decision.

*Please accept our best regards,*

Mohammed Saeed Al Sharif
Executive Director of Financial and Administrative Affairs Department

Copy to:
- H.E. the Chairman
- The General Manager
- The Manager of the Central Accounts Department – Anti Money Laundering Unit

- 2 -

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003261t



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** DIB_003242 – DIB_003244

**Source Language:** Arabic          **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills. am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  *March 27, 2019*

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY I Washington. DC I Houston. TX I San Francisco. CA
Hong Kong



---

## *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_003245 – DIB_003250**

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                 *March 25, 2019*

---

Consortra Translations
www.consortra.com

Your
legal
translation
partner

---

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** DIB_003251 – DIB_003311

**Source Language:** Arabic     **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                **Date:**

*Lucinda Wills*                     Sept. 4, 2019

Consortra Translations
www.consortra.com



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_005606**

**Source Language:  Arabic**          **Translated to: English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                **Date:**

*Lucinda Wills*                  Feb. 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** DIB_005607

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  Feb, 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner



### *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** **DIB_005629**

**Source Language:** **Arabic**          **Translated to:** **English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*          Feb. 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong