# EXHIBIT 5

1    DR. HUSSEIN HAMID HASSAN

2

3         UNITED STATES DISTRICT COURT

4         DISTRICT OF NEW YORK

5                    03 MDL 1570 (GBD) ECF CASE

6    ----------------------------------------------------

7    In re Terrorist Attacks on September 11, 2001

8    ----------------------------------------------------

9

10

11

12

13   Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 1,

14   taken by AILSA WILLIAMS, Certified Court Reporter, held at

15   the offices of Jones Day LLP, London, UK, on 1 August, 2017

16                    at 8:37 am

17

18

19

20

21

22

23

24

25   Job No. 127592

1                    DR. HUSSEIN HAMID HASSAN

2                      A P P E A R A N C E S:

3       For the Plaintiff:

4                 COZEN O'CONNOR

5                 One Liberty Place

6                 1650 Market Street

7                 Philadelphia, PA 19103

8                 BY: SEAN CARTER, ESQ.

9

10

11

12                MOTLEY RICE

13                28 Bridgeside Boulevard

14                Mount Pleasant, SC 29464

15                BY: ROBERT HAEFELE, ESQ.

16

17

18

19

20

21

22

23

24

25

Page 3

1                DR. HUSSEIN HAMID HASSAN

2    Attorneys for the Defendants:

3            JONES DAY

4            51 Louisiana Avenue N.W.

5            Washington D.C. 20001

6            BY: STEVEN COTTREAU, ESQ. and RAYMOND JACKSON, ESQ.

7

8

9

10

11

12    ALSO PRESENT:

13    JUAN MORILLO :  QUINN EMANUEL

14    COURT REPORTER:  AILSA WILLIAMS

15    VIDEOGRAPHER:  MANU ROSSI

16

17

18

19

20

21

22

23

24

25

Page 4

1                    DR. HUSSEIN HAMID HASSAN
2                          I N D E X
3     DR. HUSSEIN HAMID HASSAN
4     EXAMINATION BY MR. CARTER:  Pg. 7
5     EXAMINATION BY MR. COTTREAU:  Pg. 122
6     EXAMINATION BY MR. CARTER:  Pg. 123
7

8                        INDEX OF EXHIBITS
9

Exhibit 1 Notice of Deposition  ... ... ... ... ... ..9
10
Exhibit 2 Web pages, .. ... ... ... ... ... ...18
11           www.hussein-hamid.com
12    Exhibit 3 Document in Arabic, . ... ... ... ... .20
             FED-PEC0233087-90
13
Exhibit 4 Document Re: Muslim . ... ... ... ... .20
14           World League Conference
15    Exhibit 5 Document titled "Dubai .. ... ... ... .55
             Islamic Bank"
16
Exhibit 6 Document in Arabic .. ... ... ... ... .72
17           DIB_002457-2699
18    Exhibit 7 Document in Arabic, . ... ... ... ... .76
             DIB_002629-2638
19
Exhibit 8 "Sharia Oversight ... ... ... ... ... .76
20           Section" and Translator's
             Certificate
21
Exhibit 9 Document in Arabic, . ... ... ... ... .88
22           DIB-002415-18
23    Exhibit 10 Document Re: Fatwa and . ... ... ... ... .88
             Shariah Oversight Board and
24           Translator's Certificate
25    Exhibit 11 New York Times Article . ... ... ... ... .96

1                    DR. HUSSEIN HAMID HASSAN

2      bank and I know something about how the bank

3      functions.  But of course the interior management,

4      administration, I am not familiar.  I am not

5      involved with in the management day-to-day care or

6      management of the bank.

7             Q.  To ask a somewhat obvious question,

8      is Dubai Islamic Bank organized as an Islamic

9      bank?

10            A.  Yes.

11            Q.  Given that structure, does Dubai

12     Islamic Bank have a requirement to comply with

13     shariah?

