# EXHIBIT 8

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Federal Insurance Co. v. Al Qaida*, Case No. 03-cv-06978
*Thomas E. Burnett, Sr. v. Al Baraka Inv. & Dev. Corp.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, Case No. 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co.. v. Akida Bank Private Ltd.*, Case No. 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.*, Case No. 04-cv-07279

## DECLARATION OF ABDULRAHMAN MOHAMED AL ANSARI

I, Abdulrahman Mohamed Al Ansari, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief:

**Background**

1. I am the Senior Vice President of General Banking Operations at Dubai Islamic Bank ("DIB" or "the Bank") in the United Arab Emirates ("UAE").

2. I began working at DIB in 1982 as a clerk in DIB's Main Branch. My responsibilities as a clerk involved reviewing transactions and helping open new accounts for customers. In 1982, I also spent several months in DIB's Clearance Section. At that time, DIB had only two branches.

3. In 1985, I transferred to DIB's Al Ain branch in Abu Dhabi to continue working while studying at the UAE University in Al Ain. I earned a degree in law in 1990 from the UAE University in Al Ain.

4.  In approximately 1988, I was promoted to Assistant Head of Current Accounts of DIB's Al Ain branch.  As Assistant Head of Current Accounts of DIB's Al Ain branch, I ensured that all checks were paid to customers, approved payments over the teller limit, and reviewed account opening forms and materials.  I later became Head of Current Accounts at DIB's Al Ain branch, which included signatory authority to sign on behalf of DIB.

5.  In approximately 1991, I became Assistant Branch Manager and later Branch Manager of DIB's Al Ain branch.  As Branch Manager of DIB's Al Ain branch, I attended meetings with other branch managers, ensured instructions from DIB's Main Office were carried out at the Al Ain branch, checked the cash balance in the vault at the beginning of the day, trained employees in the branch, and made job recommendations for open positions.

6.  In late January 1995, I became Head of DIB's Administrative Affairs Department, which handled DIB's administrative and human resources tasks.  My duties also initially included occasionally working at other DIB branches when other branch managers became unavailable or were out of the office.  In 1995, DIB had eight branches.

7.  In November 2002, I was transferred as a Manager to DIB's Consumer Department for a few months.  In April 2003, I became the Manager of DIB's Ijarah Department, which specialized in a type of financing of lease contracts.  The Ijarah Department later became part of DIB's Retail Asset Operations Department.  I became the Head of DIB's Retail Asset Operations Department in 2004.

8.  I became the Vice President of the General Banking Operations Department in 2011 and was promoted to Senior Vice President in 2016.

**Dubai Islamic Bank**

9.  During my nearly four decades at DIB from 1982 to present, I have never become aware of any facts that suggested in any way that DIB supports or supported al Qaeda or any other

- 2 -



terrorist organization. From 1982 until present, I have never heard anyone at DIB express any support for al Qaeda or any other terrorist organization.

10. I have never been asked by anyone at DIB to support terrorism, and I would never support terrorism.

11. DIB has never forbidden or restricted me from any business activity or personal relationship based on religious considerations. I have never been forbidden from or restricted in interacting with non-Muslims. Since I began at the Bank in 1982, DIB has never barred non-Muslims from being employed by or opening accounts at the Bank. For example, DIB's former Head of IT in the 1990s, Chandra Shekar, was not Muslim.

12. I have enjoyed my multiple visits to the United States of America. I lived in Houston, Texas for a year while my son received life-saving medical treatment. I would never work at a company that sought to harm the United States.

**Distribution of OFAC lists**

13. In the 1990s, DIB's Administrative Affairs Department distributed administrative decisions, UAE Central Bank directives, and any other notices or documents to relevant departments at DIB. Other DIB departments also used the Administrative Affairs Department to distribute their notices or documents to other departments at the Bank.

14. In the 1990s, DIB's International Division relied on DIB's Administrative Affairs Department to distribute notices and materials received from DIB's international clients and correspondent banks to other relevant departments at the Bank.

15. As head of DIB's Administrative Affairs Department from 1995 to 2001, I ensured that any materials from the International Division, including notices or sanctions lists from the United States Government's Office of Foreign Assets Control ("OFAC"), were distributed throughout the Bank when requested.



16. On approximately October 21 and November 4 of 1999, I received two requests from DIB's International Division to circulate two OFAC notices that added names to its Specially Designated Nationals and Blocked Persons List ("SDN") on October 12, 1999 and October 22, 1999 ("two 1999 OFAC SDN Lists"). Upon receipt of these two 1999 OFAC SDN Lists, I ensured that DIB's Administrative Affairs Department distributed these lists to the heads of all departments, branches, and divisions of DIB. The two 1999 OFAC SDN Lists were distributed to each section of DIB where accounts could be opened or transactions could be conducted, to ensure that DIB did not conduct any business with any party named on these two 1999 OFAC SDN Lists.

17. At my request, my secretary prepared the signature form that accompanied the circulation of the two 1999 OFAC SDN Lists to all departments, branches, and divisions of DIB.

18. Attached as Exhibit A (DIB_005577-5582) and Exhibit B (DIB_005583-5587) are true and correct copies of the distribution in October and November of 1999 of two 1999 OFAC SDN Lists to all departments, branches, and divisions of DIB. My handwritten requests to my secretary to prepare the signature notice for the two 1999 OFAC SDN Lists distribution appear on the first page of each of these exhibits.

19. In 1999, most of DIB's departments, including the Administrative Affairs Department, and its main branch were located in DIB's headquarters in Dubai. For recipients located in DIB's headquarters, the two 1999 OFAC SDN Lists were hand delivered and a signature confirmation of receipt was recorded on the signature page located on the last page of Exhibits A and B.

20. The two 1999 OFAC SDN Lists were faxed to departments and branches located outside DIB's headquarters. The signature pages located on the last page of Exhibits A and B contain signed stamps from DIB's Administrative Affairs Department confirming the two 1999

- 4 -



OFAC SDN Lists were faxed to DIB's departments and branches located outside DIB's headquarters.

