# EXHIBIT 9

# EXHIBIT A

## DUBAI ISLAMIC BANK

Public Joint Stock Company
( Incorporated in U.A.E. )
Head Office



(Same language in Arabic)

IDM/183/99

## *INTERNAL MEMO*

| TO: | Manager – Administration Division |
|---|---|
| FROM: | INTERNATIONAL DIVISION |
| SUBJECT: | OFAC Amendments to the List of Specially Designated National and Blocked Persons. |

You are requested to circulate the enclosed list, which we received from Bankers Trust Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards

Adel Noori
Manager – International Division

*Mr. Hamdi*
*For circulation to all departments,*
*branches and divisions*

*Date: 10/21/1999*

Form 249

(Same language in Arabic)
P.O. Box: 1080 DUBAI, Tel.: 2953000, Fax: 2954111, Tlx: 45880/48772 ISLAMI EM, SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005577t

SUBJECT:   OFAC – Amendments to the List of Specially Designated Nationals and Blocked Persons

## INTRODUCTION

Attached are the amendments to the consolidated list of Specially Designated Nationals and Blocked Persons (the "List") compiled by the Department of the Treasury's Office of Foreign Assets Control ("OFAC"), published on October 12, 1999. These amendments constitute a revised listing of Foreign Terrorist Organizations ("FTOs"), as published by the Secretary of State.

## DEFINITIONS

*"Specially Designated National"*

The term "Specially Designated National" ("SDN") signifies under the Foreign Assets Control Regulations, that the individual or entity has on or since the effective date of the restriction, acted for or on behalf of the Government or authorities exercising control over any designated foreign country, or any partnership, association, corporation or other organization which on or since the effective date of the restrictions has been owned or controlled by the Government or authorities exercising control over a designated foreign country or by any other designated national.

*"Foreign Terrorist Organizations"*

Foreign Terrorist Organizations ("FTOs") means an organization designated or redesignated as a foreign terrorist organization, or with respect to which the Secretary of State has notified Congress of the intention to designate as a foreign terrorist organization.

*"Specially Designated Terrorists"*

Specially Designated Terrorists ("SDTs") are persons designated by the Secretary of State, in coordination with the Secretary of Treasury and the Attorney General, who are found (a) to have committed or to pose a significant risk of disrupting the Middle East peach process, or (b) to assist in, sponsor or provide financial, material, or technological support for, or services in support of, such acts of violence.

## RESTRICTIONS AND PROHIBITIONS

*SDNs*

Doing business with an SDN is equivalent to doing business with the government of that country, which carries significant criminal and civil violations for corporations and individuals, plus prison terms up to 10 years for individuals and any officer, director or agent of a corporation who "knowingly participates" in a willful violation, and forfeiture of any property involved in the transaction.

q:\nycomp\mort12\ofac\ofac64.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005578

*FTOs*

It is a criminal offense for U.S. persons to knowingly provide material support or resources to FTOs and requires financial institutions to block all funds in which FTOs or their agents have an interest. Civil penalties may be assessed against financial institutions for failing to block or report the blocking of FTO funds in an amount equal to $50,000 per violation or twice the amount which ought to have been blocked or reported, whichever is greater.

*SDTs*

The prohibition extends to any transaction or dealing by a United States person or within the United States in property or interest in property of SDTs, including the making or receiving or any contribution of funds, goods, or services to or for the benefit of such persons.

Such above restrictions and prohibitions apply to all U.S. persons, including U.S. citizens and resident aliens, wherever in the world they are located.

## COURSE OF ACTION

It is incumbent upon us to take reasonable steps to ascertain whether individuals or entities with whom we enter into transactions or relationships are on the SDN list or are owned or controlled by any of the respective sanctioned countries[1], or are acting or purporting to act on their behalf. All accounts in which these individuals or entities have any direct or indirect interests are accounts in which there exists the interests of an SDN. Therefore, all accounts and transactions in all other property, and interests in property subject to jurisdiction of the U.S. of such persons must be blocked under advice to Compliance, and no transaction with such accounts, nor transactions in property, and interests in property subject to U.S. jurisdiction, nor any new relationships with these individual or entities are permitted, except as authorized by a license issued by OFAC.

OFAC's List may be expanded or amended at any time, as new information becomes available to OFAC.

Bank Operations has already been made aware of these changes. In addition, OFAC Access will be updated accordingly.

Please contact me if you have any questions.

As published October 12, 1999, the following names have been added to OFAC's listing of Specially Designated Nationals and Blocked Persons:

AL QAEDA (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP
    FOR THE PRESERVATION OF THE HOLYSITES; a.k.a. THE ISLAMIC ARMY FOR THE
    LIBERATION OF THE HOLYPLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD
    AGAINST JEWS AND CRUSADERS; a.k.a. AL QA'IDA; a.k.a. "THE BASE"; a.k.a. USAMA BIN
    LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]
FOREFRONT OF THE IDEA (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY
    BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA
    POLICE; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. THE QOMEMIYUT
    MOVEMENT; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO]
GI (a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. EGYPTIAN AL-GAMA'AT AL-
    ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO]
HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT
    UL-ANSAR; a.k.a. HUA; a.k.a. HUM) [FTO]

---

[1] OFAC's list of sanctioned countries presently consists of Angola (UNITA), Burma (Myanmar), Cuba, Iran, Iraq, Libya, North Korea, Sudan, Syria, Federal Republic of Yugoslavia (Serbia & Montenegro), the Republic of Serbia, and the Republic of Montenegro, the Taliban controlled areas of Afghanistan.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005579

