# EXHIBIT 10

# EXHIBIT B

# DUBAI ISLAMIC BANK

**Public Joint Stock Company**
( Incorporated in U.A.E. )
**Head Office**



(Same language in Arabic)

IDM/191/99

## *INTERNAL MEMO*

| TO: | Manager – Administration Division |
|---|---|
| FROM: | INTERNATIONAL DIVISION |
| SUBJECT: | OFAC Bulletin No. 65. |

You are requested to circulate the enclosed Bulletin, which we received from Bankers Trust
Co., to our Executive Managers as well as to all our Branches and Divisions.

Regards.

Adel Noori
Manager – International Division

*Received on 11/04/1999*

*Mr. Hamdi*
*For circulation*

*Date: 11/04/1999*

(Same language in Arabic)
P.O. Box: 1080 DUBAI, Tel.: 2953000, Fax: 2954111, Tlx: 45989/48772 ISLAMI EM, SWIFT: DUIBAEAD

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005583t

A Bankers Trust
Company

Nadim Zaman
Vice President

Tel. : (973) 729066
Fax : (973) 729301

A Bankers Trust
Partners of Value

*Mr. Adel Noori*

*For your information*
*2/11*

November 1, 1999

Mr. Rafatul Islam Usmani
Asst Head of Investment & Foreign Relations
Dubai Islamic Bank
P.O. Box 1080
Dubai
United Arab Emirates

Dear Mr. Usmani,

Attached, please find an update from Office of Foreign Asset Control (OFAC) Compliance Bulletin
No. 65

Yours,

*Mr. Mojahed*
*2/11*

Nadim Zaman

/Attach

To all Branch Managers and Department Managers
You are kindly requested to review the content of the
above circular and its attachments and take the
necessary procedures.
Thanks for your cooperation.

Administration Manager

P.O. Box 5905, Manama Centre, Manama, Bahrain          Bahrain Commercial Register No. 73652

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005584t

## URGENT!!! OFAC COMPLIANCE BULLETIN NO. 65

SUBJECT:    OFAC – Additional Names to the List of Specially Designated Nationals Under the Taliban Sanctions Program and Technical Changes to the List of Specially Designated Nationals

---

### INTRODUCTION

Attached are the amendments to the consolidated list of Specially Designated Nationals and Blocked Persons (the "List") compiled by the Department of the Treasury's Office of Foreign Assets Control ("OFAC"), as of October 22, 1999.

### DEFINITIONS

*"Specially Designated National"*

The term "Specially Designated National" ("SDN") signifies under the Foreign Assets Control Regulations, that the individual or entity has on or since the effective date of the restriction, acted for or on behalf of the Government or authorities exercising control over any designated foreign country, or any partnership, association, corporation or other organization which on or since the effective date of the restrictions has been owned or controlled by the Government or authorities exercising control over a designated foreign country or by any other designated national.

### RESTRICTIONS AND PROHIBITIONS

Doing business with a SDN is equivalent to doing business with the government of that country, which carries significant criminal and civil violations for corporations and individuals, plus prison terms up to 10 years for individuals and any officer, director or agent of a corporation who "knowingly participates" in a willful violation, and forfeiture of any property involved in the transaction. These restrictions and prohibitions apply to all U.S. persons including U.S. citizens and resident aliens, wherever in the world they are located.

### COURSE OF ACTION

It is incumbent upon us to take reasonable steps to ascertain whether individuals or entities with whom we enter into transactions or relationships are on the SDN list or are owned or controlled by any of the respective sanctioned countries[1], or are acting or purporting to act on their behalf. All accounts in which these individuals or entities have any direct or indirect interests are accounts in which there exist the interests of an SDN. Therefore, all accounts and transactions in all other property, and interests in property subject to jurisdiction of the U.S. of such persons must be blocked under advice to Compliance, and no transaction with such accounts, nor transactions in property, and interests in property subject to U.S. jurisdiction, nor any new relationships with these individual or entities are permitted, except as authorized by a license issued by OFAC.

OFAC's List may be expanded or amended at any time, as new information becomes available to OFAC.

Bank Operations has already been made aware of these changes. In addition, OFAC Access has been updated accordingly.

---

[1]. OFAC's list of sanctioned countries presently consists of Angola (UNITA), Burma (Myanmar), Cuba, Iran, Iraq, Libya, North Korea, Sudan, Syria, Federal Republic of Yugoslavia (Serbia & Montenegro), the Republic of Serbia, and the Republic of Montenegro, the Taliban controlled areas of Afghanistan.

n:\mvcomp\mcrt112\ofac\ofac63.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

Please contact me if you have any questions.

The following names have been added to OFAC's listing of Specially Designated Nationals and Blocked Persons:

AFGHAN NATIONAL BANK (a.k.a. BANK E. MILLIE AFGHAN; a.k.a. BANKE MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

BANK E. MILLIE AFGHAN (a.k.a. AFGHAN NATIONAL BANK; a.k.a. BANKE MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

BANK OF AFGHANISTAN (a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

BANKE MILLIE AFGHAN (a.k.a. AFGHAN NATIONAL BANK; a.k.a. BANK E. MILLIE AFGHAN), Jada Ibn Sina, Kabul, Afghanistan [TALIBAN]

CENTRAL BANK OF AFGHANISTAN (a.k.a. BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

DA AFGHANISTAN BANK (a.k.a. BANK OF AFGHANISTAN; a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. THE AFGHAN STATE BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

THE AFGHAN STATE BANK (a.k.a. BANK OF AFGHANISTAN; a.k.a. CENTRAL BANK OF AFGHANISTAN; a.k.a. DA AFGHANISTAN BANK), Ibni Sina Wat, Kabul, Afghanistan [TALIBAN]

The following technical changes have been made to entries on OFAC's list of Specially Designated National and Blocked Persons:

CENTROPRODUCT S.A., c/Orense 85, Esc. IV, 4A, Madrid, Spain 28020 [FRYK] -to- CENTROPRODUCT S.A., c/o Orense 85, Esc. IV, 4A, Madrid, Spain 28020 [FRYK]

IVO LOLA RIBAR - Beograd, Belgrade, Serbia [FRYK] -to- IVO LOLA RIBAR - BEOGRAD, Belgrade, Serbia [FRYK]

IMT - INDUSTRIJA MOTORA I TRAKTORA (a.k.a. MACHINES AND TRACTORS INDUSTRY), Belgrade, Serbia [FRYK] -to- IMT - INDUSTRIJA MASINA I TRAKTORA (a.k.a. MACHINES AND TRACTORS INDUSTRY), Belgrade, Serbia [FRYK]

MACHINES AND TRACTORS INDUSTRY (a.k.a. IMT - INDUSTRIJA MOTORA I TRAKTORA), Belgrade, Serbia [FRYK] -to- MACHINES AND TRACTORS INDUSTRY (a.k.a. IMT - INDUSTRIJA MASINA I TRAKTORA), Belgrade, Serbia [FRYK]

\\windows\tmp\t12\ofac\ofac6b.doc

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005586

**CEOs**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 1 | Financial and administrative department | *11/7/99* | 2 | Real estate investment | |
| 3 | Investment department | | 4 | Banking transactions department | |

**Ground floor**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 5 | Main office manager | | 6 | Current accounts | |
| 7 | Foreign department | *11/7/99* | 8 | Ladies | |

**Mezzanine floor**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 9 | Letter of Credits | *11/7/99* | 10 | Information Technology | *11/7/99* |

**First floor**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 11 | Administrative affairs | | 12 | Human Resources | *11/7/99* |
| 13 | Review | | 14 | Clearing house | |

**Second floor**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 15 | Legal affairs | | 16 | Monitoring and collection | |
| 17 | Trade and financing | | | | |

**Third floor**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 18 | Systems and quality | | 19 | Management of Branches | |

**Fourth floor**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 20 | Financial department | | 21 | Al-Istisna and buildings | |
| 22 | Real estate projects | | | | |

**Fifth floor**

| # | Department | | # | Department | |
|---|---|---|---|---|---|
| 23 | International department | | 24 | Credit | |
| 25 | Media and public relations | | 26 | Direct investments | |

**Hilal Lootah building**

| # | Department | # | Department |
|---|---|---|---|
| 27 | Sharia Supervision | 28 | Internal auditing |
| 29 | Real estate services | 30 | Banking cards |
| 31 | Real estate services/Sharjah | 32 | |

Dubai Islamic Bank
Administrative Affairs Department
(fax)
SENT
[signature]

**Branches**

| # | Branch | # | Branch |
|---|---|---|---|
| 1 | Abu Dhabi | 2 | Al Souq |
| 3 | Al Ain | 4 | Ras Al Khaimah |
| 5 | Al Fujairah | 6 | Al Sharjah |
| 7 | Bani Yas | 8 | Ajman |

Dubai Islamic Bank
Administrative Affairs Department
(fax)
SENT
[signature]

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005587t



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** DIB_005583 – DIB_005587

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
10 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                    Feb 4, 2019

Consortra Translations
www.consortra.com

Your
legal
translation
partner