# EXHIBIT 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | 03 MDL 1570 (GBD) (SN) |
| In re Terrorist Attacks on September 11, 2001 ) | ECF Case |
| ) | |
| ) | |
| ) | |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-07279

### DECLARATION OF AMR ABOU EL MAATY

I, Amr Abou el Maaty, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief:

**Background**

1.      I am employed by Dubai Islamic Bank ("DIB") as an Assistant Vice President and Head of Branches Support.

2.      I graduated from Cairo University in Egypt in May 1990 where I received a Bachelor of Science degree in Accounting. I also took a one-year course in Modern Accounting at American University in Cairo, Egypt in approximately 1991.

3.      I worked at KPMG in Egypt from approximately 1991 until March 1997. I then worked at KPMG in Dubai from March 1997 until March 1999.

4.      I joined DIB's Internal Audit Department in June 1999 as an auditor.  I was responsible for conducting audits of DIB's branch offices and departments.

5.      In 2003, I became the manager of the Branch Operations Department at DIB. In approximately 2007 I became the Assistant Vice President of DIB's Branch Operations Department.  The Branches Operations Department's name changed to Business Operation and Control and later to Branches Support.

**Internal Audit Department**

6.      DIB's Internal Audit Department in the 1990s and prior to September 11, 2001 was responsible for internal audits of branches and departments of DIB.  DIB's Internal Audit Department evaluated DIB's control systems, procedures, documents, forms, and records.

7.      DIB's Internal Audit Department selected specific branches and departments for audit each year based on a variety of factors.

8.      DIB conducted audits of its branches and departments by following audit programs.  An audit team created the audit program, which was then approved by the Head of Internal Audit.

9.      DIB's audit programs also incorporated guidance from UAE Central Bank circulars. For example, DIB's audit program tested whether the relevant parts of the Bank were following the UAE Central Bank's Anti-Money Laundering Circular 24/2000 after the circular was issued.

10.     DIB's internal audits included compliance and substance tests.  Compliance tests within the audit program determined whether DIB's branches and departments followed their policies and procedures.  Substance tests within DIB's audit program reviewed a sample of documents and records.  For example, audits of DIB's branches included review of a sampling of account opening documents to ensure the branches obtained all required documentation.

2

11.     DIB's Internal Audit Department sent audit teams to each branch and department that was being audited to apply the designed audit program.

12.     Once an internal audit was completed, the audit team discussed its report with the branch or department manager.  DIB's audit teams also created action plans for the relevant branches or departments that provided recommendations to improve any issues detected in the audit.

13.     Once DIB's audit reports were complete, DIB's management received copies of those reports.

**Account Opening at DIB**

14.     As part of my audit responsibilities, I audited DIB's account opening procedures beginning in 1999.

15.     Before a prospective individual customer could open an account at DIB, DIB required that the prospective customer fill out a signature card and account opening form and provide an original passport to verify the person's identity.  In the case of a company, DIB also required proof of its commercial license to open an account.

16.     To open an account, a DIB branch employee met with a new prospective customer, checked the customer's original passport and any other required documentation, copied the pages of the passport that verified the customer's identification and residence, and generally stamped or initialed the copy to confirm the DIB branch employee had reviewed the original document.

17.     As part of account opening, a potential customer filled out a DIB account opening form and signed a signature card.  A potential customer signed both the account opening form and the signature card in the presence of the DIB branch employee, and the branch employee stamped or initialed the signature card as well.

3

18.     Once a potential customer completed DIB's account opening application, a DIB branch employee checked the potential customer's name against (1) the UAE Central Bank's List of Current Account Restricted Persons ("UAE Central Bank Black List"); (2) DIB's internal black list; (3) any other sanctions or black lists distributed to DIB's branches (including any notices or sanctions lists from the United States Government's Office of Foreign Assets Control ("OFAC")); and (4) the list of accountholders who were already customers at DIB.

19.     An account could not be opened for any person who was on the UAE Central Bank's Black List, other sanctions list distributed to DIB's branches, or DIB's own internal black list.

20.     Each of DIB's branches had at least one computer terminal that was connected directly to the UAE Central Bank that permitted searches of the UAE Central Bank Black List. A DIB branch employee searched a potential customer's name in the UAE Central Bank terminal, and if the potential customer's name hit on the UAE Central Bank Black List, the branch employee could not open an account for that customer.

21.     As part of account opening, a DIB branch employee also searched a potential customer's name in DIB's computerized banking system, Tandem.  If a Tandem search indicated that the potential customer was already an account holder with DIB, then the branch employee assigned the customer's existing customer information file ("CIF") number in DIB's system to the new account and no new CIF number would be given to the customer.

22.     Completed opening account applications and supporting documents were submitted to DIB's branch officials, also known as Branch Managers or Assistant Branch Managers.  DIB's Branch Manager or Assistant Branch Manager reviewed account opening applications and supporting files to ensure they contained all required information before final approval and activation of an account.  Upon completion of the review and approval of the account, the new account was considered opened.

23.     Each branch at DIB had a Current Accounts Department that was responsible for keeping account opening records, including account opening forms and copies of original documents, in special files in a secured location at the branch.  DIB's Branch Managers were responsible for verifying that these account opening documents were safely and securely stored.

24.     When DIB created the Central Operations Department in 2003, all of the account opening files at each of the branches was sent to the Central Operations Department for management and storage.

25.     Attached as Exhibit A (DIB_002457-2699) is a true and correct copy of DIB's policies and procedures manual entitled *Duties and Responsibilities of Departments at Dubai Islamic Bank.*  DIB's account opening policies and procedures are largely reflected in Exhibit A at DIB_002468 and DIB_002472.

26.     DIB would not have opened an account for a potential customer if that potential customer had appeared on the UAE Central Bank Black List or any other sanctions or black list then known to DIB.

27.     Before September 11, 2001, I was unaware of any accountholder's having any alleged involvement with al Qaeda or any intention to participate in or aid any terrorist attack. I am unaware of information suggesting that DIB had any intention to participate in or aid any terrorist attack.  I am not aware of any information suggesting that DIB ever knowingly provided financial services to a customer with links to al Qaeda.

28.     In my experience since joining DIB in 1999, I believe that DIB then and now would promptly terminate any customer relationship and report the customer to the UAE Central Bank if DIB believed the customer was funding or otherwise involved in terrorist activity.

29.     In my experience, DIB always used its best efforts to comply with the instructions of the Central Bank, including instructions to freeze or close accounts.

**September 11, 2001 Terrorist Attacks**

30.     At no point during my four years in DIB's Internal Audit Department from 1999 until 2003 did I ever find or become aware of any evidence of terrorist financing at DIB.

31.     I have never been asked by anyone at DIB to support terrorism, and I would never support terrorism.

32.     I have never heard anyone at DIB express any support for al Qaeda or any terrorist organization.  I have never learned any facts suggesting in any way that DIB supports or supported al Qaeda or any other terrorist organization.


Pursuant to 28 U.S.C. § 1746, I, AMR ABOU EL MAATY, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2021.

# EXHIBIT A



بنك دبي الإسلامي

# أعمال ومستويات الأقسام

# في بنك دبي الإسلامي

مركز التدريب والتطوير

قسم البحوث

ابريل ١٩٩٧م

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002457

المحتويات

رقم الصفحة

| | |
|---|---|
| ١ | تقديم .......... |
| ٣ | المقدمة .......... |
| ٧ | الحسابات الجارية .......... |
| ٣٤ | القسم الأجنبي .......... |
| ٤٣ | المقاصة .......... |
| ٤٦ | الاعتمادات المستندية .......... |
| ٥٥ | التجارة والتسهيل .......... |
| ٧٢ | الاستثمار والعلاقات الخارجية .......... |
| ٧٩ | الائتمان .......... |
| ١٠٤ | المشاريع العقارية .......... |
| ١١٠ | الخدمات العقارية .......... |
| ١١٨ | المتابعة والتحصيل .......... |
| ١٣٥ | الشؤون القانونية .......... |
| ١٥٣ | بطاقات السفر .......... |
| ١٥٩ | الحسابات العامة .......... |
| ١٨٤ | الحاسب الآلي .......... |
| ١٩٨ | الرقابة الشرعية .......... |
| ٢١٢ | التدقيق الداخلي .......... |
| ٢١٤ | الشؤون الإدارية .......... |
| ٢١٨ | المشاريع الصناعية .......... |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002458

بسم الله الرحمن الرحيم

" وقل اعملوا فسيرى الله عملكم ورسوله والمؤمنون
وستردون الى عالم الغيب والشهادة فينبئكم بما كنتم
تعملون "
صدق الله العظيم

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002459

تقديم :

" الرحمن ، علم القرآن ، خلق الانسان علمه البيان " فله الحمد على جليل نعمه ، والصلاة
والسلام على أشرف خلقه ، سيدنا محمد صلى الله عليه وسلم وعلى آله وأصحابه ومن والاه •

فمن نعم الله على المجتمع الاسلامي أن وقتت بانشاء بنك دبي الاسلامي كمؤسسة مالية
مصرفية اسلامية تهدف الى تطبيق أحكام الشريعة الاسلامية في المعاملات المصرفية ، وتنمية
الأموال بالطرق الحلال •

والكتاب الذي بين يديك عزيزي القارئ ( أعمال ومسئوليات الاقسام في بنك دبي الاسلامي)
يجرى كل الاعمال المصرفية التي يمارسها البنك من خلال أقسامه المختلفة بشكل تفصيلي •
رياسلوب سهل ، بعيد عن المبالغة والتعقيد يفيد المتخصص ويستوعبه القارئ العادي ، طمعا في
تجسيد الواقع العملي الذي يمارسه البنك في معاملاته المختلفة وأملا بـأن يفي بالغرض المنشود
بما توافرت به من خصائص منها على سبيل المثال عرض أعمال ومسئوليات أقسام البنك بهدف
تريف المعرفة للعاملين بأعمال أقسامهم ، بالاضافة الى أعمال الاقسام الأخرى ليكون الموظف
بالبنك نموذجا يحتذى به للعاملين بالبنوك الاسلامية الاخرى ، من حيث المامه بشتى الاعمال
المصرفية الاسلامية ؛ والرد على أية استفسارات خاصة بأعمال البنك فضلا عن أهمية توفير
مثل هذا الكتاب، قد يعزز من دور البنك في تنمية العمل المصرفي الاسلامي ، والاسهام بتوفير
المراجع العلمية والعملية ، بما يساعد الباحثين والمهتمين بقضايا البنوك الاسلامية بالاطلاع على
أعمال ومسؤوليات بنك دبي الاسلامي كتجربة نموذجية رائدة يمكن منـاقشتها والاستفادة منها في
تطوير أعمال ومسئوليات البنوك الاخرى •

كما أن هذا الكتاب يساعد على ايضاح أعمال ومسؤوليات الاقسام بما يفيد في الاستعانة في اعداد
التوصيف الوظيفي مستقبلا •

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002460

لهذه الخصائص التي يمتاز بها هذا الكتاب رأينا أنه يصلح لأن يكون أحد المراجع العلمية

والعملية لبنك دبي الاسلامي والعلماء والباحثين .

وما هذا الجهد الا مساهمة متواضعة ريادية لمشوار طويل يجب أن نسير فيه جميعا على خير

وجه متكاتفين من أجل الارتقاء بهذه المؤسسة الاسلامية الرائدة الى الدرجة المرجوة لها .

سعيد بن أحمد آل لوتـاه

رئيس مجلس الادارة والعضو المنتدب

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002461

- ٣ -

المقدمة :

بنك دبي الاسلامي مؤسسة مالية مصرفية اسلامية يعمل في مجال المال والاعمال يسعى
الى الالتزام بالحلال وتجنب الحرام في المعاملات المالية والمصرفية دون أن يتعامل بالربا أخذا
وعطاءاً بوصفه تعاملاً محرماً شرعاً ، وعليه فما كان من أعمال البنوك الاخرى حلالاً لا شبهة
فيه قام بها البنك الاسلامي دون حرج ، وما كان فيها من ربا تجنب البنك التعامل بها مع ايجاده
للبدائل المقبولة شرعاً حتى لا يحرم المتعامل مع البنك من ميزة مصرفية يتمتع بها غيره لدى
البنوك الاخرى .

وقد كان لطبيعة الدور الاسلامي والخصائص المميزة للبنك أن يعمل على رسم استراتيجية
خاصة به من ملامحها الاساسية تلك السياسة الائتمانية التوسعية والخدمات المصرفية المتطورة ،
والمعاملات التجارية بالمرابحة ، والمضاربات ، والاستصناع ، وانخدمات الاجتماعية والانسانية
التي يقوم بتنفيذها البنك من خلال الاقسام المختلفة وكل بحسب دوره واختصاصاته التي يتعاطها:

فقسم الحسابات التجارية يعد الراجية الاساسية للبنك ويمارس دوره من خلال اتصاله المباشر
بالجمهور والمتعاملين ويعمل على انهاء معاملاتهم واجراءاتهم الشخصية أو تلك المرتبطة
باعمال الاقسام الاخرى، كما أن هذا القسم يمارس دوره بالقيام بتجميع السيولة النقدية من خلال
الودائع بانواعها بما يساهم في زيادة الموارد المالية للبنك والاستثمار في المجالين المحلي
والدولي .

أما القسم الاجنبي فانه يعمل على توفير خدمات متعددة ومتجددة بشكل يلبي كافة احتياجات
المتعاملين ، ومن خدماته الحوالات الاجنبية بالبريد أو التلكس أو بالتليفون أو بالفاكس والقيام
بدفعها للمستفيد في أي مكان بالعالم وبالعملة التي يحددها المتعامل ومنها الشيكات المصرفية
الصادرة لأي مستفيد في أي بلد دياي صلة يحددها طالب الشيك .

وعن قسم المقاصة فانه يقوم بتلقي الشيكات المستحقة السداد الفوري والشيكات المحررة
بتواريخ أجله بالعملة المحلية من المتعاملين وجميع أقسام البنك للتحصيل عن طريق الفروع
والبنوك المراسلة وقد تصنف الشيكات المستحقة الدفع الفوري الى شيكات مسحوبة على بنك دبي
الاسلامي وشيكات مسحوبة على بنوك أخرى داخل الدولة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٤ -

كما يقوم قسم الاعتمادات المستندية بإصدار خطابات الضمان بناءاً على طلب المتعاملين
مم حيث يتعهد البنك فيها بدفع مبلغ نقدي معين عند طلب المستفيد خلال فترة زمنية محددة،
كما يقوم القسم بفتح الاعتمادات المستندية النقدية وفي هذا النوع من الاعتمادات يحصل البنك
على عمولة مقابل فتح الاعتماد النقدي المذكور ، أما في حالة الاعتماد بطريق المرابحة فإن
المتعامل يتقدم بطلب فتح الاعتماد المذكور لشراء بضاعة ما وتأجيل الثمن فإن البنك يقوم بشراء
البضائع من المصدر بالخارج باسم البنك ولحسابه وبعد وصول البضائع أو المستندات حسب
اتفاق البنك مع متعامليه يتم تسليمها له ٠

أما قسم المرابحة فإنه يعمل على تنفيذ رغبة المتعاملين مع بنك دبي الاسلامي بالحصول
على كافة احتياجاتهم حيث يستطيع المتعامل من أن يحصل بطريقة المرابحة على السيارات
والمعدات والآليات والناقلات وما شابه ذلك ، والأثاث والسلع المختلفة ومستلزمات الانتاج والسلع
الوسيطة ، والعقارات ، والمباني والأراضي ، والمزارع ، والمصانع ٠

كما يقوم قسم الاستثمار والعلاقات الخارجية باستثمار أصول البنك في المرابحات الدولية
وتمويل عمليات التجارة الخارجية ، ويساهم في المضاربات والمشاركات وفقاً للنواحي الفنية
والمصرفية والقانونية والشرعية ٠

وقد يعمل قسم الائتمان على اقتراح وتنفيذ السياسات المتعلقة بالتسهيلات الائتمانية ، ودراسة
الجوانب المالية والضمانات المقدمة للمشروع بالتعاون مع الأقسام الأخرى بالبنك ، والمؤسسات
المالية والاستشارية خارج البنك ، اضافة الى تقديم بيانات وتقارير دورية الى لجنة التسهيلات
المصرفية عن أوضاع المتعاملين مستندة حتى تحليل مراكزهم المالية وميزانياتهم ، وأوضاع
الضمانات المقدمة من المتعامل للبنك ٠

أما قسم المشاريع العقارية فإنه يقوم بتقييم العقارات التي سيتم شراءها بتمويل من البنك ،
والعقارات لأغراض الرهن والاستصناع ، وكذلك الاشراف على مراحل تنفيذ عمليات
الاستصناع وبمقتضاه يطلب المتعامل من البنك أن يصنع له شيئاً محدداً كبناء عقار مثلاً حيث
يقوم القسم باعداد الدراسة الفنية للمشروع موضوع عقد الاستصناع أو تقييم العقار المراد رهنه
لغرض الضمانات ويقوم البنك بعد ذلك بالتنفيذ طبقاً للمواصفات المنصوص عليها في عقد
الاستصناع عن طريق أحد المقاولين أو بنفسه ٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002463

— ٥ —

وعن قسم الخدمات العقارية فإنه يقوم باستلام المباني والإعداد للتأجير بعد استكمال المنشآت ، وإدارة المرافق والمجمعات والعقارات التي يمتلكها البنك أو يتولى إدارتها نيابة عن الآخرين مع ضمان تأجيرها وصيانتها ، وتحرير العقود الإيجارية الخاصة بالوحدات السكنية أو المرافق الأخرى ، واتخاذ الإجراءات التنفيذية اللازمة لتحسين ظروف السكن في الوحدات السكنية التي يمتلكها البنك أو يديرها بما في ذلك التنسيق مع الشركات والدوائر الحكومية والمحلية لترسيم الخدمات .

كما يمارس قسم المتابعة والتحصيل دوره من خلال عملية المتابعة المستمرة للشبكات المرتدة من المتعاملين مع البنك في عمليات الاستصناع وبيع وشراء العقارات والسيارات والاعتمادات .

وعن أعمال ومسؤوليات قسم الشؤون القانونية بالبنك فإنه يقوم بالاستشارات القانونية ، وإعداد العقود والإرشادات القانونية وأن مهام وواجبات قسم الشؤون القانونية تشمل كل الأنشطة التي يقوم بها البنك وتنطوي على إجراءات يجب أن تراعى فيها الضوابط والمبادئ القانونية المختلفة التي تنطبق عليها مجموعة القوانين التجارية والمدنية ذات الصلة بالعمل المصرفي .

أما قسم بطاقات الفيزا فإنه يقوم بإصدار بطاقة الفيزا العالمية والتي يمكن الاعتماد عليها في تغطية قيمة مشتريات أو قيمة خدمات سواء داخل الدولة أو خارجيا بأسرع الطرق وأيسرها . وتصدر هذه البطاقة عن بنك دبي الإسلامي بالتعاون مع مؤسسة فيزا العالمية .

أما قسم الحسابات العامة فإنه يعتبر الجهة الرقابية على جميع الحسابات بالبنك كما يعتبر جهة تنفيذية لبعض الأعمال التي تسند إليه من الإدارة العليا ويعمل على القيام بمراجعة الحركة اليومية للاشعارات ، ومراجعة الحركة اليومية للمصارف الآلي ، ومراجعة الأرصدة اليومية للاشعارات ، ومطابقتها مع الأستاذ العام ، والتسويات ، والمصروفات ، وإعداد حافظة المستندات العامة ، ومراقبة الحركة النقدية ونسب السيولة ، والتسويات الجردية للحسابات الختامية في نهاية العام .

وعن قسم الحاسب الآلي فقد حرص البنك منذ نشأته الأولى على أداء خدمته للمتعاملين بسهولة ويسر ، ومن أجل ذلك تم ربط جميع أعمال البنك بخدمات الحاسب الآلي ليكون عونا على الدقة والإتقان وسرعة الأداء وسيولة تقديم كافة خدمات البنك فيما يتعلق بعمليات الإبداع

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002464

— ٦ —

والسحب ، أضافة الى دوره بتوفير البيانات والمعلومات الخاصة بالادارة العليا والاقسام والفروع

بأسرع وقت ممكن .

وعن الرقابة الشرعية فانها هيئة يعينها مجلس ادارة البنك عملا بنص الباب السابع من
النظام الاساسي للبنك بموافقة المصرف المركزي مهمتها الافتاء بقضايا العمل المصرفي
والتحقق بأن أعمال البنك تسير وفقا لتعاليم الشريعة الاسلامية .

وعن قسم التدقيق فانه يقوم بمراجعة جميع أقسام البنك المختلفة وفقا لبرامج تدقيق وأوراق
عمل لكل مهمة في أقسام البنك المختلفة .

وأيضا فان قسم الشؤون الادارية يمارس دوره من خلال الاجراءات التنظيمية المتعلقة
باصدار التعاميم والقرارات الادارية على جميع أقسام وفروع البنك . كما يقوم باعداد ملفات
الموظفين وعروض العمل ، واصدار شهادات لمن يهمه الامر والاحتفاظ بجوازات سفر
الموظفين والقيام باجراءات اصدار التأشيرات والا قامات للموظفين . بالاضافة الى متابعة تنفيذ
الخطط الموضوعة بشأن الاحتياجات من الايدي العاملة ، ومراقبة دوام الموظفين .

والله ولي التوفيق . . .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002465

⑦



قسم المسابلات اليمنية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٨ -

# قسم الحسابات التجارية

## قسم الحسابات التجارية والاجراءات :

يعتبر قسم الحسابات التجارية الواجهة الأساسية للبنك بصفة عامة وذلك بسبب اتصاله المباشر بجمهور والمتعاملين وانهاء اجراءات معاملاتهم الشخصية , أو المتصلة بالأقسام الأخرى .

يقوم قسم الحسابات التجارية بالأعمال التالية:

## أولاً : الحسابات الجارية

**التعريف:**

هو قرض تحت الطلب شرعاً وقانوناً ولا يستحق المتعامل بمقتضاه أية أرباح , ولايتحمل أية خسائر ويلتزم البنك بدفع جميع المبالغ بالحساب لصاحبها وقت الطلب .

**السند الشرعي:**

الحساب الجاري هو قرض تحت الطلب يجري عليه ما يجري على القرض من الضمان ورد المثل ٠٠٠ وقد جاء بفتاوى المؤتمر الثاني لمجمع البحوث الاسلامية بالقاهرة عام ١٩٦٥ بأن أصحاب البنوك من الحسابات التجارية , وصرف الشيكات وخطابات الضمان والاعتمادات والكمبيالات الداخلية التي يقوم عليها العمل بين التجار والبنوك , كل هذا من المعاملات المصرفية الجائزة , وما يؤخذ في نظير هذه الأعمال ليس من الربا .

**لمن تفتح الحسابات التجارية ؟**

تفتح الحسابات التجارية للشخصيات الطبيعية مثل:

- حسابات الأفراد الشخصية - الحسابات المشتركة - حسابات القصر بولاية الأب والمحكمة

وتفتح أيضاً للشخصيات الاعتبارية مثل:    - حسابات النوادي والجمعيات والمدارس .
- حسابات المؤسسات والشركات
- الحسابات الحكومية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٤ -

و اجراءات فتح الحساب الجاري المطلوب للمتعامل المقيم بعد تقديمه الأوراق الثبوتية

مستندات المطلوبة لكل نوع كما هى موضحة بالبيان التالى:

| نوع الحساب | البيانات والمستندات المطلوبة |
|---|---|
| شخصى | جواز السفر الأصلى – العنوان الكامل وصندوق البريد – أرقام الهواتف |
| مشترك | جواز السفر الأصلى – العنوان الكامل وصندوق البريد – أرقام الهواتف |
| | – اقرار بتحديد المسؤولية أمام البنك . |
| حسابات القصر | جواز السفر الأصلى أو شهادة الميلاد للقاصر – جواز السفر الأصلى للولى أو الوصى – قرار المحكمة الشرعية بتعيين الوصى الشرعى فى حالة غياب الولى – العنوان الكامل وصندوق البريد – أرقام الهواتف . |
| المؤسسات والشركات | الرخصة التجارية – شهادة قيد بالسجل التجارى – شهادة تسجيل فى غرفة التجارة والصناعة – عقد الشراكة أو وكيل الخدمات مصدق حسب الاصول – خطاب بتحديد المخولين بالتوقيع أو بتوكلاء عن طريق المحكمة – جوازات سفر المخولين وأصحاب الترخيص والشركاء – العنوان الكامل وصندوق البريد – أرقام الهواتف . |
| الجمعيات والنوادى | قرار الوزارة المختصة بالاشهار – قرار الجمعية العمومية الذى يحدد المخولين بالتوقيع – جوازات سفر المخولين بالتوقيع – رخصة البلدية بالنسبة للمدارس – العنوان الكامل وصندوق البريد – أرقام الهواتف . |
| الحسابات الحكومية | بأمر الحكومة . |

هذا ويجب معاينة أصول الأوراق الثبوتية والمستندات من قبل الموظف المختص والاحتفاظ بصورة طبق الأصل مع ملف الحساب ، مع مراعاة سريان مدة الاقامة بالنسبة للوافدين .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002468

- ٦ -

## شروط الحساب الجاري:

- هي حسابات دائنة تكون مبيدة للسحب والإيداع بلا قيد أو شرط يسمح فيها باستعمال الشيكات وغيرها من وسائل السحب المعتمد لدى البنك بحدود الرصيد الدائن .

- تكون الأموال المودعة فيها أموالا مفوضة للاستعمال والرد عند الطلب ولا تشارك بأية نية في أرباح الاستثمار ولا تتحمل مخاطرة .

٣ - كشوف الحسابات التي يصدرها البنك تكون صحيحة وموافقا عليها نهائيا إذا لم يستلم البنك أي اعتراض على صحته خلال خمسة عشر يوما من تاريخ وصول الكشف لصاحب الحساب .

٤ - يكون البنك مخولا بأن يقيد على الحساب أية قيود تتعلق بالنفقات , والمصاريف وأية معاملة من المعاملات المصرفية المتعلقة بصاحب الحساب .

٥ - لا يجوز للشخصية الطبيعية , أو الاعتبارية الواحدة أن تحتفظ بأكثر من حساب جاري واحد في نفس الفرع ويمكن تعداد الحساب في الفروع الأخرى تحت نفس الرقم الأساسي للمتعامل .

٦ - حساب المتعامل سري ولا يجوز لغيره بالاطلاع عليه إلا بتفويض خطي منه أو بأمره , أو بحكم قضائي .

## ثانيا : حسابات الادخار الاستثماري:

التعريف: هي حسابات مخصصة للادخار مع التفويض بالاستثمار على أساس المضاربة المطلقة , وفيها يفوض المتعامل معه البنك في استثمار هذه الأموال , ويبذل البنك جهدا مصرفيا جيده لتحقيق المصلحة المشتركة بينه وبين المتعاملين معه .

السند الشرعي: المعاملة بين المودع والمصرف تأخذ حكم المضاربة كما جاء في قرارات المؤتمر الأول للمصرف الإسلامي بدبي ١٣٩٩هـ/١٩٧٩م .

الشروط العامة لحسابات الادخار الاستثماري:
أ - تبدأ مشاركة المبالغ المودعة بالحساب في الاستثمار اعتبارا من ألف درهم .
ب - تبدأ مشاركة المبالغ المدخرة في الاستثمار اعتبارا من بداية الشهر الإفرنجي التالي لشهر الإيداع عدا المبالغ المودعة في اليوم الأول من الشهر فتشارك في الاستثمار اعتبارا من نفس اليوم .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٥ - يستثني البنك نسبة ٠.٥٠% من قيمة المبالغ المدخرة بغرض الاستثمار ويودع صافي الأرباح بنسبة ٩٧% للمستثمر و٢% للمضاربين وفي حالة الخسارة لا تحمل الله - يتحملها المدخر مالم يثبت أن البنك المضارب قصر أو تعدى أو خالف شروط المضاربة.

٢ - يجب ألا يقل رصيد الحساب عن مائة درهم.

ـ د - لا يجوز للمدخر أن يسحب من حسابه سوى مرة واحدة فقط خلال الشهر الواحد ولايشارك المبلغ المسحوب في الاستثمار خلال شهر السحب.

و - تفتح هذه الحسابات للأشخاص الطبيعيين فقط الراغبين في الاستثمار بذواتهم أو بصفاتهم أو بواسطة من ينوبون عنهم بصفة رسمية , وكما هو الحال بالنسبة للحسابات الجارية الشخصيات الطبيعية تتم اجراءات فتح الحساب للمتعامل للمقيم أو غير المقيم بعد تقديمه الأوراق الثبوتية والبيانات والمستندات المطلوبة كما هي بيان الحسابات الشخصيـــة الطبيعية الجارية وحسب الشروط الموضحة في طلب فتح الحساب الادخاري.

### ثالثا: الودائع الاستثمارية:

التعريف: هي الأموال التي تودع لدى البنك لمدة معينة يفوض أصحابها البنك باستثمارها على أساس المضاربة المطلقة.

السند الشرعي: التعامل بين المودع والمصرف تأخذ حكم المضاربة. كما جاء بفتوى الهيئة العليا للرقابة الشرعية في اجتماعيا الأول ١٩٨٣/٤/١٣م ونصت على أن الودائع الاستثمارية بالبنك هي عقد مضاربة شرعي ينطبق عليه جميع أحكام المضاربة التي ورد تفصيليها بكتب الفقه الاسلامي. والمضاربة ثابتة بالكتاب والسنة والاجماع وتوزع الأرباح بين البنك "المضارب" والمودعيـن "أصحاب الأموال" حسب العقد المبرم بينهما.

الشروط العامة لحسابات الودائع الاستثمارية:

أ - تفتح حسابات الودائع الاستثمارية للشخصيات الطبيعية والاعتبارية حسب نوع التي يقدمه البنك من حيث المدة وهي اما سنة واحدة , أو تسعة شهور , أو ستة شهور , أوثلاثة شهور أو من حيث نوع العملة المستثمرة , اما بالعملة المحلية "درهم الامارات" أو العملة الأجنبية "دولار أمريكي".

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٢ -

ويتم إجراءات فتح الحساب للمتعامل الطبيعي ، أو غير المقيم بعد تقديم الأوراق الثبوتية
والبيانات والمستندات المطلوبة كما هي بين الحسابات الجارية ، وحسب الشروط
الموضحة في طلب فتح حساب الوديعة الاستثمارية .

- يستثمر البنك نسبة ٨٠ ٪ لمدة سنة ، و ٧٠٪ لمدة تسعة شهور ، و ٦٠ ٪ لمدة ستة شهور
و ٥٠ ٪ لمدة ثلاثة شهور من قيمة الوديعة الاستثمارية ويوزع صافي الأرباح بنسبة
٩٧٪ للمستثمر و ٣٪ للبنك المضارب ، وفي حالة الخسارة لاقدر الله - يتحملها
المستثمر مالم يثبت أن البنك المضارب قصر ، أو تعدى أو خالف شروط المضاربة .

- الحد الأدنى للوديعة الاستثمارية ١٠،٠٠٠ درهم ، أو ٥،٠٠٠ دولار ، أو ما تقرره ادارة
البنك .

- يفوض المستثمر البنك في استثمار أمواله على أساس المضاربة المطلقة وللبنك حرية
التصرف في كل ما يراه مناسبا لتحقيق مصلحة الطرفين .

- تبدأ مشاركة الوديعة في الاستثمار اعتبارا من اليوم الأول والعاشر والعشرين من كل
شهر افرنجي حسب تاريخ الايداع .

- لا يجوز للمودع أو المستفيد أو من له حق السحب أن يقوم بسحب وديعته الاستثمارية
أو جزء منها قبل تاريخ انتهاء مدتها .

- يتجدد استثمار الوديعة تلقائيا بعد انتهاء مدتها وبنفس الشروط مالم يخطر أحد الطرفين
(المودع والبنك) الآخر خطيا قبل شهر من تاريخ انتهاء الوديعة .

ويجدر الاشارة الى أن الوديعة الاستثمارية نوعان:

(أ) وديعة استثمارية مطلقة:
بمقتضاها يفوض المتعامل البنك في استثمار الوديعة على أساس المضاربة المطلقة ،
ويتخذ البنك كل ما يراه مناسبا لتحقيق مصلحة الطرفين ، ويوزع الأرباح حسب النظام
المذكور أعلاه .

(ب) وديعة استثمارية محددة "مقيدة":
يفوض فيها المتعامل البنك في استثمار أمواله في مشروع محدد ويتم في هذه الحالة توزيع
عائد المشروع حسب نصوص العقد المبرم بين البنك وصاحب الوديعة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002471

- ١٢ -

خطوات العملية لفتح الحسابات التجارية:

فتح الحسابات:

- يتقدم المتعامل الى الموظف المختص لفتح الحساب المطلوب بأوراقه الثبوتية الأصلية.
- يتم تحديد نوع الحساب المطلوب فتحه (جاري/ادخار/استثمار) ، فردي ، مشترك ، قاصر ، مؤسسة ، هيئة ، ، شركة ، نادي ، جمعية.

٢ - يملأ المتعامل طلب فتح الحساب بمعرفة الموظف المختص ويتم التوقيع عليه بحضوره.

٤ - يوقع المتعامل على طلب فتح الحساب وكذلك بطاقات التوقيع وفي حالة التوقيع بالبصمة يختم على الطلب وكذلك بطاقة التوقيعات بختم ( بصم أمامي وتحقق من شخصيته ) .

٥ - يقوم الموظف المختص بالبحث عن اسم المتعامل في قائمة المحظور التعامل معهم التابعة للبنك وكذلك المصرف المركزي.

٦ - يقوم الموظف المختص بادخال اسم المتعامل وكافة البيانات في الحاسب الآلي ، حيث يقوم الحاسب الآلي بالبحث عن الاسم آليا وفي حال وجود نفس الاسم في الحاسب الآلي يعطي اشارة بوجود الاسم ، ويتحقق الموظف من المتعامل وفي حالة مطابقة التوقيع والبيانات يتم استخدام نفس الرقم السابق للحساب الجديد المطلوب فتحه ، ولا يعطى رقما جديدا يخصه.

٧ - يقوم المتعامل بايداع رصيد الافتتاحي في حسابه الجديد لدى الصندوق.

٨ - يمنح المتعامل من البنك المستند الخاص بحسابه حسب نوع كل حساب اما دفتر شيكات للجاري ، أو شهادة وديعة استثمارية.

٩ - يقوم الموظف المختص بمطابقة البيانات المدرجة في الحاسب الآلي مع بيانات الطلب.

١٠ - يقوم المسؤول عن فتح الحسابات بمراجعة الطلبات من حيث سلامتها وصحة ادخالها في الحاسب الآلي ويعتمدها.

١١ - يحصل القسم من قسم الحاسب الآلي على تقارير يومية خاصة بالحسابات الجديدة ، يتم مراجعتها من قبل رئيس القسم أو مساعده.

١٢ - ترسل بطاقات التوقيعات الى قسم الحاسب الآلي لادخالها في الأجهزة الخاصة بتوقيعات. ثم تعاد الى القسم وتحفظ في ملفات خاصة.

١٣ - بعد ذلك يتم حفظ طلب فتح الحساب والمرفقات في الملف الخاص في مكان آمن.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002472

‑ ١٤ ‑

.ار دفاتر الشيكات:

.يتقدم المتعامل بالطلب لاصدار دفتر الشيكات بعد أن يوقع عليه الموظف المختص.

. يتأكد الموظف من صحة توقيع المتعامل ، ومن مدى امكانية اعطائه دفتر شيكات من واقع حركة حسابه ومركزه المالي.

‑ يوقع المسؤول على الطلب لاصدار الشيكات بالموافقة.

‑ تتم طباعة الشيكات وتسجل في السجل الخاص بها وتسلم للمتعامل بعد توقيعه بالاستلام أمام الموظف المختص.

‑ تكون الشيكات غير المطبوعة محفوظة في الخزينة الرئيسية ، ويتم استخراج هذه الشيكات بواسطة رئيس القسم مع التسجيل في السجل الخاص بالشيكات.

صدار دفاتر الادخار الاستثماري:

١ ‑ يقوم موظف فتح الحسابات باصدار دفتر الادخار الاستثماري فور فتح الحساب.

٢ ‑ يسجل الدفتر في سجل خاص ويوقع المتعامل بالاستلام.

٣ ‑ يرسل الدفتر الى الصندوق لتسجيل الحركة المالية فيه بعد الايداع.

٤ ‑ يرسل الدفتر لرئيس القسم للختم والتوقيع.

٥ ‑ تثبت صورة شخصية للمتعامل في دفتر الادخار الاستثماري اذا كان التوقيع بالبصمة.

اصدار شهادات الودائع الاستثمارية:

١ ‑ تتم طباعة شهادة الاستثمار بعد فتح الحساب ودفع المبلغ بموجب ايصال الدفع.

٢ ‑ يستبدل ايصال الدفع بالشهادة ويرفق مع صورة الشهادة.

٣ ‑ توقع الشهادة من قبل اثنين من المسؤولين المخولين بالتوقيع ( A ، B ) وتختم بختم البنك المعتمد.

٤ ‑ تسجل الشهادة بسجل خاص وتسلم للمتعامل بعد توقيعه بذلك.

٥ ‑ ترقيم مبلغ الشهادة بواسطة جهاز خاص يمنع التزوير.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002473

– ١٥ –

إصدار البطاقات النقدية:

١ – يبدأ التعامل الطلب بإصدار البطاقة النقدية ويوقع عليه ثم يصادق الموظف المختص على صحة توقيعه .

٢ – يتم خصم الرسوم من حساب المتعامل في حالة عدم تحويل الراتب أو عدم وجود وديعة استثمارية .

٣ – تسجل الطلبات وترسل لقسم الحاسب الآلي لإصدارها .

٤ – بعد إصدار البطاقات مع أرقامها السرية تسلم للمختصين في قسم الحسابات الجارية .

٥ – يتم الاتصال بالمتعاملين لاستلام بطاقاتهم .

٦ – يوقع المتعامل على استلامه للبطاقة والرقم السري بعد التأكد من شخصيته .

٧ – يتم اتلاف البطاقات غير المستلمة من قبل المتعاملين بعد ثلاثة أشهر من اصدارها .

٨ – يمكن اصدار البطاقات النقدية للحسابات الجارية أو حسابات الادخار الاستثماري أو الاثنين معاً .

٩ – في حالة ابلاغ المتعامل البنك عن فقدانه لبطاقته النقدية ، يتم استيفاء نموذج بعد ذلك ويرفع عليه انستعامل ويرسل الى قسم الحاسب الآلي بعد الاتصال الهاتفي ومصادقة الموظف المختص على صحة التوقيع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002474

- ١٧ -

- يقوم الموظف المختص باستلام الشيكات غير المستحقة ويعد لها محافظة يدوية ويقوم
بمراجعتها ويوقع بما يفيد الاستلام ويسلم المتعامل نسخة من محافظة الايداع،

- تسجل الشيكات غير المستحقة في سجل خاص بها وترسل لقسم المقاصة ويوقع على
استلامها لاتمام حفظها،

- يستلم الموظف المختص الشيكات المسحوبة على بنك دبي الاسلامي والمستحقة ويسلمها
لموظف المقاصة الداخلية لاتمام اجراءات قيدها،

شيكات المقاصة الداخلية (الشيكات المسحوبة على بنك دبي الإسلامي):

هي خاصة بالشيكات المسحوبة على بنك دبي الاسلامي والمودعة بحسابات المتعاملين تقبل
تاريخ استحقاقها والتي سترحل آليا بعد أن تستحق وتجري بشأنها الخطوات التالية:

١ - يعد قسم الحاسب الآلي تقريرا بالشيكات التي ستحصل في اليوم التالي يشمل بيانات هذه
الشيكات والمستفيدين منها،

٢ - يرسل قسم المقاصة هذه الشيكات مع تقرير الحاسب الآلي الى قسم الحسابات التجارية
لتراجع من الناحية الفنية، وليصادق على صحة التوقيعات،

٣ - يقوم أحد موظفي قسم الحسابات العامة بمراجعة تقرير الحاسب الآلي مع الشيكات والحوافظ
وتعاد الى قسم الحسابات التجارية،

٤ - يعد قسم الحاسب الآلي تقريرا بالشيكات التي تم تحصيلها في يوم الاستحقاق وآخر بالشيكات
غير المحصلة والمعلقة لليوم التالي،

٥ - في اليوم التالي يعد قسم الحاسب الآلي تقريرا بالشيكات المحصلة من الشيكات المعلقة ،
وآخر بالشيكات المرتجعة، وتعد حوافظ الشيكات المرتجعة آليا أيضا،

٦ - ترسل الشيكات والحوافظ والتقرير لقسم الحسابات العامة لتحفظ وتعاد الشيكات المرتجعة
لقسم المقاصة لاعادتها لمتعامليها،

تصديق الشيكات:

١ - يملأ المتعامل الطلب المعد لذلك ويقدمه مع الشيك المراد تصديقه،

٢ - يقوم الموظف المختص بمراجعة صحة التوقيع وصحة البيانات الخاصة بالشيك،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002475

– ١٨ –

– التأكد من حجز غطاء كامل ١٠٠٪ للشيك المصدق ٠

– تجرى القيود المحاسبية اللازمة (الخصم والاضافة + الرسوم) لتصديق الشيك وتقيد في الحاسب الآلي ٠

– يتم ترقيم مبلغ الشيك بواسطة جهاز الترقيم الخاص بمنع التزوير ٠

– يختم الشيك بعبارة التصديق الخاصة ويوقع من قبل المخولين بذلك ٠

٧ – يؤخذ توقيع المتعامل على استلام الشيك المصدق ٠

اصدار شيكات المدير:

١ – يملأ المتعامل الطلب المعد لذلك ٠

٢ – يقوم الموظف المختص بمطابقة صحة التوقيع ٠

٣ – تجرى القيود المحاسبية اللازمة لاصدار شيك المدير وتقيد بالحاسب الآلي ٠

٤ – يتم طباعة بيانات الشيك بواسطة جهاز الحاسب الآلي ويوقع عليها المخولين بذلك ٠

٥ – يؤخذ توقيع المتعامل باستلام الشيك ٠

٦ – يحفظ صورة من الشيك والمستندات في سجل خاص للتسوية ٠

٧ – يتم ترقيم مبلغ الشيك بواسطة جهاز الترقيم الخاص بمنع التزوير ٠

وقد تصدر شيكات المدير في الحالات التالية:

أ – اعادة الرواتب المصروفة ٠

ب – التحويلات المستديمة الخارجية أو داخل الدولة ٠

ج – بدلا عن شيكات المتعاملين في المقاصة الخاصة ٠

د – تحويل أرصدة بعض الحسابات للمحكم عليها حسب الطلب ٠

تجدر الاشارة الى أن هناك برنامج خاص لاصدار شيكات المدير تم العمل به في فرع السوق اعتبارا من نوفمبر ١٩٩٣ باستخدام النماذج الآلية الجديدة لشيكات المدير ٠

ومن مزايا هذا البرنامج الآتي:

أ – أجراء القيد على الحسابات الدائنة والمدينة بصورة آلية وبدون اشعارات ٠

ب – يتم طباعة الشيك بصورة آلية ٠

ج – في حالة الدفع النقدي لاصدار شيك المدير لايمكن طباعة الشيك الا بعد ادخال تاريخ ورقم الحركة ورقم النشأة ٠ ويقوم الحاسب الآلي بعد ذلك بمقارنة المبلغ المستنزب طباعته بحيث لا يقوم بطباعة الشيك في حال عدم تطابق المبلغين ٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ــ ١٩ ــ

ــ يتم قيد رقم الشيك بعد طباعته بصورة آلية في حساب الأوراق التجارية.

ــ عدم ظهور رقم الشيك في كشف الحساب يعني عدم طباعة الشيك ويستفاد من هذه الخاصية للتسوية.

ــ الاحتفاظ بصورة من الشيك المطبوع آليا في الملف وفي الحاسب الآلي أيضا كمرجع.

ــ ما سبق يتضح لنا مدى دقة وسهولة وسرعة انجاز عملية اصدار شيك المدير وتوفير كثير من الجهد والوقت.

(١)

ايقاف الشيكات:

١ ــ يملأ المتعامل الطلب المعد لذلك ويوقع عليه.

٢ ــ يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات.

٣ ــ تدخل بيانات الايقاف في الحاسب الآلي.

٤ ــ تراجع البيانات المدخلة بواسطة المسؤول ويوقع عليها للحفظ.

المقاصة الداخلية:

تشمل القيود التي ينفذها موظفي القسم بكافة أنواعها ، اضافة الى الشيكات المسحوبة على بنك دبي الاسلامي وتجري بشأن التسويات التالية:

١ ــ يقوم الموظف المختص بمضاهاة التوقيعات بالمصادقة على صحة توقيع الشيكات ومراجعتها من الناحية الفنية.

٢ ــ بعد اعداد القيود من الموظفين المختصين تراجع وتوقع من قبل مسؤولي القسم.

٣ ــ ترحل الشيكات والقيود على جهاز الحاسب الآلي باجراء الخصم والاضافة حسب أنواعها ويؤشر على هذا القيد بما يفيد ادخالها.

٤ ــ ترفع القيود لحسابات العامة لاجراء المراجعة والحفظ.

_____

(١) لا يتم ايقاف الشيكات الا المفقودة منها أو في حالة افلاس صاحبة ذلك حسب قانون المعاملات التجارية لدولة الامارات العربية المتحدة مادة ٦٦٠ فقرة ٢ و ٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002477

- للتحويلات الداخلية طلبات عدة لذلك يقوم المتعامل بكتابتيا والتوقيع عليها ثم يقوم الموظف المختص بمصادقة صحة التوقيع والبيانات وتجرى القيود المحاسبية اللازمة . وتقيد في الحاسب الآلي وتجرى بشأنها نفس الخطوات السابقة .

التعليمات المستديمة الداخلية :

تعليمات يصدرها المتعامل للبنك لخصم مبلغ معين من حسابه وتحويله الى حساب آخر وذلك بصفة دورية (يومي , اسبوعي , شهري أو أكثر , سنوي أو أكثر) , ويتم ذلك على النحو التالي :

١ – يملأ المتعامل الطلب الخاص بذلك ويوقع عليه .
٢ – يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .
٣ – تدخل البيانات في الحاسب الآلي بواسطة المختص ويتم المراجعة الأولية من قبله .
٤ – يقوم المسؤول بمراجعة ادخال البيانات ويوقع عليها لاتمام الحفظ .

لايقاف التعليمات :

أ – يتم ذلك حسب طلب المتعامل بنموذج معد لذلك .
ب – بمرور ستة أشهر دون تنفيذ التعليمات وذلك لعدم كفاية الرصيد .

التعليمات الخارجية :

يتم اتخاذ الخطوات كما في التعليمات المستديمة الداخلية بالاضافة الى خطوات أخرى مثل : ٧٠٠/١/٢/١
١ – يتم اضافة المبلغ الى حساب شيكات مستحقة الدفع .
٢ – في تاريخ الاستحقاق يذن قسم الحسابات التجارية بواسطة الحاسب الآلي بتقرير مفصل مبينا فيه المبلغ المخصوم مع الرسوم عن المتعامل والمضاف الى حساب البنك .
٣ – يتم اصدار شيك بنك بالمبلغ لصالح المستفيد الخارجي ويرسل له بالبريد .
٤ – يحتفظ بصورة من الشيك بحسابات التسوية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٢٤ -

التطبيقات الخاصة:

في تعديلات يتم ادخاليا في الحاسب الآلي بموجب طلب من المتعامل أومن البنك حسب الآتي:

١ - يملأ المتعامل الطلب المعد لذلك أو بخطاب موقع من المتعامل مرسل بالبريد .

٢ - يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة صحة البيانات .

٣ - يتم ادخال البيانات في الحاسب الآلي من قبل المختص .

٤ - تتم مراجعة البيانات بواسطة المسؤول ويوقع عليها للحفظ .

عندما يكون بأن التعليمات الخاصة تشمل تخويل المتعامل لغيره في القيام ب :

١ - الاطلاع على الرصيد .

ب - طلب كشف حسابه .

ج - استلام الشيكات المرتجعة أو المؤجلة .

و - استلام دفاتر الشيكات .

تفويض البنك باجراء الخصم والتغطية:

١ - يملأ المتعامل الطلب المعد لذلك ويوقع عليه .

٢ - يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .

٣ - في حالة طلب المتعامل تغطية حسابه الجاري من الادخاري يقوم الموظف المختص بادخال البيانات على جهاز الحاسب الآلي ، وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير عنيها للحفظ مع ملف المتعامل .

٤ - في حالة طلب المتعامل تغطية حسابه الجاري من / او حساب آخر يقوم الموظف المختص باجرائه تعليمات خاصة على ملف الحسابات في الحاسب الآلي وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير عنيا للحفظ مع ملف المتعامل .

٥ - في حالة طلب المتعامل تفويض البنك بتسديد فواتير الائتمان يصادق على صحة توقيعه على الطلب الوارد واعادة نسخه من هذا الطلب للجهة المرسلة ، ويقوم الموظف بادخال تعليمات خاصة على ملف الحساب في الحاسب الآلي وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير على الطلب للحفظ مع ملف المتعامل .

٦ - عند ورود اشعار الخصم المباشر (الفاتورة) الخاصة بالمتعامل يقوم الموظف المختص باجراء القيود المحاسبية اللازمة لاصدار شيك بدين بقيمة "الفاتورة" الواردة ويوقع عنيا من قبل المسؤولين .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

التوكيل:

للعميل أن يمنح توكيلا خاصا على حسابه أو بعضها لأي شخص يختاره
ويمكن لأي متعامل مع البنك أن يمنح توكيلا خاصا على حسابه أو بعضها لأي شخص يختاره
أو لعدة أشخاص مجتمعين أو منفردين ، وفي هذه الحالة يجب حضور كلا من الموكل والوكيل
للبنك للتوقيع على النموذج المعد لذلك بحضور الموظف المختص:

١ - يقدم الوكيل ما يثبت شخصيته وينشأ له رقم خاص به أن لم يكن يحتفظ بحساب لدى البنك ٠
٢ - يقوم الموظف المختص بإدخال بيانات الوكيل على حساب الموكل في الحاسب الآلي ٠
٣ - يقوم المسؤول بمراجعة التوكيلات من حيث سلامتها وصحة إدخالها في الحاسب الآلي ٠
٤ - يتم حفظ طلبات التوكيل مع الملف الأساسي للمتعامل ويضاف توقيع الوكيل الى توقيع
المتعامل على الحاسب الآلي ٠

٥ - يمكن للمتعامل أن يقوم بعزل وكيله في أي وقت دون الرجوع اليه ويتم ذلك بتوقيعه
على الطلب المعد لذلك ، واعتماد صحة توقيعه والتأشير عليه من قبل المسؤول في القسم
ومن ثم ينفي توقيع الوكيل من جهاز التوقيعات ويحفظ الطلب مع الملف الأصلي للمتعامل
ويتم اعتماد العزل في اليوم التالي من تقديم الطلب ٠

٦ - يمكن للمتعامل أن يوكل أي شخص عنه بموجب توكيل صادر من السفارة ويعتمد الأصل
في كل مرة ٠

إجراء الحجوزات:

١ - يؤخذ إقرار للمتعامل بالموافقة على إجراء الحجز على حسابه على نموذج خاص بالأقسام
المختصة ويصادق على صحة توقيعه وتؤخذ موافقة الإدارة على هذا القرار ٠

٢ - تجرى الحجوزات على حسابات المتعاملين بموجب الطلبات الواردة من أقسام البنك
المختصة بواسطةالمصرف المختص ٠

٣ - لا يتم رفع الحجز القائم على أي حساب الا بموجب طلب من القسم الآمر بالحجز وموافقة
الإدارة عليه ٠

٤ - تتم مراجعة إدخال بيانات الحجوزات وإلغاءها بواسطة المسؤول ويرفع عنها تحفظ ٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002480

- ٣٣ -

إصدار شهادات الرواتب:

- بناءً على رغبة المتعامل بمنح البنك شهادة تفيد بعدم الممانعة من تحويل راتبه على حسابه الجاري لدى البنك.

٥ - يقوم المسؤول بالتوقيع على الشهادة وختمها بختم البنك بعد التأكد من صحة البيانات وإجراء اللازم في الحاسب الآلي.

٦ - تسلم الشهادة للمتعامل وتحفظ نسخة منها في ملف البنك.

الرواتب:

ترد الرواتب الشهرية من معظم الجهات الحكومية والشركات الخاصة للبنك ليقوم بإضافتها لحسابات المتعاملين حسب الخطوات التالية:

١ - يستلم الموظف المختص كشوف الرواتب مع ما يقابل قيمتها (شيك للتحصيل, إشعار تحويل عن طريق المصرف المركزي) من الجهة المرسلة ويقوم بإيداع الشيك للتحصيل.

٢ - يقوم الموظف المختص بعمل القيود المحاسبية اللازمة.

٣ - تقيد كشوف وقيود الرواتب على جهاز الحاسب الآلي كحركة المقاصة الداخلية وتتبع بباقي خطوات المقاصة الداخلية بشأنها.

٤ - تقيد كشوف الرواتب الآلية غير الناتجة الواردة من قسم الحاسب الآلي بنفس الطريقة أعلاه.

٥ - في حال طلب الجهة المرسلة إيقاف صرف أي راتب يتم خصم الراتب المضاف آليا ويعاد بشيك مصرفي بقيمته لأمر الجهة المرسلة إن لم يرد ما يفيد تصحيح ذلك.

٦ - في حالة ورود رقم حساب المتعامل في الكشف مختلفا مع اسمه لدى البنك يقيد الراتب في حساب خاص لدى البنك تمهيدا لإعادته للجهة المرسلة إن لم يرد ما يفيد تصحيح ذلك.

٧ - تحفظ صورة من كشوف الرواتب في ملف خاص للمراجعة والمتابعة.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٤ -

عن يسره الأسر - بيان بأرصدته :

١ - يملأ المتعامل الطلب المعد لذلك ويوقع عليه .

٢ - يقوم الموظف المختص بمعاودة صحة التوقيع ومراجعة البيانات .

٣ - تجرى القيود المحاسبية اللازمة بخصوص الرسوم .

٤ - يستخرج الموظف الشامل للمتعامل من الحاسب الآلي .

٥ - في حالة طلب المتعامل رصيده بالعملة الأجنبية يحسب رصيده بالدرهم بما يعادل العملة المطلوبة .

٦ - يقوم الموظف المختص بطباعة الشهادة .

٧ - يقوم المسؤول بالمراجعة والتوقيع عليها .

٨ - يستلم المتعامل أصل الشهادة وتحفظ صورة عنها في ملف المتعامل .


تعديل البيانات :

١ - يملأ المتعامل الطلب المعد لذلك ويوقع عليه .

٢ - يقوم الموظف المختص بمعاودة صحة التوقيع ومراجعة البيانات .

٣ - يقوم الموظف المختص بإجراء التعديل المطلوب على ملف المتعامل في جهاز الحاسب الآلي .

٤ - يقوم المسؤول بمراجعة الطلب مع تقرير التعديل والتأشير عليه للحفظ في ملف المتعامل .


* تجدر الإشارة إلى أن تعديل البيانات تكون بالنسبة للعنوان غالباً وبعض البيانات الأخرى .
ولا يتم تعديل اسم المتعامل بأي حال من الأحوال ، وفي حالة طلب تعديل الاسم يتم إغلاق الحساب ويفتح للمتعامل حساب جديد برقم جديد .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002482

الخزينة :

أ - الإيداعات :

١ - تملأ قسيمة الإيداع وتوقع بواسطة المتعامل .

٢ - يسلم المتعامل المبلغ المودع مع قيمة الإيداع لأمين الصندوق .

٣ - يقيد أمين الصندوق المبلغ المودع لحساب المتعامل وذلك بعد التأكد من المبلغ ورقم الحساب والاسم , ومن ثم يعطى المتعامل ايصالا بذلك يحمل ختم وتوقيع أمين الصندوق .

٤ - أيضا يتم الإيداع النقدي بواسطة اشعارات غير الإيداعات النقدية مثل الاشعار الخاص ببيع العملات الأجنبية وعمل الحوالات .

ب - المسحوبات :

١ - يتقدم المتعامل بتقديم النقدي أو بإيصال السحب النقدي لأمين الصندوق مع ما يثبت شخصيته .

٢ - يقوم أمين الصندوق بمضاهاة توقيع الساحب والتأكد من سلامة الشيك من الناحية الفنية وكذلك سلامة التظهير ان وجد .

٣ - يدون أمين الصندوق بيانات المستفيد الشخصية من واقع مستند رسمي وذلك خلف الشيك .

٤ - يقيد المبلغ على حساب الساحب ويدفع المبلغ للمستفيد .

٥ - أيضا يتم السحب النقدي من الحساب بواسطة اشعارات سحب أخرى مثل اذون الصرف والاشعارات المعدة بواسطة القسم الأجنبي لشراء العملات الأجنبية . ويتم في نهاية اليوم ضبط انخزينة من قبل أمين الصندوق وطباعة تقرير التحاسب الآلي .

الصرافات الآلي :

يستطيع كل متعامل لديه بطاقة نقدية التمتع بالخدمات المصرفية التي يقدمها جهاز الصراف الآلي على مدار الأربع والعشرين ساعة وهي :

١ - السحب النقدي الفوري في حدود ٧٠٠٠ درهم يوميا .

- ٦٧ -

إقفال الحسابات :

يقفل الحساب بناء على طلب المتعامل , أو إدارة البنك أو بأمر السلطات المختصة , أو عند علم البنك بوفاة المتعامل .

١ - في حالة طلب المتعامل اغلاق حسابه يملأ الطلب المعد لذلك .

٢ - يقوم الموظف المختص بمصادقة صحة توقيعه ومراجعة حالة الحساب فيما اذا كان عليه التزامات مالية للبنك أم لا , ومراجعة حالة الحساب اذا كان حساب أرباح أم لا أو له أرباح مترتبة , ويطلب من المتعامل ارجاع دفتر الشيكات .

٣ - بعد المراجعة يقوم المختص باغلاق الحساب ويقوم المسؤول بمراجعة الطلب والتأشير عليه وتفصل طلبات الحسابات المغلقة من القائمة ويؤشر عليها بما يفيد الاغلاق وتحفظ في ملفات خاصة .

٤ - في حالة طلب ادارة البنك أو أي سلطة مختصة اغلاق أي حساب يقوم الموظف المختص بالاتصال بالمتعامل لحسب رصيده وارجاع دفتر الشيكات ان كان به يحتفظ به وبعدها تجرى الخطوات السابقة لاتمام الاغلاق .

تأجير الخزائن الحديدية :

١ - توجد لدى البنك خزائن حديدية للحفظ بأحجام مختلفة ويمكن استئجارها من قبل المتعاملين , وذلك بالتوقيع على عقد تأجير خزائن للحفظ , وطلب الاستئجار ودفع الرسم المقررة .

٢ - يقوم الموظف المختص باعداد سجلات خاصة بأرقام الخزائن وحفظ طلبات المتعاملين .

٣ - لكل خزينة حفظ مفتاحين يحتفظ البنك بالمفتاح العام لجميع الخزائن , ويعطى كل متعامل المفتاح الخاص بخزينته .

٤ - يقوم المسؤول عن خزائن الحفظ بفتح الخزينة للمتعامل عند طلبه وذلك أثناء الدوام الرسمي , ويؤخذ توقيع المتعامل في السجل الخاص بذلك .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002484

نماذج البنك ( طلبات - سجلات - اشعارات - أختام )

أ - الطلبات :

<table>
<tr><td>طلب دفتر الشيكات</td><td>( نموذج رقم ٢٩ )</td></tr>
<tr><td>طلب تحديث بيانات العميل</td><td>( نموذج رقم ٢١ )</td></tr>
<tr><td>طلب اضافة/حذف تعليمات خاصة على حساب العميل الجاري</td><td>( نموذج رقم ٢/٧١ )</td></tr>
<tr><td>طلب اصدار شهادة بعدم ممانعة من تحويل الراتب على حسابه</td><td>( نموذج رقم ٢/٧٨ )</td></tr>
<tr><td>طلب اغلاق حساب</td><td>( نموذج رقم ٩٢ )</td></tr>
<tr><td>طلب اصدار شهادة لمن يهمه الأمر</td><td>( نموذج رقم ١٠٠ )</td></tr>
<tr><td>طلب اصدار شيك مدير</td><td>( نموذج رقم ١٠١ )</td></tr>
<tr><td>طلب ايقاف/حذف/اعادة تشغيل البطاقة النقدية</td><td>( نموذج رقم ١٠٢ )</td></tr>
<tr><td>طلب تحويل ( لمرة واحدة )</td><td>( نموذج رقم ١٠٣ )</td></tr>
<tr><td>طلب تغيير نموذج التوقيع</td><td>( نموذج رقم ١٠٤ )</td></tr>
<tr><td>طلب تصديق شبكات</td><td>( نموذج رقم ١١٢ )</td></tr>
<tr><td>طلب ايقاف تعليمات مستديمة</td><td>( نموذج رقم ١١٦ )</td></tr>
<tr><td>طلب تنزل وكيل</td><td>( نموذج رقم ١١٨ )</td></tr>
<tr><td>طلب استفسار العميل عن حسابه الجاري</td><td>( نموذج رقم ١٤٦ )</td></tr>
<tr><td>طلب تعيين بطاقة نقدية</td><td>( نموذج رقم ٣/١٧٥ )</td></tr>
<tr><td>طلب فتح حساب جاري - نماذج مختلفة</td><td>( نماذج رقم بدون )</td></tr>
<tr><td>طلب توكيل العميل لشخص آخر لادارة حسابه الجاري</td><td>( نموذج رقم بدون )</td></tr>
<tr><td>طلب حجز/الغاء حجز على حساب العميل الجاري</td><td>( نموذج رقم بدون )</td></tr>
<tr><td>طلب ايقاف/ الغاء ايقاف صرف شيكات من حساب العميل الجاري</td><td>( نموذج رقم بدون )</td></tr>
<tr><td>طلب تخويل بتغطية حساب العميل التجاري من حساب آخر يخصه بالبنك</td><td>( نموذج رقم بدون )</td></tr>
<tr><td>طلب الغاء تخويل بتغطية حساب العميل التجاري</td><td>( نموذج رقم بدون )</td></tr>
<tr><td>طلب تعليمات مستديمة</td><td>( نموذج رقم بدون )</td></tr>
<tr><td>طلب اصدار بطاقة نقدية</td><td>( نموذج رقم بدون )</td></tr>
</table>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002485

‫ـ ٣٥ ـ‬

‫الملفات:‬

‫ـ ملف لحفظ طلبات فتح حساب جاري حيث يحفظ مع استمارة فتح الحساب‬

‫أ ـ طلبات تغيير نموذج التوقيع‬

‫ب ـ طلبات منح توكيل للغير لإدارة الحساب‬

‫ج ـ طلبات عزل الوكيل‬

‫د ـ طلبات تعديل بيانات العميل‬

‫هـ ـ طلبات عدم ممانعة بتحويل الراتب على حسابه‬

‫ـ ملف لحفظ بطاقات نموذج التوقيع‬

‫ـ ملف لحفظ طلبات اصدار دفاتر الشيكات‬

‫ـ ملف لحفظ طلبات حجز على حساب العميل الجاري‬

‫ـ ملف لحفظ طلبات الغاء حجز على حساب العميل الجاري‬

‫ـ ملف لحفظ طلبات اضافة تعليمات خاصة على حساب العميل الجاري‬

‫ـ ملف لحفظ طلبات حذف تعليمات خاصة من حساب العميل الجاري‬

‫ـ ملف لحفظ طلبات ايقاف صرف شيكات من حساب العميل الجاري‬

‫ـ ملف لحفظ طلبات الغاء ايقاف صرف شيكات‬

‫ـ ملف لحفظ طلبات تعليمات مستديمة من حساب العميل الجاري‬

‫ـ ملف لحفظ طلبات الغاء التعليمات المستديمة‬

‫ـ ملف لحفظ طلبات تصديق شيكات العميل‬

‫ـ ملف لحفظ طلبات اصدار شيكات مدير خصما من حساب العميل الجاري‬

‫ـ ملف لحفظ طلبات تفويض العميل للبنك بتغطية حسابه الجاري من حساب جاري آخر له بنفس‬

‫الفرع أو بفرع آخر‬

‫ـ ملف لحفظ طلبات الغاء التفويض بتغطية حسابه الجاري‬

‫ـ ملف لحفظ طلبات تفويض العميل للبنك بتسديد فواتير بطاقات الائتمان من حسابه الجاري‬

‫ـ ملف لحفظ طلبات اصدار بطاقات الصراف الآلي‬

‫ـ ملف لحفظ طلبات ايقاف/اعادة تشغيل/الغاء بطاقات الصراف الآلي‬

‫ـ ملف لحفظ طلبات تعدين بطاقات الصراف الآلي‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002486

ملف لحفظ طلبات اصدار شهادة لمن يهمه الأمر

ملف لحفظ كشوف الرواتب المحولة على حسابات العملاء التجارية

ملف لحفظ خطابات العملاء والرد عليها

- ملفات لحفظ تقارير الحاسب الآلي والرد عليها

# ج - السجلات :

- سجل تسليم دفاتر الشيكات

- سجل تغيير نموذج التوقيع

- سجل شيكات مصدقة

- سجل شيكات المدير

- سجل شيكات تحت التحصيل

- سجل الرواتب المصروفه

- سجل حسابات معلق تحت التسوية

- سجل تسليم الشيكات المرتجعة للعملاء

- سجل تسليم بطاقات الصرف الآلي والرقم السري للعملاء

- سجل تسليم بطاقات الصرف الآلي المحجوزة للعملاء

- سجل تسليم بطاقات الصرف الآلي المحجوزة للفروع الأخرى التي تخصها

- سجل تسليم بطاقات الصرف الآلي التي ادخل عليها التعديل

- سجل تسليم بطاقات الصرف الآلي النشطة لقسم الحاسب الآلي

- سجل عهدة الاختام

- سجل البريد الصادر ( تسليم باليد )

- سجل البريد الصادر عن قسم الحسابات التجارية

- سجل البريد الوارد الى قسم الحسابات التجارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002487

- ٣ -

الأختـــــــــام:

ختم ( حساب جديد New A/C ) يختم على حافظة الإيداع النقدي/شيك . ويستخدم عند

إيداع العميل لرصيد الافتتاحي لحسابه الجديد . و

ختم ( صورة طبق الأصل ) ذو تاريخ ومكان لتوقيع الموظف المختص يختم على صور

المستندات بعد الاطلاع على الأصل .

ويستخدم عند طلب البنك من العميل تقديم بعض المستندات لاتمام فتح الحساب أو التوكيل .

ختم ( التوقيع منفرد ) وآخر ( التوقيع مشترك ) يختم على إستمارة فتح الحساب ونموذج

التوقيع

ويستخدم في حالة الحسابات ( المشتركة – الشركات – الجمعيات والنوادي ) ليبين صلاحية

إدارة الحساب من قبل الموقعين .

- ختم ( بصم أمامي وتحققت من شخصيته ) مع مكان لتوقيع الموظف المختص يختم على

إيصالات السحب النقدي – الطلبات والتعليمات المقدمة من العميل .

ويستخدم لاثبات أن العميل قد تواجد بنفسه أمام الموظف المختص حيث لا توجد وسيلة لدى

البنك لمضاهاة البصمة .

- ختم ( إمضاء مطابق ) مع توقيع الموظف المختص على الختم ، يختم على كافة رسائل

الصرف من الحساب وكذلك طلبات وتعليمات ومكاتبات العميل التي يتسلمها البنك .

ويستخدم للتأكد من أن هذه التعليمات صادرة من العميل نفسه وذلك بمضاهاة التوقيع بنموذج

توقيع العميل المحفوظ لدى البنك .

- ختم ( إمضاء مطابق كما هو بسجلاتنا بدون أدنى مسئولية أو التزام من جانبنا )

signature verified as per our records without any responsibility or

guarantee on our par

يختم على أوامر الصرف – تعليمات كتابية أو خطابات العملاء

ويستخدم للمصادقة على صحة توقيع العميل على تلك المستندات المرسلة لجهة

خارج البلاد .

- ختم ( الحساب مغلق A/C closed ) يختم على إستمارة فتح الحساب ونموذج التوقيع .

ويستخدم في حالة اغلاق الحساب .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ختم ( لاغي   Cancelled ) ذو تاريخ  – يختم على الشيكات البيضاء الغير مستعملة .

ويستخدم عند تسليم العميل لهذه الشيكات لبنك في حالة اغلاق حسابه الجاري .  كما يستخدم في حالة الغاء أي مستند .

- ختم ( ادفع نقدا  Pay cash ) ذو تاريخ ، يختم على الشيكات – ايصالات السحب النقدي –

أذونات المصرف – أوامر الصرف .

ويستخدم من قبل رئيس القسم أو مساعده لاعطاء أمر للصراف بالدفع عندما تزيد قيمة مستند الصرف عن حدود الصلاحية الممنوحة للصراف .

- ختم ( شيك مرتجع   Returned Cheque ) ذو تاريخ ، يختم   على حوافظ ايداع شيكات التحصيل .

ويستخدم في حالة ارتجاع شيكات التحصيل بدون دفع ( لأسباب مختلفة ) من قبل البنوك السحوبة عليها ولكي نميزها عن حوافظ الشيكات المحصلة .

- ختم ( مقبول الدفع اذا قدم عن طريق مقاصة اليوم ) . Good for payment if presented through today's clearing

مع التوقيع عليه من قبل أصحاب التوقيعات المعتمدة بالبنك يختم على حافظة الشيك المقدم من البنك طالب المقاصة الخاصة .

ويستخدم كرد من بنك دبي الاسلامي على البنك مقدم الشيك بأن وضعه مقبول الدفع في حالة تقديمه بمقاصة اليوم العادية .

- ختم ( يقدم عن طريق المقاصة العادية ) . Please present through normal clearing

مع التوقيع عليه من قبل أصحاب التوقيعات المعتمدة بالبنك يختم على حافظة الشيك المقدم من البنك طالب المقاصة الخاصة .

ويستخدم كرد من بنك دبي الاسلامي على البنك مقدم الشيك في حالة كون رصيد العميل لا يسمح بتدفعه ولكن من المنتظر تحسين ايداعات حسابه في ذات اليوم ولا يرفض بنك دبي الاسلامي أن يكون الرد سلبيا وتقتصر هذه المساعدة على العملاء ذو السمعة الحسنة والذين لهم تعاملات مستمرة .

- ختم ( رقم حساب شيكات مقبولة الدفع ) ، يختم على الشيك المصرفي ( مقبول الدفع ) .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002489

– ٣ –

تصديق شيك العميل حيث يطلب رقم حساب العميل  ويختم مكانه هذا الختم
بيك شخصي اى مصرفي .
الدفع Good for payment ( ) .  مع التوقيع عليه من قبل التوقيعات المعتمدة
، خلف الشيك المطلوب تصديقه من البنك .
حالة طلب العميل تصديق شيك من قبل البنك حيث تخصم قيمة الشيك من
بل رصيد حساب شيكات مقبلة الدفع .
الدفع اذا قدم في تاريخه ( ) Good for payment if presented on due date.
عليه من قبل أصحاب التوقيعات المعتمدة بالبنك ، يختم خلف الشيك المطلوب
ن البنك .
في حالة طلب العميل تصديق شيك من قبل البنك ورغبته في دفعه للمستفيد في
ين .
نسة داخلية ) .  يختم على الشيكات واشعارات الخصم والاضافة .
م عند التحويل من حساب الى آخر داخل نفس الفرع أو البنك .
م اصدار شيك مدير رقم ( ٠٠٠٠ ) ذو تاريخ. يختم على طلب اصدار شيك مدير .
م للدلالة على اصدار شيك المدير بناء على الطلب المقدم .
استثناء شيك المدير / مصدق رقم ( ٠٠٠٠٠ ) ذو تاريخ ومكان لتوقيع المستلم .
على طلب اصدار شيك مدير / تصديق شيك .
تم كتابتها باستلام العميل للشيك من الموظف المختص .
استنت البطاقة النقدية طلب رقم ( ٠٠٠٠٠ ) ذو تاريخ ومكان لتوقيع المستلم .
على طلب اصدار البطاقة النقدية .
م تقدم من قبل رئيس القسم أو مساعده عند ترجيعه البطاقة لموظف المختص لانجازها .
( التيد / ٠٠٠٠٠٠٠ لاجراء اللازم ) ذو تاريخ ومكان لتوقيع . يختم على الطلبات
طلبيات وكذلك المقدمة من العملاء .
ستقدم من قبل رئيس القسم أو ساعده عند ترجيعه البطاقة لموظف المختص لانجازها .
م ( تم اجراء اللازم ) ذو تاريخ ومكان لتوقيع ، يختم على المعاملة التي تم انجازها .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002490

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٤ -

ويستخدم من قبل الموظف المختص عند انجازه للمعاملة المحولة اليه من رئيس القسم

أو مساعده أو مساعد٠

- ختم ( المحفظ ) ذو تاريخ ومكان للتوقيع ؛ يختم على المستندات والخطابات وخلافه٠

ويستخدم عند توجيهه المعاملة من رئيس القسم أو مساعده للموظف المختص بأرشيف القسم

لحفظها في الملف الخاص بها٠

- ختم ( يعفى من الرسوم ) مع مكان لتوقيع مدير الفرع ، يختم على طلبات العملاء التي

يحصل عنها رسوم٠

ويستخدم عند اعفاء مدير الفرع للعميل من دفع الرسوم٠

- ختم ( specimen ) ، يختم على نماذج البنك ( طلبات – استمارات – اشعارات ٠٠٠ )٠

ويستخدم عند طلب بنوك أو جامعات أو هيئات لنسخه من النماذج المستخدمة في البنك٠

- ختم ( شائه رقم ٠٠٠٠٠ قيد ٠٠٠٠ ) ؛ يختم به على كافة الاشعارات والمستندات٠

- ختم ( شائه رقم ٠٠٠٠٠ قيد ٠٠٠٠ الطرفية ( الشاشه ) بالقسم للدلالة على تمرير المستند

ويستخدم من قبل مشغل الوحدة الطرفية ( الشاشه ) بالقسم للدلالة على تمرير المستند

بالحاسب الآلي بحركة اليوم لسهولة معرفة رقم الحركة للرجوع اليها في عمليات المراجعة

أو تصحيح الاخطاء٠

هـ – القيـود والاشـعارات:

- ايـداع نقـدي                          ( نموذج رقم ١/١ )

- ايـداع شـيكات                        ( نموذج رقم ٦/٢ )

- قيـد دائن ( اشعار اضافة )           ( نموذج رقم ٣/٩ )

- قيد مدين ( اشعار خصم )             ( نموذج رقم ٣/١٠ )٠

- ايصال سحب نقدي                     ( نموذج رقم ١١ )

- قيد مدين/دائن ( اشعار اضافة وخصم ) ( نموذج رقم ٥/١٥ ، ٤/١٥ )

- اشعار خصم شيك مرتجع للعميل        ( نموذج رقم ٦/٩٤ )

- اذن مصـرف نقـدي                    ( نموذج رقم بدون )

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002492



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002493

- ٣٤ -

(١)

## القِسم الأجنبي

### أعمال القسم الأجنبي:

**١ - الكمبيالات تحت التحصيل:**

يقوم القسم الاجنبي باصدار الكمبيالات بناء على طلب المتعامل ، حيث يقوم المتعامل بتعبئة نماذج مميزة لهذا الغرض يوضح فيها اسم المستفيد ورقم الحساب واسم البنك اذا وجد ، والعملة التي يتم اصدار الكمبيالة بها ، بعد ذلك يقوم المتعامل بايداع المبلغ المعادل لقيمة الكمبيالة بالدرهم وبسعر الصرف السائد لدى البنك اما نقدا او بتفويض البنك بالخصم من الحساب في حالة وجود حساب للمتعامل لدى البنك ، واذا ما تم اصدار الكمبيالة بالخصم من الحساب يقوم الموظف المختص بعد التحقق من توقيع المتعامل بالحصول على توقيع المتعامل على سند القيد كدليل على موافقة المتعامل باصدار الكمبيالة .

وبعد ادخال الحاسب الآلي على نظام اصدار الكمبيالات يقوم القسم الاجنبي بطباعة الكمبيالات بواسطة الحاسب الآلي وتخصم من حساب المتعامل . وقد يشترط ان تحمل الكمبيالات توقيعين عليها لنترقيمات المخولة بدفتر التوقيعات .

وقد يتم تسليم أصل الكمبيالة للمتعامل ويحتفظ القسم بنسخة مطابقة للاصل ، ويحتفظ القسم بسجل خاص للكمبيالات التي يقوم باصدارها يوميا يوضح فيه مبلغ الكمبيالة بالعملة الاجنبية وما يعادلها بالعملة المحلية واسم الشخص الذي قام بالتحويل واسم المستفيد واسم البنك المسحوب عليه .

**٢ - الفاء/رد مبالغ الكمبيالات:**

في حال فقدان كمبيالة ما يقوم المتعامل باخطار البنك مباشرة وبعدها يقوم القسم الاجنبي باتخاذ الاجراءات اللازمة باخطار البنك المسحوب عليه الكمبيالة لايقاف صرف الحوالة .

_____

(١) الأصل بالانكليزية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ۳٥ -

وعند استلام تأكيد من البنك المسحوب عليه بإيقاف الحواله ، اما ان يقوم البنك برد المبلغ ، او بإصدار كمبيالة أخرى حسب رغبة المتعامل . وعند اصدار كمبيالة نسخة طبق الأصل ، او بإصدار كمبيالة الحيازة التالية أعلى الكمبيالة " نسخة طبق الاصل صادرة بدلا من الكمبيالة الاجنبية رقم ٠٠٠٠٠٠ وذلك كمرجع للبنك المسحوب عليه وذلك لتجنب دفع قيمة الكمبياله مرتين . وفي حالة الغاء الكمبيالة ، يخصم مبلغ ٥ دراهم عبارة عن اجرة البريد . وفي حالة الالغاء بالتلكس يخصم من المتعامل رسوم التلكس .

وطبقا لتوجيهات البنك يقوم القسم برد كامل المبلغ للمتعامل في حالة عدم تغير سعر صرف العملة ، اما في حالة تغير سعر الصرف ؛ يقوم البنك بشراء الكمبيالة بسعر الشراء السائد وقتها ، ثم القيام بايداع المبالغ التي تغطي مبلغ الكمبيالة لدى البنك المراسل في نفس اليوم الذي جرى فيه اصدار الكمبيالة .

٣ - الحوالات البريدية :

تتبع نفس الخطوات الخاصة بالكمبيالات تحت الطلب فيما يتعلق بالدفع نقدا والخصم على حساب المتعامل حيث يقوم الموظف بإعداد سند القيد وتقديمه . فموظف المختص بالتدقيق وإرسال أصل الحوالة البريدية مباشرة للبنك المسحوب عليه الكمبيالة بالبريد المسجل ليتم السداد للمستفيد . ويتم احتساب مبلغ ١٠ دراهم لكل حوالة بريدية لتغطية أجرة البريد . وفي حالة الالغاء ؛ يتم اتباع نفس الطريقة الخاصة بالكمبيالات حيث يتم رد قيمة الحوالة للمحول .

٤ - الحوالات البرقية :

في حال رغبة المتعامل بتحويل مبالغ مستحقة يقوم القسم الاجنبي بالتحويل برقيا بعد التحقق من صحة وقبول الحوالات البرقية الصادرة من القسم لدفعها للمستفيدين وتعامل النحقق على انها طلب دفع عاجل تحول للمستفيد بعد التحقق من صحة البيانات الخاصة بالمستفيد ورقم حسابه . وفي حالة عدم وجود حساب للمستفيد ، وبتحمل يقوم المستفيد بتزويد القسم الاجنبي بعنوانه بحيث يتم الدفع للمستفيد بعد التحقق ، الشخص صاحب التحويل تكثيف التلكس ؛ وقد يحتفظ القسم الاجنبي بسجل منفصل للتحويلات البرقية يوضح فيه رقم الحوالة البرقية والمبلغ بالعملة الاجنبية والمحلية واسم الشخص الذي قام بتحويل والمستفيد والبنك المسحوب عليه .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٥ - مبيعات الشيكات السياحية :

يقوم القسم ببيع الشيكات السياحية ل سيتي كورب وباركليز بنك للمتعاملين اما عن طريق الخصم من حساب المتعاملين اذا ما كان للمتعامل حساب وحول البنك يتم خصم أو عن طريق الدفع نقدا بالقيمة المقابلة بالدرهم . ويحتفظ القسم الاجنبي بسجل منفصل لكل من شيكات سيتي كورب السياحية بالدولار الامريكي ، وشيكات باركليز بنك السياحية بالدولار الامريكي وشيكات باركليز بنك السياحية بالجنيه الاسترليني . ويتم تسجيل الشيكات السياحية للمتعاملين بالسجل الخاص . ويتم حفظ الشيكات السياحية بالخزينة بعد استلامها من بنوك الاصدار حيث يتم اصدار سند باستلام هذه الشيكات . وفي حال بيع الشيكات السياحية يقوم المتعامل بالتوقيع على الاتفاقية المعدة من قبل بنوك الاصدار , والتي يوضح فيها رقم الشيك السياحي , والفئة والمبلغ والكمية , وتحتسب عمولة بواقع ١٪ يسددها المتعامل مقابل اصدار الشيكات السياحية , ويتم اصدار كمبيالة تحت الطلب بقيمة بيع الشيكات في نفس اليوم الذي تم فيه البيع لصالح بنوك الاصدار وارسالها في نفس اليوم عن طريق البريد المسجل مرفقة باتفاقية الشراء الموقعة من قبل المتعامل .

٦ - بيع وشراء العملات الاجنبية :

يقوم القسم الاجنبي بشراء وبيع الدولار الامريكي , الجنيه الاسترليني والريال العماني والدينار الكويتي والريال السعودي , والريال القطري بالاسعار السائدة , حيث يقوم الموظفون المختصون باعداد سندات القيد وتقديمها لمسئول المختص لمراجعتها والتصديق عليها . ويتم دفع قيمة المشتريات , أو المبيعات من النقد الاجنبي اما نقدا , أو بالاضافة الى الحساب حسب رغبة المتعامل .

ويحتفظ القسم الاجنبي ببطاقات يعمن بها عند اجراء عمليات بيع أو شراء العملات , ويتم الاحتفاظ بالعملات المذكورة لدى الخزينة , كما يتم تسليم العملات للشراء من المتعاملين لتمديس وبالمثل يتم استلام العملات التي يحتاج القسم اليها في معاملات البيع من الخزينة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002496

- ٣٧ -

- الحوالات الأجنبية للتحصيل:

يقوم المتعاملين بإيداع شيكات بالعملات الاجنبية بغرض تحصيل قيمتها وذلك بعد
تعبئة قسيمة ايداع يذكر فيها رقم الشيك وتاريخه والبنك المسحوب عليه ورقم الحساب واسم
صاحب الحساب . وتعطى النسخة الثانية من القسيمة للمتعامل بعد أن يختم عليها العبارة
التالية: يتم اضافة المبلغ المحصل عند تحويل قيمة الشيك الى النقد وبهذا الاجراء فان
التزام البنك تجاه المتعامل يقتصر على الدفع في حالة تحصيل قيمة الشيك ويتم قيد الشيك
بسجل الشيكات الاجنبية تحت التحصيل بعد وضع ختم حوالة أجنبية تحت التحصيل على
ظهر الشيك ، ويقوم القسم بارسال الشيكات الى مراسلنا للتحصيل ، وفي حالة تحصيل
الشيكات فاننا نطلب منهم اضافة القيمة الى حساب البنك معيم مع اشعارنا ، أما اذا كانت
الشيكات مسحوبة على بنوك أخرى في نفس المدينة ، أو الدولة التي يوجد بها مراسلونا ،
فاننا نطلب منهم تحصيل الشيكات واضافة قيمتها الى حساباتنا طرفهم مع اشعارنا ، وعند
استلام اشعار الاضافة من مراسلينا ، نقوم باضافة القيمة التي تقابلها بالدرهم بسعر الشراء
الى حساب المتعامل بعد خصم ١٠ دراهم عبارة عن مصاريف بريد :

٨ - السندات الأجنبية المشتراه:

يقوم القسم الاجنبي بشراء الشيكات السياحية بعملات مختلفة من المتعاملين بعد
الحصول على المستندات اللازمة مثل اتفاقية الشراء ، صورة من جواز السفر والتوقيع ،
وعادة ما تكون الشيكات السياحية بالدولار الامريكي والجنيه الاسترليني ، وقد يتم قيد
الشيكات السياحية بسجل السندات الاجنبية المشتراه مع اعطاءها رقما مسلسل وذكر
التاريخ ، كما يوضع ختم سندات أجنبية مشتراه على ظهر كل شيك مع ذكر رقمه ، ويتم
ارسال الشيكات السياحية بالدولار الامريكي الى ستيتي بنك دبي أما الشيكات السياحية
بالجنيه الاسترليني فانها ترسل اما الى سيتي بنك - لندن ، أو الى ناشيونال ويست منستر
بنك - لندن للتحصيل مع الاحتفاظ بنسخة من اسند بسجلاتنا ، وعند استلام اشعار الاضافة
من مراسلينا ، يقوم الموظف المختص باضافة المبلغ لحساب السندات الاجنبية المشتراه مع
الخصم من رصيد الحساب المراسل مع البنك الاجنبية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002497

١- الكمبيالات المستحقة على البنك ( التحويلات من الخارج ):

يستلم القسم الاجنبي يوميا التحويلات الخارجية من مراسلينا بجميع انحاء العالم في شكل حوالات برقية ، حوالات بريدية ، وكمبيالات تحت الطلب مسحوبة على البنك . ويتم التحقق من صحة توقيعات الحوالات البريدية والكمبيالات تحت الطلب بالرجوع الى دفتر التوقيعات وبعد اتمام عملية التحقق من صحة التلكس والتوقيع لكل من الحوالات البريدية والكمبيالة عند الطلب ، يقوم موظف القسم بتسجيل ذلك في سجل " الكمبيالات المسحوبة على البنك " ، واعطاء كل معاملة رقما متسلسلا . وفي حالة وجود حساب للمستفيد لدى البنك نقوم باضافة قيمة الحوالة لحسابه مباشرة بدون خصم . اما اذا كان للمتعامل حساب لدى بنك آخر ، يقوم القسم بارسال شيك مدير الى البنك المعني اذا كان المبلغ صغيرا . اما اذا كان المبلغ كبيرا فنقوم بالدفع من خلال مصرف الامارات المركزي . وتحتسب رسوم تلكس بمقدار ١٠ دراهم بالنسبة لـ دبي ، اما بالنسبة للشارقة فتحتسب رسوم بمقدار ١٥ درهم وتشمل ٥ دراهم تلكس لمصرف الامارات المركزي . وبالنسبة للامارات الاخرى ، فتحتسب رسوم بمقدار ٣٠ درهم وتشمل مبلغ ٢٠ درهم عبارة عن رسوم تلكس لمصرف الامارات المركزي .

وفي حالة عدم وجود حساب للمتعامل باي بنك او في حالة عدم اعطاء اية تعليمات بالدفع عن طريق بنك معين ، ففي هذه الحالة يقوم القسم الاجنبي باعداد شيك مدير يوقع من قبل توقيعين سخولين والاتصال بالمستفيد هاتفيا ، وعند حضور المستفيد شخصيا يجري التحقق من هويته وبعد ذلك يسلم الشيك حيث يقوم بصرف الشيك من الصندوق ، كما يستلم القسم احيانا حوالات بالعملة الاجنبية لايداعها لحساب المتعاملين لدى بنوك اخرى . وفي مثل هذه الحالات ، يجري الاتصال ببنك المتعامل للاستفسار حول سداد قيمة التحويل فيما اذا كانت بعملة محلية او اجنبية ، فاذا ما كانوا يرغبون في استلام القيمة بالعملة المحلية ، يقوم القسم باصدار شيك مدير بعد خصم رسوم بمقدار ١٠ دراهم لكل عملية تحويل . اما اذا كانوا يرغبون في استلام قيمة التحويل بالعملات الاجنبية ، فيطلب منهم موافاة البنك باسم اسماء المراسل ورقم الحساب لتحويل المبلغ . وبعد ذلك يقوم القسم الاجنبي بتحويل المبلغ بعد خصم رسوم التلكس وبعد ذلك يرسل خطاب تاكيد لتنكيرهم عن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002498

تقنية عملية الدفع لمستفيد . أيضا تحول لمتعاملينا مبالغ بالعملات الاجنبية من خلال بنوك
معنية أخرى . وفي مثل هذه الحالات واذا ما كان المبلغ كبيرا نطلب من البنك المحلي
تحويل المبالغ بالتلكس لحسابنا مع مراسلنا وذلك لتجنب أية خسارة في سعر صرف العملة .
وعند استلام خطاب التأكيد الموقع حسب الأصول نقوم بتنفيذ عملية الدفع لمتعامل البنك
بالخصم من حساب المراسل ذي الصلة . أما اذا كان المبلغ صغيرا فنطلب منهم ارسال
قيمة الحوالة بالدرهم مع بالسعر المتفق عليه لاضافته لحساب المتعامل .

١ - المبالغ المودعة بحساب البنك لدى المراسلين لتغطية المسحوبات :

يحتفظ البنك في حساباته لدى مراسليه بعملات مختلفة لتغطية سحوبات البنك التي تتم
بشكل خطابات ضمان , أو اعتمادات , حوالات بريدية , كمبيالات أجنبية تحت الطلب ,
حوالات برقية ..... الخ .

وقد يقوم البنك بتوفير أموال كافية بحساباته مع مراسليه لتغطية المسحوبات وتجنب
السحب على المكشوف , حيث لا تجيز التشريعة الاسلامية التعامل بتفائدة . وفي حالة
وجود أية سحوبات بموجب اعتماد مستندي من أحد فروعنا , يقوم الفرع المذكور بأشعار
الفرع الرئيسي حتى يتمكن من توفير المبالغ الكافية . وفي حالة نقص الاموال في حساباتنا
لدى مراسلينا , يقوم البنك بشراء العملة الاجنبية المطلوبة , حيث نقوم بموافاة مراسلينا
بالتلكس بخصوص سد النقص بحساباتنا مع ذكر التواريخ والتقنية وعند شرائنا للعملات
الاجنبية من السوق المحلية - نقوم عادة بالشراء مقابل الدرهم حيث نقوم بالسداد من خلال
مصرف الامارات المركزي . أما في حالة الشراء عن طريق بنك مراسل فأننا نقوم
بالشراء مقابل الدولار الامريكي حيث تسدد المبالغ عن طريق مراسلهم في نيويورك في
تاريخ استحقاق الدفع المتفق عليه .

كما يقوم البنك ببيع الدرهم مقابل الدولار الامريكي لمراسلينا عند اتصالهم بالبنك
يبدون رغبتهم في شراء الدرهم بالسعر المتفق عليه . وفي هذه الحالة يقوم القسم بايداع
المبلغ بالدرهم بحسابهم لدى البنك حسب طلبهم .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ـ ٤٣ ـ

كما يتم استلام رسائل تلكس مشفرة تتعلق بما ذكر سابقاً حيث يتم التحقق منها من قبل
مسئول التلكس الواردة. وفي بعض الأحوال ترد الينا رسائل من البنوك النحلية للتحقق من
مسئول التلكس الواردة لنا من طريق نظام الشفرة حيث يقوم الموظف المختص بتوثيق
رسائل التلكس الواردة لنا من طريق نظام الشفرة حيث يقوم الموظف المختص بتوثيق
التلكس عن طريق مراسلينا فاذا كانت الرسالة صحيحة نقوم بابلاغ البنك المحلي بذلك
وبدون أية مسئولية. كما يستلم القسم رسائل من بنوك أخرى بخلاف مراسلينا فنقوم
بارسالها الى البنوك النحلية للترثيق عن طريق الشفرة كما يقوم القسم الاجنبي بتزويد رقم
الشفرة للفروع التي ليس لديها نظام للشفرة مع مراسلينا.

٤ ـ الحاسوب الآلي لـ سيتي بنك:

يقوم القسم الاجنبي بارسال واستلام كافة المراسلات من مراسلي البنك " سيتي بنك " من
خلال شبكة الاتصال العالمية لـ سيتي بنك، وقد تتم جميع تحويلات الدولار الامريكي
واستشارات البنك في أمريكا مباشرة عن طريق " سيتي كاش مانيجر سيستم " " CCM ".
وفي هذه الحالة فانه يسمح فقط للمسئولين المفوضين بتشغيل النظام للقيام بجميع التحويلات.
ويقوم الحاسب الآلي بالتحقق عن صحة المعاملة فاذا ما كان هناك أي خطأ، فان الحاسب
الآلي يكتشفه مباشرة.

٥ ـ الشيكات بالدولارات الامريكية المسحوبة على الولايات المتحدة الامريكية:

هناك ترتيب خاص مع سيتي بنك ـ دبي فيما يختص بالتعامل مع الشيكات بالدولار
الامريكي المسحوبة على الولايات المتحدة الامريكية بدون تحمل أية اتعاب. حيث يتم
ارسال هذه الشيكات الى سيتي بنك ـ دبي بدلا من ارسالها الى الولايات المتحدة الامريكية "
، ويقوم البنك المذكور بتقديم الشيك الى مكتبه في نيويورك بواسطة ناقل المراسلات "
كورير " ويقوم سيتي بنك ـ دبي باضافة المبلغ الى حسابنا بالدولار الامريكي لديهم بعد ٥
أيام، الا أن هذه الاضافة بحسابنا يمكن الرجوع عنها في حالة اعادة أي شيك بدون سداد.
ومن ثم نقوم باضافة المبلغ الى حساب متعاملنا بعد ٢٠ يوما على الأقل من تاريخ
تحصيل قيمة الشيك، وهذه الفترة الزمنية تتيح للبنك الفرصة الكافية
في حالة ارتداد الشيكات. وقد تساعد هذه الخدمة في تقليل رسوم التحصيل التي تفرضها
البنوك الامريكية.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

<div dir="rtl">

نظـــــام الـــــسويفتــم ()
(SWIFT)

**مقدمة:**

(سويفت) كلمة تجمع أوائل الحروف من: (SOCIETY for WORLDWIDE
INTERBANK  FINANCIAL  TELECOMMUNICATIONS) (الجمعيـة العالميـة
للإتصالات المالية بين المصارف) وهي جمعية تعاونية يملكيا أعضاؤها تهدف إلى الفائدة
المشتركة لأعضائها وإلى إيجاد واستخدام وتشغيل الوسائل الضرورية لإرسال الرسائل المالية
عبر طريق سري وخاص.

السويفت نظام يعمل بالحاسب الآلي لإرسال واستقبال الرسائل بين المصارف وهو
وسيلة آمنة وسريعة للتحويلات المالية متبولة من قبل المصارف الأعضاء في كافة أنحاء العالم.

**التركيب:**

يتم تشغيل نظام السويفت من قبل القسم الأجنبي في الفرع الرئيسي ويتولى قسم الحاسب
الآلي مسؤولية تركيب المعدات وصيانة البرامج (الإضافة و الحذف والتحديث كلما دعت
الحاجة).

تستخدم أنواع مختلفة من المعدات والبرامج يختارها المستخدم حسب ما يناسبه والأكثر
شيوعا وسهولة في الإستخدام هي: BTOS و B25 BURROUGHS، كما تتوفر برامج مختلفة
مثل: ST200 وST400 و IBM MARWA و LOGIC FAST WIRE .. إلخ، وقد اختار
مصرفنا العمل على برنامج ST200 (النسخة المحدثة 4.15) وهواالأسهل استخداماً ويتألف من
قسمين: المركز (NUCLEUS) و(IBU) (وحدة الدعم المنسجة).

يقوم المركز (NUCLEUS) بالعمل الرئيسي وتقوم وحدة الدعم المنسجة (IBU) بعمل نسخة
احتياطية فورية يتم استعدائها عندما تتعرض الذاكرة للتضرر.

---

¹ - الأصل باللغة الإنكليزية

</div>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

التشغيل:
_____

يتم التشغيل بعد إدخال كلمة السر الرئيسة التي يحتفظ بها القسم الرئيسي للسويفت على قسمين. حيث يحتفظ مدير المصرف بالقسم الأول بينما يحتفظ رئيس القسم الأجنبي بالقسم الثاني.

بعد إدخال قسمي كلمة السر الرئيسة تظهر لوحة الخيارات "ترخص للمستخدم القيام بالعمل، كما أن ذلك ضروري ليقوم كل مشغل / مشرف بوضع كلمة سر خاصة به يستطيع تغييرها حسب الحاجة للحفاظ على السرية والمسؤولية.

كما أن هناك حاجة لإدخال كلمة سر التشغيل التي يحتفظ بها القسم الرئيسي للسويفت لتحديث البرامج (الحذف والإضافة).

لقد قمنا مؤخراً بتركيب حاسب شخصي (.P.C) في فرعنا في أبوظبي (مرتبط مع شبكة السويفت) لإرسال واستقبال الرسائل مباشرة. وقد تمت هذه الخطوة نظراً لحجم الرسائل المرسلة من إقليم. ولا يقوم فرع أبوظبي بتشغيل الربط العالمي (.S.L.S) أو التبادل المشترك للمفتاح (BKE) بما أنه مرتبط مع الفرع الرئيسي الذي يقوم بالتصديق على رسائله. ويتحكم الحاسب الشخصي المركب في فرع أبوظبي كلمة سر رئيسة (لكل الأعمال) يقوم الفرع الرئيسي للسويفت بإنشائها وهي لدى إدارة الفرع (على قسمين حصراً). وسيتم ربط الفروع الأخرى أيضاً عندما يدعو حجم العمل إلى ذلك.

تنقسم كافة أعمال السويفت إلى منطقتين: ضمن الخط (ON LINE) وخارج الخط (OFF LINE).

يتم تشغيل المركز (NUCLEUS) أولاً في السويفت ثم وحدة الدعم المدمجة (IBU) ويتم الإرتباط مع الشبكة العالمية عندما تظهر كلمة (ON LINE) ويتم ذلك الآن عن طريق استخدام بطاقات الدائرة المدمجة (INTGRATED CIRCUIT CARDS) والتي تسمى أيضاً بالبطاقات الذكية (SMART CARDS). وقد تم ترتيب ذلك بحيث ينفذ بشكل مشترك من قبل مدير الفرع ورئيس القسم الأجنبي.

وتندمج عملية الربط العالمي هذه SLS (المنطق والإختيار الآمن – SECURED LOGIC + SELECT) وفقاً لعملية آلية جديدة مما يمكن من طباعة الرسائل على طابعة تم تركيبها لاستقبال الرسائل القادمة (التي تحتفظ بها الذاكرة عندما يكون النظام مغلقاً). يمكن استعادة وطباعة أية رسالة ضاعت نتيجة لعطل في الطابعة أو لسبب آخر بعد نقل البيانات إلى قرص مرن من حيث تتوفر الأوامر الضرورية لذلك. ويتم التحقق من الرسائل الواردة ومن ثم ترسل إلى القسم المعني بينما "نسخ" ويحتفظ بنسخة منها كمرجع.

- ٢ -

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002502

يتم الإحتفاظ بالرسائل الواردة والتي تعاني من مشكلة التحقق من هوية المرسل في ملف إعادة التحقق ثم تحرر من قبل الشخص المسؤول بعد التأكد من الأمر.

يقوم المشغل بإعداد الرسائل الصادرة بينما لايستطيع المشغل تغيير أو التأكد أو إرسال أية رسالة. إن الموظف الذي يدقق يرسل الرسائل لايستطيع إعدادها أو تبديلها. وقد تم ترتيب هذا الأمر لضمان الأمان إستنادا إلى لائحة الإذن لكل شخص مفول القيام بعمل معين. ويحتاج إعداد لائحة الإذن إلى معرفة كلمة السر الرئيسة التي تنقسم إلى قسمين ويتحكم بها بشكل مشترك مدير الفرع ورئيس القسم الأجنبي.  ويتضمن إعداد لائحة الإذن إضافة أو تعديل إسم المشغل أو المدقق أو المخول .. إلخ.

يتم التحقق من الرسائل عن طريق المفتاح الخاص بذلك ويستطيع المصرف إعداد مفتاح كهذا وإرساله إلى المصرف المعني حسب الطلب.  يتم تخزين مثائيل كهذه ضمن النظام الذي يقوم آليا بالتحقق من الرسائل عند الطلب.

يتولى مدير الفرع ورئيس القسم الأجنبي التحقق من الرسائل نظرا إلى سرية وحساسية الأمر. وقد تمت أتمتة هذه العملية الآن ولم يعد هناك داع للعمل اليدوي ويسمى BKE (BILATERAL KEY EXCHANGE التبادل المشترك للمفتاح).


عمل آخر اليوم:

يتم تسجيل عمل كامل اليوم على قرص مرن (DISKETT) كمرجع يتم إستعادته إذا دعت الحاجة.  ثم يقوم المشغل بطباعة تقرير الحركة بعد إنتهاء يوم العمل وهو يتألف من بيانات مختلفة يقوم المسؤول عن السويفت بتدقيقها بعد ذلك.

يتم عمل آخر اليوم قبل إغلاق الجهاز بحسب طلب النظام.  كما يتم طباعة تقرير آخر يدعى (JOURNAL) يحتوي على الوقت والتاريخ والأوامر المستخدمة واسم الشخص المستخدم لأوامر معينة حسب الترخيص في لائحة الإذن.


الفوائد:

* خدمة ٢٤ ساعة.
* استخدام اللغة المحلية.
* نظام آلي منكاف.
* أخطار أقل نتيجة الخطأ.
* تكاليف تشغيل أقل.

- ٣ -

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- إنتاجية أعلى.
- إرسال سريع.
- آمن (بشكل آلي).
- تتم وجود التحقق بشكل يدوي (أتوماتيكي).
- تتوفر الصيانة الدائمة.
- فاعلية متزايدة في تشكيل الرسائل.
- القدرة على الحفاظ على معلومات إدارية أشمل.

## خـاتمـة:

لقد تم اختبار وتجريب نظام السويفت ونمو مقبول ومستخدم من قبل عدد كبير من المؤسسات المالية (الشركات والمصارف) في كافة أنحاء العالم. (أكثر من ستة آلاف مصرف في ١٥٠ بلداً) والعدد يتضاعف بمرور الوقت. كما أن هناك سعي دائم للتطوير لما فيه فائدة الأعضاء ويتم تقديم تقرير تحليلي يتضمن معلومات عن الأداء السابق وتقديم تفاصيل عن أداء الأعضاء في الماضي والحاضر. وهناك استعلام دائم عن أية اقتراحات لتطوير العمل.

سويفت هو النظام الرائد في نقل الرسائل كافة والتي تم تصنيفها ضمن نشأت للتحقق ولإقامة العلاقة مع المنطقة المعنية.

أخيراً، نظام سويفت هو أكثر وسائل الاتصال المكتشفة حتى الآن أمناً وضماناً وسرعة.

---

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002504

- ٤٣ -

## قسم المقاصة

أعمال قسم المقاصة:

يقوم قسم المقاصة بتحصيل الشيكات المستحقة السداد الفوري ، والشيكات المصدرة بتواريخ آجلة بالعملة المحلية من المتعاملين وجميع أقسام البنك للتحصيل عن طريق الفروع والبنوك المراسلة . وتصنف الشيكات المستحقة الدفع الفوري الى شيكات مسحوبة على بنك دبي الإسلامي وشيكات مسحوبة على بنوك أخرى داخل الدولة .

وتبدأ خطوات العمل بقسم المقاصة بالآتي :

١ - يقوم موظفو قسم المقاصة باستلام الشيكات وفحصها قبل ادخال بياناتها في الحاسب الآلي وذلك بالعمل على فحص أركان الشيك من حيث التاريخ والمبلغ ، واسم المستفيد ، التوقيع والتظهير ، والأختام ، وكذلك التجيير .

٢ - يقوم الموظف المختص بادخال بيانات الشيكات في الحاسب الآلي وذلك بعد الفحص للشيك وقد يوجد بالقسم طابعة خاصة لطباعة حافظة الشيك آليا وطباعة وتحديد وقت الإيداع وعنوان وأصحاب الحساب على الحافظة . وغالبا ما يتم أخذ توقيع واسم مودع الشيك على الحافظة . ثم يقوم موظف القسم بختم الحافظة والتوقيع عليها للأصل والصورة وتسليم صورة منها للمودع . وقد يقوم الحاسب الآلي بنهاية اليوم بتجميع مبالغ الشيكات المودعة ويقيد المبلغ بصورة آلية .

٣ - يقوم قسم المقاصة باستلام الشيكات المرجلة وفرزها حسب البنوك المسحوب عليها الشيكات ، ثم حسب الأمارة أو المنطقة ، ثم حسب التاريخ ليتم بعد ذلك حفظ الشيكات في خزائن ضد الحريق وبشكل يسهل أستخراج الشيكات بصورة منتظمة حسب تاريخ اليوم والشهر . وقد تحفظ الشيكات المسحوبة على بنك دبي الإسلامي في خزائن خاصة ويحتفظ القسم بالشيكات المذكورة بصفة مستمرة بعد التأكد منها ، كما يتم أيضا أستخراج تقرير من الحاسب الآلي يشمل على كافة البيانات المطلوبة عن الشيكات المحفوظة ومطابقتها مع قائمة الشيكات لدى قسم المقاصة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002505

٤ - يقوم قسم المقاصة باستخراج الشيكات من الخزائن وإرسالها للتحصيل . وفيما يتعلق بالشيكات التي تكون مستحقة في يوم الاستلام يتم ادخال بياناتها في الحاسب الآلي وترسل بنفس اليوم التي تكون مستحقة في يوم الاستلام ، مع الموظف المكلف بالذهاب الى غرفة المقاصة للتحصيل عن طريق المصرف المركزي . وذلك بعد فرز مجموع الشيكات لكل بنك على حدة مرفق باشعار مع مطالبة المصرف المركزي . وذلك بعد فرز مجموع الشيكات لكل بنك على حدة مرفق باشعار مع مطالبة اجمالي مبالغ الشيكات مع التقرير ، ليتم بعد ذلك وفي غرفة المقاصة عملية تبادل الشيكات بين مندوبي البنوك المختلفة . حيث يقوم مندوب البنك بتسليم الشيكات لمندوبي البنوك المختلفة مقابل استلام الشيكات المسحوبة على بنك دبي الاسلامي . وهذه العملية تتم بصورة يومية .

٥ - يقوم قسم المقاصة بترحيل الشيكات المسحوبة على البنك وخصم قيمتها من حساب المتعاملين . وهناك شيكات مرتجعة يتم فيها عكس القيد بمبلغ لتضاف الى حساب المصرف المركزي وهناك شيكات مرتجعة يتم فيها عكس القيد بمبلغ الشيكات المرتجعة وتتم بقسم عمليات القيد بقسم الحسابات العامة بصورة آلية وبدون اشعار . أما الشيكات المرتجعة يعمل لها اشعارات يوضح فيها سبب الرجوع وتطبع أيضاً اشعار . أما الشيكات المرتجعة لهذه الشيكات فانها تتم بصورة آلية وذلك بواسطة الحاسب الآلي . أما عن القيود النظامية لهذه الشيكات فانها تتم بصورة آلية وذلك بخصم واضافة مجموع الشيكات وبدون اشعارات . وفي اليوم التالي يذهب مندوب المقاصة الى غرفة المقاصة بالمصرف المركزي لحضور الجلسة الأولى ومعه الشيكات المسحوبة على بنك دبي الاسلامي ، والمرتجعة مرفق بكل شيك سبب الرجوع ليسلمها لمندوبي البنوك المختلفة . كما يعود مندوب البنك ومعه الشيكات التي لم تحمل ورجعت لاسباب مختلفة مرفقة سبب الرجوع ليتم بعدها الاتصال بالمتعاملين أصحاب الشيكات المرتجعة لابلاغهم برجوع الشيكات حتى يقوموا باستلامها . وفي حالة عدم الحضور لاستلام الشيكات خلال اسبوعين يتم ارسال الشيكات بالبريد .

أما عن الشيكات الاخرى المسحوبة على بنوك خارج امارة البنك يقوم قسم المقاصة باعداد تقرير يشمل جميع بيانات الشيكات حسب التاريخ واليوم ، حيث تستخرج الشيكات من الخزائن وترفق مع التقرير المذكور وترسل الى فروع البنك المختلفة للتحصيل . وبالمقابل فإن قسم المقاصة يحتفظ بنسخ من الشيكات المرسلة من الفروع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٤٥ -

وعن الشيكات المسحوبة خارج الدولة فان البنك يقوم بتحصيلها عن طريق القسم الاجنبي وعند

وعن القسم الاجنبي باضافة مبالغها الى حسابات المتعاملين .

تحصيل يقوم القسم المقاصة باعداد جدول شيري بالشيكات المؤجلة التي يحتفظ بها القسم والمقارنة مع

٤ - يقوم قسم المقاصة باعداد جدول شيري بالشيكات المؤجلة .

تقرير الكمبيوتر الخاص بالشيكات المؤجلة .

وعن أتعاب التحصيل الشيكات يتقاضى البنك مبلغ ٥ دراهم لتحصيل الشيكات بمناطق الدولة

المختلفة التي لا يكون للبنك فروع بها وبعض المتعاملين يتم استثناءهم من الاتعاب طبقا لقرار

الإدارة .

كما يقوم البنك باصدار شيك مدير في حالات مطالبة البنوك بمبلغ أقل من قيمة الشيك

المسحوب ، أو في حالة مطالبة البنك بمبالغ زائدة عن قيمة الشيكات المسحوبة حيث تتم

التسوية باصدار شيك المدير بالفرق .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002507

**Dubai Islamic Bank**
Public Joint Stock Company
( Incorporated in U.A.E. )



المحترم

الموضوع / إجراءات العمل بقسم المقاصة.

بالإشارة إلى خطابكم المؤرخ في ١٩٩٦/٢/١١ والمذكرة المرفقة بخصوص بإجراءات العمل بقسم المقاصة، فقد إطلعنا على المذكرة وردت حدناها وافية. ونشير في هذا الصدد إلى التقرير المرفوع لسيادتكم سابقاً حيث نشير إلى أنه منذ ذلك التاريخ فقد طرأت بعض التغييرات على طبيعة الاتصال التي يتم بها القسم حيث أن مصرف الإمارات المركزي أدخل مؤخراً نظام المقاصة الآلية للشيكات وقد أدى ذلك القسم حيث أن مصرف الإمارات المركزي أدخل مؤخراً نظام المقاصة الآلية للشيكات وقد أدى ذلك إلى إنضاعف العمل بالقسم حيث كانت هذه العملية تتم يدوياً في السابق أما الآن فإننا نقوم بفرعين من النوع الآلي العمل بالقسم حيث كانت هذه العملية تتم يدوياً في السابق أما الآن فإننا نقوم بفرعين من النوع الآلي للمقاصة: المقاصة اليدوية والمقاصة الآلية. وقد تعرضتم سيادتكم إلى وصف الفرع اليدوي. أما الفرع الآلي فيتم كالتالي: بعد إستكمال المقاصة يدوياً يتم إستخدام جهاز لترصيز شيكات المقاصة وإدراج مبالغ الشيكات التي سيتم إجراء مقاصة لها. بعد ذلك يتم إعداد قسائم مرمزة بعدد الشيكات لكل بمصرفة الشيكات التي سيتم إجراء مقاصة لها. بعد ذلك يتم إعداد قسائم مرمزة بعدد الشيكات لكل بمصرفة من الشيكات حيث يتم إدراج عند الشيكات بكل قسيمة ونثبائغ وذلك بشكل منفصل. رنذكذ أرصدة من الشيكات حيث يتم إدراج عند الشيكات بكل قسيمة ونثبائغ وذلك بشكل منفصل. رنذكذ أرصدة الشيكات بالتثامين اليدوي والآلي يتم جمع مبالغ الشيكات التي سنجري عليها المقاصة.فإذا ما كانت الأرصدة متساوية عليه يتم ترسيل الشيكات إلى المصرف المركزي للمقاصة بالنسبة للإجراءات بالمصرف المركزي، وبعد إستكمال المقاصة اليدوية يتم إجراء المقاصة الآلية حيث يتم إدخال جميع الشيكات المرمزة المركزي، وبعد إستكمال المقاصة اليدوية يتم إجراء المقاصة الآلية حيث يتم إدخال جميع الشيكات المرمزة بجهاز المقاصة الآلي الخاص بالمصرف المركزي حيث يتم الحصول على نتائجها على جميع البيانات الخاصة بالشيك مثل اسم البنك مقدم التسهيل ، إجمالي الشيكات المسددة من مصرف معين وبإجمالي مبالغ الشيكات المسددة في نفس تاريخ المقاصة وبالمثل العديد من المزايا الأخرى تهيئة التنظام وبإجمالي مبالغ الشيكات المسددة في نفس تاريخ المقاصة وبالمثل العديد من المزايا الأخرى تهيئة التنظام الآلي التي يستفيد منها المصرف المركزي والمصارف الأخرى . وبهذا ما حيث بإن إدخال جهاز الترميز بنفسه، رسوف نقوم بإدخال الشيكات بشركة أجمعنا جهاز المقاصة الآلية . إذا ما رحب مصرف المركزي بذلك ، وإننا ولي التوظيف..

بتلك،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002508

قسم الاعتمادات المستندية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

بسم الله الرحمن الرحيم

الأعمال المناطة بقسم الاعتمادات المستندية

١ – الاعتمادات الواردة : (IMPORT L/C)

تشمل الإجراءات التي تختص بخصوص اعتمادات الاستيراد والخاصة باستيراد البضائع من
خارج الدولة + اجراءات المراجعة. أو داخل الدولة (اعتمادات محلية).

٢ – اعتمادات التصدير : EXPORT L/C

وتشمل الإجراءات التي تتم بخصوص اعتمادات التصدير والخاصة بتصدير البضائع الى خارج الدولة أو داخلها .

٣ – مستندات التحصيل الواردة : (I.B.C) INWARD BILL FOR COLLECTION

وتشمل الإجراءات التي تتم بخصوص تلك المستندات والخاصة بضائع ترد الى الدولة دون اعتماد مستندي .

٤ – مستندات التحصيل الصادرة : (O.B.C) OUTWARD BILL FOR COLLECTION

وتشمل الإجراءات التي تتم بخصوص تلك المستندات والخاصة بضائع تصدر الى الخارج دون اعتماد مستندي .

٥ – خطابات الضمان : LETTER OF GUARANTEE

وتشمل الاجراءات التي تتم لاصدار خطابات الضمان ومتابعتها وتشمل على استرجاعها عند الانتهاء منها.

٦ – التسهيلات الائتمانية لقسم الاعتمادات : CREDIT FACILITIES FOR L/C

وتشمل تلبية طلبات العملاء الجدد أو العملاء لزيادة سقف التسهيلات الممنوحة وتشمل تقارير لقسم الائتمان
وبخة التسهيلات بهذا الخصوص .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002510

2

## رابعاً: الاعتمادات الواردة:-

تعريفها:

هي عبارة عن تعهد مني صريح من مصرف (المصرف الفاتح) يعطي للبائع (المستفيد) بناء على طلب: زبوننا تعليمات المشتري (طالب فتح الاعتماد) بأن يقوم بالدفع بالطريقة المتفق عليها مبلغ معين من المال ضمن مهلة زمنية محددة مقابل المستندات المفصلة في الاعتماد.

وبعبارة بسيطة ... هو تعهد مصرفي بالدفع المشروط.

أطرافها:

المشترد / البنك / المصدر / المصرف الوسيط / البائع.

أصنافها:

أ. حسب درجة الأمان                            REVOCABLE

١. قابلة للنكول                             IRREVOCABLE

٢. غير قابلة للنكول                        UNCONFIRMED

٣. غير معززة                                CONFIRMED

٤. معززة

ب. حسب وقت الدفع:                                SIGHT

١. اعتمادات بالإطلاع                ACCEPTANCE \ USANCE

٢. اعتمادات بالقبول                DEFERRED PAYMENT

٣. مرحلة الدفع

ت. أخرى:                                    REVOLVING L/C

١. الدوار أو المتجددة              TRANSFERABLE L/C

٢. القابل للتحويل                 BACK TO BACK L/C

٣. المقابل                                   STANDBY L/C

٤. الاحتياطي        L/C AVAILABLE BY INSTALMENTS (PARTIAL SHIPMENT)

٥. المتاح بالتقسيط

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002511

3

واعيا من حيث التسليم والشحن:

| | |
|---|---|
| EX-WORKS (FACTORY) | ١. التسليم في المصنع |
| FREE CARRIER (FCA) | ٢. التسليم لدى الناقل . |
| FOR / FOT | ٣. تسليم ظهر الشاحنة/ القطار |
| FOB AIRPORT | ٤. تسليم مطار التصدير . |
| FAS | ٥. التسليم بجانب الباخرة في ميناء الشحن (فاس) |
| FOB | ٦. التسليم على ظهر السفينة (فوب) |
| C&F | ٧. التسليم (الثمن + أجرة الشحن) |
| CIF | ٨. التسليم (الثمن + أجرة الشحن + التأمين) |
| EX SHIP | ٩. تسليم السفينة |
| DDP | ١٠. التسليم خالص الرسوم |

متطلبات إصدار الاعتمادات المستندية:

١. تقديم الطلب:

ينقسم القسم طلب فتح الاعتماد من الأفراد والهيئات كالتالي:

أ. في حالة عدم وجود سقف أو رجوعه تجاوز بالسقف يحول الطلب للإدارة أو اللجنة لاتخاذ القرار النهائي.

ب. إذا كان للعميل سقف تسهيلات من اللجنة أو الإدارة يحرر الاعتماد بنفس الوقت وان يكون ضمن السقف الممنوح

ت. في حالة التجاوز عن السقف يحول الطلب للجنة أو الإدارة بحيث يتوافق الطلب مع نظام العمل بالبنك من حيث، منع الضمانات المختلطة من العميل التي تتضمن حتى البنك ، ومن الناحية الشرعية للنظام المراجعة أو تزكية البضاعة ، ومن الناحية الفنية لشروط الاعتمادات.

٢. طرق إرسال الاعتماد:

يتم إرسالـه بعدة طرق مختلفة بعد إعطائه رقما مسلسلا:

١. بالطباعة على النموذج المخصص للاعتماد من قبل البنك  سواء عن طريق التكسير أو الآلة الكاتبة .

٢. بواسطة نظام السويفت.

٣. بواسطة التلكس المختصر / أو التلكس الشامل ، حسب رغبة العميل.

٣. مراجعة الاعتماد:

يتم بعد إصدار نسخة المراجعة إذا كان بالسويفت أو التلكس لتلافي الأخطاء وإذا كان على نموذج البنك يتم مراجعته شيئ بنفس النموذج قبل الإرسال.

٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‫٤‬

‫الإرسال البياني للاعتماد:‬

‫ويتم بعد أخذ الموافقة المبدئية على الاعتماد وصرف حصته واعتماده من قبل الموظفين ذو صلاحية التوقيع‬
‫بالبنك.‬

‫القيود النظامية:‬

‫خلال فترة صياحة الاعتماد تجرى القيود النظامية إضافة للمعدلات المختلفة على حوافظ الخصم والإضافة.‬

‫تعديل الاعتمادات بعد فتحها وتشمل :-‬

‫أ. تمديد فترة الشحن وصلاحية التداول.‬

‫ب. زيادة قيمة الاعتماد : ويمرر إذا كان ضمن السقف المصدق للمتعامل ، أو يتم أخذ موافقة الإدارة أو‬
‫اللجنة.‬

‫ت. تخفيض قيمة الاعتماد.‬

‫ث. مواصفات البضاعة.‬

‫ج. طريقة الشحن - إما كلياً أو جزءاً.‬

‫إلى غير ذلك من التعديلات التي تتطلب موافقة الإدارة أو اللجنة.‬

‫وبعد أخذ الموافقة على التعديلات تجرى القيود بإضافة بالنظامية والخصم والإضافة ويتم تحصيل للمصاريف‬
‫والعمولات إضافة بنذلك وغيرها.‬

‫تداول المستندات : (وخلال فترة صلاحية الاعتماد):‬

‫يسلم قسم الاعتمادات مستندات الشحن من المراسلين بعد تداولها ودفع قيمتها للبائع عن حالة الدفع عند‬
‫الاطلاع أو توزلها في حالة الدفع المؤجل للمزر بالقبول ، ويقوم الموظف المختص في القسم بالتنددق عليها‬
‫والتأكد من أن المراسل لم يخالفني أي تداولها بعد ذكر مخالفة أو مخالفات‬
‫ومطابقتها مع شروط الاعتماد وإذا كان هناك حالة وجود هذه المخالفات يتنظر البنك المراسل والمشتري ويطالب من‬
‫قدم مطابقتها للاعتماد ، وإن حالة وجود هذه المخالفات يتنظر البنك المراسل والمشتري ويطالب من‬
‫المراسل بإعادة قيد الاعتماد إلى حين تصحيح حذف المخالفات أو الحصول على موافقة للتعامل على تلك‬
‫المخالفات خاصة   إذا كانت هناك إمكانية تقبلها من ناحية.‬

‫وفي حالة المستندات السليمة يقوم القسم بإعداد المراقبة وحوافظ الخصم والإضافة ويتظر انتصال    تتقديم‬
‫شيكات الأقساط المؤجلة ؛ وذلك بعد الخصم عليها من قبل المراسل وإضافة القيمة للمستفيد.‬

‫وبعد اكتمال هذه الإجراءات يقوم البنك بتسليم المستندات للمشتري بعد تظهيرها إليه لشمائل استلام‬
‫الشيكات وشهود المراضة مرفقة من استعمال.‬

‫لما إن صدرة وصول البضاعة من المستندات ، يصدر للعميل كفالة شحن بحري أو تسليم حري على أن تتم‬
‫الإجراءات الأخرى بعد وصول المستندات كما هو أعلاه.‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002513

5

كما أن حالة الاعتمادات المستندية يتم الخصم بالكامل على التسلسل وأخذ كافة المصاريف والعمولات الأخرى، ريثم تسلم المستندات أو كتاب الشحن البحري أو الجوي.

4.   جدولة المراجعة:
يتم عن طريق إدخال البيانات في ملف المراجعة بجهاز الكمبيوتر وتحرير القيود المتعلقة عن نظامية / خصم زيادة/ عمولات عنقلة ، إضافة لحركة الشيكات المستحقة على العميل ، ومن ثم متابعة التحصيل.

7.   مكافأة السداد المبكر للمراجعة:
يتم ذلك بعد موافقة الإدارة أو اللجنة.

ة

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002514

6

## ثانياً - اعتمادات الصادر أو التصدير    EXPORT LETTER OF CREDIT

تعريفها :

هي اعتمادات تفتح لصالح تجار في داخل البلد وذلك لتصدير بضائع إلى خارج الوطن أو داخلها وضما يكون دورنا كدور البنك المراسل في اعتمادات الاستيراد ، حيث نقوم بإخطار المستفيد " المصدر " ونناول مستندات الشحن وتحصيل قيمة الاعتماد وندفعه إلى المستفيد بعد خصم العمولات .

إجراءات اعتمادات الصادر أو التصدير :

يستلم القسم الاعتماد الوارد إليه من بنك آخر سواء محلي أو خارجي " في اغلب الأحيان " وذلك إما بالبريد أو التلكس أو السويفت.

الاعتماد الوارد عن طريق البريد:

١. نقوم في المرحلة الأولى بمطابقة تراقيع الأشخاص المرخصين على الاعتماد حيث توجد نماذج عن تواقيع المسؤولين في البنوك المراسلة لدينا وإن حالة عدم وجودها نرسل نسخة من الاعتماد إلى مراسل البنك نناتج الاعتماد في داخل الدولة لمطابقة التراقيع.

٢. أما الاعتمادات الواردة بالتلكس فان القسم يتأكد من الشفرة هل هي صحيحة أم لا وإن حالة عدم توفر لديك رمز الشفرة لديها تلك عن طريق المراسل المحلي لهم.

٣. أو عن طريق السويفت حيث تتم عملية ورود الاعتماد وفك الشفرة أوتوماتيكيا عن طريق النظام نفسه.

- بعد ذلك يقوم الموظف بالتأكد من شروط الاعتماد وخلوها من أية شروط غير مقبولة لدينا كبنك بندارل للاعتماد أو أن تكون فيها شروط منافية للشريعة الإسلامية مثل ذكر كلمة " فائدة " ففي هذه الحالة نطالب البنك ناتج الاعتماد بتعديل تلك الشروط.

- إن حالة وجود طلب من البنك المراسل بتعزيز الاعتماد فإننا نقوم بأخذ مراقبة الإدارة على ذلك لأن التعزيز يعني ضمان من قبلنا للاعتماد حيث نتعهد مع بالدفع في حالة تقديم المستندات السليمة إلينا دون النظر إلى رفض البنك المراسل " ناتج الاعتماد " وهذه خدمة استثنائية تقدم من قبلنا إلى مراسلينا فقط.

- بعد ذلك يخطر المستفيد بورود الاعتماد بواسطة البريد وذلك بعد طبع نماذج خاصة بهذا الإخطار مسرقمة من قبل المخولين في البنك.

- يقوم المستفيد بتوفير مستندات الشحن المطلوبة حسب الاعتماد وذلك بعد شحن البضاعة وتقديمها إلينا.

- يقوم الموظف بفحص تناول هذه المستندات للتأكد من سلامتها.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

۲

تخصم على حساب البنك ناتج الاعتماد والتدفع إلى المستفيد بعد خصم العمولات والمصاريف. إذا كانت على المستفيد
حسب شروط الاعتماد وإذا كانت على ناتج الاعتماد فإن العمولات والمصاريف تضاف إلى قيمة الفاتورة المقدمة من
المستفيد "قيمة الاعتماد" وتخصم من البنك ناتج الاعتماد.

• اخطار البنك ناتج الاعتماد بهذا الخصم.

• الطلب من البنك ناتج الاعتماد بالتدفع عن طريق مراسلة في حالة عدم وجود حساب مشترك معهم.

ملاحظة : خطورة الاعتمادات الصادرة هي :

١. التأكد من الاعتماد قبل تبليغه وتعزيزه إلى المستفيد حيث احتمال الغش والتدليس وارد وذلك بالتأكد من التواقيع والشفرات
بالأسلوب الصحيح.

٢. تداول المستندات بشكل دقيق حيث انه في حالة تفاضي المرتفق عن طريق الخطأ لشرط من شروط الاعتماد الواردة، وعدم
الانتباه إليه يعرض البنك بعد الدفع والخصم بالمطالبة بقيمة للبلغ للدفع نتيجة تنفذ تلك الخطأ.

٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002516

8

INWARD BILLS FOR COLLECTION (I.B.C.): ثالثاً : مستندات تحت التحصيل الواردة

تعريف :

مستندات تحت التحصيل هي مستندات وبضائع تشحن من خارج الدولة لصالح التاجر في الإمارات دون وجود اعتماد مستندي حيث يقوم المصدر بالشحن وإرسال المستندات الأصلية إلى البنك وذلك من أجل ضمان الدفع له ، ويلجأ المصدر إلى ذلك نتيجة لوجود اتفاق مسبق مع المستورد ونتيجة للثقة بين الطرفين .

أنواعها :

* مستندات تحت التحصيل تدفع عند الإطلاع أي أن المستورد يجب عليه دفع قيمة البضاعة قبل تسلمه للمستندات والحصول على البضاعة .

* مستندات تحت التحصيل مقابل القبول أي أن المستورد يتعهد بالدفع ويوقع على الكمبيالة المرفقة بالمستندات في تاريخ محدد وإنما عليه المصدر وذلك بذكره في المستندات مثل :

بعد ٦٠ يوم من تاريخ بوليصة الشحن
بعد ٧٠ يوم من تاريخ الشحن " تقبل المستفيد " ومكنها .........

* إن عدم سدادها لا يكون التزام على البنك في حالة عدم الدفع من قبل المستورد في التاريخ المحدد .

خيارات استلام المستندات تحت التحصيل :

* يقوم البنك باستلام المستندات والإطلاع عليها وإخطار المستفيد بوصولها .

* يقوم البنك بتسليم المستندات إلى المستورد وتحرير البوليصة لصالحه وذلك بعد تحصيل مبلغ المستندات + المصاريف أو تعهد المستفيد الكتابي بالدفع في التاريخ المحدد في حالة مستندات القبول .

* الدفع إلى المستفيد في البنك المصدر حسب تعليمات البنك المراسل للمستندات .

* متابعة مستندات التحصيل غير المدفوعة وإرسال إخطارات كتابية إلى المستورد أو إرجاعها إلى البنك المرسل وذلك في حالة عدم الدفع .

* متابعة مستندات المقبولة بالدفع في تواريخ محددة وإرسال إخطارات بها مطالبين المستورد بالدفع وفي حالة المماطلة وعدم الدفع ترسل الكمبيالة المرفقة من قبل المستورد إلى المصدر وذلك بإعلاء المستورية المشترية البنك منها .

ملاحظة :

قد ترد مستندات التحصيل باسم البنك في محصلها رقماً قد يطلب التعامل ارتباطها على تسهيلات ائتمانية للحصول عليها عن طريق المرابحة رقماً بعرض الأمر على الإدارة لأخذ الموافقة .

وفي حين المرافقة بيع بضائع التعامل مع عقود المرابحة ويقدم شبكات المرابحة رسم ثم يمكنه استلام المستندات والبضائع وتحصيل البضاعة ذلك مرفقة بضائع أجنبية .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002517

٤

رابعا : مستندات التحصيل الصادرة OUTWARD BILLS COLLECTION (O.B.C.)

وعندما يقوم البنك بدور البنك المرسل لمستندات التحصيل حيث يقوم المتعامل بتصدير البضائع وتقديم المستندات وتقوم بدورنا بإرسالها إلى بنك المستورد إن البنك الآخر وذلك لتحصيل قيمتها .

وعند تحصيل القيمة تقوم للمصدر بعد اخذ العمولة والمصاريف الخاصة بالبنك .

خامسا: الكفالات المصرفية

تعريف: هي تعهد مطلق أو مشروط بدفع مبلغ معين ، صادر عن البنك خلال مدة محددة لأمر جهة معينة بالنهاية عن التعامل مع البنك ، ويأتي دور البنك هنا كوكيل.

خطوات اصدار الكفالة المصرفية:

١. يتقدم العميل بالطلب مذكورا به القيمة / أسم المستفيد / المدة / سبب طلب الخطاب / التوقيع المعتمد.

٢. ينظر للطلب من الناحية الشرعية والقانونية بحيث لا يتعارض مع الشرع ، بأن تكون الكفالة مثلا :
   • صادرة لصالح بنك ربوي بمقابل مبلغ مالي أو تسهيلات مصرفية
   • أن لا تكون بمقابل استيراد بضائع محرمة مثل الخمور / اللحوم المحرمة / وغيرها
   • كما ينظر من الناحية القانونية بحيث لا يكون صادر لنشاط قانوني مشبه بها قد تضر على سمعة البنك.

٣. في حالة وجود حساب بالبنك يطالب الموظف بتوقيع العميل.

٤. إذا كان للعميل سقف تسهيلات وكان الطلب ضمن السقف يتم الموظف باقي الإجراءات بعد اعتماده من رئيس القسم والمدير

٥. في حالة عدم وجود سقف أو وجود تجاوز بالسقف يحول الطلب للإدارة أو اللجنة لاتخاذ قرار نهائي.

٦. بعد الموافقة يقوم الموظف بتحرير الشروط النظامية الخاصة باطخطاب وحجوزات الخصص والإضافة للعميل أو القائمة التندي أن وحده ، سواء بالخصم على الحساب أو الدفع التندي.

٧. بناء على ما تقدم يتم تحرير الخطاب إما بالتلكس أو السويفت، وفي نفس يقوم الموظف بطباعة الخطاب سواء عن طريق الكمبيوتر أو الآلة الكتابية .

٨. يتم إدخال بيانات الخطاب بالكمبيوتر والسجل الخاص.

٩. بعد الطباعة يراجع الخطاب مراجعة نهائية ويتم اعتماده من قبل الموظفين المختصين.

١٠. يتم تسليم الأصل للمتعامل لتسليمه للمستفيد + نسخة للمتعامل ، (أن) يتم إرسال الخطاب بالتلكس أو السويفت عن طريق البنك المراسل أو الفرع المعني.

١١. يشعر المتعامل بإعادة الخطاب بعد انتهاء مدته أو التعرض منه إذا لم يطلب تجديده، لفترة أخرى.

١٢. يتم إلغاء الخطاب من السجل بالكمبيوتر وذلك بعد عكس القيد الخاص بالخطاب حتى لا يبقى التزام على البنك والعميل.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002518

10

أنواع الكفالات

١. كفالات الدخول في المناقصات أو المناقصات (الابتدائية).

٢. كفالات حسن التنفيذ (الخاصة بالمشاريع).

٣. كفالات الدفعة المقدمة (مقاولات البناء / البيع والشراء / .. الخ ).

٤. كفالة الصيانة (خاصة بمشاريع المقاولات).

٥. كفالات الجمارك (لضمان إدخال البضائع أو إخراجها خارج الدولة خلال فترة ٦ شهور : رتبنتر لوزارة المالية أو الجمارك).

٦. كفالات نادي السيارات ؛ وكفالات وزارة العمل بخصوص هروب المستخدمين.

٧. الكفالات المعززة والنقابية الصادرة بأمر من البنوك المراسلة من خارج الدولة أو داخلها لصالح المستفيد

سيث يقوم البنك نيابة عنها بإصدار هذه الكفالات مع خصم العمولات والمصاريف الخاصة به.

## ثالثاً : التسهيلات الائتمانية CREDIT FACILITIES

يقوم موظف مختص باستلام طلبات التسهيلات الجديدة أو طلبات المتعاملين الحاليين لزيادة التسهيلات ويكون من مهام عمله:

• استقبال الزبائن الجدد وتعريفهم بنظام البنك والخدمات التي يمكن أن يتقدمه لهم قسم الاعتمادات

• اعداد مذكرات القسم إلى لجنة الائتمان .

• ترشيح مرشف المتعامل وتمامه في حالة طلب المتعامل لزيادة التسهيلات وترفعه القسم بطلبه .

• استلام قرار لجنة التسهيلات الائتمانية ومتابعة التنفيذ داخل القسم .

• حفظ ملفات التسهيلات الخاصة بالمتعاملين .

• متابعة طلبات المتعاملين ودراسة أي مشاكل أو مواجهتهم ورفع تقرير بها إلى الإدارة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

11

## يمكن تناول الأعمال التي يقوم بها قسم الاعتمادات المستندية من الجوانب الآتية:

### الجانب الشرعي:

في قسم الاعتمادات المستندية تطبيق أحد الأركان الأساسية في المعاملات الإسلامية إلا وهو بيع المرابحة، حيث يتم تنفيذه في قسم الاعتمادات المستندية باستخدام الاعتماد كوسيلة من وسائل تنفيذ البيع والشراء وفقا لما تقتضيه عمليات الاستيراد والتصدير والتوريد والتنمية باستخدام الاعتماد خلال عملية فتح الاعتماد وتسليم المستندات والبضائع وإنفاذا للتعامل شريعة الإسلامية، ويسري على النحو كل شروط المرابحة خلال عملية فتح الاعتماد وتسليم المستندات والبضائع وإنفاذا للتعامل الذي يرغب في فتح الاعتماد بأن عملية تمويل الاعتماد وفقا لرغبته تستوجب الشروط التي يتطلبها الشرع في عملية المرابحة؛ يعمل المصرف حله في عملية الشراء من المصدر الخارجي أو المحلي ويشتري المصرف أولا ويخطر المتعامل بأن تضيف رغبته لحين الشراء وتصبح ذلك ثمن البيع للمتعامل، ويكون المصرف مسؤولا عن تسليم البضائع موضوع الاعتماد وفقا لهذا الالتزام، ويراعي المصرف أن تكون كل مستندات الشحن باسم تأكيدا بأنها قد اشترى، ويقوم بتظهير هذه المستندات للمتعامل ليتمكن من تسلم البضائع موضوع الاعتماد.

ولا يقتصر دور المصرف من الناحية الشرعية على الاعتمادات فقط بل يشمل كذلك مستندات التحصيل أو القبول حيث يقوم البائع بشحن البضائع للمشتري المعني دون فتح اعتماد مستندي أو تسلم النتيجة من المشتري وكذلك إثبات لاعتباره مستدريا تمثيلا ويعمد من الناحية الشرعية أن تكون مستندات الشحن الواردة للتحصيل أو القبول باسم أيضا، وذلك إثبات لاعتباره مستدريا تمثيلا ويعمد المرابحة كما هو الحال في الاعتماد المستندي ويمكنه من شرعيتها أن تكون مطورتها بنوع من إعداد مستندات الشحن وتسلم البضائع وتسديد أقساط المرابحة.

كما يشمل دور المصرف من الناحية الشرعية في قسم الاعتمادات المستندية بإصدار الكفالات المصرفية والتي يراعى عند إصدارها سلامتها من الناحية الشرعية؛ فلا بد أن تكون المسألة الشرعية بمنذ كل البعد عن المعاملات الربوية، كما ينبغي على المصرف عند إصدار الكفالات التي يطلب منه إصدارها من المصارف الخارجية - المراسلين - الموجودة والمطورخ مراعاة الناحية الشرعية فيها.

مثلى حالات كثيرة ترد كلمة "فائدة" في الكفالات المراد إصدارها وإصدارها يرفض قسم الاعتمادات المستندية إصدارها إلا بعد تصحيحها وإسقاط هذه الكلمة وكل الكلمات الدالة على الربا.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002520

الجانب الثانوني:

يلتزم قسم الاعتمادات المستندية بمراعاة سلامة الاعتمادات وسستندات التحصيل والكمبالات، من الناحية الثانونية، ونشأة يسرد السبب حوسري هو اختيارنا عندما تمت بين أطرافها المتعددة، فالاعتماد المستندي قبل فتحه يتسلم المصرف طلباً من متعامل، يدي به رغبة في استيراد بضائع أو تقديم خدمات أو غير ذلك، ويكون الطلب مرتبطا من الشخص الذي يملك صلاحية إصداره وتوقيعه؛ فإذا كانت واحد أو بعض هذه العناصر يكون الطلب ناقصا من الناحية الثانونية ولا تترتب عليه آثار ملزمة للمصرف. ولكن في حالة اكتمال الطلب وقبول للمصرف له يصبح العقد بين المصرف والمتعامل وتترتب عليه التزامات وحقوق للمصرف، فالمصرف يلتزم باستيراد البضائع موضوع الاعتماد المستندي بعد دفع ثمنها للبائع الأجنبي عن طريق المراسلين بالخارج وترتبط تسهيلات للمراجعة، ويكون للمصرف في هذه الحالة حقه في تسلم العمولات والمصاريف مقابل هذه الخدمات اضافة إلى ذلك حقه في الأرباح التي تنتج من الفرق بين سعر الشراء وسعر البيع والتي عادة يتم سدادها ضمن أقساط المراجعة.

وبحسب تعهده العقد على المتعاملين بين المصرفين اللذين يترليان فتح الاعتماد وإخطاره للمستفيد وتداول مستنده، نكلامها ملزم بما يترتب عليه من التزامات فلا بد أن يقوم المصرف ناتج الاعتماد بإصداره فور تسلمه رسم المصرف المقررة لفتحه . كما ينبغي على المصرف الذي سوف ينظر الاعتماد أن يقوم بإخطار المستفيد فور تسلمه وتداول مستنده خلال الفترة الثانونية ويتسلم عمرلة التداول ؛ أو تعزيزه في حالة التعزيز وقبض عمرلة التعزيز المقررة لذلك.

وتشمل التزامات المعتد بين البائع والمشتري أو المورد في اعتمادات المراجعة إلى المصرف ناتج الاعتماد والبائع الأجنبي . فالبائع الأجنبي يلتزم بضمن البضاعة والتأمين عليها إذا اتضحت شروط الاعتماد ذلك . وهذا يؤكد انعقاد أكثر من عقد قبل وعند شحن البضائع موضوع الاعتماد . فالبائع أو المصدر يطلب من شركات التجمية والتشغيل والشحن والتأمين اتمام برامجها كل حسب اختصاصه وكثيرا مثل عقودا بين كل منها والبائع أو المصدر وتترتب ترجمة التزامات وحقوق لكل من طرفيها .

وينبغي على المصرف ناتج الاعتماد أن يتأكد من أن الاعتماد المستندي يشتمل على فقرة تفيد بأنه يخضع لقواعد والأعراف المصرفية للاعتمادات المستندية (غرفة التجارة الدولية) الإصدار رقم ٥٠٠ لعام ١٩٩٣، كما يبقى على البائع والمصدر والبنك الذي يقوم بتداول المستندات مراعاة وجود هذه الفقرة في الاعتماد المستندي . وأهمية هذه الفقرة تنبع من ضرورة التعرف على الشرائط الدولية التي يجب تطبيقها في حالة الخلافات التي تنشأ بين أطرافه المتعددة .

ويترتب قسم الاعتمادات المستندية بجانب ذلك مراعاة سلامة مستندات التحصيل أو القبول والكمبالات من الناحية الثانونية — فني حالة مستندات التحصيل أو القبول يلتزم البنك بعدم تسليم مستندات الشحن إلا مقابل دفع قيمتها أو توقيع المشتري على سند القبول الموجل . ومقابل ذلك يتقاضى المصرف العمرلات المقررة كما يقوم المصرف بشرائها إذا كانت المستندات برسم اضافة بذه أي المصرف المشتري الأول فله النقاء . ويتقاضى المصرف عنها الأرباح على المراجعة . ويبقى على المصرف عند تسليم مستندات الشحن لشخص أو جهة غير التي حددها المصدر لذي يقوم بارسال هذه المستندات وذنته تنبها للالتزام والتعرف بين المصارف في هذا الصدد .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002521

13

اهتم المصرف تطبيق التراجمي الثانوية عند إصدار الكفالات المصرفية – فلا بد من التأكد من صحة وسلامة طلب إصدار
الكفالة حيث يجب أن تكون صادرة من الجهة التي تريد إصدارها والانتكون مزورة وإذا اقتضت الحالة إضافة شرط أو شروط
معينة ينبغي على المصرف فهم هذه الشروط لامتناع دفعها مستقبلاً ، الشيء الذي يعني الغرض الذي من اجله قد
تم التأكد من عناصر الاستعانة في الشرط أو الشروط شذرت.

## جانب الفني والمصرفي :

يلتزم قسم الاعتمادات المستندية بمراعاة الجانب الفني والمصرفي عند إصدار الاعتمادات المستندية أو تسلم مستندات التحصيل أو
التحويل أو الكفالات المصرفية

والتأكد من الجانب المصرفي والفني في الاعتمادات المستندية لا بد للعاملين في قسم الاعتمادات المستندية من التأكد من تعبئة
طلب الاعتماد بصورة صحيحة ومكتملة ، لأن الاعتماد المرسل يعتمد بياناته من استمارة الطلب التي يبدها المتعامل (المشتري)
أو المستورد . فإذا لم تكن هذه البيانات صحيحة ومكتملة فإن الاعتماد سوف يكون ناقصا مما يؤدي إلى تعطيل شحن البضائع
أو إرسالها بصورة غير التي يريدها المشتري . كما أن شروط الدفع وغيرها قد ترد غير واضحة أن الطلب ويترتب على ذلك نتائج
لا يرغب فيها المشتري أو البائع .

ومن أهم الخطوات التي تم اتخاذها لحرازا لمثل هذه الأخطاء في إعداد طلب فتح الاعتماد وجود ثابتة بالأشياء التي يجب أن
يتم التأكد فيها من مطابقة الاعتمادات قبل تبول الطلب وموافقة الإدارة عليه – هذه الثابتة توضح للمرفف احتياطات التي يجب إتباعها
نيجا بمعرفة تاريخ إصدار الطلب حتى يعلم ما إذا كان الطلب قد تأخر عند المتعامل أم في البنك ، ثم يتمثل في نوع الاعتماد
نفسها ما إذا كان قابل أو غير قابل للإلغاء ، وما إذا كان معززا أو غير معزز ، وما إذا كان سوف يرسل بالبريد أو بالتليكس
لمعرفة ما إذا كان الشحن بئجر أو بالبحر ، والمستندات التي يرغب المشتري في تسلمها. مثال ذلك شهادة المنشأ
القصير أم بالكامل ؛ وما إذا كان الشحن بئجر أو بالبحر ، والمستندات التي يرغب المشتري في تسلمها. مثال ذلك شهادة المنشأ
والمصدرة وغيرها – كما يجب على الموظف المختص أن يتأكد من الشحن الجزئي والشحن الكلي وذلك بالتأشير في الطلب على
أي منهما ، وترجيح تواريخ الشحن والميناء، والرموز الواضح للبضائع المطلوبة وكميتها ورسم الوحدة.

وعند قسم مستندات الشحن يقع على عاتق قسم الاعتمادات المستندية واجب مطابقة مستندات مع الاعتماد والتأكد من أن
وعند قسم مستندات الشحن تكون مطابقة للاعتماد وفي حالة وجود هذه المخالفات يجب على
البائع قد استوفى شروط الاعتماد ولا ترد في المستندات؛ وفي حالة وجود هذه المخالفات يجب على
المصرف إخطار المراسل الذي قم بتدارك إعادة البائع في حالة عدم الاستجابة هذا
المصرف إخطار المراسل الذي قم بتدارك إعادة المبالغ التي قام بدفعها للبائع وتمامة المستندات إليه في حالة عدم الاستجابة هذا
الطلب.

كما يجب أن يراعي المصرف الجوانب الفنية في حالة تسلم مستندات. المحصل أو التحويل وذلك بالإطلاع على المرفقة
مع المستندات. والتأكد من الخطابات التي صدرها المصرف مراسل كشروط تسليم هذه المستندات. كان كان تسليمها بالتحويل
يجب أن يتم التحويل بواسطة المشتري على كتابة مستندات ترفض وترفض سداة مع مستندات الشحن. وإن كان تسليمها بحني
الالتزام بذلك قبل تسليمها.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002522

١٤

كما ينبغي على المصرف مراعاة الجوانب الفنية في حالة إصدار الكفالات المصرفية وذلك بمراعاة إصدارها ومؤشر عليها عدم

قابليتها للتظهير لأن هذا يضمن عدم خروجها عن الغرض الأساسي الذي من أجله صدرت ألا وهو ضمان تنفيذ معاملة معينة.

الخاتمة :

كانت تلك نبذة مختصرة عن الأعمال للنشاطة بقسم الاعتمادات المستندية من اعتمادات واردة وأخرى صادرة وخطابات ضمان

ومستندات قبول صادرة ووارده وتسهيلات ائتمانية.

ونرجو من الله التقدير أن نكون قد وفقنا في توضيح مهام قسم الاعتمادات المستندية .

ووفقنا الله لما فيه خير للمسلمين وخير لهذه للمؤسسة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002523

قسم التجارة والتمويل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002524

الخطوات التنفيذية

لإجراء معاملات قسم التجارة والتمويل

تنقسم الخطوات التنفيذية لإجراء كافة المعاملات إلى ثلاث مراحل أساسية على النحو الآتي:

• مرحلة مقابلة المتعامل وتعبئة النماذج المتعلقة بالمعاملة المطلوبة.
• مرحلة تجهيز الطلب للعرض على الإدارة[22].
• مرحلة تنفيذ المعاملة وإدخال البيانات في الحاسب الآلي.

أولاً: مرحلة مقابلة المتعامل وتعبئة النماذج المتعلقة بالمعاملة المطلوبة:

١. استقبال المتعامل والاستماع إلى طلبه باهتمام.
٢. تقديم شرح وافي عن كيفية وشروط تنفيذ المعاملة[23].
٣. تعبئة نموذج "الطلب" الخاص بالمعاملة المطلوبة وتوقيع المتعامل عليه.
٤. استيفاء المستندات والوثائق[24] المطلوبة من المتعامل.

ثانياً: مرحلة تجهيز الطلب للعرض على الإدارة:

١. التأكد من عدم وجود اسم المتعامل على قائمة المحظور التعامل معهم[25] (برنامج رقم <٣٩> في نظام المراجعة).

٢. التأكد من وجود تعامل سابق للمتعامل مع البنك من عدمه (برنامج رقم <١٧> في نظام المراجعة).

٣. إذا كان هناك تعامل سابق ، فإن ذلك يعني وجود رقم للمتعامل ، وبواسطة هذا الرقم يتم طباعة الموقف الشامل لمعرفة حساباته ومعاملاته إن وجدت (برنامج رقم <١٥> في نظام المراجعة).

---

[22]– أينما وردت كلمة "الإدارة" في هذا التنفيذ فإنها تعني الجهة المخولة بالموافقة على تنفيذ طلبات المتعاملين مثل رئيس القسم ، مساعد رئيس القسم ، المدير ، مدير الفرع ، لجنة الاستثمار والتمويل ، وذلك على حسب الصلاحيات المحددة.

[23]– يجب أن يحتفظ موظف قسم التجارة والتمويل بصفة خاص بصري على كافة القرارات والتعميمات السارية التي توضح شروط تنفيذ المعاملات ونسب الأرباح.

[24]– تنشر باب المناقص في كتب "التعريف العام".

[25]– إذا كان اسم المتعامل موجوداً على قائمة المحظور التعامل معهم ، يجب إبلاغ الإدارة؛ وذلك قبل استكمال بقي الإجراءات.

١٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002525

٤. طباعة بيانات المرابحات والمعاملات السابقة إن وجدت *(برنامج رقم <8> في نظام المرابحة)* وطباعة كشوف الاقساط *(برنامج رقم <10> في نظام العرابحة)* للاطلاع على مستوى التسديد السابق.

٥. إعداد ملخص – في المكان المخصص على نموذج "الطلب" – عن أرصدة المعاملات القائمة ، وعن مستوى تسديد اقساط المعاملات القائمة والسابقة ، وعن حسابات المتعامل الدائنة إن وجدت.

٦. إعداد حسبة الأرباح والاقساط المبدئية.

٧. عرض الطلب على الإدارة *(في حالة معاملات الاستصناع يحال الطلب الى قسم الائتمان ، وفي حالة مرابحات العقارات يتم ارسال طلب خاص الى قسم المشاريع العقارية للحصول على "تقييم للعقار" قبل عرض الطلب على الإدارة).*

## ثالثاً: مرحلة تنفيذ المعاملة وإدخال البيانات في الحاسب الآلي:

### ١ – معاملات الاستصناع:

• اعداد الحسبة وجدول الاقساط وأرسال نسخة منها مع نسخة كاملة من الملف الى قسم الشؤون القانونية لاعداد عقد الاستصناع والمقاولة والاشراف واجراء الرهن.

• استلام العربون وشيكات الاقساط وتدقيقها من قبل مراجع القسم (يلاحظ ان شيكات الاقساط تكون غير مؤرخة في الحالات التي يكون بدء العمل من تاريخ استلام علائم البلدية ، وذلك لان هذا التاريخ لايكون معلوما عند توقيع العقود واستلام الشيكات)

• استكمال الملفات الرئيسية بالحاسب الآلي:

صيانة ملف استصناع مباني

"         "      الضمانات

"         "      المقاول

"         "      الاستشاري (ان وجد)

• اجراء قيد سداد العربون:

أ– سداد العربون نقدا:

من ح/ الخزينة

الى ح/ معاملات استصناع المباني        (١/١/٥/١٣٠)

أو

الى ح/ امانات استصناع المباني        (١/٢٤/١/٦٢٠)

---

* –في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الإدارة ، فيتم ايداع اجزاء العربون في حساب "امانات حتى يكتمل ومن ثم يحول الى حساب الاستصناع.

٤٤

ب— سداد المربون بشيك:

من ح/ البنك

الى ح/ معاملات استصناع المباني (١/١/٥/١٣٠)

أو

الى ح/ امانات استصناع المباني (١/٢٤/١/٦٢٠) **

• استلام نسخة من العقود من قسم التوثيق القانوني بالاضافة الى ما يثبت اتمام اجراء الرهنة المطلوبة.

• اصدار القيد الرئيسي للمعاملة على النحو التالي:

من ح/ معاملات استصناع المباني (١/١/٥/١٣٠)

الى مذكورين:

ح/ مقاولوا مباني تحت التسوية (١/١/٢/٦٠٠)

ح/ استشاريوا مباني تحت التسوية (١/١/٣/٦٠٠)

ح/ ايرادات استصناع مباني العام (١/٧/٢/٨٠٠)

ح/ ايرادات استصناع مباني تحت التسوية لسنة...

.....................

.....................

*ملاحظة: حيث ان احتساب الارباح في معاملات الاستصناع يتم بطريقة تنازلية ،*
*يجب على الموظف المختص تحديد ربح كل قسط يدويا (أو باستخدام*
*الحاسب الشخصي) إذا توفر) لتوزيع الارباح على سنوات التسديد*
*مع مراعاة تداخل السنوات.*

• استلام مستخلصات الدفعات الدورية المعتمدة من قسم المشاريع العقارية ، واصدار الشيكات المستحقة لصالح المقاول والاستشاري أو اضافة القيمة الى حساباتهم لدى البنك إذا طلبوا ذلك ، ويتم اجراء القيد المحاسبية من خلال برنامج "حركة دفعات المقاول/الاستشاري" على النحو التالي:

* – إذا كان الشيك مسحوبا على بنك دبي الاسلامي يتم تحصيله من خلال برنامج "ادخل أو عكس تدفعة المقدمة"

– إذا كان الشيك مسحوب على بنك آخر يتم ارساله الى قسم المقاصة لتحصيله.

– يمكن خصم المربون من الحساب التجاري / لتوفير لمستعملي إذا رقم مكرويضا بنك.

** – في بعض الاحيان يتم سداد المربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء المربون في حساب الامانت على يكتمل ومن ثم يحول الى حساب الاستصناع.

١٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002527

من حـ/ مقاولوا مباني تحت التسوية (١/١/٢/٦٠٠)

الى حـ/ شيكات مستحقة الدفع (١/٤/١/٧٠٠)

أو

الى حـ/ جاري المقاول

من حـ/ استشاريوا مباني تحت التسوية (١/١/٣/٦٠٠)

الى حـ/ شيكات مستحقة الدفع (١/٤/١/٧٠٠)

أو

الى حـ/ جاري الاستشاري

- في معظم معاملات الاستصناع يكون تاريخ بدء العمل هو نفس تاريخ استلام عائش البلدية ؛ وعند استلام رسالة العائش يتم تحديد موعد تسليم المبنى الى المتعامل ، وكذلك تحديد تواريخ شيكات الاقساط ، واذا كانت الشيكات مسحوبة على بنك دبي الاسلامي ترسل الى المقاصة الداخلية ، واذا كانت مسحوبة على بنوك اخرى ترسل الى قسم المقاصة مرفقة بمحافظ التحصيل.

- يتم تحصيل الاقساط آليا في تواريخ الاستحقاق ، حيث يصدر تقرير يومي يبين الاقساط المحصلة وغير المحصلة.

٢- مرابحات العقارات:

- استلام ملفات الطلبات التي تمت الموافقة عليها وابلاغ المتعامل بشروط التنفيذ.
- اعداد الحسبة واصدار رقم المعاملة باستخدام برنامج "صيانة ملف المرابحة".
- استيفاء الوعد بالشراء والمرفقة على الحسبة من قبل المتعامل.
- استلام العربون واجراء القيد اللازم على النحو التالي:

أ- سداد العربون نقدا:

من حـ/ الخزينة

الى حـ/ مرابحات مبتني شراء وبيع   (١/١/٦/١٣٠)

أو

الى حـ/ امانات مرابحات مبتني   (١/٢١/١/٦٢٠) **

_____

** في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل ومن ثم يحول الى حساب الاستصناع.

١٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002528

* مراجعة ملف المعاملة بالكامل واستكمال التوقيعات المعتمدة.
* أرسال صورة من الملف مع شيكي المستفيد ورسوم التسجيل والرهن الى قسم الشؤون القانونية لتنفيذ.
* أرسال صورة من الملف مع شيكات وعقود الايجار الى قسم الخدمات العقارية اذا اشترطت الادارة قيام البنك بادارة العقار.

٣ – مرابحات السيارات والبضائع:

* ادخال حسبة المعاملة بالحاسب الآلي واصدار رقم المعاملة.
* استلام العربون واجراء القيد اللازم على النحو التالي:

أ– سداد العربون نقدا:

من ح/ الخزينة
الى ح/ مرابحات السيارات (والبضائع)

أو

الى ح/ امانات مرابحات السيارات (أو البضائع) **

ب– سداد العربون بشيك:

من ح/ البنك
الى ح/ مرابحات السيارات (أو البضائع)

أو

الى ح/ امانات مرابحات السيارات (أو البضائع) **

* استلام شيكات الاقساط على النحو التالي:

أ– اذا كان التعامل انيه حساب في البنك يتم طباعة الشيكات آليا باستخدام برنامج " طباعة شيكات اقساط المرابحة"

_____

** في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل ومن ثم يحول الى حساب الاستيفاء.
* – اذا كان الشيك مسحوبا على بنك دبي الاسلامي يتم تحصيله من خلال برنامج "ادفع أو عكس القيمة المقدمة"
– اذا كان الشيك مسحوبا على بنك آخر يتم ارساله الى قسم المقاصة لتحصينه .
– يمكن خصم العربون من الحساب الجاري / التوفير للمتعامل اذا رفع تفويضا بذلك.

١٨

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002529

حوالة الدين :

في بعض الأحيان يطلب المتعامل تحويل الأقساط إلى متعامل آخر بالنسبة لمرابحات السيارات وتسجيل ملكية للسيارة باسم المتعامل الجديد وتتم عملية التحويل بالشروط التالية .

١. عدم وجود أقساط مستحقة على السيارة .

٢. عدم وجود المتعامل الجديد في قائمة المحظور التعامل معهم .

٣. تحويل الأقساط بنفس القيمة ونفس المواعيد .

٤. تقدم الضمانات كما كانت في حالة للمتعامل الأول .


الإجراءات :

١. طباعة سجل الأقساط لمعرفة رصيد المرابحة والتأكد من عدم وجود أية أقساط مستحقة ، وفي حالة وجود أية أقساط مستحقة يطلب من المتعامل سدادها نقدا قبل إجراء عملية التحويل .

٢. التأكد من عدم وجود اسم المتعامل الجديد في قائمة المحظور التعامل معهم بإستخدام برنامج الاستفسار عن ملف المحظور التعامل معهم والتوقيع على النموذج المعد لذلك .

٣. طباعة سجل مرابحات المتعامل (الجديد) السابقة إن وجدت بإستخدام برنامج الاستفسار عن مرابحات المتعامل .

٤. طباعة الموقف الشامل للمتعامل الجديد .

٥. تحرير نموذج حوالة الدين والحصول على توقيع المتعامل الأول (المتنازل) وتوقيع المتعامل الجديد (المتنازل إليه) أمام الموظف المختص .

٦. تحرير اتفاقية بيع سيارة بين المتعامل الأول (بائع) والمتعامل الجديد (مشتري) والحصول على توقيعهما أمام الموظف المختص .
   ثم إرفاق جميع المستندات السابقة مع ملف المرابحة .

٧. الحصول على موافقة رئيس القسم على حوالة الدين ، أو مدير الفرع المختص .

٨. تحرير شيكات الأقساط بنفس قيم وتواريخ الأقساط السابقة (في حالة المتعامل الأول )

٩. إرسال الملف مرفقا به حوالة الدين إلى مراجع القسم لإجراء عملية المراجعة على عملية التحويل والتأكد من إستيفاء المتعامل لكل الشروط والمستندات المطلوبة وكذلك مراجعة الشيكات وختم الملف بما يفيد إجراء المراجعة .

١٠. تحرير رسالة إلى شركة التأمين التي قبلت بعملية تأمين شامل على السيارة لتحويل التأمين إلى المتعامل الجديد والحصول على صورة من التأمين وإرفاقها بالملف .

٣٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002530

١١. تحرير رسالة الى الادارة العامة للمرور لتسجيل السيارة باسم للمستعامل الجديد مع
ابقاء اشارة الرهن عليها.

١٢. الحصول على التوقيعات المعتمدة على رسالة شركة التأمين وإدارة المرور وتمهيرها
بخاتم البنك.

١٣. تسليم أوراق التسجيل في المرور الى المتعامل الجديد ليقوم بتسجيل السيارة في ادارة
المرور المختصة وتسليمه السيارة.

١٤. ارسال الملف الى الحسابات لاجراء عملية التحويل في الحاسب الآلي كالتالي :
استخدام برنامج تحويل مرابحة الى متعامل آخر، وبعد التأكد من صحة البيانات التي
تم إدخالها وخاصة إجمالي مبلغ الاقساط ومقارنته مع مبلغ حوالة الدين ويكتب رقم
المتعامل الجديد واسمه على مجلد الملف من الخارج .

يقوم موظف المقاصة الداخلية باستلام الشيكات والتوقيع على الملف بما يفيد إستلامه
الشيكات ثم تسليم الملف الى موظف غرفة الملفات .

يقوم موظف المقاصة الداخلية بإدخال بيانات الشيكات في الحاسب الآلي كما في
مرابحات السيارات العادية بالضبط .

عند احضار ملكية السيارة الاصلية يقوم الموظف المختص بأخذ صورة منها والتوقيع
عليها بأننا نسخة طبق الاصل وحفظ الصورة في الملف بعد إدخال رقم السيارة في
برنامج صيانة ملف السيارة .

التأكد من سحب شيكات المتعامل الاول من المقاصة (الداخلية أو الرئيسية) وتسليمها
اليه.

٦١

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002531

ملحق توضيحي

بخطوات إدخال البيانات في الحاسب الآلي وإجراءات

تحصيل العربون (المقدم) وإصدار القيد الرئيسي لجميع المرابحات

أولاً : الإجراءات الأولية :

• استخدام الحاسب الآلي للتأكد من عدم وجود اسم المتعامل في قائمة المحظور التعامل معهم بواسطة برنامج الاستفسار عن المتعاملين المحظورين رقم (٣٩) في نظـــام المرابحة.

• الاستفسار من المتعامل عن تعاملات سابقة بغرض الحصول على رقم المتعامل وإذا لم يبين ذلك يتم الاستفسار في الحاسب الآلي باستخدام برنامج الاستفسار بالاسم برنامج رقم (١٧) في نظام المرابحة للحصول على رقم المتعامل.

• بواسطة رقم المتعامل يتم الحصول على الموقف الشامل لحسابات المتعامل باستخدام برنامج الاستفسار عن حسابات المتعامل رقم (١٥) في نظام المرابحة.

• عن طريق رقم المتعامل يتم الحصول على بيانات المرابحات السابقة للمتعامل إن وجدت باستخدام برنامج الاستفسار عن مرابحات المتعامل رقم (٨) في نظام المرابحة.

• باستخدام برنامج الاستفسار عن أقساط المرابحات رقم (١٠) في نظام المرابحة يتم التأكد من طريقة سداد المتعامل في المعاملات السابقة .

إدخال البيانات الأولية في الحاسب الآلي بعد الحصول على موافقة رئيس القسم أو مدير الفرع المختص والمراجعة .

أ) في حالة وجود رقم متعامل :

نفتح برنامج صيانة ملف المرابحة رقم (٤٠) في نظام المرابحة في الحاسب الآلي ثم نختار (إضافة ) ونكتب (رقم حساب المتعامل) ثم نضغط على مفتاح F12

ونقوم بإدخال البيانات التالية :

– نوع المرابحة        (٠١) السيارات

– حالة المرابحة        (٠١) جديدة

– تاريخ عقد الوعد

– تاريخ عقد البيع النهائي

– قيمة السيارة

– قيمة التأمين

– قيمة العربون

٢٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

– عدد الأقساط .

– طريقة السداد (شهري– ربع سنوي – ثلث سنوي – نصف سنوي – كل ٩ شهور
– سنوي)

– طريقة لحساب الأرباح (ثابت – أقساط متناقصة مع أرباح متناقصة – قسط ثابت
مع أرباح متناقصة – موظف بدون أرباح) .

– قيمة القسط الأول .

– تاريخ القسط الأول .

* ثم بالضغط على مفتاح F12 يتم إضافة البيانات بصورة مبدئية وبعد التأكد من صحتها
يتم الضغط مرة أخرى على مفتاح F12 – أما في حالة وجود خطأ يستدعي التصحيح
فيتم الضغط على مفتاح F11 حتى يتم عمل للتصحيح المطلوب  ثم الضغط على مفتاح
F12 لإضافة البيانات بصورة نهائية ومن ثم يظهر لنا رقم المرابحة المسلسل ويأخذ
الشكل التالي على سبيل المثال:

9601XXXX

الذي يعني:...

| 96 | 01 | XXXX |
|---|---|---|
| السنة | فرع | رقم مسلسل |
| | المرابحة | |

ثم نقوم بكتابة هذا الرقم على محلد الملف من الخارج

ب) في حالة عدم وجود رقم للمتعامل :
بعد التأكد من عدم وجود رقم سابق للمتعامل يتم فتح حساب جديد للمتعامل بأستخدام برنامج
إصدار رقم متعامل للمتعاملين الجدد رقم (١) في نظام المرابحة .
ثم نقوم بكتابة البيانات التالية :

– الاسم الكامل                    – سنة الميلاد

– عنوان المراسلة                  – الديانة (مسلم – غير مسلم)

– الاسم بالانجليزية                – الجنس (ذكر – انثى)

– رقم الهاتف                      – الاقامة (مقيم غير مقيم)

– رقم التلكس / الفاكس             – رقم جواز السفر

– لغة المراسلة                     – الفرع

– الجنسية                         – الكود الاقتصادي

– الشكل القانوني                   – رقم الرخصة التجارية في حالة الشركات

٦٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002533

– تاريخ الاصدار                              – تاريخ الانتهاء –

– جهة صدور الرخصة

• ثم بالضغط على مفتاح التنفيذ F12 تتم إضافة البيانات ويظهر لنا رقم المتعامل الجديد
الذي تقوم بكتابته على ملف الملف من الخارج وفي حالة الشركات يسمح لنا البرنامج
بإضافة بيانات الشركاء ثم تقوم بالضغط على مفتاح التنفيذ F12 لاضافة هذه البيانات .

– نقوم بادخال البيانات في ملف المرابحة الرئيسي رقم ( ٤٠ ) في نظام المرابحة''':

تحصيل العربون من المتعامل

في حالة العربون النقدي :

يتم تحرير إشعار سداد نقدي ويتم كتابة البيانات التالية به :

– التاريخ

– رقم ح/ المرابحة (الاستاذ العام)

– رقم المتعامل

– رقم الملف المتسلسل

– المبلغ بالارقام

– المبلغ بالحروف

– اسم المتعامل

– التأشير على نوع الدفعة (مقدم- قسط كلي – جزئي)

– التأشير على المودع (المتعامل – الكفيل – أخرى) .

• ويقوم المتعامل بسداد المبلغ نقدا في الخزينة الفرعية بالقسم ويحتفظ الصراف بالنسخة
الاصلية للاشعار ويقدم صورة للمتعامل وصورة يتم الاحتفاظ بها في الملف .

• يقوم الصراف بتسليم الاشعارات الاصلية للمحاسب فيقوم بإدخالها في الحاسب الآلي
بإستخدام برنامج إدخال/تعكس الدفعة المقدمة رقم ( ٥ ) في نظام المرابحة كالتالي .

– كتابة رقم المتعامل

– كتابة رقم الملف

– نوع الدفعة (مقدم "عربون"- دفع كلي – جزئي – عدة دفعات)

– طريقة السداد (نقدا – شيك على بنك دبي الاسلامي – شيك على بنك آخر – خصما
على الحساب)

– السداد بواسطة (المتعامل – الكفيل – المسددة – أخرى)

ثم الضغط على مفتاح Fi2

''' انظر ص ( ١ ) إدخال البيانات الاولية في الحاسب الآلي .

٢٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002534

ثم نقوم بكتابة البيانات التالية :

- المبلغ (يظهر أوتوماتيكيا)

- رقم الاشعار (ايصال السداد)

الضغط على مفتاح F12 لاضافة الحركة

يظهر لنا على الشاشة ( مبلغ الحركة - رقم الحركة - رصيد المرابحة) ثم نقوم بختم الايصال بما يفيد قيد الحركة ورقم الشاشة ورقم الحركة ويرسل  الايصال الى الحسابات العامة .

في حالة عربون بشيك على بنك دبي الاسلامي :

- يتم استلام الشيك من المتعامل ويتم ارساله الى وحدة مطابقة التواقيع لمطابقة توقيع المتعامل.

- تحرير حافظة ايداع شيكات وكتابة البيانات التالية :

• التاريخ

• رقم حساب المرابحة (الاستاذ العام)

• اسم الحساب (مرابحات السيارات)

• المبلغ بالارقام

• رقم الحساب المسحوب عليه الشيك

• رقم الشيك

• تاريخ الشيك

• اسم البنك والفرع

• المبلغ بالحروف

• رقم المتعامل

• رقم الملف

يتم تسجيل الشيك في الحاسب الآلي باستخدام برنامج ادخال/عكس الدفعة المندمة رقم ٥ في نظام المرابحة .

وذلك كالتالي

كتابة رقم المتعامل

كتابة رقم الملف

نوع الدفعة (مقدم "عربون" - دفع كلي - جزئي - عدة دفعات)

طريقة السداد (نقدا - شيك على بنك دبي الاسلامي - شيك على بنك آخر - خصما على الحساب)

السداد بواسطة (المتعامل - الكفيل - المحكمة - اخرى)

ثم نضغط على مفتاح F12

٢٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002535

ثم نقوم بكتابة البيانات التالية :

• المبلغ (يظهر أوتوماتيكيا)

• رقم الاشعار (حافظة الايداع)

• رقم حساب المتعامل أو الحساب المسحوب عليه الشيك)

الضغط على مفتاح F12 لاضافة الحركة

يظهر لنا على الشاشة ( مبلغ الحركة – رقم الحركة – رصيد المراجحة) ثم نقوم بختم الإشعار
بما يفيد قيد الحركة ورقم الشاشة ورقم الحركة ويرسل الشيك مع أصل الحافظة الى الحسابات
العامة وصورة توضع في ملف المراجحة وصورة الى المتعامل .

٢٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002536

ج – في حالة عربون بشيك على بنك آخر :

– يتم إستلام الشيك من المتعامل وتحرير حافظة إيداع شيكات يتم  كتابة البيانات التالية[27]
فيها.

إرسال الشيك مع الحافظة الى قسم المقاصة لارساله للتحصيل والتوقيع على الحافظة بما
يفيد الاستلام وإعادة صورتي الحافظة الى الموظف المختص .

– يقوم الموظف بالاحتفاظ في الملف بصورة الحافظة وإعطاء صورة الى المتعامل .

– عند تحصيل الشيك وورود إشعار التحصيل من الحسابات العامة يقوم المحاسب بإدخال
حركة تحصيل العربون في الحاسب الآلي بإستخدام برنامج إدخال / عكس الدفعة المقدمة
رقم ٥ في نظام المرابحة كالتالي[28].

د – في حالة عربون خصماً على الحساب الجاري أو التوفير :

– يقوم المتعامل بتحرير نموذج خصم على الحساب يخول فيه البنك بخصم المبلغ من حسابه
الجاري أو حساب التوفير ثم يرسل النموذج الى وحدة مطابقة التواقيع لمطابقة توقيع
المتعامل .

– يرسل النموذج الى حسابات القسم لتحرير إشعار خصم على حساب المتعامل وإضافة الى
ح/ المرابحة وتكتب البيانات التالية في الاشعار

  • التاريخ

  • رقم ح/ المتعامل الجاري أو التوفير

  • اسم المتعامل

  • رقم ح/ المرابحة (الاستاذ العام)

  • اسم ح/ المرابحة

  • المبلغ بالارقام

  • البيان

  • المبلغ بالحروف

– ويكتب رقم ح/المتعامل ورقم الملف أعلى الاشعار .

– ثم يرسل الاشعار مع النموذج الى مراجع القسم بغرض إجراء المراجعة ومن ثم ختم
الاشعار بمايفيد مراجعته ومن ثم يرسل الى المراجعة التوقيعية المطلوبة لاعتماد الاشعار .

---

[27] تنظر ص (٤) كتابة بيانات حافظة إيداع شيك مسحوب على بنك دبي الاسلامي .
[28] النظر ص (٤) تحصيل الشيك في الحاسب الآلي بإستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في
نظام المرابحة

٢٧

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

بعد إستيفاء التوقيعات على الإشعار يرسل الإشعار  الى  المحاسب لتسجيل العربون في • المحاسب الآلي بإستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في نظام المرابحة .
كالتالي [٢٤]

شبكات الأقساط

أ) في حالة وجود حساب جاري للمتعامل بالبنك

يقوم الموظف بطباعة شبكات الأقساط بإستخدام برنامج طباعة  شبكات أقساط المرابحة رقم ٤١ في نظام المرابحة .

وتكتب به البيانات التالية

. رقم المتعامل

. رقم الملف المسلسل

رقم الحساب الجاري المسحوب عليه الاقساط ثم الضغط على مفتاح F12
وبالضغط على مفتاح F12 مره أخرى تبدأ طباعة الشيكات وتقدم الى المتعامل الذي يقوم بالتوقيع عليها وبعد مطابقة توقيع المتعامل ترفق الشيكات مع الملف .

ب) في حالة تقديم المتعامل شيكات على بنوك أخرى/ يقوم المتعامل بكتابة الشيكات والتوقيع عليها أمام الموظف المختص الذي يقوم بإستلامها وإرفاقيا بالملف .

– إصدار طلب الشراء المحلي L.P.O

– يقوم الموظف المختص بإصدار طلب الشراء المحلي  وطباعة بياناته طبقا لعرض الأسعار المقدم وتكتب البيانات التالية بطلب الشراء :

• التاريخ.

• المرجع.

• اسم الجهة المقدم اليها طلب الشراء .

• اسم مندوب البنك المخول بالاستلام .

• المبلغ .

• تفاصيل السيارة / البضاعة  المطلوب إستلامها .

– طلب بإحضار التأمين الشامل على السيارة (في حالة  السيارات ) من المتعامل لصالح البنك وإرفاق صورة منه داخل الملف.

وبملاحظة أنه في حالة التأمين لدى شركات أخرى غير الشركة الإسلامية العربية للتأمين يطلب من المتعامل إيصال مفيد سداد قيمة قسط التأمين وإرفاق صورة من الإيصال داخل الملف .

---

[٢٤] انظر ص(٤) تحسين شربين في محاسب الآلي بإستخدام برنامج إدخال /عكس الدفعة المقدمة رقم ٥ في نظام المرابحة .

٣٨

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002538

إدخال باقي بيانات الملف في الحاسب الآلي وهي كالتالي :

أ) برنامج صيانة ملف السيارة / البضاعة

ويتم الدخول الى البرنامج عن طريق برنامج إدخال ملف المراجعة بالتكامل رقم ٤٠ في نظام المراجعة.

اكتب رقم حـ/ التعامل ورقم الملف واختار (١) للاضافة واضغط على مفتاح F2 يظهر لك برنامج صيانة ملف السيارة .

ويستلزم كتابة البيانات التالية:

– نوع السيارة / البضاعة.                                   – اللون.

– سنة التصنيع.                                           – رقم المحرك.

– عدد الاسطوانات.                          – رقم الشاسي (الهيكل) .

– خصوصي / عمومي.                            – جهة التسجيل .

– رقم السيارة .

– تاريخ التسجيل .

– الاسم الذي سجلت به السيارة .

– تاريخ الاستلام من الوكيل .

– تاريخ التسليم الى المتعامل .

– حالة السيارة.

– تاريخ الرهن.

وبالضغط على مفتاح F12 تتم إضافة البيانات ثم اضغط على مفتاح F2 يظهر لك :

ب) برنامج صيانة ملف الوكيل

وتكتب البيانات التالية :

– كود الوكيل.

– رقم عرض الاسعار .                              – تاريخ عرض الاسعار .

– رقم أمر الشراء.                                  – تاريخ أمر الشراء.

– رقم فاتورة البيع.                              – تاريخ فاتورة البيع.

– قيمة الفاتورة.

– رقم الشيك .                                    – تاريخ إصدار الشيك.

– مبلغ الشيك .

– تاريخ الترحيل الى الاستاذ العام.

وبالضغط على مفتاح F12 تتم إضافة البيانات ؛ وبالضغط ثانية على مفتاح F2 يظهر لك :

ج) برنامج صيانة ملف التأمين  (في حالة السيارات ) وتكتب البيانات التالية :

– كود شركة التأمين .

٣٩

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

– كود تم التأمين بواسطة.

– رقم وثيقة التأمين.

– نوع التأمين.

– مدة التأمين.

– المبلغ المدفوع.

– رقم حـ/ شركة التأمين الإسلامية العربية للتأمين في حالة تم التأمين بواسطتها.

وبالضغط على مفتاح F12 تتم إضافة هذا البيانات ثم اضغط مفتاح F2 يظهر لك :

د) برنامج صيانة ملف الضمانات وتكتب به البيانات التالية :

– نوع الضمان

– مبلغ الضمان

– رقم حـ/الكفيل (١) إن وجد، وتاريخ الموافقة.

– رقم حـ/الكفيل (٢) إن وجد، وتاريخ الموافقة.

– رقم حـ/الكفيل (٣) إن وجد، وتاريخ الموافقة.

– رقم حـ/الكفيل (٤) إن وجد، وتاريخ الموافقة.

– رقم حـ/ المتعامل في البنك.

– رقم حـ/ الكفيل في البنك.

– رقم حـ/المتعامل في بنك آخر.

– كود البنك الآخر.

– كود الفرع.

– رقم حـ/الكفيل في بنك آخر.

– كود البنك.

– كود الفرع.

– كود الحساب المعد للأقساط.

– ضمانات أخرى.

– وبالضغط على مفتاح F12 تتم إضافة البيانات.

إصدار القيد الرئيسي:

يتم إصدار القيد الرئيسي لمرابحة باستخدام برنامج إدخال/عكس القيد الرئيسي رقم (٤) في نظام المرابحة.

– اكتب الاختيار المطلوب (Entry or Rev) وفي حالة الإضافة نختار ENTRY

– اكتب رقم حـ/المتعامل.

– اكتب رقم الملف.

٣٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002540

ثم اضغط مفتاح F12

تظهر مفردات القيد الرئيسي على الشاشة وبعد مراجعة هذه المفردات، اضغط مرة أخرى على مفتاح التنفيذ F12 ، يتم إضافة بيانات القيد الرئيسي ، وبالضغط على مفتاح F8 فيتم طباعة القيد الرئيسي:

يرفق القيد الرئيسي وشيك المستفيد مع الملف ويتم إرسال الملف الى مراجعه لقسم بغرض المراجعة النهائية.

- بعد المراجعة يتم إرسال الملف مع القيد الرئيسي مع شيك المستفيد للحصـــول على التوقيع المعتمدة على القيد الرئيسي وشيك المستفيد .

-- يتم إرسال النسخة الاصلية من القيد الرئيسي الى الحسابات العامة ويحتفظ بصورة في الملف .

- يحفظ الشيك لدى الموظف المختص لحين حضور مندوب الوكيل لاستلام الشيك .

- يتم إرسال الملف مع الشيكات الى موظف المقاصة الداخلية المختص الذي يقوم بالتوقيع على الملف بإستلام الشيكات .

يقوم موظف المقاصة الداخلية بإدخال بيانات الشيكات في الحاسب الآلي كالآتي:

أ) شيكات مسحوبة على بنك دبي الاسلامي :

يتم إدخال بيانات الشيكات في الحاسب الآلي بإستخدام برنامج إدخال أقساط المرابحات الجديدة رقم (٥) في نظام المرابحة فيتم كتابة رقم حـ/ المستعمل ، رقم الملف ، رقم أول شيك وبإستخدام مفتاح التنفيذ F12 يظهر سجل الشيكات أوتوماتيكيا موضحاً :

- رقم القسط (الشيك).

- تاريخ القسط (الشيك).

- مبلغ القسط ( الشيك).

- رقم الشيك

وبعد استعراض السجل بالكامل والتأكد من صحته وتغيير مايلزم في حالة عدم تسلسل أرقام الشيكات يستخدم مفتاح F12 لاضافة بيانات الشيكات في الحاسب الآلي

ثم يقوم موظف المقاصة بحفظ الشيكات في خزانة الشيكات المخصصة لذلك طبقا لتواريخ استحقاق الشيكات .

(ب) شيكات مسحوبة على بنوك أخرى :

يتم إدخال بيانات الشيكات بنفس الطريقة المتبعة في حالة شيكات مسحوبة على بنك دبي الاسلامي ولكن لايحتاج بها موظف المقاصة الداخلية وإنما يقوم بعمل التالي :

١ . إستخدام برنامج الاستفسار عن أقساط المرابحات، برنامج الاستفسار التفصيلي عن الأقساط رقم (١٠) في نظام المرابحة بكتابة رقم الحساب ورقم الملف وبإستخدام مفتاح F12 يظهر السجل التفصيلي للأقساط ويقوم الموظف بإستخدام مفتاح F2 لطباعة حوافظ الشيكات .

٣١

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٢. ثم يقوم بإرفاق الشيكات مع الحوافظ بعد أخذ صورة من الحوافظ وإرفاقها بالملف؛
وختم حوافظ الشيكات الأصلية بختم قيد بما يفيد إضافتها في الحاسب الآلي الذي
يضيفيها أوتوماتيكيا إلى ملفات قسم المقاصة ثم ترفق الشيكات مع الحوافظ مع تقرير
الحاسب الآلي اليومي ، وترسل إلى قسم المقاصة لاستلام الشيكات وحفظها لديهم.

٣. يقوم موظف المقاصة بتسليم الملف بعد ذلك إلى مسؤول غرفة الملفات لحفظ الملف في
خزانة الملفات المعدة لذلك طبقا لنظام معين ( حسب أرقام الملفات ).

وفي حالة السيارات فإنه عند إحضار ملكية السيارة الأصلية يقوم الموظف المختص بأخذ
صورة منها وتوقيع عليها بأنها نسخة طبق الأصل وتحفظ الصورة في الملف بعد إدخال رقم
السيارة في برنامج صيانة ملف السيارة، وأخذ توقيع المراجع على الملف.

٣٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

قسم الاستثمار والعلاقات الخارجية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002543

- ٧٣ -

## اعمال قسم الاستثمار والعلاقات الخارجية

يقوم قسم الاستثمار والعلاقات الخارجية باستثمار أموال البنك والمودعين في المرابحات الدولية وتمويل التجارة الدولية . ويساهم أيضا في المضاربات والمشاركات اضافة الى اعمال اخرى وفقا للنواحي المصرفية والقانونية والشرعية .

. المرابحات الدولية :

يتم من خلال هذا النوع من الاستثمار تطبيق عملية المرابحة على السلع المعروضة في الأسواق الدولية بصفة عامة ماعدا المحرمة منها . ويقوم بهذه العمليات وكلاء نيابة عن البنك . ويتم تعيين هؤلاء الوكلاء بناء على معايير السمعة الدولية والامكانيات المالية الكافية والاستقرار في الربحية والتعامل . وتحكم علاقة البنك مع الوكلاء اتفاقيات تشرح التزامات الطرفين والاجراءات التي ينبغي اتباعها لاتمام عملية المرابحة الدولية على الوجه الاسلامي المطلوب ، وتحدد ادارة البنك العليا مسقفا للتعامل مع الوكيل المذكور .

ووفقا لاتفاقية الوكالة وبعد موافقة الادارة يتم اخطار الوكيل برغبة البنك في استثمار مبلغ معين في المرابحة الدولية . ويتلقى البنك ردا بالايجاب من الوكيل يشتمل على السلعة المراد شراؤها وسعرها والمدة اللازمة للتمويل -- عادة تكون في حدود ثلاثين يوما - والعائد المتوقع لعملية التمويل وذلك وفقا لاسعار تمويل السلع في لندن . وقبل تحويل المبلغ يعد الوكيل الضمان المطلوب ويتم ارساله للبنك ويتم تحويل المبلغ بعد ذلك ، كما يتسلم البنك المستندات الدالة على ان هناك عملية بيع وشراء قد تمت فعلا .

ويقوم القسم باجراء القيود المحاسبية بعكس العملية في الدفاتر المعدة لذلك باضافة المبلغ المستثمر الى حساب المراسل الذي يقوم بتحويله لنيابتي وخصمه من حسابات المرابحات الدولية . وعند انتهاء الاجل يتسلم البنك المبلغ زائدا الارباح التي تم الاتفاق عليها وتعكس القيود السابقة بالخصم من البنك المراسل وبالاضافة الى حساب المرابحات الدولية وحساب الارباح .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ـ ٧٣ ـ

٦/ تمويل التجارة الدولية :

بقوم قسم الاستثمار والعلاقات الخارجية بالإشراف على تمويل التجارة الدولية بتلقي العروض
من الجهات الأجنبية المختلفة طلباً في تمويل تصدير سلع معينة من بلد إلى آخر . وفي هذه
الحالة يكون العرض من شركة أو مؤسسة محلية أو أجنبية ويشمل على السلعة المراد تمويلها
، والبائع ، والربح المتوقع . ويقوم القسم بدراسة العرض والتحقق من الجهة المراد تمويلها
وضماناتها المقدمة والعائد المتوقع وعرض الأمر على الإدارة العليا للبنك للموافقة . وبعد
الحصول على الموافقة يتم إعداد عقد يشتمل على كل البيانات أعلاه والتزامات وحقوق طرفيه
ربع التوقيع عليه من الجهة طالبة التمويل والبنك تتم القيود الخاصة بالتمويل وفي نهاية مدة
التمويل تعاد القيود على شرار ما ذكر في (١) أعلاه .

٧/ المضاربات والمشاركات :

يساهم البنك مع المؤسسات المصرفية والمالية الإسلامية الدولية في تمويل المشاريع وشراء
البضائع والمعدات لبعض الدول . وفي هذه الحالة تكون مساهمة البنك بغرض الاستثمار عن
طريق المضاربة أو المشاركة . ففي حالة المضاربة يقوم البنك بتوقيع اتفاقية مضاربة مع
المصرف أو المؤسسة المالية التي ترغب في القيام بالمضاربة تكون بذلك المضارب ويكون
البنك صاحب أو رب المال ، ويتقاضى المضارب عمولة مضاربة ينص عليها في اتفاقية
المضاربة وليست عليه مسؤولية بالنسبة لرأس المال في حالة الخسارة . أما في حالة
المشاركة فيقوم المصرف المدير لعملية التمويل بجمع المساهمات من المساهمين بشروط
يحددها وتشمل المساهمة المتوقعة من كل مساهم والعائد المتوقع ومدة التمويل والضمانات .
ويتولى المصرف المضارب عملية إدارة التمويل وقد يسمح لعدد من المساهمين في المضاربة
بالإدارة معه ويخصص لهم نصيباً من مصاريف الإدارة بجانب الربح المحدد للاستثمار . وقد
يكون استغلال المضاربة عن طريق الاعتمادات المستندية أو التمويلات المادية والتي يشرف
عليها المضارب في هذه الحالة .

٤/ الإيجارات :

وقد يكون الاستثمار في شكل إيجارات متنوعة يقدمها المصرف الإسلامي لعملائه . وفي
هذه الحالة يقوم قسم الاستثمار بفحص العروض المقدمة من المصارف والمؤسسات التي
يطلبون فيها تمويل عمليات عن طريق الإيجار . وتشمل هذه إيجار الطائرات والسفن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002545

- ٧٤ -

والمعدات المختلفة مثل عربات السكك الحديدية وخزائنها ومعدات الزراعة ، والبناء ، والطرق ، والهاتف ، والكمبيوتر وغيرها ...

ويقوم القسم بدراسة العرض وفي حالة التوصية بقبوله يجب التأكد من الجهة التي قدمته والضمانات والعائد وأوجه استخدامه ، وبعد ان توافق الادارة على العرض يدخل مرحلة التنفيذ بأن يقوم البنك بشراء الاشياء موضوع الايجار وتسليمها لطالب التمويل بالشروط المتفق عليها . وقد يكون الاتفاق ببيع هذه الاشياء عن تسديد قيمتها يقوم المصرف بتمليكها للمؤجر ان بيعها وفقا لشروط كل عقد ايجار .

٥) اعمال اخرى :

يقوم قسم الاستثمار والعلاقات الخارجية باعداد السقوف اللازمة لكل مصرف ومؤسسة يتعامل معنا البنك في المرابحات والمضاربات والايجارات والتمويل . وتحدد هذه السقوف بناء على احتياج البنك للاستثمار وتبنى على مستوى المصرف او المؤسسة وفقا لامكانيتيها والضمانات التي تقدمها - وقبل تقديم مقترحات البنك بخصوص هذه السقوف يقوم القسم باستخدام جهاز رويتر المعد لهذا الغرض بالقسم بالاضافة الى دليل المصارف العالمية والنشرات الدورية التي تقوم بتقييم المصارف والمؤسسات وترتيبها بصورة تحدد مستواها وامكانيتها وربحيتها . ويستعين القسم لهذا الغرض ايضا بالمصادر المعروفة بصحة اخبارها عن مثل هذه المصارف والمؤسسات مثل الفايننشيال تايمز ومجلة المصارف البريطانية وغيرها من المصادر الدورية .

ويقوم القسم باعداد المذكرات الخاصة بالاستثمار لتقديمها الى لجنة الاستثمار بالبنك للتصديق عليها او رفعها الى مجلس الادارة اذا اقتضى الامر ذلك . كما يقوم باعداد الاحصائيات الدورية التي تعكس جملة استثمارات البنك وتفاصيلها - كما يقوم باعداد حوافظ الخصم والاضافة وكل الاعمال المحاسبية للاستثمارات .

٦) اعمال العلاقات الخارجية :

يتولى قسم الاستثمار مهمة ربط البنك بالمصارف والمؤسسات المالية الاسلامية الخارجية وذلك باستقبال الوفود القادمة من الخارج او الداخل في بعض الحالات بغرض زيارة البنك والتعرف على اعماله او لتوطيد العلاقة معه او للتشاور بصدد بعض المشروعات والاعمال التي يمكن التعاون من خلالها . ويتم تبادل الرسائل والفاكس والتلكس لتحديد الزيارات

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002546

- ٧٥ -

وتاريخها والأشخاص المتوقع حضورهم للبنك ، ويحدد القسم الموعد والتاريخ وفقا للوقت

المتاح بناء على جدول الزيارات التي تمت الموافقة عليها في تاريخ سابق .

**أولاً : القانونية :**

يقدم القسم أعماله المتعلقة بالاستشارات والعلاقات الخارجية ويضع في الحسبان الأول فأنونية

كل هذه الأعمال . وللمحافظة على أموال البنك يتأكد القسم من سلامة العقود التي يبرمها مع

المصارف والمؤسسات عند التعامل معيا في مجال الاستثمار . وبطريق ذلك على العقود

المقترحة من جانب هذه المصارف أو المؤسسات ، كما يطبق على العقود التي يحررها البنك

وفي هذه الحالة يتعين على القسم الاستشار بالقسم القانوني لتحقيق الصفة القانونية المطلوبة في

العقود والمستندات المرتبطة بها . كما يقوم قسم الاستثمار بشرح هذا الأمر للرفود

القسم بالمستندات الأصلية الهامة للاستشارات بالاستشارات مثل العقود وشهادات الاستثمار

والكفالات بعد مراجعتها وللتأكد من سلامتها من الناحية القانونية .

**ثانياً : الشرعية :**

بالتنسيق مع قسم الرقابة الشرعية بالبنك يقوم قسم الاستثمار بإعداد معاملات الاستثمار وفقا

لمتطلبات الشريعة الإسلامية. ففي حالة المرابحات في السلع الدولية يقوم القسم بمراجعة

للعرض المقدم من الوكلاء المراسلين للتأكد من عملية البيع المتوقع إبرامها في مقابل دفع

السلع المراد استثماره، وعند اكتمال العملية يتسلم القسم المستندات الدالة على أن هناك عملية

شراء وبيع قد تمت نيابة عن البنك للسلعة اتفق عليها ضمن العرض المقدم من الوكيل المراسل

وفي حالة عقود الإيجار يقوم القسم بفحص العرض للتأكد من أن الإجراءات تشمل تلك البنك

للمعدات أو الأشياء المراد إيجارها ، لأن البنك لايستطيع تأجير شيء ليس قبل تملكه .

ويطبق القسم نفس القاعدة في حالة تمويل التجارة الدولية بصفة عامة والمضاربات

والمشاركات ، فيتأكد من أن السلعة موضوع الاستثمار من السلع المصرح التعامل معيا

وبالنسبة للمضاربات والمشاركات يفحص القسم العقود والمستندات الخاصة بها للتأكد من أن

المضارب أو المشارك الذي يتولى الاستثمار سوف يتوخى الدقة فى تطبيق الشريعة الإسلامية

عند اتمام هذه العمليات .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002547

قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002548

قسم المتابعة والتحصيل

واجبات قسم المتابعة والتحصيل :

يهتم قسم المتابعة والتحصيل بتحصيل الشيكات المرتدة من بعض المتعاملين ، ويمارس
وظائفه من خلال الخطوات التالية :

١ ــ استلام الشيكات المرتدة والمحولة من قسم التجارة والتمويل والاعتمادات بالمركز
الرئيسي لمراجعات المبنية والاجنبية . ( سيارات ــ بضائع ــ عقارات ) ومعاملات
الاستصناع .

٢ ــ تسجيل الشيكات بدفتر اليومية على أن يقوم محاسب القسم بإضافتها الى الرصيد
السابق .

٣ ــ يقوم محاسب القسم بتوزيع الشيكات المرتدة على موظفي القسم حسب توزيع العمل .

٤ ــ يوقع الموظف باستلامه الشيكات المرتدة وبعدها يتم مطالبة المتعامل وفقا لاحد وسائل
الاتصال المعروفة .الاستفسار عن سبب رجوع الشيك وعدم التزامه بالسداد . حيث يقوم
الموظف بنقل رسالة الى المتعامل يطلب منه القيام بسداد قيمة الشيك المرتد بأسرع وقت
ممكن ....

كيفية مطالبة المتعامل :

أ ــ المطالبات الودية :

١ ــ بواسطة الهاتف .

٢ ــ بواسطة الفاكس .

٣ ــ بواسطة البريد المسجل .

٤ ــ بواسطة الانذارات الكتابية الودية .

٥ ــ ادراج اسم المستنع عن السداد في قائمة المحظور
التعامل معهم .

٦ ــ الزيارات الميدانية والمقابلات الشخصية .

٧ ــ الضغط عن طريق الاتصال بالهاتف من قبل أفراد
الشرطة .

ب ــ المطالبات القضائية :

١ ــ الانذارات الكتابية عن طريق الكاتب العدل .

٢ ــ فتح بلاغ رسمي مؤقت ضد موقع الشيكات .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002549

٣ ـ تحويل البلاغ المؤقت الى بلاغ جنائي بعد منح
المشتكي ضده مهله للسداد أو التسوية من قبل الشرطة .

٤ ـ استصدار قرار من المحكمة بالحجز على السيارة بعد دفع
الرسوم المقررة ومتابعة الحجز مع رجال الشرطة .

٥ ـ ادراج أسماء المطلوبين والممتنعين عن السداد واصحاب
السوابق القضائية في القائمة السوداء لحظر التعامل
معهم ويتم ذلك من خلال الرسائل الواردة من الفروع
أو تعاميم المصرف المركزي أو المطلوبين للبنوك من
خلال متابعة القسم للمصنف اليومية ( الاتحاد ـ
البيان ـ الخليج ) بالحاسب الآلي .

٦ ـ مراجعة الادارة العليا لاتخاذ الاجراء المناسب عن
حالات بعض المتعاملين .

٧ ـ رفع طلبات المتعاملين المتوقفين عن السداد الى الادارة
لاتخاذ القرار المناسب بعد التوصية المرفوعة من القسم
مع ذكر سبب الامتناع والتوقف عن السداد .

٨ ـ رفع تقارير شهرية للادارة عن التحصيلات .

٩ ـ البحث والتحري عن مكان عمل واقامة المتعامل الممتنع
عن السداد وكذا مكان تواجد السيارة لمساعدة الشرطة
و القبض على المشتكي ضده أو الحجز على السيارة .

١٠ ـ المستندات المطلوبة لقيد بلاغ ضد الشيكات المرتدة :

١ ـ طلب فتح بلاغ ضد موقع الشيكات مذكور فيه عدد
الشيكات واسم المشتكي و المشتكي ضده

٢ ـ صورة عن التفويض الممنوح للموظف من البنك
المشتكي .

٣ ـ أصل الشيكات المرتدة .

٤ ـ أصل اشعار رجوع الشيك موضحا عنه سبب الرجوع .

٥ ـ عنوان المتعامل بالتفصيل مع ارفاق صورة عن جواز
سفره أو أية هوية اخرى تثبت شخصيته .

١١ ـ وفيما يلي بعض من نماذج الانذارات و البلاغات و
الحجوزات التي تتم بمعرفة القسم :

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ublic Shareholding Company
(Incorporated in U.A.E.)

بنك دبي الإسلامي
شركة مساهمة عامة
(دولة الإمارات العربية المتحدة)

A09B004#

التاريخ : 94/04/25

إشعار بالتسهيلات

السيد :

العنوان :

السلام عليكم ورحمة الله وبركاته ، أبناء على الطلب المقدم ....
الإضافة علما بأن الأقساط المسددة ....
يتقضى ....
المبادرة بسداد ما عليكم ....

رقم حساب البضاعة :
سيارات
سعر البضاعة الأصلية : 86340.00
إجمالي قيمة الأرباح : 75300.00
ما تم دفعه حتى الآن : 11040.00
القسط التشريعي ....

| تسلسل | رقم القسط | تاريخ القسط | رقم الربح | مبلغ القسط |
|---|---|---|---|---|
| 1 | 31 | 1994/04/02 | 1137933 | 1040.00 |

إجمالي القيمة المتبقية للقسط : 1,580.00

شاكرين لكم حسن تعاملكم ،

قسم المتابعة والتحصيل

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002551

Zone Underbidding Company

(Incorporated in U.A.E.)

شركة مساهمة عامة
(دولة الإمارات العربية المتحدة)

بنك دبي الإسلامي / DUBAI ISLAMIC BANK

·A09B012٠

التاريخ : 94/05/24          إشعار بالقسط

السيد : ██████████████

العنوان : ██████████████

السلام عليكم ورحمة الله وبركاته
الموضوع : ██████████ نخيلنكم للسيد / سيارة / سيارات
بمبلغ : 103523.00            130   01   رقم مراجعة

نود إحاطتكم علماً بأن مبلغ القسط المبين لكم
بعدد الأقساط المستحقة مبينة بياناتها في هذا الإشعار
وتمت الكم مناتموه في بذي لنفثت توجبني منكم التكرم بالاتصال به أو
القيام بفتح تلك الأقساط ، راجين الانتظام بسداد الأقساط الشهرية
في مواعيدها المحددة لمنتظ خ████████

| مسلسل | تاريخ القسط | رقم القسط | المبلغ |
|---|---|---|---|
| 1 | 1994/05/06 | 958874 | 1810.00 |
| | 24 | | 1,310.00 |

إجمالي عدد الأقساط : 1   إجمالي القيمة المستحقة للأقساط

شاكرين لكم حسن تعاونكم

قسم المتابعة والتحصيل

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002552



YOUR REF :
OUR REF :

DATE : 94/06/23

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

الإمارات العربية المتحدة

DUBAI ISLAMIC BANK

‏- ١٢٤ -

YOUR REF: _____ : مرجعكم

OUR REF: _____ : مرجعنا

DATE: _____

المحترم

السيد / مدير مركز شرطة المرقبات

السلام عليكم ورحمة الله وبركاته ،، وبعد :

نعلمكم انه بتاريخ / / ١٩٩ قد حضر الى مقر بنك دبي الاسلامي

السيد / _____ الجنسية :

ومقيم في : _____ هاتف :

ويعمل / _____

وقام عن طريق الاقساط الشهرية

بقيمة ( ) درهم وحرر مقابل ذلك عدد من الشيكات مسحوبة على بنك _____

وعند عرض هذه الشيكات على البنك المسحوبة عليه ارتد منها الى الآن عدد / / شيك

بقيمة اجمالية ( ) درهم وذلك لعدم وجود رصيد لها ، ولدى مراجعته امتنع من السداد .

لذلك نلتمس من سيادتكم اتخاذ اجراء اتكم القانونية ضده باتهامه بجريمة اعطاء شيك بدون

رصيد وبصورة نية .

وتفضلوا بقبول فائق الاحترام،،،،

رئيس قسم
المتابعة والتحصيل

ص . ب : ١٠٨٠ دبي ، هاتف : ٢١٤٨٨٨ ، فاكس : ٢٢٧٢٤٢ ، تلكس : ٤٨٨٩/٤٨٧٧٤ اسلامي اي ام ي برقيا : (اسلامي)
P.O. Box : 1080 Dubai, Tel : 214888

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٢٥ -

السيد/ مدير مركز شرطة المرقبات     المحترم

سلام عليكم ورحمة الله وبركاته

نحية طيبة وبعـــــــد :

الموضوع : تنازل عن بلاغ رقم :

نحيطكم علما بأن السيد/ الجنسيـــــــة  قد .

لذلك نرجو التكرم باعتبارنا متنازلين عن حقنا الشخصي في الشكوى المقدمة منا تجاه المذكـور
اعلاه .

ونشكر لكم صادق تعاونكـم معنـا

وتفضلوا بقبـول فائـق الإحـترام

رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002555

ـ ١٣٠ ـ

١٩٩٤/٠٦

إخطار لسداد قيمة شيك

د/   المحترم

السلام عليكم ورحمة الله وبركاته

تحية طيبة وبعد :

تم اخطاركم أكثر من مرة لسداد قيمة الشيك المرتد بتاريخ برقم بمبلغ /= درهم ، مسحوب على
بنك ، وحتى الان لم تقوموا بسداد قيمة الشيك المذكور ، وبناء عليه نقدم لكم اشعارا نهائيا بأنه مالم
يتم دفع المبلغ المذكورخلال من تاريخه فسوف نضطر آسفين لاتخاذ الاجراءات القانونية لحفظ
حقوق البنك ، وكلنا أمل وثقة في قيامكم بدفع المبلغ المطلوب خلال الفترة المحدد مما يجنبكم
مصاعب التي تنتج عن المقاضاة والاجراءات القانونية المتعلقة بهذا الشأن .

وتفضلوا بقبول فائق الاحترام ،،،،

رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002556

- ١٣١ -

١٩٩٤

المحترم

عليكم ورحمة الله وبركاته

بعد تحية :

تم إخطاركم اكثر من مرة لسداد مديونية المعاملة رقم.بمبلغ وقدره=/  حيث مازال معلقا على حسابكم المذكور

لأنه علية نفيدكم بانه سيتم تسديد المبلغ المستحق خلال  أيام من تاريخه ، سوف نضطر آسفين

اء علية نقدم لكم اشعار انتهائيا بانه ما لم يتم تسديد المبلغ المستحق خلال  أيام من تاريخه ، سوف نضطر آسفين

نفاذ الاجراء ات القانونية لحفظ حقوق البنك وكلنا أمل وثقة في قيامكم بدفع المبلغ المطلوب خلال الفترة المحددة

أ يجنبكم المتاعب التي قد تنجم عن المقاضاه و الاجراء ات القانونية المتعلقة بهذا الشأن .

وتفضلوا بقبول فائق الاحترام

رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‫ـ ١٣٢ ـ‬

‫١٩٩٤/٠‬

‫اليمنية‬

‫/: المحترم‬

‫ـلام عليكم ورحمة الله وبركاته‬

‫ـة طيبة وبعـــد :‬

‫ـد تم اخطاركم عدة مرات لسداد المتأخرات عن المعاملة رقم بمبلغ =/ حيث مازال معلقا على حسابكم المذكور‬

‫ـلام ما حملنا ذلك على تقديم هذا الانذار النهائي اليكم ما لم يتم تسديد المبلغ المستحق خلال من تاريخه ، نسرف‬

‫ـنظر آسفين الى اتخاذ الاجراءات القانونية تجاهكم لحفظ حقوق البنك وكلنا أمل وثقة في قيامكم بسداد المبلغ‬

‫بالقرب خلال الفترة المحددة اعلاه وذلك لتجنيبكم المتاعب التي قد تنجم عن المقاضاه والاجراءات القانونية المتعلقة‬

‫بينا الشأن ·‬

‫ولكـم جـزيـل الشـــكــر؛؛؛؛‬

‫رئيس قسم المتابعة والتحصيـل‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002558

‏ـ ١٣٣ ـ

‏١٩٩٤/٠٦/١٨



‏بوكالة/

‏المنـــذر  :  بنك دبي الاسلامي

‏المنذر اليه  :

‏السلام عليكم ورحمة الله وبركاته

‏تحيـة طيبـــة وبعــد :

‏حيث مازال معلقا مبلغ=/ درهم ( فقط )

‏نظير مديونية المعاملة رقم

‏ند تم اخطاركم عدة مرات لسداد

‏على حسابكم المذكور اعلاه مما حملنا ذلك على تقديم هذاالانذار النهائي اليكم مالم يتم تسديدالمبلغ

‏المستحق خلال سبعة ايام من تاريخه ، فسوف نضطر آسفين الى اتخاذ الاجراء ات القانونية تجاهكم

‏لحفظ حقوق البنك بمافي ذلك ملاحقتكم جزائيا وحقوقيا.

‏وكلنا امل وثقة في قيامكم بسداد المبلغ المطلوب خلال الفترة المحددة اعـــلاه مما يجنبكم المتاعب

‏التي قدتنجم عن المقاضاة والاجراءات القانونية المتعلقة بهذا الشأن .

‏ولكـم جـزيـل الشـكـر،،،،،

‏رئيس قسم المتابعة والتح

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002559

الإمارات العربية المتحدة :

Your Ref.   مرجعكم
Our Ref.   مرجعنا

—  ١٣٤  —                                    Date

لدى محكمة ..............

طلب رفع حجز تحفظي

يرجى رفع الحجز التحفظي رقم ............... عن السيارة

رقم ............... الخاصة بالمستدعى ضده /

حيث قام المذكور بعمل تسوية مع المستدعي.

وتفضلوا بقبول خالص التقدير والاحترام.

المدعي :

بنك دبي الإسلامي

القـــرار :

أقرر اجابة الطلب وفك الحجز عن

السيارة المذكورة.                      القاضي

التاريخ :

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002560

قسم الشؤون القانونية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002561

ويجب أن تكون الاستشارة مبنية على المبادىء القانونية المستمدة من القوانين
السارية والأعراف التجارية المصرفية الثابتة بالأحكام القضائية والممارسة
المصرفية . وهذه المبادىء سوف نتناولها في موقعها من المذكرة .

٢ - يقوم القسم أيضا باعداد ومراجعة العقود بمختلف أنواعها ، وذلك وفقا للنظام
الأساسي للبنك ، والضوابط الشرعية والقانونية ، واقتراح التعديلات الضرورية
عليها، وتشمل هذه العقود الاستصناع وبقية العقود المتفرعة عنه ، وهي
المقاولة والاشراف بالاضافة الى صيغ التمويل الاسلامية الأخرى ، كالمشاركة
بأنواعها والايجار وكل هذه تتطلب الاطلاع والمتابعة الدائمة للتطورات في
القوانين وقرارات المحاكم وللوائح الصادرة من الجهات الحكومية ذات
الاختصاص .

٣ - ومن أهم الأعمال الأساسية لقسم الشؤون القانونية ابرام وتسجيل وتنفيذ عقود
وضمانات الائتمان العينية ( الرهن العقاري ) .
ويكتسب عقد الرهن بالنسبة لأي بنك الأهمية ، من حقيقة أن القانون جعله
الضمانة الأولى والأقوى للتسهيلات الائتمانية ، بل ان تعميم المصرف
المركزي الخاص بالتسهيلات الائتمانية استوجب أن يكون منح الائتمان الذي
يتجاوز مبالغا معينة مرتكزا على ضمان عقاري ، وعلى أن يكون العقار محل
العقد عقارا تجاريا جائز الحجز والتنفيذ عليه ، أي لا يكون خارجا من دائرة
الأموال التي يجوز الحجز عليها وبيعها ، كالعقار السكني لمتوسطي أو العقار
المبني عن طريق المنحة أو العطاء ( الا اذا كان مسموح التصرف فيه بالبيع
بواسطة الجهات المختصة) .
وقد خصص قانون المعاملات المدنية الاتحادية رقم ٥ لسنة ١٩٨٥ الكتاب
الرابع منه للتأمينات العينية والتي قسمها انى بابين ، الباب الأول : خاص
بالرهن التأميني (وهذا يقع على العقارات) والثاني : الرهن الحيازي ، وهذا يقع
على المنقولات والعقارات .
ويلاحظ أن تعميم المصرف المركزي ركز على الرهن التأميني وجعله هو
الأساس ، أما الرهن الحيازي وضمانات الائتمان الشخصية الأخرى فلم يتناولها

لذلك يجب أن يضع الاخيرة في قسم الائتمان هذا الأمر في الاعتبار عند فحص
مستندات الضمانات العقارية قبل التوصية بقبول طلب منح التسهيلات الائتمانية
بانواعها المختلفة ، ويجب أن يلاحظ (صاحب السمو حاكم دبي قد أصدر
توجيهات حديثة منع فيها منعا باتا تداول الاراضي المملوكة بواسطة سمو٠٠

ج – امارة الشارقة : الأمر كذلك بالنسبة للاراضي المنحة فلا يجوز رهنها
أو التصرف فيها اطلاقا الا بعد صيرورتها ملكا وفقا لشروط القانون المحلي
بالشارقة ، وهو قانون وضع العقارات تأمينا للدين القانون المحلي رقم ١١
لسنة ١٩٧٣ ، ومن أهم معالم هذا القانون ، أي من الاشياء التي يمتاز بها عن
القوانين المحلية الاخرى ، أنه يعطي دائرة الاراضي صلاحية بيع العقار
المرهون وذلك بموجب المادة ٣٣ منه مباشرة وقبل اللجوء الى المحاكم ، حيث
تقوم الدائرة بطلب التنفيذ على العقار بالحجز وبيعه بالمزاد العلني مع ارفاق
مستند التأمين وسند الملكية ، وبعض المستندات التي تثبت الاخلال بالسداد٠
وميزة هذا الاجراء تتمثل في أن القانون ترك عبء اللجوء الى المحاكم على
المدين فاذا احتج المدين بأنه قام بسداد الدين ولم يقدم مستندا رسميا يثبت ذلك
عليه النجوء للمحكمة لاثبات السداد وانقضاء الرهن بحكم قضائي وفي هذه
الحالة تقوم المحكمة بايقاف اجراءات البيع وقتا مؤقتا لحين الفصل في الدعوى

د – الامارات الاخرى : فلا يختلف كثيرا عما هو عليه الحال في امارة دبي
ويجب الرجوع في كل حالة خاصة بتلك الامارات الى دائرة الاراضي
المختصة قبل قبول مستندات الضمان ٠


٤ – قبل صدور قانون تنظيم مهنة المحاماة كان باسكان محامي البنك (القسم القانوني)
الترافع أمام المحاكم ومباشرة كافة القضايا المرفوعة من البنك ، وبالاضافة
الى القضايا المرفوعة ضد البنك ٠
وقد نص قانون المحاماة المذكور في أحد مواده على عدم جواز الترافع أمام
المحاكم للمحامين غير المتفرغين ، وانما يتعين ذلك على أن يكون المحامي

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002563

مسجلا في جدول المشتغلين بهذه المهنة ، ومرخص لمزاولتها في اطار الأصول
التي وضعها القانون .

وبذلك أصبحت أمام عدة أوجه بالنسبة لقضايا البنك ، وأغلبها مديونيات ناتجة
عن معاملات البنك المختلفة .

**المسألة الأولى :** تم تعيين محامي خارجي للقيام بمباشرة قضايا البنك والترافع أمام المحاكم ،
ويكون ذلك بالاشراف الكامل من قبل قسم الشؤون القانونية . كما يتم تجهيز
ملف القضية بالكامل وذلك من مستندات وأوراق تخدم القضية ، هذا بالاضافة
الى تبادل المشورة وتقديم رأي القسم حول القضايا المعروضة وخط سيرها .

فيما ~~يتعلق بالتحليل المنطقية~~

**المسألة الثانية :** ناتج القضايا المعروضة بواسطة القسم القانوني وذلك منذ سنوات وحتى صدور
قانون مهنة المحاماة في عام ١٩٩١ ، وسيلزمنا ~~بميزانية التنفيذ~~ والتي صدر فيها
أحكام لصالح البنك . فهذه الملفات ، يتم التعامل معها بعناية ومتابعة دقيقة ،
ويكون ذلك بدراسة الملف والوقوف على الجدوى من اتخاذ الاجراءات
القانونية . ونعني بها وسائل الضغط لاجبار المدين على السداد .

ويكون ذلك كل حسب حالته ، فاما أن يكون المدين يعمل لدى جهة حكومية
تستجيب المحكمة لطلب البنك بايقاع الحجز على مرتبه وتحويل جزء منه
للمحكمة ليكون سدادا للدين ، أو ايقاع الحجز على مستحقات نهاية الخدمة .

أما ~~أن~~ كان العميل تاجرا يحاول المماطلة ، يتم تقديم طلب للمحكمة لمخاطبة
الجهات المختصة بالاملاك كدائرة الأراضي أو التنمك ، والحجز على أملاكه ،
وان كان هناك رهنا يتم التنفيذ على الرهن لاستيفاء حق البنك ، وكذلك نلجأ في
أضيق الحدود الى طلب حبس المدين عن طريق المحكمة كوسيلة ضغط
واجبار لسداد الدين . ونحن رأينا أنه لا فائدة من الاجراءات القانونية كهروب
العميل مثلا ، أو ضآلة مبلغ المطالبة ، أو عدم معرفة العنوان مما يصعب
التنفيذ عليه ، فيتم رفع الأمر لادارة البنك .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002564

*الحالة الثالثة:*

بالنسبة لقضايا الايجارات ، فأمام سياسة البنك للاستثمار العقاري والتركيز على هذا الفرع من الاستثمار ~~لمجابهة بيسيمرة~~ ولضعف مجال الخطورة فيه ، بدأ البنك في الآونة الأخيرة يشترط أن تكون ادارة العقار الخاص بالمتعامل للبنك كنوع من الضمانات الضرورية للمحافظة على أموال البنك ، وأمام هذا الازدياد المضطرد كثرت مشاكل المستأجرين ، وذلك يتمثل في التخلف عن سداد الايجار .

ويكمن دور قسم الشؤون القانونية في ~~استلام~~ ملف~~ات~~ ~~هذه~~ التي ترد الينا من قسم الخدمات العقارية ، بالاضافة الى بعض الفروع ~~م~~ وتجهيز المستندات اللازمة لرفع الدعوى وسداد الرسوم وحضور الجلسات أمام لجـان الايجارات ومتابعة القضايا أولا بأول حتى صدور القرار فيها وبعد ذلك يتم تنفيذ هذه القرارات أمام المحاكم بعد سداد الرسوم المقررة لذلك .

والجدير بالذكر أن لجـان الايجارات لها الطابـع القضائي وقراراتها بمثابـة الحكم القطعي .

وقد اتجهت سياسة جميع الامارات الى اصدار مراسيم بتشكيل لجان الايجارات على غرار لجنة الايجارات بدبي ، حيث أنها السابقة في هذا المجال لكثرة النزاعات بين الملاك والمستأجرين .

وتجدر الاشارة هنا أنه بقدر الوسائل المتاحة يقوم القسم القانوني بتغطية كافة قضايا الايجارات على مستوى الامارات من : حضور ، وتنفيذ ، واطلاعات ، وبيع بالمزاد العلني للمحجوزات في الشقق . ولا يقتصر ذلك على فترة الدوام الرسمي وانما لابد من حضور جلسات المحاكم مساء خصوصا أمام لجنة ايجارات دبي .

أما بالنسبة للبلاغات الجنائية الخاصة بالشيكات المرتدة ، فلا يزال الأمر يجري على أن يقوم قسم الشؤون القانونية باعداد الشيكات رسميا ومتابعتها لدى الشرطة والنيابة وذلك الى مرحلة احالتها للمحكمة ، فاذا لم يتوصل القسم الى

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

تسوية ودية للبلاغ مع المدين أحيل الملف للمحامي الخارجي للاستمرار في
الدعوى أمام المحكمة بغرض تحصيل حقوق البنك .

وفي هذا الصدد لا يفوتنا أن ننوه الى أنه وفي أغلب البلاغات لم تتمكن الشرطة
من القاء القبض على المدين أو ملاحقته لعدم وجود عنوان ظاهر ومعروف ،
لذلك يرجى من الاخوة عند قبول طلبات المرابحات أو المعاملات المختلفة أخذ
عناوين العملاء والكفلاء بالتفصيل ويجب أن لا يكتفى بصندوق البريد أو الهاتف
أو جهة العمل فقط ، خاصة في المعاملات غير المضمونة بضمان عيني
عقاري ، وألا كان الموظف في هذه الحالة مسؤولا قانونا عن ضمان الاضرار
المادية التي تنتج عن هذا الاهمال وعدم الحيطة والحذر ، الذي يعرض حقوق
البنك والمودعين للضياع .

وعموما فان قسم الشئون القانونية بأي بنك هو الذي يجب أن يعتبر صمام
الأمان بالنسبة لأعمال البنك بجميع جوانبها ، حيث أن عدم مراقبة تطبيق
القانون واللوائح ونظم البنك المستمدة من نظامه الاساسي ، هو الذي يؤدي الى
الكوارث المالية والأدبية التي تلحق بالبنوك عامة .

لذلك ننتهز هذه الفرصة لنرفع صوتنا طالبين دعم قسم الشئون القانونية من
جميع النواحي البشرية والمادية ، حتى يتمكن من القيام بواجباته بكفاءة ،
والهدف من ذلك في النهاية الارتقاء بالعمل وجعله نموذجا يحتذى به بواسطة
جميع البنوك الاسلامية .

<u>الجزء الثاني :  بعض المبادئ الاجرائية والقانونية التي يجب وضعها في الاعتبار</u>
<u>عند ابداء النصح والمشورة</u>

<u>أولا :  صلاحية الشخص لابرام المعاملات وتوقيع الوثائق اللازمة لها :</u>

ان الشخص الذي يقوم باجراء المعاملات مع البنك اما أن يكون فردا يجري
المعاملة باسمه شخصيا ، أو شركة تجري المعاملة بواسطة مديرها ، أو وكيل
البنك في هيئة المؤسسة الملكية ملكية فردية ، وفي حالة من الحالات يجب

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002566

— ١٤٣ —

أن تتوفر شروط الأهلية القانونية لاجراء التصرفات عامة ، وفي هذه المذكرة
سوف نتناول الوضع في كل حالة باختصار وبصورة توضح الناحية العملية
دون الخوض في التعريفات القانونية والجدل الفقهي ، لأن المقصود هنا أن
يتمكن الاخوة موظفو البنك في الأقسام الأخرى من غير القانونيين من استيعاب
هذه القواعد وتطبيقها مباشرة في معاملاتهم .


**صلاحية الشخص في التوقيع من حيث التفويض والسن القانونية:**

اذا كان من يريد توقيع الطلب أو العقد أو أية وثيقة ذات علاقة تمس بالمعاملة
أصالة ينفذ الوضع لا يوجد صعوبة ، كل الذي يجب عمله هو اتخاذ
الاجراءات الكافية لاثبات الشخصية ، ثم التأكد من بلوغه السن القانونية لابرام
التصرفات واستيفائه لشروط القانون وهنا يجب ايضاح نقطتين:

**اثبات الشخصية:**

عموما ان اثبات الشخصية يمكن أن يكون بفحص أي مستند رسمي صادر من
جهة حكومية مختصة ، كرخصة القيادة ، أو جواز السفر ، أو بطاقة العمل .
الا أنه في المعاملات المصرفية وعلى وجه الخصوص عند ابرام عقد الحساب
الجاري أو الاستثماري ، اشترط تعميم المصرف المركزي ضرورة الاطلاع
على جواز السفر الأصلي للعميل ثم أخذ صورة عنه يثبت فيها أنها طبق
الأصل (بواسطة موظف البنك) والغرض من ذلك التحقق من الشخصية ،
والتحقق من السن القانونية للمتعامل .

**السن القانونية:**

القاعدة العامة والتي نص عليها قانون المعاملات المدنية في المادة ١٥٧ هي أن
كل شخص أهل للتعاقد مالم تسلب أهليته أو يحد منها بحكم القانون ، وهذه
الأهلية تنتفي بالعته أو الجنون أو الحجر لنقصاني ولا يتمتع بها الصغير الا في
حدود ضيقة كما سوف نرى أدناه .
والشخص البالغ الرشيد هو الشخص الذي له ابرام التصرفات ، وسن الرشد في
دولة الامارات العربية المتحدة هي احدى وعشرون سنة (٢١) .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002567

ايـر ـم

أمـا القاصـر الـذي لـم يبلـغ السـن القانونيـة فـلا يجـوز لـه التبرع علـى جميـع
التصرفـات الا اذا كان مأذونـا فـي ذلك وفقا لشروط القانون (م ١٦١ معاملات) .

**القاصـر الـذي لـم يبلـغ الثامنة عشر :**

مـن لـم يبلـغ الثامنة عشـر لا يجـوز لـه اطلاقـا توقيـع العقـود أو الطلبات سـواء أكانت
متعلقـة بحسابات بنكيـة أو بعقـود بيـع وشـراء (مرابحات) أو ضمانـات أو خلافـه .
فـاذا كانـت هنـاك ضـرورة لاجـراء معاملـة باسمـه ولحسابـه ، يجريهـا نيابـة عنـه
ويحكـم القانـون وليـه الشرعـي (والـده) أو جـده الصحيـح أو الـوصـي الشرعـي
المعيـن بواسطـة المحكمـة الشرعيـة ، اذا كان الولـي الشرعـي متوفيـا ، والـولايـة لا
تكـون الا للأب أو الجـد الصحيـح وان عـلا ، أمـا الوصايـة تثبـت قضـاء لمـن
يستحقـهـا مـن غيـر هؤلاء (كـالأم وغيرهـا) .

**القاصـر الـذي بلـغ الثامنة عشر :**

القاصـر الـذي بلـغ سـن الثامنة عشـر ولـم يبلـغ الحاديـة والعشريـن لا يجـوز لـه
مباشـرة العقـود التجاريـة (ويدخـل ضمنهـا معاملات البنـك) الا اذا اذن لـه القاضـي
بذلك . أي الا اذا أحضـر حكمـا قضائيـا بذلـك (مـن المحكمـة الشرعيـة المختصـة)
وفـي غيـر هذه الحالـة لا يجـوز اطلاقـا السمـاح لـه بتوقيـع عقـود المرابحـات
والضمانـات وكافـة الوثائق .

**استثنـاء هـا م :**

ان التعميـم الصـادر مـن المصـرف المركـزي مؤخـرا استثنـى حالـة واحـدة مـن القيـود
أعـلاه وهـي حالـى فتـح الحسـاب الجـاري ، فأجـاز للقاصـر الـذي بلـغ سـن الثامنة
عشـر فتـح حسـاب جـار والحصـول علـى دفتـر شيكـات . وفـي رأينـا أن هذا وضـع
غريـب فالقـرارات الاداريـة لا تؤثـر أو تعـدل القانـون أو التشريـع لذلـك كـان أحـرى
بالمصـرف المركـزي أن يطلـب مـن الجهـات التشريعيـة المختصـة تعديـل القانـون ،
وادخـال ذلـك الاستثنـاء فـي صلـب القانـون أو تخفيـض سـن القانونيـة الـي الثامنة
عشـر ليتطابـق القانـون مـع الواقـع وهـو أن هنـاك موظفيـن مدنييـن وعسكرييـن
بالدولـة ينضمـرا للخدمـة قبـل بلـوغ سـن الحاديـة والعشريـن ، كمـا نعلـم هنـاك فئـة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002568

- ١٤٤ -

كبيرة من مواطني الدولة يعملون بالقوات المسلحة والجيوش النظامية الأخرى
ويتقاضون رتبا مختلفة ومعاشات متفاوتة وبالضرورة يمنحون رخص قيادة
سيارات ويتبع ذلك شراؤهم للسيارات لاستخدامها في مهام عملهم وشؤونهم
الخاصة ، فهل يعقل أن يحرم مثل هذا الشخص من امتلاك سيارة لسبب عدم
بلوغه سن الرشد (٢١) المنصوص عليها في القانون .

في رأينا أن الحل يكمن في نص المادة ١٦ من قانون المعاملات المدنية فقد
أجاز للولي أن يأذن للقاصر الذي أتم الثامنة عشر سنة هجرية تسلم أمواله كليا
أو بعضها لادارتيا .

وعلى ضوء ذلك يمكننا السماح له باجراء معاملة المرابحة الخاصة بالسيارات
فقد بعد حصوله على الاذن المكتوب من وليه الشرعي ، أو بعد توقيعه معه
على العقد ، (كاذن فقط) ويمكن في هذه الحالة أن يكون المشتري في العقد هو
القاصر مباشرة .

ولا يجوز أخذ هذا الاذن من الوصي المعين بواسطة المحكمة ، فان الحق في
منح الاذن للولي الشرعي فقط ( الوالد أو الجد ) أو ولي الوصي .


<u>ملحوظة هامة في هذا الصدد</u>
لا يجوز للقاصر (الذي لم يبلغ سن ٢١ سنة) وفي جميع الأحوال توقيع العقود
واجراء المعاملات نيابة عن غيره ، سواء أكان مأذونا أم غير مأذون .
<u>النيابة عن الغير في توقيع العقود والوثائق</u>

<u>أ - بالنسبة للأفراد</u>
على ضوء ما ذكر أعلاه فان كل بالغ رشيد له حق اجراء المعاملات نيابة عن
غيره . فيما عدا حالة القاصر لا ينوب عنه غير الولي أو الوصي الشرعي
المعين بواسطة المحكمة الشرعية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002569

ويجب ملاحظة أن الوكالة يجب أن تشمل وبوجه صريح وواضح كل الأعمال المراد إجراءها وخاصة التصرفات في الملكية كالبيع والرهن وتقديم الأموال كضمان عيني أو شخصي كل ذلك لا يجوز فيه استعمال الألفاظ العامة .

**ب ــ بالنسبة الشركات والمؤسسات :**

١) إذا كانت المؤسسة مملوكة ملكية فردية فإن الوكيل يجوز له إجراء المعاملة بموجب الوكالة العامة التي يحررها التاجر أو غيره وتشمل التصرف في جميع ممتلكاته سواء أكانت عينية أو غيرها، ولا يشترط أن تذكر المؤسسة بالاسم وعلى وجه التحديد فهي من ضمن المتلكات التي يجري التصرف فيها بموجب الوكالة . وإذا كانت الوكالة خاصة بالمؤسسة على وجه التحديد فهذا أفضل .

٢) بالنسبة للشركات يجب أن نفرق بين أنواع الشركات المختلفة :

**١ ــ الشركة ذات المسؤولية المحدودة :**

إن شركة المسؤولية المحدودة تكتسب الشخصية القانونية كالشخص الطبيعي بمجرد اكتمال تسجيلها بموجب قانون الشركات . ومديرها يعين بموجب عقد التأسيس أو بموجب عقد منفصل ومعتمد من الدائرة الاقتصادية أو الجهة المختصة وفق قانون الشركات .

فهذا المدير له صلاحية إبرام العقود والمعاملات وتوقيع الوثائق الخاصة بها ، دون الحاجة الى توكيل خاص من الشركاء (المساهمين ) لذن طلب التوكيل في هذه الحالة مخالف لقانون الشركات .

كل الذي يجب عمله هو فحص عقد التأسيس وكشف المديرين المتصرف معه بعناية ودقة للتأكد من أن الشخص المتقدم للتوقيع مخول براسطة قانون الشركات الاتحادي . ويجب أن يلاحظ أن المدير المفوض على النحو الوارد أعلاه لا يجوز الاعتراض على تصرفاته بواسطة الشركاء مباشرة فلا يجوز إنهاؤه الا عن طريق انقضاء أو براسطة قرار من الجمعية العمومية ، أو من مجلس الإدارة اذا كان المدير معيناً براسطته .

**٢ ــ الشركة التضامنية :**

في هذه الحالة يجب أن يكون هناك تفويض موقع بواسطة جميع الشركاء واذا كان المدير المفوض شريكا يجب أن يحصل على تفويض موقع بواسطة شريكه الا اذا كان عقد انشاء الشركة المصدق قانونا يسمح لأي من الشركاء التصرف منفردا .

٣ – شركة التوصية البسيطة

في هذا النوع من الشركات حق التوقيع في معاملات البنك يكون للشريك المواطن فقط أو من يوكله بتوكيل مصدق قانونا ولا يجوز أن يقوم الشريك المواطن بتوكيل الشريك الموصي .

٤ – شركة الأعمال (أو الشركات المهنية):

مثال لذلك " شركات الأطباء والحرفيون وخلافه ، ولا يدخل ضمنيا المقاولات'

في هذه الحالة يجوز لكل شريك أن يوكل شيره من الشركاء والشريك أن يوقع اذا كان العقد يعطيه حق التوقيع المنفرد ، وتكرر أنه في جميع أنواع هذه الشركات يجب فحص جميع الوثائق جيدا وهي على سبيل المثال :

– عقد التأسيس .

– كشف المديرين في حالة شركة المسؤولية المحدودة .

– الرخصة التجارية .

– الوكالات في الحالات التي تتطلب ذلك .

– جوازات السفر لاثبات شخصية الوكيل .

ثانيا : القوانين والمراجع التي يجب الاطلاع عليها عند ابداء النصح القانوني

– فيما يتعلق بالعقود المدنية

( الاستصناع والمقارنة والمشاركات والاهلية القانونية للأشخاص ) يجب الاطلاع على قانون المعاملات المدنية لسنة ١٩٨٥ والاحكام القضائية المفسرة له ، سواء أكانت صادرة من المحكمة الاتحادية العليا أو من محكمة التمييز .

– بالنسبة للعقود التجارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002571

مثل بيع البضائع والسيارات ( المرابحات ) سواء كان ذلك في المرابحات الدولية أو المحلية وفيما يتعلق بالرأي القانوني في الحسابات الجارية والاستثمارية وجميع الأعمال المصرفية المعتادة ، يجب على المستشارين القانونيين بالقسم الاطلاع على قانون المعاملات التجارية الاتحادية رقم ١٨ لسنة ١٩٩٣ والأحكام القضائية وكتب الشارحة للأحكام القانونية والمبادئء المشابهة لما ورد بهذا القانون .

وأكرر ضرورة الرجوع لكل من هذه المراجع والقوانين وملفات الاستشارات السابقة قبل ابداء الرأي القانوني تفاديا للوقوع في تضارب وتناقض الاراء الذي قد يؤدي الى وقوع أضرار لا يمكن تفاديها . مع ملاحظة أنه لا يجوز تفسير النصوص الواردة في قانون المعاملات التجارية بمعزل عن القوانين الأخرى وخاصة قانون المعاملات المدنية فالتفسير يجب أن يكون وفقا لما استقر عليه الفقه والقضاء . ويجدر بنا الاشارة هنا الى أن بعض الاخوة في الأقسام المختلفة درج على الرجوع الى النصوص القانونية مباشرة واجراء المعاملات أو ابداء الرأي وفق التفسير الحرفي لما بدى أمامهم من معاني للنصوص القانونية ، فهذه أشياء يجب أن تترك للقانوني ، فهو المعني المختص والذي قد ينظر اليها بمنظور مختلف يعطي معان قانونية مختلفة ، وذلك تفاديا لوقوع أي ضرر لا يمكن تداركه .

ونشير في نهاية هذه النقطة ولأهمية قانون المعاملات التجارية وخاصة معاملات البنوك في مذكرة منفصلة سوف تلحق بهذه المذكرة فيما بعد .

## الجزء الثالث : ضمانات الائتمان المصرفي وضرورة فحصها قانونا

كما ذكرنا أن أو ما يتبادر الى ذهن المصرفي الحريص على أموال مصرفه هو ما الذي يضمن أن التسهيلات المصرفية الممنوحة أو الاعتماد سوف يسدد عندما يحين أجله ؟

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002572

وبالاجابة على ذلك يجب الخضوع لضوابط الائتمان المختلفة والتي تنقسم الى
قسمين أو مرحلتين:

*المرحلة الأولى:* النظر الى العميل نفسه من حيث الملاءة والسمعة التجارية والتأكد من خلو
صحيفته القضائية بالاضافة الى دراسة الجدوى الاقتصادية للمشروع.
ودراسة ملاءة العميل هذه وجوبية أي اشترطها المصرف المركزي بالتعميم
رقم ٩٣/١٦ الصادر بتاريخ ١٩٩٣/١٠/١٤ ، ومخالفته قد تؤدي الى توقيع
عقوبات ادارية على البنك بموجب قانون الرقابة على المصارف.
فاذا نجح العميل في ذلك ننتقل به الى المرحلة الثانية.

*المرحلة الثانية:* النظر في الضمانات القانونية المناسبة التي يجب أن يقدمها العميل ونضمن بها
سداد المبالغ الممنوحة بأي صورة من صور التمويلات المختلفة للبنك.
وهذه الضمانات تنقسم الى قسمين:

*أ - ضمانات شخصية:*
١ - كفيل شخصي مليء ( يكفل كفالة شخصية أو عينية عقارية ).
٢ - ضمانة بنكية.
٣ - حوالة حق - التنازل عن حقه لدى الغير.

*ب - ضمانات عينية:*
١ - رهن عقاري.
٢ - رهن المحل التجاري.
٣ - رهن أوراق مالية أو تجارية أو شهادات استثمارية.
وسوف نتناول ما يجب مراعاته عند قبول أي نوع من هذه الضمانات. وقبل
الخوض في ذلك يجب ملاحظة أن البنك وبموجب قانون المصرف المركزي
- باب الرقابة على المصارف - وبالتعميم رقم ٩٣/١٦ ملتزم بوضع سياسة
التنمية عامة مع الأخذ في الاعتبار بمخاطر التسهيلات المصرفية المختلفة.

على أن تتضمن السياسة معايير دقيقة ومحددة للتحليل العميق لملاءة كل عميل على حدة .

وقد لاحظنا وجود بعض المعاملات التي لم تراع فيها هذه الضوابط الائتمانية بدقة لذلك نرجو الرجوع لقسم الشؤون القانونية قبل التوصية النهائية بقبول الضمانات ليتم التأكد من مطابقتها للقانون وضوابط المصرف المركزي وذلك لتفادي قبول الضمانات الوهمية (الورقية) وبعد هذه الملاحظة يجدر بنا ابداء بعض الملاحظات القانونية حول هذه الضمانات .

— الضمانات الشخصية

ان الضمانات الضعيفة التي كانت تقبل لمنح التسهيلات المصرفية قد تسببت في هزات اقتصادية عنيفة لكثير من البنوك أدت الى افلاس بعضها وتصفيتها ، وتجربة بنك الاعتماد والتجارة الدولي ليست ببعيدة فقد كانت ضماناته في أغلبها ضمانات شخصية وهمية بل كانت معاملاته وهمية أيضا فقد كانت الضمانات الشخصية في كثير من الاحيان مخالفة للضوابط الائتمانية المصرفية ، فكانت في صورة توصية أو تزكية من شخصية ذات نفوذ ، الأمر الذي أدى الى ظهور طائفة أو فئة من الحاصلين على أموال البنوك كانت خطتهم الثراء السريع عن طريق التنشيط والمشاريخ غير المدروسة دون توافر الخبرات الكافية

لذلك نحن في بنك دبي الاسلامي وحتى لا تتعرض تجربتنا الاسلامية الفريدة للخطر ، يجب أن نتفادى المحظورات التي وقعت فيها البنوك التجارية والتي بطبيعتها محظورات مخالفة لنظامنا الاسلامي، الذي يحمل ضمانات وجوده في داخله ، على شرط أن تراع الضوابط الشرعية العديدة التي يحويها ذلك النظام .

وبما ذكرنا أعلاه يقودنا الى المطالبة بضرورة التكفين من الارتكاز على ضمانات الشخصية في تسهيلات الائتمانية ذات المبالغ الكبيرة ، وإذا كان

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002574

لابد من قبول الضمانات الشخصية فيجب مراعاة التقيد بحد أقصى للائتمان يحدد على ضوء طبيعة الضمانات المقدمة مع ملاحظة الآتي :

ـ <u>في حالة حوالة حقوق طالب التسهيلات لدى الغير لصالح البنك :</u>

يجب مراعاة استيفاء الشروط القانونية ومن أهميا توقيع جميع أطراف الحوالة وعلميم الكافي بيا فيجب أن يضم عقد الحوالة المحيل والمحال له والمحال عليه ، وإلا فقدت الحوالة قوتيا القانونية .

ومثال لحالات الحوالة أن يقوم المستصنع بحوالة حقه في الأجرة لصالح البنك ومن صورها أيضا حوالة الحق في شهادات التأمين أو شهادات الاستثمار وخلافه .

ـ <u>الكفالة الشخصية :</u>

وهي أكثر الضمانات الشخصية انتشارا بين البنوك فيجب ملاحظة الآتي عند تحريرها :

١ ـ أن تكون نصوص الكفالة دقيقة ومحددة للمبلغ تحديدا نائيا للجهالة ويجب أن يعالج نص الكفالة حالات الوفاة والإفلاس وتغيير شكل الشركة وخلافه ، أي ينص فيها على أن تظل الكفالة قائمة في حالة وفاة المدين الأصلي أو تصفية الشركة أو تغيير شكليا لأنه في حالة عدم النص على ذلك تنتهي الكفالة فور تحقق أي من هذه الحالات .

٢ ـ يجب أن تكون صيغة الكفالة عامة وموسعة بحيث تعطى جميع الخيارات الممكنة والتي تخفف من فرص اعتراضات الكفيل عند التنفيذ عليه بموجب الكفالة .

٣ ـ ادخال جميع حسابات المدين في الضمانة وجعل كسن أمـوال الكفيـل ضامنة ليا .

٤ ـ يجب أن تصاغ الكفالة بطريقة تجعليا سارية الى أن يتم سـداد الرصيـد المدين كاملا .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

— ١٥١ —

٥ – يجب النص على أن تكون الكفالة تضامنية  أما بالنسبة للكفالات المتمثلة في خطابات الضمان يجب مراعاة شروط قانون المعاملات التجارية والمبادىء العامة للعرف المصرفي في هذا الصدد .

**– الكفالة العينية :**

وأهم صور الكفالة العينية الرهن العقاري وهذا تناولناه من ناحية اجرائية في صدر هذه المذكرة وفيما يتعلق بالشروط الموضوعية يجب وقبل ابداء أي رأي قانوني الرجوع الى قواعد الرهن في قانون المعاملات المدنية والقوانين المحلية في هذا الصدد ويجب الاشارة الى أن عقد التمويل نفسه سواء أكان استصناعا أو مرابحة أو مشاركة يجب أن ينص فيه صراحة الرهن وعلى حق البنك في تنفيذ الرهن في حالة الاخلال بأي شرط من شروط السداد على أن يحل بقية الدين ويصبح مستحق الأداء جملة واحدة ، حيث أنه وفي حالة عدم وجود هذا النص لا يمكن التنفيذ بالرهن الا بعد انقضاء فترة الرهن المسجلة على سجل الأرض العقاري .

**– رهن المحل التجاري أو المصنع :**

لا ينصح قانونا باللجوء الى هذا النوع من الرهن وحده دون طلب ضمانات أخرى قوية لأن الوضع القانوني  لهذا النوع من الرهن غير مستقر وغير واضح بامارات الدولة المختلفة حيث أنه لا يوجد نظام محدد لتسجيل هذا النوع من الرهونات ولا ضمان قانوني لتنفيذه ، فرهن البضائع والمكائن لا يكون مجديا الا بالحيازة فقط .  وفي هذا الصدد يجدر بنا الاشارة الى أن القانون التجاري الجديد أوجد نظام المخازن العامة (التخزين التجاري) والذي أجاز تخزين البضائع في المخازن المنشأة بموجب القانون والمرخصة لهذا الغرض ، وأجاز الحصول على شهادة تخزين يمكن تداولها ، حيث أن هذه الشهادة تمثل البضاعة قانونا ، ونرى أنه في هذه الحالة فقط يمكن رهن شهادات التخزين هذه لصالح البنك أو انتزال عنها وتظهيرها للبنك كضمان للتسهيل الائتماني الممنوح .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002576

أما رهن المكائن فلا يكون مجديا قانونا اذا لم نتمكن من رهن الشركة نفسها أو
المؤسسة رهنا عاما ونحن الآن شرعنا في محاولة لاقناع سلطات الدائرة
الائتمانية بالموافقة على التأشير بالرهن على سجل الشركات كنوع من
أنواع الضمان لكن يجب أن يلاحظ أن هذا الضمان لا يغني عن ضرورة أخذ
ضمانات اضافية قوية أخرى .

ما ذكر أعلاه اشارات عابرة حول ضمانات الائتمان لا تغني عن ضرورة
دراسة الضمانات دراسة مستفيضة والرجوع لكتب الفقه في هذا الصدد وذلك
عند ابداء الرأي القانوني حولها .

*تعليمات المصرف المركزي:*

ونرجو أن نشير في نهاية هذا الحديث الى النسخة المعدلة للتعميم رقم
٩٣/١٦ المؤرخة ١٩٩٤/٧/١٦ والتي لم تأتي بتعديل يذكر بالنسبة للموضوع
فقد أتت بتشديد حول المسؤوليات الاستثنائية للتسهيلات الائتمانية وأوردت
تعليمات مفصلة عن تقدير درجة العلاقة وضرورة الضبط والتوثيق ، وننصح
بتطبيقها بدقة متناهية تفاديا للوقوع في مخالفات لا يمكن تدارك نتائجها .

وفي الختام نرجو أن لا تعتبر هذه المذكرة كمرجع نهائي في الموضوع دون الرجوع
الى المراجع الأساسية من نصوص قانونية وكتب لأصول الفقه والقانون في أي مبدأ
أشير اليه .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002577



قسم المشاريع الصناعية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

قسم المشاريع الصناعية

<u>وصف المهام والواجبات</u>

١ –   الإشراف على جميع المشاريع التي يساهم البنك في رؤوس أموالها ومتابعة تطوير هذه
        المشاريع بما يضمن حقوق البنك ولتحقيق الأهداف المرجوة من هذه المساهمات.

٢ –   القيام بإعداد دراسات الجدوى الاقتصادية أو مراجعة الدراسات التي تقدم من جهات
        خارجية لإنشاء مشاريع جديدة.

٣ –   القيام بالأعمال والإجراءات الضرورية لتأسيس المشاريع التي تتم الموافقة عليها من قبل
        البنك وذلك بالتعاون مع الأقسام الأخرى ذات العلاقة، ويشمل ذلك إجراء الاتصالات
        مع الجهات الحكومية المختصة بالترخيص أو الجهات الاستشارية أو المصنعين .. الخ.

٤ –   المشاركة في اللجان الإدارية أو مجالس إدارات الشركات التي يساهم فيها البنك حسب
        ما يتم الاتفاق عليه ربما يضمن تمثيل البنك على مستوى يتناسب مع نسبة مساهمته
        في المشروع.

٥ –   القيام بالزيارات الميدانية للمشاريع للتأكد من حسن سير العمل فيها في جميع المجالات
        الإدارية والإنتاجية والمالية ... الخ، وكذلك زيارة المنشآت المشابهة أو المصنعة لسلالات
        للوقوف على آخر التطورات في المجالات التي يساهم فيها البنك.

٦ –   الاحتفاظ بملفات منتظمة بجميع المشاريع التي يساهم فيها البنك والإشراف
        على المراسلات المتعلقة بهذه المشاريع.

٧ –   تقديم التقارير الدورية لإدارة البنك عن سير العمل، وربحية المشاريع ونسبة المساهمة
        والحالة الفنية للمشروع، أحوال السوق وغيرها من المعلومات الضرورية للوقوف
        على مدى نجاح الاستثمار.

٨ –   إنجاز أية أعمال أخرى ذات علاقة تكلفه بها إدارة البنك.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002579


قسم التدقيق الداخلي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

<div dir="rtl">

— ٢١٢ —

# قسم التدقيق الداخلي

## واجبات العمل بقسم التدقيق الداخلي:

يقوم قسم التدقيق الداخلي بمراجعة جميع أقسام البنك ، ولكل قسم طريقة مختلفة في المراجعة . ونظراً لذلك فقد جرى اعداد برامج تدقيق وأوراق عمل لكل مهمة في القسم الواحد . ولنشرح ذلك فاننا نورد أدناه وعلى سبيل المثال المهام وبالتالي برامج التدقيق وأوراق العمل المطلوبة عند مراجعة قسم الحسابات الجارية فقط.

تشتمل أعمال قسم التدقيق الداخلي أثناء مراجعة حسابات وأعمال قسم الحسابات الجارية على ما يلي:

١ — مراجعة طلبات فتح الحسابات الجارية , الادخار والاستثمار .

٢ — مراجعة طلبات اغلاق الحسابات الجارية , الادخار والاستثمار .

٣ — مراجعة الاوامر المستديمة والخاصة .

٤ — مراجعة الشيكات المصدقة .

٥ — مراجعة طلبات التحويلات .

٦ — مراجعة ارساليات المقاصة الخاصة .

٧ — مراجعة التوكيلات القائمة والملغاة .

٨ — مراجعة ايقاف الشيكات .

٩ — مراجعة شيكات المدير .

١٠ — مراجعة الحسابات الراكدة .

١١ — مراجعة الحسابات الجارية ذات الرصيد السالب .

١٢ — مراجعة ايداعات وسحوبات المتعاملين وترحيلها الى الحاسب الآلي .

١٣ — مراجعة الرواتب المحولة والموقوفة .

١٤ — مراجعة أرباح حسابات التوفير والاستثمار .

١٥ — مراجعة دفتر الشيكات ، دفاتر الادخار وكروت الصراف الآلي .

١٦ — مراجعة الاوراق الثبوتية للشركات وما في حكمها وتجديداتها .

</div>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002581

١٧ – مراجعة حدود صلاحيات الصرافين .

١٨ – جرد النقدية بالخزينة الفرعية والرئيسية .

١٩ – مراجعة التأمين على النقدية .

٢٠ – فحص توقيعات المتعاملين .

٢١ – مراجعة أرصدة الدفاتر الفرعية ومقارنتيا مع نظيرتيا في الاستاذ العام .

*كما يشتمل عمل قسم التدقيق الداخلي بصفة أساسية على الواجبات التالية:*

١ – اعداد برنامج مراجعة وورقة عمل لكل مسمة من المهام المذكورة سابقا والقيام باختيار عينة للتأكد من الآتي:

– احتساب جميع المعاملات حسب الاصول من الاشخاص المخولين بذلك .

– وجود المستندات المؤيدة لكل معاملة .

– تنفيذ المعاملات وفقا لسياسة البنك التي تتبعيا أقسامه خلال السنوات السابقة .

– تطبيق تعليمات المصرف المركزي والتعليمات الصادرة من البنك بصورة صحيحة .

– تسجيل المعاملات الصادرة في الحاسب الآلي بصورة صحيحة .

٢ – القيام باعداد تقارير تتضمن النقاط التي وجدت أثناء المراجعة ورفعها الى السيد/ رئيس مجلس الادارة وارسال نسخ منها الى أعضاء الادارة العليا وذلك فور الانتهاء من اتمام اجراءات تدقيق كل قسم . كما يقوم القسم بادراج أية معاملات أخرى تتطلب أخذ رأي قسم الرقابة الشرعية ، أو قسم الشئون القانونية فيبا في جزء منفصل من تقرير قسم التدقيق .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002582

قسم بطاقات الفيزا

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

## ما هي بطاقات الإئتمان :

إن بطاقات الإئتمان هي البديل لحمل النقود ، فقد أصبحت من متطلبات السفر والترحال وذلك لأنها تحقق لحاملها أماناً على أمواله بدلاً من حملها معه فتكون معرضة للفقدان أو السرقة ، وكذلك يمكن بها من شراء ما يبدو له شراؤه في ظروف مفاجئة لم يستعد لها لحمل ما يكفي لهذه المشتريات ، فضلاً عن أن البطاقة تيسر لحامليها السداد بأي عملة دون أن يحتاج لحمل العملات المختلفة ، وكذلك تمكنه من إجراء حجوزات مؤكدة بالفنادق بضمان رقم البطاقة ، وإستئجار السيارات من مكان وتسليمها في مكان آخر بضمان البطاقة أيضاً ، ثم إنها تشكل وسيلة للمحاسبة وضبط المصاريف وتوثيق السداد للمطالبات .

وأنواع البطاقات كثيرة منها : الفيزا – ماستر كارد – أمريكان إكسبريس – دايزر كلوب – كارت بلاتش ...


## ما هي مؤسسة الفيزا العالمية :

هي مؤسسة تعطي التراخيص للبنوك والمؤسسات المالية المهتمة بإصدار بطاقات الفيزا أو قبولها ، كما تقوم بتنظيم العمل بين البنوك الأعضاء في كل أنحاء العالم وإعطاء الثقة في التعامل فيما بينهم ، وذلك ضمن قانون ونظام متفق عليه ، كما تقوم المؤسسة مقام المصرف المركزي بين البنوك الأعضاء فيما يختص تسوية الحسابات والإستخدامات لحملة بطاقات الفيزا في العالم .


## كيفية إستخدام بطاقات الفيزا :

تقسم المؤسسات المالية والبنوك الأعضاء في مؤسسة الفيزا العالمية الى نوعين : بنك مصدر أو بنك تاجر أو الإثنين معاً ، والبنك المصدر هو بنك لديه رخصة إصدار بطاقات الفيزا (مثل بنك دبي الإسلامي) ، والبنك التاجر هو بنك لديه رخصة قبول بطاقات الفيزا أو تفويض المحلات والشركات بقبول بطاقات الفيزا بالنيابة عنه مقابل عمولة .

وتتلخص دورة الإستخدام كما يلي : ( لاحظ المستند رقم ١ ) :

يمنح البنك المصدر بطاقة الفيزا لأحد عملائه ، ويتوجه حامل البطاقة الى المحل أو الشركة (التي سبق وتعاقدت مع البنك التاجر وأخذت تصريح بقبول هذا النوع من البطاقات) ويشتري أو يستفيد من خدمات تلك الشركة ، وبالتالي تقوم الشركة بالحصول على أيصال مطبوع من جهاز متصل بشركة الفيزا يحتوي على رقم بطاقة العميل والمبلغ المطلوب ويوقع العميل على ذلك الإيصال ، بعد ذلك ترسل الشركة الإيصال الى البنك التاجر وتحصل بالمقابل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002584

عنى المبلغ المذكور مخصوماً منه عمولة البنك ، وبدوره يرسل البنك التاجر إجمالي الإستخدامات إلى مؤسسة الفيزا العالمية لتقوم بخصم المبلغ من البنوك المعنية وإضافته الى حساب البنك التاجر ، بعدها ترسل مؤسسة الفيزا ملف يومي الى تلك البنوك المصدرة بتفاصيل الإستخدام ، ويقوم البنك المصدر بخصم تلك الإستخدامات من عملائه من واقع ذلك الملف .

## لماذا إختار بنك دبي الإسلامي بطاقة الفيزا :

إن بطاقة الفيزا هي الأكثر شعبية وإنتشاراً وقبولاً في شتى أنحاء العالم ، فقد بلغ عدد المؤسسات المالية الأعضاء في مؤسسة الفيزا ١٩٠٠٠ عضو ، كما بلغ عدد حملة بطاقات الفيزا في العالم ٤٦٤ مليون حامل بطاقة ، كما أنه يمكن إستخدامها لدى أكثر من ١٢٫٥٠ مليون مؤسسة تجارية تضم معظم الفنادق والمطاعم والمراكز التجارية وشركات الطيران وغيرها من مراكز التسوق في العالم ؛ كما يمكن إستخدامها في السحب النقدي من خلال أكثر من ٣٢٠٠٠٠ لفرع مصرفي لبنوك أعضاء في مؤسسة الفيزا العالمية أو السحب النقدي بواسطة أجهزة الصراف الآلي من خلال حوالي ٢٥٠٠٠٠ جهاز متصل بنظام الفيزا في أكثر من ٨٩ دولة ، وهي أكبر شبكة صراف آلي في العالم . ( الأرقام حسب إحصائيات مؤسسة الفيزا لغاية شهر سبتمبر ١٩٩٥ ) . وبناءاً على ذلك ، وحيث أن نظام مؤسسة الفيزا العالمية يبدي الكثير من السهولة في الإشتراك والمرونة في إختيار كل عضو في المؤسسة ما يناسبه من برامج وأنظمة وطريقة عمل ، مما تمكنه من خدمة نوعية وطبيعة عملائه ، لذا تم بعد التشاور مع إدارة البنك وتنفيذاً لتعليماتهم إختيار بطاقة الفيزا ليتم إصدارها في بنك دبي الإسلامي .

## التكييف الشرعي لبطاقة الفيزا :

قامت هيئة الفتوى والرقابة الشرعية بدراسة النظام الأساسي لبطاقة الفيزا ورأت أن إصدار هذه البطاقة يوفر خدمة للجمهور وفيه حاجة للمتعاملين مع البنك ، وأن التصرفات الداخلة في نطاق التعامل بالبطاقة تدخل في نطاق عقود الوكالة والحوالة والصرف الأجنبي ، كما تم يشير للبنية مما يحول دون تيسير هذه الخدمة مسايرة لتطور الخدمات المصرفية وتنفيذاً لسمعة الشريعة الإسلامية وحرصاً على تقدم وإزدهار البنك الإسلامي ( راجع كتب : تعريف عام ـ أنواع وخدمة بنك دبي الإسلامي ص ٢١ ) ؛ أما بالنسبة لإصدار البطاقة الذهبية فقد حصل بنك دبي الإسلامي والبنوك الإسلامية الأخرى على إستثناء من مؤسسة الفيزا العالمية

بنك دبي إسلامي ـ قسم بطاقات الفيزا

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

لشرط التأمين على الحياة الخاص ببطاقة الفيزا الذهبية وتم إستبداله بتأمين ضد الأضرار الناتجة عن الحوادث .

**أنواع بطاقات الفيزا في بنك دبي الإسلامي ورسوم إصدارها :**

١) بطاقة الفيزا العادية ( CLASSIC ) :
تستخدم في شراء البضائع والخدمات من المحلات والشركات التجارية بالإضافة لإمكانية السحب النقدي من كافة البنوك الأعضاء – خارج الدولة – سواءً من البنوك أو أجهزة الصراف الآلي المزودة بشعار الفيزا ، وذلك في حدود الحد المالي الممنوح للعميل .

٢) بطاقة الفيزا الذهبية ( GOLD ) :
تستخدم كالبطاقة العادية مع معاملة خاصة في الفنادق والمطاعم ومكاتب تأجير السيارات ، ويضاف اليها ميزة التأمين ضد الأضرار الناتجة عن الحوادث في حال شراء تذكرة النقل بإستخدام البطاقة الذهبية ، وميزة الإستفادة من برنامج "بطاقة الطوارئ" حيث يمكن لحامل البطاقة الذهبية الحصول على بطاقة بديلة في حال الفقدان أو السرقة وذلك خلال ٢٤ ساعة من تقديم طلبه ، وكذلك الاستفادة من خدمة المراجع الطبية والقانونية المقدمة مجاناً من أي مكتب من مكاتب الفيزا المنتشرة في العالم .

٣) بطاقة الفيزا الألكترونية ( ELECTRON ) :
ينوي بنك دبي الإسلامي البدء بإصدارها للمتعاملين خلال عام ١٩٩٦م ، حيث أن إدارة البنك قد وافقت على ذلك ، ويقوم القسم الآن بإعداد ما يلزم لذلك من أجهزة وبرامج . وهي عبارة عن بطاقة صراف آلي دولي تمكن الإستفادة من شبكة الفيزا وشبكة الـ PLUS فيمكن بواسطتها السحب النقدي أو الشراء من أجهزة الصرف الفوري POINT OF SALE' المنتشرة في ملايين محلات البترول والسوبرماركت والفنادق والمحلات التجارية حول العالم ، وذلك عن رصيد الحساب الجاري للعميل في البنك وحسب ما هو متوفر في الحساب .

جدول رسوم اصدار بطاقات الفيزا في بنك دبي الإسلامي
كما هي في ١٩٩٦/٣/١٧ م

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

• بطاقة الفيزا العادية ( CLASSIC ) :

| نوع الرسم | البطاقة الرئيسية | البطاقة التابعة |
|---|---|---|
| رسوم الإصدار | ٣٠٠ | ١٠٠ |
| رسوم التجديد | ٢٠٠ | |
| رسوم الاستبدال | ١٠٠ | ١٠٠ |

• بطاقة الفيزا الذهبية ( GOLD ) :

| نوع الرسم | البطاقة الرئيسية | البطاقة التابعة |
|---|---|---|
| رسوم الإصدار | ٤٥٠ | ٢٠٠ |
| رسوم التجديد | ٢٠٠ | ٢٠٠ |
| رسوم الاستبدال | ١٠٠ | ١٠٠ |

• بطاقة الفيزا الإلكترونية ( ELECTRON ) :    لم تحدد الرسوم بعد •

* ملاحظة : [ يمنح حسم ٥٠ ٪ لموظفي بنك دبي الإسلامي على الأسعار المدرجه أعلاه]

شروط الحصول على بطاقة فيزا بنك دبي الإسلامي :

١-   أن يكون لدى العميل حساب جاري •

٢-   أن يكون العميل راتب محول من جهة حكومية أو شبه حكومية أو من شركة كبرى معترف بها ويستوجب رسالة تعهد تحويل راتب •

٣-   إذا لم يكن للعميل راتب محول ، فيطلب منه حجز مبلغ في حساب التوفير أو حساب ودائع ويقدر طبقا للحد المالي المطلوب وذلك كضمان لصاحب بطاقة الفيزا المصدرة له ، علما أن أرباح التوفير أو الاستثمار لن تتأثر بالحجز •

٤-   في حال عدم توفر أحد الشرطين (٢) أو (٣) يختص الطلب لموافقة لجنة الفيزا •

المستندات المطلوبة لإصدار بطاقة الفيزا :

١-   ملء الطلب الخاص ببطاقة الفيزا .(مستند رقم ٢)

٢-   التوقيع على الطلب المذكور والمتضمن شروط وأحكام العضوية ، وذلك حسب التوقيع المعتمد في الحساب الجاري •

بنك دبي الإسلامي - قسم بطاقات الفيزا

١٩٩٢/٠٢/٢١

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002587

- بعد الموافقة على البطاقة تخصم الرسوم من حساب العميل ، ويحدد رقم بطاقة الفيزا ويسجل البيانات الشخصية بعد ترميزها والبند المالي المعتمد ورقم حساب العميل في برنامج خاص لاصدار البطاقات يسمى " كارد مان " ويقوم موظف آخر بتدقيق تلك البيانات واعتمادها وطباعة الرقم السري للبطاقة والذي يحدده برنامج خاص من شركة الفيزا بالاعتماد على معادلة معقدة وسرية ، وليس لهذا الرقم أي سجل في القسم ؛ ومن ثم طباعة نموذج الاستلام للبطاقة واعداد البطاقة البلاستيكية .

- ترسل البطاقات الصادرة الى الفروع مرفقة بنموذج توزيع البطاقات وكذلك الأرقام السرية وذلك في حقيبتين منفصلتين مزودتين بأقفال بلاستيكية ذات أرقام متسلسلة .

- يتم تعديل وتحديث البيانات الشخصية وتعديلات الحد المالي وغيرها في برنامج "كاردمان" بشكل يومي وبالاعتماد على الطلبات المقدمة من العملاء والموافقة من الادارة .

- ترسل مؤسسة الفيزا العالمية حسب ما ذكرنا آنفا لبنك دبي الاسلامي ملف استخدامات عملائه في كل أنحاء العالم بشكل يومي وذلك بعد خصم تلك الاستخدامات من حساب البنك في نيويورك ؛ ويتضمن الملف المرسل كافة البيانات والتفاصيل اللازمة والتي منها رقم بطاقة العميل واسم السلعة وتاريخ الاستخدام ورقم الموافقة الصادرة ورقم المرجع لايصال الاستخدام والمبلغ بالعملة الأصلية والمعادل بالدولار الأمريكي (تحول المبالغ بواسطة مؤسسة الفيزا العالمية من العملة الأصلية الى الدولار الأمريكي وذلك حسب أسعار السعرين في البورصة بتاريخ الاستخدام)... وترسل كل هذه المعلومات عن طريق جهاز كمبيوتر "ميب" وبشكل مشفر ، ويقوم الموظف المختص بتحويله الى ملف مقروء بواسطة برنامج خاص يسمى " EDIT PACKAGE " . وبعدها تسجل هذه المعلومات في برنامج "كاردمان" الذي يفرز هذه الاستخدامات ويضيفها الى كشف حساب الفيزا الخاص بالعميل ، وتتم طباعة كافة التقارير المتعلقة بذلك .

- يحضر جدول إحصائي باستخدام برنامج " إكسل " عن إجمالي مبالغ الاستخدامات والرسوم وتوزيعها على حسابات الفيزا وإعداد إشعارات الخصم والإضافة اللازمة لحركة الحسابات .

- يقوم الموظف المسئول في القسم بمتابعة وتدقيق حساب الفيزا في سيتي بنك – نيويورك بشكل يومي ، وتحويل مايلزم لتغطية المسحوبات ، كما يتم بعمليات التسوية .

- عند استفسار أي اعتراض العميل على أي عملية استخدام ، يقوم القسم بارسال ذلك الاستفسار أو الاعتراض الى البنك المرسل بعملية مؤسسة الفيزا ؛ وباستخدام

١٩٩٦/٠٣/٢٤

بنك دبي الاسلامي – قسم خانات أمبرا

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002588

برنامج "EDIT PACKAGE" وبشكل مشفّر ، وتكون الإجراءات مختلفة حسب كل حالة.

ويمكن تلخيص بعض تلك الإجراءات فيما يلي :—

= طلب صورة إيصال الفيزا .

= طلب وثيقة إستخدام الفيزا .

= الإعتراض على مبلغ غير معروف ورد المبلغ .

= الإعتراض على عملية مكررة ورد المبلغ .

= الإعتراض على بضاعة طلبت ولم تستلم .

= الإعتراض على مبلغ عملية غير صحيح ... والكثير من الحالات الأخرى .

ويحكم تلك الإعتراضات قانون مؤسسة الفيزا الذي يقسم الإجراءات إلى مراحل متتالية :—

= طلب صورة .

= إعتراض أول .

= إعادة الخصم .

= إعتراض ثاني .

= التسوية .

= التحكيم .

ويجب التعامل مع تلك المراحل بحذر حيث لكل مرحلة ولكل حالة فترة زمنية محددة للقيام بها .

• تستكمل عمليات نهاية العمل اليومي في برنامج " كاردمان " وتطبع التقارير المتعلقة بذلك، وتدقق من قبل رئيس القسم أو من ينوب عنه .

• يحدث يومياً ملف الفيزا في البرنامج العام بناءً على تقارير نهاية اليوم .

• تخزن نسخة إحتياطية يومياً في الحاسب الآلي لكافة البرامج والمعلومات وكذلك نسخة شهرية .

• ينقل ملف نهاية اليوم إلى جهاز الكمبيوتر الموصول مع الشبكة العالمية "ON-LINE" وذلك لتحديث المعلومات .

• في نهاية كل شهر تستكمل العمليات في برنامج " كاردمان " وتطبع التقارير اللازمة ، كما تطبع كشوفات الإستخدام وترسل للمتعاملين .

• يتم شهرياً تجديد البطاقات المنتهية بعد تدقيق الملفات ، وترسل إلى الفروع مرفقة بتقرير بأسماء العملاء والمعلومات اللازمة ، كما تطبع رسائل تذكير إلى العملاء المعنيين وترسل بتاريدها .

بنك دبي الإسلامي – قسم بطاقات شبرا

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٩

• يتم خصم الإستخدامات الشهرية من حسابات العملاء بالتنسيق مع قسم الحاسب الآلي .

• يطبع تقرير يومي عن العملاء الذين تجاوزوا الحد المالي المسموح لهم ، وتدقق حساباتهم وتتم دراستها ، ويتم الإجراء اللازم لكل حالة بعد الدراسة والمتابعة .

• يطبع تقرير شهري عن العملاء الذين لم يسددوا إستخدامات الفيزا وحساباتهم الجارية مدينة ، ويتم الإجراء اللازم بعد دراسة الملفات والمتابعة.

( تتراوح إجراءات المتابعة للبندين أعلاه من تجميد البطاقة مؤقتاً الى سحب البطاقة من العميل والغاءها ) .

• يعد القسم خطة التسويق وبرامج الدعاية للقسم كلما دعت الحاجة .

• يتم توزيع مواد وبرامج الدعاية المرسلة من مؤسسة الفيزا على العملاء .

• يقوم القسم بتحديث وتطوير برامج الفيزا وبرامج الكمبيوتر المستخدمة في القسم كلما دعت الحاجة .

• يقوم موظفو القسم يومياً بالرد على إستفسارات العملاء والفروع بشأن المشاكل الناجمة عن إستخدام بطاقات الفيزا .


<u>التقارير المعدة في قسم بطاقات الفيزا:</u>

– تقرير شهري يرسل للفروع والإدارة ، يبين أسماء العملاء الذين إستخدموا بطاقات الفيزا وما زالت حساباتهم الجارية مدينة حتى تاريخه .

– تقرير شهري إحصائي للإدارة يبين العمل المنجز في القسم خلال تلك الفترة .

– تقرير ربع سنوي لمؤسسة الفيزا العالمية يبين إحصائيات انطلاقات لدينا والإستخدامات والرسوم خلال المدة المعنية ، وذلك ليعتمد في تقرير المؤسسة عن المنطقة وعن العالم .

– وما زال القسم يعّد البرامج اللازمة للحصول على المزيد من التقارير المفيدة للقسم وللفروع .


<u>المشاريع المستقبلية لمؤسسة الفيزا العالمية</u>
<u>لتقييم بطاقات الفيزا في بنك دبي الإسلامي:</u>

• إتخذت مؤسسة الفيزا العالمية قراراً في ٩٦/١/١ بإحداث مكتب تمثيل دائم لها في دبي لمنطقة الشرق الأوسط ؛ هذا المكتب سوف يخدم البنوك الأعضاء في المنطقة ويسهل لهم الإتصال والمشاورة والتطوير ، ولم إتخاذ مثل هذا القرار يدل على أهمية المنطقة بشكل

١٩٩٥/٠٣/٢٢

<div dir="rtl">بنك دبي الإسلامي – قسم بطاقات الفيزا</div>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002590

عام وأهمية لإمارة دبي بشكل خاص ، كما يعكس زيادة الإقبال على الإشتراك ببطاقات الفيزا واستخداميا في المنطقة .

• تعمل وتشجع مؤسسة الفيزا البنوك الأعضاء في دولة الإمارات للدخول في مشروع "التسوية الوطنية" والذي يقضي بتسوية الإستخدامات المحلية بينهم دون الرجوع لمؤسسة الفيزا كما هو حاصل حالياً ، وهذا يوفر الكثير على الأعضاء.

• إتخذت إدارة بنك دبي الإسلامي القرار بإصدار البطاقة الألكترونية هذا العام .

• كما قررت بتعديل أجهزة الصراف الآلي للبنك لتتلائم مع قبول بطاقات الفيزا العالمية.

• تدرس إدارة البنك حالياً إمكانية إضافة صورة العميل على بطاقة الفيزا في المستقبل.

وأخيراً بقي أن نذكر أن بطاقات الفيزا خدمة تقدم للعاملين ، وتشجع لتعديلاتـه مستمرة بين إجراءاتها وشروط مؤسسة الفيزا العالمية ، وهذا ينعكس على أعمال قسم بطاقات الفيزا .

ونحمد الله تعالى أن نكون قد وفقنا لخدمة أعمال ومهام قسم بطاقات الفيزا في بنك دبي الإسلامي ، هذا وبالله التوفيق ...

بنك دبي الإسلامي - قسم بطاقات الفيزا

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002591

بطاقة فيزا بنك دبي الإسلامي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

## شروط وأحكام بطاقة فيزا بنك دبي الإسلامي

### ١ ـ سجل

### ٢ ـ تعريفات

### ٣ ـ إصدار البطاقة

### ٤ ـ استعمال البطاقة

### ٥ ـ المعاملات بالعملة الأجنبية

### ٦ ـ المدفوعات

### ٧ ـ الاستفسارات

---

### ٧ ـ سرية المعلومات

### ٨ ـ البطاقات المفقودة

### ٩ ـ التجديد

### ١٠ ـ الفئات المستحقة

### ١١ ـ تغيير الشروط والأحكام

### ١٢ ـ القانون الواجب التطبيق

مستند رقم (٣)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002593

قسم الحسابات العامة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

<u>الحسابات العامة</u>

يتضمـــــن الجزء الأول أعمال قسم الحسابات العامة المركزية ، بينما يتناول
الجزء الثاني الجوانب العملية للحسابات العامة بالفرع .

<u>= الجزء الأول – الأعمال المنوطة بقسم الحسابات العامة بالمركز الرئيسي</u>

- استلام المستندات من الأقسام وهذه المستندات تنقسم إلى قسمين : الأول منها
تثبت في حساباتها عن طريق مشغل الحاسب الآلي التابع لقسم ، والآخر تنزرد
وتنسم المراجعة على خصوصية النشاشات بتفرع الرئيسي والذي يتم من صحة
بالإضافة إلى مراجعة حركة التصحيحات المقيدة عن طريق قسم النتائجة عني تقرير
خاص .
- بعد انتهاء القيد ومراجعة الحركة لتفرع الرئيسي يتم طبع منفص الحركة لكل
خزانة ومنفص الحركة لتفرع لنتأكد من انسجام الضبط الحسابي لحركة المدينة
والدائنة والتي تم قيدها على نشاشات التفرع .
- يتم ترتيب حوافظ المستندات يومياً (عامة / جارية / مرابحة / بنوك أجنبية) ويتم
المطابقة لعدد المستندات لكل حساب عني تقرير من الحاسب الآلي بأعداد
المستندات بالحسابات العامة .

<u>أعمال التسويات</u>

ويتم فيها أعداد كشوف التسوية لحسابات البنك شرف المراسلين عشابقة
الحركة المدينة والدائنة في كشوف الحسابات وأعداد كشف تسوية يتضمن ماتم
تنفيذه سواء في دفاتر البنك أو في دفاتر المراسل ويتم مخاطبة المراسل والأقسام
المختصة والفرع ليعمل على مسرحة تسوية هذه المستثبات مع الاستمرار في متابعة
هذا الأعمال .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002595

## أعمال مجلس الأعمار

تتخصص أصلية في أعداد الشيكات التي يتم تسعها من مجلس أعمار حكومة دبي عن أيجار المساكن في مناطق ( الصفية / التصنيص / الكرامة ) وأنتيام بصرف التعويضات للمواطنين شهرياً سواء نقداً أو بتحويلها الى حساباتهم بتيتك أو البنوك الأخرى ، وكذا رواتب الحراسة لهذه المباني في تلك المناطق ، هذا ويتم أعداد مطابقة شهرية لأرصدة الحسابات " تحت التسوية " مع أيصالات الدفع وذلك بتنسيق مع حسابات مجلس الأعمار .

## حسابات المطابقة

أستلام المجموعة الدفترية والمستندات وأعداد الميزانية والقوائم المالية لوحدة مطبعة بنك دبي الأسلامي بالأضافة الى القيام بعملية التحصيلات وتسويعنت سواء لموردين أو المتعاملين وأعداد كشوف الحسابات الخاصة بتعاملاتهم .

## أعمال المصروفات

أعداد القيود المحاسبية للمصروفات ومراجعة أية مستندات ترد من الأقسام عن أي مدفوعات بالأضافة الى مراجعة الرواتب وحسابات العاملين وأعداد تسوية حسابات الشيكات المستحقة الدفع .

ومستمسؤول فيما يلي بالتفصيل لأعمال الحسابات المركزية والتي تنحصر في :

## بيانات المصرف المركزي

وهي عبارة عن قوائم محاسبية تتكون من :

النشرة المصرفية رقم (١) وهي عبارة عن الميزانية المجمعة لبنك شهرياً .

القائمة المصرفية رقم (٢) وهي تمثل توزيع أستثمارات البنك على القطاعات الأقتصادية .

القائمة المصرفية رقم (٣) وهي تمثل توزيع الودائع (جاري / توفير / استثمار) على القطاعات الاقتصادية الهامة وغير الهامة .

القائمة المصرفية رقم (٤) الأرباح .

القائمة المصرفية رقم (٥) الودائع الاستثمارية حسب فترة الاستحقاق .

القائمة المصرفية رقم (٦) الأرصدة المدينة والدائنة للبنوك الخارجية موزعة حسب الموقع القائمة المصرفية رقم (٧) .

المركز الصافي للتدريب ــــــــــــــــ .

الودائع الآجلة حسب أجل الوديعة ــــــــ .

ربح شهري

تحليل بنود المركز المالي ــــــــــــ (ن.م.م (٣) ) .

مخاطر استثمار الموجودات بالدرهم والعملة الأجنبية .

مركز العملة الأجنبية ــــــــــــــــ (ن.م.م (٥) ) .

تحليل الاستحقاقات لتسريحات والمخصوصات م/أم١ .

وتعد هذه البيانات من واقع دفاتر (البنك والتقارير الشهرية من الحاسب الآلي .

## المركز المالي

يتضمن أعداد المركز المالي الشهري ، والتحليلات التفصيلية لبنود المصروفات والإيرادات وهو يعد شهرياً بالتعاون مع الحاسب الآلي .

## الميزانية التقديرية

أعدادها يتطلب توافر الأرقام الفعلية عن سنوات سابقة للحصول على مؤشرات تساعد الإدارة في تحديد سياستها الاستثمارية وتوقعاتها في جانب الاستئمان ثم متابعة هذه الميزانية لبيان أوجه الانحرافات في التقديرات وانتكاسات سواء زيادة أو نقصان للأخذ بها عند أعداد الميزانية المقبلة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002597

أما الادخار الاستثماري فيتم أعداد كشوف عن طريق الحاسب الآلي وطبقا للبرامج
المعدة لهذا الغرض مع استخدام الشروط العامة في حسابات الادخار ، ومن ثم تدرج هذه
الكشوف تدرج أيضا مع الأصول الخاصة بالاستثمار .

أما أصول المساهمين فيتم تحديدها وأدراجها ضمن البنود أعلاه .

## الــزكـــــــــــــــاة

الاشتراك مع هيئة الرقابة الشرعية في أحتساب الزكاة على السهم ، وعلى أصول
المساهمين لدى البنك .

## أقسام حسابات المساهمين والأسهم

مسك حسابات أرباح المساهمين وتحديدها اليهم ومطابقة أرصدتها مع أرصدة
الأستاذ العام وأعداد شهادات الأسهم والقيود الخاصة بتداولها ، وكذا أصداء السجلات
التي ينقدها القانون في هذا الشأن والدعوة للأجتماع الجمعية العمومية سواء العادية أو
غير العادية .

## التقارير الرقابية

### ١ — مراجعة الأحتياطي النقدي / درهم — دولار

وفيها يتم أحتساب الأرصدة الواجب الأحتفاظ بها طرف المصرف المركزي على
ودائع العملاء " جاري / أدخار / أستثمار / تأمينات " من واقع القائمة المصرفية رقم
(١) الشهرية .

### ٢ — كفاية رأس المال

وفيها يتم أحتساب أوزان المخاطر على كافة أنواع الأستثمارات " الموجودات " طبقا
لقائمة المصرفية رقم (١) مع أصول المصرف الخاصة " رأس المال المدفوع
والأحتياطيات والأرباح المرحلة " ، وأحتساب المساهمات في بنوك تكون مساهمة في
رأس مال البنك نفرض أحتساب نسبة أخرى متعلقة بالنسبة الأولى ، ضد بأن النسبة
الأولى لايجب أن تقل عن (١٠%) والنسبة الثانية عن (٢٠%) من النسبة الأولى .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٦٤ -

٣- نسبة الاستثمارات المرتبطة بالودائع:

وفيها يتم قياس الاستثمارات " المرابحات والاستمارات والمشاركات والمساهمات "
أي بعد استبعاد المخصصات مع الودائع بالنسبة لآجال استحقاقها والنسبة لايجب أن
تتعدى ١ : ١ .

٤- متابعة السيولة النقدية بين أرصدة المصرف المركزي والبنوك الأخرى والتقيد
بالخزائن والشيكات المستحقة الدفع مع الأخذ في الأعتبار أجال استحقاقات الودائع
الاستثمارية وأرصدة الجاري والتوفير مع التدابير الخاصة بتوفير الأموال اللازمة
للاستثمارات ( توظيفات البنك ).

<u>المزانية العمومية والقوائم المالية</u>

تعد كشوف القوائم المالية من أخر ميزان مراجعة في السنة المالية تم تمد كافة
التحليلات والتسويات وتراجع كل هذه الأعمال وترصد المصروفات والأيرادات في
حساب واحد ( أرباح وخسائر العام ) ثم توزع الأرباح سواء للمودعين أو المساهمين
من هذا الحساب .

## <u>الجزء الثاني : أعمال الحسابات العامة بالفرع</u>

تعد الحسابات العامة بالفرع بمثابة ضبط لعمليات حسابات الفرع وأهم
وظائف الحسابات العامة هي :

١- مراجعة الحركة اليومية للأشعارات .

٢- مراجعة الحركة اليومية لعنصراها الآني .

٣- مراجعة الأرصدة اليومية للأستاذ المساعد ومطابقتها مع الأستاذ العام .

٤- التسويات .

٥- المصروفات .

٦- أعداد حافظة المستندات العامة للفرع يوميا .

٧- التقارير .

٨- مراقبة حركة النقدية بالفرع ونسب السيولة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002599

٩ - التسويات الجردية لحسابات الختامية في نهاية العـــــــام .

١٠ - جرد الأصول الثابتة والتقدية في ٣١ ديسمبر من كل عام .

١١ - مراجعة الحسابات النظامية .

## ١ - مراجعة الحركة اليومية للاشعارات

- يقوم كل قسم بفحص الاشعارات الخاصة به بتناسب الآلي حسب البرامج المعدة لذلك .

- يقوم مسئولو المراجعة بمتابعة الحركة مجددا بعد عملية إدخال الاشعارات من الاقسام المختلفة .

- يقوم المسئولون عن المراجعة بمراجعة الاشعارات ومطابقتها مع تقرير الحركة من الحاسب الآلـــي .

### وهناك عدة أسس يجب مراعاتها عند أجراء هذه المراجعة

أ - مراجعة الاشعارات الواردة من حسابات التقدية وهي :

١ - أصول السحب التقدي .

٢ - التبيـــــــت .

٣ - الأيداع التقـــــــدي .

٤ - اشعارات التخزينــــــة .

### أسس مراجعة هذه الاشعارات كالتالي :

#### ١ - أصول السحب التقدي :

- يجب أن يكون للافراد وليس للشركات .

- يجب أن يكون التاريخ نفس تاريخ اليوم .

- يجب أن يكون مبلغ الارقام مطابق للمبلغ كتابــــــة بتحــــــــروف .

- يجب أن يوقع من المتعامل مرتين - مرة بتسحب ومرة بأستلام الثمــــــن .

- يجب أن تكون صلاحيات الصرف في الحدود الصادر بها قـــــرار من الأدارة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- يجب أن يختم بختم المصرف، وهذا يعني أنه قد قام بمطابقة التوقيع وصرف المبلغ وخصم القيمة من حساب المتعامل.

- مراجعة مفردات صرف النقدية المكتوبة خلف أيصال السحب النقدي ( كونتر شيك ) بمعرفة المصرف.

- يجب أن يكون المبلغ المخصوم من حساب المتعامل مطابق للمبلغ الموجود بأيصال السحب النقدي.

- يجب أن يكون رقم الحساب المكتوب بأيصال السحب النقدي هو نفسه المخصوم منه المبلغ.

- يجب على المصارف كتابة رقم الحركة بالحاسب الآلي.

٣-الشيك :

- يجب أن لايكون قد مضى على تاريخ الشيك أكثر من (٦) ستة أشهر.

- يجب أن يكون المبلغ بالارقام مطابقـــــــــــــــــا ما يتـــــــــــــــــــــــــــضرفه.

- يجب أن يكون الشيك موقع من المتعامل.

- يجب أن يكون هناك توقيع للمتعامل على أي تعديل في بيانات الشيك سواء كان تعديل رقمي أو حرفي.

- يجب أن يختم بختم المصارف الآلي ، وهذا يعني أنه قد قام بمطابقة توقيع المتعامل وصرف المبلغ وخصم القيمة من حساب المتعامل.

- مراجعة مفردات الصرف النقدية خلف الشيك كما في أيصال السحب النقدي بنفس من مطابقتها للمبلغ المكتوب بالشيك.

- يجب أن يكون المبلغ المخصوم من حساب المتعامل مطابق للمبلغ الموجود بالشيك.

- يجب أن يكون رقم الحساب المطبوع على الشيك هو نفسه المخصوم منه.

- يجب على المصارف كتابة رقم الحركة بالحاسب الآلي.

- الشيكات المحررة بأسم الشركات والمؤسسات لاتصرف على الشيك ويطلب أيداع الشيك في الحساب ، الا في بعض الحالات ويُستثناء من الادارة مع أرفاق المستندات الخاصة بالمؤسسة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002601

أدى الى عدم خصم المبلغ من حساب المتعامل ، وبذلك يجب على الفرع أعداد قيد
بذلك وأخطار قسم الحاسب الآلي ويكون القيد كالتالي : —

| | |
|---|---|
| الى حســـــاب / الصراف الآلي | من حســـــاب / المتعامل |

( خصم مبلغ حركة رقم ........ بتاريخ : ../../..١٩م صراف الي رقم ......... )

ويفيدنا أيضاً في ذلك تقرير لقسم الحاسب الآلي يوضح في أي وقت تم حدوث الخلل .

— عند وجود حركة على كشف الحركة بالحاسب الآلي ولم تأتي بالجورنال أو كانت
حركة ملغية وتم خصمها من المتعامل بطريق الخطأ يجب أن يد القيد التالي : —

| | |
|---|---|
| الى حســـــاب / الصراف الآلي | من حســـاب /العميل |

( أضافة مبلغ حركة رقم........ بتاريخ : ../../..١٩م صراف الي رقم ........ )

— عند أضافة أي نقدية لجهاز الصراف الآلي يجب أن تبرد النقدية الموجودة به قبل
الأضافة ويجب أن تنطبق مع الرصيد الدفتري للتأكد من عدم وجود أي أخطاء لم
يتم أعتمادها بالنقدية ، ويوجد نموذج معد لذلك الغرض مرفق بنهاية التقريـــر .

## ج — مراجعة الأرصدة اليومية للأستاذ المساعد ومطابقتها مع الأستاذ العام

( شرح وأيضاح وبيان أسس المراجعة والقيود المحاسبية )

### أ — النقدية :

#### ١ — الخزينة الرئيسية والخزينة الفرعية :

يوجــــد بكل فرع خزينة رئيسية وأخرى فرعية وتوجد حدود نقدية لكل منهما
يجب عدم المسؤولين عدم تجاوز هذه الحدود ، لأن هذه الحدود يتم تحديدها بناء على
مبلغ تأمين لكل منها — على سبيل المثال اذا تم تحديد قيمة تأمين النقدية بالخزينة
الرئيسية (٥,٠٠٠,٠٠٠) درهم فيجب الا يتجاوز رصيد الخزينة في أي وقت من

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002602

الأوقات هذا العبء ، واذا زادت المبالغ التقدية عن ذلك يجب أيداعها بتصرف
المركزي حسب الأصول المتبعة ويكون القيد المحاسبي عند أيداع المبالغ بالمصرف
المركزي كالتـــــــــــي :

من حســـــاب / المصرف المركزي
الي حســـــاب / الخزينة الرئيسية

- أما بالنسبة للخزينة الفرعية فيجب أن تحول المبالغ الزائدة عن حد التأمين الى
الخزينة الرئيسية فورا ويكون القيد المحاسبي كالتـــــــــي : –

من حســـــاب / الخزينة الرئيسية
الي حســـــاب / الخزينة الفرعية

- على قسم الحسابات اتخاذ متابعة رصيد الخزينة اليومي .
- يجب مطابقة الرصيد الدفتري بدفتر الخزينة الرئيسية مع الرصيد بميزان المراجعة
يوميا .
- يجب مطابقة الرصيد الدفتري الموجود بدفتر الخزينة الفرعية مع الرصيد بميزان
المراجعة يوميا .
- يجب أن يوقع دفتر الخزينة الرئيسية والخزينة الفرعية من أمين الخزينة ومسئول
الخزينة .

٢ – مكنة البريد :
- يتم تغذية مكنة البريد بمبلغ متطوع ولنكن مثلا ( ٣،٠٠٠ )درهـــــم .
- يتم ختم الخطابات الصادرة بقيمة البريد بواسطة هذه المكينة ، وعند تعبئة مكينة
البريد يستدعى مرسل الي الهيئة العامة للبريد ويحرر شيك بالمبلغ المطلوب أضافته
للمكينة ويكون القيد المحاسبي كالتـــــــــي :

من حســـــاب / عهدة آلة البريد
الي حســـــاب / الأوراق التجارية ( شيكات المدير )
( زيادة رصيد آلة البريد بمبلغ وقدره / .......... /بتاريخ / .......... ١٩٩م )

علمـــــاً بأنه يجب أن يكون بدفتر دفتر حركة آلة البريد يسجل فيه عن حسـاب
صادر وأعمدة قيمة طابع البريد ؛ وفي نهاية اليوم يتم تجميع ماتم صرفه خلال اليوم
ويعد قيد بإجمالي قيمة البريد عن هذا اليوم ويكون القيد المحاسبي كالتـــــــي :

من حســـــاب / مصاريف البريد ——————
الى حســـــاب / عهدة آلة البريد

- ويتم مطابقة الرصيد الدفتري الموجود بدفتر حركة آلة البريد مع الرصيد بمؤشرات
  المراجعة مع رصيد التغذية الموجودة بمكينة آلة البريد .

- يجب أن يوقع المسئول عن البريد في نهاية كل يوم بالدفتر الخاص بحركة مكينة
  البريد ويعتمد ذلك من السيد رئيس القسم عند المراجعة .

٣ـ صندوق العملة الأجنبية :

وهي النقود بعملات الأجنبية الموجودة في خزينة الفرع من دولار أمريكي وجنيه
استرليني وريال سعودي وغيره ......

- ويتم مطابقة رصيد التغذية الفعلي مع الرصيد الدفتري بمؤشرات المراجعة لكل عملة
  على حده ، عنـد بيـّه عند بيع وشراء هذه العملات ينتج عنها عملية ربح أو
  خسارة ويجب أن تقرض لحساب الأرباح والخسائر.

وفي حالة الشراء يكون القيد المحاسبي كالتالـــــي :

من حســـاب / صندوق العملة الأجنبية ( دولار أمريكي مثلا )
الى حساب / التغذية

( قيمة شراء عدد ........... دولار أمريكي بسعر ٣٫٩٥ درهم تندولار الأمريكي)

وفي حالة البيع يكون القيد المحاسبي كالتالـــــي :

من حســـــاب / التغذية
الى حســـاب / صندوق العملة الأجنبية ( دولار أمريكي .)

( قيمة بيع عدد ........... دولار أمريكي بسعر (٣٫٦٨) درهم تندولار الأمريكي )

نتيجة لعملية البيع والشراء لهذه العملات يوجد ربح أو خسـارة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002604

- ١٧٣ -

في حالة الربح يكون القيد المحاسبي كتالي :

> من حساب / صندوق العملة الأجنبية ( دولار أمريكي )
>
> الى حساب / أيرادات بيع وشراء عملة

في حالة الخسارة يكون القيد المحاسبي كتالي :

> من حساب / المصاريف ( خسائر بيع وشراء عملة )
>
> الى حساب / صندوق العملة الأجنبية ( دولار أمريكي )

تم أتخاذ أسعار الدولار الأمريكي السابقة كمثال أيضاحي .

ب – الأستثمار في السيارات :

- يجب معاينة أرصدة الأستاذ المساعد للمرابحات المختلفة من مباني أستصناع ومباني بيع وشراء وسيارات ويضاف مضني مع الأرصدة بميزان المراجعة ، ويتم أعداد كشوف بأرصدة الأستاذ المساعد للمرابحات يومياً من قسم المحاسبة الآلي تفرع .

- وعند أجراء عملية مرابحة سيارات يكون القيد المحاسبي كتالي :

> من حساب / مرابحة سيارات
>
> الى حساب مذكوريـــــــن
>
> / شـــــريك المدير ( بقيمة السيارة )
>
> /التأمين ( اذا تم البنك بعملية التأمين )
>
> /الأيرادات (موزعة حسب السنوات ) .
>
> ( وذلك عن عملية مرابحة رقم ........ بأسم السيد / ............ )

- وعند أتمام التجزئة يكون القيد المحاسبي كتالي :

> من حســــاب / النقدية
>
> الى حســـاب / مرابحة السيارات

- ويكون القيد المحاسبي لباقي المرابحات المذكورة سابقاً كما هو في القيد السابق –

- الا انه في مرابحات الأستصناع يضاف لجانب الدائن من القيد حساب مقاولون صباشي

( بقيمة مقاولة المعنية ) وحساب الاستشاري إذا كان هناك أتعاب للاستشاري ، يتم دفعها بمعرفة البنك حسب أبحاث المبنى ويتم مستخلص بنسبة الإنجاز .

ج - الاعتمادات المستندية وخطابات الضمان

يقـم أصدار تقرير عن كل من الاعتمادات المستندية وخطابات الضمان كأرصدة للإسناد المساعد ، يجب على المسؤول بقسم الحسابات العامة مطابقة الأرصدة بالإسناد المساعد مع حسابات الكنترول بالإستاذ العام كرصيد أجمالي للاعتمادات المستندية وخطابات الضمان .

عند تحسين تأمين ( هامش ) لاعتماد مستندي أو خطاب ضمان يكون القيد المحاسبي كالتالي :

من حساب / النقدية
إلى حساب / هامش خطابات الضمان أو الاعتمادات المستندية

يتم أجراء القيد التالي ضمن الحسابات النظامية لكل من الاعتمادات المستندية وخطابات الضمان بالقيمة الإجمالية للاعتماد المستندي أو خطاب الضمان .

من حساب / عملاء اعتمادات مستندية أو خطابات ضمان .
إلى حساب / بنك - اعتمادات مستندية أو خطابات الضمان .

د - أرصدة الحسابات الجارية وحسابات التوفير والاستثمار

يصدر الحاسب الآلي تقرير يومي بأرصدة الحسابات المساعدة لجارية والتوفير والاستثمار ويتم مطابقتها مع حسابات الكنترول بالإستاذ العام ( ميزان المراجعة ) .

هـ - التصرفات والإيرادات :

- بمتابعة أرصدة المصروفات اليومية تعد من المهام الضرورية لمعرفة وتوقيف على أي تغير غير عادي بها وعندة يكون السيد مسؤول الحسابات العامة هو العنصر بنك نظرا لأنه المسؤول عن عمليات الصرف بالفرع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ب ــ مصروفات التشغيل :

وتشــــمل مصروفات التشغيل على المطبوعات ــ أصلاح وصيانة ــ مصاريف بريد ــ الوقود والزيوت ــ تأمين ضد الأخطار ــ هاتف وتلكس ــ أيجار مبنى الفرع الخ ......... الخ .

وعنـــــــد الصرف يجب مراعاة أصول المراجعة المستندية لكل مستند تترتب عليه عملية الصرف ( مثال ) :فاذا تقدم أحد بفاتورة لبيعك يجب مراعاة الآتي في مراجعة الفاتـــــــــورة :

ــ يجب أن يكون هناك تاريخ للفاتورة .

ــ أن تكـــــون بأســـــم البنــــــــــــــك .

ــ أن يرفق معها طلب الشراء الصادر من الفرع .

ــ مراجعة عمليات التضريب ( العدد / سعر الوحدة )

ــ جنـــــس مشتريـــــات الفاتــــــــــورة .

ــ إذا كانت الفاتورة تخص قرطاسية مثلا يجب توقيع أمين المخازن عنيها بالاستلام .

ــ بعد أعتماد المستندات الخاصة بالتصرف من الادارة حسب الأصول يتم المسئول عن الصرف بأعداد أجراء الصرف، والتصرف أما أن يكون بشيك أو بأذن صرف نقدي أو قيد يومـيــــــــــة .

ــ الصرف بشيك ويكون القيد المحاسبى كالتالي:

| من حســــــــــاب / المصروفات |
| --- |
| الى حســـــــــاب / الأوراق النقدية ( شيكات البنك ) |
| ( عن سداد الفاتورة رقم ... بتاريخ ...... من السادة : ............ ...... ) |

ــ يتم ضياغة الشيك ويرفق الشيك مع قيد اليومية مع المستندات الدالة على الصرف للتوقيع من السيد رئيس قسم الحسابات العنية ويبقى التوقيعات حسب الأصول .

ــ عند تسليم الشيك يجب الحصول على أيصال بذلك .

ــ الصـــرف بأذن صـــــــرف نقــــــــدي

يتـــــم إعداد إذن الصرف النقدي بقيم المبالغ الصغيرة وذلك أيضاً بعد
مراعاة أسس المراجعة السابق ذكرها في مراجعة مستندات الصـــــرف .
يثبت بإذن الصرف رقم حساب المصروفات ويكون القيد المحاسبي كالتالي :

من حـــــــاب / المصروفات ( أثتثاثات مكتبية )
الى حـــــــاب / النقدية
( وذلك عن صرف قيمة أثتثاثات مكتبية لأحد الموظفين مثلاً )

ـ الصرف بموجب قيد يومية عادي .

عند وجود حساب العميل لدى البنك نفسه يتم إعداد قيد اليومية ويكون القيد
المحاسبي كالتــــــي :

من حـــــــاب / المصروفات
الى حـــــــاب / جاري العميل
( عن إعداد فاتورة رقم ............. بتاريخ : .../..../..... ١٩م )

وتحفظ مستندات الصرف سواء عن قيد يومية أو صورة من إذن الصرف مع
صورة من مستندات الصرف بملف الخاص بنفقات بمصروفات القسمين .

ج ـ المصروفات الإدارية والمتنوعة :

تطبق نفس أسس المراجعة المذكورة سابقاً بمصاريف التشغيل على المصروفات
الإدارية والمتنوعة من حيث مراجعة ومراقبة المستندات الصرف وإعداد القيد
وأصدار شيكات المدير وأذون الصرف .

د ـ الإستهلاكات :

تستهلك الأصول الثابتة بنفرع على عدة فترات زمنية متساوية حسب طريقة نظام
القسط الثابت وتختلف نسب أستهلاك كل أصل عن شيء حسب نسب الأستهلاك
المعمول بها في البنـــــك

وتكون القيد المحاسبية كالتـــــي :

عن شراء الأصل بكان القيد المحاسبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

— ١٧٩ —

من حســـــاب / الأصل
الى حســــاب / الأوراق التجارية ( شيكات المدير )
( عن شراء ................... مـاركة ................. )

عند أجراء قيد الأستهلاك يكون القيد كالتالي :

من حســـــاب / الأستهلاك .
الى حســـاب / مجمع الأهلاك

علماً بأنه من الأفضل أجراء قيد الأستهلاك شهرياً وليس في نهاية العام وذلك
يفرض أظهار ميزان المراجعة بصورة حقيقية في وقته .

عند بيع أو أصل من الأصول ( مثال بسيط ) :

إذا كانت قيمة سيارة عند الشراء ( ٣٠,٠٠٠ درهم ) وقيمتها الدفترية عند البيع
( ٣٠,٠٠٠ درهم ) وتم بيعها بمبلغ ( ١٢,٠٠٠ درهم ) فأن القيود المحاسبية تكون
كالتالي :

| منه | له | البيــــــان |
|---|---|---|
| ٣٠,٠٠٠ | | من حســـاب/ مجمع الأهلاك |
| | ٣٠,٠٠٠ | الى حســـاب / الأصل |

عند أستلام النقدية من المشتري يكون القيد المحاسبي كالتالي :

| منه | له | البيــــــان |
|---|---|---|
| ١٢,٠٠٠ | | من حساب / النقدية |
| | | الى حساب / مذكورين |
| | ١٠,٠٠٠ | الى حساب / الأصل |
| | ٢,٠٠٠ | الى حساب / أرباح بيع أصول |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002610

وحيث أنه لابد لتوحيد حسابات بميزان المراجعة لأرباح أو خسائر بيع الأصول فإن النتيجة في حالة الربح تضاف لحساب أيرادات متنوعة ؛ وعند الخسارة تخصم من حساب مصاريف متنوعة .

## ٦ ــ أعداد حافظة المستندات العامة للفرع

يقوم المختص بأعداد الموحدة بتسجيل الآتي :

- أستلام المستندات من مسؤول المراجعة لحركة الشاشات اليومية .
- مطابقة المستندات مع حركات الشاشات .
- ترتيبها تسلسل الأشعارات حسب رقم الشركة بتقرير خياشتهــــا .
- ترتيب الحركة حسب رقم الشاشـــات .
- ختم المستندات بختم مسلسل الأرقـــام .
- كتابة عدد المستندات على اليوميــة .
- يتم توقيع المسؤول عن أعداد الحافظة على اليومية من الحسابرج .
- يوقع رئيس قسم الحسابات العامة على اليومية متابعة أعدادها يوميا .
- تحفظ اليومية في مخزن آمن .

## ٧ ــ التقاريـــر

يقوم قسم الحسابات العامة بأعداد تقارير شهرية لإدارة الفرع يوضح بها التغير الذي حدث خلال الشهر التجاري مقارنة بالشهر السابق كتم ونسب مع توضيح أسباب ذلك .

- مرفق تقرير تم أصداره عن شهر نوفمبر لعام ١٩٩٣ م في نهاية هذا التقرير .

## ٨ ــ مراقبة الحركة النقدية للفرع وتحسب السيولة

يقــــوم رئيس قسم الحسابات العامة بمراقبة الحركة النقدية للفرع ونسب السيولة / ونقرأ أنه يوجد رصيد دائم للفرع لدى المركز الرئيسي فأنه من السهل سحب أي مبلغ نقدية يريده هذا الفرع لتغطية المسحوبات وشيكات السفر وغيرها ، في حالة وجود حساب مع المصرف المركزي يجب الأحتفاظ بمبلغ بحساب ويرجع لتقدير المبلغ

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002611

الواجب الاحتفاظ به لنسيد / رئيس قسم الحسابات العامة بالفرع ويجب تعزيزه عندما تتم عملية سحب من الحساب .

## ٩ - التسويات الجردية للحسابات الختامية في نهاية العام

عند نهاية العام يجب على قسم الحسابات العامة أعداد قيود التسويات الجردية للحسابات الختامية وهذه القيود هي قيود المصروفات المستحقة والمصروفات المدفوعة مقدماً والأيرادات المستحقة والأيرادات المدفوعة مقدماً ( لبنك ) لكي يتم تحميل السنة بما يخصها من مصروفات وأيراد ، حيث أننا نأخذ بالسياسة المحاسبية المعتمدة على مبدأ الأستحقاق عند أعداد الحسابات للبنك .

في حالة أن يكون هناك مصروفات مستحقة يكون القيد المحاسبي كالتالي :

```
من حساب / المصروفات ( كهرباء ومياه )

      الى حساب / المصروفات المستحقة

      ( وذلك عن قيمة تقديرية لفاتورة شهر ديسمبر لم يتم أستلامها بعد )
```

وعند أستلام الفاتورة في بداية الفترة المالية التالية وسدادها يكون القيد المحاسبي كالتالي :

```
من حساب / المصروفات المستحقة

      الى حساب / الأوراق التجارية ( شيكات المدير )

      ( سداد فاتورة رقم ........... عن مياه وكهرباء لشهر ديسمبر ١٩........م )
```

في حالة أن يكون هناك مصروفات مدفوع مقدماً :

عندسداد مبلغ أيجار الفرع مرة واحدة وتم أجراء القيد التالي :

```
من حـــــــساب / الأيجارات

      الى حـــــــساب / الأوراق التجارية ( شيكات المدير )

      ( بقيمة الأيجار بالكامل )
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002612

ــ ١٨٢ ــ

ضــــــ بأن عقد الإيجار من ٩٩٣/٠٥/٠١م الى ٩٩٤/٠٤/٣٠م على
سبيل المثال ، من ذلك يتضح أن الأسئلة السابقة قد تم تحميلها مصروف لأنصيب من
يخص فترة مالية قادمة ، في هذه الحالة يجب أن يتم القيد المحاسبي كالتي :-

من حســــــاب / مصروفات مدفوعة مقدماً

الى حســــــاب / الأيجارات

( بقيمة الأيجار عن الفترة من ٩٩٤/٠١/٠١م حتى ٩٩٤/٠٤/٣٠م )

وعقيبـــــا المتبع بالشرع أن يتم قيد المصروفات المدفوعة مقدماً في حينه ويتم
قيد المصروفات المستحقة عند أقفال الحسابات الختامية .

في حالة الأيراد المقدم والأيراد المستحــــــق :

في حالة الأيراد المقدم يجرى القيد المحاسبي كالتي :

من حســــــاب / الأيرادات

الى حســــــاب / الأيرادات المقدمة مقدماً

( عن أيراد تحصينه بكامل وأضافته لحساب الأيرادات في حين أنه لايخص الفترة
المالية الحالية )

في حالة الأيراد المستحق يجرى القيد المحاسبي كالتي :

من حســــــاب / الأيرادات المستحقة

الى حســــــاب / الأيرادات

( عن أيراد لم يتم تحصينه ويخص الفترة المالية الحالية )

وبالطبيـــــــع سوف تظهر في الميزانية حسابات المصروفات المستحقة
والمصروفات المدفوعة مقدماً والأيرادات المقدمة والأيرادات المستحقة .

١٠- جرد الأصول الثابتة والنقدية في ٣١ ديسمبر من كل عام

يتـــــم جرد الأصول الثابتة في نهاية كل عام ويتم كشوف البنود حسب أقسام
الفرع وتوقيع من أسناد الموظفين عن عملية الجرد ، ويتم مطابقة الأصول مع دفتر
أو سجل الأصول الثابتة بالفرع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002613

ـ ١٨٣ ـ

## ١١ - الحسابات النظامية

محاسبي حسابات بغرض رقابي من الدرجة الاولى وضبط قيم الشيكات سواء كانت شيكات صادرة ( جزئي - توفير - استثمار ) تحت التحصيل أو شيكات سياحية أو شيكات تحت التحصيل لاقسام البنك الأخرى .

ويتم ضبط مطابقة قيم الشيكات كالتـــــــي :

### أ - شيكات تمت التحصيل :

- في نهاية كل شهر يطبع المحاسب الآلي كشف شامل بجميع شيكات لكل حساب عنصري حدة موزع حسب تاريخ الاستحقاقات ، وفي نهاية التقرير يوجد مجموع وعدد لهذه الشيكات ، ويعتبر التقرير بمثابة تقرير أستاذ مساعد لشيكات .

- يجب أن يطبق الآجمالي الموجود في نهاية هذا التقرير مع حساب الشركون الموجود بميزان المراجعة .

### ب - الشيكات السياحية :

- يوجد دفتر يتسم الأجنبي مدرج به الشركة الخاصة بشيكات السياحية كل فئة على حدة .

- يتم مراجعة أجمالي الشيكات السياحية الخاصة بعملة معينة مع حسابها بالاستاذ العام ( مثلا ) :

أجمالي الشيكات السياحية لسيتي بنك كسورب بندولار الأمريكي ( ٥٠،٠٠٠ ) دولار يجب أن يطبق هذا المبلغ لنفس النتيجة الموجودة بميزان المراجعة بالعملة الأجنبية ويجب أن تتطابق مع الدفتر الخاص بنك والموجود طرف القسم الأجنبي

### جـ - الشيكات المرتدة :

- لأغراض الرقابة على شيكات المرتدة ينبغي أن يكون هناك حساب حساب ضمن الحسابات النظامية لشيكات المرتدة لسهولة الرقابة والمتابعة - مثل ذلك :
شيكات مرتدة مرابحات مباني أستصناع - شيكات مرتدة مرابحات مباني بيع وشراء - شيكات مرتدة مرابحات بضائع محلية - بضائع أجنبية - سيارات

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

قسم الحاسب الآلي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002615

- ١٨٤ -

# قسم الحاسب الآلي

تم انشاء قسم الحاسب الآلي ببنك دبي الاسلامي في ١٩٨٥/١/١ ومن هذه اللحظة وهو يقوم بتحمل المسؤولية كاملة في امداد أقسام البنك وفروعه المختلفة للاتصال المباشر مع الحاسب الآلي ويهدف البنك من استخدام الحاسب الآلي توفير الوقت والجهد للمتعاملين في الحصول على خدماته من البنك بأسرع وقت ممكن والحصول على البيانات والمعلومات الخاصة بالادارة ،والأقسام ، والفروع في أسرع وقت ممكن سواء من ناحية الضبط اليومي أو الشهري .

## الأعمال والمسؤوليات التي يقوم بها قسم الحاسب الآلي:

أولا : مسؤوليات قسم الحاسب الآلي:

- حفظ المعلومات والبيانات وبالطريقة التي تضمن الرجوع اليها في أي وقت وفي المكان والظروف التي تضمن عدم تلفها وسريتها .

- توصيل المعلومات , والبيانات , بالصورة التي يمكن الاستفادة منها رسهلة التعامل معها .

- تدريب الافراد (مستخدمي الحاسب الآلي) على كيفية تشغيل الاجهزة وايضا التعامل مع البرامج المتوفرة لاعمالهم .

- الحفاظ على الاجهزة المتواجدة بالقسم .

- ابلاغ الشركة عن أعطال الاجهزة سواء الاجهزة الموجودة بالكمبيوتر أو الموجودة بالاقسام والفروع .

ثانيا : أعمال قسم الحاسب الآلي:

تنقسم الأعمال بقسم الحاسب الآلي الى عدة أنواع:

١ - التشغيل:

ويعني التشغيل هنا تشغيل جميع الاجهزة الموجودة بقسم الكمبيوتر وهي تشمل الآتي:

- أجهزة الكمبيوتر وملحقاتها سواء شاشات أو أجهزة طباعة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002616

- ١٨٥ -

- أجهزة الصراف الآلي وملحقاتة سواء أجهزة التحكم في الصراف الآلي وأجهزة
  اعداد الكروت للمتعاملين لاستخدام الصراف الآلي .

- أجهزة مطابقة التوقيعات وملحقاتها مثل جهاز التحكم وجهاز تخزين التوقيعات
  بالجهاز والشاشات الموزعة بالأقسام .

- تشغيل أجهزة الاتصالات المسؤولة عن امداد الخطوط من جهاز الكمبيوتر الى
  الوحدات الطرفية بالفروع وجميع أقسام البنك ، وأيضا امداد الخطوط لأجهزة
  التوقيعات والصراف الآلي بالفروع .

٢ - اعداد البرامج :

- يندرج تحت هذا البند كتابة البرامج الجديدة حسب متطلبات واحتياجات البنك
  سواء للادارة ، أو الاقسام ، أو المؤسسات الخاصة مثل البنك المركزي ثم اجراء
  الاختبارات عليها .

- تعديل البرامج العاملة ان تطلب الأمر حسب احتياجات المستخدمين وبالصورة
  التي تسهل عليهم الحصول على المعلومات ، وتعديلها ان تطلب الأمر ذلك .

٣ - اعداد البيانات والتقارير :

- يتم اعداد وتجهيز البيانات والمعلومات بالصورة التي يسهل ادخالها بالكمبيوتر عن
  طريق برامج الادخال ، بالاضافة الى تقسيم البيانات الى أنواع مختلفة تفيد أغراض
  المراقبة والمراجعة للادارة .

- اعداد التقارير سواء اليومية ، أو الاسبوعية ، أو الشهرية ، التي تعطي صورة
  واضحة وكاملة عن مسار عمل البنك ، ومراقبة البيانات سواء المدخلة أو المستخرجة
  من الكمبيوتر عن طريق برامج خاصة بذلك .

- اعداد التقارير واستخدامها للبيانات الموجودة بالكمبيوتر عن طريق اعداد برامج
  الكمبيوتر بالصورة التي تفيد أغراض المراقبة والمراجعة للادارة وهي تقارير
  متعددة وكثيرة .

٤ - مراقبة الاجهزة والابلاغ عن الاعطال :

- مراقبة جميع الاجهزة سواء الموجودة بقسم الحاسب الآلي أو الموجودة بالفروع
  لتؤدي عملها بأقصى طاقة ممكنة وأيضا ابلاغ المختصين بشركة الكمبيوتر عن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002617

- ١٨٦ -

الاعطال لعمل الاصلاحات اللازمة وبأسرع وقت ممكن ، حتى لا يتوقف العمل على الاجهزة ، وأيضا تهيئة الظروف المحيطة بالاجهزة لتعمل بأفضل شكل ممكن مثل مراقبة أجهزة التكييف للمحافظة على درجة حرارة الاجهزة لتنفيذ العمل عليها بأقصى طاقة ممكنة وأيضا المحافظة عليها من الاتربة التي قد تؤدي الى التلف بعض الاجهزة نظرا لحساسيتها .

○ - *تدريب العاملين ومستخدمي النظام:*

- يقوم قسم الحاسب الآلي بتدريب العاملين ومستخدمي النظام على كيفية تشغيل الاجهزة الطرفية المتصلة بالكمبيوتر ، وأيضا كيفية التعامل مع البرامج العاملة كل حسب اختصاصه ، ومستوى الأمن المعطى له .

- وأيضا كيفية مراقبة أجهزة الصرافف الآلي ، وكيفية التعامل مع المشاكل التي قد يتطلب الأمر القيام ببعض الاجراءات من طرف أحد المختصين بالفروع ، أوالابلاغ عن المشاكل التي لا يمكنهم التعامل معها ويتطلب الأمر قيام موظفي قسم الحاسب الآلي المختصين بذلك بحلها ويتم تدريبهم أيضا على مراجعة أشرطة الحركة وتركيب أشرطة الطباعة الخاصة بالصرافف الآلي .

- يتم تدريب مستخدمي شاشات التوقيعات على كيفية اظهار التوقيع على الشاشة ومطابقته على توقيع المتعامل .

٦ - *عقد الاجتماعات وزيارات الفروع:*

- يتم دوريا الاجتماع مع مدراء الفروع ورؤساء الاقسام بالفروع والمركز الرئيسي لمناقشة أساليب العمل والاقتراحات سواء المقدمة من مدراء الفروع أو رؤساء الاقسام أو المقدمة من قسم الحاسب الآلي وذلك بهدف توحيد العمل على مستوى المركز الرئيسي والفروع .

- يتم دوريا زيارات للفروع والاقسام للاطلاع على خط سير العمل ومناقشة أي مشاكل قد تحدث لدى المستخدمين وعرض ماهو جديد بالنظام والتدريب عليه .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002618

‫‪−‬‬ ‫‪۱۸۷‬‬ ‫‪−‬‬

‫*الوحدات العاملة بقسم الحاسب الآلي:*‬

‫ينقسم العمل بقسم الحاسب الآلي الى عدة وحدات مختلفة منوط بكل منها عمل معين‬
‫وهذه الوحدات هي :‬

‫۱ – وحدة تحليل النظم .‬

‫۲ – وحدة البرمجــــة .‬

‫۳ – التشغيل الخاصة بجهاز الكمبيوتر ومتعلقاته .‬

‫٤ – وحدة التشغيل الخاصة بجهاز الصراف الآلي ومتعلقاته .‬

‫٥ – وحدة التشغيل الخاصة بجهاز التوقيعات .‬

‫٦ – وحدة التدريب والاتصال بالفروع .‬

‫۷ – وحدة مراقبة أجهزة الاتصالات .‬

‫ونود أن نشير بأن عمل هذه الوحدات يتعاون في انجازه جميع العاملين بقسم الحاسب‬
‫الآلي على عكس النواحب توافره وهو أن تكون وحدات مستقلة يكون مسئولا عن عملها‬
‫عدة أفراد يتراوح عددهم وفترات عملهم حسب عمل هذه الوحدات .‬

‫ويمكن الآن عرض هذه الاعمال جميعها بالتفصيل بالشكل الآتي:‬

‫۱ – وحدة تحليل وتصميم النظم .‬

‫يقوم بعمل هذه الوحدة حاليا وحدة البرمجة وذلك لعدم انشاؤها بالقسم حتى الآن‬
‫لعدم توفر عدد الموظفين للتفرغ لعمل هذه الوحدة , وتقوم هذه الوحدة بالاعمال التالية:‬

‫– اعداد ودراسة الملفات الخاصة بعمل البرامج المتعاقد والمتفق عليها مع شركة‬
‫الكمبيوتر وهي ما تسمى ( PAKAGE ) كل ملف حسب وظيفته ونوعه والمساحة‬
‫المطلوبة للتخزين لهذه الملفات ودراسة الحقول المكونة للملفات مدى مطابقتها‬
‫للدراسة الميدانية التي تمت عند الاتفاق على النظام ومدى قابلتها للوفاء بالاحتياجات‬
‫عند تطوير العمل .‬

‫– اختبار البرامج التي يتم استلامها من قبل الشركة والخاصة بالنظام (PAKAGE)‬
‫ومدى مطابقتها للاحتياجات ومتطلبات العمل وايضا اختبارها من الناحية الفنية‬
‫وكيفية تعامل هذه البرامج للملفات ويخضع الاختبار لفترة زمنية حتى يتم التأكد من‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ذلك ريباستخدام نسخ من الملفات غير الأصلية وذلك للمحافظ على الملفات الأصلية بعيدة عن التجارب والاختبارات .

ـ ورضع خطط زمنية لتطبيق النظام الجديد وكيفية الانتقال من النظام اليدوي إلى نظام الكمبيوتر أو من نظام كمبيوتر إلى نظام كمبيوتر آخر وكيفية انتقال البيانات من هذا النظام إلى النظام الآخر وهذا يحدث على مستوى النظام الكلي للبنك أو على مستوى النظام الفرعي مثل نظام الحسابات الجارية ، وتتضمن الخطط الزمنية أيضا الإمكانيات المطلوبة للتطبيق وكيفية استخدامها مثال ذلك الأفراد الواجب توفرهم لتطبيق النظام والأجهزة الواجب توفرها للاستخدام .

ـ دراسة التقارير ، والتأكد من النتائج التي تحتوي عليها ومطابقتها بالبيانات الحقيقية والموجودة بالحاسب الآلي ومدى فاعلية هذه التقارير في إعطاء صورة حقيقية للمستخدمين هذا بالإضافة إلى دراسة تصاميم التقارير لكي يمكنه تداولها بسهولة والبحث فيها بسهولة عن البيانات المطلوبة .

ـ تصميم النظم الجديدة للأنظمة الفرعية وغير المتفق عليها مع الشركة وقد تم بالفعل تصميم نظام خاص بالاسهم والمساهمين واحتياجاتهم وبعد الدراسة تم اعداد الملفات والتقارير وبرامج ادخال البيانات وتعديلها والاستفسار عنها .

ـ الانضمام إلى مستخدمي النظام في المناقشة والدراسة التي يتم عمليا مع مطلبي النظم التابعين لشركة الكمبيوتر والمسؤولين عن توريد البرامج للبنك وذلك قبل اعداد النظام للبنك وتتضمن الدراسة والمناقشة المتطلبات والاحتياجات الحالية والمستقبلية ومدى امكانية التطوير ومرونة النظام لتقبل التغييرات والتعديلات التي قد تطرأ في المستقبل .

٢ ـ وحدة البرمجة

يندرج تحت هذه الوحدة عدة أعمال هي :

ـ كتابة البرامج الجديدة التي يحتاج إليها بأقسام البنك وفروعه وادارته بناء على مكتوب يصل لقسم الحاسب الآلي يوضح فيه المطلوب سواء كان المطلوب من البرنامج اعداد تقرير معين لخدمة أغراض مختلفة ، أو كان المطلوب من البرنامج أن يعطي امكانية ادخال بيانات أو تعديل بيانات ، أو الاستفسار عن بيانات أو الغاء

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002620

الشاشات ، هذا بالاضافة الى مراقبة عمل هذه البرامج اثناء تنفيذها والابلاغ عن أي عطل أو خلل أو مشكلة قد تحدث في أي برنامج للمسئولين بالقسم ·

- مراقبة وتشغيل الاجهزة المرتبطة بجهاز الكمبيوتر:

وهذه الاجهزة هي الشاشات وأجهزة الطباعة حيث يقوم المشغلين بتشغيل هذه الاجهزة باصدار أوامر خاصة بنظام تشغيل الحاسب الآلي OPERATING SYSTEM ومراقبة هذه الاجهزة أثناء عملها حيث أنه قد يحدث بعض الاعطال التي تجعل هذه الاجهزة متعطلة عن العمل مثل ذلك قد يحدث انقطاع للتيار الكهربائي أو حدوث عطل بأحد خطوط الاتصال المرتبطة بالفروع أو المركز الرئيسي وأيضا قد يحدث بعض الاعطال في أجهزة الطباعة مثال ذلك الحاجة الى تعديل البرنامج الخاص بجهاز الطباعة نتيجة حدوث خطأ أثناء التشغيل نتيجة لحدوث انقطاع التيار الكهربائي عن الجهاز أو لحدوث حشرللأوراق أثناء عملية الطباعة داخل الجهاز ·

- تشغيل جهاز الكمبيوتر:

وهذا هو الجزء المهم لعمل المشغلين والمسئولين عن جهاز الكمبيوتر حيث يتم اجراء بعض الاوامر الخاصة بنظام تشغيل الجهاز وبعد أن يتم تشغيل جهاز الكمبيوتر بصورة جيدة تأتي بعد ذلك الأوامر الخاصة بسير العمل وحفظ الملفات مثال ذلك (تاريخ الحركة اليومية يأخذ من تاريخ التشغيل وأيضا لاجراء بعض الاوامر لتشغيل البرامج المباشرة مع النظام (on line)·

وبعد ذلك يتم اجراء الاوامر لنهاية يوم عمل بالبنك حيث يقوم المشغل المسؤول عن الفترة المسائية باغلاق جميع الشاشات وايقاف جميع البرامج لبدء عملية تنفيذ برامج ترصيد الحركة اليومية وأيضا عملية حفظ الملفات بعد عملية الترصيد وتحفظ في خزائن خاصة بالقسم وأخرى داخل البنك حتى تكون مرجع لنا اذا ما حدث عطل بجهاز الكمبيوتر في أي لحظة فتعتبر كتأمين لسير سلامة العمل وأيضا لاغراض السرية والرجوع اليها عند الحاجة ، مثال ذلك ( قد يحتاج المستخدمين أو الادارة أو رؤساء الأقسام لمعرفة بيان معين في تاريخ سابق

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‐ ١٩١ ‐

بتاريخ اليوم لا يتم ذلك الا بالرجوع لهذه الملفات المحفوظة حتى تعطينا النتائج
التي كانت عليها في ذلك التاريخ.

- توزيع التقارير المستخرجة على الاقسام والادارات المعنية : حيث يقوم المسئولين
عن تشغيل الحاسب الآلي أيضا بعملية فرز وتوزيع التقارير المستخرجة كل تقرير
حسب طبيعته ويتم تسجيله في سجل مخصوص ويرسل الى الاقسام وبعض هذه
التقارير تسلم في نفس اليوم بعد عملية الترصيد أو تبثها للاقسام والفروع وذلك
لأغراض المراجعة والحفظ والبعض الآخر يتم تسليمه في صباح اليوم التالي
لأغراض أخرى يحتاج اليها رؤساء الاقسام ومديروا الفروع والادارة العليا للبنك.

٤ - وحدة تشغيل الصراف الآلي وملحقاته

مسئولية هذه الوحدات هي تشغيل أجهزة الصراف الآلي والاجهزة المرتبطة به
وأعمالها هي:

- تنفيذ البرامج : يتم تنفيذ البرامج الخاصة بالصراف الآلي لاستخراج التقارير
اليومية لاغراض المراجعة والحفظ ، وأيضا برامج ترصيد حركة الصراف الآلي
على حسابات الكنترول الخاصة بذلك ورصد الحركة بين الفروع في حالة استخدام
العملاء بفرع معين لأحد الاجهزة بالفرع الآخر ونود أن نذكر أن هذه البرامج يتم
تنفيذها عن طريق جهاز الحاسب الآلي حيث أن أجهزة الصراف الآلي مرتبطة
بجهاز الكمبيوتر.

- تشغيل أجهزة الصراف الآلي : يقوم المسئولين عن تشغيل أجهزة الصراف الآلي
سواءالموجودة بالفرع الرئيسي أوالفروع الاخرى عن طريق وحدات تحكم الصراف
الآلي وهذه الوحدات تعمل بنظام تشغيل معين( OPERATING SYSTEM ) يتم اصدار
أوامر خاصة لفتح أو غلق أي جهاز وهنا يجب الاشارة الى أن الاعمال التي
يتم تسجيلها على الصراف الآلي كثيرة ومتعددة سوف نذكر البعض منها:

- فتح أجهزة الصراف الآلي أثناء فترة السماح باستخدامه.

- اغلاق أجهزة الصراف الآلي اثناء عملية الترصيد للحركة اليومية.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٩٢ -

- تحميل النقود التي يزود بها كل صراف آلي على حدة لاغراض المراجعة والضبط بالتعاون مع الصرافين المسئولين عن عد رتمويل خزينة الصراف الآلي.

- تحميل برامج التشغيل مرة أخرى اذا ما حدث أي عطل في أجهزة الصراف الآلي نتيجة لانقطاع التيار الكهربائي عن الجهاز.

- اضافة أو الغاء أرقام الحسابات التي يتم الابلاغ عنها بواسطة المتعاملين أو الادارة وذلك لاسباب متعددة منها فقدان كارت الصراف الآلي أو سرقته أو ضياع الكارت والرقم السري معا ، ، ، الخ . ويتم ذلك عن طريق مكتوب رسمي من الادارة المعنية أو الفرع بعد مطابقة توقيع المتعامل واستيفاء التوقيعات المعتمدة على الرسالة. ويسلم ويحفظ هذا المكتوب بقسم الكمبيوتر.

- تشغيل الاجهزة المتعلقة بجهاز الصراف الآلي - وهذه الأجهزة هي:
  - جهاز كتابة اسم المتعامل ورقم حسابه وكود الفرع على كارت الصراف الآلي.
  - جهاز اعداد الشكل النهائي ونوع الكتابة على كارت الصراف الآلي.
  - جهاز تسجيل المعلومات على الشريط المغناطيسي الموجود بكارت الصراف الآلي.

- جهاز اعطاء طبقة اللون على الحروف بعد كتابتها وابرازها على الكارت.

ويتم العمل على هذه الاجهزة عند استلام قسم الحاسب الآلي لطلبات اصدار كروت صراف آلي للمتعاملين أو طلبات تعديل بعض البيانات على كارت الصراف الآلي ويتم استلام هذه الطلبات على سجلات ومستندات خاصة تصل للقسم من المركز والفروع ولا يتم عمل أي كارت أو تعديله الا عن طريق الطلبات المسجلة في هذه السجلات أو المستندات التي تصل من الفروع.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002623

Case 1:03-md-01570-GBD-SN   Document 8129-12   Filed 06/17/22   Page 176 of 251

ـ ١٩٣ ـ

- اعداد واستخراج الأرقام السرية للمتعاملين:

يتم ذلك بواسطة مشغل مسئول ومفوض من رئيس القسم بتنفيذ اجراءات استخراج الأرقام السرية ويكون الوحيد المسئول عن تنفيذ هذه الاجراءات ولا يعرفها غيره هو ورئيس قسم الحاسب الآلي لأغراض السرية والمحافظة ونود أن نوضح نقطة هامة وهي أنه لا أحد يعرف الرقم السري للمتعامل ولا يمكـن الحصول عليه بأي وسيلةحتى بعد طباعته واعطاؤه للمتعامل على مظروف خاص ويكون المتعامل أول من يطلع عليه عند فتحه للمظروف المعد بطريقة خاصة.

- مراقبة أجهزة الصراف الآلي أثناء عملها:

يتم مراقبة أجهزة الصراف الآلي العاملة بكل فروع البنك والمركز الرئيسي حيث أنه عند حدوث أي خلل أو فتح أي جهاز يرسل جهاز التحكم رسالة على جهـاز طباعة خاص ومرتبط بجميع الاجهزة توضح هذه الرسالة اذا ما كان خلل قـد حدث بأحد الأجهزة أو حتى عند استخدام الموظفين المسئولين عن الجهاز بالفروع للصراف لأغراض معينه مثل: الحصول على شريط الحركة المسجلة داخـل الصراف الآلي أو تغيير شريط الطباعة أو تحميل النقود داخل الخزينة من هنـا يأتي دور المشغل المسئول عن مراقبة أجهزة الصراف الآلي باجراء اللازم من ناحيته وفي بعض الاحيان يتطلب الأمر بابلاغ هذا العطل للمسئولين بالشركة المسئولة عن هذا الجهاز (فيليبس) لارسال أحد الفنيين لفحص الجهاز واعـادة تشغيله.

ه - وحدة التشغيل الخاصة بجهاز التوقيعات:

وهي وحدة قائمة بذاتيا حيث أن أجهزة التوقيعات التي تم تركيبيا بالبنك نظام منفرد وغير متصل بالحاسب الآلي.
ويقوم مسئول وحدة التوقيعات بالاعمال التالية:

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002624

‫ـ ١٩٤ ـ‬

- مراقبة أجهزة التوقيعات الرئيسية وهي أجهزة التحكم الرئيسية والجهاز الرئيسي لتخزين التوقيعات هذا بالاضافة الى شاشات التوقيعات المتصلة بالجهاز الرئيسي والتي تم تركيبها بالمركز الرئيسي والفروع عن طريق خطوط الاتصال ويتم الابلاغ عن الاعطال الى الشركة الموردة للاجهزة للقيام بالاصلاحات اذا ما كان عطل خاص بالتشغيل ٠

- تخزين التوقيعات بالجهاز الرئيسي ويتم ذلك عن طريق جهاز فرعي متصل بوحدة التحكم ووحدة التخزين يتم عن طريق تصوير التوقيعات بطريقة خاصة وبعد ذلك يسجل يتم تعديل التوقيع الذي يتم تصويره الى أحسن صورة ممكنة وبعد ذلك تخزين أوتوماتيكيا على اسطوانات خاصة داخل الجهاز الرئيسي وتعتبر هذه الوسيلة في تخزين التوقيعات حديثة جدا حيث أن المعروف عن تخزين التوقيعات هو الميكروفيش مما يعطينا امكانيات تخزين حتى ١٨٠٠٠٠ (مائة وثمانون الف توقيع) بالاضافة الى امكانية اضافة أكثر من توقيع لنفس الحساب اذا ما كان مشترك أو مشترك أو اعطاء تعليمات خاصة تظهر على الشاشات اثناء عرض التوقيع مثل ذلك هذا التوقيع له الحق في سحب مبلغ /١٠٬٠٠٠ درهم وغير ذلك من التعليمات يمكن وصفنا ٠

ونود أن نذكر هنا أن جميع التوقيعات التي يتم تخزينها سواء الخاصة بعملاء المركز الرئيسي أو الفروع تتم عن طريق الحاسب الآلي أولا بأول وذلك بواسطة مشغل وحدات التوقيعات ٠

- نسخ التوقيعات المخزنة على شرائط خاصة تحفظ بعيدا عن القسم وفي خزائن حديدية داخل البنك وتتم بصورة ثابتة ومنتظمة وذلك اسبوعيا وشهريا لاغراض الأمن والسرية والطوارىء أو لا قدر الله حدوث أشياء يمكن الرجوع اليه ٠

- استخراج التقارير من جهاز الطباعة المتصل بالجهاز الرئيسي يمكن ايضا من استخراج بعض التقارير على جهاز طباعة خاص متصل بالجهاز وهذه التقارير هي:

١ - تقرير عن الحسابات التي تم تخزين توقيعيا ٠

٢ - تقريرعن حالة النظام يوضح به عدد التوقيعات التي تم تخزينها وعدد التوقيعات التي تم الغاؤها والتي تم الاستفسار عنها وتاريخ آخر نسخ للتوقيعـــات (BACKUP) وغير ذلك من المعلومات الفنية ٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002625

٣ - يمكن طباعة التوقيعات نفسها على نفس جهاز الطباعة لأغراض الحفظ والطوارئ
ايضا حتى اذا ما تعطل الجهاز بالكامل يمكن الرجوع الى هذا التقرير .

- تلقى الرد والاستفسارات من المستخدمين لتشاشات التوقيعات .

- اجراء التعديلات على بعض الحسابات حسب طلبات المركز الرئيسي والفروع
ومسئولي الاقسام مثال ذلك ( اضافة توقيع على التوقيع السابق تعديل التعليمات
الخاصة بأي حساب الغاء بعض التوقيعات من الحسابات المشتركة وغير ذلك من
التعديلات التي تصاغنا بواسطة مكتوب رسمي موقع من مديرالفرع أومسئول القسم .

٦ - وحدة التدريب والاتصال بالفروع والمستخدمين :

يشترك في عمل هذه الوحدة جميع الافراد العاملين بالقسم حيث أنه لا يوجد لدينا
مرظفين متفرغين لهذا العمل والاعمال الاساسية لهذه الوحدة هي :

- تدريب المستخدمين للنظام أو من ينوب عنهم تنظيم على الانظمة الجديدة سواء من
الناحية الفنية أو من ناحية التشغيل بمعنى اذا ما تم وضع نظام جديد أو برنامج جديد
يتم تدريب المستخدمين واعلامهم عن كيفية استخدام هذه البرامــج والأنظمة
والمدخلات، التي يتطلب توفرها للادخال وايضا المخرجات، التي سوف يحصلون
عليها ويتم ذلك بارسال الاقسام والفروع بعض الاختصاص الى قسم الحاسب الآلي
ويتم شرح النظام لهم وكيفية عمله وطرق التشغيل ثم يقومون بدورهم بتدريب
زملاؤهم بالفرع والاقسام وقد يتم ذلك لكل فرع على حده بمعنى ارسال لأحد أفراد
قسم الحاسب الآلي المدربين الى الفروع لشرح النظام هناك وأمام جميع المستخدمين
حتى يتم فهمهم للنظام وطرق تشغيله .

- تدريب المستخدمين للنظام على كيفية تشغيل الأجهزة أيضا يتم ذلك للاجهزة
الموجودة بالمركز والفروع وهذه الاجهزة محصورة بشاشات الكمبيوتر وأجهزة
الطباعة وشاشات التوقيعات وأجهزة الصراف الآلي وهذا ينطبق على الفروع فقط
حيث أن قسم الكمبيوتر هو المسئول عن جميع الاجهزة بالمركز الرئيسي مثل ذلك
( كيفية تغيير الاوراق بجهاز الطباعة وكيفية تغيير شريط الطباعة وكيفية التعامل مع
برامج أجهزة الطباعة ( وهي برامج خاصة بالاجهزة ومختلفة عن البرامج التــي
تحدثنا عنها سابقا ) .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002626

- ١٩٦ -

وأيضا يتم تدريبهم على تعديل بعض أوامر نظم التشغيل والمخزنة بشاشات الكمبيوتر
وهي ما تسمى (CONFIGURATION) والتي يتطلبها الأمر في بعض الأحيان.
أما شاشات الترقيمات فينحصر التدريب على كيفية اظهار الترقيم على الشاشات
واظهار التعليمات واظهار الترقيمات المشتركة لحساب واحد.
أما التدريب على أجهزة الصراف الآلي فيتم كالآتي : :

-- التدريب على كيفية تركيب أوراق الطباعة والخاصة بالحركة التي يتم طباعتيا
عليه وذلك للمراجعة اليومية.

- التدريب على كيفية تركيب شرائط الطباعة.

- التدريب على كيفية تركيب الاوراق الخاصة بالايصالات التي يتسلميـا المتعامـل
في حالات السحب والاستفسار وطلبات كشف الحساب.

- التدريب على كيفية مراجعة الحركة اليومية المستخرجة من الجهاز والاكـواد
الخاصة بكل حركة وهذه تتطلب دقة في المراجعةوبشكل منتظم ومستمر ويتطلب
الأمر أحيانا مراجعة الشريط للتأكد من حركات معينة في وقت معين.

- التدريب على كيفية وضع النقود داخل الصناديق المخصصة لذلك كل حسب فئتـه
ريتم تدريبهم أيضا على كيفية فرز النقود حيث أن يتوافر صدق شروط فـي
أوراق النقد المستخدمة داخل جهاز الصراف الآلي لتلافي توقف الجهـاز اذا مـا
اكتشف نقود غير متوفر فيبا الشريط مثال ذلك ( اوراق النقد التالفة والتي بهـا
بعض ثقوب أو قطع في أي جزء منبا).

- التدريب على كيفية الحصول على اجمالي المبالغ المسحوبة والمبالغ الموجودة
داخل الجهاز وأيضـا كيفية تحميل المبالغ المضافة الى حياز الصراف الآلي والتي
يتم بواسطة كروت خاصة تم تسليميا الى المسؤولين بالفروع.

أما فيما يتعلق بالاتصال بالفروع والمستخدمين للنظام فيتم في حالة استفسـار
المستخدمين عن أي مشاكل قد تصادفهم أثناء العمل اليومي ويتم الرد علـى
استفساراتهم سواء بالذهاب اليهم اذا كان بالفرع الرئيسي أو عبر البيانـات اذا مـا
كانوا بالفروع وأيضا يتطلب الأمر في بعض الأحيان الى القيام ببعض الأعمال من
قبل المستخدمين يطلبها منهم قسم الحاسب الآلي.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- *وحدة مراقبة أجهزة الاتصالات:* وحدة تشغيل الكمبيوتر

يقوم بعمل هذه الوحدة حاليا ومنذ بدء العمل بالحاسب الآلي وحتى تركيبها تم بالأجهزة التي هنا بالاتصالات الوحدة هذه بعمل يقوم

وتشغيل الصراف الآلي ونمضي بأجهزة الاتصال وتتطلب هذه الأجهزة مراقبة خاصة

لامداد خطوط الاتصال بالفروع والمركز الرئيسي مما يتطلب الأمر بحث

حيث أنه في بعض الاحيان يترتب عمل خطوط الاتصال أوالاتصال بالشركة المسئولةعن صيانة هذه

العطل عن طريق الشركة المؤجرة للخط واصلاحه لأنه في حالة تعطل خط من

الأجهزة لاكتشاف العطل بأسرع وقت ممكن واصلاحه لأنه في حالة تعطل خط من

الخطوط يترقف الفرع بالكامل حيث أنه هو المسؤول عن اتصال الأجهزة الموجودة

بالفروع بجهاز الحاسب الآلي أو أجهزة التحكم الأخرى مثال جهاز التوقيتات.

ونود أن نشيرأن هناك ثلاثة أنواع من أجهزة الاتصال تم تركيبيا ببنك دبي الاسلامي

أ - النوع الأول: هي أجهزة الارسال والاستقبال الخاصة بالخط الرئيسي للاتصال والمسئولة عنها

شركة ( أميرتال )

ب - النوع الثاني: وهي من شركة (تاندم) تستخدم في توزيع الخط

لأجهزة اتصال خاصة بالكمبيوتر وهي من شركة (تاندم) تستخدم في توزيع الخط

الواحد والمتصل مباشرة بلوحة خطوط الامداد الى عدة خطوط فرعية متصلة مباشرة

مع الأجهزة الفرعية ( شاشات - أجهزة طباعة ) وذلك يعطي امكانيات أكبر للجهاز

مثال ذلك يمكن عن طريق هذا الجهاز امداد خط واحد من لوحة الامداد ويتفرع الى

عشرة خطوط فرعية يتم توصيل كل خط فرعي بجهاز فرعي ( شاشه - أجهزة

طباعة ) وهذا النوع من الأجهزة يتطلب معرفة بطرق تشغيل وبرامج التشغيل

الخاصة به ولدى المشتغلين الدراية لعمل ذلك وتشغيل هذه الأجهزة.

ج - النوع الثالث: وهي أجهزة تقوية خط الامداد حيث أنه من المعروف أن الخط الواصل من الجهاز

الرئيسي الى الفرعي يرتبط بطول هذا الخط (الكابل) فاذا مادتمت الحاجة لترصيل خط

بمكان معين يبعد عدة امتار ويتعدى الحد الاعلى لطاقة التوصيل ففي هذه الحالة لابد

من توصيل الخط بجهاز التقوية ديسي (LINE DRIVER).

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

قسم الرقابة الشرعية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002629

٢٥

# الشريعة الإسلامية والرقابة الشرعية

## معنى الشريعة :

الشريعة هي الأحكام التي شرعها الله لعباده، وهي نظام شامل لجميع شئون الحياة، فهي ترسم للإنسان سبيل الإيمان وتبين له أصول العقيدة وتنظم صلته بربه، وتأمره بتزكية نفسه، وتحكم علاقاته مع غيره، وقد جاءت الشريعة كاملة لانقص فيها، جامعة تحكم كل حالة، مانعة لاتخرج عن حكمها حاله، شاملة لأمور الأفراد والجماعات والدول، فهي تنظم الأحوال الشخصية والمعاملات وكل مايتعلق بالأفراد، والجماعات والدول، ولم تأت الشريعة لوقت دون وقت، أو والجماعات والدول، وعلاقاتها ببعضها البعض، ولم تأت الشريعة لوقت دون وقت، أو لعصر دون عصر، أو لزمن دون زمن، وإنما هي شريعة كل وقت، وكل عصر، وشريعة الزمن كله، وقد صيغت الشريعة بحيث لايؤثر عليها مرور الزمن، ولايقتضي تغيير قواعدها ونظرياتها الأساسية، نجاءت نصوصها من العموم والمرونة بحيث تحكم كل حالة جديدة، ولو لم يكن في الإمكان ترقبها، ومن ثم كانت نصوص الشريعة غير قابلة للتغيير والتبديل، كما تتغير نصوص القوانين الوضعية وتتبدل.

وأساس الفرق بين الشريعة والقانون هو أن الشريعة من عند الله من رجل وهو عالم الغيب، القادر على أن يضع للناس تصريحاً تبقى صالحة على مر الزمان، أما القوانين فمن وضع البشر، تخضع بقدر مايعد حاجتهم الوقتية، وبقدر تصور البشر من معرفة الغيب تأتي النصوص القانونية التي يضعونها قاصرة عن حكم مالم يتوقعوه(١).

## الشريعة الإسلامية مرنة :

نصوص الشريعة الإسلامية لها من المرونة والعموم بحيث تتسع لحاجات الجماعة مهما طالت الأزمان وتطورت الجماعة، وتعددت الحاجات وتنوعت، وتتصف الشريعة أيضاً بالسمو والارتفاع بحيث لاتنخفض في وقت أو عصر ما عن مستوى الجماعة(٢).

«وليد هو على الشريعة الإسلامية أكثر من ثلاثة عشر قرناً تغيرت خلالها الأوضاع أكثر من مرة، وتطورت الأفكار والآراء، تطوراً كبيراً، واستحدث من العلوم والمخترعات



٢٦

مالم يكن يخطر على خيال الإنسان، «فتغيرت قواعد القانون الوضعي ونصوصه أكثر من مرة تتلاءم مع الحالات والظروف الجديدة، بحيث انقطعت العلاقة بين القواعد القانونية الوضعية التي نطبقها اليوم، وبين القواعد القانونية الوضعية التي كانت تطبق يوم نزلت الشريعة، وبالرغم من هذا كله، ومع أن الشريعة الإسلامية لا تقبل التغيير والتبديل ظلت قواعد الشريعة ونصوصها أسمى من مستوى الجماعات، وأكفل بتنظيمهم وسد حاجاتهم وأقرب إلى طباعهم، وأحفظ لأمنهم وطمأنينتهم»(٢).

«وهذه هي شهادة التاريخ الرائعة يقف بها في جانب الشريعة الإسلامية، وليس ثمة ما هو أروع منها إلا شهادة النصوص ومنطقها، وخذ مثالاً قول الله تعالى (وأمرهم شورى بينهم) الشورى ٣٨، أو اقرأ قول الرسول ﷺ «لا ضرر ولا ضرار في الإسلام» فيدان نسيان من القرآن والسنة بلغا من العموم والمرونة واليسر ما لا يمكن أن يتصور بعده عسوم أو سرية أو يسر، ورما يقرران الشورى قاعدة للحكم على الوجه الذي لا يخل بالنظام العام، ولا بمصلحة الأفراد أو الجماعة، ويتقرر مبدأ الشورى على هذا الوجه بلغت الشريعة من السمو حده الأقصى الذي لا يتصور أن يصل إليه البشر في يوم من الأيام، إذ عليهم أن يجعلوا أمرهم شورى بينهم بحيث لا يحدث ضرر ولا ضرار، ويهيأت أن يتحقق ذلك بين الناس»(٢).

<u>الرقابة الشرعية :</u>

قد يتساءل الكثيرون : هل الرقابة الشرعية ضرورية بالنسبة للمصارف الإسلامية، أليست قواعد الإسلام معروفة والعاملين بالبنوك الإسلامية مسلمين، فما وجه استحداث هذه المهمة بالبنوك الإسلامية منذ نشأة هذه البنوك واستمرار عند الرقابة واتساع أنشطتها ومهماتها؟

الواضح أن البنوك الإسلامية نشأت على أساس الإسلام، وتقوم بتطبيق أحكام الإسلام في معاملاتها المالية سواء، أكانت خدمية أم استثمارية هذه المعاملات هي سابقتني عليها اسم «فقه المعاملات في الإسلام»، ولاجتهد الأئمة السابقين في هذا الفقه حسب ظرف المعاملات التي واجهتهم في زمانهم، ووضعوا لها من الأسس والضوابط ما يسر على الناس معاملاتهم ويحقق مصالحهم ربا لا يخالف حكماً من أحكام الشريعة التي تتصف بالسمة والمرونة كما سبق أن أوضحنا، ولما كانت المعاملات المصرفية في العصر الحاضر قائمة على معاملات مالية ترتبط بالبنوك



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002631

والمؤسسات المالية المختلفة، يُستحدث في كل يوم أدوات مالية جديدة لتقديم الخدمات والاستثمارات، وتحتاج هذه الأدوات والمعاملات إلى النظر فيها بمنظار الشرع فإما أن تمر المعاملة الجديدة أو تُعدّل حسب أحكام الشرع، أو ترفض تماماً لمخالفتها أحكاماً أساسية في الشريعة الإسلامية، أضف إلى ذلك أن تطبيق هذه الأحكام بما لايخالف أحكام الشريعة يحتاج إلى تأكيد وترجيه، وقد تعارف خبراء المال والاقتصاد على أن المؤسسات المالية بصفة عامة تحتاج إلى أنواع عديدة من الرقابة المالية للتأكد من أن القائمين على هذه المؤسسات قد التزموا بالنظم واللوائح والقواعد المقررة للتصرفات المالية، وهذا مايتعلق بحرص الناس على المحافظة على أموالهم، فنحن بباب أولى تحتاج المؤسسات التي قامت على أساس الشريعة الإسلامية إلى التأكد من أن التنفيذ قد تم وفقاً للضوابط والأحكام الشرعية التي قررتها جهة الاختصاص في هذا المجال وكيف لاتوجد هذه الرقابة، والمؤسسون لبنوك الإسلامية أعلنوا لعملائهم وبمساهميهم منذ اليوم الأول أنهم أقاموا مؤسساتهم على أساس تطبيق أحكام الشريعة، والمودعون والمساهمون ما أودعوا أموالهم لدى هذه البنوك إلا على أساس أنها تطبق أحكام الشريعة.

ومن هنا كان لابد من وجود الرقابة الشرعية بالبنوك والمؤسسات الإسلامية. وفي رأيي أنها ليست من ابتكارات البنوك الإسلامية الحالية، بل هي امتداد لوظيفة المحتسب في الدولة الإسلامية حيث كان للمحتسب من السلطات والصلاحيات للرقابة على الأسواق والموازين والمكاييل وتصرفات الناس العامة مايجعلهم يعودون إلى دائرة الشريعة وتحقيق العدل الإسلامي إذا انحار الناس عنه، فكان المحتسب يسأل التاجر في متجره عن أحكام الحلال والحرام في البيع فإن رأه عالماً بما أبقاه وإلا أخرجه من تجارته وسحب ترخيصه ليشتغل أولاً قبل أن يعمل بالتجارة حتى لايطعم الناس الحرام وهو لايدري.

وترجع أهمية الرقابة الشرعية أيضاً إلى ظهور كيانات مالية واستشارية غير جادة تنص نظمها الأساسية وقوانين إنشائها على أنها تعمل وفقاً لأحكام الشريعة الإسلامية، دون وجود رقابة تكفل التحقق من ذلك وهو أمر من شأنه أن يؤدي إلى فقدان وانهيار الثقة في المؤسسات الإسلامية الجادة(٢).

بعد ذلك بنبغي الإجابة على السؤال القائل: ماذا نقصد بالرقابة الشرعية؟



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

معنى الرقابة الشرعية :

يعرف الدكتور/ حسام أبو النصر(٤) الرقابة الشرعية على المؤسسات المالية والإسلامية بأنها دينة مستقلة متخصصة دائمة تتولى فحص وتحليل وتقويم مختلف الأعمال والأنشطة في جميع مراحلها، في ضوء أحكام الشريعة الإسلامية، وكذا التحقق من مدى تنفيذ الفتاوى والأحكام الشرعية وإيجاد البدائل والصيغ الشرعية المناسبة لما هو غير مشروع.

ويعرفها الدكتور/ فارس محمود أبو معشر(٥) بأنها «جميع العناصر والأنشطة الرقابة التي تستخدم للتأكد من مطابقة أعمال البنك الإسلامي للشريعة الإسلامية». ويعرفها الدكتور حسين حسين شحاته(٦) بأنها «متابعة وفحص وتحليل كافة الأعمال والتصرفات والسلوكيات التي يقوم بها الأفراد والجماعات والمؤسسات والوحدات وغيرها للتأكد من أنها تتم وفقاً لأحكام الشريعة الإسلامية، وذلك باستخدام الوسائل والأساليب الملائمة الشرعية وبيان المخالفات والأخطاء وتصويبها فوراً وتقديم التقارير إلى الجهات المعنية متضمنة الملاحظات والنصائح والإرشادات وسبل التطوير إلى الأفضل».

نخلص من هذه التعاريف، وغيرها ومن خلال الواقع العملي إلى أن الرقابة الشرعية بالبنوك والمؤسسات الإسلامية تعني التأكد من مطابقة أعمال المؤسسة لأحكام الشريعة الإسلامية حسب الفتاوى المعتمدة والمتفق عليها، وبذلك نفرق بين الرقابة الشرعية وبين هيئة الفتوى على نحو التفصيل الذي سنبينه فيما بعد.

الرقابة الشرعية هي الفارق الجوهري بين البنوك الإسلامية والبنوك التقليدية :

نستطيع أن نقرر أن الرقابة الشرعية بالنسبة للبنوك الإسلامية هي بمثابة الروح من الجسد بالنسبة للإنسان، وبدون هذه الرقابة تصبح البنوك الإسلامية اسماً على غير مسمى، بل تعتبر نوعاً من الغداء الذي لاينفع ولاينفع، إذ بدون هذا الجهاز الرقابي تصبح البنوك الإسلامية كبقية البنوك التقليدية في العالم، وليس لها مايميزها عن غيرها، إذ تتنافس هذه البنوك في تقديم أفضل الخدمات وأرخصها في سهولة ويسر للمتعاملين معها. وهذا مطلوب أيضاً من البنوك الإسلامية ولكن في دائرة الأحكام الشرعية الإسلامية.



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٢٩

إذن بقدر وجود الرقابة الشرعية في البنك الإسلامية وبقدر ماتعطى من صلاحيات وسلطات تمكنها من الرقابة الفعلية الجادة، بالاطلاع على الأعمال العديدة والمنتجة بالبنوك الإسلامية تساهم هذه الرقابة في الابتكار لاستحداث أدوات مالية جديدة تتمشى مع الأحكام الشرعية.

## الرقابة الشرعية وهيئة الفتوى :

كثيرون ممن كتبوا عن الرقابة الشرعية جمعوا بين أعمال الرقابة الشرعية وهيئة الفتوى، بل إن بعض النظم الأساسية، ولوائح أعمال هيئات الفتوى قد جعلت عملهم واحداً، فهيئة الفتوى تصدر فتواها فيما يعرض عليها، بالإضافة إلى ذلك فهي تراقب أعمال البنك وتتابع تنفيذ فتاواها وتوصياتها، والواقع عملياً أن غالبية هيئات الفتوى تشكل من أعضاء غير متفرغين ومن ثم فإن متابعتهم للتنفيذ والتطبيق يكون أمراً غير واقعي وغير حقيقي، ولايكون هذا صحيحاً إلا إذا كان أعضاء الهيئة متفرغين للفتوى والرقابة في ذات الوقت، أو أن أحد أعضائها على الأقل يكون متفرغاً للمتابعة ولديه جهاز رقابي يزمل لهذا العمل.

وأرى من الأفضل أن يكون أعضاء الهيئة من علماء لهم مواصفات خاصة تؤهلهم للمهمة الكبيرة للفتاة على عاتقهم ويتفرغ أحد أعضائها للإشراف على الرقابة الشرعية، وينبغي أن تكون الرقابة الشرعية متفرغة للعمل وأن يجمع أعضاؤها بين الشرعية، وينبغي أن تكون الرقابة الشرعية إضافة إلى الخبرة العملية، فلن تكون الرقابة ذات أثر المعرفة الشرعية والمصرفية إضافة إلى الخبرة العملية، فلن تكون الرقابة ذات أثر فعال إلا إذا كان المراقب الشرعي وممن سعه من الدقتين على علم بطرق وأساليب التدقيق المصرفية والاستثمارية، إضافة إلى العلم الشرعي الذي يمكنهم من أداء مهمتهم، ولذا سنأخذ في بحثنا بالرأي الذي يحبذ أن يكون لكل من هيئة الفتوى والرقابة الشرعية جهازها المستقل..

وعند الأخذ بهذا الرأي تكون مهمة هيئة الفتوى إبداء الحكم الشرعي فيما يعرض عليها من أسئلة واستفسارات من قبل الإدارة، ومايعرضه عليها المراقب الشرعي من خلال ماتظهره المراقبة والتطبيق العملي من مسائل تحتاج إلى بيان الحكم الشرعي، إضافة إلى استفسارات العاملين والمتعاملين مع البنك.

ومع ذلك نحلى للهيئة أن تراجع نماذج العقود والاتفاقات والمعاملات المستجدة والتي يجري البنك التعامل بها، على أن تعرض على الهيئة الصفقات والمعاملات



٤

الشخصة والتي غالباً مايكون ليا طابع خاص نمطي، وعلى البيئة أيضاً –
بالتعاون مع إدارة البنك – أن تعمل على إيجاد صيغ شرعية جديدة للمعاملات
المختلفة للأحكام الشرعية. أما بالنسبة للحسابات الختامية والتأكد من توزيع نسب
الأرباح وحجز الاحتياطيات والمخصصات، وتقدير الزكاة المستحقة فلابد أن تتحقق
البيئة منها في نهاية كل سنة مالية مباشرة.

أما الرقابة الشرعية فمهمتها الرئيسة – كما سبق أن أوضحنا – هي متابعة
تنفيذ الفتاوى والأحكام الشرعية الصادرة عن البيئة والتأكد من أن التنفيذ مطابق لما
صدر من فتاوى، وعلى الرقابة الشرعية أن تقدم تقاريرها وملاحظاتها لبيئة الفتوى
وإلى الإدارة، كما أنها تكون حلقة وصل بين إدارة البنك والعاملين والمتعاملين وبين
البيئة لما من وجود دائم في البنك، وحتى تكون الرقابة الشرعية فعالة لابد وأن
تتابع أعمال اللجان وصيغ الاستشارات ونماذج العقود المختلفة بالبنك، فالمخالفات
المالية – على سبيل المثال – ليا من أجهزة الرقابة من يكتشفها في بدايتها ويصححها
كجهاز التدقيق الداخلي وخلافه، أما مراقبة تنفيذ الأعمال المصرفية بما لايخالف
أحكام الشريعة الإسلامية فمن له إذا لم تكن هناك رقابة شرعية؟

### هيئة الفتوى:

اتجهت أغلب البنوك الإسلامية إلى تشكيل هيئة للإفتاء فيما يواجه البنك من أعمال
مستجدة تحتاج إلى إبداء الرأي الشرعي فيها، وغالباً لايقل عدد أعضاء هذه البيئات
عن ثلاثة، وبعض البنوك اتجهت إلى الاكتفاء بتعيين مستشار شرعي، وقد تضمنت
بعض النظم الأساسية للبنك طريقة تشكيل هيئة الفتوى ومواصفات أعضائها وطريقة
اجتماعاتها واختصاصاتها وعلاقتها بالإدارة، ومن هذه البنوك بنك دبي الإسلامي
وبنك فيصل الإسلامي السوداني، وقد ربما يثار تساؤل عن مدى ضرورة وجود هيئة
فتوى، ولماذا لايكتفى بمستشار شرعي واحد؟!، الحقيقة أن كثيراً من الأمور المالية
التي تتعامل بها البنوك أمور مستجدة، ومن ثم فإنها تحتاج إلى اجتهاد جمعي على
الأقل، وبما كانت شروط الاجتهاد التي اتفق عليها الأئمة لاتتوافر لدى كثيرين في هذا
العصر، لذا فإن الأمر يحتاج إلى تضافر جهود مجموعة من العلماء، ليتمكنا
بالتشاور من الوصول إلى الحكم الذي يتفق ومقاصد الشريعة، وقد أوصى مجلس
المجمع الفقهي الإسلامي في دورته الثامنة المنعقدة بمكة المكرمة في الفترة من ٢٧



ربيع الآخر – ٨ جمــادى الأولى ١٤٠٥هـ الموافق ١٨ – ٢٩ يناير ١٩٨٥) بأن يكون
الاجتهاد جماعياً، لأن الاجتهاد الجماعي هو ماكان على علب الأمر في عصر الخلفاء
الراشدين إذ كان أمين المؤمنين عمر بن الخطاب تعرض عليه المسائل فيجمع أهل
العلم والعقد من الصحابة ويتباحثون ثم يفتون، وسار التابعون على غرار ذلك – نعم
إن الاجتهاد في أصله فردي، لكن هذا الاجتهاد الفردي حين يعرض على مجتهدين
بذات المستوى فلاشك أن الرأي سيمحص ويدرس من جميع جوانبه وربما تعثر
الأفكار أو بعدها عن مقاصد الشرع. وكما يقول الدكتور عبدالستار أبوغدة(٧)إن
المهمة التي يقوم بها عضو هيئة الرقابة الشرعية في مصرف ما تجمع بين الإفتاء
وأسلوب التحكيم، والحسبة، ذلك أنه يقوم بالإخبار عن حكم الله تعالى(٨)، فإنه في
ولئن كان هذا الإخبار تارة يفتصر على نقل المعرفة إلى من ليست عنده، فإنه في
معظم الأحيان يستلزم تدخلاً من المفتي – بما لديه من أهلية – لتنزيل الأحكام على
الأحوال المسئول عنها، ويطالب هذا تأملاً في الحالة من حيث تحريرها والتطابق بينها
وبين الحكم، وتحقق الشروط وانتفاء الموانع، وفي مجال المصارف الإسلامية لايكفي
أن تصنف الأحوال إلى مأذون لها شرعاً أو ممنوع عنها، بل عليه أن يقدم البدائل لما
تتبين منافاته للشرع، كما أن عليه أن يستبق الأمور فيضمي في الميدان العملي صيغاً
ووسائل تثري نشاط المصرف، وفضلاً عن هذا وذاك، عليه أن ينهض بعب المحتسب
بالأمر بالمعروف والنهي عن المنكر والسعي لإزالته.

وأخيراً لابد من الإلمام الجيد بالجوانب الفنية التي تتصل بالمسائل التي ينظر فيها
لبيان حكمها الشرعي، وهو قد يتصف بهذه الخبرة مباشرة، وقد يستعين بمن حوله
من فنيين على أن يكتسب هذه الخبرة فتصبح جزءاً من معرفته، ولايسلمها لأصحابها
تسليماً كلما كان في وسعه أن يتحرى عن ذلك بنفسه ويعاكم مستنداتها بنفه.

وهنا يتضح من كلام الدكتور عبدالستار أبو غدة وهو صاحب خبرة واسعة في
مجال البنوك الإسلامية من الناحيتين : الفقهية والمصرفية، أن عضو الهيئة لابد وأن
تتوافر فيه أهلية الاجتهاد ولو جزئياً – على حد تعبيره –

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002636

## هيئة الفتوى والرقابة الشرعية ببنك دبي الإسلامي

هيئة يعينها مجلس إدارة البنك علاءتنص الأرب السابع من النظام الأساسي للبنك ومن قبلة المصرف المركزي وتتمثل من علماء الشخصيين، مؤسسها الإفتاء في، كل ما تعرضه عليها من أنشطة العمل ومستجدات الخدمة العمل، السعري في المصارف ، للتحقق من الإدارة عليها من أنشطة العمل ومستجدات الخدمة العمل، وأن أصول البنك تمرد وفق أحكام الشريعة أن الجهاز التنفيذي للبنك يعمل وفق فتاواها ، وأن أصول البنك تمرد وفق أحكام الشريعة الإسلامية الغراء وإعلان ذلك على الجمعية العمومية للبنك .

## أو٤٢ - الرقابة الشرعية :

إن عملية الرقابة الشرعية بالبنك تأكيد على نجح البنك في سلامة المعاملات المصرفية وهو الأمر الذي يبعث الارتياح في نفوس المساهمين وجمهور المتعاملين مع البنك حرصا منهم على سلامة أموالهم من إثم الربا .

## أمثلة هيئة الفتوى والرقابة الشرعية :

ولها جوانب العمل بها :

١- التصدي لدور انعقاد الهيئة وتنظيم الاجتماعات ويتضمن الآتي :

(أ) جمع الموضوعات التي ستناقشها الهيئة في اجتماعاتها الثالثة .

(ب) جمع العقود المستحدثة وغير نمطية لمعاملات سوف يتدبرها البنك مع الآخرين، في تقوم الهيئة بدراستها وإبداء الرأي أو أنها لغاية .

(ج) دراسة العقود الحالية للبنك من وقت لآخر بغرض تطوير ما أو إدخال تعديلات، أو إضافات عنيها،

(د) تجهيز دراسات فقهية وعلمية سابقة تخدم مناقشات وأسئلة الرأي التي تبديه الهيئة،

(هـ) جمع الأسئلة واستفسارات من الإدارة أو من المتعاملين، أو من جمهور المتعاملين لعرضها على الهيئة لإصدار إجابة فقهية لها،

(و) عرض ملاحظات التطبيق الشرعي حول أصول البنك وتقييد ترجمتها الهيئة .

(ز) متابعة التطبيق الشرعي، لتنفيذ فتوى الرسمية للبنك، واحتساب الزكاة المفروضة شرعا على أموال المساهمين التي في حوزة البنك، وكذلك الزكاة المفروضة

شرعا على الأسهم .

٢ - إعداد ملف لكل عضو بهذه الموضوعات قيد البحث والدراسة .

٣ - تبديل أعمال لدور الانعقاد وتسليمه على السادة أعضاء الهيئة بإخطارهم بمكان وزمان الاجتماعات .

٤ - كتابة محضر لدور الانعقاد يتضمن النتائج التي توصلت إليها الهيئة وإنشاء اللازم نحو المحضر وإنفاذها .

٥ - تعميم الفتاوى الصادرة عن الهيئة على جميع فروع وأقسام البنك تم تعميم شرعي سنين من السيد سماعت المختص للبعض المكتب والمراقب الشرعي .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002637

جماعية ولايجوز لأي عضو بالهيئة أن يصدر فتاوى فردية بصفته عضواً بالهيئة بل تصدر فتاواه الفردية باسمه الشخصي. كما يعتبر المراقب الشرعي بمثابة ممثل الهيئة الدائم في البنك والمنوط به مراقبة أعمال البنك من الناحية الشرعية. إضافة إلى توليه مهام أمانة سر الهيئة.

٥ – إقرار برامج التدريب الشرعية للعاملين بالبنك .

٦ – التصريح بنشر ماتراه من الفتاوى الصادرة عنها.

٧ – الاتصال بمن تراه من هيئات الرقابة الشرعية بالبنوك المختلفة أو بالهيئة العليا للفتوى والرقابة الشرعية للبنوك الإسلامية أو بالعلماء الشرعيين أو الاقتصاديين أو المصرفيين داخل الدولة وخارجها للاستئناس بآرائهم فيما يتعلق بالمسائل المقدمة للفتوى قبل إبداء الحكم الشرعي في المسائل المعروضة عليها إذا بدا لها ذلك.

٨ – ترشيح مندوب عنها لحضور الندوات أو المؤتمرات الفقهية أو المصرفية المتعلقة بالبنوك الإسلامية حتى تكون الهيئة على صلة مباشرة بآخر الأبحاث والدراسات الشرعية ذات الصلة إضافة إلى توثيق علاقاتها بالعلماء المتخصصين في العمل المصرفي الإسلامي تحقيقاً للتعاون فيما بين المصارف الإسلامية.

٩ – وعلى سبيل الإجمال تنص المادة ٨٢ من النظام الأساسي للبنك على حق الهيئة في الاطلاع في أي وقت على جميع دفاتر البنك وسجلاته وطلب البيانات التي ترى ضرورة الحصول عليها، ولها كذلك أن تتحقق من موجودات البنك والتزاماته.

١٠ – فتاوى الهيئة ملزمة ويصدر بشأنها القرارات الإدارية للتنفيذ.

* المراقب الشرعي :

١ – يتولى المراقب الشرعي أمانة سر هيئة الفتوى والرقابة الشرعية بالبنك ويختص بما يلي:

( أ ) التحضير لاجتماعات الهيئة بتحديد مكان اجتماعاتها وزمانه بالتشاور مع رئيس الهيئة.

(ب) إعداد جدول أعمال الاجتماعات ومايتطلبه من تجهيز الموضوعات المطروحة للبحث وكل مايتصل بها من دراسات وفتاوى أو بيانات وملاحظات.

(ج) تسجيل محاضر جلسات الهيئة والفتاوى التي توصلت إليها.

( د ) عرض نتائج دراسات الهيئة وفتاواها على السيد رئيس مجلس الإدارة، ومتابعة تنفيذ الفتاوى الصادرة عن الهيئة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002638

صندوق القرض الحسن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002639

## القرض الحسن

معناه :.القرض هو المال الذى يعطيه المقرض للمقترض ليرد مثله اليه عند قدرته عليه

ودر فى أصل اللغة : القطع وسمى

المال الذى يأخذه المقترض بالقرض لأن المقرض

بقطعه قطعة من المال .

مشروعيته : هو قربة يتقرب بها الى الله سبحانه وتعالى ، لما فيه من الرفق بالناس

والرحمة بهم وتيسير أمورهم وتفريج كربهم والاسلام حبب فيه بالنسبة للمقرض وأباحه

للمقترض ولم يجعله من باب المسألة المكروهة لأنه يأخذ المال لينتفع به فى قضاء حوائجه

ثم يرد مثله .

دليله من القرآن والسنة :

- يايها الذين آمنوا اذا تداينتم بدين الى أجل مسمى فاكتبوه وليكتب بينكم كاتب بالعدل

ولايأب كاتب أن يكتب كما علمه الله فليكتب وليملل الذى عليه الحق وليتق الله ربه

ولايبخس منه شيئا .... الآية ٢٨٢ من سورة البقرة .

أما سنة رسول الله صلى الله عليه وسلم :

روى أبوهريرة أن النبي صلى الله عليه وسلم قال : " من نفس عن مسلم كربة من كرب

الدنيا نفس الله عنه كربة من كرب يوم القيامة ومن يسر على معسر يسر الله عليه فى

الدنيا والآخرة والله فى عون العبد مادام العبد فى عون أخيه " رواه مسلم وأبو داود

والترمذى .

وعن أنس قال : قال رسول الله صلى الله عليه وسلم " رأيت ليلة أسرى بى على باب

الجنة مكتوبا : الصدقة بعشر أمثالها ، والقرض بثمانية عشر ، فقلت ياجبريل مابال

القرض أفضل من الصدقة ؟ قال لأن السائل يسأل وعنده ، والمستقرض لايستقرض الا

من حاجة " .

عقد القرض :

عند سيباب فلا يتم الامين بجوش له تمصرف ولايستحق الا بالايجاب والقبول كفعل البيع

والهبة وتمتم بلفظ القرض والسلف وبكل لفظ يؤدى الى معناه .

كل قرض جر نفعا فهو ربا :

وعقد التقرض يتقصد به الرفق بالناس ومعاونتهم على شئون الحياة وتيسير وسائل الحياة

وليس وسيلة من وسائل تكسب ولا من قبيل الاستغلال ولذا لايجوز أن يرد المقترض أى

المقترض الا ماتقرض منه أو مثله تنفذا للقاعدة الفقهية " كل قرض جر نفعا فهو ربا "

والقرض مفيدة هنا بما اذا كان نفع القرض مشروطا أو متعارفا عليه .



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٥٣

التعجيل بقضاء الدين قبل الموت :

روى الإمام أحمد أن رجلاً سأل رسول الله صلى الله عليه وسلم عن أخيه مات وعليه دين فقال "محبوس بدينه فاقض عنه "فقال يارسول الله : قد أديت عنه الدينارين الا استبيا لمرأة رئيس تاتيه " فقال " أعطها فانها محقة ".

وروى أن رجلاً قتل يارسول الله أرأيت إن جاهدت بنفسي ومالي فقتلت صابراً محتسبا مقبلاً غير مدبر الخل الجنة ؟ قال نعم ، فقال ذلك مرتين أو ثلاثاً، قال ألا إن مت وعليك دين فليس عندك وفاء ".

وقال أيضاً " الذي والذي نفسي بيده ، لو أن رجلاً قتل في سبيل الله ثم عاش، ثم قتل في سبيل الله ثم عاش ثم قتل في سبيل الله ماخل الجنة حتى يقضى دينه ".

مطل الغني ظلم :

عن أبي هريرة رضي الله عنه أن رسول الله صلى الله عليه وسلم قال : مطل الغني ظلم؛ واذا اتبع أحدكم على مليء فليتبع "رواه أبو داود وغيره ".

استجابة انتظار المعسر:

يقول الله سبحانه وتعالى : " وإن كان ذو عسرة فنظرة الى ميسرة وأن تصدقوا خير لكم إن كنتم تعلمون " الآية ٢٨٠ من سورة البقرة .

وروى عن أبي قتادة أنه طلب غريما له فتوارى ثم وجده فقال : اني معسر فقال : آلله ؟ قال : فاني سمعت رسول الله صلى الله عليه وسلم بقول " من سره أن ينجيه الله من كرب يوم القيامة فلينفس عن معسر أويضع عنه " .

وعن كعب بن عمر قال : سمعت رسول الله صلى الله عليه وسلم ، يقول من أنظر معسرا أووضع عنه أظله الله في ظله " .

## صندوق القرض الحسن

## بنك دبي الاسلامي

مقدمة : من السمات الرئيسة لبنك دبي الاسلامي وجود صندوق لاقراض الحسن لمساعدة المتعاملين في التغلب على المشاكل المادية التي تعترضهم دونما استثناء لهم أو تحقيق كسب مادي من وراء تقديم مثل هذه الخدمة الجليلة .

صندوق القرض الحسن

تأسس صندوق القرض الحسن عام ١٩٨٢ ولك كان لبنك دبي الاسلامي فضل السبق في إنشاء هذا الصندوق وتبعته البنوك الاسلامية الأخرى



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٥ ح

هدف الصندوق :

يهدف الصندوق الى اقراض المسلمين الذين يتوافر فيهم الشروط المنصوص عليها فى المادة رقم ( ٤ ) من النظام الأساسى للبنك :-

شروط منح القرض الحسن

١- أن يكون طالب القرض مسلما ملتزما بالبنك الاسلامى
٢- أن يكون راتبه محولا على البنك
٣- أن يكون محافظا على الصلوات
٤- أن تكون حاجته للقرض فعليه
٥- أن يكون متعاملا مع بنك دبى الاسلامى

معاملات الصندوق

تخضع كافة معاملات الصندوق لقواعد الشريعة الاسلامية
ويمنح القرض للحالات التالية :

١- العلاج : الذى يحتاج لنفقات كثيرة ويتم اثبات ذلك بشهادة طبية من جهة معتمدة .
٢- الزواج .

٣- الحالات الطارئة والغير متوقعة .
٤- تأخير رواتب الموظفين الجدد .

ادارة الصندوق :

*يتولى ادارة الصندوق لجنة من ثلاثة أعضاء ، وتنظم اللجنة أسلوب العمل الواجب اتباعه للعاملين بالصندوق للمحافظة على أمواله .
*يقدم العاملين بالصندوق تقريرا شهريا بالأقساط المسددة وكذلك الحالات التى تم صرفها والموقف المالى للصندوق فى أول كل شهر
*تصرف القروض التى تمت الموافقة عليها بشيكات منصرفة على حـ/ القرض الحسن فى مقابل شيكات مؤجلة من المقترض ، وتصرف الشيكات بتوقيع اثنين من أعضاء اللجنة.

موارد الصندوق :

١- المبالغ التى يتبرع بها المحسنين من المسلمين اما على سبيل التبرع او على سبيل القرض بدون فائدة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



٥٣

٢- العملاء التي يخصصها مجلس ادارة البنك للصندوق حسب الشروط والتفاصيل التي
يحددها المجلس .

٣- الحاج سعيد لوتاه رئيس مجلس الادارة هو الذي أسس صندوق القرض الحسن بالبنك
وهو الاول على مستوى البنوك الاسلامية وموله من أمواله الخاصة.

خطوات العمل بصندوق القرض الحسن

تتضمن ما يلي : -

١- طلبات القرض الحسن :
● صرف طلبات القرض الحسن لطالبي القرض ( رهن، طلب قرض وعقد الكفاله )
والرد على أسئلة المقترضين واستفساراتهم المتعلقة بذلك.
● تلقي تلك الطلبات بعد استيفاء بياناتها و التوقيعات اللازمة لها والتحقق من توافر
المستندات المرفقة رهي صورة جواز السفر وشهادة لمن يهمه الأمر من جهة
العمل وذلك لكل من طالب القرض والكفيل .. بالاضافه الي المستندات التي تثبت صحة
طلب القرض الحسن والحاجه الماسة اليه.
● الاستفسار عن موقف المقترض والكفيل من الكمبيوتر وطبع كشف بذلك وارفاقه
بطلب القرض.
● تجميع تلك الطلبات وترتيبها ثم تقديمها الي اللجنه حال انعقادها او وقت الطلب ، ثم
استلامها بعد الجلسة من مقرر اللجنه، وتحرير شيك بقيمة القرض لكل معامله ، والاتصال
بالمقترضين لاستلام الشيكات الخاصة بهم، ويتم التسليم بايصال استلام، أو باضافة الشيك
لحساب المقترض بالبنك ، واخذ شيكات بقيمة اقساط السداد لحفظها بحافظة الشيكات
المعده لذلك.

٢- ادخال بيانات المعامله لبرامج الحاسب الآلي وهي : برنامج ملف القرض ، برنامج
ضمانات القرض ، ملف اقساط القرض الحسن ويتم بعد ذلك حفظ مستندات كل معامله
بملف خاص بها .

٣- المراجعة المستنديه اليوميه وتشمل . مراجعه قائمه الأقساط المستحقه وقد سددت ،
قائمه التوريدات النقديه، بيانات المعاملات الجديدة.

٤- الضبط الحسابي الشهري : ويتضمن : حساب صندوق القرض بالبنك ( كشف حساب

البنك )، إجمالي الشيكات المستحقة والمسددة خلال الشهر ( قائمة بالحاسب الآلي ) ،
أرصدة المقترضين ( قائمة أرصدة عملاء القرض الحسن حتى نهاية الشهر ) ، هذا ويتم
ضبط حسابات صندوق القرض الحسن كالآتي :

<u>النفقات :</u>
* جملة المبالغ المودعة لحساب تمويل القرض الحسن ( الحساب النظامي

– التزامات البنك مقابل القرض الحسن
رقم ( ٠١/٩٥٠/٠١/٠٩٩ )          ..............

<u>الاستخدامات :</u>
* رصيد حساب صندوق القرض الحسن
بكشف ح/ البنك          ......
* إجمالي أقساط القرض الحسن تحت
التحصيل ، وهي مبالغ مؤجلة في
ذمة المقترضين بعضها لم يستحق
وبعضها مستحق ولم يسدد          ......          ..............

فإذا وجد أي فرق لئم البحث عنه ، ويمكن استنتاج أي بند من هذه البنود الثلاثة بدلالة
البندين الآخرين كنسم حسابي كالآتي :

*رصيد تمويل القرض الحسن *          ..............
يخصم منه :
*رصيد حساب صندوق القرض الحسن
بكشف حساب البنك *          ..............

إجمالي أقساط القرض الحسن
ولابد أن يتطابق هذا الإجمالي مع قيمة أقساط القرض الحسن تحت التحصيل أو مع
أرصدة المقترضين :
٥– متابعة الشيكات المستحقة ولم تسدد وإحالة البعض – بعد موافقة اللجنة – إلي القسم
القانوني .
٦– إرسال إخطارات إلي المقترضين ( الغير منتظمين في السداد ) لانتكلاء . ويتم ذلك
في آخر الأسبوع من كل شهر .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002644

٥٦

٧- التيات الثابتة الصادرة في سجل شركات مثير نور تحريره .

٨- تسريدات تنذيم . ويتم قبول قيمة الأقساط نقدا في حالة الأقساط المستحقة ولم تسدد عن طريق الخصم من حساب المقترض، أو بالنسبة للمقترضين الذين لا يحتفظون بحسابات لهم لدى بنك دبي الإسلامي .

٩- تأجيل الأقساط : أحيانا يتقدم المقترض بطلب تأجيل سداد قسط أو أكثر لظروف خاصة وبعد موافقة اللجنة أو مقررها يتم أعادة جدولة الأقساط التي لم تستحق بناء على هذا التأجيل وهو برنامج بالحاسب الآلي .

١٠- اذا ما استحق القسط فأنه يتم التشبيك أوتوماتيكيا بصفة يومية على حساب المقترض وبعد مضي شهر دون تحصيل للقسط فان الحاسب الآلي يقوم بالخصم على حساب الكفيل ، ويكون قد تم اختيارهما بأن القسط لم يسدد في موعده وسيتم الخصم على حساب الكفيل

هذا مع ملاحظة أن صندوق القرض الحسن يتمتع بالآتي :

١- لجنته أدارية تدير عملية المراقبه على الصرف وهي متشكله بقرار رئيس مجلس الإدارة استنادا إلى الباب السادس من النظام الأساسي .

٢- له لائحة تنظم العمل به .

٣- يخضع لاشراف المراقب الشرعي أداريا .

٤- نشأ الصندوق تنفيذا للماده ٧١ من النظام الأساسي للبنك .

٥- صندوق خدمي ولا يتقاضى من المقترضين أي مصروفات أو أرباح .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002645



صندوق الزكاة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٥٧

ب – صندوقي الزكـــــاة :

أنشئ صندوق الزكاة بموجب الباب السادس من النظام الأساسي للبنك (المادة ٧٢ و٧٣)
ليقوم بتلقي الزكاة وصرفها على المستحقين . ويتولى ادارة الصندوق لجنة تم تشكيلها
بقرار من مجلس ادارة البنك رتخول بكافة الصلاحيات اللازمة لسير العمل .

– خطـوات العمل بصندوق الزكاة :

– صرف طلبات الزكاة للمتقدمين من أفراد وهيئات واعادة استلام الطلبات
المتقدمين .

– بحث اجتماعي حيث تستدعي بعض حالات المتقدمين عمل زيارات ميدانية للحالة
وتدوين الملاحظات حسب النموذج رقم ٦ زكاة .

– عرض الطلبات على اللجنة حيث تنعقد الجلسات بشكل دوري أو عندما تكـون
هناك حاجة .

– الاتصال بالمستحقين والمصرف لهم حيث يقوم الموظف المختص بالاتصال
بالمستحقين وعند الحضور يتم تسليمه الشيك الصادر باسمه ، واحيانا يتم
الصرف للمستحق نقدا من خزينة القسم ، واحيانا أخرى يتم تحويل المبلغ الذي
تقرر صرفه بحوالة بريدية أو استصدار شيك مصرفي باسم المستحق بناءا على
طلبه ، رقد يتم التسليم عن طريق أحد أعضاء اللجنة للمستحق في موقعه أو
عن طريق من تثق فيه اللجنة ، وأكثر ما يحدث هذا في طلبات الجهات
الخيرية الخارجية أو الأسر المتعففة .

– التبرعات : يقوم موظف الصندوق بتحرير ايصال بتلقي زكاة وتسليمه
للمتبرع ويتم توريد المبلغ الى حساب الصندوق بالبنك كما تقبل تفويضات
المودعين والمساهمين بخصم مبلغ محدد من حساباتهم أو باحتساب الزكاة على
حساباتهم أو اسهمهم وخصمها حسب النموذج رقم ٣ زكاة وهو خاص
بالمساهمين ونموذج رقم ٤ زكاة وهو خاص بالمساهمين .

– الحسابات : رتبط المجموعة الدفترية المستخدمة بصندوق الزكاة لاثبات حركة
الايداعات والمصروفات مثل سجل المستحقين من الافراد ، وسجل المستحقين من
الهيئات : سجل شيكات صادرة ويتم من خلاله مراقبة حركة الشيكات الصادرة .

– ميزانية صندوق الزكاة : يتم شهريا بحصر المنصرف للافراد والهيئات ومراجعة
كشف حساب الصندوق بالبنك وفي نهاية كل ثلاثة أشهر يقوم مراقبة الصندوق
بعمل ميزانية ربع سنوية للصندوق تتضمن الايرادات التي تشمل ترصيد تقدم
بحساب الصندوق بالبنك والايداعات المتلقية خلال الفترة . كما تتضمن
المصروفات للمستحقين من الافراد والجهات الخيرية .



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



بحوث الاقتصاد الإسلامي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002648

بحوث الاقتصاد الإسلامي

أهمية بحوث الاقتصاد الإسلامي : –

اعداد البحوث والدراسات الشرعيه والاقتصادية
المتعلقه باعمال البنك ، والعمل علي تدعيم دور البنك الثقافي والاعلامي بحضور
المؤتمرات والندوات الاسلامية المحليه والخارجية ، كما يقوم القسم بمساعدة الباحثين في
توفير مايحتاجونه لاعداد البحوث والدراسات ورسائل الماجستير والدكتوراه ..
بالاضافة الي ما سبق فان القسم يقوم باعداد الدراسات الشرعيه والاقتصادية الخاصة
بالادارة العليا ولا يتوقف عمل القسم عند حد معين بل يتجدد باستمرار حسب مصلحة
العمل، وحاجة الادارة العليا نذرنجز ذلك فيما يلي :

أولا : البحوث الاقتصادية :

١– تجري البحوث الاقتصاديه وفق طلب الادارة أو كطلب رئيس مجلس الادارة لتمثيل
البنك في ندوات نقيه أو مؤتمرات علمية تعالج قضايا اقتصادية أو مقترحات تخدم مسيرة
البنك الاسلامي، وتدعم نشاطيا.

٢– يتم طرح موضوع البحث عن طريق رئيس مجلس الادارة
أو بالاختيار من قضايا مطروحة للبحث علي ساحة المصارف الاسلاميه ، أو موضوعات
سوف يتداولها النقاش في مؤتمر أو ندوة ..

٣– يتم تحديد الهدف من البحث والمناقشه علي خطته من قبل رئيس مجلـــــــ
الادارة

٤– يتم كتابة مذكرات تفسيرية عن أنشطة البنك ودوره بين القطاعات الاقتصاديه أو بين
البنوك الاسلامية أو بيان مدي مساهمته في معدلات النمو الاقتصادي أو شرح الصيغ
الاستثماريه التي يتدمجا البنك الي غير ذلك، اما لزوم النشر في دوربات أو النشاش في
ندوات أو حلقات البحث.

اصدارات بحوث الاقتصاد الاسلامي :–
١ – أصدر القسم العديد من البحوث والدراسات الاقتصادية أثناء المشاركة في المؤتمرات
المحلية والخارجية ومن هذه الاصدارات ما يلي : –



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002649

٥٩

١ – تهيئة الاجراء لاستكمال تطبيق التشريع في المجال الاقتصادى
٢ – أفق الاستثمار في دولة الامارات
٣ – دور البنوك الإسلامية في التنمية
٤ – دور القطاع المصرفي في اطار اقتصاد اسلامي
٥ – بيوع المرابحة
٦ – اساليب المصارف الاسلامية في مجال الدعوة الإسلامية
٧ – صيغة مقترحة لشركة اسلامية للتأمين واعادة التأمين
٨ – ندوة أفق الانتشار في دولة الامارات
٩ – التعاون في ظل الاسلام أساس لتنمية المجتمعات
١٠ – المصارف الاسلامية ضرورة لتنمية الاجتماعية
١١ – الفتوى والرقابة الشرعية بالبنوك الاسلامية
١٢ – تصور لأعمال لفروع الاتحاد الدولى للبنوك الاسلامية
١٣ – أيها اكثر تمثلا للبنوك المركزية والنظام المصرفى الاسلامي أم النظام التقليدى
١٤ – التعريف بالبنك
١٥ – فتاوى شرعية للأعمال المصرفية
١٦ – الانسان أساس للمنهج الاسلامي في التنمية الاقتصادية
١٧ – نداء الى المسلمين كافة
١٨ – مسيرة العطاء
١٩ – الأصل المصرفية والاستشارية في ضوء التشريع الاسلامية
٢٠ – طبيعة المصرف في ظل النظم الرأسمالية والاشتراكية
٢١ – المصارف الاسلامية ضرورة لتنمية الاقتصادية والاجتماعية
٢٢ – مشروع صندوق الاستثمار والأوراق المالية الاسلامية
٢٣ – النظام المصرفى الاسلامي نظام تعاونى
٢٤ – التعاون في ظل الاسلامية أساس لتنمية المجتمعات

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002650

٦

١- يصدر القسم مجلة الاقتصاد الإسلامي وهي مجلة شهرية تتضمن العديد من المعروضات المتعلقة بالفتاوي الشرعية، وأخبار العالم الإسلامي، والدراسات الاقتصادية، إضافة إلى موضوعات أخرى متعلقة بالبنك والبنوك، والمؤشرات الاقتصادية المحلية، ولقاءات وتحقيقات.

ثانيا : مكتبة البنك :

١- مكتبة خاصة بالبنك والعاملين والرقابة الشرعية وقسم بحوث الاقتصاد الإسلامي، ومجلة الاقتصاد الإسلامي.

٢- يتاح الاطلاع فيها لكل باحث أو طالب علم أو أي موظف بالبنك.

٣- غير مسموح فيها بالاستعارة العامة.

٤- تحتوي المكتبة على مجموعة من المراجع العلمية والكتب وخاصة الفقه الإسلامي والاقتصاد والبنوك الإسلامية.

٥- أنشئت المكتبة ورتبت محتوياتها بشكل موضوعي بحيث يتم تخصيص مكان محدد لكل فرع من فروع المعرفة، فمكان محدد لمراجع الفقه الإسلامي وآخر للاقتصاد الإسلامي وغيره لمراجع علم التفسير ........ وذلك كالآتي :

١- العقيدة.
٢- علوم القرآن.
٣- علوم السنة النبوية.
٤- الفقه الإسلامي.
٥- علوم الاقتصاد الإسلامي.
٦- البنوك.
٧- الأبحاث.
٨- موسوعات وثقافة.
٩- كتب عامة ومترجمة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



مجلة الإقتصاد الإسلامي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٦١

هيئة الاتحاد الاســـلامي

١ – صدر العدد الأول منها في سبتمبر عام ١٩٨١م وأسسها الحاج سعيد لوتاه،
رئيس مجلس إدارة بنك دبي الاســلامي ، ويصدرها قسم بحوث الاقتصاد
الإسلامي وتهدف الى : –

– نشر الفكر الاقتصادي الإسلامي .
– الترويج لأعمال المعارف الإسلامية وزياده الوعي المصرفي الإسلامي
– الاهتمام بأمور الدعوة الإسلامية التي تخدم المسلمين كافة .
– الدفاع عما يثار حول البنوك والمؤسسات الإسلامية وأمانيا ونشر الفتاوى
والأبحاث والدراسات الفقهية والاقتصادية في هذا المجال .

٢ – يسير العمل بالمجلة من خلال فريق عمل يقوم كل فرد بعمل يتكامل مع
الآخرين و يأتي في مقدمة المسئولين السيد/ رئيس مجلس الإدارة توجيهاته
يتشكيل لجنة الإشراف على مجلة الاتحاد الإسلامي وكذلك جوانب المستقبل

المشتملة بها بعضويه كل من السادة :

صيد ناصر لوتاه          عضوا
أحمد قايس حميد          عضوا
محمد عبد الحكيم زبير     عضوا ومقررا

وكلفت اللجنه في القرار الإداري رقم ٧/ ١٩٩٣/٤٢ بتاريخ ١٩٩٣/٤/١٢م
بالسهر على تحقيق أهداف مجلة الاتحاد الإسلامي وأتباع السياسات اللازمة
لتنفيذها .

٣ – وتمارس اللجنة واجباتها وفق اللائحه التنظيميه التي تضمنها قرار تشكيلها
وقد حددت اللائحه التنظيميه للقرار الإداري المذكور اختصاصات اللجنه
وصلاحياتها ونطاق إشرافها على النحو التالي :

أولا : الإشراف العام على الهيئة ويتضمن الاتي :
١ – مراجعه أبواب كل عدد وقراراتها والموافقه على المعروضات التي
يتضمنها العدد قبل النشر .
٢ – الحق في نشر أو منع نشر أي نص يخالف سياسه المجلة قبل الطبع
٣ – اقرار الاعلانات قبل نشرها للتحقق من عدم تمارضها مع اضناف
سياسات المجلة الإعلانية .
٤ – دراسه العقود المبرمه مع المسير وأبرامها  مع كذا الجهات ذات
الصله بأمانى المجلة كالموزع عين والمعلنين والمراسلين ،
المدحين والكتاب وشركات الاعلان .
٥ – إبرام أي تعاقد مع النشر يتأثر ساماه المجلة أدبيها أو تصحيحها
أو تربيحها أو الاعلان منها أو الاعلان منها .

مدير التحرير ( مسئول التحرير )

ويختص بالقيام بالمهام التالية :

١- استلام المواد الصحفية الواردة من الصحفيين المحليين والمراسلين والمندوبين والكتاب وغيرهم والاطلاع عليها .

٢- اختيار العناوين الرئيسية للموضوعات والفقرات والعناوين الجانبية للموضوعات التي ستنشر في المجلة بما يتفق مع الأعراف الصحفية المعمول بها ربما بلا يتعارض مع خط المجلة وأهدافها رئاستيا تمثله .

٣- اختيار تصوير المناسبة لكل موضوع لتنشر معه بحيث تكون معبرة عن المعنى تمام المثال ان تكون بدون أي مخالفة للقيم والأخلاقيات الاسلامية المتعارف عليها .

٤- توجيه المراسلين والمتعاونين والصحفيين المحليين تسجل الموضوعات المطلوبة بالطريقة والأسلوب الذي يخدم الموضوع أولا ومن ثم أهداف المجلة ثانيا .

٥- الاشراف على عمل الماكينات الخاصة باخراج المجلة وحجم الايقاظ وتنفيذ الفني لاستخدامها وتوجيه القائم بصف المجلة بالكمبيوتر الي تنفيذ ذلك .

٦- التشاور مع رئيس التحرير باستمرار للاتفاق على التصيغة والصورة النهائية للموضوعات والمجلة قبل النشر .

التحــــرير :

١- ترد اليه المواد الصحفية من الصحفيين المحليين والمراسلين الخارجيين من كل من مصر وقطر والبحرين والسعودية والجزائر والمغرب وغيرها اضافة السي كتابات ومقالات العلماء التي ترد الينا بالبريد أو تسلم بالبريد أو مشاركات القراء فيما اصطلح علي تسميته مساحة للنشر والرأي .

٢- تعرض هذه المواد علي رئيس التحرير لاختيار الأنسب منها للمجلة وسياستها واستبعاد ما لا يتفق مع الأحكام الشرعية أو النتيجه أو سايتنافي مع العادات والتقاليد والاعراف باستثناء ما يتفق مع الأهداف العامة لمجلة الاقتصاد الاسلامي كما ذكرنا .

٣- تعرض المواد المختارة مرة اخري علي المير علي السيد مدير التحرير .

تاكدة مراجعتيا بما يتنى مع أهداف ورئاسية المجلة .

٤- تبدأ عملية ( المراجعه النلية ) وهي المراجعه التي تتم قبل الصف بالكمبيوتر وتيبا يحرص المراجض علي تصحيح الأخطاء تنحريه والمطليبه ( في المواد المطليبه ) وبحرض كذلك علي استب أي عبارة أو جملة غير لائنه أزلا تتراءم مع البدو العام للمجلة كذرب سلامية مختصصة .

٩- بعد مراجعة قسم التحرير للمجلة ، تعرض المجلة على رئيس التحرير لمراجعتها،
ومراجعة الصور والشكل العام للمجلة، لإجراء أي تعديل في الشكل أو المضمون ؛ في
هذه الاثناء يتم الضغط باعداد فهرس المجلة والغلاف واعداد الاعلانات وترقيم
الصفحات .

١٠- يراجع ايضا الفهرس والغلاف والاعلانات على رئيس التحرير، وعلى اللجنة
المشرفة على مجلة الاقتصاد الاسلامي .

١١- ثم بعد ذلك تكون المرحلة النهائية في المجلة وهي وضع الالوان التي تمثل ركنا
هاما في بناء المجلة والتي تلقي الضوء على شخصية المجلة ، ويقوم القسم الفني بعد ذلك
بارسال المجلة المعنية مع متابعة مراحل الطباعة للوقوف على أي عثرات أو مشاكل
وحلها اولا باول .

## رابعا : المراجعة

المراجعة عملية مستمرة في كل مراحل العدد ولكن تزداد اهمية تلك المراجعة النهائية
التي يعقبها صف الفهرس وتصميم الغلاف ، وهي مراجعة موضوعية شاملة لكل مواد
العدد مقارنة بالاصول فتضمن الآتي :

١- مراجعة شاملة لكل المشاورين واعادة النظر في بعضها لاختيار الانسب للموضوع
والاكثر تعبيرا عن سياسة المجلة لابرازه .

٢- حذف وتقليص وسياسة المجلة أو أية عبارات أو معلومات غير صحيحة ، شرعية
كانت أو قانونية أو اقتصادية .

٣- التحقق من تخريج الآيات والاحاديث واستبعاد أية عبارات غامضة أو فيها تكرار أو
زيادة لاحاجة اليها .

٤- مراجعة خريطة العدد التي صممها المخرج لرؤية الاطار العام للعدد لاضافته أو تبديل
أو حذف بعض المراد .

## خامسا : التنفيذ

وتشمل مرحلة التنفيذ الآتي :

١- تصويب الاخطاء الناتجة عن عملية التصحيح ثم المراجعة .

٢- تنفيذ الاخراج الصحفي للعدد على جهاز الكمبيوتر .

٣- التنسيقات الفنية للعدد سواء للاعلانات أو الغلاف أو الرسومات التوضيحية أو
الجداول وبصفة عامة الشكل النهائي لكل صفحة .

٤- تحديد مقاسات وأماكن الصور على رتبت نص أي مادة صحفية .

٥- تحديد الخطوط والانماط التي تكتب بها العناوين والاعمدة والنصوص عامة ، ويتم تبنك
كل ماسق ذكره على جهاز الكمبيوتر.



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٦-يتم تحديد الألوان كليا بطريقة يدوية قبل تسلم العدد فى شكله النهائى الى المطبعة لتقوم

بسحبه على ماكينات تنطيط وطبع العدد .

٧-يبدأ بعد ذلك مرحلة استلام العدد مطبوعا ، وهكذا دواليك تستمر منظومة العمل .

القسم الإدارى - التوزيع :

• اثناء المرحلة النهائية قبل الطباعة يقوم القسم الإدارى بتجهيز الغلاف الذى سيرسل
داخله المجلة للمشترك وذلك من خلال قوائم أسماء المشتركين فى المجلة كما يتم تجهيز
كشوف بأسماء الأفراد والمدربين فى بند الهدايا لارسالها ليوم فى موعد أقصاه الأول أو
غرة الشهر العربى وهو موعد صدور المجلة الشهرى .

• الاتصال مع شركات التوزيع المسئولة لاستلام الأعداد والقيام بعملها أولا بأول حتى
تضمن وجود المجلة فى المكتبات والأسواق فى موعد مناسب ونحرص على أن تأخذ
شركه التوزيع المسئولة حصتها من الأعداد من المطبعه رأسا حتى نوفر الوقت والجهد
يتابع القسم الإدارى اتصاله بالمطبعه وشركات التوزيع ويرد على استفسارات المشتركين
والقراء .

• ويجرد وصول المجلة من المطبعه تبدأ اجراءات شحن الاعداد المخصصة لكل بلد

• واجراءات ارسال الاعداد المقررة للمشتركين فى الامارات والدول العربية والأجنبية .

الحسابات :

• ومن واقع العدد الجديد من المجله يبدأ قسم الحسابات فى حساب مكافأة الكتاب
والمراسلين والمتعاونين مع المجلة ويقوم قسم الحسابات ايضا بتلقى الاعلانات وحساب
قيمتها ويقوم بتحصيلها بالتعاون مع مسئول الاعلانات من الشركات والهيئات المعلنه

وبايجاز تتم اعمال الحسابات كالتالى :

١-تحرير سندات قبض بالمبالغ الواردة والخاصة بالاشتراكات .

٢-تحرير سندات قبض بالمبالغ الواردة والخاصة بمبيعات المجلة والمجلدات .

٣-تحرير سندات قبض بالمبالغ الخاصة بالاعلانات .

٤-تحرير الفواتير الخاصة باشتراكات ومبيعات المجلة واعلانات المؤسسات والهيئات
وشركات التوزيع

٥-تحرير سندات قد ترمى باوامرات المجلة ترسلنا بها سندات القبض والروشتات التوريد
المخزينة وصور ايداع الشيكات .

٦-حفظ صور الفواتير الأصلية فى ملف خاص .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٧-متابعة الدوائر التي لم تسدد .

٨-بيان شهري بايرادات المجلة .

٩-بيان شهري بمصروفات المجلة .

١٠-ميزان مراجعة .

أرشيف المجلة :

يعتبر الأرشيف بمثابة ذاكرة المجلة الوثائقية التي لاشئى عنها للمحرر والمخرج والباحث
ويحتوى الأرشيف على الآتي :

* الصورة :

نظرا لما تتمتع به الصورة من أهمية كبرى فقد تم وضع خطط على المدى القريب والبعيد
حتى يتم عمل أرشيف متكامل يساهم بشكل مباشر في نجاح المجلة ، ولكى تتم عملية
الأرشفة بحيث يمكن استدعاء أي صورة بسهولة ويسر وكذلك ادخال أي صور جديدة –

ويمكن تحقيق ذلك من خلال المراحل الآتية :

* تجميع الصور وحصرها من مصادر متعددة ( كالمجلات والصحف والمصورين ) بعد
ذلك تمص الصور من المجلة أو الصحيفة وتلصق على ورق لمباتيا ، مع فصل الصور
الشخصية عن غيرها من الصور .

* تصنيف الصور ،وتفرز وترتب أبجديا .

* ترضيع الصور الشخصية في مظاريف لكل شخصية على حدة برقم مسلسل وتسجل في
سجل للصور الشخصية بنفس الرقم المثبت على المظاريف وفق الترتيب الأبجدى
للصورة:

* لكل حرف هجائي أرقام مسلسلة تبدأ من واحد – الى مالانهاية .

* بالنسبة للأسماء التي لها أسماء شهرة فإن الصورة توضع حسب الحرف الأول من اسم
الشهرة على أن يسجل الاسم بالكامل أيضا حسب الحرف الأول من بداية الاسم مع ملاحظة
أن يكتب بجوار الاسم في سجل الصور بالملاحظات ( يرجع الى اسم الشهرة ) وبالتالي
فإن ذلك يسهل استدعاء الصورة بسهولة سواء حسب اسم الشهرة أو حسب الاسم بالكامل،

* بالنسبة للصور العامة الأخرى فانها تجمع وتفرز حسب الحروف الهجائية أيضا
وتسجل في سجل مستقل على أن يكون لكل حرف مجموعات ، ولكن مجموعة قابل خاص
بها مثل : تعليم ، اقتصاد ، مباحث ، حروب ، موارد ، خيال،
بلديات ، ثابت ، بنار ، تمرن ، زراعة ، صناعة ........ الى أخره ،ويتم اضافة أي
صورة جديدة بسهولة كما يتم استدعاء أي صورة بسهولة أيضا بواسطة سجل الصور.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002657

قسم الشؤون الإدارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣١٤ -

## قسم الشئون الادارية

يقوم قسم الشئون الادارية بالاعمال التالية:

١ - متابعة تنفيذ الخطط الموضوعة من قبل المسئولين في البنك بشأن الاحتياجات من الايدي العاملة .

٢ - مراجعة طلبات التوظيف التي تم اعتمادها من قبل المسئولين ، والتحقق من اكتمال تلك الطلبات للشروط المطلوبة .

٣ - الاعلان في الصحف والمجلات عن الوظائف الشاغره في البنك .

٤ - ترتيب مواعيد المقابلات اللازمة لاختيار المرشحين للوظائف وتحديد مواعيد الاختبارات الفنية والشرعية .

٥ - حفظ الطلبات مع نتائج الاختبار للعودة اليها عند الحاجة ، واعلام المرشحين للوظيفة والذين تقرر عدم صلاحيتهم للوظيفة بالاعتذار لهم .

٦ - اعداد عروض العمل الخطية للمرشحين شاملة شروط التوظيف بعد اعتمادها من المسئولين في البنك .

٧ - تأمين استخراج تأشيرات العمل ، أو نقل الكفالة ، وتعديل الوضع لمن وقع عليهم الاختيار في الوظيفة .

٨ - اعداد الملفات الخاصة بالموظفين والتي تحتوي على صور من مستندات وعرض العمل وقرار التعيين ، وصورة جواز السفر ، وجوازات سفر العائلة ان كانوا مقيمين معه .

٩ - اعداد برامج التعريف والتدريب للموظف الجديد للتعريف والتدريب على أقسام البنك .

١٠ - عرض التقارير الخاصة بالموظفين الجدد أو المتدربين على المسئولين لاجراء اللازم نحو تثبيتهم في الدرجة أو عدم صلاحيتهم للعمل بالبنك وذلك حسب تقرير رئيس القسم المباشر لهم .

١١ - تجديد وتعديل عقود العمل طبقا لقوانين العمل التي تحددها الجهات المختصة وهي دائرة العمل ، ودائرة الجنسية وغيرها .

١٢ - الاحتفاظ بجوازات سفر الموظفين ونسخ من عقود عملهم وصور من بطاقات العمل ضمن الاجراءات المتبعة بالقسم ولا تسلم للموظف الا عند سفره بأجازة أو الحاجة الي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002660

إنهاء إجراءات رسمية ، وتحفظ الجوازات بخزانة حديدية تحت مسؤولية موظف
الجوازات بقسم الشؤون الإدارية طوال فترة عمل الموظف في خدمة البنك •

١٣ — اتخاذ التدابير الخاصة بالغياب والانقطاع عن العمل والالتزام بساعات الدوام
الرسمي حسب لائحة الجزاءات •

١٤ — القيام بإجراءات منح الموظفين بدلات السكن والأثاث ، والانتقال ، وتذاكر السفر
والبدلات ، والعلاقات الأخرى ، والتأمين الصحي ، حيث يناط بقسم الشؤون الإدارية
القيام بإجراءات صرف البدلات المذكورة في مواعيد استحقاقها •

١٥ — تسديد رواتب الموظفين بالتحويل لحساباتهم الخاصة بالبنك •

١٦ — متابعة السجلات والبيانات الخاصة بالموظفين ورفع التقارير لإدارة البنك عن أية
مخالفات أو تجاوزات بهذا الشأن •

١٧ — عرض تقارير تقييم الأداء للموظفين على لجنة شؤون الموظفين للاطلاع عليها والتي يتم
على أساسها ترقيات الموظفين وتعديل رواتبهم أو بمعنى آخر اتخاذ القرارات المناسبة
بشأن الموظفين •

١٨ — إرسال طلبات التدريب التي جرت الموافقة عليها إلى معهد التدريب المصرفي ثم إعادة
تلقي الردود من المعاهد التدريبية ومن ثم إخطار الموظف المعني بذلك •

١٩ — تجميع دفاتر الحضور والانصراف للموظفين في المراكز المخصصة لذلك حيث يتم
حصر حالات التأخير والغياب اليومية وإجراء اللازم ، وقد يتم احتساب التأخير عن
موعد الحضور الرسمي خلال الـ ١٠ دقائق الأولى ويؤدي تكرار ظاهرة التأخير إلى
فرض الجزاءات على الموظف عملا بأحكام لائحة شؤون الموظفين •

٢٠ — إصدار القرارات والتعاميم الإدارية الخاصة باللوائح التنظيمية على جميع أقسام وفروع
البنك حسب توجيهات الإدارة وكذلك في حالات العطلات الرسمية والأعياد وخلافه •

٢١ — متابعة تنفيذ إجراءات الإجازات السنوية للموظفين وتذاكر السفر •

٢٢ — متابعة إجراءات الإجازات المرضية للموظفين ، وحالات الغياب غير المبرر واتخاذ
الإجراءات بشأنها •

٢٣ — إعداد ومتابعة الإجراءات الخاصة بإجازات الحج — الأمومة والولادة — والإجازات
الدراسية •

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002661

٢٤ - عمل اجراءات انهاء الخدمة في نهاية مدة العقد للموظفين ، واجراءات انهاء الخدمة
بسبب الاستقالة .

٢٥ - تجميع الموضوعات التي تحتاج للعرض على لجنة شئون الموظفين للبت فيها ، وعمل
جدول أعمال بهذه الموضوعات وترزيعه على السادة أعضاء اللجنة قبل الاجتماع .

٢٦ - حضور اجتماعات لجان شـؤون الموظفين الخاصة بالتوظيف أو تقييم اداء الموظفين
ويناط بقسم الشـئون الادارية لأمانة سـر اللجنة ومن ثم تنفيذ التعليمات والتوصيات
الصادرة من اللجنة بهذا الخصوص .

٢٧ - المشاركة في لجنة التحقيق مع الموظف في حالة مخالفته التي تستدعي ذلك .

٢٨ - أعداد ملف خدمة الموظفين والذي يحتوي على مختلف المستندات التي تتعلق بالموظف
منذ تعيينه حتى نهاية خدمته .

٢٩ - القيام بادخال بيانات الموظفين ضمن الحاسب الآلي بالقسم وتلك البيانات متعلقة بالراتب
الاساسي - الفرع - الدرجة الوظيفية - المسمى الوظيفي - تاريخ التعيين ، أضافة الى
بعض البيانات الاخرى مثل :

- ادخال بيانات البدلات التي يتقاضاها الموظف بالاضافة الى راتبه الاساسي مسلسلة
حسب أهمية البدل .

- ادخال بيانات المؤهلات الدراسية طبقا لدرجته العلمية وتخصصه وتاريخ الحصـول
عليه .

- ادخال بيانات الخبرات السابقة لكل موظف حسب المدد الواردة في شـهادات الخبرة
التي قدمها عند تعيينه .

- ادخال بيانات أسرة الموظف المقيمين معه في الدولة لتحديد المستحقين منهم لتذاكر
السفر والاجازات والتأمين الصحي .

٣٠ - اصدار الشـهادات لمن يهمه الأمر وشـهادات راتب للموظفين لتسـهيل اجراءات الموظفين
لدى الدوائر الرسمية داخل الدولة حيث تعطى النسخة الاصلية لطالب الشهادة ويحفظ
نسخة منها في ملف خاص بالشـهادات الادارية .

٣١ - أية اجراءات أخرى يطلب تنفيذها بتكليف من الادارة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002662

من الأعمال الأخرى لقسم الشؤون الإدارية:

١ - متابعة إجراءات الصيانة على مباني ومعدات وإثاثات البنك وإصلاح الأعطال فيما
بالتعاقد مع الشركات المتخصصة.

٢ - توفير مشتريات الأثاث لأقسام البنك كافة بعد الاعتماد من الإدارة.

٣ - التعاقد مع شركات النظافة لتأمين نظافة البنك.

٤ - الإشراف على العلاقات العامة والتحضير لاجتماعات الجمعية العمومية واجتماع مجلس
الإدارة وترتيب استقبال ضيوف البنك.

٥ - الإشراف على وحدة أرشيف البنك الذي يحتوي على المستندات الخاصة بالبنك منذ
إنشائه وحتى تاريخه.

٦ - القيام بأعمال خدمات البريد الصادر الداخلي والخارجي وكذلك البريد الوارد الخارجي
والداخلي.

٧ - الإشراف على حسن خدمات التلكس والفاكس لخدمة المعاملات المتداولة بين البنك
والجهات الأخرى التي يتعامل معها.

٨ - الإشراف على خدمات توفير المياه النظيفة، وتأمين تشغيل الكهرباء بمبنى البنك
وتوفير الفني المختص لإصلاح العطل.

٩ - الإشراف على أعمال حراسة البنك والجراج بالفترة الصباحية والمسائية.

١٠ - الإشراف على مرافق سيارات البنك، وتوفير وسائل الانتقال، وخدمات فروع البنك
المختلفة.

١١ - الجرد السنوي لمحتويات البنك من أثاث وأجهزة بناءً على تعليمات الإدارة بنهاية السنة
المالية.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002663

قسم المشاريع الصناعية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002664

قسم المشاريع الصناعية

<u>وصف المهام والواجبات</u>

١-  الإشراف على جميع المشاريع التي يساهم البنك في رؤوس أموالها رمتابعة تطـور مـسدد
المشاريع بما يضمن حفرق البنك ولتحقيق الأهداف المرجوة من هذه المساهمات.

٢-  القيام بإعداد دراسات الجدوى الاقتصادية أو مراجعة الدراسات التي تقدم مـن جهـات
خارجية لإنشاء مشاريع جديدة.

٣-  القيام بالأعمال والإجراءات الضرورية لتأسيس المشاريع التي تتم الموافقة عليها من قبـل
البنك وذلك بالتعاون مع الأقسام الأخرى ذات العلاقة، ويشمل ذلك إجراء الاتصالات
مع الجهات الحكومية المختصة بالترخيص أو الجهات الاستشارية أو المصنعين .. الخ.

٤-  المشاركة في اللجان الإدارية أو مجالس إدارات الشركات التي يساهم فيها البنك حسـب
ما يتم الاتفاق عليه وبما يضمن تمثيل البنك على مستوى يتناسب مع نسبة مساهمته
في المشروع.

٥-  القيام بالزيارات الميدانية للمشاريع للتأكد من حسن سير العمل فيها في جميع اخـالات
الإدارية والإنتاجية والمالية ... الخ، وكذلك زيارة المنشآت المشابهة أو المصنعة لسـلالات
للرقوف على آخر التطورات في المجالات التي يساهم فيها البنك.

٦-  الاحتفاظ بملفات منتظمة لجميع المشاريع الـتي يساهم فيهـا البنـك والإشـراف
على المراسلات المتعلقة بهذه المشاريع.

٧-  تقديم التقارير الدورية لإدارة البنك عن سير العمل، وربحية المشاريع ونسبة المسـاهمة
والحالة الفنية للمشروع، أحوال السوق وغيرها من المعلومـات الضروريـة للوقـوف
على مدى نجاح الاستثمار.

٨-  إنجاز أية أعمال أخرى ذات علاقة تكلفه بها إدارة البنك.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002665



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



قسم الائتمان

مهام وواجبات قسم الائتمان :

يقسم الائتمان بالواجبات التالية :

١- اقتراح وتنفيذ سياسات وأنظمة واجراءات البنك المتعلقة بالتسهيلات المصرفية
والائتمانية ودراسات الجدوى الاقتصادية للمشاريع المحلية والخارجية بالتعاون مع قسم
العلاقات الدولية المطلوب تمويلها بما يتفق مع أحكام الشريعة الاسلامية .

٢- استقبال المتعاملين مع البنك الراغبين بالحصول على تسهيلات تزيد عن حدود
صلاحيات الفروع والرد على أسئلتهم واستفساراتهم، وشرح أسس وقواعد وأنظمة
التمويل ، والتسهيلات المصرفية والائتمانية التي يقدمها البنك للمتعاملين واستكمال
طلبات التمويل المقدمة منهم ، وارفاق البيانات والوثائق اللازمة مع هذه الطلبات.

٣- استقبال طلبات الفروع الخاصة بمنح التسهيلات الائتمانية للمتعاملين ، وتقديم التوصيات
بشأنها وتمريرها الى لجنة التسهيلات المصرفية بالمركز الرئيس لاتخاذ القرار بشأنها .

٤- اعداد جدول اعمال لجنة التسهيلات حسب أهمية الطلبات من ناحية النوعية، واستفادة
البنك وحاجة العمل من ناحية اخرى .

٥- متابعة التنفيذ لقرارات لجنة التسهيلات الائتمانية بالمركز الرئيسي فيما يتعلق
بالتسهيلات المصرفية المقدمة للمتعاملين مع البنك .

٦- اعداد دراسات الجدوى الاقتصادية للمشاريع المقدمة من المتعاملين بغرض التمويل
ويشمل ذلك دراسة الجوانب الفنية، والقانونية، والتسويقية، والمالية، والضمانات المقدمة
للمشروع بالتعاون مع الفروع والأقسام الاخرى بالبنك والمؤسسات المحلية والاستشارية
خارج البنك .

٧- تنفيذ تعليمات مركز المخاطر بالمصرف المركزي من حيث الابلاغ عن مديونيات
المتعاملين والاستفسار عن المركز عن حجم التسهيلات المصرفية للمتعاملين الجدد:

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

وتمرير المعلومات والبيانات المالية الواردة من مركز المخاطر الى ادارة البنك ، وحفظ وبرمجة تلك البيانات في الحاسب الآلي .

- تقديم بيانات وتقارير دورية وثابتة منتظمة للادارة، ولجنة التسهيلات المصرفية عن الأوضاع المالية للمتعاملين مع البنك مستندة على تحليل ودراسة مراكزهم المالية وميزانياتهم وأوضاع الضمانات المقدمة من قبلهم للبنك ، وحجم تسهيلاتهم المصرفية لدى البنوك الأخرى ؛ ويشمل ذلك اعداد كشوف بأسماء المتعاملين ومدى التزامهم في تعاملهم مع البنك ، وحجم مديونيتهم ، وذلك لغرض تحديد موقف البنك من هذه التسهيلات .

٩- دراسة السوق المحلية ، وجمع البيانات ، والاحصائيات عنها بهدف تنمية حجم الاستثمار في السوق المحلي وترشيد قرارات الاستثمار .

١٠- الاحتفاظ بملفات عن جميع المتعاملين مع البنك والتي ترسل طبتها القسم تتضمن الأوراق الثبوتية الخاصة بالمتعامل التي تتطابق مع ملف فتح الحساب المتعامل وحجم سقوف التسهيلات الائتمانية والمصرفية الممنوحة له ومدى الاستفادة من هذه التسهيلات ومتابعة تحديث البيانات بشكل منتظم .

١١- المساهمة بالحملات الاعلانية والتسويقية لأنشطة وخدمات البنك الاستثمارية ؛ واصدار وتوزيع النشرات التعريفية بالبنك وأهدافه ونوعية تسهيلاته ، وأنشطته واستثماراته ، بهدف جذب متعاملين جدد وزيادة حجم الأعمال في السوق المحلي حسب أساليب الاستثمار الاسلامي .

١٢- اقتراح واعداد الموازنة السنوية للقسم ؛ واعداد التقارير والبيانات الاحصائية عن حجم نشاطات وأعمال القسم بشكل دوري .

١٣- التنسيق مع قسم المتابعة والتحصيل بمتابعة التسهيلات المتعثرة والمتنشرة وتقديم التقارير والاقتراحات بخصوصها الى الادارة العليا قبل تحويلها الى قسم التحصيل والمتابعة أن لدى القسم التنفيذي بالبنك ؛ كذلك متابعة القائمة السوداء ومراجعتها دوريا .

١٤- متابعة فروع لتوزيع القسم بكشوف تفصيلية ربع سنوية بالربع الكامل لجميع

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002668

ــ ٧٨ ــ

التسهيلات الممنوحة لمتعاملي الفروع.

اعداد ومتابعة الدورات التدريبية الخاصة بقسم الائتمان لتطوير القدرات الائتمانية والفنية لموظفي القسم.

ـ المشاركة بتنفيذ عمليات التمويل الخارجي بالتعاون مع قسم الاستثمار والعلاقات الخارجية .

٢ـ التعاون مع قسم الحاسب الآلي بوضع البرامج والتقارير الدورية الخاصة بأوضاع متعاملي البنك وحركة حساباتهم وأوضاعهم المالية وأوضاع ضماناتهم مع البنك .

٣ـ تنفيذ توجيهات المصرف المركزي ومدققي الحسابات الخارجيين والداخليين للبنك بخصوص أوضاع المتعاملين مع البنك .

**علاقة قسم الائتمان مع الاقسام الاخرى بالمركز الرئيسي :**

رة العليا للبنك :

يقوم القسم بتزويد الادارة العليا للبنك وأعضاء لجنة التسهيلات بالتقارير الشهرية او ضد الحاجة والتي تتعلق بالتالي :

ـ علاقة المتعاملين مع البنك وأوضاعهم المالية ، وكيفية حركة حساباتهم مع البنك .

ـ دراسة مشاريع الجدوى في المجال التجاري التي تعرضها الادارة العليا وابداء الرأي بشأنها

ـ تقارير ودراسات بخصوص كيفية تطوير العمل الائتماني بالبنك ونجاحه على كافة الانشطة المصرفية والتسويقية والتدريبية .

ـ تقارير عن الديون السيئة والمكشوف بتحصيلها والتي تحتاج متابعة خاصة من اعضاء الادارة العليا

ـ الاحصائيات والدراسات المتعلقة بالنشاط الاقتصادي والمالي في الدولة وبالاخص ذات العلاقة بالقطاع المصرفي .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‮ـ ٨٥ ـ‬

دراسة نموذج طلب التسهيلات الخاص ببنك دبي الاسلامي

(ملحق رقم ٢)

ة الطلب :
ديد ، زيارة ، تجديد .

ان الطلب :
سم المتعامل ، رقم الحساب ، لفرع وتاريخ الطلب .

ر التسهيلات :
ًيمكن تصنيف التسهيلات التي يقدمها بنك دبي الاسلامي بالتالي :

١ـ المرابحات المحلية لشراء بضائع وسيارات .

٢ـ المرابحات المحلية لشراء عقارات وأراضي .

٣ـ الاستصناع لبناء العمارات السكنية والفلل والمستودعات .

٤ـ المشاركات والمضاربات .

٥ـ الاعتمادات المستندية والمرابحات الأجنبية والتي تنقسم الى قسمين : اعتمادات مستندية
الاطلاع واعتمادات مستندية قبول لفترة .

٦ـ الكفالات المصرفية والتي تنقسم الى الأقسام التالية :

ـ الكفالات الابتدائية لدخول مناقصات المشاريع سواء التجارية أو المقاولات
العقارية والصناعية .

ـ كفالات حسن التنفيذ .

ـ كفالات الدفعات المقدمة .

ـ كفالات الصيانة او الحجوزات .

ـ الكفالات المالية لشراء بضاعة او تخليص البضائع من الجمارك .

ـ الكفالات المالية الصادرة لجهات حكومية ( الرخص التجارية واحكام) .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002670

الضمانات :

ثبات بمفهوم قانوني تعني ضمانات تنفيذ التعهد بالإيفاء تقي الدائن من خطر عدم الوفاء
ن وتتيح له استيفاء حقه عند الاستحقاق ، واعطاء الضمانات يكون لصالح طرفي التمويل
ـنيا تعطي للدائن تأمينات من ثمانيا ، خفض نسبة خطر الائتمان فهي بالتالي توفر
رض امكانية اضافية للحصول على تمويل ومن هنا برزت اهمية الضمانات مقابل التمويل
سجت المصارف تستنبط القواعد والقوانين والاعراف والعادات المصرفية ، حيث ان
ـن اختيار ضمانات التسهيلات تزداد اهميته كلما كثرت المخاطر الناجمة عن حجم العمل .

تقسم الضمانات لعدة انواع حسب ما سبق ذكره في تقسيم التمويل حسب نوع الضمان
مذكور . اما الناحية القانونية المحيطة بهذه الضمانات فنترك لقسم الشؤون القانونية تفصيلها

بمات عن المتعامل:

ـ تأسيس الشركة :
ـ الوضع القانوني : فرد/ شركة عادية عامة او محدودة / شركة مساهمة خصوصية
   عامة.
ـ تاريخ التأسيس مع التعرف على التطورات الحاصلة على وضع المتعاملين ذلك التاريخ
   مع الاشارة الى ما اصابه من نجاح او فشل .
ـ اسماء الشركاء وحصة كل منهم ومسؤوليته .
ـ اسماء اعضاء مجلس الادارة واسماء الادارة العامة للمتعامل .


ـ النشاط التجاري :
ـ تجارة مفرق/ جمله او صناعة او خدمات .
ـ وضع منتجات المتعامل في السوق : هل هي مرغوبة ، موسمية او ثابته هل تتأثر
   بالطلب عليها نتيجة العوامل في السوق وتغيير الاسواق وحجم السوق التي يعمل به
   المتعامل .
ـ هل يعتمد المتعامل على تجارة او صناعة صنف محدد او على مجموعة من
   الاصناف .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002671

• هل يعتمد المتعامل على زبون واحد أم اكثر ونسبة حصته من السوق.

• سياسة البيع والشراء والتوزيع للمتعامل والنظر لسياسة الدفع والبيع .

• الحاجة الاقتصادية للمنتج أو الخدمة أو السلعة المقدمة من المتعامل .

• المنافسة في السوق وقدرة المتعامل على مواجهتها وحجمها.

• الوكالات والماركات التجارية التي يروجها المتعامل .

• الإدارة والأيدي العاملة :

- نوعية المدراء وخبرتهم في مجال نشاط المتعامل.

- الخبرة العرفية والأكاديمية للجهاز الاداري للمتعامل.

- مدى الانسجام العامل بين المجموعة المكونة لإدارة المتعامل.

- حصص الملكية لشركاء المتعامل منه .

- عدد الأيدي العاملة وتفصيلها من موظفين اداريين وعمالة اخرى .

- خبرة الأيدي العاملة في مجال نشاط المتعامل .

- رواتب واجور والامتيازات الممنوحة للعاملين .

- نوعية الأيدي العاملة ومدى توفر الأيدي العاملة المنافسة .

- الشركات الزميلة / ذات العلاقة :

- هل للمتعامل شركات زميلة أو ذات علاقة ومدى ارتباطها معه من ناحية تأثيرها على الإنتاج أو السلعة أو الخدمة التي تمس نشاط المتعامل.

- نسبة مساهمة المتعامل في هذه الشركات أو نسبة مساهمة هذه الشركات في المتعامل.

- علاقة ادارة المتعامل بإدارة هذه الشركات.

- التسهيلات الممنوحة للمتعامل من هذه الشركات أو التسهيلات الممنوحة من المتعامل لهذه الشركات.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002672

- ۸۸ -

الوضع المالي لهذه الشركات وعلاقتها الائتمانية مع المصارف الأخرى.

- علاقة هذه الشركات مع المصرف نفسه.

المشاريع المنفذة :
يتم النظر الى المشاريع التي قام المتعامل بتنفيذها أو الدخول فيها وخصوصا بالنسبة للمقاولين والمصانع وشركات الخدمات للاطلاع على قيمتها ومدتها وأصحاب المشاريع وتواريخ تنفيذها وحسن تنفيذ المتعامل لها والتزامه بتسليمها في أوقاتها وأسباب التأخير في تسليمها ان وجدت

- المشاريع تحت التنفيذ ( وزياراتها) :
للاطلاع على قيمتها ومدتها وأصحاب المشاريع وتواريخ بدء العمل بها وتواريخ انتهائها ونسبة الانجاز منها لمعرفة هل سيتمكن المتعامل من تسليمها في أوقاتها أو هناك تأخير ومدى تأثير التأخير على الاعمال الأخرى لدى المتعامل وكذلك تأثيره على التمويل الممنوح له من المصرف وهل سيحتاج الى مساعدة من المصرف لانجازها في أوقاتها والقيام بزيارتها للاطلاع على حقيقة سير العمل والتحدث مع المشرفين والعمال الموجودين في مواقع العمل كذلك الاتصال بأصحاب المشاريع لمعرفة رضاهم عن العمل المنجز من المتعامل.

- المشاريع المزمع الدخول فيها :
للاطلاع على المشاريع المزمع الدخول بها ومدتها وأصحابها لمعرفة قدرة المتعامل على الدخول بها وتنفيذها ومدى تأثيرها على المشاريع التي تنفذها حاليا من قبل المتعامل.

- نبذة مختصرة عن وضع المشاريع الممولة من قبل البنك ونسبة الانجاز :
لمعرفة نسبة الانجاز في هذه المشاريع وقيمة الدفعات المستلمة منها والدفعات المستأخرة والتسهيلات الممنوحة مقابلها وكيفية تسديدها والعلاقة بين الانجاز والالتزام بتسديد التسهيلات عادة تعد هذه التقارير بالتعاون بين قسم الائتمان وقسم المشاريع العقارية.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002673

التعامل مع البنوك :

علاقة المتعامل مع بنك دبي الاسلامي وحركة حساباته :

يتم النظر الى الالتزامات المتعامل الحالية مع البنك والضمانات المقدمة مقابلها وكيفية التزام المتعامل بتسديدها سابقا ولاحقا والنظر الى حركة ونشاط حساباته مع البنك بالاضافة الى النظر الى الالتزامات ونشاط حسابات الشركات ذات العلاقة بالمتعامل مع البنك ، وذلك لمعرفة حجم التزامات المتعامل ومؤسساته مع البنك وذلك لتحديد مخاطرة البنك مع المتعامل ولمعرفة حجم العمل التجارى المعطى من المتعامل ومؤسساته للبنك وربحية هذا العمل للبنك.

ب) علاقة المتعامل مع البنوك الاخرى :

يتم ارسل رسائل وتكات الى المصارف الاخرى التي يتعامل معها المتعامل لمعرفة نوعية علاقة المتعامل مع هذه المصارف وحجميا ومتانتها وانتظامها .

ج) تسهيلات المتعامل مع جميع البنوك حسب تقرير مركز المخاطر للمصرف المركزى :

يتم الاستفسار من مركز المخاطر بالمصرف المركزى على وضعية تسهيلات المتعامل مع البنوك الاخرى قبل منحه التسهيلات للاطلاع على حجمها ونوعيتيا والضمانات المقدمة مقابليا لتحديد حجميا بالنسبة للوضح المالي للمتعامل.

الوضع المالي للمتعامل :

سيتم توضيح هذا البند عند دراسة تحليل القوائم المالية لاحقا.

الاستنتاج والتوصية :

تختلف طريقة التوصيات والموافقات من مصرف الى اخر فينك مصارف تعتمد على تقويم المزايا والكفاءات الخاصة بالمتعامل والقائمين عليه في حين تعتمد مصارف اخرى على تحليل الوضعية المحاسبية والمالية كما تعتمد مصارف اخرى على قيمة التقرض وضماناته وكيفية سداده .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

يتم مزايا المتعامل والقائمين عليه وتعرف هذه بـ "فايف سيز" :

Character of Borrower : لوك المقترض

مطلوب من المصرف أن يتعرف بدقة على متعامله بجمع أكبر قدر من المعلومات مثل
سلوكه تجاه الآخرين ، سمعته واستقامته ... فمن غير الطبيعي مثلاً أن يتم تمويل
متعامل يرتاد أندية القمار بأستمرار .

Capacity of Borrower : قدرة المتعامل

أن خبرة وكفاءة المتعامل الإدارية ومستوى نوعية مساعديه تكون دليلاً على نجاحه في
الماضي وإمكانية استمراره في المستقبل .

Capital Resources : رأسمال المتعامل ومصادره

يمثل رأسمال المتعامل قوته المالية . كما أن القيمة الصافية لحقوقه Net Worth تساعد على
تقدير وضعية المتعامل وإمكانية إعطائه التمويل اللازم .

Collateral : الضمانات

يعتبر الضمان صمام الأمان ضد المخاطر التي قد يتعرض لها المصرف من جراء تعسر
أوضاع المتعامل وبالتالي يشكل الضمان حماية لحق المصرف يتم الرجوع اليه في حال
عجز المتعامل . لذا يشترط أن تكون الضمانات سهلة التسويق يمكن نقل قيمتها بسرعة
والمحافظة على قيمتها .

Economic Conditions : الظروف الإقتصادية

تؤثر الظروف الإقتصادية من رواج أو كساد على جو الأعمال بوجه عام مما يتطلب من
موظف الائتمان تتبع الظروف والأوضاع الإقتصادية العامة في قطاع المتعامل بالذات قبل
إعطائه التسهيلات ، على سبيل المثال وجود مخزون كبير في الدولة من الحديد والأسمنت
وركساد في عملية تصريفه داخلياً وخارجياً مع وجود طلب جديد لمصنع حديد أو أسمنت
كذلك يجب الأخذ بعين الإعتبار التطورات السياسية في الدولة التي سيتم التمويل بها أو
شراء البضاعة منها أو تنفيذ المشروع فيها لما ننلك من تكون مباشر أو غير مباشر على
الأعمال والإستقرار العام في تلك الدولة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002675

دون الرجوع الى الادارة في الفرع او في المركز الرئيسي حسب طبيعة الصلاحيات.

: الى ذلك يقوم المصرف بتحليل البيانات المالية عن المتعامل بشكل دوري ومراقبة

سائه لمعرفة ربحية المتعامل من هذه الاعمال ومقارنتها بربحية البنك منه . ويتوقف

بج هذا التحليل تعديل موقف المصرف من المتعامل اما بزيادة سقوف التسهيلات

ية له مع مايرافق ذلك من اخذ ضمانات او عدم زيادة السقوف او الغائها .

## ان المشكوك بتحصيلها وتكوين الاحتياطيات :

لذا يتوجب على ان المتعامل خلال فترة التمويل ويجب عليه التسديد .

رف مراقبة وضع المتعامل بدقة وتحديد اسباب خسارته وذلك في محاولة لزيادة

بات . واذا تعذر ذلك يتحتم على المصرف تكوين احتياطيات لتغطية الخسارة المنتظرة

بة وضع المتعامل قانونيا لتحصيل الالتزامات المترتبة عليه واعطائه البدائل بكيفية سداد

زامات تجاه البنك منها :

١( – جدولة الدين على فترة طويلة باقساط مريحة .

٢ – مساعدته على ايجاد مصادر تمويلية اخرى لها مصلحة باستمرارية المؤسسة .

٣ – بيع الضمانات وتسديد الدين مع ايقاف الارباح وشطب جزء من راس مال الدين .

٤ – منح تمويلات اضافية جديدة لتقويم المتعامل اذا ما توفرت القناعة لدى ادارة البنك بصلاحية اوضاع المدين مع توقع امكانية تحسينها .

٥ – بيع الدين لمؤسسات ومصارف اخرى .

٦ – تصفية المؤسسة بالكامل وبيع اصولها وتسديد الالتزامات .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

## تحليل القوائم المالية

يحلل الائتمان أساسا بالبنك من مصادر الدخل المتاحة امام المتعامل وقدرته على السداد
مواعيد المحددة ؛ ويمكن لمحلل الائتمان الاستفادة من تحليل القوائم المالية للبيانات
ـيخية للمتعامل وتفسيرها بالشكل الذي يعطي بعض المؤشرات التي تساعده في اتخاذ قرار

ـتمان . ويفيد تحليل اتجاه بنود هذه القوائم واستخدام النسب والمؤشرات المالية في الحكم على حسن
قامة سير المشروع وتقدير الربحية المتوقعة للمتعامل ، حيث ان وضع المتعامل المالي
ـبير من العناصر الاساسية التي تساعد على تقليل الاخطار المتوقعة خاصة خطر عدم
ـسداد .

ويمكن القيام بالتحليل المالي عن طريق استخدام مجموعة من الاساليب  اهمها :

١ـ الدراسة المقارنة للقوائم المالية .

٢ـ النسب المالية .

٣ـ قياس التدفق النقدي المترقب للمتعامل .

## الدراسة المقارنة للقوائم المالية :

أ) الميزانية العمومية المقارنة :
تعكس الآثار المترتبة على قيام المنشأة بنشاطها في ميزانيتها العمومية عن طريق الزيادة
والنقص في العناصر الثلاثة للاصول والخصوم وحقوق الملكية. ويمكن ملاحظة هذه
التغييرات بمقارنة الميزانيات العمومية في بداية ونهاية فترة زمنية معينة . ومثل هذه
الملاحظات قد لا تنطوي مجموعة من الملاحظات الهامة التي لها قيمة كبيرة في تشكيل رأي
يتعلق بتطور المنشأة وتقدمه . وللقيام بمثل هذه المقارنات يسار الى اعداد الميزانيات
العمومية المقارنة . وكما هو معروف فان الميزانيات العمومية تظهر الاصول والخصوم

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

من في تاريخ معين اما الميزانية العمومية المقارنة فتظهر هذه المعلومات بتاريخين
او اكثر . وهذا هو الاتجاه الذي تتبعه معظم الشركات المساهمة عند نشر ميزانياتها

ات التي تحدث في البنود المختلفة للميزانية العمومية خلال فترة محاسبية هي نتيجة
مختلفه منها :

الارباح والخسائر .

اشراء اوبيع الاصول او استهلاكيا .

زيادة الالتزامات او سدادها بعضها .

- زيادة رأس المال أو تخفيضه .

بل الميزانية العمومية المقارنة هو دراسة لاتجاه نفس العناصر ؛ او مجموعات من
ور في ميزانيتين عمرميتين او اكثر لنفس المنشأة في تواريخ مختلفة . وكذلك دراسة
ه النسب المئوية المحسوبة لهذه الارقام في التواريخ المختلفة . وتتضح الاهمية الكبرى
ايل المقارن في مقدرته على تصوير الاتجاهات المختلفة لكل جانب من جوانب المنشأة
تلك المنشأة كلها كوحدة واحدة .

يادة او النقص في شكل نسب مئوية :
مما سبق يبدو انه من الافضل تحويل مقدار الزيادة او النقص في كل بند من بنود الميزانية
العمومية من دراهم الى نسب مئوية وقد حسبت هذه النسب المئوية بقسمة مقدار النقص او
الزيادة لكل حساب او بند من بنود الميزانية العمومية على قيمة هذا البند في سنة الاساس .
وبعد الانتهاء من اعداد الميزانية العمومية المقارنة واحتساب التغيرات بالدراهم والنسب
المئوية ، فان القائم بالتحليل يتناول هذه التغيرات كلا على حده ؛ وبعضيها مع البعض
الاخر في حالة وجود علاقة مباشرة بينها وذلك لكي يحدد اسباب التغيرات ويرى فيما اذا
كان مبرر فيه لم لا .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ميزانية العمومية المقارنة بالنسب المئوية (قائمة الـ ١٠٠٪) :

وهي احتساب نسبة كل أصل من عناصر الميزانيات العمومية وتغيراتها وهي احتساب نسبة كل أصل من هناك أداة أخرى لدراسة الميزانيات العمومية ورأس المال الى مجموع الأصول الى مجموع الأصول وكل عنصر من عناصر الخصوم ورأس المال الى مجموع الأصول ورأس المال ، وأصل هذه القائمة يطلق عليها اسم "الميزانية العمومية المقارنة الخصوم ورأس المال ، وأصل هذه القائمة يطلق عليها اسم "الميزانية العمومية المقارنة بالنسب المئوية" والتي تسمى احيانا بقائمة الـ ١٠٠٪ نظرا لأن مجموع الأصول فيها وكذلك مجموع الخصوم وراس المال يكون ١٠٠٪ ؛ وهذه تمثل الأهمية النسبية لكل بند من بنود الميزانية العمومية وما يطرأ عليها من تطورات من سنة لأخرى .

التحليل الأفقي والتحليل الرأسي :

يمكن تحليل الميزانية العمومية المقارنة افقيا او رأسيا ، وينطوى التحليل الأفقي على دراسة سلوك كل بند من بنودها اى معرفة زيادة او نقصان هذا البند بمرور الزمن، وهذا النوع من التحليل يتصف بالديناميكية حيث انه يظهر التغيرات التي تمت . اما التحليل الرأسي فينطوى على دراسة العلاقات الكمية القائمة بين العناصر في تاريخ معين ، ومن ثم فهو تحليل يتصف بالسكون والثبات.

وهذان النوعان من التحليل ‑ الأفقي والرأسي ‑ هما اساس التحليل المالي الحديث، ولا يوجد هناك تضارب بينهما حيث يقدم كل منهما نوعا الخاص من المعلومات لذا ينبغي استخدامها معا للحصول على تحليل مالي كامل ، كما ان مجرد احتساب النسب المئوية لايكفي فالمحلل يستخدم هذه النسب كمؤشرات لتفسيرها .

ب ‑ قائمة الأرباح والخسائر المقارنة :

تظهر قائمة الأرباح والخسائر صافي الربح والخسارة الناتجة من عمليات المنشأة خلال فترة زمنية معينة عادة ما تكون سنة محاسبية. اما قائمة الأرباح والخسائر المقارنة فتظهر نتائج العمليات لعدد من الفترات المحاسبية. والتغيرات التي تحدث في عناصر القائمة من سنة لأخرى يمكن توضيحيا بالدراهم او بالنسب المئوية وذلك بنفس الطريقة السابق استخدامها في اعداد الميزانيات المقارنة.

ثانيا : النسب المالية المشتقة :

يعتبر تحليل النسب المالية من اهم واقدم وسائل التحليل المستخدمة في دراسة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

مركز المالي والائتماني للمشروعات والحكم على نتائج اعمالها . وتبنى طريقة التحليل
المالي والائتماني للمشروعات على اساس ان فحص اى رقم من ارقام القوائم المالية لايدل في حد ذاته على
شيء ولا يقدم لنا معلومات مفيدة ، ما لم يقارن مع غيره من الارقام .

وعلى هذا الاساس تكون المنشأة في مركز مالي سليم اذا كان هناك تناسب بين مختلف انواع
الاصول والخصوم وايضا بين مختلف انواع المصروفات والايرادات وهذا التناسب يختلف
تبعا لمرور الوقت وايضا تبعا لطبيعة المشروع. وبالتالي يجب تتبع الاتجاهات ومراقبة
التغيرات التي تحدث في المركز المالي للمشروع بمضي الوقت ، اى بعبارة اخرى مقارنة
النسب بين سنة واخرى. وكذلك ينبغي مقارنة العلاقة بين الاصول والخصوم والايرادات
والمصروفات بمثيلاتها في المشروعات المنافسة ان امكن ذلك .


**اختيار النسب المالية :**

عند تحليل المركز المالي والائتماني يمكن استخدام عدد ضخم من المعايير والنسب المالية
المختلفة والتي يمكن تقسيمها ضمن عدة مجموعات رئيسية علما بان اختيار احدى هذه
المجموعات دون الاخرى يتوقف على الغرض المقصود من التحليل. فمثلا نجد الدائن الذى
يمنح الائتمان قصير الاجل يركز اهتمامه على مجموعة النسب التي تقيس المركز الجارى
للمدين. وهذا يرجع الى طبيعة القرض قصير الاجل والى حجمه الذى قد يكون اكبر نسبيا
من تدفق النقدى الداخلي الناتج عن الايرادات وبالتالي تصبح الربحية اقل اهمية من اصول
المدين المتداولة . وعلى النقيض من ذلك ان الدائن الذى يقدم القروض طويلة الاجل يكرس
اهتمامه على القوة الايرادية للمدين بدلا من اهتمامه بالاصول المقدمة كضمان. فالايرادات
الماضية والحاضرة تؤثر على التقديرات بالايرادات المستقبلية ، تلك التي يتم بها المستثمر
الذى يقدم للمنشأة اموالا كقرض طويل الاجل .

مما سبق يتضح لنا وجود اسباب منطقية تستدعي استخدام نوع معين من النسب المالية عند
تحليل رقم معين. يضاف الى ذلك ان انواع البيانات والمعلومات المتاحة تحدد احيانا طبيعة
التحليل فالمدير المالي مثلا يمكنه الحصول على جميع الارقام والمعلومات الخاصة بتحليلات
ادائية لمنشأة: تلك البيانات التي لايمكن للمحلل الخارجي الحصول عليها.
والمدير المالي نفسه عند قيامه بالتحليل قد يجد ان من الافضل دراسة الارقام المختلفة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٩٧ -

المنشأة كلا على حدة ، نظر لأن نتيجة كل تحليل تستخدم لأغراض متنوعة بواسطة
ت مختلفة من الإداريين داخل المنشأة ، فمثلا نلاحظ أن الإدارة العليا للمشروع
بصفة عامة - بالتحليل التفصيلي ؛ لأن اغراضها تستدعي من التحليل أن يكون
بطريقة تبين النشاط كله ، أما المدير المالي فقد يكون اهتمامه بحالة السيولة للمنشأة
بغي أن يظهر     التحليل المعدل الذي يتحرك به رأس المال العامل خلال عمليات

دع.                لا أنه يمكن تصنيف النسب المالية ضمن
تم من تنوع وتعدد مداخل التحليل المالي ، إلا أنه يمكن تصنيف النسب المالية ضمن
بوعات الرئيسية المذكورة أدناه :

ه السيولة :
إن هذه المجموعة من النسب إلى تحليل وتقييم مركز رأس المال العامل والتعرف على
بة تداول عناصره والغرض الأساسي من التحليل هو الحكم على مقدرة المنشأة في مقابلة
رأسمالها الجارية من أصولها النقدية وشبه النقدية أو من التدفق النقدي الناتج من المبيعات
ندية وتحصيل الذمم المدينة . ومن ثم يصبح من الضروري الاحتفاظ بمقادير كافية من
لأصول سريعة التداول تفوق مقدار الخصوم قصيرة الأجل، حيث أن الأمر يحتاج لفترة قد
لجل لتحصيل الذمم وتحويل المخزون إلى نقدية .
إلول خطرة في هذه المرحلة تهدف إلى دراسة صافي رأس المال العامل وهو الفرق بين
مجموع الأصول المتداولة ومجموع الخصوم القصيرة الأجل .

١) نسبة التداول :
وهي عبارة عن نسبة الأصول المتداولة إلى الخصوم قصيرة الأجل ، وتعتبر هذه النسب
من أقدم النسب وأوسعها انتشارا ويستخدم لقياس مقدرة المشروع على مقابلة التزاماته
الجارية بسرعة وبدون صعوبات
وقد جرى العرف على اعتبار ٢:١ نسبة التداول النموذجية ، غير أنه من الخطأ استخدام
هذا أحد الأدنى للحكم على كفاية رأس المال العامل بدون دراسة حالة المنشأة وذلك لأن
مقدار رأس المال العامل ونسبة التداول يتوقفان على حد كبير من العوامل المختلفة ،
وليس من الغريب أن تتوفر للمنشأة ما هذه النسبة النموذجية ومع ذلك تجدها في حالة عسر

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‏وهذا التوزيع يعتبر عملا مكملا للنسب المالية السابق مناقشتها، ومع بقاء الاشياء

‏اولية. وهذا التوزيع يعتبر عملا مكملا للنسب المالية السابق مناقشتها، ومع بقاء الاشياء

‏رى على حاليا تزداد مقدرة المنشأة على الايفاء بالتزاماتها قصيرة الأجل بيسر

‏بولة كلما ارتفعت نسبة ما تملكه من الاصول سريعة التداول. كذلك يتم دراسة كل

‏من على انفراد من ناحية الجودة وسرعة التصرف به من حيث تحويله الى نقد

‏اجهة التزامات المنشأة الطارئة واجراء المقارنات بين هذه الاصول مع اصول الشركة

‏، السنوات السابقة ومدى تأثير الاصول المتداولة للمنشأة من زيادتها او نقصها حيث

‏بلا في حالة الذمم المدينة يتم دراسة آجال وفترات تحصيل هذه الذمم ودراسة السياسة

‏الائتمانية للمنشأة في البيع حتى يتم معرفة كيفية ترتيب تسديد الالتزامات المنشأة للغير منها،

‏ذلك في حالة البضاعة يتم دراسة ومعرفة اى البضاعة التي دخلت مخازن المنشأة اولا

‏تماهى سياسة المنشأة في تصريف واخراج مخزونها (LIFO او FIFO) وكذلك معرفة

‏فترات دوران البضاعة في المخازن .

‏سيب رأس المال :

‏بن نسب هذه المجموعة مدى مساهمة المالكين والدائنين في تمويل المشروع. فاذا ساهم

‏مالكون بنصيب صغير في التمويل الكلي للمنشأة فان معظم الاخطار يقوم الدائنون بتحملها

‏جاء اصحاب المشروع الى الاقتراض لتمويل العمليات بمنحهم ميزة السيطرة على المنشأة

‏اقل استثمار ممكن وهو ما يطلق عليه تعبير المتاجرة بالملكية، والتي اذا نجحت تؤدى الى

‏زيادة الارباح التي يحصل عليها المالكون .

‏١) نسبة الاقتراض الى حقوق الملكية :

‏وتقيس هذه النسبة التزامات المنشأة نحو دائنيها وعلاقتها بالاموال التي يقدمها المالكون.

‏ويقصد بالاقتراض الخصوم قصيرة الاجل وكل من القروض متوسطة وطويلة الاجل. اما

‏حقوق الملكية فيقصد بها رأس المال المدفوع والاحتياطيات الراسمالية والارباح

‏المحجوزة، وكذلك كل المخصصات التي تمثل ارباحا محتجزة.

‏وبنفضل الدائنون التعامل مع المنشأة المدينة المستمعة بنسبة معتدلة للاقتراض الى الملكية

‏فانخفاض هذه النسبة يؤدى الى زيادة الوقاية التي يتمتع بها الدائنون ضد خطر الخسارة في

‏حالة التصفية وبصفة عامة بالنسبة للشركات الصناعية يرجح الدائنون الا تقل مساهمة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002683

أين في أموال المشروع عن النصف.

$$\text{نسبة الاقتراض الى حقوق الملكية} = \frac{\text{الاقتراض}}{\text{حقوق الملكية}} = ١:١$$

نسبة الخصوم قصيرة الاجل الى حقوق الملكية :

ان هذه النسبة العلاقة بين مقدار الاموال التي يقدمها اصحاب المشروع ومقدار الاموال
التي تاتي عن طريق الالتزامات قصيرة الأجل فاذا لم يقم المالكون باستثمار اموال كافية
في المشروع فان المصادر طويلة الأجل للاموال ان تكون على استعداد لتعرض نفسها
لمخاطرة وبالتالي تكون المنشأة مجبرة على استخدام التمويل قصير الاجل الى مدى كبير
ومن ثم تصبح نسبة الخصوم قصيرة الاجل الى حقوق الملكية كبيرة.

$$\text{نسبة الخصوم قصيرة الأجل الى حقوق الملكية} = \frac{\text{الخصوم قصيرة الأجل}}{\text{حقوق الملكية}}$$

نسبة الاصول الثابتة الى حقوق الملكية :

تظهر هذه النسبة الى أي مدى تستثمر اموال المالكين في الاصول ذات معدل الدوران
المنخفض نسبيا. ويساعد هذا المقياس الادارة على تحديد نوع التمويل الذي تستخدمه في
المستقبل.

$$\text{نسبة الاصول الثابتة الى حقوق الملكية} = \frac{\text{صافي الاصول الثابتة}}{\text{حقوق الملكية}}$$

٤) نسبة الاصول المتداولة الى الاقتراض :

تبين هذه النسبة العلاقة بين الاصول المتداولة وبين مجموع الالتزامات المنشأة وأهمية هذه
المقياس ترجع الى ان سداد تفريض يستلزم انقدية. ومن ثم فان المنشأة التي تمتلك نسبة
مرتفعة من الاصول المتداولة بالقياس الى مجموع مطلوباتها تكون في مركز افضل من
المنشأة ذات النسبة المنخفضة لعائا ستتحمل الشركة خسائر كبيرة عند تصفية اصولها
الثابتة وذلك بعكس الحال فيما يتعلق بالاصول المتداولة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002684

الأصول المتداولة
= نسبة الأصول المتداولة الى الاقتراض  ⸻⸻⸻⸻⸻⸻
الاقتراض

نسب الربحية :
ان ربحية المشروع ماهي الا نتيجة لعدد كبير من السياسات المختلفة التي تتخذ في جميع
نواحي المنشأة، ولهذا السبب تستخدم عدة مقاييس للربحية نظرا لأن اي مقياس قد يتأثر الى
حد كبير بخصائص الصناعة أو بالطرق المحاسبية المستعملة، وينبغي قياس كل من ارباح
العمليات وصافي الربح حتى يمكن التمييز بين نتائج السياسات التشغيلية والسياسات المالية.

١) تحليل عناصر قائمة الارباح والخسائر :
ان اسهل وابسط وسيلة للبدء في تحليل ارباح المنشأة تنطوى على تحويل عناصر قائمة
الارباح والخسائر الى نسب مئوية من المجموع الاساسي وهو صافي المبيعات.

٢) نسبة مجمل ربح العمليات الى المبيعات :
وهذه النسبة تهتم بقياس مدى كفاءة الادارة في التعامل مع العناصر التي تكون مبيعاتها
وليس هناك معيار نمطي يمكن استخدامه للحكم على هذه النسبة، ومن ثم لابد من اجراء
المقارنات مع نسب الشركة في السنوات السابقة وأيضا مع نسب المنشآت الاخرى المماثلة.

نسبة مجمل ربح العمليات الى صافي المبيعات =   مجمل ربح العمليات  ⸻⸻⸻⸻⸻⸻⸻
صافي المبيعات

٣) نسبة صافي ربح العمليات الى المبيعات :
تعتبر هذه النسبة مكمله للنسبة السابقة ولكنها لاتقتصر الاهتمام على عناصر تكلفه
المبيعات بل يمتد اهتمامها لكي تشمل كل عناصر التكاليف والمصروفات المختلفة بقيام
المنشأة بعملياتها وهي ايضا تبين مدى انخفاض سعر البيع للوحدة قبل ان تتحمل المنشأة
خسائر، والنسبة السابقة يمضي مقارنتيا مع نسب السنوات السابقة.

نسبة صافي ربح العمليات الى صافي المبيعات =   صافي ربح العمليات  ⸻⸻⸻⸻⸻⸻⸻
صافي المبيعات

٤) نسبة صافي ربح العمليات الى الاصول العاملة :
تعتبر هذه النسبة من أفضل النسب التي تستخدم لقياس ربحية العمليات. فالارباح التي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002685



قسم المشاريع العقارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٠٤ -

## قسم المشاريع(١)العقارية

### مسؤوليات قسم المشاريع العقارية

تختص المشاريع العقارية بالأعمال التالية:

- تقييم العقارات التي سيتم شراءها بتمويل من البنك .
- تقييم العقارات لأغراض الرهن العقاري .
- تقييم مشاريع انشاء المباني استصناع .
- دراسة وتحضير المستندات الخاصة باستكمال اتفاقيات المشاريع المعتمدة من قبل الادارة
- تمويل عمليات الاستصناع .
- الاشراف على مراحل تنفيذ عمليات الاستصناع .

### تقييم العقارات لغرض الشراء/ الرهن : طلبات المتعاملين من الفروع المختلفة :

يستلم قسم المشاريع العقاري بالمركز الرئيسي طلبات المتعاملين من الفروع المطلوبة ، بعد والطلبات الصادرة من قسم الائتمان بالمركز الرئيسي متفقة بالمستندات المطلوبة ، بعد ذلك يقوم مهندس القسم المختص بزيارة لموقع العقارات المراد تقييمها بهدف تجميع البيانات الخاصة بتقدير السعر العقيدي للأرض أو البناء تتمام عليها بشكل منفصل ، وتصحيح البيانات وتنظيف الأخرى لنعرفق فيما اذا كانت تجارية : سكنية – صناعية – عند المحلات التجارية – عند الغرف – الحمامات – التسهيبات –المواصفات الأخرى التي تفيد في عمليات التقييم – الموقع للعقار – الطرق المحيطة : والمتلكات المحيطة الأخرى .

وعند التقييم فانه يتعين على المهندس أن يأخذ بنظر الاعتبار توفر الخدمات : وفرع المبنى الذي أجازته الجهة على قطعة الأرض فضلا عن الطابور الصحية واستيعابية : والتقنية التي أجازته الجهة على قطعة الأرض فضلا عن المتطلبات الصحية واستيعابية وبقيمة السوقية للأرض . كما يتعين أيضا على المهندس أن يأخذ بياناته من مصادر موثوقة جيدة .

───────────

(١) الفصل السابع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

نيابة . وقد يتم إدراج تلك القيم في نموذج خاص أعد مسبقا لهذا الغرض ليتم

نتائج التقييم الى قسم الائتمان أو الفروع المعنية بذلك لاتخاذ الاجراءات اللازمة .

د هذا الاجراء تنتهي مسؤوليات قسم المشاريع العقارية ):

ج مشاريع البناء المقترحة من العملاء ( التقديرات بغرض الاستصناع ):

المهندس المختص بقسم المشاريع العقارية باتباع اجراءات مشابهة للاجراءات في

الة تقييم العقارات لغرض الشراء أو للرهن مع بعض الاختلافات ، حيث يستلم قسم

شاريع العقارية العاملات للاستصناع مرفقا بها المستندات المطلوبة سرعلة اليه من قسم

لائتمان بالمركز الرئيسي أو من فروع البنك المختلفة ليقوم المهندس المعني بزيارة ميدانية

س الموقع المراد تقييم لتقييم الارض وكفاية المبنى المقترح اقامته ، والدخل الايجاري

يمكن الحصول عليه ، وجدوى المشروع من الناحية الاقتصادية .وفي بعض الحالات

يتقدم المتعامل بطلب تمويل استكمال فيلا أو لانشاء أخرى ، وفي هذه الحالة يقوم المهندس

المختص باستكمال تسجيل بيانات الاعمال المنفذة سابقا ليتمكن من تقدير تكاليف استكمال

البناية المقترحة . ومن ثم تقديم البيانات المطلوبة الى قسم الائتمان بالمركز الرئيسي ،

أو لفروع وفي هذه الاثناء يقوم قسم الائتمان بتقديم الطلب المذكور الى لجنة التمويل

والاستثمار منفردا بترصية من القسم أو بعض الملاحظات التي قد تفيد في منح

التسهيلات الائتمانية أو رفضها ، وعند حصول الموافقة النهائية من لجنة التسهيلات

بتمويل عملية الاستصناع ، وابلاغ المتعامل بالموافقة على التمويل من قبل البنك وشروط

البنك يعود ملف الاستصناع مرة أخرى الى قسم المشاريع العقارية لدراسة واعداد

المستندات اللازمة لتحضير العقد بقسم الشؤون القانونية ليتم التعامل بين متعامل وبنك دبي

الاسلامي . ديب للتداول والبنك ثم العقد بين البنك والاستثماري .

٣ - دراسة المشروع وتحضير مستندات العقد :

تبدأ هذه العملية باصدار تعليمات خطية لمهندس الاستثماري الذي أجرى اختياره سابقا من

قبل البنك رأي التداول الذي تم دعوته لتقديم العطاء . وقد يتم اعتماد الاستثماري الذي

عند المفاضلة من قبل قسم المشاريع العقارية بعد دراسة امكانيته وكفاءته ، ويتمثل

التعليمات التي يصدرها قسم المشاريع العقارية في الاجراءات المطلوبه لتقديم العطاء حيث

يشمل الاستثمار بتقديم مستندات العطاء الى قسم المشاريع العقارية برئاسة المطلوبين الذين

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

مقدمة من الاستشاري · وبعد دراسة المستندات المقدمة من الاستشاري
دعوتهم للمشاركة في العطاء ، وبعد دراسة قائمة أسماء المقاولين
براء التعديلات اللازمة ان كنت هناك حاجة لذلك ، وتعديل قائمة
مقدمة من الاستشاري اذا لزم الأمر بحذف المقاولين غير الجيدين أو المسجلين بالقائمة
بروداء لدى البنك · واضافة آخرين اذا لزم الأمر لنقوم بعد ذلك الاستشاري بتوزيع
مستندات العطاء الى مقدمي العطاءات حيث يحدد جدولا زمنيا لتقديم العطاءات ، وتاريخ

فتح العطاءات :
وعند فتح مظاريف العطاءات عادة بمكتب الاستشاري وبحضور مهندس البنك والمتعامل
حيث يقوم الاستشاري بفحص العروض وتقديم تقرير عن ذلك يتضمن توصيات
الاستشاري عن المقاول الذي وقع عليه الاختيار · وبعد الدراسة الفنية من قبل قسم
المشاريع لتقرير الاستشاري وتوصياته وكافة المستندات الاخرى يقوم قسم المشاريع باتخاذ
القرار النهائي واحاطة كل من الاستشاري والمقاول بذلك · وفي حالات قليلة جدا يرفض
القسم توصيات الاستشاري · ويتعلق لأسباب الرفض عادة بسبب الاخطاء التي تلاحظ بتقرير
الاستشاري · وفي مثل تلك الحالات يوضح الخطأ للاستشاري ويتم التنبيه لتعديلها واعادة
ما يقبل الاستشاري تعليمات البنك بهذا الخصوص ·

وبعد اختيار المقاول يتم تجهيز المستندات (١) المطلوبة من المقاول الاستشاري لتقديمها الى
قسم المشاريع العقارية للدراسة النهائية ·
وتلي الوصول الى المرحلة الحالية فانه يتطلب عقد العديد من الاجتماعات من قبل مهندس
الاستشاري والمتعامل والمقاول بالمقارنة مع الاجراءات المتبعة لدى البنك - وعادة ما
قبل عرض المناقصة بالتشاور والتنسيق مع البنك ، وفي معظم الأحوال توجد هناك
قبل عرض المناقصة بالتشاور والتنسيق مع البنك ، وفي معظم الأحوال يحق للمقاول استلام
شرطا لا تكون مثبتة لدى البنك مثل تلك وظيفة لشروط الاستشاري بينما لا يقوم البنك في
دفعات تمرين مقابل المواد غير الموجودة او المركبة داخل الموقع بينما لا يقوم البنك في

_____

(١) يرجى الاطلاع على أعمال قسم الشئون القانونية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

كما يحق للمقاول طبقا لشروط الاستشاري لدفعة

إقع الحال بسداد مثل هذه الدفعات ، كذلك بعض غير مقبول لدى البنك ، كذلك بعض متقدمة بدون تقديم ضمان بنكي بينما هذا الاجراء الخاصة بالبنك غير متفردة مثل تقديم ضمان الشروط الضرورية الخاصة بالبنك غير متفردة مثل تقديم ضمان حسن أداء بنسبة ١٠٪ وتطبيق غرامة تأخير ١٠٪ وفي مثل تلك الحالات يقوم قسم المشاريع ببذل جهده لايجاد حل مقبول لجميع الاطراف بشأن تحضير المستندات الخاصة

بتنفيذ المشروع بشكل نهائي.

ويعد الدراسة المثنية للمستندات من قبل مهندسي قسم المشاريع العقارية واعداد التقرير النهائي يتم ارسال التقرير المذكور الى قسم الشؤون القانونية من خلال قسم المرابحة التي تقوم بدورها باحتساب أرباح البنك.

وبعد استكمال اجراءات العقد بقسم الشؤون القانونية تعاد جميع العقود الى قسم المشاريع العقارية لتوزيعها على الاطراف المعنية وأخذ ترقيماتهم كاقرار باستلام العقد والمستندات الاخرى.

٤ - الاشراف على المشاريع المحولة من قبل البنك:

عند استلام المقاول لعقد المقاولة مع البنك ، يترتب عليه البدء بتنفيذ العمل طبقا للشروط والجدول الزمني المتفق عليه حيث يقوم مهندس قسم المشاريع العقارية بالاشراف على والمتابعة على مراحل أعمال التنفيذ للعمل والمعاينة لموقع العمل للتعرف مباشرة على جوانب العمل بالموقع من الناحية النوعية والكمية وكفاءة المعدات المستخدمة في المشروع والايدي العاملة المتفردة. وقد تعتبر تلك المهام من مسئوليات الاستشاري الا أنه نظرا لأن تلك المهام لا يقوم بها الاستشاري على الوجه الاكمل في معظم الاحوال لذا فإنه من الضروري أن يقوم مهندس البنك بالاشراف على جميع جوانب سير العمل بالاضافة الى الاتصال التي يقوم بها الاستشاري:

وفيما يلي نوجز باحتساب أعمال الاشراف التي يقوم بها قسم المشاريع العقارية:

١ - الزيارات الدورية لمواقع العمل لمتابعة سير العمل. واتخاذ الاجراءات اللازمة من خلال الاستشاري في حالات الاخلال باتفاقيات المعتمدة بين البنك والاطراف الاخرى التعينة بالأمر.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

يوضح تقرير شهري مراحل سير العمل وتحقيق المطلوب ركمية الاعمال المنجزة من خلال تقرير شهري يوضح مراحل التحقق من نوعية العمل ، وذلك من خلال الزيارات الميدانية لمواقع العمل .

- اعداد تقارير شهرية عن مشاكل العمل والمقاولين والعمل على اتخاذ الاجراءات المناسبة بشأنها .

- عقد الاجتماعات مع المقاولين والاستشاريين والمتعاملين لحل اية مشاكل قد تطرأ خلال مرحلة التنفيذ للمشروع .

- في حالات التأخير بانجاز المشاريع يقوم مهندس قسم المشاريع المعني وبالتنسيق مع الاستشاري بتقصي اسباب التأخير ومحاولة ايجاد الحلول المناسبة لها . وما تجدر الاشارة اليه فان بعض حالات التأخير تكون بسبب ان الاستشاري يجري بعض التعديلات بدون التشاور مع البنك ، وفي حالات اخرى بسبب المقاول الذي يتلقى تعليماته من الملف لاجراء بعض التعديلات والتي قد ينتج عنها عرقلة بسير العمل بالمشروع وفي مثل هذه الاحوال يعقد العديد من الاجتماعات بين المقاول والاستشاري والبنك للتجنب على هذه المعوقات حيث يطلب من الاستشاري تقديم تقرير كاف عن ذلك لتجنب الحاق الضرر بالمقاول بسبب اجراء التعديلات التي اجراها البنك .

٦ - ترتيب الاجتماعات لجميع الاطراف المتعاقدة بالمشروع لاستلام المشروع بعد اكتماله وتسليمه لتستغل بعد القيام بفحص شامل لجميع الاعمال المنجزة .

٧ - عمل تسوية ختامية للمقاول وبالتعاون مع الاستشاري بعد خصم غرامة التأخير من حساب المقاول ، ولت تحصل في معظم الاحيان خلافات مع المقاول بخصوص غرامة التأخير حيث يتم عقد العديد من الاجتماعات مع المقاول والاستشاري والبنك لمعرفة اسباب التأخير .

٨ - متابعة صيانة المشروع خلال فترة الضمان والتي عادتا سنة واحدة والتي تبدأ من تاريخ الاستلام الابتدائي ، والاشراف على جميع اعمال الصيانة المطلوبة خلال هذه الفترة والتي يقوم بها المقاول .

٩ - من الاعمال الاخرى لقسم المشاريع العقارية اعداد التقارير الخاصة بسير اعمال ونشاطات القسم في مجال تنفيذ المشاريع وتقييم اشراطن الشراء والرهن .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002691

‐ ١٠٩ ‐

در الاشارة اليه فان قسم المشاريع العقارية يرتبط مع الاقسام الاخرى للبنك بشاصة
الائتمان ، والمراجعات ، والشـؤون القانونية ، وقد تظهر تلك العلاقة مـن خـلال
اءات التي تتم اثناء سير تنفذ المعاملات كما أسلفنا سابقا.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002692

- صورة من رسومات المبنى .
- عقود أيجارات المستأجرين القائمة اذا كان المبنى مؤجر (, بيع مستأجر)
- عقد ادارة العقار بين المالك والبنك يتم توضيحه لاحقاً لمعن فقط

## خطوات تجهيز المباني للتأجير :

- القيام بزيارة ميدانية الى الموقع لمعرفة المكان .
- التأكد من توصيل الكهرباء والماء الى الموقع وصلاحية المبنى للتأجير .
- تحديد القيمة الايجارية السنوية لكل وحدة ومقارنتها بأيجار الوحدات المماثلة في نفس الموقع .
- القيام بعمليات أعلان للمبنى على الصحف الصادرة بالعربية والانجليزية ووضع لوحات أعلان بداخل البنايات .
- فتح ملف عمليات حجز المستأجرين .
- أتخاذ الاجراءات اللازمة لتوفير أجراءات الحراسة والوقاية من الحريق بشكل يكفل المحافظة على الممتلكات والمباني التي يمتلكها البنك ، أو يديرها .
- أعداد تقارير دورية عن مستويات الايجارات في مناطق الدولة المختلفة واقتراح الأسعار الملائمة للتأجير .
- أعداد التقارير الاحصائية عن الوحدات السكنية المؤجرة والشاغرة والعقارات التي يملكها أو يديرها البنك وحجم أعمال الصيانة المباشرة وغير المباشرة .
- أعداد واقتراح الميزانية السنوية لقسم الخدمات العقارية _____ .

## ثانياً : أستلام المباني والاعداد للتأجير :

يتولى القسم ادارة وأيجار ثلاثة أنواع من العقارات هي :
١- عقارات مملوكة للبنك ( أستصناع / بيع وشراء مبنى ) لوجود
٢- عقارات مملوكة للغير ومرهونة للبنك بالتزامات مالية على أصحابها ومسئولة القسم بمراسلة التجارة والتسجيل بناء على قرارات لجنة التسجيلات .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ـ عقارات مستركة للغير دون وجود التزامات مالية على اصحابها ومخولة بواسطة
ملاكها ويتولى القسم ادارة ايجارتها مقابل نسبة مقررة عليها حسب عقود ادارة
العقار .

ثانيا : استقبال المتعاملين : يتم استقبال المستأجرين

يتم استقبال المستأجر حسب الخطوات التالية : ١ ـ اثراد
٢ ـ شركات

الخطوة الأولى :
استقبال المستأجرين بعد التأكد من وجود صورة من جواز سفر المستأجر بالنسبة
سارية المفعول ، وخطاب من جهة العمل لاثبات استمرارية الدخل والقدرة على سداد
الايجار .

الخطوة الثانية :
تحديد الوحدة المراد تأجيرها ، وقيمة ايجارها السنوي المقرر لها حسب التعليمات
وعرضها على المستأجر لأخذ موافقته النهائية شفهياً .

الخطوة الثالثة :
تدوين بيانات المستأجر المتعلقة باسم المستأجر ، والوظيفة والعنوان ، وتحديد
العين المؤجرة ، والمدة الزمنية للعقد وقيمة الايجار السنوي .

الخطوة الرابعة :
استلام قيمة الايجار السنوي بدفعة واحدة أو عدة دفعات متساوية بحد اقصى اربعة
اقساط ويجب أن يكون القسط الاول نقداً ، أو بشيك مستحق الدفع في تاريخ توقيع
العقد وثلاثة شيكات بمدة زمنية للتعدي الثلاثة شهور بين كل دفعة وأخرى حتى يتم
التأكد بأن هذه الدفعات سوف يتم تحصيلها قبل نهاية العقد بثلاثة شهور .

الخطوة الخامسة :
بعد التأكد من صحة الدفعة الاولى وبيانات الشيكات المؤجلة ؛ يقوم الموظف
بالخطوات التالية :
ـ تعبئة نموذج رقم ٤/١ ايداع شيكات كل شيك بقيمة الدفعة الاولى في العقد مع
توضيح التاريخ ورقم العين المؤجرة ؛ اسم المستأجر ويحول الى امين الصندوق

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002694

_ ١١٣ _

تختم الايداع النقدي " لبعض نقدي" ويبقى الأصل بالخزينة وتعد صورتين واحدة للمتعامل وتحفظ الأخرى بملف المستأجر.

- تعبئة نموذج رقم ٤/٢ ايداع شيكات كل شيك على حدة ، ويجب توضيح رقم الشيك وقيمته وتاريخ الشيك وتاريخ الاستحقاق الشيك المسحوب عليه بوضوح تام .

- يقوم الموظف بتسجيل الشيكات بسجل بالقسم توضيحاً تسليمه لقسم المقاصة - مرفق بالنماذج الموضحة أعلاه ويبد صورتان واحدة لمنف المستأجر والأخرى تسلم للمتعامل .

- يقوم الموظف المعني بجمع بيانات المستأجر الموضحة في الخطوة الثانية مرفقة بصورتين لعقد الايجار موقعة من المستأجر في المكان المخصص له وصرفتي مبها المدفوعات وترسل نظرا نسخة .

- يقوم الموظف المختص بطباعة البيانات المرسلة اليه وطباعتيا بآلة الكاتبة بدقة على عقد الايجار .

- تعد العقود المطبوعة بمرفقتيها الس الموظف المختص بالايجار لمراجعتها وتسجيلها في دفتر الايجارات .

- تحرير العقود المطبوعة وأيصالات السداد للمحاسب لنمراجعة الشاملة لكافة البيانات والمرفقات بالعقد ويبعد التأكد من صحتيما تحول لرئيس القسم لتوقيع الطرف الأول تعقد ممثلا للبنك.

وبذلك بعض الأجراءات الأخرى يقوم بها الموظف أثناء مراحل العمل تتمثل بتتأكد بأن اشعارات السداد مساوية لقيمة الايجار السنوي ، والقيام بأسداد رسائل خلى شرفا في حانة الأخلاء عند طب المستأجر ذلك ، ومراجعة دفاتر الايجارات لمتابعة العقود التي سوف تنتيبي مدة سريانها وذلك بأخطار المستأجرين للحضور بأقرب فرصة بأستيفاء شروط تجديد العقود ويتم ذلك قيل أنتياء العقد بعدة شهر على الأقل .

رابعاً : أصول حساب الايجارات :

١ - أستلام عقود ايجارات المستأجرين ومراجعتبم للتأكد من صحة البيانات المسجنة بالعقد ومضاهتيما بالمستندات المرفقة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002695

ـ ١١٤ ـ

٢ ـ أجراء القيد المحاسبي نقل عملية أيجار موضحاً به رقم الشقة " واسم مالك المبنى

" ـ أسم المستأجر ، قيمة الأيجار السنوي ، مدة العقد لأثبات نشاط القسم الحالي :
الأيجار المقدم ورقيات الشيكات تحت التحصيل بالقيد ، والتأمين أن وجد

٣ ـ تسجيل القيود المحاسبية بدفتر يومية الأيجارات بأرقام متسلسلة أولاً بأول حتى
نهاية الشهر .

٤ ـ تمرير القيد المحاسبي على سجلات الدفاتر المساعدة .

٥ ـ دفتر مساعد الأيجـــــــــــارات .

٦ ـ دفتر مساعد شيكات تحت التحصيل .

٧ ـ دفتر مساعد مديني الأيجـــــــارات .

٨ ـ ختم مستندات الأيجارات المرفقة بتمت بختم " قيد " وتوقيع المحاسب عليها لأثبات
أتمام عملية أجراء القيد .

٩ ـ تسليم العقود العقدية والتي تمت مراجعتها للسيد / رئيس القسم وذلك لتوقيع على
العقود

١٠ ـ أستلام فواتير المصروفات العامة والتأكد من أعتماد رئيس القسم عليها قبل
السداد

١١ ـ أجراء عمليات الخصم الخاصة بالفواتير كل حسب تحليله وأضافة الجانب الدائن
لحـ/ جاري مدينة بدر وأصدار الشيكات للمستفيدين كل حسب أستحقاقه .

١٢ ـ أجراء القيود المحاسبية لنقل عملية مصروفات وأثباتها بأرقام متسلسلة بدفتر
مساعد المصروفات العامة وضبطها شهرياً

١٣ ـ تسجيل قيود المصروفات بدفتر تحليل المصروفات .

١٤ ـ حفظ القيود المحاسبية للأيجارات والمصروفات في ملفات خاصة كل على حدة
حسب الشهور وبأرقام متسلسلة تبدأ من أول شهر يناير برقم (١) ويستمر التسلسل
حتى ٣١ ديسمبر .

١٥ ـ أجراء تسويات حسابات البنك / أثباتت أيجار / أيرادات أيجار التمويل / تأمين
مستأجري الخدمات التجارية / جاري مدينة بدر .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002696

— ١١٥ —

١- ضبط دفتر اليومية العامة شهرياً / أجور / إيجارات / مصروفات / إجراء قيد اليومية
العامة بالأستاذ العام .

١- عمل ميزان مراجعة شهرياً بأرصدة الأستاذ العام أصول وخصوم .

٢/ - مطابقة أرصدة دفتر الأستاذ المساعدة بأرصدة الأستاذ العام .

أجراء تسوية عقود الإيجارات الشارية للبنايات المشترية في حالة البيع / شراء
وذلك لإثبات المستحق للبنك الجديد اعتباراً من تاريخ تملكه للبناية .

يتم الأستلام عقود الإيجارات وتقيد عن نسخة على حدة في دفتر أستاذ مساعد

إيجارات على أن يتم إثبات التالي بيانه : -

— أسم المستأجر ‗‗‗‗‗‗‗‗‗

— رقم العين المؤجرة وأسم المبنى ‗‗‗‗‗‗

— مدة العقد – قيمة السنوية – التأمين .

— إثبات دفعات السداد نقداً وضيفتها تحت التحصيل .

— إثبات التحصيلات المرتدة غورياً بدفتر مساعد الإيجارات . أجراء تسويات شهرية

لحسابات امانات إيجار البنايات كل على حدة .

— أجراء تحزيل إيرادات الإيجار نحو/ المتعاملين وخصم نسبة أتعاب الإيجار كل حسب

عند أدارة العقار المشرفة بملف المالك بصورة دورية .

— عند أدارة العقار المشرفة بملف المالك في حالة وجود مديونية على

تنفيذ طلبات التجارة والتحويل والمتابعة والتحصيل في حالة وجود مديونية على

المالك وسدادها في حالة وجود رصيد بحساب أمانات إيجارات المبانى

أجراءات تسويات لإيجارات البنايات السنوية تغير كل ستة أشهر أو كل عام حسب

طلب المتعامل لمعرفة الموقف المالي لإيجارتها وكتابة تقرير يوضح التالي : -

— أجمالي قيمة عقود الإيجار السنوي منذ أستلام المبنى وحتى تاريخ نهاية العقود

السارية .

— أجمالي المبالغ المحصلة حتى تاريخ عمل التحرير ‗‗‗‗‗‗

— أجمالي الشيكات تحت التحصيل حتى تاريخ التحرير ‗‗‗‗‗‗

— أجمالي المبالغ المحررة نحو/ المالك أو سداد أقساط مستحقة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002697

- ١١٦ -

- أجنبي لتجنب الايجار المسددة حتى تاريخه .

خامساً : أعمال المتابعة :

تنقسم أعمال المتابعة الى جزئين ، جزء لمتابعة تجديد العقود والجزء الاخر لمتابعة

الشيكات المرتدة .

أ - متابعة تجديد العقود :

- بالتعاون بين مراقبي المتابعة والموظفين المختصين بالايجارات يتم تحديد الشقق
التي تنتهي عقودها خلال الشهر .

- كتابة أشعار للمستأجر بالحضور لتجديد العقد في تاريخ أنتهائه .

- كتابة آنذار للمستأجرين في حالة عدم الحضور لتجديد العقد خلال سبعة أيام .

- كتابة آنذار نهائي في حالة عدم الاستجابة ويمهل سبعة أيام أخرى لتجديد العقد

- في حالة عدم حضور المستأجر أو من ينيب عنه لسداد الايجار تحول الملفات
للمحاسب لاثبات المديونية المترتبة على المستأجرين .

- عن بيان بأسماء المستأجرين وأرقام العين والمبني ومدة العقد والمبالغ المطلوب
سدادها بواسطة المستأجرين .

- تصوير البيان بالمرفقات لشؤون التموينية بجناح الاستلام

- متابعة موقف الملفات والمديونيات السنوية لشؤون التموينية

- متابعة قرارات لجنة الايجارات بلدياً ديسي والمشاركة بالتعاون مع قسم الشؤون
التموينية

- تسليم قرارات لجنة الايجارات للمستأجرين .

ب - متابعة الشيكات المرتدة وذلك من خلال التالي :

- أستلام الشيكات المرتدة من قسم المقاصة

- فرز الشيكات المرتدة والتحقق من أسم المستأجر ورقم العين والمبني والعضوان
بتاني

- تسجيل الشيكات بسجل خاص بالشيكات المرتدة بكل مبنى على حدة يبين الشيك
ورقمه وسبب الرجوع وتاريخ السداد

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- الاتصال هاتفياً بالمستأجرين لحثهم على الســـــــــــداد .
- كتابة أخطار خطي للمستأجرين بضرورة السداد خلال أربعة أيـــام .
- في حالة عدم الاستجابة يتم كتابة أنذار بالسداد خلال ثلاثة ايـــام .
- في حالة عدم الاستجابة للانذار الاول يتم كتابة أنذار نهائي للمستأجر.
- في حالة عدم السداد يتم فتح بلاغ لدى النشرتـــــــــــ .
- تحرير الايداعات النقدية بقيمة الشيكات وتسليم الشيكات المرتدة للمستأجرين في حالة السداد .
- عمل بيان شهري بتشيكات المرتدة وغير المسددة وعرضه على رئيس القسم وتسليم نسخة لمحاسبة القسم .

ثانياً : أعمال الصيانة :

تنقسم أعمال الصيانة الى قسمين وهما :

أعمال الصيانة العامة الاستثنائية ، وأعمال الصيانة الدورية .

ويقوم بأعمال الصيانة مكتب خاص تحت أشراف رئيس القسم وتنحصر أعماله بالآتي :

- تلقي طلبات الصيانة من المستأجرين ، أما بحضور المستأجر نفسه أو تلقي الطلبات بالهاتف .
- تدوين الشكوى موضوع الطلب في سجل خاص .
- ترتيب الشكاوي حسب الأهمية والتسلسل .
- يقوم المسؤول عن الصيانة بتوفير العمالة والمواد المطلوبة للصيانة .
- بعد القيام بأعمال الصيانة يتم التكشف وأخذ توقيع المستأجر على أن العمل تم أنجازه بصورة مرضية .

أما بالنسبة لأعمال الصيانة الدورية فيقوم بها القسم من خلال شركات الصيانة أو الاستثناءين وذلك عن طريق المناقصات المطلوبة للحصول على أفضل الأسعــــار .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002699