# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF CASE |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-cv-06978*
*Thomas E. Burnett, Sr. et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-09849*
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 04-cv-01923*
*Continental Casualty Co., et al. v. Al Qaeda, et al., Case No. 04-cv-05970*
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al., Case No. 04-cv-07065*
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 04-cv-07279*

## DECLARATION OF BADER IBRAHIM ABDULLAH AL MAAZMI

I, Bader Ibrahim Abdullah al Maazmi, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief:

**Background**

1.     I am the Assistant Vice President of the Government Regulatory Affairs Unit in Dubai Islamic Bank's ("DIB" or "the Bank") Legal Department. Prior to that, I was the Manager of that the Government Regulatory Affairs Unit from 2012 until 2021. The Government Regulatory Affairs Unit was previously named the Central Bank and Governmental Bodies Report Unit until 2019 but its responsibilities have remained the same. This Unit largely handles responding to court case notices from the United Arab Emirates

("UAE") Central Bank. The court notices often request an account status check on an individual or list of individuals related to a matter before the court.

2.      I obtained my specialist diploma in Trade and Transportation from the Higher Colleges of Technology in Dubai in 1998.

3.      I began working at DIB in July 2001 as a senior clerk in the Support Service Unit's Salary and Internal Transfer Department within the Central Operations Department. In early 2002, I transferred to the Central Operation Department's Anti-Money Laundering ("AML") and Suspicious Accounts Unit. In 2002, I became an officer in the AML and Suspicious Accounts Unit. In 2006, I became Assistant Manager in the AML and Suspicious Cases Unit.

4.      In the AML and Suspicious Cases Unit, I was primarily responsible for responding to Federal or Dubai court case requests. While working in the AML and Suspicious Cases Unit, I assisted DIB's AML Compliance Officer, Mr. Zohair al Rabii, to help conduct account searches and respond to UAE Central Bank requests related to account searches and freezes.

**Anti-Money Laundering and Suspicious Cases Unit**

5.      DIB's AML and Suspicious Cases Unit was headed by DIB's AML Compliance Officer, Zohair al Rabii, whom DIB had appointed as that officer in February 2001.

6.      Mr. al Rabii was one of the first Association of Certified Anti-Money Laundering Specialists ("ACAMs") certified persons in the UAE. As his Deputy, I worked closely with Mr. al Rabii and I am familiar with his work at DIB. Mr. al Rabii took seriously his responsibilities as DIB's AML Compliance Officer. Mr. al Rabii retired from DIB in 2018.

7.      As Head of DIB's AML and Suspicious Cases Unit, Mr. al Rabii was primarily responsible for implementing the UAE Central Bank's AML Circular 24/2000, which the UAE Central Bank issued to UAE banks, including DIB, in November 2000. As Head of DIB's

AML and Suspicious Cases Unit, Mr. al Rabii was responsible for creating AML policies and procedures to comply with UAE Central Bank regulations, drafting quarterly AML reports detailing the money laundering efforts at DIB, and acting as the liaison officer with the UAE Central Bank on money laundering issues.

8.      Shortly after I joined the AML and Suspicious Cases Unit, Mr. al Rabii provided my AML training, which included a presentation and oral training.  I continued to be trained on the job working under Mr. al Rabii.  I also later supplemented my AML knowledge by attending trainings offered by the Emirates Institute for Banking and Financial Studies.

9.      Mr. al Rabii provided internal AML training to employees at DIB.  As part of DIB's internal AML training, Mr. al Rabii traveled to each of DIB's branches to train their Branch Compliance Officers and hosted internal trainings at the Central Operations Department.  After being trained by Mr. al Rabii, the Branch Compliance Officers also trained other branch employees on AML policies and any updates to those policies.

10.     Branch Compliance Officers served as branch-level AML compliance personnel and coordinated with Mr. al Rabii.  At the time I joined the AML and Suspicious Cases Unit, each DIB branch already had trained Branch Compliance Officers who monitored for potential money laundering issues.

11.     When I joined DIB's AML and Suspicious Cases Unit in 2002, DIB was conducting daily reviews of transactions reports to detect any potential suspicious activity.  Mr. al Rabii and the Branch Compliance Officers were primarily responsible for reviewing daily transaction reports.  Whenever Mr. al Rabii was out on leave, I was responsible for checking daily transaction reports for suspicious activity.  I reviewed dozens of potential suspicious activity cases from 2002-2007.  Aside from checking the daily transaction report, my suspicious activity reviews included random account and transaction checks, reviewing transactions flagged by the Branch Compliance Officers, and checking for abnormal names.

12.     In my experience, no Branch Compliance Officers or Branch Managers ever flagged any suspected terrorist financing concerns to the AML and Suspicious Cases Unit.

**UAE Central Bank Requests**

13.     After the September 11, 2001 Terrorist Attacks, the UAE Central Bank began to send to UAE banks search and freeze requests for names of suspected terrorists.

14.     Mr. al Rabii was responsible for directing DIB's search efforts in response to requests from the UAE Central Bank and drafting related responses to the UAE Central Bank when I joined the AML and Suspicious Cases Unit. I helped Mr. al Rabii to respond to requests from the UAE Central Bank by performing name searches and placing freezes on any accounts identified.

15.     Until 2008, DIB conducted name searches in response to UAE Central Bank requests in DIB's electronic bank records system, Tandem. Tandem searches could be conducted both in Arabic and English, but Tandem only identified results that were "direct hits." To hit on a name, searches in Tandem needed to include full names (first, second, third, and family name) in the exact order and spelling as stored in Tandem. DIB's AML and Suspicious Cases Unit used its best, good-faith efforts to search alternative spellings and variations of names when searching Tandem.

16.     DIB's AML and Suspicious Cases Unit conducted searches of both the English and Arabic names given in UAE Central Bank notices.

17.     The Tandem system was also capable of searching passport numbers.

18.     DIB informed the UAE Central Bank of our search results, whether the results were a direct name hit, hits on similar name variations, or no hits on any relevant accountholders.

19.     In my experience, DIB always used its best, good-faith efforts to comply with instructions of the Central Bank.

20.     Attached as Exhibit A (DIB_003414-3466 and DIB_005526-5557) are true and correct copies of DIB's correspondences with the UAE Central Bank regarding UAE Central Bank Notices 2/361/2002, 1879/2002, 13-7/809/2003, 13-7/351/2005.

21.     Attached as Exhibit B (DIB_003393-3408) are true and correct copies of DIB's correspondences with the UAE Central Bank regarding UAE Central Bank Notices 1347/2003 and 13-7/962/2003.

22.     Attached as Exhibit C (DIB_003262-3311) is a true and correct copy of DIB's correspondence to the UAE Central Bank in August 2004 regarding Central Bank Notice 2/355/01.

23.     In the regular course of its business, DIB's AML and Suspicious Accounts Unit regularly prepared and filed (at or near the time of receiving or sending) the Bank's correspondences (including the correspondences in Exhibits A, B, and C) with the UAE Central Bank in correspondence binders maintained by that Unit.  Exhibits A, B, and C have been maintained by DIB in those binders.

24.     DIB informed the UAE Central Bank of any non-hits in response to search requests from the Central Bank and of DIB's technical search limitations.  DIB sometimes requested additional information from the UAE Central Bank, such as full names or passport copies, to help improve its ability to identify and freeze accounts of suspected terrorists.

25.     DIB reported to the UAE Central Bank any accounts that DIB identified related to suspected terrorists, and DIB never hid accounts from the UAE Central Bank.

26.     To freeze an account, Mr. al Rabii or I instructed the Support Services Unit in the Central Operations Department to block the account.  I confirmed that accounts we requested to be blocked were in fact blocked on Tandem, DIB's electronic banking system.

27.     DIB added all names provided by the UAE Central Bank to its own internal black list and sent the UAE Central Bank circulars to all of DIB's branches to ensure no suspected terrorists could open accounts or perform transactions at DIB.

28.     To my knowledge, the UAE Central Bank never stated that DIB's responses to its search requests were incorrect or insufficient.

**Terrorist Financing**

29.     I have never been asked by anyone at DIB to support terrorism, and I would never support terrorism.

30.     I have never heard anyone at DIB express any support for al Qaeda or any terrorist organization. I have never learned any facts suggesting in any way that DIB supports or supported al Qaeda or any other terrorist organization.

31.     Before September 11, 2001, I was unaware of any accountholder's having any alleged involvement with al Qaeda or any intention to participate in or aid any terrorist attack. I am unaware of information suggesting that DIB had any intention to participate in or aid any terrorist attack.  I am not aware of any information suggesting that DIB ever knowingly provided financial services to a customer with links to al Qaeda.

32.     In my experience at DIB since July 2001, I believe that DIB then and now would promptly terminate  any customer relationship and report the customer to the UAE government if DIB believed the customer was funding or otherwise involved in terrorist activity.


Pursuant to 28 U.S.C. §1746, I, BADER IBRAHIM ABDULLAH AL MAAZMI, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2021.



# EXHIBIT A

07-08-02  MON 06:57  FAX 00971 4 2640058
AUG-25-02  14:49   FROM-CENTRAL BANK OF THE U A E        +0097126680798      T-673  P.01/09  F-254
@001

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | | | |
|---|---|---|---|
| Central Bank Decision No.: | 2/361/2002 | ٢٠٠٢/٣٦١/٢ | : قرار المصرف المركزي رقم |
| Date : | 25/08/2002 | ٢٠٠٢/٨/٢٥ | : التاريخ |
| To : | All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets) | كافة البنوك والصرافات وشركات الاستثمار والمنشآت المالية الأخرى العاملة في دولة الإمارات (يشمل قطاع التأمين والأسواق المالية). | : إلـــــى |

After Greetings,

بعد التحية،

Based on United Arab Emirates Decision in conjunction with the International efforts to fight terrorism, you are required to search for immediately and freeze any accounts, deposits, investments or remittances in the names of the following ( whether existing now or existed in the past):

بناءً على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب، يطلب منكم فوراً البحث عن وتجميد أية حسابات أو ودائع أو استثمارات أو تحويلات مالية بالأسماء التالية (سواءً موجودة حالياً أو وجدت في الماضي):

<u>Natural Persons:</u>

<u>الأشخاص الطبيعيون:</u>

1- Mr. Ali Abdul Aziz Ali (also known as Isam Mansur; Isam Mansour; Isam Mansar), DOB 29/08/1977, POB Kuwait, holder of Pakistani passport No. E 911562 issued in Karachi – Pakistan on 03/01/1998 and expires on 02/01/2003.

١- السيد/ علي عبد العزيز علي (المعروف أيضاً باسم عصام منصور؛ عصام منصور، عصام منصر)، تاريخ الميلاد ١٩٧٧/٠٨/٢٩، مكان الميلاد الكويت، يحمل جواز سفر باكستاني رقم ٩١١٥٦٢ إي، صادر في كراتشي – باكستان بتاريخ ١٩٩٨/٠١/٠٣ وينتهي في ٢٠٠٣/٠١/٠٢.

2- Mr. Mustafa Ahmed Adam Al-Hawsawi (also known as Mustafa Ahmed; Hashim Abdulrahman), DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah –Kingdom of Saudi Arabia on 24/02/1999 and expires on 31/12/2003.

٢- السيد/ مصطفى أحمد آدم الهوساوي (المعروف أيضاً باسم مصطفى أحمد، هاشم عبد الرحمن)، تاريخ الميلاد ١٩٦٨/٠٨/٠٥، مكان الميلاد جدة – المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٦٨٦٥١٢ بي، صادر في جدة – المملكة العربية السعودية بتاريخ ١٩٩٩/٠٢/٢٤ وينتهي في ٢٠٠٣/١٢/٣١.

3- Mr Yasser Badi Barak Al-Otaibi (also known as Yasser B.B. Al-Otaibi), DOB 17/04/1980, POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 251615, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005.

٣- السيد/ ياسر بادي برك العتيبي (المعروف أيضاً باسم ياسر بي.بي. العتيبي)، تاريخ الميلاد ١٩٨٠/٠٤/١٧، مكان الميلاد الرياض – المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٢٥١٦١٥ سي، صادر في الرياض – المملكة العربية السعودية بتاريخ ٢٠٠٠/٠٧/٠٩ وينتهي في ٢٠٠٥/٠٥/١٥.

Cont'd /2

يتبع / ٢

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_003414

⊠002
U.-25-02 14:45   FROM-CENTRAL BANK OF THE U A E          +30971Z6650708      T-673  P.02/03  F-254

- 2 -                                                    - ٢ -

Central Bank Decision No.: 2/361/2002          قرار المصرف المركزي رقم: ٢/٣٦١/٢٠٠٢

4-  Mr. Sameer Mohamed Mahmood Abu            السيـد/ سمير محمـد محمـود أبوعنـق
    Onq (also known as Sameer Mohamed        (المعروف أيضاً بسمير محمد محمود، سمير   X ٤-
    Mahmood; Sameer M.M. Abu Ong),           أم.أم. أبــو عنـق)، تـاريخ الميـلاد
    DOB 18/06/1965, POB Kingdom of           ١٩٦٥/٠٦/١٨، مكان الميلاد المملكة العربية
    Saudi Arabia, holder of Saudi passport   السعودية، يحمل جواز سفـر سعودي رقـم
    No. C 669314, issued on 23/07/2001 and   ٦٦٩٣١٤ سي، صادر بتاريخ ٢٠٠١/٠٧/٢٣
    expires on 29/05/2006.                   وينتهي في ٢٠٠٦/٠٥/٢٩.

5-  Mr. Abdulrahman Abdullah                 عبدالرحمن عبداللـه عبدالرحمـن الفقاسـي
    Abdulrahman Al-Fak'asi Al-Ghamdi,        الغامدي (المعروف أيضاً باسم عبدالرحمن    Y ٥-
    also known as Abdulrahman A. A. Al       أي.أي. الغـامدي)، تـاريخ الميـلاد
    Ghamdi,  DOB  24/09/1968,  POB           ١٩٦٨/٠٩/٢٤، مكان الميلاد المملكة العربية
    Kingdom of Saudi Arabia, holder of       السعودية، يحمل جواز سفر سعودي رقـم
    Saudi passport No. C 174152, issued in   ١٧٤١٥٢ سي، صادر في أبها - المملكة
    Abha, Kingdom of Saudi Arabia on         العربية السعودية بتاريخ ٢٠٠٠/٠٥/١٧
    17/05/2000 and expires on 23/04/2005.    وينتهي في ٢٠٠٥/٠٤/٢٣.

6-  Mr. Haji Wazir                          السيد/ حاجي وزير           ٦-

7-  Mr. Dilbar Khan or Dildar Khan          السيد/ دلبار خان أو دلدار خان   Y ٧-

8-  Mr. Ehsan Ul haque Bhatti               السيد/ إحسان الحق بهاتي     X ٨-

9-  Mr. Haji Ali Khan Bin Haji Momen        السيد/ حاجي علي خان بن حاجي مؤمن   ٩-

10- Mr. Abdul Wahid son of Haji Ali Khan    السيد/ عبد الواحد بن حاجي علي خـان بـن   X ١٠-
    Bin Haji Momen                          حاجي مؤمن

11- Mr. Mohammed Abdul Zahir                السيد/ محمد عبد الظاهر      ١١-

12- Mr. Pacha Wazir                         السيد/ باشا وزير           Y ١٢-

Companies:                                  الشركات:

1-  Turham Company – Exchange House         شركة ترهام - محل صرافة     ١-

2-  Zahir Oil Industry                      ظاهر للصناعة لنفطية        ٢-

3-  Abdul Zahir and Co.                     عبد الظاهر وشركاه          X ٣-

4-  Torkham Trading                         شركة تورخام للتجارة        ٤-

Con't. /3                                   يتبع / ٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_O03415

AUG-29-02 14:46   FROM-CENTRAL BANK OF THE U A E   +00971288507P8   T-878   P.03/05   F-254

- 3 -                                              - ٣ -

· Central Bank Decision No.: 2/361/2002        قرار المصرف المركزي رقم: ٢/٣٦١/ ٢٠٠٢

You are also required not to transfer any funds to          يطلب منكم أيضاً عـدم تحويـل أيـة أمـوال إلـى
the persons/entities mentioned above into any           الأشخاص/الجهات المذكورة أعلاه في أيـة منطقـة أو
territory or country and in case you received funds       دولة وفي حالة استلام أموال من الأشخاص/الجهـات
from the persons/entities mentioned or for their         المذكورة أو لصالحها القيام بتجميدها فوراً.
favour to freeze it immediately.

None compliance will lead to freezing of your           إن عدم الالتزام سيؤدي إلى تجميـد أموالكـم فـي
assets in the USA and its financial institutions and      الولايات المتحدة الأمريكية ومنشـآتها الماليـة ودول
other countries and would subject you to severe         أخرى وسيعرضكم إلى عقوبات صارمة فـي دولـة
penalties in the UAE.                                الإمارات.

Please provide the Anti Money Laundering and          يرجى موافاة وحـدة مواجهـة غسـل الأمـوال
Suspicious Cases Unit- Central Bank- Abu Dhabi,       والحالات المشبوهة – بالمصرف المركزي – أبوظبي
(fax no. 02-6674501) with the following original       (فاكس رقم ٠٢-٦٦٧٤٥٠١) بالوثائق الأصليـة
documents:                                         التالية:

1. Application of account/s opening documents        ١.طلب فتح الحساب/الحسابات وأيـة وثـائق أو
   and any other revenant documents or              معلومات تتعلق به.
   information.                                   ٢.كشوفات الحساب/الحسابات
2. Statements of account/s                         ٣.اسم الشخص/الأشخاص الذي/الذين قام/قامـوا
3. Name of the person/s who opened the             بفتح الحساب/الحسابات والأشـخاص والجهـات
   account/s and who deposited funds into the        التي أودعت الأموال به/بها.
   account/s.                                      ٤.نماذج التحويلات من/إلى الحسـاب/الحسـابات
4. Slips of transfer/receipt of funds to/from that     المذكورة.
   the above-mentioned accounts.

Yours faithfully,                                   وتفضلوا بقبول فائق الاحترام ،



                           Governor            كبير المحافظين

From: Bank or Moneychanger or Investment        من: بنك أو صرافة أو شركة إسثتمار أو منشأة مالية
Company or Financial Institution.

| المسئول بالتوقيع Auth. Sig. | المخول بالتوقيع Auth. Sig. |
|---|---|
| □ There are no accounts or deposits or investments or remittances in the names mentioned above. | □ لا توجد حسابات أو ودائع أو استثمارات أو تحويلات مالية بالأسماء المذكورة أعلاه. |
| □ There are accounts or deposits or investments, and find attached account/s opening documents and statements and remittances list. | □ توجد حسابات أو ودائع أو استثمارات، وتجدون مرفقة وثائق فتح الحساب/الحسابات والكشوفات وقائمة للتحويلات. |
| Auth. Sig.                  المسئول بالتوقيع | Auth. Sig.                  المخول بالتوقيع |

1516-02                                          ك ص /٤/ ٦١/ ٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003416





بنك دبي الإسلامي

DUBAI ISLAMIC BANK

التاريخ: 2002/09/01

السيد / عبد لرحيم محمد العوضي المحترم.

مدير أول / دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 6674501-02

سلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار رقم 2/361/2002 بتاريخ 2002/08/25

1 . يوجد طرفنا حساب جاري راكد باسم : على عبد العزيز على .. رقم حساب
: 01 - 7128363-520-01 وبرصيد قدره 17 درهــم . وتـاريخ آخــر حركــة
2001/10/06 . وتم إجراء الحجز اللازم عليه .. ونرفق لكم الوثـائق المطـوبة و
الخاصة بالحساب ..

مع الاعتذار لورود رقم حساب خطأ (01-7581793-520-01) في رسـالتنا المؤرخـة فـي
2002/08/3 ( خطأ غير مقصود).

2 . يرجى تزويدنا بمزيد من التفاصيل ( صورة جواز السفر .. ) للمذكوريــن أدنـاه
حتى نتمكن من تحديد الأشخاص المعنيين بصورة نهائية .

● السيد / صبحي وزير.

● السيد / دلبار خان او دندار خان.

● محمد عبد الظاهر.

شاكرين لكم تعاونكم الدائم.

محمد عبد الرحمن الكبيري
مدير إدارة العمليات المركزية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003417

DUBAI ISLAMIC BANK     بَنْكُ دُبَيُ الإِسْلامِيُ

طلب فتح حساب جاري

**Current Account Opening Form**

Date _____    C٠٠٠/١٨/١٨    التاريخ

Acc. No.   ٧١٨٨٣٦٢   رقم الحساب

To.
The Manager, DUBAI ISLAMIC BANK,     السيد / مدير بنك دبي الإسلامي

Branch _____    فرع ____ المحترم

Dear Sirs,

تحية طيبة وبعد :

أرجو من سيادتكم فتح حساب جاري في دفاتركم وفقاً للبيانات الموضحة أدناه :

You are kindly requested to open in your books a Current Account, as per the following particulars:-

| | |
|---|---|
| Name in full _____ | الاسم بالكامل |
| Nationality _____ | الجنسية |
| Profession _____ | المهنة |
| Address _____ | العنوان |
| Introduced By _____ | المزكي |

Statement of account to be dispatched     ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.

Signature     التوقيع

See over leaf     انظر خلفه

توقيع المختص

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003418

الشروط الخاصة بالحسابات الجارية :

وهي الحسابات الدائنة التي تكون مهيأة للسحب والايداع بلا قيد ولا شرط و بسحب فيه باستعمال الشيكات وغيرها من وسائل السحب والتصرف بالحساب وذلك حسب الشروط التالية : ـ

١ ـ تكون الاموال المودعة في الحساب الجاري اموالا مقرضة للاستعمال والرد عند الطلب وهي لا تشارك بأية نسبة في أرباح الاستثمار ولا تتحمل مخاطره .

٢ ـ يكون صاحب الحساب الجاري مقيدا بالسحب في حدود مقدار الرصيد الجاهز والمهيأ للاداء ولا يحق له ان يسحب ما زاد يده عن رصيده الجاهز . ولو كان لديه شيكات مودعة لم يتم تحصيل قيمها حسب طريقة المقاصة المتبعة .

٣ ـ يصدر البنك لاصحاب الحسابات الجارية كشوفات دورية تبين حركة الحساب في المدائن والمدين و يكون الحساب صحيحا وموافقا عليه نهائيا اذا لم يتسلم البنك اي اعتراض على صحته خلال خمسة عشر يوما من تاريخ وصول الكشف لصاحب الحساب .

٤ ـ يكون البنك مخولا بان يقيد على الحساب الجاري للعميل اية قيود تتعلق بالنفقات والصادرين وأية معامله من المعاملات المصرفية المتعلقة بصاحب الحساب .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003419



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003420

عکاس کی تصویر ۔ الصورة الشمسية

GOVT. OF PAKISTAN

PHOTOGRAPH OF BEARER
PHOTOGRAPHIE DU TITULAIRE

UNITED

پاکستان میں مستقل پتہ ۔ العنوان الدائم فی باکستان

PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A - 30/5 Mord Hasan

Ag Rd. Gani

Corachi

موجودہ پتہ ۔ العنوان الحالی

PRESENT ADDRESS
L'ADRESSE PRESENTE

بچے ۔ الاطفال-الاطفان الربیہ

CHILDREN—ENFANTS

| بنت ۔ الجنس | تاریخ پیدائش ۔ تاریخ الولادۃ | نام ۔ الاسم |
|---|---|---|
| SEX SEXE | DATE OF BIRTH DATE DE NAISSANCE | NAME NOM |

ہذا الجواز صالح لمدۃ خمس سنوات

VALIDITY OF THIS PASSPORT EXPIRES ON :
LE RENOUVELLEMENT DE PASSEPORT EXPIRE LE :

2nd Jan. 2003

3

E911562

E911562

2

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003421



E911562

E911562

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_003422



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03424



E911562                    E911562

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 15 70 (GBD), United States District Court for the Southern District of New York

DIB_003425



حامل کی تصویر - الصورة الشخصیة
PHOTOGRAPH OF BEARER
PHOTOGRAPHE DU TITULAIRE

هذا الجواز صالح لمدة خمس سنوات
VALIDITY OF THIS PASSPORT EXPIRES ON -
RENOUVELLEMENT DE PASSEPORT EXPIRE LE

2 mt. Jun. 2003

E911562

پاکستان میں مستقل پتہ - العنوان الدائم فی پاکستان
PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A - 361/5 Mohd Hasan
Ali Rd. Cjori
Karachi

موجودہ پتہ - العنوان الحالی
PRESENT ADDRESS
L'ADRESSE PRESENTE

بچے - الاشقاء-الاطفال الرضع
CHILDREN—ENFANTS

| نام - الاسم | تاریخ پیدائش - تاریخ الولادة | جنس - الجنس |
|---|---|---|
| NAME NOM | DATE OF BIRTH DATE DE NAISSANCE | SEX SEXE |

E911562

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 157Q (GBD). United States District Court for the Southern District of New York

DIB_O03426



THIS PASSPORT
CONTAINS 36 PAGES
CE PASSEPORT
CONTIENT 36 PAGES

PASSPORT
PASSEPORT

PAKISTAN

NO. OF PASSPORT
NO. DU PASSEPORT

E911562

NAME OF BEARER
NOM DU TITULAIRE

Mr. Ali

NAME OF FATHER/HUSBAND
NOM DU PERE/DU MARI

Mr. Abdul Aziz
Ali.

PROFESSION OF BEARER
PROFESSION

Private Service

PLACE AND DATE OF BIRTH
LIEU ET DATE DE NAISSANCE

Kuwait
29.8.1977

RELIGION / RELIGION

Muslim

IDENTITY CARD NO
NUMERO DE CARTE D'IDENTITE

50.7 - 77 - 280604

CITIZEN OF PAKISTAN
NATIONALITE PAKISTANAISE

NATIONAL STATUS
NATIONALITE

SADDAR
KARACHI

3rd       Jan    1998

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03427

طلب اصدار الرقم السري للبنك التليفوني

Application for Issue of PIN. NO. of Telebanking System.

الفرع | Branch

الاسم | Name

رقم المتعامل | Customer No.

السيد / مدير الفرع :

الرجاء اصدار الرقم السري الخاص بي لاستخدامه في نظام البنك التليفوني ، واقر بانني اطلعت ووافقت على كافة الشروط والبنود المتعلقة باستخدامه والمبينة في هذا الطلب.

To Branch Manager :

Please issue me the PIN. NO. for the Telebanking System, I do hereby
       m that I have read and agreed to bind by the terms and conditions
of the use of it which are in this application.

Applicant's signature .......................... توقيع مقدم الطلب

التاريخ ........................ Date

استلمت الرقم السري للبنك التليفوني

I received the PIN. No of

Telebanking system on ........................ تاريخ

Signature .................................... التوقيع

الشروط

١ - حيث ان صاحب الحساب هو الوحيد المخول له في استخدام خدمة البنك التليفوني فانه يتوجب على ذلك التزامه بحماية على الرقم السري وعدم تمكين اي شخص غير مصرح و برسلطته استخدامه مع تحمله المسئولية القانونية والمدنية كاملة في حالة اهماله من اجله على الرقم السري.

٢ - في حالة قيام البنك بارسال المعلومات للعميل عن طريق الفاكس، فان البنك سيقوم بخصم القيمة بواقع ٢ درهم عن كل مرة من اي حساب العميل لدى البنك ويبقى العميل مسئولا عن وحده رسم مناسب من حسابه يحمل هذه النفقات

٣ - اصدار الرقم السري يتم مجانا في مرة الاول ، وفي حالة رغبة العميل باستصدار رقم جديد (بدل فاقد) يحسوب رسم بقدره ١٠ دراهم

TERMS & CONDITIONS

1. Whereas the account holder is the sole person who is entitled to use telebanking system, consequently, he will be under an obligation to maintain the secrecy of his PIN number and not to allow any person who is not authorised by him to use the same with the customer bearing full legal and commercial responsibility in case of negligence in maintaining such secrecy.

2. If the bank sends information to a customer via fax, then it shall deduct Dhs.2/= (each time) from any account held by the customer with the bank. The customer shall remain liable for maintaining sufficient balance in his account to cover such expenses.

3. Issue of the PIN number (PIN No.) is rendered free of charge for the first time. A fee of Dhs. 10/= will be charged for any next issue.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157 0 (GBD), United States District Court for the Southern District of New York

DIB_003428

DUBAI ISLAMIC BANK  بَنْك دُبَيّ الإسلامي

طلب فتح حساب جاري

**Current Account Opening Form**

Date _____                التاريخ ٢٠٠٠/N/٨

Acc. No.  V١٨٨٢٦٦  رقم الحساب

To.

The Manager, DUBAI ISLAMIC BANK.               السيد / مديرينك دبي الإسلامي

Branch _____                فرع ١١ ____

Dear Sirs.                              تحية طيبة وبعد ،

ارجو فتح حساب جاري في دفاتركم وفقاً للبيانات الموضحة ادناه :

You are kindly requested to open in your books a Current Account, as per the following particulars :

| | |
|---|---|
| Name in full | _____ الاسم بالكامل |
| Nationality | _____ الجنسية |
| Profession | _____ المهنة |
| Address | ٠٥٠-١٧٤٥٦١٥١  _____ العنوان |
| Introduced By | ٨٠٠-١٦٠٠-٢٢٦  _____ المزكي |

Statement of account to be dispatched               ترسل كشوفات الحساب

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.

اتعهد بالتقيد بانفية التي يضعها البنك لتنظيم هذا الحساب ،
ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأي سحب
على المكشوف دون سابق موافقة من البنك .

Signature _____               التوقيع _____

See over leaf   توقيع المخول               انظر خلفه

**CONFIDENTIAL**

This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003429

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003430



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003431



شف حـــــاب جـــاري
**STATEMENT OF CURRENT ACCOU**

**DUBAI ISLAMIC BANK**
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Islamic Shareholding Company Incorporated in U.A.E.

| PAGE NO. الصفحة | ١ |
|---|---|

عمى عبد العزيز عمى
مى ب 16958 دبى

| ACCOUNT NO  رقم الحساب | BRANCH | الفرع |
|---|---|---|
| . ١ ٥٢٠ ٧١٢٨٣٦٣ . ١ | ابر بايادبى | |

| From: من ٢٠٠٠/٠١/٠١ | CURRENCY | العملة |
|---|---|---|
| To الى ٢٠٠٠/١٢/٣١ | درهم الامارات ت | |

| BALANCE الرصيد | DEPOSIT+ مدين | WITHDRAWAL - | PARTICULARS البيان | DATE التاريخ |
|---|---|---|---|---|
| . . . . | | | منقول | |
| ٥٠٠٠٠٠٠ | ٥٠٠٠٠٠٠ | | 421022 | ٢٠٠٠/٠٨/ |
| ٢٥٠٠٠٠٠٠ | ٢٠٠٠٠٠٠٠ | | 008743 | ٢٠٠٠/١١/ |
| ٢٨٠٠٠٠٠٠ | ٣٠٠٠٠٠٠ | | 754400 | ٢٠٠٠/١١/ |
| ٢٧٥٩٧٥٠٠٠ | | ٢٥٠٠٠ | رسوم سفاتجه اشتد بياغ | ٢٠٠٠/١١/ |
| ٢٧٥٩٧٥٠٠٠ | ٢٨٠٠٠٠٠٠ | ٢٥٠٠٠ | اجمى عبد المنجمى | |

Unless we receive a claim from you within 15 days the statement will be considered correct.
(S) DENOTES DEBIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
E.&O.E.

Head Office : Tel.: 2953300, Fax.: 2954111, Tlx.: 45889 / 48772 'ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003432



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003433



بنـك دبــي الإسلامــي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الامارات العربية المتحدة
Public Shareholding Company incorporated in U.A.E.

كشف حـــــاب جـــاري
STATEMENT OF CURRENT ACCOU

| | PAGE NO. صفحة | ١ |

عيسى عبد المحسن بن علي
ص ب 16959 دبي

| ACCOUNT NO   رقم الحساب | BRANCH |
| .١٠١ ٥٢٠ ٧١٢٨٣٦٣ .١ | |

| From: ٢٠٠٢/١/٠١   من : |
| To : ٢٠٠٢/٤/٣٠   الى : |

| CURRENCY |
| درهم الإمارات   درهم |

| BALANCE | DEPOSIT الرصيد | WITHDRAWAL | PARTICULARS | DATE |

PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS

Head Office : Tel: 2953000, Fax : 2954111, Tlx : 45889 / 45772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

|@ 001|

SEP-04-02  09:43     FROM-CENTRAL BANK OF THE UAE          +971-2-6651744          T-286  P.01/04  F-991

<div dir="rtl">

مصرف الإمارات العربية المتحدة المركزي
</div>

## CENTRAL BANK OF THE U.A.E.

| | | | <div dir="rtl">إشعار رقم : ٢٠٠٢/١٨٧٩</div> |
|---|---|---|---|
| Notice No. : | 1879/2002 | | |
| Date | : | 4/9/2002 | <div dir="rtl">التاريخ : ٢٠٠٢/٩/٤</div> |
| To | : | All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets) | <div dir="rtl">إلــــى : كافة البنوك والصرافات وشـركات الإستثمار والمنشــآت الماليـة الأخرى العاملة في دولة الإمــارات (يشمل قطاع التـأمين والأسـواق المالية).</div> |

After Greetings,

<div dir="rtl">بعد التحية،</div>

You are required immediately to search for any documents regarding the following:-

<div dir="rtl">يطلب منكم فـــوراً البحث عن أية وثيقة بشـــأن ما يلي:</div>

**First: Inward and Outward remittances during the period from 1/1/2000 till 30/9/2001 in the following names:**

<div dir="rtl">أولاً: التحويلات المالية الواردة والصادرة خلال الفترة من ٢٠٠٠/١/١ حتى ٢٠٠١/٩/٣٠ بالأسماء التالية:</div>

1- Mr. Ali Abdul Aziz Ali (also known as Isam Mansur; Isam Mansour; Isam Mansar), DOB 29/08/1977, POB Kuwait, holder of Pakistani passport No. E 911562 issued in Karachi – Pakistan on 03/01/1998 and expires on 02/01/2003.

<div dir="rtl">(١)- السيد/ علي عبد العزيز علي (المعروف أيضا باسم عصام منصور (مكرر)، عصام منصر)، تاريخ الميلاد ١٩٧٧/٠٨/٢٩، مكـان الميـلاد الكويت، يحمل جواز سفر باكستاني رقـم ٩١١٥٦٢ إي، صادر في كراتشي – باكستان بتاريخ ١٩٩٨/٠١/٠٣ وينتهـــي فـــي ٢٠٠٣/٠١/٠٢.</div>

2- Mr. Mustafa Ahmed Adam Al-Hawsawi (also known as Mustafa Ahmed; Hashim Abdulrahman), DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah –Kingdom of Saudi Arabia on 24/02/1999 and expires on 31/12/2003.

<div dir="rtl">٢- السيد/مصطفى أحمد آدم الهوساوي (المعروف أيضا باسم مصطفى أحمد، هاشم عبدالرحمن)، تاريخ الميلاد ١٩٦٨/٠٨/٠٥، مكان الميلاد جدة – المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٦٨٦٥١٢ بي، صادر في جدة – المملكة العربيــة الســـعودية بتـــاريخ ١٩٩٩/٠٢/٢٤ وينتهي في ٢٠٠٣/١٢/٣١.</div>

3- Mr. Yasser Badi Barak Al-Otaibi (also known as Yasser B.B. Al-Otaibi), DOB 17/04/1980, POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 251615, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005.

<div dir="rtl">٣- السيد/ ياسر بادي برك العتيبي (المعروف أيضا باسم ياسر بي.بي. العتيبي)، تـاريخ الميـلاد ١٩٨٠/٠٤/١٧، مكان الميــلاد الرياض – المملكة العربية السعودية، يحمل جــواز ســفر سعودي رقم ٢٥١٦١٥ سي، صادر في الرياض – المملكة العربيــة الســعودية بتـــاريخ ٢٠٠٠/٠٧/٠٩ وينتهي في ٢٠٠٥/٠٥/١٥.</div>

Cont'd /2

<div dir="rtl">يتبع ٢ /</div>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 15 70 (GBD). United States District Court for the Southern District of New York

DIB_003435

☎ 002

SEP-04-02  08:43     FROM-CENTRAL BANK OF THE UAE          +971-2-6651744       T-286  P.02/04  F-881

- 2 -                                                                    - ٢ -

**Central Bank Notice No.: 1879/2002**            إشعار المصرف المركزي رقم: ١٨٧٩/٢٠٠٢

4-    Mr. Sameer Mohamed Mahmood Abu Onq (also known as Sameer Mohamed Mahmood; Sameer M.M. Abu Ong), DOB 18/06/1965, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 669314, issued on 23/07/2001 and expires on 29/05/2006.

السيد/ سمير محمد محمود أبوعنق (المعروف أيضا بإسم سمير محمد محمود، سمير أب.م. أبو عنق)، تاريخ الميلاد ١٨/٠٦/١٩٦٥، مكان الميلاد: المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٦٦٩٣١٤ سي، صادر بتاريخ ٢٣/٠٧/٢٠٠١ وينتهي في ٢٩/٠٥/٢٠٠٦.

5-    Mr. Abdulrahman Abdullah Abdulrahman Al-Fak'asi Al-Ghamdi (also known as Khalid Sheikh Mohamed, Abdulrahman A. A. Al Ghamdi), DOB 24/09/1968, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 174152, issued in Abha, Kingdom of Saudi Arabia on 17/05/2000 and expires on 23/04/2005;

عبدالرحمن عبدالله عبدالرحمن الفكاسي الغامدي (المعروف أيضا بإسم خالد شيخ محمد، عبدالرحمن أي.أي. الغامدي)، تاريخ الميلاد ٢٤/٠٩/١٩٦٨، مكان الميلاد: المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ١٧٤١٥٢سي، صادر في أبها – السعودية العربية السعودية بتاريخ ١٧/٠٥/٢٠٠٠ وينتهي في ٢٣/٠٤/٢٠٠٥.

6-    Ramzi Mohammed Abdullh Binalshibh (also known as Ramzi M. Al-Sheibah; Ramzi Mohamed Abdulla Omar; Ahad Abdollahi Sabet), DOB 1/5/1972; or 16/9/1973, POB Yemen, holder of Yemeni passport No. 00595250, Yemeni passport No. 00085243 in the name of Ramzi M. Al Sheibah, and United States passport No. Z7567858 in the name of Ahad Abdolluhi Sabet.

رمزي محمد عبدالله بن الشـيبه (المعروف أيضا بإسم رمزي أم. الشيبة، رمـزي محمد عبدالله عمر، أحد عبدالاهي سبت)، تاريخ الميلاد ١٩٧٢/٥/١ أو ١٩٧٣/٩/١٦، مكان الميلاد اليمن، يحمل جواز سفر يمني رقم ٠٠٥٩٥٢٥٠، وجواز سفر يمني رقم ٠٠٠٨٥٢٤٣ بإسم رمزي إم. الشيبة، وجواز سفر أمريكي رقم Z٧٥٦٧٨٥٨ زد بإسم أحـد عبدالاهي سبت.

7-    Zakariya Essabar, DOB 3/4/1974 or 3/4/1977, POB Marrakech, Morocco; Essaouira, Morocco, holder of passport No. KO348486;

زكريا إسابار، تاريخ الميلاد ١٩٧٤/٤/٣ أو ١٩٧٧/٤/٣، مكان الميلاد مراكـش، المغرب، إيساويرا، المغرب، يحمل جواز سفر رقم ٣٤٨٤٨٦ كـ.

8-    Said Bahaji, DOB 15/7/1975, POB Haseluenne, Germany (Naturalized Moroccan), holder of Moroccan passport No. H554242.

سعيد باهاجي، تاريخ الميلاد ١٩٧٥/٧/١٥، مكان الميلاد هسيلين، ألمانيا (مهاجر مغربي) يحمل جواز سفر مغربي رقم ٩٥٤٢٤٢ إتش.

9-    Jamal Ibrahim

جمال إبراهيم.

Con't./3                                                    يتبع / ٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003436

SEP-04-02  09:43     FROM-CENTRAL BANK OF THE UAE          +971-2-6651744        T-266   P.03/04   F-881

– 3 –                                                           – ٣ –

Central Bank Notice No.: 1879/2002              إشعار المصرف المركزي رقم: ١٨٧٩/٢٠٠٣

**Second: Sales or purchases of Travellers'**
**cheques in the following names :**

ثانيا: بيع أو شراء الشيكات السياحية بالأسماء
التالية:

| | |
|---|---|
| 1- Satam Al Suqami, during the period from 15/4/2001 to 23/4/2001. | ١- سطام السوقيمي، خلال الفترة من ١٥/٤/٢٠٠١ إلى ٢٣/٤/٢٠٠١. |
| 2- Waleed Al Shehri, during the period from 15/4/2001 to 23/4/2001. | ٢- وليد الشهري، خلال الفترة من ١٥/٤/٢٠٠١ إلى ٢٢/٤/٢٠٠١. |
| 3- Majed M'Shaan Ghanem Moqed, during the period from 25/4/2001 to 2/5/2001. | ٣- ماجد امشان غانم موقد، خلال الفترة من ٢٥/٤/٢٠٠١ إلى ٢/٥/٢٠٠١. |
| 4- Ahmed Al-Koshy Al Ghamdi, during the period from 25/4/2001 to 2/5/2001. | ٤- أحمد الكوشي الغامدي، خلال الفترة من ٢٥/٤/٢٠٠١ إلى ٢/٥/٢٠٠١. |
| 5- Mohanad Al Shehri, during the period from 21/5/2001 to 28/5/2001. | ٥- مهند الشهري، خلال الفترة من ٢١/٥/٢٠٠١ إلى ٢٨/٥/٢٠٠١. |
| 6- Ahmed Ibrahim Al-Haznawi, during the period from 1/6/2001 to 8/6/2001. | ٦- أحمد إبراهيم الحزناوي، خلال الفترة من ١/٦/٢٠٠١ إلى ٨/٦/٢٠٠١. |
| 7- Fayez Rashid Ahmed Hassan Al-Qadi Bani Hammad, during the period from 20/6/2001 to 27/6/2001. | ٧- فايز راشد أحمد حسن القاضي بني حماد، خلال الفترة من ٢٠/٦/٢٠٠١ إلى ٢٧/٦/٢٠٠١. |
| 8- Saeed Al Ghamdi, during the period from 20/6/2001 to 27/6/2001. | ٨- سعيد الغامدي، خلال الفترة من ٢٠/٦/٢٠٠١ إلى ٢٧/٦/٢٠٠١. |
| 9- Abdulaziz Al-Omari, during the period from 22/6/2001 to 29/6/2001. | ٩- عبدالعزيز العمري، خلال الفترة من ٢٢/٦/٢٠٠١ إلى ٢٩/٦/٢٠٠١. |
| 10- Salem Mohamed Salem Al-Hazmi, during the period from 22/6/2001 to 29/6/2001. | ١٠- سالم محمد سالم الحازمي، خلال الفترة من ٢٢/٦/٢٠٠١ إلى ٢٩/٦/٢٠٠١. |
| 11- Khalid Al Mihdhar, during the period from 4/6/2001 to 8/6/2001. | ١١- خالد المحضار، خلال الفترة من ٤/٦/٢٠٠١ إلى ٨/٦/٢٠٠١. |
| 12- Mohammad Al Kahtani (also known as Mohammad Al-Qatani), during the period from 27/7/2001 to 4/8/2001. | ١٢- محمد القحطاني (المعروف أيضا باسم محمد القطاني)، خلال الفترة من ٢٧/٧/٢٠٠١ إلى ٤/٨/٢٠٠١. |

You are also required not to transfer any funds to
the persons mentioned in "first" & "second"
above into any territory or country and in case
you received funds from the said persons or for
their favour to freeze such funds immediately.

يطلب منكم أيضا عدم تحويل أية أموال إلى الأشخاص
في "أولا" و"ثانيا" أعلاه في أية منطقة أو دولة وفي
حالة استلام أموال من الأشخاص المذكورين أو
لصالحهم القيام بتجميدها فورا.

Con't. / 4                                          يتبع / ٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003437

SEP-04-02 09:44    FROM-CENTRAL BANK OF THE UAE        +971-2-8851744        T-286  P.04/04  F-881

– 4 –                                                    – ٤ –

Central Bank Notice No.: 1879/2002          إشعار المصرف المركزي رقم: ٢٠٠٢/١٨٧٩

Please provide the Anti Money Laundering and    يرجى موافاة وحدة مواجهة غسل الأموال والحالات
Suspicious Cases Unit- Central Bank– Abu    المشبوهة – بالمصرف المركزي – أبوظبي (فاكس
Dhabi, (fax no. 02-6674501) with the original    رقم ٠٦-٦٦٧٤٥٠١) بالوثائق الأصلية.
documents.

Yours faithfully,                                    وتفضلوا بقبول فائق الاحترام ،

سلطان بن ناصر السويدي
المحافظ
Sultan Bin Nasser Al Suwaidi
Governor

From: Bank or Moneychanger or Investment    من: بنك أو صرافة أو شركة استثمار أو مؤسسة مالية:
Company or Financial Institution.

| | | |
|---|---|---|
| ☐ | There are no remittances purchased or sold travellers cheques in the names mentioned above. | ☐ لا توجد تحويلات مالية أو شيكات سياحية مشتراة / مباعة بالأسماء المذكورة أعلاه. |
| ☐ | There are remittances and travellers cheques and find attached documents and statements and related documents. | ☐ توجد تحويلات مالية وشيكات سياحية، وتجدون مرفقة الوثائق والكشوفات ذات الصلة. |
| Auth. Sig. | Auth. Sig. | المخول بالتوقيع |

1606-2002                                             ٤ع/٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157 Q (GBD). United States District Court for the Southern District of New York

DIB_O03438

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003439

# DUBAI ISLAMIC BANK

No. | 008743 /11 | رقم | المسلسل

CASH DEPOSIT

A/C No. | 01 | 520 | 7128363

تاريخ الإيداع | Date

رقم الحساب | 01

الاسم | كاتب عبد الغني محمد

Name

| DENOMINATIONS | | AMOUNT | |
|---|---|---|---|
| | | Dhs. | Fils. |
| × 1000 | 11 | 11,000 | |
| × 500 | 18 | 9,000 | |
| × 200 | ٢٠ | | |
| × 100 | ١٠ | | |
| × 50 | ٥ | | |
| × 20 | ٢٠ | | |
| × 10 | ١٠ | | |
| × 5 | ٥ | | |
| Coins | | | |
| | | 20,000 | |

عدد العملات | Coins

checked by | يدقق | التدقيق بعد

CASHIER STAMP & SIGN. | ختم وتوقيع الصراف

DUBAI ISLAMIC BANK
SCREEN 595
2008 NOV 18 A 11: 55
DUBAI BRANCH

ONLY | فقط

TRANS. NO. | Twenty thousand only

Depositor's Name | اسم المودع

Depositor's Sign. | توقيع المودع

كشـف حسـاب جـاري
STATEMENT OF CURRENT ACCOU

بـنك دبـي الإسلامـي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
blic Shareholding Company Incorporated in U.A.E.

| | PAGE NO. | الصفحة | ١ |

عـلي عبـد الـعزيـز عـلي
ح ب 1695B دبي

| ACCOUNT NO. | رقم الحساب | BRANCH | فرع |
| ٠١ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | | | السوديدي |

| From : ٢٠٠٠/٠١/٠١ | من | CURRENCY | العملة |
| To : ٢٠٠٠/١٢/٣١ | إلى | درهم الإمارات | د.إ. |

| BALANCE | الرصيد | DEPOSIT | إيداع | WITHDRAWAL | سحب | PARTICULARS | التفاصيل | DATE | التاريخ |
|---|---|---|---|---|
| ٥,٠٠٠ | | | رصيد منقول | |
| ٥٥,٠٠٠ | ٥٠,٠٠٠ | | 421022 | ٢٠٠٠/٠٨/ |
| ٢٥٥,٠٠٠ | ٢,٥٠,٠٠٠ | | 008743 | ٢٠٠٠/١١/ |
| ٢٨٥,٠٠٠ | ٣٠,٠٠٠ | | 754400 | ٢٠٠٠/١١/ |
| ٢٧٥,٩٧٥,٠٠٠ | | ٢٥,٠٠ | رسوم بطاقة تذكرة | ٢٠٠٠/١١/ |
| ٢٧٥,٩٧٥,٠٠٠ | ٢٨٥,٠٠٠ | ٢٥,٠٠ | الرصيد الشهائي | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
E-A/0/B

Head Office  Tel.: 2553000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003440

كشف حـساب جـاري
STATEMENT OF CURRENT ACCOI

بنك دبي الإسلامي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست بموجب قانون الاتحاد لدولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E

| | PAGE NO. | الصفحة |
| | ١ | |

علي عبد العزيز عابى

ص ب 16958 دبي

| ACCOUNT NO | رقم الحساب | BRANCH | الفرع بلجميرا |
| ٠١ ٥٢٠ ٧١٢٨٣٦٣ .١ | | |
| From ٢٠٠١/١/٠١ من | | CURRENCY | العملة الإمارات د.ت |
| To ٢٠٠١/١٢/٣١ الى | | |

| BALANCE الرصيد | DEPOSIT الإيداع | WITHDRAWAL السحب | PARTICULARS التفاصيل | DATE |
|---|---|---|---|---|
| ٢٧٥٩٧٥.٠٠ | | | رصيد مستقول | ٢٠٠١/١.٣. |
| ٢٨٥٩٣٥٩ | ١٥٠.٠٠٠ | | 1118705 | ٢٠٠١/٩. |
| ٤٥٤٧٥.٠٠ | | ٢٥٢.٠٠٠٠٠ | 104B02 | ٢٠٠١/٩. |
| ٤٥٦٢٥.٠٠ | ١٢٥.٠٠٠ | | 9B6637 | ٢٠٠١/٩. |
| ١٥٩٨.٠٠ | | ٣٥.٠٢.٠٠ | سحب الصراف الآلي | ٢٠٠١/٩. |
| ٩٢.٠٠ | | ١٥٠.٢.٠٠ | سحب الصراف الآلي | ٢٠٠١/٩. |
| ٩٣.٠٠ | | ٣٠.٠٠ | مصروف وتكاليف | ٢٠٠١/١. |
| ٧٨.٠٠ | | ١٥٠.٠٠ | Electron CA - ATM | ٢٠٠١/١. |
| ١٧٠.٤٩ | | ٦٠٠.٥١ | 1102/KHI1 SLICO | ٢٠٠١/١.. |
| ٤٩.١٧١ | ١٧٥٢٥٠.٠٠ | ٤٩.١٥٧٥٨٢.٥١ | الرصيد النهائي | |

* Unless we receive a claim from your side within 15 days of a statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E & O E

Head Office : Tel. : 2955000, Fax : 2954111, Tlx : 45689 / 45772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03441

SEP-12-02   11:47   FROM-BSED                    +971 2 8659915      T-469   P 001/002   F-451

كشف حساب جاري
## STATEMENT OF CURRENT ACCOUN

بنك دبي الإسلامي
3A1 ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات ان
Trending Company Incorporated in U.A.E.

| | | PAGE NO. | رقم الصفحة | ١ |

عاسى عبد العزيز بن علي
ص ب ١٥٩٥٨ دبي

| ACCOUNT NO. | رقم الحساب | ٠١ . ٥٢٠ . ٧١٢٨٣٦٣ . ٠١ | BRANCH | فرع | السن عايسي |

| | From: ٢٠٠١/٠١/٠١ من : | CURRENCY | عملة | درهم الإمارات . ت |
| | To: ٢٠٠١/١٢/٣١ الى : | | | |

| BALANCE | الرصيد | DEPOSIT | اضافة | WITHDRAWAL | سحب | PARTICULARS | تفاصيل | DATE | تاريخ |
|---|---|---|---|---|---|
| ٥٠٠٠٠٠٠ . ٠٠ | ٥٠٠٠٠٠٠ . ٠٠ | | ١٤٠ ٢٧ / ٤٢١٠٢٢ | ٢٠٠١/٠٨/ |
| ٢٥٠٠٠٠٠ . ٠٠ | ٢٠٠٠٠٠٠ . ٠٠ | ٥٨ ٥٩٥ // ٠٠٨٧٤٣ | ٢٠٠١/١١/ |
| ٢٨٠٠٠٠٠ . ٠٠ | ٣٠٠٠٠٠٠ . ٠٠ | ٧٥٠ ٢٧ / ٧٥٤٤٠٠ | ٢٠٠١/١١/ |
| ٢٧٥٩٧٥٠ . ٠٠ | | | | |
| ٢٧٥٩٧٥٠ . ٠٠ | ٢٥٠٠٠٠٠ . ٠٠ | ٢٥٠٠ | الرصيد | النهائي | |

Office : Tel : 2650000, Fax : 2954111, Tix : 45589 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003442

كـشـف حــســاب جــاري
**STATEMENT OF CURRENT ACCOUNT**

بنك دبي الإسلامي
**؟A1 ISLAMIC BANK**
شركة مساهمة عامة تأسست في دولة الإمارات العربية
Shareholding Company Incorporated in U.A.E.

| | |
|---|---|
| PAGE NO. رقم الصفحة | ١ |

على عبد العزيز على
ص ب 16958 دبي

| ACCOUNT NO. رقم الحساب | BRANCH الفرع |
|---|---|
| ٠١ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | الرئيسي |

| From ٢٠٠٠/٠١/٠١ : من | CURRENCY العملة |
|---|---|
| To : ٢٠٠٠/١٢/٣١ : إلى | درهم الإمارات |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS البيان | الرقم | DATE التاريخ |
|---|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد منقول | | |
| ٥٠٠٠٠٠٠ | ٥٠٠٠٠٠٠ | | | 421022 | ٢٠٠٠/٠٨/٠٨ |
| ٢٥٠٠٠٠٠٠ | ٢٠٠٠٠٠٠٠ | | | 008743 | ٢٠٠٠/١١/٠١ |
| ٢٨٠٠٠٠٠٠ | ٣٠٠٠٠٠٠ | | | 754400 | ٢٠٠٠/١١/٢٢ |
| ٢٧,٩٧٥٠٠٠ | | ٢٥٠٠ | رسوم بطاقة نقدية | | ٢٠٠٠/١١/٢٢ |
| ٢٧,٩٧٥٠٠٠ | ٢٨٠٠٠٠٠٠ | ٢٥٠٠ | الرصيد الشبابكي | | |

If you do not advise your data within 15 days the statement will be considered correct.
PLEASE ADVISE US OF ANY CHANGE IN YOUR ADDRESS.

الرئيسي : هاتف ٢٩٥٣٠٠٠ ، فاكس ٢٩٥٤١١١، تلكس ٤٥٨٨٩ / ٤٨٧٧٢ إسلامي امي ابو ظبي ، ص ب ١٠٨٠ دبي
Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003443



**CENTRAL BANK OF THE U.A.E.**       مصرف الإمارات العربية المتحدة المركزي

Ref. :

Date :

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive Officer
Dubai Islamic Bank
P.O. Box : 1080
Dubai

After greetings..

Please immediately provide the Anti Money
Laundering and Suspicious Cases Unit-Central
bank- Abu Dhabi, (fax no. 02-6674501)
regarding the following accounts:
1) No. 015207128363.
2) No. 5807603332.
with the below mentioned documents:

1. Accounts opening applications and their
related documentations

2. Statements of accounts from 1-1-2000 till
date

You are requested not to inform the
concerned party/ parties of this inquiry in
accordance with Article (12) of the Federal
law No. (4) of 2002, regarding
criminalization of Money Laundering

Yours faithfully,

Sultan Bin Nasser Al Suwaidi
Governor

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005526

كـــشـــف حـــســـاب جـــاري
## STATEMENT OF CURRENT ACCOUNT

PAGE NO.

| | | | | |
|---|---|---|---|---|
| ACCOUNT NO. | | BRANCH | | |
| ٦٠٥٧. ٧١٧٨٣٢. ٦٠ | | | | |

FROM ٢٠٠٠/٠٨/٠١   CURRENCY
TO ٢٠٠٠/١٢/٣١   درهم الامارات

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ٥........ | ٥........ | | 421022 | ٢٠٠٠/٠٨/٠٨ |
| ٢٥....... | ٢٠....... | | 508743 | ٢٠٠٠/١١/٢٠ |
| ٢٨....... | ٣....... | | 754400 | ٢٠٠٠/١١/٢٢ |
| ٢٧٤٩٧٥.. | | ٢٥... | | ٢٠٠٠/١١/٢٢ |
| ٢٧٥٩٢٥.. | ٢٨٥...... | ٢٥... | الشيكات | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct
* (−) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
* E. & O. E.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_00552)

كـــــشـــف حـــــــــــاب جـــاري
## STATEMENT OF CURRENT ACCOUNT

PAGE NO.   ١

ACCOUNT NO.   رقم الحساب   ١٠   ٥٢   ٧١٢٩٣٨١   ٠   BRANCH   الفرع   أبو ظبي شـارع
مقابل عمارة السكر سوق غنام

رقم 16958

From ٢٠٠١٧٠١٢٠١٨   من   CURRENCY   العملة   درهم الإمارات
To ٢٠٠١٧١٢٣٦١   إلى

| BALANCE المجموع | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ٢٧٥٩٧٥٠٠٠ | | | رصيد مستقبل | |
| ٢٩٥٤٧٥٠٠٠ | ٢٥٠٠٠٠٠ | | 1118705 | ٢٠١٧٤٧١٧ |
| ٢٩٢٤٧٥٠٠٠ | | ٢٥٠٠٠٠٠ | 104802 | ٢٠١٧٩٢١٠ |
| ٢٩٠٦٠٠٠٠ | ١٧٥٠٠٠ | | 986637 | ٢٠١٧٩٢١٠ |
| ١٠٥٦٨٠٠٠ | | ٣٥٠٢٠٠٠ | محمد النصر الحصر احمد اب ابى | ٢٠١٧٩٢١٠ |
| ٩٦٠٠٠ | | ١٥٥٠٢٠٠ | محمد النصر احمد اب ابى | ٢٠١٧٩٢١٠ |
| ٩٣٠٠٠ | | ٣٠٠٠ | ريفوم منوراستق | ٢٠١٧٦٦٠٠٤ |
| ٧٨٠٠٠ | | ١٥٠٠٠ | Electron CA – ATM | ٢٠١٧٦١٠٢٠٧ |
| ١٧٤٩ | | ٦٠٥١ | 1102/KH11 SLICO | ٢٠١٧٦١٠٢٠٧ |
| ١٢٤٩ | ١٠٧٢٥٠٠٠ | ٢٩٠٥٨٢٠٥١ | الرصيد النهائي | |

*  Unless we receive a claim from your side within 15 days this statement will be considered correct
*  (-) DENOTES DEBIT BALANCE
*  PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
*  E & O E

ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً
( — ) تعني الرصيد عليكم
الرجاء ابلاغنا خطياً في حالة تغيير عنوانكم
ماعدا السهو والخطأ

Head office Tel. 2955000, Fax. 2954111, Tlx 45889, 46774 ISLAMI BM, P.O. Box 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005528

كــــشف حــــساب جــاري
STATEMENT OF CURRENT ACCOUNT

PAGE NO

ACCOUNT NO.                                    BRANCH

From                        CURRENCY
To

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| 17.49 | | | رصيد سابق مستقبل | |
| 17.49 | | | الرصيد المسبق | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E & O E

Tel: 2953000  Fax: 2954111  Tlx: 45699 / 48770 ISLAMI EM  P.O. Box: 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005529

كـــشــف حـــســـاب جــاري
## STATEMENT OF CURRENT ACCOUNT

CASE NO.

| | ACCOUNT NO. | | BRANCH |
| | ١. ٥٢. ٧١٢٨٣٣ .٠١ | | الفرع |

ى ح 16958

From ٢٠٠٢/١٠/١ | CURRENCY
To ٢٠٠٢/٤/٣٠ | بدرهم الإمارات ا.ع

| BALANCE الرصيد | DEPOSIT اداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ١٧,٤٩ | | | رصيد يستحضر | |
| ١٧,٤٩ | | | | |

~ Unless we receive a claim from your side within 15 days the statement will be considered correct
~ (-) DENOTES DEBIT BALANCE
~ PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
~ E.&O.E.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_00553g



| | | | |
|---|---|---|---|
| 0.00 | 0.00 | 17.49 | 1/ |
| 0.00 | 999999,999.00 | 0.00 | 1/ |
| 0.00 | 0.00 | 17.49 | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005531

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DUBAI ISLAMIC BANK

بنك دبي الإسلامي

طلب فتح حساب جاري

Current Account Opening Form

Date _____ التاريخ

Acc No _____

The Manager DUBAI ISLAMIC BANK
Branch _____

السيد مدير بنك دبي الإسلامي
فرع _____

Dear Sirs

You are kindly requested to open in your books a Current Account as per the following particulars:

Name in full _____ الاسم بالكامل

Nationality _____ الجنسية

Profession _____ المهنة

Address _____ العنوان

Introduced By _____ بواسطة

Statement of account to be dispatched _____

I hereby undertake to comply with the Bank's
rules for the conduct of such account, and it is
understood and mutually agreed upon that no
overdraft will be allowed without prior consent
of the Bank

Signature _____ التوقيع

توقيع المخصص

See over leaf                                          انظر خلفه

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005533



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



E911562                    E911562

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005535



E911562

E911562

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York



40590/2

F91155

M/ Ali

M/ Abdul Aziz
Ali.
Private Service
Kuwait
29.8.1977
Muslim

507  77  286,509

SADDAR
KARACHI

3rd    Jan.  98

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005537



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DUBAI ISLAMIC BANK  بنك دبي الإسلامي

/ 421022

Date  التاريخ

CASH DEPOSIT  إيداع نقدي

A/C No.  رقم الحساب

Name  الاسم

| TELLER STAMP & SIGN.<br>ختم وتوقيع أمين الصندوق | DENOMINATIONS  الفئات | | AMOUNT  المبلغ |  |
|---|---|---|---|---|
|  |  | × 1000 |  |  |
|  |  | × 500 |  |  |
|  |  | × 200 |  |  |
|  |  | × 100 |  |  |
|  |  | × 50 |  |  |
|  |  | × 20 |  |  |
|  |  | × 10 |  |  |
|  |  | × 5 |  |  |
|  |  | Coins |  |  |
|  | Depositor's Name  اسم المودع |  | checked by |  |
|  | Depositor's Sign.  توقيع المودع |  |  |  |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005539



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005540

DUBAI ISLAMIC BANK   PRIMARY BANKING DEPT / B DAF   VER 4 2855346   PAGE  P 104 004  P-687

بطاقة إيداع
**Deposit Slip**

بنك دبي الإسلامي
DUBAI ISLAMIC BANK

No. 1118705    Cash Deposit ☒ ايداع نقدي    Date 17 - 4 - 20__ التاريخ

Cheque Deposit ايداع شيكات    Branch الفرع

A/C No ٠ ١ ٥ ٢ ٠ ٧ ١ ٢ ٨ ٣ ٦ ٣   رقم الحساب

اسم العميل

| Cheques Details تفاصيل الشيكات | | | | Amount المبلغ | | |
|---|---|---|---|---|---|---|
| Bank & Branch Drawn on البنك و الفرع المسحوب عليه | Due Date تاريخ الاستحقاق | Cheque No رقم الشيك | Drawer A/C No رقم حساب الساحب | Denominations (Cash) الفئات (نقدا) | | Fils فلس |
| | | | | 1000 x 1 | 1,000 | |
| | | | | 500 x 1 | 500 | |
| | | | | 100 x | | |
| | | | | 50 x | | |
| | | | | 20 x | | |
| | | | | 10 x | | |
| | | | | 5 x | | |
| | | | | Coins عملات معدنية | | |
| | | | | **Total** المجموع | 1,500 | |

Total (in words) المجموع (بالحروف)   الف و خمسمائة درهم

Checked by روجعت بواسطة    Deposited by أودعت بواسطة
Signature التوقيع    Signature التوقيع

Please read conditions printed overleaf.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005541



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 15~70 (GBD), United States District Court for the Southern District of New York

DIB_005542



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005543



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



STATEMENT OF CURRENT ACCOUNT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005545



STATEMENT OF CURRENT ACCOUN

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

كـــشـف حـــســاب جـــاري
STATEMENT OF CURRENT ACCOUNT

| ACCOUNT NO | | | BRANCH | |
| FROM | | | CURRENCY | |
| TO | | | | |

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
| --- | --- | --- | --- | --- |

* UNLESS WE RECEIVE A NOTIFICATION FROM YOU WITHIN 15 DAYS THIS STATEMENT WILL BE CONSIDERED CORRECT
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
* E & O E

Office  Tel  2953000  Fax  2954113  Tlx  45859 48772 ISLAMI EM  P.O. Box  1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005547

بسم الله الرحمن الرحيم

## DUBAI ISLAMIC BANK

بنك دبي الإسلامي

Date                                                          التاريخ ١٢/١

طلب فتح حساب ادخار استثماري

A c No   ٢ ٢ ٠٠٠٠ ٧ ٠٨٠ ٢ ٤                رقم الحساب

To the Manager
DUBAI ISLAMIC BANK
Dear Sir

السيد/مدير بنك دبي الإسلامي
السلام عليكم ورحمة الله وبركاته

بعد اطلاعنا على شروط فتح الحساب (رجو/نرجو الموافقه على فتح حساب لدبكم وفق للبيانات الموضحة أدناه

After examining the terms & conditions of opening the account. We request you to
approve the opening of an account with your bank as per the particulars shown hereinafter

| | |
|---|---|
| Name in full | الاسم بالكامل |
| Address | العنوان |
| Tel | هاتف |
| Nationality | الجنسية  Correspondence Language  اللغة المراسلة<br>ARABIC ENGLISH  عربي/الكليزي |
| Religion<br>Muslim other | الديانة  Year of Birth  سنة الميلاد<br>مسلم/اخرى |
| Resident Non-Resident | ذكر/انثى/معنوي  Male Female N A  مقيم غير مقيم |
| Profession | المهنة  Passport No  رقم جواز السفر |
| Opening Balance | الرصيد الافتتاحي |
| Currency Code | كود العملة  Economic Code  الكود الافتصادي ١١١ |

The above information is true to my knowledge
Signature

أقر بصحة البيانات الموضحة اعلاه
امضاء

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_005548





CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005549



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005550



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005551



| | 0.00 | 0.00 | 27 | |
| | 0.00 | 1,262.50 | 27 | |
| | 0.00 | 0.00 | 1,262.50 | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005552

| الرصيد | | | | التاريخ |
|---|---|---|---|---|
| 50,678.50 | 165.00 | | | 12/01/2002 |
| 38,000.50 | | 12,679.00 | 721434 | 07/02/2002 |
| 36,700.50 | 1,500.00 | | ايداع نقدي | 03/02/2002 |
| 36,600.50 | 100.00 | | ايداع نقدي | 04/02/2002 |
| 36,500.50 | 100.00 | | ايداع نقدي | 11/02/2002 |
| 35,500.50 | 1,000.00 | | ايداع نقدي | 14/02/2002 |
| 31,300.50 | 4,200.00 | | ايداع نقدي | 17/02/2002 |
| 1,300.50 | | 30,000.00 | 215514 | 19/02/2002 |
| 1,200.50 | 100.00 | | ايداع نقدي | 23/02/2002 |
| 100.50 | 1,100.00 | | ايداع نقدي | 11/03/2002 |
| 2,000.50 | 1,900.00 | | 1468094 | 07/04/2002 |
| 3,000.50 | 1,000.00 | | 2896104 | 24/04/2002 |
| .50 | | 3,000.00 | 216693 | 04/05/2002 |
| 5,?00.50 | 5,600.00 | | 1464541 | 07/05/2002 |
| 8,600.50 | 3,000.00 | | 1461103 | 19/05/2002 |
| 9,350.50 | 750.00 | | 1462098 | 27/05/2002 |
| 31,550.50 | 22,000.00 | | 196722 | 29/05/2002 |
| 1,350.50 | | 30,000.00 | 217248 | 17/06/2002 |
| 2,100.50 | 750.00 | | 1472088 | 29/06/2002 |
| 5,200.50 | 1,100.00 | | 1472896 | 03/07/2002 |
| 2,200.50 | | 1,000.00 | ايداع نقدي | 04/07/2002 |
| 3,200.50 | 1,000.00 | | 1473762 | 09/07/2002 |
| 2,700.50 | | 500.00 | ايداع نقدي | 13/07/2002 |
| 2,600.50 | | 100.00 | ايداع نقدي | 22/07/2002 |
| 2,500.50 | | 100.00 | ايداع نقدي | 28/07/2002 |
| 2,000.50 | | 500.00 | ايداع نقدي | 04/08/2002 |
| 1,900.50 | | 100.00 | ايداع نقدي | 08/08/2002 |
| 1,700.50 | | 200.00 | ايداع نقدي | 10/08/2002 |
| 1,400.50 | | 500.00 | ايداع نقدي | 10/08/2002 |
| 900.50 | | 500.00 | ايداع نقدي | 17/08/2002 |
| .50 | | 900.00 | 218950 | 01/09/2002 |
| 3,500.50 | 3,500.00 | | 2949104 | 11/09/2002 |
| 3,700.50 | 100.00 | | 2946568 | 17/09/2002 |
| 4,600.50 | 900.00 | | 2951272 | 26/09/2002 |
| 3,500.50 | | 1,100.00 | ايداع نقدي | 01/10/2002 |
| 2,400.50 | | 1,100.00 | ايداع نقدي | 06/10/2002 |
| 4,300.50 | 1,900.00 | | 2978555 | 13/10/2002 |
| 6,500.50 | 2,200.00 | | 983010 | 16/10/2002 |
| 5,500.50 | | 1,000.00 | ايداع نقدي | 21/10/2002 |
| 2,500.50 | | 3,000.00 | ايداع نقدي | 22/10/2002 |
| .50 | | 2,500.00 | 233150 | 29/10/2002 |
| .50 | | | | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 157 O (GBD). United States District Court for the Southern District of New York

DIB_005553

| الرصيد | مدين | دائن | البيان | المستند | التاريخ |
|---|---|---|---|---|---|
| .50 | | | رصيد سابق | | |
| 101.50 | 101.00 | | | | 22/01/2003 |
| 652.50 | 551.00 | | 44424   2002 | | 22/01/2003 |
| 1,482.50 | 850.00 | | 137256 | | 03/02/2003 |
| 732.50 | | 750.00 | 774751 | | 03/02/2003 |
| 632.50 | 550.00 | 100.00 | 222980 | | 18/02/2003 |
| 1,182.50 | 550.00 | | 4090932 | | 03/03/2003 |
| 31,182.50 | 30,000.00 | | 251958 | | 18/03/2003 |
| 23,182.50 | | 8,000.00 | 224501 | | 18/03/2003 |
| 21,932.50 | | 1,250.00 | 224852 | | 26/03/2003 |
| 18,832.50 | | 3,100.00 | 224616 | | 12/04/2003 |
| 18,132.50 | | 700.00 | 224684 | | 16/04/2003 |
| 132.50 | | 18,000.00 | 578902 | | 07/05/2003 |
| 1,562.50 | 1,430.00 | | 663739 | | 12/06/2003 |
| 62.50 | | 1,500.00 | 579910 | | 15/06/2003 |
| 1,762.50 | 1,200.00 | | 290 | | 29/06/2003 |
| 1,762.50 | 80,631.00 | 129,879.00 | اجمالي الحركات | | |
| 1,762.50 | | | الرصيد المتاح | | |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_00555_

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005555



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_00555§



CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD), United States District Court for the Southern District of New York

PAGE  01/03

# CENTRAL BANK OF THE U.A.E.



Ref. : 13-7/351/2005

Date : 22/03/2005

مصرف الإمارات العربية المتحدة المركزي

الإشارة : ١٣-٧/٣٥١/٢٠٠٥

التاريخ : ٢٠٠٥/٠٣/٢٢

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive
Dubai Islamic Bank
P. O. Box : 1080
Dubai

السيد/ بطي خليفة بن درويش الفلاسي    المحترم
الرئيس التنفيذي
بنك دبي الإسلامي
ص.ب : ١٠٨٠
دبي

After greetings,,

السلام عليكم ورحمة الله وبركاته،،

Sub.:  Certification of Business Records

الموضوع:   شهادة لسجلات الأعمال

Please be advised that an official from the American Embassy in Abu Dhabi accompanied by one of Central Bank's staff will visit your bank to request your authorized staff to fill-in a Certification of Business Records in Arabic and English (copy enclosed) on documents relating to one of your clients and/or transactions conducted via your bank on behalf of one of your clients previously provided to us (your concerned staff would have a chance to verify these records at the proposed visit).

نرجو إعلامكم بأن مسؤولا من السفارة الأمريكية في أبوظبي يرافقه موظفا من المصرف المركزي سيقومان بزيارة بنككم للطلب من موظفيكم المخولين بملء شهادة لسجلات الأعمال باللغة العربية والإنجليزية (مرفق نسخة)، بشأن وثائق تتعلق بأحد عملائكم و/أو تعاملات تمت من خلال بنككم لصالح أحد عملائكم تمت موافاتنا بها في السابق (سيتمكن موظفيكم المعنيين من التحقق من هذه السجلات بمعرفتهم عند الزيارة المقترحة).

For your information, the above certification will be used by the concerned US authorities in an upcoming trail in the Eastern District of Virginia – United States of America.

لمعلوماتكم، فإن الشهادة أعلاه سيتم استخدامها من قبل السلطات المعنية في الولايات المتحدة في محاكمة قادمة في المقاطعة الشرقية من فيرجينيا – الولايات المتحدة الأمريكية.

Yours faithfully,

وتفضلوا بقبول فائق الاحترام،،

سلطان بن ناصر السويدي
المحافظ
Sultan Bin Nasser Al Suwaidi
Governor

261-05

أبوظبي – حرب ٨٥٤ – تلفون ٦٦٥٢٢٢٠ / ٦٦٥٢٥٠٤ (٠٢) – فاكس ٦٦٥٢٥٠٤ – منظمة :إدارة العمليات المصرفية ٢٢٣٩٦ / ٢٢٥٧٧ – الخزانة ٢٢٣٣٠ / ٢٣٣١٠ – فروعنا هواتف العموم دبي ٣٦٣٩٧٧٧
ABU DHABI- P.O. BOX: 854-Telephone- 6652220-Fax- (02) 6652504 - Tlx.:- Management /Banking Operations 22396 / 22577, Treasury: 22330 / 2331
Branches Telephones:Dubai: 3639777, SHJ: 5592592, RAK: 2264444, AL Ain: 7656656, FUJ: 2224040

25/04  2005  MON  09:00

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_003444

CERTIFICATION OF BUSINESS RECORDS

I, the undersigned _____ , with

(Name)

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

_____

(Name of business from which documents are sought)

in the position of: _____

(Business position or title)

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1.  was made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2.  was kept in the course of regularly conducted business activity;

3.  was made by the business as a regular practice; and

4.  if not an original record, is a duplicate of the original.

Date of execution: _____

Place of execution: _____

Signature: _____

25/04 2005 MON 09:00  (TX/RX NO 6414) ☒002

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003445

<div dir="rtl">

## شهادة لسجلات الأعمال

أنا الموقع أسفله _____، وأنا على علم
(الإسم بالكامل)

علم بأن شهادة الزور المتعمدة تعرض صاحبها لعقوبة جنائية طبقا لقوانين دولة الإمارات العربية المتحدة.

أعلن أنني موظف لدى: _____ أو على علاقة معهم.
(اذكر اسم العمل الذي أصدر السجلات المشار إليها)

بمنصب: _____
(المنصب أو اللقب)

وبموجب منصبي هذا فأنا مفوض ومؤهل لتقديم هذا الإقرار.

كل من السجلات المرفقة هنا هو من سجلات العمل الآنف الذكر. وكذلك:

1.   فإن التاريخ المذكور في السجل هو بالفعل التاريخ الذي وقع فيه الحدث أو أنه قريب منه، وإن الشخص الذي أعد هذا السجل على علم به، أو أن شخصاً مطلعاً على هذا الأمر هو الذي أعلمه به.

2.   الاحتفاظ بهذه السجلات أمر متبع عادة في هذا العمل.

3.   إعداد هذه السجلات إجراء عادي في هذا العمل.

4.   هذه السجلات هي إما سجلات أصلية أو أنها نسخة مطابقة للأصل.

تاريخ التوقيع: _____

مكان التوقيع: _____

التوقيع: _____

</div>

25/04 2005 MON 09:00  [TX/RX NO 6414] ☑003

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003446

مصرف الإمارات العربية المتحدة المركزي

## CENTRAL BANK OF THE U.A.E.

| Central Bank | | قرار المحافظ |
|---|---|---|
| Decision No. : | 2/361/2002 | المركزي رقم : |
| Date : | 25.05.2002 | التاريخ : |
| To | All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets) | المرسل إلى : كافة المصارف والصرافات وشركات الاستثمار والمؤسسات المالية الأخرى العاملة في دولة الإمارات، (يشمل قطاع التأمين والأسواق المالية). |

After Greeting

بعد التحية،

Based on United Arab Emirates Decision in conjunction with the International efforts to fight terrorism, you are required to search for immediately and freeze any accounts, deposits, investments or remittances in the names of the following ( whether existing now or existed in the past):

بناءاً على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب يطلب منكم فوراً البحث عن وتجميد أية حسابات أو ودائع أو استثمارات أو تحويلات مالية بالأسماء التالية (سواء كانت موجودة حالياً أو كانت في الماضي):

**Natural Persons:**

الأشخاص الطبيعيين:

1. Mr Ali Abdul Aziz Ali (also known as Isam Mansur, Isam Mansour Isam Hasan, DOB 25/08/1977 POB Kuwait holder of Pakistani passport No. B 9 1562 issued in Karachi Pakistan on 01/01/1998 and expires on 02/01/2003

١- السيد/علي عبد العزيز علي (المعروف أيضاً بـ عصام منصور، ...، تاريخ ميلاده ... مكان ميلاده الكويت يحمل جواز سفر باكستاني رقم ... صادر في كراتشي – باكستان بتاريخ ... وينتهي بتاريخ 2003/01/02.

2. ... (also known as Mustafa Ahmed Hawsawi) ... DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah –Kingdom of Saudi Arabia on 24/03/1999 and expires on 31/12/2003.

٢- السيد/مصطفى ... مكان ميلاده جدة – المملكة العربية السعودية ... صادر في جدة – المملكة العربية السعودية بتاريخ 1999/03/24 وينتهي بتاريخ 2003/12/31.

3. Mr Yasra Hani Barak Al-Otaibi (also known as Yasser B.H. Al-Otaibi), DOB 17/04/1980  POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 281515, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005

٣- السيد/يسرا ... الرياض – المملكة العربية السعودية ... صادر في المملكة العربية السعودية ...

Cont'd B

**CONFIDENTIAL**

This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003447



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

التاريخ: 2002/09/03

السيد / عبد الرحيم محمد العوضي المحترم.

مدير أول / دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 6674501—02

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار رقم 2002/361/2 بتاريخ 2002/08/25

1. يوجد طرفنا حساب جاري راكد باسم : علي عبد العزيز علي .. رقم الحساب
   : 01—7128363—520—01 .. وبرصيد قدره 17 درهم .. وتاريخ آخر حركة
   2001/10/06 .. وتم إجراء الحجز اللازم عليه .. ونرفق لكم الوثائق المطلوبة و
   الخاصة بالحساب ..

   مع الاعتذار لوجود رقم حساب خطأ (01—7581793—520—01) في رسالتنا المؤرخة في
   2002/08/31 ( خطأ غير مقصود).

2. يرجى تزويدنا بمزيد من التفاصيل ( صورة جواز السفر .. ) للمذكورين أدناه
   حتى نتمكن من تحديد الأشخاص المعنيين بصورة نهائية .

   • السيد / حاجي وزير.
   • السيد / دلبار خان ذو دلدار خان.
   • محمد عبد الظاهر.

   شاكرين لكم تعاونكم الدائم.



عن/ محمد عبد الرحمن العزيزي
مدير إدارة العمليات المركزية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157O (GBD), United States District Court for the Southern District of New York

DIB_003448

DUBAI ISLAMIC BANK  بَنْكُ دُبَيِّ الإِسْلامِي

طلب فتح حساب جاري

**Current Account Opening Form**

Date _____   التاريخ   ٨/١١/٠٠٠

| Acc. No.   ٧١٨٨٢٦٣   رقم الحساب |

To,
The Manager, DUBAI ISLAMIC BANK,   السيد / مدير بنك دبي الإسلامى
Branch _____   فرع الكتبي

Dear Sirs,   تحية طيبة وبعد ،

ارجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة ادناه :

You are kindly requested to open in your books a Current Account, as per the following particulars:-

Name in full   كلاى عبد العزيز يزكيت   الاسم بالكامل

Nationality   باكستاني   الجنسية

Profession   مهندس كمبيوتر   المهنة

Address   دبي ص. ب : ١٦٥٨   تليفون : ٥٠٠-٦٧٤٥٦٥١   العنوان

Introduced By   طلحة إبراهيم جميا رقم حساب ٨٠٠-٧٠٠٠-٢٣٤   المركزى

Statement of account to be despatched   ترسل كشوفات حساب :

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.

اتعهد بالتقيد بالقواعد التي يضعها البنك تنظيم هذا الحساب ،
ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأى سحب
على المكشوف دون سابق موافقة من البنك .

Signature   التوقيع   أ ر يزكيت

See over leaf   توقيع المختص   انظر خلفه

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003449

الشروط الخاصة بالحسابات الجارية :

وهي الحسابات الدائنة التي تكون مهيأة للسحب والإيداع بلا قيد ولا شرط و يسمح فيها باستعمال الشيكات وغيرها من وسائل السحب والتصرف بالحساب وذلك حسب الشروط التالية : ـ

١ ـ تكون الأموال المودعة في الحساب الجاري أموالا مفوضة للاستعمال والرد عند الطلب وهي لا تشارك بأية نسبة في أرباح الاستثمار ولا تتحمل مخاطره .

٢ ـ يكون صاحب الحساب الجاري مقيدا بالسحب في حدود مقدار الرصيد الجاهز والمهيأ للأداء ولا يحق له أن يسحب ما يزيد عن رصيده الجاهز والمهيأ للأداء ولو كان لديه شيكات مودعة لم يتم تحصيل قيمتها حسب طريقة المقاصة المتبعة .

٣ ـ يصدر البنك لأصحاب الحسابات الجارية كشوفات دورية تبين حركة الحساب في الدائن والمدين و يكون الحساب صحيحا وموافقا عليه نهائيا إذا لم يتسلم البنك أي اعتراض على مضمنه خلال خمسة عشر يوما من تاريخ وصول الكشف لصاحب الحساب ، ،، ،،،،،

٤ ـ يكون البنك مخولا بأن يقيد على الحساب الجاري لأية قيود تتعلق بالنفقات والمصاريف بأية معامله من المعاملات المصرفية المتعلقة بصاحب الحساب .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003450

THIS PASSPORT
CONTAINS 36 PAGES
CE PASSEPORT
CONTIENT 36 PAGES

PASSPORT
PASSEPORT
PAKISTAN

40594/2

NO OF PASSPORT
NO DU PASSEPORT

E911562

NAME OF BEARER
NOM DU TITULAIRE

Mr. Ali

NAME OF FATHER/HUSBAND
NOM DU FERE/DU MARI

Mr. Abdul Aziz
Ali

PROFESSION OF BEARER
PROFESSION

Private Service

PLACE AND DATE OF BIRTH
LIEU ET DATE DE NAISSANCE

Kuwait
29.8.1977

RELIGION / REVISION

Muslim

IDENTITY CARD NO
NUMERO DE CARTE D'IDENTITE

507-77-286,504

CITIZEN OF PAKISTAN
NATIONALITE PAKISTANAISE

NATIONAL STATUS
NATIONALITE



SADDAR
KARACHI

Given at

the 3rd day of Jan 1398

By order of the
President of Pakistan

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003451

عائل کی تصویر۔ الصورة الشخصية ل
OGRAPH OF BEARER
TOGRAPHIE DU TITULAIRE

پاکستان میں مستقل پتہ۔ العنوان الدائم في باكستان
PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A - 30.18  Nora Hasan
Ho. Rd.  Gori
Karachi

موجودہ پتہ۔ العنوان الحالي
PRESENT ADDRESS
L'ADRESSE PRESENTE

بچے۔ الأطفال-الأطفال المرضع
CHILDREN—ENFANTS

| نام۔ الاسم<br>NAME<br>NOM | تاریخ پیدائش۔ تاریخ الولادة<br>DATE OF BIRTH<br>DATE DE NAISSANCE | بنت۔ الجنس<br>SEX<br>SEXE |
| --- | --- | --- |
| | | |

مدة الجواز صالح لمدة خمس سنوات
VALIDITY OF THIS PASSPORT EXPIRES ON
OUVELLEMENT CE PASSEPORT EXPIRE LE

2nd Jun. 2003

E911562

E911562

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003452



E911562                     E911562

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03453



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003454

<div dir="rtl">

التاريخ : 1/09/05

٩٧٧٦٠١٨x

المجمع : المستفيد الإضافي :

رقم الاقتصادي : 71283A3

حالة المستعمل : قائم

|  |  |  |  |  |
|---|---|---|---|---|
| | | 17.47 | 0.00 | 0.00 |
| | | 17.47 | 999999 999.00 | 0.00 |
| | 7.49 | | 0.00 | 0.00 |

تاريخ المنح أو : 0000/00/00   الفترة : 00

CO

</div>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003455



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003456

كشف حـسـاب جـاري
## STATEMENT OF CURRENT ACCOUN

**DUBAI ISLAMIC BANK**
بنك دبي الإسلامي
شركة مساهمة عامة مؤسسة في دولة الإمارات العربية
Shareholding Company Incorporated in U.A.E.

PAGE NO. ١
رقم الصفحة

عامي عبد العزيز عامي
ص ب ١٦٩٥٨ دبي

| ACCOUNT NO. رقم الحساب | ٠١ ٥٢٠ ٧١٢٨٣٦٣ . ١ | BRANCH الفرع | السركيسيدي |
| From: من : ٢٠٠٠/١/١ | To: إلى : ٢٠٠٠/١٢/٣١ | CURRENCY العملة | درهم الإمارات . أ . ت |

| BALANCE الرصيد | DEPOSIT ايداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ( .... | | | رصيد مدور منقول | |
| ٥٠,٠٠٠,٠٠٠ | ٥٠,٠٠٠,٠٠٠ | | 421022 | ٢٠٠٠/٠,٨/٠,٠ |
| ٢٥٠,٠٠٠,٠٠٠ | ٢٠٠,٠٠٠,٠٠٠ | | C06743 | ٢٠٠٠/١١/٢,٠ |
| ٢٨٠,٠٠٠,٠٠٠ | ٣٠,٠٠٠,٠٠٠ | | 754400 | ٢٠٠٠/١١/٢٦ |
| ٢٧٩,٩٧٥,٠٠٠ | | ٢٥,٠٠٠ | رسوم بطاقة نقدية | ٢٠٠٠/١١/٢٦ |
| ٢٧٩,٩٧٥,٠٠٠ | ٢٨٠,٠٠٠,٠٠٠ | ٢٥,٠٠٠ | الرصيد: الاسمالي | |

ss we receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
ASE IN FORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
C. E
rice : Tel . 2553000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003457

كـشـف حــســاب جــاري
STATEMENT OF CURRENT ACCOUNT

بنـك دبـي الإسـلامي
JBAI ISLAMIC BANK

شركة مساهمة عامة مسجلة في دولة الإمارات العربية
Sharsiding Company Incorporated in U.A.E.

| | | |
|---|---|---|
| PAGE NO. رقم الصفحة | ١ | |

عامر عبد المحسن بن عامر

ص ب 16958 دبي

| ACCOUNT NO. رقم الحساب | ٠١ ٥٢٠ ٧١٢٨٣٦٣ ٠١ | BRANCH الفرع | البرشاء بدبي |
|---|---|---|---|
| From من: ٢٠٠١/١/١ To الى: ٢٠٠١/١٢/٣١ | | CURRENCY العملة | درهم الإمارات ا ت |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE التاريخ |
|---|---|---|---|---|
| ٢٧٠٩٧٥٠٠ | | | رصيد مستقول | |
| ٢٩٠٣٦٢٦٩ | ١٥٠٠٠٠٠ | | ::18705 | ٢٠٠١/٤/١٧ |
| ٤٣٤٧٥٠٠ | | ٢٥٥٠٠٠٠٠ | 104802 | ٢٠٠١/٩/١٠ |
| ٤٦٦٠٠٠٠ | ١٢٥٠٠ | | 986637 | ٢٠٠١/٩/١٠ |
| ١٥٩٨٠٠ | | ٣٥٠٢٠٠ | سحب الصرف ا لي | ٢٠٠١/٩/١٠ |
| ٩٦٠٠ | | ١٥٠٢٠٠ | سحب الصرف ا لي | ٢٠٠١/٩/١٠ |
| ٩٣٠٠ | | ٣٠٠ | رسوم بنك ايداعي | ٢٠٠١/١٠/٠١ |
| ٧٨٠٠ | | ١٥٠٠ | Electron CA - ATM | ٢٠٠١/١٠/٠٦ |
| ٦٣٠٢٩ | | ٦٠٥١ | 1102/KHI1 SLICO | ٢٠٠١/١٠/٠٦ |
| ٦٣٠٢٩ | ١٠٦٢٦٠٠ | ٢٩٠٥٨٢٠٥١ | الرصيد النهائي : | |

ss we receive a claim from your side within 15 days this statement will be considered correct.
IENOTES DEBIT BALANCE
ISE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
O E.

ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر من الكشف صحيحاً •
(—) تعني الرصيد عليكم •
الرجاء الاعلام خطياً في حالة تغيير عناوينكم •
هذا السجل يخصكم •

ice Tel : 2953000 , Fax : 2954111, Tlx : 45869 / 46772 ISLAMI EM , P.O. Box . 1080 Dubai    مركز الرئيسي هاتف ٢٩٥٣٠٠٠ ، فاكس ٢٩٥٤١١١ ، تلكس ٤٥٨٦٩ / ٤٦٧٧٢ إسلامي اي ام ، ص ب ٨٠ دبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 157 O (GBD), United States District Court for the Southern District of New York

DIB_003458

كشـف حـسـاب جـاري
STATEMENT OF CURRENT ACCOUN

بنــك دبـي الإسـلامـي
JBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية
Shareholding Company incorporated in U.A.E.

| | PAGE NO. | رقم الصفحة | ١ |
|---|---|---|---|

عابي عبد العزيز عابي
ص ب ١٦٩٥٨ د ب

| ACCOUNT NO. | رقم الحساب | BRANCH | فرع |
|---|---|---|---|
| ٠١ . ٥٢ . ٧١٢٨٣٦٣ . ١ | | الـبـرشـيـبـاس | |

| From: ٣ . ٢ / ١ / . ١ | من : | CURRENCY | عملة |
|---|---|---|---|
| To : ٣ . ٢ / ٣ / . ٣ | الى : | در هم الإمارات | |

| BALANCE | الرصيد | DEPOSIT | إيداع | WITHDRAWAL | سحب | PARTICULARS | التفاصيل | DATE | التاريخ |
|---|---|---|---|---|---|---|---|---|---|
| ١٧٬٤٩ | | | | | | رصيد مبلغ | | | |
| ١٧٬٤٩ | | | | | | الرصيد المبدئي | | | |
| | | | | | | | | | |

ress will receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
EASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
& O.E.

ما لم يصلنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً
( — ) تعني الرصيد عليكم
الرجاء إعلامنا خطياً في حالة تغيير عناوينكم
خطأ و السهو و النقصان

الرئيسي : هاتف ٢٩٥٣٠٠٠ فاكس ٢٩٥٤١١١ تلكس ٤٦٨٨٩ / ٤٦٧٧٢ إسلامي ام : ص ب ١٠٨٠ دبي
Office : Tel.: 2953000, Fax : 2954111, Tlx : 46889 / 46772 ISLAM: EM, P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 15 70 (GBD), United States District Court for the Southern District of New York

DIB_003459

كشف حـــساب جـاري
**STATEMENT OF CURRENT ACCOU**

بنك دبي الإسلامي
DUBAI ISLAMIC BANK

| PAGE NO. | صفحة |
| ACCOUNT NO. | رقم الحساب | BRANCH | |
| From | من | CURRENCY | |
| To | إلى | | |

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE ت |
|---|---|---|---|---|

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003460

كشف حـــــاب جـــاري
STATEMENT OF CURRENT ACCOU

بنك دبي الإسلامي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
blic Shareholding Company Incorporated in U.A.E.

PAGE NO.   الصفحة

ACCOUNT NO.   رقم الحساب

BRANCH   ع

From :   من
To :   الى

CURRENCY   لة

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS التفاصيل | DATE خ |
|---|---|---|---|---|
| | | | | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (=) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

ما لم أو اعترض عني من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً.
خني الرصيد عليكم
البلاغنا خطياً في حالة تغيير عناوانكم
سهور والخطــا

Head Office : Tel. : 2953000, Fax : 2954111, Tlx  45589 / 45772 ISLAMI EM, P.O. Box : 1080 Dubai
٢٩٥٣٠٠٠ فاكس : ٢٩٥٤١١١ تلكس ٤٥٧٧٢ / ٤٥٥٨٩ إسلامي أي أم صب : ١٠٨٠ دبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003461

كشف حـــساب جـاري
## STATEMENT OF CURRENT ACCOU

بنـك دبــي الإسلامــي
### DUBAI ISLAMIC BANK
شركة مساهمة عامة مسجلة في دولة الإمارات العربية المتحدة
Pulic Shareholding Company incorporated in U.A.E.

| PAGE NO. | الصفحة |
|---|---|

| ACCOUNT NO. | رقم الحساب | | BRANCH | ع |
|---|---|---|---|---|

| From : | من : | | CURRENCY | ال |
|---|---|---|---|---|
| To : | إلى : | | | |

| BALANCE | الرصيد | DEPOSIT | إيـداع | WITHDRAWAL | سحـب | PARTICULARS | التفاصيـل | DATE | خ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E & O. E.

حسابنا أي اعتراض خطي من قبلكم خلال ١٥ يوماً يعتبر هذا الكشف صحيحاً
تعني الرصيد عليكم
الرجاء إبلاغنا خطياً في حالة تغيير عناوينكم
الشكر وتحفظنا

Head Office  Tel : 2953000, Fax : 295411 , Tlx  45859 / 48772 ISLAMI EM,  P.O. Box  1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_O03462

كشـف حـــــاب جــاري
STATEMENT OF CURRENT ACCOU

بنك دبي الإسلامي
DUBAI ISLAMIC BANK

| PAGE NO | الصفحة |
| ACCOUNT NO. | رقم الحساب | BRANCH | |
| From | من | CURRENCY | |
| To | الى | | |

| BALANCE | الرصيد | DEPOSIT | إيداع | WITHDRAWAL | سحب | PARTICULARS | التفاصيل | DATE | تاريخ |
|---|---|---|---|---|---|---|---|---|---|

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (-) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E.& O.E.

Head Office : Tel.: 2953000, Fax. 2954111, Tlx : 45889 / 46772 ISLAM EM, P.O. Box . 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003463



بنــــك دبــــي الإسلامـــي
DUBAI ISLAMIC BANK

التاريخ : 2005/04/26

السيد / عبد الرحيم محمد العوضي المحترم.

مساعد مدير تنفيذي – دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 6669427-02

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : الاشارة رقم 13-7/351/2005 بتاريخ 2005/03/22

نـــرفق لكم 'شهادة لسجلات الاعمال' و الخاصة بالحساب رقم 01-7128363-520-01

باسم : على عبدالعزيز علي ، علما بان رصيد الحساب المذكور هو : 17.49 درهم (فقط

سبعة عشر درهم و تسع و اربعون فلسا لاغير).

موقعة حسب الاصول.

شاكرين لكم تعاونكم الدائم،،،

زهير سعيد الربيعي

رئيس قسم مكافحة غسل الاموال

04-2112140

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45689 ISLAMI EM, Swift: DUBAEAD   DUBAEAD
www.alislami.co.ae

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003464

## CERTIFICATION OF BUSINESS RECORDS

I, the undersigned _Zohair Said Al-Rabii_, with
(Name)

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

_Dubai Islamic Bank_
(Name of business from which documents are sought)

in the position of: _Anti-Money Laundering Section Head_
(Business position or title)

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1. was made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2. was kept in the course of regularly conducted business activity;

3. was made by the business as a regular practice; and

4. if not an original record, is a duplicate of the original.

Date of execution: _26. 4. 2005_

Place of execution: _Dubai - UAE_

Signature:

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003465

<u>شهادة لسجلات الأعمال</u>

أنا الموقع أدناه ــــــــــــــــ زهير سعيد الربيع ــــــــــــــــ ، وأنا على
<div align="center">(الإسم بالكامل)</div>

علم بأن شهادة الزور المتعمدة تعرض صاحبها لعقوبة جنائية طبقا لقوانين دولة الإمارات العربية
المتحدة.

أعلن أنني موظف لدى: ـــــــــ بنك دبي الإسلامي ـــــــــ أو على علاقة معهم.
<div align="center">(أذكر إسم العمل الذي أصدر السجلات المشار إليها)</div>

بمنصب: ــــــــــ رئيس قسم حافظ - عميل الأموال ــــــــــ
<div align="center">(المنصب أو اللقب)</div>

وبموجب منصبي هذا فأنا مفوض ومؤهل لتقديم هذا الإقرار.

كل من السجلات المرفقة هنا هو من سجلات العمل الآنف الذكر. وكذلك:

١ــــ فإن التاريخ المذكور في السجل هو بالفعل التاريخ الذي وقع فيه الحدث أو أنه قريب منه,
وإن الشخص الذي أعد هذا السجل على علم به، أو أن شخصا مطلعا على هذا الأمر هو الذي
أعلمه به.

٢ــــ الإحتفاظ بهذه السجلات أمر متبع عادة في هذا العمل.

٣ــــ إعداد هذه السجلات إجراء عادي في هذا العمل.

٤ــــ هذه السجلات هي إما سجلات أصلية أو أنها نسخة مطابقة للأصل.

تاريخ التوقيع: ـــــــــــــ ٢٠٠٥/٤/٢٦ ـــــــــــــ

مكان التوقيع: دبي - الإمارات العربية المتحدة

التوقيع: ـــــــــــــــــــــــــــــــــ

DUBAI ISLAMIC BANK

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD). United States District Court for the Southern District of New York

DIB_003466

# EXHIBIT B

ay 14 03 02:08p

MAY-14-03 14:13   FROM-CENTRAL BANK OF THE U A E        +0097126651988        T-628   P.01/01   F-627        P-1

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | | | |
|---|---|---|---|
| Notice No.: | 1347/2003 | إشعار رقم : ٢٠٠٣/١٣٤٧ | |
| Date | : 14/05/2003 | التاريخ : ٢٠٠٣/٠٥/١٤ | |

| To | : | Head Offices of National Banks and Main Branches of Foreign Banks Operating in the UAE. | إلــــــى : المقار الرئيسية للبنـــوك الوطنيـة والفــروع الرئيسية للبنوك الأجنبيـة العاملة في دولة الإمارات. |
|---|---|---|---|

After Greetings,

Please immediately search for any accounts or deposits or investments in the name of:

**Ali Saleh Al Marri - Qatari national, holder of passport No. 00496370**

..d provide the Anti-Money Laundering and .uspicious Cases Unit – Central Bank-Abu Dhabi, (fax no. 02-6674501) with details.

You are requested not to inform the concerned party/parties of this inquiry in accordance with Article (12) of Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

Yours faithfully,

بعد التحيــة ،،،،

يرجى منكم فورا البحث عن أية حسابات أو ودائع أو استثمارات باسم:

علي صالح المري – قطري الجنسية، يحمل جـواز سفر رقم ٠٠٤٩٦٣٧٠

وموافــاة وحدة مواجهة غـل الأمـوال والحـالات المشبوهة– بالمصرف المركزي– أبوظبـــي (فــاكس رقم ٠٢-٦٦٧٤٥٠١) بالتفاصيل.

يطلب منكم عدم إبلاغ الطرف /الأطراف ذات الصلة بهذا الاستعلام وذلك عملا بالمادة (١٢) من القـانون الاتحادي رقم (٤) لسنة ٢٠٠٢ بشأن تجريم غسـل الأموال .

وتفضلوا بقبول فائق الاحترام ،

سلطان بن ناصر السويدي
المحافظ
**Sultan Bin Nasser Al Suwaidi**
**Governor**

.rom: Bank:

من: بنك:

| | | | |
|---|---|---|---|
| ☐ | There are no accounts or deposits or investments in the name mentioned above. | ☐ | لا توجد حسابات أو ودائـع أو استثمارات بالاسم المذكور أعلاه. |
| ☐ | There are accounts or deposits or investments and find attached account/ accounts opening documents and statements. | ☐ | توجد حسـابات أو ودائـع أو استثمارات وتجدون مرفقة وثائق فتح الحساب/الحسابات والكشوفات. |
| Auth. Sig. | | Auth. Sig. | المخول بالتوقيع |

727-03                                                    ٣١

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003393



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

التاريخ : 2002/05/15

السيد / عبد الرحيم محمد العوضي المحترم.

مساعد مدير تنفيذي/ دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 02-6669427

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار رقم 2003/1347 بتاريخ 2003/05/14

يوجد طرفنا :

1. على صالح حمد درعه المرى .. قطرى الجنسية .. رقم جواز سفر 404674 .. رقم حساب 7160666.

2. على صالح محمد كحلة المرى .. قطرى الجنسية .. رقم جواز سفر 96686 .. رقم حساب 7580819.

يرجى الافادة عن ايهما المقصود بالاشعار اعلاه.

شاكرين لكم تعاونكم الدائم.

زهير سعيد الربيعي

رئيس قسم أول بإدارة العمليات المركزية

من ب : ١٠٨٠ ، دبي ، دولة الإمارات العربية المتحدة   P.O.Box 1080, Dubai, United Arab Emirates
هاتف: ٢٩٥٣٠٠٠ (٩٧١ ١) فاكس: ٢٩٥٤١١١ (٩٧١ ١)   Tel: (971 4) 2953000 Fax: (971 4) 2954111
تلكس: ISLAMI EM ٤٥٨٨٩/٤٦٧٧٢   سويفت: DUIBAEAD   Tix: 46772/45889 ISLAMI EM, Swift: DUIBAEAD
www.alislami.co.ae

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003394

JL-06-03 14:18   FROM-BSED                    +971 2 6656915        T-920  P.001/001  F-184

# CENTRAL BANK OF THE U.A.E.



مصرف الإمارات العربية المتحدة المركزي

Ref. : 13-7/962/2003

الإشارة: ١٣-٧/٩٦٢/٢٠٠٣

Date : 06/07/2003

التاريخ: ٢٠٠٣/٠٧/٠٦

Mr. Butti Khalifa Bin Darwish Al Falasi     المحترم
Chief Executive Officer
Dubai Islamic Bank
P.O. Box : 1080
Dubai

السيد/ بطي خليفة بن درويش الفلاسي     المحترم
الرئيس التنفيذي
بنك دبي الإسلامي
ص.ب : ١٠٨٠
دبي

After greetings,,

السلام عليكم ورحمة الله وبركاته،،

Sub.:  Account No. 7580819 in the name of
Ali Mohamed Kahleh Al Marri -
Qatari national, holder of passport
No. 96686

الموضوع: الحساب رقم ٧٥٨٠٨١٩ باسم علي
محمد كحلة المري – قطري الجنسية،
يحمل جواز سفر رقم ٩٦٦٨٦

Please provide the Anti-Money Laundering and
Suspicious Cases Unit- Central Bank– Abu
Dhabi, (fax no. 02-6674501) with copies of the
above account's opening application, related
documentation and statements.

يرجى تزويد وحدة مواجهة غسل الأموال والحالات
المشبوهة – بالمصرف المركزي – أبوظبي (فاكس
رقم ٠٢-٦٦٧٤٥٠١) بصور طلب فتح الحساب
المذكور أعلاه والوثائق ذات الصلة والكشوفات.

You are requested not to inform the
concerned party/ parties of this inquiry in
accordance with Article (12) of the Federal
Law No. (4) of 2002, regarding
criminalization of Money Laundering.

يطلب منكم عدم إبلاغ الطرف/ الأطراف ذات
الصلة بهذا الاستعلام وذلك عملاً بالمادة (١٢) من
القانون الاتحادي رقم (٤) لسنة ٢٠٠٢ بشأن
تجريم غسل الأموال.

Yours faithfully,

وتفضلوا بقبول فائق الاحترام،،

Mohammed Ali Bin Zayed Al Falasi
Deputy Governor

محمد علي بن زايد الفلاسي
نائب المحافظ

1010-2003

أبوظبي – مب: ٨٥٤ – تلفون: ٦٦٥٢٢٢٠ – فاكس: ٦٦٥٢٥٠٤ – تلكس: ٢٢٥٧٧ إدارة العمليات المصرفية، ٢٢٣٣٠ الخزانة، ٢٢٣١٦ / ٢٢٣٢٠ مواقد الفروع دبي
J DHABI- P.O. BOX: 854-Telephone: 6652220-Fax: (02) 6652504 -Tlx.: Management / Banking Operations 22596 / 22577, Treasury: 22330 / 22316
ches Telephones:Dubai: 3939777, SHJ: 5592592, RAK: 2284444, Al Ain: 7656656, FUJ: 2224040

06/07 2003 SUN 14:32  [TX/RX NO 5309]  @001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003395



بـنـك دبـي الإسـلامـي
DUBAI ISLAMIC BANK

التاريخ : <u>2002/07/07</u>

السيد / عبد الرحيم محمد العوضي المحترم.

مساعد مدير تنفيذي/ دائرة الرقابة و التفتيش على المصارف

المصرف المركزي

فاكس : 02-6674501

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : الإشارة رقم 2003/962/7-13 بتاريخ 2003/07/06

نرفق لكم كافة مستندات الحساب رقم **7580819** باسم : محمد كحلة المرى.

شاكرين لكم تعاونكم الدائم.

محمد عبد الرحمن أميري

نائب رئيس

إدارة العمليات المركزية

عدد الصفحات : ١٠ صفحات

P.O.Box 1080, Dubai, United Arab Emirates   ص.ب.: ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
Bank Cards Division. Tel: 2956314/2955322 Fax: 2955105   قسم البطاقات المصرفية: هاتف: ٢٩٥٥٣٢٢/٢٩٥٦٣١٤ فاكس: ٢٩٥٥١٠٥
Tlx: 45889/48772 ISLAMI EM. Swift: DUIBAEAD   تلكس: ISLAMI EM ٤٨٧٧٢/٤٥٨٨٩، سويفت: DUIBAEAD
Toll Free : 800-4833   الهاتف المجاني : ٨٠٠-٤٨٣٣
www.alislami.co.ae

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003396



كشف حــــــساب جــاري
**STATEMENT OF CURRENT ACCOUNT**

بنــك دبــي الإسلامـي
AI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية
Shareholding Company Incorporated in U.A.E.

| | | |
|---|---|---|
| PAGE NO. رقم الصفحة | | 1 |

| ACCOUNT NO. رقم الحساب | BRANCH الفرع |
|---|---|
| 07 580 7580819 01 | الشارقة |

| From ۲۰۰۱/۸/۱۸ من: | CURRENCY العملة |
|---|---|
| To: ۲۰۰۱/۱۲/۳۱ الى: | درهم الإمارات |

على صالح محمد كتانه النبري
قطر الدوحة ص ب 40543

| BALANCE الرصيد | DEPOSIT إيداع | WITHDRAWAL سحب | PARTICULARS البيان | DATE التاريخ |
|---|---|---|---|---|
| | | | رصيد منقول | |
| 5,000.00 | 5,000.00 | | الرصيد الافتتاحي | 18/08/2001 |
| 47.45 | | 4,952.55 | سحب الصراف الالي | 20/10/2001 |
| 43.45 | | 4.00 | رسوم سويفتي | 01/11/2001 |
| 41.45 | | 2.00 | رسوم سويفتي | 01/12/2001 |
| ٤٣٫٤٥ | ٥٠٠٠٫٠٠ | ٤٩٥٨٫٥٥ | الرصيد النهائي : | |

_Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai — دبي ٠٨٠١ إسلامي اي ام ص ب ٤٨٧٧٢ / ٤٥٨٨٩ تلكس ٢٩٥٤١١١ فاكس ٢٩٥٣٠٠٠ هاتف : الرئيسي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003397



كـشف حـــــــساب جــاري
**STATEMENT OF CURRENT ACCOUNT**

بنــك دبـــي الإسـلامـي
AI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية
Shareholding Company Incorporated in U.A.E.

| PAGE NO. رقم الصفحة |
|---|
| 1 |

علي صالح سعيد كعله البهري
ظفر الدوحة ص ب 40543

| ACCOUNT NO. رقم الحساب | BRANCH الفرع |
|---|---|
| 07 580 7580819 01 | الشارقة |

| From من : ٢٠٠٢/٠١/٠١ | CURRENCY العملة |
|---|---|
| To الى : ٢٠٠٢/١٢/٣١ | درهم الإمارات |

| BALANCE الرصيد | DEPOSIT الإيداع | WITHDRAWAL المسحوب | PARTICULARS البيان | DATE التاريخ |
|---|---|---|---|---|
| ٤١،٤٥ | | | رصيد منقول | |
| 54.45 | 13.00 | | ارباح التوفير | 12/01/2002 |
| ٤٥،٣٠ | ١٣،٠٠ | | الرصيد النهائي : | |

ce : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003398



بـنـك دبــي الإسلام
ِAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية
Shareholding Company Incorporated in U.A.E.

بـشـف حـسـاب جـاري
**STATEMENT OF CURRENT ACCOUNT**

| PAGE NO. | رقم الصفحة |
|---|---|
| 1 | |

علي صالح محمد كحاله العبري
قطر الدوحه ص ب 40543

| ACCOUNT NO. | رقم الحساب |
|---|---|
| 07 580 7580819 01 | |

| BRANCH | الفرع |
|---|---|
| | الشارقة |

| From ٢٠٠٣/٠١/٠١ : من |
| To : ٢٠٠٣/٠٧/٢١ : الي |

| CURRENCY | العملة |
|---|---|
| | درهم الإمارات |

رصيد منقول

الرصيد النهائي :   ٥٤٬٠٣٠

...ce : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

التاريخ : 7/07/03           بنك دبــــــي الاسلامي  رقم الشاشة 520  صفحة :
الوقت : 10:10            الموقف الشامل للعميل / للكفيل              *A77S018

رقم العميل : 7580819  علي صالح محمد كظمه السري           قطر
كود الاقتصادي : 111   حالة المتعامل : قائم

نوع الحساب     رقم الحساب  دائــــن      مديــــــن        المتأخرات
                                                      انتها ، استثمار

-----------------------------------------------------------------------
                0.00           0.00        54.45   7/    1     ادخار إستثماري
-----------------------------------------------------------------------
الاجمـــالـــي
                0.00           0.00        54.45
الاجمالي (لاتضاف الحجوزات، الفيزا ، الكفاله ، الشيكات المرتدة / الموجلة ،مقاول/ استشارى
رصيد المستأجر ، متأخرات خ.غ)
=======================================================================
* براءة الذمـــــــة :    تاريخ الاصدار : 0000/00/00   الفرع : 00
معلومات اضافيـــــــة :
***********************************************************************

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003400

بنك دبــي الاسلامـــــــي

كشـــف الحســــاب
07/07/2003
صفحه رقم :
من 0000/00/00 حتى 0000/00/00   مشغل :   شاشة : 520

فـــــرع الرئيسي
رقم الحســاب : 1 '580 7580819 7   العملة : درهم الامارات
الاسم الكامل : علي صالح محمد كحله العمري

| الرصيد | الايداعات | المسحوبات | البيـــــــــان | التاريخ |
|---|---|---|---|---|
| 54.45 | 13.00 | | ارباح التوفير | 12/01/2002 |
| 54.45 | 13.00 | | رصيـــد نهائـي : | |
| 54.45 | | | الرصيـد المتاج : | |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003401



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

بسم الله الرحمن الرحيم

# DUBAI ISLAMIC BANK

بنك دُبَيّ الإسلامي

Date. _____

التاريخ ١٨/ ٨/ ٢٠٠١

طلب فتح حساب ادخار استثماري

A/c No. ١ ٥٨٠٨٠ ٧٥٨٠٨١٥ ١

رقم الحساب

To the Manager,
DUBAI ISLAMIC BANK
   Dear Sir,

السيد/مدير بنك دبي الاسلامي
السلام عليكم ورحمة الله وبركاته

بعد اطلاعي/اطلاعنا على شروط فتح الحساب أرجو/نرجو الموافقة على فتح حساب لديكم وفقاً للبيانات الموضحة أدناه:

After examining the terms & conditions of opening the account, I/We request you to approve the opening of an account with your bank as per the particulars shown hereinafter.

| Name in full الاسم بالكامل |
|---|
| عبد صالح محمد عبد الله المري |

| Address العنوان |
|---|
| ص ب ٢٠٥٢٢ الدوحة - قطر |
| Tel. هاتف ٥٢٧٠٥٢٦ |

| Nationality | الجنسية | قطري | Correspondence Language لغة المراسلة ARABIC/ENGLISH عربي/انجليزي | عربي |

| Religion الديانة slim/other مسلم/اخرى | مسلم | Year of Birth سنة الميلاد | ٢٤/ ٩/ ١٩٦٥ |

| Resident/Non- Resident مقيم/غير مقيم | غير مقيم | Male/Female/N.A. ذكر/انثى/معنوي | ذكر |

| Profession المهنة | موظف | Passport No. رقم جواز السفر | ٢٥٣٦٦٨٢ |

| Opening Balance الرصيد الافتتاحي | ٥٠،٠٠٠ |

| Currency Code | كود العملة | Economic Code | الكود الاقتصادي |

The above information is true to my knowledge.
Signature

أقر بصحة البيانات الموضحة أعلاه
إمضاء

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003403



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003404



دولة قطر
**STATE OF QATAR**
جواز سفر
**PASSPORT**

No. of Passport 396686   رقم الجواز ٣٩٦٦٨٦

اسم حامل الجواز
علي صالح محمد كحله المــــري

Name of Bearer
ALi SaLeh M. K. AL-Marri

اسم الزوجة/الزوج
Name of Wife/Husband

كيفية نوال الجنسية قطــري
Nasional Status Qatar

This Passport contains 48 pages   يحتوي هذا الجواز على ٤٨ صفحة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003405



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

'7R009*                              تحـــــديث الحســـــاب                          18/08/01

رقم الحساب7 : 1 7580819 580
الإسم الكامل        : على صالح محمد كحله المرى
إسم المراسلة        : على صالح محمد كحله المرى
عنوان المراسلة      : قطر الدوحه ص ب 40543

رقم الهاتف          : 0                    فرع و تاريخ براءة الذمة : 00   000000
فاكس /رنداء         : قطر 5370562          لغة المراسلة         : عربي 1
الجنسيــــــة        : 2                    سنة الميـــــلاد      : 1965
الديانــــة         : 1 مسـلـم             الجنــس              : 1 ذكر
الإقامـــة          : 1 مقيــــم           رقم جواز السفر       : 96686
كود إقتصادى         : 111 حسابات شخصية      الشكل القانونى       : 1 فــرد
رسوم تحصيل شيك      : Y                    عمولة شيك مرتجع      : Y
تاريخ الانتهاء      : 000000               تاريخ الاصدار        : 000000
حالة الحساب         : 0                    صـدرت من : 00
                                          تاريخ الفتـح        : 18/08/01

كود الوكيل / حساب مشترك 0
( 0 ) لاشئ : 1 , وكيل : 2 , حساب مشترك : 3 , وكيل و حساب مشترك )
*****************************************************************
SP8 = لطباعة الشاشة        SF4 = لإخلاء الشاشة        F12 = للتنفيذ
SP9 = لإسترجاع الشاشة                               F1 = للخروج
000                                                    شاشة : 34

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003408

# EXHIBIT C



بنك دبي الإسلامي
DUBAI ISLAMIC BANK

التاريخ : 2004/08/16

السيد / عبد الرحيم محمد العوضي المحترم.

مساعد مدير تنفيذي

مسؤول وحدة مواجهة غسل الأموال و الحالات المشبوهة

المصرف المركزي

فاكس : 6669427-02

السلام عليكم و رحمة الله و بركاته .. وبعد

الموضوع : إشعار المصرف المركزي رقم 01/355/2 بتاريخ 2001/11/07

نفيد باستمرار تجميد الحسابات التالية طرفنا :

1. بنك البركات الصومالي ، رقم الحساب 7250339 ، الرصيد = صفر .

2. احمد علي جمعالي ، رقم الحساب 6061192 ، الرصيد 80,269 درهم.

شاكرين لكم تعاونكم الدائم،،،

زهير سعيد البريكي

رئيس قسم أول مكافحة غسل الأموال

P.O.Box 1080, Dubai, United Arab Emirates   ص.ب : ١٠٨٠ دبي، دولة الإمارات العربية المتحدة
Tel: (971 4) 2953000 Fax: (971 4) 2954111   هاتف : ٢٩٥٣٠٠٠ (٤ ٩٧١) فاكس : ٢٩٥٤١١١ (٤ ٩٧١)
Tlx: 45772/45889 ISLAMI EM, Swift: DUIBAEAD   تلكس : ٤٥٨٨٩/٤٥٧٧٢ ISLAMI EM، سويفت: DUIBAEAD
www.alislami.co.ae

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003262

الحسابات (المشبوهة) التي تم طلب تجميدها من قبل

وحدة مواجهة غسل الأموال و الحالات المشبوهة بالمصرف المركزي

| إشعار المصرف المركزي رقم ... بتـــــ ... | الرصيد | الاسم | رقم الحساب |
|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| ٢/٣٠٠/١ بتــــاريخ ٢٠٠١/١١/٠٧ تجميد | ١٤١٤٧٠٢٠٧ | بنك البركات الصومالي | ٠١٥-٠٢٠-٠٢٠١٥٠١-٠١ حساب استاذ عام |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| Redacted | Redacted | Redacted | Redacted |
| ٢/٣٦١/٢ بتاريخ ٢٠٠٢/٠٨/٢٥ | ١٧ | علي عبد العزيز علي | ٠١-٠٢٠-٧١٢٨٣٦٣-٠١ |
| ٢/٣٠٠/١ بتاريخ ٢٠٠١/١١/٠٧ | ٨٠٠٢٦٩ | احمد علي حمالي | ٠١-٠٢٠-٦٠٦١١٩٢-٠١ |
| ٢/٣٠٠/١ بتاريخ ٢٠٠١/١١/٠٧ | صفر | بنك البركات الصومالي | ٠١-٠٢٠-٧٢٥٠٣٣٩-٠١ |
| Redacted | Redacted | Redacted | Redacted |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



بنـك دبـي الإسلامـي
DUBAI ISLAMIC BANK

السيـد / أحمـد القمـزي المحتـرم

المصـرف المركـزي

02/6655958

P.O.Box 1080, Dubai, United Arab Emirates  ص.ب: ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
Tel: (971 4) 2953000 Fax: (971 4) 2954111   هاتف: ٢٩٥٣٠٠٠ (٤ ٩٧١)  فاكس: ٢٩٥٤١١١ (٤ ٩٧١)
Tlx: 48772/45889 ISLAMI EM, Swift: DUIBAEAD   تلكس: ١٨٧٧٢/٤٥٨٨٩ ISLAMI EM، سويفت: DUIBAEAD
www.alislami.co.ae

249-1

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003264

22/08 2004 08:20 FAX 042800010          C.O.D. Dip.                          ☒001
                                                                            ۷٤٥-۲۲

# Dubai Islamic Bank      بنك دبي الإسلامي

طلب فتح حساب جاري

## Current Account Opening Form

Date _____                التاريخ ۲۰۰۱/۱۱/۱۲

| Acc. No. _____ رقم الحساب ۱۰۰۵۰۰ ۷٤٥-۲۲۵ |

To,                                              السيد / مديرينك دبي الاسلامي
The Manager, DUBAI ISLAMIC BANK,
Branch _____                          فرع لسين

Dear Sirs,
                                                 تحية طيبة وبعد ،
                          ارجو فتح حساب جاري في دفاتركم وفقا للبيانات الموضحة ادناه :
You are kindly requested to open in your books a Current Account, as per the following
particulars:-

Name in full _____ شركة البركات العسكري _____ الاسم بالكامل

Nationality _____            الجنسية

Profession _____             المهنة

Address _____ ص . ب : _____ تليفون : _____ العنوان

Introduced By _____          المزكى

Statement of account to be dispatched            ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's       أتعهد بالتقيد بالقواعد التى يضعها البنك لتنظيم هذا الحساب ،
rules for the conduct of such account, and it is
understood and mutually agreed upon that no       ومن المفهوم والمتفق عليه انه سوف لا يسمح لى بأى سحب
overdraft will be allowed without prior consent   على المكشوف دون سابق موافقة من البنك .
of the Bank.

Signature                                        التوقيع

See over leaf                   توقيع المختص              انظر خلفه

22/08 2004 SUN 09:34  [TX/RX NO 5943] ☒001

# CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003265

*A03R002*    كشف حساب استاذ عام   22/08/

حســـاب : 1 2 520 13 1 : تاريخ الابتداء : 0101  الإنتهاء :  مشه 1

الاسم الكامل : بنك بركات الصومالى المحدود

لتاريخ فرع البنـــــــد  المســـحوبات الايداعات الاجمـــــالى

00000 AVAILABLE BALANCE    1,147,207.62

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

– طباعة الشاشه F2 – الطابعة المحليه  F12 – للاستمرار

– استعادة الشاشه F11 – صفحه تاليه  F1 – للخروج

يوجد حركات هذه الفترة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003266

22/08 2004 08:00 FAX 042900010        C.U.D. DIB.                    001/001

٦٠٦١١٩

# Dubai Islamic Bank



بنـك دبـي الاسلامـى

طلب فتح حساب جاري

## Current Account Opening Form

Date _____                              التاريخ ٩٧/٦/١٢

┌─────────────────────────────────────┐
│ Acc. No. ١٥٦.٦.٦١١٩٢   رقم الحساب:  │
└─────────────────────────────────────┘

To,
The Manager, DUBAI ISLAMIC BANK,        السيد / مدير بنك دبي الاسلامي
Branch _____                 فرع _____

Dear Sirs,                               تحية طيبة وبعد :

                                         ارجو فتح حساب جاري في دفاتركم وفقاً للبيانات الموضحة ادناه :
You are kindly requested to open in your books a Current Account, as per the following
particulars:-

Name in full    AHMED ALI JUMALE         الاسم بالكامل
Nationality     SOMALI                   الجنسية
Profession      ACCOUNTANT               المهنة
Address         P.O.BOX 3313   تليفون : DUBAI   ص . ب   العنوان
Introduced By   _____ سنتيال توت القاهرة  ابوظبي صحار   الزكى
Statement of account to be dispatched   _____ بالصواله   ترسل كشوفات الحساب :

I, hereby, undertake to comply with the Bank's       أتعهد بالتقيد بالقواعد التي يضعها البنك لتنظيم هذا الحساب ،
rules for the conduct of such account, and it is      ومن المفهوم والمتفق عليه انه سوف لا يسمح لي بأى   سحب
understood and mutually agreed upon that no           على المكشوف دون سابق موافقة من البنك .
overdraft will be allowed without prior consent
of the Bank.


        Signature                              التوقيع


                                       توقيع المختص          انظر خلفه
See over leaf

            22/08 2004 SUN 09:39  [TX/RX NO 5945]  001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003267



22/08 2004 SUN 09:39  [TX/RX NO 5946]  @001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003268



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003269

22/08 2004 08.58 FAX 042950815          C.O.D. DIB.                    @003



22/08 2004 SUN 09:39  [TX/RX NO 59461 @003

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003270

22/08 2004 09:37 FAX 042950815          C.O.D.   DIB.                    ☑004



22/08 2004 SUN 09:39  [TX/RX NO 5946] ☑004

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003271

22/08 2004 09:38 FAX 042950815       D.U.B.   DIB.

التاريخ ٧/٧/٩٦م

السيد / مدير بنك دبي الاسلامي     المحترم ،

فرع الشارقة

السلام عليكم ورحمة الله وبركاته

نود أن نفيدكم بأننا قد خولنا السيد / نور علم شاه علم

في الامور التالية :-

١ – استلام الشيكات المرتجعة .
٢ – طلب واستلام كشف الحساب .
٣ – الاستفسار عين الرصيد .
٤ – استلام الشيكات المؤجلة .

وذلك بعد بالقسمة ولحين اشعار آخر ودون أدني مسئولية على البنك
فيما يتعلق بهذا التخويل .

والشكر لكم حسن تعاونكم معنا ، ، ، ، ، ،

| Applicant | AHMED ALI JUMACE | مقدم الطلب |
| --- | --- | --- |

A/C No. | 01 | 520 | 606 1192 | 04 | 01 |   حساب رقم

Signature                                                  إمضاء

للاستعمال الرسمي

السيد /                                          لاجراء اللازم .

رئيس قسم الحسابات الجارية والادخار والاستثمار

تم اجراء اللازم
24 JUL 1997
التوقيع

22/08 2004 SUN 09:39  [TX/RX NO 5946] ☒00

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003272



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003273



بنك دبي للإسلامي
DUBAI ISLAMIC BANK



P.O.Box 1080, Dubai, United Arab Emirates   ص.ب: ١٠٨٠، دبي، دولة الإمارات العربية المتحدة
Tel: (971 4) 2953000 Fax: (971 4) 2954111   هاتف: ٢٩٥٣٠٠٠ (٩٧١ ٤)  فاكس: ٢٩٥٤١١١ (٩٧١ ٤)
Tlx: 48772/45869 ISLAMI EM, Swift: DUIBAEAD   DUIBAEAD :سويفت، ISLAMI EM ١٨٧٧٢/٤٥٨٦٩ :تلكس
www.alislami.co.ae

249-1

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003274



كشف حـســاب جــاري
**STATEMENT OF CURRENT ACCO**

| | |
|---|---|
| PAGE NO. ١ صفحة | |

بنــك دبـــي الإسلامي
DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

احمد علي جمـعالـي
دبــى ص ب 3313

| ACCOUNT NO. رقم الحساب ٠١ ٠٥٠، ٦، ٦١١٩٢، ١ | BRANCH رئيسي |
|---|---|
| From : ١٩٩٧/٦/٢٣ : من | CURRENCY |
| To : ١٩٩٧/١٢/٣١ : الى | درهم الإمارات |

| BALANCE | DEPOSIT | WITHDRAWAL | TRANSACTION | DATE |
|---|---|---|---|---|
| ٠٠٠٠ | | | رصيد منقول | |
| ٣٠،٠٠٠،٠٠٠ | ٣٠،٠٠٠،٠٠٠ | | الرصيد الافتتاحي | ١٩٩٧/٦ |
| ٣٤،٥٠٠،٠٠٠ | ٤،٥٠٠،٠٠٠ | | 9597204 | ١٩٩٧/٧ |
| ٤٠،٠٠٠،٠٠٠ | | | ايد إ عاليه | ١٩٩٧/٧ |
| ٣٣،٥٠٩،١٨ | | ٦٩٦ | مدين قيمة | ١٩٩٧/٧ |
| ٣٢،٨٥٩،١٨ | | ٦٩٠٤ | مدين قيمة | ١٩٩٧/٧ |
| ٣٥،٨٥٩،١٨ | | | ايد إ عاليه | ١٩٩٧/٨ |
| ٣٨،٨٥٩،١٨ | | ٥٥٧٤٣٨ | . ١ قي | ١٩٩٧/٨ |
| ٢٧،٥٠٩،١٨ | | ١٠١ | . ١ م قي | ١٩٩٧/٨ |
| ٣٨،٨٥٩،١٨ | | ٠٠٠٠٠١ | . ١ قي | ١٩٩٧/٨ |
| ٤١،٨٥٩،١٨ | | ٢٨٣١٨٩ | . ١ قي | ١٩٩٧/٨ |
| ٤٥،٣٥٠٩،١٨ | | ٥٠٥٢٥١ | . ١ قي | ١٩٩٧/٨ |
| ٤٨،٣٥٠٩،١٨ | | ٤٩٠٠٠٠ | . ١ قي | ١٩٩٧/٨ |
| ٥١،٣٥٠٩،١٨ | | ٧٠٧٢٥ | . ١ قي | ١٩٩٧/٨ |
| ٥٥،٢٦٠٩،١٨ | | | . ١ قي | ١٩٩٧/٨ |
| ٥٣،٥٠٩٦،١٨ | | ٦٩٠٤ | | ١٩٩٧/٨ |
| ٥٧،٥٠٩٦،١٨ | | | 9597209 | ١٩٩٧/٨ |
| ٦١،٠٩٦،١٨ | | | 9597208 | ١٩٩٧/٨ |
| ٦٤،٦٣٤٦،١٨ | | ٦٩٦ | ايد إ عاليه | ١٩٩٧/٩ |
| ٥٥،٦٧٢،٣٨ | | ٦٩٦ | مدين قيمة | ١٩٩٧/٩ |
| ٥٣،٥٧٣،٢٢ | | ٦٩٠٤ | مدين قيمة | ١٩٩٧/٩ |
| ٥٦،٥٧٣،٢٢ | | | مدين | ١٩٩٧/٩ |
| ٥٣،٥٧٣،٢٢ | | | عكس | ١٩٩٧/٩ |
| ٥٦،٥٧٣،٢٢ | | | ايد إ عاليه | ١٩٩٧/٩ |
| ٥٢،١٧٣،٢٥ | | ٦٩٦ | مدين قيمة | ١٩٩٧/١٠ |
| ٥٥،١٧٣،٩٧ | | ٥٥٧٤٣٨ | . ١ قي | ١٩٩٧/١٢ |
| ٥٨،٥٧٣،٩٧ | | ٢٨٣١٨٩ | . ١ قي | ١٩٩٧/١٢ |
| ٦١،٥٧٣،٩٧ | | ٥٠٥٢٥١ | . ١ قي | ١٩٩٧/١٢ |
| ٦٥،٥٤٢٣،٩٧ | ٣،٧٥٠،٠٠٠ | ٧٠٧٧٦ | . ١ قي | ١٩٩٧/١٢ |
| ٦٧،٥٤٢٣،٩٧ | ٢،٠٠٠،٠٠٠ | | ٦٩٤٠٥١٥ | ١٩٩٧/١٢ |
| ٦٧،٥٤٢٣،٩٧ | ٩٨،٠٨٠،٠٠٠ | ٣١،٥٣٧٦،٠٣ | رصيد مرحل | |



d Office : Tel.: 2653000, Fax : 2654111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

# CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003275



# DUBAI ISLAMIC BANK
بنك دبي الإسلامي
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

**STATEMENT OF CURRENT ACC** كشف حساب جاري

| | |
|---|---|
| PAGE NO. صفحة ٢ | |

أحمد علي جمعالي
دبي ص. ب. 3313

| ACCOUNT NO. رقم الحساب | BRANCH |
|---|---|
| ٠١ ٥٢٠٦٠٦١١٩٢ ٠١ | ديرة |

From: ١٩٩٧/٦/٢٣ من:
To: ١٩٩٧/١٢/٣١ الى:

CURRENCY درهم الإمارات ا.د

| | | | | | |
|---|---|---|---|---|---|
| ٦٢,٥٤٢٣,٩٧ | ٩٨,٨٠٠,٠٠٠ | ٣١,٣٧٦,٠٣ | | مقفول رصيد | ١٩٩٧/١٢ |
| ٧,٠٤٢٣,٩٧ | ٣,٠٠٠,٠٠٠ | | 559439 | ت.ب. ١ | ١٩٩٧/١٢ |
| ٦٨,٧٩٩,٩٩ | | | 6404 | خيت من مدد | ١٩٩٧/١٢ |
| ٧٢,٥٤٤٩,٩٩ | ٣,٦٥٠ | | | شيك ع ابدا | ١٩٩٧/١٢ |
| ٧٥,٥٤٤٩,٩٩ | ٣, | | | شيك ع ابدا | ١٩٩٧/١٢ |
| ٧٨,٥٤٤٩,٩٩ | | | 9438227 | | ١٩٩٧/١٢ |
| ٨١,٥٩٤٩,٩٩ | | | 6940516 | | ١٩٩٧/١٢ |
| ٨١,٥٩٤٩,٩٩ | | | | الرصيد | |

Head Office - Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O.Box : 1080 Dubai

# CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003276



شف حـــــساب جاري
STATEMENT OF CURRENT ACC

بنك دبي الإسلامي
DUBAI ISLAMIC BANK
شركة مساهمة عامة شركة مدرجة في دولة الإمارات العربية المتحدة
Public Shareholding Company incorporated in U.A.E.

PAGE NO. رقم الصفحة ١

احمد عاني جبعالي

دبي ص ب 3313

| ACCOUNT NO. رقم الحساب | BRANCH |
| ٠١ ٥٢٠ ٦٠٦١١٩٢ ٠١ | ـتكيبسدي |

From من : ١٩٩٨/٠١/٠١
To الى : ١٩٩٨/١٢/٣١

CURRENCY
درهم الإمارات ات



| BALANCE الرصيد | CREDIT دائن | WITHDRAWAL مسحوبات | REFERENCE رقم المستند | DATE التاريخ |
|---|---|---|---|---|
| ٨١٩٤٩،٩٩ | | | رصيد منقول | |
| ٨٥٠٥٩٩،٩٩ | ٣٠٦٥٠،٠٠ | | 6940520 | ١٩٩٨/٠١ |
| ٨٦٠٩٧٤،٩٩ | ١٠٣٧٥،٠٠ | | 6940519 | ١٩٩٨/٠١ |
| ٩٠٤٧٤،٩٩ | ٣٠٥٠،٠٠ | 429999 | ١٩٩٨/٠١ | |
| ٩٠٠٩٧٤،٩٩ | ٥٠٠،٠٠ | | 6940528 | ١٩٩٨/٠١ |
| ٩٠٠٥٣١،٠٩ | | ٤٤٢٠١،٩ | 6356 | مدابين فيصل ١٩٩٨/٠١،١٠ |
| ٩٢٠٧٠٠،٨٥ | ٢٠٠٠،٠٠ | | 6404 | مدابين فيصل ١٩٩٨/٠١،١١ |
| ٩٤٠٢٠٠،٨٥ | | ١٢٥٠٠، | 11148 | ١٩٩٨/٠٢ |
| ٩٦٠١٣،٨٥ | ١٢٥٠، | ٨٧٥٠، | 868204 | ١٩٩٨/٠٢ |
| ٩٤٠٢٠٠،٨٥ | | ٢٧٥٠، | 868204101 | ١٩٩٨/٠٢ |
| ٩١٠٩٤١،٧٥ | | ٤٤٦٤٠، | | مدابين ١٩٩٨/٠٣ |
| ١٠٩٠٢٥٩،٧٥ | ١٨٤٠٠٠، | | | ابد ٤٤ تكة ١٩٩٨/٠٣ |
| ١١١٠٢٥٩،٧٥ | | | 187003 | ١٩٩٨/٠٣ |
| ١٠٩٠٢٥٩،٧٥ | | ١٨٤٠٠٠، | 187003-10 | ١٩٩٨/٠٣ |
| ١١٢٠٢٥٩،٧٥ | | | 555340 | ١٩٩٨/٠٣ |
| ١١٥٠٢٥٩،٧٥ | | | 555541 | ١٩٩٨/٠٣ |
| ١١٤٠٣١٢،٢٧ | | ٤٨٧،٢٧ | 6404 | مدابين ١٩٩٨/٠٤ |
| ١١٣٠٣١٨،٤٨ | | ٩٩٣،٨١ | 6356 | مدابين ١٩٩٨/٠٥ |
| ١١٠٠٥١٨،٤٨ | ٢٠٠٠، | | 6404 | مدابين ١٩٩٨/٠٥ |
| ١١٠٦٠٣،٤٨ | | ٤٠٥، | 6396 | مدابين ١٩٩٨/٠٦ |
| ١٠٨٠٩٧٦،٨٩ | | ١٦٢٦، | 6404 | مدابين ١٩٩٨/٠٧ |
| ١٠٨٤٤٧٦،٨٩ | ٣٥٠٠، | | 6396 | مدابين ١٩٩٨/٠٧ |
| ١٠٦٠١٦٥،١١ | | ٢٣١١،٧٨ | 6404 | مدابين ١٩٩٨/٠٧ |
| ١٠٦٠١٦٥،١١ | ٢٨٢،٢٣ | ١٨٥٠٤٧،١١ | | التربحيد |



Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai
المركز الرئيسي : هاتف : ٢٩٥٣٠٠٠ ، فاكس : ٢٩٥٤١١١ ، تلكس : ٤٨٨٨٩ / ٤٦٧٧٢ إسلامي إم، ص ب : ١٠٨٠ دبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003277



**DUBAI ISLAMIC BANK**
بنك دبي الإسلامي
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company incorporated in U.A.E.

كشف حـسـاب جـاري
**STATEMENT OF CURRENT ACCO**

| PAGE NO. | حة | ١ |

أحمد علي جمعالي
دبي ص. ب. 3313

| ACCOUNT NO. | رقم الحساب | ٠١ ٥٢٠ ٦٠٦١١٩٢ ٠١ |
| BRANCH | الرئيسي |

| From : ١٩٩٩/٠١/٠١ من : |
| To : ١٩٩٩/١٢/٣١ الى : |
| CURRENCY | درهم الإمارات |

| الرصيد | التفاصيل | رقم | السحب | الإيداع | التاريخ |
|---|---|---|---|---|---|
| ١٠٦٠١٦٥٠١١ | | | رصيد منقول | | |
| ١٠٢٠٣١٣٠٠٢ | مدين فيزا ١ | 6396 | ٣٠٨٥٨٠١٩ | | ١٩٩٩/٠٦ |
| ١٠٢٠٠١٣٠٠٢ | مدين فيزا ١ | 6396 | | | ١٩٩٩/٠٧ |
| ٩٦٠١٦٠٠٤٨ | مدين فيزا ١ | 6396 | | | ١٩٩٩/١٠ |
| ٩٥٠٢٨٥٠٢٦ | مدين فيزا ١ | 6396 | ٠٨٥٠١٩٥٤٠ | | ١٩٩٩/١١ |
| ٩٥٠٢٨٥٠٢٦ | الرصيد | | | | |

الرئيسي : هاتف : ٢٩٥٣٠٠٠ فاكس : ٢٩٥٤١١١ تلكس : ٤٥٨٨٩ / ٤٨٧٧٢ ISLAMI EM ، ص.ب : ١٠٨٠ دبي
Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003278

كشف حـساب جـاري
STATEMENT OF CURRENT AC(

DUBAI ISLAMIC BANK
بنك دبي الإسلامي
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

PAGE NO. ١  صفحة

ACCOUNT NO. رقم الحساب
٠١ ٥٢٠ ٦٠٦١١٩٣ /١

BRANCH  أبوظبي

احمد علي جمعاني

دبي ص . ب 3313

From: ٢٠٠٠/١/٠١  من :
To : ٢٠٠٠/١٢/٣١  الى :

CURRENCY
درهم الإمارات



| | | | |
|---|---|---|---|
| ٩٥ر٢٨٥٫٢٦ | | | رصيد منقول |
| ٩٤ر٥٠٫٢٫١٦ | ٧٨٣٫١ | VISA DEBIT ٢٠٠٠/١٢ |
| ٩٤ر٥٠٫٢٫١٦ | | الرصيد النهائي |

ce : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM,  P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003279



## DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

بنك دبي الإسلامي

كشف حساب جــاري
STATEMENT OF CURRENT ACC

PAGE NO. ١

أحمد علي جمعاني

دبي ص ب 3313

ACCOUNT NO. رقم الحساب
١، ٥٢، ٦،٦١١٩٢ ،١

BRANCH

From: ٢،٠١/٠١/٠١
To: ٢،٠١/١٢/٣١

CURRENCY
الإمارات

| | | | |
|---|---|---|---|
| ٩٤د٥٠،٢،١٦ | | | رصيد منقول |
| ٩٤د١٦،٧،٠ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠١ |
| ٩٣د٥٣١،٢٤ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٢ |
| ٩٣د٠٤٥،٨٤ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٣ |
| ٩٢د٥٦٠،٤٤ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٤ |
| ٩٢د٠٧٥،٠٤ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٥ |
| ٨٧د٨٣٩،٥٨ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٦ |
| ٨٣د٣٨٦،١٢ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٧ |
| ٨٢د٩٠٠،٦٦ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٨ |
| ٨١د٥٤٠،٢٠ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/٠٩ |
| ٨١د٠٥٤،٧٤ | | ٤٨٥،٦٣ | VISA DEBIT | ٢،٠١/١٠ |
| ٨٠د٢٦٩،٢٨ | | ٤٨٥،٦٣ | 4588540150063960 | ٢،٠١/١٢/ |
| ٨٠د٢٦٩،٢٨ | | | الرصيد |

※ Tel.: 2953000, Fax : 2954111, Tlx : 45899 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003280



## DUBAI ISLAMIC BANK
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

كشف حــســـاب جـــاري
**STATEMENT OF CURRENT AC**

| | |
|---|---|
| PAGE NO. | ١ |

احمد علي جيعانى

دبي ص ب 3313

| ACCOUNT NO. رقم الحساب | ٠١ ٥٢٠ ٦٠٦١١٩٢ ٠١ |
|---|---|
| BRANCH | الرئيسي |
| From من: ٢٠٠٢/٠١/٠١ | |
| To الى: ٢٠٠٢/١٢/٣١ | CURRENCY درهم الإمارات |

| | | | | |
|---|---|---|---|---|
| ٨٠,٢٦٩,٢٨ | | | | رصيد منقول |
| ٨٠,٢٦٩,٢٨ | | | | الرصيد النهائي |

ice : Tel : 2953000, Fax : 2954111, Tlx : 45889 / 49772 ISLAMI EM,  P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003281



**DUBAI ISLAMIC BANK**
بنك دبي الإسلامي
شركة مساهمة عامة تأسست في دولة الإمارات العربية المتحدة
Public Shareholding Company Incorporated in U.A.E.

مف حـــــــساب جـاري
STATEMENT OF CURRENT AC

PAGE NO. ١

احمد علي جمالي

دبي ص ب 3313

ACCOUNT NO. رقم الحساب
٠١ ٥٧٠ ٦٠٦١١٩٢ ٠١

BRANCH

From ٢٠٠٣/٠١/٠١ من :
To : ٢٠٠٣/١٢/٣١ الى :

CURRENCY
درهم الإمارات

٨٠٢٦٩٢٨        رصيد منقول

٨٠٢٦٩٢٨        الرصيد النهائي

ice : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003282



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003283

# مجموعة شركات بركات
## Barakaat Group of Companies (BGC)
### PROMPT AND DELIGANCE IS OUR GOAL

*[handwritten Arabic notes]*

التاريخ: ١٨ ربيع الثاني ١٤١٧هـ الموافق ٢ سبتمبر ١٩٩٦م

*[handwritten Arabic notes]*

الى فضيلة الشيخ الحاج/ سعيد أحمد لوكاه          حفظه الله ورعاه



**Barakaat Telecom
Somalia LTD.
(BTelCo)
Tel/Fax and
Courier Services**

إن الحمد لله نحمده ونستعينه ونستغفره ونستهديه ونتوكل عليه. له الشكر والإمتنان. وصلى الله على نبينا محمد وآل وصحبه وسلم

الحمد لله الذي جعل للأمة الإسلامية علماء ومفكرين وممولين الذين بذلوا جهودا جبارة ليس لإنقاذ ابنائهم من التبعية الفكرية للشرق والغرب فحسب وإنما إنقاذا للعا لم أجمع . وربما بأن قضية الإقتصاد باعتبارها جانبا بارزا ملموسا ي خارطة بناء كيان الأمة الإسلامية كانت



**Barakaat Bank of
Somalia Ltd. (BBSL)
Banking Services &
Global Money Transfer**

موضع الإهتمام والعناية الرائدة حيث كانت ي بداية السبعينات أكثر الأسئلة إلحاحا ضد الصحوة الإسلامية تلك التي يوجهها أعداء الإسلام وأذيالهم : ماذا أنتم فاعلون بنظام الإقتصاد ؟؟ . وكان هناك بعض الإجابات منها المبهم ومنها الواضح . ولكن الواضح منها لايقدر أن يكون نظريا . والله الحمد والمنة فقد جاء الفرج والفتح على يدكم الكريمة



**Barakaat International Co.
(BICO)
Trading & Contracting**

بتأسيس أول بنك إسلامي ي ٢٩ صفر عام ١٣٥٩هـ الموافق ١٢ مارس ١٩٧٥م مافتح المجال أمام سبل من البنوك والمؤسسات المالية والإقتصادية والإستثمارية الإسلامية حتى صل عددها اليوم مايربو على ١٨٢ مصرف إسلامي يغطي جميع المعا ملات المصرفية المعاصرة في أرجاء العا لم .



**Barakaat Computer
Consulting (BCC)
Training, Sales & Services**

إلايفوتنا ي هذا المقام أن نذكر ايضا جهودكم المباركة ومعاولا نكم الجادة المبذولة لإعادة بناء نظام تعليمي.بما يتفق ومجتمعاتنا الإسلامية وقيمها لكي نزدي ي تعميق أواصر الترابط بين الأخفاد والأجداد في الأسر الإسلامية لتنتقل الخبرة من الأجداد إلى الأحفاد . نسأل الله أن يجعل بمجتمعاتنا الإسلامية شعوبا وحكاما من.الذين يستمعون القول فيتبعون أحسنه .



**Barakaat Consulting
Co. (BCG)
Economist, Engineers,
Environmentalist, Planners,
and Managerial Services.**

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-652-600 FAX: 252-1-652-530
UAE OFFICE : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي : بناية دارالسلام، سوق بكارا، مقديشو،الصومال، التليفون : ٦٥٢٦٠٠-(٢٠٥٢١) فاكس : ٦٥٢٥٣٠-(٢٠٥٢١)،
مكتب دبي: ص.ب : ٣٣١٣، دبي -إ.ع.م،التليفون : ٢٥٠٨٠٠-(٩٧١٤)فاكس :٢٥٠٣٦٩-(٩٧١٤)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003284

ونحن بمجموعة شركات بركات في الصومال على صدد فتح أول بنك إسلامي تحت اسم (بنك بركات الصومالي المحدود) ونقول للذين سبقونا في هذا المجال ومهدوا لنا الطريق وذللوا لنا الصعوبات كقول الله سبحانه ﴿والذين جاءوا من بعدهم يقولون ربنا اغفر لنا ولإخواننا الذين سبقونا بالإيمان ولا تجعل في قلوبنا غلا للذين ءامنوا ربنا إنك رؤوف رحيم﴾

ويعتبر بنك بركات الصومالي أول بنك يدخل الخدمة منذ سقوط الحكومة الصومالية حيث أن الحروب الأهلية دمرت جميع الخدمات والمرافق العامة من مصرفية وغيرها ,,,,

ولقد كان بمقدورنا قبل الآن بسنوات عدة فتح هذا البنك ولكننا أجلنا ذلك ريثما تتم تشكيل حكومة صومالية لكن وللأسف لاتظهر دولة صومالية مركزية في الأفق بعد مرور ست سنوات من الإنتظار والتريث . إن أياد أجنبية متضاربة المصالح تعبث في مسرح العمليات في الصومال وتقوم بعملية سد أي خلل في ميزان القوة العسكرية بين الفئات المتناحرة على الزعامة في الصومال .

لذا! عزمنا على فتح هذا البنك الإسلامي  تحت تلك الظروف الراهنة في الصومال مما يتيح فرصة ملأ الفراغ التي تركته البنوك الربوية العاملة في الصومال سابقاوالتي تربص دخول المجال عنداستقرار الأوضاع وتشكيل حكومة في الصومال . ومودة منا في التعامل مع البنوك الاسلامية فضلنا كم على غيركم ورغبنا في التعامل معكم بما يخدم الحركة التجارية والمصرفية بين الصومال ودولة الامارات . اذ نتقدم الى فضيلتكم بطلبنا هذا آملين منكم الموافقة على فتح حساب جار باسم بنك بركات الصومالي المحدود  لدى بنك دبي الاسلامي .

نسأل الله العلي العظيم أن يحفظنا وأياكم لخدمة الاسلام والمسلمين .

اخوكم / أحمد علي جمعـــالي
رئيس بمجلس الإدارة بمجموعة شركات وبنك بركات الصومالي المحدود

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003285



بنك الإمارات الـدولــة
Emirates Bank International

DATE: 20AUG96

|  |  |
|---|---|
| Branch : | BANDER TALEB BRANCH |
| Tel. No. : | 265013   هاتف   Fax: 255263 |
| Account No. : | 0066-033213-010 |
| Account Type : | CURRENT ACCOUNT |
| Currency : | US DOLLARS |

BARAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
TEL 250800
FAX 250369

T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|---|---|---|---|
| TRANSFER | 0066.033213.001 | 1,000,000.00DR | 20AUG96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE

المكتب الرئيسي : ص.ب : ٢٩٢٣ ، دبي ، الإمارات العربية المتحدة، هاتف : ٢٥٦٢٥٦، تلكس : ٤٦٤٢٥ أيبيدي أي أم – فاكس : ٢٦٨٠٠٥
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : - http://www.ebil.co.ae/   انترنت

بنك الإمارات الـدولــة
Emirates Bank International

DATE: 20AUG96

|  |  |
|---|---|
| Branch : | BANDER TALEB BRANCH |
| Tel. No. : | 265013   هاتف   Fax: 255263 |
| Account No. : | 0066-033213-001 |
| Account Type : | CURRENT ACCOUNT |
| Currency : | U.A.E.DIRHAM |

BARAKO TRADING COMPANY L L C
P O BOX 3313
DUBAI
TEL 250800
FAX 250369

T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

| TYPE | PARTICULARS | AMOUNT | VALUE DATE |
|---|---|---|---|
| TRANSFER | 0066.033213.010 | 3,672,000.00CR | 20AUG96 |

THIS TRANSACTION ADVICE BEARS NO SIGNATURE

المكتب الرئيسي : ص.ب : ٢٩٢٣ ، دبي ، الإمارات العربية المتحدة، هاتف : ٢٥٦٢٥٦، تلكس : ٤٦٤٢٥ أيبيدي أي أم – فاكس : ٢٦٨٠٠٥
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 268005
Internet : - http://www.ebil.co.ae/   انترنت

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003286

SEP 14 '96 13:21      DUBAI ISLAMIC BANK H O                    534 P01
        009714-258369    BANKA DUBAI           672 P01/01 SEP 14 '96 13:61

ابو ظبي / كريم / قنتار

بنك الإمارات الدولية
Emirates Bank International                    DATE: 12SEP96    التاريخ :

                                    Branch :   DANDER TALEB BRANCH    الفرع :

BARAKO TRADING COMPANY L L C        Tel. No. :  265013    هاتف   Fax :   253263    فاكس
P O BOX 3313
DUBAI                               Account No. :  0066-033213-001    رقم الحساب :
TEL 250800
FAX 250369                          Account Type :  CURRENT ACCOUNT    نوع الحساب :

                                    Currency :   U.A.E. DIRHAM    العملة :

                T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

    TYPE          PARTICULARS                 AMOUNT        VALUE DATE

  TRANSFER       0066-033213-010           5,508,000.00CR   12SEP96

THIS TRANSACTION ADVICE BEARS NO SIGNATURE
الكتب الرئيسي - ص.ب : ٢٩٢٣، دبي، الامارات العربية المتحدة
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 256005
Internet : http://www.ebil.co.ae/


بنك الإمارات الدولية
Emirates Bank International                    DATE: 12SEP96    التاريخ :

                                    Branch :   DANDER TALEB BRANCH    الفرع :

BARAKO TRADING COMPANY L L C        Tel. No. :  265013    هاتف   Fax :   253263    فاكس
P O BOX 3313
DUBAI                               Account No. :  0066-033213-010    رقم الحساب :
TEL 250800
FAX 250369                          Account Type :  CURRENT ACCOUNT    نوع الحساب :

                                    Currency :   US DOLLARS    العملة :

                T R A N S A C T I O N   A D V I C E

THE FOLLOWING TRANSACTION WAS APPLIED TO YOUR ACCOUNT TODAY

    TYPE          PARTICULARS                 AMOUNT        VALUE DATE

  TRANSFER       0066-033213-001           1,500,000.00DR   12SEP96

THIS TRANSACTION ADVICE BEARS NO SIGNATURE
الكتب الرئيسي - ص.ب : ٢٩٢٣، دبي، الامارات العربية المتحدة
Head Office : P.O.Box : 2923, Dubai, United Arab Emirates, Tel. : 256256, Tlx. : 46425, EBIDB EM, Fax : 256005
Internet : http://www.ebil.co.ae/

بنك دبي الإسلامي
تم الشؤون الإدارية
( فاكس )
تم الإستلام
رقم : ٧١٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003287

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



DIB_003288

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



DIB_003289

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003290



# BARAKAAT TELECOMMUNICATIONS COMPANY(BTELCO)

## BARAKAAT CALLING, EXCHANGE & MONEY TRANSFER CENTERS IN MOGADISHU

| NO. | BRANCH NAME | TELEFON & FAX | LOCATION |
|---|---|---|---|
| 1. | Axmed Cadde Branch | 252-1-550456 | Suuq Bacaad |
| 2. | Baar Ubax Branch | 252-1-540972/653330Fax | Baar Ubax Masjidka Xareed Agtiisa |
| 3. | Bakaaro Main Branch | 252-1-657950/657600Fax | Daru Salam  Bakaaraha |
| 4. | Beexaani Branch | 252-1-555013/555020/555007 | Ajiibka Beexaani |
| 5. | BlackSea Branch | 252-1-542122 | Black Sea |
| 6. | Buulo Xuubey Branch | 252-1-555018/555016 | Suuqa Buulo Xuubey |
| | C/llahi Siidow Branch | 252-1-543219 | Suuqa Bakaaraha |
| 8. | Cali Caliyow Branch | 252-1-555037/555038 | Isgoyska Howl wadaag |
| 9. | Cassapepolaare Branch | 252-1-555015/555017 | Masjidka Sh.Cali Suafi |
| 10. | Dayax Branch | 252-1-549925 | U dhow Hotel Qashira |
| 11. | Dulqaad Branch | 252-1-555029/555030 | Ka soo Horjeedka Baar Caasho |
| 12. | Gubta Branch | 252-1-555033/555034 | Ka soo horjeedka Suuqa Xoolaha lagu qalo |
| 13. | Hotel Lafweyn Branch | 252-1-558825/533211 | Hotel Lafweyn |
| 14. | Hotel Salama Branch | 252-1-542131/542165 | Wadada Sodonka (H/wadaag) |
| 15. | Huriwaa Branch | 252-1-555005/555006 | U dhow Ex-Control |
| 16. | Igaarsiinta Gobolada | 252-1-652400/652330/652070 | Dhismaha Daaru Salaam |
| 17. | Imaamu Shaafici Branch | 252-1-552434/552432 | U dhow Dugsiga Sare ee Banaadir |
| 18. | ITTC Branch | 252-1-542828/542829 | Isgoyska Sanca |
| 19. | Kaaraan Branch | 252-1-555001/555214/552333Fax | U dhow Shanemo Liibaan |
| 20. | Laba dhagax Branch | 252-1-555035/555036 | Ku dhegan Isbitaalka Shifo |
| 21. | Madiina Branch | 252-1-555003/555004 | U dhow kaalinta Shidaalka |
| 22. | Manapolyo Branch | 252-1-555008/555025 | SuuqaManopolyo |
| 23. | NBC Branch | 252-1-555031/555032 | Ka soo horjeedka dhismaha NBC |
| 24. | Old Brakaat Building | 252-1-523311/653000 | Bakaaraha Cabdala Shideeye |
| 25. | Suuq Bacaad Branch | 252-1-551233/551234 | Suuq Bacaad Market |
| | Taleex Branch | 252-1-555026/555027 | U dhow Masaajidka C/rashiid |
| | Towxiid Branch(1) | 252-1-540268/548855/653400Fax | Bakaaraha Suuqa Daawada |
| 28. | Towxiid Branch(2) | 252-1-548833/653070 | Bakaaraha Suuqa Daawada |
| 29. | Tre Piano Branch | 252-1-547777 | Wadada Maka Mukaramah |
| 30. | Wadajir Branch | 252-1-555022/555023 | U dhow Shanemo Muqdisho |
| 31. | Wardhiigley Branch | 252-1-552148/653130 | Geedka Jacaylka Hotel Damey |
| 32. | Xamar weyne Branch | 252-1-546878/546879 | WadadaVia Roma Bar Roma |
| 33. | Xariiryaale Branch | 252-1-552121 | Suuqa Xararyaale |
| 34. | Xawalada(BICO) | 252-1-657500/653870 | Dhismaha Daaru Salaam |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (2521)657600.
UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003291

# *BARAKAAT TELECOMMUNICATIONS COMPANY SOMALIA LTD(BTELCO)*

### REGIONS/DISTRICTS CALLING, EXCHANGE & MONEY TRANSFER CENTERS

| NO. | CITY | TELEFON | BRANCH MANAGER |
|---|---|---|---|
| 1. | AFGOYE | 252-1-552831/552833 | C/KARIM & CAYNANSHE |
| 2. | AFMADOW | 252-1-652070/653800 | C/KARIM DAAUUD |
| 3. | BALAD XAAWO | 252-1-652330/652270 | C/CASIIS XUSEEN |
| 4. | BANADIR(BAKAARA) | 252-1-552254/653990 | CABAAS CABDI CALI |
| 5. | BANADIR(KAARAAN) | 252-1-555001/555123 | CABAAS & AXMADEY |
| 6. | BARAWE & SABLAALE | 252-1-652070/653800 | C/LAAHI ABSHIR |
| 7. | BAYDHABO | 252-1-652330/652270 | XASSAN MEYLOW |
| 8. | BELED WEYNE | 252-1-652330/652270 | C/RISAAQ AADAN |
| 9. | BIYO-CADDE | 252-1-652070/653800 | CABDULLAHI OREY |
| 10. | BOOSAASO) | 252-523-4565 | MAX'ED ISMAACIIL |
| 11. | BURTINLE | 252-1-652470/652400 | SICIID CALI DHEEG |
| 12. | BUUHOODLE | 252-1-652270/652400 | C/CASIIS SOOFE & GOROD |
| 13. | BUULO BURTE | 252-1-652330/652270 | MAX'ED C/III CUMAR |
| 14. | BUUR HAKABA | 252-1-652330/652270 | IBRAHIM CALI YAROW |
| 15. | BUUR WEYN | 252-1-652330/652270 | AXMED C/LAHI CUMAR/MUUDE |
| 16. | CABUD WAAQ | 252-1-652330/652270 | SAHAL XARAARE XIRSI |
| 17. | CEEL GARAS | 252-1-652330/652270 | C/LAAHI CALI AXMED(TUULO) |
| 18. | CEEL-DHEER | 252-1-652330/652270 | DAAIIR WEHELIYE JEYTE |
| 19. | CEERIGAABO | 252-1-652470/652400 | XUSEEN AW NUUX (SOOYAAN) |
| 20. | DHOOLBEY,XAGARDHER | 252-1-652070/653800 | C/XAKIM SHAFAT YUUSUF |
| 21. | DIINSOOR | 252-1-652270/652330 | C/DI XAFID MACALIN |
| 22. | DIINSOOR | 252-1-652270/652330 | CABDI WAAXID |
| 23. | GAALKACYO | 252-1-652070/652400 | BURHAN MAX'UD XIRSI |
| 24. | GALDOGOB | 252-1-652470/652400 | DAAHIR M'ED X.(DAHIR DHEERE) |
| 25. | GAROOWE | 252-1-652470/652400 | AADAN XIRSI (DARWIISH) |
| 26. | HARGAISA | 252-2-134688 | MAX'ED AXMED YUUSUF |
| 27. | JAWHAR | 252-1-652330/652270 | AL XUSEEN XASSAN |
| 28. | KAMSUMA,JILIB & JAMAME | 252-1-652070/653800 | MUKHTAR SH. XAMUD & A'UUD |
|  |  | 252-1-652070/653800 | MUKHTAR SH. XAMUD & AAUUD |
| 29. | KISMAYO | 252-1-650070/653800 | CALI CABDI SHIDE |
| 30. | LAASCAANOOD | 252-1-652470/652400 | CALI CABDI XAASHI(C/DHEERE) |
| 31. | MARKA | 252-1-549364/549365 | MACALIM BASHIIR/C/KARIIM |
| 32. | MESAGA-WAAY | 252-1-652070/653800 | C/RAXMAAN JIMCAALE XAYLE |
| 33. | ODWEYNE | 252-1-652470/652400 | MUQTAAR |
| 34. | QARDHO | 252-1-652470/652400 | FU'AAD MAXAMUUD XAAJI |
| 35. | QORYOOLEY | 252-1-549368/652270 | MAX'ED ABUUKAR |
| 36. | XARAR DHEERE | 252-1-652070/653800 | MAX'ED SH. AXMED MAX'UD |
| 37. | YIROOWE | 252-1-52470/652400 | XUSSEEN KARATEE |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (252)657600.

UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003292

# BARAKAAT BANK OF SOMALIA LTD(BBSL)

# BARAKAAT GOLOBAL MONEY TRANSFER CENTERS

| NO. | COUNTRY/ CITY | TELEFOON & FAX | MANAGER NAME |
|---|---|---|---|
| 1. | AUSTRALIA(MELBOURE) | TFX-61-3-94552412 | ALI ADEN M/UD (SALAX) |
| 2. | CANADA(OTOWA ) | TLF 613-2535444  FAX 613- 2302061 | SHARIF SHEILILAH |
| 3. | CANADA(TORONTO) | TFX 416-5384371 FAX 5381822 | C/LAHI AFRAH (ASPRO) |
| 4. | CANADA(VANCUOVER) | TFX 604-5908529  FAX 8733614 | C/RAXMAN A/ED(CAWKE) |
| 5. | DENMARK( VIBROG) | TFX 45-86651432 | CALI C/LLAHI MAXAMUD |
| 6. | DENMARK(COPENHAGEN) | Tlf  45  43531499 | C/RISAAQ SACIID X. ADEN |
| 7. | DJABUTI | TFX 253- 352807/341937 GURI | XASAN DUALE |
| 8. | ETHIOPIA(DIRI-DAWE) | TFX 251-5-110563,Off 5-110384 | HASAN MAH' ED FARAH |
| 9. | ETHIOPIA(ADIS-ABABA) | TEL 251-1- 186888 /TFX-251-1- 611368 | BASHIR ALI IMCALE/ MAXED A/ED JIMALE |
| 10. | ETHIOPIA(JIG-JIGA) | TFX 251-5-11575 OR VIA D/DHABA | C/XAKIM ADEN NUUR |
| 11. | ETHIOPIA(NAAZREET) | TFX-251-2-110735 | C/SLAN  DAHIR &C/HI X. |
| 12. | FRANCE(NIORT) | TLF 33-49734143 | AADAN CABDI MAX'ED |
| 13. | GERMANY(BENSHEIM) | 49-6251-610513TFX 610190 | C/CASIIS CAYNAB CABDULLE |
| 14. | HOLLAND(ROTERDAM) | TFX 31-180413111 FAX 180417841 MOB 31-653262571 | PROP. A/KRIM ALI DIRIE |
| 15. | HOLLAND(TTLBURG) | TLF 31-135433857 TFX 135-441452 | C/RISAQ SIDE & BASHIIR |
| 16. | ITALIA(BOLONYO) | TFT 39-542-640185 | XUSEN X. C/HI FIIQOW |
| 17. | ITALIA(BRESCIA) | TLF 39-30-3772996 | C/QADIR SHARIF XAMSA |
| 18. | ITALIA(FIRENZA) | TLF 39-55-7301791 FAX 55-7301793 | MOH' UD C/QADIR |
| 19. | ITALIA(MILANO) | TLF 39-2-35377273/ TFX 39-2-89402109 MOB. | XASAN ADEN GEEDI |
|  | ITALIA(MILANO) | 393356000582 | XASAN ADEN GEEDI |
| 20. | ITALIA(NAPOLI) | TFX-39-81-5431454 | HASSEEN NUNOW |
| 21. | ITALIA(ROMA) | TFX 39-3386054782 MOB. 6-272481 | C/LLA DAHIR AWEYS |
| 22. | ITALIA(TORINO) | TFX 39-11-4331348 FAX 4472601 MOB 39 - 3472201358 | ENG. MAH' UD ABDULAHI |
| 23. | KENYA(GARISA) | TLF 254-131-3233 TFX 1312122 | XASAN MACALIN |
| 24. | KENYA(MANDERA) | TLF 254-192-2194 FAX 0192-2376 | C/RIZAQ / MAXAMED |
| 25. | KENYA(MOMBASA) | TLF 254-11-492467 FAX 492073 | MAH'UD JUMALLE |
| 26. | KENYA(NAIROBI) | TLF 254-2-766511,  254-2-763015 FAX  02-764085 | NUURADIIN / HASAN  CALI |
| 27. | KUWAIT | TLF 965-2522264 FAX 2418517, 2451800 | C/LLE CAWAD SALAX |
| 28. | NORWAY(OSLO) | TFX 47-22173069 OFF,Tel: 47-22254608 GURI | AXMED CALI KEDIYE MAX'ED Y. AHMED |
| 29. | QATAR(DOHA) | TLF 974- 361074 | DR.C/LLAHI MAXAMUD NUUR |
| 30. | SAUDI- ARABIA(EDDAH) | TEL  9662-6442856 FAX 6427614 | C/SIIS ALI & MOH C/LEC/LAHI CALI JIMCALE |
| 31. | SUDAN(KHARTOUM) | TXF-249-11-445079 | C/RAXMAN C/LLE /C/QADIR XASHI |
| 32. | SWEDEN(GOTHINBURG) | TFX 46-31-157366 MOB 46707354842 | MAH' ED YASIN & C/RISAAQ |
| 33. | SWEDEN(MALMO) | TFX 46-40-921810/ 40-9251615 | OSMAN CAMUUDI ALI |
| 34. | SWEDEN(NORKOPING) | TFX 46- 11- 237931 | AXMED DAHIR |
| 35. | SWEDEN(STOCKHOLM) | TLF 46-8- 367738  TFX 46-8-369341 | AXMED CALI GALOOL |
| 36. | SWITZERLAND(BERNA) | TLF 41-32-932908 FAX 41-32-936927 | MAX'ED AXMED XUSSEN |
| 37. | SWITZERLAND(GENEVA) | TFX  41-22-7932658 | CALI CADOW(C. JARMAL) |
| 38. | U S A (WASHINGTON(VIRGINIA) | TFX  703- 9412994 | C/RAXMAN SHEIKH CALI |
| 39. | U.A.E (ABU-DUBAI) | 971-2-742893 GURI | MAX'ED BILE YUUSUF |
| 40. | U.A.E (DUBAI) | TEL- 9714-236800 FAX- 250369, TFX 9714- 250122 | C/CASIIS YUUSUF DJINI |
| 41 | U.S.A (MINNEAPOLIS) | TLF 612-37370769, TFX.3599413 | NURADIIN/MOHD SHUKE |
| 42. | U.S.A (SANDIEGO) | TFX 1-619-2644979 | NUR CALI DHINBIL(DEEQ) |
| 43. | UK(LONDON) | TLF 171-2474225 FAX  171-2474662 | YAZID MURSHID/M.SHIRE |
| 44. | UK(MANCHESTER) | TFX 44-161-2738698 | AXMED CALI GALOOL |
| 45. | UK(WEMBLEY) | TLF 44-181-3851894 FAX 1813850970 MOB 0956990824 | MAJI AD C/LLE JUMALE/DAHIR ABDI |
| 46. | YEMEN(CADAN) | TFX  967-2-343516 | SHARIF XASAN MAKI |
| 47. | YEMEN(SANCA) | TLF 967-1-203418-OFF  01-203736 FAX | SHARIF HUSEEN |

HEAD OFFICE: DARU SALAM BUILDING, BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-657950 FAX: (2521)657600.

UAE OFFICE: P.O.BOX 3313, DUBAI, TEL:(9714)250800 FAX:(9714)250369



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003293

**Dubai Islamic Bank**
Public Joint Stock Company
( Incorporated in U.A.E. )



بَنْكُ دُبَيِّ الإسلامي
شركة مساهمة عامة
(تأسس في دولة الإمارات العربية المتحدة)

IFR/S/6228/96  18-Sep-96

السيد/ أحمد علي جمعالي      " المحترم "
رئيس مجلس إدارة مجموعة شركات بركات
مقديشو – الصومال
فاكس : 002521652530
فاكس : 04250369

السلام عليكم ورحمة الله وبركاته

الموضوع : فتح حساب باسم بنك بركات الاسلامي ..

ردا على رسالتكم الموجهة الى الحاج سعيد لوتاه – رئيس مجلس ادارة بنك دبي الاسلامي
في 96/9/2 بخصوص الموضوع المشار اليه ، بداية نهنئكم بهذا الانجاز المبارك ونتمنى
لكم كل التوفيق . كما نرجو التكرم بأرسال صور من المستندات التالية :

عقد التأسس
الرخصة التجارية
نماذج التوقيعات المعتمدة الخاصة بالبنك .

وذلك لاتمام الاجراءات والموافقات اللازمة لفتح الحساب المطلوب ومن ثم نمدكم بالنماذج
الخاصة بذلك في أقرب فرصة ممكنة .

نشكركم نقتكم الغالية ، ونأمل أن يكون هناك تعاون دائم فيما بيننا .

وتفضلوا بقبول فائق التحية والتقدير ،،،

عثمان مختار
رئيس الاستثمار والعلاقات الخارجية

استلمت الأصل
22/9/96

ص.ب. ١٠٨٠ دبي . هاتف : ٢١٤٨٨٨ ، فاكس : ٢٣٧٢٤٣ . تلكس : ٤٥٨٨٩/٤٨٧٧٢ اسلامي اي ام ، برنيا : (إسلامي)
P.O. Box : 1080 Dubai, Tel. : 214888, Fax : 237243, Telex : 45889/48772 ISLAMI EM, Cable : (ISLAMI)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003294

# BARAKAAT BANK OF SOMALIA LTD. (BBS)

بنك بركات الصومالي المحدود (بي.بي.أيس.)



التاريخ    :    ٩٦/١٢/٢٤م
الموافق   :    ١٤١٧/٧/١٣هـ

السيد/ عثمان مختار    حفظه اللـــه
رئيس الإستثمار والعلاقات الخارجية
بنك دبي الإسلامي
السلام عليكم ورحمة الله وبركاته    وبعد ،،،،،،،،

تعقيبا  على خطابكم رقم IFR\S\6228\96 تاريخ SEP-96-18 وإلحاقا بخطابنا المؤرخ بـ ٣سبتمبر ٩٦م
والموجه إلى الحاج سعيد لوتاه – رئيس مجلس إدارة بنك  دبي الإسلامي – نرفق لكم بطيه صور
المستندات المطلوبة من قبلكم :-

– عقد التأسيس
– الرخصة التجارية
– نماذج التوقيعات المعتمدة الخاصة ببنك بركات الصومالي المحدود

نأمل إتمام الإجراءات اللازمة لفتح الحساب المذكور أعلاه في أسرع وقت ممكن لننجز تطلعاتنا ورغبتنا
في التعامل مع البنوك الإسلامية عامة وبنك دبي الإسلامي بصفة خاصة .

وختاما نشكركم ونعتز بتهنئتكم الغالية  ونتمنى لكم المزيد من الخير والعطاء

،،،،،،، جعلنا الله واياكم ذخرا للإسلام والمسلمين ،،،،،،



أخوكم / أحمد علي جمعالي
رئيس مجلس إدارة مجموعة شركات بركات وبنك بركات الصومالي المحدود

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369
مركز رئيس: بناية دارالسلام، سوق بكارا، مقديشو، الصومال، تليفون : ٦٥٣٩٩٠ – (٢٥٢١)، فاكس : ٦٥٢٩٩٠ – (٢٥٢١)،
اتصال أخر: ص . ب ٣٣١٣ ، دبي، إ.ع.م، تليفون :٨٠٠ ٢٥٠ – (٩٧١٤)، فاكس : ٢٥٠٣٦٩ – (٩٧١٤)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003295



بسم الله الرحمن الرحيم

## Jamhuriyadda Soomaaliya
### Qunsuliyadda GUUD

CONSULATE GENERAL OF THE SOMALI REPUBLIC
DUBAI

القنصلية العامة لجمهورية الصومال
دبـــي
التاريــــخ: ١٩٩٦/١١/٥م
الرقــــم: ق ص د/ ش ص ٢٢/١١/ ٠١٠ /٩٦

# رخصة مصرفية (مؤقتـه)

رقم الرخصة ١٩٤٥
تاريخ الاصدار ١٩٩٦/١١/٥م
تاريخ الانتهاء ١٩٩٧/١١/٤م

نظرا للاوضاع الراهنه في الصومال فإن القنصلية العامة للجمهورية الصومالية بدبي، نيابة عن الجهات المختصة في الصومال تمنح بنك بركات الصومالي المحدود هذا الترخيص لمزاولــة جميع الانشطة المصرفيه في الصومال وخارجها.

وتشهد القنصلية بأن بنك بركات الصومالي المحدود ومقره في العاصمة الصومالية مقديشو هو البنك الوحيد العامل حاليا في الصومال ويلعب دورا هاما في تبـادل التجاري بين الصومال ودولة الامارات.

نرجوا من جميع الجهات المختصة في مضمار عملهم بالتعامل مع بنك بركات الصومالي المحدود بما يتفق والقوانين المتبعة في دولة الامارات العربية المتحدة.

القنصلية العامة لجمهورية الصومال
دبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003296

# BARAKAAT BANK OF SOMALIA LTD. (BBS)



بنك بركات الصومالي المحدود
(بي.بي.أبس.)

ه‍ ٢٥/١١/١٩٩٧

السَّــــادة:  بنك دبي الاسلامي

السلام عليكم ورحمة الله وبركاته وبعد،

الموضوع: سلطة التواقيع نيابة عن بنك بركات الصومالي المحدود

بالإشارة إلى الموضوع أعلاه يسرنا أن نرفق لكم طي هذا قائمة بأسماء ونماذج التوقيعات المعتمدة
للموظفين المخول لهم التوقيع في كافة المستندات والتعهدات الرسمية التي تصدر من البنك.

أولا: التوقيعات المفردة:
أ. يوقع العضو المنتدب بصفته المدير العام منفردا عن البنك.
ب. يوقع نائب المدير العام منفردا عن البنك.
ثانيا: باستثناء ما ورد من (أولا) أعلاه لابد أن يحمل أي  مستند ملزم للبنك توقيعين معتمدين
يكون أحدهما على الأقل من الفئة (أ).



رئيس مجلس إدارة بنك بركات الصومالي المحدود
احمد علي  جماعي

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS: P.O. BOX 3313, DUBAI, UAE, TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دارالسلام، سوق بكارا، مقديشو، الصومالي، تليفون : ١٥٣٩٩٠-١-٢٥٢ (٢٠٢١) – ٦٥٢٩٩٠-١-٢٥٢ (٢٠٢١)،
اتصال آخر: ص.ب.: ٣٣١٣، دبي – إ.ع.م.، تليفون: ٢٥٠٨٠٠-(٩٧١٤) – ٢٥٠٣٦٩-(٩٧١٤)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003297

## BARAKAAT BANK OF SOMALIA LTD. (BBS)



بنك بركات الصومالي المحدود
(بي.بي.ايس.)

نماذج التوقيعات للموظفين المخول لهم التوقيع منفردا

### SINGLY AUTHORIZED SPECIMEN SIGNATURES

| AHMED ALI JUMALI | احمد علي جمالي |
|---|---|
| GENERAL MANAGER | المدير العام |

SIGNATURE          التوقيع

| ABBAS ABDI ALI | عباس عبده علي |
|---|---|
| DEPUTY GENERAL MANAGER | نائب المدير العام |

SIGNATURE          التوقيع

---

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAB, TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دارالسلام، سوق بكارا، مقديشو، الصومال، تليفون : ٦٥٣٩٩٠ - (٢٥٢١)، فاكس : ١٥٢٩٩٠-(٢٥٢١)،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003298

# BARAKAAT BANK OF SOMALIA LTD.
## (BBS)



شركات الصومالي المحدود
(بي.بي.ايس.)

نماذج التوقيعات للموظفين المخول لهم التوقيع (أ)

AUTHORIZED SPECIMEN SIGNATURES(A)

YUSUF SAID JUMALI                                         يوسف سعيد جمالي

SIGNATURE                                                          التوقيع

ABDUL AZIZ YUSUF DIINI                               عبد العزيز يوسف ديني

SIGNATURE                                                          التوقيع

NASIR ADAM NUR                                            ناصر آدم نور

SIGNATURE                                                          التوقيع

ABDUL RASHIID ALI JUMALI                          عبد الرشيد علي جمالي

SIGNATURE                                                          التوقيع

---

HEAD OFFICE: DAR'USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE2 TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيس: بناية دارالسلام، سوق بكاره، مقديشو الصومال، تليفون: ٦٥٣٩٩٠-١-٢٥٢، فاكس: ٦٥٢٩٩٠-١-٢٥٢،
اتصالات اخرى: ص.ب: ٣٣١٣، دبي، إ.ع.م، تليفون: ٢٥٠٨٠٠ (٩٧١٤)، فاكس: ٢٥٠.٣٦٩ (٩٧١٤)،

## CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003299

# BARAKAAT BANK OF SOMALIA LTD. (BBS)

بنك بركات الصومالي المحدود
(بي.بي.ايس.)

نماذج التوقيعات للموظفين المخول لهم التوقيع   (ب)

## AUTHORIZED SPECIMEN SIGNATURES (B)

NUR HUSSEN MOHAMMED          نور حسين محمد

SIGNATURE        التوقيع

ABDLLAH HUSSEN KAHEYE          عبد الله حسين كاهي

SIGNATURE        التوقيع

SHARIF WARSAME HASSAN          شريف ورسم حسن

SIGNATURE        التوقيع

ALI DIREYE WARSAME          علي ديريه ورسم

SIGNATURE        التوقيع

HEAD OFFICE: DAR USALAM BLDG., BAKARA MARKET, MOGADISHU, SOMALIA TEL: 252-1-653-990 FAX: 252-1-652-990
OTHER CONTACTS : P.O. BOX 3313, DUBAI, UAE TEL: (9714) 250 800 FAX : (9714) 250 369

مركز رئيسي: بناية دار السلام، سوق بكار، مقديشو، الصومال، تليفون : (٢٥٢١) - ٦٥٣٩٩٠، تاكس : (٢٥٢١) - ٦٥٢٩٩٠،
... تلفة : ٣٣١٣ ...، ... ص.... - ...، ... تلفن : (٩٧١٤)-٢٥٠٨٠٠، تاكس : (٩٧١٤)-٢٥٠٣٦٩،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003300



BARAKA'AT BANK OF SOMALIA LTD

بنك بركاته الصومالي المحدود

بنك بركات الصومالي المحدود

شركة مساهمة مقفلة

~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~

عقــد التأســـس والنظام الداخلي



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

BARAKAAT BANK OF SOMALIA LTD.

بنك بركات الصومالي المحدود

بسم الله الرحمن الرحيم

عقـد التأسيـــس

لشركة بنك بركات الصومالي المحدود

المساهمة المقفلة

ان الموقعين أدناه  –  وبناء علي صدور قانون بنك بركات الصومالي المحدود رقم ١١٨ لسنة
١٩٩٦ م  قد اتفقوا بموجب هذا العقد على تأسيس شركة مساهمة مقفلة محـدودة حسـب
البيانات والشروط التالية:

١)– اسم الشركـة:–

شركة بنك بركات الصومالي المحدود .

٢ – مركز الشركـة الرئيسي:–

يكون المركز الرئيسي للشركة في مدينة مقديشو، ويجـوز لهـا أن تنشـئ الفـروع
والوكالات والمكاتب في داخل الصومال وخارجها.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003302

BARAKAAT BANK OF SOMALIA LTD

بنك بركات الصومالي المحدود

٣ – غايات الشركة وأعمالها:–

أولا : تهدف الشركة إلى تغطية الاحتياجات الاقتصادية والاجتماعية في ميدان الخدمات المصرفية وأعمال التمويل والاستثمار المنظمة على غير أساس الربا وذلك حسب الاختصاصات الواردة في القانون الذي تأسست الشركة بموجبه، وتشمل هذه الغايات على وجه الخصوص ما يلي:–

أ – توسيع نطاق التعامل مع القطاع المصرفي عن طريق تقديم الخدمات غيرالربوية مع الاهتمام بإدخال الخدمات الهادفة لاحياء صور التكافل الاجتماعي المنظم على أساس المنفعة المشتركة .

ب – تطوير وسائل اجتذاب الأموال والمدخرات وتوجيهها نحو المشاركة في الاستثمار بالأسلوب المصرفي غير الربوي.

ج – توفير التمويل اللازم لسد احتياجات القطاعات المختلفة ولا سيما تلك القطاعات البعيدة عن إمكان الإفادة من التسهيلات المصرفية المرتبطة بالفائدة.

ثانيا : تقوم الشركة – في سبيل تحقيق غاياتها – بالأعمال التي تمكنها من تحقيق تلك الغايات وذلك عن طريق العمل في المجالات التالية:

أ – الأعمال المصرفية غير الربوية :

تمارس الشركة – سواء لحسابها أو لحساب الغير في داخل الصومال وخارجها – جميع اوجه النشاط المصرفي المعروفة أو المستحدثة مما يمكن للشركة أن تقوم به في نطاق التزامها المقرر ، بدخل في نطاق هذا النشاط ما يلي:

٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003303

بنك بركاته السومالي المحدود

BARAKAAT BANK OF SOMALIA LTD.

١ – قبول الودائع النقدية وفتح الحسابات الجارية وحسابات الإيداع المختلفة وتأدية قيمة الشيكات المسحوبة وتقاصها، وتحصيل الأوراق التجارية، وتحويل الأموال في الداخل والخارج وفتح الاعتمادات المستندية وتبليغها ؛ وإصدار الكفالات المصرفية وخطابات الضمان وكتب الاعتماد الشخصي وبطاقات الائتمان وغير ذلك من الخدمات المصرفية .

٢ – التعامل بالعملات الأجنبية في البيع والشراء على أساس السعر الحاضر دون السعر الآجل ، ويدخل في نطاق التعامل المسموح لها به حالات الإقراض المتبادل – بدون فائدة – للعملات المختلفة الجنس حسب الحاجة.

٣ – تقديم التسليف المحدد الأجل باعتباره خدمة مجردة عن الفائدة، إما بطريق خصم الكمبيالات التجارية قصيرة الأجل أو بطريق الإقراض المقسط ويمتنع على الشركة – في جميع الأحوال – أن تقدم هذه الخدمة بطريق التسليف على أساس الحساب الجاري مدين.

٤ – إدارة الممتلكات وغير ذلك من الموجودات القابلة للإدارة المصرفية على أساس الوكالة بالأجر .

٥ – القيام بدور الوصي المختار لإدارة التركات وتنفيذ الوصايا وفقا للأحكام الشرعية والقوانين المرعية وبالتعاون المشترك مع الجهة الدينية ذات الاختصاص.

٦ – القيام بالدراسات الخاصة لحساب المتعاملين مع الشركة وتقديم المعلومات والاستشارات المختلفة.

٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003304

BARAKAAT BANK OF SOMALIA LTD                    بنك بركـات الصومالي المحدود

ب — الخدمات الاجتماعية :

تقوم الشركة بدور الوكيل الأمين في مجال تنظيم الخدمات الاجتماعية الهادفة إلى توثيق أواصر الترابط والتراحم بين مختلف الجماعات والأفراد وذلك عن طريق الاهتمام بالنواحي التالية :—

١ — تقديم القرض الحسن للغايات الإنتاجية في مختلف المجالات المساعدة على تمكين المستفيد من القرض لبدء حياته المستقلة أو تحسين مستوى دخله ومعيشته .

٢ — إنشاء إدارة الصناديق المخصصة لمختلف الغايات الاجتماعية المعتبرة .

٣ — أية أعمال أخرى مما يدخل في عموم الغايات المستهدفة .

ج — أعمـال التمويـل والاستثمـار :

تقوم الشركة بجميع أعمال التمويل والاستثمار على غـير أسـاس الربـا وذلك من خلال الوسائل التالية :—

١ — تقديم التمويل اللازم — كليا أو جزئيا — في مختلف الأحوال والعمليات القابلة للتصفية الذاتية ، ويشمل ذلـك أشـكال التمويـل بالمضاربـة والمشاركة المتناقصة ،وبيع المرابحة للآمر بالشراء وغـير ذلك مـن صـور مماثلة .

٢ — توظيف الأموال التي يرغب أصحابها في استثمارها المشترك مـع سـائر الموارد المتاحة لدى الشركة وذلك وفق نظام المضاربة المشتركة، ويجوز للشركة في حالات معينـة أن تقـوم بـالتوظيف المحدد حسب الاتفـاق الخاص بذلك .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

BARAKAAT BANK OF SOMALIA LTD

بنك بركات الصومالي المحدود

٣ - يجوز للشركة أن تقـوم مباشـرة باستثمار الأموال في مختلف المشاريع وذلك شريطة أن لا يتعدى بمجموع استثمارات الشركة الدائمة نسبة سبعين بالمائة من مجموعة رأس المال المدفوع والاحتياطي الإجباري.

٤- ادارة الشركة :

تدار الشركة وفقا للنظام المفصل بالمادة ١٧ من النظام الداخلي ، ويكون رئيس مجلس الإدارة السيد/ احمد علي جمعالي وله كل الصلاحيات التنفيذية ، وقد عينه المساهمون عضوا منتدبا .

٥- مـدة الشركة : غير محددة .

٦- رأس مال الشركـة :

يتألف رأس مال الشركة من ثلاثة ملايين دولار أمريكي مقسمة إلى ثلاثين ألف سهم قيمة كل سهم منها مائة دولار أمريكي .

٧ - مسئولية المساهمـين :

أن مسئولية المساهمين محدودة بقيمـة الأسـهم الـتي يتلكها المساهم في رأس مال الشركة .

وقد التزم الموقعون على هذا العقد بأحكام النظام الداخلي لشركة بنك بركات الصومالي المحدود بحسب نصه المرفق .

وا لله الموفق ،،،

أسمـاء المؤسسين

(حسب ما هو مدرج في الصفحات التالية)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003306

BARAKAAT BANK OF SOMALIA LTD

بنك بركاته الصومالي المحدود

| التوقيع | عدد الاسهم | الجنسية | اسم المؤسس | الرقم |
|---|---|---|---|---|
| | ٢٧٨٤٠ | صومالي | احمد علي جمعالي واولاده | (١) |
| | ٢٥٠ | " " | عباس عبد علي | (٢) |
| | ١٥٠ | " " | عبد الرشيد علي جمعالي | (٣) |
| | ١٠٠ | " " | عبد الرحمن احمد علي | (٤) |
| | ١٤٠ | " " | يوسف سعيد جمعالي | (٥) |
| | ١١٠ | " " | محمد عبدالله جمعالي | (٦) |
| | ١٣٠ | " " | ناصر آدم نور | (٧) |
| | ١٣٠ | " " | احمد شيخ علي سمز | (٨) |
| | ٩٠ | " " | عبد الله احمد علي | (٩) |
| | ١٢٠ | " " | عبد العزيز يوسف ديني | (١٠) |
| | ١٠٠ | " " | عبد الله علي جمعالي | (١١) |
| | ١٠٠ | " " | محمد عبد الله عبده | (١٢) |



NOTARY PUBLIC

CON. GEN. OF SOMALI REPUBLIC
DUBAI

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003307

BARAKAAT BANK OF SOMALIA LTD

بنك بركات الصومالي المحدود

| التوقيع | عدد الاسهم | الجنسية | اسم المؤسس | الرقم |
|---|---|---|---|---|
| | ١١٠ | " " | عبد العزيز علي جمعالي | (١٣ |
| | ١٠٠ | " " | محمد احمد علي | (١٤ |
| | ٨٠ | صومالية. | عنب راجي صبري | (١٥ |
| | ١٢٠ | صومالي | بشير علي جمعالي | (١٦ |
| N,H.Mall | ١٢٠ | " " | نور حسين محمد | (١٧ |
| | ١١٠ | " " | عبد الله حسين كاهي | (١٨ |
| | ١٠٠ | " " | عبد الرحمن عبدالله عبده | (١٩ |

مجموعة الاسهم المكتتب بها فقط ثلاثون إلف سهم بقيمة ثلاثة ملاين دولار امريكي

المذكورون أعلاه

٣/٨/١٩٩٦

كتصادق القنصلية العامة لجمهورية الصومال
في دبي على صحة البيانات و التوقيع
طبقا لما هو موضح في الطلب

التاريخ ٦/١١/

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

بنك بركات الصومالي المحدود

أعضاء مجلس الادارة والادارة التنفيذية

| | |
|---|---|
| رئيس مجلس الادارة والعضو المنتدب | ١-الشيخ / احمد علي جمعالي |
| نائب رئيس مجلس الادارة | ٢- السيد / عباس عبده علي |
| عضـــــو | ٣- السيد / يوسف سعيد جمعالي |
| عضـــــو | ٤ – السيد / ناصر آدم نور |
| عضـــــو | ٥-السيد/ عبدالرشيد علي جمعالي |
| عضـــــو | ٦-السيد / احمد الشيخ علي تمتر |
| عصـــــو | ٧- السيد / عبد العزيز يوسف ديني |
| عصـــــو | ٨-السيد / نور حسين محمـــد |
| عضـــــو | ٩-السيد/ محمد عبدالله جمـعالي |

هيئة الفتوى والرقــابة الشــرعية .

١- الشيخ/ الشريف عبده نـــور

٢- الشيخ/ محمد نـــور قـوي

٣- الشيخ/ محمد معلم حسـن

المراقب الشرعي : الشيخ / عبد الســلام الشيخ ابراهيم

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003309

A/c No: 725 00339

*Dirham Account*

*New file*

**Dubai Islamic Bank**                    بَنْكُ دُبَيِّ الإسْلاَمِي

مذكرة داخلية
**INTERNAL MEMO**

DATE ........................................ ١٩٩٧/١/١٨ : التاريخ
FROM ........................... قسم الاستثمار والعلاقات (C) الخارجية : من
TO ................................. قسم الحسابات العامة : إلى
SUB. .................... بنك بركات الصومال ـــ عقد يشو : الموضوع

السيد / رئيس قسم الحسابات العامة ـ المحترم .

السلام عليكم ورحمة الله وبركاته

نرفع لكم الرسالة الواردة الينا من بنك بركات الصومالي

ومرفقاتها التالية وذلك للنظر في فتح حساب جاري للبنك

لدينا ، والمرفقات هي :

ـ عقد التأسيس والنظام الداخلي .

ـ صورة الرخصة التجارية .

ـ نماذج التواقيع المعتمدة للبنك .

يرجى التكرم بالاطلاع واعادتنا بالاجراء المتخذ

ولكم جزيل الشكر والتقدير

عثمان منياد

رئيس قسم الاستثمار والعلاقات الخارجية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003310



**DUBAI ISLAMIC BANK**

*A03R002*

كشف حساب استاذ عام

31/08/04

حساب : 1 2 520 13 1 : تاريخ الابتداء 4 0101 : الانتهاء :

الاسم الكامل : بنك بركات الصومالي المحدود

صفحه 1

التاريخ فرع البنك المسحوبات الايداعات الاجمالي

AVAILABLE BALANCE   000000

1,147,207.62



*************************** ****************************

51 – طباعة الشاشة F12 – للاستمرار
51 – استعادة الشاشة F1 – للخروج
يوجد حركات هذه الش

المركز الرئيسي : ص.ب. ١٠٨٠، دبي – إ.ع.م. هاتف : ٢٩٥٣٠٠٠، فاكس : ٢٩٥٤١١١

Head Office : P.O. Box : 1080 Dubai -U.A.E.  Tel.: 2953000, Fax : 2954111

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003311