# EXHIBIT 15

# EXHIBIT A

AUG-23-02  14:45    FROM-CENTRAL BANK OF THE U A E         +00071286507D6        T-673   P.01/03   F-256

(Same language in Arabic)

# CENTRAL BANK OF THE U.A.E.

Central Bank
Decision No.:   2/361/2002

Date        :   25/08/2002

To          :   All Banks, Moneychangers,
                Investment        Companies,
                other Financial Institutions
                Operating    in   the   UAE
                (including  Insurance sector
                and Financial Markets)

After Greetings,

Based on United Arab Emirates Decision in
conjunction  with the International efforts to
fight terrorism,  you are required to search for
immediately    and    freeze   any   accounts,
deposits, investments or remittances in the
names of the following ( whether existing
now or existed in the past):

<u>Natural Persons:</u>

1-   Mr. Ali Abdul Aziz Ali (also known as
     Isam Mansour; Isam Mansour; Isam
     Mansar), DOB 29/08/1977, POB Kuwait,
     holder of Pakistani  passport No. E
     911562 issued in Karachi – Pakistan on
     03/01/1998 and expires on 02/01/2003.

2-   Mr. Mustafa Ahmed Adam Al-Hawsawi
     (also  known as Mustafa Ahmed; Hashim
     Abdulrahman),  DOB 05/08/1968, POB
     Jeddah – Kingdom of Saudi Arabia,
     holder of Saudi  passport No. B 686512,
     issued in Jeddah –Kingdom of Saudi
     Arabia on 24/02/1999 and expires on
     31/12/2003.

3-   Mr. Yasser Badi Baruk Al-Otaibi (also
     known as Yasser B.B. Al-Otaibi), DOB
     17/04/1980, POB Riyadh, Kingdom of
     Saudi Arabia, holder of Saudi passport
     No. C 251615, issued in Riyadh,
     Kingdom of Saudi Arabia on 09/07/2000
     and expires on 15/05/2005.

(Same language in Arabic)

(Same language in Arabic)

(Same language in Arabic)

(Same language in Arabic)

Cont'd /2

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003414t

Ш=25=02 14:45      FROM-CENTRAL BANK OF THE U A E              +00971286590708      T-872   P.02/03   F-254

- 2 -

Central Bank Decision No.: 2/361/2002

4-   Mr. Sameer Mohamed Mahmood Abu
     Onq (also known as Sameer Mohamed
     Mahmood; Sameer M.M. Abu Ong),
     DOB 18/06/1965, POB Kingdom of
     Saudi Arabia, holder of Saudi passport
     No. C 669314, issued on 23/07/2001 and
     expires on 29/05/2006.

5-   Mr.     Abdulrahman     Abdullah
     Abdulrahman Al-Fak'asi Al-Ghamdi,
     also known as Abdulrahman A. A. Al
     Ghamdi, DOB 24/09/1968, POB
     Kingdom of Saudi Arabia, holder of
     Saudi passport No. C 174152, issued in
     Abha, Kingdom of Saudi Arabia on
     17/05/2000 and expires on 23/04/2005.

6-   Mr. Haji Wazir

7-   Mr. Dilbar Khan or Dildar Khan                (Same language in Arabic)

8-   Mr. Ehsan Ul haque Bhatti

9-   Mr. Haji Ali Khan Bin Haji Momen

10-  Mr. Abdul Wahid  son of Haji Ali Khan
     Bin Haji Momen

11-  Mr. Mohammed Abdul Zahir

12-  Mr. Pacha Wazir

Companies:

1-   Turham Company – Exchange House

2-   Zahir Oil Industry

3-   Abdul Zahir and Co.

4-   Torkham Trading

Con't. /3

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003415t

- 3 -

· Central Bank Decision No.: 2/361/2002

You are also required not to transfer any funds to the persons/entities mentioned above into any territory or country and in case you received funds from the persons/entities mentioned or for their favour to freeze it immediately.

None compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE.

(Same language in Arabic)

Please provide the Anti Money Laundering and Suspicious Cases Unit- Central Bank– Abu Dhabi, (fax no. 02-6674501) with the following original documents:

1. Application of account/s opening documents and any other revenant documents or information.
2. Statements of account/s
3. Name of the person/s who opened the account/s and who deposited funds into the account/s.
4. Slips of transfer/receipt of funds to/from that the above-mentioned account/s.

Yours faithfully,

Governor        (Same language in Arabic)

From: Bank or Moneychanger or Investment Company or Financial Institution.        (Same language in Arabic)

| | |
|---|---|
| ☐ There are no accounts or deposits or investments or remittances in the names mentioned above. | (Same language in Arabic)  ☐ |
| ☐ There are accounts or deposits or investments, and find attached account/s opening documents and statements and remittances list. | (Same language in Arabic)  ☐ |
| Auth. Sig.        (Same language in Arabic) | Auth. Sig.        (Same language in Arabic) |
| 1516-02 | (Same language in Arabic) |

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003416t



Same language in Arabic

DUBAI ISLAMIC BANK

Date 09/03/2002
Mr. Abdul Raheem Mohammed Al-Awadi
Senior Manager/Department of Bank Surveillance and Inspection
Central Bank
Fax: 02-6674501
May Peace, mercy and blessings of God be upon you...
Subject: Notification no. 2/361/2002 dated 08/25/2002

1.  There is an inactive current account for: Ali Abdul-Aziz Ali, Account No. 01-520-7128363-01, with a balance amounting to 17 UAE Dirham.  Its last transaction was on 10/06/2001.  It is subject to the regular legal attachment.  The required documents related to the account are herein attached.

We apologize for an error in the account number (01-520-7581793-01) in our previous message dated 08/31/2002 (an unintentional error)

2.  Please provide us with more details (passport copy) to the below mentioned persons in order to be able to specify the concerned parties definitively.

• Mr. Haji Wazir
• Mr. Delbar Khan or Deldar Khan
• Mohamed Abdel Zaher

Thanks for your constant cooperation.

For/Mohammed Abdul Rahman Ameery
Manager of Central Operations Department

[illegible]

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003417t

# DUBAI ISLAMIC BANK



(Same language in Arabic)

(Same language in Arabic)
**Current Account Opening Form**

Date _____8/8/2000_____                    _____ (Same language in Arabic)

| Acc. No. 7128363   (Same language in Arabic) |
| --- |

To:
The Manager, DUBAI ISLAMIC BANK.                _____ (Same language in Arabic)
Branch __Main_____                         _____ (Same language in Arabic)

Dear Sirs,

(Same language in Arabic)
You are kindly requested to open in your books a Current Account, as per the following particulars:-

Name in full    _Ali Abdul Aziz Ali_____    (Same language in Arabic)

Nationality     _Pakistani_____    (Same language in Arabic)

Profession      _Computer Engineer_____    (Same language in Arabic)

Address    _Dubai___  P.O. Box  _16958___  Tel.  _050-6745651_  (Same language in Arabic)

Introduced By   _Ata Rateb Jameel account No. 800-7000-332____    (Same language in Arabic)

Statement of account to be dispatched                    (Same language in Arabic)

I, hereby, undertake to comply with the Bank's
rules for the conduct of such account, and it is
understood and mutually agreed upon that no          (Same language in Arabic)
overdraft will be allowed without prior consent
of the Bank.

Signature                        Dubai Islamic Bank        (Same language in Arabic)
                                 Main Branch
                                 Dubai

                         signature of official in charge

Form No. 197

See over leaf                                            (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003418t

**Terms of Current Accounts:**

Current Accounts are credit accounts with the ability to withdraw or deposit with no restrictions. Checks and other withdrawal means are permitted as per the following terms:

1- Deposited funds in current accounts shall be authorized to be used and returned upon request. Such funds neither benefit from any investments nor bring about any risk.

2- Owner of current account shall be limited to withdraw within the available and payable balance. She/he may not withdraw amounts more than the available balance even if there are checks deposited that are not collected yet as per the offsetting transaction followed.

3- DIB issues periodical statements to the current account holders showing credit and debit account transactions. The account shall finally be termed correct and approved if the DIB does not receive any claims within 15 days from receiving the statement by the owner.

4- DIB shall be authorized to impose any restrictions on the customer's current account concerning the costs, expenses or any bank transactions related to the account owner.



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003419t





**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003420t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003421t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003422t

| | | | | | |
|---|---|---|---|---|---|
| 08/08 | | Inquiry on an account | | *A77R000* | |
| | Acc. No. | 520 7128363 1 1 | | | |
| Name in full | : | Ali Abdul Aziz Ali | | | |
| Correspondence name | : | Ali Abdul Aziz Ali | | | |
| Correspondence address | : | P.O. Box 16958, Dubai | | | |
| | | | Wrong address | : | |
| | | | Distinguished customer | : | |
| Phone No. | : | 0506745651 | Branch and date of clearance | : | 00 |
| Fax | : | 048819192 | Correspondence language | : | 1 Arabic |
| Nationality | : | 32 Pakistan | Year of birth | : | 77 |
| Religion | : | 1 Muslim | Sex | : | 1 Male |
| Residence | : | 1 resident | Passport No. | : | 911562 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : | |
| Date of expiry | : | | Issued from | : | |
| Account status | : | 0 active | Account Statement | : | A Annual |
| Salary transfer | : | No   No | Profit code | : | Opening: 08/08/00 |
| Agent code/ joint | : | Nil | Coverage code | : | |
| Current balance | : | 5000.00 | Available balance | : | 5000.00 |
| Attached | : | | Date of last transaction | : | 08/08/0 |

***************************************************************************************

| | |
|---|---|
| F1 = exit | SF4= screen clearance | F12 = to continue |
| Data has been successfully displayed | | Screen: 0520 |

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003423t

08/08/0                            Inquiry on an account              *A77R000*
                 Acc. No.  520 7128363 1 1
Name in full              :    Ali Abdul Aziz Ali
Correspondence name       :    Ali Abdul Aziz Ali
Correspondence address    :    P.O. Box 16958, Dubai
                                         Wrong address                :
                                         Distinguished customer       :
Phone No.                 :    0506745651         Branch and date of clearance :   00
Fax                       :    048819192          Correspondence language   :   Arabic
Nationality               :    32 Pakistan        Year of birth             :   77
Religion                  :    1 Muslim           Sex                       :   1 Male
Residence                 :    1 resident         Passport No.              :   911562
Economic code             :    111 personal accounts   Legal status         :   1 Individual
Check collection fees     :    Y                  Returned check commission :   Y
No. of commercial license :                       Date of issue             :
Date of expiry            :                       Issued from               :
Account status            :    0 active           Account Statement         :   A Annual
Salary transfer           :    No                 Profit code               :   Opening: 08/08/00
Agent code/ joint         :    Nil                Coverage code             :
Current balance           :    5000.00            Available balance         :   5000.00
Attached                  :                       Date of last transaction  :   08/08/0
*************************************************************************************************
F1 = exit          SF4= screen clearance              F12 = to continue
Data has been successfully displayed                   Screen: 0520

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003424t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003425t

(Same language in Arabic)

PHOTOGRAPH OF BEARER
PHOTOGRAPHE DU TITULAIRE



(Same language in Arabic)

VALIDITY OF THIS PASSPORT EXPIRES ON:
RENOUVELLEMENT CE PASSEPORT EXPIRE LE :

2nd Jun. 2003

3

E911562

(Same language in Arabic)

PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A-30/5 Mohd Hasan
Au Rd. Gyeri
Karachi

(Same language in Arabic)

PRESENT ADDRESS
L'ADRESSE PRESENTE

(Same language in Arabic)

CHILDREN—ENFANTS

(Same language in Arabic)

| NAME NOM | DATE OF BIRTH DATE DE NAISSANCE | SEX SEXE |
|---|---|---|
| | | |

E911562   2

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003426t





**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003427t

(Same language in Arabic)

Application for issue of PIN. NO. of Telebanking System.

## Main

Branch /

(Same language in Arabic)

Name : *Ali Abdul Aziz Ali*

(Same language in Arabic)

Customer No. | 7 | 1 | 2 | 8 | 3 | 6 | 3 |

(Same language in Arabic)

(Same language in Arabic)

To Branch Manager :

Please issue me the PIN. NO. for the Telebanking System, I do hereby ... m that I have read and agreed to bind by the terms and conditions of the use of it which are at this application.

Applicant's signature .................................................. (Same language in Arabic)

Date ....................................................................... (Same language in Arabic)

I received the PIN. No. of          (Same language in Arabic)

Telebanking system on ............................................ (Same language in Arabic)

Signature : ............................................................... (Same language in Arabic)

(Same language in Arabic)

### TERMS & CONDITIONS

1. Whereas the account holder is the sole person who is entitled to use telebanking system, consequently, he will be under an obligation to maintain the secrecy of his PIN number and not to allow any person who is not authorised by him to use the same with the customer bearing full legal and contractual responsibility in case of negligence in maintaining such secrecy.

2. If the bank sends information to a customer via fax, then it shall deduct Dhs.2/= (each time) from any account held by the customer with the bank. The customer shall remain liable for maintaining sufficient balance in his account to cover such expenses.

3. Issue of the PIN matter (PIN No.) is done free of charge for the first time. A fee of Dhs. 10/= will be charged for any next issue.

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003428t

# DUBAI ISLAMIC BANK



(Same language in Arabic)

(Same language in Arabic)

**Current Account Opening Form**

Date ___8/8/2000___   _____ (Same language in Arabic)

| Acc. No. 7128363   (Same language in Arabic) |
| --- |

To:
The Manager, DUBAI ISLAMIC BANK.   _____ (Same language in Arabic)
Branch ___Main___   _____ (Same language in Arabic)

Dear Sirs,

(Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

Name in full   ___Ali Abdul Aziz Ali___   (Same language in Arabic)

Nationality   ___Pakistani___   (Same language in Arabic)

Profession   ___Computer Engineer___   (Same language in Arabic)

Address   ___Dubai___   P.O. Box ___16958___   Tel. ___050-6745651___   (Same language in Arabic)

Introduced By   ___Ata Rateb Jameel account No. 800-7000-332___   (Same language in Arabic)

Statement of account to be dispatched   (Same language in Arabic)

I, hereby, undertake to comply with the Bank's rules for the conduct of such account, and it is understood and mutually agreed upon that no overdraft will be allowed without prior consent of the Bank.   (Same language in Arabic)

Signature   [signature]

| Dubai Islamic Bank<br>Main Branch<br>Dubai |
| --- |

(Same language in Arabic)

signature of official in charge

See over leaf   (Same language in Arabic)

Form No. 197

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003429t

[illegible]

| | | | | | |
|---|---|---|---|---|---|
| Current | 1 / | 1 | 17.49 | 0.00 | 0.00 |
| Current withholding | 1 / | 1 | 17.49 | 999999,999.00 | 0.00 |
| Total | | | 17.49 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/consultant, tenant balance, private and public arrears.

* Disclaimer:                                    issuance date: 00/00/0000      branch: 00

Additional information:
*************************************************************************************

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003430t

[illegible]

| | | | | | |
|---|---|---|---|---|---|
| Residence | : | 1 resident | Passport No. | : | 911562 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : | |
| Date of expiry | : | | Issued from | : | |
| Account status | : | 8 inactive | Account Statement | : | A Annual |
| Salary transfer | : | No   No | Profit code | : | Opening: 08/08/00 |
| Agent code/ joint | : | Nil | Coverage code | : | |
| Current balance | : | 17.49 | Available balance | : | 17.49 |
| Attached | : | 999999999999.00 | Date of last transaction | : | 06/10/ 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

F1 = exit             SF4= screen clearance              F12 = to continue
Data has been successfully displayed                     Screen: 520

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003431t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOU**



(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)
A Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2000 | (Same language in Arabic) |
|---|---|
| To: 12/31/2000 | |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | A□M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |



(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003432t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOU



(Same language in Arabic)
### DUBAI ISLAMIC BANK
(Same language in Arabic)
Jslic Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
| --- |
| 1 |

| BRANCH (Same language in Arabic) |
| --- |
| Main |

| ACCOUNT NO. (Same language in Arabic) |
| --- |
| 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) |
| --- |
| U.A.E. Dirham |

| From: 01/01/2001 (Same language in Arabic) To: 12/31/2001 |
| --- |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
| --- | --- | --- | --- | --- |
| | Transferred balance | | | 27,975.00 |
| 04/[illegible]/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/[illegible]/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/[illegible]/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 3,002.00 | | 1,598.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 1,502.00 | | 96.00 |
| 10/[illegible]/2001 | Switch fees | 3.00 | | 93.00 |
| 10/[illegible]/2001 | Electron CA – ATM | 15.00 | | 78.00 |
| 10/[illegible]/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

(Same language in Arabic)

Head Office : Tel. : 2963000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

## CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003433t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOU



(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main | |

| ACCOUNT NO. | (Same language in Arabic) |
|---|---|
| 01 520 7128363 01 | |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

From: 01/01/2002   (Same language in Arabic)
To: 12/31/2002

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

Please to receive a bank reconciliation which if bears full statement will be considered correct
THE NOTED DEBTOR WILL BE
PLEASE INFORM US IN WRITING THEREOF OR CHANGE IN YOUR ADDRESS

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai        (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003434t

SEP-24-02  09:43    FROM-CENTRAL BANK OF THE UAE         +871-2-8861744      T-285   P.01/04   F-851

(Same language in Arabic)

## CENTRAL BANK OF THE U.A.E.

Notice No. :   1879/2002

Date       :   4/9/2002

To         :   All Banks, Moneychangers,
               Investment Companies, other
               Financial          Institutions
               Operating    in    the    UAE
               (including   Insurance   sector
               and Financial Markets)

(Same language in Arabic)

After Greetings,

You are required immediately to search for any
documents regarding the following:-

First:  Inward  and  Outward  remittances
        during  the  period  from  1/1/2000  till
        30/9/2001 in the following names:

1-    Mr. Ali Abdul Aziz Ali (also known as
      Isam Mansur; Isam Mansour; Isam
      Mansar), DOB 29/08/1977, POB Kuwait,
      holder of Pakistani passport No. E
      911562 issued in Karachi – Pakistan on
      03/01/1998 and expires on 02/01/2003.

2-    Mr. Mustafa Ahmed Adam Al-Hawsawi
      (also known as Mustafa Ahmed; Hashim
      Abdulrahman),  DOB 05/08/1968, POB
      Jeddah – Kingdom of Saudi Arabia,
      holder of Saudi passport No. B 686512,
      issued· in Jeddah –Kingdom of Saudi
      Arabia on 24/02/1999 and expires on
      31/12/2003.

(Same language in Arabic)

3-    Mr. Yasser Badi Barak Al-Otaibi (also
      known as Yasser B.B. Al-Otaibi), DOB
      17/04/1980, POB Riyadh, Kingdom of
      Saudi Arabia, holder of Saudi passport
      No. C 251615, issued in Riyadh,
      Kingdom of Saudi Arabia on 09/07/2000
      and expires on 15/05/2005.

Cont'd /2

(Same language
in Arabic)

**CONFIDENTIAL**

This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003435t

SEP-04-02  09:43    FROM-CENTRAL BANK OF THE UAE                +971-2-6661744        T-286   P.02/04   F-881

- 2 -

### Central Bank Notice No.: 1879/2002

4-  Mr. Sameer Mohamed Mahmood Abu
    Onq (also known as Sameer Mohamed
    Mahmood; Sameer M.M. Abu Onq),
    DOB 18/06/1965, POB Kingdom of
    Saudi Arabia, holder of Saudi passport
    No. C 669314, issued on 23/07/2001 and
    expires on 29/05/2006.

5-  Mr.  Abdulrahman  Abdullah
    Abdulrahman  Al-Fak'asi  Al-Ghamdi
    (also known as Khalid Sheikh Mohamed,
    Abdulrahman A. A. Al Ghamdi), DOB
    24/09/1968, POB Kingdom of Saudi
    Arabia, holder of Saudi passport No. C
    174152, issued in Abha, Kingdom of
    Saudi Arabia  on 17/05/2000 and expires
    on 23/04/2005;

    (Same language in Arabic)

6-  Ramzi Mohammed Abdullh Binalshibh
    (also known as Ramzi M. Al- Sheibah;
    Ramzi Mohamed Abdulla Omar; Ahad
    Abdollahi  Sabet),  DOB 1/5/1972; or
    16/9/1973, POB Yemen, holder of
    Yemeni passport No. 00595250, Yemeni
    passport No. 00085243 in the name of
    Ramzi M. Al Sheibah, and United States
    passport No. Z7567858 in the name of
    Ahad Abdolluhi Sabet.

7-  Zakariya  Essabar,  DOB 3/4/1974 or
    3/4/1977,  POB Marrakech, Morocco;
    Essaouira, Morocco, holder of passport
    No. KO348486;

8-  Said Bahaji, DOB 15/7/1975, POB
    Haseluenne,  Germany  (Naturalized
    Moroccan), holder of Moroccan passport
    No. H954242.

9-  Jamal Ibrahim

Con't / 3

(Same language
in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003436t

SEP-04-02  09:49    FROM-CENTRAL BANK OF THE UAE        +971-2-6651744     T-296  P.03/04  F-581

- 3 -

Central Bank Notice No.: 1879/2002

### Second: Sales or purchases of Travellers' cheques in the following names :

1- Satam Al Suqami, during the period from 15/4/2001 to 23/4/2001.

2- Waleed Al Shehri, during the period from 15/4/2001 to 23/4/2001.

3- Majed M'Shaan Ghanem Moqed, during the period from 25/4/2001 to 2/5/2001.

4- Ahmed Al-Koshy Al Ghamdi, during the period from 25/4/2001 to 2/5/2001.

5- Mohanad Al Shehri, during the period from 21/5/2001 to 28/5/2001.

6- Ahmed Ibrahim Al-Haznawi, during the period from 1/6/2001 to 8/6/2001.

7- Fayez Rashid Ahmed Hassan Al-Qadi Bani Hammad, during the period from 20/6/2001 to 27/6/2001.

8- Saeed Al Ghamdi, during the period from 20/6/2001 to 27/6/2001.

9- Abdulaziz Al-Omari, during the period from 22/6/2001 to 29/6/2001.

10- Salem Mohamed Salem Al-Hazmi, during the period from 22/6/2001 to 29/6/2001.

11- Khalid Al Mihdhar, during the period from 4/6/2001 to 8/6/2001.

12- Mohammad Al Kahtani (also known as Mohammad Al-Qetani), during the period from 27/7/2001 to 4/8/2001.

(Same language in Arabic)

You are also required not to transfer any funds to the persons mentioned in "first" & "second" above into any territory or country and in case you received funds from the said persons or for their favour to freeze such funds immediately.

Con'r. / 4

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003437t

SEP-06-02  09:44      FROM-CENTRAL BANK OF THE UAE          +971-2-6651744      T-236  P.04/04  F-821

- 4 -

Central Bank Notice No.: 1879/2002

Please provide the Anti Money Laundering and        (Same language in Arabic)
Suspicious Cases Unit- Central Bank– Abu
Dhabi, (fax no. 02-6674501) with the original
documents.

Yours faithfully,

(Same language in Arabic)

**Sultan Bin Nasser Al Suwaidi**
**Governor**

From: Bank or Moneychanger or Investment          (Same language in Arabic)
Company or Financial Institution.                 *Dubai Islamic*

| | | |
|---|---|---|
| ☒ There are no remittances purchased or sold travellers cheques in the names mentioned above. | (Same language in Arabic) | |
| ☐ There are remittances and travellers cheques and find attached documents and statements and related documents. | (Same language in Arabic) | |
| Auth. Sig.          (Same language in Arabic) | Auth. Sig.          (Same language in Arabic) | |

(Same language in Arabic)

1606-2002

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003438t

**DUBAI ISLAMIC BANK**

No. | 0 0 8 7 4 3 | /11 | (Same language in Arabic)

Date | 11-1-00 | (Same language in Arabic)

**CASH DEPOSIT** (Same language in Arabic)

A/C No. | 0 1 | 5 2 0 | 7 4 2 8 3 6 3 | 0 1

Name | Ali Abdul Aziz Ali | (Same language in Arabic)

**DENOMINATIONS** (Same language in Arabic)

**AMOUNT** (Same language in Arabic)

| | DENOMINATIONS | Dhs. | Fils |
|---|---|---|---|
| | × 1000 | 1,000 | |
| 18 | × 500 | 9,000 | |
| | × 200 | | |
| | × 100 | | |
| | × 50 | | |
| | × 20 | | |
| | × 10 | | |
| | × 5 | | |
| | Coins | | |
| | | 20,000 | |

CASHIER STAMP & SIGN. | (Same language in Arabic)

DUBAI ISLAMIC BANK
SCREEN 595
DUBAI BRANCH
2000 NOV -1 A 11:55

TRANS. NO. | ... ONLY | (Same language in Arabic)

Depositor's Name | (Same language in Arabic)

Depositor's Sign. | (Same language in Arabic)

checked by | (Same language in Arabic)

Form No. 1/2

DIB_003439t

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOU**



(Same language in Arabic)
**DUBAI ISLAMIC BANK**
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| | | |
|---|---|---|
| BRANCH (Same language in Arabic)<br>Main Branch | ACCOUNT NO. (Same language in Arabic)<br>01 520 7128363 01 | Ali Abdul Aziz Ali<br><br>P.O. Box: 16958 Dubai |
| CURRENCY (Same language in Arabic)<br>U.A.E. Dirham | From: 01/01/2000<br>To: 12/31/2000 (Same language in Arabic) | |

| DATE<br>(Same language in Arabic) | PARTICULARS<br>(Same language in Arabic) | WITHDRAWAL<br>(Same language in Arabic) | DEPOSIT<br>(Same language in Arabic) | BALANCE<br>(Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | A☐M card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

Unless we receive a claim from you back within 15 days our statement will be considered correct.
TO CREDIT/DEBIT BALANCE.
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
(Same language in Arabic)

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai     (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003440t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOU



(Same language in Arabic)
### DUBAI ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main Branch | |

| ACCOUNT NO. | (Same language in Arabic) |
|---|---|
| 01 520 7128363 01 | |

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2001 | (Same language in Arabic) |
|---|---|
| To: 12/31/2001 | |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| 04/[illegible]/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/[illegible]/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/[illegible]/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 3,002.00 | | 1,598.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 1,502.00 | | 96.00 |
| 10/[illegible]/2001 | Switch fees | 3.00 | | 93.00 |
| 10/[illegible]/2001 | Electron CA – ATM | 15.00 | | 78.00 |
| 10/[illegible]/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

Unless we receive a claim from your side within 15 days this statement will be considered correct.
"D" DENOTES DEBIT BALANCE
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
E.&O.E.

(Same language in Arabic)

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003441t

SEP-12-02  11:47  FROM-BSED                    +971 2 6666915      T-459  P.001/002  F-451



(Same language in Arabic)
## STATEMENT OF CURRENT ACCOU

(Same language in Arabic)
BAI ISLAMIC BANK

(Same language in Arabic)
a Holding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2000 (Same language in Arabic) |
|---|
| To: 12/31/2000 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | ATM card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

Office : Tel.: 2653000, Fax : 2854111, Tlx : 45883 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003442t

SEP-12-02   11:47   FROM-BSED                          +971 2 6668015      T-468   P.001/002   F-451

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUNT**

(Same language in Arabic)
ЗАɪ ISLAMIC BANK

(Same language in Arabic)
a holding Company Incorporated in U.A.E.

| PAGE NO.      (Same language in Arabic) |
|---|
| 1 |

| BRANCH      (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY    (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2000      (Same language in Arabic) |
|---|
| To: 12/31/2000 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| 08/08/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/01/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/22/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/22/2000 | ATM card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

(Same language in Arabic)

Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai
(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003443t



# CENTRAL BANK OF THE U.A.E.

(Same language in Arabic)

Ref. : 02 7/809/2003

Date : 15/6/2003

[Arabic handwriting] *Ali Abdul Aziz Ali*
(Same language in Arabic)

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive Officer
Dubai Islamic Bank
P.O. Box : 1080
Dubai

(Same language in Arabic)

[Arabic handwriting] *Kindly send response to fax number 6658915*

*Dubai/5/7000332/580/02
Ata Rateb Jameel Khlaif*

After greetings..

Kindly immediately provide the Anti Money Laundering and Suspicious Cases Unit- Central Bank- Abu Dhabi, (fax no. 02-6674501) regarding the following accounts:

1) No 015207128363,
2) No. 5807000332,

with the below mentioned documents:

1) Accounts opening applications and their related documentations,

2) Statements of accounts from 1/4/2000 till date.

[SIGNATURE]

6/29/2003

You are requested not to inform the concerned party/ parties of this inquiry in cardance with Article (12) of the Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

Yours faithfully,

(Same language in Arabic)

(Same language in Arabic)

Sultan Bin Nasser Al Suwaidi
Governor

(Same language in Arabic)

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005526t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
D   Al Islamic Bank

(Same language in Arabic)
Public Shareholding Company, Incorporated in U.A.E.

| PAGE NO.   (Same language in Arabic) |
|---|
| 1 |

| BRANCH   (Same language in Arabic) |
|---|
| Main Branch |

| CURRENCY   (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| From: 01/01/2000   (Same |
|---|
| To: 12/31/2000   language in Arabic) |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| | | | | |
| 08/08/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/01/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/22/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/22/2000 | A_M card fees | 25.00 | | 27,975.00 |
| | | | | |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Hu:   :e : Tel.: 2953000, Fax : 2954111, Tlx : 45589 : 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005527t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E

| PAGE NO.   (Same language in Arabic) |
|---|
| 1 |

| BRANCH   (Same language in Arabic) |
|---|
| Main Branch |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY   (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2001   (Same language in Arabic) |
|---|
| To: 12/31/2001 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| 04/17/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/10/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/10/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/10/2001 | Withdrawal / ATM | 3,002.00 | | 1,598.00 |
| 09/10/2001 | Withdrawal / ATM | 1,502.00 | | 96.00 |
| 10/01/2001 | Switch fees | 3.00 | | 93.00 |
| 10/06/2001 | Electron CA – ATM | 15.00 | | 78.00 |
| 10/06/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
* E. & O. E.

(Same language in Arabic)

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45589 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai     (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005528t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
D   Al Islamic Bank

(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main Branch | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: 01/01/2002 | (Same |
|---|---|
| To: 12/31/2002 | language in Arabic) |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

* • Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Hx    e : Tel.: 2955000, Fax : 2954111, Tix : 45589 / 45772 ISLAMI EM,  P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005529t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
D    AL ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main Branch | |

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| From: 01/01/2003 | (Same |
|---|---|
| To: 04/30/2003 | language in Arabic) |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

H...  e : Tel : 2953000, Fax : 2954111, Tlx : 45689 / 46772 ISLAM EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005530t

Date: 06/29/03    Dubai Islamic Bank   screen No.: 520      p. 1
Time: 10:25        Comprehensive Situation of the sponsor/ customer        *A77S018*

Customer No.: 7128363 Ali Abdul Aziz Ali                      Pakistan
Economic Code: 111 / customer status: active

| Account type | Account No. | | Credit | Debit | Arrears |
|---|---|---|---|---|---|
| Investment end | | | | | |
| Current | 1 | 1 / | 17.49 | 0.00 | 0.00 |
| Current withholding | 1 | 1 / | 0.00 | 999999,999.00 | 0.00 |
| Total | | | 17.49 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/
consultant, tenant balance, private and public arrears.

* Disclaimer:                    issuance date: 00/00/0000      branch: 00

Additional information:
****************************************************************************** **

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005531t

[illegible]



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

# DUBAI ISLAMIC BANK



(Same language in Arabic)

*To the Main Branch Manager*

*Dear Sir,*

*Kindly provide us with the original copy of the*
*Form as per the request of the Central Bank.*
*Mohammed Abdul Rahman Ameery*
*Head of Central Operations Department*

(Same language in Arabic)

**Current Account Opening Form**

Date  *8/8/2000*                          _____  (Same language in Arabic)

| Acc. No. *7128363*   (Same language in Arabic) |
| --- |

To:
Manager, DUBAI ISLAMIC BANK.                _____  (Same language in Arabic)
Branch  *Main*                              _____  (Same language in Arabic)

Dear Sirs,

(Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

| | | |
| --- | --- | --- |
| Name in full | *Ali Abdul Aziz Ali*    *9/1/2002* *[SIGNATURE]* *Zohair Al Rabii* | (Same language in Arabic) |
| Nationality | *Pakistani* | (Same language in Arabic) |
| Profession | *Computer Engineer* | (Same language in Arabic) |
| Address | *Dubai*   P.O. Box  *16958*   Tel.  *050 6745651* | (Same language in Arabic) |
| Introduced By | *Ata Rateb Jameel account No. 800-7000-332* | (Same language in Arabic) |

Statement of account to be dispatched                      (Same language in Arabic)

I, hereby, undertake to comply with the Bank's
rules for the conduct of such account, and it is
understood and mutually agreed upon that no
overdraft will be allowed without prior consent
of the Bank.

(Same language in Arabic)

Signature

Dubai Islamic Bank
Main Branch
Dubai

(Same language in Arabic)

signature of official in charge

(Same language in Arabic)

See over leaf                                              (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005533t

08/08/00                              Inquiry on an account                    *A77R000*
              Acc. No.  520 7128363 1 1
Name in full              :     Ali Abdul Aziz Ali
Correspondence name       :     Ali Abdul Aziz Ali
Correspondence address    :     P.O. Box 16958, Dubai
                                              Wrong address               :
                                              Distinguished customer      :
Phone No.                 :     0506745651    Branch and date of clearance :   00
Fax                       :     048819192     Correspondence language     :   Arabic
Nationality               :     32 Pakistan   Year of birth               :   77
Religion                  :     1 Muslim      Sex                         :   1 Male
Residence                 :     1 resident    Passport No.                :   911562
Economic code             :     111 personal accounts   Legal status      :   1 Individual
Check collection fees     :     Y             Returned check commission   :   Y
No. of commercial license :                   Date of issue               :
Date of expiry            :                   Issued from                 :
Account status            :     0 active      Account Statement           :   A Annual
Salary transfer           :     No   No       Profit code                 :   Opening: 08/08/00
Agent code/ joint         :     Nil           Coverage code               :
Current balance           :     5000.00       Available balance           :   5000.00
Attached                  :                   Date of last transaction    :   08/08/0
***********************************************************************************************

F1 = exit              SF4= screen clearance              F12 = to continue
Screen: [illegible]0                    Data has been successfully displayed

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005534t



Same language in Arabic

VISAS

[Illegible]

[Illegible]

[Illegible]

RESIDENCE (Same language in Arabic) 11262616

U.A.E. 201/98/7026202

(Same language in Arabic)

Computer engineer

Name of bearer: Ali Abdul Aziz Ali
Sponsor's name: Jebel Ali Freezone Authority
Passport No. [illegible]
Place and date of issue: 08/25/1998
Valid until: 08/24/2001

Signature

Fees are paid

E911562   E911562

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005535t



(Same language in Arabic)

PHOTOGRAPH OF BEARER
PHOTOGRAPHIE DU TITULAIRE

(Same language in Arabic)

VALIDITY OF THIS PASSPORT EXPIRES ON :
LE QUEL/ELLEMENT CE PASSEPORT EXPIRE LE :

2 nd Jun 2003

E911562

(Same language in Arabic)

PERMANENT ADDRESS IN PAKISTAN
L'ADRESSE PERMANENTE EN PAKISTAN

A-30/5   Mord Hasan
Ho Rd   Gypi
Karachi

(Same language in Arabic)

PRESENT ADDRESS
L'ADRESSE PRESENTE

(Same language in Arabic)

CHILDREN—ENFANTS

(Same language in Arabic)

| NAME NOM | DATE OF BIRTH DATE DE NAISSANCE | SEX SEXE |
|---|---|---|
|  |  |  |

E911562                2

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005536t







CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005537t



(Same language in Arabic)

Application for issue of PIN NO. of Telebanking System

**Main**

Branch (Same language in Arabic)

Name *Ali Abdul Aziz Ali*

Customer No.  | 7 | 1 | 2 | 8 | 3 | 6 | 3 |

(Same language in Arabic)

To Branch Manager

Please issue me the PIN NO. for the Telebanking System ..... do hereby ..... that I have read and agreed to abide by the terms and conditions of ..... use of which entail this application

Applicant's signature

Date                                    (Same language in Arabic)

I received the PIN No. of

Telebanking system on                   (Same language
                                         in Arabic)

Signature

(Same language in Arabic)

**TERMS & CONDITIONS**

1. Whereas the account holder is the sole person who is entitled to use telebanking system, consequently, he will be under an obligation to maintain the secrecy of his PIN number and not to allow any person who is not authorised by him to use the same with the customer bearing full legal and contractual responsibility in case of negligence in maintaining such secrecy

2. If the bank sends information to a customer via fax, then it shall deduct Dhs 2/4 for each letter sent any accounts held by the customer with the bank. The customer shall remain liable for maintaining sufficient balance in his account to meet such expenses

3. Issue of the PIN number is free of charge for the first time. A fee of Dhs. 20/= will be charged at any next issue

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005538t

SEP-01-2002 15:56   FROM-FINANCIAL DEPT DIB DXB          +971 4 2959395   T-705   P.002/004   F-467

**DUBAI ISLAMIC BANK**

(Same language in Arabic)

421022   Ser.   **CASH DEPOSIT**   (Same language in Arabic)   Date   08/08/2000   (Same language in Arabic)

A/C No.   01   520   7128363   01   (Same language in Arabic)

Name   Ali Abdul Aziz Ali   (Same language in Arabic)

| | DENOMINATIONS (Same language in Arabic) | | AMOUNT Dhs. (Same language in Arabic) | |
|---|---|---|---|---|
| | × 1000 (Same language in Arabic) | | | |
| 9 | × 500 (Same language in Arabic) | | | |
| 2 | × 200 (Same language in Arabic) | | | |
| 1 | × 100 (Same language in Arabic) | | | |
| | × 50 (Same language in Arabic) | | | |
| | × 20 (Same language in Arabic) | | | |
| | × 10 (Same language in Arabic) | | | |
| | × 5 (Same language in Arabic) | | | |
| | Cons. (Same language in Arabic) | | | |

Dubai Islamic Bank
Main branch

ONLY FIVE THOUSAND Dirhams.   5000

Transaction No.   Depositor's Name   Ali Abdul Aziz   (Same language in Arabic)   checked by   (Same language in Arabic)

Depositor's Sign.

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005539t



DUBAI ISLAMIC BANK

Ser.

**CASH DEPOSIT** (Same language in Arabic)

Date 11/22/2000

754400

| A/C No. | 01 | 520 | 7128363 | 01 | (Same language in Arabic) |

Name    Ali Abdul Aziz Ali

Dubai Islamic Bank
Main branch

Cash / authentic signature
Transaction No./ Screen No. 27

| DENOMINATIONS | | (Same language in Arabic) | AMOUNT |
|---|---|---|---|
| 3 | x 1000 | (Same language in Arabic) | |
| | x 500 | (Same language in Arabic) | |
| | x 200 | (Same language in Arabic) | |
| | x 100 | (Same language in Arabic) | |
| | x 50 | (Same language in Arabic) | |
| | x 20 | (Same language in Arabic) | |
| | x 10 | (Same language in Arabic) | |
| | x 5 | (Same language in Arabic) | |
| | Coins | (Same language in Arabic) | |

ONLY THREE THOUSAND Dirhams.    3000

NO.    Transaction No.

Depositor's Name    Ali    (Same language in Arabic)

Depositor's Sign

Checked by    (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005540t



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005541t



DIB_005542t

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005543t

*Passport of*
*Ali Abdul Aziz Ali*
*No. E911562*

| DENOMINATIONS | (Same language in Arabic) | |
|---|---|---|
| 25 | x 1000 | (Same language in Arabic) |
| | x 500 | (Same language in Arabic) |
| | x 200 | (Same language in Arabic) |
| | x 100 | (Same language in Arabic) |
| | x 50 | (Same language in Arabic) |
| | x 20 | (Same language in Arabic) |
| | x 10 | (Same language in Arabic) |
| | x 5 | (Same language in Arabic) |
| | Coins | (Same language in Arabic) |
| Total | | |

RECEIVED CASH FROM DUBAI ISLAMIC BANK          (Same language in Arabic)

CUSTOMER'S SIGNATURE          (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York



[Same language in Arabic]
Deposit Slip

No. 986637

DIB_005544t

CONFIDENTIAL.
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) |
|---|---|
| | Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY | (Same language in Arabic) |
|---|---|
| | U.A.E. Dirham |

| From: 01/01/2000 | (Same |
|---|---|
| To: 12/31/2000 | language in Arabic) |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 00.00 |
| | | | | |
| 08/[illegible]/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/[illegible]/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/[illegible]/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/[illegible]/2000 | ATM card fees | 25.00 | | 27,975.00 |
| | | | | |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (-) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
- E. & O. E

Head Office  Tel  2951000, Fax  2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box  1080 Dubai

(Same language in Arabic)

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005545t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)

| PAGE NO.  (Same language in Arabic) |
|---|
| 1 |

| BRANCH  (Same language in Arabic) |
|---|
| Main |

| CURRENCY  (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| From: 01/01/2001  (Same language in Arabic) |
| To: 12/31/2001 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| | | | 1,500.00 | 29,475.00 |
| 04/[illegible]/2001 | 1118705 | 25,000.00 | | |
| 09/[illegible]/2001 | 104802 | | 125.00 | 4,475.00 |
| 09/[illegible]/2001 | 986637 | 3,002.00 | | 4,600.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 1,502.00 | | 1,598.00 |
| 09/[illegible]/2001 | Withdrawal / ATM | 3.00 | | 96.00 |
| 10/[illegible]/2001 | Switch fees | 15.00 | | 93.00 |
| 10/[illegible]/2001 | Electron CA – ATM | 60.51 | | 78.00 |
| 10/[illegible]/2001 | 1102/KHI1 SLICO | | | 17.49 |
| | Final Balance | 29,582.51 | 1,625.00 | 17.49 |

(Same language in Arabic)

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (-) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
- E. & O. E

nt Office. Tel : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005546t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
BAI ISLAMIC BANK

(Same language in Arabic)
Incorporated Company incorporated in U.A.E

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| Ali Abdul Aziz Ali |
|---|
| P.O. Box: 16958 Dubai |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2002 (Same language in Arabic) |
|---|
| To: 12/31/2002 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final Balance | | | 17.49 |

· Unless we receive a claim from your side within 15 days this statement will be considered correct.
· (-) DENOTES DEBIT BALANCE
· PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
· E. & O. E.

(Same language in Arabic)

Head Office: Tel: 2951000, Fax: 2954111, Tlx: 45689 / 48772 ISLAMI EM, P.O. Box: 1080 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005547t

## DUBAI ISLAMIC BANK

(Same language in Arabic)

Date: _____

*04/20/2001* (Same language in Arabic)

### CASH WITHDRAWAL SLIP

A/c No | 02 | 580 | 7000332 | 1 | (Same language in Arabic)

To the Manager
DUBAI ISLAMIC BANK
Dear Sir,

(Same language in Arabic)

After examining the terms & conditions of opening the account, I/We request you to approve the opening of an account with your bank as per the particulars shown hereinafter

| | |
|---|---|
| Name in full *Ata Rateb Jameel Khlaif* | (Same language in Arabic) |

| | |
|---|---|
| Address   *P.O. Box 31862 Dubai*<br>Tel.   *04 2282091 - 3936036* | (Same language in Arabic) |

| Nationality *Jordanian* (Same language in Arabic) | Correspondance Language ARABIC/ENGLISH | (Same language in Arabic) |
|---|---|---|
| Religion ...lim/other (Same language in Arabic) | Year of Birth *1971* | (Same language in Arabic) |
| Resident/Non- Resident (Same language in Arabic) | Male/Female/N A | (Same language in Arabic) |
| Profession (Same language in Arabic) | Passport No *446010* | (Same language in Arabic) |
| Opening Balance *1000 (only one thousand Dirhams.)* | | (Same language in Arabic) |
| Currency Code (Same language in Arabic) | Economic Code | (Same language in Arabic) |

The above information is true to my knowledge
Signature

(Same language in Arabic)

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005548t



DIB_005549t

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



UNITED ARAB EMIRATES

**RESIDENCE**

new

Residence
File: 201/2000/2017213
Name: Ata Rateb Jameel Khlaif
Passport No.: 446010
Profession: computer technician
Sponsor: Fourth Dimension Computers
Date of residence issue: 04/09/2000

(Same language in Arabic)

Issuance authority: Dubai

Number of Companions:

Expiry date: 04/08/2003

Signature

Fees paid in full

VISAS

(Same language in Arabic)

(Same language in Arabic)

Duplicate copy

2 0 APR 2000

Signature

DIB_005550t

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

[illegible]



CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005551t

Date: 06/29/03    Dubai Islamic Bank   Screen No.: 520    p. 1
Time: 10:20    Comprehensive Situation of the sponsor/ customer    *A77S018*

Customer No.: 7000332 Ata Rateb Jameel Khlaif                    Jordan
Economic Code: 111 / customer status: active

| Account type | Account No. | | Credit | Debit | Arrears |
|---|---|---|---|---|---|
| Investment end | | | | | |
| Current | 1 | 2 / | 0.00 | 0.00 | 0.00 |
| Current withholdings | 1 | 2 / | 1,262.50 | 0.00 | 0.00 |
| Total | | | 1,262.50 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/
consultant, tenant balance, private and public arrears.

* Disclaimer:                issuance date: 00/00/0000    branch: 00

Additional information:
*******************************************************************************************

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005552t

Dubai Islamic Bank

06/29/2003 Statement of the Account Page: 1
From 00/00/0000 to 00/00/0000 Operator: Screen No.: 520

Main branch
Account No.: 2 580 7000332 1 Currency: UAE Dirham
Name in full: Ata Rateb Jameel Khlaif

| Date | Item | Withdrawal | Deposits | Balance |
|---|---|---|---|---|
| 01/12/2002 | Saving profits | | 169.00 | 50,679.50 |
| 02/02/2002 | 221434 | 12,679.00 | | 38,000.50 |
| 02/03/2002 | ATM | 1,300.00 | | 36,700.50 |
| 02/04/2002 | ATM | 100.00 | | 36,600.50 |
| 02/11/2002 | ATM | 100.00 | | 36,500.50 |
| 02/14/2002 | ATM | 1,000.00 | | 35,500.50 |
| 02/17/2002 | ATM | 4,200.00 | | 31,300.50 |
| 02/19/2002 | 215214 | 30,000.00 | | 1,300.50 |
| 02/23/2002 | ATM | 100.00 | | 1,200.00 |
| 03/11/2002 | ATM | 1,100.00 | | 100.50 |
| 04/07/2002 | 1468099 | | 1,900.00 | 2,000.50 |
| 04/24/2002 | 2896104 | | 1,000.00 | 3,000.50 |
| 05/04/2002 | 216693 | 3,000.00 | | .50 |
| 05/07/2002 | 1464541 | | 5,600.00 | 5,600.50 |
| 05/19/2002 | 1461103 | | 3,000.00 | 8,600.50 |
| 05/27/2002 | 1462098 | | 750.00 | 9,350.50 |
| 05/29/2002 | Check No. 196722 | | 22,000.00 | 31,350.50 |
| 06/17/2002 | 217246 | 30,000.00 | | 1,350.50 |
| 06/29/2002 | 1472088 | | 750.00 | 2,100.50 |
| 07/03/2002 | 1472896 | | 1,100.00 | 3,200.50 |
| 07/04/2002 | ATM | 1,000.00 | | 2,200.50 |
| 07/09/2002 | 1473762 | | 1,000.00 | 3,200.50 |
| 07/13/2002 | ATM | 500.00 | | 2,700.50 |
| 07/22/2002 | ATM | 100.00 | | 2,600.50 |
| 07/28/2002 | ATM | 100.00 | | 2,500.50 |
| 08/04/2002 | ATM | 500.00 | | 2,000.50 |
| 08/08/2002 | ATM | 100.00 | | 1,900.50 |
| 08/10/2002 | ATM | 200.00 | | 1,700.50 |
| 08/10/2002 | ATM | 300.00 | | 1,400.50 |
| 08/12/2002 | ATM | 500.00 | | 900.50 |
| 09/07/2002 | 218950 | 900.00 | | .50 |
| 09/11/2002 | 2949204 | | 3,500.00 | 3,500.50 |
| 09/17/2002 | 2946568 | | 200.00 | 3,700.50 |
| 09/26/2002 | 2951672 | | | 4,600.50 |
| 10/01/2002 | ATM | | | 3,500.50 |
| 10/06/2002 | ATM | | | 2,400.50 |
| 10/13/2002 | 2975555 | | | 4,300.50 |
| 10/16/2002 | 2974020 | | | 6,500.50 |
| 10/21/2002 | ATM | | | 5,500.50 |
| 10/22/2002 | ATM | | | 2,500.50 |
| 10/29/2002 | 222150 | | | .50 |
| | Transferred balance | | | .50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005553t

Dubai Islamic Bank

06/29/2003               Statement of the Account                      Page: 2
From 00/00/0000 to 00/00/0000        Operator:          Screen No.: 520

Main branch
Account No.: 2 580 7000332 1                  Currency: UAE Dirham
Name in full: Ata Rateb Jameel Khlaif

| Date | Item | Withdrawal | Deposits | Balance |
|------|------|-----------:|---------:|--------:|
| | Transferred balance | | | .50 |
| 01/22/2003 | Saving profits | | 101.00 | 101.50 |
| 02/22/2003 | Profits 2002/ 44424 | | 531.00 | 632.50 |
| 02/03/2003 | Check No. 137256 | | 850.00 | 1,482.50 |
| 02/03/2003 | 224251 | 750.00 | | 732.50 |
| 02/18/2003 | 222980 | 100.00 | | 632.50 |
| 03/03/2003 | 4090932 | | 550.00 | 1,182.50 |
| 03/18/2003 | 251958 | | 30,000.00 | 31,182.50 |
| 03/18/2003 | 224501 | 8,000.00 | | 23,182.50 |
| 03/26/2003 | 224852 | 1,250.00 | | 21,932.00 |
| 04/12/2003 | 224616 | 3,100.00 | | 18,832.50 |
| 04/16/2003 | 224684 | 700.00 | | 18,132.50 |
| 05/07/2003 | 578909 | 18,000.00 | | 132.50 |
| 06/12/2003 | C. D. 663739 | | 1,430.00 | 1,562.50 |
| 06/15/2003 | 579910 | 1,500.00 | | 62.50 |
| 06/28/2003 | C.D 290 | | 1,200.00 | 1,262.50 |
| | Final balance | 129,879.00 | 80,631.00 | 1,262.50 |
| | Available balance | | | 1,262.50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005554t

Date: 06/29/03          Dubai Islamic Bank                    Screen No.: 520          p. 1
Time: 10:20          Comprehensive Situation of the sponsor/ customer          *A77S018*

Customer No.: 7000332 Ata Rateb Jameel Khlaif                              Jordan
Economic Code: 111 / customer status: active

| Account type | Account No. | | Credit | Debit | Arrears |
|---|---|---|---|---|---|
| Investment end | | | | | |
| Current | 1 | 2 / | 0.00 | 0.00 | 0.00 |
| Retains current | 1 | 2 / | 1,262.50 | 0.00 | 0.00 |
| Total | | | 1,262.50 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced and deferred checks, contractor/
consultant, tenant balance, private and public arrears.

\* Disclaimer:                    issuance date: 00/00/0000          branch: 00

Additional information:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005555t

Dubai Islamic Bank

06/29/2003 Statement of the Account Page: 2
From 00/00/0000 to 00/00/0000 Operator: Screen No.: 520

Main branch
Account No.: 2 580 7000332 1 Currency: UAE Dirham
Name in full: Ata Rateb Jameel Khlaif

| Date | Item | Withdrawal | Deposits | Balance |
|------|------|-----------|----------|---------|
| | Transferred balance | | | .50 |
| 01/22/2003 | Saving profits | | 101.00 | 101.50 |
| 02/22/2003 | Profits 2002/ 44424 | | 531.00 | 632.50 |
| 02/03/2003 | Check No. 137256 | | 850.00 | 1,482.50 |
| 02/03/2003 | 224251 | 750.00 | | 732.50 |
| 02/18/2003 | 222980 | 100.00 | | 632.50 |
| 03/03/2003 | 4090932 | | 550.00 | 1,182.50 |
| 03/18/2003 | 251958 | | 30,000.00 | 31,182.50 |
| 03/18/2003 | 224501 | 8,000.00 | | 32,182.50 |
| 03/26/2003 | 224852 | 1,250.00 | | 21,932.00 |
| 04/12/2003 | 224616 | 3,100.00 | | 18,832.50 |
| 04/16/2003 | 224684 | 700.00 | | 18,132,50 |
| 05/07/2003 | 578909 | 18,000.00 | | -132.50 |
| 06/12/2003 | C. D. 663739 | | 1,430.00 | 1,562.50 |
| 06/15/2003 | 579910 | 1,500.00 | | 62.50 |
| 06/28/2003 | C.D.   290 | | 1,200.00 | 1,262.50 |
| | Final balance | 129,879.00 | 80,631.00 | 1,262.50 |
| | Available balance | | | 1,262.50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

Dubai Islamic Bank

06/29/2003                  Statement of the Account                        Page: 1
From 00/00/0000 to 00/00/0000         Operator:        Screen No.: 520

Main branch
Account No.: 2 580 7000332 1                        Currency: UAE Dirham
Name in full: Ata Rateb Jameel Khlaif

| Date | Item | Withdrawal | Deposits | Balance |
|------|------|-----------:|---------:|--------:|
| 01/12/2002 | Savings dividends | | 169.00 | 50,679.50 |
| 02/02/2002 | 221434 | 12,679.00 | | 38,000.50 |
| 02/03/2002 | ATM | 1,300.00 | | 36,700.50 |
| 02/04/2002 | ATM | 100.00 | | 36,600.50 |
| 02/11/2002 | ATM | 100.00 | | 36,500.50 |
| 02/14/2002 | ATM | 1,000.00 | | 35,500.50 |
| 02/17/2002 | ATM | 4,200.00 | | 31,300.50 |
| 02/19/2002 | 215214 | 30,000.00 | | 1,300.50 |
| 02/23/2002 | ATM | 100.00 | | 1,200.00 |
| 03/11/2002 | ATM | 1,100.00 | | 100.50 |
| 04/07/2002 | 1468099 | | 1,900.00 | 2,000.50 |
| 04/24/2002 | 2896104 | | 1,000.00 | 3,000.50 |
| 05/04/2002 | 216693 | 3,000.00 | | .50 |
| 05/07/2002 | 1464541 | | 5,600.00 | 5,600.50 |
| 05/19/2002 | 1461103 | | 3,000.00 | 8,600.50 |
| 05/27/2002 | 1462098 | | 750.00 | 9,350.50 |
| 05/29/2002 | Check No. 196722 | | 22,000.00 | 31,350.50 |
| 06/17/2002 | 217246 | 30,000.00 | | 1,350.50 |
| 06/29/2002 | 1472088 | | 750.00 | 2,100.50 |
| 07/03/2002 | 1472896 | | 1,100.00 | 3,200.50 |
| 07/04/2002 | ATM | 1,000.00 | | 2,200.50 |
| 07/09/2002 | 1473762 | | 1,000.00 | 3,200.50 |
| 07/13/2002 | ATM | 500.00 | | 2,700.50 |
| 07/22/2002 | ATM | 100.00 | | 2,600.50 |
| 07/28/2002 | ATM | 100.00 | | 2,500.50 |
| 08/04/2002 | ATM | 500.00 | | 2,000.50 |
| 08/08/2002 | ATM | 100.00 | | 1,900.50 |
| 08/10/2002 | ATM | 200.00 | | 1,700.50 |
| 08/10/2002 | ATM | 300.00 | | 1,400.50 |
| 08/12/2002 | ATM | 500.00 | | 900.50 |
| 09/07/2002 | 218950 | 900.00 | | .50 |
| 09/11/2002 | 2949204 | | 3,500.00 | 3,500.50 |
| 09/17/2002 | 2946568 | | 200.00 | 3,700.50 |
| 09/26/2002 | 2951672 | | 900.00 | 4,600.50 |
| 10/01/2002 | ATM | 1,100.00 | | 3,500.50 |
| 10/06/2002 | ATM | 1,100.00 | | 2,400.50 |
| 10/13/2002 | 2975555 | | 1,900.00 | 4,300.50 |
| 10/16/2002 | 2974010 | | 2,200.00 | 6,500.50 |
| 10/21/2002 | ATM | 1,000.00 | | 5,500.50 |
| 10/22/2002 | ATM | 3,000.00 | | 2,500.50 |
| 10/29/2002 | 222150 | 2,500.00 | | .50 |
| | Transferred balance | | | .50 |

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_005557t

PAGE  81/83

# CENTRAL BANK OF THE U.A.E.



Ref. : 13-7/351/2005
Date : 22/03/2005

(Same language in Arabic)

Mr. Butti Khalifa Bin Darwish Al Falasi
Chief Executive
Dubai Islamic Bank
P. O. Box : 1080
Dubai

(Same language in Arabic)

After greetings,,

Sub.:   Certification  of Business Records

Please be advised that an official from the
American Embassy in Abu Dhabi accompanied
by one of Central Bank's staff will visit your
bank to request your authorized staff to fill-in a
Certification of Business Records in Arabic and
English (copy enclosed) on documents relating
to one of your clients and/or transactions
conducted via your bank on behalf of one of your
clients previously provided to us (your
concerned staff would have a chance to verify
these records at the proposed visit).

(Same language in Arabic)

For your information, the above certification will
be used by the concerned US authorities in an
upcoming trail in the Eastern District of Virginia
– United States of America.

Yours faithfully,

Same language in Arabic

Sultan Bin Nasser Al Suwaidi
Governor

281-05

Same language in Arabic

ABU DHABI P.O. BOX: 854-Telephone: 6652220-Fax: (02) 6652504 - Tlx.: Management /Banking Operations 22396 / 22577, Treasury: 22330 / 2331
Branches Telephones:Dubai: 3639777, SHJ: 5592592, RAK: 2284444, AL AIn: 7656656, FUJ: 2224040

Same language in Arabic

25/04  2005  MON  09:06    [TX/RX  NO  ...]

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003444t

## CERTIFICATION OF BUSINESS RECORDS

I, the undersigned_____, with
*(Name)*

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

_____
*(Name of business from which documents are sought)*

in the position of:_____
*(Business position or title)*

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1.      was made at or near the time of the occurrence of the matters set forth therein by (or from
        information transmitted by) a person with knowledge of those matters;

2.      was kept in the course of regularly conducted business activity;

3.      was made by the business as a regular practice; and

4.      if not an original record, is a duplicate of the original.


Date of execution: _____

Place of execution: _____

Signature: _____

25/04 2005 MON 09:00   [TX/RX NO 8414]   @009

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003445t

[Same language in Arabic as previous page]

25/04 2005 MON 09:00 [TX/RX NO 6414] ☒003

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003446t



Same language in Arabic

## CENTRAL BANK OF THE U.A.E.

Central Bank
Decision No. :  2-361/2002

Date        :  25/08/2002

To          :  All Banks, Moneychangers,
               Investment Companies,
               other Financial Institutions
               Operating in the UAE
               (including Insurance sector
               and Financial Markets)

After Greetings,

(Same language in Arabic)

Based on United Arab Emirates Decision in
conjunction with the International efforts to
fight terrorism, you are required to search for
immediately and freeze any accounts,
deposits, investments or remittances in the
names of the following ( whether existing
now or existed in the past):

Natural Persons:

1-  Mr. Ali Abdul Aziz Ali (also known as
    Isam Mansur, Isam Mansour, Isam
    Mansa), DOB 29/08/1977 POB Kuwait,
    holder of Pakistani passport No. E
    9.. 562 issued in Karachi - Pakistan on
    02/01/1998 and expires on 02/01/2003

2-  Mr. Mustafa Ahmed Adam (also known
    also known as Mustafa Ahmed) Hashm..
    .. Ibrahim,  DOB 05/08/1968, POB
    Jeddah – Kingdom of Saudi Arabia,
    holder of Saudi passport No. B 686512,
    issued in Jeddah –Kingdom of Saudi
    Arabia on 24/02/1989 and expires on
    31/12/2003.

3-  Mr. Yasser Hadi Barak Al-Otaibi (also
    known as Yasser B.B. Al-Otaibi), DOB
    17/04/1980, POB Riyadh, Kingdom of
    Saudi Arabia holder of Saudi passport
    No. C 251615, issued in Riyadh,
    Kingdom of Saudi Arabia on 09/07/2000
    and expires on 15/05/2005.

(Same language in Arabic)

Cont'd  …

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003447t



Same language in Arabic

DUBAI ISLAMIC BANK

Date 09/03/2002
Mr. Abdul Raheem Mohammed Al-Awadi
Senior Manager/Department of Bank Surveillance and Inspection
Central Bank
Fax: 02-6674501
May Peace, mercy and blessings of God be upon you...
Subject: Notification no. 2/361/2002 dated 08/25/2002

1.   There is an inactive current account for: Ali Abdul-Aziz Ali, Account No. 01-520-7128363-01, with a balance
     amounting to 17 UAE Dirham.  Its last transaction was on 10/06/2001.  It is subject to the regular legal
     attachment.  The required documents are herein attached.

We apologize for an error in the account number (01-520-7581793-01) in our previous message dated 08/31/2002
(an unintentional error)

2.   Please provide us with more details (passport copy) to the below mentioned persons in order to be able to
     specify the concerned parties definitively.

• Mr. Haji Wazir
• Mr. Delbar Khan or Deldar Khan
• Mohamed Abdel Zaher

Thanks for your constant cooperation.

For/Mohammed Abdul Rahman Ameery
Manager of Central Operations Department

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003448t

# DUBAI ISLAMIC BANK



(Same language in Arabic)

(Same language in Arabic)

**Current Account Opening Form**

Date    _8/8/2000_    _____ (Same language in Arabic)

| Acc. No. _7128363_    (Same language in Arabic) |
| --- |

To:
The Manager, DUBAI ISLAMIC BANK.    _____ (Same language in Arabic)
Branch    _Main_    _____ (Same language in Arabic)

Dear Sirs,

(Same language in Arabic)

You are kindly requested to open in your books a Current Account, as per the following particulars:-

Name in full    _Ali Abdul Aziz Ali_    (Same language in Arabic)

Nationality    _Pakistani_    (Same language in Arabic)

Profession    _Computer Engineer_    (Same language in Arabic)

Address    _Dubai_    P.O. Box    _16958_    Tel.    _050-6745651_    (Same language in Arabic)

Introduced By    _Ata Rateb Jameel account No. 800-7000-332_    (Same language in Arabic)

Statement of account to be dispatched    (Same language in Arabic)

I, hereby, undertake to comply with the Bank's
rules for the conduct of such account, and it is    (Same language in Arabic)
understood and mutually agreed upon that no
overdraft will be allowed without prior consent
of the Bank.

Signature    

| Dubai Islamic Bank |
| Main Branch |
| Dubai |

(Same language in Arabic)

signature of official in charge    (Same language in Arabic)

Form No. 197

See over leaf    (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003449t

**Terms of Current Accounts:**

Current Accounts are credit accounts with the ability to withdraw or deposit with no restrictions. Checks and other withdrawal means are permitted as per the following terms:

1- Deposited funds in current accounts shall be authorized to be used and returned upon request. Such funds neither benefit from any investments nor bring about any risk.

2- Owner of current account shall be limited to withdraw within the available and payable balance. She/he may not withdraw amounts more than the available balance even if there are checks deposited that are not collected yet as per the followed offsetting transaction.

3- DIB issues periodical statements to the current account holders showing credit and debit account transactions. The account shall finally be termed correct and approved if the bank does not receive any claims within 15 days from receiving the statement by the owner.

4- DIB shall be authorized to impose any restrictions on the customer's current account concerning the costs, expenses or any bank transactions related to the account owner.



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York





**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003451t



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003452t



E911562                                    E911562

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003453t

| 08/08/00 | | Inquiry on an account | | *A77R000* |
|---|---|---|---|---|

Acct. No. 520 7128363 1 1

| | | | | | |
|---|---|---|---|---|---|
| Name in full | : | Ali Abdul Aziz Ali | | | |
| Correspondence name | : | Ali Abdul Aziz Ali | | | |
| Correspondence address | : | P.O. Box 16958, Dubai | | | |
| | | | Wrong address | : | |
| | | | Distinguished customer | : | |
| Phone No. | : | 0506745651 | Branch and date of clearance | : | 00 |
| Fax | : | 048819192 | Correspondence language | : | 1 Arabic |
| Nationality | : | 32 Pakistan | Year of birth | : | 77 |
| Religion | : | 1 Muslim | Sex | : | 1 Male |
| Residence | : | 1 resident | Passport No. | : | 911562 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : | |
| Date of expiry | : | | Issued from | : | |
| Account status | : | 0 active | Account Statement | : | A Annual |
| Salary transfer | : | No  No | Profit code | : | Opening: 08/08/00 |
| Agent code/ joint | : | Nil | Coverage code | : | |
| Current balance | : | 5000.00 | Available balance | : | 5000.00 |
| Attached | : | | Date of last transaction | : | 08/08/0 |

****************************************************************************************

F1 = exit          SF4= screen clearance                F12 = to continue

Data has been successfully displayed                              Screen: 0520



**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003454t

Date: 09/01/02   Dubai Islamic Bank   Screen No.: 520      Page:
Time: 13:19        Comprehensive Situation of the Sponsor/Customer        *[illegible]77S018*

Customer No.: 7128363 Ali Abdul Aziz Ali                              Pakistan
Economic Code: 111 / customer status: current

| Account type | Account No. | | Credit | Debit | Arrears Investment end |
|---|---|---|---|---|---|
| Current | 1 | 1/ | 17.49 | 0.00 | 0.00 |
| Current  withholding | 1 | 1/ | 17.49 | 999999,999.00 | 0.00 |
| Total | | | 17.49 | 0.00 | 0.00 |

The total does not include withholdings, visa, bank guarantees, bounced/deferred checks, contractor/ consultant, tenant balance, private and public arrears.

* Disclaimer:                    Issuance date: 00/00/0000      Branch: 00

Additional information:
*******************************************************************************   **

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003455t

| 09/01/[illegible] | | Inquiry on an account | | *A77R000* | |
|---|---|---|---|---|---|
| | | Acct. No. 520 7128363 1 1 | | | |
| Name in full | : | Ali Abdul Aziz Ali | | | |
| Correspondence name | : | Ali Abdul Aziz Ali | | | |
| Correspondence address | : | P.O. Box 16958, Dubai | | | |
| | | | Wrong address | : | |
| | | | Distinguished customer | : | |
| Phone No. | : | 0506745651 | Branch and date of clearance | : | 00 |
| Fax | : | 048819192 | Correspondence language | : | Arabic |
| Nationality | : | 32 Pakistan | Year of birth | : | 77 |
| Religion | : | 1 Muslim | Sex | : | 1 Male |
| Residence | : | 1 resident | Passport No. | : | 911562 |
| Economic code | : | 111 personal accounts | Legal status | : | 1 Individual |
| Check collection fees | : | Y | Returned check commission | : | Y |
| No. of commercial license | : | | Date of issue | : | |
| Date of expiry | : | | Issued from | : | |
| Account status | : | 8 inactive | Account Statement | : | A Annual |
| Salary transfer | : | No  No | Profit code | : | Opening: 08/08/00 |
| Agent code/ joint | : | Nil | Coverage code | : | |
| Current balance | : | 17.49 | Available balance | : | 17.49 |
| Attached | : | 999999999999.00 | Date of last transaction | : | 10/01/06 |

**********************************************************************************

| F1 = exit | SF4= screen clearance | F12 = to continue |
|---|---|---|
| Data has been successfully displayed | | Screen: 0520 |

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003456t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUNT**

(Same language in Arabic)
JBAI ISLAMIC BANK

(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2000 (Same language in Arabic) To: 12/31/2000 |
|---|

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 0.00 |
| 08/08/2000 | 421022 | | 5,000.00 | 5,000.00 |
| 11/01/2000 | 008743 | | 20,000.00 | 25,000.00 |
| 11/22/2000 | 754400 | | 3,000.00 | 28,000.00 |
| 11/22/2000 | ATM card fees | 25.00 | | 27,975.00 |
| | Final balance | 25.00 | 28,000.00 | 27,975.00 |

ss we receive a claim from your side within 15 days this statement will be considered correct.           .1

DENOTES DEBIT BALANCE

ASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

O. E.

(Same language in Arabic)

ffice : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai           (Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003457t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
### JBAI ISLAMIC BANK
(Same language in Arabic)
: Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2001 | (Same |
| To: 12/31/2001 | language in Arabic) |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 27,975.00 |
| 04/17/2001 | 1118705 | | 1,500.00 | 29,475.00 |
| 09/10/2001 | 104802 | 25,000.00 | | 4,475.00 |
| 09/10/2001 | 986637 | | 125.00 | 4,600.00 |
| 09/10/2001 | ATM withdrawal | 3,002.00 | | 1,598.00 |
| 09/10/2001 | ATM withdrawal | 1,502.00 | | 96.00 |
| 10/01/2001 | Switch fees | 3.00 | | 93.00 |
| 10/06/2001 | Electron CA -ATM | 15.00 | | 78.00 |
| 10/06/2001 | 1102/KHI1 SLICO | 60.51 | | 17.49 |
| | Final balance | 29,582.51 | 1,625.00 | 17.49 |

ss we receive a claim from your side within 15 days this statement will be considered correct.          , 1          (Same language in Arabic)
)ENOTES DEBIT BALANCE
ASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
O. E.
)ffice : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai          (Same language in Arabic)

## CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003458t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)
JBAI ISLAMIC BANK

(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2002 (Same language in Arabic) |
|---|
| To: 04/30/2002 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

less we receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
EASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
& O.E.

(Same language in Arabic)

Office : Tel.: 2953000, Fax : 2954111, Tlx : 45639 / 46772 ISLAMI EM,  P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003459t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT

(Same language in Arabic)
### JBAI ISLAMIC BANK
(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| From: [illegible] | (Same language in Arabic) |
|---|---|
| To: [illegible] | |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | [Illegible] |
| | | | | |
| 08/[illegible]/2000 | 421002 | | [Illegible] | [Illegible] |
| 11/[illegible]/2000 | 008743 | | [Illegible] | [Illegible] |
| 11/[illegible]/2000 | 754400 | | [Illegible] | [Illegible] |
| 11/[illegible]/2000 | ATM Card Fees | | | [Illegible] |
| | | 25.00 | | |
| | | | | |
| | Final balance | 25.00 | [Illegible] | [Illegible] |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office - Tel.: 2953003, Fax : 2954111, Tlx : 45689 / 48772 ISLAMI EM,  P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003460t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUNT



(
(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)
Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2002 | (Same |
|---|---|
| To: 12/31/2002 | language in Arabic) |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (–) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 46772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

## CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003461t

(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUNT**

(



(Same language in Arabic)

DUBAI ISLAMIC BANK

(Same language in Arabic)

Public Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Main |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| From: 01/01/2003 (Same |
|---|
| To: 12/31/2003 language in Arabic) |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (-) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E.&.O.E.

(Same language in Arabic)

Head Office - Tel.: 295300, Fax : 295411, Tlx : 45689 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003462t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUNT**



(Same language in Arabic)
DUBAI ISLAMIC BANK
(Same language in Arabic)
blic Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Main | |

| CURRENCY | (Same language in Arabic) |
|---|---|
| U.A.E. Dirham | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 520 7128363 01 |

| From: 01/01/2004 | (Same |
|---|---|
| To: 04/24/2004 | language in Arabic) |

Ali Abdul Aziz Ali

P.O. Box: 16958 Dubai

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 17.49 |
| | Final balance | | | 17.49 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (−) DENOTES DEBIT BALANCE.
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
* E. & O. E.

(Same language in Arabic)

Head Office : Tel. : 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003463t



(Same language in Arabic)

## DUBAI ISLAMIC BANK

Date: 04/26/2005
Mr. Abdul Raheem Mohammed Al-Awadi
Assistant Executive Director – Department of Bank Surveillance and Inspection
Central Bank
Fax: 02 – 6669427

Peace and mercy of God be upon you

Subject: Reference No. 13-7/351/2005 on 03/22/2005

Herein attached is a "Certificate of Business Records" of Account No. 01-520-7128363-01 for Mr. Ali Abdul Aziz Ali;
Note that the balance of the said account is: 17.49 U.A.E Dirham (Only seventeen U.A.E Dirham and forty-nine cents [fils]).
Thanks for your constant cooperation.

Zohair Said Al-Rabii
Anti-Money Laundering Section Head
04-2112140

P.O.Box 1080, Dubai, United Arab Emirates
Tel: (971 4) 2953000 Fax: (971 4) 2954111
Tlx: 48772/45889 ISLAMI EM. Swift: DUIBAEAD
www.alislami.co.ae

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003464t

## CERTIFICATION OF BUSINESS RECORDS

I, the undersigned _Zohair Said Al-Rabii_ , with
*(Name)*

the understanding that I am subject to criminal penalty under the laws of the United Arab

Emirates for an intentionally false declaration, declare that I am employed by/associated with:

_Dubai Islamic Bank_
*(Name of business from which documents are sought)*

in the position of: _Anti - Money Laundering Section Head_
*(Business position or title)*

and by reason of my position am authorized and qualified to make this declaration.

Each of the records attached hereto is a record in the custody of the above-named business that:

1. was made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2. was kept in the course of regularly conducted business activity;

3. was made by the business as a regular practice; and

4. if not an original record, is a duplicate of the original.

Date of execution: _26. 4. 2005_

Place of execution: _Dubai - UAE_

Signature:

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003465t

[Same language in Arabic as previous page]

DUBAI ISLAMIC BANK

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003466t



---

### *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_003414 - DIB_003434]

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                 *Nov. 16, 2018*

Your
legal
translation
partner

Consortra Translations
www.consortra.com

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_003435 - DIB_003443]

**Source Language:** Arabic                **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**                **Date:**

*Lucinda Wills*                             Nov. 16, 2018

Consortra Translations
www.consortra.com

Your
legal
translation
partner



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_005526 - DIB_005557]

**Source Language: Arabic**          **Translated to: English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*          Nov. 16, 2018

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY I Washington, DC I Houston, TX I San Francisco, CA
Hong Kong



consortra
translations

---

### *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** [DIB_003444 - DIB_003466]

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Diploma in Translation, Chartered Institute of Linguists Educational Trust (UK)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  *Nov. 16, 2018*

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY  I  Washington, DC  I  Houston, TX  I  San Francisco, CA
Hong Kong