# EXHIBIT 18



(Same language in Arabic)
## STATEMENT OF CURRENT ACCOL

**ubai Islamic Bank**
(Same language in Arabic)
: Shareholding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Al Fujairah |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 5882958 520 06 |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| CURRENCY (Same language in Arabic) |
|---|
| AED |

| From: 01/01/1996 (Same language in Arabic) |
|---|
| To: 12/31/1996 |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
|  | Transferred balance |  |  | 0.00 |
| 10/09/199[illegible] | 8829746 |  | 100.00 | 100.00 |
| 11/16/199[illegible] | 8840695 |  | 3,000.00 | 3,100.00 |
| 11/19/199[illegible] | ATM withdrawal | 3.000.00 |  | 100.00 |
| 11/24/199[illegible] | ATM withdrawal | 100.00 |  | 0.00 |
| 12/07/199[illegible] | 281116 |  | 8,300.00 | 8,300.00 |
| 12/07/1996 | ATM withdrawal | 300.00 |  | 8,000.00 |
| 12/10/1996 | ATM withdrawal | 400.00 |  | 7,600.00 |
| 12/10/1996 | ATM withdrawal | 4,500.00 |  | 3,100.00 |
| 12/11/1996 | ATM withdrawal | 100.00 |  | 3,000.00 |
| 12/12/1996 | ATM withdrawal | 1,500.00 |  | 1,500.00 |
| 12/21/1996 | ATM withdrawal | 700.00 |  | 800.00 |
| 12/22/1996 | ATM withdrawal | 100.00 |  | 700.00 |
| 12/24/1996 | ATM withdrawal | 200.00 |  | 500.00 |
| 12/29/1996 | ATM withdrawal | 500.00 |  | 0.00 |
|  | Final Balance | 11,400.00 | 11,400.00 | 0.00 |

we receive a claim from your side within 15 days this statement will be considered correct.
OTES DEBIT BALANCE
INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003378t



(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUN

(Same language in Arabic)

ɔai Islamic Bank

(Same language in Arabic)
rsholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 1 |

| BRANCH | (Same language in Arabic) |
|---|---|
| Al Fujairah | |

| ACCOUNT NO. | (Same language in Arabic) |
|---|---|
| 01 5882958 520 06 | |

| CURRENCY | (Same language in Arabic) |
|---|---|
| AED | |

| From: 01/01/1997 | (Same language in Arabic) |
|---|---|
| To: 12/31/1997 | |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 0.00 |
| 01/06/1997 | 8850765 | | 5,000.00 | 5,000.00 |
| 01/07/1997 | ATM withdrawal | 500.00 | | 4,500.00 |
| 01/13/1997 | ATM withdrawal | 100.00 | | 4,400.00 |
| 01/13/1997 | ATM withdrawal | 100.00 | | 4,300.00 |
| 01/14/1997 | ATM withdrawal | 100.00 | | 4,200.00 |
| 01/17/1997 | ATM withdrawal | 100.00 | | 4,100.00 |
| 01/25/1997 | ATM withdrawal | 100.00 | | 4,000.00 |
| 01/27/1997 | ATM withdrawal | 300.00 | | 3,700.00 |
| 01/30/1997 | ATM withdrawal | 200.00 | | 3,500.00 |
| 02/01/1997 | Salary 8903 | | 5,913.00 | 9,413.00 |
| 02/01/1997 | ATM withdrawal | 500.00 | | 8,913.00 |
| 02/03/1997 | ATM withdrawal | 100.00 | | 8,813.00 |
| 02/06/1997 | ATM withdrawal | 200.00 | | 8,613.00 |
| 02/07/1997 | ATM withdrawal | 100.00 | | 8,513.00 |
| 02/09/1997 | ATM withdrawal | 7,000.00 | | 1,513.00 |
| 02/10/1997 | ATM withdrawal | 1,500.00 | | 13.00 |
| 02/15/1997 | Check deposit | | 13,000.00 | 13,013.00 |
| 02/27/1997 | Salary  8903 | | 5,913.00 | 18,926.00 |
| 03/06/1997 | Check No 52628 | 13,000.00 | | 5,926.00 |
| 03/06/1997 | Check No 52616 | 400.00 | | 5,526.00 |
| 03/31/1997 | Salary  8903 | | 5,913.00 | 11,439.00 |
| 04/06/1997 | ATM withdrawal | 2,000.00 | | 9,439.00 |
| 04/07/1997 | ATM withdrawal | 2,000.00 | | 7,439.00 |
| 04/07/1997 | ATM withdrawal | 1,000.00 | | 6,439.00 |
| 04/08/1997 | ATM withdrawal | 100.00 | | 6,339.00 |
| 04/09/1997 | ATM withdrawal | 500.00 | | 5,839.00 |
| 04/13/1997 | ATM withdrawal | 2,500.00 | | 3,339.00 |
| 04/26/1997 | ATM withdrawal | 2,000.00 | | 1,339.00 |
| 04/27/1997 | ATM withdrawal | 200.00 | | 1,139.00 |
| | Balance brought forward | 34,600.00 | 35,739.00 | 1,139.00 |

We receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
ASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003367t

(Same language in Arabic)
**STATEMENT OF CURRENT ACCOUN**

(Same language in Arabic)



**ıbai Islamic Bank**

(Same language in Arabic)
Sharsholding Company incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 2 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Al Fujairah | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 5882958 520 06 |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| CURRENCY | (Same language in Arabic) |
|---|---|
| AED | |

| From: 01/01/1997 | (Same |
|---|---|
| To: 12/31/1997 | language in Arabic) |

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 34,600.00 | 35,739.00 | 1,139.00 |
| 04/28/1997 | ATM Withdrawal | 500.00 | | 639.00 |
| 04/30/1997 | Salary 8903 | | 5,913.00 | 6,552.00 |
| 04/30/1997 | ATM Withdrawal | 500.00 | | 6,052.00 |
| 05/03/1997 | ATM Withdrawal | 200.00 | | 5,852.00 |
| 05/08/1997 | ATM Withdrawal | 1,000.00 | | 4,852.00 |
| 05/13/1997 | ATM Withdrawal | 300.00 | | 4,552.00 |
| 05/14/1997 | ATM Withdrawal | 200.00 | | 4,352.00 |
| 05/16/1997 | ATM Withdrawal | 200.00 | | 4,152.00 |
| 05/19/1997 | ATM Withdrawal | 4,000.00 | | 152.00 |
| 05/29/1997 | ATM Withdrawal | 100.00 | | 52.00 |
| 05/29/1997 | Salary 8903 | | 5,913.00 | 5,965.00 |
| 06/01/1997 | Check No 52630 | 2,000.00 | | 3,965.00 |
| 06/03/1997 | ATM Withdrawal | 100.00 | | 3,865.00 |
| 06/06/1997 | ATM Withdrawal | 200.00 | | 3,665.00 |
| 06/11/1997 | ATM Withdrawal | 100.00 | | 3,565.00 |
| 06/15/1997 | ATM Withdrawal | 200.00 | | 3,365.00 |
| 06/20/1997 | ATM Withdrawal | 1,000.00 | | 2,365.00 |
| 06/22/1997 | ATM Withdrawal | 1,000.00 | | 1,365.00 |
| 06/22/1997 | ATM Withdrawal | 1,300.00 | | 65.00 |
| 06/30/1997 | Salary 8903 | | 5,913.00 | 5,978.00 |
| 07/01/1997 | Q/M 5882958/ 970101 | 2,900.00 | | 3,078.00 |
| 07/06/1997 | Check No 52631 | 1,000.00 | | 2,078.00 |
| 07/27/1997 | ATM Withdrawal | 300.00 | | 1,778.00 |
| 07/28/1997 | ATM Withdrawal | 200.00 | | 1,578.00 |
| 07/30/1997 | Salary 8903 | | 5,913.00 | 7,491.00 |
| 07/30/1997 | ATM Withdrawal | 500.00 | | 6,991.00 |
| 08/01/1997 | Q/M 5882958/ 970101 | 2,900.00 | | 4,091.00 |
| 08/03/1997 | ATM Withdrawal | 200.00 | | 3,891.00 |
| 08/05/1997 | ATM Withdrawal | 500.00 | | 3,391.00 |
| | Balance brought forward | 56,000.00 | 59,391.00 | 3,391.00 |

si we receive a claim from you side within 15 days this statement will be considered correct.
NOTES DEBIT BALANCE
BE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
D.E.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003368t



(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUN**

(Same language in Arabic)

ıbai **Islamic Bank**

(Same language in Arabic)
Shareholding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 3 |

| BRANCH (Same language in Arabic) |
|---|
| Al Fujairah |

| CURRENCY (Same language in Arabic) |
|---|
| U.A.E. Dirham |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 5882958 520 06 |

| From: 01/01/1997 (Same language in Arabic) |
| To: 12/31/1997 |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 56,000.00 | 59,391.00 | 3,391.00 |
| 08/15/1997 | ATM withdrawal | 2,000.00 | | 1,391.00 |
| 08/17/1997 | S/O 5364205 | 150.00 | | 1,241.00 |
| 08/17/1997 | ATM withdrawal | 1,000.00 | | 241.00 |
| 08/17/1997 | ATM withdrawal | 200.00 | | 41.00 |
| 08/31/1997 | Salary 8903 | | 5,913.00 | 5,954.00 |
| 09/01/1997 | Q/M 5882958/ 970101 | 2,900.00 | | 3,054.00 |
| 09/02/1997 | S/O 5364205 | 150.00 | | 2,904.00 |
| 09/04/1997 | ATM withdrawal | 1,000.00 | | 1,904.00 |
| 09/07/1997 | ATM withdrawal | 200.00 | | 1,704.00 |
| 09/08/1997 | ATM withdrawal | 500.00 | | 1,204.00 |
| 09/11/1997 | ATM withdrawal | 200.00 | | 1,004.00 |
| 09/15/1997 | ATM withdrawal | 200.00 | | 804.00 |
| 09/20/1997 | ATM withdrawal | 200.00 | | 604.00 |
| 09/22/1997 | ATM withdrawal | 200.00 | | 404.00 |
| 09/25/1997 | ATM withdrawal | 100.00 | | 304.00 |
| 09/28/1997 | ATM withdrawal | 100.00 | | 204.00 |
| 09/30/1997 | Salary 8903 | | 5,913.00 | 6,117.00 |
| 09/30/1997 | ATM withdrawal | 300.00 | | 5,817.00 |
| 09/30/1997 | ATM withdrawal | 2,000.00 | | 3,817.00 |
| 10/01/1997 | Q/M  5882958/ 970101 | 2,900.00 | | 917.00 |
| 10/02/1997 | S/O 5364205 | 150.00 | | 767.00 |
| 10/02/1997 | ATM withdrawal | 700.00 | | 67.00 |
| 10/30/1997 | Salary 8903 | | 5,913.00 | 5,980.00 |
| 11/02/1997 | S/O 5364205 | 150.00 | | 5,830.00 |
| 11/02/1997 | ATM withdrawal | 3,000.00 | | 2,830.00 |
| 11/09/1997 | ATM withdrawal | 300.00 | | 2,530.00 |
| 11/20/1997 | ATM withdrawal | 200.00 | | 2,330.00 |
| 11/21/1997 | ATM withdrawal | 500.00 | | 1,830.00 |
| 11/22/1997 | ATM withdrawal | 200.00 | | 1,630.00 |
| | Balance brought forward | 75,500.00 | 77,130.00 | 1,630.00 |

at we receive a claim from you kids within 15 days this statement will be considered correct.
ENOTES DEBIT BALANCE.
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
D.E.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003369t

(Same language in Arabic)
## STATEMENT OF CURRENT ACCC



(Same language in Arabic)

ubai Islamic Bank

(Same language in Arabic)
: Shareholding Company Incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| | 4 |

| BRANCH | (Same language in Arabic) |
|---|---|
| | Al Fujairah |

| ACCOUNT NO. | (Same language in Arabic) |
|---|---|
| | 01 5882958 520 06 |

| CURRENCY | (Same language in Arabic) |
|---|---|
| | AED |

| From: 01/01/1997 | (Same language in Arabic) |
|---|---|
| To: 12/31/1997 | |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 75,500.00 | 77,130.00 | 1,630.00 |
| 11/24/199[illegible] | ATM withdrawal | 100.00 | | 1,530.00 |
| 11/25/199[illegible] | ATM withdrawal | 700.00 | | 830.00 |
| 11/26/199[illegible] | ATM withdrawal | 500.00 | | 330.00 |
| 11/29/199[illegible] | ATM withdrawal | 300.00 | | 30.00 |
| 11/30/199[illegible] | Salary 8903 | | 6,138.59 | 6,168.59 |
| 12/02/199[illegible] | S/O 5364205 | 150.00 | | 6,018.59 |
| 12/04/199[illegible] | ATM withdrawal | 2,000.00 | | 4,018.59 |
| 12/10/199[illegible] | ATM withdrawal | 300.00 | | 3,718.59 |
| 12/11/199[illegible] | ATM withdrawal | 200.00 | | 3,518.59 |
| 12/11/199[illegible] | ATM withdrawal | 500.00 | | 3,018.59 |
| 12/14/1997 | ATM withdrawal | 500.00 | | 2,518.59 |
| 12/30/1997 | Salary 8903 | | 6,057.00 | 8,575.59 |
| | Final balance | 80,750.00 | 89,325.59 | 8,575.59 |

IF WE receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE
BE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
D.E.

(Same language in Arabic)

## CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003370t



(Same language in Arabic)

(Same language in Arabic)
# STATEMENT OF ACCOUNT

Dubai Islamic Bank

| BRANCH : | FUJAIRAH BRANCH |
|---|---|

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. BOX 10033

| ACCOUNT NO. | 06520568295801 |
|---|---|
| CURRENCY | U.A.E. DIRHAM |
| STATEMENT DATE : | 11/17/2015 |
| FROM | 01011998   TO   12311998 |

| (Same language in Arabic) Trans Date | (Same language in Arabic) Particulars | (Same language in Arabic) Debit | (Same language in Arabic) Credit | (Same language in Arabic) Balance |
|---|---|---|---|---|
| | *Opening Balance* | - | - | 8,575.59 |
| 01/02/1998 | S/O 5364205 | 150.00 | 0.00 | 8,425.59 |
| 01/04/1998 | ATM-WITHDRAWAL | 7,000.00 | 0.00 | 1,425.59 |
| 01/25/1998 | 8903 Salary | 0.00 | 6,057.00 | 7,482.59 |
| 01/29/1998 | ATM-WITHDRAWAL | 1,400.00 | 0.00 | 6,082.59 |
| 02/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,932.59 |
| 02/11/1998 | ATM-WITHDRAWAL | 1,600.00 | 0.00 | 4,332.59 |
| 02/15/1998 | ATM-WITHDRAWAL | 300.00 | 0.00 | 4,032.59 |
| 02/18/1998 | ATM-WITHDRAWAL | 1,000.00 | 0.00 | 3,032.59 |
| 02/21/1998 | ATM-WITHDRAWAL | 3,000.00 | 0.00 | 32.59 |
| 02/28/1998 | 8903 Salary | 0.00 | 6,057.00 | 6,089.59 |
| 03/02/1998 | ATM-WITHDRAWAL | 6,000.00 | 0.00 | 89.59 |
| 03/02/1998 | REV ATM DEBIT 1 3 98 | 0.00 | 6,000.00 | 6,089.59 |
| 03/02/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 5,589.59 |
| 03/02/1998 | 785878W | 5,500.00 | 0.00 | 89.59 |
| 03/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 6,146.59 |
| 04/01/1998 | S/O 5364205 | 150.00 | 0.00 | 5,996.59 |
| 04/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,846.59 |
| 04/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 11,903.59 |
| 05/02/1998 | S/O 5364205 | 150.00 | 0.00 | 11,753.59 |
| 05/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 17,810.59 |
| 06/02/1998 | S/O 5364205 | 150.00 | 0.00 | 17,660.59 |
| 06/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 23,717.59 |
| 07/02/1998 | S/O 5364205 | 150.00 | 0.00 | 23,567.59 |
| 07/11/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 23,067.59 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IMMEDIATELY IF THERE IS ANY CHANGE IN YOUR ADDRESS
* L B QL

(Same language in Arabic)

Head Office : Tel. 295 3000, Fax 2954111, Tlx 45889 / 4b272 ISLAMI EM, P.O. Box. 1080 Dubai         (Same language in Arabic)

Page 1 of 4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003536t



(Same language in Arabic)

**STATEMENT OF ACCOUNT**

(Same language in Arabic)

Dubai Islamic Bank

| BRANCH | : | FUJAIRAH BRANCH |
|---|---|---|

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. BOX 10033

| ACCOUNT NO | : | 06520588285801 |
|---|---|---|
| CURRENCY | : | U.A.E. DIRHAM |
| STATEMENT DATE | : | 11/17/2015 |
| FROM | : | 01011998    TO    12311998 |

| Transaction Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/13/1998 | . ATM-WITHDRAWAL | 500.00 | 0.00 | 22,567.59 |
| 07/16/1998 | . ATM-WITHDRAWAL | 7,000.00 | 0.00 | 15,567.59 |
| 07/20/1998 | . ATM-WITHDRAWAL | 7,000.00 | 0.00 | 8,567.59 |
| 07/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 14,624.59 |
| 08/02/1998 | S/O 5364205 | 150.00 | 0.00 | 14,474.59 |
| 08/03/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 14,170.59 |
| 08/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 13,166.59 |
| 08/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 12,162.59 |
| 08/08/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 11,158.59 |
| 08/10/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 10,854.59 |
| 08/10/1998 | . ATM-WITHDRAWAL | 1,004.00 | 0.00 | 9,850.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 8,846.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 8,342.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 7,338.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,334.59 |
| 08/12/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 5,330.59 |
| 08/13/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 4,326.59 |
| 08/17/1998 | . ATM-WITHDRAWAL | 2,000.00 | 0.00 | 2,326.59 |
| 08/18/1998 | . ATM-WITHDRAWAL | 304.00 | 0.00 | 2,022.59 |
| 08/22/1998 | . ATM-WITHDRAWAL | 1,004.00 | 0.00 | 1,018.59 |
| 08/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 7,075.59 |
| 09/01/1998 | SWITCH FEES | 1.00 | 0.00 | 7,074.59 |
| 09/01/1998 | . ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,070.59 |
| 09/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,920.59 |
| 09/03/1998 | . ATM-WITHDRAWAL | 1,004.00 | 0.00 | 4,916.59 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
* E & OE

(Same language in Arabic)

Head Office , Tel : 2953000 Fax 3954331 Tlx 45849 748272 ISLAMI EM P.O. Box. 1080 Dubai

(Same language in Arabic)

Page 2 of 4

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003537t



(Same language in Arabic)

Dubai Islamic Bank

(Same language in Arabic)

# STATEMENT OF ACCOUNT

BRANCH : FUJAIRAH BRANCH

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. BOX 10033

ACCOUNT NO : 065205652956801

CURRENCY : U.A.E. DIRHAM

STATEMENT DATE : 11/17/2015

FROM : 01011998 TO 12311998

| (Same language in Arabic) Trans Date | (Same language in Arabic) Particulars | (Same language in Arabic) Debit | (Same language in Arabic) Credit | (Same language in Arabic) Balance |
|---|---|---|---|---|
| 09/03/1998 | ATM-WITHDRAWAL | 804.00 | 0.00 | 4,112.59 |
| 09/07/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 3,108.59 |
| 09/14/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 2,604.59 |
| 09/18/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 2,000.59 |
| 09/25/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 1,496.59 |
| 09/30/1998 | 8903 Salary | 0.00 | 6,057.00 | 7,553.59 |
| 10/01/1998 | ATM-WITHDRAWAL | 104.00 | 0.00 | 7,449.59 |
| 10/01/1998 | SWITCH FEES | 1.00 | 0.00 | 7,448.59 |
| 10/02/1998 | S/O 5364205 | 150.00 | 0.00 | 7,298.59 |
| 10/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,294.59 |
| 10/03/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 5,290.59 |
| 10/05/1998 | 98010236/5882958 [illegible abbreviation] | 1,745.00 | 0.00 | 3,545.59 |
| 10/06/1998 | ATM-WITHDRAWAL | 1,000.00 | 0.00 | 2,545.59 |
| 10/19/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 1,541.59 |
| 10/25/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 1,037.59 |
| 10/25/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 537.59 |
| 10/28/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 33.59 |
| 10/31/1998 | 8903 Salary | 0.00 | 6,057.00 | 6,090.59 |
| 11/01/1998 | ATM-WITHDRAWAL | 504.00 | 0.00 | 5,586.59 |
| 11/02/1998 | S/O 5364205 | 150.00 | 0.00 | 5,436.59 |
| 11/02/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 5,132.59 |
| 11/02/1998 | ATM-WITHDRAWAL | 104.00 | 0.00 | 5,028.59 |
| 11/04/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 4,424.59 |
| 11/05/1998 | 98010236/5882958 [illegible abbreviation] | 1,860.00 | 0.00 | 2,564.59 |
| 11/13/1998 | ATM-WITHDRAWAL | 304.00 | 0.00 | 2,260.59 |

* Unless we receive a claim from your side within 15 days this statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
* E. & O.E

(Same language in Arabic)

Head Office: Tel. 2953000 Fax 2954111 Tlx 45889 / 46722 ISLAMI EM P.O. Box 1080 Dubai (Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

(Same language in Arabic)

(Same language in Arabic)

# STATEMENT OF ACCOUNT

Dubai Islamic Bank

| BRANCH : | FUJAIRAH BRANCH |
|---|---|

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. BOX 10033

| ACCOUNT NO | : | 06520588295801 |
|---|---|---|
| CURRENCY | : | U.A.E. DIRHAM |
| STATEMENT DATE : | 11/17/2015 | |
| FROM | 01011998 | TO | 12311998 |

| (Same language in Arabic) Trans Date | (Same language in Arabic) Particulars | (Same language in Arabic) Debit | (Same language in Arabic) Credit | (Same language in Arabic) Balance |
|---|---|---|---|---|
| 11/18/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 1,656.59 |
| 11/26/1998 | ATM-WITHDRAWAL | 604.00 | 0.00 | 1,052.59 |
| 11/30/1998 | 8903 Salary | 0.00 | 6,785.92 | 7,838.51 |
| 12/02/1998 | S&O 5364205 | 150.00 | 0.00 | 7,688.51 |
| 12/02/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 6,684.51 |
| 12/02/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 5,680.51 |
| 12/05/1998 | 98010236/5882958 [illegible abbreviation] | 1,860.00 | 0.00 | 3,820.51 |
| 12/12/1998 | ATM-WITHDRAWAL | 500.00 | 0.00 | 3,320.51 |
| 12/19/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 2,316.51 |
| 12/19/1998 | ATM-WITHDRAWAL | 1,004.00 | 0.00 | 1,312.51 |
| 12/25/1998 | ATM-WITHDRAWAL | 300.00 | 0.00 | 1,012.51 |
| 12/27/1998 | CHECK DEPOSIT | 0.00 | 10,000.00 | 11,012.51 |
| 12/27/1998 | ATM-WITHDRAWAL | 7,000.00 | 0.00 | 4,012.51 |
| 12/30/1998 | 8903 Salary | 0.00 | 6,301.00 | 10,313.51 |
| | Total Debit & Total Credit | 87,919.00 | 89,656.92 | |
| | Final Balance | | | 10,313.51 |

* Unless we receive a claim from you in your side within 15 days the statement will be considered correct.
* (-) DENOTES DEBIT BALANCE
* PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
* E.& O.E.

(Same language in Arabic)

Head Office  Tel 2953000 Fax 2954111 Tlx 45849 , 46772 ISLAMI EM P.O. Box : 3888 Dubai

(Same language in Arabic)

CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003539t



(Same language in Arabic)
## STATEMENT OF CURRENT ACCOUN

(Same language in Arabic)

ubai Islamic Bank

(Same language in Arabic)
: Shareholding Company incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 1 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Al Fujairah | |

| ACCOUNT NO. | (Same language in Arabic) |
|---|---|
| 01 5882958 520 06 | |

| CURRENCY | (Same language in Arabic) |
|---|---|
| AED | |

| From: 01/01/1999 | (Same language in Arabic) |
|---|---|
| To: 12/31/1999 | |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 10,313.51 |
| 01/02/1999 | S/O 5364205 | 150.00 | | 10,163.51 |
| 01/05/1999 | Q/M 5882958/980102 | 1,860.00 | | 8,303.51 |
| 01/06/1999 | ATM withdrawal | 4,000.00 | | 4,303.51 |
| 01/07/1999 | ATM withdrawal | 1,004.00 | | 3,299.51 |
| 01/23/1999 | ATM withdrawal | 1,000.00 | | 2,299.51 |
| 01/26/1999 | ATM withdrawal | 1,200.00 | | 1,099.51 |
| 01/30/1999 | ATM withdrawal | 500.00 | | 599.51 |
| 01/31/1999 | Salary 8903 | | 6,301.00 | 6,900.51 |
| 02/01/1999 | Loan 2093 Check | 1,000.00 | | 5,900.51 |
| 02/02/1999 | S/O 5364205 | 150.00 | | 5,750.51 |
| 02/02/1999 | ATM withdrawal | 700.00 | | 5,050.51 |
| 02/02/1999 | ATM withdrawal | 4,000.00 | | 1,050.51 |
| 02/03/1999 | Cash deposit | | 3,500.00 | 4,550.51 |
| 02/05/1999 | Q/M 5882958/980102 | 1,860.00 | | 2,690.51 |
| 02/07/1999 | ATM withdrawal | 600.00 | | 2,090.51 |
| 02/11/1999 | ATM withdrawal | 500.00 | | 1,590.51 |
| 02/20/1999 | ATM withdrawal | 500.00 | | 1,090.51 |
| 02/22/1999 | ATM withdrawal | 500.00 | | 590.51 |
| 02/28/1999 | SALARY REFUND | 8,497.00 | | -7,906.49 |
| 02/28/1999 | Salary 8903 | | 8,497.00 | 590.51 |
| 03/01/1999 | Loan 2093 Check | 1,000.00 | | -409.49 |
| 03/01/1999 | Loan 2093 Check | | 1,000.00 | 590.51 |
| 03/01/1999 | S/O 5364205 | 150.00 | | 440.51 |
| 03/01/1999 | S/O 5364205 | 150.00 | | 290.51 |
| 03/02/1999 | S/O 5364205 | 150.00 | | 140.51 |
| 03/05/1999 | Q/M 5882958/980102 | 130.00 | | 10.51 |
| 03/22/1999 | Salary 8903 | | 6,841.00 | 6,851.51 |
| 03/23/1999 | Q/M 5882958/980102 | 1,730.00 | | 5,121.51 |
| 04/01/1999 | Switch fees | 1.00 | | 5,120.51 |
| | Balance brought forward | 31,332.00 | 26,139.00 | 5,120.51 |

keep in receive a claim from your side within 15 days this statement will be considered correct.
DENOTES DEBIT BALANCE.
EASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003375t



(Same language in Arabic)

**STATEMENT OF CURRENT ACCOUN**

...

(Same language in Arabic)

ıbai **Islamic Bank**

(Same language in Arabic)
Shareholding Company incorporated in U.A.E.

| PAGE NO. | (Same language in Arabic) |
|---|---|
| 2 | |

| BRANCH | (Same language in Arabic) |
|---|---|
| Al Fujairah | |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 5882958 520 06 |

| CURRENCY | (Same language in Arabic) |
|---|---|
| AED | |

| From: 01/01/1999 | (Same |
|---|---|
| To: 12/31/1999 | language in Arabic) |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 31,332.00 | 26,139.00 | 5,120.51 |
| 04/01/1999 | ATM withdrawal | 2,000.00 | | 3,120.51 |
| 04/04/1999 | ATM withdrawal | 1,000.00 | | 2,120.51 |
| 04/05/1999 | Q/M 5882958/980102 | 1,860.00 | | 260.51 |
| 04/23/1999 | ATM withdrawal | 200.00 | | 60.51 |
| 04/29/1999 | Salary 8903 | | 6,841.00 | 6,901.51 |
| 04/29/1999 | SALARY REFUND | 6,841.00 | | 60.51 |
| 05/01/1999 | Switch fees | 1.00 | | 59.51 |
| 05/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,800.49 |
| 05/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 59.51 |
| 05/06/1999 | Fees: 9801023 | 20.00 | | 39.51 |
| 05/31/1999 | SALARY REFUND | 2,627.16 | | -2,587.65 |
| 05/31/1999 | Salary 8903 | | 2,627.16 | 39.51 |
| 06/01/1999 | Switch fees | 4.00 | | 35.51 |
| 06/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,824.49 |
| 06/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 35.51 |
| 06/06/1999 | Fees 9801023 | 20.00 | | 15.51 |
| 06/30/1999 | SALARY REFUND | 6,074.66 | | -6,059.15 |
| 06/30/1999 | Salary 8903 | | 6,074.66 | 15.51 |
| 07/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,844.49 |
| 07/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 15.51 |
| 07/06/1999 | Fees: 9801023 | 15.51 | | 0.00 |
| 08/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,860.00 |
| 08/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 0.00 |
| 08/05/1999 | A.Sh. 27245 | | 2,080.00 | 2,080.00 |
| 08/06/1999 | Q/M 5882958/980102 | 1,860.00 | | 220.00 |
| 08/06/1999 | Q/M 5882958/980102 | 210.00 | | 10.00 |
| 08/06/1999 | Fees: 9801023 | 10.00 | | 0.00 |
| 09/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,860.00 |
| 09/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 0.00 |
| | | 63,375.33 | | 0.00 |
| | Balance brought forward | | 53,061.82 | |

if we receive a claim from your side within 15 days this statement will be considered correct.
?NOTES DEBIT BALANCE?
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

(Same language in Arabic)

**CONFIDENTIAL**
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003376t

(Same language in Arabic)

## STATEMENT OF CURRENT ACCOUNT



(Same language in Arabic)

...ai Islamic Bank

(Same language in Arabic)
Holding Company Incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 3 |

| BRANCH (Same language in Arabic) |
|---|
| Al Fujairah |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 5882958 520 06 |

| CURRENCY (Same language in Arabic) |
|---|
| AED |

| From: 01/01/1999 (Same |
|---|
| To: 12/31/1999 language in Arabic) |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | 63,375.33 | 53,061.82 | 0.00 |
| 10/05/1999 | Q/M 5882958/980102 | 1,860.00 | | -1,860.00 |
| 10/05/1999 | Q/M 5882958/980102 | | 1,860.00 | 0.00 |
| 10/07/1999 | A.Sh. 32103 | | 2,080.00 | 2,080.00 |
| 10/08/1999 | Q/M 5882958/980102 | 1,650.00 | | 430.00 |
| 10/08/1999 | Q/M 5882958/980102 | 420.00 | | 10.00 |
| 11/04/1999 | A.Sh. 34892 | | 2,080.00 | 2,090.00 |
| 11/08/1999 | ATM withdrawal | 2,000.00 | | 90.00 |
| | Final Balance: | 69,305.33 | 59,081.82 | 90.00 |

as we receive a claim from you within 15 days this statement will be considered correct.
NOTES DEBIT BALANCE
SE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

(Same language in Arabic)

## CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003377t



(Same language in Arabic)
## STATEMENT OF CURRENT ACCOL

**Dubai Islamic Bank**

(Same language in Arabic)
usio Shareholding Company incorporated in U.A.E.

| PAGE NO. (Same language in Arabic) |
|---|
| 1 |

| BRANCH (Same language in Arabic) |
|---|
| Al Fujairah |

| CURRENCY (Same language in Arabic) |
|---|
| AED |

| ACCOUNT NO. (Same language in Arabic) |
|---|
| 01 5882958 520 06 |

| From: 01/01/2000 (Same |
|---|
| To: 12/31/2000 language in Arabic) |

Fayez Rashid Ahmed Hassan Al-Qadi

Khor Fakkan, P.O. Box: 10033

| DATE (Same language in Arabic) | PARTICULARS (Same language in Arabic) | WITHDRAWAL (Same language in Arabic) | DEPOSIT (Same language in Arabic) | BALANCE (Same language in Arabic) |
|---|---|---|---|---|
| | Transferred balance | | | 90.00 |
| 01/12/20[illegible] | A.Sh. 40185 | | 2,080.00 | 2,170.00 |
| 01/15/20[illegible] | ATM withdrawal | 2,100.00 | | 70.00 |
| 04/02/20[illegible] | Switch charges | 2.00 | | 68.00 |
| 07/31/20[illegible] | Transferred from 569079 | | 4,000.00 | 4,068.00 |
| 07/31/20[illegible] | ATM withdrawal | 4,000.00 | | 68.00 |
| | Final Balance: | 6,102.00 | 6,080.00 | 68.00 |

Unless we receive a claim or objection within 15 days the statement will be considered correct.
DENOTES DEBIT BALANCE
PLEASE INFORM US IMMEDIATELY IF THERE IS ANY CHANGE IN YOUR ADDRESS
LESS.....

(Same language in Arabic)

Id Office   Tel.: 2955000, Fax : 2954111   Tlx : 45589 / 45779 KI AMI FH   P.O. [illegible]

## CONFIDENTIAL
This document is subject to Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003379t



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document:** DIB_003536 – DIB_003539

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                   *March 5, 2019*

Consortra Translations
www.consortra.com

Your
legal
translation
partner

New York, NY I Washington, DC I Houston, TX I San Francisco. CA
Hong Kong



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_003367 – DIB_003370**

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                   *March 5, 2019*

Your
legal
translation
partner

Consortra Translations
www.consortra.com



### *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_003375 – DIB_003377**

**Source Language: Arabic**                    **Translated to: English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  *March 5, 2019*

Consortra Translations
www.consortra.com

Your
legal
translation
partner



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_003378**

**Source Language: Arabic**          **Translated to: English**

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**          **Date:**

*Lucinda Wills*          *March 5, 2019*

Consortra Translations
www.consortra.com

Your
legal
translation
partner



## *CERTIFICATE OF TRANSLATION*

**Title of Source Document: DIB_003379**

**Source Language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**
I, Lucinda Wills, am competent to translate from Arabic into English, and certify under
penalty of perjury that the translation of the foregoing document is true and accurate to
the best of my abilities.

**Translator Qualifications:**
20 years translation experience (Arabic-English)
Professional certification in Arabic-English Translation (New York University)
Associate Member of American Translators Association

**Signature of Translator:**                    **Date:**

*Lucinda Wills*                                  *March 5, 2019*

Consortra Translations
www.consortra.com

Your
legal
translation
partner