# Exhibit A

| | |
|---|---|
| **From:** | Rapawy, Gregory G. |
| **Sent:** | Tuesday, June 21, 2022 12:55 PM |
| **To:** | 'Steven R. Pounian'; zJodi W. Flowers; zRobert Haefele; Kreindler, James; Maloney, III, Andrew; Megan Benett; Gavin Simpson; scarter1@cozen.com; Tarbutton, Joseph; Goldman, Jerry; bstrong@andersonkill.com; rkry@mololamken.com; enitz@mololamken.com; zSarah S. Normand; Vargas, Jeannette |
| **Cc:** | Kellogg, Michael K.; Shen, Andrew C.; Young, Christopher M. |
| **Subject:** | RE: [EXTERNAL] RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN |

Steve,

Thank you for your e-mail. Saudi Arabia does not accept Plaintiffs' counterproposal. We have made reasonable efforts to reach agreement on a schedule and will file a letter-motion with the Court asking for our original proposed schedule as set forth in my June 1 e-mail at the bottom of the chain, as modified to incorporate confidentiality review by the FBI.

Regards,

Greg

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Friday, June 17, 2022 11:13 AM
**To:** Rapawy, Gregory G. <grapawy@kellogghansen.com>; zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Kreindler, James <jkreindler@kreindler.com>; Maloney, III, Andrew <amaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; scarter1@cozen.com; Tarbutton, Joseph <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; bstrong@andersonkill.com; rkry@mololamken.com; enitz@mololamken.com; zSarah S. Normand <sarah.normand@usdoj.gov>; Vargas, Jeannette <jeannette.vargas@usdoj.gov>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

Dear Greg,

Whether any cross motions are warranted and the nature of same will depend on KSA's motion, but Plaintiffs anticipate it may be appropriate to move for an evidentiary hearing or concerning discovery issues.

Steve

**Steven R. Pounian**
Of Counsel

KREINDLER

**Kreindler & Kreindler LLP**
485 Lexington Ave       T: 212.973.3477   ·   E-mail: spounian@kreindler.com
New York, NY 10017      F: 212.972.9432   ·   Web:    www.kreindler.com

🌎 Please consider the environment before printing this e-mail.

**From:** Rapawy, Gregory G. <grapawy@kellogghansen.com>
**Sent:** Friday, June 17, 2022 11:03 AM

1

**To:** Steven R. Pounian <Spounian@kreindler.com>; zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Jim Kreindler <JKreindler@kreindler.com>; Andrew J. Maloney <AMaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; scarter1@cozen.com; zScott Tarbutton <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; bstrong@andersonkill.com; rkry@mololamken.com; enitz@mololamken.com; zSarah S. Normand <sarah.normand@usdoj.gov>; Vargas, Jeannette <jeannette.vargas@usdoj.gov>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** Re: [EXTERNAL] RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

Steve,

Following up on my question below. Can you please tell us what cross-motion Plaintiffs contemplate filing in response to Saudi Arabia's motion to dismiss?

Thanks,

Greg

> On Jun 15, 2022, at 15:16, Rapawy, Gregory G. <grapawy@kellogghansen.com> wrote:
>
> Steve,
>
> We'll need to discuss this before getting back to you, but just so that I understand Plaintiffs' counterproposal, what cross-motion do Plaintiffs contemplate filing in response to Saudi Arabia's renewed motion to dismiss?
>
> Regards,
>
> Greg
>
> ---
>
> **From:** Steven R. Pounian <Spounian@kreindler.com>
> **Sent:** Wednesday, June 15, 2022 2:04 PM
> **To:** Rapawy, Gregory G. <grapawy@kellogghansen.com>; zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Kreindler, James <jkreindler@kreindler.com>; Maloney, III, Andrew <amaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; 'scarter1@cozen.com' <scarter1@cozen.com>; Tarbutton, Joseph <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; 'bstrong@andersonkill.com' <bstrong@andersonkill.com>; 'rkry@mololamken.com' <rkry@mololamken.com>; 'enitz@mololamken.com' <enitz@mololamken.com>; zSarah S. Normand <sarah.normand@usdoj.gov>; Vargas, Jeannette <jeannette.vargas@usdoj.gov>
> **Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
> **Subject:** RE: [EXTERNAL] RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN
>
> Dear Greg and Eric,

Set forth below is Plaintiffs' counterproposal with our suggested changes in bold.  We have concerns about the narrative descriptions your proposal assigned to certain of the filings and will offer our proposed edits to those once we finalize the dates.

Plaintiffs will want to include a short position statement in any letter to the court, and as discussed previously, the *Ashton* and *CAC* Plaintiffs may submit separate filings.

1. On September **16**, 2022, Plaintiffs will file the statement/averment of jurisdictional facts with citations to evidence and supporting exhibits.

2. On November **17**, 2022, Saudi Arabia will file:  (a) its renewed motion to dismiss, limited to 50 pages; (b) its statement of jurisdictional facts, including citations to the evidence on which it will rely to prove each assertion of fact, with supporting exhibits; (c) its response to Plaintiffs' statement of jurisdictional facts, including citations to any evidence on which it will rely in response to any assertion of fact by Plaintiffs, with supporting exhibits; and (d) any evidentiary objections to the evidence presented by Plaintiffs, which may be presented in table form.  Also on November **17**, 2022, both Plaintiffs and Saudi Arabia will file any *Daubert* **motion** seeking to limit or exclude testimony of the other side's experts.  Each **side will be limited to a single** *Daubert* motion of **25** pages.  **Also on November 17, 2023, Dallah Avco will file its renewed motion to dismiss and/or motion for summary judgment, limited to 25 pages, as well as its statement, response, and objections (see (b) – (d) listed above).**

3. On **January 31**, 2023, Plaintiffs will file: (a) their opposition to Saudi Arabia's renewed motion to dismiss, limited to 50 pages; (b) their response to Saudi Arabia's statement of jurisdictional facts, including citations to any evidence on which they will rely in response to any assertion of fact by Saudi Arabia, with supporting exhibits; (c) any evidentiary objections to the evidence presented by Saudi Arabia, which may be presented in table form; (d) their response to Saudi Arabia's evidentiary objections, which may be presented in table form; **and (e) any cross-motions in response to Saudi Arabia's renewed motion to dismiss, limited to 25 pages**.  Also on **January 31, 2023**, both Plaintiffs and Saudi Arabia will file **a single** opposition to the other side's *Daubert* motion.  Each *Daubert* opposition will be limited to **25** pages.

4. **On February 9, 2023, Plaintiffs will file: (a) their opposition to Dallah Avco's motion to dismiss and/or motion for summary judgment, limited to 25 pages, as well as their responses and objections (see 3 (b) – (d) listed above); and (b) any cross-motions in response to Dallah Avco's motion(s), limited to 15 pages.**

5. On **March 2**, 2023, Saudi Arabia will file: (a) its reply in support of its renewed motion to dismiss, limited to 25 pages; (b) its response to Plaintiffs' evidentiary objections, which may be presented in table form; **and (c) its opposition to Plaintiffs' cross-motions, limited to 25 pages**.  Also on **March 2**, 2023, both Plaintiffs and Saudi Arabia will file their replies in support of their *Daubert* motions.  Each *Daubert* reply will be limited to **15** pages.

6. **On March 10, 2023, Dallah Avco will file: (a) its reply in support of its motion to dismiss and/or motion for summary judgment, limited to 15 pages; and (b) their opposition to Plaintiffs' cross-motions, limited to 15 pages.**

7. **On March 22, Plaintiffs will file their reply or replies in support of their cross-motion(s), limited to 15 pages as to the Kingdom, and 5 pages as to Dallah Avco.**

Regards,

Steve

**Steven R. Pounian**
Of Counsel

**Kreindler & Kreindler LLP**
485 Lexington Ave  T: 212.973.3477  ·  E-mail: spounian@kreindler.com
New York, NY 10017  F: 212.972.9432  ·  Web:   www.kreindler.com

8.
9.   🌎 Please consider the environment before printing this e-mail.

---

**From:** Rapawy, Gregory G. <grapawy@kellogghansen.com>
**Sent:** Tuesday, June 7, 2022 4:37 PM
**To:** Steven R. Pounian <Spounian@kreindler.com>; zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Jim Kreindler <JKreindler@kreindler.com>; Andrew J. Maloney <AMaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; 'scarter1@cozen.com' <scarter1@cozen.com>; zScott Tarbutton <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; 'bstrong@andersonkill.com' <bstrong@andersonkill.com>; 'rkry@mololamken.com' <rkry@mololamken.com>; 'enitz@mololamken.com' <enitz@mololamken.com>; zSarah S. Normand <sarah.normand@usdoj.gov>; Vargas, Jeannette <jeannette.vargas@usdoj.gov>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

Counsel,

Further following up on our discussion this morning, Saudi Arabia proposes the following procedure and schedule as a compromise. We reserve all rights, including that we may revert to our previous proposal if the parties cannot reach agreement. I am adding Sarah and Jeannette to this e-mail because some of the discussion below contemplates review by the FBI of FBI confidential material.

1. On September 1, 2022, Plaintiffs will file a statement of jurisdictional facts, including citations to any evidence on which they will rely to prove each assertion of fact, with supporting exhibits.

2. On November 1, 2022, Saudi Arabia will file: (a) its renewed motion to dismiss, limited to 50 pages; (b) its statement of jurisdictional facts, including citations to the evidence on which it will rely to prove each assertion of fact, with supporting exhibits; (c) its response to Plaintiffs' statement of jurisdictional facts, including citations to any evidence on which it will rely in response to any assertion of fact by Plaintiffs, with supporting exhibits; and (d) any evidentiary objections to the evidence presented by Plaintiffs, which may be presented in table form. Also on November 1, 2022, both Plaintiffs and Saudi Arabia will file any *Daubert* motions seeking to limit or exclude testimony of the other side's experts. Each *Daubert* motion will be limited to 20 pages.

3. On January 17, 2023, Plaintiffs will file: (a) their opposition to Saudi Arabia's renewed motion to dismiss, limited to 50 pages; (b) their response to Saudi Arabia's statement of jurisdictional facts, including citations to any evidence on which they will rely in response to any assertion of fact by Saudi Arabia, with supporting exhibits; (c) any evidentiary objections to the evidence presented by Saudi Arabia, which may be presented in table form; and (d) their response to Saudi Arabia's evidentiary objections, which may be presented in table form. Also on December 5, 2022, both

Plaintiffs and Saudi Arabia will file their oppositions to the other side's *Daubert* motions. Each *Daubert* opposition will be limited to 20 pages.

4. On February 16, 2023, Saudi Arabia will file: (a) its reply in support of its renewed motion to dismiss, limited to 25 pages; and (b) its response to Plaintiffs' evidentiary objections, which may be presented in table form. Also on February 16, 2023, both Plaintiffs and Saudi Arabia will file their replies in support of their *Daubert* motions. Each *Daubert* reply will be limited to 10 pages.

Because the parties' filings are likely to contain information subject to the MDL or FBI protective order, including MDL protected information for which the Court has previously approved sealed filing, Saudi Arabia proposes that the above filings be made under temporary seal to permit the producing party (or non-party in the case of the FBI) to review and propose redactions, and that the redaction review schedule proceed as follows:

5. On or before March 20, 2023, any party that will seek to maintain any document under permanent seal or to file on the public docket only in redacted form will provide a list of proposed sealings and redactions to the other parties; and also all parties that have filed documents containing information subject to the FBI protective order will identify such information to the FBI. The parties and the FBI will then meet and confer.

6. On or before April 19, 2023, the parties will advise the Court of any disputes concerning sealing or redaction and will make a joint proposal (or, if they are unable to reach agreement, separate proposals in a joint letter) for any motions practice related to sealing or redaction.

Saudi Arabia has considered the *Ashton* Plaintiffs' proposal for simultaneous briefing but believe a motion-opposition-reply sequence is appropriate because Saudi Arabia remains the moving party, and also because sequential briefing is more likely to produce briefing that is helpful to the Court.

Saudi Arabia takes no position on whether the CAC Plaintiffs and *Ashton* Plaintiffs should file separate statements of jurisdictional facts, opposition briefs, or other papers. If they do so, Saudi Arabia presently anticipates that it will file a consolidated motion to dismiss, a consolidated reply, and other consolidated responsive papers to avoid unnecessary duplication of arguments. Saudi Arabia may, however, either (a) file full-length separate responsive papers, including motions to dismiss, or (b) seek an extension of the page limit for any such papers, depending on the degree of overlap in the CAC Plaintiffs' and *Ashton* Plaintiffs' separate papers.

Saudi Arabia remains amenable to Dallah Avco's briefing proceeding on the same track, as we understand is Dallah Avco's preference.

Regards,

Greg

**From:** Rapawy, Gregory G.
**Sent:** Tuesday, June 7, 2022 11:55 AM
**To:** scarter1@cozen.com
**Cc:** Steven R. Pounian <Spounian@kreindler.com>; zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Kreindler, James <jkreindler@kreindler.com>; Maloney, III, Andrew <amaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; Tarbutton, Joseph <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; bstrong@andersonkill.com; Kry, Robert <rkry@mololamken.com>; Nitz, Eric <enitz@mololamken.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

Sean,

Just following up on our discussion, without prejudice to anything we may argue or cite to the Court if the parties fail to reach agreement.

For examples of the statements I referred to, see the May 24, 2018 hearing transcript (ECF No. 4015), at 38:24-40:7; and the October 12, 2018 hearing transcript (ECF No. 4237), at 33:21-34:5. Also, see Plaintiffs' related statement in the sealed letter at ECF No. 6847, at 5, in the second full paragraph (beginning "Finally").

We'll get back to you as to Saudi Arabia's position on the other issues Plaintiffs raised on the call.

Regards,

Greg

---

**From:** Rapawy, Gregory G. <grapawy@kellogghansen.com>
**Sent:** Friday, June 3, 2022 5:03 PM
**To:** Nitz, Eric <enitz@mololamken.com>
**Cc:** Steven R. Pounian <Spounian@kreindler.com>; zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Kreindler, James <jkreindler@kreindler.com>; Maloney, III, Andrew <amaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; scarter1@cozen.com; Tarbutton, Joseph <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; bstrong@andersonkill.com; Kry, Robert <rkry@mololamken.com>; Gavin Simpson <Gsimpson@kreindler.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** Re: [EXTERNAL] RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

Steve and Eric,

That time works for us as well.

Have a good weekend.

Regards,

Greg

> On Jun 3, 2022, at 15:40, Nitz, Eric <enitz@mololamken.com> wrote:
>
> Steve,
>
> Tuesday at 11 AM works for Dallah Avco.
>
> Eric
>
>> **From:** Steven R. Pounian <Spounian@kreindler.com>
>> **Sent:** Friday, June 3, 2022 2:03 PM
>> **To:** Rapawy, Gregory G. <grapawy@kellogghansen.com>; zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Jim

6

Kreindler <JKreindler@kreindler.com>; Andrew J. Maloney <AMaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; 'scarter1@cozen.com' <scarter1@cozen.com>; zScott Tarbutton <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; 'bstrong@andersonkill.com' <bstrong@andersonkill.com>; Kry, Robert <rkry@mololamken.com>; Nitz, Eric <enitz@mololamken.com>; Gavin Simpson <Gsimpson@kreindler.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

Dear Greg,

Plaintiffs suggest that we hold a meet and confer call to discuss the issues raised in your message. Please let us know if Tuesday, June 7 at 11:00 am works for the call.

Regards,

**Steven R. Pounian**
Of Counsel

<> KREINDLER LLP

Kreindler & Kreindler LLP
485 Lexington Ave
New York, NY 10017

T: 212.973.3477 · E-mail: spounian@kreindler.com
F: 212.972.9432 · Web: www.kreindler.com

🌐 Please consider the environment before printing this e-mail.

---

**From:** Rapawy, Gregory G. <grapawy@kellogghansen.com>
**Sent:** Wednesday, June 1, 2022 4:47 PM
**To:** zJodi W. Flowers <jflowers@motleyrice.com>; zRobert Haefele <rhaefele@motleyrice.com>; Jim Kreindler <JKreindler@kreindler.com>; Steven R. Pounian <Spounian@kreindler.com>; Andrew J. Maloney <AMaloney@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; 'scarter1@cozen.com' <scarter1@cozen.com>; zScott Tarbutton <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; 'bstrong@andersonkill.com' <bstrong@andersonkill.com>; 'rkry@mololamken.com' <rkry@mololamken.com>; Eric Nitz <enitz@mololamken.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

Counsel,

As you know, there is one month remaining in jurisdictional expert discovery, and Saudi Arabia intends to file a renewed motion to dismiss after the close of discovery. To expedite that process, we intend to ask the Court to set a schedule for motions briefing, including a statement of jurisdictional facts by Plaintiffs. Our proposed schedule is set out below.

1. On August 1, 2022, Plaintiffs will file a statement of jurisdictional facts, including citations to any evidence on which they will rely to prove each assertion of fact, with supporting exhibits.

2. On October 3, 2022, Saudi Arabia will file:

   a. its renewed motion to dismiss, limited to 50 pages;

   b. its statement of jurisdictional facts, including citations to the evidence on which it will rely to prove each assertion of fact, with supporting exhibits;

   c. its response to Plaintiffs' statement of jurisdictional facts, including citations to any evidence on which it will rely in response to any assertion of fact by Plaintiffs, with supporting exhibits; and

   d. any evidentiary objections to the evidence presented by Plaintiffs, which may be presented in table form.

   Also on October 3, 2022, both Plaintiffs and Saudi Arabia will file any *Daubert* motions seeking to limit or exclude testimony of the other side's experts. Each *Daubert* motion will be limited to 20 pages.

3. On December 5, 2022, Plaintiffs will file:

   a. their opposition to Saudi Arabia's renewed motion to dismiss, limited to 50 pages;

   b. their response to Saudi Arabia's statement of jurisdictional facts, including citations to any evidence on which they will rely in response to any assertion of fact by Saudi Arabia, with supporting exhibits;

   c. any evidentiary objections to the evidence presented by Saudi Arabia, which may be presented in table form; and

   d. their response to Saudi Arabia's evidentiary objections, which may be presented in table form.

   Also on December 5, 2022, both Plaintiffs and Saudi Arabia will file their oppositions to the other side's *Daubert* motions. Each *Daubert* opposition will be limited to 20 pages.

4. On January 17, 2023, Saudi Arabia will file:

   a. its reply in support of its renewed motion to dismiss, limited to 25 pages; and

   b. its response to Plaintiffs' evidentiary objections, which may be presented in table form.

   Also on January 17, 2023, both Plaintiffs and Saudi Arabia will file their replies in support of their *Daubert* motions. Each *Daubert* reply will be limited to 10 pages.

Please let us know your position on our proposal. We have not included due dates for Dallah Avco but are amenable to Dallah Avco proceeding either on the same track or on its own schedule.

Regards,

Greg

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.