**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (GBD) (SN)

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.,* Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.,* Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.,* Case No. 04-cv-07065
*Euro Brokers, Inc. et al. v. Al Baraka, et al.,* Case No. 04-cv-07279

**[PROPOSED] ORDER FOR ADMISSION**
**FOR PRO HAC VICE ON WRITTEN MOTION**

The motion of Lesley E. Roe for admission to practice Pro Hac Vice in the above-captioned

action is granted.

Applicant has declared that she is a member in good standing of the bar of Minnesota; and

that her contact information is as follows:

Lesley E. Roe
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Telephone: (202) 879-4669
Facsimile: (202) 626-1700
Email: lroe@jonesday.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Dubai

Islamic Bank in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
       New York, New York                              Sarah Netburn
                                        United States Magistrate Judge