# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

June 23, 2022

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

On behalf of the Plaintiffs' Executive Committees, and with the consent of the Kingdom of Saudi Arabia and Dallah Avco, we write to respectfully request that the Court afford the plaintiffs until Tuesday, June 28, 2022, to respond to the Kingdom of Saudi Arabia's letter filed at ECF No. 8131, proposing schedules for, *inter alia*, a renewed motion to dismiss and the parties' *Daubert* motions. The additional time is necessitated due to the ongoing deposition schedule of five expert witnesses (including on June 22, 23, 27 and 29), in which a number of the plaintiffs' counsel are engaged, as well as a number of other professional and personal commitments.

Counsel for Saudi Arabia and Dallah Avco have indicated that the proposed schedule is acceptable and have asked that the Court set Friday, July 1, 2022, as the deadline for reply briefing, to which plaintiffs are agreeable.

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184

The Honorable Sarah Netburn, U.S.M.J.
June 23, 2022
Page 2

_____

Tel.: (215) 665-2105
Email: scarter@cozen.com
For the Plaintiffs' Exec. Committees

Email: rhaefele@motleyrice.com
For the Plaintiffs' Exec. Committees

KREINDLER & KREINDER LLP

By: /s/ Andrew J. Maloney, III
ANDREW J. MALONEY, III
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel.: (212) 687-8181
Email: amaloney@kreindler.com
For the Plaintiffs' Exec. Committees

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF

---

The Plaintiffs' request is GRANTED. They shall file their response to the Kingdom of Saudi Arabia's proposal at ECF No. 8131 by June 28, 2022. Any reply shall be filed by July 1, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 24, 2022
       New York, New York