**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
}
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001    }
} **1:03 MDL 1570 (GBD)(SN)**
}
}
------------------------------------------------------------------X

**This Document Relates to**
*Ryan, et al. v. Iran, et al.*
**1:20-cv-0266 (GBD)(SN)**

## ORDER

Upon consideration of the *Ryan* Plaintiffs' Motion to Direct the Clerk to Dispatch Documents to "Agency and Instrumentality" Defendants and "Government Official" Defendants by the procedure set forth in 28 U.S.C. §1608(a)(4), and the accompanying memorandum of law, and all the files and records in this case, it is hereby **ORDERED** and **DECREED** that Plaintiffs' motion is **GRANTED**.

The Clerk of Court for the Southern District of New York is hereby directed to dispatch the letters rogatory, Complaint, Summons, Notice of Suit, a copy of the text of the FSIA, Farsi translations of each document, and certificates of translation and an individual cover letter for each Defendant, provided by Plaintiffs' counsel, to the United States Department of State for diplomatic service on each of the *Ryan* "Agency and Instrumentality" Defendants and "Government Official" Defendants, all listed below, in conformity with the procedures for "foreign state" and "political subdivision of a foreign state" defendants under the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). The Clerk of Court shall record such action on the Court docket.

{00962574/}

Should the *Ryan* Plaintiffs obtain a final judgment and thereafter exhaust all other applicable attempts to serve the final judgment and related papers on the *Ryan* Agency and Instrumentality Defendants and Government Official Defendants, all listed below, upon appropriate application thereafter by the *Ryan* Plaintiffs, the Clerk of Court for the Southern District of New York is directed to record on the docket and then dispatch the Final Judgment Order and related documents to the United States Department of State for diplomatic service on the *Ryan* Agency and Instrumentality Defendants and the Government Official Defendants in conformity with the procedures for "foreign state" and "political subdivision of a foreign state" defendants under the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4).

The *Ryan* Agency and Instrumentality Defendants to which this Order pertains are (1) National Iranian Oil Company; (2) National Iranian Tanker Company; (3) National Iranian Gas Company; (4) National Iranian Petrochemical Company; (5) Iran Airlines; and (6) Hezbollah.

The *Ryan* Government Official Defendants to which this Order pertains are: (1) Ayatollah Ali Hoseini-Khamenei, Supreme Leader of Iran, in his official capacity; and (2) Estate of Ali Akbar Hashemi Rafsanjani, Deceased, former Chairman of the Expediency Discernment Counsel and former President of Iran, in his official capacity.

**IT IS SO ORDERED.**

Dated: _____, 2022        **BY THE COURT:**

_____
George B. Daniels
United States District Judge