

June 28, 2022

VIA ECF

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *Faulkner v. Bin Laden*, Case No. 09-CV-07055 (GBD)(SN) in the United States District Court for the Southern District of New York

Dear Judge Netburn:

      By an order issued on May 31, 2022 (ECF No. 227), Plaintiff is scheduled to submit his motion for default judgment against Afghanistan in the above-captioned matter by June 30, 2022. Due to unexpected developments in other matters and an unexpected issue in this case that may require conferring with Plaintiffs' Executive Committee, Plaintiff respectfully requests an enlargement of time until July 14, 2022 to submit his default judgment motion. No further extensions will be requested.

Respectfully submitted,

JUDICIAL WATCH, INC.


/s/   James F. Peterson
Counsel for Plaintiff


cc:  Counsel of record by ECF

425 Third St. SW, Suite 800, Washington, DC 20024 • Tel: (202) 646-5175
Email: jpeterson@judicialwatch.org • www.JudicialWatch.org