

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**John M. Eubanks**
*Licensed in Maryland and South Carolina*
direct:  843.216.9218
JEubanks@motleyrice.com

www.motleyrice.com
"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

**VIA CM/ECF**

June 29, 2022

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall U.S. Courthouse |
| 500 Pearl Street | 40 Foley Square |
| New York, NY 10007 | New York, New York 10007 |

Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03 MDL 1570 (GBD)(SN)
       This filing relates to:
              *Burnett, et al. v. Islamic Rep. of Iran, et al.*, No. 15 CV 9903 (GBD)(SN);
              *Arias, et al. v. Islamic Rep. of Iran*, No. 19 CV 41 (GBD)(SN)

Dear Judge Daniels and Magistrate Judge Netburn:

    I write today on behalf of Plaintiffs in the above-captioned case to provide the Court with an update regarding the U.S. Department of Justice-administered United States Victims of State Sponsored Terrorism Fund ("USVSST Fund").  As the Court is aware, judgments obtained against designated state sponsors of terrorism are eligible for submission as claims for limited compensation from the USVSST Fund.  The USVSST Fund recently publicized on its website (www.usvsst.com), "[i]f the USVSST Fund determines that sufficient funds are available to authorize a distribution by January 1, 2023, the application deadline for new claimants to be considered for fourth-round payments will be August 1, 2022."

    Given the USVSST Fund's statement on its website regarding an application deadline for new claimants, Plaintiffs seek the entry of default judgments in the following pending motions to allow them to proceed with claims in the Fund in advance of the publicized deadline:

1. ECF No. 7987: Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of *Burnett/Iran* Personal-Injury Plaintiffs (*Burnett/Iran* Personal Injury 6);

2. ECF No. 8010: Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran and Arias Plaintiffs Identified at Exhibits A-1 and A-2 Who Were Not Immediate Family Members of a 9/11 Decedent (*Burnett/Iran XXV*);



June 29, 2022
Page 2

3. ECF No. 8024: Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of *Arias* Plaintiffs Identified at Exhibit A (*Arias VI*);

4. ECF No. 8029: Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of *Burnett/Iran* Plaintiffs Identified at Exhibits A and B (*Burnett/Iran XXVI*);

These pending motions include the following categories of claims: sixteen personal injury claims, thirty-one solatium claims, six new wrongful death pain-and-suffering damages claims, four new wrongful death economic-loss damages claims, and four new wrongful death pain-and-suffering and economic-loss damages claims. In anticipation of the USVSST Fund's August 1, 2022, deadline for the submission of new applications for inclusion in the next round of distributions from the Fund, and being ever mindful of the Court's schedule and obligations, I write today to address any questions or concerns the Court may have regarding these submissions.

Respectfully submitted,

John M. Eubanks

cc: All counsel of record (via CM/ECF)