

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**John M. Eubanks**
*Licensed in Maryland and South Carolina*
direct:  843.216.9218
JEubanks@motleyrice.com

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

**VIA CM/ECF**

June 29, 2022

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03 MDL 1570 (GBD)(SN)
             This filing relates to:
                *Burnett, et al. v. Islamic Rep. of Iran, et al.*, No. 15 CV 9903 (GBD)(SN);
                (*BURNETT/IRAN XX*)

Dear Magistrate Judge Netburn:

      On April 11, 2022, the Court issued an Order relating to the *Burnett* Plaintiffs' earlier motion to correct the partial final default judgment entered at ECF No. 6039 (the "Original Judgment") under Federal Rule of Civil Procedure 60. The Court's Order, filed as ECF No. 7866, sought clarification of Plaintiffs' motion filed at ECF No. 7640. The Court raised two issues with that filing: First, the memorandum of law accompanying the motion included an incorrect date; second, the Proposed Amended Judgment referenced exhibits which were not included with the motion. In its April 11, 2022, Order, the Court directed the *Burnett* Plaintiffs to file a new proposed order addressing those two matters or a letter explaining why those two items do not need to be addressed.

      On April 12, 2022, the *Burnett* Plaintiffs caused to be filed their Corrected Order of Partial Final Default Judgments on Behalf of *Burnett/Iran* Plaintiffs Identified at Exhibits A and B. *See* ECF No. 7872.  This Corrected Order addressed the Court's concerns by (1) correcting the date of the Declaration of John M. Eubanks to February 4, 2020 (*see* ECF No. 5840), and (2) included the appropriate exhibits.

      I write today to address any questions or concerns the Court may have regarding those submissions.



June 29, 2022
Page 2

    Respectfully submitted,

    John M. Eubanks

cc: All counsel of record (via CM/ECF)