# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to: *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD)(SN)

## PLAINTIFFS' REMOVAL OF PARTIES AGAINST THE TALIBAN PURSUANT TO CASE MANAGEMENT ORDER #2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Case Management Order #2, ¶ 12, ECF No. 247, and Federal Rule of Civil Procedure 15(d), as applied to Plaintiffs in the above-referenced matter through this Court's May 4, 2022 Order, ECF No. 7949, and as previously utilized for docket management, *see, e.g.*, ECF Nos. 3324, 3331, the Plaintiffs listed on Attachment A hereto are hereby dismissed without prejudice from this civil action. Undersigned counsel was informed this week that the Plaintiffs in Attachment A are already parties in *Smith v. Islamic Emirate of Afghanistan*, No. 01-cv-10132, a case against the Taliban added to this MDL on June 10, 2022, ECF No. 8086, after the undersigned had filed the Motion to Add Additional Parties Against the Taliban, ECF No. 7654.

Dated:   New York, New York    Respectfully submitted,
        June 30, 2022

                                    /s/ Jerry S. Goldman
                                    ANDERSON KILL P.C.
                                    Jerry S. Goldman, Esq.
                                    Hon. Ethan Greenberg (ret.)
                                    Bruce E. Strong, Esq.
                                    Alexander Greene, Esq.
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    Tel:  (212) 279-1000
                                    Fax: (212) 278-1733
                                    Email:  jgoldman@andersonkill.com
                                                  egreenberg@andersonkill.com
                                                  bstrong@andersonkill.com

agreene@andersonkill.com

*Attorneys for Plaintiffs*