**Attachment A**

| | Plaintiff Name | Name of 9/11 Decedent | Plaintiff's Relationship to 9/11 Decedent | ECF No. of Complaint Where Plaintiff Added Against the Taliban and Appendix 1 Paragraph No. |
|---|---|---|---|---|
| 1. | Andrew Soulas | Timothy Soulas | Child | ECF No. 8017, Appendix 1, ¶ 1715 |
| 2. | Christopher Soulas | Timothy Soulas | Child | ECF No. 8017, Appendix 1, ¶ 1716 |
| 3. | Katherine Soulas | Timothy Soulas | Spouse | ECF No. 8017, Appendix 1, ¶ 1717 |
| 4. | Katherine Soulas | Timothy Soulas | Personal Representative | ECF No. 8017, Appendix 1, ¶ 1718 |
| 5. | Matthew Soulas | Timothy Soulas | Child | ECF No. 8017, Appendix 1, ¶ 1719 |
| 6. | Timothy Soulas, Jr. | Timothy Soulas | Child | ECF No. 8017, Appendix 1, ¶ 1720 |
| 7. | Daniel Reid Soulas | Timothy Soulas | Child | ECF No. 8017, Appendix 1, ¶ 1721 |