UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Ryan, et al., v. Iran, et al.</u>, No. 20-cv-0266

The plaintiffs in <u>Ryan, et al., v. Iran, et al.</u>, No. 20-cv-0266, move to serve certain agents and instrumentalities of the Islamic Republic of Iran using the service procedures provided for by 28 U.S.C. § 1608(a)(4). This motion is granted.

The service provisions in this Order apply to the following defendants: the National Iranian Oil Company, the National Iranian Tanker Company, the National Iranian Gas Company, the National Iranian Petrochemical Company, Iran Airlines, Hezbollah, Ayatollah Ali Hoseini-Khamenei, Supreme Leader of Iran, in his official capacity, and the estate of Ali Akbar Hashemi Rafsanjani, Deceased, former Chairman of the Expediency Discernment Council and former President of Iran.

The Clerk of the Court is respectfully directed to dispatch the letters rogatory previously issued by the Court, Complaint, Summons, Notice of Suit, a copy of the text of the FSIA, Farsi translations of each document, and certificates of translation and an individual cover letter for each Defendant, provided by Plaintiffs' counsel, to the United States Department of State for diplomatic service on each of the defendants identified above. This shall be done according to the procedures for service on a foreign state or political subdivision set out in 28 U.S.C. §

1608(a)(4). The Clerk of the Court is further respectfully directed to record dispatching these materials on the docket.

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8155 and the related motion in <u>Ryan, et al., v. Iran, et al.</u>, No. 20-cv-0266, ECF No. 99.

**SO ORDERED.**

Dated: June 30, 2022
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge