UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)

## PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL FINAL JUDGMENT FOR DAMAGES ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBITS A

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") with the exhibits appended relating to damages, certain of the plaintiffs in the above-referenced matters who are identified in annexed Exhibits A-1 to A-2 (collectively, "Exhibits A") to the Goldman Declaration ("Moving Plaintiffs"), by and through their counsel, Anderson Kill P.C., respectfully move this Court for an ORDER:

(1) determining that service of process in the above-captioned matters was properly effected upon Defendant Islamic Republic of Iran ("Iran") in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;[1] AND,

(2) awarding the Moving Plaintiffs judgments against Iran as to damages in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *O'Neill*, *Burnett*, *Havlish*, *Ashton*, *Bauer*, and other cases; AND,

(3) an order determining that:

---

[1] This only applies for the plaintiff in this motion in the above-referenced 2018 matter.

docs-100429821.2                -1-

    (a) Joseph Dixon is the functional equivalent of a parent of DaJuan Hodges, who died in the Terrorist Attacks on September 11, 2001; AND,

    (b) Eric Johnson is the functional equivalent of a spouse of Janice Brown, who died in the Terrorist Attacks on September 11, 2001; AND,

    (c) Brian Wilkes is the functional equivalent of a spouse of Lorraine Antigua, who died in the terrorist attacks on September 11, 2001; and it is further

  (4) awarding solatium damages to the Moving Plaintiffs in the amounts of $12,500,000 per spouse and $8,500,000 per parent, as set forth in annexed Exhibits A; AND,

  (5) awarding the Moving Plaintiffs prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; AND,

  (6) granting the Moving Plaintiffs permission to seek punitive damages, economic damages, and other appropriate damages, at a later date; AND,

  (7) granting permission for all other Plaintiffs in these actions not appearing in annexed Exhibits A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed; AND,

  (8) granting to the Moving Plaintiffs such other and further relief as this Honorable Court deems just and proper.

 Plaintiffs' request is made in connection with the judgments on default as to liability entered against Iran as follows:

| CASE NAME | CASE NO. | DATE MOTION FOR LIABILITY WAS FILED | ECF NO. FOR MOTION FOR LIABILITY THAT WAS FILED | DATE MOTION FOR LIABILITY WAS GRANTED | ECF NO. FOR MOTION FOR LIABILITY THAT WAS GRANTED |
|---|---|---|---|---|---|
| *Marinella Hemenway, et al. v. Islamic Republic of Iran* | No. 1:18-cv-12277 (GBD)(SN) | 08/14/2019 | ECF No. 4856 | 09/03/2019 | ECF No. 5054 |
| *BNY Mellon, et al. v. Islamic Republic of Iran* | No. 1:19-cv-11767 (GBD)(SN) | 11/12/2021 | ECF No. 7329 | 01/04/2022 | ECF No. 7522 |

Dated: New York, New York
June 30, 2022

Respectfully submitted,

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Hon. Ethan Greenberg (Ret.)
Alexander Greene, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
         bstrong@andersonkill.com
         egreenberg@andersonkill.com
         agreene@andersonkill.com
*Attorneys for Plaintiffs*