# EXHIBITS A

**Ex. A-1**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | DaJuan | | Hodges | Joseph | W. | Dixon | | Parent | $8,500,000.00 |

| | | | | | | | | TOTAL | $8,500,000.00 |

docs-100501583.1

**Ex. A-2**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Lorraine | DelCarmen | Antigua | Brian | Josef | Wilkes |  | Spouse | $12,500,000.00 |
| 2. | Janice | Juloise | Brown | Eric | McDonald | Johnson |  | Spouse | $12,500,000.00 |

**TOTAL** — **$25,000,000.00**

docs-100501590.1