# EXHIBITS C

**Ex. C-1**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | DaJuan | | Hodges | Joseph | W. | Dixon | | Parent | $8,500,000.00 | 6/6/2022 | 8072 |

**TOTAL** $8,500,000.00

**Ex. C-2**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | Notice of Amendment DATE FILED | Notice of Amendment MDL ECF No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Janice | Juloise | Brown | Eric | McDonald | Johnson |  | Spouse | $12,500,000.00 | 6/6/2022 | 8073 |

**TOTAL** $12,500,000.00

docs-100501604.1