# EXHIBIT B

**Ex. B**
Intentionally Omitted

Page 1 of 1

docs-100419884.1