UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001          03 MDL 1570 (GBD) (SN)

------------------------- x

**This document relates to:**
*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.,*
Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.,*
Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.,* Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia,* Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-44 (GBD)(SN)

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF
## ALEXIS N. LILLY PRO HAC VICE

    I, Alexis N. Lilly, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Plaintiffs in the above-captioned actions.

    1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from South Carolina is attached.

I certify and attest, under the penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: July 1, 2022                                    Respectfully Submitted,

*Alexis Lilly*
Alexis N. Lilly
MOTLEY RICE
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9483
Facsimile: (843) 216-9450
Email: alilly@motleyrice.com

NOTARY ACKNOWLEDGMENT

State of South Carolina
County of Charleston

The foregoing was acknowledged before me this 1st day of July, 2022, by Megan Neubert.

*Megan E Neubert*                                     (SEAL)

Date of Expiration: 7/23/2023

MEGAN E. NEUBERT
Notary Public, State of South Carolina
My Commission Expires 7/23/2023