UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL.,<br><br>Plaintiffs-Judgment Creditors,<br><br>v.<br><br>OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC;<br><br>Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**NOTICE OF MOTION TO QUASH DEPOSITION SUBPOENA**

PLEASE TAKE NOTICE that the undersigned attorneys for Respondents Oaktree Capital Management, L.P., Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan, LLC (collectively, "Respondents"), for the reasons stated in the accompanying memorandum of law and supporting declaration thereto, and upon all prior pleadings and proceedings in this matter, will move this Court before the Honorable Sarah Netburn, United States Magistrate Judge, United States Courthouse, 40 Foley Square, New York, New York, for an order pursuant to Rule 45 of the Federal Rules of Civil Procedure quashing the subpoena to testify at a deposition issued on June 23, 2022, and granting such other and further relief as is just and proper.

Dated: New York, New York
      July 1, 2022

                                    SEWARD & KISSEL LLP

By: *s/ Bruce G. Paulsen*

Bruce G. Paulsen
Brian P. Maloney
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
paulsen@sewkis.com
maloney@sewkis.com