UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL.,<br><br>    Plaintiffs-Judgment Creditors,<br><br>v.<br><br>OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC;<br><br>    Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

## DECLARATION OF BRIAN P. MALONEY

I, Brian P. Maloney, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am counsel at the law firm of Seward & Kissel LLP, counsel for non-party Respondents Oaktree Capital Management, L.P., Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan, LLC (the "Respondents") in the above-captioned action and submit this declaration in support of the Respondents' Motion to Quash the deposition subpoena issued June 23, 2022 by the Hoglan Creditors.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| 1 | Subpoena to Testify at Deposition, dated June 23, 2022 |
| 2 | Letter from Lee Wolosky to Brian P. Maloney, dated June 3, 2022 |

2

| Exhibit | Document |
|---------|----------|
| 3 | Letter from Brian P. Maloney to Lee Wolosky, dated June 15, 2022 |

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
July 1, 2022

                                                  *s/ Brian P. Maloney*

                                                  Brian P. Maloney