# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS           :
 ON SEPTEMBER 11, 2001        :
                          :      **03 MDL 1570 (GBD)(SN)**
                          :
                          :
-------------------------------------------------------------------x
**This Document Relates to:**
**Hoglan, et al. v. Iran, et al.**
**1:11-cv-07550 (GBD)(SN)**

**SUBPOENA TO TESTIFY AT DEPOSITION**

**TO:**   **Oaktree Capital Management LP**
       **Fleetscape Capital Holdings Limited**
       **Fleetscape Suez Rajan, LLC**

     **WHEREAS**, in an action in the United States District Court for the Southern District of

New York, Case Number 11-CV-7550, between Plaintiffs-Judgment Creditors Estate of Alice

Hoglan, et al. ("the Hoglan Creditors"), and Defendants-Judgment Debtors Iran, et al. ("the

Judgment Debtors")[1], a final judgment was entered on February 26, 2018 in favor of the Hoglan

Creditors and against the Judgment Debtors, awarding the Hoglan Creditors $3,610,326,671, in

addition to prejudgment and postjudgment interest, of which $3,458,640,585.46 remains

uncollected, due, and unpaid;

     **WHEREAS,** it is believed that Oaktree Capital Management LP, Fleetscape Capital

Holdings Limited, and Fleetscape Suez Rajan, LLC ("Respondents") are in possession or custody

---

[1] The full list of Defendants-Judgment Debtors is as follows: Islamic Republic of Iran, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi Rafsanjani, Iran's Ministry of Information and Security, Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, Iran's Ministry of Economic Affairs and Finance, Iran's Ministry of Commerce, Iran's Ministry of Defense and Armed Forces Logistics, Central Bank of Iran a.k.a. Bank Markazi, National Iranian Petrochemical Company, National Iranian Oil Company, National Iranian Tanker Company, National Iranian Gas Company, Iran Air, and Hezbollah.

of certain property in which the Judgment Debtors have an interest, including property aboard the tanker vessel SUEZ RAJAN (IMO: 9524475);

**NOW, THEREFORE, WE COMMAND YOU**, pursuant to Rule 69(a)(2) of the Federal Rules of Civil Procedure and Sections 5223 and 5224 of the New York C.P.L.R., to produce Mr. Martin Graham, a Managing Director with Fleetscape Capital Limited and Oaktree Capital Management, for deposition on oral examination at the time and place indicated below.

**PLACE:** Jenner & Block LLP, 1155 Avenue of the Americas, New York, New York 10036, or pursuant to Fed. R. Civ. P. 30(b)(4), via remote means.

**TIME:**  July 5, 2022 at 9:30 a.m.

**TAKE NOTICE THAT** failure to comply with this subpoena is punishable as a contempt of court.

Dated: June 23, 2022                          Respectfully submitted,


By: /s/ Lee Wolosky

Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com


*Counsel to Judgment Creditors*
*Estate of Alice Hoglan, et al.*