# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Ebony Williams (n/k/a Ebony Williams Bobbitt) was duly sworn and admitted as an attorney in this state on October 13, 2020, and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY *Brenda J. Shealy*
CHIEF DEPUTY CLERK

Columbia, South Carolina

June 17, 2022