UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*O'Neill, et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *O'Neill* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *O'Neill* case.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100502753.1

## EXHIBIT A to *O'Neill* Motion to Substitute Parties

| | Previous Personal Representative or Claimant: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Dorothy O'Neill | 1:04-cv-01076 | Christine O'Neill, as Personal Representative of the Estate of Dorothy O'Neill, deceased, the late parent of John P. O'Neill, Sr. | NJ | John P. O'Neill, Sr. |
| 2. | Christine O'Neill and John P. O'Neill, Jr., as the co-Personal Representatives of the Estate of John P. O'Neill, Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. O'Neill, Sr. | 1:04-cv-01076 | Christine O'Neill, as the Personal Representative of the Estate of John P. O'Neill, Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. O'Neill, Sr. | NJ | John P. O'Neill, Sr. |
| 3. | Karen Pabon and Gia L. Morris-Kern, as the co-Personal Representatives of the Estate of Israel Pabon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon | 1:04-cv-01076 | Karen Pabon, as the Personal Representative of the Estate of Israel Pabon deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon | NJ | Israel Pabon |

docs-100502753.1

| | | | | | |
|---|---|---|---|---|---|
| 4. | John Doe 123, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | 1:04-cv-01076 | Robert Lawson, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | MD | Cecelia E. Richard |
| 5. | John Doe 104, as Personal Representative of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes | 1:04-cv-01076 | Russell Barnes and Daniel Barnes, as co-Personal Representatives of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes | NY & FL | Matthew Barnes |

docs-100502753.1