**Ex. B**

Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Gordon | McCannel | Aamoth | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5845 | # 8017 |
| 2. | Laurence | C. | Abel | $709,220.00 | $2,000,000.00 | $2,709,220.00 | $8,127,660.00 | # 5933 | # 8017 |
| 3. | (Lt.) Brian | G. | Ahearn | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5845 | # 8017 |
| 4. | Shabbir | | Ahmed | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5843 | # 8017 |
| 5. | Gary | | Albero | $8,724,313.00 | $2,000,000.00 | $10,724,313.00 | $32,172,939.00 | # 5933 | # 8017 |
| 6. | Jacquelyn | D. | Aldridge | $866,223.00 | $2,000,000.00 | $2,866,223.00 | $8,598,669.00 | # 5843 | # 8017 |
| 7. | Richard | L. | Allen | $1,042,427.00 | $2,000,000.00 | $3,042,427.00 | $9,127,281.00 | # 5843 | # 8017 |
| 8. | Janet | | Alonso | $4,370,828.00 | $6,370,828.00 | $6,370,828.00 | $19,112,484.00 | # 5843 | # 8017 |
| 9. | Joseph | | Amatuccio | $5,016,125.00 | $2,000,000.00 | $7,016,125.00 | $21,048,375.00 | # 5843 | # 8017 |
| 10. | Craig | Scott | Amundson | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |

---

* For three (3) plaintiff estates marked with an *, the estate previously obtained a judgment against the Islamic Republic of Iran and since that time, the personal representative of the estate has passed away. We are working with next of kin to have a successor personal representative appointed, and/or are awaiting appropriate paperwork to confirm that a petition has been filed or letters have been issued by a court of competent jurisdiction.

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Joshua | | Aron | $5,606,165.00 | $2,000,000.00 | $7,606,165.00 | $22,818,495.00 | # 5876 | # 8017 |
| 12. | Carl | | Asaro | $2,719,191.00 | $2,000,000.00 | $4,719,191.00 | $14,157,573.00 | # 5843 | # 8017 |
| 13. | James | | Audiffred | $2,212,310.00 | $2,000,000.00 | $4,212,310.00 | $12,636,930.00 | # 5843 | # 8017 |
| 14. | Louis | F. | Aversano | $1,819,891.00 | $2,000,000.00 | $3,819,891.00 | $11,459,673.00 | # 5933 | # 8017 |
| 15. | Samuel | | Ayala | $1,536,006.00 | $2,000,000.00 | $3,536,006.00 | $10,608,018.00 | # 5933 | # 8017 |
| 16. | Arlene | T. | Babakitis | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5845 | # 8017 |
| 17. | Robert | J. | Baierwalter | $2,692,685.00 | $2,000,000.00 | $4,692,685.00 | $14,078,055.00 | # 5843 | # 8017 |
| 18. | Matthew | | Barnes | $4,850,778.00 | $2,000,000.00 | $6,850,778.00 | $20,552,334.00 | # 5843 | # 8017 |
| 19. | Sheila | P. | Barnes | $535,215.00 | $2,000,000.00 | $2,535,215.00 | $7,605,645.00 | # 5843 | # 8017 |
| 20. | Renee | | Barrett-Arjune | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 21. | Eric | L. | Bennett | $5,105,420.00 | $2,000,000.00 | $7,105,420.00 | $21,316,260.00 | # 5933 | # 8017 |
| 22. | Michael | A. | Boccardi | $4,291,363.00 | $2,000,000.00 | $6,291,363.00 | $18,874,089.00 | # 5843 | # 8017 |
| 23. | John | Paul | Bocchi | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 24. | Mary | Catherine | Boffa | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |

docs-100502993.1

| | DECENT First Name* | DECENT Middle Name | DECENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 25. | Frank | J. | Bonomo | $3,241,147.00 | $2,000,000.00 | $5,241,147.00 | $15,723,441.00 | # 5933 | # 8017 |
| 26. | Donna | | Bowen | $1,270,558.00 | $2,000,000.00 | $3,270,558.00 | $9,811,674.00 | # 5843 | # 8017 |
| 27. | Veronique* | N. | Bowers | $3,203,673.00 | $2,000,000.00 | $5,203,673.00 | $15,611,019.00 | # 5843 | # 8017 |
| 28. | Gary | L. | Bright | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5933 | # 8017 |
| 29. | Mark | Francis | Broderick | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 30. | Daniel | M. | Caballero | $1,404,867.00 | $2,000,000.00 | $3,404,867.00 | $10,214,601.00 | # 5843 | # 8017 |
| 31. | Brian | | Cachia | $2,416,320.00 | $2,000,000.00 | $4,416,320.00 | $13,248,960.00 | # 5843 | # 8017 |
| 32. | Salvatore | B. | Calabro | $3,799,639.00 | $2,000,000.00 | $5,799,639.00 | $17,398,917.00 | # 5876 | # 8017 |
| 33. | Felix | | Calixte | $931,052.00 | $2,000,000.00 | $2,931,052.00 | $8,793,156.00 | # 5843 & # 7521 | # 8017 |
| 34. | Francis | J. | Callahan | $1,616,396.00 | $2,000,000.00 | $3,616,396.00 | $10,849,188.00 | # 5876 | # 8017 |
| 35. | Roko | | Camaj | $932,130.00 | $2,000,000.00 | $2,932,130.00 | $8,796,390.00 | # 5876 | # 8017 |
| 36. | James | | Carson | $3,836,021.00 | $2,000,000.00 | $5,836,021.00 | $17,508,063.00 | # 5843 | # 8017 |
| 37. | Angelene | C. | Carter | $1,248,607.00 | $2,000,000.00 | $3,248,607.00 | $9,745,821.00 | # 7521 | # 8017 |
| 38. | Vivian | | Casalduc | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5845 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 39. | Paul | R. | Cascio | $3,243,808.00 | $2,000,000.00 | $5,243,808.00 | $15,731,424.00 | # 5876 | # 8017 |
| 40. | Alejandro | | Castano | $1,306,714.00 | $2,000,000.00 | $3,306,714.00 | $9,920,142.00 | # 5933 | # 8017 |
| 41. | Ana | M. | Centeno | $2,817,552.00 | $2,000,000.00 | $4,817,552.00 | $14,452,656.00 | # 5933 | # 8017 |
| 42. | Alexander | Anthony | Centro | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 43. | John | | Chada | $516,276.00 | $2,000,000.00 | $2,516,276.00 | $7,548,828.00 | # 5843 | # 8017 |
| 44. | Vernon* | P. | Cherry | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5843 | # 8017 |
| 45. | Mohammed | S. | Chowdhury | $2,946,322.00 | $2,000,000.00 | $4,946,322.00 | $14,838,966.00 | # 5933 | # 8017 |
| 46. | Edna | | Cintron | $1,174,415.00 | $2,000,000.00 | $3,174,415.00 | $9,523,245.00 | # 5933 | # 8017 |
| 47. | Benjamin | K. | Clark | $2,279,881.00 | $2,000,000.00 | $4,279,881.00 | $12,839,643.00 | # 5843 | # 8017 |
| 48. | Donna | | Clarke | $1,050,041.00 | $2,000,000.00 | $3,050,041.00 | $9,150,123.00 | # 5843 | # 8017 |
| 49. | Kevin | F. | Cleary | $3,315,667.00 | $2,000,000.00 | $5,315,667.00 | $15,947,001.00 | # 5933 | # 8017 |
| 50. | Geoffrey | | Cloud | $10,692,768.00 | $2,000,000.00 | $12,692,768.00 | $38,078,304.00 | # 5843 | # 8017 |
| 51. | Florence | | Cohen | $78,787.00 | $2,000,000.00 | $2,078,787.00 | $6,236,361.00 | # 5843 | # 8017 |
| 52. | Brenda | E. | Conway | $1,960,919.00 | $2,000,000.00 | $3,960,919.00 | $11,882,757.00 | # 5843 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Zandra | Marie | Cooper Ploger | $2,200,273.00 | $2,000,000.00 | $4,200,273.00 | $12,600,819.00 | # 5852 | # 8017 |
| 54. | Alejandro | | Cordero | $822,198.00 | $2,000,000.00 | $2,822,198.00 | $8,466,594.00 | # 5843 | # 8017 |
| 55. | Georgine | R. | Corrigan | $6,410,658.00 | $2,000,000.00 | $8,410,658.00 | $25,231,974.00 | # 5125 | # 8017 |
| 56. | Digna | Alexandra | Costanza | $1,935,156.00 | $2,000,000.00 | $3,935,156.00 | $11,805,468.00 | # 5843 | # 8017 |
| 57. | Charles | | Costello | $1,302,063.00 | $2,000,000.00 | $3,302,063.00 | $9,906,189.00 | # 5845 | # 8017 |
| 58. | Timothy | John | Coughlin | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 59. | James | R. | Coyle | $2,526,682.00 | $2,000,000.00 | $4,526,682.00 | $13,580,046.00 | # 5843 | # 8017 |
| 60. | Kenneth | J. | Cubas | $2,240,468.00 | $2,000,000.00 | $4,240,468.00 | $12,721,404.00 | # 5843 | # 8017 |
| 61. | Michael | | Curtin | $2,966,495.00 | $2,000,000.00 | $4,966,495.00 | $14,899,485.00 | # 5933 | # 8017 |
| 62. | John | | D'Allara | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 63. | Annette | A. | Dataram | $1,714,081.00 | $2,000,000.00 | $3,714,081.00 | $11,142,243.00 | # 5876 | # 8017 |
| 64. | Lawrence | | Davidson | $684,597.00 | $2,000,000.00 | $2,684,597.00 | $8,053,791.00 | # 5933 | # 8017 |
| 65. | Emerita | | De La Pena | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 66. | Tara | | Debek | $3,076,174.00 | $2,000,000.00 | $5,076,174.00 | $15,228,522.00 | # 5845 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 67. | Gerald | F. | DeConto | $2,108,676.00 | $2,000,000.00 | $4,108,676.00 | $12,326,028.00 | # 5843 | # 8017 |
| 68. | Francis | Albert | DeMartini | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |
| 69. | Jose | | Depena | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5845 | # 8017 |
| 70. | David | P. | DeRubbio | $3,207,919.00 | $2,000,000.00 | $5,207,919.00 | $15,623,757.00 | # 5876 | # 8017 |
| 71. | Andrew | | Desperito | $3,592,905.00 | $2,000,000.00 | $5,592,905.00 | $16,778,715.00 | # 5876 | # 8017 |
| 72. | Dennis | L. | Devlin | $2,127,428.00 | $2,000,000.00 | $4,127,428.00 | $12,382,284.00 | # 5919 | # 8017 |
| 73. | Matthew | | Diaz | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5933 | # 8017 |
| 74. | Judith | Berquis | Diaz-Sierra | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 75. | Patricia | F. | DiChiaro | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5933 | # 8017 |
| 76. | John | Joseph | Doherty | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 77. | Kevin | Christopher | Dowdell | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 78. | Luke* | | Dudek | $797,841.00 | $2,000,000.00 | $2,797,841.00 | $8,393,523.00 | # 5919 | # 8017 |
| 79. | Patrick | Thomas | Dwyer | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 80. | Edward | T. | Earhart | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5847 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 81. | Dean | Phillip | Eberling | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 82. | Dennis | Michael | Edwards | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 83. | John | E. | Eichler | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5847 | # 8017 |
| 84. | Ulf | Ramm | Ericson | $600,995.00 | $2,000,000.00 | $2,600,995.00 | $7,802,985.00 | # 5847 | # 8017 |
| 85. | Sadie | | Ette | $1,023,792.00 | $2,000,000.00 | $3,023,792.00 | $9,071,376.00 | # 5919 | # 8017 |
| 86. | Catherine | K. | Fagan | $602,994.00 | $2,000,000.00 | $2,602,994.00 | $7,808,982.00 | # 5847 | # 8017 |
| 87. | Thomas | | Farino | $6,454,069.00 | $2,000,000.00 | $8,454,069.00 | $25,362,207.00 | # 5919 | # 8017 |
| 88. | Elizabeth | A. | Farmer | $121,183.00 | $2,000,000.00 | $2,121,183.00 | $6,363,549.00 | # 5847 | # 8017 |
| 89. | Wendy | Ruth | Faulkner | $3,967,999.00 | $2,000,000.00 | $5,967,999.00 | $17,903,997.00 | # 7527 | # 8017 |
| 90. | Francis | J. | Feely | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5919 | # 8017 |
| 91. | Sean | B. | Fegan | $2,373,119.00 | $2,000,000.00 | $4,373,119.00 | $13,119,357.00 | # 5919 | # 8017 |
| 92. | Rosa | Maria | Feliciano | $2,306,794.00 | $2,000,000.00 | $4,306,794.00 | $12,920,382.00 | # 5847 | # 8017 |
| 93. | Samuel | | Fields | $2,434,137.00 | $2,000,000.00 | $4,434,137.00 | $13,302,411.00 | # 5919 | # 8017 |
| 94. | Timothy | Joseph | Finnerty | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Stephen | J. | Fiorelli | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 96. | Andrew | | Fisher | $1,548,536.00 | $2,000,000.00 | $3,548,536.00 | $10,645,608.00 | # 5847 | # 8017 |
| 97. | John | Roger | Fisher | $3,746,255.00 | $2,000,000.00 | $5,746,255.00 | $17,238,765.00 | # 5847 | # 8017 |
| 98. | Carl | Martin | Flickinger | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 99. | John | J. | Florio | $4,912,017.00 | $2,000,000.00 | $6,912,017.00 | $20,736,051.00 | # 5847 | # 8017 |
| 100. | Stephen | M. | Fogel | $4,900,633.00 | $2,000,000.00 | $6,900,633.00 | $20,701,899.00 | # 5919 | # 8017 |
| 101. | Donald | A. | Foreman | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5919 | # 8017 |
| 102. | Sandra | N. | Foster | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5845 | # 8017 |
| 103. | Virginia | E. | Fox | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5876 | # 8017 |
| 104. | Virgin | | Francis | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5847 | # 8017 |
| 105. | Peter | | Frank | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |
| 106. | Tamitha | | Freeman | $2,446,949.00 | $2,000,000.00 | $4,446,949.00 | $13,340,847.00 | # 5919 | # 8017 |
| 107. | Brett | O. | Freiman | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5919 | # 8017 |
| 108. | Paul | | Friedman | $5,508,506.00 | $2,000,000.00 | $7,508,506.00 | $22,525,518.00 | # 5876 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 109. | Fredric | Neal | Gabler | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |
| 110. | Thomas | | Gambino | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 111. | Julie | M. | Geis | $4,529,827.00 | $2,000,000.00 | $6,529,827.00 | $19,589,481.00 | # 5919 | # 8017 |
| 112. | Steven | Gregory | Genovese | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 113. | Michelle | H. | Goldstein | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5845 | # 8017 |
| 114. | Jenine | | Gonzalez | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5847 | # 8017 |
| 115. | Harry | | Goody | $1,197,901.00 | $2,000,000.00 | $3,197,901.00 | $9,593,703.00 | # 5847 | # 8017 |
| 116. | Lisa | F. | Gordenstein | $8,160,941.00 | $2,000,000.00 | $10,160,941.00 | $30,482,823.00 | # 5919 | # 8017 |
| 117. | Jon | R. | Grabowski | $8,073,992.00 | $2,000,000.00 | $10,073,992.00 | $30,221,976.00 | # 5919 | # 8017 |
| 118. | Gilbert | | Granados | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5919 | # 8017 |
| 119. | Tara | McCloud | Gray | $2,381,333.00 | $2,000,000.00 | $4,381,333.00 | $13,143,999.00 | # 5919 | # 8017 |
| 120. | Derrick | A. | Green | $588,936.00 | $2,000,000.00 | $2,588,936.00 | $7,766,808.00 | # 5919 | # 8017 |
| 121. | Wanda | | Green | $688,245.00 | $2,000,000.00 | $2,688,245.00 | $8,064,735.00 | # 5847 & # 7521 | # 8017 |
| 122. | John | M. | Griffin | $5,674,787.00 | $2,000,000.00 | $7,674,787.00 | $23,024,361.00 | # 5919 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 123. | Ramon | | Grijalvo | $876,631.00 | $2,000,000.00 | $2,876,631.00 | $8,629,893.00 | # 5876 | # 8017 |
| 124. | Kenneth | | Grouzalis | $1,171,657.00 | $2,000,000.00 | $3,171,657.00 | $9,514,971.00 | # 5847 | # 8017 |
| 125. | Robert | | Gschaar | $1,785,745.00 | $2,000,000.00 | $3,785,745.00 | $11,357,235.00 | # 5876 | # 8017 |
| 126. | Nezam | | Hafiz | $2,099,060.00 | $2,000,000.00 | $4,099,060.00 | $12,297,180.00 | # 5919 | # 8017 |
| 127. | Diane | | Hale-McKinzy | $1,695,114.00 | $2,000,000.00 | $3,695,114.00 | $11,085,342.00 | # 5876 | # 8017 |
| 128. | Vincent | Gerard | Halloran | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 129. | Carolyn | | Halmon | $1,202,347.00 | $2,000,000.00 | $3,202,347.00 | $9,607,041.00 | # 5919 | # 8017 |
| 130. | Mohammad | S. | Hamdani | $3,066,133.00 | $2,000,000.00 | $5,066,133.00 | $15,198,399.00 | # 5919 | # 8017 |
| 131. | Thomas | | Haskell | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5876 | # 8017 |
| 132. | Joseph | John | Hasson | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 133. | Roberta | B. | Heber | $788,942.00 | $2,000,000.00 | $2,788,942.00 | $8,366,826.00 | # 5919 | # 8017 |
| 134. | Ronald | John | Hemenway | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5865 | # 8017 |
| 135. | DaJuan | | Hodges | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |
| 136. | Charles | J. | Houston | $3,513,822.00 | $2,000,000.00 | $5,513,822.00 | $16,541,466.00 | # 5919 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Jennifer | L. | Howley | $5,436,765.00 | $2,000,000.00 | $7,436,765.00 | $22,310,295.00 | # 5919 | # 8017 |
| 138. | Marian | R. | Hrycak | $375,595.00 | $2,000,000.00 | $2,375,595.00 | $7,126,785.00 | # 5919 | # 8017 |
| 139. | Lamar | D. | Hulse | $466,975.00 | $2,000,000.00 | $2,466,975.00 | $7,400,925.00 | # 5919 | # 8017 |
| 140. | Kathleen | Anne | Hunt-Casey | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 141. | Peggie | | Hurt | $1,025,879.00 | $2,000,000.00 | $3,025,879.00 | $9,077,637.00 | # 5847 | # 8017 |
| 142. | Stephen | N. | Hyland | $1,717,572.00 | $2,000,000.00 | $3,717,572.00 | $11,152,716.00 | # 5919 & # 7521 | # 8017 |
| 143. | Paul | William | Innella | $2,374,462.00 | $2,000,000.00 | $4,374,462.00 | $13,123,386.00 | # 7527 | # 8017 |
| 144. | Ernest | | James | $725,225.00 | $2,000,000.00 | $2,725,225.00 | $8,175,675.00 | # 5919 | # 8017 |
| 145. | Maxima | | Jean-Pierre | $575,888.00 | $2,000,000.00 | $2,575,888.00 | $7,727,664.00 | # 5919 | # 8017 |
| 146. | Alva | Cynthia | Jeffries-Sanchez | $824,457.00 | $2,000,000.00 | $2,824,457.00 | $8,473,371.00 | # 5919 | # 8017 |
| 147. | Eliezer | | Jimenez | $2,449,162.00 | $2,000,000.00 | $4,449,162.00 | $13,347,486.00 | # 5929 | # 8017 |
| 148. | Brian | L. | Jones | $1,467,490.00 | $2,000,000.00 | $3,467,490.00 | $10,402,470.00 | # 5929 | # 8017 |
| 149. | Andrew | Brian | Jordan | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 150. | Paul | W. | Jurgens | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5919 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 151. | Jennifer | L. | Kane | $2,650,230.00 | $2,000,000.00 | $4,650,230.00 | $13,950,690.00 | # 5071 | # 8017 |
| 152. | Charles | Henry | Karczewski | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 153. | Lisa | | Kearney-Griffin | $1,721,425.00 | $2,000,000.00 | $3,721,425.00 | $11,164,275.00 | # 5929 | # 8017 |
| 154. | Paul | Hanlon | Keating | $1,487,799.00 | $2,000,000.00 | $3,487,799.00 | $10,463,397.00 | # 5929 & # 7521 | # 8017 |
| 155. | Brenda | | Kegler | $1,519,354.00 | $2,000,000.00 | $3,519,354.00 | $10,558,062.00 | # 5850 | # 8017 |
| 156. | Thomas | M. | Kelly | $4,973,020.00 | $2,000,000.00 | $6,973,020.00 | $20,919,060.00 | # 5850 | # 8017 |
| 157. | Thomas | W. | Kelly | $2,216,986.00 | $2,000,000.00 | $4,216,986.00 | $12,650,958.00 | # 5850 | # 8017 |
| 158. | Thomas | | Kennedy | $5,924,887.00 | $2,000,000.00 | $7,924,887.00 | $23,774,661.00 | # 5850 | # 8017 |
| 159. | Mary Jo | | Kimelman | $795,419.00 | $2,000,000.00 | $2,795,419.00 | $8,386,257.00 | # 5850 | # 8017 |
| 160. | Lucille | T. | King | $1,019,801.00 | $2,000,000.00 | $3,019,801.00 | $9,059,403.00 | # 5865 | # 8017 |
| 161. | Glenn | Davis | Kirwin | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 162. | Ronald | Philip | Kloepfer | $3,604,486.00 | $2,000,000.00 | $5,604,486.00 | $16,813,458.00 | # 7521 | # 8017 |
| 163. | Gary | E. | Koecheler | $1,359,475.00 | $2,000,000.00 | $3,359,475.00 | $10,078,425.00 | # 5850 | # 8017 |
| 164. | Patricia | A. | Kuras | $1,271,532.00 | $2,000,000.00 | $3,271,532.00 | $9,814,596.00 | # 5850 | # 8017 |

docs-100502993.1

| | DECENT First Name* | DECENT Middle Name | DECENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 165. | Angela | R. | Kyte | $4,702,378.00 | $2,000,000.00 | $6,702,378.00 | $20,107,134.00 | # 5850 | # 8017 |
| 166. | Thomas | | Langone | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 167. | Peter | | Langone | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 168. | Carol | Ann | LaPlante | $141,972.00 | $2,000,000.00 | $2,141,972.00 | $6,425,916.00 | # 5850 | # 8017 |
| 169. | Stephen | J. | Lauria | $2,176,645.00 | $2,000,000.00 | $4,176,645.00 | $12,529,935.00 | # 5850 | # 8017 |
| 170. | Nathaniel | | Lawson | $35,760.00 | $2,000,000.00 | $2,035,760.00 | $6,107,280.00 | # 5850 | # 8017 |
| 171. | Kenneth | Charles | Ledee | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |
| 172. | Matthew | Gerard | Leonard | $5,619,820.00 | $2,000,000.00 | $7,619,820.00 | $22,859,460.00 | # 7527 | # 8017 |
| 173. | Charles | A. | Lesperance | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5850 | # 8017 |
| 174. | Alisha | C. | Levin | $2,309,295.00 | $2,000,000.00 | $4,309,295.00 | $12,927,885.00 | # 5850 | # 8017 |
| 175. | Samantha | | Lightbourn-Allen | $1,077,853.00 | $2,000,000.00 | $3,077,853.00 | $9,233,559.00 | # 5850 | # 8017 |
| 176. | Robert | T. | Linnane | $1,691,123.00 | $2,000,000.00 | $3,691,123.00 | $11,073,369.00 | # 5929 | # 8017 |
| 177. | Nancy | | Liz | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5865 | # 8017 |
| 178. | Salvatore | | Lopes | $2,569,053.00 | $2,000,000.00 | $4,569,053.00 | $13,707,159.00 | # 5929 | # 8017 |

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 179. | George | | Lopez | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5850 | # 8017 |
| 180. | Edward | Hobbs | Luckett | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 181. | James | T. | Lynch | $733,840.00 | $2,000,000.00 | $2,733,840.00 | $8,201,520.00 | # 5929 | # 8017 |
| 182. | Jay | R. | Magazine | $3,054,443.00 | $2,000,000.00 | $5,054,443.00 | $15,163,329.00 | # 5929 | # 8017 |
| 183. | Charles | W. | Magee | $2,174,012.00 | $2,000,000.00 | $4,174,012.00 | $12,522,036.00 | # 5850 | # 8017 |
| 184. | Abdu | Ali | Malahi | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5929 | # 8017 |
| 185. | Francisco | M. | Mancini | $6,251,514.00 | $2,000,000.00 | $8,251,514.00 | $24,754,542.00 | # 5865 | # 8017 |
| 186. | Joseph | Ross | Marchbanks | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 187. | Edward | J. | Mardovich | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5929 | # 8017 |
| 188. | Louis | N. | Mariani | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7521 | # 8017 |
| 189. | Robert | G | Martinez | $1,762,042.00 | $2,000,000.00 | $3,762,042.00 | $11,286,126.00 | # 5850 | # 8017 |
| 190. | Ada | L. | Mason | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5929 | # 8017 |
| 191. | Margaret | E. | Mattic | $286,311.00 | $2,000,000.00 | $2,286,311.00 | $6,858,933.00 | # 5850 | # 8017 |
| 192. | Dean | E. | Mattson | $1,051,944.00 | $2,000,000.00 | $3,051,944.00 | $9,155,832.00 | # 5929 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 193. | Timothy | Joseph | Maude | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 194. | Nancy | | Mauro | $1,675,560.00 | $2,000,000.00 | $3,675,560.00 | $11,026,680.00 | # 5929 | # 8017 |
| 195. | Kathy | Nancy | Mazza | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 196. | Robert | D. | McMahon | $4,456,591.00 | $2,000,000.00 | $6,456,591.00 | $19,369,773.00 | # 5929 | # 8017 |
| 197. | Walter | A. | McNeil | $1,049,789.00 | $2,000,000.00 | $3,049,789.00 | $9,149,367.00 | # 5850 | # 8017 |
| 198. | Terence | Augustine | McShane | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 199. | Christopher | D. | Mello | $8,198,648.00 | $2,000,000.00 | $10,198,648.00 | $30,595,944.00 | # 5850 | # 8017 |
| 200. | Wesley | | Mercer | $808,899.00 | $2,000,000.00 | $2,808,899.00 | $8,426,697.00 | # 5929 | # 8017 |
| 201. | Major Ronald | D. | Milam | $4,998,233.00 | $2,000,000.00 | $6,998,233.00 | $20,994,699.00 | # 5876 | # 8017 |
| 202. | Douglas | C. | Miller | $6,231,751.00 | $2,000,000.00 | $8,231,751.00 | $24,695,253.00 | # 5876 | # 8017 |
| 203. | Philip | D. | Miller | $1,957,405.00 | $2,000,000.00 | $3,957,405.00 | $11,872,215.00 | # 7523 | # 8017 |
| 204. | Frank | Vincent | Moccia | $634,648.00 | $2,000,000.00 | $2,634,648.00 | $7,903,944.00 | # 5850 | # 8017 |
| 205. | Carlos | A. | Montoya | $3,964,595.00 | $2,000,000.00 | $5,964,595.00 | $17,893,785.00 | # 5850 & # 7521 | # 8017 |
| 206. | (Capt.) Thomas | | Moody | $4,373,088.00 | $2,000,000.00 | $6,373,088.00 | $19,119,264.00 | # 5852 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 207. | Paula | E. | Morales | $1,344,941.00 | $2,000,000.00 | $3,344,941.00 | $10,034,823.00 | # 5852 | # 8017 |
| 208. | Gerard | | Moran | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7521 | # 8017 |
| 209. | John | | Moran | $7,218,555.00 | $2,000,000.00 | $9,218,555.00 | $27,655,665.00 | # 5876 | # 8017 |
| 210. | Steven | | Morello | $858,033.00 | $2,000,000.00 | $2,858,033.00 | $8,574,099.00 | # 5850 | # 8017 |
| 211. | Vincent | Scott | Morello | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 212. | Richard | S. | Morgan | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 213. | Odessa | V. | Morris | $1,344,649.00 | $2,000,000.00 | $3,344,649.00 | $10,033,947.00 | # 5928 | # 8017 |
| 214. | Ferdinand | | Morrone | $2,931,150.00 | $2,000,000.00 | $4,931,150.00 | $14,793,450.00 | # 5928 | # 8017 |
| 215. | Jude | | Moussa | $2,126,058.00 | $2,000,000.00 | $4,126,058.00 | $12,378,174.00 | # 5928 | # 8017 |
| 216. | Dennis | M. | Mulligan | $2,868,783.00 | $2,000,000.00 | $4,868,783.00 | $14,606,349.00 | # 5928 | # 8017 |
| 217. | Patrick | J. | Murphy | $4,933,016.00 | $2,000,000.00 | $6,933,016.00 | $20,799,048.00 | # 5876 | # 8017 |
| 218. | James | Francis | Murphy | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 219. | Valerie | V. | Murray | $76,971.00 | $2,000,000.00 | $2,076,971.00 | $6,230,913.00 | # 5928 | # 8017 |
| 220. | Mario | | Nardone | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5852 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 221. | Joseph | Michael | Navas | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 222. | Luke | Gerard | Nee | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 223. | Michele | Ann | Nelson | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 224. | Oscar | F. | Nesbitt | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5928 | # 8017 |
| 225. | Gerard | T. | Nevins | $3,439,128.00 | $2,000,000.00 | $5,439,128.00 | $16,317,384.00 | # 5928 | # 8017 |
| 226. | Nancy | Yuen | Ngo | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5928 | # 8017 |
| 227. | Keith | Kevin | O'Connor | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 228. | Joseph | J. | Ogren | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5865 | # 8017 |
| 229. | Samuel | | Oitice | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5865 | # 8017 |
| 230. | Margaret | | Orloske | $1,768,754.00 | $2,000,000.00 | $3,768,754.00 | $11,306,262.00 | # 5928 | # 8017 |
| 231. | Virginia | | Ormiston | $3,506,278.00 | $2,000,000.00 | $5,506,278.00 | $16,518,834.00 | # 5852 | # 8017 |
| 232. | Paul | | Ortiz | $5,000,863.00 | $2,000,000.00 | $7,000,863.00 | $21,002,589.00 | # 5852 | # 8017 |
| 233. | David | | Ortiz | $2,509,759.00 | $2,000,000.00 | $4,509,759.00 | $13,529,277.00 | # 5928 | # 8017 |
| 234. | Patrick | John | O'Shea | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 235. | Isidro | D. | Ottenwalder | $2,455,057.00 | $2,000,000.00 | $4,455,057.00 | $13,365,171.00 | # 5928 | # 8017 |
| 236. | Adianes | | Oyola | $3,635,324.00 | $2,000,000.00 | $5,635,324.00 | $16,905,972.00 | # 5852 | # 8017 |
| 237. | Israel | | Pabon | $1,432,971.00 | $2,000,000.00 | $3,432,971.00 | $10,298,913.00 | # 5928 | # 8017 |
| 238. | Chin | Sun | Pak Wells | $1,445,233.00 | $2,000,000.00 | $3,445,233.00 | $10,335,699.00 | # 5928 | # 8017 |
| 239. | Orio | J. | Palmer | $6,181,570.00 | $2,000,000.00 | $8,181,570.00 | $24,544,710.00 | # 5852 | # 8017 |
| 240. | Michael | | Parkes | $3,292,464.00 | $2,000,000.00 | $5,292,464.00 | $15,877,392.00 | # 5852 | # 8017 |
| 241. | James | | Patrick | $5,661,480.00 | $2,000,000.00 | $7,661,480.00 | $22,984,440.00 | # 5865 | # 8017 |
| 242. | Richard | A. | Pearlman | $1,197,393.00 | $2,000,000.00 | $3,197,393.00 | $9,592,179.00 | # 5928 | # 8017 |
| 243. | Salvatore | F. | Pepe | $2,364,224.00 | $2,000,000.00 | $4,364,224.00 | $13,092,672.00 | # 5852 | # 8017 |
| 244. | Robert | David | Peraza | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 245. | Nancy | E. | Perez | $947,748.00 | $2,000,000.00 | $2,947,748.00 | $8,843,244.00 | # 5928 | # 8017 |
| 246. | Emelda | | Perry | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5928 | # 8017 |
| 247. | Glenn | | Perry | $3,185,196.00 | $2,000,000.00 | $5,185,196.00 | $15,555,588.00 | # 5928 | # 8017 |
| 248. | William | R. | Peterson | $1,357,663.00 | $2,000,000.00 | $3,357,663.00 | $10,072,989.00 | # 5928 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 249. | Glen | | Pettit | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5928 | # 8017 |
| 250. | Tu-Anh | | Pham | $8,152,540.00 | $2,000,000.00 | $10,152,540.00 | $30,457,620.00 | # 5928 | # 8017 |
| 251. | Kenneth | | Phelan | $4,297,920.00 | $2,000,000.00 | $6,297,920.00 | $18,893,760.00 | # 5852 | # 8017 |
| 252. | Robert | R. | Ploger | $1,103,993.00 | $2,000,000.00 | $3,103,993.00 | $9,311,979.00 | # 5852 | # 8017 |
| 253. | Giovanna | | Porras | $1,047,730.00 | $2,000,000.00 | $3,047,730.00 | $9,143,190.00 | # 5928 | # 8017 |
| 254. | Robert | D. | Pugliese | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5928 | # 8017 |
| 255. | Joseph | J. | Pycior | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5852 | # 8017 |
| 256. | Lincoln | | Quappe | $4,199,138.00 | $2,000,000.00 | $6,199,138.00 | $18,597,414.00 | # 5928 | # 8017 |
| 257. | Carol | | Rabalais | $1,509,626.00 | $2,000,000.00 | $3,509,626.00 | $10,528,878.00 | # 5865 | # 8017 |
| 258. | Laura | | Ragonese-Snik | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5865 | # 8017 |
| 259. | Maria | Isabel | Ramirez | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 260. | Deborah | | Ramsaur | $1,718,491.00 | $2,000,000.00 | $3,718,491.00 | $11,155,473.00 | # 5928 | # 8017 |
| 261. | Richard | C. | Rescorla | $946,821.00 | $2,000,000.00 | $2,946,821.00 | $8,840,463.00 | # 5853 | # 8017 |
| 262. | Martha | M. | Reszke | $948,293.00 | $2,000,000.00 | $2,948,293.00 | $8,844,879.00 | # 5928 | # 8017 |

docs-100502993.1

| | DECENDENT First Name* | DECENDENT Middle Name | DECENDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 263. | David | Eliot | Retik | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 264. | Luis | Clodoaldo | Revilla Mier | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5850 | # 8017 |
| 265. | John | | Rhodes | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7521 | # 8017 |
| 266. | Francis | | Riccardelli | $6,146,029.00 | $2,000,000.00 | $8,146,029.00 | $24,438,087.00 | # 5928 | # 8017 |
| 267. | Eileen | M. | Rice | $1,189,758.00 | $2,000,000.00 | $3,189,758.00 | $9,569,274.00 | # 5928 | # 8017 |
| 268. | Cecelia | E. | Richard | $1,329,226.00 | $2,000,000.00 | $3,329,226.00 | $9,987,678.00 | # 5852 | # 8017 |
| 269. | Vernon | A. | Richard | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5865 | # 8017 |
| 270. | Venesha | | Richards | $3,096,981.00 | $2,000,000.00 | $5,096,981.00 | $15,290,943.00 | # 5928 & # 7521 | # 8017 |
| 271. | Moises | Norberto | Rivas | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 272. | Joseph | | Rivelli | $2,561,879.00 | $2,000,000.00 | $4,561,879.00 | $13,685,637.00 | # 5917 | # 8017 |
| 273. | Carmen | A. | Rivera | $3,760,940.00 | $2,000,000.00 | $5,760,940.00 | $17,282,820.00 | # 5928 | # 8017 |
| 274. | Linda | I. | Rivera | $975,352.00 | $2,000,000.00 | $2,975,352.00 | $8,926,056.00 | # 5928 | # 8017 |
| 275. | Donald | Walter | Robertson | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 276. | Catherina | | Robinson | $553,479.00 | $2,000,000.00 | $2,553,479.00 | $7,660,437.00 | # 5917 & # 7521 | # 8017 |

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 277. | Marsha | A. | Rodriguez | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5865 | # 8017 |
| 278. | Joseph | Michael | Romagnolo | $4,882,491.00 | $2,000,000.00 | $6,882,491.00 | $20,647,473.00 | # 5928 | # 8017 |
| 279. | James | | Romito | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |
| 280. | Aida | | Rosario | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 281. | Mark | L. | Rosenberg | $3,616,703.00 | $2,000,000.00 | $5,616,703.00 | $16,850,109.00 | # 5928 | # 8017 |
| 282. | Edward | | Rowenhorst | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7523 | # 8017 |
| 283. | Judy | | Rowlett | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5917 | # 8017 |
| 284. | Timothy | A. | Roy | $5,883,487.00 | $2,000,000.00 | $7,883,487.00 | $23,650,461.00 | # 5928 | # 8017 |
| 285. | Paul | G. | Ruback | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5917 | # 8017 |
| 286. | Ronald | J. | Ruben | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5928 | # 8017 |
| 287. | Joanne | | Rubino | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5917 | # 8017 |
| 288. | Susan | A. | Ruggiero | $3,828,400.00 | $2,000,000.00 | $5,828,400.00 | $17,485,200.00 | # 5928 | # 8017 |
| 289. | Brock | J. | Safronoff | $6,238,055.00 | $2,000,000.00 | $8,238,055.00 | $24,714,165.00 | # 5917 | # 8017 |
| 290. | Edward | | Saiya | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5917 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 291. | John | P. | Salamone | $17,193,651.00 | $2,000,000.00 | $19,193,651.00 | $57,580,953.00 | # 5917 | # 8017 |
| 292. | Hernando | R. | Salas | $126,692.00 | $2,000,000.00 | $2,126,692.00 | $6,380,076.00 | # 5928 | # 8017 |
| 293. | John | | Sammartino | $3,252,784.00 | $2,000,000.00 | $5,252,784.00 | $15,758,352.00 | # 5917 | # 8017 |
| 294. | Rafael | Humberto | Santos | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 295. | Anthony | | Savas | $413,088.00 | $2,000,000.00 | $2,413,088.00 | $7,239,264.00 | # 5917 | # 8017 |
| 296. | Frederick | C. | Scheffold | $2,420,060.00 | $2,000,000.00 | $4,420,060.00 | $13,260,180.00 | # 5928 | # 8017 |
| 297. | Robert | A. | Schlegel | $4,575,788.00 | $2,000,000.00 | $6,575,788.00 | $19,727,364.00 | # 5928 | # 8017 |
| 298. | Jon | S. | Schlissel | $654,599.00 | $2,000,000.00 | $2,654,599.00 | $7,963,797.00 | # 5849 | # 8017 |
| 299. | Gerard | P. | Schrang | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5917 | # 8017 |
| 300. | Susan | Lee | Schuler | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5849 | # 8017 |
| 301. | Margaret | | Seeliger | $5,381,500.00 | $2,000,000.00 | $7,381,500.00 | $22,144,500.00 | # 5876 | # 8017 |
| 302. | Antionette | | Sherman | $1,610,507.00 | $2,000,000.00 | $3,610,507.00 | $10,831,521.00 | # 5849 | # 8017 |
| 303. | Johanna | | Sigmund | $4,486,155.00 | $2,000,000.00 | $6,486,155.00 | $19,458,465.00 | # 5917 | # 8017 |
| 304. | Dianne | | Signer | $2,587,693.00 | $2,000,000.00 | $4,587,693.00 | $13,763,079.00 | # 5917 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 305. | Gregory | | Sikorsky | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5853 | # 8017 |
| 306. | Arthur | | Simon | $2,821,391.00 | $2,000,000.00 | $4,821,391.00 | $14,464,173.00 | # 5853 | # 8017 |
| 307. | Kenneth | | Simon | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5853 | # 8017 |
| 308. | Leon | | Smith | $1,865,156.00 | $2,000,000.00 | $3,865,156.00 | $11,595,468.00 | # 5849 | # 8017 |
| 309. | Moira | A. | Smith | $2,851,627.00 | $2,000,000.00 | $4,851,627.00 | $14,554,881.00 | # 5849 | # 8017 |
| 310. | Bonnie | | Smithwick | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5917 | # 8017 |
| 311. | Michael | C. | Sorresse | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5849 | # 8017 |
| 312. | Maynard | S. | Spence | $4,017,025.00 | $2,000,000.00 | $6,017,025.00 | $18,051,075.00 | # 5917 | # 8017 |
| 313. | William | | Spitz | $2,672,504.00 | $2,000,000.00 | $4,672,504.00 | $14,017,512.00 | # 5876 | # 8017 |
| 314. | Timothy | | Stackpole | $4,278,541.00 | $2,000,000.00 | $6,278,541.00 | $18,835,623.00 | # 5853 | # 8017 |
| 315. | Patricia | J. | Statz | $1,852,557.00 | $2,000,000.00 | $3,852,557.00 | $11,557,671.00 | # 5849 | # 8017 |
| 316. | Edna | L. | Stephens | $401,133.00 | $2,000,000.00 | $2,401,133.00 | $7,203,399.00 | # 5849 | # 8017 |
| 317. | Sanford | M. | Stoller | $1,645,596.00 | $2,000,000.00 | $3,645,596.00 | $10,936,788.00 | # 5849 | # 8017 |
| 318. | Lonny | Jay | Stone | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 319. | Steven | | Strauss | $2,467,348.00 | $2,000,000.00 | $4,467,348.00 | $13,402,044.00 | # 5876 | # 8017 |
| 320. | Steven | Frank | Strobert | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 321. | Christopher | P. | Sullivan | $4,286,685.00 | $2,000,000.00 | $6,286,685.00 | $18,860,055.00 | # 5876 | # 8017 |
| 322. | Thomas | F. | Swift | $5,366,125.00 | $2,000,000.00 | $7,366,125.00 | $22,098,375.00 | # 5876 | # 8017 |
| 323. | Hilda | E. | Taylor | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5917 | # 8017 |
| 324. | Donnie | Brooks | Taylor | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 325. | Brian | T. | Thompson | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5849 | # 8017 |
| 326. | William | Harry | Thompson | $1,074,305.00 | $2,000,000.00 | $3,074,305.00 | $9,222,915.00 | # 5853 | # 8017 |
| 327. | Tamara | | Thurman | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5876 | # 8017 |
| 328. | John | | Tobin | $3,317,882.00 | $2,000,000.00 | $5,317,882.00 | $15,953,646.00 | # 5853 | # 8017 |
| 329. | Christopher | M. | Traina | $1,946,281.00 | $2,000,000.00 | $3,946,281.00 | $11,838,843.00 | # 5849 | # 8017 |
| 330. | Diane | M. | Urban | $568,603.00 | $2,000,000.00 | $2,568,603.00 | $7,705,809.00 | # 5849 | # 8017 |
| 331. | Ivan | | Vale | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 332. | Richard | B. | Van Hine | $1,388,723.00 | $2,000,000.00 | $3,388,723.00 | $10,166,169.00 | # 5072 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 333. | Sankara | | Velamuri | $1,149,269.00 | $2,000,000.00 | $3,149,269.00 | $9,447,807.00 | # 5853 | # 8017 |
| 334. | David | | Vera | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5853 | # 8017 |
| 335. | Maria | P. | Vola | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5849 | # 8017 |
| 336. | Karen | J. | Wagner | $2,223,384.00 | $2,000,000.00 | $4,223,384.00 | $12,670,152.00 | # 5849 | # 8017 |
| 337. | Gabriela | | Waisman | $1,969,027.00 | $2,000,000.00 | $3,969,027.00 | $11,907,081.00 | # 5849 & # 7521 | # 8017 |
| 338. | Courtney | Wainsworth | Walcott | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 339. | Victor | | Wald | $1,737,879.00 | $2,000,000.00 | $3,737,879.00 | $11,213,637.00 | # 5849 | # 8017 |
| 340. | Peter | G. | Wallace | $1,938,476.00 | $2,000,000.00 | $3,938,476.00 | $11,815,428.00 | # 5876 | # 8017 |
| 341. | Robert | F. | Wallace | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5853 | # 8017 |
| 342. | Kenneth | | Watson | $4,014,827.00 | $2,000,000.00 | $6,014,827.00 | $18,044,481.00 | # 5849 | # 8017 |
| 343. | Scott | Jeffrey | Weingard | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 344. | John | sylvester | White | $968,917.00 | $2,000,000.00 | $2,968,917.00 | $8,906,751.00 | # 5849 | # 8017 |
| 345. | Leonard | A. | White | $376,289.00 | $2,000,000.00 | $2,376,289.00 | $7,128,867.00 | # 5853 | # 8017 |
| 346. | Malissa | | White | $2,248,566.00 | $2,000,000.00 | $4,248,566.00 | $12,745,698.00 | # 5849 | # 8017 |

docs-100502993.1

| | DECEDENT First Name* | DECEDENT Middle Name | DECEDENT Last Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | TREBLE DAMAGE AMOUNT | ECF No. of Prior Damages Award(s) Against Iran | ECF No. of Document Adding Plaintiff to Action Against the Taliban |
|---|---|---|---|---|---|---|---|---|---|
| 347. | Yuk | Ping | Wong | $633,339.00 | $2,000,000.00 | $2,633,339.00 | $7,900,017.00 | # 5849 & # 7521 | # 8017 |
| 348. | Shakila | | Yasmin | $2,725,863.00 | $2,000,000.00 | $4,725,863.00 | $14,177,589.00 | # 5849 | # 8017 |
| 349. | Raymond | Robert | York | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 350. | Suzanne | | Youmans | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5853 | # 8017 |
| 351. | Edmond | G. | Young | $1,780,793.00 | $2,000,000.00 | $3,780,793.00 | $11,342,379.00 | # 5849 | # 8017 |
| 352. | Lisa | L. | Young | $426,815.00 | $2,000,000.00 | $2,426,815.00 | $7,280,445.00 | # 5876 | # 8017 |
| 353. | Edwin | J. | Zambrana | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 5876 | # 8017 |
| 354. | Kenneth | | Zelman | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 | # 7527 | # 8017 |
| 355. | Abraham | | Zelmanowitz | $778,641.00 | $2,000,000.00 | $2,778,641.00 | $8,335,923.00 | # 5849 | # 8017 |
| | | | | *$605,076,498.00* | *$710,000,000.00* | **$1,315,076,498.00** | **$3,945,229,494.00** | | |

docs-100502993.1