# ANDERSON KILL P.C.

<div style="text-align: right">Attorneys and Counselors at Law</div>

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

<div style="text-align: right">Jerry S. Goldman, Esq.<br>Jgoldman@andersonkill.com<br>212-278-1569</div>

*Via ECF*                                                                                     July 7, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
             (GBD) (SN) – Incorrect E-Filer Name

Dear Judge Netburn:

    I write regarding the Notice of Motion for Partial Final Judgment for Damages, ECF No. 8181 (the "Notice of Motion") e-filed today, July 7, 2022. My office correctly filed the Notice of Motion on the individual case docket and selected my clients as e-filers but inadvertently selected an e-filer on the MDL docket, American Zurich Insurance Company, that is not a client of our firm. We wanted to alert you to this issue and would be happy to re-file the Notice of Motion if needed to avoid confusion.

    I thank the Court for its attention to this matter.

<div style="margin-left: 50%">
Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for Plaintiffs*
</div>

cc:    The Honorable George B. Daniels (via ECF)
        All MDL Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100503796.1