UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | |
|---|---|
| In re: | 03-MDL-1570 (GBD)(SN) |
| TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | IRAN NOTICE OF AMENDMENT |

------------------------------------X

This document relates to:

*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193-UA

  Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 1, as permitted and approved by the Court's Order of October 28, 2019, MDL ECF No. 5234. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed amended to include the allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, MDL ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran and does not apply to any other defendant.

  Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in

docs-100502607.1

connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), MDL ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (MDL ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [**check <u>only one</u> complaint**]:

- ☐  <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, MDL ECF No. 3237

- ☒  Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

# IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1. | Anthony Joshua Alvarado, individually, as surviving child of Anthony Alvarado | NY | United States | Anthony Alvarado | Child | ECF No. 1 ¶ 5, App. ¶ 99 |
| 2. | Lidia Alvarez, individually, as surviving parent of Juan Pablo Alvarez Cisneros | CA | United States | Juan Pablo Alvarez Cisneros | Parent | ECF No. 1 ¶ 5, App. ¶ 34 |
| 3. | Joan Bischoff, individually, as surviving parent of Lee Fehling | PA | United States | Lee Fehling | Parent | ECF No. 1 ¶ 5, App. ¶ 37 |
| 4. | Nicole Brathwaite-Dingle, individually, as surviving spouse of Jeffrey Dingle | TX | United States | Jeffrey Dingle | Spouse | ECF No. 1 ¶ 5, App. ¶ 59 |
| 5. | Jamie Brito, individually, as surviving child of Victoria Alvarez-Brito | NY | United States | Victoria Alvarez-Brito | Child | ECF No. 1 ¶ 5, App. ¶ 5 |
| 6. | Jamie Brito, as Personal Representative of the Estate of Mario Brito, deceased, the late spouse of Victoria Alvarez-Brito | NY | United States | Victoria Alvarez-Brito | Spouse (Deceased) | ECF No. 1 ¶ 5, App. ¶ 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | Alfred R. Bucca, individually, as surviving sibling of Ronald P. Bucca | NY | United States | Ronald P. Bucca | Sibling | ECF No. 1 ¶ 5, App. ¶ 86 |
| 8. | Astrid Bucca, individually, as surviving sibling of Ronald P. Bucca | NY | United States | Ronald P. Bucca | Parent | ECF No. 1 ¶ 5, App. ¶ 86 |
| 9. | Eve Bucca, individually, as surviving spouse of Ronald P. Bucca | NY | United States | Ronald P. Bucca | Spouse | ECF No. 1 ¶ 5, App. ¶ 86 |
| 10. | Astrid Bucca, as Personal Representative of the Estate of Joseph Bucca, deceased, the late parent of Ronald P. Bucca | NY | United States | Ronald P. Bucca | Parent (Deceased) | ECF No. 1 ¶ 5, App. ¶ 86 |
| 11. | Robert Bucca, individually, as surviving sibling of Ronald P. Bucca | NY | United States | Ronald P. Bucca | Sibling | ECF No. 1 ¶ 5, App. ¶ 86 |
| 12. | Beverly Carlone, individually, as surviving spouse of David Carlone | CT | United States | David Carlone | Spouse | ECF No. 1 ¶ 5, App. ¶ 7 |
| 13. | Barbara Chucknick, individually, as surviving spouse of Steven Chucknick | NJ | United States | Steven Chucknick | Spouse | ECF No. 1 ¶ 5, App. ¶ 2 |
| 14. | Alfonso Cisneros, individually, as surviving parent of Juan Pablo Alvarez Cisneros | CA | United States | Juan Pablo Alvarez Cisneros | Parent | ECF No. 1 ¶ 5, App. ¶ 34 |
| 15. | Page Dantzler Dickerson, individually, as surviving spouse of Jerry Dickerson | AR | United States | Jerry Dickerson | Spouse | ECF No. 1 ¶ 5, App. ¶ 43 |
| 16. | Brian Duffy, individually, as surviving sibling of Christopher Duffy | NY | United States | Christopher Duffy | Sibling | ECF No. 1 ¶ 5, App. ¶ 71 |
| 17. | John G. Duffy, individually, as surviving parent of Christopher Duffy | NY | United States | Christopher Duffy | Parent | ECF No. 1 ¶ 5, App. ¶ 71 |

4

| | | | | | |
|---|---|---|---|---|---|
| 18. Kevin Duffy, individually, as surviving sibling of Christopher Duffy | NY | United States | Christopher Duffy | Sibling | ECF No. 1 ¶ 5, App. ¶ 71 |
| 19. James Fehling, individually, as surviving sibling of Lee Fehling | NY | United States | Lee Fehling | Sibling | ECF No. 1 ¶ 5, App. ¶ 37 |
| 20. Thomas Fehling, individually, as surviving sibling of Lee Fehling | NY | United States | Lee Fehling | Sibling | ECF No. 1 ¶ 5, App. ¶ 37 |
| 21. Danielle Fehling-Wasnieski, individually, as surviving spouse of Lee Fehling | NY | United States | Lee Fehling | Spouse | ECF No. 1 ¶ 5, App. ¶ 37 |
| 22. Adriana Fiori, individually, as surviving child of Paul Fiori | CT | United States | Paul Fiori | Child | ECF No. 1 ¶ 5, App. ¶ 53 |
| 23. Debbi Fiori, individually, as surviving child of Paul Fiori | CT | United States | Paul Fiori | Child | ECF No. 1 ¶ 5, App. ¶ 53 |
| 24. Cynthia M. Gomes, individually, as surviving spouse of Dennis James Gomes | NC | United States | Dennis James Gomes | Spouse | ECF No. 1 ¶ 5, App. ¶ 63 |
| 25. Gillian Gransaull-Joseph, individually, as surviving spouse of Stephen Joseph | AZ | United States | Stephen Joseph | Spouse | ECF No. 1 ¶ 5, App. ¶ 35 |

Dated: July 8, 2022

Respectfully submitted,

/s/ Jerry S. Goldman

                                                            Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com

*Attorneys for Plaintiffs*

6