UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:                                                        03-MDL-1570 (GBD)(SN)

    **TERRORIST ATTACKS ON**                    **IRAN NOTICE OF**
    **SEPTEMBER 11, 2001**                        **AMENDMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This document relates to:

*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193-UA

    Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 1, as permitted and approved by the Court's Order of October 28, 2019, MDL ECF No. 5234. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed amended to include the allegations, as indicated below, of (a) the <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, MDL ECF No. 3237, or (b) the Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran and does not apply to any other defendant.

    Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), MDL ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (MDL ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [**check <u>only one</u> complaint**]:

- ☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, MDL ECF No. 3237

- ☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

2

# IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1. | Anne Lynn Hayashi, individually, as surviving spouse of Stuart (Soo-Jin) Lee | NY | United States | Stuart (Soo-Jin) Lee | Spouse | ECF No. 1 ¶ 5, App. ¶ 48 |
| 2. | Dennis Ketcham, individually, as surviving parent of Douglas D. Ketcham | FL | United States | Douglas D. Ketcham | Parent | ECF No. 1 ¶ 5, App. ¶ 73 |
| 3. | Dennis Ketcham as Personal Representative of the Estate of Raenell Ketcham, deceased, the late parent of Douglas D. Ketcham | FL | United States | Douglas D. Ketcham | Parent (Deceased) | ECF No. 1 ¶ 5, App. ¶ 73 |
| 4. | Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal | NJ | India | Rajesh Khandelwal | Spouse | ECF No. 1 ¶ 5, App. ¶ 8 |
| 5. | Susan M. King as Personal Representative of the Estate of Stewart King, deceased, the late parent of Amy King | NY | United States | Amy King | Parent (Deceased) | ECF No. 1 ¶ 5, App. ¶ 1 |
| 6. | James McKenley, individually, as surviving sibling of Jacqueline Young | SC | United States | Jacqueline Young | Sibling | ECF No. 1 ¶ 5, App. ¶ 12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | Caitlin Duffy Meloy, individually, as surviving sibling of Christopher Duffy | MA | United States | Christopher Duffy | Sibling | ECF No. 1 ¶ 5, App. ¶ 71 |
| 8. | Amy Mulderry, individually, as surviving sibling of Stephen Mulderry | NY | United States | Stephen Mulderry | Sibling | ECF No. 1 ¶ 5, App. ¶ 98 |
| 9. | Andrew Mulderry, individually, as surviving sibling of Stephen Mulderry | NY | United States | Stephen Mulderry | Sibling | ECF No. 1 ¶ 5, App. ¶ 98 |
| 10. | Anne M. Mulderry, individually, as surviving parent of Stephen Mulderry | NY | United States | Stephen Mulderry | Parent | ECF No. 1 ¶ 5, App. ¶ 98 |
| 11. | Anne C. Mulderry, individually, as surviving sibling of Stephen Mulderry | NY | United States | Stephen Mulderry | Sibling | ECF No. 1 ¶ 5, App. ¶ 98 |
| 12. | Daniel Mulderry, individually, as surviving sibling of Stephen Mulderry | CA | United States | Stephen Mulderry | Sibling | ECF No. 1 ¶ 5, App. ¶ 98 |
| 13. | Darra Mulderry, individually, as surviving sibling of Stephen Mulderry | RI | United States | Stephen Mulderry | Sibling | ECF No. 1 ¶ 5, App. ¶ 98 |
| 14. | Peter Mulderry, individually, as surviving sibling of Stephen Mulderry | NY | United States | Stephen Mulderry | Sibling | ECF No. 1 ¶ 5, App. ¶ 98 |
| 15. | Amy Mulderry as Personal Representative of the Estate of William Mulderry, deceased, the late parent of Stephen Mulderry | NY | United States | Stephen Mulderry | Parent (Deceased) | ECF No. 1 ¶ 5, App. ¶ 98 |
| 16. | William J. Mulderry, individually, as surviving sibling of Stephen Mulderry | NJ | United States | Stephen Mulderry | Sibling | ECF No. 1 ¶ 5, App. ¶ 98 |
| 17. | Kara Mylod, individually, as surviving sibling of Christopher Duffy | GA | United States | Christopher Duffy | Sibling | ECF No. 1 ¶ 5, App. ¶ 71 |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 18. | Lorraine Nedell, individually, as surviving spouse of Laurence Nedell | NY | United States | Laurence Nedell | Spouse | ECF No. 1 ¶ 5, App. ¶ 9 |
| 19. | Stefanie Oliva, individually, as surviving spouse of Alex F. Ciccone | NY | United States | Alex F. Ciccone | Spouse | ECF No. 1 ¶ 5, App. ¶ 70 |
| 20. | Valada B. Penny, individually, as surviving spouse of Richard Penny | GA | United States | Richard Penny | Spouse | ECF No. 1 ¶ 5, App. ¶ 84 |
| 21. | June Pietruszkiewicz, individually, as surviving spouse of James Suozzo | SC | United States | James Suozzo | Spouse | ECF No. 1 ¶ 5, App. ¶ 100 |
| 22. | Gayle Regan, individually, as surviving spouse of Thomas Regan | NJ | United States | Thomas Regan | Spouse | ECF No. 1 ¶ 5, App. ¶ 40 |
| 23. | Elizabeth Rick, individually, as surviving spouse of Scott Bart | NY | United States | Scott Bart | Spouse | ECF No. 1 ¶ 5, App. ¶ 92 |
| 24. | Isabel Roach, individually, as surviving spouse of Stephen Roach | SC | United States | Stephen Roach | Spouse | ECF No. 1 ¶ 5, App. ¶ 88 |
| 25. | Lynda T. Scarcella, individually, as surviving spouse of Paul Fiori | CT | United States | Paul Fiori | Spouse | ECF No. 1 ¶ 5, App. ¶ 53 |

Dated: July 8, 2022

Respectfully submitted,

*/s/ Jerry S. Goldman*

                                                                  _____

Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
         bstrong@andersonkill.com
         agreene@andersonkill.com

*Attorneys for Plaintiffs*

6