# EXHIBIT B

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | James | M. | Amato | | Ashley | | Amato | | Child | $ 8,500,000.00 |
| 2 | James | M. | Amato | | Katherine | | Amato | | Child | $ 8,500,000.00 |
| 3 | James | M. | Amato | | Sean | | Amato | | Child | $ 8,500,000.00 |
| 4 | James | M. | Amato | | Tara | | Amato | | Child | $ 8,500,000.00 |
| 5 | Michael | | Esposito | | Michael | | Esposito | | Child | $ 8,500,000.00 |
| 6 | Michael | | Esposito | | Andrew | | Esposito | | Child | $ 8,500,000.00 |
| 7 | Anthony | | Fallone | | Alexandra | | Fallone | | Child | $ 8,500,000.00 |
| 8 | Anthony | | Fallone | | Katherine | | Fallone | | Child | $ 8,500,000.00 |
| 9 | Anthony | | Fallone | | Patrick | | Fallone | | Child | $ 8,500,000.00 |
| 10 | Anthony | | Fallone | | Anthony | | Fallone, III | | Child | $ 8,500,000.00 |
| 11 | Syed | Abdul | Fatha | | Melissa | Ann | Van Ness Fatha | | Spouse | $ 12,500,000.00 |
| 12 | Paul | J. | Gill | | Aaron | | Gill | | Child | $ 8,500,000.00 |
| 13 | Paul | J. | Gill | | Joshua | | Gill | | Child | $ 8,500,000.00 |
| 14 | Emeric | J. | Harvey | | Jennifer | | Harvey Castellano | | Child | $ 8,500,000.00 |
| 15 | Emeric | J. | Harvey | | Antoinette | | McCarthy | | Child | $ 8,500,000.00 |
| 16 | Anthony | | Hawkins | | Hafeezah | | Legree | | Sibling | $ 4,250,000.00 |
| 17 | Stephen | | LaMantia | | Stephen | Craig | LaMantia | | Child | $ 8,500,000.00 |
| 18 | Stephen | | LaMantia | | Emily | | LaMantia | | Child | $ 8,500,000.00 |
| 19 | Diane | T. | Lipari | | Lorraine | H. | Gardella | | Parent | $ 8,500,000.00 |
| 20 | Diane | T. | Lipari | | Lorraine | A. | Gardella | | Sibling | $ 4,250,000.00 |
| 21 | Diane | T. | Lipari | | Susan | | Kraljic | | Sibling | $ 4,250,000.00 |
| 22 | Diane | T. | Lipari | | Joseph | | Lipari | | Sibling | $ 4,250,000.00 |
| 23 | Diane | T. | Lipari | | Michael | | Lipari | | Sibling | $ 4,250,000.00 |
| 24 | Joseph | | Maggitti | | Christopher | Joseph | Maggitti | | Child | $ 8,500,000.00 |
| 25 | Joseph | | Maggitti | | Lauren | | Salbeck | | Child | $ 8,500,000.00 |
| 26 | John | G. | Monahan | | Christopher | J. | Monahan | | Child | $ 8,500,000.00 |
| 27 | John | G. | Monahan | | Terrence | M. | Monahan | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | George | W. | Morell | | Alexandra | | Morell | | Personal Representative of the Estate of Anthony X. Morell, deceased Sibling of 9/11 Decedent George W. Morell | $ 4,250,000.00 |
| 29 | Richard | | Prunty | | Lisa | | Prunty Aram | | Child | $ 8,500,000.00 |
| 30 | Richard | | Prunty | | Christopher | | Prunty | | Child | $ 8,500,000.00 |
| 31 | James | B. | Reilly | | Jeanne | | Kennedy | | Sibling | $ 4,250,000.00 |
| 32 | James | B. | Reilly | | Christine | | Reilly | | Sibling | $ 4,250,000.00 |
| 33 | James | B. | Reilly | | Thomas | E. | Reilly | | Sibling | $ 4,250,000.00 |
| 34 | James | B. | Reilly | | William | John | Reilly | | Sibling | $ 4,250,000.00 |
| 35 | Tatiana | | Ryjova | | Alex | | Ryjov | | Child | $ 8,500,000.00 |
| 36 | Tatiana | | Ryjova | | Daniel | | Ryjov | | Child | $ 8,500,000.00 |
| 37 | Eric | | Sand | | Aaron | | Sand | | Child | $ 8,500,000.00 |
| 38 | Paul | F. | Sarle | | John | Paul | Sarle | | Child | $ 8,500,000.00 |
| 39 | Paul | F. | Sarle | | Leeann | | Sarle | | Child | $ 8,500,000.00 |
| 40 | Paul | F. | Sarle | | Paul | J. | Sarle | | Child | $ 8,500,000.00 |
| 41 | Paul | F. | Sarle | | Norma | A. | Sarle | | Parent | $ 8,500,000.00 |
| 42 | Leonard | J. | Snyder, Jr. | | Christopher | | Snyder | | Sibling | $ 4,250,000.00 |
| 43 | Luis | E. | Torres | | Nicholas | | Torres | | Child | $ 8,500,000.00 |
| 44 | Luis | E. | Torres | | Kevin | | Torres | | Child | $ 8,500,000.00 |
| 45 | Martin | | Wohlforth | | Priscilla | | Stumm | | Sibling | $ 4,250,000.00 |
| 46 | Martin | | Wohlforth | | Elizabeth | | Tatsuno | | Sibling | $ 4,250,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | Martin | | Wohlforth | | Elizabeth | Chloe | Wohlforth | | Child | $ 8,500,000.00 |

| | |
|---|---|
| Total Judgment Amount | $ 348,250,000.00 |