# EXHIBIT C

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sandra | W. | Bradshaw |  | Shenan | M. | Bradshaw |  | Stepchild | $ 8,500,000.00 |