UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

## [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF *ASHTON 24* PLAINTIFFS IDENTIFIED AT EXHIBITS A, B and C

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A, B and C to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*"), who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, the immediate family member of such victims or the functional equivalent of an immediate family member of such victim, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiffs in *Ashton,* as identified in the attached who are the Personal Representatives of the estates of victims killed in the terrorist attacks on September 11, 2001, as described in Exhibit A; and it is further

**ORDERED** that Plaintiffs, on behalf of the estates identified in Exhibit A, are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibit E of the Declaration of James P. Kreindler, Esq.; and it is further

**ORDERED** that Plaintiffs, on behalf of the estates identified in Exhibit A, are awarded final damages judgments that include the economic loss listed in Exhibit A, as well as compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, with the final damages judgment set forth in Exhibit A; and it is further

**ORDERED** that Plaintiffs identified in Exhibit B, who are each an immediate family member of individuals killed in the terrorist attacks on September 11, 2001 as described in Exhibit B, are awarded solatium damages in the amounts set forth in Exhibit B; and it is further

**ORDERED** that Plaintiff identified in Exhibit C has established that she is the functional equivalent of an immediate family member of an individual killed in the terrorist attacks on September 11, 2001 and is awarded solatium damages in the amount set forth in Exhibit C; and it is further

**ORDERED** that the *Ashton* Plaintiffs identified in Exhibits A, B and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs identified in Exhibits A, B and C may submit an application for punitive damages, or other damages (to the extent such awards have not previously been ordered), at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining *Ashton* Plaintiffs not appearing in Exhibits A, B or C may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein for other plaintiffs in this action, including the Plaintiffs appearing in Exhibits A, B and C.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 8191 .

Dated: New York, New York
_____, 2022

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge