# EXHIBIT A

Exhibit A

9/11 Decedent Estates

US Nationals

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Paula | | Hayes Cottoy | | Conrod | | Cottoy | Sr. | 02-cv-6977 | $ 2,000,000.00 | $ 683,023.00 | $ 2,683,023.00 |
| 2 | Victoria | | Higley | | Robert | | Higley | | 02-cv-6977 | $ 2,000,000.00 | $ 7,294,150.00 | $ 9,294,150.00 |
| 3 | Marjorie | | Miller | | Joel | | Miller | | 02-cv-6977 | $ 2,000,000.00 | $ 1,708,341.00 | $ 3,708,341.00 |
| 4 | Jennifer | | Mingione | | Thomas | | Mingione | | 02-cv-6977 | $ 2,000,000.00 | $ 5,366,845.00 | $ 7,366,845.00 |
| 5 | Merrilly | E. | Noeth | | Michael | | Noeth | | 02-cv-6977 | $ 2,000,000.00 | $ 762,237.00 | $ 2,762,237.00 |
| 6 | Emily | | Vega-Faltas | | Harold | | Lizcano | | 02-cv-6977 | $ 2,000,000.00 | $ 1,677,804.00 | $ 3,677,804.00 |
| 7 | Janine | | Snyder | | Leonard | J. | Snyder | Jr. | 02-cv-6977 | $ 2,000,000.00 | $ 7,430,264.00 | $ 9,430,264.00 |

| Total Judgment Amount | $ 38,922,664.00 |
|---|---|