# EXHIBIT 1

| Omar Al Bayoumi Confidentiality Designations (June 30, 2022) ||
|---|---|
| Filename | Pages affected (audio noted) |
| 00 All Transcripts | 184-185, 188, 485-486, 496, 517 |
| 01_MPS-'Evidential'-Schedule | All |
| 10 - D1461-X0995_Redacted - OCR | 1, 6, 34 |
| 13 - S457_Redacted - OCR | 1, 3, 5, 7 |
| 14 - S459_Redacted - OCR | 1, 3, 5, 7, 9 |
| 43-D0916_Habib-Bayoumi-mosque-papers - OCR | 71, 75-77, 79-100, 104, 106-107, 109, 113-114, 116, 118-121, 123-125, 132, 134, 136, 140, 146, 151, 154, 156, 160, 162, 163, 164, 178, 184-188, 190-193, 195, 206, 213, 215, 231, 234, 236, 255, 263-267, 269-270, 273, 300, 305-307, 310-312, 319, 336, 339, 340, 343, 345, 347-348, 352-353, 356-357, 363, 370-373, 375, 377, 379, 381, 383, 388-389, 391, 393, 395, 404-406, 410-411, 413-414, 421, 427, 429, 431, 433-434, 436, 444-447, 450-457, 466-480, 485-488, 490-495, 501, 503, 505, 511, 522, 524-533, 538-539, 541-549, 551-552 |
| 43 - D0916-X0362_Redacted - OCR | 71, 75-77, 79-100, 103, 110-111, 113-114, 115, 117, 119-120, 128, 130, 132, 135, 138, 139, 142, 144, 145, 148, 150-152, 166, 172-176, 178-181, 183, 190, 193, 202, 203, 218, 219, 231, 239-243, 249, 276, 280-287, 294, 299, 310, 312, 314-316, 317, 319, 323-324, 327, 332-338, 343, 345-347, 353-355, 359-360, 362-363, 365, 368, 372-376, 378, 384-387, 390-392, 394-397, 406-420, 424-428, 430-436, 439-443, 445, 450-451, 462-469, 471-473, 477-478, 480-488, 490-491, 563, 567-569, 571-592, 596, 599, 605-606, 608, 610-613, 615-616, 624, 626, 628, 632, 638, 639, 643, 646, 648, 652, 654-656, 670, 676-680, 682-685, 687, 694, 698, 707, 708, 723, 725, 728, 747, 755-762, 765, 792, 797-799, 802-804,811, 816, 828, 831-832, 835, 837, 839, 840, 844-845, 848-849, 855, 862-865, 867, 869, 871, 873, 875, 880-881, 883, 885, 887, 896-898, 902-903, 905-906, 909, 913, 919, 921, 923, 925-926, 928, 936-939, 942-944, 946-949, 958-972, 976-980, 982-987, 991-995, 997, 1001-1003, 1014-1025, 1030-1031, 1033-1041, 1043-1044 |
| 47 - D1119_Redacted - OCR | 6 |
| 52 - D0989 - OCR | 4-5, 9-11 |
| 54 - D0718-X0732 - OCR | All |
| 61 - D0722-X0736 - OCR | All |
| 62 - D0723-X0737 - OCR | All |
| 63 - D2141-X1052 - OCR | All |
| 64 - D7439-X1054 - OCR | All |
| 65 - S713 - OCR | 1 |

| | |
|---|---|
| 79 - Floppy Disc contents | /alb1/Backup of Omar adress in UK.wbk  [sic]<br>/alb1/ka.doc<br>/alb1/Omar adress in UK.doc  [sic]<br>/alb1/resume/Application for Admission loughbororough completed.doc   [sic]<br>/alb1/resume/Dear Sir Recommondation Ali.doc   [sic]<br>/alb1/resume/LETTER OF RECOMMENDATION from Dr. Bill.doc<br>Autorecovery save of my favorites.wbk<br>Backup of Important Addresses.wbk<br>Important Addresses.doc<br>Loans information for.doc<br>/MSc/MSc30-8-01/Omar Al Bayoumi ad.doc<br>/MSc/MSc30-8-01/Omar Al Bayoumi add1.doc<br>/My Favorites/Backup of my favorites.wbk<br>/My Favorites/my favorites.doc<br>Omar Al Bayoumi ad.doc<br>Omar Al Bayoumi add1.doc |
| 82 - D6268_Redacted - OCR | 4-5, 7, 9-10, 12, 34-35, 38-41, 48-67, 83-85, 91-92, 95-103, 107 |
| 83 - D5261-X2257_Redacted - OCR | All |
| 87 - S93A_Redacted - OCR | 1, 3, 5-6 |
| 94 - D2105-X0478_Redacted | 6, 32, 43 |
| 95 - D0657_Redacted - OCR | 2-22, 24-25, 52-70, 72, 75-76, 78-79, 81-83, 85-87, 89, 91, 94-96, 107, 110, 112, 117, 125-145, 147-148, 175-193, 195, 199, 201-202, 204-206, 208-210, 212, 214, 217-219, 230, 234, 237, 240 |
| 96 - D0292-X0320 | All |
| 97 - D0906-X0293 | All |
| 100 - D2629-X0476 | All |
| 103 - D0898-X0331 - OCR | 3 |
| 104 - D0669-X0369 | 2, 5-6 |
| 104AA - D6117-X2422 | 2-4 |
| 104D - S561_Redacted - OCR | 1, 3-5 |
| 112 - D2110-X0473 | 2-3, 5-8, 11-12, 14-16 |
| 118 - D0672-X0407_Redacted | 2-4, 8, 12, 14-18, 21-24, 67-69, 73, 77, 79-83, 86-89 |
| 168 - S387_Redacted - OCR | 1, 4 |
| 169 - D6273-X2610 | 2 |
| 170 - D6274-X2611 | All |
| 172 - S390_Redacted | 3-7 |
| 173 - D6276-X2613 | 2 |
| 174 - D6277-X2614 | 2 |
| 177 - D6281-X2617 | 2 |
| 178 - D6298-X2618 | 2 |
| 180 - D6299-X2612 | All |
| 184 - S644_Redacted | 1, 5 |
| 194 - S386_Redacted | 1, 4 |
| 289 - D2627-X0467_Redacted | 14, 16, 30, 33, 48, 64, 67, 69 |
| 305E - D2391 | 2 |

| | |
|---|---|
| 377 - 2001 09-23 Bayoumi Interview Audio D | 14:15-14:36, 19:30-19:36 [audio file] |
| 378 - 2001 09-23 Bayoumi Interview Transcript D | 12-13, 16 |
| 397 - 2001 09-27 Bayoumi Interview A | 20:35-20:43, 34:00-34:15 [audio file] |
| 398 - 2001 09-27 Bayoumi Interview Transcript A | 18-19, 29 |
| 399 - 2001 09-27 Bayoumi Interview B | 14:10-14:34 [audio file] |
| 400 - 2001 09-27 Bayoumi Interview Transcript B | 14 |
| 403 - D0957-X0497_Redacted | 14, 34 |
| 407 - S500_Redacted | 2, 4 |
| 408 - D5161-X1738 | 4 |
| 410 - D5163-X1740 | 4 |
| 414 - D5167-X1744 | All |
| 415 - D0928-X0344 | 3, 5-12, 34-35, 37-40, 42, 84, 86-93, 115, 117, 119-121, 123, 125 |
| 428 - D0924-X0284 | 21, 25, 30-32, 49, 57, 63, 79, 81-82, 92, 94-97, 103, 126, 130, 135-137, 154, 162, 168, 184, 186-187, 197, 199-202, 208 |
| 514 - D0885-X0367_Redacted | 8-9, 28, 48, 76-78, 82-86, 105-107, 109-110, 112, 153-154, 173, 195, 223-225, 229-233, 249, 253-255, 257-258, 260, 293-298 |
| 527 - D2622-X0479 | All |
| 530 - D2109-X0477_Redacted | 4-7, 12-18 |
| 544 - D0870-X0321_Redacted | 3, 5, 7-16 |
| 563 - D0708-X0724_Redacted | 2, 4-5, 7, 9-15, 19, 22-28, 32-34, 36, 39, 41, 43-44, 48-49, 51-52 |
| 564 - D0709-X0725 | All |
| 567 - D0713-X0727 | 2-3, 6-7 |
| 570 - D2832_Redacted | 2, 4-7 |
| 571 - D0990_Redacted | 2, 48, 79, 96, 107-108, 116-120 |
| 572 - D0714-X0728 | All |
| 573 - D0715-X0729 | All |
| 574 - D0716-X0730 | All |
| 575 - D0717-X0731 | All |
| 598 - D2027-X0375 | 3, 7 |
| 600 - D0686-X0378_Redacted | 4, 6-7, 14-15, 20, 22-23 |
| 605 - D2022-X0388 | 2, 3-4, 6 |
| 606 - D2025-X0391 | 2, 5 |
| 607 - D2019-X0391 | 3, 10 |
| 631 - D0987-X0459_Redacted | 4, 6-12, 15, 18, 28, 30-36, 39, 42, 48 |
| 632 - D0820-X0460 | All |
| 633 - D2831-X0461 | All |
| 635 - D0930-X0463 | 2, 6, 9 |
| 636 - D2630-X0464 | All |
| 638 - D2835-X0469_Redacted | 14-15, 17, 19 |
| 639 - D0950-X0469_Redacted | All |
| 640 - D0931-X0470_Redacted | 3-4, 6, 10-11, 13 |
| 641 - D2106-X0471_Redacted | 2, 6-8, 80, 84, 88-90, 162 |
| 643 - X0475 | 2, 7, 12-13, 15-18, 20-23, 28-29 |
| 644 - D2853-X0481 | All |
| 645 - D2089-X0482 | 2, 5-6, 11-12 |

| | |
|---|---|
| 646 - D2090-X0483 | All |
| 647 - D0958-X0484_Redacted | 2, 84 |
| 648 - D2835-X0485 | 14-15, 17, 19 |
| 653 - D0754-X0488_Redacted | 2-3, 6-7 |
| 655 - D0750-X0491_Redacted | 1, 7-9 |
| 656 - D0753-X0495_Redacted | 2, 4, 14, 16 |
| 657 - D1984-X0497_Redacted | 14 |
| 658 - D1985-X0498_Redacted | 11 |
| 659 - D0748-X0499_Redacted | 2, 9, 14, 18 |
| 665 - D0752-X0505 | All |
| 670 - D4864 | All |
| 677 - D0871-X0286 | All |
| 678 - D0909-X0287 | 5, 12 |
| 681 - D0863-X0290 | 3, 21, 24, 26-27, 36, 38, 55, 65, 66-67, 69, 82, 101, 105, 108-109, 120, 122, 141, 152-153, 155 |
| 682 - D0868-X0291 | 9-11, 13-15, 17, 28-31, 39-42, 47-48, 52-53, 66-68, 70-72, 74, 85-88, 96-99, 104-105, 110-111 |
| 683 - D0927-X0292 | All |
| 686 - D0869-X0298 | 96, 98, 145-146, 148-152, 176-195 |
| 687 - D0955-X0299 | 6, 19, 79, 81-84, 89-91, 96, 131-137, 209, 409, 422, 456, 483, 485-488, 490, 493-495, 500, 535-541, 613 |
| 688 - D0674-X0300 | 2-26, 33-35, 41-55, 57-66, 73-75, 81-94, 96-105, 112-114 |
| 689 - D0876-X0301 | 2-3 |
| 690 - D0878-X0304 | 2-4, 9, 13-16, 20 |
| 691 - D0887-X0305_Redacted | 21, 28, 78, 114, 125, 127-130, 194, 237, 304, 307, 368, 375, 425, 461, 472, 474-477, 541, 584, 651, 654 |
| 696 - D0901-X0310 | 2-3, 5, 10-11, 13 |
| 698 - D0917-X0312 | 152, 390 |
| 699 - D0920-X0314_Redacted | 13-14, 17, 39-41, 53, 128-130, 132-133, 137, 160-162, 178, 241-243 |
| 700 - D0666-X0315 | 10-16, 29-35 |
| 702 - D0914-X0317 | 3, 5-11, 15, 17-23 |
| 703 - D0886-X0318 | 1-60, 73-85, 88-214 |
| 704 - D0659-X0319 | 2-56, 60-62, 69, 79-133, 137-139, 146 |
| 706 - D0875-X0323 | 3, 7, 8, 10, 13 |
| 708 - D2107-X0326 | 2 |
| 710 - D0873-X0329_Redacted | 2-3, 8-9 |
| 711 - D0677-X0330 | 6, 14 |
| 712 - D0661-X0332 | 6-7, 9-19, 26-27, 29-39 |
| 713 - D0676-X0333 | All |
| 715 - D0893-X0336 | 3-4, 6, 10-11, 13, 15 |
| 717 - D0890-X0340 | All |
| 720 - D0662-X0343_Redacted | 4, 6-7, 10-12, 15, 17-19, 29, 31-32, 35-37, 40, 42-44 |
| 721 - D0915-X0345 | 2, 10 |
| 722 - D0665-X0346_Redacted | 15-17, 19-22, 39-41, 43-46 |
| 724 - D0673-X0348 | 2-33, 36-77, 80-84, 87-88, 90, 92-126, 128-135, 137, 139-141, 143-177, 179-190, 193-197, 200-201, 203, 205-239, 241-248, 250, 252-254 |
| 726 - D0884-X0351 | All |

| | |
|---|---|
| 727 - D0951-X0352 | 20-23, 27-37, 39, 41, 43-48, 50-54, 59, 62, 65-66, 75-79, 98-99, 107-108, 143, 150-151, 178, 195-196 |
| 728 - D0663-X0355_Redacted | 13-15, 21, 36-38, 44 |
| 729 - D0655-X0357 | 1-5, 7-13 |
| 731 - D0654-X0360_Redacted | All |
| 732 - D0883-X0361_Redacted | 4, 23, 27, 33, 42, 48, 51-53, 58-59, 109, 125, 183-187, 191, 209-211, 214-239, 259, 269-270, 302-303, 308, 325, 329-330, 340, 342, 346, 348-349, 384-386, 394, 417, 421, 428-429, 440, 448, 450-453, 458-460, 506, 509, 525, 582-586, 591, 609-611, 614-642, 660, 665, 679-680, 712-713, 718, 740, 745-746, 762, 765, 767, 770-771, 815-817, 827, 836-837, 860-861, 922-923, 940, 942, 943-946, 955-964 |
| 733 - D0667-X0363_Redacted | All |
| 734 - D0913-X0365 | 2-14, 16-27, 30-41 |
| 735 - D0881-X0370_Redacted | 2-22, 24-26, 32-52, 54-56 |
| 737 - D0668-X0404 | 16-22, 40-46 |
| 738 - D0670-X0405 | All |
| 742 - D0675-X0415 | 13-14, 16, 141-149, 247 |
| 744 - D1914-X0529 | 2 |
| 751 - D4935-X1748 | 1-2 |
| 753 - D4994-X1005 | All |
| 756 - D5038-X1681 | 4-7, 12-15 |
| 757 - D5047-X1821 | 6-18 |
| 760 - D5461-X1824 | 6-41 |
| 765 - D5542-X1745_Redacted | 3, 8-9, 12, 17-18 |
| 766 - D5546-X1746 | All |
| 767 - D5548-X1747 | All |
| 778 - D6128-X2429 | 1-2 |
| 779 - D6129-X2428 | 2 |
| 781 - D7005-X2692 | 3, 5 |
| 782 - D7006-X2690 | 2-9 |
| 787 - D7738-X2725 | 3 |
| 788 - D8335-X2724 | All |
| 794 - D8656-X2821 | 3 |
| 796 - S104AI | 1 |
| 797 - S104BB | 1 |
| 798 - S104F | 1-2 |
| 799 - S286_Redacted | 3, 5 |
| 800 - S287_Redacted | 1, 3 |
| 804 - S715_Redacted | 1 |
| 805 - S718_Redacted | 1, 3, 4 |
| 999x_X0417 | 5, 7 |
| Exhibit_MF-1.m4v | All |
| Exhibit_MF-2.m4v | All |
| Exhibit_MF-3-REDACTED.m4v | All |
| Exhibit_MF-4.m4v | All |
| Exhibit_MF-4A.m4v | All |
| Exhibit_MF-5.m4v | All |
| Exhibit_MF-6.m4v | All |

| | |
|---|---|
| Exhibit_MF-7.m4v | All |
| Exhibit_MF-7A.m4v | All |
| Exhibit_MF-8-REDACTED.m4v.mp4 | All |
| Exhibit_MF-9.m4v | All |
| Exhibit_MF-9A.m4v | All |
| Exhibit_MF-10.m4v | All |
| Exhibit_MF-10A.m4v | All |
| Exhibit_MF-11.m4v | All |
| Exhibit_MF-11A.m4v | All |
| Exhibit_MF-12.m4v | All |
| Exhibit_MF-12A.m4v | All |
| Exhibit_MF-13.m4v | All |
| Exhibit_MF-13A.m4v | All |
| Exhibit_MF-14.m4v | All |
| Exhibit_MF-14A.m4v | All |
| Exhibit_MF-15.m4v | All |
| Exhibit_MF-16.m4v | All |
| Exhibit_MF-17.m4v | All |
| Exhibit_MF-17A.m4v | All |
| Exhibit_MF18_1.VOB | All |
| Exhibit_MF18_2.VOB | All |
| Exhibit_MF19_1.VOB | All |
| Exhibit_MF19_2.VOB | All |