UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS                    :
 ON SEPTEMBER 11, 2001                     :
                                           :   03 MDL 1570 (GBD)(SN)
                                           :
                                           :
------------------------------------------------------------------x

**This Document Relates to:**
**Hoglan, et al. v. Iran, et al.**
**1:11-cv-07550 (GBD)(SN)**

### INFORMATION SUBPOENA AND QUESTIONS

**TO:**   Fleetscape Capital Holdings Limited

**WHEREAS**, in an action in the United States District Court for the Southern District of New York, Case Number 11-CV-7550, between Plaintiffs-Judgment Creditors Estate of Alice Hoglan, et al. ("the Hoglan Creditors"), and Defendants-Judgment Debtors Iran, et al. ("the Judgment Debtors")[1], a final judgment was entered on February 26, 2018 in favor of the Hoglan Creditors and against the Judgment Debtors, awarding the Hoglan Creditors $3,610,326,671, including prejudgment and postjudgment interest, of which $3,458,640,585.46 remains uncollected, due, and unpaid;

**WHEREAS,** it is believed that you are in possession or custody of certain property in which the Judgment Debtors have an interest, including property aboard the tanker vessel SUEZ RAJAN (IMO: 9524475);

---

[1] The full list of Defendants-Judgment Debtors is as follows: Islamic Republic of Iran, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi Rafsanjani, Iran's Ministry of Information and Security, Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, Iran's Ministry of Economic Affairs and Finance, Iran's Ministry of Commerce, Iran's Ministry of Defense and Armed Forces Logistics, Central Bank of Iran a.k.a. Bank Markazi, National Iranian Petrochemical Company, National Iranian Oil Company, National Iranian Tanker Company, National Iranian Gas Company, Iran Air, and Hezbollah.

**WHEREAS,** pursuant to Section 5224 of the NY CPLR, the undersigned hereby states as follows:

I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES AND SECTION 601 OF THE GENERAL BUSINESS LAW THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT;

**NOW, THEREFORE, WE COMMAND YOU**, pursuant to Rule 69(a)(2) of the Federal Rules of Civil Procedure and Sections 5223 and 5224 of the New York C.P.L.R., to provide answers to the questions attached hereto as Schedule A, in writing under oath, and return the original of the questions together with your answers to the undersigned in the prepaid addressed return envelope accompanying this subpoena within seven (7) days of their receipt. False swearing or failure to comply with this subpoena is punishable as a contempt of court.

Dated: June 23, 2022                     Respectfully submitted,

By: /s/ Lee Wolosky
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

*Counsel to Judgment Creditors Estate of Alice Hoglan, et al.*

## Schedule A

**QUESTIONS TO BE ANSWERED BY FLEETSCAPE CAPITAL HOLDINGS LIMITED IN RESPONSE TO THIS INFORMATION SUBPOENA**

1. Has Fleetscape Capital Holdings Limited—or the employees thereof—ever leased, sub-leased, rented, conducted business at, or otherwise occupied or used office space located at 277 Park Avenue, New York, NY?

2. If the answer to (1) above is "yes", please indicate the approximate beginning dates of, and the contractual length of occupancy for, each such lease, sub-lease, rental, or occupancy or use.

I hereby declare, under penalty of perjury, that I have verified the contents of these responses to be true.

By: **Fleetscape Capital Holdings Limited**

Name:

Title:

Sworn to before me this __ day of _____, 2022.

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS         :
 ON SEPTEMBER 11, 2001          :
                                :   03 MDL 1570 (GBD)(SN)
                                :
                                :
------------------------------------------------------------------x

**This Document Relates to:**
**Hoglan, et al. v. Iran, et al.**
**1:11-cv-07550 (GBD)(SN)**

### INFORMATION SUBPOENA AND QUESTIONS

**TO:**   Fleetscape Suez Rajan LLC

**WHEREAS**, in an action in the United States District Court for the Southern District of New York, Case Number 11-CV-7550, between Plaintiffs-Judgment Creditors Estate of Alice Hoglan, et al. ("the Hoglan Creditors"), and Defendants-Judgment Debtors Iran, et al. ("the Judgment Debtors")[1], a final judgment was entered on February 26, 2018 in favor of the Hoglan Creditors and against the Judgment Debtors, awarding the Hoglan Creditors $3,610,326,671, including prejudgment and postjudgment interest, of which $3,458,640,585.46 remains uncollected, due, and unpaid;

**WHEREAS,** it is believed that you are in possession or custody of certain property in which the Judgment Debtors have an interest, including property aboard the tanker vessel SUEZ RAJAN (IMO: 9524475);

---

[1] The full list of Defendants-Judgment Debtors is as follows: Islamic Republic of Iran, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi Rafsanjani, Iran's Ministry of Information and Security, Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, Iran's Ministry of Economic Affairs and Finance, Iran's Ministry of Commerce, Iran's Ministry of Defense and Armed Forces Logistics, Central Bank of Iran a.k.a. Bank Markazi, National Iranian Petrochemical Company, National Iranian Oil Company, National Iranian Tanker Company, National Iranian Gas Company, Iran Air, and Hezbollah.

**WHEREAS,** pursuant to Section 5224 of the NY CPLR, the undersigned hereby states as follows:

I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES AND SECTION 601 OF THE GENERAL BUSINESS LAW THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT;

**NOW, THEREFORE, WE COMMAND YOU**, pursuant to Rule 69(a)(2) of the Federal Rules of Civil Procedure and Sections 5223 and 5224 of the New York C.P.L.R., to provide answers to the questions attached hereto as Schedule A, in writing under oath, and return the original of the questions together with your answers to the undersigned in the prepaid addressed return envelope accompanying this subpoena within seven (7) days of their receipt. False swearing or failure to comply with this subpoena is punishable as a contempt of court.

Dated: June 23, 2022                             Respectfully submitted,

By: /s/ Lee Wolosky
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

*Counsel to Judgment Creditors Estate of Alice Hoglan, et al.*

## Schedule A

### QUESTIONS TO BE ANSWERED BY FLEETSCAPE SUEZ RAJAN LLC IN RESPONSE TO THIS INFORMATION SUBPOENA

1. Has Fleetscape Suez Rajan LLC—or the employees thereof—ever leased, sub-leased, rented, conducted business at, or otherwise occupied or used office space located at 277 Park Avenue, New York, NY?

2. If the answer to (1) above is "yes", please indicate the approximate beginning dates of, and the contractual length of occupancy for, each such lease, sub-lease, rental, or occupancy or use.

I hereby declare, under penalty of perjury, that I have verified the contents of these responses to be true.

By:     **Fleetscape Suez Rajan LLC**

Name:

Title:

Sworn to before me this __ day of _____, 2022.

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS                    :
 ON SEPTEMBER 11, 2001                     :
                                           :    03 MDL 1570 (GBD)(SN)
                                           :
                                           :
------------------------------------------------------------------x

**This Document Relates to:**
**Hoglan, et al. v. Iran, et al.**
**1:11-cv-07550 (GBD)(SN)**

## INFORMATION SUBPOENA AND QUESTIONS

**TO:**   **Oaktree Capital Management LP**

**WHEREAS**, in an action in the United States District Court for the Southern District of New York, Case Number 11-CV-7550, between Plaintiffs-Judgment Creditors Estate of Alice Hoglan, et al. ("the Hoglan Creditors"), and Defendants-Judgment Debtors Iran, et al. ("the Judgment Debtors")[1], a final judgment was entered on February 26, 2018 in favor of the Hoglan Creditors and against the Judgment Debtors, awarding the Hoglan Creditors $3,610,326,671, including prejudgment and postjudgment interest, of which $3,458,640,585.46 remains uncollected, due, and unpaid;

**WHEREAS,** it is believed that you are in possession or custody of certain property in which the Judgment Debtors have an interest, including property aboard the tanker vessel SUEZ RAJAN (IMO: 9524475);

---

[1] The full list of Defendants-Judgment Debtors is as follows: Islamic Republic of Iran, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi Rafsanjani, Iran's Ministry of Information and Security, Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, Iran's Ministry of Economic Affairs and Finance, Iran's Ministry of Commerce, Iran's Ministry of Defense and Armed Forces Logistics, Central Bank of Iran a.k.a. Bank Markazi, National Iranian Petrochemical Company, National Iranian Oil Company, National Iranian Tanker Company, National Iranian Gas Company, Iran Air, and Hezbollah.

**WHEREAS,** pursuant to Section 5224 of the NY CPLR, the undersigned hereby states as follows:

I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES AND SECTION 601 OF THE GENERAL BUSINESS LAW THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT;

**NOW, THEREFORE, WE COMMAND YOU**, pursuant to Rule 69(a)(2) of the Federal Rules of Civil Procedure and Sections 5223 and 5224 of the New York C.P.L.R., to provide answers to the questions attached hereto as Schedule A, in writing under oath, and return the original of the questions together with your answers to the undersigned in the prepaid addressed return envelope accompanying this subpoena within seven (7) days of their receipt. False swearing or failure to comply with this subpoena is punishable as a contempt of court.

Dated: June 23, 2022               Respectfully submitted,

By: /s/ Lee Wolosky
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

*Counsel to Judgment Creditors Estate of Alice Hoglan, et al.*

## Schedule A

**QUESTIONS TO BE ANSWERED BY OAKTREE CAPITAL MANAGEMENT LP IN RESPONSE TO THIS INFORMATION SUBPOENA**

1. Has Oaktree Capital Management LP—or the employees thereof—ever leased, sub-leased, rented, conducted business at, or otherwise occupied or used office space located at 277 Park Avenue, New York, NY?

2. If the answer to (1) above is "yes", please indicate the approximate beginning dates of, and the contractual length of occupancy for, each such lease, sub-lease, rental, or occupancy or use.

I hereby declare, under penalty of perjury, that I have verified the contents of these responses to be true.

By:  **Oaktree Capital Management, LP**

Name:

Title:

Sworn to before me this ___ day of _____, 2022.

_____
Notary Public