

🏠  Hot Topics ▾   Sectors ▾   Regulars ▾   Long Reads ▾   Data Tools ▾   Marketing Solutions ▾

## ▌ Directories

**JUMP TO SECTION**   Ports   Companies   Ship Services

**Company Home** > Search results

### A–Z Companies

A B C D E F G H I J K L
M N O P Q R S T U V W
X Y Z #

### A–Z Vessels

A B C D E F G H I J K L
M N O P Q R S T U V W
X Y Z #

### Search again

Advanced Search

[Company Name]

And/Or

[Country ▾]

☐ Towage and Salvage only

**SEARCH**

You Searched for fleetscape;

FLEETSCAPE CAPITAL HOLDINGS LIMITED

45th Floor, 277 Park Avenue, New York, NY 10172, U.S.A.

Tel: +1 917 2078680

www.fleetscape.com          FLEETSCAPE CAPITAL HOLDINGS LIMITED
                            (12 Vessels)

FLEETSCAPE CAPITAL HOLDINGS LIMITED

London, U.K.

                            FLEETSCAPE CAPITAL HOLDINGS LIMITED
                            (12 Vessels)

Page 1 of 1
Listing 1 - 2 of 2

---

**DISCOVER MORE FROM LLOYD'S LIST INTELLIGENCE**

i-Law

Insurance Day

Lloyd's List Intelligence Seasearcher

Marketing Solutions

**OTHER TOPICS**

Sustainability          Shipmanagement
Classification          Shipbroking
Fuels                   Shipyards
Casualty                Ro-ro & Passenger
Arctic Shipping         Offshore
People                  Towage & Salvage

**FOLLOW US ON SOCIAL**