Join now | Sign in

Fleetscape Capital in Worldwide



# Fleetscape Capital

Financial Services

London, England · 758 followers

Fleetscape is a leading alternative capital provider to the global shipping and offshore oil service industries.

Follow

View all 6 employees

## About us

Fleetscape is a leading alternative capital provider to the global shipping and offshore oil service industries.

Our 10 person team has extensive expertise in maritime finance, vessel operations, and naval architecture through offices in London, Frankfurt and New York.

Typical equity investment sizes range from $10 million to $50 million with the ability to invest up to $200 million through co-investment from our limited partners and/or affiliated investment funds.

Website    https://www.fleetscape.com/

| | |
|---|---|
| **Industries** | Financial Services |
| **Company size** | 1-10 employees |
| **Headquarters** | London, England |
| **Type** | Privately Held |
| **Founded** | 2017 |

## Locations

Primary
10 Bressenden Place
London, England SW1E 5DH, GB

Get directions

## Employees at Fleetscape Capital


**Niklas Røine**
Fleetscape Capital - Oaktree


**Emmanouela Kominaki**
Intern at Fleetscape Capital

See all employees

## Updates

### Fleetscape Capital
8mo

Fleetscape has acquired six handysize vessels from Asia Maritime Pacific Limited ("AMP"). The vessels will be leased back to AMP on a five-year basis with a purchase obligation at maturity.

Description: In September 2021, Fleetscape completed its first Sale and Leaseback ("SLB") transaction with Asia Maritime Pacific Limited ("AMP") by acquiring six 35,800 DWT Handy size vessels. The proceeds from the transactions were used to part-finance the acquisition cost of the vessels. The vessels were acquired in back-to-back SLBs with Fleetscape, which included a purchase obligation by AMP at the end of the five-year charter period.

Guillaume Bayol, Managing Director and Co-portfolio manager at Oaktree, said: "Fleetscape are excited to finance the acquisition of a fleet of handysize vessels with AMP. The company has a large fleet, proven track record and a strong regional presence which fits well within Fleetscape's strategy. We look forward to further expanding the relationship with AMP going forward"

AMP is an Asia-based dry bulk shipowner and operator, specializing in offering personalized solutions and reliable, innovative solutions to its customers via its modern fleet of Handysize and mini-bulker vessels, specially designed and fitted to service AMP's trades. AMP has over 100 employees, spread over their headquarters in Hong Kong and offices in Shanghai, Tokyo, Melbourne, Austin, London and Douala. Team members include experienced shipping professionals, and the company has extensive in-house technical, commercial and corporate capabilities. For more information on AMP, see www.ampship.com.

#shipfinance #maritimeleasing #drybulk #maritime #shipping #finance

**HOME | asiamaritimepacific**
ampship.com

38 · 1 Comment

Like         Comment         Share

### Join now to see what you are missing

✓ Find people you know at Fleetscape Capital

✓ Browse recommended jobs for you

✓ View all updates, news, and articles

Join now

## Similar pages


**Oaktree Capital Management, L.P.**
Investment Management
Los Angeles, CA


**Northern Shipping Fund Management LLC**
Financial Services
Stamford, CT


**Breakwater Capital Ltd**
Investment Management


**Hayfin Capital Management LLP**
Financial Services
London, England

Show more similar pages

## Browse jobs

**Staff Software Engineer jobs**
76,990 open jobs

**Python Developer jobs**
52,296 open jobs

**Developer jobs**
344,797 open jobs

**Analyst jobs**
760,055 open jobs

**Software Quality Assurance Engineer jobs**
10,219 open jobs

**Trader jobs**
11,447 open jobs

**Senior Business Consultant jobs**

54,348 open jobs

### Logistics Specialist jobs
75,095 open jobs

### Pilot jobs
49,580 open jobs

### Investment Specialist jobs
9,104 open jobs

Show more jobs like this ⌄

## More searches

© 2022

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines