UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL., <br><br> Plaintiffs-Judgment Creditors, <br><br> v. <br><br> OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC; <br><br> Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**SECOND DECLARATION OF CHRISTIAN TOBIAS BACKER**

I, Christian Tobias Backer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this declaration to supplement the declaration dated March 28, 2022 submitted in this proceeding.

2. When I began working with Oaktree Capital Management, LP ("OCM"), I occasionally utilized office space at 277 Park Avenue in New York City until that office closed. Following the closure of that office, I would occasionally utilize space at 1301 Avenue of the Americas, the location of OCM's New York office, until I relocated to London in January 2020.

3. Accordingly, my previous statement—that neither Fleetscape Suez Rajan LLC ("FSR"), Fleetscape Capital Limited ("Fleetscape Capital"), nor Fleetscape Capital Holdings Limited ("Fleetscape Holdings") have any offices or operations in the state of New York, and that

1

neither FSR, Fleetscape Capital, nor Fleetscape Holdings conduct any business within the state of New York—has been the case since at least January 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 11, 2022.

_____
Christian Tobias Backer