UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re* Terrorist Attacks on September 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| Estate of Alice Hoglan, by its personal representative Candyce S. Hoglan, et al.,<br><br>     Plaintiffs-Judgment Creditors,<br><br>v.<br><br>Oaktree Capital Management, LP; Fleetscape Capital Holdings Limited; and Fleetscape Suez Rajan LLC;<br><br>     Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

**DECLARATION OF BRYAN GROPPI**

I, Bryan Groppi, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Managing Director of Oaktree Capital Management, L.P. ("OCM"), and act as Global Head of Corporate Services.  I have been with OCM since September 2011.  My role at OCM includes among other things the management of OCM's physical assets, including corporate real estate and leases, construction and space planning.  I have personal knowledge of the facts below.

2.      Attached as Exhibit 1 is a true and correct copy of an Amended and Restated Sublease dated April 10, 2019, by and between PineBridge Investments Holdings US LLC (f/k/a PineBridge Global Investments LLC), as Sublandlord, and OCM, as Subtenant (the "Pinebridge Sublease").

1

3.      Attached as Exhibit 2 is a true and correct copy of a Sublease dated April 10, 2019, by and between OCM, as Sublandlord, and Pierce Bainbridge Beck Price & Hecht LLP ("Pierce Bainbridge"), as Subtenant (the "OCM Sublease").

4.      As referenced in the Pinebridge Sublease and the OCM Sublease, OCM held a lease obligation concerning a portion of the building located at 277 Park Avenue in New York City scheduled through December 2020.  The lease obligation was assigned to OCM by Highstar Capital LP ("Highstar"), an infrastructure group acquired by OCM in or about 2014.  As evidenced by the OCM Sublease, OCM subleased the space at 277 Park Avenue in April 2019 to Pierce Bainbridge.

5.      Prior to concluding the OCM Sublease, OCM vacated the premises at 277 Park Avenue in or about December 2018, and moved Highstar personnel to OCM's offices at 1301 Avenue of the Americas.

6.      No OCM or OCM-affiliated personnel have worked from 277 Park Avenue since OCM vacated the premises.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on July 11th, 2022.

_____
Bryan Groppi