# SPEISER KRAUSE
## COUNSELLORS AT LAW

*800 Westchester Avenue*
*Suite South 608*
*Rye Brook, New York 10573*

PHONE: (914) 220-5333   FAX: (914) 220-5334
WWW.SPEISERKRAUSE.COM

5555 GLENRIDGE CONNECTOR, NE
SUITE 550
ATLANTA, GA 30342
(404) 751-0632

ADDITIONAL OFFICE LOCATIONS
GARDEN CITY, NY
METROPOLITAN DC



July 14, 2022

**VIA ECF**

| | |
|---|---|
| The Honorable George B. Daniels | Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, New York 10007 | New York, New York 10007 |

Re:   *In Re Terrorist Attacks of September 11, 2001*, No. 03 MDL 1570
       This filing relates to:
             *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GDB)(SN))

Dear Judge Daniels and Magistrate Judge Netburn:

We write to you today on behalf of certain Plaintiffs in the above-captioned matters to apprise the Court of time sensitive issues regarding the United States Victims of State Sponsored Terrorism Fund ("USVSST") Fund and Plaintiffs' pending motion before the Court. As the Court is aware, judgments entered against the Islamic Republic of Iran may be considered eligible for participation with the USVSST Fund for partial compensation. The USVSST Fund recently published on its website (www.usvsst.com), "[i]f the USVSST Fund determines that sufficient funds are available to authorize a distribution by January 1, 2023, the application deadline for new claimants to be considered for fourth-round payments will be August 1, 2022."

Given the USVSST Fund's statement on its website regarding an application deadline for new claimants, eight Plaintiffs seek the entry of default judgments for solatium damages in the pending motion before the Court at ECF No. 8081, Filed 06/08/2022 (Motion for Partial Final Judgments for *Burlingame XII* claimants) to allow them to proceed with claims in the Fund in advance of the publicized deadline.

In anticipation of the Fund's August 1, 2022, deadline for new applications, we seek the Court's counsel on how to best effectuate this motion in the tight timeline remaining without

SPEISER KRAUSE

creating an overly burdensome task for the Court. If the Court should need any additional information, please contact the undersigned. Thank you and best regards.

Respectfully,

*Frank H. Granito*

Frank H. Granito

cc:   All Counsel of Record via ECF