# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD)(SN) |
| ESTATE OF ALICE HOGLAN, BY ITS PERSONAL REPRESENTATIVE CANDYCE S. HOGLAN, ET AL., <br><br> Plaintiffs-Judgment Creditors, <br><br> v. <br><br> OAKTREE CAPITAL MANAGEMENT, LP; FLEETSCAPE CAPITAL HOLDINGS LIMITED; AND FLEETSCAPE SUEZ RAJAN LLC; <br><br> Garnishees. | Case No. 11-cv-7550 (GBD)(SN) |

## [PROPOSED] ORDER

On consent of the parties, it is hereby ORDERED that:

(1) Judgment Creditors Estate of Alice Hoglan et al. ("the Hoglan Creditors") having withdrawn their March 3, 2022 Motion for Turnover of Assets from Garnishees Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC ("Respondents"), *see* Dkt. 7721 (03-md-1570), Dkt. 370 (11-cv-7550), that motion is hereby dismissed without prejudice.

(2) The Hoglan Creditors having withdrawn the June 23, 2022 subpoena for the deposition of Martin Graham that is the subject of Respondents' July 1, 2022 Motion to Quash Deposition Subpoena, *see* Dkt. 8174 (03-md-1570), Dkt. 390 (11-cv-7550), that motion is hereby denied as moot.

(3) The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 370 and 390 in No. 11-CV-7550 and at Dkts. 7721 and 8174 in No. 03-MD-1570.

**SO ORDERED**:

_____

Date:_____