**John E. Beauzile**
28 Penny Lane
Binghamton, NY 13905
Email: jeb2235@columbia.edu

**Bruce Strong**
Anderson Kill
1251 Avenue of the Americas
New York, NY 10020

Re: Update of Analysis of Economic Loss in the Matter of
The Estate of **Wendy Faulkner**

November 11, 2021

Dear Mr. Strong,

You have asked me to update the present value of the total amount of the economic loss award for a September 11th Victim Compensation Fund ("VCF") claim prepared by John Rapp, Ph.D. dated March 12, 2004. The methodology I employed in reaching the present value figure is the same as that used by Mr. Rapp. I have attached his original report for reference.

I am an actuarial analyst with a master's degree in actuarial science from Columbia University, a bachelor's degree in mathematics with a minor in economics from Marist College and a bachelor's in business administration degree from Pace University with a major in public accounting. I have experience working with businesses, consulting firms and accountancies, have fulfilled the Validation by Educational Experience requirements of the Society of Actuaries

("SOA") in economics, corporate finance and applied statistics and have also passed SOA and Casualty Actuarial Society ("CAS") exams in probability, financial mathematics, models for financial economics, short term actuarial mathematics, models for stochastic processes and statistics, and models for life contingencies. My curriculum vitae is attached hereto as Exhibit A.

I am confident to a reasonable degree of accounting and actuarial certainty that the present valuation of economic loss figures that I have calculated and provided to Anderson Kill are correct.

Sincerely,

John F. Beauzile

| Valuation Date | 01-Dec-21 |
| --- | --- |
| Discount Rate | 3.9% |

Exhibit 1. Summary of Economic Damages
Wendy Faulkner

| | Present Value |
| --- | --- |
| Present Value of Lost Earnings | $3,120,785 |
| Present Value of Retirement Benefits | 180,314 |
| Present Value of Lost Replacement Services | 666,900 |
| **Total** | **$3,967,999** |

| Base Salary | Unempl. | Tax Rate | Benefits | Pers. Consump. |
|---|---|---|---|---|
| 202,500 | 3.0% | 33.600% | 5,347 | 6.700% |

Exhibit 2. Present Value of Lost Earnings
Wendy Faulkner

| Year | Age | Time Frame | Age-Specific Growth Factor | Earnings | Benefits | Unempl. Adj. | Taxes | Pers. Cons. Rates | Personal Consumption | Net Earnings | PV of Net Earnings | Cumulative Net Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 47 | 0.0 | 1.00000 | $0 | $0 | $0 | $0 | 6.700% | $0 | $0 | $0 | $0 |
| 2002 | 48 | 1.0 | 1.03984 | 210,567 | 5,560 | (6,484) | (68,628) | 6.700% | (9,087) | 131,929 | 131,929 | 131,929 |
| 2003 | 49 | 2.0 | 1.03786 | 218,538 | 5,771 | (6,729) | (71,226) | 6.700% | (9,431) | 136,923 | 136,923 | 268,852 |
| 2004 | 50 | 3.0 | 1.03588 | 226,379 | 5,978 | (6,971) | (73,782) | 6.700% | (9,769) | 141,836 | 141,836 | 410,688 |
| 2005 | 51 | 4.0 | 1.03391 | 234,056 | 6,181 | (7,207) | (76,284) | 6.700% | (10,100) | 146,646 | 146,646 | 557,334 |
| 2006 | 52 | 5.0 | 1.03194 | 241,532 | 6,378 | (7,437) | (78,720) | 6.700% | (10,423) | 151,330 | 151,330 | 708,664 |
| 2007 | 53 | 6.0 | 1.03000 | 248,778 | 6,570 | (7,660) | (81,082) | 6.700% | (10,736) | 155,870 | 155,870 | 864,534 |
| 2008 | 54 | 7.0 | 1.03000 | 256,242 | 6,767 | (7,890) | (83,514) | 6.700% | (11,058) | 160,546 | 160,546 | 1,025,080 |
| 2009 | 55 | 8.0 | 1.03000 | 263,929 | 6,970 | (8,127) | (86,020) | 6.700% | (11,389) | 165,362 | 165,362 | 1,190,442 |
| 2010 | 56 | 9.0 | 1.03000 | 271,847 | 7,179 | (8,371) | (88,600) | 6.700% | (11,731) | 170,323 | 170,323 | 1,360,766 |
| 2011 | 57 | 10.0 | 1.03000 | 280,002 | 7,394 | (8,622) | (91,258) | 6.700% | (12,083) | 175,433 | 175,433 | 1,536,199 |
| 2012 | 58 | 11.0 | 1.03000 | 288,402 | 7,616 | (8,881) | (93,996) | 6.700% | (12,446) | 180,696 | 180,696 | 1,716,895 |
| 2013 | 59 | 12.0 | 1.03000 | 297,054 | 7,844 | (9,147) | (96,816) | 6.700% | (12,819) | 186,117 | 186,117 | 1,903,012 |
| 2014 | 60 | 13.0 | 1.03000 | 305,966 | 8,080 | (9,421) | (99,720) | 6.700% | (13,203) | 191,700 | 191,700 | 2,094,712 |
| 2015 | 61 | 14.0 | 1.03000 | 315,145 | 8,322 | (9,704) | (102,712) | 6.700% | (13,600) | 197,451 | 197,451 | 2,292,163 |
| 2016 | 62 | 15.0 | 1.03000 | 324,599 | 8,572 | (9,995) | (105,793) | 6.700% | (14,008) | 203,375 | 203,375 | 2,495,538 |
| 2017 | 63 | 16.0 | 1.03000 | 334,337 | 8,829 | (10,295) | (108,967) | 6.700% | (14,428) | 209,476 | 209,476 | 2,705,014 |
| 2018 | 64 | 17.0 | 1.03000 | 344,367 | 9,094 | (10,604) | (112,236) | 6.700% | (14,861) | 215,760 | 215,760 | 2,920,775 |
| 2019 | 65 | 17.9 | 1.03000 | 319,229 | 8,430 | (9,830) | (104,043) | 6.700% | (13,776) | 200,010 | 200,010 | 3,120,785 |
| **Total** | | | | **$4,980,970** | **$131,533** | **($153,375)** | **($1,623,398)** | | **($214,946)** | **$3,120,785** | **$3,120,785** | |

| Unempl. | Tax Rate | Pers. Cons. | Pension Contrib. Rate | 401(k) Contrib. Rate |
|---|---|---|---|---|
| 3.0% | 33.600% | 6.700% | 4.000% | 0.000% |

EXHIBIT 3. PRESENT VALUE OF LOST PENSION BENEFITS
WENDY FAULKNER

| YEAR | AGE | TIME FRAME | PENSION CONTRIB. | DEFINED BENEFIT PENSION | TAXES | CONSUMPTION | NET LOSS | PV OF NET LOSS | CUMULATIVE NET LOSS |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 47 | 0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2002 | 48 | 1.00 | 8,170 | 0 | 0 | (547) | 7,623 | 7,623 | 7,623 |
| 2003 | 49 | 2.00 | 8,479 | 0 | 0 | (568) | 7,911 | 7,911 | 15,534 |
| 2004 | 50 | 3.00 | 8,784 | 0 | 0 | (588) | 8,195 | 8,195 | 23,729 |
| 2005 | 51 | 4.00 | 9,081 | 0 | 0 | (608) | 8,473 | 8,473 | 32,202 |
| 2006 | 52 | 5.00 | 9,371 | 0 | 0 | (628) | 8,744 | 8,744 | 40,946 |
| 2007 | 53 | 6.00 | 9,653 | 0 | 0 | (647) | 9,006 | 9,006 | 49,952 |
| 2008 | 54 | 7.00 | 9,942 | 0 | 0 | (666) | 9,276 | 9,276 | 59,228 |
| 2009 | 55 | 8.00 | 10,240 | 0 | 0 | (686) | 9,554 | 9,554 | 68,782 |
| 2010 | 56 | 9.00 | 10,548 | 0 | 0 | (707) | 9,841 | 9,841 | 78,623 |
| 2011 | 57 | 10.00 | 10,864 | 0 | 0 | (728) | 10,136 | 10,136 | 88,759 |
| 2012 | 58 | 11.00 | 11,190 | 0 | 0 | (750) | 10,440 | 10,440 | 99,200 |
| 2013 | 59 | 12.00 | 11,526 | 0 | 0 | (772) | 10,754 | 10,754 | 109,953 |
| 2014 | 60 | 13.00 | 11,871 | 0 | 0 | (795) | 11,076 | 11,076 | 121,029 |
| 2015 | 61 | 14.00 | 12,228 | 0 | 0 | (819) | 11,408 | 11,408 | 132,438 |
| 2016 | 62 | 15.00 | 12,594 | 0 | 0 | (844) | 11,751 | 11,751 | 144,189 |
| 2017 | 63 | 16.00 | 12,972 | 0 | 0 | (869) | 12,103 | 12,103 | 156,292 |
| 2018 | 64 | 17.00 | 13,361 | 0 | 0 | (895) | 12,466 | 12,466 | 168,758 |
| 2019 | 65 | 17.90 | 12,386 | 0 | 0 | (830) | 11,556 | 11,556 | 180,314 |
| **Total** | | | **$193,262** | **$0** | **$0** | **($12,949)** | **$180,314** | **$180,314** | |

# Exhibit 4. Loss Estimated Value of Replacement Services
## Wendy Faulkner

| Year | Age | Time Frame | Household Services | Care Services | Total Services | Present Value |
|---|---|---|---|---|---|---|
| 2001 | 47 | 0.00 | $35,100 | | $35,100 | $35,100 |
| 2002 | 48 | 1.00 | 35,100 | | 35,100 | 35,100 |
| 2003 | 49 | 2.00 | 35,100 | | 35,100 | 35,100 |
| 2004 | 50 | 3.00 | 35,100 | | 35,100 | 35,100 |
| 2005 | 51 | 4.00 | 35,100 | | 35,100 | 35,100 |
| 2006 | 52 | 5.00 | 35,100 | | 35,100 | 35,100 |
| 2007 | 53 | 6.00 | 35,100 | | 35,100 | 35,100 |
| 2008 | 54 | 7.00 | 35,100 | | 35,100 | 35,100 |
| 2009 | 55 | 8.00 | 35,100 | | 35,100 | 35,100 |
| 2010 | 56 | 9.00 | 35,100 | | 35,100 | 35,100 |
| 2011 | 57 | 10.00 | 35,100 | | 35,100 | 35,100 |
| 2012 | 58 | 11.00 | 35,100 | | 35,100 | 35,100 |
| 2013 | 59 | 12.00 | 35,100 | | 35,100 | 35,100 |
| 2014 | 60 | 13.00 | 35,100 | | 35,100 | 35,100 |
| 2015 | 61 | 14.00 | 35,100 | | 35,100 | 35,100 |
| 2016 | 62 | 15.00 | 35,100 | | 35,100 | 35,100 |
| 2017 | 63 | 16.00 | 35,100 | | 35,100 | 35,100 |
| 2018 | 64 | 17.00 | 35,100 | | 35,100 | 35,100 |
| 2019 | 65 | 17.90 | 35,100 | | 35,100 | 35,100 |
| **Total** | | | **$666,900** | **$0** | **$666,900** | **$666,900** |

# EXHIBIT A

# JOHN E. BEAUZILE

jeb2235@columbia.edu
28 Penny Lane, Binghamton, NY 13905 • (914) 227-4048

## EDUCATION

**Columbia University**, *MS in Actuarial Science*, New York, NY — Jan 2013 – May 2014

**Marist College**, *BA in Mathematics;* Minor in Economics; GPA 3.75, Poughkeepsie, NY — Jan 2010 – Dec 2011

**Pace University,** *BBA in Public Accounting*; GPA 3.79; Pleasantville, NY — Sep 2004 – Jun 2007

## WORK ELIGIBILITY

Eligible to work in the U.S. with no restrictions

## ACTUARIAL EXAMS

**Exams Passed**: P, FM, MFE, STAM, ST, LC
**VEE Fulfilled:** Economics, Corporate Finance, Applied Statistics

## PROFESSIONAL EXPERIENCE

**Columbian Financial Group—***Actuarial Assistant*; Binghamton, NY — Sep 2018—Jan 2020

- Address policyholder service requests, including in-force illustrations, which are periodically escalated to Actuarial by Customer Service or IT
- Perform routine data validation and analysis
- Calculate reserves (including IBNR) for assigned blocks of business
- Improve existing processes by reviewing objectives and specifications and use VBA (Excel and/or Access) to automate where possible

**Kreindler & Kreindler, LLP—***Actuarial Analyst (Contractor)*; New York, NY — Aug 2017—May 2018

- Understand the methodology promulgated by the Special Master of September 11th Victim Compensation Fund
- Review 500+ Economic Loss Award analyses prepared by various economists and actuarial experts back in 2002—2004
- Forecast or determine forecasted incomes, fringe benefits (including pension), tax and personal consumption rates, life and work-life expectancies, household, and other care services
- Calculate the present value of presumed economic damages of victims

**The Hartford –** *Workers' Comp Reserving and Claims Analytics (Contractor)*; Hartford, CT — Feb 2016 – Jul 2016

- Prepare variance analysis of average cost of claims and their drivers to company's management
- Analyze duration of temporary total disability payments and percentage of workers receiving such payments
- Provide analysis of the workers' compensation line claims settlement rates to management
- Prepare and distribute to senior management a summary report on large losses
- Support the Workers' Comp Reserving actuary with the reserve review and SOX documentation

**ACE Group –** *Corporate Actuarial, Intern*; New York, NY — Nov 2014 – Dec 2015

- Under direct supervision of the Senior Vice President of Corporate Pricing, complete assigned projects and prepare summary reports for company's senior management
- Prepare analysis of rate changes for senior management
- Analyze potential impact of economic conditions on losses of Accident & Health line of business in Europe
- Analyze the relationship between the macro-economy and P&C profitability
- Model the relationship between the macro-economy and Workers' Compensation loss frequency

**IBM** – *Professional Accountant;* Somers, NY — Jun 2007 – May 2009

- Prepare and process month-end and year-end journal entries including closing, reclassifications, accruals, deferrals
- Review contracts for revenue recognition purposes
- Reconcile various general ledger accounts including Software, Maintenance, and other Prepaid Assets
- Provide various analyses of gross spending on services contracts

## COMPUTER SKILLS AND INTERESTS

**Computer Skills:** Excel, Access, PowerPoint, SAS, VBA, SQL, ResQ, MATLAB, R, and JAVA

Dear Jim,

Here is the economist's report for my family's VCF filing.

The Fund did accept and use the higher numbers.

Please let me know if you need anything else.

Thanks for the recent update.

Sincerely,

Lynn Faulkner




March 12, 2004

James W. Kelleher, Esq.
Attorney at Law
Pickrel, Schaeffer & Ebeling
Dayton, OH

RE: Wendy Faulkner, WTC victim

Dear Jim,

Enclosed are two supplementary calculations in the matter of Wendy Faulkner. They differ from the original calculations based on affidavits from Lynn Faulkner, as follows:

Work life expectancy to age 65

Household services valued at 45 hours per week at $15 per hour, or $35,100 per year

As in the earlier calculations, one is based on a bonus rate of 26.5 percent and one at a bonus rate of 35.0 percent.

Please let me know if any parties in this matter have questions.

Sincerely,

John Rapp, Ph.D.
Professor of Economics

DEPARTMENT OF ECONOMICS AND FINANCE
300 College Park Dayton, Ohio 45469-2251
(937) 229-2416 (937) 229-2477 Fax

## SUMMARY CALCULATIONS FOR WENDY FAULKNER
### (26.5% bonus basis)
### SUPPLEMENTARY CALCULATION

| Year | Age at year end | Income growth rate | Compen-sable income | Tax rate | After tax comp. income | Pension | Medical benefits | 3% unemploy. adjust. | Personal consump-tion rate | Personal consump-tion amount | Replace services | Discount factor | PRESENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 | 48.1 | 3.984% | $ 197,302 | 33.60% | $ 131,009 | $ 7,892 | $5,560 | ($4,334) | -6.70% | $ (9,388.52) | $35,100 | 1.0000 | $ 165,838.60 |
| 2.0 | 49.1 | 3.786% | $ 204,772 | 33.60% | $ 135,969 | $ 8,191 | $ 5,771 | ($4,498) | -6.70% | $ (9,743.97) | $35,100 | 0.9882 | $ 168,773.06 |
| 3.0 | 50.1 | 3.588% | $ 212,119 | 33.60% | $ 140,847 | $ 8,485 | $ 5,978 | ($4,659) | -6.70% | $ (10,093.58) | $35,100 | 0.9511 | $ 167,067.24 |
| 4.0 | 51.1 | 3.391% | $ 219,312 | 33.60% | $ 145,623 | $ 8,773 | $ 6,180 | ($4,817) | -6.70% | $ (10,435.85) | $35,100 | 0.9154 | $ 165,159.35 |
| 5.0 | 52.1 | 3.194% | $ 226,317 | 33.60% | $ 150,274 | $ 9,053 | $ 6,378 | ($4,971) | -6.70% | $ (10,769.17) | $35,100 | 0.8811 | $ 163,060.57 |
| 6.0 | 53.1 | 3.000% | $ 233,106 | 33.60% | $ 154,783 | $ 9,325 | $ 6,569 | ($5,120) | -6.70% | $ (11,092.25) | $35,100 | 0.8480 | $ 160,750.03 |
| 7.0 | 54.1 | 3.000% | $ 240,100 | 33.60% | $ 159,426 | $ 9,604 | $ 6,766 | ($5,274) | -6.70% | $ (11,425.02) | $35,100 | 0.8162 | $ 158,504.10 |
| 8.0 | 55.1 | 3.000% | $ 247,303 | 33.60% | $ 164,209 | $ 9,892 | $ 6,969 | ($5,432) | -6.70% | $ (11,767.77) | $35,100 | 0.7855 | $ 156,291.37 |
| 9.0 | 56.1 | 3.000% | $ 254,722 | 33.60% | $ 169,135 | $10,189 | $ 7,178 | ($5,595) | -6.70% | $ (12,120.80) | $35,100 | 0.7560 | $ 154,138.32 |
| 10.0 | 57.1 | 3.000% | $ 262,363 | 33.60% | $ 174,209 | $10,495 | $ 7,393 | ($5,763) | -6.70% | $ (12,484.42) | $35,100 | 0.7277 | $ 152,053.11 |
| 11.0 | 58.1 | 3.000% | $ 270,234 | 33.60% | $ 179,436 | $10,810 | $ 7,615 | ($5,936) | -6.70% | $ (12,858.96) | $35,100 | 0.7003 | $ 149,980.29 |
| 12.0 | 59.1 | 3.000% | $ 278,341 | 33.60% | $ 184,819 | $11,134 | $ 7,844 | ($6,114) | -6.70% | $ (13,244.73) | $35,100 | 0.6741 | $ 147,990.40 |
| 13.0 | 60.1 | 3.000% | $ 286,691 | 33.60% | $ 190,363 | $11,468 | $ 8,079 | ($6,297) | -6.70% | $ (13,642.07) | $35,100 | 0.6488 | $ 146,025.99 |
| 14.0 | 61.1 | 3.000% | $ 295,292 | 33.60% | $ 196,074 | $11,812 | $ 8,321 | ($6,486) | -6.70% | $ (14,051.33) | $35,100 | 0.6244 | $ 144,092.79 |
| 15.0 | 62.1 | 3.000% | $ 304,151 | 33.60% | $ 201,956 | $12,167 | $ 8,571 | ($6,681) | -6.70% | $ (14,472.87) | $35,100 | 0.6010 | $ 142,220.70 |
| 16.0 | 63.1 | 3.000% | $ 313,276 | 33.60% | $ 208,015 | $12,532 | $ 8,828 | ($6,881) | -6.70% | $ (14,907.06) | $35,100 | 0.5784 | $ 140,369.76 |
| 17.0 | 64.1 | 3.000% | $ 322,674 | 33.60% | $ 214,255 | $12,907 | $ 9,093 | ($7,088) | -6.70% | $ (15,354.27) | $35,100 | 0.5567 | $ 138,570.37 |
| 18.9 | 65 | 3.000% | $ 299,119 | 33.60% | $ 198,615 | $11,965 | $ 8,429 | ($6,570) | -6.70% | $ (14,233.41) | $31,590 | 0.5358 | $ 123,124.42 |
| | | | | | | | | | | | | TOTAL | $ 2,744,010.47 |
| | | | | | | | | | | | Noneconomic loss | | $ 550,000.00 |
| | | | | | | | | | | | GRAND TOTAL | | $ 3,294,010.47 |

## SUMMARY CALCULATIONS FOR WENDY FAULKNER
### (35% bonus basis)
### SUPPLEMENTARY CALCULATION

| Year | Age at year end | Income growth rate | Compensable income | Tax rate | After tax comp. income | Pension | Medical benefits | 3% unemploy. adjust. | Personal cons. rate | Personal consumption amount | Replace. services | Discount factor | PRESENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 | 48.1 | 3.984% | $ 210,560 | 33.60% | $ 139,812 | $ 8,423 | $5,560 | ($4,614) | -6.70% | $ (9,995.09) | $35,100 | 1.0000 | $ 174,285.30 |
| 2.0 | 49.1 | 3.786% | $ 218,531 | 33.60% | $ 145,105 | $ 8,742 | $ 5,771 | ($4,789) | -6.70% | $ (10,373.50) | $35,100 | 0.9882 | $ 177,436.11 |
| 3.0 | 50.1 | 3.588% | $ 226,372 | 33.60% | $ 150,311 | $ 9,055 | $ 5,978 | ($4,960) | -6.70% | $ (10,745.70) | $35,100 | 0.9511 | $ 175,704.21 |
| 4.0 | 51.1 | 3.391% | $ 234,048 | 33.60% | $ 155,408 | $ 9,362 | $ 6,180 | ($5,129) | -6.70% | $ (11,110.09) | $35,100 | 0.9154 | $ 173,754.01 |
| 5.0 | 52.1 | 3.194% | $ 241,524 | 33.60% | $ 160,372 | $ 9,661 | $ 6,378 | ($5,292) | -6.70% | $ (11,464.94) | $35,100 | 0.8811 | $ 171,597.42 |
| 6.0 | 53.1 | 3.000% | $ 248,770 | 33.60% | $ 165,183 | $ 9,951 | $ 6,569 | ($5,451) | -6.70% | $ (11,808.89) | $35,100 | 0.8480 | $ 169,212.66 |
| 7.0 | 54.1 | 3.000% | $ 256,233 | 33.60% | $ 170,139 | $10,250 | $ 6,766 | ($5,615) | -6.70% | $ (12,163.16) | $35,100 | 0.8162 | $ 166,893.74 |
| 8.0 | 55.1 | 3.000% | $ 263,920 | 33.60% | $ 175,243 | $10,557 | $ 6,969 | ($5,783) | -6.70% | $ (12,528.05) | $35,100 | 0.7855 | $ 164,607.67 |
| 9.0 | 56.1 | 3.000% | $ 271,837 | 33.60% | $ 180,500 | $10,874 | $ 7,178 | ($5,957) | -6.70% | $ (12,903.90) | $35,100 | 0.7560 | $ 162,382.42 |
| 10.0 | 57.1 | 3.000% | $ 279,992 | 33.60% | $ 185,915 | $11,200 | $ 7,393 | ($6,135) | -6.70% | $ (13,291.01) | $35,100 | 0.7277 | $ 160,226.66 |
| 11.0 | 58.1 | 3.000% | $ 288,392 | 33.60% | $ 191,492 | $11,536 | $ 7,615 | ($6,319) | -6.70% | $ (13,689.74) | $35,100 | 0.7003 | $ 158,082.06 |
| 12.0 | 59.1 | 3.000% | $ 297,044 | 33.60% | $ 197,237 | $11,882 | $ 7,844 | ($6,509) | -6.70% | $ (14,100.43) | $35,100 | 0.6741 | $ 156,023.02 |
| 13.0 | 60.1 | 3.000% | $ 305,955 | 33.60% | $ 203,154 | $12,239 | $ 8,079 | ($6,704) | -6.70% | $ (14,523.45) | $35,100 | 0.6488 | $ 153,989.07 |
| 14.0 | 61.1 | 3.000% | $ 315,134 | 33.60% | $ 209,249 | $12,606 | $ 8,321 | ($6,905) | -6.70% | $ (14,959.15) | $35,100 | 0.6244 | $ 151,986.31 |
| 15.0 | 62.1 | 3.000% | $ 324,588 | 33.60% | $ 215,526 | $12,984 | $ 8,571 | ($7,112) | -6.70% | $ (15,407.93) | $35,100 | 0.6010 | $ 150,046.33 |
| 16.0 | 63.1 | 3.000% | $ 334,326 | 33.60% | $ 221,992 | $13,374 | $ 8,828 | ($7,326) | -6.70% | $ (15,870.16) | $35,100 | 0.5784 | $ 148,127.05 |
| 17.0 | 64.1 | 3.000% | $ 344,355 | 33.60% | $ 228,652 | $13,775 | $ 9,093 | ($7,546) | -6.70% | $ (16,346.27) | $35,100 | 0.5567 | $ 146,260.62 |
| 18.9 | 65 | 3.000% | $ 319,217 | 33.60% | $ 211,960 | $12,769 | $ 8,429 | ($6,995) | -6.70% | $ (15,152.99) | $35,100 | 0.5358 | $ 131,866.30 |
| | | | | | | | | | | | | TOTAL | $ 2,892,480.95 |
| | | | | | | | | | | | Noneconomic loss | | $ 550,000.00 |
| | | | | | | | | | | | GRAND TOTAL | | $ 3,442,480.95 |




September 8, 2003

James W. Kelleher, Esq.
Attorney at Law
Pickrel, Schaeffer and Ebeling
40 N. Main St.
Dayton, OH 45423-2700

RE: Wendy Faulkner

Dear Jim,

Attached is my appraisal regarding Wendy Faulkner.

I have reviewed all the information you have given me, and I believe the appraisal is complete. If you have questions or suggestions, don't hesitate to let me know.

I will put a hard copy of the attached in the mail; the two tables might be a little hard to read in a fax.

I am pleased to make at least a small contribution to the World Trade Center disaster.

With best wishes,

John Rapp

DEPARTMENT OF ECONOMICS AND FINANCE
300 College Park Dayton, Ohio 45469-2251
(937) 229-2416 (937) 229-2477 Fax

# *Economic Appraisal In the matter of Wendy Faulkner, Victim of World Trade Center Terrorist Attack*

This appraisal has been prepared by John Rapp, Ph.D., Professor of Economics at the University of Dayton in Dayton, Ohio. It follows carefully the nine steps developed by the Special Master. Each assumption is explained below, and two summary tables of the specifics of the calculations are included at the end of the explanations.

## 1. Victim's age and compensable income.

Wendy Faulkner was born on July 25, 1954 and was 47.13 years of age at the time of her death on September 11, 2001. At the time of her death, she was married with two dependent children. She was employed by Aon Risk Services as Vice President of Information Technology. She began this employment on December 4, 2000, at a base salary of $150,000. This amount is in excess of her earnings prior to this new position. Because this was a new position with substantial responsibility, an average of the preceding three years is not used in this appraisal. Using her actual annual earnings, instead of a three year average, is consistent with the Special Master's rules. On July 12, 2001, she received from Aon stock options; in the letter of transmittal, Aon states that stock options are ". . . designed to recognize and reward those individuals whom the Committee believes are integral to the future success of Aon and its growth over the long term." This statement reinforces the appropriateness of using her current salary as the basis for determining economic loss.

In addition to her base salary, she also received a bonus. Her employment contract with Aon indicates that she was eligible for a bonus of up to 35 percent of her base income. After her death, her estate received a bonus of $26,500 for the year 2001. This amounts to 26.5 percent of her earnings for 2001. As of the end of August, 2001, she would have received eight-twelfths of her annual salary, or $100,000. Hence her actual bonus percentage for 2001 was 26.5 percent.

Had she received a bonus of 35 percent in the future, her total earnings would have been $202,500. If she received a 26.5 percent bonus in the future, her total earnings would have been $189,750. Two calculation tables are subsequently provided–one assuming a bonus of 35 percent; the other assuming a bonus of 26.5 percent.

## 2. Combined federal, state and local tax rate

Wendy worked in Chicago at the time of her death. The combined federal, state and local tax rate for Illinois is 33.6 percent. This amount was taken from the web site for the Tax Foundation, and was taken from Internal Revenue Service data.

3. Employer provided benefits

Aon provided medical and dental coverage for Faulkner. The amount paid for medical coverage was $4843.80 for medical and $503.64 for dental coverage, for a total of $5347.44. Since this is the actual amount provided, this figure is used instead of the $2,400 indicated by the Special Master.

She was not yet eligible for Aon's pension plan. Since there is no data for this benefit, the pension benefit is set at 4 percent, as provided by the Special Master's rule.

4. Expected work life

Wendy's expected remaining work life at the time of her death was 14.94 years. This is taken from the *Journal of Legal Economics* article (by Ciecka, Donley and Goldman), the source indicated by the Special Master in Table 2.

5. Growth rates for income and benefits

The growth rates for income and benefits are identical to those provided in Table 3 of the Special Master's rules. These age-specific rates reflect inflation and productivity increases, and are as follows:

| Faulkner's age | Growth rate |
|---|---|
| 47 | 3.984% |
| 48 | 3.786% |
| 49 | 3.588% |
| 50 | 3.391% |
| 51 | 3.194% |
| 52+ | 3.000% |

6. Risk of unemployment

To allow for the risk of unemployment, earnings and benefits are reduced by 3% as indicated by the Special Master.

7. Reduction for decedent's personal consumption

The reduction for decedent's personal consumption uses the data from Table 4 of the Special Master's instructions. For Faulkner's income, the percentage is 6.7 percent. As explained in item 9 of the instructions, this percentage is not varied throughout Wendy's work life.

8. Discount rate

As indicated in Table 5 of the Special Master's instructions, an after-tax discount rate of 3.90 percent is used to reduce all elements of loss to their present value.

9. Other considerations

One additional item was added to the calculations, that being the replacement value for household services. Since Wendy Faulkner's death, her surviving husband has engaged a housekeeper at a cost of $75 per week, or $3,900 per year. It is included, since it is an actual expenditure resulting from her death. In the calculation tables which follow, this amount is not increased since this type of labor is less likely than other types to experience wage increases. The amount is carried to the end of Wendy's expected work life.

The two tables which follow–one for a bonus of 26.5 percent and the other for a bonus of 35.0 percent–all follow the Special Master's instructions and reflect the items explained above. In addition, noneconomic damages of $550,000 are also shown in the table. This amount is explained on pages 8-12 and 8-13 of the Special Master's instructions.

An additional item not quantified in this appraisal is the value of stock options. Faulkner received stock options in the amount of $143,040 on June 28, 2001. Those options involved an expiration date of April 20, 2011. She likely would have received additional options, but the loss of income is the difference between the option price and the price she would have received when the shares were sold. Although a real economic loss, a calculation cannot be made because too much speculation is required for projection. Given the vote of confidence expressed by her employer in granting the options (quoted in item 1 above), it is also possible that she would have received salary increases greater than that provided in the averages used in this appraisal.

John Rapp, Ph.D.
September 8, 2003

## SUMMARY CALCULATIONS FOR WENDY FAULKNER
### (26.5% bonus basis)

| Year | Age at year end | Income growth rate | Compen-sable income | Tax rate | After tax comp. income | Pension | Medical benefits | 3% unemploy. adjust. | Personal consump-tion rate | Personal consump-tion amount | Replace services | Discount factor | PRESENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 | 48.1 | 3.984% | $ 197,302 | 33.60% | $ 131,009 | $ 7,892 | $5,560 | ($4,334) | -6.70% | $ (9,388.52) | $3,900 | 1.0000 | $ 134,638.60 |
| 2.0 | 49.1 | 3.786% | $ 204,772 | 33.60% | $ 135,969 | $ 8,191 | $ 5,771 | ($4,498) | -6.70% | $ (9,743.97) | $3,900 | 0.9882 | $ 137,941.22 |
| 3.0 | 50.1 | 3.588% | $ 212,119 | 33.60% | $ 140,847 | $ 8,485 | $ 5,978 | ($4,659) | -6.70% | $ (10,093.58) | $3,900 | 0.9511 | $ 137,392.92 |
| 4.0 | 51.1 | 3.391% | $ 219,312 | 33.60% | $ 145,623 | $ 8,773 | $ 6,180 | ($4,817) | -6.70% | $ (10,435.85) | $3,900 | 0.9154 | $ 136,598.87 |
| 5.0 | 52.1 | 3.194% | $ 226,317 | 33.60% | $ 150,274 | $ 9,053 | $ 6,378 | ($4,971) | -6.70% | $ (10,769.17) | $3,900 | 0.8811 | $ 135,570.25 |
| 6.0 | 53.1 | 3.000% | $ 233,106 | 33.60% | $ 154,783 | $ 9,325 | $ 6,569 | ($5,120) | -6.70% | $ (11,092.25) | $3,900 | 0.8480 | $ 134,292.43 |
| 7.0 | 54.1 | 3.000% | $ 240,100 | 33.60% | $ 159,426 | $ 9,604 | $ 6,766 | ($5,274) | -6.70% | $ (11,425.02) | $3,900 | 0.8162 | $ 133,038.66 |
| 8.0 | 55.1 | 3.000% | $ 247,303 | 33.60% | $ 164,209 | $ 9,892 | $ 6,969 | ($5,432) | -6.70% | $ (11,767.77) | $3,900 | 0.7855 | $ 131,783.77 |
| 9.0 | 56.1 | 3.000% | $ 254,722 | 33.60% | $ 169,135 | $10,189 | $ 7,178 | ($5,595) | -6.70% | $ (12,120.80) | $3,900 | 0.7560 | $ 130,551.12 |
| 10.0 | 57.1 | 3.000% | $ 262,363 | 33.60% | $ 174,209 | $10,495 | $ 7,393 | ($5,763) | -6.70% | $ (12,484.42) | $3,900 | 0.7277 | $ 129,348.87 |
| 11.0 | 58.1 | 3.000% | $ 270,234 | 33.60% | $ 179,436 | $10,810 | $ 7,615 | ($5,936) | -6.70% | $ (12,858.96) | $3,900 | 0.7003 | $ 128,130.93 |
| 12.0 | 59.1 | 3.000% | $ 278,341 | 33.60% | $ 184,819 | $11,134 | $ 7,844 | ($6,114) | -6.70% | $ (13,244.73) | $3,900 | 0.6741 | $ 126,958.48 |
| 13.0 | 60.1 | 3.000% | $ 286,691 | 33.60% | $ 190,363 | $11,468 | $ 8,079 | ($6,297) | -6.70% | $ (13,642.07) | $3,900 | 0.6488 | $ 125,783.43 |
| 14.0 | 61.1 | 3.000% | $ 295,292 | 33.60% | $ 196,074 | $11,812 | $ 8,321 | ($6,486) | -6.70% | $ (14,051.33) | $3,900 | 0.6244 | $ 124,611.51 |
| 14.9 | 62.1 | 3.000% | $ 285,902 | 33.60% | $ 189,839 | $11,437 | $ 8,057 | ($6,280) | -6.70% | $ (13,604.50) | $3,900 | 0.6010 | $ 116,201.97 |
| | | | | | | | | | | | | **TOTAL** | $ 1,962,843.03 |
| | | | | | | | | | | | Noneconomic loss | | $ 550,000.00 |
| | | | | | | | | | | | **GRAND TOTAL** | | $ 2,512,843.03 |

## SUMMARY CALCULATIONS FOR WENDY FAULKNER

### (35% bonus basis)

| Year | Age at year end | Income growth rate | Compen-sable income | Tax rate | After tax comp. income | Pension | Medical benefits | 3% unemploy. adjust. | Personal cons. rate | Personal consump-tion amount | Replace. services | Discount factor | PRESENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 | 48.1 | 3.984% | $ 210,560 | 33.60% | $ 139,812 | $ 8,423 | $5,560 | ($4,614) | -6.70% | $ (9,995.09) | $3,900 | 1.0000 | $ 143,085.30 |
| 2.0 | 49.1 | 3.786% | $ 218,531 | 33.60% | $ 145,105 | $ 8,742 | $ 5,771 | ($4,789) | -6.70% | $ (10,373.50) | $3,900 | 0.9882 | $ 146,604.27 |
| 3.0 | 50.1 | 3.588% | $ 226,372 | 33.60% | $ 150,311 | $ 9,055 | $ 5,978 | ($4,960) | -6.70% | $ (10,745.70) | $3,900 | 0.9511 | $ 146,029.89 |
| 4.0 | 51.1 | 3.391% | $ 234,048 | 33.60% | $ 155,408 | $ 9,362 | $ 6,180 | ($5,129) | -6.70% | $ (11,110.09) | $3,900 | 0.9154 | $ 145,193.53 |
| 5.0 | 52.1 | 3.194% | $ 241,524 | 33.60% | $ 160,372 | $ 9,661 | $ 6,378 | ($5,292) | -6.70% | $ (11,464.94) | $3,900 | 0.8811 | $ 144,107.10 |
| 6.0 | 53.1 | 3.000% | $ 248,770 | 33.60% | $ 165,183 | $ 9,951 | $ 6,569 | ($5,451) | -6.70% | $ (11,808.89) | $3,900 | 0.8480 | $ 142,755.06 |
| 7.0 | 54.1 | 3.000% | $ 256,233 | 33.60% | $ 170,139 | $10,250 | $ 6,766 | ($5,615) | -6.70% | $ (12,163.16) | $3,900 | 0.8162 | $ 141,428.30 |
| 8.0 | 55.1 | 3.000% | $ 263,920 | 33.60% | $ 175,243 | $10,557 | $ 6,969 | ($5,783) | -6.70% | $ (12,528.05) | $3,900 | 0.7855 | $ 140,100.07 |
| 9.0 | 56.1 | 3.000% | $ 271,837 | 33.60% | $ 180,500 | $10,874 | $ 7,178 | ($5,957) | -6.70% | $ (12,903.90) | $3,900 | 0.7560 | $ 138,795.22 |
| 10.0 | 57.1 | 3.000% | $ 279,992 | 33.60% | $ 185,915 | $11,200 | $ 7,393 | ($6,135) | -6.70% | $ (13,291.01) | $3,900 | 0.7277 | $ 137,522.42 |
| 11.0 | 58.1 | 3.000% | $ 288,392 | 33.60% | $ 191,492 | $11,536 | $ 7,615 | ($6,319) | -6.70% | $ (13,689.74) | $3,900 | 0.7003 | $ 136,232.70 |
| 12.0 | 59.1 | 3.000% | $ 297,044 | 33.60% | $ 197,237 | $11,882 | $ 7,844 | ($6,509) | -6.70% | $ (14,100.43) | $3,900 | 0.6741 | $ 134,991.10 |
| 13.0 | 60.1 | 3.000% | $ 305,955 | 33.60% | $ 203,154 | $12,239 | $ 8,079 | ($6,704) | -6.70% | $ (14,523.45) | $3,900 | 0.6488 | $ 133,746.51 |
| 14.0 | 61.1 | 3.000% | $ 315,134 | 33.60% | $ 209,249 | $12,606 | $ 8,321 | ($6,905) | -6.70% | $ (14,959.15) | $3,900 | 0.6244 | $ 132,505.03 |
| 14.9 | 62.1 | 3.000% | $ 305,113 | 33.60% | $ 202,595 | $12,205 | $ 8,057 | ($6,686) | -6.70% | $ (14,483.45) | $3,900 | 0.6010 | $ 123,558.06 |
| | | | | | | | | | | | | TOTAL | $ 2,086,654.55 |
| | | | | | | | | | | | Noneconomic loss | | $ 550,000.00 |
| | | | | | | | | | | | GRAND TOTAL | | $ 2,636,654.55 |