UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11. 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br><br> *Faulkner v. Bin Laden, et al.* | 09-cv-7055 (GBD)(SN) <br><br> ECF Case |

**[PROPOSED] ORDER OF ENTRY OF DEFAULT JUDGMENT AGAINST THE ISLAMIC EMIRATE OF AFGHANISTAN**

Upon consideration of the evidence and arguments submitted by Plaintiff through his Motion for Entry of Default Judgment Against the Islamic Emirate of Afghanistan ("Afghanistan"), it is hereby:

**ORDERED** that the motion for judgment by default against Afghanistan on behalf of Plaintiff in the above-captioned matter is GRANTED and FINAL judgment is entered against Afghanistan; and it is further

**ORDERED** that (1) economic damages are awarded to Plaintiff in the amount of $3,967,999; (2) damages are awarded to Plaintiff as personal representative for pain and suffering in the amount of $2,000,000; (3) solatium damages are awarded to Plaintiff as a spouse in the amounts of $12,500,000; (4) prejudgment interest is awarded at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages.

**SO ORDERED**

_____
GEORGE B. DANIELS
United States District Judge

Dated: New York, New York
_____, 202\_

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, a copy of the foregoing was filed via the Court's CM/ECF filing system, which sent notification of such filing to counsel of record in this case.

/s/ *James F. Peterson*
James F. Peterson