**Appendix A**

|   | New Plaintiff's Name (Alphabetical by last name) | New Plaintiff's State of Residency at Filing (or Death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Rosemary Puma | Georgia | United States | Debra Ann Dimartino | Sister | ¶ 5 and Appx. I at line 13 |
| 2 | John Puma | Florida | United States | Debra Ann Dimartino | Brother | ¶ 5 and Appx. I at line 13 |
| 3 | William J. Posa as Personal Representative for the Estate of Grace Posa | New Jersey | United States | Debra Ann Dimartino | Sister | ¶ 5 and Appx. I at line 13 |