UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------x

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)
*Rodriguez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12348 (GBD)(SN)
*Knight, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12398 (GBD)(SN)
*Knight, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12399 (GBD)(SN)
*Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 (GBD)(SN)
*Johnson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12346 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12337 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12338 (GBD)(SN)
*Desimone v. Islamic Republic of Iran*, Case No. 1:21-cv-07679 (GBD)(SN)
*Desimone v. Kingdom of Saudi Arabia*, Case No. 1:17-cv-00348 (GBD)(SN)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court Southern District of New York, I, Austin Estelle, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above captioned litigation and the individual cases.

I am in good standing with the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: 7/15/22

Respectfully Submitted,

*[signature]*

Austin Estelle
The Miller Firm
108 Railroad Ave
Orange, VA 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
aestelle@millerfirmllc.com