UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------x

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)
*Rodriguez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12348 (GBD)(SN)
*Knight, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12398 (GBD)(SN)
*Knight, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12399 (GBD)(SN)
*Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 (GBD)(SN)
*Johnson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12346 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12337 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12338 (GBD)(SN)
*Desimone v. Islamic Republic of Iran*, Case No. 1:21-cv-07679 (GBD)(SN)
*Desimone v. Kingdom of Saudi Arabia*, Case No. 1:17-cv-00348 (GBD)(SN)

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF AUSTIN ESTELLE PRO HAC VICE

I, Austin Estelle, make this affidavit in support of the motion for my admission to appear and practice *pro hac vice* in this court in the above captioned litigation and the individual cases for Plaintiffs.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from Texas is attached.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: 7/15/22

Respectfully Submitted,

Austin Estelle
The Miller Firm
108 Railroad Ave
Orange, VA 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
aestelle@millerfirmllc.com

## NOTARY ACKNOWLEDGMENT

State of Virginia

County of Orange

The foregoing was acknowledged before me this 15th day of July, 2022, by Austin Estelle.

Date of expiration 4/30/2025

(Seal) RICHARD MICHAEL MAYER
NOTARY PUBLIC
REG. #309365
MY COMMISSION EXPIRES 04/30/2025
COMMONWEALTH OF VIRGINIA

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 11, 2022

Re: Austin Estelle, State Bar Number 24108862

To Whom It May Concern:

This is to certify that Austin Estelle was licensed to practice law in Texas on October 21, 2021, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167