UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON			Civil Action No.
SEPTEMBER 11, 2001				03 MDL 1570 (GBD)(SN)
----------------------------------------------------------x

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)
*Rodriguez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12348 (GBD)(SN)
*Knight, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12398 (GBD)(SN)
*Knight, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12399 (GBD)(SN)
*Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 (GBD)(SN)
*Johnson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12346 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12337 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12338 (GBD)(SN)
*Desimone v. Islamic Republic of Iran*, Case No. 1:21-cv-07679 (GBD)(SN)
*Desimone v. Kingdom of Saudi Arabia*, Case No. 1:17-cv-00348 (GBD)(SN)

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

The motion of Austin Estelle, for admission to practice *pro hac vice* in the above captioned action, is granted.

Applicant has declared that he is a member in good standing with the State Bar of Texas and that his information is as follows:

> Austin Estelle
> The Miller Firm
> 108 Railroad Ave
> Orange, VA 22960
> Telephone: 540.672.4224
> Facsimile: 540.672.3055
> Email: aestelle@millerfirmllc.com

Applicant having requested *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above actions.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys.

Date:

_____
Sarah Netburn
United States Magistrate Judge