UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ryan, et al., v. Iran, et al., No. 20-cv-0266

This Order clarifies the Court's prior order at ECF No. 8163 regarding service on defendants in Ryan, et al., v. Iran, et al., No. 20-cv-0266. In that Order, the Court authorized the use of the service procedures provided for by 28 U.S.C. § 1608(a)(4) to serve various defendants. It also authorized the Clerk of the Court to facilitate this process through the dispatch of various materials. To clarify, the Clerk of the Court cannot serve defendants under 28 U.S.C. § 1608(a)(4) itself. The Court and Clerk of Court can issue letters rogatory for pick-up by an attorney, but the obligation to serve those letters and supporting materials remains with the plaintiffs. Once the Clerk of Court issues the letters rogatory, the issuance of those letters is noted on the docket. Accordingly, the Ryan Plaintiffs shall file a copy of the letters rogatory they wish issued per their motion at ECF No. 8155. The obligation to serve these letters and supporting documents remains with the Ryan Plaintiffs.

**SO ORDERED.**

Dated: July 15, 2022
      New York, New York

_____
SARAH NETBURN
United States Magistrate Judge