UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

      TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001

------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: ___7/15/2022___

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received the letters from the parties alerting it to the impending August

deadline for applications to the Victims of State Sponsored Terrorism Fund ("VSSTF"). The

Court is reviewing the pending default judgment motions against the Islamic Republic Iran. It

will endeavor to adjudicate them with sufficient time to permit parties' applications to the

VSSTF. The Court does not anticipate being able to process any default judgment requests filed

after the entry of this Order by the August deadline. Further letters requesting the Court's

attention to this issue are disfavored.

**SO ORDERED.**

Dated: July 15, 2022
      New York, New York

_____
SARAH NETBURN
United States Magistrate Judge