## EXHIBIT A

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | PLAINTIFF'S FIRST NAME | PLAINTIFF'S MIDDLE NAME | PLAINTIFF'S LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | ECF # OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF # ADDING PLAINTIFF TO ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Eustace | Patrick | Bacchus | | Humberto | Tomás | Tous | | Child | $ 8,500,000.00 | N/A | 609 |
| 2 | Carl | | Bini | | Raymond | | Bini (Estate of) | | Parent | $ 8,500,000.00 | N/A | 186 |
| 3 | James | L. | Connor | | Jaymel | E. | Connor | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 4 | Edward | | Day | | Brigitte | | Day | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 5 | Terence | M. | Lynch | | Ashley | Nicole | Lynch | | Child | $ 8,500,000.00 | N/A | 173 |
| 6 | Terence | M. | Lynch | | Tiffany | Marie | Lynch | | Child | $ 8,500,000.00 | N/A | 53 |
| 7 | Brian | G. | McAleese | | Aidan | James | McAleese | | Child | $ 8,500,000.00 | N/A | 609 |
| 8 | Brian | G. | McAleese | | Brianne | Marie | McAleese | | Child | $ 8,500,000.00 | N/A | 609 |
| 9 | Brian | G. | McAleese | | Dawn | Marie | McAleese | | Spouse | $ 12,500,000.00 | N/A | 53 |
| 10 | Brian | G. | McAleese | | Jack | Ryan | McAleese | | Child | $ 8,500,000.00 | N/A | 609 |
| 11 | Brian | G. | McAleese | | Liam | Frances | McAleese | | Child | $ 8,500,000.00 | N/A | 609 |
| | | | | | | | | | TOTAL: | $ 105,500,000.00 | | |