| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **EXHIBIT B** | | | | | | | | | |
| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY FILED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE | ECF NO. OF ANY PRIOR DAMAGES AWARDS IN MDL1570 | ECF NO. - PERSONAL REPRESENTATIVE (PARAGRAPH IN AMENDED COMPLAINT-- OR OTHER NOTED PLEADING--WHERE CLAIMS APPEAR) |
| 1 | Edward | James | Day | | $ 2,000,000.00 | | | $ 2,000,000.00 | n/a | ECF#53, ¶1153, Brigitte Day |
| | | | | | | | TOTAL: | $ 2,000,000.00 | | |