# EXHIBIT A

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| 1 | Timothy | | Frolich | | World Trade Center | Impact, Escape, Building Collapse, Falling Debris Injuries | Devastating |
| 2 | John | F. | Jermyn | | World Trade Center | Building Collapse, Falling Debris Injuries | Severe |