# EXHIBIT C

## SCLAFANI - VITALE, M.D., P.C.
9711 3rd Avenue
Brooklyn, N.Y. 11209

ORTHOPAEDIC SURGERY
Salvatore J. Sclafani, M.D., F.A.C.S.
Aldo Vitale, M.D. F.A.C.S.
Steven Sclafani, M.D.

ARTHROSCOPIC SURGERY

SPORTS MEDICINE
Telephones:
(718) 833 1808 - 1809
Fax:
(718) 836-3711

October 29, 2001

Re: Timothy Frolich

To Whom It May Concern:

Mr. Frolich is under our care for an injury he sustained on 9/11/2001.

The diagnosis is: Fracture dislocation of left foot talonavicular joint. Treated by open reduction, internal fixation.

Patient was examined on 9/12/2001 (and had emergency surgery also on that date), 9/17/2001, 9/24/2001, 10/8/2001, 10/23/2001.

Patient continues to be totally disabled and unable to work. However, he may return to work, approximately on 1/7/2002.

Very truly yours,

Steven Sclafani, M.D.

SS:rac

212-004659-0180



**LUTHERAN MEDICAL CENTER**
BROOKLYN, NEW YORK

**AMBULATORY PROCEDURE PHYSICIAN'S RECORD**

*126*



FROLICH, TIMOTHY
02036-00017 A/S
SHANKER, RAVI              M
M/R#:0000912420
                           MD

Date 2/9/02

**RELEVANT MEDICAL & SURGICAL HISTORY** R.S.D. Left leg s/p ORIF Left ankle

Existing Co-morbid Conditions HTN
Indications for Procedure Reflex sympathetic Dystrophy
Allergies: ☐ None Ampicillin                          LMP
Medications Vicodin, Celexa, Arthra, Ativan

**PHYSICAL EXAMINATION**   Temp. 98.8   Pulse 83   Resp. 18   BP 115/59
HEENT WNL                         Abdomen BN
Cardiovascular RR                 Genital/Rectal/Vaginal
Cgest/Lungs Clear                 Extremities edema Left leg w/ pain
Breast                            Neurological A0x3
Mental Status A0x3                Condition stable
**DIAGNOSIS** Reflex Symp. Dystrophy    Plan for Anesthesia/Sedation Local c IV sed
Left leg
Physical Status Classification II       Signature

**OPERATIVE REPORT**                Date 2/9/02
Surgeon Ravi Shanker MD              Assistant
Specimen                             Post-Op Dx same
Findings ↑ temp & pain relief.
Procedure Used Brought to OR. monitors placed. Prone position, IV sed
by Dr. Atrijo. Area prep & draped. xylocaine 1%. Tuohy
S/9 bifure. 22 g, 5" Q. Placed under fluoroscopy
ant. left to L2 vertebrae. After confirmation of CSF, brown-
ish anesthesia without media 1.5cc IT. Bupivacaine .5%
2.2cc IT in divided doses. Tolerated procedure. Pt.
placed in supine position.
The estimated blood loss was nil.      The patient left O.R. in stable condition.
Assistant                              Attending                    , M.D.

**DISCHARGE NOTE**  Date/Time 2/9/02     Condition stable
Instructions Cont. P.T. & call office Friday

FOLLOW-UP

Signature                    , M.D.

Page 2

**LUTHERAN MEDICAL CENTER**
BROOKLYN, NEW YORK

**AMBULATORY SURGERY**

NURSING HISTORY & ASSESSMENT RECORD

FROLICH, TIMOTHY          M
02036-00017 A/S
SHANKER, RAVI             MD
M/R#:0000912420



| DATE | TIME | | NAME OF M.D. |
|---|---|---|---|
| 2-05-02 | 11:40 | ☑ AM ☐ PM | Manker |

**ADMITTED BY:** ☑ AMBULATORY ☐ WHEELCHAIR ☐ WALKER ☐ CRUTCHES ☐ OTHER (SPECIFY)

| TEMPERATURE | PULSE | RESPIRATIONS | BLOOD PRESSURE | HEIGHT | WEIGHT | LANGUAGE SPOKEN | RELIGION |
|---|---|---|---|---|---|---|---|
| 95.8 | 83 | 18 | 115/59 | 6' | 200 lbs english | | catholic |

**REASON FOR PROCEDURE:** upper sympathetic dystrophy

**PROPERTY/VALUABLES**

| GLASSES | CONTACT LENS | HEARING AID(S) | DENTURES | PROSTHESIS | PERSONAL EFFECTS |
|---|---|---|---|---|---|
| ☑ NO ☐ YES | ☑ NO ☐ YES | ☑ NO ☐ YES | ☑ NO ☐ YES | ☑ NO ☐ YES (SPECIFY) | ☑ NO ☐ YES (SPECIFY) |
| DISPOSITION | ☐ RT ☐ LT | ☐ RT ☐ LT | ☐ UPPER ☐ LOWER | | #6 |
| ☐ WITH PATIENT | ☐ WITH PATIENT | ☐ WITH PATIENT | ☐ WITH PATIENT | ☐ WITH PATIENT | ☐ WITH PATIENT |
| ☐ LOCKER # | ☐ LOCKER # | ☐ LOCKER # | ☐ LOCKER # | ☐ LOCKER # | ☐ LOCKER # |
| ☐ OTHER | ☐ OTHER | ☐ OTHER | ☐ OTHER | ☐ OTHER | ☐ OTHER |

I UNDERSTAND THAT THE HOSPITAL IS NOT RESPONSIBLE FOR ANY VALUABLES.
PATIENT'S SIGNATURE: Timothy Frolich

**PAST HISTORY - MAJOR ILLNESSES, OPERATIONS AND HOSPITALIZATIONS**

MEDICAL HISTORY:
- ☐ HEART DISEASE
- ☑ HYPERTENSION
- ☐ STROKE
- ☐ SUBSTANCE ABUSE
- ☐ LUNG DISEASE
- ☐ RENAL DISEASE
- ☐ CANCER
- ☐ ALCOHOL DEPENDENCY
- ☐ DIABETES
- ☐ HEPATITIS
- ☐ IMMUNE DEFICIENCY
- ☐ OTHER
- ☐ GI PROBLEMS
- ☐ GU PROBLEMS
- ☐ GYN PROBLEMS

COMMENTS:

SIGNIFICANT OB/GYN HISTORY  G____ P____ N/A  LMP____

SURGICAL HISTORY/HOSPITALIZATIONS (INCLUDE DATES):
Left foot surgery

**FAMILY HISTORY**
- ☑ HEART DISEASE (father)
- ☑ HYPERTENSION (father)
- ☐ LUNG DISEASE
- ☐ SUBSTANCE ABUSE
- ☐ CANCER
- ☐ DIABETES
- ☐ ALCOHOL DEPENDENCY
- ☐ OTHER

COMMENTS:

| MEDICATIONS TAKEN AT HOME (Includes: Prescriptions, OTC's Vitamins, Herbal Remedies) | DOSAGE | TAKEN THIS AM? YES | NO | TIME TAKEN |
|---|---|---|---|---|
| Vicodin | i tab PRN | | ✓ | |
| Celexa | i tab QD | | ✓ | |
| aspirin | i tab QD | | ✓ | |
| Ativan | 0.5mg i tab BID | | ✓ | |

Form No. 936  (Rev. 05/2001)

Page 3



# CORNELL
UNIVERSITY

# NEW YORK PRESBYTERIAN
HOSPITAL

Joan and Sanford I. Weill
Medical College

Michael Rubin, M.D., F.R.C.P. (C)
*Professor of Clinical Neurology*
*Director, Neuromuscular Service*

520 East 70th Street, K615
New York, NY 10021

Telephone: 212 746-2320
Fax: 212 746-8984
E-mail: mprubin@med.cornell.edu

April 2, 2002

On April 2nd I saw Timothy Frolich for Workers' Compensation. This 37 year old banker was injured during the World Trade Center disaster. He sustained a fracture dislocation of the left foot. He underwent internal fixation of the tarsal metatarsal joint and had the pins pulled out. Since the injury he has been experiencing pain in the foot basically from below the ankle with a burning sensation. He also feels like cold water is rushing into the foot. It is also colder than the right foot. It changes color and turns blue as well.

No significant previous medical or surgical history.

On examination he is a pleasant gentleman who looks his stated age. He uses a cane to walk. Positive findings limited to the left foot which is cool to touch. Brisk rubous compared to the right. Sensation is subjectively decreased from below the ankle both dorsally and plantarly. Strength testing is effort dependent but nowhere weak in the left foot. Reflexes are brisk. Toes are upgoing. He limps favoring the left foot.

Impression: Reflex sympathetic dystrophy, now known as complex regional pain syndrome. He has no evidence for nerve injury, thus this would be type I CRPS. He requires aggressive physical therapy and pain management for some control.

Michael Rubin, MD, FRCP(C)

MR/JC

**SCLAFANI - VITALE, M.D., P.C.**
9711 3rd Avenue
Brooklyn, N.Y. 11209

| | | |
|---|---|---|
| ORTHOPAEDIC SURGERY<br>Salvatore J. Sclafani, M.D., F.A.C.S.<br>Aldo Vitale, M.D., F.A.C.S.<br>Steven Sclafani, M.D. | ARTHROSCOPIC SURGERY | SPORTS MEDICINE<br>Telephones:<br>(718) 833-1808 - 1809<br>Fax:<br>(718) 836-3711 |

September 15, 2003

Yasuda Fire and Marine
400 Keelby Street 10th Fl.
Fort Lee NJ 07024

        RE: TIMOTHY FROLICH
        SS#: ■■■■■■
        D/A: 9/11/01
        EMP: FUJI BANK

Gentlemen

This patient is here still complaining of pain in the foot and ankle, pins, needles, numbness occasionally in the calf and even radiating to his thigh. He did have a crush injury to his foot, fracture/dislocation complicated by reflex sympathetic dystrophy.

On exam he has ambulating with an antalgic gait.

Exam of the left foot reveals 2 well healed surgical incisions medially and laterally. The lateral incision is tender with a positive Tinel's sign, some restricted subtalar motion, good ankle motion.

IMPRESSION: HEALED FRACTURE/DISLOCATION OF THE FOOT. POST TRAUMATIC DEGENERATIVE ARTHRITIS AND RSD.

The patient has a permanent disability with a 40% scheduled loss left lower extremity due to RSD, fracture and post traumatic arthritis with limited motion and pain. The patient's prognosis for further improvement is guarded.

SS:jc                     Steven Sclafani, M.D.

## SCLAFANI - VITALE, M.D., P.C.
9711 3rd Avenue
Brooklyn, N.Y. 11209

ORTHOPAEDIC SURGERY
Salvatore J. Sclafani, M.D., F.A.C.S.
Aldo Vitale, M.D., F.A.C.S.
Steven Sclafani, M.D.

ARTHROSCOPIC SURGERY

SPORTS MEDICINE
Telephones:
(718) 833-1808 - 1809
Fax:
(718) 836-3711

October 10, 2003

To Whom It May Concern:

I hereby certify that the enclosed records are true, exact copies of the original medical records for TIMOTHY FROLICH kept in the regular course of business at this facility.

_____          10/10/03
(Name & Title of Person Signing)            (Date)



# NEIGHBORHOOD COUNSELING CENTER

To: September 11th Victim Compensation Fund
From: Elizabeth Sufott, CSW
Re: Timothy Frolich

November 30th, 2003

Tim Frolich is a 39 year old man who came to treatment at our clinic on 9/29/01 presenting with extreme anxiety, shakiness, sleeplessness, flashbacks, fear of the dark, nightmares, inability to concentrate, and severely depressed feelings of hopelessness about the future. He was diagnosed with Post-Traumatic Stress Disorder, brought on by the events of 9/11/01, on which date Mr. Frolich had to escape from the 80th floor of the World Trade Center's South Tower. He witnessed an explosion, many injuries and deaths, sustained a serious injury to his foot, and lost a best friend and many colleagues. His condition was aggravated around July 2002 after he was terminated from his job at Fuji bank. Mr. Frolich was seen by a psychiatrist and given the anti-depressant Celexa, the anti-anxiety medication Atavan and the sleep medication Ambien. He was seen weekly for psychotherapy until February 2003 at which time his visits were increased to twice a week because of continued symptoms of anxiety and depression around the events of 9/11. Currently, Mr. Frolich attends one day a week of psychotherapy, one day a week in a support group and once a month consults with a psychiatrist.

Mr. Frolich's progress has been slow. Images of people that he saw in the Trade Center on 9/11 remain etched in his memory and he experiences overwhelming feelings of guilt about not having been able to save more lives. He continues to mourn the lives of those friends and colleagues that he lost on that day. Mr. Frolich is still afraid of the dark, and experiences overwhelming bouts of anxiety when he smells fire or hears a plane flying low overhead. His reaction to the blackout in August, 2003 was extreme - he was terrified and shook with fear.

Reminders of the World Trade Center attacks (such as anniversary events, other terrorist attacks, etc.) still bring on episodes of anxiety and Mr. Frolich still avoids places that remind him of the attacks. He has not been able to seek employment for fear of riding the subway, being in tall buildings, feeling extreme pain in his foot (which can trigger a flashback) and general fear of experiencing flashbacks with any reminder of the event (including seeing someone that looks like someone he came across on that day).

Tim will need to be in treatment for the foreseeable future. His continued feelings of anxiety (palpitations, shaking and stomach aches) and experiencing of flashbacks indicate a need to remain on medication and in psychotherapy for a minimum of two more years. It is projected that through continued emotional support and behavioral treatments he will be able to decrease and process his flashbacks and PTSD symptoms.

Tim Frolich's prognosis is fair. Both the symptomology related to the events of 9/11 and the physical injury resulting from it have deeply affected his sense of self and his sense of confidence. He will always struggle with the reality that he will never be able to be a totally ambulatory man.



Photo of Tim Lying on the Ground Outside of Chase Manhattan Bank, taken by Tiffany Keeling on September 11, 2001





Pictures of Tim at recovering at home after ORIF surgery on his foot



a.)



b.)

Photos of Tim's Foot:
a.) scar on left foot
b.) distorted, bluish colored left foot, characteristic of RSD