# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

**DECLARATION OF JOHN JERMYN**

I, JOHN JERMYN, hereby declare:

1. I am the son of the late John F. Jermyn, a firefighter who was present at the World Trade Center during the September 11, 2001 attacks, and who suffered severe injuries while working there that day. I was appointed as the estate administrator of my father's estate. I am a citizen of the United States, as was my father.

2. My father, John F. Jermyn, died on December 24, 2019. Prior to his death, I heard from him directly about his experiences on September 11, 2001 and saw firsthand the injuries he sustained that day. I have also reviewed documents and records submitted to the Victim's Compensation Fund on John F. Jermyn's behalf, which describe that same experience and the injuries he suffered.

3. I provide this statement to describe to the Court what John F. Jermyn endured on September 11, 2001 and thereafter. Attached as Exhibit A are true and accurate copies of certain of my father's medical records and FDNY records.

4. John F. Jermyn had been an FDNY Firefighter since 1983. He had been present at the World Trade Center during the 1993 bombing. Previously, my father had been stationed at Ladder 122, which was accompanied by Engine 220, in Brooklyn.

5.   On September 11, 2001, John F. Jermyn was 44 years old and working as a New York City Firefighter on light duty due to a work-related injury he sustained in September 1997 to his lower back. He had been placed on the education unit at the New York City Fire Museum at 278 Spring Street in lower Manhattan. As he stepped out of the subway on his way to the museum, my father saw the first plane hit the North Tower. He called FDNY fire dispatch immediately, being the first call to emergency services regarding the attack that day. He shortly thereafter learned part of his former Company, Engine 220, was on its way down to the World Trade Center. Even though he was only cleared for light duty, my father made his way to Ground Zero to assist alongside his former Company.

6.   As my father and Engine 220 were about to enter the South Tower from Liberty Street, the tower collapsed. Being so close to the building, my father was hit by debris all over his body, particularly near his head, neck, and shoulders, and was engulfed by the dust cloud. He sustained severe noise damage to his ears from the sound of the tower collapsing, and damage to his eyes from debris exposure. As he attempted to excavate himself from the debris, he fell multiple times, tripping over pipes, and at one point fell into a small pit that had opened up in the ground. This caused both of his knees and back to twist in unnatural ways and caused injury to his foot.

7.   My father was able to eventually escape from the area and found the rest of Engine 220 at the Marina. He and they used a large hose that was 4 inches thick and over 100 pounds in weight to attempt to put out fires in buildings along the water. While carrying the hose, my father experienced extreme lower back pain that traveled down his left lower leg, eventually causing him to fall to the ground with pain.

8.   Late in the day on September 11, 2001, John F. Jermyn reported to the University Hospital in his home borough of Staten Island and was quickly evaluated for neck and shoulder injuries from the day's experiences. As far as I know, he was not given any x-rays or MRI at that time, but was prescribed pain medication and told to return to the hospital if his symptoms worsened. My father simultaneously filed an FDNY Member Injury Report where he cited that he injured his neck, lower back, right shoulder, left leg, left foot, both knees, both eyes, and both ears.

9.   On October 9, 2001, my father returned to the doctor's office with complaints of right shoulder, right knee, and lumbar pain that extended to the bottom of his left leg, and rated his overall pain an 8/10. He had severe loss in back and shoulder motion, as well as loss of feeling in his lower legs. I remember at the time my father having difficulty moving around regularly and having difficulty with balance.

10. A November 2001 MRI showed that he had a herniated disc and a cyst in his spine, the latter likely caused by the herniated disc. Following the September 11th attacks, my father had been working on improving his range of mobility and pain levels through physical therapy but was never able to fully gain back his range of motion and consistently lived with chronic pain from the injuries he suffered on September 11, 2001 until his death.

11. Following the September 11, 2001 attacks, my father was reviewed for disablement through FDNY. After reviewing a statement from an independent neurologist who treated my father, the New York Fire Department Pension Fund gave my father disabled status on November 27, 2002. The next month, FDNY awarded him accident disability retirement from his work in the line of duty on September 11th.

12. In April 2004, my father's continued pain levels caused him to require another MRI of his back. The MRI showed the same herniated disc and disc bulge in his back that had been caused by his injuries on September 11, 2001. The MRI also showed degenerative disc desiccation, a disease that causes the fluid within the spine to slowly decrease over time. This disease is often caused by intense back and neck trauma. It caused my father chronic pain, stiffness, and weakness in his back.

13. Even after retirement, my father was still limited in the activities he could enjoy. He was unable to partake in any of the previous physical activities he loved to the same level as he had before. Until the day that he died, my father struggled with chronic pain from the injuries he sustained as a 9/11 first responder.

14. In addition to his physical injuries, my father was never psychologically the same after the attacks. While I am not sure that he was ever officially diagnosed, seeing the change in him from before and after the attacks leads me to believe he likely suffered from post-traumatic stress disorder, depression, and anxiety for the rest of his life.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 19, 2022

Place: San Clemente, CA

Signature: [signature]

Print: John Jermyn

# EXHIBIT A

Date 21 OCT 2001 09:54:08

Bureau of Health Services
MD-206R(1/97)

# EXAMINATION REPORT

Name: JERMYN, JOHN | Age: 45 | Unitcode: LAD077

SSN: [redacted] | Civil St: FF | Work Loc: PUBLIC SAFTEY EDUCATION

BP: 110/68 | Weight: 218 lbs | Height: 72 inch

MD's Report:

PAKTIENT KNOCKED DOWN AT WTC INJUURING THE NECK. PAIN RADIATIES DOWN THE RIGHT ARM AND NUMBNES THE LATERAL FOREARM. STRENGTH INTACT. ROM LIMITED OF THE =NECK.

M.O.'s Order :

SEE PMD

Box:

Previous Duty Status: ● FD ○ ML ○ LD ○ CML ○ CLD

Current Duty Status: ○ FD ● ML ○ LD ○ CML ○ CLD — Current Effective Date: 09/26/2001

Next Duty Status: ○ FD ○ ML ○ LD ● CML ○ CLD — Next EffectiveDate: 10/21/2001

LD Restrict Code: — Return Date to BHS: 11/04/2001

Estd return to FD: ○ 1 Week ● 2-3 Weeks ○ 1-2 Months ○ 3-12 Months ○ Rec. LSS

Diagnosis : ● SC ○ NSC ○ UND — Code : 1

| Code | Description |
|---|---|
| 848 | BACK STRAIN OR SPRAIN |
| 849 | CERVICAL STRAIN |
| v09 | OTHER NEUROLOGY/STRESS |

Doctor: FERRITER, PIERC | Date of this Exam: 10/21/2001

CONFIDENTIAL

Geri La Grua Physical Therapy Plus
Dolphin Fitness Center
7001 Amboy Road S.I., N.Y. 10307
(718) 948-0404 (718) 605-1888 Fax: (718) 605-2895

# SPINE

## Initial Evaluation and Plan of Care

## HISTORY

### Identifying Data

Name John Jermyn Age 44 Gender M Date 3/3/01

Nov 8 ~~000~~ 136

Provisional diagnosis (R) shld. lowback → (L) leg (R) knee pain Precautions I F (L) elbow surgical steel

Occupation firefighter - fire safety officer

### History of Present Illness

Present for Sept 11, 2001 WTC collapse At onset electric shock from back into (L) leg 1st few days (R) shld. knee, dull pain escalating into constant sharp sometimes throbbing pain

Improving/Unchanged/**Worsening** (circled)

Commenced as a result of Mech of injury in WTC collapse hit c debris, mvt. of heavy

Commenced for no apparent reason______

Previous history 3 HNP. lowback (L) elbow S/P c internal fixation 1988
Family hx of diabetes, HBP

Previous treatment for this incident no prior intervention

Tests/x-rays ~~[illegible]~~ not for this incident

Medications Naprosin, Flexeral, hydrocortisone(pain)

### Pain Description

Symptoms now ✓ strength weakness (R) shldr. numbness tingling (R) hand 5th digit curl pain, back pain (L) → into (L) foot electric shock. (L) leg back pain

Symptoms constant ✓ Intermittent (R) shldr (R) knee intermittent c rest and certain activities Pain scale 8/10 7/10

### Effects of Activities on Daily Living

**WORSE**

(bending sitting/rising standing walking lying) — circled

a.m./as day progresses/**p.m.** (circled) stationary/on the **move** (circled)

other______

**BETTER**

bending sitting/rising standing walking **lying** (circled) ✓

a.m./as day progresses/p.m. (stationary/on the move) depends on day

other______

Disturbed sleep yes

Earaches no

Sleeping postures Supine c pillows

Bladder no

Sleeping surface firm mattress

Weight gain/loss

Cough/sneeze/strain yes ↑

Dizziness/nausea lightheaded loss of balance

Braces ✕

Headaches yes constant feels like a helmet "numb" pressure from top and back of head.

Transfer/gait antalgic uneven gait

**Observation**

Gait Antalgic - moderate uneven stride length c limited stance in (L)

Sitting posture poor

Standing posture poor : protracted shldrs ; pelvic obliquity c (L) hip ↑ c rotation fwd head

**ROM**

Active movements: n/a____ too acute____ other____

cervical — lumbar

Key: Range of motion I; Location of block II; Limited by muscle pain III; Limited by pain X

Cervical: FB, BB, SBL, SBR, RL, RR — Ante[illegible] 70% c pain; 50% c pain; c pain tight back

Lumbar: FB, BB, SBL, SBR, RL, RR

FB, BB, SBL, SBR, RL, RR

(R) shldr: limited flex abduct c pain soft feel 100°; limited ER c pain overhead pain and weakn "cannot throw ball c (R) arm"

(R) Knee

| Muscle | Left | Right |
|---|---|---|
| L1, 2Psoas | 3/5 | 3/5 |
| L3 Quads | 3+/5 c pain | 3+/5 |
| L4 Tib Ant | | |
| L5 E.H.L. | 3/5 | 3/5 |
| S1 F.H.L. | + | |
| S2 Hams | | |
| C1-Cervical extension | 4/5 c pain | |
| C1-2 Cervical flexion | 3/5 c pain | |
| C1-2 Cervical sidebend | 4+ c pain | 4+ |
| C4 diaphragm (cough) | | |
| C5 biceps | 3/5 c pain | 3/5 |
| C6 wrist ext. | 3/5 | 3/5 |
| C7 triceps | 3/5 ↓ | 3/5 |
| C8 thumb extensors | 3/5 | 3/5 |

all AROM

Key: 0 = no contraction; 1 = trace; 2 = poor; 3 = fair; 4 = good; 5 = normal

4th & 5th digits 2-

lacks full supination (L) 2° to Int Fixation (L) elbow

**Reflexes**

| | Left | Right |
|---|---|---|
| L4 knee jerk | 2+ | 2+ |
| S1 ankle jerk | 1+ | 2+ |
| C5-6 biceps | 1+ | 3+ |
| C7 triceps | 2+ | 2+ |

Key: 0 = absent; 1+ = diminished; 2+ = normal; 3+ = increased; 4+ = clonus

TREATMENT PLAN: Patient teaching/performance of:
Proper body mechanics
Flexibility stretches
Postural exercises
Strengthening exercises
Aerobic conditioning
Dynamic stabilization exercises
Work/recreation simulation/conditioning

Therapist performance of:
Myofascial release/soft tissue mobilization
Massage
Joint Mobilization
Manual/mechanical traction
Modalities

SHORT TERM GOALS WITH ACHIEVEMENT DATE: 3 weeks ~~visits~~

Patient verbalizes understanding of treatment plan.
Pain diminished 50%
AROM cervical/lumbar increased 50%
Strength upper/lower extremity increased 4/5 T/o
Body mechanics improved.
Posture improved.
Myofascial consistency improved.
HEP established.
Improved sensation involved extremity.
Improved joint mobility__________.

LONG TERM GOALS WITH ACHIEVEMENT DATE: 6 weeks ~~visits~~

Pain 0-minimal
AROM cervical/~~lumbar~~ WFL. Shldr WFL
Strength 5/5 T/O upper/lower extremity 5/5 T/O
Patient demonstrates proper body mechanics.
Posture normalized.
Myofascial consistency normal.
Patient independent in performing home exercise program.
Patient informed of activities/program for subsequent to discharge.
Sensation Intact.
Joint mobility WNL.

PLANS AND GOALS ESTABLISHED WITH PARTICIPATION BY: [signature] MSPT c̄ John Jermyn

REHABILITATION POTENTIAL: fair → good FREQUENCY OF TREATMENT ESTIMATED/DURATION: __________

TREATMENT/TEACHING RECEIVED TODAY: STM, MFR, AROM/PROM posture ed, HEP stretches biomechanics,

DATE 10/3/01 PHYSICAL THERAPIST'S SIGNATURE: [signature] MSPT

REPORT TYPE 0 — 0—Original 2—Amendment 3—CD-73→CD-72

FIRE DEPARTMENT • CITY OF NEW YORK

DOSH-900 NO. 11

# MEMBER INJURY REPORT

INCIDENT NO. 0179 BORO 1 BOX NO. 8087

CASE SEVERITY 20 — 11 Minor, 12 No Time Lost, 20 Time Lost, 30 Time Lost—Severe, 60 Death

Batt. Chief ______ Bn. ______

## (A) INJURED MEMBER

Name: JERMYN (LAST NAME) JOHN (FIRST NAME) F (M.I.) Social Sec. No. [redacted] Age 44 Sex M

Rank FF Assigned Gr. No. ______ Assigned Unit 0077 Batt. 21 Div. 08 Unit Where Working When Injured E220 Member Assignment ______

Date of Appointment 10 24 83 (MONTH DAY YEAR) Tax No. 905390 Home Address [redacted] S.I. NY. 10312

## (B) MEDICAL HISTORY

Date of Injury 09 11 01 (MONTH DAY YEAR) Time 0945 (MILITARY) Hours on Duty 01 Responses in Past 24 Hours 00 Date Injury Reported 9/11/01

Describe Nature of Injury Fully: injured neck, lower back, right shoulder, left leg left foot both knees, eyes and ears

Examining Doctor At Time of Injury: Dr Mandelbaum Address Seguine Ave S.I. N.Y.

Hospital S.I. University Hosp. South Borough Rich. Admitted ☐ Treated & Released ☑

PATIENT TAKEN TO 1 — 1—Hospital, 2—Doctor's Office or Clinic, 6—Residence, 7—Not Transported, 8—Medical Office, 9—Quarters

Date No Time Lost Leave Granted ______ How Granted ______

Med. Off. Granting No Time Lost Leave ______

Date Time Lost Leave Granted 9/17/01 How Granted ✓

Med. Off. Granting Time Lost Leave Dr. Fierstein

Medical Diagnosis ______

| | Symptom | Body Part |
|---|---|---|
| Primary Injury | 40 | 61 |
| Secondary Injury | 40 | 43 |
| Tertiary Injury | 40 | 12 |
| Other Injury | 40 | 11 |

## (C) OPERATION AND ACTIVITY

Casualty Type 2 | Where Injury Occurred 29 | Activity at Time of Injury 30 | Apparent Cause of Injury 209 | Medical Care Provided 5

Responding To/Operating At F (E—Emergency, F—Fire, M—False Alarm) | Operation Activity 1 (1—Operating, 2—Overhauling, 3—Taking-Up) | Building Operating At O (O—Occupied, V—Vacant, P—Partially Vacant, N—Non-Structural)

## (D) PROTECTIVE EQUIPMENT

| Item | Code | Status | Problem |
|---|---|---|---|
| Bunker Coat | 1 | 3 | 1 |
| Bunker Pants | 1 | 1 | 7 |
| Breathing Apparatus | 2 | 5 | 97 |
| Hand Protection | 4 | | 7 |
| Boot, Shoe | 1 | 3 | 8 |
| Special Equipment | 8 | 1 | 7 |
| Helmet | 1 | 2 | 7 |
| Face Protection | 7 | | 7 |

MANUFACTURER ______ MODEL ______ PROBLEM—NOT STATED ABOVE ______

## (E) DESCRIPTION OF ACCIDENT AND REMARKS

(If more space is needed, continue on back, using carbon paper)

while operating with E220 at base of W.T.C. south tower caught in collapse, buried and struck by falling debris, while extracating self fell into crater injuring my back, neck, twisting knees, foot trapped; excessive noise and debris in both eyes

Section 11.3.29 and/or 11.3.36 of the Regulations complied with? Yes ☑ N/A ☐

Nature of Injury as described is accurate [signature] SIGNATURE OF INJURED ______ DATE

Company Officer [signature] Unit E220 Cvr. Date ______

Battalion Chief ______ Batt. ______ Date ______

Deputy Chief ______ Div. ______ Date ______

CD-72 (1/97)



STATEN ISLAND UNIVERSITY HOSPITAL

475 Seaview Avenue
Staten Island, NY 10305-3498

JERMYN, JOHN

# EMERGENCY SERVICES AFTERCARE INSTRUCTIONS TO THE PATIENT

(NOTE: Items (X)checked only — Disregard all other items)

PROFESSIONAL AND OTHER SERVICE NOT PROVIDED BY THE HOSPITAL WILL BE BILLED INDEPENDENTLY. EXAMPLES: E.K.G., X-RAY INTERPRETATION SPECIAL PHYSICIAN COMPONENT

Learning Assessment Relevant cultural/religious practices ____________ None ☐
Barriers to Learning Visual ☐ Auditory ☐ Sensory ☐ Emotional ☐ Physical ☐ Cognitive ☐ Unwilling to learn ☐ Unable to read ☐ None ☐
Primary language spoken: ________ Academic Education: ________
Learning Preference: Discussion ☐ Reading ☐ Video ☐ Demonstration ☐ None ☐

## GENERAL INSTRUCTIONS:

✓ Fill your prescriptions and take as directed.

✓ Don't drink alcohol, drive or operate machinery while on this medication.

___ X-ray (Emergency reading only): An official reading will be done by a Radiologist. If there is any change in diagnosis requiring a change in treatment, you will be notified.

___ Work/school absence: This emergency visit can only authorize an absence for the next 24 hours. Further absence would have to be authorized by your family or company physician.

NOTE: If your condition worsens, or new symptoms appear, or should you not recover as expected, and you cannot contact your doctor...Return Here.

## PATIENT DISCHARGE INSTRUCTIONS

1. FOLLOW THE PREPRINTED INSTRUCTIONS ON THE PATIENT CARE INSTRUCTIONS SHEET (SEE BACK OF THIS PAGE) FOR:

☐ A. VOMITING AND DIARRHEA
☐ B. HIGH FEVER
☐ C. WOUND CARE
☐ D. HEAD INJURY
☒ E. NECK AND BACK INJURIES
☐ F. UPPER AND LOWER EXTREMITY SPRAINS
☐ G. CHEST INFECTION AND INJURIES
☐ H. HIGH BLOOD PRESSURE
BP ___/___ BP ___/___
☐ I. EYE CARE
☐ J. SEXUALLY TRANSMITTED DISEASES
☐ K. CROUP
☐ L. NOSE BLEED
☐ M. FRACTURES
☐ N. SUTURE REMOVAL - CALL YOUR FOLLOW-UP DOCTOR FOR AN APPOINTMENT FOR SUTURE REMOVAL IN ______ DAYS.
☐ O. OTHER (see over)

2. ☐ CHEST OR ABDOMINAL PAIN
In spite of a negative examination and tests in the Emergency Room, it is possible that a significant problem is present. If the symptoms recur, you are urged to notify your family physician or return to the Emergency Room.
3. USE PRESCRIBED MEDICATION AS DIRECTED ON BOTTLE.
4. USE TYLENOL, ASPIRIN, OR ADVIL (IBUPROFEN) IN THE FOLLOWING DOSAGE ________ EVERY ________ HOURS ___ FOR ________
5. OTHER INSTRUCTIONS: [illegible handwriting]

6. ALL PATIENT BELONGINGS TAKEN HOME BY PATIENT / REPRESENTATIVE. (circle one)

I acknowledge receipt of the instructions indicated. I understand that I have had emergency treatment only and that I may be released before all of my medical problems are known or treated. I will arrange for follow-up care as indicated.

Date 6-11-02 [illegible]

Patient (or representatives) Signature [signature]

Witness [signature]

Doctor's Signature [signature]

☐ Tetanus shot given ☐ Yes ☒ No Type ________

☐ Immunization update referral ________

☐ Social Service/Community Agency referral ________

## FOLLOW-UP CARE

☐ Physician Referred
☒ Your Physician ________ [illegible]
(Other Physician/Specialty)
☐ ________
☐ Medical Arts Pavilion
☐ Date/Time: ________
☐ Date/Time: ________
☐ Outpatient Department South
☐ Internal Medicine
☐ Specialty/Physician

**NOTE: Please call first to schedule/confirm your appointment**

Clinics:
Occupational Health Program-226-6362
North Site:
Medical - 226-6168
Pediatric - 226-6906
Surgical, Orthopedic - 226-6907
Ob/Gyn - 226-6907

Employee Health - North - 226-9004
South - 226-2099
Diabetic - 226-6340
Bay Street - 226-6700
Forest Avenue - 226-6168
South Site (all services) - 226-2051
Port Richmond - 226-6800

☐ Medications Prescribed ☒ Yes ☐ No Type ________

If you are ever in need of a Physician or Dental Referral, **call the Staten Island University Hospital Physicians and Dental Referral Line: (718) 226-2880.**

ROBERT B. SNOW, M.D., PH.D., F.A.C.S.
523 EAST 72ND STREET
NEW YORK, NEW YORK 10021

OFFICE:
(212) 717-0256

FAX NUMBER:
(212) 744-3529

November 12, 2001

OFFICE FOLLOW UP VISIT

RE: JOHN JERMYN

He was seen again today in the office. He injured his neck on 9/11/01 working at the World Trade Center. Now he's complaining of right shoulder pain and numbness in his right 4th and 5th fingers. MRI scan of the cervical spine revealed a right C5/6 herniated disc moderate in size. MRI of his cervical spine with gadolinium reveals a 9mm syrinx at C3/4 without evidence of tumor. He also complains of left leg pain and pain and numbness in his left leg. All these symptoms have been improving with physical therapy for both his neck as well as his lumbar spine.

Examination is remarkable for decreased range of motion of his neck and low back. He has 4+/5 left EHL weakness, 5-/5 left foot drop and decreased pin prick in the 4th and 5th fingers on the right.

My impression is continue physical therapy. I think he's going to get better with regard to his cervical spine and not require surgery. If the symptoms of his low back and left leg pain do not get better soon with physical therapy and do not continue to improve I would recommend a lumbar spine MRI scan.

Robert B. Snow

Robert B. Snow, M.D., Ph.D., F.A.C.S.
Associate Professor of Surgery
(Neurosurgery)

RBS/vl

Date 21 OCT 2001 09:54:08

Page 1 of 2

Bureau of Health Services
MD-206R(1/97)

# EXAMINATION REPORT

Name: JERMYN, JOHN Age: 45 Unitcode: LAD077

SSN: [redacted] Civil St: FF Work Loc: PUBLIC SAFTEY EDUCATION

BP: 110/68 Weight: 218 lbs Height: 72 inch

MD's Report:

PAKTIENT KNOCKED DOWN AT WTC INJUURING THE NECK. PAIN RADIATIES DOWN THE RIGHT ARM AND NUMBNES THE LATERAL FOREARM. STRENGTH INTACT. ROM LIMITED OF THE =NECK.

M.O.'s Order :

SEE PMD

Box:

Previous Duty Status: ● FD ○ ML ○ LD ○ CML ○ CLD

Current Duty Status: ○ FD ● ML ○ LD ○ CML ○ CLD Current Effective Date: 09/26/2001

Next Duty Status: ○ FD ○ ML ○ LD ● CML ○ CLD Next EffectiveDate: 10/21/2001

LD Restrict Code: Return Date to BHS: 11/04/2001

Estd return to FD: ○ 1 Week ● 2-3 Weeks ○ 1-2 Months ○ 3-12 Months ○ Rec. LSS

Diagnosis : ● SC ○ NSC ○ UND Code : 1 848 BACK STRAIN OR SPRAIN

849 CERVICAL STRAIN

v09 OTHER NEUROLOGY/STRESS

Doctor: FERRITER, PIERC Date of this Exam: 10/21/2001

CONFIDENTIAL

**Geri La Grua Physical Therapy *Plus***
*Dolphin Fitness Center*
7001 Amboy Road
Staten Island, New York 10307

Tel: (718) 948-0404
(718) 605-1888
Fax: (718) 605-2895

October 9, 2001

Dear Doctor:

Enclosed please find the initial evaluation of Mr. John Jermyn. Mr. Jermyn is a 44-year-old male who presents with right shoulder, right knee, and lumbar pain with referral into the left lower extremity. He rates his pain as 8/10 in noted areas, which increases with activity and is progressively worsening.

He tests positive in the following special tests; empty can, Neer impingement, apprehension (right shoulder), SLR, FABERE, prone knee flexion, standing flexion (bilateral). Although he did not isolate cervical pain, he displayed loss of active range of motion in all planes of cervical motion by 25-50%. Motion was limited by pain with soft end feel. Shoulder and lumbar range of motion are also limited as noted in the evaluation. At this time special tests on the knee were performed but were inconclusive secondary to patient pain level. Tests will be repeated at next visit. Patient also complained of numbness and tingling in right hand, primarily 4th and 5th digits.

Besides notable weakness in the right bicep and bilateral lower extremities, the patient exhibited marked decrease in sensation to sharp, dull pressure in the L-4 L-5 dermatomes bilaterally. Patient was unable to differentiate between hot and cold when applied to the same dermatomes bilaterally.

Patient ambulates with mildly antalgic gait, posture rated as fair- in sitting and standing, and displays poor balance in standing when perturbed. Patient was unable to maintain single leg stance for 5 seconds and displayed marked loss of balance in forward trunk flexion. He demonstrates vestibular deficiencies and tested positive in the Hallpike maneuver, left greater than right.

A plan of care and goals were discussed with Mr. Jermyn, who by his attitude and compliance to the physical therapy plan demonstrates good rehabilitation potential. Please contact me with any questions you may have regarding his treatment plan.

Yours truly,

Geri La Grua M.S.P.T.

# MODERN MEDICAL IMAGING

Magnetic Resonance Imaging
Magnetic Resonance Angiography

ACCREDITED BY

AMERICAN COLLEGE OF RADIOLOGY

October 1, 2001

Dr. Fierstein
New York City Fire Department
Bureau of Health Services
9 Metro Tech Center
Brooklyn, New York 11201

RE: JOHN JERMYN
DOB: [redacted]/56
SS#: [redacted]

**MRI OF THE CERVICAL SPINE**

History: Injury.

The following sequences were obtained: Sagittal T1, sagittal T2, axial MPGR from C2 down to T1.

No cervical vertebral body compression fractures. Loss of disc height with disc desiccation C5/C6. Moderate size right posterolateral disc herniation seen at C5/C6. 8-9 millimeter size focal signal abnormality intramedullary cervical spinal cord opposite C3/C4 disc. In the center of the cord hyperintense T1, hyperintense T2. Differential diagnosis for this would include syrinx, demyelinating plaque, contusion, reactive cyst primary tumor. No other significant findings.

**IMPRESSION:**

Moderate size right posterolateral disc herniation seen at C5/C6.

Abnormal focus cervical spinal cord (intramedullary) opposite C3/C4. Differential diagnosis listed above. Recommend the patient return for a Gadolinium enhanced study to see if this lesion enhances. Also recommend that an MRI of the brain be obtained.

Thank you for referring your patient.

Very truly yours,

Allen Goodman, M.D.

AG:ap r

2626 E. 14th Street, Room 101
Brooklyn, NY 11235
Tel: (718) 332-7777
Fax: (718) 332-8291

9201 4th Avenue, Room 101
Brooklyn, NY 11209
Tel: (718) 748-4100
Fax: (718) 748-1288

| ACCOUNT NO. | DATE | | FAMILY PHYSICIAN | PGM | FC CODE | MR. NO. |
|---|---|---|---|---|---|---|
| 0176068 | 09-11-01 | 21:39 | NO PRIVATE PHYSICIAN | | 8A | 000480019 |

| PATIENT NAME- LAST | FIRST | DATE OF BIRTH | AGE | SEX | MAR. STAT | RELIGION | RACE |
|---|---|---|---|---|---|---|---|
| JERMYN, JOHN | | -56 | 044Y | M | MARRIED | CATHOL | C |

| ADDRESS | CITY | STATE | ZIP | HOME PHONE | S.S. NO. |
|---|---|---|---|---|---|
| | STATEN ISLAND, NY | | 10312 | - | 5 |

ACTIVE

| PATIENT EMPLOYER- NAME | ADDRESS | PHONE NO. |
|---|---|---|
| NYC FIRE DEPT | | |

| SUBSCRIBER- NAME | ADDRESS | PHONE NO. |
|---|---|---|
| JERMYN, JOHN | STATEN ISLAND NY 10312 0000 | 5 |

| GUARANTOR- NAME | ADDRESS | RELATIONSHIP | PHONE NO. |
|---|---|---|---|
| JERMYN, JOHN | STATEN ISLAND, NY 10312 | SELF | 7 |

| GUARANTOR EMPLOYER- NAME | ADDRESS | GUARANTOR S.S.# | PHONE NO. |
|---|---|---|---|
| NYC FIRE DEPT | | 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 | |

| NEXT OF KIN | ADDRESS | RELATIONSHIP | PHONE NO. |
|---|---|---|---|
| SUSAN JERMYN | STATEN ISLAND, NY 10312 | SPOUSE | |

| FC | CO# | PLAN# | CERT. # | NAME OF INS. | CO# | PLAN# | CERT.# | NAME OF INS. |
|---|---|---|---|---|---|---|---|---|
| W | 660 | 01 | 051542395 | WORKERS COMP. | OU000 | 00 | | |
| | 000 | 00 | | | | | | |

| ACCIDENT TYPE | LOCATION | ACCIDENT DATE | ACCIDENT TIME | ARRIVAL MODE | REG CLERK |
|---|---|---|---|---|---|
| 04 | WORK | 9/11/01 | 9:00 | CAR | DWHI |

PATIENT COMPLAINT

| TRIAGE TIME | BP | NEURO | TEMP | PULSE | RESP | WEIGHT | TETANUS | LMP |
|---|---|---|---|---|---|---|---|---|
| 21.30 | 186/54 | A+O X3 | 99 | 88 | 18 | 215 lbs | 2001 | 0/00/00 |

TRIAGE NURSING ASSESSMENT

pt ambulated to triage c/o back pain radiating down left leg. Pt c/o eyes burning & throat burning. Lungs clear pulse 97%. Pt c/o (L) knee pain. Pt NYC FD work @ World Trade Center bombing today - Coronado.

ALLERGIES: POLLEN

IMMUNIZATION: Childhood

PRESENT MEDS: NONE

MEDICAL HISTORY: 3 herniated discs

TRNRS: Coronado RN | CATEGORY: U | NOTIFIED ME ☐ | EXP. TIME | ME#

NYPD ☐ POISON CONTROL ☐ DOA ☐ TIME

NURSING NOTE: TIME IN 2130 | PT's LAST ADMISSION: DATE ____ FROM ____ TO ____

## Primary Nursing Reassessment

**Respiratory** ___ No Difficulty
Rate ___ O2 Sat ___
✓ Normal Effort ___ Retractions
___ Shallow ___ Nasal Flaring
___ Labored ___ Peak Flow

| R | Breath Sounds | L |
|---|---|---|
| ✓ | Clear | ✓ |
| | Rales | |
| | Rhonchi | |
| | Wheezing | |
| | Diminished | |

**Circulatory** ✓ No Difficulty
Color: ✓ Pink ___ Cyanotic ___ Pale ___ Jaundiced ___ Mottled
Turgor: ✓ Normal ___ Decreased
Edema: ___ Present ___ Absent
Mucous Membranes: ✓ Moist ___ Sticky ___ Dry

**Pulses** ✓ No Difficulty

| Present + R | | Absent - L |
|---|---|---|
| | Radial | |
| | Pedal | |
| | Femoral | |

**Neurological** ___ No Difficulty
✓ Awake ✓ Alert ___ Confused
___ Lethargic ___ Stuporous ___ Unconscious
Oriented to: ___ Time ___ Place ___ Person
___ Memory Changes ___ Recent ___ Progressive
___ Other
___ Auditory Deficit Hearing Aid: ___ R ___ L
Pupils: ___ N/A ___ Equal ___ Unequal
___ Reactive ___ Nonreactive ___ Dilated
___ Constricted ___ Fixed ___ S/P Cataracts
Visual Activity: ___ OS ___ OD ___ OU ___ Corrected

**Gastrointestinal** ✓ No Difficulty
Abdomen: ___ Flat ___ Rounded ___ Soft ___ Distended
___ Other:
Bowel Sounds: ___ Present ___ Absent

**Genitourinary** ✓ No Difficulty
___ Pain ___ Retention ___ Dysuria ___ Frequency ___ Incontinent ___ Foley
___ Discharge ___ Bleeding ___ Pregnant FHT ___
Pregnancy Hx: Term: ___ Preterm: ___ AB: ___ Live: ___
___ Other:

Nurse's Signature: Jean Coronado

38824 S (2/01)

MEDICAL RECORDS

| DATE/TIME ORDERED | MEDICATION / ORDERS (CHECK IF ORDERED) | INITIALS | DATE/TIME | DIAGNOSTIC TESTS | | RESULTS |
|---|---|---|---|---|---|---|
| | | | 9/11/22 | CX-RAY | ☐ | |
| | | | 9/11/22 | QBST | ☐ | |
| | | | 9/11/22 | OTHER X-RAYS | ☐ | |
| | | | | LAB: CBC ☐ U/A ☐ | | |
| | | | | ADM PROFILE ☐ U PREG ☐ | | |
| | | | | PT/PTT ☐ UC/S ☐ | | |
| | | | | CPK ☐ AMYL ☐ TROPONIN ☐ | | |
| | | | | BC ☐ | | CO HB ϕ |
| dT/DT | | | | OTHER EKG ☐ P.O. ☐ ABG ☐ | | VBG 7.42 / 40 / 969 / 26 / 2.2 |

Time of Initial Evaluation: | ALLERGIES:

HISTORY OF PRESENT ILLNESS: (CHIEF COMPLAINT) LBP

SYMPTOM LOCATION: LB | TIME/DAY SYMPTOM ONSET:

WHAT PT. WAS DOING WHEN SYMPTOMS BEGAN: Fire fighter @ WTC

SYMPTOM SEVERITY: 7/10 | SYMPTOM QUALITY:

SYMPTOMS INTERMITTENT OR CHRONIC: acute

SYMPTOMS IMPROVED, WORSENING, OR SAME: NA

EXACERBATING FACTORS:

RELIEVING FACTORS:

ASSOCIATED SIGNS AND SYMPTOMS:

OTHER:

ROS: CONSTITUTIONAL: ø | EYES: ø

ENT: ø | CARDIOVASCULAR: ø

PULM: ø | GI: ø

GU: | NEURO:

MUSCULOSKELETAL: | SKIN:

PSYCHIATRIC: | HEMATOLOGIC:

PRIOR SURGERY:

MEDICAL HISTORY: 3

MEDICATIONS: ø

FAMILY HX: CORONARY ARTERY DISEASE: ☐ NO ☐ YES CANCER: ☐ NO ☐ YES OTHER:

SOCIAL HX: CIGARETTES: ☐ NO ☐ YES ALCOHOL: ☐ NO ☐ YES ILLICIT DRUGS: ☐ NO ☐ YES

PHYSICAL EXAM: VS: | APPEARANCE: NAD

HEENT / NECK:

LUNGS:

HEART:

ABD: N/A

EMERGENCY DEPARTMENT RECORD

Page 3 of 4

MEDICAL RECORDS

EXTR: open – no tend [handwritten]

NEURO: Bilaterally [handwritten, partially illegible]

PULSES:

SKIN: [handwritten, illegible]

RECTAL/PELVIC/STOOL/GUAIC:

ADDITIONAL PE FINDINGS:

ADDITIONAL NOTES: [handwritten, largely illegible]

pt refuses [illegible] – [illegible] NYPD

RESPONSE TO TX/ED COURSE:

PROCEDURES:

| | | | | |
|---|---|---|---|---|
| 1. | ☐ Attending | ☐ Resident w/Attend. Superv. | ☐ PA w/Attend. Superv. | Signature |
| 2. | ☐ Attending | ☐ Resident w/Attend. Superv. | ☐ PA w/Attend. Superv. | Signature |
| 3. | ☐ Attending | ☐ Resident w/Attend. Superv. | ☐ PA w/Attend. Superv. | Signature |

PROCEDURE NOTES:

☐ CRITICAL CARE PROVIDED VIA DIRECT ATTENDING MANAGEMENT FOR TOTAL OF ______ MINUTES ______ ATTENDING INITIALS

☐ LEVEL 5 ACUITY CAVEAT - HX AND PHYSICAL EXAM LIMITED BY URGENCY OF CLINICAL CONDITION AND/OR MENTAL STATUS ______ ATTENDING INITIALS

DISCHARGE INFORMATION

DIAGNOSIS PRIMARY: LUMBAR STRAIN

SECONDARY: SCIATICA

☑ AFTERCARE INSTRUCTIONS GIVEN

REFERRAL: ☑ PVT. PHYSICIAN NAME [illegible] / NYPD

DISPOSITION ☐ ADMIT / RM# ☑ DISCHARGED ☐ EXPIRED ☐ TRANSFERRED TO ______ ☐ AMA

CONDITION

DATE OUT 9-11-01

TIME OUT

RESIDENT/PA SIGNATURE

DOCTOR NO.

PHYSICAL NOTIFICATION/APPROVAL

ATTENDING ______ TIME ______

RESIDENT ______ TIME ______

CONSULTANT ______ TIME ______

UNIT APPROVAL ______ TIME ______

RICHARD MANDELBAUM MD

ATTENDING PHYSICIAN SIGNATURE

DOCTOR NO.

**EMERGENCY DEPARTMENT RECORD**
Page 4 of 4

MEDICAL RECORDS



LOCATION
SOUTH: EMERGENCY RM.
UNIVERSITY HOSPITAL
Department of Laboratory Medicine
718-226-5227
09 /01
1
SOUTH DIVISION
375 SEGUINE AVE
NORTH DIVISION
475 SEAVIEW AVE.
POUCH DIVISION
1 EDGEWATER PLAZA

KENNY, JAMES MD
KENNY, JAMES MD
NO PRIVATE PHYSICIAN

DATE COLLECTED 09/11/01
DATE RECEIVED 09/11/01

PATIENT JERMYN, JOHN
SEX M [redacted]/56
ACCOUNT/MR NUMBERS 00176068 000480019

| Test | Result | Flag | Reference |
|---|---|---|---|
| *ARTERIAL BLOOD* | | | |
| > BLOOD PH | 7.423 | H | 7.38-7.42 |
| > PA CO2 | 39.5 | | 38-42 MM/HG |
| > PA O2 | 69 | L | 78-95 MM/HG |
| > O2 SATURATION | 95.6 | | 94-98 % |
| > HCO3 | 26.1 | | 23-27 M/L |
| > BASE EXCESS | 2.2 | H | -2-2 |
| > PT CONDITIONS | ROOM AIR | | |
| > FIO2 | 21 | | 21-100 % |
| *CO-OXIMETRY* | | | |
| > TOTAL HGB G/DL | 17.0 | | 13-18 G/DL |
| > % O2 HB | 95.6 | | 94-100 % |
| > % CO HB | 0 | | % |
| | *REFERENCE RANGE:* | | |
| | *SMOKER:* > 1.5 - 3.0 % | | |
| | *NON-SMOKER:* < 1.5 % | | |
| > % MET HB | 0 | L | 0.5-1.5 % |
| > O2 CONTENT VOL% | 22.6 | | 15-23.0 % |
| | *O2 CONTENT = 1.39 X THB (%O2HB/100)* | | |

** END OF REPORT **

KARL LANKS, MD
LABORATORY DIRECTOR



ACTIVE

***Alpha Neurology, P.C.***
***Allan B. Perel, M.D.***
***Ludmila Feldman, M.D.***
***Arun N. Babu, M.D.***
***Moris Jak Danon, M.D.***
***27 New Dorp Lane***
***Staten Island, NY 10306***
**(718) 667-3800**

November 9, 2001

Dr. Kerry Kelly
F.D.N.Y. Chief Medical Officer
9 Metro Tech Center
Brooklyn, NY 11201

**Re:** **JERMYN, JOHN**
**Consult:** **11/09/01**

Dear Dr. Kelly:

John Jermyn is a 45-year-old right-handed man who, on 9/11/01, was at the World Trade Center, working as a firefighter. He was hit with falling debris, injuring his head, neck, right shoulder and lower back. Patient fell to the ground at that time.

Patient complains of severe neck pain radiating into his right greater than left arm and low back pain radiating into both legs. He describes severe numbness in his legs. Patient also had a head trauma. Patient was evaluated at Staten Island University Hospital, a copy of his records will be obtained.

An MRI of the cervical spine was performed, on 10/1/01, demonstrating a moderate right-posterolateral disc herniation. Abnormal focus intramedullary was noted at C3-4.

An MRI of the brain was performed, on 10/17/01, which was unremarkable.

An MRI of the cervical spine with gadolinium was performed demonstrating a 9mm syrinx in the intramedullary central cervical spinal cord at C3/C4.

Continued...

Patient had a MRI of the lumbosacral spine, in 10/97, demonstrating a moderate focal left-sided disc herniation at L4-5 with inferior migration. A degenerative disc bulge at L5-S1 was also noted.

Family history: Non-contributory.

Social history: Patient was working on restricted duty as a firefighter before September 11, 2001. Patient is presently not working.

Past history: Remarkable for low back pain secondary to disc pathology.

Medications: Analgesics including Naprosyn and Flexeril.

Physical exam: Vital signs: Stable. Head: Normocephalic. Neck: Mild paraspinal muscle spasm with decreased range of motion turning his head to the right greater than left side. Patient has decreased range of motion in his right shoulder. Patient has a straight leg raise bilaterally at 60 degrees both supine and sitting with associated lower lumbar paraspinal muscle spasm.

**Neurological exam:**

Mental status: Oriented x3. Alert.

Cranial nerves: 2-12: Intact. No Horner sign is noted.

Motor exam: 5-/5 in the upper extremities. Otherwise, 5/5 throughout.

Sensory exam: Decreased pinprick sensation in the bilateral C5-6 and bilaterally L5-S1 dermatomes.

Reflexes: 2+ throughout symmetrical with downgoing toes.

Cerebellar: Normal.

Gait: Normal.

Continued...

**Impression:**
John Jermyn is a 45-year-old right-handed man who is a firefighter and was involved in the World Trade Center disaster on 9/11/01. Patient had debris fall on him. Patient then fell to the ground, injuring his head, neck and lower back in the event. Patient also complains of right shoulder pain. I suggested that he see an orthopaedic surgeon with regard to his right shoulder pathology. Patient has evidence of a cervical radiculopathy. He does have moderate right posterolateral disc herniation at C5-6 and a small syrinx (9 mm.) at C3-4 level.

At present, since he has minimal weakness in the upper extremities, I do not feel any surgical intervention is warranted. I suggested that the patient continue his rehabilitation therapy, which has given him some clinical improvement of his symptoms. If any worsening or change in his symptoms occurs (i.e., bowel, bladder complaints or increase in weakness), I would strongly recommend neurosurgical evaluation.

Patient will follow up in 4-6 weeks. I do not feel that the patient should lift heavy objects or bending excessively.

Thank you for your very kind referral. If you have any questions, please do not hesitate to call me at (718) 667-3800.

Sincerely,

Allan B. Perel, M.D.
Diplomate, American Board of Neurology

ABP/kc

IDENTIFICATION

Name : JERMYN, JOHN
Title : FF
Asg. Unit : LAD077 Wkloc : FCMUSM Age : 45.18 SSN : [redacted]

M.D.'s REPORT

BP: 132/86 Weight: 215 lbs. Height: 72 Inches

SEEN IN CLINIC TODAY WITH DR. FEIRSTEIN. CONDITION REMAINS THE SAME. CONTINUES WITH LOW BACK AND NECK PAIN RADIATING DOWN LEG TO FOOT.

M.O.'s ORDER

CONTINUE WITH PT

DUTY DETERMINATION

Previous Duty Status: (●) FD ( ) ML ( ) LD

Current Duty Status: ( ) FD ( ) ML (●) LD — DEC. 03 2001 Effective Date

Duty Status After Examination: ( ) FD ( ) ML ( ) LD ( ) CML (●) CLD — JAN. 11 2002 Effective Date — Return Date

Limited Duty Restriction Code:

Estimated Return to FD: ( ) 1 Week ( ) 2-3 Weeks (●) 1-2 Months ( ) 3-12 Months ( ) Rec. LSS

Diagnosis: (●) SC ( ) NSC ( ) UND Code: 1 - 848 BACK STRAIN OR SPRAIN

Doctor: NURSES Date This Exam: JAN. 11 2002

*Confidential*



Bureau of Health Services
MD-206R(1/97)

# EXAMINATION REPORT

Name: JERMYN, JOHN    Age: 45    Unitcode: LADDER 77
SSN: [redacted]    Civil St: FF    Work Loc: FIRE MUSEUM
BP: 150/94    Weight: 218 lbs    Height: 72 inch

MD's Report:
BACK STRAIN OR SPRAIN

M.O.'s Order :
As Directed

CLD
2/8

Box:

Previous Duty Status: ● FD ○ ML ○ LD ○ CML ○ CLD
Current Duty Status: ○ FD ○ ML ● LD ○ CML ○ CLD    Current Effective Date: 12/03/2001
Next Duty Status: ○ FD ○ ML ○ LD ○ CML ● CLD    Next EffectiveDate: 12/14/2001
LD Restrict Code:    Return Date to BHS: 01/11/2002
Estd return to FD: ○ 1 Week ○ 2-3 Weeks ● 1-2 Months ○ 3-12 Months ○ Rec. LSS
Diagnosis : ● SC ○ NSC ○ UND    Code : 1 848 BACK STRAIN OR SPRAIN
849 CERVICAL STRAIN
v09 OTHER NEUROLOGY/STRESS

John Jermyn

| Doctor: | FEIRSTEIN, IRA | Date of this Exam: | 12/14/2001 |
|---|---|---|---|

CONFIDENTIAL

Date 09 MAY 2002 10:12:05
Page 1 of 2

Bureau of Health Services
MD-206R(1/97)

# EXAMINATION REPORT

Name: JERMYN, JOHN | Age: 46 | Unitcode: LADDER 77
SSN: [redacted] | Civil St: FF | Work Loc: FIRE MUSEUM
BP: 140/78 | Weight: 213 lbs | Height: 72 inch

MD's Report:
SEE MINUTES OF THE MEDICAL BOARD COMMITTEE.

M.O.'s Order :
REC--LSS / LD 05/ 09/2002. RETURN TO BHS 05/09/2003.

Box:

Previous Duty Status: ● FD ○ ML ○ LD ○ CML ○ CLD

Current Duty Status: ○ FD ○ ML ● LD ○ CML ○ CLD — Current Effective Date: 12/03/2001

Next Duty Status: ○ FD ○ ML ○ LD ○ CML ● CLD — Next EffectiveDate: 05/09/2002

LD Restrict Code: — Return Date to BHS: 05/09/2003

Estd return to FD: ○ 1 Week ○ 2-3 Weeks ○ 1-2 Months ○ 3-12 Months ● Rec. LSS

Diagnosis : ● SC ○ NSC ○ UND

| Code : | | |
|---|---|---|
| 1 | 464 | TRACHEITIS, ACUTE |
| | 849 | CERVICAL STRAIN |
| | 848 | BACK STRAIN OR SPRAIN |

Doctor: PHYSICIAN BOARD | Date of this Exam: 05/09/2002

CONFIDENTIAL

Bureau of Health Services
MD-206R(1/97)

# EXAMINATION RE ORT

ERMYN, JOHN | Age: 46 | Unitcode: LADDER 77

Civil St: FF | Work Loc: FIRE MUSEUM

BP: 158/84 | Weight: 220 lbs | Height: 72 inch

eport:

CHEITIS, ACUTE, taking combivent with good sx relief. Methocholien challenge test 5/30/02 showed baseline VC of FEV1 3.9 without bronchial reactivity. Sinus CT opacificationof R maxillary sinus and etension to ethmoid air cell. W ENT evaulation

M.O.'s Order :
As Directed

Box:

Previous Duty Status: ● FD ○ ML ○ LD ○ CML ○ CLD

Current Duty Status: ○ FD ○ ML ● LD ○ CML ○ CLD — Current Effective Date: 12/03/2001

Next Duty Status: ○ FD ○ ML ○ LD ○ CML ● CLD — Next EffectiveDate: 06/09/2002

LD Restrict Code: — Return Date to BHS: 08/10/2002

Estd return to FD: ○ 1 Week ○ 2-3 Weeks ○ 1-2 Months ● 3-12 Months ○ Rec. LSS

Diagnosis : ● SC ○ NSC ○ UND — Code : 1

| Code | Description |
|---|---|
| 464 | TRACHEITIS, ACUTE |
| 849 | CERVICAL STRAIN |
| 848 | BACK STRAIN OR SPRAIN |

Doctor: WEIDEN, M. | Date of this Exam: 06/08/2002

CONFIDENTIAL



REGIONAL IMAGING & THERAPEUTIC RADIOLOGY SERVICES, P.C.

P.O. Box 100108 • Staten Island, New York 10310-0108 • (718) 447-4900 • Fax (718) 447-4511

ACTIVE

Michael D. Weiden, M.D.
9 Metro Tech Center
Brooklyn, NY 11201

RECEIVED JUN 10 2002

NAME: JOHN JERMYN DOB: [redacted]/1956

FILE # 80122 EXAM DATE: 05/22/2002 PHONE: 718356-1005

**REASON FOR EXAM:** Congestion, infections.

CT OF THE PARANASAL SINUSES:

Non-contrast CT of the paranasal sinuses was performed utilizing 5 mm. axial and 3 mm. coronal images.

There are hypoplastic frontal sinuses. There is complete opacification of the right maxillary antrum and ostiomeatal complex, with opacification of multiple right anterior ethmoid air cells. The paranasal sinuses are otherwise clear. There is no bony erosion or sclerosis. The nasal turbinates are unremarkable. The nasopharyngeal soft tissues are within normal limits.

**IMPRESSION:**

**- OPACIFICATION OF THE RIGHT MAXILLARY ANTRUM WITH INVOLVEMENT OF THE RIGHT ANTERIOR ETHMOID AIR CELLS AS DESCRIBED.**

MICHAEL T. MANTELLO, M.D.
DIRECTOR OF NEURORADIOLOGY
MM/mk
d/05/24/02
t/05/25/02

Electronically Signed - MICHAEL T. MANTELLO, MD



Date 03 OCT 2001 01:29:18
Page 1 of 2

Bureau of Health Services
MD-206R(1/97)

# EXAMINATION REPORT

Name: JERMYN, JOHN  Age: 45  Unitcode: LAD077
SSN: [redacted]  Civil St: FF  Work Loc: PUBLIC SAFTEY EDUCATION
BP: 130/80  Weight: 218 lbs  Height: 72 inch

MD's Report:
BACK STRAIN OR SPRAIN,Rt knee ,Rt shoulder and left lumbar radiculopathy.
Incidental finding: bilateral greater saphenous vein incompetence Rt>left to consider surgery

M.O.'s Order :
As Directed

Box:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Previous Duty Status: | ● FD | ML | LD | CML | CLD | | |
| Current Duty Status: | FD | ● ML | LD | CML | CLD | Current Effective Date: | 09/26/2001 |
| Next Duty Status: | FD | ML | LD | ● CML | CLD | Next EffectiveDate: | 10/03/2001 |
| LD Restrict Code: | | | | | | Return Date to BHS: | 10/10/2001 |

Estd return to FD: 1 Week | 2-3 Weeks | ● 1-2 Months | 3-12 Months | Rec. LSS

Diagnosis : ● SC NSC UND  Code : 1 848 BACK STRAIN OR SPRAIN
849 CERVICAL STRAIN
844 KNEE STRAIN OR SPRAIN

Doctor: GIULIANI, EDOAR  Date of this Exam: 10/03/2001

CONFIDENTIAL



Date 28 SEP 2001 01:10:11
Page 1 of 2

Bureau of Health Services
MD-206R(1/97)

# EXAMINATION REPORT

Name: JERMYN, JOHN    Age: 45    Unitcode: LAD077

SSN: [redacted]    Civil St: FF    Work Loc: PUBLIC SAFTEY EDUCATION

BP: 150/80    Weight: 220 lbs    Height: 72 inch

MD's Report:

BACK STRAIN OR SPRAIN Lim ROM of lumbar spine, cervical spine and pain and tenderness distal hamstring tendons.

M.O.'s Order :

As Directed

Box:

Previous Duty Status: ● FD ○ ML ○ LD ○ CML ○ CLD

Current Duty Status: ○ FD ● ML ○ LD ○ CML ○ CLD    Current Effective Date: 09/26/2001

Next Duty Status: ○ FD ○ ML ○ LD ● CML ○ CLD    Next EffectiveDate: 09/28/2001

LD Restrict Code:    Return Date to BHS: 10/03/2001

Estd return to FD: ○ 1 Week ● 2-3 Weeks ○ 1-2 Months ○ 3-12 Months ○ Rec. LSS

Diagnosis : ● SC ○ NSC ○ UND    Code : 1

| Code | Diagnosis |
|---|---|
| 848 | BACK STRAIN OR SPRAIN |
| 849 | CERVICAL STRAIN |
| 844 | KNEE STRAIN OR SPRAIN |

John Jermyn

Doctor: FEIRSTEIN, IRA    Date of this Exam: 09/28/2001

CONFIDENTIAL



Bureau of Health Services MD-206R(1/97)

# EXAMINATION REPORT

Name: JERMYN, JOHN Age: 45 Unitcode: LAD077

SSN: [redacted] Civil St: FF Work Loc: PUBLIC SAFTEY EDUCATION

BP: 158/90 Weight: 215 lbs Height: 72 inch

MD's Report:

lower back injury which was reinjured at the disaster last week .pt was placed on meds at this time. pt c/o sciatic like symptoms. meds noted. tylenol3, naprosyn, flexeril.

M.O.'s Order :

pt was advised to take meds and rest and apply heat.

Box:

Previous Duty Status: ● FD ML LD CML CLD

Current Duty Status: ● FD ML LD CML CLD Current Effective Date: 02/16/1999

Next Duty Status: ● FD ML LD CML CLD Next EffectiveDate: 09/20/2001

LD Restrict Code: Return Date to BHS:

Estd return to FD: ● 1 Week 2-3 Weeks 1-2 Months 3-12 Months Rec. LSS

Diagnosis : ● SC NSC UND Code : 1 848 BACK STRAIN OR SPRAIN

301 SITUATIONAL PERSONAL STRESS

Doctor: GASALBERTI, R. Date of this Exam: 09/19/2001

CONFIDENTIAL