# EXHIBIT E

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

# Surrogate's Court of the State of New York
# Richmond County
## Certificate of Appointment of Administrator

Certificate# 47835

File #: 2020-38

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** John Francis Jermyn   **Date of Death:** December 24, 2019
**Domicile:** Richmond County
**Fiduciary Appointed:** John Jermyn
**Mailing Address:** 622 Ridgeline Place
Solana Beach CA 92075

**Type of Letters Issued:** LETTERS OF ADMINISTRATION
**Letters Issued On:** February 7, 2020
**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated: February 26, 2020**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Richmond County Surrogate's Court at Staten Island, New York.

WITNESS, Hon. Matthew J. Titone, Judge of the Richmond County Surrogate's Court.

*Ronald M. Cerrachio*

Ronald M Cerrachio, Chief Clerk
Richmond County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Richmond County Surrogate's Court*