EXHIBIT F

DEPARTMENT OF HEALTH — CITY OF NEW YORK

## CERTIFICATE OF BIRTH REGISTRATION

### Certificate of Birth

Certificate No. 156-56-348850

FILED

1. Full name of child (PRINT): **John** (First name) **Francis** (Middle name) **Jermyn** (Last name)

2. Sex: **Male**

3. Number of children born of this pregnancy: **One**

If more than one, number of this child in order of birth:

4. Date of child's birth: **56** — **11:20** A.M.

5. PLACE OF BIRTH
(a) NEW YORK CITY (or Borough): **Brooklyn**
(c) Name of Hospital or Institution: **Unity Hospital**
(d) If not in hospital, street address No. ___ Ave. ___

6. USUAL RESIDENCE OF MOTHER:
(a) State: **New York**
(b) Co.: **Kings**
(c) City: **Brooklyn**

FATHER
7. Full name: **Raymond Martin Jermyn**
9. Color or Race: **White**
10. Age at time of this birth: **28** (years)
11. Birthplace (town or place and State, or country): **USA**
12a. Usual Occupation: **Fireman**
12b. Kind of business or industry in which work was done: **N. Y. C. Fire Dept.**

MOTHER
8. Full maiden name: **Margaret Kelly**
9. Color or Race: **White**
13. Age at time of this birth: **29**
Birthplace (town or place and State, or country): **USA**

Total number of children BORN ALIVE PREVIOUS to this pregnancy: **Two**
Number of children born PREVIOUS to this pregnancy and NOW LIVING: **Two**

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate are true to the best of my knowledge, information and belief.

Given name added from a supplemental report. _____ (Date of) _____ Borough Registrar.

(Signed) **David A. Friedland** M.D.
Address **589 Eastern Pkwy**
Date of Report **11/8** 19**56**

Print here the mailing address of mother.➤ Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name **Mrs. M. Jermyn**
Address _____ Ap't ____
City **Brooklyn; New York** State ____

BUREAU OF RECORDS AND STATISTICS    DEPARTMENT OF HEALTH    THE CITY OF NEW YORK