UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------x

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)
*Rodriguez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12348 (GBD)(SN)
*Knight, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12398 (GBD)(SN)
*Knight, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12399 (GBD)(SN)
*Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 (GBD)(SN)
*Johnson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12346 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12337 (GBD)(SN)
*Estate of Betsy Martinez, et al. v. Kingdom of Saudi Arabia*, Case No. 18-cv-12338 (GBD)(SN)
*Desimone v. Islamic Republic of Iran*, Case No. 1:21-cv-07679 (GBD)(SN)
*Desimone v. Kingdom of Saudi Arabia*, Case No. 1:17-cv-00348 (GBD)(SN)

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF AUSTIN ESTELLE PRO HAC VICE

I, Austin Estelle, make this affidavit in support of the motion for my admission to appear and practice *pro hac vice* in this court in the above captioned litigation and the individual cases for Plaintiffs.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from Texas is attached.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: 7/15/22

Respectfully Submitted,

Austin Estelle
The Miller Firm
108 Railroad Ave
Orange, VA 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
aestelle@millerfirmllc.com

## NOTARY ACKNOWLEDGMENT

State of Virginia

County of Orange

The foregoing was acknowledged before me this 15th day of July, 2022, by Austin Estelle.

Date of expiration 4/30/2025

(Seal) RICHARD MICHAEL MAYER
NOTARY PUBLIC
REG. #309365
MY COMMISSION EXPIRES 04/30/2025
COMMONWEALTH OF VIRGINIA