# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                         July 18, 2022

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN) – Response to Letters from John F. Schutty

Dear Judge Daniels and Magistrate Judge Netburn:

Undersigned counsel writes today on behalf of thousands of plaintiffs in the above-referenced multi-district litigation ("MDL") in response to the letters filed by Mr. John F. Schutty, dated July 8, 2022 and July 14, 2022 (collectively, "Letters"), suggesting revised protocols for entering default judgments against the Taliban. ECF Nos. 8187, 8205. Given the Court's recent admonition that "no further papers are to be filed" regarding proposals for "the management of pending default judgments against the Taliban," ECF No. 7818, we simply note that the Letters raise issues previously briefed by undersigned counsel and addressed by the Court, most recently on July 11, 2022 in comprehensive fashion. *See, e.g.*, Order, ECF No. 8198. The Court's existing procedures for entering default judgments have ample support in the case law and in this Court's own jurisprudence for the past twenty (20) years. Mr. Schutty's suggestion to fundamentally alter this Court's well-reasoned approach to managing this complex case is wrong and must be rejected.

We thank the Court for its attention to this matter.

| | |
|---|---|
| ANDERSON KILL P.C. | MOTLEY RICE |
| /s/ *Jerry S. Goldman, Esquire* | /s/ *Robert T. Haefele, Esquire* |
| Jerry S. Goldman, Esquire | Robert T. Haefele, Esquire |
| 1251 Avenue of the Americas, 42nd Floor | 28 Bridgeside Boulevard |
| New York, NY 10020 | Mt. Pleasant, SC 29464 |

cc:   All MDL Counsel of Record (via ECF)