# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Hamilton, et al., v. Islamic Republic of Iran, 20-cv-10366 (GDB)(SN)*

## [PROPOSED] ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011, and August 19, 2011, and the evidence presented at the December 15, 2011, hearing on liability, together with the entire record in this case, it is hereby

**ORDERED** that the *Hamilton* Plaintiffs' Motion for Default Judgment Against the Islamic Republic of Iran as to Liability is **GRANTED**; and

**ORDERED** that the *Hamilton* Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not limited to damages, both compensatory and punitive.

The Court respectfully directs the Clerk of the Court to terminate the motion, ECF No. 36, Case No. 20-cv-10366.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
JUL 19 2022