# Exhibit A

SCPRLT02

Case No. 320669

Letters Testamentary

# THE PEOPLE OF THE STATE OF NEW YORK

BY THE GRACE OF GOD FREE AND INDEPENDENT

TO:   Irene Sangas Dickey, 315 Ryder Street, Manhasset, NY, 11030

SEND GREETINGS:

WHEREAS, The Last Will and Testament of

JOSEPH D. DICKEY,

a/k/a  JOSEPH D. DICKEY, JR.,

a/k/a  JOSEPH DERMOT DICKEY, JR.

deceased was duly admitted to probate by decree of the Judge of the Surrogate's Court of Nassau County, New York, on the 27th day of February, 2002, which directed the issuance to you of Letters Testamentary upon your qualifying according to law:

NOW, THEREFORE, KNOW YE that you are hereby appointed Executor of said Will and authorized to administer the estate of said deceased subject to the laws appertaining thereto and the jurisdiction and supervision of this Court.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court of Nassau County to be hereunto affixed.

(SEAL)

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court of the County of Nassau, at Mineola New York, this 28th day of February, 2002.

*Albert N. Petruglia*
Clerk of the Surrogate's Court

**Letters are subject to Rule 207.20 of the Uniform Rules of the Surrogate's Court. An estate inventory, under the rule, must be filed within the required time period.**

(See Back)

**THE FIDUCIARY** (Executor, Administrator, Guardian, Trustee) HEREIN APPOINTED:

<u>**RETAIN THIS INSTRUMENT FOR YOUR PERMANENT RECORD.**</u>

This instrument is your authority to act and serve in the capacity to which you were appointed.

When proof is required of your appointment of such fiduciary (Executor, Administrator, Guardian, Trustee), apply to this Court for a " Certificate of Letters" of such appointment.

TAKE NOTICE OF THE FOLLOWING SECTIONS OF ESTATES, POWERS AND TRUSTS LAW AND THE SURROGATE'S COURT PROCEDURE ACT

Section 11-1.6 EPTL. PROPERTY HELD AS FIDUCIARY (Executor, Administrator, Guardian, Trustee) TO BE KEPT SEPARATE. Every fiduciary shall keep property received as fiduciary separate from his individual property. He shall not invest or deposit such property with any corporation or other person doing business under the banking law, or with any other person or institution, in his own name, but all transactions by him affecting such property shall be in his name as fiduciary.

**Any person violating any of the provisions of this section shall be guilty of a misdemeanor.**

**Section 719-SCPA (7). He may also be removed without petition or citation.**

```
PRCT01
320669
                                                                    756125
```

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/27/2002**.

Letters Testamentary on the estate of **JOSEPH D DICKEY, a/k/a JOSEPH D DICKEY JR, JOSEPH DERMOT DICKEY JR, decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)          Chief Clerk of the Surrogate's Court

PRCT01
320669

756126

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/27/2002**.

Letters Testamentary on the estate of **JOSEPH D DICKEY, a/k/a JOSEPH D DICKEY JR, JOSEPH DERMOT DICKEY JR, decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002**.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                Chief Clerk of the Surrogate's Court

PRCT01
320669

756127

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/27/2002**.

Letters Testamentary on the estate of **JOSEPH D DICKEY, a/k/a JOSEPH D DICKEY JR, JOSEPH DERMOT DICKEY JR, decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)            Chief Clerk of the Surrogate's Court

PRCT01
320669

756128

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 02/27/2002.

Letters Testamentary on the estate of **JOSEPH D DICKEY, a/k/a JOSEPH D DICKEY JR, JOSEPH DERMOT DICKEY JR, decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                Chief Clerk of the Surrogate's Court