# Exhibit B

ADCT01
321213

804412

## CERTIFICATE OF

### LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001**.

Letters of Administration on the estate of **ROBERT D EATON**, **decedent having resided in** the County of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator(s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004**.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)           Chief Clerk of the Surrogate's Court

```
ADCT01
321213                                                                  804413
```

## CERTIFICATE OF

### LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001**.

Letters of Administration on the estate of **ROBERT D EATON**, **decedent having resided in** the County of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator (s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)         Chief Clerk of the Surrogate's Court

ADCT01
321213

804414

## CERTIFICATE OF

### LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001**.

Letters of Administration on the estate of **ROBERT D EATON**, **decedent having resided in** the County of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator (s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)              Chief Clerk of the Surrogate's Court

ADCT01
321213

804415

## CERTIFICATE OF

## LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001**.

Letters of Administration on the estate of **ROBERT D EATON**, **decedent having resided in** the County of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator (s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004**.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)     Chief Clerk of the Surrogate's Court