# Exhibit D

PRCT01
320796

798428

## CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

*Albert W. Petraglia*

(SEAL)         Chief Clerk of the Surrogate's Court

PRCT01
320796

798429

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002**.

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

*Albert W. Petraglia*

(SEAL)          Chief Clerk of the Surrogate's Court

```
PRCT01
320796                                                                798430
```

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002**.

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)            Chief Clerk of the Surrogate's Court

PRCT01
320796
798431

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002**.

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

INDEX NO. 320796                                        CERTIFICATE NO. 730362

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on the 14th day of February, 2002.

Letters Testamentary on the estate of TIMOTHY O BRIEN a decedent having resided in the County of Nassau, were granted by this Court unto LISA M O BRIEN, Executor(s) named in the last will and testament of said decedent, and that the Letters have not been revoked.

*NOTE that during lifetime the decedent was also known as TIMOTHY M. O BRIEN and TIMOTHY MICHAEL O BRIEN.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 08/22/2002.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed.

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's office, in said County, 02/21/2002.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                          Chief Clerk of the Surrogate's Court

PRCT01
320796

756141

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 02/14/2002.

Letters Testamentary on the estate of **TIMOTHY O BRIEN, , decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545,** Executor(s) named in the last will and testament of said **decedent,** and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                          Chief Clerk of the Surrogate's Court

```
PRCT01
320796                                                                756142
```

## CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002**.

Letters Testamentary on the estate of **TIMOTHY O BRIEN, , decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)          Chief Clerk of the Surrogate's Court

```
PRCT01
320796                                                              756143
```

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 02/14/2002.

Letters Testamentary on the estate of **TIMOTHY O BRIEN, , decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court