# Exhibit E

PRCT01
321155
805549

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030,** Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/13/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)    Chief Clerk of the Surrogate's Court

PRCT01
321155

805550

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002**.

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/13/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)         Chief Clerk of the Surrogate's Court   *Albert W. Petraglia*

PRCT01
321155

805551

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002**.

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/13/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)    Chief Clerk of the Surrogate's Court

PRCT01
321155

805552

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002**.

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 07/13/04.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)       Chief Clerk of the Surrogate's Court

# SPEISER, KRAUSE, NOLAN & GRANITO
## COUNSELLORS AT LAW

Two Grand Central Tower
140 East 45th Street
New York, New York 10017
PHONE: (212) 661-0011   FAX: (212) 953-6483

**50 years**

WASHINGTON D.C. OFFICE
2300 CLARENDON BOULEVARD, SUITE 306
ARLINGTON, VIRGINIA 22201
(703) 522-7500
FAX: (703) 522-7905

CALIFORNIA OFFICE
ONE PARK PLAZA, SUITE 470
IRVINE, CALIFORNIA 92614
(949) 553-1421
FAX: (949) 553-1346

TEXAS OFFICE
900 JACKSON STREET, SUITE 750
DALLAS, TEXAS 75202-4427
(214) 752-4664
FAX: (214) 752-4774

FLORIDA OFFICE
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
(305) 375-9400
FAX: (305) 375-0337

January 14, 2004

Surrogate's Court – Nassau County
262 Old Country Road
Mineola, NY 11501

Re: Request for Updated Letters of Administration
Phillip Paul Ognibene - Deceased

Dear Sir or Madam:

Our law firm is handling a number of wrongful death claims arising out of the World Trade Center tragedy. As you may know, to obtain critical information such as financial records, and to apply for certain benefits on behalf of our clients, we must present original Letters of Administration.

We are writing to request five (5) such original documents for the decedent listed below. Please note that the court's case number is listed next to the decedent's name. The date of death for the decedent is 09/11/01:

- Phillip Paul Ognibene (Index No.: 321338)

Enclosed is a reply envelope you can use to forward the Letters.

Please call us if you have any questions.

Very truly yours,

*[handwritten note on yellow sticky: sent signed copy]*

JFS:fa

Enclosure

PRCT01
321155

756135

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 04/12/2002.

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN**, decedent **having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 04/10/03.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)            Chief Clerk of the Surrogate's Court

PRCT01
321155

756136

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 04/12/2002.

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002**.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)         Chief Clerk of the Surrogate's Court

```
PRCT01
321155                                                                    756137
```

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 04/12/2002.

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN**, decedent **having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002**.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
321155

756138

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 04/12/2002.

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030,** Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)

Chief Clerk of the Surrogate's Court