# Exhibit F

PRCT01
320895

794499

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/22/2002.**

Letters Testamentary on the estate of **ROBERT F SLIWAK, , decedent having resided in** the County of Nassau, were granted by this Court unto **Susan M Sliwak, 1653 Hannington Ave, Wantagh NY 11793**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **03/24/04.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **September 24, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)          Chief Clerk of the Surrogate's Court

212-006357-0147