# Exhibit G



CERTIFICATE OF  
LETTERS OF ADMINISTRATION

FILE NO. 768 A 2001  
A  053606

SURROGATE'S COURT : SUFFOLK COUNTY  
THE PEOPLE OF THE STATE OF NEW YORK

To All to Whom These Presents Shall Come, or May Concern, Greeting:

IT IS HEREBY CERTIFIED, that on the 28th day of November, 2001, Letters of Administration upon the estate of JOHN WALLICE, JR., deceased, late of Suffolk County, New York, were duly granted and issued by this Court to ALLISON WALLICE, the Administrator(s) and that the same are still valid and in full force.

IN TESTIMONY WHEREOF, this certificate is issued under the seal of the Court.

WITNESS, HON. JOHN M. CZYGIER, JR., Surrogate of said Surrogate's Court this 6th day of December, 2001.

(SEAL)

MICHAEL CIPOLLINO  
Chief Clerk, Surrogate's Court  
Suffolk County, New York

33-107..5/86



CERTIFICATE OF  
LETTERS OF ADMINISTRATION

FILE NO. 768 A 2001  
A   053607

SURROGATE'S COURT : SUFFOLK COUNTY  
THE PEOPLE OF THE STATE OF NEW YORK

To All to Whom These Presents Shall Come, or May Concern, Greeting:

   IT IS HEREBY CERTIFIED, that on the 28th day of November, 2001, Letters of Administration upon the estate of JOHN WALLICE, JR., deceased, late of Suffolk County, New York, were duly granted and issued by this Court to ALLISON WALLICE, the Administrator(s) and that the same are still valid and in full force.

   IN TESTIMONY WHEREOF, this certificate is issued under the seal of the Court.

   WITNESS, HON. JOHN M. CZYGIER, JR., Surrogate of said Surrogate's Court this 6th day of December, 2001.

(SEAL)

MICHAEL CIPOLLINO  
Chief Clerk, Surrogate's Court  
Suffolk County, New York

33-107..5/86