## EXHIBIT I: LIST OF PLAINTIFFS & AWARDS FOR ENTRY OF PARTIAL FINAL JUDGMENTS AGAINST THE TALIBAN AND MUHAMMAD OMAR

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| **Estate of Joseph Dickey Jr.** | **Dickey, Irene** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $16,022,303.00 | $30,522,303.00 |
| | **Dickey, Joseph III** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Dickey, Elizabeth** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| **Damage Award to Estate of Dickey Before Award of Treble Damages** | | | | | | **$47,522,303.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$142,566,909.00** |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| **Estate of Robert Eaton** | **Eaton, Jacqueline** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $20,689,993.00 | $35,189,993.00 |
| **Damage Award to Estate of Eaton Before Award of Treble Damages** | | | | | | **$35,189,993.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$105, 569, 979.00** |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| **Estate of James Kelly** | **Kelly, Joanne** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $19,639,410.00 | $34,139,410.00 |
| | **Kelly, Brianne** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Kelly, Kaitlyn** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Kelly, Colleen** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Kelly, Erin** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| **Damage Award to Estate of Kelly Before Award of Treble Damages** | | | | | | **$68,139,410.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$204,418,230.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Estate of Timothy O'Brien** | **O'Brien, Lisa** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $94,984,220.00 | $109,484,220.00 |
| | **O'Brien, John** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **O'Brien, Madeline** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **O'Brien, Jacqueline** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| **Damage Award to Estate of O'Brien Before Award of Treble Damages** | | | | | | **$134,984,220.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$404,952,660.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Estate of Michael Seaman** | **Seaman, Dara** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $15,768,595.00 | $30,268,595.00 |
| | **Seaman, Michaella** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |

| | Seaman, Mary | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
|---|---|---|---|---|---|---|
| | Seaman, Edward | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| **Damage Award to Estate of Seaman Before Award of Treble Damages** | | | | | | **$55,768,595.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$167,305,785.00** |

| **Estate of Robert Sliwak** | Sliwak, Susan | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $3,698,489.00 | $18,198,489.00 |
|---|---|---|---|---|---|---|
| | Sliwak, Ryan | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Sliwak, Kyle | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Sliwak, Nicole | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| **Damage Award to Estate of Sliwak Before Award of Treble Damages** | | | | | | **$43,698,489.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$131,095,467.00** |

| **Estate of John Wallice, Jr.** | Wallice, Allison | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $16,298,335.00 | $30,798,335.00 |
|---|---|---|---|---|---|---|
| | Wallice III, John | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Wallice, Christian | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Wallice, Patrick** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| **Damage Award to Estate of Wallice Before Award of Treble Damages** | | | | | | **$56,298,335.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$168,895,005.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Estate of Farrell Lynch** | **Lynch, Eileen** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $18,289614.00 | $32,789,614.00 |
| | **Lynch, Anne** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Lynch, Kathleen** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Lynch, Meaghan** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| **Damage Award to Estate of Lynch Before Award of Treble Damages** | | | | | | **$58,289,614.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$174,868,842.00** |