

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

July 20, 2022

<u>VIA ECF</u>

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
              *Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN)*

Dear Judge Netburn,

    I am the attorney for the *Ashton* plaintiffs in the above referenced cases. In accordance with your August 30, 2021 Order (ECF No. 7083) regarding eligibility for the September 11th Victim Compensation Fund, I submit this letter supplementing our Motion for Default Judgment filed on July 15, 2022, on behalf of the *Ashton*/Personal Injury 2 Plaintiffs, two individuals injured at Ground Zero in the terrorist attacks on September 11, 2001 (ECF No. 8225).

    We have confirmed that John F. Jermyn was found eligible for and was a awarded compensatory damages for the injuries he suffered in the terrorist attacks on September 11, 2001 from the first 9/11 Victims Compensation Fund.

                                Respectfully submitted,

                                KREINDLER & KREINDLER, LLP

                              /s/ James P. Kreindler
                              James P. Kreindler, Esq.
                              Counsel for *Ashton* Plaintiffs