Case 1:18-cv-08297-GBD-SN Document 87 Filed 05/06/22 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to:*
*Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN)

## [PROPOSED] PARTIAL FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs in the *Betru*

case referenced above and the Judgment by Default for Liability Against the Islamic Republic of

Iran ("Iran") entered on ___July 19, 2022___, together with the entire record in this case, it is

hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of all *Betru*

Plaintiffs in *Betru et al. v. Islamic Republic of Iran.,* 18-cv-8297 (GBD) (SN) identified in the

attached Exhibits A-1 and A-2; and it is

ORDERED that the *Betru* Plaintiffs identified in the attached Exhibits A-1 and A-2 are

awarded compensatory damages for: (1) pain and suffering in the amount of $2,000,000 for each

plaintiff; and (2) economic loss in the amounts set forth in Exhibits A-1 and A-2; and (3)

prejudgment interest of 4.96% compounded annually, running from September 11, 2001 until the

date of judgment; and it is

ORDERED that Plaintiffs identified in Exhibits A-1 and A-2 may submit an application

for punitive damages, economic damages, or other damages (only to the extent such awards have

not previously been awarded) at a later date, consistent with any future rulings made by this

Court on this issue; and it is

ORDERED that the remaining Plaintiffs in *Betru et al. v. Islamic Republic of Iran,* 18-cv-

1

8297, not appearing on Exhibits A-1 or A-2 may submit in later stages motions for damages

awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibits A-1

and A-2, the applications will be approved consistent with those approved herein for the

Plaintiffs appearing on Exhibits A-1 and A-2.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the

motions, (ECF No. 7976, Case No. 03-md-1570; ECF No. 85, Case No. 18-cv-08297),

accordingly.

Dated: New York, New York

JUL 2 0 2022 , 2022

SO ORDERED:

George B. Daniels

# EXHIBIT A-1

Betru Exhibit A-1

U.S. Nationals

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Yeneneh | | Betru | | $ 2,000,000.00 | | $ 7,957,672.00 | $ 9,957,672.00 |
| 2 | Christopher | | Burford | | $ 2,000,000.00 | | $ 1,119,928.00 | $ 3,119,928.00 |
| 3 | Andrew | | Fredericks | | $ 2,000,000.00 | | $ 8,063,072.00 | $ 10,063,072.00 |
| 4 | Stephen | G. | Harrell | | $ 2,000,000.00 | | $ 4,691,786.00 | $ 6,691,786.00 |
| 5 | Debora | | Maldonado | | $ 2,000,000.00 | | $ 1,762,570.00 | $ 3,762,570.00 |
| 6 | Robert | W. | O'Shea | | $ 2,000,000.00 | | $ 10,198,400.00 | $ 12,198,400.00 |
| 7 | Toyena | C. | Skinner | | $ 2,000,000.00 | | $ 3,471,075.00 | $ 5,471,075.00 |
| 8 | Steven | | Weinberg | | $ 2,000,000.00 | | $ 7,163,597.00 | $ 9,163,597.00 |

Total Judgment Amount (Betru A-1 Plaintiffs 1-8):  $ 60,428,100.00

# EXHIBIT A-2

Betru Exhibit A-2

Non-U.S. Nationals / Unconfirmed Nationality

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF STATUS | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Nancy | | Diaz | | $ 2,000,000.00 | | $ 2,123,993.00 | $ 4,123,993.00 |