UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Capparis et al. Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of the previous Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or is the Personal Representative for a family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency of the decedent at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL

*/s/ Andrew J. Maloney, III, Esq.*
Andrew J. Maloney

Kreindler& Kreindler, LLP
485 Lexington Ave, 28th Fl
New York, NY 10017
T (212) 687-8181
Amaloney@kreindler.com

# Exhibit A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | State of Residency of Substituted Personal Representative at Filing | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gail | | Brennan | | Sheila | | Capparis | | NJ | 1:02-cv-06977 | Edward | A. | Brennan | III | NY |
| 2 | Bob | | Cheatham | | Arthur | | Cheatham | | NY | 1:02-cv-06977 | Delrose | Forbes | Cheatham | | NY |
| 3 | Robert | | Clark | | Regina | | Gans | | MD | 1:02-cv-06977 | Eugene | | Clark | | NY |
| 4 | Marianne | | Cruikshank | | Douglas | A | Cruikshank | | NY | 1:02-cv-06977 | Robert | | Cruikshank | | NY |
| 5 | Robert | | Devitt | Sr | Joyce | | Devitt | | NJ | 1:02-cv-06977 | Robert | | Devitt | | NJ |
| 6 | David | | Distefano | | Frank | | Distefano | | NY | 1:02-cv-06977 | Douglas | | Distefano | | NY |
| 7 | Eileen | | Geraty | | Erin | | Durkin | | FL | 1:02-cv-06977 | Suzanne | | Geraty | | NY |
| 8 | Joseph | | Hromada | | Stephen | | Hromada | | NY | 1:02-cv-06977 | Milagros | | Hromada | | NY |
| 9 | Frederick | | Irby | | Kenneth | | Irby | | AL | 1:02-cv-06977 | Stephanie | | Irby | | NY |
| 10 | Jan | | Kandell | | Beatrice | | Kandell | | NJ | 1:02-cv-06977 | Shari | | Kandell | | NJ |
| 11 | Emmet | P. | Kelly | | James | P. | Kelly | | NY | 1:02-cv-06977 | Thomas | Richard | Kelly | | NY |
| 12 | Ilia | | Rodriguez | | Haydee | C. | Lillo | | NY | 1:02-cv-06977 | Carlos | | Lillo | | NY |
| 13 | Lloyd | C. | Mair | | Yvonne | | Ramirez | | GA | 1:02-cv-06977 | Linda | C. | Mair Grayling | | NY |
| 14 | Jeffrey | | Lovit | | Jason | | Seymour | | CA | 1:02-cv-06977 | Jacqueline | | Norton | | MN |
| 15 | Jeffrey | | Lovit | | Jason | | Seymour | | CA | 1:02-cv-06977 | Robert | G. | Norton | | MN |
| 16 | Helen | | Passaro | | Irene | | Durbin | | NY | 1:02-cv-06977 | Suzanne | H. | Passaro | | NY |
| 17 | Helen | | Pfeifer | | Joseph and Mary | | Machinksi (Mary & Joseph (Pfeifer) | | NY | 1:02-cv-06977 | Kevin | | Pfeifer | | NY |
| 18 | Robin | | Theurkauf | | Thomas | Francis | Theurkauf | III | CT | 1:02-cv-06977 | Thomas | F. | Theurkauf | Jr. | CT |
| 19 | Floyd | | Weil | | Judith | | Weil | | NY | 1:02-cv-06977 | Joanne | F. | Weil | | NY |