UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

# [PROPOSED ORDER]

Upon consideration of the Capparis et al. Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Capparis et al. Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN).

Dated:
New York, New York
July __, 2022

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE