UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN)))

### [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS

*(ANAYA/IRAN II)*

Upon consideration of the evidence and arguments submitted by *Anaya/Iran* Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative of the Estate of Grace Posa, who are (or represent) siblings of the late Debra Ann DiMartino who was killed in the terrorist attacks on September 11, 2001, and the judgment on default as to liability entered against the Islamic Republic of Iran on October 5, 2021 in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) (ECF No. 70) and in the above-captioned Multidistrict Litigation (ECF No. 7178), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of *Anaya/Iran* Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative of the Estate of Grace Posa, each of whom is (or represents) a sibling of the late Debra Ann DiMartino who was killed in the terrorist attacks on September 11, 2001; and it is

**ORDERED** that *Anaya/Iran* Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative of the Estate of Grace Posa are each awarded solatium damages of $4,250,000 against the Islamic Republic of Iran as set forth in **Exhibit A** hereto; and it is

**ORDERED** that *Anaya/Iran* Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative of the Estate of Grace Posa are each awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment; and it is

**ORDERED** that *Anaya/Iran* Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative of the Estate of Grace Posa may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that other *Anaya/Iran* Plaintiffs may submit in later stages applications for damages awards, and to the extent they seek solatium such applications will be approved consistent with those approved herein.

Furthermore, the Court respectfully directs the Clerk of Court to terminate the motion at ECF 8247 in 03-MDL-1570 (GBD)(SN) and ECF No. 108 in 18-cv-12341 (GBD)(SN).

Dated: New York, New York
_____, 2022

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge