**Exhibit A**

| Plaintiff's Name (Last, First, Middle) | Plaintiff's Citizenship on 9/11/2021 | 9/11 Decedent's Name | Plaintiff's Relationship to 9/11 Decedent | Amount of Solatium Damages | ECF # of any Prior Damages Awards in 03-mdl-1570 | ECF # Adding Plaintiff to 18-cv-12341 |
|---|---|---|---|---|---|---|
| Puma, Rosemary | United States | DiMartino, Debra Ann | Sibling | $4,250,000 | N/A | 107 |
| Puma, John | United States | DiMartino, Debra Ann | Sibling | $4,250,000 | N/A | 107 |
| Posa, William J. as personal representative of the Estate of Grace Posa | United States | DiMartino, Debra Ann | Sibling | $4,250,000 | N/A | 107 |
| **TOTAL SOLATIUM DAMAGES** | | | | **$12,750,000.00** | | |