UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN) (and member case
*Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))

## MOTION TO SUBSTITUTE PARTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above referenced action. The individuals being substituted into the case are the Personal Representatives of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or the Personal Representative of a family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading; the capacity in which the individuals seek to be substituted; the state of residency at the time the complaint was filed; the existing pleading that refers to the plaintiff; and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and efficiently manage the size of this MDL.

Dated: July 22, 2022
      Rye Brook, New York

                                            Respectfully submitted,

                                            SPEISER KRAUSE, PC

                                            By: /s/ Frank H. Granito
                                            Frank H. Granito, III, Esq. (FG9760)

Douglas A. Latto, Esq. (DL3649)
Jeanne M. O'Grady, Esq. (JO3362)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334
f3g@speiserkrause.com
dal@speiserkrause.com
jog@speiserkrause.com

**EXHIBIT A to *Burlingame* Motion to Substitute Parties**

|   | Previous Personal Representative or Plaintiff: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1 | Thomas Bocchino, Individually, as Personal Representative of the Estate of Michael Bocchino, Deceased and on behalf of all survivors of Michael Bocchino | 02-cv-7230 | Debra Lavender, Individually and as Personal Representative of the Estate of Michael Bocchino, Deceased, and on behalf of all survivors of Michael Bocchino | New York | Michael Bocchino |
| 2 | Thomas Bocchino, Individually | 02-cv-7230 | Mary Ann Falzone, as Personal Representative of the Estate of Thomas Bocchino, Deceased | Pennsylvania | Michael Bocchino |
| 3 | Manuel Bourdier, Individually, as Personal Representative of the Estate of Francisco Boudier, Deceased, and on behalf of all survivors of Francisco Bourdier | 02-cv-7230 | Erma Bourdier, Individually, as Personal Representative of the Estate of Francisco Bourdier, Deceased, and on behalf of all survivors of Francisco Bourdier | Texas | Francisco Bourdier |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Christopher Dowling, Individually, as Personal Representative of the Estate of Mary Yolanda Dowling, Deceased, and on behalf of all survivors of Mary Yolanda Dowling | 02-cv-7230 | Rosaleen Shea, as Personal Representative of the Estate of Mary Yolanda Dowling, Deceased, and on behalf of all survivors of Mary Yolanda Dowling | New York | Mary Yolanda Dowling |
| 5 | Christopher Dowling, Individually | 02-cv-7230 | Rosaleen Shea, as Personal Representative of the Estate of Christopher Dowling, Deceased | New York | Mary Yolanda Dowling |
| 6 | Mary and Frank Fetchet, as Personal Representatives of the Estate of Bradley Fetchet, Deceased, and on behalf of all survivors of Bradley Fetchet | 02-cv-7230 | Mary Fetchet, Individually, and Frank Fetchet, Individually and as Personal Representative of the Estate of Bradley Fetchet, Deceased, and on behalf of all survivors of Bradley Fetchet | Connecticut | Bradley Fetchet |
| 7 | Paul and Vivian Kolpak, Individually, and as Co-Administrators of the Estate of Vanessa Kolpak, Deceased, and on behalf of all survivors of Vanessa Kolpak | 02-cv-7230 | Vivian Kolpak, Individually, and Paul Kolpak, Individually and as Personal Representative of the Estate of Vanessa Kolpak, Deceased, and on behalf of all survivors of Vanessa Kolpak | Illinois | Vanessa Kolpak |

| 8 | Donna Caballero, and William M. Lang, Individually, as Personal Representatives of the Estate of Roseann Lang, Deceased, and on behalf of all survivors of Roseann Lang | 02-cv-7230 | Stephen Massell, as Personal Representative of the Estate of Rosanne Lang, Deceased, and on behalf of all survivors of Rosanne Lang | New Jersey | Rosanne Lang |
| --- | --- | --- | --- | --- | --- |
| 9 | Blane Magee, Individually, as Personal Representative of the Estate of Brian Magee, Deceased, and on behalf of all survivors of Brian Magee | 02-cv-7230 | Valerie Magee, Individually and as Personal Representative of the Estate of Brian Magee, Deceased, and on behalf of all survivors of Brian Magee | New York | Brian Magee |
| 10 | Blane Magee, Individually | 02-cv-7230 | Maryann Magee, as Personal Representative of the Estate of Blane Magee, Deceased | New York | Brian Magee |
| 11 | Catherine Moran, Individually, as Personal Representative of the Estate of Kathleen Moran, Deceased, and on behalf of all survivors of Kathleen Moran | 02-cv-7230 | Agnes Moran, Individually and as Personal Representative of the Estate of Kathleen Moran, Deceased, and on behalf of all survivors of Kathleen Moran | New York | Kathleen Moran |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Daniel Orth, Individually, as Personal Representative of the Estate of Jane Marie Orth, Deceased, and on behalf of all survivors of Jane Marie Orth | 02-cv-7230 | Daniel Orth, Individually, and Michelle Orth Ankenman, Individually and as Personal Representative of the Estate of Jane Marie Orth, Deceased, and on behalf of all survivors of Jane Marie Orth | Pennsylvania | Jane Marie Orth |
| 13 | Marilyn Reich, Individually, as Personal Representative of the Estate of Howard Reich, Deceased, and on behalf of all survivors of Howard Reich | 02-cv-7230 | Sharon Reich, Individually and as Personal Representative of the Estate of Howard Reich, Deceased, and on behalf of all survivors of Howard Reich | New York | Howard Reich |
| 14 | Marilyn Reich, Individually | 02-cv-7230 | Jason Hochman, as Personal Representative of the Estate of Marilyn Reich, Deceased | Florida | Howard Reich |
| 15 | Michelle Gartner, Individually, as Personal Representative of the Estate of Dinah Webster, Deceased, and on behalf of all survivors of Dinah Webster | 02-cv-7230 | Philip Nicholas Webster, as Personal Representative of the Estate of Dinah Webster, Deceased, and on behalf of all survivors of Dinah Webster | United Kingdom | Dinah Webster |

| | | | | | |
|---|---|---|---|---|---|
| 16 | Kenneth Chu, as Administrator of the Estate of Pamela Chu, Deceased, and on behalf of all survivors of Pamela Chu | 02-cv-7230 | Steven Chu, Individually and as Personal Representative of the Estate of Pamela Chu, Deceased, and on behalf of all survivors of Pamela Chu | Illinois | Pamela Chu |
| 17 | Kenneth Chu, Individually | 02-cv-7230 | Steven Chu, Individually and as Personal Representative of the Estate of Kenneth Chu, Deceased | Illinois | Pamela Chu |
| 18 | Nicholas Maounis, as Administrator of the Estate of James Maounis, Deceased on behalf of all survivors of James Maounis | 02-cv-7230 | Mary Jane Maounis, Individually and as Personal Representative of the Estate of James Maounis, Deceased, and on behalf of all survivors of James Maounis | New York | James Maounis |
| 19 | Nicholas Maounis, Individually | 02-cv-7230 | Mary Jane Maounis, as Personal Representative of the Estate of Nicholas Maounis, Deceased | New York | James Maounis |
| 20 | Jane Pollicino, as Executor of the Estate of Steven Pollicino, Deceased and on behalf of all survivors of Steven Pollicino | 02-cv-7230 | Vicki Tureski, as Personal Representative of the Estate of Steve Pollicino, Deceased, and on behalf of all survivors of Steve Pollicino | New York | Steve Pollicino |

| | | | | | |
|---|---|---|---|---|---|
| 21 | Jane Pollicino, Individually | 02-cv-7230 | Vicki Tureski, as Personal Representative of the Estate of Jane Pollicino, Deceased | New York | Steve Pollicino |
| 22 | Jacqueline Galleron, as Executor of the Estate of Selina Sutter, Deceased and on behalf of all survivors of Selina Sutter | 02-cv-7230 | Hans Ulrich Sutter, Individually and as Personal Representative of the Estate of Seline Sutter, Deceased, and on behalf of all survivors of Seline Sutter | Switzerland | Seline Sutter |
| 23 | Jean M. Palombo, as Administrator of the Estate of Frank A. Palombo, Deceased and on behalf of all survivors of Frank A. Palombo | 02-cv-7230 | Joseph Palombo, Individually and as Personal Representative of the Estate of Frank A. Palombo, Deceased, and on behalf of all survivors of Frank A. Palombo | New Jersey | Frank A. Palombo |
| 24 | Jean M. Palombo, Individually | 02-cv-7230 | John Hogan, as Personal Representative of the Estate of Jean Palombo, Deceased | New York | Frank A. Palombo |
| 25 | Patricia Wren, Individually and as Administratrix of the Estate of William Wren, Deceased and on behalf of all survivors of William Wren | 02-cv-7230 | William Wren and Christopher Wren, Individually and as Co-Personal Representatives of the Estate of William Wren, Deceased, and on behalf of all survivors of William Wren | New York and North Carolina | William Wren |

| | | | | | |
|---|---|---|---|---|---|
| 26 | Patricia Wren, Individually | 02-cv-7230 | William Wren and Christopher Wren, as Co-Personal Representatives of the Estate of Patricia Wren, Deceased | New York and North Carolina | William Wren |