## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF Case |

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN) (and member case
*Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal

Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001

and/or individuals who are the Personal Representative of a family member of an individual

killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Burlingame* Plaintiffs' motion is granted, and the individuals included

on Exhibit A are to be substituted into the *Burlingame* case.


Dated: New York, New York

_____, 2022

                                        SO ORDERED:


                                        _____
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE

**EXHIBIT A to *Burlingame* Motion to Substitute Parties**

| | Previous Personal Representative or Plaintiff: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1 | Thomas Bocchino, Individually, as Personal Representative of the Estate of Michael Bocchino, Deceased and on behalf of all survivors of Michael Bocchino | 02-cv-7230 | Debra Lavender, Individually and as Personal Representative of the Estate of Michael Bocchino, Deceased, and on behalf of all survivors of Michael Bocchino | New York | Michael Bocchino |
| 2 | Thomas Bocchino, Individually | 02-cv-7230 | Mary Ann Falzone, as Personal Representative of the Estate of Thomas Bocchino, Deceased | Pennsylvania | Michael Bocchino |
| 3 | Manuel Bourdier, Individually, as Personal Representative of the Estate of Francisco Boudier, Deceased, and on behalf of all survivors of Francisco Bourdier | 02-cv-7230 | Erma Bourdier, Individually, as Personal Representative of the Estate of Francisco Bourdier, Deceased, and on behalf of all survivors of Francisco Bourdier | Texas | Francisco Bourdier |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Christopher Dowling, Individually, as Personal Representative of the Estate of Mary Yolanda Dowling, Deceased, and on behalf of all survivors of Mary Yolanda Dowling | 02-cv-7230 | Rosaleen Shea, as Personal Representative of the Estate of Mary Yolanda Dowling, Deceased, and on behalf of all survivors of Mary Yolanda Dowling | New York | Mary Yolanda Dowling |
| 5 | Christopher Dowling, Individually | 02-cv-7230 | Rosaleen Shea, as Personal Representative of the Estate of Christopher Dowling, Deceased | New York | Mary Yolanda Dowling |
| 6 | Mary and Frank Fetchet, as Personal Representatives of the Estate of Bradley Fetchet, Deceased, and on behalf of all survivors of Bradley Fetchet | 02-cv-7230 | Mary Fetchet, Individually, and Frank Fetchet, Individually and as Personal Representative of the Estate of Bradley Fetchet, Deceased, and on behalf of all survivors of Bradley Fetchet | Connecticut | Bradley Fetchet |
| 7 | Paul and Vivian Kolpak, Individually, and as Co-Administrators of the Estate of Vanessa Kolpak, Deceased, and on behalf of all survivors of Vanessa Kolpak | 02-cv-7230 | Vivian Kolpak, Individually, and Paul Kolpak, Individually and as Personal Representative of the Estate of Vanessa Kolpak, Deceased, and on behalf of all survivors of Vanessa Kolpak | Illinois | Vanessa Kolpak |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Donna Caballero, and William M. Lang, Individually, as Personal Representatives of the Estate of Roseann Lang, Deceased, and on behalf of all survivors of Roseann Lang | 02-cv-7230 | Stephen Massell, as Personal Representative of the Estate of Rosanne Lang, Deceased, and on behalf of all survivors of Rosanne Lang | New Jersey | Rosanne Lang |
| 9 | Blane Magee, Individually, as Personal Representative of the Estate of Brian Magee, Deceased, and on behalf of all survivors of Brian Magee | 02-cv-7230 | Valerie Magee, Individually and as Personal Representative of the Estate of Brian Magee, Deceased, and on behalf of all survivors of Brian Magee | New York | Brian Magee |
| 10 | Blane Magee, Individually | 02-cv-7230 | Maryann Magee, as Personal Representative of the Estate of Blane Magee, Deceased | New York | Brian Magee |
| 11 | Catherine Moran, Individually, as Personal Representative of the Estate of Kathleen Moran, Deceased, and on behalf of all survivors of Kathleen Moran | 02-cv-7230 | Agnes Moran, Individually and as Personal Representative of the Estate of Kathleen Moran, Deceased, and on behalf of all survivors of Kathleen Moran | New York | Kathleen Moran |

| 12 | Daniel Orth, Individually, as Personal Representative of the Estate of Jane Marie Orth, Deceased, and on behalf of all survivors of Jane Marie Orth | 02-cv-7230 | Daniel Orth, Individually, and Michelle Orth Ankenman, Individually and as Personal Representative of the Estate of Jane Marie Orth, Deceased, and on behalf of all survivors of Jane Marie Orth | Pennsylvania | Jane Marie Orth |
| 13 | Marilyn Reich, Individually, as Personal Representative of the Estate of Howard Reich, Deceased, and on behalf of all survivors of Howard Reich | 02-cv-7230 | Sharon Reich, Individually and as Personal Representative of the Estate of Howard Reich, Deceased, and on behalf of all survivors of Howard Reich | New York | Howard Reich |
| 14 | Marilyn Reich, Individually | 02-cv-7230 | Jason Hochman, as Personal Representative of the Estate of Marilyn Reich, Deceased | Florida | Howard Reich |
| 15 | Michelle Gartner, Individually, as Personal Representative of the Estate of Dinah Webster, Deceased, and on behalf of all survivors of Dinah Webster | 02-cv-7230 | Philip Nicholas Webster, as Personal Representative of the Estate of Dinah Webster, Deceased, and on behalf of all survivors of Dinah Webster | United Kingdom | Dinah Webster |

| | | | | | |
|---|---|---|---|---|---|
| 16 | Kenneth Chu, as Administrator of the Estate of Pamela Chu, Deceased, and on behalf of all survivors of Pamela Chu | 02-cv-7230 | Steven Chu, Individually and as Personal Representative of the Estate of Pamela Chu, Deceased, and on behalf of all survivors of Pamela Chu | Illinois | Pamela Chu |
| 17 | Kenneth Chu, Individually | 02-cv-7230 | Steven Chu, Individually and as Personal Representative of the Estate of Kenneth Chu, Deceased | Illinois | Pamela Chu |
| 18 | Nicholas Maounis, as Administrator of the Estate of James Maounis, Deceased on behalf of all survivors of James Maounis | 02-cv-7230 | Mary Jane Maounis, Individually and as Personal Representative of the Estate of James Maounis, Deceased, and on behalf of all survivors of James Maounis | New York | James Maounis |
| 19 | Nicholas Maounis, Individually | 02-cv-7230 | Mary Jane Maounis, as Personal Representative of the Estate of Nicholas Maounis, Deceased | New York | James Maounis |
| 20 | Jane Pollicino, as Executor of the Estate of Steven Pollicino, Deceased and on behalf of all survivors of Steven Pollicino | 02-cv-7230 | Vicki Tureski, as Personal Representative of the Estate of Steve Pollicino, Deceased, and on behalf of all survivors of Steve Pollicino | New York | Steve Pollicino |

| 21 | Jane Pollicino, Individually | 02-cv-7230 | Vicki Tureski, as Personal Representative of the Estate of Jane Pollicino, Deceased | New York | Steve Pollicino |
|---|---|---|---|---|---|
| 22 | Jacqueline Galleron, as Executor of the Estate of Selina Sutter, Deceased and on behalf of all survivors of Selina Sutter | 02-cv-7230 | Hans Ulrich Sutter, Individually and as Personal Representative of the Estate of Seline Sutter, Deceased, and on behalf of all survivors of Seline Sutter | Switzerland | Seline Sutter |
| 23 | Jean M. Palombo, as Administrator of the Estate of Frank A. Palombo, Deceased and on behalf of all survivors of Frank A. Palombo | 02-cv-7230 | Joseph Palombo, Individually and as Personal Representative of the Estate of Frank A. Palombo, Deceased, and on behalf of all survivors of Frank A. Palombo | New Jersey | Frank A. Palombo |
| 24 | Jean M. Palombo, Individually | 02-cv-7230 | John Hogan, as Personal Representative of the Estate of Jean Palombo, Deceased | New York | Frank A. Palombo |
| 25 | Patricia Wren, Individually and as Administratrix of the Estate of William Wren, Deceased and on behalf of all survivors of William Wren | 02-cv-7230 | William Wren and Christopher Wren, Individually and as Co-Personal Representatives of the Estate of William Wren, Deceased, and on behalf of all survivors of William Wren | New York and North Carolina | William Wren |

| 26 | Patricia Wren, Individually | 02-cv-7230 | William Wren and Christopher Wren, as Co-Personal Representatives of the Estate of Patricia Wren, Deceased | New York and North Carolina | William Wren |