UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Ashton, et al. v. al Qaeda Islamic Army, et al.</u>, 02-cv-6977

The Court has reviewed the motion for default judgment for personal injuries sustained by the plaintiffs in <u>Ashton, et al. v. al Qaeda Islamic Army</u>, et al., 02-cv-6977 (the "<u>Ashton</u> Plaintiffs"), at ECF No. 8225. That motion seeks damages for John F. Jermyn, who passed away in 2019. The Court has been unable to locate the pleading substituting an appropriate party for Mr. Jermyn as required by Federal Rule of Civil Procedure 25. The <u>Ashton</u> Plaintiffs are directed to identify this pleading for the Court at their earliest convenience.

**SO ORDERED.**

Dated: July 25, 2022
      New York, New York

SARAH NETBURN
United States Magistrate Judge