UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

# MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), John F. Jermyn, Jr. moves the Court to allow him to substitute for the party as identified on Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of his father John F. Jermyn who was an individual injured on September 11, 2001 as a result of the terrorist attacks on September 11, 2001 (a "9/11 Day of Attack PI") and who is now deceased.

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which he seeks to be substituted, state of residency of the decedent at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL

*/s/ Andrew J. Maloney, III, Esq.*
Andrew J. Maloney, III, Esq.
Kreindler& Kreindler, LLP
485 Lexington Ave, 28th Fl

2

New York, NY 10017
T (212) 687-8181
amaloney@kreindler.com

# Exhibit A

| SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | State of Residency of Substituted Personal | CASE NUMBER | DECEDENT'S FIRST NAME | DECEDENT'S MIDDLE NAME | DECEDENT'S LAST NAME | DECEDENT'S SUFFIX | DECEDENT'S STATE OF RESIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| John | F. | Jermyn | Jr. | NY | 1:02-cv-06977 | John | F. | Jermyn | | NY |