UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

# [PROPOSED ORDER]

Upon consideration of John F. Jermyn, Jr.'s motion to permit him to substitute as the Personal Representative for the named Plaintiff, John F. Jermyn, now deceased and who was injured on September 11, 2001 as a result of the terrorist attacks on September 11, 2001 ("Day of Attack PI"); it is hereby

ORDERED that the John F. Jermyn, Jr.'s motion is granted, and the individual included on Exhibit A is to be substituted into the *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN).

Dated:
New York, New York
July __, 2022

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE