UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Hamilton, et al., v. Islamic Republic of Iran., 20-cv-10366

The plaintiffs in Hamilton, et al., v. Islamic Republic of Iran., 20-cv-10366, have filed two motions for default judgment, Hamilton, ECF Nos. 47, 50, that were not also filed on the main docket for this multidistrict litigation. The Hamilton Plaintiffs are reminded that all filings in this multidistrict litigation must be made on both the individual case docket and the main multidistrict litigation docket. See ECF Nos. 6890, 7354.

**SO ORDERED.**

Dated: July 26, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/2022