

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**John M. Eubanks**
*Licensed in MD, SC*
direct: 843.216.9218
jeubanks@motleyrice.com

**VIA CM/ECF**

July 27, 2022

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall U.S. Courthouse |
| 500 Pearl Street | 40 Foley Square |
| New York, NY 10007 | New York, New York 10007 |

Re:  *In re Terrorist Attacks on September 11, 2001*, No. 03 MDL 1570 (GBD)(SN)
     This filing relates to:
         *Burnett, et al. v. Islamic Rep. of Iran, et al.*, No. 15 CV 9903 (GBD)(SN)

Dear Judge Daniels and Magistrate Judge Netburn:

I write today on behalf of Plaintiffs in the above-captioned case. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby notify the Court that Plaintiffs waive any objections to Judge Netburn's Report and Recommendation issued on July 25, 2022 (ECF No. 8258) recommending that the Court grant in part Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Personal-Injury Plaintiffs ("Burnett/Iran Personal Injury 6")(ECF No. 7987). In anticipation of the August 1, 2022, deadline to file an application for new claimants with the United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"), Plaintiffs respectfully request that the Court enter final judgments consistent with Judge Netburn's Report and Recommendation.

Respectfully submitted,

John M. Eubanks

cc: All counsel of record (via CM/ECF)