# Exhibit B-2

Case 1:03-md-01570-GBD-SN   Document 8275-4   Filed 07/27/22   Page 2 of 4

Ashton Exhibit B-2 Solatium Claimants – Non-U.S. Nationals/Unconfirmed Nationality — Damages Sought Under Terrorism Victim Protection Act, Foreign Sovereign Immunities Act and state law (see ECF 1463 at pp. 235 – 242)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | PLAINTIFF NATIONALITY | RELATIONSHIP TO DECEDENT | MDL ECF - Plaintiff's Claim Against Taliban | MDL ECF - Plaintiff's Liability Judgment Against Taliban | MDL ECF - Prior Solatium Award | PRIOR SOLATIUM DAMAGES AMOUNT | COMPENSATORY DAMAGES SOUGHT HERE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Michael | G. | Arczynski | | Lori | Ann | Arczynski | | Canada | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 2 | Kerene | | Gordon | | Sharon | | Baker-Gual | | Jamaica | Sibling | 1463 | 1797 | 3979 | $ 4,250,000.00 | $ 4,250,000.00 |
| 3 | Ana | | Debarrera | | Ernesto | | Barrera | | El Salvador | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 4 | Graham | A. | Berkeley | | Pauline | | Berkeley | | United Kingdom | Parent | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 5 | Graham | A. | Berkeley | | Charles | | Berkeley | | United Kingdom | Parent | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 6 | David | S. | Berry | | Paula | | Berry | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 7 | Alfred | | Braca | | Jean | | Braca | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 8 | Philip | V. | Calcagno | | Susan | | Calcagno | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 9 | Vincent | A. | Cangelosi | | Michelle | | Cangelosi | | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 10 | Vincent | A. | Cangelosi | | Vincent | | Cangelosi | | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 11 | Jason | | Cefalu | | Geraldine | | Cefalu | | Unconfirmed | Parent | 1463 | 1797 | 4106 | $ 8,500,000.00 | $ 8,500,000.00 |
| 12 | Ruben | D. | Correa | | Susan | | Correa | | Unconfirmed | Spouse | 1463 | 1797 | 7190 | $ 12,500,000.00 | $ 12,500,000.00 |
| 13 | Joseph | | Della Pietra | | Christopher | | Della Pietra | | Unconfirmed | Sibling | 1463 | 1797 | 4880 | $ 4,250,000.00 | $ 4,250,000.00 |
| 14 | Douglas | | Distefano | | David | | Distefano | | Unconfirmed | Sibling | 1463 | 1797 | 4106 | $ 4,250,000.00 | $ 4,250,000.00 |
| 15 | Irina | | Buslo | | Ngoran | | Dje | | Unconfirmed | Spouse | 1463 | 1797 | 7190 | $ 12,500,000.00 | $ 12,500,000.00 |
| 16 | Peter | Adam | Feidelberg | | Steven | | Feidelberg | | Unconfirmed | Sibling | 1463 | 1797 | 3979 | $ 4,250,000.00 | $ 4,250,000.00 |
| 17 | Neil | D. | Levin | | Christy | | Ferer | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 18 | Julio | | Fernandez | | Julio | C. | Fernandez | | Unconfirmed | Child | 1463 | 1797 | 4106 | $ 8,500,000.00 | $ 8,500,000.00 |
| 19 | Claudia | | Foster | | Kurt | | Foster | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 20 | Clyde | | Frazier | Jr. | Jeanine | L. | Frazier | | Unconfirmed | Spouse | 1463 | 1797 | 5976 | $ 12,500,000.00 | $ 12,500,000.00 |
| 21 | William | A. | Gardner | | Elisabet | | Gardner | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 22 | Suzanne | | Geraty | | Eileen | | Geraty | | Unconfirmed | Parent | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 23 | Brian | C. | Hickey | | Donna | | Hickey | | Unconfirmed | Spouse | 1463 | 1797 | 5976 | $ 12,500,000.00 | $ 12,500,000.00 |
| 24 | Timothy | | Hughes | | Karen | | Hughes | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 25 | Shari | | Kandell | | Jan | | Kandell | | Unconfirmed | Parent | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 26 | Mark | | Ludvigsen | | Maureen | | Kelly | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 27 | Andrew | | Knox | | Marion | John | Knox | | Australian | Parent | 1463 | 1797 | 6191 | $ 8,500,000.00 | $ 8,500,000.00 |
| 28 | Stephen | | Lamantia | | Kimberly | S. | Lamantia | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 29 | Hamidou | S. | Larry | | Harlene | | Larry | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 30 | Anthony | | Hawkins | | Delores | | Legree | | Unconfirmed | Parent | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 31 | Linda | C. | Mair Grayling | | Lloyd | C. | Mair | | Unconfirmed | Sibling | 1463 | 1797 | 3979 | $ 4,250,000.00 | $ 4,250,000.00 |
| 32 | Bernard | | Mascarenhas | | Jaclyn | | Mascarenhas | | Canada | Child | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 33 | Bernard | | Mascarenhas | | Raynette | | Mascarenhas | | Canada | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 34 | Bernard | | Mascarenhas | | Sven | | Mascarenhas | | Canada | Child | 1463 | 1797 | 7190 | $ 8,500,000.00 | $ 8,500,000.00 |
| 35 | Irina | | Kolpakova | | Arsen | | Mayer[1] | | Unconfirmed | Child | 1463 | 1797 | 4106 | $ 8,500,000.00 | $ 8,500,000.00 |
| 36 | Matthew | T. | Mcdermott | | Susan | | McDermott | | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 37 | Mirna | A. | Duarte | | Lidia | | Melendez | | Honduras | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 38 | Lukasz | | Milewski | | Anna | | Milewska[2] | | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 39 | Lukasz | | Milewski | | Frederyk | | Milewski | | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |

See endnotes for information about name changes

Case 1:03-md-01570-GBD-SN   Document 8275-4   Filed 07/27/22   Page 3 of 4

Ashton Exhibit B-2 Solatium Claimants – Non-U.S. Nationals/Unconfirmed Nationality                Damages Sought Under Terrorism Victim Protection Act, Foreign Sovereign Immunities Act and state law (see ECF 1463 at pp. 235 – 242)

| # | First | Middle | Last | | First | Middle | Last | Nationality | Relationship | ECF | ECF | ID | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Joel | | Miller | | Marjorie | | Miller | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 41 | John | G. | Monahan | | Diane | | Monahan | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 42 | Krishna | | Moorthy | | Saradha | | Moorthy | Unconfirmed | Spouse | 1463 | 1797 | 7190 | $ 12,500,000.00 | $ 12,500,000.00 |
| 43 | Dennis | | Moroney | | Nancy | | Moroney | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 44 | Charles | A. | Murphy | | Elizabeth | | Murphy | Unconfirmed | Parent | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 45 | Lorraine | | Lisi | | Enrica | | Naccarato | Unconfirmed | Sibling | 1463 | 1797 | 4106 | $ 4,250,000.00 | $ 4,250,000.00 |
| 46 | Kerene | | Gordon | | David | | Nelson | Jamaica | Child | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 47 | Alexander | | Ortiz | | Alfredo | F. | Ortiz | Unconfirmed | Parent | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 48 | Deepa | | Pakkala | | Sampath | | Pakkala | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 49 | Manish | | Patel | | Kantilal | | Patel | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 50 | Victor | Hugo | Paz Gutierrez | | Blanca | | Gutierrez De Paz | Unconfirmed | Parent | 1463 | 1797 | 4106 | $ 8,500,000.00 | $ 8,500,000.00 |
| 51 | Kevin | O. | Reilly | | Jennifer | | Reilly | Unconfirmed | Spouse | 1463 | 1797 | 7190 | $ 12,500,000.00 | $ 12,500,000.00 |
| 52 | Tatiana | | Ryjova | | Vasiliy | | Rijov | Unconfirmed | Spouse | 1463 | 1797 | 7190 | $ 12,500,000.00 | $ 12,500,000.00 |
| 53 | Luis | Eduardo | Torres | | Alissa | | Rosenberg-Torres | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 54 | Thierry | | Saada | | Delphine | | Saada | France | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 55 | Paul | F. | Sarle | | Linda | | Sarle | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 56 | Deepika | | Sattaluri | | Narasimha | | Sattaluri | India | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 57 | Jayesh | | Shah | | Jyothi | J. | Shah | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 58 | Khalid | | Shahid | | Leonor | | Shahid | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 59 | Khalid | | Shahid | | Syed | | Shahid | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 60 | John | F. | Swaine | | Suzanne | | Swaine | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 61 | Keiji | | Takahashi | | Midori | | Takahashi | Japan | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 62 | Andrew | | Kates | | Emily | | Terry | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 63 | William | | Tselepis | Jr. | Mary | | Tselepis | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 64 | Elsy | C. | Osorio[3] | | Feliciana | | Umanzor | Unconfirmed | Parent | 1463 | 1797 | 3979 | $ 8,500,000.00 | $ 8,500,000.00 |
| 65 | Harold | | Lizcano | | Emily | | Vega-Faltas[4] | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 66 | Jorge | | Velazquez | | Consuelo | | Velazquez | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 67 | Chantal | | Vincelli | | Anthony | | Vincelli | Canada | Sibling | 1463 | 1797 | 3979 | $ 4,250,000.00 | $ 4,250,000.00 |
| 68 | Debbie | | Williams | | Darren | | Williams | Canada | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |
| 69 | Pauline | | Tull-Francis | | Debbie | | Williams | Barbados | Child | 1463 | 1797 | 4880 | $ 8,500,000.00 | $ 8,500,000.00 |
| 70 | Joseph | | Zaccoli | | Helen | | Zaccoli | Unconfirmed | Spouse | 1463 | 1797 | 4880 | $ 12,500,000.00 | $ 12,500,000.00 |

| | | |
|---|---|---|
| Total Amount (Ashton B-1 Plaintiffs 1-70): | $ 717,250,000.00 | $ 717,250,000.00 |

| # | Alternative Names |
|---|---|
| 1 | Plaintiff's Last Name is listed as Kolpakov on 1463 |
| 2 | Plaintiff's Last Name is listed as Milewska on 1463 |

See endnotes for information about name changes

Ashton Exhibit B-2 Solatium Claimants – Non-U.S. Nationals/Unconfirmed Nationality

Case 1:03-md-01570-GBD-SN   Document 8275-4   Filed 07/27/22   Page 4 of 4

Damages Sought Under Terrorism Victim Protection Act, Foreign Sovereign Immunities Act and state law (see ECF 1463 at pp. 235 – 242)

| | |
|---|---|
| 3 | Decedent's Last Name is listed as Osoria on 1463 |
| 4 | Plaintiff's Last Name is listed as Lizcano on 1463 |

See endnotes for information about name changes