

**KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629**
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

July 28, 2022

<u>Via ECF</u>

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Ashton et al., v. al Qaeda Islamic Army, et al.*, No. 02-cv-6977 (GBD)(SN)

Estate and Solatium Awards; Functional Equivalent Determination; Personal Injury Awards Contained in Reports & Recommendations July 26, 2022 (ECF 8266 and 8269)

Dear Judge Daniels and Magistrate Judge Netburn:

I write today on behalf of the seven estate plaintiffs and 48 solatium plaintiffs, including one functional equivalent plaintiff in the above-captioned case in response to the Court's Report & Recommendations, dated July 26, 2022, s*ee* ECF No. 8269, as well as the two personal injury plaintiffs who sustained injuries on September 11, 2001 and the Court's Report & Recommendations, dated July 26, 2022, s*ee* ECF No. 8266. In each Report & Recommendation, the Court encouraged plaintiffs "to notify the Court as soon as possible if any objections will be filed." ECF No. 8269 at p. 6; ECF No. 8266 at p. 6. Plaintiffs write to inform the Court that they will not object to the Reports & Recommendations and respectfully request that the Court enter final judgments in favor of the seven estate plaintiffs, and solatium awards for the 48 plaintiffs, including the functional equivalent plaintiff (Bradshaw), discussed in the Report & Recommendations; and the personal injury awards for day of injuries to plaintiffs Frolich and Jermyn.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Andrew J. Maloney*
Andrew J. Maloney, III

*Attorney for the Plaintiffs*

cc: All MDL Counsel of Record (via ECF)

**New York**          **Boston**          **Los Angeles**