**Exhibit A**
**(In Alphabetical Order of Decedents' Last Names)**

| Plaintiff Personal Representative's Name (Last, First Middle) | 9/11 Decedent's Name (Last, First Middle) | 9/11 Decedent's Citizenship on September 11, 2001 | Economic Damage Amount |
|---|---|---|---|
| Colhoun, Helen L. | Colhoun, Liam Joseph | United States | $3,215,962 |
| da Costa, M. Rita | da Costa, Carlos | United States | $4,218,444 |
| Galvin, John M. | Galvin, Thomas E. | United States | $8,987,450 |
| Getzendanner, Thomas Forbes | Getzendanner, Susan M. | United States | $1,579,166 |
| Guman, Deodat | Guman, Babita Girjamatie | United States | $3,407,238 |
| Kauth, Mathew J. and Ferrus, Ann | Kauth, Don Jerome | United States | $2,917,835 |
| Lee, Eileen R. | Lee, Gary H. | United States | $512,039 |
| Lanham-Lowe, Vivian | Lowe, Michael | United States | $906,028 |
| Notaro, Carlo | Notaro, Daniela R. | United States | $1,699,681 |
| **TOTAL ECONOMIC DAMAGES** | | | **$27,443,843** |