**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)** **ECF Case** |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, **02-cv-6977 (GBD)(SN) (and member case** *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* **1:18-cv-12341 (GBD) (SN)))**

<u>**[PROPOSED] PARTIAL FINAL DEFAULT JUDGMENT**</u>

*(ANAYA/IRAN III)*

Upon consideration of the evidence and arguments submitted by *Anaya/Iran* Plaintiffs identified in **Exhibit A** to this Order, who each represent the estate of an individual who was killed in the terrorist attacks on September 11, 2001, and the judgment on default as to liability entered against the Islamic Republic of Iran on October 5, 2021 in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) (ECF No. 70) and in the above-captioned Multidistrict Litigation (ECF No. 7178), together with the entire record in this case, it is hereby;

**ORDERED** that service of process in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto, who each represent the estate of an individual who was killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

**ORDERED** that *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto are awarded economic damages as set forth in **Exhibit A** hereto and as supported by the expert reports and analyses tendered in conjunction with the Declaration of Joseph Peter Drennan executed on July 28, 2022; and it is

**ORDERED** that *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto are each awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment; and it is

**ORDERED** that *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that other *Anaya/Iran* Plaintiffs may submit in later stages applications for damages awards.

Furthermore, the Court respectfully directs the Clerk of Court to terminate the motion at ECF 8280 in 03-MDL-1570 (GBD)(SN) and ECF No. 114 in 18-cv-12341 (GBD)(SN).

Dated: New York, New York
_____, 2022

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge