# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Hamilton, et al, v. Islamic Republic of Iran*, 20-cv-10366 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of the evidence and arguments submitted by the wrongful death Plaintiffs in the above-captioned action, together with the entire record in this case, it is hereby;

ORDERED that partial final default judgment is entered on behalf of those Plaintiffs in *Hamilton, et al, v. Islamic Republic of Iran*, 20-cv-10366 (GBD) (SN), identified in the attached Exhibit A; and it is

ORDERED that the *Hamilton* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum, all interest compounded annually over the same period; and it is

ORDERED that all *Hamilton* Plaintiffs may submit future applications for punitive damages consistent with any future rulings of this Court; and it is

ORDERED that Plaintiff Raynard Hamilton may submit a separate motion for partial final default judgment for pain and suffering incurred as a result of injuries he sustained on September 11, 2001; and it is

ORDERED that the remaining *Hamilton* Plaintiffs not listed on Exhibit A may submit motions for judgment in future stages.

The Clerk of Court is directed to close the motion in Case No. 20-cv-10366, (ECF No. 47), accordingly.

`JUL 2 8 2022`

Dated: New York, New York

SO ORDERED.

George B. Daniels
United States District Court Judge

2