**Family Members - Non-U.S. Nationals**     **BAUER EXHIBIT C-2**     **Solatium Damages**

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | Plaintiff's Citizenship/ Nationality | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anil | T. | Bharvaney | Est. of Govind | | Bharvaney | Parent | Thailand | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 |
| 2 | Anil | T. | Bharvaney | Kishore | | Bharvaney | Sibling | Thailand | 7858 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 |
| 3 | Anil | T. | Bharvaney | Savitri | | Bharvaney | Parent | Thailand | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 |
| 4 | Michael | J. | Cunningham | Andrew | | Cunningham | Sibling | U.K. | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 |
| 5 | Michael | J. | Cunningham | Julieanne | | Cunningham | Sibling | U.K. | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 |
| 6 | Michael | J. | Cunningham | Paul | | Cunningham | Sibling | U.K. | 7860 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 |
| 7 | Michael | J. | Cunningham | Sean | | Cunningham | Sibling | U.K. | 7860 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 |
| 8 | Michael | J. | Cunningham | Bernadette | T. | Hayes | Sibling | U.K. | 7862 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 |
| | | | | | | | | | | | **Total Amount for Damages** | | $42,500,000.00 |