# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

------------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

      Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

      The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■    *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (Alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Abbate, Renee | New Jersey | U.S. Citizen | Michael Tanner | Sister | *Bauer* action[2] Paragraph 25 |
| 2 | Abernathy, Gretchen | New Jersey | U.S. Citizen | W. David Bauer, II | Sister | *Bauer* action Paragraph 5 |
| 3 | Barrett, Elaine | New Jersey | U.S. Citizen | Donna Giordano | Sister | *Bauer* action Paragraph 41 |
| 4 | Bauer, Est. of Dorothy Bauer | New Jersey | U.S. Citizen | W. David Bauer, II | Mother | *Bauer* action Paragraph 5 |
| 5 | Bauer, Jacqueline | Pennsylvania | U.S. Citizen | W. David Bauer, II | Daughter | *Bauer* action Paragraph 5 |
| 6 | Bauer, Robert G. | Pennsylvania | U.S. Citizen | W. David Bauer, II | Brother | *Bauer* action Paragraph 5 |
| 7 | Bauer, Stephen | New Jersey | U.S. Citizen | W. David Bauer, II | Son | *Bauer* action Paragraph 5 |
| 8 | Bauer, Virginia | New Jersey | U.S. Citizen | W. David Bauer, II | Wife | *Bauer* action Paragraph 5 |
| 9 | Bauer, Sr., Est. of Walter D. | New Jersey | U.S. Citizen | W. David Bauer, II | Father | *Bauer* action Paragraph 5 |
| 10 | Bauer, III, W. David | New York | U.S. Citizen | W. David Bauer, II | Son | *Bauer* action Paragraph 5 |
| 11 | Bauer-Pollard, Heidi | New Jersey | U.S. Citizen | W. David Bauer, II | Sister | *Bauer* action Paragraph 5 |
| 12 | Beamer, Andrew T. | New Jersey | U.S. Citizen | Todd M. Beamer | Son | *Bauer* action Paragraph 44 |
| 13 | Beamer, David | Ohio | U.S. Citizen | Todd M. Beamer | Father | *Bauer* action Paragraph 44 |
| 14 | Beamer, David. P. | New Jersey | U.S. Citizen | Todd M. Beamer | Son | *Bauer* action Paragraph 44 |
| 15 | Beamer, Lisa | New Jersey | U.S. Citizen | Todd M. Beamer | Wife | *Bauer* action Paragraph 44 |
| 16 | Beamer, Margaret | Ohio | U.S. Citizen | Todd M. Beamer | Mother | *Bauer* action Paragraph 44 |
| 17 | Beamer, Morgan K. | New Jersey | U.S. Citizen | Todd M. Beamer | Daughter | *Bauer* action Paragraph 44 |
| 18 | Beamer-Sorensen, Michele | Ohio | U.S. Citizen | Todd M. Beamer | Sister | *Bauer* action Paragraph 44 |
| 19 | Beatini, Daria | New Jersey | U.S. Citizen | Paul F. Beatini | Daughter | *Bauer* action Paragraph 46 |

---

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 20 | Beatini, Est. of Doris Beatini | New Jersey | U.S. Citizen | Paul F. Beatini | Mother | *Bauer* action Paragraph 46 |
|----|----|----|----|----|----|----|
| 21 | Beatini, Julia | New Jersey | U.S. Citizen | Paul F. Beatini | Daughter | *Bauer* action Paragraph 46 |
| 22 | Beatini, Mark | New Jersey | U.S. Citizen | Paul F. Beatini | Brother | *Bauer* action Paragraph 46 |
| 23 | Beatini, Est. of Michael C. | New Jersey | U.S. Citizen | Paul F. Beatini | Father | *Bauer* action Paragraph 46 |
| 24 | Beatini, Est. of Michael L. | New Jersey | U.S. Citizen | Paul F. Beatini | Brother | *Bauer* action Paragraph 46 |
| 25 | Beatini, Nanda | New Jersey | U.S. Citizen | Paul F. Beatini | Sister | *Bauer* action Paragraph 46 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

-----------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

      Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

      The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■ *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Beatini, Susan | New Jersey | U.S. Citizen | Paul F. Beatini | Wife | *Bauer* action[2] Paragraph 46 |
| 2 | Beatini, Thomas | New Jersey | U.S. Citizen | Paul F. Beatini | Brother | *Bauer* action Paragraph 46 |
| 3 | Better, Margarita | Florida | U.S. Citizen | Milton Bustillo | Mother | *Bauer* action Paragraph 29 |
| 4 | Bharvaney, Est. of Govind | Thailand | Thailand | Anil T. Bharvaney | Father | *Bauer* action Paragraph 27 |
| 5 | Bharvaney, Kishore | Thailand | Thailand | Anil T. Bharvaney | Brother | *Bauer* action Paragraph 27 |
| 6 | Bharvaney, Pandora | New Jersey | U.S. Citizen | Anil T. Bharvaney | Wife | *Bauer* action Paragraph 27 |
| 7 | Bharvaney, Savitri | Thailand | Thailand | Anil T. Bharvaney | Mother | *Bauer* action Paragraph 27 |
| 8 | Blest, Cynthia | New York | U.S. Citizen | Sean Rooney | Sister | *Bauer* action Paragraph 51 |
| 9 | Bonnett, Cathyann | New York | U.S. Citizen | Colin Bonnett | Wife | *Bauer* action Paragraph 6 |
| 10 | Bonnett, Heather | New York | U.S. Citizen | Colin Bonnett | Sister | *Bauer* action Paragraph 6 |
| 11 | Bonnett, Julia | New York | U.S. Citizen | Colin Bonnett | Mother | *Bauer* action Paragraph 6 |
| 12 | Bonnett, Kody | New York | U.S. Citizen | Colin Bonnett | Son | *Bauer* action Paragraph 6 |
| 13 | Bonoli, Denise | Massachusetts | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Sister | *Bauer* action Paragraph 21 |
| 14 | Bowden, James F. | New Jersey | U.S. Citizen | Thomas H. Bowden, Jr. | Brother | *Bauer* action Paragraph 7 |
| 15 | Bowden-Hart, Alyson V. | South Carolina | U.S. Citizen | Thomas H. Bowden, Jr. | Daughter | *Bauer* action Paragraph 7 |
| 16 | Bowden-Hart, Deborah | South Carolina | U.S. Citizen | Thomas H. Bowden, Jr. | Wife | *Bauer* action Paragraph 7 |
| 17 | Bowden-Hart, Sara J. | South Carolina | U.S. Citizen | Thomas H. Bowden, Jr. | Daughter | *Bauer* action Paragraph 7 |
| 18 | Bowman, Carol A. | Florida | U.S. Citizen | Shawn E. Bowman, Jr. | Mother | *Bauer* action Paragraph 8 |

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 19 | Bowman, James E. | New York | U.S. Citizen | Shawn E. Bowman, Jr. | Brother | *Bauer* action Paragraph 8 |
| 20 | Bowman, Sr., Shawn E. | Florida | U.S. Citizen | Shawn E. Bowman, Jr. | Father | *Bauer* action Paragraph 8 |
| 21 | Bowman Henry, Jack | New Jersey | U.S. Citizen | Shawn E. Bowman, Jr. | Son | *Bauer* action Paragraph 8 |
| 22 | Bowman Henry, Liam | New Jersey | U.S. Citizen | Shawn E. Bowman, Jr. | Son | *Bauer* action Paragraph 8 |
| 23 | Brandofino, Jeanne | New York | U.S. Citizen | Daniel L. Maher | Sister | *Bauer* action Paragraph 17 |
| 24 | Brennan, Anita | Florida | U.S. Citizen | Thomas M. Brennan, Sr. | Mother | *Bauer* action Paragraph 45 |
| 25 | Brennan, Catherine A. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Daughter | *Bauer* action Paragraph 45 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

---------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

     Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

     The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

- *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Brennan, John O. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action[2] Paragraph 45 |
| 2 | Brennan, John V. | Florida | U.S. Citizen | Thomas M. Brennan, Sr. | Father | *Bauer* action Paragraph 45 |
| 3 | Brennan, Michael | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action Paragraph 45 |
| 4 | Brennan, Paul | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action Paragraph 45 |
| 5 | Brennan, Jr., Thomas M. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Son | *Bauer* action Paragraph 45 |
| 6 | Brennan Waterhouse, Jennifer | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Wife | *Bauer* action Paragraph 45 |
| 7 | Bustillo, Alessandra | New York | U.S. Citizen | Milton Bustillo | Daughter | *Bauer* action Paragraph 29 |
| 8 | Bustillo, Dissa | New Jersey | U.S. Citizen | Milton Bustillo | Sister | *Bauer* action Paragraph 29 |
| 9 | Bustillo, Sr., Est. of Gilberto | Venezuela | Colombian Citizen | Milton Bustillo | Father | *Bauer* action Paragraph 29 |
| 10 | Bustillo, Jr. Gilberto | New Jersey | U.S. Citizen | Milton Bustillo | Brother | *Bauer* action Paragraph 29 |
| 11 | Bustillo, Henry | New Jersey | U.S. Citizen | Milton Bustillo | Brother | *Bauer* action Paragraph 29 |
| 12 | Bustillo, Mirna | Florida | U.S. Citizen | Milton Bustillo | Sister | *Bauer* action Paragraph 29 |
| 13 | Butler, Sasha | New Jersey | U.S. Citizen | Michael Tanner | Daughter | *Bauer* action Paragraph 25 |
| 14 | Candela, Elizabeth | New Jersey | U.S. Citizen | John Anthony Candela | Wife | *Bauer* action Paragraph 9 |
| 15 | Candela, John Arthur | New Jersey | U.S. Citizen | John Anthony Candela | Son | *Bauer* action Paragraph 9 |
| 16 | Candela, Est. of John C. | New Jersey | U.S. Citizen | John Anthony Candela | Father | *Bauer* action Paragraph 9 |
| 17 | Candela, Joseph G. | New Jersey | U.S. Citizen | John Anthony Candela | Brother | *Bauer* action Paragraph 9 |
| 18 | Candela, Juliette | New Jersey | U.S. Citizen | John Anthony Candela | Daughter | *Bauer* action Paragraph 9 |
| 19 | Candela, Est. of Phyllis | New Jersey | U.S. Citizen | John Anthony Candela | Mother | *Bauer* action Paragraph 9 |

---

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

3

| 20 | Carlino, Est. Marie | New York | U.S. Citizen | Edward Carlino | Wife | *Bauer* action Paragraph 26 |
| 21 | Carlino, Mary | New York | U.S. Citizen | Edward Carlino | Mother | *Bauer* action Paragraph 26 |
| 22 | Carlino, Salvatore | New York | U.S. Citizen | Edward Carlino | Father | *Bauer* action Paragraph 26 |
| 23 | Cunningham, Andrew | United Kingdom | United Kingdom | Cunningham, Michael J. | Brother | *Bauer* action Paragraph 50 |
| 24 | Cunningham, Julieanne | United Kingdom | United Kingdom | Cunningham, Michael J. | Sister | *Bauer* action Paragraph 50 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:

     TERROR ATTACKS ON
     SEPTEMBER 11, 2001

-----------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

     Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

     The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

- *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Cunningham, Paul | United Kingdom | United Kingdom | Michael J. Cunningham | Brother | *Bauer* action[2] Paragraph 50 |
| 2 | Cunningham, Sean | United Kingdom | United Kingdom | Michael J. Cunningham | Brother | *Bauer* action Paragraph 50 |
| 3 | Cunningham, Teresa | New Jersey | U.S. Citizen | Michael J. Cunningham | Wife | *Bauer* action Paragraph 50 |
| 4 | Cunningham, William | New Jersey | U.S. Citizen | Michael J. Cunningham | Son | *Bauer* action Paragraph 50 |
| 5 | D'Ambola, Domenick | New Jersey | U.S. Citizen | Donna Giordano | Father | *Bauer* action Paragraph 41 |
| 6 | D'Ambola, Est. of Jessamine | New Jersey | U.S. Citizen | Donna Giordano | Mother | *Bauer* action Paragraph 41 |
| 7 | D'Ambrosi, Dean J. | Virginia | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Brother | *Bauer* action Paragraph 21 |
| 8 | D'Ambrosi, Emily | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Daughter | *Bauer* action Paragraph 21 |
| 9 | D'Abmrosi, Sr., Est. Jack L. | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Father | *Bauer* action Paragraph 21 |
| 10 | D'Ambrosi, Karen | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Wife | *Bauer* action Paragraph 21 |
| 11 | Danahy, Alison M. | New York | U.S. Citizen | Patrick W. Danahy | Daughter | *Bauer* action Paragraph 47 |
| 12 | Danahy, Grace A. | New York | U.S. Citizen | Patrick W. Danahy | Daughter | *Bauer* action Paragraph 47 |
| 13 | Danahy, Kathleen T. | New York | U.S. Citizen | Patrick W. Danahy | Daughter | *Bauer* action Paragraph 47 |
| 14 | Danahy, Mary | New York | U.S. Citizen | Patrick W. Danahy | Wife | *Bauer* action Paragraph 47 |
| 15 | Dembicki, Janyne V. | New Jersey | U.S. Citizen | Scott Vasel | Sister | *Bauer* action Paragraph 14 |
| 16 | DiMeglio, Daniel | Massachusetts | U.S. Citizen | David DiMeglio | Brother | *Bauer* action Paragraph 39 |
| 17 | DiMeglio, John | Massachusetts | U.S. Citizen | David DiMeglio | Father | *Bauer* action Paragraph 39 |

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 18 | DiMeglio, Patti S. | New Hampshire | U.S. Citizen | David DiMeglio | Mother | *Bauer* action Paragraph 39 |
| 19 | Dougherty, Mary Beth | New York | U.S. Citizen | Kevin Murphy | Sister | *Bauer* action Paragraph 11 |
| 20 | Eckert, Est. of Beverly | Connecticut | U.S. Citizen | Sean Rooney | Wife | *Bauer* action Paragraph 51 |
| 21 | Felt, Adrienne P. | California | U.S. Citizen | Edward P. Felt | Daughter | *Bauer* action Paragraph 35 |
| 22 | Felt, Gordon | New York | U.S. Citizen | Edward P. Felt | Brother | *Bauer* action Paragraph 35 |
| 23 | Felt, Kathryn | New Jersey | U.S. Citizen | Edward P. Felt | Daughter | *Bauer* action Paragraph 35 |
| 24 | Felt, Lawrence | Virginia | U.S. Citizen | Edward P. Felt | Brother | *Bauer* action Paragraph 35 |
| 25 | Felt, Sandra V. | New Jersey | U.S. Citizen | Edward P. Felt | Wife | *Bauer* action Paragraph 35 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
Baumeister & Samuel, P.C.
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

------------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

      Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

      The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■     *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Felt, Shirley A. | New York | U.S. Citizen | Edward P. Felt | Mother | *Bauer* action[2] Paragraph 35 |
| 2 | Ferrell, Michele | New Jersey | U.S. Citizen | Donald T. Jones, II | Wife | *Bauer* action Paragraph 13 |
| 3 | Foster, Megan | New Jersey | U.S. Citizen | Noel Foster | Daughter | *York* action[3] Paragraph 8 |
| 4 | Foster, Nancy | New Jersey | U.S. Citizen | Noel Foster | Wife | *York* action Paragraph 8 |
| 5 | Foster, Nicole | New Jersey | U.S. Citizen | Noel Foster | Daughter | *York* Action Paragraph 8 |
| 6 | Gallucci, Alyssa | California | U.S. Citizen | Vincenzo Gallucci | Daughter | *Bauer* action Paragraph 16 |
| 7 | Gallucci, Angela | New Jersey | U.S. Citizen | Vincenzo Gallucci | Mother | *Bauer* action Paragraph 16 |
| 8 | Gallucci, Barbara | New Jersey | U.S. Citizen | Vincenzo Gallucci | Wife | *Bauer* action Paragraph 16 |
| 9 | Gallucci, Est. of Joseph | New Jersey | U.S. Citizen | Vincenzo Gallucci | Father | *Bauer* action Paragraph 16 |
| 10 | Gallucci, Joseph D. | Washington | U.S. Citizen | Vincenzo Gallucci | Son | *Bauer* action Paragraph 16 |
| 11 | Giordano, Michael | New Jersey | U.S. Citizen | Donna Giordano | Son | *Bauer* action Paragraph 41 |
| 12 | Glick, Emerson | New Hampshire | U.S. Citizen | Jeremy Glick | Daughter | *Bauer* action Paragraph 37 |
| 13 | Glick, Jared | New Jersey | U.S. Citizen | Jeremy Glick | Brother | *Bauer* action Paragraph 37 |
| 14 | Glick, Jed | New York | U.S. Citizen | Jeremy Glick | Brother | *Bauer* action Paragraph 37 |
| 15 | Glick, Jennifer | New Jersey | U.S. Citizen | Jeremy Glick | Sister | *Bauer* action Paragraph 37 |
| 16 | Glick, Joan | New Jersey | U.S. Citizen | Jeremy Glick | Mother | *Bauer* action Paragraph 37 |
| 17 | Glick, Jonah | Japan | U.S. Citizen | Jeremy Glick | Brother | *Bauer* action Paragraph 37 |
| 18 | Glick, Lloyd | New Jersey | U.S. Citizen | Jeremy Glick | Father | *Bauer* action Paragraph 37 |

---

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF 32.

[3] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was voluntarily dismissed by the plaintiffs on March 22, 2004, because it was "duplicative" of claims in the *Ashton* action third and fourth complaints, ECF No. 66.

| 19 | Glick-Best, Lyzbeth | New Hampshire | U.S. Citizen | Jeremy Glick | Wife | *Bauer* action Paragraph 37 |
|----|---------------------|---------------|--------------|--------------|------|------------------------------|
| 20 | Glick-Danino, Joanna | New York | U.S. Citizen | Jeremy Glick | Sister | *Bauer* action Paragraph 37 |
| 21 | Goldstein, Hanna | New Jersey | U.S. Citizen | Steven Goldstein | Daughter | *Bauer* action Paragraph 19 |
| 22 | Goldstein, Harris | New Jersey | U.S. Citizen | Steven Goldstein | Son | *Bauer* action Paragraph 19 |
| 23 | Goldstein, Jill | New Jersey | U.S. Citizen | Steven Goldstein | Wife | *Bauer* action Paragraph 19 |
| 24 | Gronlund, Est. of Arthur G. | Florida | U.S. Citizen | Linda K. Gronlund | Father | *Bauer* action Paragraph 38 |
| 25 | Gronlund, Est. of Doris | New York | U.S. Citizen | Linda K. Gronlund | Mother | *Bauer* action Paragraph 38 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

                              03-MDL-1570 (GBD)(SN)

In Re:

       TERROR ATTACKS ON         **NOTICE OF AMENDMENT**
       SEPTEMBER 11, 2001         **AS TO THE TALIBAN AND**
                                       **MUHAMMAD OMAR**

-----------------------------------------------------X

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

       Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

       The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■     *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Hannaford, Eileen | New Jersey | U.S. Citizen | Kevin J. Hannaford, Sr. | Wife | *Bauer* action[2] Paragraph 18 |
| 2 | Hannaford, Jr., Kevin J. | New Jersey | U.S. Citizen | Kevin J. Hannaford, Sr. | Son | *Bauer* action Paragraph 18 |
| 3 | Hannaford, Patrick J. | New Jersey | U.S. Citizen | Kevin J. Hannaford, Sr. | Son | *Bauer* action Paragraph |
| 4 | Hayes, Bernadette T. | United Kingdom | United Kingdom | Michael J. Cunningham | Sister | *Bauer* action Paragraph 50 |
| 5 | Hebert, Kathryn | Connecticut | U.S. Citizen | Adam J. Lewis | Sister | *York* action[3] Paragraph 7 |
| 6 | Henry, Jennifer J. | New York | U.S. Citizen | Shawn E. Bowman, Jr. | Wife | *Bauer* action Paragraph 8 |
| 7 | Hicks, Susan | New York | U.S. Citizen | Daniel Smith | Sister | *Ashton* 5th Amended[4] |
| 8 | Hoadley, Est. of Richard | Nevada | U.S. Citizen | Jean H. Peterson | Brother | *Bauer* action Paragraph 34 |
| 9 | Hoadley, Est. of Virginia A. | Nevada | U.S. Citizen | Jean H. Peterson | Mother | *Bauer* action Paragraph 34 |
| 10 | Hoadley, Est. of Walter E. | Nevada | U.S. Citizen | Jean H. Peterson | Father | *Bauer* action Paragraph 34 |
| 11 | Hughes, Ellen | New Jersey | U.S. Citizen | Steven F. Schlag | Sister | *Bauer* action Paragraph 10 |
| 12 | Jack, Est. of Helen M. | Colorado | U.S. Citizen | Bryan C. Jack | Mother | *Bauer* action Paragraph 40 |
| 13 | Jack, Est. of James H. | Colorado | U.S. Citizen | Bryan C. Jack | Father | *Bauer* action Paragraph 40 |
| 14 | Jack, James T. | New Mexico | U.S. Citizen | Bryan C. Jack | Brother | *Bauer* action Paragraph 40 |
| 15 | Johnson, Margaret A. | Florida | U.S. Citizen | Scott Johnson | Mother | *Bauer* action Paragraph 55 |
| 16 | Johnson, Est. of Thomas P. | Delaware | U.S. Citizen | Scott Johnson | Brother | *Bauer* action Paragraph 55 |

---

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

[3] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was voluntarily dismissed by the plaintiffs on March 22, 2004, because it was "duplicative" of claims in the *Ashton* action third and fourth complaints, ECF No. 66.

[4] Smith Plaintiff was added to *Ashton* Fifth Amended Consolidated Master Complaint filed on 09/02/2004, page 4, ECF No. 447.

| 17 | Johnson, Thomas S. | Florida | U.S. Citizen | Scott Johnson | Father | *Bauer* action Paragraph 55 |
|----|-------------------|---------|--------------|---------------|--------|---------------------------|
| 18 | Jones, Sr., Est. of Donald T. | New Jersey | U.S. Citizen | Donald T. Jones, II | Father | *Bauer* action Paragraph 13 |
| 19 | Jones, III, Donald T. | New Jersey | U.S. Citizen | Donald T. Jones, II | Son | *Bauer* action Paragraph 13 |
| 20 | Jones, Judith | New Jersey | U.S. Citizen | Donald T. Jones, II | Mother | *Bauer* action Paragraph 13 |
| 21 | Jones, Taylor N. | New Jersey | U.S. Citizen | Donald T. Jones, II | Daughter | *Bauer* action Paragraph 13 |
| 22 | Jones, William B. | New Jersey | U.S. Citizen | Donald T. Jones, II | Brother | *Bauer* action Paragraph 13 |
| 23 | Kane, Adam | New Jersey | U.S. Citizen | Howard Kane | Brother | *Bauer* action Paragraph 53 |
| 24 | Kane, Est. of Bruce | New Jersey | U.S. Citizen | Howard Kane | Mother | *Bauer* action Paragraph 53 |
| 25 | Kane, Jason B. | New Jersey | U.S. Citizen | Howard Kane | Son | *Bauer* action Paragraph 53 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

       TERROR ATTACKS ON
       SEPTEMBER 11, 2001

------------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

       Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

       The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■    *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Kane, Lori | New Jersey | U.S. Citizen | Howard Kane | Wife | *Bauer* action[2] Paragraph 53 |
| 2 | Kane, Rochelle | New Jersey | U.S. Citizen | Howard Kane | Mother | *Bauer* action Paragraph 53 |
| 3 | Keller, Joseph D. | New Jersey | U.S. Citizen | Joseph J. Keller | Son | *Bauer* action Paragraph 36 |
| 4 | Keller, Sydnie R. | New Jersey | U.S. Citizen | Joseph J. Keller | Daughter | *Bauer* action Paragraph 36 |
| 5 | Keller, Rose | New Jersey | U.S. Citizen | Joseph J. Keller | Wife | *Bauer* action Paragraph 36 |
| 6 | Kelly, Phyllis | New Jersey | U.S. Citizen | Salvatore Zisa | Sister | *Bauer* action Paragraph 36 |
| 7 | Lewis, Arthur | Connecticut | U.S. Citizen | Adam J. Lewis | Son | *York* action[3] Paragraph 7 |
| 8 | Lewis, Caroline | Connecticut | U.S. Citizen | Adam J. Lewis | Daughter | *York* action Paragraph 7 |
| 9 | Lewis, Geraldine | Connecticut | U.S. Citizen | Adam J. Lewis | Mother | *York* action Paragraph 7 |
| 10 | Lewis, Patricia D. | Connecticut | U.S. Citizen | Adam J. Lewis | Wife | *York* action Paragraph 7 |
| 11 | Lewis, Reilly | Connecticut | U.S. Citizen | Adam J. Lewis | Daughter | *York* action Paragraph 7 |
| 12 | Lewis, Sophia | Connecticut | U.S. Citizen | Adam J. Lewis | Daughter | *York* action Paragraph 7 |
| 13 | Lutz, Jennifer | North Carolina | U.S. Citizen | Joseph J. Keller | Sister | *Bauer* action Paragraph 36 |
| 14 | MacRae, Ann B. | New York | U.S. Citizen | Catherine F. MacRae | Mother | *Bauer* action Paragraph 31 |
| 15 | MacRae, Ann C. | New York | U.S. Citizen | Catherine F. MacRae | Sister | *Bauer* action Paragraph 31 |
| 16 | MacRae, III, Cameron F. | New York | U.S. Citizen | Catherine F. MacRae | Father | *Bauer* action Paragraph 31 |
| 17 | Magee, Mary Beth | Utah | U.S. Citizen | Thomas M. Brennan | Sister | *Bauer* action Paragraph 45 |
| 18 | Magnuson, Audrey | New Jersey | U.S. Citizen | Ronald E. Magnuson | Wife | *Bauer* action Paragraph 20 |

---

[2] *Bauer, et. al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

[3] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was voluntarily dismissed by the plaintiffs on March 22, 2004, because it was "duplicative" of claims in the *Ashton* action third and fourth complaints, ECF No. 66.

| 19 | Magnuson, Jeffrey | New Jersey | U.S. Citizen | Ronald E. Magnuson | Son | *Bauer* action Paragraph 20 |
| 20 | Magnuson, Knut | Connecticut | U.S. Citizen | Ronald E. Magnuson | Brother | *Bauer* action Paragraph 20 |
| 21 | Magnuson, Sheryl | New Jersey | U.S. Citizen | Ronald E. Magnuson | Daughter | *Bauer* action Paragraph 20 |
| 22 | Maher, Est. of Jeanne | New York | U.S. Citizen | Daniel L. Maher | Mother | *Bauer* action Paragraph 17 |
| 23 | Maher, James | Florida | U.S. Citizen | Daniel L. Maher | Brother | *Bauer* action Paragraph 17 |
| 24 | Maher, Est. of Raymond | Texas | U.S. Citizen | Daniel L. Maher | Brother | *Bauer* action Paragraph 17 |
| 25 | Marasciulo, Maria | New Jersey | U.S. Citizen | Michael Tanner | Sister | *Bauer* action Paragraph 25 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

       TERROR ATTACKS ON
       SEPTEMBER 11, 2001

------------------------------------------------------X

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

       Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

       The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■     *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Brady, Joan | New Jersey | U.S. Citizen | John A. Candela | Sister | *Bauer* action[2] Paragraph 9 |
| 2 | Mee, Est. of Karen A. | New Jersey | U.S. Citizen | John A. Candela | Sister | *Bauer* action Paragraph 9 |
| 3 | Mennona, Heidi | New Jersey | U.S. Citizen | David R. Meyer | Daughter | *Bauer* action Paragraph 15 |
| 4 | Meyer, Charles | New Jersey | U.S. Citizen | David R. Meyer | Brother | *Bauer* action Paragraph 15 |
| 5 | Meyer, Kristine | New Jersey | U.S. Citizen | David R. Meyer | Sister | *Bauer* action Paragraph 15 |
| 6 | Meyer, Margaret | New Jersey | U.S. Citizen | David R. Meyer | Wife | *Bauer* action Paragraph 15 |
| 7 | Meyer-Fuchs, Dawn | New Jersey | U.S. Citizen | David R. Meyer | Daughter | *Bauer* action Paragraph 15 |
| 8 | Montanaro, Est. of Frank | New York | U.S. Citizen | Kristen L. Montanaro | Father | *Bauer* action Paragraph 24 |
| 9 | Montanaro, Jamie | New York | U.S. Citizen | Kristen L. Montanaro | Sister | *Bauer* action Paragraph 24 |
| 10 | Montanaro, Karen | New York | U.S. Citizen | Kristen L. Montanaro | Sister | *Bauer* action Paragraph 24 |
| 11 | Murphy, Beth K. | New York | U.S. Citizen | Kevin Murphy | Wife | *Bauer* action Paragraph 11 |
| 12 | Murphy, Caitlyn B. | New York | U.S. Citizen | Kevin Murphy | Daughter | *Bauer* action Paragraph 11 |
| 13 | Murphy, Connor J. | New York | U.S. Citizen | Kevin Murphy | Son | *Bauer* action Paragraph 11 |
| 14 | Murphy, John F. | Massachusetts | U.S. Citizen | Kevin Murphy | Brother | *Bauer* action Paragraph 11 |
| 15 | Murphy, Michael J. | Ohio | U.S. Citizen | Kevin Murphy | Brother | *Bauer* action Paragraph 11 |
| 16 | Murphy, Jr., Est. of Timothy F. | North Carolina | U.S. Citizen | Kevin Murphy | Father | *Bauer* action Paragraph 11 |
| 17 | Murphy, Timothy P. | New York | U.S. Citizen | Kevin Murphy | Brother | *Bauer* action Paragraph 11 |
| 18 | Nebbia, Jean | Florida | U.S. Citizen | Steven F. Schlag | Sister | *Bauer* action Paragraph 10 |
| 19 | Orsini, Arlene | New Jersey | U.S. Citizen | Ronald Orsini | Wife | *Bauer* action Paragraph 17 |
| 20 | Orsini, Est. of Robert | Nevada | U.S. Citizen | Ronald Orsini | Brother | *Bauer* action Paragraph 17 |

---

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 21 | Pandolfi, Danielle | New Jersey | U.S. Citizen | Ronald Orsini | Daughter | *Bauer* action Paragraph 17 |
|----|-------------------|------------|--------------|---------------|----------|----------------------------|
| 22 | Parris, Aubrey | New York | U.S. Citizen | Colin Bonnett | Father | *Bauer* action Paragraph 6 |
| 23 | Passaretta, Pamela | Wash., D.C. | U.S. Citizen | Adam J. Lewis | Sister | *York* action[3] Paragraph 7 |
| 24 | Penavic, Suzanne J. | New York | U.S. Citizen | Joseph Sisolak | Wife | *Bauer* action Paragraph 54 |
| 25 | Powell, Anna J. | New York | U.S. Citizen | Joseph Sisolak | Mother | *Bauer* action Paragraph 54 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

---

[3] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was voluntarily dismissed by the plaintiffs on March 22, 2004, because it was "duplicative" of claims in the *Ashton* action third and fourth complaints, ECF No. 66.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

              03-MDL-1570 (GBD)(SN)

In Re:

   TERROR ATTACKS ON      **NOTICE OF AMENDMENT**
   SEPTEMBER 11, 2001      **AS TO THE TALIBAN AND**
                 **MUHAMMAD OMAR**

-----------------------------------------------------X

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

   Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1] Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

   The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto. The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■    *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Presto, Jane | New Jersey | U.S. Citizen | Salvatore Zisa | Sister | *Bauer* action[2] Paragraph 12 |
| 2 | Price-Salkever, Jennifer | Massachusetts | U.S. Citizen | Jean H. Peterson | Daughter | *Bauer* action Paragraph 34 |
| 3 | Rachko, Barbara | Virginia | U.S. Citizen | Bryan C. Jack | Wife | *Bauer* action Paragraph 40 |
| 4 | Reller, Teresa | New York | U.S. Citizen | Joseph Sisolak | Sister | *Bauer* action Paragraph 54 |
| 5 | Robb, Ellen | New Jersey | U.S. Citizen | Kristen L. Montanaro | Mother | *Bauer* action Paragraph 24 |
| 6 | Rooney, Brendan | New York | U.S. Citizen | Sean Rooney | Brother | *Bauer* action Paragraph 51 |
| 7 | Rooney, Brian | Texas | U.S. Citizen | Sean Rooney | Brother | *Bauer* action Paragraph 51 |
| 8 | Rooney, Maura | New York | U.S. Citizen | Sean Rooney | Sister | *Bauer* action Paragraph 51 |
| 9 | Rooney, Est. of Rosemary | New York | U.S. Citizen | Sean Rooney | Mother | *Bauer* action Paragraph 51 |
| 10 | Rooney, Sheila | New York | U.S. Citizen | Sean Rooney | Sister | *Bauer* action Paragraph 51 |
| 11 | Ryan, Sally F. | North Carolina | U.S. Citizen | Kevin Murphy | Mother | *Bauer* action Paragraph 11 |
| 12 | Sanders, John | Connecticut | U.S. Citizen | Stacey Sanders | Father | *Bauer* action Paragraph 33 |
| 13 | Sanders, Martha L. | Connecticut | U.S. Citizen | Stacey Sanders | Mother | *Bauer* action Paragraph 33 |
| 14 | Santorelli, Filomena Grace | New Jersey | U.S. Citizen | Vincenzo Gallucci | Sister | *Bauer* action Paragraph 16 |
| 15 | Saslow, June | North Carolina | U.S. Citizen | Joseph J. Keller | Mother | *Bauer* action Paragraph 36 |
| 16 | Scales, Jacqueline | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Daughter | *Bauer* action Paragraph 21 |
| 17 | Schlag, Dakota | Utah | U.S. Citizen | Steven F. Schlag | Son | *Bauer* action Paragraph 10 |
| 18 | Schlag, Est. of Donald | New Jersey | U.S. Citizen | Steven F. Schlag | Father | *Bauer* action Paragraph 10 |
| 19 | Schlag, Garrett M. | Utah | U.S. Citizen | Steven F. Schlag | Son | *Bauer* action Paragraph 10 |

---

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 20 | Schlag, Patricia | New Jersey | U.S. Citizen | Steven F. Schlag | Mother | *Bauer* action Paragraph 10 |
| 21 | Schlag, Sierra | Utah | U.S. Citizen | Steven F. Schlag | Daughter | *Bauer* action Paragraph 10 |
| 22 | Schlag, Tomoko | Utah | U.S. Citizen | Steven F. Schlag | Wife | *Bauer* action Paragraph 10 |
| 23 | Sherwood, Grace P. | Maine | U.S. Citizen | Jean H. Peterson | Daughter | *Bauer* action Paragraph 34 |
| 24 | Sisolak, Est. of Paul | New York | U.S. Citizen | Joseph Sisolak | Father | *Bauer* action Paragraph 54 |
| 25 | Sisolak, Est of Thomas | New York | U.S. Citizen | Joseph Sisolak | Brother | *Bauer* action Paragraph 54 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

      Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

      The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of
amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or
amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

■       *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Smith, Elizabeth | New York | U.S. Citizen | Daniel L. Smith | Daughter | *Ashton* 5th Amended[2] |
| 2 | Smith, Mary | New York | U.S. Citizen | Daniel L. Smith | Wife | *Ashton* 5th Amended |
| 3 | Smith, McCarthy | New York | U.S. Citizen | Daniel L. Smith | Brother | *Ashton* 5th Amended |
| 4 | Smith, Michael | New York | U.S. Citizen | Daniel L. Smith | Son | *Ashton* 5th Amended |
| 5 | Smith, Sean P. | Texas | U.S. Citizen | Daniel L. Smith | Brother | *Ashton* 5th Amended |
| 6 | Speller, Valerie | Connecticut | U.S. Citizen | John A. Candela | Sister | *Bauer* action[3] Paragraph 9 |
| 7 | Spordone, Dayna | New York | U.S. Citizen | Milton Bustillo | Step-Daughter | *Bauer* action Paragraph 29 |
| 8 | Spordone-Bustillo, Laura | New York | U.S. Citizen | Milton Bustillo | Wife | *Bauer* action Paragraph 29 |
| 9 | Stang, Barbara | New Jersey | U.S. Citizen | Ronald E. Orsini | Sister | *Bauer* action Paragraph 17 |
| 10 | Stover, Catherine A. | New Jersey | U.S. Citizen | Jean H. Peterson | Daughter | *Bauer* action Paragraph 34 |
| 11 | Strong, Elsa G. | New York | U.S. Citizen | Linda K. Gronlund | Sister | *Bauer* action Paragraph 38 |
| 12 | Tanner, Giana | New Jersey | U.S. Citizen | Michael Tanner | Daughter | *Bauer* action Paragraph 25 |
| 13 | Tanner, Kenneth C. | Florida | U.S. Citizen | Michael Tanner | Brother | *Bauer* action Paragraph 25 |
| 14 | Tanner, Est. of Mary | New Jersey | U.S. Citizen | Michael Tanner | Mother | *Bauer* action Paragraph 25 |
| 15 | Tanner, Michele | New Jersey | U.S. Citizen | Michael Tanner | Wife | *Bauer* action Paragraph 25 |
| 16 | Tanner-D'Ambrosio, Nicole | New Jersey | U.S. Citizen | Michael Tanner | Sister | *Bauer* action Paragraph 25 |
| 17 | Tanz, Holly A. | New York | U.S. Citizen | Howard Kane | Sister | *Bauer* action Paragraph 53 |

---

[2] Smith Plaintiff was added to *Ashton* Fifth Amended Consolidated Master Complaint filed on 09/02/2004, page 4, ECF No. 447.

[3] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 18 | Tarantino, Jason J. | New Jersey | U.S. Citizen | Kenneth Joseph Tarantino | Son | *York* action[4] Paragraph 6 |
| 19 | Tarantino, Jennifer | New Jersey | U.S. Citizen | Kenneth Joseph Tarantino | Wife | *York* action Paragraph 6 |
| 20 | Tarantino, Kenneth James | New Jersey | U.S. Citizen | Kenneth Joseph Tarantino | Son | *York* action Paragraph 6 |
| 21 | Torres, Lisa | Arizona | U.S. Citizen | Edward Carlino | Daughter | *Bauer* action Paragraph 26 |
| 22 | Vasel, Amy | New Jersey | U.S. Citizen | Scott Vasel | Wife | *Bauer* action Paragraph 14 |
| 23 | Vasel, Est. of Charles | New Jersey | U.S. Citizen | Scott Vasel | Father | *Bauer* action Paragraph 14 |
| 24 | Vasel, Matthew J. | New Jersey | U.S. Citizen | Scott Vasel | Son | *Bauer* action Paragraph 14 |
| 25 | Vasel, Est. of Mynda | New Jersey | U.S. Citizen | Scott Vasel | Mother | *Bauer* action Paragraph 14 |

Dated: April 11, 2022

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

---

[4] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was voluntarily dismissed by the plaintiffs on March 22, 2004, because it was "duplicative" of claims in the *Ashton* action third and fourth complaints, ECF No. 66.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

------------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**NOTICE OF AMENDMENT
AS TO THE TALIBAN AND
MUHAMMAD OMAR**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

      Plaintiffs identified herein file this Notice of Amendment with respect to the underlying

Complaint in the above-referenced matter, in a form similar to notices previously permitted and

approved by this Court in its December 1, 2020 Order Approving Notices to Conform, Short

Form Complaints and Notices of Amendment as to Sudan, ECF No. 6547, and October 28, 2019

Amended Order Approving Notices to Conform, Short Form Complaints and Notices of

Amendment addressing claims against the Kingdom of Saudi Arabia ("KSA") and the Islamic

Republic of Iran ("Iran"), ECF No. 5234.[1]  Upon the filing of this Notice of Amendment, the

underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs")

as plaintiffs raising claims against the Taliban and Muhammad Omar.

      The underlying Complaint is deemed amended to include the factual allegations,

jurisdictional allegations, and jury trial demand of the *Ashton* Plaintiffs First Amended Complaint,

No. 02-6977, ECF No. 2 (hereinafter "*Ashton* First Amended Complaint"), as well as all causes of

action and all subsequent amendments thereto.  The amendment effected through this Notice of

Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

---

[1] The Order of October 28, 2019 (ECF 5234) approving notices to conform, short form complaints and notices of amendment supersedes all previous Orders addressing procedures established by the Court for filing new claims or amending those brought against defendants including the Court's July 10, 2018 Amended Order filed at ECF 4045.

This Notice of Amendment relates solely to the Taliban and Muhammad Omar and does not apply to any other defendant.

Upon filing this Taliban Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with the complaint; and all prior Orders and rulings of the Court in connection with that complaint, including the default judgment entered by this Court on May 12, 2006, ECF 1797, which specifically identifies the Taliban and Muhammad Omar in Exhibit B filed at ECF 1782-5, April 27, 2006.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in the pleadings and orders filed at *Havlish v. Bin Laden*, No. 1:03-CVC-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295, 316; *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)(S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference, the factual allegations, jurisdictional allegations, and jury trial demand in the following complaints:

- *Ashton* First Amended Complaint, No. 02-6977, ECF No. 2.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Vasel, Ryan A. | New Jersey | U.S. Citizen | Scott Vasel | Son | *Bauer* action[2] Paragraph |
| 2 | Vulpone, Heather | New Jersey | U.S. Citizen | David R. Meyer | Daughter | *Bauer* action Paragraph |
| 3 | Wager, Margaret | New Jersey | U.S. Citizen | Scott Johnson | Sister | *Bauer* action Paragraph |
| 4 | Wilson, Melissa | Michigan | U.S. Citizen | Todd M. Beamer | Sister | *Bauer* action Paragraph |
| 5 | Wisniewski, Erica | Florida | U.S. Citizen | Alan L. Wisniewski | Daughter | *Bauer* action Paragraph |
| 6 | Wisniewski, Jessica | New Jersey | U.S. Citizen | Alan L. Wisniewski | Daughter | *Bauer* action Paragraph |
| 7 | Wisniewski, Kathleen | New Jersey | U.S. Citizen | Alan L. Wisniewski | Wife | *Bauer* action Paragraph |
| 8 | Wisniewski, Matthew | New Jersey | U.S. Citizen | Alan L. Wisniewski | Son | *Bauer* action Paragraph |
| 9 | Wisniewski, Est. of Muriel | New Jersey | U.S. Citizen | Alan L. Wisniewski | Mother | *Bauer* action Paragraph |
| 10 | Wyatt, Laura | Connecticut | U.S. Citizen | Stacey Sanders | Sister | *Bauer* action Paragraph |
| 11 | York, Aidan | New Jersey | U.S. Citizen | Kevin P. York | Son | *York* action[3] Paragraph |
| 12 | York, Chiemi | New Jersey | U.S. Citizen | Kevin P. York | Wife | *York* action Paragraph |
| 13 | York, Connor | New Jersey | U.S. Citizen | Kevin P. York | Son | *York* action Paragraph |
| 14 | York, John | Florida | U.S. Citizen | Kevin P. York | Father | *York* action Paragraph |
| 15 | York, Timothy | Arizona | U.S. Citizen | Kevin P. York | Brother | *York* action Paragraph |
| 16 | Zisa, Anthony | New York | U.S. Citizen | Salvatore Zisa | Brother | *Bauer* action Paragraph |
| 17 | Zisa, Christina | New York | U.S. Citizen | Salvatore Zisa | Daughter | *Bauer* action Paragraph |
| 18 | Zisa, Est. of Joseph | New Jersey | U.S. Citizen | Salvatore Zisa | Father | *Bauer* action Paragraph |
| 19 | Zisa, Joseph | New York | U.S. Citizen | Salvatore Zisa | Son | *Bauer* action Paragraph |

[2] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

[3] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was voluntarily dismissed by the plaintiffs on March 22, 2004, because it was "duplicative" of claims in the *Ashton* action third and fourth complaints, ECF No. 66.

| 20 | Zisa, Josephine | New Jersey | U.S. Citizen | Salvatore Zisa | Mother | *Bauer* action Paragraph |
| 21 | Zisa, Roseann | New Jersey | U.S. Citizen | Salvatore Zisa | Wife | *Bauer* action Paragraph |

Dated: April 11, 20221

                                               Respectfully submitted,

                                               BAUMEISTER & SAMUELS, P.C.

                                               /s/ Dorothea M. Capone
                                               COUNSEL FOR PLAINTIFFS
                                               140 Broadway, 46th Floor
                                               New York, NY 10005
                                               Phone: (212) 363-1200
                                               Email: tcapone@baumeisterlaw.com