| # | 9/11 DECEDENT'S NAME (LAST Name, FIRST Name) | PLAINTIFF'S NAME | NAME AS IT APPEARED IN PRIOR SOLATIUM AWARD | MDL ECF NO. OF PRIOR SOLATIUM AWARD | EXPLANATION |
|---|---|---|---|---|---|
| 1 | Bauer, II, W. David, | Heidi Bauer-Pollard | Heidi Pollard | 3387 | Married name only used in original order.[1] |
| 2 | Beamer, Todd | Andrew T. Beamer | Name redacted | 3341 | Plaintiff was a minor at the time the original order was entered. |
| 3 | Beamer, Todd | Morgan K. Beamer | Name redacted | 3341 | Plaintiff was a minor at the time the original order was entered. |
| 4 | Beamer, Todd | Margaret Beamer | Peggy Beamer | 3341 | Nickname used in original order.[1] |
| 5 | Beamer, Todd | Melissa Wilson | Melissa Beamer | 3341 | Maiden name used in original order.[1] |
| 6 | Beamer, Todd | Michele Beamer-Sorensen | Michelle Beamer | 3341 | Maiden name used and typo in first name in original order.[1] |
| 7 | Beatini, Paul F. | Est. Michael C. Beatini | Michael Beatini | 3387 | Middle initial missing in original order.[1] |
| 8 | Beatini, Paul F. | Est. Michael L. Beatini | Michael Beatini | 3387 | Middle initial missing in original order.[1] |
| 9 | Bonnett, Colin | Cathyann Bonnett | Cathy Ann Bonnett | 3387 | Name incorrectly stated in original order.[1] |
| 10 | Bowden, Jr., Thomas H. | Alyson V. Bowden Hart | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 11 | Bowden, Jr., Thomas H. | Sara J. Bowden Hart | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 12 | Bowman, Jr., Shawn E. | Jack Bowman Henry | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 13 | Bowman, Jr., Shawn E. | Liam Bowman Henry | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 14 | Bowman, Jr., Shawn E. | Jennifer J. Henry | Jennifer Bowman Henry | 3387 | Both married names used in original order.[1] |
| 15 | Bowman, Jr., Shawn E. | Shawn E. Bowman, Sr. | Shawn Bowman | 3387 | Initial and suffix missing in original order.[1] |
| 16 | Brennan, Sr., Thomas M. | Thomas M. Brennan, Jr. | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 17 | Brennan, Sr., Thomas M. | Catherine A. Brennan | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 18 | Brennan, Sr., Thomas M. | John V. Brennan | John Brennan | 3387 | Middle initial missing in original order.[1] |
| 19 | Brennan, Sr., Thomas M. | John O. Brennan | John Brennan | 3387 | Middle initial missing in original order.[1] |
| 20 | Bustillo, Milton | Bustillo, Alessandra | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 21 | Candela, John (Anthony) | John Arthur Candela | John Candela, Jr. | 3387 | Name misstated in original order.[1] |
| 22 | Carlino, Edward | Lisa Torres | Lisa Lopez | 3387 | Plaintiff remarried.[1] |
| 23 | Cunningham, Michael J. | William M. Cunningham | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 24 | Cunningham, Michael J. | Bernadette T. Hayes | Bernadette Cunningham | 3387 | Maiden name used in original order.[1] |
| 25 | D'Ambrosi, Jr., Jack L. | Est. of Jack L. D'Ambrosi, Sr. | Jack D'Ambrosi | 3387 | Missing middle initial and notation that this was an estate claim in original order.[1] |
| 26 | D'Ambrosi, Jr., Jack L. | Jacqueline D. Scales | Jacqueling D'Ambrosi | 3387 | Plaintiff is now married. |
| 27 | Danahy, Patrick | Alison M. Danahy | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 28 | Danahy, Patrick | Kathleen T. Danahy | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 29 | Danahy, Patrick | Grace A. Danahy | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 30 | Danahy, Patrick | Mary Danahy | Mary Danahy Sammel | 3387 | Plaintiff does not use Sammel.[1] |
| 31 | Felt, Edward P. | Lawrence Felt | Larry Felt | 3341 | Nickname used in original order. |
| 32 | Gallucci, Vincenzo | Joseph D. Gallucci | Joseph Gallucci | 3387 | Middle initial missing in original order.[1] |
| 33 | Gallucci, Vincenzo | Filomena Grace Santorelli | Grace Santorelli | 3387 | Middle name used in original order.[1] |
| 34 | Glick, Jeremy | Emerson Glick | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 35 | Glick, Jeremy | Joanna Glick-Danino | Joanna Glick | 3387 | Plainitff is now married. |

[1]Plaintiff's name was subsequently corrected via motion. *See* ECF 5922.

**Names Changes/Corrections**

| | | | | | |
|---|---|---|---|---|---|
| 36 | Goldstein, Steven | Harris Goldstein | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 37 | Gronlund, Linda | Est. of Arthur G. Gronlund | Gunnar Gronlund | 3387 | Middle name used in original order.[1] |
| 38 | Hannaford, Sr., Kevin J. | Kevin J. Hannaford, Jr. | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 39 | Hannaford, Sr., Kevin J. | Jason J. Hannaford | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 40 | Johnson, Scott | Margaret A. Johnson | Ann Johnson | 3387 | Middle name used in original order.[1] |
| 41 | Johnson, Scott | Margaret Wager | Margaret Johnson | 3387 | Maiden name used in original order. |
| 42 | Jones, II, Donald T. | Donald T. Jones, III | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 43 | Kane, Howard | Holly A. Tanz | Holly Ann Kane | 3387 | Maiden name used in original order.[1] |
| 44 | Keller, Joseph J. | Joseph D. Keller | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 45 | Keller, Joseph J. | Sydnie R. Keller | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 46 | Lewis, Adam | Reilly R. Lewis | Reilly Lewis | 3387 | Middle initial missing in original order.[1] |
| 47 | Lewis, Adam | Arthur S. Lewis | Arthur Lewis | 3387 | Middle initial missing in original order.[1] |
| 48 | Lewis, Adam | Caroline P. Lewis | Caroline Lewis | 3387 | Middle initial missing in original order.1 |
| 49 | Lewis, Adam | Sophia R. Lewis | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 50 | Meyer, David | Heidi Mennona | Heidi Meyer | 3387 | Maiden name used in original order.[1] |
| 51 | Meyer, David | Heather Vulpone | Heather Meyer | 3387 | Maiden name used in original order.[1] |
| 52 | Meyer, David | Dawn Meyer-Fuchs | Dawn Meyer | 3387 | Maiden name used in original order.[1] |
| 53 | Meyer, David | Kristine Meyer | Kristen Riordan | 3387 | Married name used in original order.1 |
| 54 | Murphy, Kevin | Sally F. Ryan | Sally Heyser | 3387 | Past married named used in original order.[1] |
| 55 | Murphy, Kevin | Connor J. Murphy | Connor K. Murphy | 3387 | Wrong middle initial used in original order.[1] |
| 56 | Murphy, Kevin | Timothy F. Murphy, Jr. | Timothy Murphy | 3387 | Middle initial and suffix missing in original order.[1] |
| 57 | Murphy, Kevin | Mary Elizabeth Dougherty | Mary Beth Dougherty | 3387 | Wrong middle name used in original order.[1] |
| 58 | Murphy, Kevin | Timothy P. Murphy | Timothy Murphy, Jr. | 3387 | Middle initial missing and incorrect suffix used in original order.[1] |
| 59 | Murphy, Kevin | John F. Murphy | Jack Murphy | 3387 | Nickname used in original order.[1] |
| 60 | Orsini, Ronald | Barbara Stang | Barbara Orsini | 3387 | Maiden name unsed in original order. |
| 61 | Peterson, Jean H. | Catherine A. Stover | Catherine Price | 3387 | Maiden name used in original order.[1] |
| 62 | Peterson, Jean H. | Grace P. Sherwood | Grace Sherwood | 3387 | Middle initial missing in original order.[1] |
| 63 | Sanders, Stacey L. | Laura Wyatt | Laura Sanders | 3408 | Maiden name used in original order. |
| 64 | Schlag, Steven | Jean Nebbia | Jean Schlag | 3387 | Maiden name used in original order.[1] |
| 65 | Schlag, Steven | Ellen Hughes | Ellen Schlag | 3387 | Maiden name used in original order.[1] |
| 66 | Sisolak, Joseph | Suzanne J. Penavic | Suzanne Sisolak Penavic | 3387 | Wrong middle name used in original order.[1] |
| 67 | Sisolak, Joseph | Teresa Reller | Theresa Reller | 3387 | First name misspelled in original order.[1] |
| 68 | Tanner, Michael | Sasha Butler | Sasha Tanner | 3387 | Plaintiff is now married. |
| 69 | Tanner, Michael | Kenneth C. Tanner | Kenneth Tanner Jr. | 3387 | Missing middle initial and wrong suffix used in original order.[1] |
| 70 | Tanner, Michael | Nicole Tanner-D'Ambrosio | Nicole Tanner | 3387 | Married name missing in original order.[1] |
| 71 | Tarantino, Kenneth | Jason J. Tarantino | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 72 | Tanner, Michael | Maria Marasciulo | Maria Marascuilo | 3387 | Last name misspelled.[1] |
| 73 | Vasel, Scott | Janyne Vasel Dembicki | Janyne Dembicki | 3387 | Middle name missing in original order.[1] |
| 74 | Vasel, Scott | Matthew J. Vasel | Named redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 75 | Wisniewski, Alan | Kathleen Wisniewski | Kathy Wisniewski | 3387 | Nickname used in original order.[2] |

[1] Plaintiff's name was subsequently corrected via motion. *See* ECF 5922.
[2] Plaintiff's name was subsequently corrected via motion. *See* ECF 6177.

**Names Changes/Corrections**

| | | | | | |
|---|---|---|---|---|---|
| 76 | Wisniewski, Alan | Matthew P. Wisniewski | Matthew Wisniewski | 3387 | Middle initial missing in original order.[1] |
| 77 | York, Kevin | Aidan York | Name redacted | 3387 | Plaintiff was a minor at the time the original order was entered. |
| 78 | Zisa, Salvatore | Phyllis A. Kelly | Phyllis Zisa Kelly | 3387 | Maiden name instead of middle initial used in original order.[1] |

[1] Plaintiff's name was subsequently corrected via motion. *See* ECF 5922.