# Fay Law Group, P.A.

6205 Executive Boulevard
Rockville, MD 20852
Telephone: 202-589-1300
Facsimile: 202-216-0298

July 30, 2022

The Honorable George B. Daniels
U.S. District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    Report & Recommendation in *Hamilton, et al., v. Islamic Republic of Iran*, No. 20-CV-10366 (GBD)(SN) (member case of *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN))

Dear Judge Daniels and Magistrate Judge Netburn:

   I write today on behalf of Plaintiff Raynard Hamilton in response to the Court's July 29, 2022 Report & Recommendation in *Hamilton, et al., v. Islamic Republic of Iran*, No. 20-CV-10366 (GBD)(SN). *See* ECF No. 60. In the Report & Recommendation, the Court stated:

> in light of the August 1, 2022 deadline to file with the United
> States Victims of State Sponsored Terrorism Fund, Mr.
> Hamilton is encouraged to notify the Court as soon as possible
> if any objections will be filed.

*See* ECF No. 60, p. 4.

   Plaintiff Raynard Hamilton writes to inform the Court that he will not object to the Report & Recommendation and respectfully requests that the Court enter final judgment in his favor.

I thank the Court for its attention to this matter.

Sincerely,

*Amanda Fox Perry*
Amanda Fox Perry
Fay Law Group, PA

*Attorney for the Plaintiff*

---

The Court has received the this letter, which was filed only on the docket for Hamilton. The Court informed counsel for the Hamilton Plaintiffs less than a week ago that filings in this multidistrict litigation must be filed on the main MDL docket, 03-MD-1570, as well as in the member case. ECF No. 8260. In an MDL with hundreds of member cases, this requirement is essential to helping the Court review and process motions efficiently. Accordingly, the Court will not accept further filings from the Hamilton Plaintiffs that are not filed on both the main MDL docket as well as the docket for Hamilton.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 1, 2022
New York, New York