UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Rodriquez, et al., v. Islamic Republic of Iran.</u>, 18-cv-12347

    Plaintiffs in <u>Rodriquez, et al., v. Islamic Republic of Iran.</u>, 18-cv-12347, move for a default judgment. <u>Rodriquez</u>, 18-cv-12347, ECF No. 41. Motions for default judgment must comply with both this District's general requirements for obtaining default judgments and specific requirements associated with this multidistrict litigation. The general requirements for filing a motion for default judgment are provided in Section 16 of this District's Electronic Case Filing Rules and Instructions.[1] Additionally, there are several additional requirements for seeking a default judgment in this case set out in the Court's orders at ECF Nos. 3435, 3362, and 7870.

    The <u>Rodriquez</u> Plaintiffs' motion does not comply with these requirements. It is therefore denied without prejudice. Counsel for the <u>Rodriguez</u> Plaintiffs is directed to review both this District's requirements for requesting a default judgment and the specific requirements for requesting a default judgment against a sovereign defendant in this multidistrict litigation.

---

[1] A copy is available at
https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%20050222%20FINAL.pdf.

The Clerk of the Court is respectfully directed to terminate the motion at <u>Rodriquez</u>, 18-cv-12347, ECF No. 41.

**SO ORDERED.**

Dated: August 1, 2022
      New York, New York

_____
SARAH NETBURN
United States Magistrate Judge