UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                )    No. 03 MDL 1570 (GBD/SN)

In re Terrorist Attacks on September 11, 2001 )    ECF Case

------------------------------------------------------- x

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

## DECLARATION OF STEVEN T. COTTREAU, ESQ.

I, Steven T. Cottreau, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to these facts, all of which are true and accurate to the best of my knowledge and belief:

I am an attorney admitted in the above-captioned matter, and a partner in the law firm Jones Day, counsel to defendant Dubai Islamic Bank ("DIB"). I submit this declaration to transmit to the Court the following documents submitted in support of DIB's Motion to Exclude the "Supplementary Expert Report" of Jonathan Winer, to be filed in the above-captioned matter pending this Court's permission.

1.	Exhibit A is a true and accurate copy of the "Supplementary Expert Report of Jonathan Winer," served by Plaintiffs' counsel on counsel for DIB on June 17, 2022.

2.	Exhibit B is a true and accurate copy of a cover letter from Plaintiffs sent to me with the "Supplementary Expert Report of Jonathan Winer" on June 17, 2022.

3.	Exhibit C is a true and accurate copy of Plaintiffs' Executive Committees' Expert Disclosure dated January 17, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2022.

*/s/ Steven T. Cottreau*
Steven T. Cottreau, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: scottreau@jonesday.com