# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Tammy Cauley Rivers was duly sworn and admitted as an attorney in this state on November 7, 2016 and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY *Brenda J. Shealy*

CHIEF DEPUTY CLERK

Columbia, South Carolina

July 15, 2022