UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD) (SN) |

**This filing relates to:**

*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al., 04-cv-01922 (GBD) (SN)*
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al., 04-cv-01923 (GBD) (SN)*
*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al., 04-cv-1076 (GBD) (SN)*
*C. I. O'Neill et al. v. Republic of the Sudan, et al., 18-cv-12114 (GBD) (SN)*
*Aamoth, et al. v. Islamic Republic of Iran, 18-cv-12276 (GBD) (SN)*
*Aamoth, et al. v. Kingdom of Saudi Arabia, 18-cv-12270 (GBD) (SN)*
*Abel, et al. v. Islamic Republic of Iran, 18-cv-11837 (GBD) (SN)*
*Abel, et al. v. Kingdom of Saudi Arabia, 18-cv-11880 (GBD) (SN)*
*Ades, et al. v. Islamic Republic of Iran, 18-cv-07306 (GBD) (SN)*
*Agyeman, et al. v. Islamic Republic of Iran, 18-cv-05320 (GBD) (SN)*
*Bonomo, et al. v. Kingdom of Saudi Arabia, 18-cv-11885 (GBD) (SN)*
*Bush, et al. v. Kingdom of Saudi Arabia, 18-cv-11964 (GBD) (SN)*
*Cintron-Lugos, et al. v. Kingdom of Saudi Arabia, 18-cv-11888 (GBD) (SN)*
*DeConto, et al. v. Kingdom of Saudi Arabia, 18-cv-11904 (GBD) (SN)*
*DeRubbio, et al. v. Islamic Republic of Iran, 18-cv-05306 (GBD) (SN)*
*Deuel, et al. v. Kingdom of Saudi Arabia, 18-cv-12272 (GBD) (SN)*
*Garger, et al. v. Kingdom of Saudi Arabia, 18-cv-11950 (GBD) (SN)*
*Gordenstein, et al. v. Kingdom of Saudi Arabia, 18-cv-11941 (GBD) (SN)*
*Harris, et al. v. Kingdom of Saudi Arabia, 18-cv-11946 (GBD) (SN)*
*Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD) (SN)*
*Jimenez, et al. v. Islamic Republic of Iran, 18-cv-11875 (GBD) (SN)*
*Kamardinova, et al. v. Islamic Republic of Iran, 18-cv-05339 (GBD) (SN)*
*Kim, et al. v. Islamic Republic of Iran, 18-cv-11870 (GBD) (SN)*
*Kincaid, et al. v. Kingdom of Saudi Arabia, 18-cv-12273 (GBD) (SN)*
*Lang, et al. v. Kingdom of Saudi Arabia, 18-cv-11926 (GBD) (SN)*
*Mercer, et al. v. Kingdom of Saudi Arabia, 18-cv-11965 (GBD) (SN)*
*Moody-Theinert, et al. v. Islamic Republic of Iran, 18-cv-11876 (GBD) (SN)*
*Morris, et al. v. Islamic Republic of Iran, 18-cv-05321 (GBD) (SN)*
*Murray, et al. v. Kingdom of Saudi Arabia, 18-cv-11966 (GBD) (SN)*
*Ortiz, et al. v. Kingdom of Saudi Arabia, 18-cv-12274 (GBD) (SN)*
*Perez, et al. v. Kingdom of Saudi Arabia, 18-cv-11967 (GBD) (SN)*

*Richards, et al. v. Kingdom of Saudi Arabia, 18-cv-11969 (GBD) (SN)*
*Rivelli, et al. v. Islamic Republic of Iran, 18-cv-11878 (GBD) (SN)*
*Rooney, et al. v. Kingdom of Saudi Arabia, 18-cv-11970 (GBD) (SN)*
*Rowenhorst, et al. v. Islamic Republic of Iran, 18-cv-12387 (GBD) (SN)*
*Schlissel, et al. v. Islamic Republic of Iran, 18-cv-05331 (GBD) (SN)*
*Spence, et al. v. Kingdom of Saudi Arabia, 18-cv-11971 (GBD) (SN)*
*Stackpole, et al. v. Kingdom of Saudi Arabia, 18-cv-12275 (GBD) (SN)*
*Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 18-cv-12381 (GBD) (SN)*
*BNY Mellon, et al v. Islamic Republic of Iran, 19-cv-11767 (GBD) (SN)*
*Bodner, et al v. Islamic Republic of Iran, 19-cv-11776 (GBD) (SN)*
*Bernaerts, et al v. Islamic Republic of Iran, 19-cv-11865 (GBD) (SN)*
*Aron, et al v. Islamic Republic of Iran, 20-cv-09376 (GBD) (SN)*
*Hargrave, et al. v. Islamic Republic of Iran, 20-cv-09387 (GBD) (SN)*
*Asaro, et al. v. Islamic Republic of Iran, 20-cv-10460 (GBD) (SN)*
*Bianco, et al. v. Islamic Republic of Iran, 20-cv-10902 (GBD) (SN)*
*Amato, et al. v. Islamic Republic of Iran, 21-cv-10239 (GBD) (SN)*
*King, et al. v. Islamic Republic of Iran, 22-cv-05193 (GBD) (SN)*

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

      Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

August 3, 2022

By:  */s/ Regan E. Samson*
Regan E. Samson, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone: 212-278-1000
Email: rsamson@andersonkill.com

*Attorney for Plaintiffs*