# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

VIA CM/ECF                                              August 3, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States
Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re:   *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (S.D.N.Y) (GBD) (SN)

Dear Judge Netburn:

      Defendant Dubai Islamic Bank ("DIB") respectfully directs the Court's attention to the attached, corrected copy of ECF 8307-2, one of the attachments to the letter-motion DIB filed on August 2, 2022. The attached, corrected copy rectifies an enumeration error on page 2 and a citation error in footnote 10 of ECF 8307-2.

      Please accept my sincerest apologies for the error.

                                          Sincerely yours,
                                          */s/ Steven T. Cottreau*

                                          Steven T. Cottreau
                                          *Counsel for Defendant Dubai Islamic Bank*

cc: All counsel by ECF

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON