Query    Reports    Utilities    Help    Log Out

APPEAL,CLOSED,JURY,STAYED,TYPE-E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:01-cv-02516-RWR

DOE v. BIN-LADEN et al  
Assigned to: Judge Richard W. Roberts  
Demand: $30,000,000  
Case in other court: 08-07117  
Cause: 28:1330 Breach of Contract

Date Filed: 12/04/2001  
Date Terminated: 09/11/2009  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**JOHN DOE CORPORATION**  
*in his capacity as the executor of the Estate of JANE DOE, in his personal capacity, and as the personal representative of JANE DOE,*

represented by **Larry E. Klayman**  
KLAYMAN LAW GROUP, P.A.  
2020 Pennsylvania Avenue, NW  
Suite 800  
Washington, DC 20006  
(310) 595-0800  
Fax: (202) 379-9289  
Email: leklayman@gmail.com  
*TERMINATED: 09/12/2007*  
*LEAD ATTORNEY*

**Paul J. Orfanedes**  
JUDICIAL WATCH, INC.  
425 Third Street, SW  
Suite 800  
Washington, DC 20024  
(202) 437-5626  
Fax: (202) 646-5199  
Email: porfanedes@judicialwatch.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James F. Peterson**  
JUDICIAL WATCH, INC.  
425 Third Street, SW  
Suite 800  
Washington, DC 20024  
(202) 646-5172  
Fax: (202) 646-5199  
Email: jpeterson@judicialwatch.org  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SHEIKH USAMA BIN-MUHAMMAD**

BIN-LADEN
*also known as*
OSAMA BIN LADEN

**Defendant**

AL QAEDA
*also known as*
ISLAMIC ARMY

**Defendant**

TALIBAN

**Defendant**

| | | |
|---|---|---|
| ISLAMIC EMIRATE OF AFGHANISTAN<br>*also known as*<br>ISLAMIC STATE OF AFGHANISTAN | represented by | R. Michael Smith<br>GORDON FEINBLATT ROTHMAN HOFFBERGER & HOLLANDER LLC<br>233 East Redwood Street<br>Baltimore, MD 21202<br>(410) 576-4174<br>Fax: (410) 576-4292<br>Email: msmith@gfrlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

REPUBLIC OF IRAQ

**Movant**

| | | |
|---|---|---|
| TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN | represented by | R. Michael Smith<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2001 | 3 | MOTION for Leave to File *Action Under Pseudonym* by JOHN DOE. (nmr, ) (Entered: 01/14/2002) |
| 12/04/2001 | 4 | ORDER granting Motion for Leave to File 3 action under pseudonym; directing that the affidavit in support of the motion be filed under seal. (jeb, ) (Entered: 01/18/2002) |
| 01/04/2002 | 1 | NOTICE *of Suit* by JOHN DOE (Orfanedes, Paul) (Entered: 01/04/2002) |
| 01/04/2002 | 2 | COMPLAINT against SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN, AL QAEDA, THE ISLAMIC EMIRATE OF AFGHANISTAN, THE REPUBLIC OF IRAQ, THE TALIBAN ( Filing fee $150 ). Filed by JOHN DOE. (aet, ) (Entered: 01/12/2002) |
| 06/11/2002 | 5 | ORDER for plaintiff to file written status report by 6/25/2002. If plaintiff does not have proof of proper service on defendants by that date, the case will be stayed and administratively closed pending service. Signed by Judge Richard W. Roberts on 6/11/02. (TDR) (Entered: 06/11/2002) |
| 06/25/2002 | 6 | STATUS REPORT by JOHN DOE. (Orfanedes, Paul) (Entered: 06/25/2002) |
| 07/03/2002 | 7 | ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE pending service. |

| | | |
|---|---|---|
| | | Signed by Judge Richard W. Roberts on 7/2/02. (TDR) (Entered: 07/03/2002) |
| 08/20/2002 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. THE ISLAMIC EMIRATE OF AFGHANISTAN served on 7/31/2002, answer due 8/20/2002 (nmr, ) (Entered: 08/29/2002) |
| 08/22/2002 | 8 | ENTERED IN ERROR.....First MOTION for Default Judgment as to *Defendant the Republic of Iraq* by JOHN DOE. (Attachments: # 1 Exhibit 1)(Orfanedes, Paul) Modified on 8/23/2002 (nmr, ). (Entered: 08/22/2002) |
| 08/22/2002 | 9 | ENTERED IN ERROR.....MOTION to Reopen Case *Reinstate case on the Court's active docket* by JOHN DOE. (Attachments: # 1 Exhibit 1)(Orfanedes, Paul) Modified on 8/23/2002 (nmr, ). (Entered: 08/22/2002) |
| 08/23/2002 | 10 | MOTION to Reopen Case by JOHN DOE. (Attachments: # 1 Exhibit)(Orfanedes, Paul) (Entered: 08/23/2002) |
| 09/04/2002 | 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. REPUBLIC OF IRAQ served on 8/1/2002 , answer due 8/21/2002 (nmr, ) Modified on 1/29/2003 (mpt, )(6/17/02). (Entered: 09/05/2002) |
| 10/11/2002 | | Minute Entry: Motion to Reinstate 10 granted and terminated. Case reopened. (TDR) (Entered: 10/11/2002) |
| 01/24/2003 | 13 | AFFIDAVIT IN SUPPORT OF DEFAULT *FOR DEFENDANT REPUBLIC OF IRAQ* by JOHN DOE. (Orfanedes, Paul) Modified on 1/28/2003 (mpt, ). (Entered: 01/24/2003) |
| 01/24/2003 | 14 | AFFIDAVIT IN SUPPORT OF DEFAULT *FOR DEFENDANT AFGHANISTAN* by JOHN DOE. (Orfanedes, Paul) Modified on 1/28/2003 (mpt, ). (Entered: 01/24/2003) |
| 01/29/2003 | 15 | Clerk's ENTRY OF DEFAULT as to REPUBLIC OF IRAG (mpt, ) Modified on 1/29/2003 (mpt, ). (Entered: 01/29/2003) |
| 01/29/2003 | 16 | Clerk's ENTRY OF DEFAULT as to THE ISLAMIC EMIRATE OF AFGHANISTAN (mpt, ) (Entered: 01/29/2003) |
| 05/08/2003 | 17 | MOTION for Service by Publication on certain defendants by JOHN DOE. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(nmw, ) (Entered: 05/09/2003) |
| 05/28/2003 | 18 | ENTERED IN ERROR.....First MOTION for Service by Publication *(Amended Order and Notice Only)* by JOHN DOE. (Orfanedes, Paul) Modified on 5/29/2003 (nmw, ). (Entered: 05/28/2003) |
| 05/29/2003 | | NOTICE OF CORRECTED DOCKET ENTRY. Document No. 18 was entered in error and counsel was instructed to refile said pleading. (nmw, ) (Entered: 05/29/2003) |
| 05/30/2003 | 19 | ORDER granting 17 Motion for Service by Publication . Signed by Judge Richard W. Roberts on 5/27/03. (lin, ) (Entered: 05/30/2003) |
| 07/16/2003 | 20 | NOTICE of Appearance by James F. Peterson on behalf of JOHN DOE (Peterson, James) (Entered: 07/16/2003) |
| 07/16/2003 | 21 | SERVICE by Publication filed by JOHN DOE. Last publication date June 24, 2003. (Attachments: # 1 Exhibit Newspapers with Legal Notice# 2 Exhibit Website with Legal Notice)(Peterson, James) (Entered: 07/16/2003) |
| 09/03/2003 | 22 | AFFIDAVIT FOR DEFAULT *AGAINST CERTAIN DEFENDANTS (with draft 55a form)* by JOHN DOE. (Peterson, James) (Entered: 09/03/2003) |
| 11/25/2003 | 23 | NOTICE of Appearance by James F. Peterson on behalf of JOHN DOE (Peterson, James) (Entered: 11/25/2003) |

| | | |
|---|---|---|
| 11/25/2003 | 24 | NOTICE of Appearance by Paul J. Orfanedes on behalf of JOHN DOE (Orfanedes, Paul) (Entered: 11/25/2003) |
| 02/23/2004 | 25 | MOTION for Discovery */PLAINTIFF'S MOTION FOR LEAVE TO ISSUE DOCUMENT SUBPOENA* by JOHN DOE. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Orfanedes, Paul) (Entered: 02/23/2004) |
| 02/27/2004 | 26 | MOTION to Vacate default judgment and dismiss claims against Afghanistan by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN. (Attachments: # 1 Text of Proposed Order)(Burgess, Joe) (Entered: 02/27/2004) |
| 03/05/2004 | 27 | MOTION for Extension of Time to *File Opposition to Defendant Afghanistan's Motion to Vacate Default and Dismiss Claims Against Afghanistan* by JOHN DOE. (Attachments: # 1 Text of Proposed Order)(Orfanedes, Paul) (Entered: 03/05/2004) |
| 03/08/2004 | | MINUTE ENTRY ORDER granting 27 Plaintiff's Unopposed Motion for Extension of Time to 3/30/04 to file opposition to defendant's Motion to Vacate Default and Dismiss Claims against Afghanistan. Issued by Judge Richard W. Roberts on 3/8/04. (AKG) (Entered: 03/08/2004) |
| 03/30/2004 | 28 | Memorandum in opposition to motion re 26 *to vacate and dismiss claims* filed by JOHN DOE. (Orfanedes, Paul) (Entered: 03/30/2004) |
| 04/08/2004 | 29 | REPLY to opposition to motion re 26 filed by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN. (Smith, R.) (Entered: 04/08/2004) |
| 04/08/2004 | | MINUTE ENTRY ORDER denying as unnecessary plaintiff?s motion for leave to issue a document subpoena 25 under Federal Rule of Civil Procedure 45 to a non-party since Rule 45 does not require such a motion. Issued by Judge Richard W. Roberts on 4/8/04. (AKG) (Entered: 04/08/2004) |
| 04/29/2004 | 30 | MOTION for Leave to File *A Surreply to Defendant Afghanistan's Reply* by JOHN DOE. (Attachments: # 1 Text of Proposed Order)(Orfanedes, Paul) (Entered: 04/29/2004) |
| 04/29/2004 | 31 | ENTERED IN ERROR.....RESPONSE to */Surreply in Support of Opposition to Defendant Afghanistan's Motion to Vacate and Dismiss* filed by JOHN DOE. (Attachments: # 1 Exhibit A)(Orfanedes, Paul) Modified on 4/29/2004 (jf, ). (Entered: 04/29/2004) |
| 04/29/2004 | | NOTICE OF CORRECTED DOCKET ENTRY. Document No. 31 was entered in error as a premature filing and counsel has been instructed not to re-file said pleading until correct has ruled on the motion for leave to file 30 . (jf, ) (Entered: 04/29/2004) |
| 05/26/2004 | | MINUTE ENTRY ORDER granting as unopposed 30 Plaintiff's Motion for Leave to File a surreply. Issued by Judge Richard W. Roberts on 5/26/04. (AKG) (Entered: 05/26/2004) |
| 06/01/2004 | 32 | RESPONSE to */Surreply In Support of Opposition to Defendant Afghanistan's Motion to Vacate and Dismiss* filed by JOHN DOE. (Attachments: # 1 Exhibit A)(Orfanedes, Paul) (Entered: 06/01/2004) |
| 06/24/2004 | 33 | MOTION for Leave to File *to Respond to Plaintiffs' Surreply* by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN. (Smith, R.) (Entered: 06/24/2004) |
| 06/25/2004 | | MINUTE ENTRY ORDER granting 33 Motion for Leave to File response to plaintiff's surreply. Issued by Judge Richard W. Roberts on 6/25/04. (AKG) (Entered: 06/25/2004) |
| 06/30/2004 | 34 | Unopposed MOTION for Leave to File *a Reply to Defendant Afghanistan's Response* by JOHN DOE. (Attachments: # 1 Text of Proposed Order Proposed Order)(Orfanedes, Paul) (Entered: 06/30/2004) |
| 06/30/2004 | 35 | RESPONSE to *Defendant Afghanistan's Response* filed by JOHN DOE. (Orfanedes, Paul |

| | | |
|---|---|---|
| | | (Entered: 06/30/2004) |
| 07/06/2004 | | MINUTE ENTRY ORDER granting 34 plaintiff's unopposed Motion for Leave to File a reply to defendant's 6/24/04 response. Issued by Judge Richard W. Roberts on 7/6/04. (AKG) (Entered: 07/06/2004) |
| 08/03/2004 | 36 | NOTICE by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN re 26 MOTION to Dismiss MOTION to Vacate *of Filing* (Attachments: # 1 Declaration of Enayat Qasimi) (Smith, R.) (Entered: 08/03/2004) |
| 09/28/2005 | 37 | AFFIDAVIT FOR DEFAULT by JOHN DOE. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Peterson, James) (Entered: 09/28/2005) |
| 09/29/2005 | 38 | Clerk's ENTRY OF DEFAULT as to SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN, AL QAEDA, THE TALIBAN (jf, ) (Entered: 09/29/2005) |
| 09/29/2005 | 39 | MEMORANDUM re 37 Affidavit for Default filed by JOHN DOE, by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN. (Smith, R.) (Entered: 09/29/2005) |
| 09/11/2007 | 40 | MOTION for Default Judgment as to *Defendants Afghanistan, The Taliban, Al Qaeda, Bin Laden* by JOHN DOE (Attachments: # 1 Declaration Lynn Faulkner# 2 # 3 # 4 # 5 # 6 Exhibit 7# 7 Notice of Bulky Exhibit# 8 Text of Proposed Order)(Peterson, James) (Entered: 09/11/2007) |
| 09/12/2007 | 41 | NOTICE OF WITHDRAWAL OF APPEARANCE as to JOHN DOE. Attorney Larry Klayman terminated. (Peterson, James) (Entered: 09/12/2007) |
| 10/02/2007 | 42 | Memorandum in opposition to re 40 MOTION for Default Judgment as to *Defendants Afghanistan, The Taliban, Al Qaeda, Bin Laden Reply of the Islamic Republic of Afghanistan to Plaintiff's Motion for Final Default Judgment* filed by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN, ISLAMIC EMIRATE OF AFGHANISTAN. (Smith, R.) (Entered: 10/02/2007) |
| 10/02/2007 | 43 | REPLY to opposition to motion re 40 MOTION for Default Judgment as to *Defendants Afghanistan, The Taliban, Al Qaeda, Bin Laden* filed by JOHN DOE. (Peterson, James) (Entered: 10/02/2007) |
| 10/03/2007 | 44 | SUPPLEMENTAL MEMORANDUM to re 40 MOTION for Default Judgment as to *Defendants Afghanistan, The Taliban, Al Qaeda, Bin Laden Supplemental Reply to Plaintiff's Motion for Final Default Judgment* filed by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN, ISLAMIC EMIRATE OF AFGHANISTAN. (Smith, R.) (Entered: 10/03/2007) |
| 10/03/2007 | 45 | MOTION to Strike *Islamic Republic of Afghanistan's* 44 *Supplemental Reply* by JOHN DOE (Attachments: # 1)(Peterson, James) . (Entered: 10/03/2007) |
| 10/09/2007 | 46 | Memorandum in opposition to re 45 MOTION to Strike *Islamic Republic of Afghanistan's Supplemental Reply Islamic Republic of Afghanistan's Opposition to Plaintiff's Motion to Strike Supplemental Reply* filed by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN, ISLAMIC EMIRATE OF AFGHANISTAN. (Smith, R.) (Entered: 10/09/2007) |
| 10/16/2007 | 47 | REPLY to opposition to motion re 45 MOTION to Strike *Islamic Republic of Afghanistan's Supplemental Reply* filed by JOHN DOE. (Peterson, James) (Entered: 10/16/2007) |
| 04/11/2008 | | MINUTE ORDER: It is hereby ORDERED that the plaintiff's motion 45 to strike the supplemental filing by defendant Islamic Republic of Afghanistan be, and hereby is, DENIED. The defendant is admonished, however, that it will be expected to adhere to all |

| | | |
|---|---|---|
| | | applicable rules governing litigation in this Court. Signed by Judge Richard W. Roberts on 4/10/08. (lcrwr1) (Entered: 04/11/2008) |
| 09/30/2008 | 48 | MEMORANDUM OPINION AND ORDER denying the motion to vacate entry of default and dismiss the complaint 26 without prejudice. Signed by Judge Richard W. Roberts on 9/30/08. (lcrwr1) (Entered: 09/30/2008) |
| 10/23/2008 | 49 | NOTICE OF APPEAL as to 48 Order on Motion to Dismiss by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN. Filing fee $ 455, receipt number 00900000000001652424. Fee Status: Fee Paid. Parties have been notified. (Smith, R.) (Entered: 10/23/2008) |
| 10/24/2008 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 49 Notice of Appeal (jf, ) (Entered: 10/24/2008) |
| 10/28/2008 | 50 | MOTION for Certification for interlocatory appeal by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN (Attachments: # 1 Memorandum in Support)(Smith, R.) (Entered: 10/28/2008) |
| 10/29/2008 | | USCA Case Number 08-7117 for 49 Notice of Appeal filed by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN. (jf, ) (Entered: 10/30/2008) |
| 11/12/2008 | 51 | Memorandum in opposition to re 50 MOTION for Certification for interlocatory appeal filed by JOHN DOE. (Peterson, James) (Entered: 11/12/2008) |
| 11/24/2008 | 52 | REPLY to opposition to motion re 50 MOTION for Certification for interlocatory appeal *Reply of Defendant to Plaintiff's Opposition to Motion* filed by ISLAMIC EMIRATE OF AFGHANISTAN. (Attachments: # 1 Exhibit 1)(Smith, R.) (Entered: 11/24/2008) |
| 03/23/2009 | | MINUTE ORDER: In light of Beecham v. Socialist People's Libyan Arab Jamahiriya, 424 F.3d 1109 (D.C. Cir. 2005) and Malewicz v. City of Amsterdam, No. 05-5145, 2006 U.S. App. LEXIS 615, at *4 (D.C. Cir. Jan. 10, 2006), it is hereby ORDERED that Islamic Republic of Afghanistan's motion 50 to certify an interlocutory appeal of the September 30, 2008 order and to stay discovery be, and hereby is, DENIED. Signed by Judge Richard W. Roberts on 3/23/09. (lcrwr1) (Entered: 03/23/2009) |
| 06/04/2009 | 53 | ORDER of USCA as to 49 Notice of Appeal filed by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN; For consideration of the motion to dismiss be deferred pending future order of the court. The appeal be held in abeyance pending the MDL Panel decision regarding transfer of No. 01-cv-2516 to the District Court for the Southern District of New York. USCA Case Number 08-7117. (hsj, ) (Entered: 06/29/2009) |
| 07/08/2009 | 54 | NOTICE of Change of Address by Paul J. Orfanedes (Orfanedes, Paul) (Entered: 07/08/2009) |
| 07/08/2009 | 55 | NOTICE of Change of Address by James F. Peterson (Peterson, James) (Entered: 07/08/2009) |
| 08/10/2009 | 56 | TRANSFER ORDER dated 8/10/09 from the Judicial Panel on Multidistrict Litigation directing the transfer to the Southern District of New York, and with the consent of that court, assigned to the Honorable George B. Daniels for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. (IN RE: Terrorist Attacks on 9/11/01 - MDL 1570) (ks) (jf, ). (Entered: 08/23/2009) |
| 08/20/2009 | 57 | Letter dated 08/10/09 from the U.S. District Court for the Southern District of New York requesting the transfer of the original file and certified copy of the docket sheet via pacer system. (jf, ) (Entered: 08/25/2009) |
| 08/25/2009 | | Case transferred out to the USDC for the SDNY, pursuant to Court Order entered |

| | | |
|---|---|---|
| | | 08/10/09. Certified Docket Sheet sent to Court by regular mail. (jf, ) (Entered: 08/25/2009) |
| 11/24/2009 | 58 | ORDER of USCA as to 49 Notice of Appeal filed by TRANSITIONAL ISLAMIC STATE OF AFGHANISTAN ; USCA Case Number 08-7117. It is ORDERED that the appeal and pending motions be transferred to the United States Court of Appeals for the Second Circuit. (kb) (Entered: 11/24/2009) |

### PACER Service Center
#### Transaction Receipt
08/05/2022 10:37:39

| PACER Login: | jw0223 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:01-cv-02516-RWR |
| Billable Pages: | 6 | Cost: | 0.60 |