IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE, in his capacity )
as the executor of the Estate of )
JANE DOE, in his personal capacity, )
and as the personal representative of )
JANE DOE )
)
Plaintiffs, )
)
v. ) Case No. 01-2516 (RWR)
)
OSAMA BIN LADEN, et al., )
)
Defendant. )
)

### RULE 55(a) DEFAULT OF DEFENDANT
### THE ISLAMIC EMIRATE OF AFGHANISTAN

It appearing that Defendant The Islamic Emirate of Afghanistan, a/k/a The Islamic State of Afghanistan, has failed to plead or otherwise defend this action though duly served with Notice of Suit, Summons, and a copy of the Complaint pursuant to 28 U.S.C. § 1608(a)(4) on July 31, 2002, and an affidavit on behalf of Plaintiff having been filed (Docket Document No. 11), it is this 29 day of January, 2003, declared that Defendant The Islamic Emirate of Afghanistan is in default.

Nancy M. Mayer-Whittington, Clerk

By: _Mattie Powell-Taylor_
Deputy Clerk