# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Hamilton, et al., v. Islamic Republic of Iran, et al., 20-cv-10366 (GDB)(SN)*

## CERTIFICATE OF SERVICE OF JUDGMENT

AMANDA FOX PERRY, Esquire, hereby states under penalty of perjury that:

I certify that I caused a judgment to be served on the Islamic Republic of Iran on August 5, 2022, by delivery to the Clerk of the U.S. District Court for the Southern District of New York, pursuant to the Foreign Sovereign Immunities Act, of such judgments, clerk's judgments, notices of judgments, and other documents set forth in the transmittal letters, copies of which are annexed hereto, for submission to the U.S. Department of State, along with the requisite service fees, for delivery to the Islamic Republic of Iran via diplomatic means.

Dated: August 5, 2022          Respectfully submitted,

/s/ Amanda Fox Perry_____
Amanda Fox Perry (*pro hac vice*)
Fay Law Group, P.A.
6205 Executive Blvd.
Rockville, MD 20852
Phone: 202-589-1300
Fax: 202-216-0298
Amanda.Perry@faylawgroup.com

*Attorney for Plaintiffs*