UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks of September 11, 2001 | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 03 MDL 1570 (GBD)(SN) |

In regard to *Ashton v. Al Qaeda, et al*; 02 CV 6977 (GBD)(SN)
*Burlingame v. Bin Laden, et al*; 02 CV 7230 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 8th day of August, 2022, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

By dispatching via Federal Express, Tracking No. 7775-0659-6333, to the Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter-Agency Liaison (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1) Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R 93.2 ("Notice");
2) A True and certified copy of the August 31, 2015 default judgment on liability and the certified Farsi translation thereof. See *Attachment A* to the Notice;
3) A True and certified copy of the July 19, 2022 Partial Final Order of Judgment and the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' motion papers. See *Attachment B to the Notice;*
4) Copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See *Attachment C to the Notice*

Dated: New York, New York
August 8, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/Elaine Nguyen
Deputy Clerk