UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Partial Final Judgments, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Partial Final Judgments, and the Declaration of Jerry S. Goldman, Esq., attorney for the *Aron*, *Asaro*, *Bernaerts*, *Bodner*, and *Hargrave* Plaintiffs in the above-captioned actions, it is hereby;

ORDERED that the middle name of the 9/11 victim in line 69 of Exhibit A-2 and line 21 of Exhibit A-3 to ECF No. 7522, and line 3 of Exhibit B-3 to ECF No. 7527 be changed from "S." to "J."

ORDERED that the first name of the plaintiff in line 30 of Exhibit A-4 to ECF No. 7522 be changed from "Rley" to "Riley."

ORDERED that the last name of the plaintiffs in lines 41-43 of Exhibit A-5 to ECF No. 7522 be changed from "Narvas" to "Navas."

ORDERED that the last name of the plaintiff in line 68 of Exhibit A-5 to ECF No. 7522 be changed from "Robertson-Jurcziak" to "Robertson-Jurczak."

ORDERED that the first name of the plaintiff in line 52 of Exhibit A-6 to ECF No. 7522 be changed from "Christine" to "Christina."

docs-100509801.1

ORDERED that the Court's January 4, 2022 Partial Final Judgments (ECF Nos. 7522 and 7527) remain in force and that all other final judgments awarded to the *Aron*, *Asaro*, *Bernaerts*, *Bodner*, and *Hargrave* Plaintiffs identified in the January 4, 2022 Partial Final Judgments (ECF Nos. 7522 and 7527) remain in effect.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 8324.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
            _____ \_\_, 202\_\_

docs-100509801.1