UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

In regard to *Marinella Hemenway, et al. v. Islamic Republic of Iran;* 18 CV 12277 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran;* 19 CV 11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran;* 19 CV 11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran;* 19 CV 11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran;* 20 CV 09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran;* 20 CV 09387 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran;* 20 CV 10902 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 10th day of August, 2022, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran
ATTN: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161-1184-4734, to the Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter-Agency Liaison (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1) Notice of Judgment prepared in accordance with 22 CFR § 93.2;
2) Orders of Judgment for Liability, dated September 3, 2019 and January 4, 2022;
3) Order of Partial Final Judgment for Damages, dated July 28, 2022;
4) Instructions for Appealing Judgment;
5) A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28 U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.), in English and Farsi;
6) Affidavit of Translator[2]

Dated: New York, New York
August 10, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/Elaine Nguyen
Deputy Clerk