## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*O'Neill, et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative of a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *BNY Mellon* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *BNY Mellon* case.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100418618.1

**EXHIBIT A to *Mellon* Motion to Substitute Parties**

|    | **Previous Personal Representative:** | **Case Number:** | **Substitute Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **9/11 Decedent's Name:** |
|----|---|---|---|---|---|
| 1. | John Doe 83, being intended to designate the Personal Representative of the Estate of Timothy Haviland, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland | No. 1:19-cv-11767 (GBD)(SN) | Barbara Keane, as Personal Representative of the Estate of Timothy Haviland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland | PA | Timothy Haviland |

docs-100418618.1