UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

In regard to *Ashton et al. v. al Qaeda, et al. v.* 02 CV 6977 (GBD)(SN)
*Betru, et al. v. Islamic Republic of Iran* 18 CV 11767 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 12th day of August, 2022, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

By dispatching via Federal Express, Tracking No. 7775-6272-9445, to the Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter-Agency Liaison (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1) A true and certified copy Notice of Default Judgment and its certified Farsi Translation, which conforms to the requirements of 22 C.F.R § 93.2 ("Notice");
2) A true and certified copy of the August 31, 2015 Default Judgment on Liability and its certified Farsi translation. *See Attachment A to the Notice;*
3) A true and certified copy of the July 19, 2022 Order for Default Judgment on Liability on behalf of Betru Plaintiffs, including the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' motion papers. *See Attachment B to the Notice;*
4) A true and certified copy of the July 21, 2022 Order on Partial Final Judgment on behalf of Betru Wrongful Death Plaintiffs, including the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' motion papers. *See Attachment C to the Notice;*
5) A true and certified copy of the July 28, 2022 Memorandum Decision and Order of the Ashton 24 Wrongful Death Plaintiffs' Motion for Final Judgments, including the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Report and Recommendation and Plaintiffs' motion papers. *See Attachment D to the Notice;*
6) A true and certified copy of the July 28, 2022 Memorandum Decision and Order of the Ashton/Personal Injury 2 Plaintiffs' Motion for Final Judgments, including the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Report and Recommendation and Plaintiffs' motion papers. *See Attachment E to the Notice;*
7) A copy of the Foreign Sovereign Immunities and the certified Farsi translation. *See Attachment F to the Notice.*

Dated:  New York, New York
August 12, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/Elaine Nguyen
Deputy Clerk