```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-------------------------------------------------------------X

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Two transcripts in this case, located at ECF Nos. 7713 and 7996, are currently sealed, though the dates for their release have passed. If any party has objections to the Court unsealing these transcripts, they should file a letter with the Court explaining the grounds for those objections by August 17, 2022. Those letters may be sealed pursuant to this order. Absent valid objection, the Court will unseal the transcripts.

**SO ORDERED.**

Dated: August 12, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge