| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | MDL ECF - Plaintiff's Claim Against Taliban | MDL ECF - Plaintiff's Liability Judgment Against Taliban | MDL ECF - Prior Damage Awards | Prior Pain and Suffering Award Amount | Prior Economic Loss Award | Total Compensatory Damages | Treble Damages Sought Here under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rudy | | Abad | Maria | Rose | Abad | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 2 | Debra | | Lavender | Michael | | Bocchino | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,104,931.00 | $ 8,104,931.00 | $ 24,314,793.00 |
| 3 | Irene | | Boehm | Bruce | | Boehm | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 5,396,052.00 | $ 7,396,052.00 | $ 22,188,156.00 |
| 4 | Nancy | | Kimbell | Mary | Jane | Booth | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 440,374.00 | $ 2,440,374.00 | $ 7,321,122.00 |
| 5 | Erma | | Bourdier | Francisco | | Bourdier | | 02-cv-7230 | 1463; 8254 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 6 | Erica | | Brennan | Peter | | Brennan | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,156,343.00 | $ 8,156,343.00 | $ 24,469,029.00 |
| 7 | Kathleen | | Brunton | Vincent | | Brunton | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 5,081,702.00 | $ 7,081,702.00 | $ 21,245,106.00 |
| 8 | Sheri | | Burlingame | Charles | | Burlingame | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,813,981.00 | $ 8,813,981.00 | $ 26,441,943.00 |
| 9 | Elaine | | Chevalier | Swede | | Chevalier | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 15,309,878.00 | $ 17,309,878.00 | $ 51,929,634.00 |
| 10 | Steven | | Chu | Pamela | | Chu | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 10,057,292.00 | $ 12,057,292.00 | $ 36,171,876.00 |
| 11 | Deborah | | Razzano | Anthony | | Coladonato | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,962,368.00 | $ 8,962,368.00 | $ 26,887,104.00 |
| 12 | Kathy | A. | Cordero | N/A | | N/A | | 02-cv-7230 | 1463 | 1797 | 5954; 5971 | $ 10,000,000.00 | N/A | $ 10,000,000.00 | $ 30,000,000.00 |
| 13 | Theresa | | Cove | James | E. | Cove | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,767,767.00 | $ 6,767,767.00 | $ 20,303,301.00 |
| 14 | Amy | Marie | Waters-Davidson | Scott | | Davidson | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 7,883,927.00 | $ 9,883,927.00 | $ 29,651,781.00 |
| 15 | Lorraine | | Delapenha aka "Delapenha Fichera" | Donald | | Delapenha | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 16 | Kathryn | | Dennis | Thomas | | Dennis | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,242,888.00 | $ 8,242,888.00 | $ 24,728,664.00 |
| 17 | Virigina | | DiChiara | N/A | | N/A | | 02-cv-7230 | 1463 | 1797 | 5954; 5971 | $ 12,000,000.00 | N/A | $ 12,000,000.00 | $ 36,000,000.00 |
| 18 | Rosemary | | Dillard | Eddie | | Dillard | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 1,511,098.00 | $ 3,511,098.00 | $ 10,533,294.00 |
| 19 | Leslie | | Dimmling | William | | Dimmling | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 9,597,527.00 | $ 11,597,527.00 | $ 34,792,581.00 |
| 20 | Marguerita | | Domanico | James | | Domanico | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 1,655,064.00 | $ 3,655,064.00 | $ 10,965,192.00 |
| 21 | Maureen | | Dominguez | Carlos | | Dominguez | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 22 | Rosaleen | | Shea | Mary | Yolanda | Dowling | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,140,926.00 | $ 4,140,926.00 | $ 12,422,778.00 |
| 23 | Cynthia | | Droz | Charles | | Droz | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,711,795.00 | $ 6,711,795.00 | $ 20,135,385.00 |
| 24 | Catherine | Anne | Faughnan | Christopher | | Faughnan | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 25 | Frank | | Fetchet | Bradley | | Fetchet | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 11,847,690.00 | $ 13,847,690.00 | $ 41,543,070.00 |
| 26 | Erin | | Finnegan | Michael | | Finnegan | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 27 | Patricia | | Fitzsimons | Richard | | Fitzsimons | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 962,670.00 | $ 2,962,670.00 | $ 8,888,010.00 |
| 28 | Cathy | | Geyer | James | | Geyer | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 29 | Phyllis & Joseph | | Gilly | Laura | | Gilly | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,653,217.00 | $ 4,653,217.00 | $ 13,959,651.00 |
| 30 | Gerald | | Golkin | Andrew | | Golkin | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 21,499,779.00 | $ 23,499,779.00 | $ 70,499,337.00 |
| 31 | Teresa | | Gomez | Enrique | | Gomez | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 32 | Sandra | | Munro | Elvira | | Granitto | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,538,026.00 | $ 4,538,026.00 | $ 13,614,078.00 |
| 33 | Raymond | | Habib | Barbara | | Habib | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,227,257.00 | $ 6,227,257.00 | $ 18,681,771.00 |
| 34 | Mary | Jean | Heller | H. Joseph | | Heller | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 35 | Sheri | Ann | Iskenderian | Aram | | Iskenderian | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 8,436,129.00 | $ 10,436,129.00 | $ 31,308,387.00 |
| 36 | Jennifer | | Jardim | Mark | | Jardim | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 12,815,956.00 | $ 14,815,956.00 | $ 44,447,868.00 |
| 37 | Christine | | Jean-Pierre | Francois | | Jean-Pierre | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 559,485.00 | $ 2,559,485.00 | $ 7,678,455.00 |
| 38 | Elizabeth | Russell | Jordan | Robert | | Jordan | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 30,616,985.00 | $ 32,616,985.00 | $ 97,850,955.00 |
| 39 | Geoffrey | James | Judge | Ann | | Judge | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,353,703.00 | $ 4,353,703.00 | $ 13,061,109.00 |
| 40 | Dohee | | Kang | Joon | Koo | Kang | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 41 | Frederick | | Kelley | Janet | | Kelley | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 42 | Paul | | Kolpak | Vanessa | | Kolpak | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 7,402,325.00 | $ 9,402,325.00 | $ 28,206,975.00 |
| 43 | Elizabeth | | Kovalcin | David | | Kovalcin | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,436,600.00 | $ 5,436,600.00 | $ 16,309,800.00 |
| 44 | Anna | | Kren | John | | Kren | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,538,709.00 | $ 5,538,709.00 | $ 16,616,127.00 |
| 45 | Stephen | | Massell | Rosanne* aka "Roseann" | | Lang | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 70,993,695.00 | $ 72,993,695.00 | $ 218,981,085.00 |
| 46 | Carolann | | Larsen | Scott | | Larsen | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |
| 47 | Joseph | | Reitano | Vincent | | Litto | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | | $ 2,000,000.00 | $ 6,000,000.00 |

| # | First | Mid | Last | First2 | Mid2 | Last2 | Suf | Case | Col1 | Col2 | Col3 | Amt1 | Amt2 | Amt3 | Amt4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | Lorraine | | Lynch | Sean | | Lynch | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 49 | Christina | | Lynch aka "Lynch-Burgdorf" | Richard | | Lynch | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 15,680,422.00 | $ 17,680,422.00 | $ 53,041,266.00 |
| 50 | Valerie | | Magee | Brian | | Magee | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,224,580.00 | $ 6,224,580.00 | $ 18,673,740.00 |
| 51 | Brinley | | Maloney | Edward | | Maloney | III | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 9,310,925.00 | $ 11,310,925.00 | $ 33,932,775.00 |
| 52 | Megan | | Manning | Terence | John | Manning | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 18,309,952.00 | $ 20,309,952.00 | $ 60,929,856.00 |
| 53 | Mary Jane | | Maounis | James | | Maounis | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,006,409.00 | $ 5,006,409.00 | $ 15,019,227.00 |
| 54 | Sheila | | Martello | James | | Martello | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 152,298,496.00 | $ 154,298,496.00 | $ 462,895,488.00 |
| 55 | Taryn | | McHale | Thomas | | McHale | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 12,478,974.00 | $ 14,478,974.00 | $ 43,436,922.00 |
| 56 | Elizabeth | | McLaughlin aka "McLaughlin O'Brien" | Robert | | McLaughlin | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 26,463,046.00 | $ 28,463,046.00 | $ 85,389,138.00 |
| 57 | Elizabeth | | McNally | Edmund | | McNally | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 58 | Joseph | Richard | Mickley | Patricia | | Mickley | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,206,596.00 | $ 6,206,596.00 | $ 18,619,788.00 |
| 59 | Arjan | | Mirpuri | Rajesh | | Mirpuri | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 22,294,852.00 | $ 24,294,852.00 | $ 72,884,556.00 |
| 60 | Mark | | Morabito | Laura | Lee | Morabito | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,869,712.00 | $ 6,869,712.00 | $ 20,609,136.00 |
| 61 | Agnes | | Moran | Kathleen | | Moran | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,164,964.00 | $ 8,164,964.00 | $ 24,494,892.00 |
| 62 | Kimberly | Ann | Martone | Christopher | | Morrison | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 13,296,182.00 | $ 15,296,182.00 | $ 45,888,546.00 |
| 63 | Madeline | | Moy | Teddington | H. | Moy | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 64 | Patrick | | Mullan | Michael | | Mullan | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 7,544,828.00 | $ 9,544,828.00 | $ 28,634,484.00 |
| 65 | Heidi/Haidje[16] | | Naples | Frank | | Naples | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 5,792,950.00 | $ 7,792,950.00 | $ 23,378,850.00 |
| 66 | Amy | | Newton | Christopher | | Newton | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 19,247,810.00 | $ 21,247,810.00 | $ 63,743,430.00 |
| 67 | Edward | | Nicholls | N/A | | N/A | | 02-cv+ | 1463 | 1797 | 5954; 5971 | $ 10,000,000.00 | N/A | $ 10,000,000.00 | $ 30,000,000.00 |
| 68 | Mary | | Duff-Ortale aka "Duff" | Peter | | Ortale | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 54,282,160.00 | $ 56,282,160.00 | $ 168,846,480.00 |
| 69 | Michelle | | Orth Ankenman | Jane | Marie | Orth | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 1,769,761.00 | $ 3,769,761.00 | $ 11,309,283.00 |
| 70 | Alexandra | | Ortiz aka "Ortiz Reszka" | Sonia | | Ortiz | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 935,795.00 | $ 2,935,795.00 | $ 8,807,385.00 |
| 71 | Joseph | | Palombo | Frank | | Palombo | | 02-cv-7230 | 1463; 8254 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 72 | Carolyn | | Panatier | Christopher | | Panatier | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 8,992,815.00 | $ 10,992,815.00 | $ 32,978,445.00 |
| 73 | Valecia aka "Valencia" | L. | Parker | N/A | | N/A | | 02-cv-7230 | 1463 | 1797 | 5954; 5971 | $ 7,000,000.00 | N/A | $ 7,000,000.00 | $ 21,000,000.00 |
| 74 | Navila | | Patterson | Bernard | | Patterson | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 75 | Megan | | Pelino | Todd | Douglas | Pelino | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,785,207.00 | $ 8,785,207.00 | $ 26,355,621.00 |
| 76 | Vicki | | Tureski | Steven aka "Steve" | | Pollicino | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 11,249,169.00 | $ 13,249,169.00 | $ 39,747,507.00 |
| 77 | Elaine & Corrine aka "Corinne" | | Miller/Krachtus | Daphne | | Pouletsos | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,156,974.00 | $ 5,156,974.00 | $ 15,470,922.00 |
| 78 | Janice | | Punches | Jack | | Punches | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,031,580.00 | $ 6,031,580.00 | $ 18,094,740.00 |
| 79 | Michael | | Quinn | James | | Quinn | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,009,609.00 | $ 5,009,609.00 | $ 15,028,827.00 |
| 80 | Nancy | | Holzhauer | Gerard | | Rauzi | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,335,847.00 | $ 4,335,847.00 | $ 13,007,541.00 |
| 81 | Sharon | | Reich | Howard | | Reich | | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 775,061.00 | $ 2,775,061.00 | $ 8,325,183.00 |
| 82 | James | | Riches | James | | Riches | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 6,764,076.00 | $ 8,764,076.00 | $ 26,292,228.00 |
| 83 | Barbara | | Ropiteau-Galloway | Eric | Thomas | Ropiteau | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,842,245.00 | $ 4,842,245.00 | $ 14,526,735.00 |
| 84 | Brendan | Joseph | Ryan | Kristin | Irvine | Ryan | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 7,118,683.00 | $ 9,118,683.00 | $ 27,356,049.00 |
| 85 | Bernard | | Salamone | Marjorie | | Salamone | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,315,369.00 | $ 4,315,369.00 | $ 12,946,107.00 |
| 86 | Danielle | | Salerno | John | | Salerno | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 13,810,885.00 | $ 15,810,885.00 | $ 47,432,655.00 |
| 87 | Sally | | Calvin | Frank | | Salvaterra | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 88 | Lynne | | San Phillip | Michael | | San Phillip | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,250,271.00 | $ 5,250,271.00 | $ 15,750,813.00 |
| 89 | Maria | | Silverstein aka "Silverstein-Verhoog" | Craig | | Silverstein | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 90 | Laurie | | Simowitz | Barry | | Simowitz | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 544,602.00 | $ 2,544,602.00 | $ 7,633,806.00 |
| 91 | James | P. | Slattery | Christopher | Paul | Slattery | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 30,393,551.00 | $ 32,393,551.00 | $ 97,180,653.00 |
| 92 | Michael | | Jammen | Heather | | Smith | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 5,305,170.00 | $ 7,305,170.00 | $ 21,915,510.00 |
| 93 | Yongjin & Hyungshin | | Song | Won-Hyeong/Daniel | | Song | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 21,858,091.00 | $ 23,858,091.00 | $ 71,574,273.00 |
| 94 | Christine | | Spencer | Robert | | Spencer | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | ■ | $ 2,000,000.00 | $ 6,000,000.00 |
| 95 | Lorraine | | Szocik aka "Szocik Milazzo" | Kevin | | Szocik | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 29,758,307.00 | $ 31,758,307.00 | $ 95,274,921.00 |
| 96 | Marc | | Taddonio | Michael | | Taddonio | | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 9,574,166.00 | $ 11,574,166.00 | $ 34,722,498.00 |

| # | First | Middle | Last | First2 | Middle2 | Last2 | Case | Col1 | Col2 | Col3 | Amt1 | Amt2 | Amt3 | Amt4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | Jane | | Terrenzi aka "Terrenzi-Spring" | Brian | | Terrenzi | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 7,176,032.00 | $ 9,176,032.00 | $ 27,528,096.00 |
| 98 | Basil & Valda | | Thorpe & Binns | Nichola | Angela | Thorpe | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,960,718.00 | $ 5,960,718.00 | $ 17,882,154.00 |
| 99 | Anne | | Todisco | Richard | | Todisco | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,064,549.00 | $ 6,064,549.00 | $ 18,193,647.00 |
| 100 | Dorry aka "Dorothy" | | Groh-Tompsett | Stephen | | Tompsett | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 84,461,599.00 | $ 86,461,599.00 | $ 259,384,797.00 |
| 101 | Mary | Elizabeth | Tucker aka "Tucker Wadbrook" | Michael | | Tucker | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | [redacted] | $ 2,000,000.00 | $ 6,000,000.00 |
| 102 | Jennifer | | Vauk | Ronald | | Vauk | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,846,789.00 | $ 6,846,789.00 | $ 20,540,367.00 |
| 103 | Dennis & Marilynda | | Vianna | Matthew | | Vianna aka "Gianna" | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,075,604.00 | $ 6,075,604.00 | $ 18,226,812.00 |
| 104 | Nayda | | Voskerijian | Garo | | Voskerijian | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | [redacted] | $ 2,000,000.00 | $ 6,000,000.00 |
| 105 | Carol | | Waldie | Kenneth | | Waldie | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | [redacted] | $ 2,000,000.00 | $ 6,000,000.00 |
| 106 | Marcia | | Weiss | David | T. | Weiss | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 20,922,829.00 | $ 22,922,829.00 | $ 68,768,487.00 |
| 107 | Patrick | | Welsh | Deborah | Ann | Welsh | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 2,936,350.00 | $ 4,936,350.00 | $ 14,809,050.00 |
| 108 | Benjamin | | Wong | Jennifer | Y. | Wong | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,000,000.00 | [redacted] | $ 2,000,000.00 | $ 6,000,000.00 |
| 109 | Pamela | | Works | John | | Works | 02-cv-7230 | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 42,839,353.00 | $ 44,839,353.00 | $ 134,518,059.00 |
| 110 | William & Christopher | | Wren | William | | Wren | 02-cv-7230 | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 1,711,982.00 | $ 3,711,982.00 | $ 11,135,946.00 |
| 111 | Ling | | Young | N/A | | N/A | 02-cv-7230 | 1463 | 1797 | 5954; 5971 | $ 12,000,000.00 | N/A | $ 12,000,000.00 | $ 36,000,000.00 |