Estate Claimants - Non-U.S. Nationals - Damages Sought Under Torture Victim Protection Act, Foreign Sovereign Immunities Act and state law (see ECF 1463 at pp. 235-242)

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | PLAINTIFF NATIONALITY | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | DECEDENT NATIONALITY AS OF 9/11 | MDL ECF - Plaintiff's Claim Against Taliban | MDL ECF - Plaintiff's Liability Judgment Against Taliban | MDL ECF - Prior Damage Awards | PRIOR PAIN AND SUFFERING AWARD AMOUNT | PRIOR DECEDENT ECONOMIC LOSS AWARD AMOUNT | TOTAL COMPENSATORY DAMAGES SOUGHT HERE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Cynthia | | Barkway | | Canada | David | Michael | Barkway | | Canada | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 29,935,158.00 | $ 31,935,158.00 |
| 2 | James | | Cudmore | | United Kingdom | Neil | | Cudmore | | United Kingdom | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 7,323,794.00 | $ 9,323,794.00 |
| 3 | Blanca | | Gomez | | Dominican Republic | Jose | | Gomez | | Dominican Republic | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | ■ | $ 6,000,000.00 |
| 4 | Susan | | Newton-Carter | | US | Christopher | | Newton-Carter | | United Kingdom | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 4,352,629.00 | $ 6,352,629.00 |
| 6 | Hans | Ulrich | Sutter | | Switzerland | Selina aka "Seline" | | Sutter | | Switzerland | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 530,812.00 | $ 2,530,812.00 |
| 7 | Tanja | | Tomasevic aka "Tomasevic Vulin" | | Canada | Vladimir | | Tomasevic | | Canada | 1463 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 5,923,434.00 | $ 7,923,434.00 |
| 8 | Philip | Nicholas | Webster | | United Kingdom | Dinah | | Webster | | United Kingdom | 1463; 8254 | 1797 | 3226; 5487 | $ 2,000,000.00 | $ 3,391,565.00 | $ 5,391,565.00 |