UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Faulkner v. Bin Laden</u>, No. 09-cv-07055

Plaintiff Lynn Faulkner requests to reopen his motion for a default judgment as to the Islamic Republic of Afghanistan, which was marked as deficient. The Court has reviewed the docket entries associated with this case and confirmed that the motion for default judgment is open and pending adjudication. No further action by the Plaintiff is necessary to facilitate a decision on the motion at this time. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8320 and the related motion at <u>Faulkner v. Bin Laden</u>, No. 09-cv-07055, 237.

**SO ORDERED.**

Dated: August 15, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge