UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- x
                                                   )
                                                   )   No. 03 MDL 1570 (GBD/SN)
                                                   )
In re Terrorist Attacks on September 11, 2001      )   ECF Case
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
-------------------------------------------------- x
```

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

### **DECLARATION OF STEVEN T. COTTREAU, ESQ.**

I, Steven T. Cottreau, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to these facts, all of which are true and accurate to the best of my knowledge and belief:

I am an attorney admitted in the above-captioned matter, and a partner in the law firm Jones Day, counsel to defendant Dubai Islamic Bank ("DIB"). I submit this declaration to transmit to the Court the following documents submitted in support of DIB's Motion to Exclude the "Supplementary Expert Report" of Jonathan Winer, filed in the above-captioned matter on August 15, 2022.

1. Exhibit A is a true and accurate copy of the "Supplementary Expert Report of Jonathan Winer," served by Plaintiffs' counsel on counsel for DIB on June 17, 2022.

2. Exhibit B is a true and accurate copy of a cover letter from Plaintiffs sent to me with the "Supplementary Expert Report of Jonathan Winer" on June 17, 2022.

3. Exhibit C is a true and accurate copy of Plaintiffs' Executive Committees' Expert Disclosure dated January 17, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2022.

*/s/ Steven T. Cottreau*
Steven T. Cottreau, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: scottreau@jonesday.com