**EXHIBIT A**

| | EXHIBIT A | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 1 | Gerard | Anthony | Ahearn | | Gerard | Patrick | Ahearn | | Son | 1 | N/A | $8,500,000 |
| 2 | Gerard | Anthony | Ahearn | | Kristen | Mary | Ahearn | | Daughter | 1 | N/A | $8,500,000 |
| 3 | Gerard | Anthony | Ahearn | | William | Robert | Ahearn | | Son | 1 | N/A | $8,500,000 |
| 4 | Alfred | Joseph | Albrizio | Jr. | Alfred | Joseph | Albrizio | III | Son | 1 | N/A | $8,500,000 |
| 5 | Alfred | Joseph | Albrizio | Jr. | Catherine | | Albrizio | | Wife | 1 | N/A | $12,500,000 |
| 6 | Alfred | Joseph | Albrizio | Jr. | Christian | | Albrizio | | Son | 1 | N/A | $8,500,000 |
| 7 | Alfred | Joseph | Albrizio | Jr. | Alexa | | Burchianti | | Daughter | 1 | N/A | $8,500,000 |
| 8 | Henry | Bruce | Byrd | | Sheila | H. | Criss | | Sister | 11 | N/A | $4,250,000 |
| 9 | Elliot | | Alfaro | | Elliot | S. | Alfaro | Jr. | Son | 11 | N/A | $8,500,000 |
| 10 | Ronald | Thomas | Coyne | | Amanda | | Coyne | | Daughter | 1 | N/A | $8,500,000 |
| 11 | Ronald | Thomas | Coyne | | Judith | | Coyne | | Wife | 1 | N/A | $12,500,000 |
| 12 | Ronald | Thomas | Coyne | | Margaret | | McMahon | | Sister | 1 | N/A | $4,250,000 |
| 13 | Richard | A. | Dellacona | | Joseph | E. | Dellacona | | Son | 11 | N/A | $8,500,000 |
| 14 | Richard | A. | Dellacona | | Richard | A. | Dellacona | Jr. | Son | 11 | N/A | $8,500,000 |
| 15 | Richard | A. | Dellacona | | Fortunate | | Schulz | | Wife | 1 | N/A | $12,500,000 |
| 16 | Charles | | Ferguson | | Mary | Elizabeth | Ferguson | | Wife | 1 | N/A | $12,500,000 |
| 17 | Silvano | | Flegar | | Christopher | | Flegar | | Son | 1 | N/A | $8,500,000 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | EXHIBIT A |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Silvano | | Flegar | | Valerie | | Flegar | | Wife | 1 | N/A | $12,500,000 |
| 19 | Joseph | | Fugel | | Amanda | | Fugel | | Daughter | 1 | N/A | $8,500,000 |
| 20 | Joseph | | Fugel | | Angela | | Fugel | | Wife | 1 | N/A | $12,500,000 |
| 21 | Christine | Noelle | Garipoli | | Paul | B. | Garipoli | | Husband | 1 | N/A | $12,500,000 |
| 22 | Christine | Noelle | Garipoli | | Frank | | Provino | | Father | 1 | N/A | $8,500,000 |
| 23 | Christine | Noelle | Garipoli | | Joanne | | Provino | | Mother | 1 | N/A | $8,500,000 |
| 24 | Fernando | Augusto | Gonzalez | | Birla | Elizabeth | Gonzalez | | Wife | 1 | N/A | $12,500,000 |
| 25 | Fernando | Augusto | Gonzalez | | Fernando | Dar'thanian | Gonzalez | | Son | 1 | N/A | $8,500,000 |
| 26 | Fernando | Augusto | Gonzalez | | Storm | Birla | Gonzalez | | Daughter | 1 | N/A | $8,500,000 |
| 27 | John | James | Halpin | | Caroline | | Halpin | | Daughter | 1 | N/A | $8,500,000 |
| 28 | John | James | Halpin | | James | | Halpin | | Son | 1 | N/A | $8,500,000 |
| 29 | John | James | Halpin | | John | C. | Halpin | | Son | 1 | N/A | $8,500,000 |
| 30 | John | James | Halpin | | Marilyn | | Halpin | | Wife | 1 | N/A | $12,500,000 |
| 31 | John | James | Halpin | | Virginia | | O'Shaughnessy | | Daughter | 1 | N/A | $8,500,000 |
| 32 | Robert | | LaGreca | | Jasmine | | LaGreca | | Wife | 11 | N/A | $12,500,000 |
| 33 | Robert | | LaGreca | | Erica | | Quartararo | | Daughter | 11 | N/A | $8,500,000 |
| 34 | Robert | | LaGreca | | Jennifer | | Quartararo | | Daughter | 11 | N/A | $8,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | Robert | | LaGreca | | Leonard | | Quartararo | | Son | 11 | N/A | $8,500,000 |
| 36 | Robert | | LaGreca | | Vincent | | Quartararo | | Son | 11 | N/A | $8,500,000 |
| 37 | Robert | | LaGreca | | Laura | | Scalercio | | Daughter | 11 | N/A | $8,500,000 |
| 38 | James | J. | Marshall | | Adrienne | | Marshall | | Wife | 1 | N/A | $12,500,000 |
| 39 | James | J. | Marshall | | James[1] | J. | Marshall | Jr. | Son | 1 | N/A | $8,500,000 |
| 40 | James | J. | Marshall | | Thomas | F. | Marshall | | Son | 1 | N/A | $8,500,000 |
| 41 | James | J. | Marshall | | Vincent | P. | Marshall | | Son | 1 | N/A | $8,500,000 |
| 42 | James | Bronson | Munro | | Jennifer | Lynn | Green | | Daughter | 1 | N/A | $8,500,000 |
| 43 | James | Bronson | Munro | | Joan | Elizabeth | Munro | | Wife | 1 | N/A | $12,500,000 |
| 44 | James | Bronson | Munro | | Barbara | | Munro-Garcia | | Daughter | 1 | N/A | $8,500,000 |
| 45 | James | Bronson | Munro | | Christine | | Vetter | | Daughter | 1 | N/A | $8,500,000 |
| 46 | Robert | Daniel | Negri | Jr. | Kathleen | | Negri | | Wife | 1 | N/A | $12,500,000 |
| 47 | Robert | Daniel | Negri | Jr. | Robert | Daniel | Negri | III | Son | 1 | N/A | $8,500,000 |
| 48 | Robert | Daniel | Negri | Jr. | Samantha | Joan | Negri | | Daughter | 1 | N/A | $8,500,000 |
| 49 | Robert | Daniel | Negri | Jr. | Vincent | Patrick | Negri | | Son | 1 | N/A | $8,500,000 |

[1] James J. Marshall, Jr., passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

3

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff 's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | Michael | Peter | Norfort | | Michael | Peter | Norfort | Jr. | Son | 1 | N/A | $8,500,000 |
| 51 | Michael | Peter | Norfort | | Taj | William | White | | Son | 1 | N/A | $8,500,000 |
| 52 | Michael | Peter | Norfort | | Debora | | White Norfort | | Wife | 1 | N/A | $12,500,000 |
| 53 | Dennis | M. | Organ | | John[2] | M. | Organ | | Son | 1 | N/A | $8,500,000 |
| 54 | Stephen | E. | Phillips | | Nicole | S. | Carollo | | Daughter | 1 | N/A | $8,500,000 |
| 55 | Stephen | E. | Phillips | | Craig | S. | Phillips | | Son | 1 | N/A | $8,500,000 |
| 56 | Stephen | E. | Phillips | | Debra | L. | Phillips | | Wife | 1 | N/A | $12,500,000 |
| 57 | Samuel | M. | Picone | | Tracy | | DiMarco | | Daughter | 1 | N/A | $8,500,000 |
| 58 | Samuel | M. | Picone | | Pauline | J. | Picone | | Wife | 1 | N/A | $12,500,000 |
| 59 | Joann | E. | Porfiris | | Alina | | Grajewski | | Sister | 11 | N/A | $4,250,000 |
| 60 | Joann | E. | Porfiris | | Leokadia | | Grajewski | | Mother | 11 | N/A | $8,500,000 |
| 61 | Joann | E. | Porfiris | | Wanda | | Kassimis | | Sister | 11 | N/A | $4,250,000 |
| 62 | Joann | E. | Porfiris | | Adam | Fotios | Porfiris | | Son | 11 | N/A | $8,500,000 |
| 63 | Joann | E. | Porfiris | | Emily | Helen | Porfiris | | Daughter | 11 | N/A | $8,500,000 |
| 64 | Mary | Elizabeth | Reynolds | | Suzanne | Marie | DellaRatta | | Sister | 1 | N/A | $4,250,000 |

---

[2] John M. Organ passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

4

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | Mary | Elizabeth | Reynolds | | Jeanne | | Greisman | | Sister | 1 | N/A | $4,250,000 |
| 66 | Mary | Elizabeth | Reynolds | | Shannon | | Reynolds | | Daughter | 1 | N/A | $8,500,000 |
| 67 | Mary | Elizabeth | Reynolds | | Suzanne | | Reynolds | | Mother | 1 | N/A | $8,500,000 |
| 68 | Liana | | Rivera | | Angel[3] | L. | Rivera | | Father | 11 | N/A | $8,500,000 |
| 69 | Liana | | Rivera | | Melinda | | Rivera | | Sister | 11 | N/A | $4,250,000 |
| 70 | Liana | | Rivera | | Ruth | D. | Rivera | | Mother | 11 | N/A | $8,500,000 |
| 71 | Liana | | Rivera | | Luis | E. | Torres | | Son | 11 | N/A | $8,500,000 |
| 72 | Robert | Carlo | Rossi | | Robin | | Rossi | | Son | 1 | N/A | $8,500,000 |
| 73 | John | | Schmittau | | Denise | | Schmittau | | Wife | 11 | N/A | $12,500,000 |
| 74 | John | | Schmittau | | Kayla | | Schmittau | | Daughter | 11 | N/A | $8,500,000 |
| 75 | John | | Schmittau | | Lauren | | Schmittau | | Daughter | 11 | N/A | $8,500,000 |
| 76 | John | | Schmittau | | Victoria | | Schmittau | | Daughter | 11 | N/A | $8,500,000 |
| 77 | Joseph | M. | Scoblic | | Barbara | | Scoblic | | Wife | 1 | N/A | $12,500,000 |
| 78 | Joseph | M. | Scoblic | | Stephen | William | Scoblic | | Son | 1 | N/A | $8,500,000 |
| 79 | William | | Sheldon | | Gebraela | | Sheldon | | Wife | 1 | N/A | $12,500,000 |

---

[3] Angel L. Rivera passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.