**EXHIBIT B**

**EXHIBIT B**

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Henry | Bruce | Byrd | | Sheila | H. | Criss | | 11 | N/A | $7,000,000 |
| 2 | Ronald | Thomas | Coyne | | Judith | | Coyne | | 1 | N/A | $10,000,000 |
| 3 | Richard | A. | Dellacona | | Fortunate | | Schulz | | 1 | N/A | $7,000,000 |
| 4 | Charles | | Ferguson | | Mary | Elizabeth | Ferguson | | 1 | N/A | $7,000,000 |
| 5 | Christine | Noelle | Garipoli | | Paul | B. | Garipoli | | 1 | N/A | $7,000,000 |
| 6 | Fernando | Augusto | Gonzalez | | Birla | Elizabeth | Gonzalez | | 1 | N/A | $7,000,000 |
| 7 | John | James | Halpin | | John | C. | Halpin | | 1 | N/A | $7,000,000 |
| 8 | James | J. | Marshall | | Adrienne | | Marshall | | 1 | N/A | $7,000,000 |
| 9 | James | Bronson | Munro | | Joan | Elizabeth | Munro | | 1 | N/A | $7,000,000 |
| 10 | Robert | Daniel | Negri | Jr. | Kathleen | | Negri | | 1 | N/A | $7,000,000 |
| 11 | Michael | Peter | Norfort | | Debora | | White Norfort | | 1 | N/A | $7,000,000 |
| 12 | Dennis[1] | M. | Organ | | | | | | 1 | N/A | $7,000,000 |

[1] Dennis M. Organ's former personal representative, John M. Organ, passed away during the pendency of this suit. A new personal representative has not yet been appointed for the estate of Dennis M. Organ.

1

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXHIBIT B** | | | | | | | | | | | |
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 13 | Stephen | E. | Phillips | | Debra | L. | Phillips | | 1 | N/A | $7,000,000 |
| 14 | Mary | Elizabeth | Reynolds | | Shannon | | Reynolds | | 1 | N/A | $7,000,000 |
| 15 | William | | Sheldon | | Gebraela | | Sheldon | | 1 | N/A | $7,000,000 |