**EXHIBIT A**

| | EXHIBIT A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 1 | John | | Armstrong | | Dorothy | L. | Armstrong | | Wife | 12 | N/A | $12,500,000 |
| 2 | John | | Armstrong | | Keith | Lee | Armstrong | | Son | 12 | N/A | $8,500,000 |
| 3 | Charles | Richard | Gunzelman | | Joanne | T. | Alcabes | | Sister | 1 | N/A | $4,250,000 |
| 4 | Keith | Owen | Henry | | Patricia | Mae | Budd-Stewart | | Mother | 1 | N/A | $8,500,000 |
| 5 | Keith | Owen | Henry | | Charlene | Marie | Kyles | | Sister | 1 | N/A | $4,250,000 |
| 6 | Keith | Owen | Henry | | Tara | J. | Thomas | | Sister | 1 | N/A | $4,250,000 |
| 7 | John | J. | Hough | | John | F. | Hough | | Son | 1 | N/A | $8,500,000 |
| 8 | John | J. | Hough | | Alana | M. | Suarez | | Daughter | 1 | N/A | $8,500,000 |
| 9 | Nancy | Alicia | Humphrey | | Thomas | E. | Humphrey | | Husband | 1 | N/A | $12,500,000 |
| 10 | Marion | Claire | Jones | | Shawna | J. | Jones | | Daughter | 1 | N/A | $8,500,000 |
| 11 | Marion | Claire | Jones | | Revell | Joseph | Montgomery | | Son | 1 | N/A | $8,500,000 |
| 12 | John | Frank | Kristoffersen | | Lisa | Ann | Jaworowski | | Sister | 1 | N/A | $4,250,000 |
| 13 | John | Frank | Kristoffersen | | Ann | | Kristoffersen | | Mother | 1 | N/A | $8,500,000 |
| 14 | John | Frank | Kristoffersen | | Bernadette | | Kristoffersen | | Wife | 1 | N/A | $12,500,000 |
| 15 | John | Frank | Kristoffersen | | Jessica | | Kristoffersen | | Daughter | 1 | N/A | $8,500,000 |
| 16 | John | Frank | Kristoffersen | | John | F. | Kristoffersen | Jr. | Son | 1 | N/A | $8,500,000 |
| 17 | Mitchell | David | Laks | | Aimee | L. | Laks | | Wife | 1 | N/A | $12,500,000 |

| | | | | EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 18 | Mitchell | David | Laks | | Gail | Barbara | Laks | | Sister | 1 | N/A | $4,250,000 |
| 19 | Lawrence | W. | Lamme | | Jeannette | M. | Lamme | | Sister | 12 | N/A | $4,250,000 |
| 20 | Lawrence | W. | Lamme | | Jennifer | | Lamme | | Sister | 12 | N/A | $4,250,000 |
| 21 | Lawrence | W. | Lamme | | Lauren | | Lamme | | Sister | 12 | N/A | $4,250,000 |
| 22 | Lawrence | W. | Lamme | | William | Lawrence | Lamme | | Brother | 12 | N/A | $4,250,000 |
| 23 | John | Paul | LaPointe | | Stan | R. | LaPointe | | Brother | 1 | N/A | $4,250,000 |
| 24 | Angel | | Leon | | Anthony | Paul | Leon | | Son | 1 | N/A | $8,500,000 |
| 25 | Michael | John | Loughery | | Jeffrey | M. | Loughery | | Son | 1 | N/A | $8,500,000 |
| 26 | Michael | John | Loughery | | Kathleen | | Loughery | | Daughter | 1 | N/A | $8,500,000 |
| 27 | Michael | John | Loughery | | Mary | E. | Loughery | | Wife | 1 | N/A | $12,500,000 |
| 28 | Michael | John | Loughery | | Susan | Mary | Loughery | | Daughter | 1 | N/A | $8,500,000 |
| 29 | Daniel | | Marcucci | | Andréa | Marie | Marcucci | | Daughter | 1 | N/A | $8,500,000 |
| 30 | Daniel | | Marcucci | | Daniel | M. | Marcucci | | Son | 1 | N/A | $8,500,000 |
| 31 | Daniel | | Marcucci | | Mark | J. | Marcucci | | Son | 1 | N/A | $8,500,000 |
| 32 | Daniel | | Marcucci | | Tina | | Marcucci | | Wife | 1 | N/A | $12,500,000 |
| 33 | Timothy | Charles | Marion | | Alisha | M. | Budd | | Daughter | 1 | N/A | $8,500,000 |
| 34 | Timothy | Charles | Marion | | Kris | | Marion | | Wife | 1 | N/A | $12,500,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **EXHIBIT A** | | |
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 35 | Joseph | James | Martin | | Barbara | | Geraghty | | Sister | 1 | N/A | $4,250,000 |
| 36 | Joseph | James | Martin | | Edmund | | Geraghty | | Brother | 1 | N/A | $4,250,000 |
| 37 | Gary | Gerald | Mausberg | | Carole | Eleanor | Fitzner | | Sister | 1 | N/A | $4,250,000 |
| 38 | Gary | Gerald | Mausberg | | Margaret | | Mausberg-Bouton | | Wife | 1 | N/A | $12,500,000 |
| 39 | Stephen | M. | McCoy | | Brian | M. | McCoy | | Son | 1 | N/A | $8,500,000 |
| 40 | Stephen | M. | McCoy | | Clinton | L. | McCoy | | Son | 1 | N/A | $8,500,000 |
| 41 | Stephen | M. | McCoy | | Daniel | L. | McCoy | | Brother | 1 | N/A | $4,250,000 |
| 42 | Stephen | M. | McCoy | | Douglas | J. | McCoy | | Son | 1 | N/A | $8,500,000 |
| 43 | Stephen | M. | McCoy | | Gail | T. | McCoy | | Wife | 1 | N/A | $12,500,000 |
| 44 | John | Patrick | McKee | | John | William | McKee | | Son | 1 | N/A | $8,500,000 |
| 45 | John | Patrick | McKee | | Laurence | | McKee | | Father | 1 | N/A | $8,500,000 |
| 46 | John | Patrick | McKee | | Ryan | Patrick | McKee | | Son | 1 | N/A | $8,500,000 |
| 47 | John | Patrick | McKee | | Samantha | Rose | McKee | | Daughter | 1 | N/A | $8,500,000 |
| 48 | John | Patrick | McKee | | Sandra | | McKee | | Wife | 1 | N/A | $12,500,000 |
| 49 | John | Patrick | McKee | | Shawn | Michael | McKee | | Son | 1 | N/A | $8,500,000 |
| 50 | John | Patrick | McKee | | Margaret | Mary Janet | Tosca | | Sister | 1 | N/A | $4,250,000 |

| | EXHIBIT A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 51 | Kevin | Patrick | McQuade | | Anne | | McQuade | | Wife | 1 | N/A | $12,500,000 |
| 52 | Kevin | Patrick | McQuade | | Sean | Joseph | McQuade | | Son | 1 | N/A | $8,500,000 |
| 53 | Patrick | Joseph | McQuillan | | Frederick | Michael | McQuillan | | Son | 1 | N/A | $8,500,000 |
| 54 | Trevor | Arnold | Miller | | Elaine | | Miller | | Wife | 1 | N/A | $12,500,000 |
| 55 | Trevor | Arnold | Miller | | Sean | | Miller | | Son | 1 | N/A | $8,500,000 |
| 56 | Trevor | Arnold | Miller | | Ras | Yoseff | Makonnen | | Brother | 1 | N/A | $4,250,000 |
| 57 | Trevor | Arnold | Miller | | Gary | Edison | Mothersille | | Brother | 1 | N/A | $4,250,000 |
| 58 | Trevor | Arnold | Miller | | Roma | Karen | Mothersille | | Sister | 1 | N/A | $4,250,000 |
| 59 | Trevor | Arnold | Miller | | Ena | Louise | Price | | Mother | 1 | N/A | $8,500,000 |
| 60 | Trevor | Arnold | Miller | | Adriana | | Coney-Miller | | Daughter | 1 | N/A | $8,500,000 |
| 61 | Paul | Steven | Morigi | | Linda | | Morigi | | Wife | 1 | N/A | $12,500,000 |
| 62 | Paul | Steven | Morigi | | Steven | Matthew | Morigi | | Son | 1 | N/A | $8,500,000 |
| 63 | John | Patrick | Morrissey | | Mary | Marcelline | Morrissey | | Wife | 1 | N/A | $12,500,000 |
| 64 | John | Patrick | Morrissey | | Catherine | M. | Trotta | | Daughter | 1 | N/A | $8,500,000 |
| 65 | John | | Murray | | Catherine | E. | Murray | | Wife | 12 | N/A | $12,500,000 |
| 66 | John | | Murray | | Dennis | J. | Murray | | Son | 12 | N/A | $8,500,000 |
| 67 | John | | Murray | | Erin | | Murray | | Daughter | 12 | N/A | $8,500,000 |

| EXHIBIT A | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 68 | John | | Waugh | | Robyn | Marie | Hernandez | | Sister | 12 | N/A | $4,250,000 |
| 69 | John | | Waugh | | John | Charles | Waugh | | Father | 12 | N/A | $8,500,000 |
| 70 | John | | Waugh | | Megann | | Waugh | | Wife | 12 | N/A | $12,500,000 |
| 71 | John | | Waugh | | Roberta | | Waugh | | Mother | 12 | N/A | $8,500,000 |