**EXHIBIT B**

**EXHIBIT B**

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Charles | Richard | Gunzelman | | Joanne | T. | Alcabes | | 1 | N/A | $7,000,000 |
| 2 | Keith | Owen | Henry | | Patricia | Mae | Budd-Stewart | | 12 | N/A | $7,000,000 |
| 3 | Nancy | Alicia | Humphrey | | Thomas | E. | Humphrey | | 1 | N/A | $7,000,000 |
| 4 | Marion | Claire | Jones | | Shawna | J. | Jones | | 1 | N/A | $7,000,000 |
| 5 | John | Frank | Kristoffersen | | Bernadette | | Kristoffersen | | 1 | N/A | $7,000,000 |
| 6 | Mitchell | David | Laks | | Gail | Barbara | Laks | | 1 | N/A | $7,000,000 |
| 7 | John | Paul | LaPointe | | Stan | R. | LaPointe | | 1 | N/A | $7,000,000 |
| 8 | Michael | John | Loughery | | Mary | E. | Loughery | | 1 | N/A | $7,000,000 |
| 9 | Daniel | | Marcucci | | Mark | J. | Marcucci | | 1 | N/A | $7,000,000 |
| 10 | Timothy | Charles | Marion | | Kris | | Marion | | 1 | N/A | $7,000,000 |
| 11 | Joseph | James | Martin | | Barbara | | Geraghty | | 1 | N/A | $7,000,000 |
| 12 | Gary | Gerald | Mausberg | | Margaret | | Mausberg-Bouton | | 1 | N/A | $7,000,000 |
| 13 | Stephen | M. | McCoy | | Gail | T. | McCoy | | 1 | N/A | $7,000,000 |
| 14 | John | Patrick | McKee | | Sandra | | McKee | | 1 | N/A | $7,000,000 |

| | | | | | **EXHIBIT B** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 15 | Kevin | Patrick | McQuade | | Anne | | McQuade | | 1 | | $7,000,000 |
| 16 | Trevor | Arnold | Miller | | Elaine | | Miller | | 1 | | $7,000,000 |
| 17 | Paul | Steven | Morigi | | Linda | | Morigi | | 1 | | $7,000,000 |
| 18 | John | Patrick | Morrissey | | Mary | Marcelline | Morrissey | | 1 | | $7,000,000 |