# Exhibit I

**Tina Marcucci**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001


-------------------------------------------------------------X    **AFFIDAVIT OF MARK**
JOANNE T. ALCABES, et al.,                        **MARCUCCI on behalf of**
                                                  **TINA MARCUCCI**


                            Plaintiffs,

                                                  20-CV-00340 (GBD)(SN)
              v.


ISLAMIC REPUBLIC OF IRAN,

                            Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NASSAU         )

        MARK MARCUCCI, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 560 Hunt
Lane, Manhasset, New York 11030.

        2.      I am currently 59 years old, having been born on October 19, 1962.

        3.      I am the son of Daniel Marcucci, upon whose death my claim is based.

        4.      My mother, Tina Marcucci, is also a plaintiff in the within action and is pursuing
a solatium claim based on the illness and death of her husband, Daniel Marcucci.

        5.      Due to my mother's advanced age, I submit this Affidavit on her behalf in
connection with the pending motion for a default judgment and in support of her solatium claim.

        6.      On October 7, 2017, Tina's husband, Daniel Marcucci, died from pancreatic
cancer. It was determined by the World Trade Center Health Program that this illness was
causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist
attacks.

        7.      My parents met through mutual friends growing up in Corona, Queens, and
married in 1957. They were extremely close and were married for over 60 years. They had a

very good relationship and enjoyed being in each other's company, from simple shopping trips to planned vacations. They liked to go out and, in particular, enjoyed spending time with their friends and family. My mom looked to my dad for personal support and for the support of the family. For most of their marriage, my father was the breadwinner, and my mom was the homemaker. Only in her later years did my mom do some clerical work for an insurance company. As she got older, she developed some health and mobility issues. My dad became her go-to person and primary caretaker. He was a great help to her. My mom loved my dad very much and took great pride in raising three children with him and building a home together.

8.     My father worked as an inspector for New York City's Department of Buildings (DOB) and enjoyed his work immensely. My mom was very supportive of him, including the work that he did in later years following the 9/11 attacks. Following 9/11, up until November 2003, my dad worked on the façade team, inspecting building damage in the vicinity of the World Trade Center. He continued to work for the DOB in Manhattan for the next ten years.

9.     Following my dad's 9/11 exposure, my mom was there to care for him as he started to develop a number of health conditions, including sinus issues, gastroesophageal reflux disease (GERD), as well as upper respiratory ailments. Years later, in 2009, my dad was diagnosed with prostate cancer, and my mom was instrumental in supporting and encouraging him when he needed the most care. Our worst fears were realized in 2015, when my dad was diagnosed with pancreatic cancer. As a result of the earlier prostate cancer, my dad's PSA levels were monitored. In 2015, his PSA levels were escalated, which led to a recommendation for a further CAT scan.  In early summer of 2015, a biopsy was done at St. Francis Hospital that identified the malignancy of growths in his abdomen. Sadly, while the doctors had scheduled my dad for surgery, a subsequent CAT scan revealed that the pancreatic cancer had spread to his liver, and the surgery was canceled. In July 2015, my dad began chemotherapy. There had never been a history of cancer in our family. My dad had a BRCA gene test, which came back negative. This, combined with my knowledge of his work in the exposure zone, makes my family and I certain that my dad's cancer was caused by the 9/11 attacks.

10.     It was extremely painful for my mother to see the man she loved go through such a painful illness. She often cried when she was alone. She became worried about what life would be for her without him. It was also difficult on her since my father had become integral in

2

terms of taking care of her, and he could no longer do so. My mom was not in a very mobile condition, so having to take care of my dad created a tremendous strain on her. She had been using a walker for some time to provide extra support, and now that my father has passed away has required an aide to assist her most days. My mom relied on my dad for virtually everything, and when he was battling cancer, she had to find other ways to get things done, including shopping and other chores. It was also hard to have something done on short notice, since my dad would always make himself available to her when she needed something. Watching her husband and partner for so many decades deteriorate created a big emotional scar. Sadly, the stress of watching my father suffer and the feeling of hopelessness was very traumatic for my mom. Despite the difficulty for my mom in taking care of my dad, in light of her age and mobility issues, she was nevertheless there for him, physically going to as many appointments with him as possible. She coordinated things on the phone, from doctor visits and medications to ensuring my dad was receiving the best care. My mom was a great support system for my father.

11.     My father was my mom's lifelong partner and best friend. They depended on each other and were truly there for one another. My parents married in their early twenties and were soulmates from when they were very young. My mom, and my entire family, miss my dad every day.

_____

MARK MARCUCCI on behalf of
TINA MARCUCCI

Sworn to before me this
28 day of June, 2022
_____
Notary Public

ENZA M. CUSENZA
Notary Public, State of New York
No. 01CU6183779
Qualified in Richmond County
Commission Expires Mar 24, 2024

3

**Alisha M. Budd**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------X    **AFFIDAVIT OF**
                                                                 **ALISHA M. BUDD**
JOANNE T. ALCABES, et al.,

                                    Plaintiffs,              20-CV-00340 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------X
STATE OF NEW YORK      )
                       : SS.:
COUNTY OF SUFFOLK      )

ALISHA M. BUDD, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 41 Roosevelt Street, Islip Terrace, New York 11752.

2.      My current age is 34, having been born on July 2, 1987.

3.      I am the daughter of Timothy Charles Marion, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      My father passed away from tongue cancer on July 20, 2015. He was only 58 years old when he died. It was determined that his illness was causally connected to his exposure to the toxins resulting from the September 11, 2001 terrorist attacks.

5.      My father was very involved in my life. I was a young mother. My daughter was born in 2008, and my dad stepped in to the role of father-figure for her. My father and I would take my daughter to the park, the circus, just on long walks. They adored each other. My relationship with him as a daughter also was particularly close. I was closer to him than to my mother, even with personal stuff like boyfriends. If I liked a guy, my dad's opinion of him was important to me. He was my rock and my go-to for advice. We both worked for New York

State, so we had that in common, too. I worked in the New York State Parks Department. We could talk about work in sort-of shorthand language.

6.      My father worked for the NYS Department of Transportation (DOT). He did highway and road maintenance, snow removal on a regular basis. On September 11, 200l, DOT assigned my dad to go to downtown Manhattan, with his truck. He helped haul away the debris and to find bodies. He worked there on and off for a couple of months, until they weren't needed anymore.

7.      My dad was diagnosed with tongue cancer in May, 2014. He complained about something on his tongue. I actually was the one who pushed him to get it checked out. I guess he had a feeling what it was and he was scared to go to the doctor. The ENT took a biopsy and determined it was cancerous. He had to get half his tongue removed, and they replaced it with muscle from his leg. He was a mess. He started radiation treatment and then chemotherapy. This was right before I got married, and we were praying he would make it to the wedding. He finished his radiation in August, 2014, and I got married in November 2014. By January 2015, it had spread to his back and his bones. My mom and I would take him to appointments. After the cancer spread, I took on more of a caretaker role to make sure he was being treated well. He was in and out of the hospital up until about a week before he passed away.  Then, he was transferred to hospice and passed away.

8.      The emotional impact of his diagnosis until he passed away is honestly something I wouldn't wish on anybody. It was terrible. It's only just recently that I've even been able to talk about my dad. I wasn't even able to look at my wedding pictures, because he had already had the tongue surgery and radiation, and it just wasn't the same dad as I remembered. I was only 27 when he passed away. I felt like my daughter got robbed of having a grandpa. My daughter was only six when he passed away. My father wasn't able to get to know me as an adult. I'm the only child, and I take care of my mom now, in addition to my daughter. I feel like my mom has been in a downward spiral since my dad passed away. She never snapped out of it. She has high blood pressure, diabetes, depression and early-stage dementia.

9.      My father's illness and death affected my family financially. Once he got diagnosed and started treatment, he wasn't able to pay for his house. We had to pay people to do the things my dad would do to maintain the house and the yard.

10.  I was robbed of a family. My daughter has really suffered, and I don't have that support system that I did when he was alive.

_Alisha Budd_
ALISHA M. BUDD

Sworn to before me this
15th day of May, 2022

_Gina A. Muesel_
Notary Public

GINA A. MUESCH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01R16261315
SUFFOLK COUNTY
Commission Expires        June 16, 2024

3

# Kris Marion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X     **AFFIDAVIT OF**
JOANNE T. ALCABES, et al.,                                         **KRIS MARION**

                                    Plaintiffs,      20-CV-00340 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS.:
COUNTY OF SUFFOLK        )

        KRIS MARION, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 1 Seward
Street, North Babylon, New York 11704.

        2.      I am currently 63 years old, having been born on August 12, 1958.

        3.      I am the wife of Timothy Charles Marion, upon whose death my claim is based,
and submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

        4.      My husband passed away from tongue cancer on July 20, 2015. It was determined
that his illness was causally connected to his exposure to the toxins resulting from the
September 11, 2001 terrorist attacks.

        5.      Timothy and I met in 1974. We immediately hit it off and became very close. We
maintained that bond throughout our marriage. We loved to go for long walks on the beach and
enjoyed getting together with family on holidays. Timothy was a good husband and father.

        6.      On September 11, 2001, Timothy worked for the Department of Transportation.
Upon hearing of the attacks, he went into the city to help clean up the debris and transport it to a
landfill in New Jersey. He went back and forth a few days at a time for a couple of weeks.

7.      In May 2014, Timothy was having problems eating due to severe pain in his mouth. He noticed a sore on his tongue and went to an Ear, Nose and Throat specialist. A biopsy revealed that he had cancer on his tongue. He underwent surgery to have half of his tongue removed. After surgery, he had chemotherapy and radiation treatments. As a result of the treatments, Timothy could barely get off the couch. My husband suffered for 14 months.

8.      Timothy's illness was very emotional because I was his sole caretaker. He wasn't able to eat and had a feeding tube, so I had to feed him. Sometimes, it would get messy and go all over the place. The tube would sometimes get clogged and would have to be replaced. It was very upsetting to see someone you love and care for going through that. In addition to not being able to eat, he could barely talk. It got to a point where we would communicate by writing notes to one another. Life as we knew it pretty much stopped.

9.      We experienced financial problems from the time Timothy was diagnosed until he died. He wasn't getting his full pay and was on disability, which was hard for us. Before he became ill, one of his favorite things to do on weekends was tend to the yard. We had a small piece of property, but he would be out there for more than an hour, mowing the lawn and such. He loved doing yardwork, but as his illness progressed, he wasn't able to do it anymore. We had to hire someone to mow the lawn for us. It was difficult for Timothy to accept that he could no longer do the things that gave him so much pleasure.

10.     The entire experience of Timothy's illness and untimely death was torturous. He didn't deserve that end. He was a happy, healthy man before his illness. It was so unfair. Even now, talking about is like having to relive it. I try to forget how bad a time it was. I miss him terribly.

_Kris Marion_
KRIS MARION

Sworn to before me this
15th day of May, 2022

_Gina A. Muesch_
Notary Public

GINA A. MUESCH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01R16261315
SUFFOLK COUNTY
Commission Expires      June 16, 2024

2

# Barbara Geraghty

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                            03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X      **AFFIDAVIT OF**
JOANNE T. ALCABES, et al,                                    **BARBARA GERAGHTY**

                                    Plaintiffs,

                                                                20-CV-00340 (GBD)(SN)
                v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK        )
                          : SS.:
COUNTY OF RICHMOND  )

        BARBARA GERAGHTY, being duly sworn, deposes and says:

        1.        I am a plaintiff in the within action, am over 18 years of age, and reside at 100

Colfax Avenue, Apartment 4K, Staten Island, New York 10306.

        2.        I am currently 74 years old, having been born on September 16, 1947.

        3.        I am the sister of Joseph James Martin, upon whose 9/11-related respiratory

injuries my claim is based, and submit this Affidavit in connection with the pending motion for

a default judgment and in support of my solatium claim.

        4.        My brother passed away from complications related to respiratory illness on June

5, 2016, at the age of 51. It was medically determined that his respiratory illness was causally

connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

        5.        Joseph and I were very close growing up. There were three of us from one father

– Hugh, Edmund and me. Joseph shared the same mom as we had. Joseph's father died when he

was very young. All the kids were raised by my mother. Hugh, Edmund and I were much older than Joseph. I was sixteen when he was born. As far as we were concerned, Joseph was our full sibling, but because of the big age gap, he was more of a son to all of us than a brother. Between the four siblings, Joseph was the glue that kept us all together. He was the closest with me and my brother, Edmund. When Edmund moved to Massachusetts, Joseph would take the bus to visit him. The family got together for holidays and special dinners, but I saw Joseph at least once a week, sometimes more. I've had health problems of my own for many years. Joseph lived nearby and would often check up on me. Anything I needed; I could count on his help. I'm a retired New York City Police officer and believe I'm the reason why Joseph decided to become an NYPD officer, too.

6.      I remember a time when there was a power outage, and I didn't have any electricity for six days. I live on the fourth floor of an apartment building, so the elevators weren't running. Joseph came every day. The power company was giving away bags of ice to help us keep food fresh. They had specific pick-up locations. Joseph would go every day and wait on line to get the bags of ice. He'd haul them up four flights of stairs for me. That's the kind of person he was, just a wonderful guy. Even though Joseph took care of me and looked after me, I felt like he was more my son than my brother. He was only two years older than my own son. Joseph was my son's uncle, but they were practically the same age. As eager as Joseph was to offer help to anyone, he kept his private life very much to himself. While I respected his privacy, this always bothered me. I worried about him and wanted to know that he was happy and well.

7.      Joseph was a police officer in the 1st precinct. The World Trade Center was part of his regular command. He usually worked the midnight to 8:00 a.m. shift. On 9/11, Joseph had

just finished his regular shift. He was later assigned to the mortuary and spent months there looking for human remains amid the rubble. He sometimes would work days at a time. It was horrible. Everything in the area was covered with dust and debris, and Joseph was in the pile, digging through all of it. He didn't talk much about it, not even with me, and I was a fellow police officer. I don't know if he confided in anyone about what he went through during those months at Ground Zero. I'm sure it affected him both emotionally and mentally, but he never talked about it. I hope there was someone he was able to confide in, so he didn't have to keep all of that horror and misery inside.

8.     For several years before Joseph died, I noticed changes in him. He would start sweating profusely, his breathing sounded labored, and he would often fall asleep during the day. I knew he had been diagnosed with asthma, which I believe was caused by his work down at Ground Zero. I was concerned. I begged him to tell me if there was something else besides the asthma. Joseph would tell me that everything was fine. But I think he knew something was wrong for quite some time. The Thanksgiving before he died, Joseph convinced me to take the bus to Massachusetts with him and spend it at Edmund's house. That's not something I would normally do, but he really wanted for everyone to be together.

9.     Joseph was on vacation overseas in the Philippines when he died. It was devastating. He went away to have a nice vacation, and he never came home. Before he left for the airport, we hugged and kissed goodbye. I wished him a safe flight and told him to call me whenever he could. I received a couple of calls from him. The third phone call was very weird. I could barely hear him. I didn't understand what he was saying, but I thought it was just a bad phone connection. The call ended, and he didn't call me back. I didn't know what happened. Finally, I got a call from a doctor in the Philippines. He told me Joseph was in bad shape. There

3

was a huge language barrier between me and the doctor, not to mention a bad phone connection.

I could barely hear anything, but I understood it was bad. I kept yelling to the doctor to get a

Catholic priest to Joseph's bedside. Then we got the news that he had died. For us, his death was

very sudden. Because he died overseas and the weather was too hot, we were not allowed to have

his body returned to us. He had to be cremated. We waited for the longest time before we got his

ashes. It was a terrible thing to be waiting for. We still couldn't believe he was gone forever and

not just on a vacation. His ashes finally came. Not having a body and not being there when he

died or knowing what happened, was one of the worst things I've ever had to experience. We

held a memorial service for him. It was just so awful and devastating to lose Joseph that way. It

breaks my heart. I miss him so much.

_____
BARBARA GERAGHTY

Sworn to before me this
29ᵗʰ day of June, 2022

_____
Notary Public

OSCAR CALIXTO
Notary Public - State of New York
NO. 01CA6407168
Qualified in Richmond County
My Commission Expires May 11, 2024

# Edmund Geraghty

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

                                           03-MDL-1570 (GBD)(SN)

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------X      **AFFIDAVIT OF**
JOANNE T. ALCABES, et al,                  **<u>EDMUND GERAGHTY</u>**

                          Plaintiffs,

                                         20-CV-00340 (GBD)(SN)

      v.

ISLAMIC REPUBLIC OF IRAN,

                         Defendant.
-----------------------------------------------------------X
STATE OF MASSACHUSETTS    )
                             : SS.:
COUNTY OF MIDDLESEX      )

      EDMUND GERAGHTY, being duly sworn, deposes and says:

      1.     I am a plaintiff in the within action, am over 18 years of age, and reside at 64 Center Road, Shirley, Massachusetts 01454.

      2.     I am currently 69 years old, having been born on April 16, 1953.

      3.     I am the brother of Joseph James Martin, upon whose 9/11-related respiratory injuries my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

      4.     My brother passed away from complications related to respiratory illness on June 5, 2016, at the age of 51. It was medically determined that his respiratory illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

      5.     My brother Joseph (Joey) was born on Staten Island and lived there for his entire life. I am 11 years older than him, but we had a tight bond. It was almost like Joey was my son. Joey's father was an alcoholic. He never showed Joey much love and was out of Joey's life by

the time he was 7 years old. I was very protective over Joey. It was important to me that Joey knew he was loved. I genuinely loved spending time with him and being a sort of father-figure to him. I never felt that it was an obligation. I benefited from our relationship as well. It felt good to know that Joey looked up to me and wanted to follow in my footsteps. Joey made me a better man, husband, father and brother. That was the nature of our relationship.

6.      I left New York City to attend college in Upstate New York, but I'd go back to Staten Island during the summers. I took Joey to his first baseball game at Shea Stadium. We did a lot of stuff that most kids usually did with their fathers. I made sure Joey didn't miss out on having special memories like that. After college, I lived in Massachusetts permanently. I got married and started a family. When my son Matthew was born, Joey was 21 years old, and I asked him to be my son's godfather. He was honored and took that role very seriously. Matthew has Asperger's Syndrome, and Joey was great with him. They really loved each other. Joey felt protective over Matthew, the same way I felt about Joey growing up. When Joey retired from the New York City Police Department, he spent even more time with my family—my wife, son and my daughter, Meredith. He loved watching my kids grow up, and I know Joey wanted kids of his own.

7.      Joey didn't talk about what he experienced on 9/11. He didn't want to burden us. He was a police officer in the 1st precinct, right near the World Trade Center. When I saw what was happening on television that morning, I knew that if he were working that shift, he'd have been there during the attacks. I tried to reach him but couldn't for 12 hours. I didn't know if he was dead or alive. Thankfully, he was off duty at the time. But as soon as his shift started, he was working at Ground Zero. He was assigned to "body-bag duty." The only thing he ever said about it was that no one should ever have to see what he saw there. That was it. He didn't talk about his

2

9/11 experience, especially around my kids. They were teenagers at the time, and Joey didn't want them to know the horror of what he saw. He was assigned to Ground Zero for months, and he wasn't provided with any protective equipment. He was heavily exposed to all the dust and debris at Ground Zero.

8.      It wasn't long after his work at Ground Zero that Joey was diagnosed with Reactive Airways Dysfunction Syndrome (RADS), which is the sudden onset of asthma after being exposed to high levels of toxic gas or air. I can't remember if he told me directly or if I learned about it from our sister, Barbara, who saw Joey regularly. He had other chronic respiratory issues like bronchitis and sinusitis also. Whatever problems or symptoms Joey might have had, he didn't share them. We were all very concerned about him, but he didn't want to share any part of his illness with us. He just kept it to himself. Joey was concerned that telling us anything negative would be a burden on us. I don't know why, but he was always that way.

9.      Joey retired after he put in his 20 years with the NYPD. I remember he developed a persistent cough around that time. I suspect the job was getting more and more difficult for him because he tired so easily. I think his health played a major role in his decision to retire when he did. In my opinion, Joey would have stayed on the job longer than 20 years if not for 9/11. When I was with him, I noticed he would very easily become out of breath. He started putting on weight. When Joey came to visit us in Massachusetts, he would sleep upright in a recliner instead of lying on a bed, because he couldn't breathe lying down anymore.

10.     I last spoke to Joey in April of 2016. He was getting ready to go on a trip to the Philippines. He had a girlfriend there. He told me he was going to be away for a while. Looking back, I often wonder if Joey realized how sick he was and wanted to take this trip to the Philippines before he got worse. I think if he had lived, he would have gotten married to his

girlfriend on that trip. Unfortunately, he died while he was there. His girlfriend called to tell me that he was in the hospital. That was probably within 24 hours of when he died. I was able to get some details from the American Embassy in the Philippines. The embassy found out which hospital Joey was in, and I was able to speak to the doctor treating him. He told me that Joey was not in good shape. He died shortly thereafter.

11.     The last time we were together was for Thanksgiving in 2015. Joey was up here in Massachusetts, and we had a snowstorm. I had a small snowblower I was using. Living in an apartment in New York City, Joey never saw a home snowblower. He just thought it was the coolest thing. He got so much pleasure from small things like that.

12.     Joey's death was the hardest thing in my life. When Joey died, it was like I had lost a son. I had experienced grieving over the deaths of loved ones -- my parents and later, my brother, Hugh. But they were older than I was. They were supposed to die before I died. Joey never got to have what I have- a wife of over 40 years, beautiful kids, now grandkids. He didn't have that, but he wanted all of that. He wanted to find love and get married and settle down. I feel so sorrowful that he was denied that. Joey was the kindest man I've ever known, and he is missed by all of us that loved him.

_____
EDMUND GERAGHTY

Sworn to before me this
29 day of June, 2022

_____
Notary Public

Shinyoung Morrison
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
01/13/2028

4

# Carole Eleanor Fitzner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                             03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF CAROLE**
                                                              **ELEANOR FITZNER**
JOANNE T. ALCABES, et al.,

                              Plaintiffs,         20-CV-00340 (GBD)(SN)

              v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------X
STATE OF PENNSYLVANIA          )
                               : SS.:
COUNTY OF MONROE               )

CAROLE ELEANOR FITZNER, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 149 Shadow Ridge Drive, Brodheadsville, PA 18322.

2.      I am currently 64 years old, having been born on December 17, 1957.

3.      I am the older sister of Gary Gerald Mausberg, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      Gary passed away from kidney cancer on October 8, 2008, at the young age of 47. It was medically determined that this illness was causally connected to his exposure to toxins resulting from the September 11, 2001 terrorist attacks.

5.      I loved my brother dearly. Although we lived in different states and didn't see each other as often as we would have liked, I still miss him terribly. Gary and I did so many things together growing up, and I have many fond memories of him. One memory that comes to mind was a time that we decided to go to the beach together. Gary didn't like to feel the sand on his feet so we wound up going canoeing and he ended up in the water. That's just one of many

things I remember. We had a great relationship always.

6.      On and after September 11, 2001, I learned that Gary had been working around the World Trade Center site quite a lot. In fact, while not a police officer like Gary, my husband worked in that area as well and told me that he knew Gary was working on the pile for quite a while after the attack on 9/11. Over the course of months working on the pile, it was undeniable that Gary breathed in all that crap.

7.      I learned of my brother's illness from his wife Margaret. Gary had actually confided in my husband about his cancer diagnosis. I knew it was bad; although, unfortunately, it turned out to be far worse than I thought. I could see the extent to which the cancer was taking its toll on Gary during a memorable July 4th weekend. He seemed weak and frail, not at all like the Gary we all knew. On another occasion, I had Gary over for dinner and recall my brother sitting across the table struggling to eat, stating everything was "like chewing glass." After being informed that Gary's cancer spread to his lungs, I developed shingles due to the stress of seeing my brother in so much pain.

8.      In addition to seeing Gary suffer, I had lost my sister to cancer about one year before Gary passed. To make matters worse, my father was in failing health himself, which was exacerbated by him watching his son go through cancer and suffer in great pain. Gary died in October 2008, and my father died in January 2009, only months apart.

9.      Gary's death at such a young age was so sad and impacted me greatly. His death left me with no siblings. Despite being the oldest in my family, I find myself asking why I am still here while my younger brother and sister are not.

10.     There's no question that Gary's death devastated our whole family. I strongly believe that if he hadn't become ill and died so prematurely due to his 9/11 exposure, I'd still have both my brother and my father.

_Carole Eleanor Fitzner_
CAROLE ELEANOR FITZNER

Sworn to before me this
_____ day of April, 2022

_____
Notary Public

2

Commonwealth of Pennsylvania - Notary Seal
Mary M. Heh, Notary Public
Monroe County
My commission expires July 18, 2025
Commission number 1074498

# Margaret Mausberg-Bouton

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------X        **AFFIDAVIT OF MARGARET**
JOANNE T. ALCABES, et al.,                                              **MAUSBERG-BOUTON**

                                    Plaintiffs,

                                                                       20-CV-00340 (GBD)(SN)
                    v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------------X
STATE OF FLORIDA            )
                            : SS.:
COUNTY OF ST. JOHNS         )

MARGARET MAUSBERG-BOUTON, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 428
Maribella Court, St. Augustine, Florida, 32086.

2.      I am currently 56 years old, having been born on September 6, 1965.

3.      I am the wife of Gary Gerald Mausberg, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

4.      On October 8, 2008, my husband died from kidney cancer at age 47. It was
medically determined that Gary's cancer was caused by his exposure to toxins resulting from the
September 11, 2001 terrorist attacks.

5.      Gary was a loving husband and we did everything together. We had so many
things in common that we considered ourselves one person. Ultimately, I would say that we had
a perfect relationship. In addition to traveling to Jamaica for vacation or to Pennsylvania to visit
with Gary's parents, we enjoyed bowling and hosting barbecues for family and friends. I was so

proud of Gary and his service to the NYPD. In fact, I always felt that we were fated to be together, especially since his shield number (19659) contained the month and year I was born (9/6/1965).

6.      On September 11, 2001, Gary worked as a police officer with the NYPD and had been assigned to provide security to the World Trade Center site after the terrorist attacks. He had started to work security there just a few days after the attacks and continued work in the immediate vicinity of the fallen towers in the following months. Upon returning from work, Gary relayed to me the chaotic environment surrounding the World Trade Center.

7.      In or about 2005, Gary was clearly becoming seriously ill. He would come home from work with a debilitating cough, at times coughing up blood. He was ultimately diagnosed with bronchitis. In 2007, following a chest x-ray, Gary was referred to nephrologist, who believed Gary might have kidney cancer. He referred him to an oncologist who confirmed that he had Stage IV kidney cancer that had metastasized, which was rare for someone that young. Gary was approximately 44 years old at the time and became increasingly worried that he would not have many more years to live.

8.      Seeing my husband suffer through so much pain had a severe emotional impact on my life. I missed the happy couple we once were. For the better part of two years, I spent a lot of time in the hospital with my husband, learning how to take care of him. He had always been so healthy, and it was devastating to witness the pain he endured and the dramatic weight loss he suffered from the time he got sick until he passed. I tried to be strong for him, but I was worried and completely depressed over the situation.

9.      My financial security was impacted once Gary stopped working. We had a house in Florida that we loved, but I had to give it up because I couldn't afford to keep it. We went from being comfortable to having basically nothing. I had to face that this was my new reality, and it was terrifying.

10.     The premature loss of my husband destroyed my life and nothing will ever replace him or the love that I had for him. While Gary didn't die on 9/11, his loss is as important as the others who were killed on that day. He and I both suffered for years as a result

of his cancer. He died so young and would still be alive today had he not become ill from the 9/11 toxins.

_Margaret Mausberg-Bouton_
MARGARET MAUSBERG-BOUTON

Sworn to before me this
15th day of April, 2022

_Erin Poulin-Harding_
Notary Public
STATE OF FLORIDA
COUNTY OF ST JOHNS
Produced NY DL SSS 018 SS7

ERIN POULIN-HARDING
Commission # GG 299261
Expires February 6, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

3

**Brian M. McCoy**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

-------------------------------------------------------------X

JOANNE T. ALCABES, et al,

Plaintiffs,

**AFFIDAVIT OF
BRIAN M. McCOY**

20-CV-00340 (GBD)(SN)

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK     )
                      : SS.:
COUNTY OF SUFFOLK     )

BRIAN M. McCOY, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 6

Richard Avenue, Lake Ronkonkoma, New York 11779.

2.      I am currently 49 years old, having been born on September 1, 1972.

3.      I am the son of Stephen M. McCoy, upon whose death my claim is based, and

submit this Affidavit in connection with the pending motion for a default judgment and in

support of my solatium claim.

4.      My father passed away from bile duct cancer on January 25, 2019. It was

medically determined that his illness was causally connected to his exposure to the toxins

resulting from the September 11, 2001 terrorist attacks.

5.      My dad was a very important figure in my life. I admired him for his big heart. He

was selfless and always prioritized our family's happiness and wellbeing before his own. When I

was younger, my dad coached my little league team. He cheered for me during my football

games. He was a leader in my boy scout troop. My dad took our family on vacations. It was very

important to my dad that our family spend as much time together as possible. I had a meaningful

and happy childhood because of my dad.

6.      Once I had a family of my own, my dad turned into one of my best friends. I got

my passion for cooking from my dad. I loved talking politics and history with him. I appreciated

my dad for being involved with my children's lives. He loved attending their school recitals and

concerts. Nothing made my dad happier than spending time with his grandchildren.

7.      I was at work on the day of the September 11th, 2001 attacks. I was a

schoolteacher. I had overheard that there was a plane crash but did not think much of it at the

time because I was busy looking after my students. When I learned that the World Trade Center

had been attacked, I frantically started calling my family. The phone lines were all down. I found

out a few hours later that my dad was okay.

8.      After the attack, my dad worked at Ground Zero for six months. He helped clear

debris and search for victims. My dad told me that saving one life was worth all of the effort and

time he spent at Ground Zero. I was very moved by how patriotic my dad was. He truly loved

our country.

9.      In 2016, I went to visit my dad because my mom was worried about his health.

When I saw my dad, I knew right away that he had jaundice. Shortly afterwards, I found out that

my dad had cancer. I was devastated. My dad's health deteriorated with each passing day. My

dad lost a lot of weight. Toward the end of his life, my dad was so weak that he needed a

caretaker to constantly look after him. When my dad went into hospice care, it was difficult for

me to accept the fact that my dad was going to pass away soon. My dad fought until the very end. He was always very optimistic that he would beat his cancer.

10.     I struggled to come to terms with my dad's passing. He was one of the most important people in my life. I was angry and depressed. Seeing the effect of my dad's death on my children made me feel even more devastated. My eldest daughter was sad during her high school graduation because my dad was not there to celebrate that milestone with her. I know that my dad would still be here today if it were not for the 9/11 attack. I miss him terribly.

_____
BRIAN M. McCOY

Sworn to before me this
26 day of May, 2022

_____
Notary Public

MARIA MAHONEY
Notary Public, State of New York
No. 4939127
Qualified in Suffolk County
Commission Expires Aug. 1, 2022

3

**Clinton L. McCoy**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

-----------------------------------------------------------X

JOANNE T. ALCABES, et al,

**AFFIDAVIT OF**
**CLINTON L. McCOY**

Plaintiffs,

20-CV-00340 (GBD)(SN)

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK      )
                       : SS.:
COUNTY OF SUFFOLK      )

CLINTON L. McCOY, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 22

Drake Avenue, Bellport, New York 11713.

2.      I am currently 46 years old, having been born on February 10, 1976.

3.      I am the son of Stephen M. McCoy, upon whose death my claim is based, and

submit this Affidavit in connection with the pending motion for a default judgment and in

support of my solatium claim.

4.      My father passed away from bile duct cancer on January 25, 2019. It was

medically determined that his illness was causally connected to his exposure to the toxins

resulting from the September 11, 2001 terrorist attacks.

5.      I had a very close relationship with my dad. He was my hero. I loved listening to

my dad talk about politics and history. I appreciated his knowledge and perspective of the world.

My dad worked extremely hard to give our family a happy and comfortable life. He took our family on many vacations. I loved spending time with my dad. He was a very positive person and always had a bright smile on his face.

6.      I appreciated my dad for spending so much time with my children. He was a very positive influence in their lives. My dad went to all of my kids' athletic events. He was their biggest cheerleader. My dad attended my son's karate lessons and tests. Even after his knees went bad, my dad still got on the floor to play with my youngest child. My kids loved spending time with my dad.

7.      I was at work on the day of the September 11th, 2001 attacks. The phone lines were all down, so I started worrying about my parents. I found out later that my dad helped to clear the debris from Ground Zero for around six months after the attack.

8.      I was heartbroken when I learned of my dad's cancer diagnosis in 2016. I took my dad to some of his doctor's appointments. He was constantly going to the hospital because he was getting weaker with each passing day. My dad was in a lot of pain. My dad needed a lot of attention after he went into hospice care. I helped look after my dad. Seeing my dad lose his balance and strength took an emotional toll on me. Sometimes, he would fall out of bed or his wheelchair.

9.      My dad had always put the needs of others before himself. I knew it pained my dad not being able to take care of himself. Toward the end of his life, my dad could not even use the bathroom without assistance. It was traumatizing for me to see my dad suffer so much physical and emotional pain. He did not deserve it.

10.      I was devastated after my dad passed away. I felt it was unfair that my dad was unable to enjoy his retirement after devoting his life to looking after our family and country. My

kids were heartbroken. They loved my dad dearly and wondered why he had passed away so quickly. I was so emotionally traumatized that I could not comfort my kids the way I had wanted to.

11.     After my dad passed away, I was constantly reminded of all the pain and suffering he endured whenever I saw a sign or billboard about 9/11. I feel robbed because I did not get to spend enough time with my dad as an adult. I still get very emotional whenever I think about my dad. I try to focus on only the good memories, but it is difficult to do so after seeing how my dad suffered as a result of his cancer.

_____
CLINTON L. McCOY

Sworn to before me this
__27th__ day of May, 2022

_____
Notary Public

COLLEEN A. MIZE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MI4910801
Qualified in Suffolk County
Commission Expires  December 7, 2025

3

**Daniel L. McCoy**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                        03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X      **AFFIDAVIT OF**
JOANNE T. ALCABES, et al,                                           **DANIEL L. McCOY**

                                        Plaintiffs,

                                                            20-CV-00340 (GBD)(SN)
              v.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
-------------------------------------------------------------X
STATE OF ALABAMA          )
                          : SS.:
COUNTY OF MADISON         )

    DANIEL L. McCOY, being duly sworn, deposes and says:

    1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 1503

Trinity Road, Huntsville, Alabama 35802.

    2.      I am currently 72 years old, having been born on September 23, 1949.

    3.      I am the brother of Stephen M. McCoy, upon whose death my claim is based, and

submit this Affidavit in connection with the pending motion for a default judgment and in

support of my solatium claim.

    4.      My brother passed away from bile duct cancer on January 25, 2019. It was

medically determined that his illness was causally connected to his exposure to the toxins

resulting from the September 11, 2001 terrorist attacks.

    5.      Stephen and I were best friends. We were inseparable as kids. Stephen had a great

personality and was passionate about his job as a Court Officer. He was a dedicated family man

and a patriot. I loved spending time with Stephen and talking to him about life and politics. We made each other laugh all the time. My wife and I vacationed with Stephen and his wife almost every year. We all went on cruises together and travelled to Florida where I owned a condo. Stephen and I bought a condo in the mountains of Tennessee. We were planning on turning it into a rental property and renovating it so that we could eventually have family vacations there. I looked forward to spending more time with Stephen after he retired.

6.      Stephen was at work on the day of the September 11th, 2001 attacks. He was a Court Officer at the Criminal Court in Lower Manhattan. After Stephen witnessed the World Trade Center fall to the ground, he went to Ground Zero where he started helping with the rescue efforts. Stephen hauled debris and helped control the flow of traffic at Ground Zero for six months.

7.      In 2016, I noticed that Stephen was unwell. His eyes had yellowed, and he had developed a serious cough. Stephen was struggling with heartburn, which caused him a lot of pain. I went to the hospital with Stephen to figure out what was wrong with him. I was shocked when the doctor's later diagnosed Stephen with cancer.

8.      Within a few years of Stephen's diagnosis, he was in hospice care at his home. I was heartbroken when I saw how weak and frail Stephen had become. He was bedridden and had stopped eating. Stephen had no quality of life at that point.

9.      Losing Stephen was the most devastating moment of my life. I became extremely depressed. I had always thought that Stephen and I would continue traveling the country after retirement. I am reminded of Stephen whenever I visit our condo in Pennsylvania. It is difficult for me to spend time there without Stephen because I know how much that home meant to him. I

2

feel uncertain about my future knowing that I cannot spend any more time with my beloved brother and best friend.

DANIEL L. McCOY

Sworn to before me this
2 day of ~~May, 2022~~ June, 2022

Notary Public

My Commission Expires 09/22/2025

3