**EXHIBIT A**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 1 | Harry | | Davis | | Cynthia | | Davis | | Sister | 11 | N/A | $4,250,000 |
| 2 | Harry | | Davis | | Emiko | Uhura | Davis | | Daughter | 11 | N/A | $8,500,000 |
| 3 | Harry | | Davis | | Esther | | Davis | | Wife | 11 | N/A | $12,500,000 |
| 4 | Harry | | Davis | | Jonathan | Tehama | Davis | | Son | 11 | N/A | $8,500,000 |
| 5 | Harry | | Davis | | Kosiko | Imuhri | Davis | | Daughter | 11 | N/A | $8,500,000 |
| 6 | Harry | | Davis | | Lakala | Kuahna | Davis | | Son | 11 | N/A | $8,500,000 |
| 7 | Alan | K. | Federbush | | Karyne | | Federbush | | Daughter | 11 | N/A | $8,500,000 |
| 8 | Michael | | Raimondi | Jr. | Donna | Jean | Raimondi | | Wife | 1 | N/A | $12,500,000 |
| 9 | Michael | | Raimondi | Jr. | Gianna | Mary | Raimondi | | Daughter | 1 | N/A | $8,500,000 |
| 10 | Michael | | Raimondi | Jr. | Jeanine | Antonia | Raimondi | | Daughter | 1 | N/A | $8,500,000 |
| 11 | Robert | J. | Reilly | | Patricia | | Reilly | | Wife | 1 | N/A | $12,500,000 |
| 12 | Antolino | | Rexach | | Antolino | | Rexach | Jr. | Son | 1 | N/A | $8,500,000 |
| 13 | Antolino | | Rexach | | Daniel | | Rexach | | Son | 1 | N/A | $8,500,000 |
| 14 | Antolino | | Rexach | | Justin | F. | Rexach | | Son | 1 | N/A | $8,500,000 |
| 15 | Antolino | | Rexach | | Precilla | | Rexach | | Wife | 1 | N/A | $12,500,000 |
| 16 | Richard | Edmund | Rodenheiser | | Ashley | Nicole | Rodenheiser | | Daughter | 1 | N/A | $8,500,000 |
| 17 | Richard | Edmund | Rodenheiser | | Colleen | Marie | Rodenheiser | | Wife | 1 | N/A | $12,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Richard | Edmund | Rodenheiser | | Samantha | Joanne | Rodenheiser | | Daughter | 1 | N/A | $8,500,000 |
| 19 | Richard | Edmund | Rodenheiser | | Gabrielle | Paige | Yamashita | | Daughter | 1 | N/A | $8,500,000 |
| 20 | Robert | | Rolon | | Jason | | Rolon | | Son | 1 | N/A | $8,500,000 |
| 21 | Robert | | Rolon | | Lisa | | Sonitis | | Daughter | 1 | N/A | $8,500,000 |
| 22 | Boris | | Rozenberg | | Jacob | | Rozenberg | | Son | 1 | N/A | $8,500,000 |
| 23 | Colin | Michael | Sargent | | Nicole | Marie | Casarsa | | Daughter | 1 | N/A | $8,500,000 |
| 24 | Colin | Michael | Sargent | | Kelly | Maureen | Migliaccio | | Daughter | 1 | N/A | $8,500,000 |
| 25 | Colin | Michael | Sargent | | Colin | Michael | Sargent | Jr. | Son | 1 | N/A | $8,500,000 |
| 26 | Colin | Michael | Sargent | | Linda | L. | Sargent | | Wife | 1 | N/A | $12,500,000 |
| 27 | Colin | Michael | Sargent | | Patricia | A. | Sargent | | Daughter | 1 | N/A | $8,500,000 |
| 28 | Michael | Patrick | Shea | | Ingrid | M. | Morales | | Wife | 1 | N/A | $12,500,000 |
| 29 | Howard | Bernard | Sherman | | Amanda | B. | Max | | Daughter | 1 | N/A | $8,500,000 |
| 30 | Howard | Bernard | Sherman | | Melissa | | Rothberg | | Daughter | 1 | N/A | $8,500,000 |
| 31 | Howard | Bernard | Sherman | | Karen | | Sherman | | Wife | 1 | N/A | $12,500,000 |
| 32 | Howard | Bernard | Sherman | | Robin | | Sherman | | Daughter | 1 | N/A | $8,500,000 |
| 33 | Michael | F. | Shipsey | | Jennifer | E. | Curattalo | | Daughter | 1 | N/A | $8,500,000 |

| | | | EXHIBIT A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 34 | Michael | F. | Shipsey | | Eileen[1] | | Shipsey | | Wife | 1 | N/A | $12,500,000 |
| 35 | Martin | C. | Simmons | | Joseph | G. | Simmons | | Son | 1 | N/A | $8,500,000 |
| 36 | Martin | C. | Simmons | | Judi | P. | Simmons | | Wife | 1 | N/A | $12,500,000 |
| 37 | Martin | C. | Simmons | | Kevin | W. | Simmons | | Son | 1 | N/A | $8,500,000 |
| 38 | Martin | C. | Simmons | | Ryan | P. | Simmons | | Son | 1 | N/A | $8,500,000 |
| 39 | Thomas | Flavian | Sitaca | | Jeannine | | Grudzien | | Daughter | 1 | N/A | $8,500,000 |
| 40 | Thomas | Flavian | Sitaca | | Amanda | L. | Guidice | | Daughter | 1 | N/A | $8,500,000 |
| 41 | Thomas | Flavian | Sitaca | | Christina | | Sitaca | | Wife | 1 | N/A | $12,500,000 |
| 42 | Thomas | Flavian | Sitaca | | Thomas | John | Sitaca | | Son | 1 | N/A | $8,500,000 |
| 43 | Michael | | Steiner | | Kristine | | Steiner | | Wife | 11 | N/A | $12,500,000 |
| 44 | Frank | Richard | Svoboda | | Josephine | Ann | Svoboda | | Wife | 1 | N/A | $12,500,000 |
| 45 | Frank | Richard | Svoboda | | Janine | | Levitt | | Daughter | 1 | N/A | $8,500,000 |
| 46 | Frank | Richard | Svoboda | | Krista | Lynn | Thompson | | Daughter | 1 | N/A | $8,500,000 |
| 47 | William | E. | Switzer | | Maria | A. | Fierro-Switzer | | Wife | 1 | N/A | $12,500,000 |
| 48 | William | E. | Switzer | | John | Thomas | Switzer | | Brother | 1 | N/A | $4,250,000 |

---

[1] Eileen Shipsey passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXHIBIT A** | | | | | | | | | | | | | |
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 49 | William | E. | Switzer | | Samantha | M. | Switzer | | Daughter | 1 | N/A | $8,500,000 |
| 50 | George | M. | Thomas | | Linda | Karen | Perotti | | Daughter | 1 | N/A | $8,500,000 |
| 51 | George | M. | Thomas | | Evelyn | | Thomas | | Wife | 1 | N/A | $12,500,000 |
| 52 | George | M. | Thomas | | Mark | | Thomas | | Son | 1 | N/A | $8,500,000 |
| 53 | Vikki | Allyn | Turner-Cox | | Andre | | Cox | | Husband | 1 | N/A | $12,500,000 |
| 54 | Vikki | Allyn | Turner-Cox | | Armond | Rhian | Cox | | Son | 1 | N/A | $8,500,000 |
| 55 | Vikki | Allyn | Turner-Cox | | Leigh | N. | Cox | | Son | 11 | N/A | $8,500,000 |
| 56 | Vikki | Allyn | Turner-Cox | | Gwendolyn | Audrey Lee | Turner | | Mother | 1 | N/A | $8,500,000 |
| 57 | Vikki | Allyn | Turner-Cox | | Kenneth | Herman | Turner | | Brother | 1 | N/A | $4,250,000 |
| 58 | Vikki | Allyn | Turner-Cox | | Mark | Owens | Turner | | Brother | 1 | N/A | $4,250,000 |
| 59 | Vikki | Allyn | Turner-Cox | | Nancy | Louise | Turner | | Sister | 1 | N/A | $4,250,000 |
| 60 | Stephen | | Vaughan | | Suzzanne | | Anderson | | Sister | 1 | N/A | $4,250,000 |
| 61 | Stephen | | Vaughan | | Helen | | Vaughan | | Wife | 1 | N/A | $12,500,000 |
| 62 | Stephen | | Vaughan | | John | | Vaughan | | Brother | 1 | N/A | $4,250,000 |
| 63 | Stephen | | Vaughan | | Nicholas | | Vaughan | | Son | 1 | N/A | $8,500,000 |
| 64 | Roberta | J. | Vrona-Lichtenstein | | Richard | | Lichtenstein | | Husband | 1 | N/A | $12,500,000 |

4

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | Freddie | | Wallace-Rakis | | John | | Rakis | | Husband | 1 | N/A | $12,500,000 |
| 66 | Elizabeth | Ann | Walsh | | Christopher | | Walsh | | Son | 1 | N/A | $8,500,000 |
| 67 | Elizabeth | Ann | Walsh | | Daniel | Patrick | Walsh | | Son | 1 | N/A | $8,500,000 |
| 68 | Elizabeth | Ann | Walsh | | David | Joseph | Walsh | | Son | 1 | N/A | $8,500,000 |
| 69 | Elizabeth | Ann | Walsh | | Mary | | Walsh | | Daughter | 1 | N/A | $8,500,000 |
| 70 | Elizabeth | Ann | Walsh | | Richard | | Walsh | | Husband | 1 | N/A | $12,500,000 |

EXHIBIT A

5