**EXHIBIT B**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXHIBIT B** | | | | | | | | | | | |
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 1 | Michael | | Raimondi | Jr. | Donna | Jean | Raimondi | | 1 | N/A | $7,000,000 |
| 2 | Robert | J. | Reilly | | Patricia | | Reilly | | 1 | N/A | $7,000,000 |
| 3 | Antolino | | Rexach | | Precilla | | Rexach | | 1 | N/A | $7,000,000 |
| 4 | Richard | Edmund | Rodenheiser | | Colleen | Marie | Rodenheiser | | 1 | N/A | $7,000,000 |
| 5 | Robert | | Rolon | | Jason | | Rolon | | 1 | N/A | $7,000,000 |
| 6 | Boris | | Rozenberg | | Jacob | | Rozenberg | | 1 | N/A | $7,000,000 |
| 7 | Colin | Michael | Sargent | | Linda | L. | Sargent | | 1 | N/A | $7,000,000 |
| 8 | Michael | Patrick | Shea | | Ingrid | M. | Morales | | 1 | N/A | $7,000,000 |
| 9 | Howard | Bernard | Sherman | | Karen | | Sherman | | 1 | N/A | $7,000,000 |
| 10 | Michael | F. | Shipsey | | | | | | 1 | N/A | $7,000,000 |
| 11 | Martin | C. | Simmons | | Judi | P. | Simmons | | 1 | N/A | $7,000,000 |
| 12 | Michael[6] | | Steiner | | Kristine | | Steiner | | 11 | N/A | $7,000,000 |
| 13 | Frank | Richard | Svoboda | | Janine | | Levitt | | 1 | N/A | $7,000,000 |

---

[6] Michael F. Shipsey's former personal representative, Eileen Shipsey, passed away during the pendency of this suit. A new personal representative has not yet been appointed for the estate of Michael F. Shipsey.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **EXHIBIT B** |||||||||||
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 14 | William | E. | Switzer | | Maria | A. | Fierro-Switzer | | 1 | N/A | $7,000,000 |
| 15 | George | M. | Thomas | | Evelyn | | Thomas | | 1 | N/A | $7,000,000 |
| 16 | Vikki | Allyn | Turner-Cox | | Andre | | Cox | | 1 | | $7,000,000 |
| 17 | Stephen | | Vaughan | | Helen | | Vaughan | | 1 | | $7,000,000 |
| 18 | Freddie | | Wallace-Rakis | | John | | Rakis | | 1 | | $7,000,000 |
| 19 | Elizabeth | Ann | Walsh | | Richard | | Walsh | | 1 | | $7,000,000 |