UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| This document relates to: <br> *Mandelkow et al v. Islamic Republic of Iran* | Case No. 20-cv-00315 (GBD)(SN) <br> ECF Case |

**PLAINTIFFS' RENEWED MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF *MANDELKOW* PLAINTIFFS**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Barry Salzman (the "Salzman Declaration"), with exhibits including supplemental evidence demonstrating the pain and suffering endured by each of the Plaintiffs, and the accompanying memorandum of law, together with the evidence filed in the above-captioned multidistrict litigation, the Plaintiffs in the above-captioned matter (the "*Mandelkow* Plaintiffs"), by and through their undersigned counsel, respectfully move this Court:

(1) for an order of judgment by default, pursuant to 28 U.S.C. 1608(e) and Rule 55(b) of the Federal Rules of Civil Procedure, against Defendant the Islamic Republic of Iran as to its liability to the *Mandelkow* Plaintiffs under 28 U.S.C. 1605A;

(2) for a final order of partial judgment against Defendant the Islamic Republic of Iran pursuant to 28 U.S.C. 1608(e) and Rules 54(b) and 55 of the Federal Rules of Civil Procedure awarding each of the *Mandelkow* Plaintiffs listed in Exhibit A to the Salzman declaration, each of whom is a U.S. citizen and a spouse, parent, child, or sibling of an individual injured and ultimately killed as a result of the terrorist attacks that took place on September 11, 2001 (the "September 11 attacks"), or the estate of such a spouse, parent, child, or sibling, compensatory damages for solatium consistent with the amounts previously awarded to other

1

    immediate family members of decedents killed in the September 11 attacks, and prejudgment interest thereon at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment;

(3) for a final order of partial judgment against Defendant the Islamic Republic of Iran pursuant to 28 U.S.C. 1608(e) and Rules 54(b) and 55 of the Federal Rules of Civil Procedure awarding each of the *Mandelkow* Plaintiffs listed in Exhibit B to the Salzman declaration, each of whom is a personal representative of the estate of a U.S. citizen who was injured and ultimately killed as a result of the September 11 attacks, compensatory damages for pain and suffering consistent with the amounts previously awarded to other victims of the September 11 attacks, and prejudgment interest thereon at the rate of 4.96 per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and

(4) for an order permitting the *Mandelkow* Plaintiffs to seek economic damages, punitive damages, or other damages at a later date, consistent with any future rulings made by this Court.

A Proposed Judgment is filed simultaneously with this Notice.

|  |  |
|---|---|
| Dated: August 16, 2022 | Respectfully submitted,<br><br>*/s/ Barry Salzman*<br>Barry Salzman<br>Michael Barasch<br>Barasch & McGarry, P.C.<br>11 Park Place<br>18th Floor<br>New York, NY 10007<br>Phone: 212.385.8000<br>Fax: 212.385.7845<br><br>Aryeh S. Portnoy<br>Glen G. McGorty<br>Crowell & Moring LLP<br>590 Madison Avenue 20th Floor<br>New York, NY 10022<br>Phone: 212.223.4000<br>Fax: 212.223.4134<br><br>COUNSEL FOR PLAINTIFFS |