**EXHIBIT A**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **#** | **9/11 Decedent First Name** | **9/11 Decedent Middle Name** | **9/11 Decedent Last Name** | **Decedent Suffix** | **Plaintiff First Name** | **Plaintiff Middle Name** | **Plaintiff Last Name** | **Plaintiff Suffix** | **Plaintiff 's Relationship to 9/11 Decedent** | **ECF for Plaintiff's Claim Against Iran in case 20-cv-00355** | **ECF for Plaintiff's Prior Damages** | **Compensatory Damages (Solatium)** |
| 1 | Victor | L. | Accurso | | Diane | E. | Accurso | | Wife | 9 | N/A | $12,500,000 |
| 2 | Victor | L. | Accurso | | Victor | Louis | Accurso | Jr. | Son | 9 | N/A | $8,500,000 |
| 3 | Steven | J. | Acevedo | | Alexis | Daniel | Guichardo | | Son | 9 | N/A | $8,500,000 |
| 4 | Steven | J. | Acevedo | | Marilyn | | Guichardo | | Wife | 9 | N/A | $12,500,000 |
| 5 | Steven | J. | Acevedo | | Stevenicholas | | Guichardo | | Son | 9 | N/A | $8,500,000 |
| 6 | Charles | William | Achong | | Kristine | | Achong | | Daughter | 9 | N/A | $8,500,000 |
| 7 | Charles | William | Achong | | Rosemary | | Achong | | Wife | 9 | N/A | $12,500,000 |
| 8 | Daniel | Victor | Armenta | | Daniel | Peter | Armenta | | Son | 9 | N/A | $8,500,000 |
| 9 | Daniel | Victor | Armenta | | Doris | | Armenta | | Wife | 9 | N/A | $12,500,000 |
| 10 | Daniel | Victor | Armenta | | Martin | | Armenta | | Son | 9 | N/A | $8,500,000 |
| 11 | Keith | Edward | Atlas | | Donna | Ruth | Atlas | | Wife | 9 | N/A | $12,500,000 |
| 12 | Arthur | S. | Becker | | Judith | A. | Becker | | Wife | 9 | N/A | $12,500,000 |
| 13 | Charles | Michael | Benson | | Craig | | Benson | | Son | 9 | N/A | $8,500,000 |
| 14 | Charles | Michael | Benson | | Patricia | | Benson | | Wife | 9 | N/A | $12,500,000 |
| 15 | Charles | Michael | Benson | | Melinda | | McCabe | | Daughter | 9 | N/A | $8,500,000 |
| 16 | Charles | Michael | Benson | | Laura | Ann | Thomasberger | | Daughter | 9 | N/A | $8,500,000 |
| 17 | Mark | | Blaha | | Francine | | Paladino-Blaha | | Wife | 9 | N/A | $12,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | John | | Bohlmann | | Bette | Francis | Bohlmann | | Wife | 9 | N/A | $12,500,000 |
| 19 | John | | Bohlmann | | Daniel | W. | Bohlmann | | Son | 9 | N/A | $8,500,000 |
| 20 | John | | Bohlmann | | John | Peter | Bohlmann | | Son | 9 | N/A | $8,500,000 |
| 21 | John | | Bohlmann | | Theresa | | Malone | | Daughter | 9 | N/A | $8,500,000 |
| 22 | Alfred | | Borowski | | Lisa | | Lacy | | Daughter | 9 | N/A | $8,500,000 |
| 23 | Frank | M. | Brindisi | | Lara | J. | Brindisi | | Daughter | 9 | N/A | $8,500,000 |
| 24 | Frank | M. | Brindisi | | Shari | G. | Brindisi | | Wife | 9 | N/A | $12,500,000 |
| 25 | Frank | M. | Brindisi | | Thomas | F. | Brindisi | | Son | 9 | N/A | $8,500,000 |
| 26 | James | | Bruzza | | Kathleen | E. | Bruzza | | Wife | 9 | N/A | $12,500,000 |
| 27 | Maryann | | Campbell | | Laurence | B. | Campbell | | Husband | 9 | N/A | $12,500,000 |
| 28 | Norma | | Carroll | | Edward | J. | Carroll | | Husband | 9 | N/A | $12,500,000 |
| 29 | Victor | | Casaletto | | Angelina | | Casaletto | | Wife | 9 | N/A | $12,500,000 |
| 30 | Victor | | Casaletto | | Daniel | | Casaletto | | Son | 9 | N/A | $8,500,000 |
| 31 | Victor | | Casaletto | | Maria | | Inciardi | | Daughter | 9 | N/A | $8,500,000 |
| 32 | Victor | | Casaletto | | Kristina | | Ohring | | Daughter | 9 | N/A | $8,500,000 |
| 33 | Joseph | Patrick | Cassella | | James | Vincent | Cassella | | Son | 9 | N/A | $8,500,000 |
| 34 | Pat | | Chirico | | Lillian | | Chirico | | Wife | 9 | N/A | $12,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | Christopher | | Christofilakes | | Angelo | Peter | Christofilakes | | Brother | 9 | N/A | $4,250,000 |
| 36 | Christopher | | Christofilakes | | Christopher | John | Christofilakes | | Son | 9 | N/A | $8,500,000 |
| 37 | Christopher | | Christofilakes | | Demetra | | Christofilakes | | Sister | 9 | N/A | $4,250,000 |
| 38 | Christopher | | Christofilakes | | Nicholas | | Christofilakes | | Son | 9 | N/A | $8,500,000 |
| 39 | Christopher | | Christofilakes | | Rachel | L. | Christofilakes | | Daughter | 9 | N/A | $8,500,000 |
| 40 | Christopher | | Christofilakes | | Rose | | Christofilakes | | Wife | 9 | N/A | $12,500,000 |
| 41 | Thomas | | DeFrancisci | | John | Paul | DeFrancisci | | Son | 9 | N/A | $8,500,000 |
| 42 | Thomas | | DeFrancisci | | Rosemary | | DeFrancisci | | Wife | 9 | N/A | $12,500,000 |
| 43 | Thomas | | DeFrancisci | | Laura | Marie | Peña | | Daughter | 9 | N/A | $8,500,000 |
| 44 | Thomas | | DeFrancisci | | Lucy | Anne | Quartararo | | Daughter | 9 | N/A | $8,500,000 |
| 45 | Thomas | P. | Doepfner | | Carol | Ann | Brady | | Sister | 9 | N/A | $4,250,000 |
| 46 | Thomas | P. | Doepfner | | Cassandra | | Doepfner | | Daughter | 9 | N/A | $8,500,000 |
| 47 | Thomas | P. | Doepfner | | Joanne | | Doepfner | | Wife | 9 | N/A | $12,500,000 |
| 48 | Thomas | P. | Doepfner | | Timothy | P. | Doepfner | | Son | 9 | N/A | $8,500,000 |
| 49 | Thomas | P. | Doepfner | | Diane | M. | Russo | | Sister | 9 | N/A | $4,250,000 |
| 50 | John | | Dong | | Frederick | | Dong | | Brother | 9 | N/A | $4,250,000 |
| 51 | John | | Dong | | Katherine | | Dong | | Daughter | 9 | N/A | $8,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | John | | Dong | | Kevin | | Dong | | Son | 9 | N/A | $8,500,000 |
| 53 | John | | Dong | | Chi Ying[1] | | Tsang | | Sister | 9 | N/A | $4,250,000 |
| 54 | George | | Eysser | | Elaine | | Eysser | | Wife | 9 | N/A | $12,500,000 |
| 55 | George | | Eysser | | Laura | | Marich | | Daughter | 9 | N/A | $8,500,000 |
| 56 | Kenneth | John | Finck | | Kenneth | | Finck | Jr. | Son | 9 | N/A | $8,500,000 |
| 57 | Kenneth | John | Finck | | Mary | D. | Finck | | Wife | 9 | N/A | $12,500,000 |
| 58 | Kenneth | John | Finck | | Robert | J. | Finck | | Brother | 9 | N/A | $4,250,000 |
| 59 | Kenneth | John | Finck | | Diane | Marie | Fingar | | Daughter | 9 | N/A | $8,500,000 |
| 60 | Kenneth | John | Finck | | Joanne | Louise | Grunenthal | | Daughter | 9 | N/A | $8,500,000 |
| 61 | Nicholas | Gerard | Finelli | | John | Robert | Finelli | | Brother | 9 | N/A | $4,250,000 |
| 62 | Nicholas | Gerard | Finelli | | Jonathan | T. | Finelli | | Son | 9 | N/A | $8,500,000 |
| 63 | Nicholas | Gerard | Finelli | | Lucy | J. | Finelli | | Wife | 9 | N/A | $12,500,000 |
| 64 | Nicholas | Gerard | Finelli | | Michael | J. | Finelli | | Brother | 9 | N/A | $4,250,000 |
| 65 | Nicholas | Gerard | Finelli | | Nicholas | J. | Finelli | | Son | 9 | N/A | $8,500,000 |
| 66 | Nicholas | Gerard | Finelli | | Teresa[2] | | Finelli | | Mother | 9 | N/A | $8,500,000 |

---

[1] Chi Ying Tsang passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.
[2] Teresa Finelli passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

| EXHIBIT A | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 67 | James | William | Mandelkow | Jr. | David | J. | Mandelkow | | Son | 9 | N/A | $8,500,000 |
| 68 | James | William | Mandelkow | Jr. | Douglas | | Mandelkow | | Son | 9 | N/A | $8,500,000 |
| 69 | James | William | Mandelkow | Jr. | Elaine | E. | Mandelkow | | Wife | 9 | N/A | $12,500,000 |
| 70 | James | William | Mandelkow | Jr. | Melany | E. | Mandelkow | | Daughter | 9 | N/A | $8,500,000 |