**EXHIBIT B**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
|  | **EXHIBIT B** |

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Victor | L. | Accurso | | Diane | E. | Accurso | | 9 | N/A | $7,000,000 |
| 2 | Steven | J. | Acevedo | | Marilyn | | Guichardo | | 9 | N/A | $7,000,000 |
| 3 | Charles | William | Achong | | Rosemary | | Achong | | 14 | N/A | $7,000,000 |
| 4 | Daniel | Victor | Armenta | | Doris | | Armenta | | 9 | N/A | $7,000,000 |
| 5 | Keith | Edward | Atlas | | Donna | Ruth | Atlas | | 9 | N/A | $7,000,000 |
| 6 | Arthur | S. | Becker | | Judith | A. | Becker | | 9 | N/A | $7,000,000 |
| 7 | Charles | Michael | Benson | | Patricia | | Benson | | 9 | N/A | $7,000,000 |
| 8 | John | | Bohlmann | | Bette | Francis | Bohlmann | | 14 | N/A | $7,000,000 |
| 9 | Alfred | | Borowski | | Lisa | | Lacy | | 9 | N/A | $7,000,000 |
| 10 | James | | Bruzza | | Kathleen | E. | Bruzza | | 9 | N/A | $7,000,000 |
| 11 | Maryann | | Campbell | | Laurence | B. | Campbell | | 9 | N/A | $7,000,000 |
| 12 | Norma | | Carroll | | Edward | J. | Carroll | | 9 | N/A | $7,000,000 |
| 13 | Victor | | Casaletto | | Angelina | | Casaletto | | 9 | N/A | $7,000,000 |
| 14 | Joseph | Patrick | Cassella | | James | Vincent | Cassella | | 9 | N/A | $7,000,000 |
| 15 | Pat | | Chirico | | Lillian | | Chirico | | 9 | | $7,000,000 |

| | EXHIBIT B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 16 | Christopher | | Christofilakes | | Rose | | Christofilakes | | 9 | | $7,000,000 |
| 17 | Thomas | | DeFrancisci | | Rosemary | | DeFrancisci | | 9 | | $7,000,000 |
| 18 | Thomas | P. | Doepfner | | Joanne | | Doepfner | | 9 | | $7,000,000 |
| 19 | John | | Dong | | Katherine | | Dong | | 9 | | $7,000,000 |
| 20 | George | | Eysser | | Elaine | | Eysser | | 9 | | $7,000,000 |
| 21 | Kenneth | John | Finck | | Mary | D. | Finck | | 9 | | $7,000,000 |
| 22 | Nicholas | Gerard | Finelli | | Lucy | J. | Finelli | | 9 | | $7,000,000 |
| 23 | James | William | Mandelkow | Jr. | Elaine | E. | Mandelkow | | 9 | | $7,000,000 |