UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| This document relates to: <br> *Mandelkow et al v. Islamic Republic of Iran* | Case No. 20-cv-00315 (GBD)(SN) <br> ECF Case |

### [PROPOSED] PARTIAL FINAL DEFAULT JUDGMENT FOR *MANDELKOW* PLAINTIFFS IDENTIFIED AT EXHIBITS A AND B

Upon consideration of the evidence and arguments submitted by Plaintiffs in the above-captioned matter (the "*Mandelkow* Plaintiffs"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim injured and ultimately killed as a result of the terrorist attacks on September 11, 2001 (as identified on Exhibit A), or the estate of an individual who was injured and ultimately killed as a result of the terrorist attacks on September 11, 2001 (as identified on Exhibit B), in their Renewed Motion for Entry of Partial Final Default Judgment ("Motion") and memorandum of law in support thereof, together with the entire record in this case, it is hereby:

**ORDERED** that the Motion is granted; and it is

**ORDERED** that default judgment as to liability is entered under 28 U.S.C. § 1605A against the Islamic Republic of Iran and in favor of all *Mandelkow* Plaintiffs and; and it is

**ORDERED** that partial final judgment is entered under 28 U.S.C. § 1605A against the Islamic Republic of Iran and in favor of the *Mandelkow* Plaintiffs as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed as a result of the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

**ORDERED** that the *Mandelkow* Plaintiffs identified in Exhibit A are awarded partial

solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that partial final judgment is entered under 28 U.S.C. § 1605A against the Islamic Republic of Iran and in favor of the *Mandelkow* plaintiffs as identified in the attached Exhibit B, who are each the estate of a victim injured and ultimately killed as a result of the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it is

**ORDERED** that the *Mandelkow* Plaintiffs identified in Exhibit B are awarded partial compensatory damages for decedents' pain and suffering in an amount of $7,000,000 per estate to each estate, as set forth in Exhibit B; and it is

**ORDERED** that the *Mandelkow* Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment, in the amount of $_____; and it is

**ORDERED** that the *Mandelkow* Plaintiffs identified in Exhibits A and B may submit an application for economic damages, punitive damages, and other damages at a later date, consistent with any future rulings made by this Court.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 8358 and at 20-cv-00355 (S.D.N.Y.) ECF No. 66.

Dated: New York, New York
_____, 2022

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

**EXHIBIT A**

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Victor | L. | Accurso | | Diane | E. | Accurso | | Wife | 9 | N/A | $12,500,000 |
| 2 | Victor | L. | Accurso | | Victor | Louis | Accurso | Jr. | Son | 9 | N/A | $8,500,000 |
| 3 | Steven | J. | Acevedo | | Alexis | Daniel | Guichardo | | Son | 9 | N/A | $8,500,000 |
| 4 | Steven | J. | Acevedo | | Marilyn | | Guichardo | | Wife | 9 | N/A | $12,500,000 |
| 5 | Steven | J. | Acevedo | | Stevenicholas | | Guichardo | | Son | 9 | N/A | $8,500,000 |
| 6 | Charles | William | Achong | | Kristine | | Achong | | Daughter | 9 | N/A | $8,500,000 |
| 7 | Charles | William | Achong | | Rosemary | | Achong | | Wife | 9 | N/A | $12,500,000 |
| 8 | Daniel | Victor | Armenta | | Daniel | Peter | Armenta | | Son | 9 | N/A | $8,500,000 |
| 9 | Daniel | Victor | Armenta | | Doris | | Armenta | | Wife | 9 | N/A | $12,500,000 |
| 10 | Daniel | Victor | Armenta | | Martin | | Armenta | | Son | 9 | N/A | $8,500,000 |
| 11 | Keith | Edward | Atlas | | Donna | Ruth | Atlas | | Wife | 9 | N/A | $12,500,000 |
| 12 | Arthur | S. | Becker | | Judith | A. | Becker | | Wife | 9 | N/A | $12,500,000 |
| 13 | Charles | Michael | Benson | | Craig | | Benson | | Son | 9 | N/A | $8,500,000 |
| 14 | Charles | Michael | Benson | | Patricia | | Benson | | Wife | 9 | N/A | $12,500,000 |
| 15 | Charles | Michael | Benson | | Melinda | | McCabe | | Daughter | 9 | N/A | $8,500,000 |
| 16 | Charles | Michael | Benson | | Laura | Ann | Thomasberger | | Daughter | 9 | N/A | $8,500,000 |
| 17 | Mark | | Blaha | | Francine | | Paladino-Blaha | | Wife | 9 | N/A | $12,500,000 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT A | | | | | | | | | | | | |
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 18 | John | | Bohlmann | | Bette | Francis | Bohlmann | | Wife | 9 | N/A | $12,500,000 |
| 19 | John | | Bohlmann | | Daniel | W. | Bohlmann | | Son | 9 | N/A | $8,500,000 |
| 20 | John | | Bohlmann | | John | Peter | Bohlmann | | Son | 9 | N/A | $8,500,000 |
| 21 | John | | Bohlmann | | Theresa | | Malone | | Daughter | 9 | N/A | $8,500,000 |
| 22 | Alfred | | Borowski | | Lisa | | Lacy | | Daughter | 9 | N/A | $8,500,000 |
| 23 | Frank | M. | Brindisi | | Lara | J. | Brindisi | | Daughter | 9 | N/A | $8,500,000 |
| 24 | Frank | M. | Brindisi | | Shari | G. | Brindisi | | Wife | 9 | N/A | $12,500,000 |
| 25 | Frank | M. | Brindisi | | Thomas | F. | Brindisi | | Son | 9 | N/A | $8,500,000 |
| 26 | James | | Bruzza | | Kathleen | E. | Bruzza | | Wife | 9 | N/A | $12,500,000 |
| 27 | Maryann | | Campbell | | Laurence | B. | Campbell | | Husband | 9 | N/A | $12,500,000 |
| 28 | Norma | | Carroll | | Edward | J. | Carroll | | Husband | 9 | N/A | $12,500,000 |
| 29 | Victor | | Casaletto | | Angelina | | Casaletto | | Wife | 9 | N/A | $12,500,000 |
| 30 | Victor | | Casaletto | | Daniel | | Casaletto | | Son | 9 | N/A | $8,500,000 |
| 31 | Victor | | Casaletto | | Maria | | Inciardi | | Daughter | 9 | N/A | $8,500,000 |
| 32 | Victor | | Casaletto | | Kristina | | Ohring | | Daughter | 9 | N/A | $8,500,000 |
| 33 | Joseph | Patrick | Cassella | | James | Vincent | Cassella | | Son | 9 | N/A | $8,500,000 |
| 34 | Pat | | Chirico | | Lillian | | Chirico | | Wife | 9 | N/A | $12,500,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 35 | Christopher | | Christofilakes | | Angelo | Peter | Christofilakes | | Brother | 9 | N/A | $4,250,000 |
| 36 | Christopher | | Christofilakes | | Christopher | John | Christofilakes | | Son | 9 | N/A | $8,500,000 |
| 37 | Christopher | | Christofilakes | | Demetra | | Christofilakes | | Sister | 9 | N/A | $4,250,000 |
| 38 | Christopher | | Christofilakes | | Nicholas | | Christofilakes | | Son | 9 | N/A | $8,500,000 |
| 39 | Christopher | | Christofilakes | | Rachel | L. | Christofilakes | | Daughter | 9 | N/A | $8,500,000 |
| 40 | Christopher | | Christofilakes | | Rose | | Christofilakes | | Wife | 9 | N/A | $12,500,000 |
| 41 | Thomas | | DeFrancisci | | John | Paul | DeFrancisci | | Son | 9 | N/A | $8,500,000 |
| 42 | Thomas | | DeFrancisci | | Rosemary | | DeFrancisci | | Wife | 9 | N/A | $12,500,000 |
| 43 | Thomas | | DeFrancisci | | Laura | Marie | Peña | | Daughter | 9 | N/A | $8,500,000 |
| 44 | Thomas | | DeFrancisci | | Lucy | Anne | Quartararo | | Daughter | 9 | N/A | $8,500,000 |
| 45 | Thomas | P. | Doepfner | | Carol | Ann | Brady | | Sister | 9 | N/A | $4,250,000 |
| 46 | Thomas | P. | Doepfner | | Cassandra | | Doepfner | | Daughter | 9 | N/A | $8,500,000 |
| 47 | Thomas | P. | Doepfner | | Joanne | | Doepfner | | Wife | 9 | N/A | $12,500,000 |
| 48 | Thomas | P. | Doepfner | | Timothy | P. | Doepfner | | Son | 9 | N/A | $8,500,000 |
| 49 | Thomas | P. | Doepfner | | Diane | M. | Russo | | Sister | 9 | N/A | $4,250,000 |
| 50 | John | | Dong | | Frederick | | Dong | | Brother | 9 | N/A | $4,250,000 |
| 51 | John | | Dong | | Katherine | | Dong | | Daughter | 9 | N/A | $8,500,000 |

3

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | EXHIBIT A | | | | | |
| 52 | John | | Dong | | Kevin | | Dong | | Son | 9 | N/A | $8,500,000 |
| 53 | John | | Dong | | Chi Ying | | Tsang | | Sister | 9 | N/A | $4,250,000 |
| 54 | George | | Eysser | | Elaine | | Eysser | | Wife | 9 | N/A | $12,500,000 |
| 55 | George | | Eysser | | Laura | | Marich | | Daughter | 9 | N/A | $8,500,000 |
| 56 | Kenneth | John | Finck | | Kenneth | | Finck | Jr. | Son | 9 | N/A | $8,500,000 |
| 57 | Kenneth | John | Finck | | Mary | D. | Finck | | Wife | 9 | N/A | $12,500,000 |
| 58 | Kenneth | John | Finck | | Robert | J. | Finck | | Brother | 9 | N/A | $4,250,000 |
| 59 | Kenneth | John | Finck | | Diane | Marie | Fingar | | Daughter | 9 | N/A | $8,500,000 |
| 60 | Kenneth | John | Finck | | Joanne | Louise | Grunenthal | | Daughter | 9 | N/A | $8,500,000 |
| 61 | Nicholas | Gerard | Finelli | | John | Robert | Finelli | | Brother | 9 | N/A | $4,250,000 |
| 62 | Nicholas | Gerard | Finelli | | Jonathan | T. | Finelli | | Son | 9 | N/A | $8,500,000 |
| 63 | Nicholas | Gerard | Finelli | | Lucy | J. | Finelli | | Wife | 9 | N/A | $12,500,000 |
| 64 | Nicholas | Gerard | Finelli | | Michael | J. | Finelli | | Brother | 9 | N/A | $4,250,000 |
| 65 | Nicholas | Gerard | Finelli | | Nicholas | J. | Finelli | | Son | 9 | N/A | $8,500,000 |
| 66 | Nicholas | Gerard | Finelli | | Teresa | | Finelli | | Mother | 9 | N/A | $8,500,000 |
| 67 | James | William | Mandelkow | Jr. | David | J. | Mandelkow | | Son | 9 | N/A | $8,500,000 |
| 68 | James | William | Mandelkow | Jr. | Douglas | | Mandelkow | | Son | 9 | N/A | $8,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | James | William | Mandelkow | Jr. | Elaine | E. | Mandelkow |  | Wife | 9 | N/A | $12,500,000 |
| 70 | James | William | Mandelkow | Jr. | Melany | E. | Mandelkow |  | Daughter | 9 | N/A | $8,500,000 |

**EXHIBIT B**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **EXHIBIT B** | | | | | | | | | | |
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 1 | Victor | L. | Accurso | | Diane | E. | Accurso | | 9 | N/A | $7,000,000 |
| 2 | Steven | J. | Acevedo | | Marilyn | | Guichardo | | 9 | N/A | $7,000,000 |
| 3 | Charles | William | Achong | | Rosemary | | Achong | | 14 | N/A | $7,000,000 |
| 4 | Daniel | Victor | Armenta | | Doris | | Armenta | | 9 | N/A | $7,000,000 |
| 5 | Keith | Edward | Atlas | | Donna | Ruth | Atlas | | 9 | N/A | $7,000,000 |
| 6 | Arthur | S. | Becker | | Judith | A. | Becker | | 9 | N/A | $7,000,000 |
| 7 | Charles | Michael | Benson | | Patricia | | Benson | | 9 | N/A | $7,000,000 |
| 8 | John | | Bohlmann | | Bette | Francis | Bohlmann | | 14 | N/A | $7,000,000 |
| 9 | Alfred | | Borowski | | Lisa | | Lacy | | 9 | N/A | $7,000,000 |
| 10 | James | | Bruzza | | Kathleen | E. | Bruzza | | 9 | N/A | $7,000,000 |
| 11 | Maryann | | Campbell | | Laurence | B. | Campbell | | 9 | N/A | $7,000,000 |
| 12 | Norma | | Carroll | | Edward | J. | Carroll | | 9 | N/A | $7,000,000 |
| 13 | Victor | | Casaletto | | Angelina | | Casaletto | | 9 | N/A | $7,000,000 |
| 14 | Joseph | Patrick | Cassella | | James | Vincent | Cassella | | 9 | N/A | $7,000,000 |
| 15 | Pat | | Chirico | | Lillian | | Chirico | | 9 | | $7,000,000 |

| | **EXHIBIT B** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **#** | **Decedent First Name** | **Decedent Middle Name** | **Decedent Last Name** | **Suffix** | **Personal Representative First Name** | **Personal Representative Middle Name** | **Personal Representative Last Name** | **Personal Representative Suffix** | **ECF for Plaintiff's Claim Against Iran in case 20-cv-00355** | **ECF for Plaintiff's Prior Damages** | **Compensatory Damages (Wrongful Death / Pain & Suffering)** |
| 16 | Christopher | | Christofilakes | | Rose | | Christofilakes | | 9 | | $7,000,000 |
| 17 | Thomas | | DeFrancisci | | Rosemary | | DeFrancisci | | 9 | | $7,000,000 |
| 18 | Thomas | P. | Doepfner | | Joanne | | Doepfner | | 9 | | $7,000,000 |
| 19 | John | | Dong | | Katherine | | Dong | | 9 | | $7,000,000 |
| 20 | George | | Eysser | | Elaine | | Eysser | | 9 | | $7,000,000 |
| 21 | Kenneth | John | Finck | | Mary | D. | Finck | | 9 | | $7,000,000 |
| 22 | Nicholas | Gerard | Finelli | | Lucy | J. | Finelli | | 9 | | $7,000,000 |
| 23 | James | William | Mandelkow | Jr. | Elaine | E. | Mandelkow | | 9 | | $7,000,000 |