Estate Claimants - U.S. Nationals - Damages Sought Under Anti-Terrorism Act (ATA)

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | MDL ECF - Plaintiff's Claim Against Taliban | MDL ECF - Plaintiff's Liability Judgment Against Taliban | MDL ECF - Prior Damage Awards | DECEDENT ECONOMIC LOSS | TOTAL PARTIAL FINAL JUDGMENT AMOUNT FOR ESTATE | Treble Damages Sought Here under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B-1 | Lorraine | | Delapenha aka "Delapenha Fichera" | Donald | | Delapenha | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 28,408,170.00 | $ 28,408,170.00 | $ 85,224,510.00 |
| B-2 | Maureen | | Dominguez | Carlos | | Dominguez | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 7,271,528.00 | $ 7,271,528.00 | $ 21,814,584.00 |
| B-3 | Catherine | Anne | Faughnan | Christopher | | Faughnan | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 9,467,665.00 | $ 9,467,665.00 | $ 28,402,995.00 |
| B-4 | Erin | | Finnegan | Michael | | Finnegan | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 7,245,387.00 | $ 7,245,387.00 | $ 21,736,161.00 |
| B-5 | Cathy | | Geyer | James | | Geyer | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 3,564,202.00 | $ 3,564,202.00 | $ 10,692,606.00 |
| B-6 | Teresa | | Gomez | Enrique | | Gomez | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 1,386,252.00 | $ 1,386,252.00 | $ 4,158,756.00 |
| B-7 | Mary | Jean | Heller | H. Joseph | | Heller | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 7,514,963.00 | $ 7,514,963.00 | $ 22,544,889.00 |
| B-8 | Frederick | | Kelley | Janet | | Kelley | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 2,444,379.00 | $ 2,444,379.00 | $ 7,333,137.00 |
| B-9 | Carolann | | Larsen | Scott | | Larsen | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 4,458,274.00 | $ 4,458,274.00 | $ 13,374,822.00 |
| B-10 | Joseph | | Reitano | Vincent | | Litto | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 43,053,104.00 | $ 43,053,104.00 | $ 129,159,312.00 |
| B-11 | Lorraine | | Lynch | Sean | | Lynch | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 18,734,983.00 | $ 18,734,983.00 | $ 56,204,949.00 |
| B-12 | Elizabeth | | McNally | Edmund | | McNally | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 27,106,135.00 | $ 27,106,135.00 | $ 81,318,405.00 |
| B-13 | Navila | | Patterson | Bernard | | Patterson | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 12,974,826.00 | $ 12,974,826.00 | $ 38,924,478.00 |
| B-14 | Sally | | Calvin | Frank | | Salvaterra | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 64,223,840.00 | $ 64,223,840.00 | $ 192,671,520.00 |
| B-15 | Christine | | Spencer | Robert | | Spencer | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 10,501,328.00 | $ 10,501,328.00 | $ 31,503,984.00 |
| B-16 | Mary | Elizabeth | Tucker aka "Tucker Wadbrook" | Michael | | Tucker | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 47,992,813.00 | $ 47,992,813.00 | $ 143,978,439.00 |
| B-17 | Nayda | | Voskerijian | Garo | | Voskerijian | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 9,389,987.00 | $ 9,389,987.00 | $ 28,169,961.00 |
| B-18 | Carol | | Waldie | Kenneth | | Waldie | | 02-cv-7230 | 1463 | 1797 | 3226 | $ 3,292,854.00 | $ 3,292,854.00 | $ 9,878,562.00 |