14            A.  Yes.

15            Q.  Is it the ultimate responsibility of

16     the Fatwa and Shariah Oversight Board to determine

17     if the bank is complying with shariah?

18            A.  The role of the -- I may explain it

19     like that.  Any transaction, any activities,

20     agreements, contracts, to be shariah compliant, it

21     should be consistent with Islamic law, and this is

22     the role of the Shariah Board.  Should be legally

23     valid and enforceable, the contract, and this is

24     the legal department of the bank.  Should be

25     commercially viable, which means profitable,

Page 58

```
 1              DR. HUSSEIN HAMID HASSAN
 2     Article -- this is the Board of Shariah Board's
 3     functions, duties.  Then I came through these
 4     documents.
 5              Q.  Just to clarify, you recall having
 6     reviewed these documents around the time you
 7     joined the Shariah Board in 1998 or so?
 8              A.  I came to at that time, because this
 9     maybe changed from time to time, changed from time
10     to time, but I am acquainted with the Articles of
11     Association and the Memorandum of Association at
12     1989.  After that, I was not following.
13              Q.  I think you may have just misstated
14     a date inadvertently, Dr. Hassan.  You just
15     mentioned that you were familiar with it as of
16     1989.  Did you mean to say 1998, when you joined
17     the Shariah Board?
18              A.  98, yes.  Yes.
19              Q.  Do you happen know when Dubai
20     Islamic Bank was established?
21              A.  1975.
22              Q.  And where is it headquartered today?
23              A.  Excuse me?
24              Q.  Where is it headquartered?
25              A.  In Dubai.
```

1            DR. HUSSEIN HAMID HASSAN

2

3            UNITED STATES DISTRICT COURT

4            DISTRICT OF NEW YORK

5                          03 MDL 1570 (GBD) ECF CASE

6    ----------------------------------------------

7    In re Terrorist Attacks on September 11, 2001

8    ----------------------------------------------

9

10

11

12

13   Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 2,

14   taken by AILSA WILLIAMS, Certified Court Reporter, held at

15   the offices of Jones Day LLP, London, UK, on 2 August, 2017

16                      at 8:30 am

17

18

19

20

21

22

23

24   REPORTED BY: AILSA WILLIAMS

25   JOB NO: 127593

Page 141

1                    DR. HUSSEIN HAMID HASSAN

2                       A P P E A R A N C E S:

3      For the Plaintiff:

4               COZEN O'CONNOR

5               One Liberty Place

6               1650 Market Street

7               Philadelphia, PA 19103

8               BY: SEAN CARTER, ESQ.

9

10

11

12              MOTLEY RICE

13              28 Bridgeside Boulevard

14              Mount Pleasant, SC 29464

15              BY: ROBERT HAEFELE, ESQ.

16

17

18

19

20

21

22

23

24

25

Page 142

1             DR. HUSSEIN HAMID HASSAN

2    Attorneys for the Defendants:

3            JONES DAY

4            51 Louisiana Avenue Northwest

5            Washington DC 20001

6            BY: STEVEN COTTREAU, ESQ.

7                RAYMOND JACKSON, ESQ.

8

9

10

11

12   ALSO PRESENT:

13   JUAN MORILLO:  QUINN EMANUEL

14   COURT REPORTER:  AILSA WILLIAMS

15   VIDEOGRAPHER:  MANU ROSSI

16

17

18

19

20

21

22

23

24

25

Page 143

1                    DR. HUSSEIN HAMID HASSAN

2                         I N D E X

3    HUSSEIN HAMID HASSAN (Cont.)

4    EXAMINATION BY MR. COTTREAU:  Pg. 144

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 163

1                    DR. HUSSEIN HAMID HASSAN

2    that he is a prophet, means a messenger of Allah

3    sent to human beings.  I mean his parents call him

4    Mohammed, this is his name after he was born, but

5    we say he is a messenger, after he was sent as

6    a messenger.

7              Q.  In the Islamic religion, who sent

8    Mohammed as a messenger?

9              A.  God.

10             Q.  We have talked about your role as an

11   Islamic scholar a little bit.  Does Islamic mean

12   the same thing as shariah?

13             A.  Islamic law means shariah, and

14   shariah means Islamic law.

15             Q.  What is Islamic law?

16             A.  Islamic law are the rules,

17   regulations governing the people's activities,

18   behaviors, revealed from Allah to his Prophet

19   Mohammed.  It means the source is from Allah, not

20   human source.

21             Q.  Let me ask it this way.  As an

22   Islamic scholar, do you believe that there are

23   legal principles that come from the Islamic

24   religion?

25             A.  Yes.

```
 1                DR. HUSSEIN HAMID HASSAN
 2           Q.  I am sorry, if I could, just for the
 3      court reporter's sake, if you can wait until
 4      I finish the question.
 5           Do you have an opinion on the terrorist attacks
 6      of September 11, 2001?
 7           A.  Yes.
 8           MR. CARTER:  Objection, form.
 9           MR. HAEFELE:  Objection.
10           Q.  Do you have a personal opinion about
11      whether it was a good thing that the terrorist
12      attacks of September 11, 2001 happened?
13           MR. HAEFELE:  Objection, form.
14           A.  It was the most criminal act
15      committed to innocent people.
16           Q.  You believe that the terrorist
17      attacks of September 11 was a criminal act?
18           A.  Criminal.  The most criminal act.
19           Q.  Most criminal act?
20           MR. CARTER:  Objection.
21           A.  I mean, if you have something more
22      than criminal act, it is crime against humanity,
23      against humanity.  It should not be like a simple
24      criminal case or criminal act.
25           Q.  Did anyone deserve to die as
```

Page 175

1                    DR. HUSSEIN HAMID HASSAN

2            Q.  Have you ever tried to help Alqaeda

3     in any way?

4            A.  No.

5            Q.  From what you have read in the

6     media, do you believe that Alqaeda is a terrorist

7     group?

8            A.  Yes.

9            Q.  Why do you believe that?

10            A.  Because if the news, the media,

11     repeatedly, many times all over the world, then

12     this leads anyone to believe that this is true,

13     that Alqaeda is terrorist organization.  I have

14     reason to believe it.  I have reason to believe

15     it, because this is repeated many times, many

16     occasions.  Then, one should -- we are living in

17     the world, and one has good reason to believe that

18     Alqaeda is a terrorist organization.

19            Q.  From what you have read in the

20     media, what is your opinion about Alqaeda

21     committing terrorist attacks?

22            MR. CARTER:  Objection.

23            A.  They are criminals.  They are

24     criminals.

25            Q.  Some terrorists believe that

Page 179

```
 1                    DR. HUSSEIN HAMID HASSAN
 2     clients in profits and losses and justice,
 3     fairness and equality are not based on interest.
 4     The Islamic bank is not giving interest to its
 5     depositors.  It is not taking interest from its
 6     clients who are seeking finance.  Just to give --
 7              Q.  Dr. Hassan, if I could just ask
 8     this.  Where is Dubai Islamic Bank based?
 9              A.  In Dubai, in Emirate of Dubai.
10              Q.  Is Dubai in the United Arab
11     Emirates?
12              A.  Yes.
13              Q.  Do you hold a position with Dubai
14     Islamic Bank?
15              A.  Yes.
16              Q.  What is that position?
17              A.  Chairman of the Shariah Board of
18     Fatwa and Supervision.
19              Q.  Are you the Chairman of Dubai
20     Islamic Bank's Fatwa and Shariah Supervisory
21     Board?
22              MR. HAEFELE:  Object to the form.
23              A.  Yes.
24              Q.  I am going to refer to DIB's Fatwa
25     and Shariah Supervisory Board as "Shariah Board",
```

Page 180

```
 1                  DR. HUSSEIN HAMID HASSAN
 2    okay?
 3               A.  Yes.
 4               Q.  When did you become the Chairman of
 5    Dubai Islamic Bank's Fatwa and Shariah Supervisory
 6    Board?
 7               MR. HAEFELE:  Objection, form.
 8               A.  In 1998.
 9               MR. COTTREAU:  I am sorry, if I can hold
10    on one second.  You made a form objection.  What
11    was the form objection?
12               MR. HAEFELE:  It is leading.
13               MR. COTTREAU:  You believe the question
14    "when did you become the Chairman of Dubai Islamic
15    Bank's Fatwa and Shariah Supervisory Board" is
16    leading?
17               MR. HAEFELE:  Yes, because he testified
18    that he was the Chairman of the Supervisory Board
19    of Fatwa and Supervision.  You were feeding him
20    a portion of the answer to the question.
21               MR. COTTREAU:  There is nothing leading
22    about that question, Mr. Haefele.
23               MR. HAEFELE:  Okay.  All right, I would
24    say it mischaracterizes his testimony.
25               MR. COTTREAU:  That was not your
```

Page 181

```
1                 DR. HUSSEIN HAMID HASSAN
2       objection and it is too late.
3                 MR. HAEFELE:  No, there is no other
4       question pending.
5                 MR. COTTREAU:  Have you served
6       continuously as the Chairman of DIB's Shariah
7       Board since 1998?
8                 A.  Yes.
9                 Q.  Prior to becoming Chairman of Dubai
10      Islamic Bank's Shariah Board, did you have any
11      other roles at Dubai Islamic Bank?
12                A.  No.
13                Q.  Prior to becoming Chairman of Dubai
14      Islamic Bank's Shariah Board, did you ever give
15      any training to Dubai Islamic Bank employees?
16                A.  Yes.
17                Q.  When did you provide training to
18      Dubai Islamic Bank employees?
19                A.  I may recall.  Around 1976/77.
20                Q.  Do you recall what you trained
21      employees about in 1976 or 1977?
22                A.  Again?
23                Q.  Do you recall the topics on which
24      you trained employees in 1976 or 1977?
25                A.  It was how to train the new
```

1                    DR. HUSSEIN HAMID HASSAN

2              MR. COTTREAU:  Dr. Hassan, what is

3    Islamic banking?

4              A.  Islamic banking is banking, as we

5    know, commercial or conventional banking, except

6    that Islamic bankings is based on some principles.

7    The most important of these principles is that

8    instead of dealing with interest it is based on

9    participation in profit and loss, and justice,

10   fairness, equality, and such valuable principles.

11             Q.  I want to take each of the

12   principles that you just mentioned that are

13   primary features of Islamic banking, one by one.

14   Is an Islamic bank allowed to charge its customers

15   interest?

16             A.  No.

17             Q.  How does it work then, if a customer

18   comes to a bank and would like to purchase, say,

19   a home?

20             A.  When the bank receive depositors,

21   and they want to invest, to open investment

22   account or saving, saving account, the bank is not

23   giving them interest, but the bank invests their

24   deposits with the shareholders' capital, equity,

25   and then agree to distribute the profit, if any,

Page 187

DR. HUSSEIN HAMID HASSAN

1   and to share the loss if any.  This is from one

2   side.  When the bank utilize these deposits, the

3   bank finance its customers, not on the basis of

4   lending/borrowing, no.  No such contract of law.

5   No lending, no borrowing.  But on the same

6   principle of participation.  Let's say you have

7   a project, you carried a feasibility study, and

8   you want to establish this project but you don't

9   have funds.  You go to an Islamic bank.  The

10  Islamic bank will enter into participation with

11  you, will provide you with the capital of the

12  project, with the finance, on the condition that

13  if you get profit it will be distributed between

14  the bank and the customer.  If there is a loss,

15  the bank will lose its financing, its principal

16  capital, and the customer will lose only its

17  fault, its work.  It means, we used to say, that

18  Islamic banking is risk sharing and not risk

19  shifting, while if you go to a conventional bank,

20  just to make it clear, the conventional bank will

21  give you a loan with interest, and you should

22  return the loan with the interest.  Even if you

23  lose in your project, you bear the risk alone, the

24  loss' alone and the bank should get the profit in

Page 188

DR. HUSSEIN HAMID HASSAN

1                            DR. HUSSEIN HAMID HASSAN

2   all cases.  This is Islamic banking in short, but

3   there are many other things.

4                 MR. HAEFELE:  Objection, non-responsive.

5   Move to strike.

6                 Q.  Is Islamic banking the same as

7   shariah banking?

8                 A.  Yes.

9                 Q.  And what is shariah?

10                A.  Shariah means Islamic law, revealed

11  from God to his Prophet Mohammed, to convey it to

12  its followers.

13                Q.  The prohibition of charging

14  customers interest in Islamic finance that you

15  mentioned, does that prohibition come from shariah

16  law?

17                A.  Yes.

18                Q.  You mentioned a couple of other

19  principles that were features of Islamic banking

20  one of which was fairness.  How does that

21  principle play in Islamic banking?

22                A.  Yes, fairness, for example,

23  according to Islamic finance, you can't sell what

24  you don't own.  Before you sell any asset, you

25  should have title, you should have possession.

Page 189

1                    DR. HUSSEIN HAMID HASSAN

2       That means that short to say, for example, in the

3       conventional banking is not allowed under shariah,

4       because to get price or to sell something which

5       you don't own is not justice, is not fair.  If you

6       just buy something and pay price while the seller

7       is not able to deliver it to you, because he has

8       no possession of this thing, this is called

9       fairness and justice.  If you give price you

10      should get the subject of the sale.  If you lease

11      an asset, if there is a total loss of the asset,

12      rent should stop, because rent is for use.  Total

13      loss means that a contract terminates.  It

14      terminates.  No interest, no rent is to be paid.

15      Just I am giving examples.  But it is a set of

16      code of justice, ethics, should be done in Islamic

17      financing.

18               Q.  In Islamic banking, is an Islamic

19      bank allowed to overcharge customers?

20               A.  No.

21               Q.  Is overcharging customers prohibited

22      by Islamic law?

23               MR. CARTER:  Objection, form.

24               A.  Yes.

25               Q.  Under Islamic law, can an Islamic

DR. HUSSEIN HAMID HASSAN

1
2 bank hide facts from its customers that are
3 relevant to transactions?
4           A.  Again, again?
5           Q.  Sure.  Under Islamic law, can an
6 Islamic bank hide facts from its customers?
7           A.  No.  It is deceit and it is
8 prohibited.
9           Q.  Besides the prohibition on interest
10 and the concepts that you have mentioned of
11 justice, fairness and equality, are there any
12 other primary features of Islamic banking?
13           A.  As I said, the most important
14 feature is, as I said, the risk sharing, and not
15 risk shifting, because this is the most important
16 principle.  We, in Islamic financing, consider it
17 injustice just for the human being's values if you
18 think and you have a project, and you want to
19 finance it, if you seek finance with interest,
20 means the whole cost and risk will be borne by
21 you, while you have ideas good to develop the
22 country, but you don't have money, but Islamic
23 banking considers your thinking, your idea, your
24 knowledge, your act is equal, humanly equal to any
25 capital.

Page 191

1              DR. HUSSEIN HAMID HASSAN

2              MR. HAEFELE:  Objection, non-responsive.

3      Move to strike.

4                   Q.  As I understand your testimony then,

5      the most important features in your opinion of

6      Islamic banking is that it prohibits interest,

7      that it requires risk sharing and not risk

8      shifting and that it has to promote justice,

9      fairness and equality.  Is that accurate?

10             MR. CARTER:  Objection, form.

11             A.  Yes.

12                  Q.  What is the role of a Shariah Board

13     in Islamic finance?

14                  A.  The role is to make sure that the

15     cases referred to it or submitted to it is decided

16     giving shariah opinions, which are consistent with

17     Islamic law.

18             Q.  Let's talk about Dubai Islamic Bank

19     Shariah Board for a few minutes.

20             A.  Yes.

21                  Q.  During your tenure and your time at

22     Dubai Islamic Bank Shariah Board, did you and your

23     fellow Board members have to review all new

24     contracts that Dubai Islamic Bank was going to be

25     entering into with its customers?

Page 192

1                    DR. HUSSEIN HAMID HASSAN

2          A.   Again?

3          Q.   Sure.   During your time at Dubai

4    Islamic Bank, did you have to look at all new

5    contracts that the bank was going to be entering

6    into with customers?

7          A.   No.

8          Q.   What contracts did you have to look

9    at?

10         A.   All kinds of financing contracts.

11   We approve a contract, not in specific names or

12   specific customers, but forms.   We approve forms,

13   specie contracts and then for the bank to apply.

14         Q.   Does the bank have contracts with

15   its customers who have checking accounts?

16         A.   Yes.

17         Q.   Did you have to apply -- let me ask

18   it this way and start again.

19              Did you have to approve the form of the

20   contract that Dubai Islamic Bank would have with

21   its checking account customers?

22         A.   Yes.

23         Q.   When you approve contracts that

24   Dubai Islamic Bank is going to enter into with

25   customers, do you issue a written opinion, as the

Page 193

1                    DR. HUSSEIN HAMID HASSAN

2    Board?

3              A.   Yes.

4              Q.   Is there a name for the written

5    opinion on whether the bank can issue a contract

6    or not?

7              A.   Again?

8              Q.   Let me ask it this way.   What is

9    a fatwa, as that term is used at Dubai Islamic

10   Bank?

11             A.   Islamic law opinion on a case

12   submitted to the Shariah Board.

13             Q.   Is the Islamic law opinion on cases

14   submitted to Dubai Islamic Bank Shariah Board in

15   writing?

16             A.   In writing?

17             Q.   Do you and your fellow Board members

18   collectively draft fatwas or Islamic law opinions

19   at Dubai Islamic Bank?

20             A.   Yes.

21             Q.   In reviewing contracts at Dubai

22   Islamic Bank, do you sometimes reject them as not

23   being fair to the customer?

24             A.   Yes.

25             Q.   Do you sometimes reject contracts

Page 194

1                   DR. HUSSEIN HAMID HASSAN

2      during your review at Dubai Islamic Bank because

3      they are not transparent to the customer?

4             MR. CARTER:   Objection, form.

5             A.   Yes.

6             Q.   Do you know whose idea it was to

7      start Dubai Islamic Bank?

8             A.   What?

9             Q.   Do you know whose idea it was to

10     start Dubai Islamic Bank?

11            MR. CARTER:   Objection, foundation.

12            A.   Sheikh Sayeed Lootah.

13            Q.   Who is Sheikh Sayeed Lootah?

14            A.   He is a businessman, Emirati

15     national, and he is a learned man.

16            Q.   He is a real what?

17            A.   Learned man, a learned man.

18            Q.   Learned?

19            A.   Learned man.

20            Q.   Does that mean educated?

21            A.   It means that he is aware, involved

22     with Islamic financing, Islamic banking, that

23     interest is prohibited, so some alternative should

24     be done.  To think of that means he is not normal

25     businessman, he is someone who is learned.  I mean

Page 195

```
 1              DR. HUSSEIN HAMID HASSAN
 2    educated but by nature, I mean, in the school of
 3    society, not in university.
 4              Q.  Did Mr. Lootah have to receive
 5    permission from the Dubai Government to start
 6    Dubai Islamic Bank?
 7              MR. CARTER:  Objection, foundation.
 8              A.  Yes, he got ordinance.
 9              Q.  He received an ordinance?
10              A.  Yes.
11              Q.  What do you mean by an ordinance?
12              A.  Ordinance means order, decreed by
13    Sheikh Rashed, the then governor of Dubai.
14              Q.  Have you ever seen a copy of that
15    decree?
16              A.  I have seen it.
17              Q.  Did Sheikh Rashed or anyone related
18    to Sheikh Rashed ever tell you about his signing
19    of the decree?
20              A.  Again?
21              Q.  How do you know that besides having
22    seen -- let me ask it again and start again.
23              Besides having seen a copy of the decree, do you
24    have any other knowledge about how the bank was founded and
25    approved by the Government?
```

```
 1                    DR. HUSSEIN HAMID HASSAN

 2              MR. CARTER:  Objection, form.

 3              A.  I remember in one meeting that

 4    Sheikh Mohammed Rashed himself talked about his

 5    father, who when Sheikh Saeed Lootah came to him

 6    to get this permission, this decree, and his

 7    father gave the decree.

 8              Q.  Since your involvement with Dubai

 9    Islamic Bank, beginning with training in

10    approximately 1976 or 1977, have you had

11    interactions with Sheikh Saeed Lootah?

12              A.  No.

13              Q.  What have been your interactions

14    with Sheikh Saeed Lootah over the years?

15              MR. CARTER:  Objection.

16              Q.  Let me ask it this way.  Have you

17    ever met Sheikh Saeed Lootah?

18              A.  Yes, we met.

19              Q.  How many times?

20              A.  I don't remember, but in common --

21    not individually, but in common meetings.

22              Q.  Do you know approximately how many

23    times you have been in meetings with Sheikh Saeed

24    Lootah?

25              A.  No, I don't recall how many times.
```

```
 1              DR. HUSSEIN HAMID HASSAN
 2         Q.  Would it be many meetings?
 3         MR. CARTER:  Objection.
 4         A.  Yes.
 5         Q.  Have you met many times with Sheikh
 6   Saeed Lootah?
 7         MR. HAEFELE:  Objection.
 8         A.  Yes.
 9         Q.  In your experience, has Sheikh Saeed
10   Lootah been honest?
11         MR. CARTER:  Objection, foundation.
12         A.  I believe he is honest.
13         Q.  In all of your interactions with
14   Sheikh Saeed Lootah, did you ever hear Mr. Lootah
15   advocate any radical version of Islam?
16         MR. CARTER:  Objection, form.
17         A.  No.
18         Q.  In all of your experience in meeting
19   with Sheikh Saeed Lootah, did you ever hear
20   Mr. Lootah say anything to support terrorism?
21         A.  No.
22         Q.  In all of your interactions with
23   Sheikh Saeed Lootah, did you ever hear Mr. Lootah
24   support any violence?
25         A.  No.
```

Page 198

1              DR. HUSSEIN HAMID HASSAN

2              Q.   Has anyone ever told you at any time

3    in your career that Dubai Islamic Bank wanted to

4    promote terrorism?

5              A.   No.

6              Q.   Has anybody ever told you in all of

7    your career that Dubai Islamic Bank should help

8    terrorists?

9              A.   No.

10             Q.   When Dubai Islamic Bank was founded,

11   in approximately 1975, to your knowledge, was it

12   the only Islamic bank in the world?

13             MR. CARTER:   Objection, form,

14   foundation.

15             A.   Yes.

16             Q.   When you conducted training at Dubai

17   Islamic Bank, in approximately 1976 or 1977, was

18   Dubai Islamic Bank the only Islamic bank in the

19   world, to your knowledge?

20             A.   Yes, but before Dubai Islamic Bank

21   there was an attempt by an Egyptian person, banker

22   called Mohamed Al Nagar.  Mohamed Al Nagar studied

23   PhD in Germany, and he studied cooperative

24   banking, which is almost similar to Islamic

25   banking, operating not on interest basis but on