21. DIB took the distribution of the two 1999 OFAC SDN Lists very seriously. DIB employees were required to check the two 1999 OFAC SDN Lists when opening accounts and conducting transactions. DIB's branches kept copies of the two 1999 OFAC SDN Lists to refer to them when opening accounts to ensure no accounts were opened for any individuals on the list.

22. Before September 11, 2001, I was unaware of any accountholder's having any alleged involvement with al Qaeda or any intention to participate in or aid any terrorist attack. I am unaware of information suggesting that DIB had any intention to participate in or aid any terrorist attack. I am not aware of any information suggesting that DIB ever knowingly provided financial services to a customer with links to al Qaeda.

23. In my experience at DIB since 1982, I believe that DIB then and now would promptly terminate any customer relationship and report the customer to the UAE government if DIB believed the customer was funding or otherwise involved in terrorist activity.

**DIB's Board and Bank Structure**

24. Due to my lengthy work experience at DIB, I have personal knowledge of the general development of DIB's organizational structure and its changes in management in the 1990s.

25. In March 1998, a fraud on DIB was uncovered that was unrelated to terrorism or Osama bin Laden. DIB quickly notified and worked with both the UAE Central Bank and Dubai Government regarding the fraud.

26. Following the discovery of the fraud against the Bank in 1998, the Dubai Government increased the capitalization of the bank (thereby increasing its ownership in DIB) and, with the UAE Central Bank, appointed a new Executive Committee to oversee DIB's operations.



27. In 1998, I was DIB's Head of Administrative Affairs when I learned of the fraud committed against the Bank and was thereafter involved in the Bank's initial investigation that followed the discovery of the fraud.

28. In March 1998, DIB received an official resolution from the UAE Central Bank authorizing a new Executive Committee to run the Bank. Attached as Exhibit C is a copy of a December 1998 announcement from that new Executive Committee to all of DIB's correspondents, citing the Central Bank resolution appointing it. The members of that Executive Committee were Mohammed Bin Ali Bin Zayed (Chairman), Sultan Saeed Nasir Al Mansouri, Yousif Abdul Latif Al Sirkal, and Ibrahim Fayez Humeid.

29. Starting in 1998, the Executive Committee ran DIB. By early 1999, a new permanent Board of Directors was appointed to oversee the management of DIB, and the contemplation of this appointment was memorialized in the December 1998 announcement attached as Exhibit C. The new Board of Directors included the four-member Executive Committee and was led by a new Chairman of the Board, Mr. Mohammed Khalfan bin Kharbash, the UAE Minister of Financial Affairs and Industry at that time.

30. The change in management of DIB in 1998 also led to an organizational restructuring of DIB, which was officially approved in February 1999. The 1999 organizational restructuring is detailed in DIB's Administrative Decision No. 21 and related Organizational Chart, attached as Exhibit D (DIB_2399-2405).

**Saeed Ahmed Lootah**

31. Prior to 1998, the bank was run on a day-to-day basis by the Assistant Managing Director, Mohammed Ayoub Mohammed, with help of four committees: (1) Takaful Committee—Zakat and Good Loans Fund; (2) Human Resources Affairs Committee; (3) Investment and Finance Committee; and (4) Management by Objectives and Results Committee. I served as the secretary for the Human Resources Affairs Committee from 1995



to 1998.   Though Saeed Ahmed Lootah was named the official Chairman of all four committees, he did not serve on any of the four Committees that ran the Bank prior to 1998.

32.  After receipt of the March 1998 UAE Central Bank directive, DIB's Board of Directors at that time, which included Saeed Ahmed Lootah, was disempowered.   After the new Executive Committee was appointed in March 1998, I never saw Saeed Ahmed Lootah at DIB, and he never exercised any authority at the Bank.

33.  From the beginning of my employment at DIB in 1982, Saeed Ahmed Lootah never asked me to open any bank accounts for or provide banking services to any particular customers.  I have never heard of Saeed Ahmed Lootah instructing any other DIB employee to open any bank accounts for or provide banking services for particular customers.

34.  Since at least 1995 when I became the Head of the Administrative Affairs Department, Saeed Ahmed Lootah was not involved in the day-to-day operations of the Bank and did not have an office at the Bank.

35.  I had very limited interactions with Saeed Ahmed Lootah in my role as the Head of Administrative Affairs beginning in 1995.  My official meetings as a Department leader before 1998 were primarily with executive management led by Mr. Mohammed Ayoub Mohammed and did not include Saeed Ahmed Lootah.  The very few official meetings which Saeed Ahmed Lootah attended were only with respect to DIB's opening of a Training Center for bank employees.

36.  I never heard Saeed Ahmed Lootah express any support for violence, terrorism, Osama bin Laden, al Qaeda, or any form of extremism.  I have never heard any other DIB employee state that Saeed Ahmed Lootah expressed any support for violence, terrorism, Osama bin Laden, al Qaeda, or any form of extremism.

37.  I never heard any member of DIB's Board of Directors express any support for violence, terrorism, Osama bin Laden, al Qaeda, or any form of extremism.  I have never heard



any other DIB employee state that any member of DIB's Board of Directors expressed any support for violence, terrorism, Osama bin Laden, al Qaeda, or any form of extremism.

**DIB's Fatwa & Sharia Supervisory Board**

38.  DIB's Fatwa & Sharia Supervisory Board has always been an independent entity within DIB's organizational structure.

39.  DIB's Fatwa & Sharia Supervisory Board has never been involved with DIB's daily operations, including at the branch level.

40.  I have never received instructions from DIB's Fatwa & Sharia Supervisory Board or its members related to opening accounts or processing transactions for specific customers.

41.  I have never heard that DIB's Fatwa & Sharia Supervisory Board or any of its members ever issued any instructions related to opening accounts or processing transactions for specific customers.

42.  I have never heard that DIB's Fatwa & Sharia Supervisory Board or any of its members encouraged or supported violence or terrorism in any way.


Pursuant to 28 U.S.C. §1746, I, ABDULRAHMAN MOHAMED AL ANSARI, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 16, 2022.

16 | 6 | 2022

# EXHIBIT A

# DUBAI ISLAMIC BANK

Public Joint Stock Company

( Incorporated in U.A.E. )

Head Office



بَـنْـكُ دُبَيّ الإسـلامي

شـــركة مســاهمة عـــامـة

(تأسس في دولة الإمارات العربية المتحدة)

المركز الرئيسي

IDM/183/99

20-Oct-99

## *INTERNAL MEMO*

| TO: | **Manager – Administration Division** |
|---|---|
| FROM: | **INTERNATIONAL DIVISION** |
| SUBJECT: | **OFAC Amendments to the List of Specially Designated National and Blocked Persons.** |

You are requested to circulate the enclosed list, which we received from Bankers Trust Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards.

Adel Noori

Manager - International Division

ص.ب. ١٠٨٠ دبــي، هاتف: ٢٩٥٣٠٠٠، فاكس: ٢٩٥٤١١١، تلكس: ٤٥٨٨٩/٤٨٧٧٢ ISLAMI EM، سويفت: DUIBAEAD

P.O. Box: 1080 DUBAI, Tel.: 2953000, Fax: 2954111, Tlx: 45889/48772 ISLAMI EM, SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005577

SUBJECT:   OFAC – Amendments to the List of Specially Designated Nationals and Blocked Persons

## INTRODUCTION

Attached are the amendments to the consolidated list of Specially Designated Nationals and Blocked Persons (the "List") compiled by the Department of the Treasury's Office of Foreign Assets Control ("OFAC"), published on October 12, 1999.  These amendments constitute a revised listing of Foreign Terrorist Organizations ("FTOs"), as published by the Secretary of State.

## DEFINITIONS

*"Specially Designated National"*

The term "Specially Designated National" ("SDN") signifies under the Foreign Assets Control Regulations, that the individual or entity has on or since the effective date of the restriction, acted for or on behalf of the Government or authorities exercising control over any designated foreign country, or any partnership, association, corporation or other organization which on or since the effective date of the restrictions has been owned or controlled by the Government or authorities exercising control over a designated foreign country or by any other designated national.

*"Foreign Terrorist Organizations"*

Foreign Terrorist Organizations ("FTOs") means an organization designated or redesignated as a foreign terrorist organization, or with respect to which the Secretary of State has notified Congress of the intention to designate as a foreign terrorist organization.

*"Specially Designated Terrorists"*

Specially Designated Terrorists ("SDTs") are persons designated by the Secretary of State, in coordination with the Secretary of Treasury and the Attorney General, who are found (a) to have committed or to pose a significant risk of disrupting the Middle East peach process, or (b) to assist in, sponsor or provide financial, material, or technological support for, or services in support of, such acts of violence.

## RESTRICTIONS AND PROHIBITIONS

*SDNs*

Doing business with an SDN is equivalent to doing business with the government of that country, which carries significant criminal and civil violations for corporations and individuals, plus prison terms up to 10 years for individuals and any officer, director or agent of a corporation who "knowingly participates" in a willful violation, and forfeiture of any property involved in the transaction.

g:\lawcomp\report\121\0t\ac\ofac04.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005578

*FTOs*

It is a criminal offense for U.S. persons to knowingly provide material support or resources to FTOs and requires financial institutions to block all funds in which FTOs or their agents have an interest.  Civil penalties may be assessed against financial institutions for failing to block or report the blocking of FTO funds in an amount equal to $50,000 per violation or twice the amount which ought to have been blocked or reported, whichever is greater.

*SDTs*

The prohibition extends to any transaction or dealing by a United States person or within the United States in property or interest in property of SDTs, including the making or receiving or any contribution of funds, goods, or services to or for the benefit of such persons.

Such above restrictions and prohibitions apply to all U.S. persons, including U.S. citizens and resident aliens, wherever in the world they are located.

## COURSE OF ACTION

It is incumbent upon us to take reasonable steps to ascertain whether individuals or entities with whom we enter into transactions or relationships are on the SDN list or are owned or controlled by any of the respective sanctioned countries[1], or are acting or purporting to act on their behalf.  All accounts in which these individuals or entities have any direct or indirect interests are accounts in which there exists the interests of an SDN.  Therefore, all accounts and transactions in all other property, and interests in property subject to jurisdiction of the U.S. of such persons must be blocked under advice to Compliance, and no transaction with such accounts, nor transactions in property, and interests in property subject to U.S. jurisdiction, nor any new relationships with these individual or entities are permitted, except as authorized by a license issued by OFAC.

OFAC's List may be expanded or amended at any time, as new information becomes available to OFAC.

Bank Operations has already been made aware of these changes.  In addition, OFAC Access will be updated accordingly.

Please contact me if you have any questions.

As published October 12, 1999, the following names have been added to OFAC's listing of Specially Designated Nationals and Blocked Persons:

AL QAEDA (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLYSITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLYPLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QA'IDA; a.k.a. "THE BASE"; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]
FOREFRONT OF THE IDEA (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA POLICE; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO]
GI (a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO]
HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HUA; a.k.a. HUM) [FTO]

---

[1]  OFAC's list of sanctioned countries presently consists of Angola (UNITA), Burma (Myanmar), Cuba, Iran, Iraq, Libya, North Korea, Sudan, Syria, Federal Republic of Yugoslavia (Serbia & Montenegro), the Republic of Serbia, and the Republic of Montenegro, the Taliban controlled areas of Afghanistan.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005579

HUM (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a.
    HARAKAT UL-MUJAHIDEEN; a.k.a. HUA) [FTO]
JUNE 78 (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS LAIKOS
    AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY
    PEOPLE'S STRUGGLE; a.k.a. ELA; a.k.a. ORGANIZATION OF REVOLUTIONARY
    INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a.
    REVOLUTIONARY CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]
KOACH (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE
    JUDEAN LEGION; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH
    IDEA; a.k.a. JUDEAN VOICE) [SDT][FTO]
LIBERATION STRUGGLE (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS
    LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY
    PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY
    INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a.
    REVOLUTIONARY CELLS; a.k.a. ELA) [FTO]
NATIONAL COUNCIL OF RESISTANCE (NCR) (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a.
    MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF
    IRAN; a.k.a. PMOI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN;
    a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. MEK; a.k.a. NATIONAL
    LIBERATION ARMY OF IRAN; a.k.a. NLA) [FTO]
NATIONAL LIBERATION ARMY OF IRAN (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MKO;
    a.k.a. MUJAHEDIN-E KHALQ; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a.
    PMOI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a.
    SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE
    (NCR); a.k.a. MEK; a.k.a. NLA) [FTO]
NLA (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a.
    PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. ORGANIZATION OF
    THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E
    IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL LIBERATION
    ARMY OF IRAN; a.k.a. MEK) [FTO]
ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY (a.k.a. POPULAR
    REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a.
    REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE;
    a.k.a. JUNE 78; a.k.a. ELA; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY
    CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]
PALESTINIAN ISLAMIC JIHAD (a.k.a. PIJ-SHAQAQI FACTION; a.k.a. PIJ; a.k.a. ISLAMIC JIHAD IN
    PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE, a.k.a. PALESTINE ISLAMIC JIHAD -
    SHAQAQI FACTION; a.k.a. PIJ-SHALLAH FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE
    HIZBALLAH BAYT AL-MAQDIS) [SDT][FTO]
PIJ-SHALLAH FACTION (a.k.a. PIJ-SHAQAQI FACTION; a.k.a. PIJ; a.k.a. ISLAMIC JIHAD IN
    PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD -
    SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS;
    a.k.a. PALESTINIAN ISLAMIC JIHAD) [SDT][FTO]
REVOLUTIONARY CELLS (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS
    LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY
    PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY
    INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. ELA; a.k.a.
    LIBERATION STRUGGLE) [FTO]
REVOLUTIONARY NUCLEI (a.k.a. POPULAR REVOLUTIONARY STRUGGLE, a.k.a.
    EPANASTATIKOS LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a.
    REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF
    REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. ELA; a.k.a. REVOLUTIONARY
    CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]
"THE BASE" (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP
    FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE
    LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD
    AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. USAMA BIN
    LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]

d:\nycons\smart1z\horac\orac64.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005580

THE JUDEAN LEGION (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. JUDEAN VOICE; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. KOACH) [SDT][FTO]

THE QOMEMIYUT MOVEMENT (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA POLICE; a.k.a. FOREFRONT OF THE IDEA; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO]

THE WAY OF THE TORAH (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE JUDEAN LEGION; a.k.a. JUDEAN VOICE; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. KOACH) [SDT][FTO]

THE YESHIVA OF THE JEWISH IDEA (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE JUDEAN LEGION; a.k.a. THE WAY OF THE TORAH; a.k.a. JUDEAN VOICE; a.k.a. KOACH) [SDT][FTO]

THE YESHIVA OF THE JEWISH IDEA (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA POLICE; a.k.a. FOREFRONT OF THE IDEA; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS) [SDT][FTO]

USAMA BIN LADEN NETWORK (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]

USAMA BIN LADEN ORGANIZATION (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. "THE BASE"; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. AL QA'IDA) [SDT][FTO]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005581



** المدراء التنفيذيون **

| ١ | دائرة الشؤون المالية والإدارية | | ٢ | الاستثمار العقاري | |
|---|---|---|---|---|---|
| ٣ | دائرة الاستثمار | | ٤ | دائرة العمليات المصرفية | |

** الطابق الأرضي **

| ٥ | مدير الفرع الرئيسي | | ٦ | الحسابات الجارية | |
|---|---|---|---|---|---|
| ٧ | الأجنبي | | ٨ | السدادات | |

** طابق الميزانين **

| ٩ | الاعتمادات | | ١٠ | تقنية المعلومات | |
|---|---|---|---|---|---|

** الطابق الأول **

| ١١ | الشؤون الإدارية | | ١٢ | الموارد البشرية | |
|---|---|---|---|---|---|
| ١٣ | المراجعة | | ١٤ | المقاصة | |

** الطابق الثاني **

| ١٥ | الشؤون القانونية | | ١٦ | المتابعة والتحصيل | |
|---|---|---|---|---|---|
| ١٧ | التجارة والتمويل | | | | |

** الطابق الثالث **

| ١٨ | النظم والجودة | | ١٩ | إدارة الفروع | |
|---|---|---|---|---|---|

** الطابق الرابع **

| ٢٠ | الإدارة المالية | | ٢١ | الاستصناع والمباني | |
|---|---|---|---|---|---|
| ٢٢ | المشاريع العقارية | | | | |

** الطابق الخامس **

| ٢٣ | الإدارة الدولية | | ٢٤ | الائتمان | |
|---|---|---|---|---|---|
| ٢٥ | الإعلام والعلاقات العامة | | ٢٦ | الاستثمارات المباشرة | |

| ٢٧ | الرقابة الشرعية | | ٢٨ | التدقيق الداخلي | |
|---|---|---|---|---|---|
| ٢٩ | الخدمات العقارية | | | البطاقات المصرفية | |
| ٣١ | الخدمات العقارية / الشارقة | | | | |

** الفروع **

| ١ | أبوظبي | | ٢ | السوق | |
|---|---|---|---|---|---|
| ٣ | العين | | ٤ | رأس الخيمة | |
| ٥ | الفجيرة | | | الشارقة | |
| ٧ | بني ياس | | | عجمان | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005582

# EXHIBIT B

**DUBAI ISLAMIC BANK**

Public Joint Stock Company

( Incorporated in U.A.E. )

**Head Office**



بنـك دُبَي الإسـلامـي

شـركـة مسـاهـمـة عـامـة

(تأسس في دولة الإمارات العربية المتحدة)

المركز الرئيسي

IDM/191/99

2-Nov-99

## *INTERNAL  MEMO*

| TO: | Manager – Administration Division |
|---|---|
| FROM: | INTERNATIONAL DIVISION |
| SUBJECT: | OFAC Bulletin No. 65. |

You are requested to circulate the enclosed Bulletin, which we received from Bankers Trust Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards.

Adel Noori
Manager - International Division

١٩٩٩/١١/٤ م المستند

المحترم/

المشعب

العدد ١٤

ص.ب. ١٠٨٠ دبي . هاتف. ٢٩٥٣٠٠٠، فاكس. ٢٩٥٤١١١ . تلكس ٤٨٧٧٢/٤٥٨٨٩ ISLAMI EM . سويفت: DUIBAEAD
P.O. Box: 1080 DUBAI,  Tel.: 2953000, Fax: 2954111, Tlx: 45889/48772 ISLAMI EM,  SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005583

A Bankers Trust
Company

Nadim Zaman
Vice President

Tel. : (973) 229966
Fax : (973) 229991

A Bankers Trust
Architects of Value

November 1, 1999

Mr. Adel Noon
For your information
2/11

Mr. Rafatul Islam Usmani
Asst Head of Investment & Foreign Relations
Dubai Islamic Bank
P.O. Box 1080
Dubai
United Arab Emirates

Dear Mr. Usmani,

Attached, please find an update from Office of Foreign Asset Control (OFAC) Compliance Bulletin No. 65.

Yours,

Nadim Zaman

/Attach

P.O. Box 5905, Manama Centre, Manama, Bahrain           (Bahrain Commercial Register No. 7863)

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005584

# URGENT!!! OFAC COMPLIANCE BULLETIN NO. 65

**SUBJECT:**   OFAC – Additional Names to the List of Specially Designated Nationals Under the Taliban Sanctions Program and Technical Changes to the List of Specially Designated Nationals

## INTRODUCTION

Attached are the amendments to the consolidated list of Specially Designated Nationals and Blocked Persons (the "List") compiled by the Department of the Treasury's Office of Foreign Assets Control ("OFAC"), as of October 22, 1999.

## DEFINITIONS

*"Specially Designated National"*

The term "Specially Designated National" ("SDN") signifies under the Foreign Assets Control Regulations, that the individual or entity has on or since the effective date of the restriction, acted for or on behalf of the Government or authorities exercising control over any designated foreign country, or any partnership, association, corporation or other organization which on or since the effective date of the restrictions has been owned or controlled by the Government or authorities exercising control over a designated foreign country or by any other designated national.

## RESTRICTIONS AND PROHIBITIONS

Doing business with a SDN is equivalent to doing business with the government of that country, which carries significant criminal and civil violations for corporations and individuals, plus prison terms up to 10 years for individuals and any officer, director or agent of a corporation who "knowingly participates" in a willful violation, and forfeiture of any property involved in the transaction. These restrictions and prohibitions apply to all U.S. persons including U.S. citizens and resident aliens, wherever in the world they are located.

## COURSE OF ACTION

It is incumbent upon us to take reasonable steps to ascertain whether individuals or entities with whom we enter into transactions or relationships are on the SDN list or are owned or controlled by any of the respective sanctioned countries[1], or are acting or purporting to act on their behalf. All accounts in which these individuals or entities have any direct or indirect interests are accounts in which there exist the interests of an SDN. Therefore, all accounts and transactions in all other property, and interests in property subject to jurisdiction of the U.S. of such persons must be blocked under advice to Compliance, and no transaction with such accounts, nor transactions in property, and interests in property subject to U.S. jurisdiction, nor any new relationships with these individual or entities are permitted, except as authorized by a license issued by OFAC.

OFAC's List may be expanded or amended at any time, as new information becomes available to OFAC.

Bank Operations has already been made aware of these changes. In addition, OFAC Access has been updated accordingly.

---

[1] OFAC's list of sanctioned countries presently consists of Angola (UNITA), Burma (Myanmar), Cuba, Iran, Iraq, Libya, North Korea, Sudan, Syria, Federal Republic of Yugoslavia (Serbia & Montenegro), the Republic of Serbia, and the Republic of Montenegro, the Taliban controlled areas of Afghanistan.

n:\mvcomp\\cert112\\ofac\\ofac63.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005585

Please contact me if you have any questions.

The following names have been added to OFAC's listing of Specially Designated Nationals and Blocked Persons:

AFGHAN NATIONAL BANK (a.k.a. BANK E. MILLIE AFGHAN; a.k.a. BANKE MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

BANK E. MILLIE AFGHAN (a.k.a. AFGHAN NATIONAL BANK; a.k.a. BANKE MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

BANK OF AFGHANISTAN (a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

BANKE MILLIE AFGHAN (a.k.a. AFGHAN NATIONAL BANK; a.k.a. BANK E. MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

CENTRAL BANK OF AFGHANISTAN (a.k.a. BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

DA AFGHANISTAN BANK (a.k.a. BANK OF AFGHANISTAN; a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

THE AFGHAN STATE BANK (a.k.a. BANK OF AFGHANISTAN; a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

The following technical changes have been made to entries on OFAC's list of Specially Designated National and Blocked Persons:

CENTROPRODUCT S.A., c/Orense 85, Esc. IV, 4A, Madrid, Spain 28020 [FRYK] -to- CENTROPRODUCT S.A., c/o Orense 85, Esc. IV, 4A, Madrid, Spain 28020 [FRYK]

IVO LOLA RIBAR - Beograd, Belgrade, Serbia [FRYK] -to- IVO LOLA RIBAR - BEOGRAD, Belgrade, Serbia [FRYK]

IMT - INDUSTRIJA MOTORA I TRAKTORA (a.k.a. MACHINES AND TRACTORS INDUSTRY), Belgrade, Serbia [FRYK] -to- IMT - INDUSTRIJA MASINA I TRAKTORA (a.k.a. MACHINES AND TRACTORS INDUSTRY), Belgrade, Serbia [FRYK]

MACHINES AND TRACTORS INDUSTRY (a.k.a. IMT - INDUSTRIJA MOTORA I TRAKTORA), Belgrade, Serbia [FRYK] -to- MACHINES AND TRACTORS INDUSTRY (a.k.a. IMT - INDUSTRIJA MASINA I TRAKTORA), Belgrade, Serbia [FRYK]

w \nvronp\start1z\ofac\ofac6b doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005586

## ** المـدراء التنفيـذيـون **

| 1 | دائرة الشؤون المالية والإدارية | 2 | الاستثمـار العقـاري |
|---|---|---|---|
| 3 | دائـرة الاستثمـار | 4 | دائرة العمليات المصرفية |

## ** الطابـق الأرضـي **

| 5 | مدير الفرع الرئيسي | 6 | الحسابات الجارية |
|---|---|---|---|
| 7 | الأجنبـي | 8 | السيـدات |

## ** طابـق الميزانيـن **

| 9 | الاعتمـادات | 10 | تقنيـة المعلومـات |
|---|---|---|---|

## ** الطابـق الأول **

| 11 | الشؤون الإدارية | 12 | الموارد البشرية |
|---|---|---|---|
| ١ | المراجعـة | 14 | المقاصة |

## ** الطابـق الثانـي **

| 15 | الشـؤون القانونيـة | 16 | المتابعـة والتحصيل |
|---|---|---|---|
| 17 | التجـارة والتمويـل | | |

## ** الطابـق الثالـث **

| 18 | النظـم والجودة | 19 | إدارة الفـروع |
|---|---|---|---|

## ** الطابـق الرابـع **

| 20 | الإدارة الماليـة | 21 | الاستصنـاع والمبانـي |
|---|---|---|---|
| 22 | المشاريـع العقاريـة | | |

## ** الطابـق الخـامس **

| 23 | الإدارة الدولية | 24 | الإئتمـان |
|---|---|---|---|
| 25 | الإعلام والعلاقات العامة | 26 | الاستشارات المباشرة |

## ** ... **

| 27 | الرقابـة الشـرعيـة | | التدقيق الداخلي |
|---|---|---|---|
| 29 | الخدمات العقاريـة | | البطاقات المصرفية |
| 31 | الخدمات العقارية / الشارقة | | |

## ** الفـروع **

| | أبـوظبـي | | السـوق |
|---|---|---|---|
| | العيـن | | رأس الخيمة |
| | الفجـرة | | الشـارقـة |
| | بنـي يـاس | | عجمـان |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005587

# EXHIBIT C



**Dubai Islamic Bank**

Public Joint Stock Company
( Incorporated in U.A.E. )

Head Office

بـنــك دبــي الإسـلامـي
شــركــة مسـاهمـة عـامـة
(تأسس في دولة الإمارات العربية المتحدة)

المركز الرئيسي

28-Dec-98

IFRL/266/98

إلى جميع المراسلين

## TO ALL CORRESPONDENTS

Subject : Administrative Resolution Regarding Granting of Sole Signatory Powers to the Chairman of the Executive Committee of Dubai Islamic Bank

الموضوع : قرار إداري بمنح صلاحيات التوقيع المنفرد لرئيس اللجنة التنفيذية لبنك دبي الإسلامي

We, the undersigned, members of the Executive Committee for Dubai Islamic Bank appointed pursuant to resolution of the UAE Central Bank No. 13/652/98 dated 30/3/98 and resolution No. 13/1143/98 dated 24/5/98 which has been empowered to assume the powers of the Board of Directors pursuant to the resolution of the Extra Ordinary General Meeting held on 29/11/98 until the election of a new Board of Directors by the Ordinary General Meeting to be held during the first quarter of 1999. By virtue of the powers vested on us we resolved :-

نحن الموقعون أدناه أعضاء اللجنة التنفيذية لبنك دبي الإسلامي المشكلة بموجب قراري مصرف الإمارات العربية المتحدة المركزي رقـم ٩٨/٦٥٢/١٣ الصـادر بتـاريخ ١٩٩٨/٣/٣٠م، ورقـم ٩٨/١١٤٣/١٣ الصادر بتاريخ ١٩٩٨/٥/٢٤م، والمكلفة بتولي صلاحيات مجلس الإدارة بمقتضى قرار الجمعية العمومية غير العادية في اجتماعها بتاريخ ١٩٩٨/١١/٢٩، وحتى انتخاب مجلس إدارة جديد للبنك بواسطة الجمعية العمومية العادية المقرر انعقادها في الربع الأول من عام ١٩٩٩م، بموجب الصلاحيات المخولة لنا قررنا الآتي :-

**First :**
To grant Sole Signatory Powers on behalf of the bank to Mr. Mohammed Bin Ali Bin Zayed - Chairman of the Executive Committee, which include delegation and cancellation of signing powers, whose specimen signature appended herebelow:
Mr. Mohammed Bin Ali Bin Zayed

أولاً:
منح صلاحيات التوقيع المنفرد نيابة عن البنك للسيد/محمد بن علي بن زايد – رئيس اللجنة التنفيذية للبنك بما في ذلك تخويل وإلغاء التوقيعات المعتمدة ونموذج توقيعه كما يلي :
السيد/ محمد بن علي بن زايد

ثانياً :
يسري مفعول هذا القرار اعتباراً من تاريخه.

**Second :**
This resolution comes into force with effect from this date.

Issued on this day the 28th December of the year One Thousand Nine Hundred Ninety Eight by the Executive Committee in its meeting which was attended by all members as follows :-

صدر هذا اليوم ٢٨ من شهر ديسمبر سنة ثمانية وتسعين وتسعمائة وألف بواسطة اللجنة التنفيذية لبنك دبي الإسلامي المنعقدة بكامل هيئتها بحضور الآتي أسماؤهم :

| Name | Signature |
|------|-----------|
| (1) Mohammed Bin Ali Bin Zayed | |
| (2) Sultan Saeed Nasir Al Mansouri | |
| (3) Youssif Abdul Latif Al Sirkal | |
| (4) Ibrahim Fayez Humeid | |

الاسم / التوقيع

(١) محمد بن علي بن زايد

(٢) سلطان سعيد ناصر المنصوري

(٣) يوسف عبد اللطيف السركال

(٤) إبراهيم فايز حميد

# EXHIBIT D

DUBAI ISLAMIC BANK

Public Joint Stock Company
( Incorporated in U.A.E. )

Head Office



بنـك دبـي الإســلامي

شركة مساهمة عامة

(تأسس في دولة الإمارات العربية المتحدة)

المركز الرئيسي

قـرار إداري رقـم ( ٢١ )

صادر بتاريخ ٢٢/٢ /١٩٩٩

– بعد الاطلاع على النظام الأساسي المعدل باجتماع الجمعية العمومية غير العادية بتاريخ ٢٩/١١/١٩٩٨ .

– وإشارة الى الحجم الكبير والنمو المضطرد لأعمال البنك .

– وإحكاما لإجراءات الضبط الإداري والتنظيم الرقابي وتحديد المسؤوليات والاختصاصات .

– وبعد دراسة شاملة لأنشطة البنك داخليا وخارجيا .

– ومن أجل الارتقاء بمستويات الدوائر والإدارات والأقسام لمواكبة النظم الإدارية الحديثة والمتطورة ؛
  ونظـرا لمـا تقتضيـه مصلحـة العـمل .

تقرر ما يلي :-

أولا    : إعتماد الهيكل التنظيمي الجديد للبنك حسب المرفق .

ثانيا   : استحداث بعض الإدارات والأقسام الجديدة وتحويل تبعية البعض الاخر حسب ما هو  مبين
         بالدليل التنظيمي المرفق بالهيكل التنظيمي والنشرة التعريفية المرفقة.

ثالثا   : تحديد المسؤوليات الخاصة بدوائر وإدارات وأقسام ولجان البنك حسب ما هو موضح بالدليل
         التنظيمي المرفق بالهيكل الجديد .

رابعا   : سوف يتم تباعا إصدار القرارات والتعاميم الخاصة بمسميات الإدارات الجديدة وتحديد
         مدراء الدوائر والإدارات والصلاحيات المناطة بهم وتنقلات الموظفين  بما يتوافق مع الهيكل
         التنظيمي الجديد .

خامسا  : تلغى جميع القرارات والتعاميم المخالفة لهذا القرار .

سادسا  : يعمل بهذا القرار اعتبارا من تاريخه وعلى جميع الفروع والإدارات والأقسام تنفيذه فيما
         يتوافق مع الهيكل التنظيمي الجديد .

والله ولي التوفيـق ...

محمد علي بن زايد

ونيـب اللجنة التنفيذيـة

ص.ب: ١٠٨٠ دبي، هاتف: ٢١٤٨٨٨، فاكس: ٢٣٧٢٤٣، تلكس: ٤٥٨٨٩/٤٨٧٧٢ ISLAMI EM، سويفت: DUIBAEAD
P.O. Box: 1080 DUBAI Tel: 214888   Fax: 237243. Tlx: 45889/48772 ISLAMI EM, SWIFT: DUIBAEAD

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002399

## النشرة التعريفية

١~  تم فصل الإدارة العامة عن الفرع الرئيسي، بحيث يعامل الفرع الرئيسي كأي فرع آخر
له مدير مستقل وصلاحيات محددة، إن هذا من شأنه إعطاء الوقت الكافي للإدارة العامة
للاهتمام بالتخطيط وتطوير أعمال البنك ووضع الاستراتيجيات وتمثيل البنك في الداخل
والخارج بالإضافة إلى الرقابة الفعالة على نشاطات الفروع ـ ومن الناحية الإدارية
سوف يتبع هذا الفصل عدة تغيرات أهمها:

* فصل مهام وصلاحيات مدير الفرع الرئيسي عن مهام المدير العام.
* فصل الحسابات المركزية (الإدارة المالية) عن قسم حسابات الفرع الرئيسي.
* تغيير تبعية عدد من الأقسام بحيث تكون إما جزءاً من الإدارة العامة أو تكون جزءاً
من الفروع حسب ما هو موضح بالهيكل التنظيمي، حيث سيكون الفرع مكوناً من
أربعة أقسام وهي الحسابات الجارية، التحويلات الأجنبية، التجارة والتمويل
والحسابات العامة بالإضافة إلى القيام بأعمال المتابعة والتحصيل. وسوف يتم تحويل
قسم الاعتمادات المستندية إلى إدارة مركزية في المركز الرئيسي وستقوم هذه
الإدارة بكافة الأعمال المتعلقة بالاعتمادات المستندية بالتنسيق مع قسم التحويلات
الأجنبية في الفروع.

٢~  تم تقسيم العمل الإشرافي على مستوى الإدارة العامة إلى أربع دوائر وتضم كل دائرة
مجموعة من الإدارات وسوف يتولى مسؤولية كل دائرة مدير تنفيذي. إن هذا النوع من
التقسيم من شأنه أن يحقق مستوى اتصال جيد وسريع، حيث أن المدير التنفيذي له
صلاحيات تخوله البت في كثير من المواضيع مباشرة. ومن جهة أخرى سوف يوفر
هذا التقسيم نوعاً من التخصص بحيث يؤدي إلى رفع مستوى الأداء، ولتحقيق الانسجام
بين هذه الإدارات وبينها وبين المدير العام، سوف تشكل اللجان للنظر في الأمور الهامة
والحيوية مثل لجنة التسهيلات والاستثمار، شؤون الموظفين... إلخ، كما يعقد هؤلاء
المدراء اجتماعات دورية لمناقشة أنشطة البنك المختلفة ومتابعة تطورها.

٣~  سوف تتبع بعض الإدارات المركزية للمدير العام مباشرة مثل إدارة تقنية المعلومات
وإدارة النظم والجودة وهي إدارة جديدة سوف تضطلع بدراسة الخدمات التي يقدمها
البنك والعمل على تطويرها بالتنسيق مع الإدارات والفروع المعنية، كما سيتم إنشاء
إدارة الإعلام والعلاقات العامة حيث ستكون مسؤولة عن تعريف الجمهور بأنشطة
وخدمات البنك لجذب المتعاملين وترويج أفكار التعامل المصرفي الإسلامي.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002400

وفيما يلي ملخص لأهم نشاطات كل دائرة:

1-   **دائرة العمليات المصرفية:** سوف تتولى هذه الدائرة كل أعمال الفروع وتكون المرجع لها، وتكون من مسؤوليتها التحقق من أداء الفروع، كفاية العمالة فيها والموقع المناسب لها،... إلخ مما يمكن الفرع المعني من تقديم الخدمات المطلوبة بكفاءة عالية، كما يشرف أيضاً على إدارتي الاعتمادات المستندية والبطاقات المصرفية، بالإضافة إلى ذلك سيتم إنشاء إدارة جديدة (إدارة الفروع) لمتابعة أداء الفروع ووضع خطط العمل لها والقيام بأعمال تأسيس الفروع الجديدة.

2-   **دائرة الاستثمار:** تم تجميع الإدارات ذات العلاقة باستثمارات البنك في هذه الإدارة، وتتكون من:

○   **إدارة الائتمان:** وسوف تقوم إدارة الائتمان بالإضافة إلى أعمالها الحالية بالتعامل مع المتعاملين من خلال الفروع وذلك عن طريق تعيين مسؤولي ائتمان في الفروع تابعين لإدارة الائتمان في المركز الرئيسي، كما ستقوم الإدارة بأعمال المتابعة والتحصيل المركزية وذلك بالتنسيق مع وحدات المتابعة والتحصيل في الفروع. وأخيراً سوف يستحدث قسم مخاطر الائتمان في إدارة الائتمان للتأكد من تنفيذ العمليات حسب قرارات لجنة التسهيلات والائتمان وحفظ المستندات القانونية والضمانات بالإضافة إلى إعداد التقارير المختلفة عن نشاطات الدائرة.

○   **الإدارة الدولية:** ستقوم الإدارة الدولية بأعمال قسم الاستثمار والعلاقات الخارجية وهي الإشراف على استثمار الأموال السائلة المتوفرة لدى البنك في مجال المرابحات الدولية وغيرها من أدوات الاستثمار، والإشراف على العلاقات مع المراسلين بالإضافة إلى عمليات بيع وشراء العملات الأجنبية والقيام بتغطية حساب البنك مع المراسلين وذلك عن طريق غرفة العمليات التي سوف يتم استحداثها.

○   **إدارة الاستثمارات المباشرة:** وهي إدارة جديدة سيتم إنشاؤها بدلاً من قسم المشاريع الصناعية حيث ستقوم بدراسة فرص الاستثمار المباشر الجديدة للبنك والإشراف على المساهمات المباشرة ومشاريع البنك ورفع التقارير الدورية للإدارة العليا بشأنها.

3-   **دائرة الشؤون المالية والإدارية:** وسوف تشرف هذه الدائرة على ثلاث إدارات وهي:

○   **الإدارة المالية:** سيتم استحداث الإدارة بدلاً عن قسم الحسابات العامة في المركز الرئيسي حيث سيتم فصل حسابات الفرع وسيناط بالإدارة المالية أعمال الحسابات المركزية وإجراء التسويات المالية بين المركز الرئيسي والفروع وإعداد الميزانية التقديرية والحسابات الختامية للبنك بالإضافة إلى دراسة المنهاج المحاسبي للبنك وتطويره.

○   **إدارة الشؤون الإدارية:** سوف يتم تنسيم مسؤوليات قسم الشؤون الإدارية الحالي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002401

على إدارتين وهما: إدارة الشؤون الإدارية وإدارة الموارد البشرية، وسوف ينـاط بإدارة الشؤون الإدارية كافة الخدمات الإدارية المساعدة مثل المشتريات والتخزين والمطبوعات والإشراف على أجهزة الأمن ونظم السلامة بالإضافة إلى متابعة عقود الصيانة والإيجار.

○ إدارة الموارد البشرية: هي إدارة جديدة سيتم تكوينها إيماناً بأهميـة المـوارد البشريـة في البنك وحرصاً على التخطيط السليم لها وتنميتها، وسوف تضم الإدارة الجديدة مركز للتدريب حيث ستعمل الإدارة على دراسة وتطوير سياسات شـؤون المـوظفين وتوفير التدريب اللازم لهم بالإضافة إلى كافة الأعمال المتعلقة بشؤون الأفراد مثل الاحتفاظ بملفات الموظفين وجوازاتهم وإعداد الكشوف الشهرية للرواتب... إلخ.

٤ – الدائرة العقارية: وهي دائرة تتولى تنفيذ عمليات التمويل العقاري والإشراف على إدارة وصيانة وتأجير العقارات وتضم ثلاث إدارات مركزية: (إدارة المشاريع العقارية، إدارة الاستصناع والمباني، إدارة الخدمات العقارية).

والجدير بالذكر أن التغييرات في مسؤوليات ونظم عمل بعض الأقسـام والإدارات سوف تتحول بطريقة جذرية مما يتطلب بعض الوقت لتنفيذها، وعلى هذا فسوف تمنح الأقسام والإدارات المعنية مهلة كافية لتنفيذ التغييرات المطلوبة منها.

كما يتم العمل حالياً على دراسة الصلاحيات المالية وصلاحيات الموافقة على معـاملات التمويل لكافة العاملين في البنك وسوف يتم إخطارهم بعد اعتمادها، حيث سيتم توجيه رسائل إلى مدراء الفروع والإدارات المعنية تتضمن كافة صلاحياتهم وصلاحيات لجان التسهيلات في الفروع.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002402



الدليل التنظيمي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002404

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



DIB_002405