HUM (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HUA) [FTO]

JUNE 78 (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. ELA; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]

KOACH (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE JUDEAN LEGION; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. JUDEAN VOICE) [SDT][FTO]

LIBERATION STRUGGLE (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY CELLS; a.k.a. ELA) [FTO]

NATIONAL COUNCIL OF RESISTANCE (NCR) (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. MEK; a.k.a. NATIONAL LIBERATION ARMY OF IRAN; a.k.a. NLA) [FTO]

NATIONAL LIBERATION ARMY OF IRAN (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. MEK; a.k.a. NLA) [FTO]

NLA (a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL LIBERATION ARMY OF IRAN; a.k.a. MEK) [FTO]

ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ELA; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]

PALESTINIAN ISLAMIC JIHAD (a.k.a. PIJ-SHAQAQI FACTION; a.k.a. PIJ; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE, a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PIJ-SHALLAH FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS) [SDT][FTO]

PIJ-SHALLAH FACTION (a.k.a. PIJ-SHAQAQI FACTION; a.k.a. PIJ; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. PALESTINIAN ISLAMIC JIHAD) [SDT][FTO]

REVOLUTIONARY CELLS (a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. ELA; a.k.a. LIBERATION STRUGGLE) [FTO]

REVOLUTIONARY NUCLEI (a.k.a. POPULAR REVOLUTIONARY STRUGGLE, a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. ELA; a.k.a. REVOLUTIONARY CELLS; a.k.a. LIBERATION STRUGGLE) [FTO]

"THE BASE" (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005580

THE JUDEAN LEGION (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. JUDEAN VOICE; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. KOACH) [SDT][FTO]

THE QOMEMIYUT MOVEMENT (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA POLICE; a.k.a. FOREFRONT OF THE IDEA; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO]

THE WAY OF THE TORAH (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE JUDEAN LEGION; a.k.a. JUDEAN VOICE; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. KOACH) [SDT][FTO]

THE YESHIVA OF THE JEWISH IDEA (a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KFAR TAPUAH FUND; a.k.a. THE JUDEAN LEGION; a.k.a. THE WAY OF THE TORAH; a.k.a. JUDEAN VOICE; a.k.a. KOACH) [SDT][FTO]

THE YESHIVA OF THE JEWISH IDEA (a.k.a. REPRESSION OF TRAITORS; a.k.a. KACH; a.k.a. DIKUY BOGDIM; a.k.a. STATE OF JUDEA; a.k.a. DOV; a.k.a. SWORD OF DAVID; a.k.a. JUDEA POLICE; a.k.a. FOREFRONT OF THE IDEA; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS) [SDT][FTO]

USAMA BIN LADEN NETWORK (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. "THE BASE"; a.k.a. AL QA'IDA; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO]

USAMA BIN LADEN ORGANIZATION (a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. AL QAEDA; a.k.a. "THE BASE"; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. AL QA'IDA) [SDT][FTO]

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005581

**CEOs**

| 1 | Financial and administrative department | 10/23/99 | 2 | Real estate investment | |
|---|---|---|---|---|---|
| 3 | Investment department | | 4 | Banking transactions department | |

**Ground floor**

| 5 | Main office manager | | 6 | Current accounts | |
|---|---|---|---|---|---|
| 7 | Foreign department | | 8 | Ladies | |

**Mezzanine floor**

| 9 | Letters of Credit | | 10 | Information Technology | |
|---|---|---|---|---|---|

**First floor**

| 11 | Administrative affairs | | 12 | Human Resources | |
|---|---|---|---|---|---|
| 13 | Review | | 14 | Clearing house | |

**Second floor**

| 15 | Legal affairs | | 16 | Monitoring and collection | |
|---|---|---|---|---|---|
| 17 | Trade and financing | | | | |

**Third floor**

| 18 | Systems and quality | | 19 | Management of Branches | |
|---|---|---|---|---|---|

**Fourth floor**

| 20 | Financial department | | 21 | Al-Istisna and buildings | |
|---|---|---|---|---|---|
| 22 | Real estate projects | | | | |

**Fifth floor**

| 23 | International department | | 24 | Credit | |
|---|---|---|---|---|---|
| 25 | Media and public relations | | 26 | Direct investments | |

**Hilal Lootah Building**

| 27 | Sharia Supervision | Dubai Islamic Bank Administrative Affairs Department (fax) SENT [signature] | 28 | Internal auditing | |
|---|---|---|---|---|---|
| 29 | Real estate services | | 30 | Banking cards | |
| 31 | Real estate services/Sharjah | | 32 | | |

**Branches**

| 1 | Abu Dhabi | | 2 | Al Souq | |
|---|---|---|---|---|---|
| 3 | Al Ain | Dubai Islamic Bank Administrative Affairs Department (fax) SENT [signature] | 4 | Ras Al Khaimah | |
| 5 | Al Fujairah | | 6 | Al Sharjah | |
| 7 | Bani Yas | | 8 | Ajman | |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005582t



## CERTIFICATE OF TRANSLATION

Title of Source Document: DIB_005577 – DIB_005582

Source Language: Arabic        Translated to: English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

Signature of Translator:         Date:

*Lucinda Wills*                  Feb. 4, 2019

Consortra Translations
www.consortra.com

Your legal translation partner

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong