# Exhibit A

## Plaintiffs

**Plaintiffs Seeking Entry of Default Against Certain Defendants**

*Ashton et al. v. Al Qaeda Islamic Army et al., 02:cv 6977*

-----------------------------------------------------------------------------x

KATHLEEN ASHTON
JOSEPHINE ALGER
FREDERICK ALGER
ANGELICA ALLEN
GEORGE ANDRUCKI
MARY ANDRUCKI
ALEXER PAUL ARANYOS
WINIFRED ARANYOS
MARGARET ARCE
VICKIE ROSE ARESTEGUI
MARGIT ARIAS
EVELYN ARON
NANCY BADAGLIACCA
CHRISTINA BAKSH
JOANNE BARBARA
DANIEL F. BARKOW
NINA BARNES
JEANNINE P. BARON
JANE BARTELS
KIMBERLY KAIPAKA BEAVEN
MICHELLE BEDIGIAN
SUSAN BERGER
MADELINE BERGIN
MIRIAM M. BIEGELEISEN
CHRISTINE BINI
NEIL B. BLASS
KRIS A. BLOOD
DOROTHY ANN BOGDAN
MARIA TERESA BOISSEAU
TRACI  BOSCO
KATHLEEN BOX
JAMES BOYLE
DAVID BRACE
JENNIFER E. BRADY
CURTIS FRED BREWER
HILLARY A. BRILEY
URSULA BROGHAMMER
JoANNE  BRUEHERT
JUAN B. BRUNO
SUSAN E. BUHSE
ELIZABETH R. BURNS
JAMES C. CAHILL

JAMES W. CAHILL
KATHLEEN CAHILL
DEBORAH CALDERON
JANET CALIA
JACQUELINE CANNIZZARO
TONI ANN CARROLL
JUDITH CASORIA
TRACY ANN TABACK CATALANO
SANTA CATARELLI
GINA CAYNE
SUK TAN CHIN
EDWARD P. CIAFARDINI
LISA DiLALLO CLARK
YUKO CLARK
MARYANN COLIN
JULIA COLLINS
PATRICIA COPPO
JOHN R. BRENNAN
PATRICIA COUGHLIN
EDITH CRUZ
ILDEFONSO A. CUA
LINDA CURIA
DAVID EDWARD CUSHING
LOUISA  D'ANTONIO
BERIL SOFIA DeFEO
VINCENT J. DELLA BELLA
MICHAEL DELOUGHERY
TODD DeVITO
MILAGROS DIAZ
ANDY DINNOO
DHANMATEE SAM
MARIA DiPILATO
STACEY FRAN DOLAN
JOSEPH DOWNEY
JAY CHARLES DUNNE
STANLEY ECKNA
DENISE ESPOSITO
DENNIS EULAU
JEANNE M. EVANS
AMY FARNUM
MARYANNE FARRELL
MELISSA VAN NESS FATHA
STEVEN FEIDELBERG
WENDY FEINBERG
CHARLENE FIORE
BRIAN FLANNERY
LORI FLETCHER
CLAUDIA FLYZIK

NANCY WALSH
ROBERT T. FOLGER
KURT FOSTER
CAROL FRANCOLINI
HELEN FRIEDLANDER
LISA FRIEDMAN
ANNE GABRIEL
MONICA M. GABRIELLE
KRISTIN GALUSHA-WILD
KATHLEEN GANCI
DOROTHY GARCIA
HECTOR GARCIA
CARMEN GARCIA
ELIZABETH GARDNER
MATHILDA GEIDEL
DIANE GENCO
PHILIP GERMAIN
CAROL GIES
JOHN J. GILL
SERINA GILLIS
ARMINE GIORGETTI
ANGELA GITTO
MEG BLOOM GLASSER
SHARON COBB-GLENN
HELENE PARISI-GNAZZO
JODIE GOLDBERG
MIA GONZALEZ
DEBORAH GRAZIOSO
CLAUDETTE B. GREENE
PETER GREENLEAF
REGAN GRICE-VEGA
JOANNE GROSS
MARY HAAG
GORDON G. HABERMAN
PATRICIA HAN
RENE BACOTTI HANNAFIN
RACHEL R. HARRELL
ELINORE HARTZ
JENNIFER L. HARVEY
KELLY HAYES
VIRGINIA HAYES
ANN R. HAYNES
THERESA HEALEY
SHIRLEY HENDERSON
HASHIM A. HENDERSON
KAREN HINDS
DENNIS L. HOBBS
DIXIE M. HOBBS

PAMELA HOHLWECK
KATHLEEN HOLLAND
RUBINA COX-HOLLOWAY
COLLEEN HOLOHAN
JOANN T. HOWARD
BRIDGET HUNTER
KATHRYN J. HUSSA
YESENIA IELPI
FREDERICK IRBY
MARGARET P. ISKYAN
JENNIFER RUTH JACOBS
KAZIMIERZ JAKUBIAK
LEILA M. JOSEPH
WOODLY JOSEPH
PAUL KAUFMAN
ELIZABETH H. KELLER
ROBERTA KELLERMAN
PATRICIA KELLETT
EMMET P. KELLY
ROSEMARY KEMPTON
DONALD FRANCIS KENNEDY
THERESA KING
VERONICA KLARES
RICHARD I. KLEIN
FRANCES LaFORTE
EDLENE C. LaFRANCE
COLETTE M. LAFUENTE
MORRIS D. LAMONSOFF
LAURIE S. LAUTERBACH
ANDREA N. LeBLANC
DONALD LEISTMAN
INGRID M. LENIHAN
ELAINE LEINUNG
ROBERTA J. LEVINE
JERLINE LEWIS
JEFFREY LOVIT
JEFFREY LOVIT
KATHLEEN KEELER LOZIER
ANNE MacFARLANE
LISANNE MacKENZIE
ANDREA MAFFEO
PAMELA ANN MAGGITTI
NATALIE MAKSHANOV
REBECCA L. MARCHAND
BETTYANN MARTINEAU
LORI MASCALI
DOROTHY MAURO
MERYL MAYO

MARGARET DONOGHUE McGINLEY
ILIANA McGINNIS
CYNTHIA F. McGINTY
VIRGINIA McKEON
PATRICIA H. McDOWELL
THERESA McGOVERN
JOANN MEEHAN
OLGA MERINO
FRYDERYK MILEWSKI
ANNA MILEWSKI
AMBER MILLER
JAMIE MILLER
DIANE MILLER
FAITH MILLER
BARBARA MINERVINO
JOANNE MODAFFERI
ANNA MOJICA
SARADHA MOORTHY
ELIZABETH ANN MOSS
EMILY MOTRONI
LAUREN MURPHY
ELVIRA  P. MURPHY
RICHARD B. NAIMAN
EDWARD NAVARRO
WILLIAM NELSON
MERRILLY E. NOETH
DANA NOONAN
WILLIAM B. NOVOTNY
MICHAEL J. NOVOTNY
WILLIAM O'CONNOR
JAMES WALLACE O'GRADY
SHERYL J. OLIVER
HARRY ONG JR.
LISA PALAZZO
DONNA PAOLILLO
HELENE S. PASSARO
MARY GOLA PEREZ
LINDA PICKFORD
NANCY PICONE
JEAN OSLYN POWELL
KAREN PRINCIOTTA
MICHAEL PUCKETT
DOMINIC J. PUOPOLO SR.
PATRICIA QUIGLEY
FRANCINE RAGGIO
DEBORAH RANCKE
MARYANN RAND
SADIQ RASOOL

5

SUSAN RASWEILER
CATHERINE T. REGENHARD
ELIZABETH REGO
WILLIAM D. ROBBINS
EVELYN RODRIGUEZ
MARTIN ROSENBAUM
GLENNA M. ROSENBERG
JILL ROSENBLUM
JUDI A. ROSS
CLAUDIA RUGGIERE
GILBERT RUIZ JR.
ANDREA RUSSIN
DIANE RYAN
MARGARET RYAN
DELPHINE SAADA
PEDRO SALAME
MARY LYNN SANTOS
BARBARA SCARAMUZZINO
JANLYN SCAUSO
PHYLLIS SCHREIER
NANCY SHEA
MAUREEN SHERRY
LORI SHULMAN
HOLLI SILVER
EILEEN SIMON
DHANRAJ SINGH
MARK J. SISKOPOULOS
DONNA SMITH
BARBARA SOHAN
ROBERT SPADAFORA ESQ.
LAURIE SPAMPINATO
THERESA A. STACK
GREGORY STEVENS
EDWARD J. SWEENEY
EILEEN TALLON
PATRICIA TARASIEWICZ
EVELYN TEPEDINO
RAJ THACKURDEEN
SAT THACKURDEEN
ROBIN THEURKAUF
ROSANA THOMPSON
JOSEPH A. TIESI
KIMBERLY TRIMINGHAM-AIKEN
MARIE TWOMEY
VICTOR UGOLYN
FELICIANA UMANZOR
VIRGINIA LORENE ROSSITER VALVO
JASMINE VICTORIA

6

DAWN TORRES BROWN
RICHARD VILLA
ANTHONY VINCELLI
LUCY VIRGILIO
BENHARDT  R. WAINIO
DIANE WALL
DIANNE M. WALSH
AMY L. WEAVER
DELIA WELTY
LENA WHITTAKER
PATRICIA WISWALL
ANNE M. WODENSHEK
CELLA WOO-YUEN
SIEW-SIM YEOW
MADELEINE A. ZUCCALA
ERICA ZUCKER
NANCY LYNN ZUCKERMAN
ALDO ADISSI
EDWARD ARANCIO
KATHLEEN M. ARANCIO
LEONARD ARDIZZONE
BARBARA ARDIZZONE
THOMAS BAEZ
JOSEPH BELTRANI
ANDREW BRAUN
ANDRZEJ CIESLIK
JAMES CIZIKE
THOMAS CONROY JR.
GIBSON A. CRAIG
BRADLEY DALY
DOMENICK DAMIANO
ROBERT J. D'ELIA
THOMAS DONNELLY
CHARLES DOWNEY
JOSEPH R. DOWNEY
TIMOTHY L. FROLICH
IRENE FROLICH
STEVEN M. GILLESPIE
JOSEPH HANDS
JOHN HASSETT
WARREN HAYES
JAMES D. HODGES II
NETTA ISSACOF
ARNOLD LEDERMAN
PHYLLIS LEDERMAN
MICHAEL J. LINDY
SANDY AMRITA MAHABIR
WILLIAM MARTIN

7

KEVIN McARDLE
JAMES McGETRICK
OWEN McGOVERN
WARREN MONROE
KEVIN MOUNT
KEVIN G. MURPHY
JANICE O'DELL
TIMOTHY PARKER
KEVIN QUINN
HOWARD RICE
LOUIS SCHAEFER
CHARLES SCHMID
SCOTT SCHRIMPE
RICHARD TING
GEORGE LUIS TORRES
ROBERT V. TRIVIGNO
RUSSELL J. VOMERO
EDWARD WALSH
PHILIP J. ZEISS
EMILY AMARANTO
LORI ANN ARCZYNSKI
LOUANNE BAILY
MONICA BARBELLA
MARCEL BIRNBAUM
SHARON BOOKER
FREDERICK BOWERS JR.
JEAN BRACA
RODNEY CALLUM
NANCY E. CARROLL
DAVID J. CHAZIN
MARIANNE CRUIKSHANK
TANYA KIM DAVIS
JOAN E. DINCUFF
FRANK DINCUFF
NGORAN DJE
SAM ELLIS
EILEEN ERWIN
MARY L. FERGUSON
TIERNEY FRAWLEY
LARRY GIUGLIANO
MARY JO GRILLO
DIGNA HERNANDEZ
KATHERINE M. HOORN
DENNIS J. HOORN
JOSEPH WALTER HROMADA
KAREN R. HUGHES
YELENA ILKANAYEV

EMILY LIZCANO
JEANNE McALARY
ANN McCARTHY
DEBRA McSWEENEY
LLOYD C. MAIR
MARY JEAN McCARTHY O'LEARY
DEBORAH OPPERMAN
PERRY S. ORETZKY
KANTILAL PATEL
NICOLE REDA
NILSA RIVERA
RICKY VIDER RIVERS
EILEEN A. SHANAHAN
SAMANTHA TAYLOR
BARBARA TIRADO
ANNE VANDEVANDER
REMA WAISER
JANICE C. WILLIAMS
DEBBIE WILLIAMS
JOHN CITARELLA
DOUGLAS F. COPP
BRIAN ROCOVICH
STEVE SULLIVAN
WILLIAM WALSH
EDELMIRO ABAD
MARY ELIZABETH ADDERLEY
TERENCE E. ADDERLEY
CARMEN AGNES
MILTIADIS AHLADIOTIS
DONNA ALBERT
JOSEPH BERARDI
VALERIE BETHKE
DEBORAH BLANDING
GAIL BRENNAN
DAWN BRYFOGLE
JULIE BURKE
MARTHA C. BUTLER
SHARON CAHILL
SUSAN CALCAGNO
MICHELLE and VINCENT CANGELOSI
LORI CAPORICCI
JEAN CAREY
CATHY CARILLI-SINTON
PATRICIA CARRINGTON
LEONARD A. CASTRIANNO
GERALDINE CEFALU
BOB CHEATHAM
JOHN FRANCIS CLARKE

ROBERT CLARK
CHARLES CLYNE
VINCENT J. COAKLEY
CAROLINE COAKLEY
FELICIA A. CORBETT
PAULA COTTOY
MARIANN COYLE
JOHN CRANT
LISA B. CRAWFORD
MARIA CRIFASI
JOANN CROSS
MARIA CRUZ
FREDERICK CURRY
PATRICIA DeANGELIS
MARION S. DeBLASE
VIOLETTA a/k/a VIVI DEMAS
BROOKE DEMING
CHRISTEL DeSIMONE
ROBERT P. DEVITT SR.
DONNA DiAGOSTINO
DAVID A. DiSTEFANO
DAVID EGAN
DAVID EGAN
GAIL EAGLESON
LUIS ESPINOZA
LAURA FALLON
PATRICIA FALLONE
MAUREEN FANNING
JEANINE LONG FRAZIER
ROBIN A. FREUND
KENNETH R. FRIED
MEREDITH FRY
FRANCINE GALLAGHER
CANDY GLAZER
ANTONIA GARGANO
JILL GARTENBERG
MICHELLE GELINAS
DEBRA GELLER
SONDRA GIACCONE
LACHANZE GOODING
ROXANNE GREEN
SUSAN MALLERY GURIAN
THOMAS HANNON
CAROL HARAN
SHEILA G. HARRIS
WANDA HERNANDEZ
ALLISON HOBBS
JAMES S. HOFFMAN

10

ROSEMARIE HOHMANN
CHRISTOPHER HOWARD
BARRY JABLONSKI
ROBERT B. JACKMAN
JU-HSIU JIAN
JAN L. KANDELL
GEORGE KATSIMATIDES
JUDITH KEANE
JULIE E. KELLY
SUSAN KELLY
PAUL KIEFER
DONNA KLITZMAN
SUSAN KLITZMAN
HARLENE LARRY
ANN LEAVY
KAREN LEE
DELORES LEGREE
MARIA LEGRO
SUSAN LENOIR
CHRISTINE E. LeVEEN
MARIE LUKAS
MICHELLE LUNDEN
LORRAINE MARCHESE
JUAN MARTINEZ
PEARL MAYNARD
BETTY ANN McCARTHY
WILLIAM McCARTHY
SUSAN McDERMOTT
MARY BETH McERLEAN
MARY S. McGOVERN
GEORGE McLAUGHLIN
ANNE McNEIL
KOULA MERKOURIS
DIANE MONAHAN
ROBERTA MORELL
NANCY MORONEY
LORRAINE MOSICAL
ELIZABETH MURPHY
JUDITH BRAM MURPHY
GAIL MYHRE
ENRICA NACCAROTO
DAVID DWIGHT NELSON
SHARON BAKER-GUAL
MANUELA OCTAVIA NITA-GALLO
ARLINE NUSSBAUM
DENNIS O'CONNOR
LYNNE O'CONNOR
JOSEPH O'KEEFE

HOLLY D. O'NEILL
SHEILA MARIE G. ORNEDO
TRACY ORR
JOANNA OSTROWSKI
KENNETH OSWALD
SUSAN OU
KATHLEEN OWENS
YVETTE PABON
BLANCA GUTIERREZ DE PAZ
BOBBIE CATHERINE PEAK
SOPHIE PELLETIER
LOURDES PEREZ-BERKELEY
PATRICIA PERRONCINO
JOSEPH PERROTTA
BERNARD PHAIR
MURRAY C. PITT
ERIN PITT RICHARDS
SUSAN PRUNTY
JODI RIVERSO
ELAINE RIZZA
KATHERINE ROBSON
ESTHER RODRIGUEZ
RONALD R. ROHNER
ALISSA ROSENBERG-TORRES
MICHELE SAND
JOSEPH SANTO
SHEILA SCANDOLE
KENNETH G. SCHIELKE
JEFFREY SCHORPP
PATRICIA B. SCHWARTZ
CHARLES SCIBETTA
CARINE SCULLIN
LEONOR SHAHID
SYED SHAHID
JYOTHI SHAH
BENJAMIN SHAMAY
JANINE SNYDER
LAWAN SRINUAN
CHALERMCHAI SRINUAN
DANIEL STAN
PATRICIA A. STRAINE
SUZANNE SWAINE
MIDORI TAKAHASHI
EMILY TERRY
THOMAS EDWARD TIGHE
KATHLEEN TRANT
MARY TSELEPIS
JULIE UMAN

PATRICIA VILARDO
STANLEY WEINSTEIN
CAROL WISNIEWSKI
KATHLEEN M. WIK
CHARLES WOLFE
KAREN WORTLEY
DYAN ZINZI
CAROL ZION
WILLIAM STEVEN GOLDSTEIN
TIMOTHY MOLCZYK
JOHN DRISCOLL
LADWIN BRISSETT
ELLEN McQUEEN
MARIE POLITE
CHRISTOPHER SPARACIA
JILL FENWICK
SEAN GENOVESE
DANIEL J. PRITZKER
BRIAN J. SULLIVAN
THOMAS McHUGH
JAMES J. BARANEK
ROBERT RENODE JR
GREGORY E. MANNING
HILDA VALENTINE
HARRY WAIZER
MARIA WARD
PETER MOLNAR
DEBORAH AMATO
SANDRA BURNSIDE
WARREN COLODNER
JEAN C FISCHER
LISA PALAZZO
RICHARD A PITINO
WILLIAM F REILLY
LINDA SARLE
ELLEN SHEA
LORRAINE SPEAR
DIANE STARITA
HARUMI TAKAHASHI
MARIA ARYEE
JoANN ATLAS
VLADIMIR BASIN
PAULINE and CHARLES LESLIE BERKELEY
PAULA BERRY
JOLANTA BOYARSKY
PHILIP G BRADSHAW
SUSAN CARROLL

13

PATRICIA DEAN
WILLIAM A DREIER
MARY WRIGHT
IRINA DUBENSKAYA
ZHANNA GALPERINA
RANULFO and RENEE GAMBOA
RACHEL W GOODRICH
BOBBY GRIFFIN
GWYNETTA HURST
LILLIAN ILOWITZ
ELLA KHALIF
JIN HEE KIM
PAUL KIM
ARSEN KOLPAKOV
NADADUR S KUMAR
NADADUR S KUMAR
NATALYA LOGINOVA
SHARI MAIO
RAYNETTE MASCARENHAS
MARJORIE BETH MILLER
SURI MORGENSTERN
CATHY MUROLO
MARY NICHOLSON
MARY NICHOLSON
GEORGE NICOSIA
FRANK K PEZZUTI
VIVIAN BETH REUBEN
VASILIY RIJOV
ILIA RODRIGUEZ
LAUREN ROSENZWEIG
MARIA L RYAN
KIM STATKEVICUS
JILL K TARROU
FRANK TAYLOR
KIMBERLY TRUDEL
LAURA BACARELLA
ISRAEL HALPERN
ERNESTO BARRERA
SHARLENE M BECKWITH
JAMES A REED
BENITO COLON
VICTORIA HIGLEY
MAUREEN KELLY
MARION KNOX
LAURA J LASSMAN

PHILIP LEE
MEI JY LEE
MELVIN LEWIS
JOHN LEWIS
JOHN A MARTIN
PAUL R MARTIN
JOVIANA MERCADO
LINDA PASCUMA
SEAN PASSANANTI
HELEN PFEIFER
DANIEL POLATSCH
THERESA REGAN
ARMAND REO
ALEXANDER & MAUREEN SANTORO
NARASIMHA SATTALURI
CYNTHIA TUMULTY
YUN YU ZHENG
DAVID ZIMINSKI
ROBERT BERMINGHAM
MARK BERNHEIMER
DONALD DiDOMENICO
JOSEPH DONOVAN
WILLIAM ELLIS
MICHAEL ENDRIZZI
THOMAS FLETCHER
MARK GOLDWASSER
RON HARDING
JEREMIAH HARNEY
PETER IOVENO
JURGIEL KAZIMIERZ
ROBERT KEANE
RAYMOND LACHHMAN
GEORGE LANTAY
HOUSSAIN LAZAAR
JOYCE LEIGH
VINCENT LeVIEN
JEFF LEVER
JERZY MROZEK
ANDREW QUINN
DENNIS QUINN
KEVIN ROGERS
CARMEN ROMERO
CHRISTINE SAKOUTIS
KEMRAJ SINGH
GARY WENDELL
ANNE ANGELINI
KATHLEEN G. APOSTOL

LOWELL L BELL
PATRICIA BELL
LINDA BOWMAN
RICHARD PETER CARNEY
FRANCES M COFFEY
FRANCES M COFFEY
ANGELA DANZ
GERALDINE DAVIE
CHRISTOPHER V. DELLA PIETRA
MARIAN FONTANA
ELISABET GARDNER
ROXANN GIORDANO
JOHN F GREGORY
JOANNE HATTON
MARIE HUNCHAK
MARY JEANETTE JONES
MAUREEN KENNEDY
SHERI ANNE LADLEY
KIMBERLEY S. LAMANTIA
CAROL LAEITA
KIM L. LASKO
MELVIN LEWIS
JOHN LEWIS
DENISE LYNCH
ANNE MARIE MCCANN
MICHELLE MCCRANN
LIDIA MELENDEZ
ENRICA NACCARATO
MARY NICHOLSON
ANDREA O'HAGAN
JOHN ERIC OLSON
ALREDO F. ORTIZ
SAMPATH PAKKALA
EDWARD RADBURN
CARMEN RODRIGUEZ
GRISSEL RODRIGUEZ-VALENTIN
SUSAN ROSSINOW
DAE JIN RYOOK
ARLENE SACERDOTE
PAULA SHAPIRO
JERRI SMITH
MARY E. TADDEI
CONSUELO VELAZQUEZ
FLOYD WEIL
DARREN WILLIAMS

KENNETH WILLIAMS
HELEN ZACCOLI
JILL ZANGRILLI
DOROTA ZOIS
RONALD DE FRANCESCO
DENNIS SIRJUESINGH
GUY ROSBROOK
TAMAR ROSBROOK
MARIA WARD
CHRISTY FERER
JULIO CESAR FERNANDEZ
CAROL LAIETA
JUAN MARTINEZ
MICHAEL RAMBOUSEK
LAURIE WEINBERG
SUSAN WOHLFORTH
ARLENE BEYER
SUSAN CORREA
EILEEN GERATY
DONNA HICKEY
JENNIFER MINGIONE
PATRICK J MULLAN
JENNIFER REILLY
MARY ILL
MARCELLA LEAHY
JOY & WILLIAM JOHNSON
STEPHEN SAUCEDO
DENA SMAGALA
CARMEN SUAREZ
PAULETTE ROBERTS
THOMAS ROBERTS
BARBARA ANN SWAT
LAURA WEINBERG

**FDNY**
ANTHONY ACCARDO
LUIS ACEVEDO
PETER ACQUAFREA
MICHAEL AGOVINO
KENNETH AHLERS
THOMAS AKERBERG
RICHARD ALLES
ROBERT ANNUNZIATO
VINCENT ANDERSON
ANDREW ANSBRO

HARRY ANTONOPOULOS
SALVATORE ANZALONE
LAWRENCE ARCHER
JOSEPH ASTARITA
CHRISTOPHER ATTANASIO
ANTHONY AUCIELLO
JOSEPH BACHERT
MICHAEL  BAILEY
AUGUSTIN BALARAM
WEST BALLOU
RICHARD BANAT
PAUL BARBARA
PAUL BARDO
THOMAS BAROZ
ROBERT BARRETT
BRUCE BARVELS
STEVEN BASCELLI
PAUL BASSO
ANDREW BEARD
MARIO BELL
JOHN BELMONTE
TIMOTHY BENNETT
JOSEPH BENNETT
JAMES BERGEN
JOSEPH BERING
CHARLES BERNARDI
DANIEL BEYAR
GEORGE BEYER
GREGORY BIERSTER
JOSEPH BISERTA
WILLIAM BLAICH
PETER BLAICH
SUSAN BLAKE
MARK BLANCHARD
GODFREY BLYTHE
JOHN BONGIORNO
REGINALD BONNER
MARK BONSANTI
ROBERT BORNHOEFT
NICHOLAS BORRILLO
GEORGE BRAADT
MANUEL BRACERO
JAMES BRADY
THOMAS BRADY
JOSEPH BREEN
GERALD BRENKERT

JAMES BRENNAN
RONALD BRENNEISEN
VITO BRINZO
MICHAEL BRODY
CHRISTOPHER BROUGHTON
PETER BROWN
RAYMOND BROWN
JAMES BRUNO
GREG BRUNO
DAVID BRUNSDEN
JOHN BYRNES
MICHAEL BUCKLEY
VINCENT BUONOCORE
MATTHEW BUONO
JAMES BURKE
WILLIAM BURKE
THOMAS BURKE
ROBERT BURNS
FRANCIS CALABRO
ROBERT CALISE
RICHARD CAMIOLO
ERNANDO CAMACHO
RONALD CAMMARATA
RICHARD CAMPBELL
BRYAN CAMPBELL
ATHEWW CAMPISI
VINCENT CANALE
VICTOR CANTELMO
MICHAEL CAPASSO
CHARLES CAPLE
DAVID CAPUTO
HARRY CARDIO
PATRICK CAREY
PETER CARINO
WILLIAM CARLSON
ANGEL CARRERO
WILLIAM CARLSON
WILLIAM CARROLL
JOHN CARROLL
ROBERT CARUSO
JOSEPH CASALIGGI
DONALD CASEY
JAMES CASH
STEPHEN CASSE
JOHN CASSIDY
STEPHEN CASSIDY

GREGORY CASTELLANO
JOSEPH CESTARI
ANTHONY CHAIMOWITZ
DINO CHIRCO
SHERWIN CHOW
JEFFREY CHRISTENSEN
ROBERT CHRISTY
FRANK CIARAVINO
RAYMOND CLANCY
DONALD CLARK
DENNIS CLARKE
BRIAN CLARO
JAMES CODY
ROBERT COLLIGAN
CARMELO COMPOSTO
STEPHEN CONKLIN
DAVID CONLIN
KEVIN CONNELLY
THOMAS CONNOLLY
MICHAEL CONNOLLY
WILLIAM CONNOLLY
STEVEN CONNOR
KENNETH COOK
MICHAEL J. CORRIGAN JR
MICHAEL CORRIGAN
CHRISTOPHER CORSI
EDWARD COSTELLO
ROY COTIGNOLA
PATRICK COTTON
JOHN COUGHLIN
CHRISTOPHER COUGHLIN
RICHARD COYLE
OMAR CRISOSTOMO
CHARLES CROCCO
PATRICK CULLEN
RICHARD CURIEL
EDWARD CUTTING
DENNIS CZECZOTKA
KENNETH D'ALBERO
PETER D'ANCONA
DOMINIC D'ARRIGO
STEVEN DAHLSTROM
JOHN DALY
DANIEL DALY
THOMAS DAMORE
ARTHUR DARBY

KEVIN DARCY
GERARD DAVAN
JOSEPH DAWSON
RODNEY DECORT
FRANCIS DEFEO
WILLIAM DELEHANTY
JAMES DePAOB
ROBERT DeSANDIS
RAYMOND DIAZ
MARK DiMAGGIO
RICHARD DIORIO
CHARLES DiRICO
KEVIN DOHERTY
THOMAS DOHERTY
MICHAEL DOLAN
MICHAEL DONOHUE
WILLIAM DONOHUE
MICHAEL DONOVAN
MICHAEL DORGAN
JAMES DORMAN
JOHN DOUGHERTY
LEONARD DRAVES
JOSEPH DRISCOLL
RICHARD DRISCOLL
KEVIN DUFFY
JOHN DUNN
JOSEPH DUNN
THOMAS DUNN
WILLIAM DUNN
JAMES EFTHIMIADES
ERNEST EHLBERG
GREG EINSFELD
JAMES ELMENDORF
KENNETH ERB
DAVID FARRAN
FRANCIS FEEHAN
JAMES FEELEY
TERRY FELRICE
DANIEL FENNELL
THOMAS FERRANOLA
TERENCE FINNERMAN
FRANK FIORE
CHRISTOPHER FISCHER
ROBERT FITHIAN
DAVID FITTON
MIKE FITZPATRICK

PATRICK FITZSIMMONS
WILLIAM FLAHERTY
THOMAS FLEMING
DONALD FLORE
DANIEL FLORENCO
MICHAEL FLYNN
JOHN FLYNN
JOSEPH FLYNN
RICHARD FLYNN
WILLIAM FODER
GREGORY FODOR
DANIEL FOLEY
FRANK FONTAINO
WARREN FORSYTH
CHARLES FORTIN
ANTHONY FRACHIOLLA
PETER FRANK
SCOTT FRAZIER
FREDERICK FUCHS
ALFREDO FUENTES
DANIEL FURLAND
JOHNNY GAGLIANO
JOHN GAINE
JACK GALANTE
ANDREW GALASSO
JAMES GALLICCHIO
ANTHONY GALLO
EDWARD GANASSA
ANDREW GARGIULO
WAYNE GARGIULO
JOHN GARNETT
ROBERT GAROFOLO
STEPHEN GAUDUT
CHRISTOS GEORGE
PAUL GERMANN
THOMAS GERRISH
PETER GIAMMARINO
KENNETH GIANNELLI
SALVATORE GIGANTE
JOSEPH GILDEN
MICHAEL GIMPEL
CRAIG GIUFFRE
ROBERT GLEASON
WILLIAM GLEASON
KEVIN GLOCK
PETER GLOWACZ

DONALD GOLLER
TONY GONZALEZ
JOHN GORGONE
MICHAEL GORMAN
PATRICK GORMAN
WILLIAM GORMAN
RICHARD GOULD
MICHAEL GRACE
CHRISTOPHER GREEN
WILLIAM GREEN
ROBERT GRELL
DANIEL GROGUL
KEITH GROSS
KRISTEN GROSS
DANIEL GROSSI
MICHAEL GUARDINO
FRANK GUNTHER
MICHAEL GURNICK
LUIS GUTIERREZ
PAUL HAARMAN
JAMES HALABY
PAUL HALEY
KENNETH HANSEN
SCOTT HANSON
MICHAEL HARRIS
ROBERT HARTIE
BRIAN HARVEY
LEROY HAYNES
MELFORD HAZEL
JAMES HEAL
GEORGE W HEAR
STEPHEN HEAVEY
GREGORY HELFER
EUGENE HENDERSON
THOMAS HENRY
JOHN HENRICKSEN
JOHN HENRY
WILLIAM HERLIHY
HERBERT HICKEY
SEAN HICKEY
PATRICK HICKEY
JOSEPH HIGGINS
WILLIAM HOAG
ROBERT HOFER
JOHN HOLOHAN
TIMOTHY HOPPEY

BRYAN HORAN
MICHAEL HORAN
ANDREW HORNBUCKLE
ROBERT HOURICAN
EDWARD HRONEC
ROBERT HUMPHREY
JAMES HURON
MICHAEL IANNAZZO
MICHAEL INCANTALUPO
LLOYD INFANZON
WILLIAM INGRAM
EDWARD IRELAND
PETER JAKUBOWSKI
JOSEPH JANKUNIS
RICHARD JANOSCAK
MATTHEW JASKO
WILLIAM JENNERICH
LAWRENCE JENSEN
PETER JENSEN
STANLEY JESSAMINE
PAUL JOHNSEN
KEITH JOHNSON
NATHANIAL JOHNSON
ROBERT JOHNSTON
JEFFREY JONES
NIELS JORGENSEN
JOHN JOYCE
WILLIAM JUTT
JOSEPH KADILLAK
GARY KAKEH
WILLIAM KALLETTA
THOMAS KANE
JAMES KAY
DANIEL KEANE
KENNETH KEARNS
ROBERT KEATING
WILLIAM KEEGAN
THOMAS KEERY
ROBERT KELLER
JAMES KELLY
JOHN KELLY
MICHAEL KELLEHER
JOHN KELTON
DANIEL KEMMET, SR.
DANIEL KEMMET, JR.
MICHAEL KEMPER

JOSEPH KENNEDY
DENNIS KERBIS
KENNETH KERR
JOHN KIELTY
JOSEPH KILLEEN
CHRISTOPHER KING
JOHN KIRK
WINFIELD KLUTH
WILLIAM KNOTH
ERIC KNUTSEN
CRAIG KOBES
CHARLES KOTOV
WALTER KOWALCEZYK
MICHAEL KOZAK
STEVEN KRAKOWER
RICHARD KUERNER
JOHN LaBARBERA
ROBERT LACEY
ERIK LAHODA
LANCE LaMAZZA
RAYMOND LAMBDIN
RICHARD LANG
MICHAEL LaROSA
JOSEPH LAVIN
PATRICK LAVIN
WILLIAM LEAHY
FRANK LEANDRO
EDWARD LEE
CHRISTOS LEFKADITIS
JAMES LEIBMAN
JOSEPH LEMBO
RICHARD LeMONDA
KEVIN LENAHAN
JOHN LENIHAN
HUGH LENNON
JOHN LEVENDOSKY
RONALD LITTLEJOHN
LANCE LIZZUL
ROBERT LODATO
EDWARD LOEHMANN
FRANK LOMBARDI
MICHAEL LOMBARDI
GEORGE LONERGAN
STEPHEN LONERGAN
ROBERT LOPEZ
MICHAEL LoPORCARO

VINCENT LOUIS
JOHN LOVETT
VINCENT LUISI
STEVEN LUISI
ADAM LUTFI
J DAVID LYNN
THOMAS LYONS
GREGORY MACAGNONE
JACK MACALUSO
PATRICK MAHONEY
ANDRE MAJORS
CECIL MALONEY
TIMOTHY MALONEY
ROBERT MANDIA
THOMAS V MANGUS
WILLIAM MANNION
DANIEL MANOCHIO
LEON MARASHAJ
EDMOND MARCOUX
ROBERT MARCOUX
RICHARD  MARGINO
JOHN MARR
MICHAEL MARTORANA
DANIEL MATTEO
SHAWN MAY
ROBERT MAYNES
GARY MAZALATIS
JOSEPH MAZZARELLO
SEAN McBRIEN
JAMES McBURNEY
EDWARD McCABE
KEVIN McCABE
STEVEN McCAFFERY
THOMAS McCAFFREY
EDWARD McCAMPHILL
JOHN McCANN
NEIL McCARTHY
IRVING McCOY
HAROLD McCLUTCHY
JOHN McDONALD
KELLY McDONALD
KEVIN McDOWELL
CHARLES McELHONE
PATRICK McEVOY
JoANN McFARLAND
PATRICK McGIVNEY

JOHN McGONIGLE
CORNELIUS McGOVERN
KEVIN McGOWAN
ROBERT McGUIRE
BRIAN McGUIRE
THOMAS McKENNA
SHAWN McKEON
JOHN McLAUGHLIN
CHRISTOPHER McLAUGHLIN
WILLIAM McLAUGHLIN
PAUL McMENAMY
JAMES McNAMARA
JOHN McNAMARA
GARY McNULTY
GERARD McPARLAND
ROBERT MEADOWS
VINCENT MEDORDI
PAUL MEDORDI
KEVIN MEEHAN
KEVIN MELODY
JAMES MELVIN
RICHARD MEO
JOSEPH MEOLA
NEIL MILLER
MICHAEL MILNER
DERRICK MILONE
DONALD MIMNAUGH
LOUIS MINUTOLI
MARK MISSALL
JOHN MIXON
JOSEPH MIYNARCZYK
ANTHONY MODICA
FRANK MOLLICA
JOHN MONGIELLO
JOSE MONTALVO
KENNETH MOODY
GARY MOORE
JAMES MORAN
WILLIAM MORAN
DONALD MORMINO
 ROBERT MORRIS
EDWARD MORRISSEY
JOHN MORRONGIELLO
JOSEPH MOTTOLA
ANTHONY MUIA
MARK MULLADY

KEVIN MULLANE
WILLIAM MULLER
HUGH MULLIGAN
KENNETH MULLIGAN
JAMES MULLINS
DANIEL MULLINS
BRIAN MULRY
LEONARD MUNDA
MICHAEL MUNOZ
JONATHAN MURATH
JESSE MURPHY
KEVIN MURPHY
ROBERT MURPHY
PATRICK MURPHY
THOMAS MURPHY
DANIEL MURRAY
KEVIN MURRAY
GERARD MURTHA
ARTHUR MYERS
RICHARD NAPLES
JOSEPH NAPOLI
REYNALDO NARVAEZ
JOSEPH NARDONE
ROBERT NEBEL
RALPH NEGRON
JOHN NEWELL
STEVEN NEWMAN
GERARD NICOLETTI
ALEXANDER NONEY
RICHARD O'BRIEN
JOHN O'BRIEN
SEAN O'BRIEN
JOSEPH O'BRIEN
JOHN O'CONNOR
PATRICK O'CONNOR
THOMAS O'CONNOR
WILLIAM O'CONNOR
ROBERT O'DOWD
JOSEPH O'HARA
BRIAN O'LEARY
THOMAS O'LEARY
MICHAEL O'ROURKE
THOMAS O'ROURKE
MICHAEL O'SULLIVAN
SEAN O'SULLIVAN
RICHARD OBERMAYER

ROBERT OPALECKY
JOSE ORTIZ
ARTHUR OSCHMANN
HARRY OSTER
LUIS OSTOLOZAGA
GERARD PACE
THOMAS PAIR
VINCENT PALMIERI
RONALD PARKER
GREGORY PARR
SCOTT PASKEWITZ
JOSEPH PASQUARELLO
MICHAEL PASQUARELLO
DENNIS PATTI
CHARLES VAN PELT
GEORGE PEPE
FRANK PEREZ
GREGORY PICCONI
ROBERT PILLARELLA
GLEN PILLARELLA
CHRISTOPHER PISANO
PERRY PIZZOLO
LEWIS PIZZULLI
THOMAS PLANE
DEDIE PLASENCIA
BRYAN PLATT
DOMINICK  POMA
SALVATORE POMA
STEPHEN POSE
LARRY PRATHER
KIRK PRITCHARD
DENNIS PROSICK
ROBERT PUGLIESE
RICHARD PULZONE
TIMOTHY QUIN
JOSEPH QUINN
GLENN RADERMACHER
ANDREW RASAVONGSZUK
LOUIS RAIMONDI
DAVID RAYMOND
STEVEN RAZICKAS
JOSUE RECIO
JAMES REDMOND
ROBERT REEG
SHAUN REEN
JOHN REGAN

ROBERT REGAN
STEPHEN REILLY
KEVIN REILLY
MICHAEL RELAY
MICHAEL REUTTER
ROBERT RICCIARDI
MICHAEL RICCIARDI
STEPHEN RICCIO
JOHN RICE
STEPHEN RICE
EUGENE RICE
ROCCO RINALDI
DAVID RIVAS
ALFRED RIVERA
ROBERT RIVERA
THOMAS RIVICCI
MATTHEW ROACH
GARY ROBBINS
THOMAS ROBISKY
ROBERT ROCHFORD
WILLIAM RODGERS
PETER  RODRIGUEZ
STEVE ROGERS
BRUCE ROSS
DONALD ROZAS
KEITH RUBY
STEWART RUETER
JOSEPH RUGGIRELLO
JAMES RULAND
BRIAN RUSSO
SALVATORE RUSSO
VITO RUVOLO
KEVIN RYAN
DENIS RYAN
HENRY RYAN
EDWARD RZEMPOLVCH
JOSEPH SALADIS
RUDY SANFILIPPO
JOHN SANJURJO
JOSEPH SAPIENZA
JOSEPH SARDO
ARTHUR SARTOR
MARK SARNES
LOUIS SARTINI
PETER SAVARESE
MICHAEL SCALARD

THOMAS SCALLY
THOMAS SCAMBONE
SALVATORE SCARENTINO
JOHN SCARSELLA
RICHARD SCHLUECK
CLINTON  SCHMITTERER
MICHAEL SCHREIBER
ROBERT SCHULZ
VICTOR SCIARAPPA
ROBERT SCOTT
MICHAEL SCULLY
JOSEPH SEENEY
RICHARD SERE
WILLIAM SESSELMAN
DAVID SGROMO
JAMES SHANNON
MATTHEW SHANNON
JAMES  SHEA
KEVIN SHEEHAN
EDWARD SHEEHY
ALPHONSE SICIGNANO
VINCENT SIMEONE
DAVID SIMMS
AUGUSTINE SIMONCINI
DENNIS SIRY
 SCOTT SIVERT
ANTHONY SKOMINA
JOSEPH SKONIECZNY
LEO SKORUPSKI
GARY SLATTERY
JAMES SMAGALA
GERARD SMITH
JAMES SMITH
MICHAEL SMITH
PATRICK SMITH
WARREN SMITH
WILLIAM SMITH
GERALD SNELL
RICHARD SNYDER
MARK SOLARI
GERARD SOMERVILLE
STEVEN SORGER
WALTER SORRENTI
DEAN SPADARO
WILLIAM SPADE
ROBERT SPELLMAN

ROBERT SPINELLI
BRIAN SPISTO
THOMAS SPITZBARTH
FRANK SPRING
BERTRAM SPRINGSTEAD
ROBERT SPUTH
MICHAEL SPYNTIUK
ANTHONY SROUR
EUGENE ST JOHN
CLIFFORD STABNER
BERTRAM STAHLBERG
JOHN STAIANO
JAMES STANG
ROBERT STANTON
JAMES STASIO
LOUIS STRANDBERG
KEVIN STEININGER
BRIAN STRENGE
RAY STRONG
BRIAN SULLIVAN
JAMES SULLIVAN
PATRICK SULLIVAN
STEPHEN SULLIVAN
STEVEN SUPEK
ERIC SUTTON
EDWARD SWEENEY
JOSEPH SYKES
DENNIS TAAFFE
DAVID TANZMAN
JOHN TEDESCO
MICHAEL TENTEROMANO
LUIS THOMAS
THOMAS THOMASEN
JAMES THOMPSON
ROBERT THOMPSON
SCOTT THOMSON
ROBERT TILEARCIO
THOMAS TILLOTSON
DONALD TOMM
KEVIN TONKIN
STEVEN TONREY
RUSSELL TOUHEY
CHARLES TOZZO
PETER TRAUT
LOUIS TREGLIA
MICHAEL TREZZA

MICHAEL TRIGLIANOS
JOHN TROIANIELLO
EDWARD TURNER
LEONARD TYRELL
THOMAS UBERTINI
NEIL VAILLANCOURT
SALVATORE VENTIMIGLIA
CHARLES VAN PELT
DONALD VASTOLA
STEVEN VERDEROSA
RICHARD VETLAND
ROBERT VINCIGUERRA
FREDERICK WALKER
ROBERT WALLEN
DANIEL WALSH
WILLIAM WALSH
THOMAS WARD
KEITH WARD
CHRISTOPHER WARD
GARY WASHINGTON
ALBERT WEBER
JOHN WEBER
PAUL WEIS
STEVEN WEISNER
JAMES WELDON
RICHARD WELDON
WILLIAM WELSH
JAMES WERNER
MICHAEL WERNICK
JAMES WHITE
ROBERT WIEDMANN
ROBERT WILDAY
JOHN WILLADSEN
KEVIN WILLIAMS
VANDON WILLIAMS
TYRONE WILLIAMS
VINCENT WILLIAMS
THOMAS WILLIAMS
JOHN WILSON
LIEUTENANT JOHN WILSON
ROBERT WILSON
JAMES WINTERS
DENNIS WIRBICKAS
MICHAEL WITKOWSKI
JOHN WROBEL
JOHN YORKS

MARK YOUNGBERG
STEPHEN ZASA
MICHAEL ZECHEWYTZ
THOMAS ZELIOS
PATRICK ZODA
MICHAEL ARMETTA
CHRISTOPHER BACH
MICHAEL BEHETTE
JAMES BEUERMAN
HOWARD BISCHFOF
THOMAS BOCCAROSSA
KENNETH BOHAN
MICHAEL BOYLE
MICHAEL BROCATO
MICHAEL BROSCHART
JAMES BROWN
MICHAEL BUDISCHEWSKY
JOHN BYNRES
EDWARD CACHIA
THOMAS CANN
FRANK CAPUTO
DAVID CARDINALE
RICHARD CARLINO
CHRISTOPHER CARRI
THOMAS CASCIO
GERARD CASEY
JOHN CATATANO
ANTHONY CATERA
JAMES CIZIKE
DERMOTT CLOWE
CHRISTOPHER COEN
JONATHAN COLEMAN
JEFFREY CONTI
JAMES COONEY
BRIAN CORCORAN
JOHN COTTON
BRIAN COYLE
JOHN COYLE
GEORGE CRISCITIELLO
FRANK CSEKO
MARK DAVINO
GEORGE DEGEWORTH
KEVIN DELANO
FRED DELGROSSO
JOSEPH DELGROSSO
PHILIP DEMARIA

RUDOLF DENT
ETIENNE DEVILLIERS
ROBERT DISANZA
VICTOR DIZ
STEPHEN DOMINICK
ROBERT DORRITIE
JOSEPH DREXLER
RICHARD DRISCOLL
DANIEL DUDDY
KEVIN DUNCAN
JOHN ENGEL
JOSEPH ENIA
KEVIN FARRELL
THOMAS FARRELL
ELIZABETH FEATHERSTON
ROSARIO FERLISI
JAMES FILOMINO
JAMES FINN
DAVID FISCHBEIN
LEE FISCHER
LIAM FLAHERTY
JAMES FLANAGAN
JAMES M FLANAGAN
ROBERT FOLEY
VINCENT FORRAS
LUIS FRAGOSO
CHARLES GAFFNEY
PETER GANNON
DENNIS GILHOOLY
JOHN GIUFFRIDA
STEPHEN GRABNER
STEVEN GUISE
KEVIN GUTFLEISCH
KEVIN GUY
DOUGLAS HARKINS
KIRK HARRINGTON
PATRICK HAYDEN
WILLIAM HENDERSON
MICHAEL HENNIGNA
JOHN HOGAN
JOHN IAMMATTEO
ANDREW ISOLANO
JOSEPH JABLONSKI
JOHN JERMYN
BRIAN JOHNSON
KEITH KAISER

GERARD KENNEDY
RICHARD KENNY
ROGER KILFOIL
MARTIN LANG
CHAD LEACH
DANIEL LIND
THOMAS LONEGAN
CHARLES LOSACCO
JOHN CUCCIOLA
CHRISTIAN LYSY
THOMAS LYONS
MICHAEL MACDONALD
JOSEPH MAGGI
FRANK MANETTA
CHARLES MANISCALCO
JAMES MANITTA
WAYNE MANZIE
WILLIAM MARTINEZ
MICHAEL MAYER
THOMAS MCAREE
JAMES MCCARTHY
KEVIN MCCUTCHAN
DAVID MCGOVERN
JAMES MCKAY
WALTER MCKEE
 JOHN MCNAMARA
DENNIS MEYERS
STEVE MODICA
PAUL MONFRE
JOSEPH MONTANARO
ROBERT MOORE
JOHN MUCCIOLA
MICHAEL MURPHY
STEVEN MURPHY
THOMAS NEWMAN
ALBERT NOCELLA
DANIEL NOONAN
MICHAEL O'GORMAN
MICHAEL O'SHEA
GIRARD OWENS
ROBERT PARKER
FRANK PEPE
DANIEL PERITORE
RICHARD PICCIOTTO
JOSEPH POMA
JAMES POWERS

FREDERICK PREVETE
WILLIAM QUICK
MICHAEL QUINN
RICHARD RAMAIZEL
THOMAS RAPPE
DANIEL REDDAN
GERARD REILLY
LEONARD REINA
JOHN REMENTERIA
WILLIAM RENDINO
MICAHEL RICCIARDI
ROGER RICHES
JOSEPH ROCHA
ALAN ROCKEFELLER
JOHN ROGERS
MICHAEL ROY
STEPHEN RUSSACK
ROBERT SACCHI
PETER SANTELLI
JOHN SCHILLINGER
ROBERT SCHMIDT
ROBERT SCHMUCK
MICAHEL SFORZA
JOHN SIGNORELLI
FRANK SOMMA
FRANK SPALDO
DOUGLAS SPANO
ROBERT STANLEWICZ
EUGENE ST. JOHN
PETER STRAHL
DANIEL SURAT
ANGEL TORRES
JOSEPH TORRILLO
FRANCIS TRAPANI
JAMES TOZZO
VICTOR TROISI
RICHARD WATTS
CHARLES WEINSHEIMER
JOHN WHOLIHAN
HERMAN WILLIAMS
VINCENT YORKS
ROBERT ZAJKOWSKI
THOMAS CALLAGHAN
RAYMOND ARCOS
KEVIN CALHOUN
HENRY J CERASOLI

PATRICK CONNOLLY
THOMAS COURTENAY
TERENCE COYLE
EDWARD COYLE
WILLIAM CRAWFORD
KEVIN GRACE
KENNETH HAMILTON
WILLIAM HARRIS
THOMAS HARRINGTON
MICHAEL HART
WILLIAM HENNESSY
ROBERT HOYT
ROBERT MADDEN
GERARD McMAHON
JAMES O'DONNELL
GEORGE O'DOHERTY
CHARLES O'NEILL
CHRISTOPHER G. O'SULLIVAN
JASON PERRONE
GEORGE PICKETT
JOHN A. REGAN
TERENCE RIVERA
JOHN RIZZI
KEVIN SHEROD
JAMES SPENCER
MICHAEL TORRES
GREGORY WYCKOFF

**NYPD**
RICHARD AGUGLIARO
NICHOLAS BALSAMO
IRENE BLAICH
IRWIN JOSEPH BRODSKY
ROBERT CAPOLONGO
STEPHEN DONNELLY
SHARON GATTO
MICHAEL GINTY
TODD HEIMAN
CHRISTOPHER HUNT
ANITA JOHNSON
FRANK KROPF
MICHAEL KULL
DORIS MARTINEZ
DARIO MARTINEZ
SHAUN MCGILL
WILLIAM McNALLY

JEFFREY NIX
MICHELE PAOLINI
CHRISTOPHER PHILLIPS
RAYMOND CASCIO
WALTER COOK
ALAN FORCIER
CHARLES GALLOGY
PATRICIA LEWIS
VINCENT MEDORDI
CLARE O'CONNELL
STEPHEN SPINELLI
JAMES ZADROGA
RICHARD MAYRONNE
PAUL MOLONEY
PETER NEWEN
SUSAN A SCOTT

**EMERGENCY MEDICAL SERVICES**
PAUL ADAMS
ROGER AHEE
STEPHEN ANDERSON
ANTHONY ANDERSON
FRANK ANDINO
MARYLOU AURRICHIO
ANGEL AYALA
BENJAMIN BADILLO
ARTURO BANCHS
KEVIN BARRETT
LORI-ANN BENINSON
RUBEN BERRIOS
MARVIN BETHEA
ENIS BOYER
MARTIN BRAUN
JOZETTE BROWN
JACQUELINE BURTON
MICHAEL CAHILL
H. CARLTON SMITH
RICHARD CASALETTO
DAVID CLINGAIN
STEVEN COSCIA
JOSE COTTI
STEVEN CUEVAS
KIRK DELNICK
ROLAND DIAZ
MICHAEL DiNATALE
JAMES DOBSON

39

BOBBY DUDLEY
RICHARD ERDEY
ALBERT ESTRADA
JOSEPH FAZZINO
NICOLE FERRELL
SALVADOR FERRER
DAVID GEORGE RESTUCCIO
BONNIE GIEBERIED
NORMAN GILLARD
BRIAN GLEASON
MICHAEL GLENN
AWILDA GOMEZ
GLORIA-GIGI GORDON
LLOYD GROSSBERG
MORRIS HUBBARD
PAIGE HUMPHRIES
RAFAEL IGLESAIS
EARTHA INGRAM
VERONICA JACOBS
ABRAHAM LEVINSON
VERONICA LYNN JACOBS
STEVE MARION
MARC MASTROS
LORI MAZZEO
BRIAN MCGUIRE
ALWISH MONCHERY
PHILIP MEDEIROS
YVETTE MONTALVO
KEVIN MONTGOMERY
BLANCA MORRONE
KEVIN MORRONE
BRENDAN MULROY
MURRAY MURAD
MICHAEL MUSTO
ANDREA NANNA-MONTGOMERY
NANCY NOBLE
WALTER ODINOKOW
TROISI ONOFRIO
LUIS PEREZ
OSVALDO PEREZ
DARRYL PETTIGREW
RON PFEFFER
LORRAINE PIRILLO
MICHELLE POHL
ROBIN PFEFFER
ROBIN PRINTY

FRANK PUMA
PABLO QUESADA
MICHAEL RAIMER
DAVID REEVE
MARK REILLY
DANIEL RIVERA
TIMOTHY ROBERTS
DAVID RUSSELL
PARIS SALEM
STEVEN SAMMIS
BOBBY SANTIAGO
JEREMY SASSMAN
PATRICIA SCADUTO-SOTO
PATRICK SCARINGELLO
STEVEN SCARINZI
JOHN SCHAEFER
JOHN SCOTCH
II LISA SECKLER- OODE
RAYMOND SIMONS
GARY SMILEY
PHILIP SOTO
SYLVESTER STEWART
MARK STONE
ISA SWEDIN
MAURICE T ZUNIGA
JAMES THOMPSON
ALVIN TORO
EDITH TORRES
BARRY TRAVIS
TINA TRESCA
BETTY VIOLETA-LLANO
CHARLES WELLS
SPIRO YIORAS
KEVIN CONNELLY
BENJAMIN FOGEL
LUIS GUTIERREZ
JOHN JAGODA
JILL KELLY
WALTER KOWALCZYK
DANIEL LEFEBVRE
CHRISTOS LEFKADITIS
JOANN MCFARLAND

DAVID AROCHO
GEORGE COLUCCI
GERARD CRAWFORD

WILLIE B HENDERSON
ELROY PAGAN
ANTHONY ROCCHIO
GEORGE SMITH
MICHAEL BURKE
STEPHEN BURKE
STEVEN BILICH
RICHARD CARLINO
RICHARD COYNE
SEAN DONAHUE
CARL FISHER
JOHN GRAHAM
WALTER JENSEN
JOHN MURPHY
RICHARD RACCIOPPI
RAINFORD ROBERTS
JAMES WILLIS
KEVIN DORRIAN
BROOK BUDD
MICHAEL DePIETRO
RICHARD MULHERN
JAMES PICONE
DAVID RAPP

EDITH BEAUJON
RICHARD DuBOIS
ANDREA HOWELL
SCOTT SCHIELDS
ALBERT GREENE
JILL KELLEY
MANUAL LOPEZ
FRANK MYERS
DEBORAH MANDELL
MARY MARINELLI
KHEMRAJ SINGH

**FIRE MARSHALS**
WERNER COOK
JOHN COYLE
EMIL HARNISCHFEGER
JOSEPH MCMAHON
PETER PATTERSON
JOHN VERACKA

**SANITATION**
SALVATORE ANNERINO

42

FRANK BERRAN
PAUL BROWN
CHARLES BURGE
PETER CIAPPA
LAWRENCE MARCELIS CLARK
JOSEPH CURRAN
ALBERT D'ALLESANDRO
JIMMIE DAVIS
ANTHONY GREENE
RAYMOND HAYWOOD
JEFF HESTNES
WILLIAM KING
ROCCO MASCIOLO
HENRY MORRISON
KEVIN MELFI
DAVID O'NEIL
WILLIAM OROZCO
MARTIN PROKUP
ANTHONY QUARANTI
ALCIDES RIVERA
FELIX SANCHEZ
PETER SHANLEY
ALPHA TARAWALLY
ERIC TVEDT

DANIEL OLIVERI
MICHAEL O'CONNELL
MICHAEL SCHNITZER

JOSEPH GIBNEY
PATRICK LANZA
BOZENA KAJEWSKA PIELARZ
RUTH FENNER
DAVID IANELLI
AMON MODINE
PASQUALE ABATANGELO
EDWARD M ALFARANO
MICHAEL BANKER
ROBERT E BARAN
MATTHEW BLASKOVICH
MICHAEL BOLAND
CHARLES BONAR
ANDREW BORGESE
DONALD BRIERLEY
THOMAS CALKINS

GARY CARPENTIER
KEVIN CASSIDY
ROBERT J COLACINO
BRUCE R COLLISTER
CHRISTOPHER CONNOR
MICHAEL COSTA
BRIAN R COYLE
PAUL CRESCI
BRENT CROBAK
JOHN CRONLEY
DONALD CSORNY
LEONARD CURCIO
EDWARD CURLEY
JOHN CURLEY
JAMES DALTON
VINCENT DECICCO
VINCENT T DEMARINIS
DOMINICK DEVITO
CHRISTOPHER EDWARDS
DENNIS FARRELL
JOSEPH FELLE
HOLLIS FLANAGAN
MICHAEL FLANAGAN
LEO FRAGAPANO
DANIAL FUCELLA
HOWARD FLUGMACHER
MICHAEL GRILLO
THOMAS A GUARNIERI
TIMOTHY HARRIGAN
BRIAN HEALY
THOMAS HUGHES JR
PAUL C GERMANN
JOHN R GRAZIANO
LANAIRD GRANGER
MICHAEL GREGORY
JOSEPH HARRIS
CLIFFORD HOLLYWOOD
DANIEL JACKSON
BRIAN K JANELLI
THADDEUS JANKOWSKI
DANIEL KARP
ROBERT KELLY
JOSEPH LASHER
CHRISTOPHER LAROCCA

JAMES LAUER
JOHN LAYTON
MICHAEL LEAMY
JOSEPH LECLAIR
WOODY LEDWITH
JOHN LENNON
DENNIS LINEHAN
MARK LOTITO
EDWARD LUCIANI
JAMES MAHON
PATRICK MALONEY
LAWRENCE MARLEY
JAMES MARTIN
ANTHONY MATTONE
THOMAS J. MAY JR.
BRIAN MCAVOY
DANIEL MCDONOUGH
GREGORY MCENROE
TERRENCE MCGANN
JOSEPH P MCGOVERN
BRAIN MCKEEVER
JAMES MILLER
FRANK MONDELLI
DOMINICK MONTALTO
WILLIAM MORRIS
MICHAEL MOORE
JOHN MURRAY
JOHN MORAN
KEITH MURPHY
JOSEPH MURPHY
RAUL MUNIZ
JOHN NAJMY
JAMES NEVILLE
STEPHEN A NICHOLS
ROBERT NIEBLER
PAUL NIGRO
WILLIAM C NOLAN
JOHN ODDO
JOSEPH O'SULLIVAN
JEFFREY PAWLICKI
ROBERT PESCE
VINCENT PICCIANO
WILLIAM POLLACK
ANDREW POLINSKY

PHILIP QUATTROCCHI
HENRY QUEVEDO
KENNETH M RALLIS
RICHARD RATTAZZI
STEPHEN G. RASWEILER
KENNETH J ROGERS
JOHN RUBINO
JOHN RHATIGAN
HECTOR RIVERA
RICHARD RUIZ
ROBERT RYAN
DAVID SANTISE
KEVIN SCANLON
GILBERT SCARAZZINI
JAMES SCHWICKE
VINCENT SCIALPI
GREGORY SCLAFANI
VINCENT SEPE
BRIAN SHEA
GARY C SHERIDAN
JAMES SHERWOOD
THOMAS M. SILVESTRI
MICHAEL SORRENTINO
JOSEPH SPAGNOLA
VINCENT J TESORIERO
WALTER TORRES
RALPH TUFANO
JOSEPH TUSTIN
PHILIP VINCENZO
KEVIN WILLIAMS
GARY WOOD
BARRY GOFFRED
STEPHEN BRUNO
JOSEPH COTTER
MICHAEL CORR
PAUL DALY
JAMES GARCIA
AURELIO GRILLO JR
GARY HANLEY
GARY HALL
ALBERTO MORRALES
PATRICK MCCORMACK
JACQUELINE PADILLA
ROBERT REIP
JOHN RINCIARI
HENRY SPEICHER
JOSEPH A TOSCANO

DANIEL VELAZQUEZ
ROBERT WILLIAMSON
ANTHONY GREENE
DAVID HEALY
FELIX SANCHEZ
THEODORUS ADRICHEM
CHRISTOPHER AMATO
PATRICK P CAMACHO
VINCENZO CALLA
BIAGIO CANTATORE
JOHN CAVAELLI
JOHN CLINTON
HARROLD A DAVER
JOHN DIAZ
TIMOTHY DONNERY
JODY DUPUIS
PHILIP GAMBINO
FRANCINE A GOODMAN
JAMES HALEY
TERRENCE HOLT
SCOTT HUGHES
WILLIAM HUMPHREY
RICHARD HUTRA
DESMOND D JHAGROO
JOHN KILCOYNE
ROBERT KMAK
MICHAEL LALLY
HAUSSAIN LAZAAR
PATRICK LANZA
ROBERT LASTELLA
JAMES LEWIS
GLEN MAKUCH
FRANK MOTYKA
GREGORY N O'BRIEN
NICHOLAS PUCCIARELLI
JOHN REILLY
CARMEN ROMERO
RICHARD RYAN
ANGELO SCIFO
ANTHONY SIGNORILE
SAMBA SINERA
WILLIAM SOHMER
WILLIAM SMITH
FELICIA TAYLOR
JOHN VANWAGONER
ONELIA VAZQUEZ
JOSEPH ACCETTA

ALAMO AGUSTINO
STANLEY ANDRUSYCZYN
THOMAS ASHER
CANDIACE BAKER
CHRISTOPHER BARRETT
JOHN BELFORD
JOSEPH BERTOLINO
DONALD BIGI
RICHARD J BITTLES
PETER BRUNAES
JAMES BRUNO
RICHARD BYLICKI
NELSON CABAN
GARY CALI
WILLIAM CHESNEY
GERALD CHIAVELLI
BUNDY CHUNG
WILLIAM T COLLINS
JAMES CONNOLLY
JOHN COOMBS
RICHARD COYNE
CHRIS CRAVEN
PETER CURCIO
FRANK CURNYN
ALAN DAGISTINO
PHILIP DAGOSTINO
NICHOL DEMASI
RAYMOND DENNINGER
DOMINICK DEVITO
JOHN DEVLIN
ROBERT DIGIOVANNI
ANDREW DIGIUGNO
JOHN DIXON
THOMAS J DOHERTY
FRANCIS DONAHUE
RICHARD DUBOWY
BRIAN DUFFY
JOSEPH DUNN
GEORGE EDGEWORTH
WILLIAM EDWARDS
WILLIAM ELLIS
STEVEN FEDORCZUK
MANUEL FERNANDEZ
EDWARD FERRARO
MICHAEL FITZMAURICE
GEORGE FORIS
NICHOL FORNARIO

GREGORY FORSYTH
MICHAEL FOSSATI
JAMES FREER
JOHN FULLAM
DENNIS GALLAGHER
ROBERT GALLAGHER
ANNE GARCIA
RAFAEL GARCIA
RUDOLPH GEIGER
BRUCE GERRIE
GARRY GIANNANDREA
GUERINO GIANNATTANASIO
THOMAS GILLAM
PHILIP GUARNIERI
LEAKAT HANIF
DARREN HARKINS
EUGENE HARRIS
RICHARD HARRISON
FRANCIS HASKELL
MICHAEL HEFFERNAN
JOSEPH HICKEY
DONALD HOFFMAN
JAMES HURSON
SALVATORE J ISABELLA
BYRON JOHNSON
LEROY JONAS
ROBERT JONES
KAZIMIERZ JURGIEL
JAMES KADNAR
PATRICK KISSANE
CARLOS KUPER
RICHARD LACERRA
STEPHEN P LEE
ARTIE LEECOCK
THOMAS LENT
SALVATORE LUMIA
CHARLIE LYONS
MICHAEL MACKL
FRANK MACRI
FRANK MAISANO
ANDREW MAJORS
FELIPE MARCANO
JOHN MARK
ERIK MARRERO
ANTONIO MARTINO
JOHN MASSAROTTI
CHRISTOPHER MASSARIA

THOMAS MASTRODOMENICO
MARK MASTROS
GARRY MAURICE
CHRISTOPHER MCCORMACK
DAVID MCDONOUGH
MICHAEL MCFARLAND
JAMES MCHUGH
TIM MCINERNEY
MICHAEL MELILLO
JAMES MILLER
RICHARD MIRANDA
JOHN MISKANIC
ELIZARDO MONTES
FRANK MOORE
MICHAEL MOORE
THOMAS MOORE
AUDREY MOSLEY MARCUS
RAUL MUNIZ
JOSEPH MURPHY
MICHAEL MUSTO
PAUL NIGRO
JOSEPH O'BRIEN
CHRISTOPHER O'DONNELL
JOSEPH O'DONNELL
HOWARD O'HRINGER
EDWARD PARKER
RONALD PASCUCCI
HILTON PEARCE
FRANK PERRY
MICHAEL PERRY
FREEDMAN PFEIL
JOSEPH PICCININNI
ANDREW PORRAZZO
CARL PUNZONE
JOHN QUEVADO
JAMES RAGARN
SEBASTIAN RASPANTI
HERMAN REYES
VITO RIBAUDO
LOUIE RIOS
HECTOR RIVERA
ROBERT RYAN
THOMAS RYAN
ERIC SCAKNOFF
JAMES SCHIAVONE
WILLIAM SCHILLINGER
ROBERT SCHOR

ANGEL SERRANO
LUIS SERRANO
GIUSEPPE SIBILLA
JEFFREY SIMMS
GERARD SIMPSON
JOSEPH SKONIECZNY
ADOLPH STAMPFEL
JIMMIE D SULLIVAN
MICHAEL SUWALSKI
GARY SUSON
KEITH TANICO
PETER TARTAGLIONE
JEFF TESORIERO
DONALD THOMPSON
JOHN TISKA
EDGAR TORRES
PETER TRACY
BRIAN URBAN
ANTHONY VALETTA
THOMAS VANROSSEM
MARIO VASCON
JOSE VELAZQUEZ
GUY VILLANO
GREGORY VOCE
ED WALLACE
CHRISTOPHER WANKER
MACK WASHINGTON
MICHAEL WELSH
JOHN WHYTE
DEREK WILLIAMS
MARTIN ZOLLER
SHERI G BURLINGAME
RUDY ABAD
CYNTHIA LYNN BARKWAY
MAUREEN BASNICKI
BHOLA and BASMATTIE BISHUNDAT
THOMAS BOCCHINO
IRENE BOEHM
MANUEL BOURDIER
KRISTEN BREITWEISER
ERICA BRENNAN
KATHLEEN BRUNTON
DEBORAH RAZZANO
THERESA COVE
JAMES CUDMORE
AMY WATERS
LORRAINE DELAPENHA
VIRGINIA DiCHIARA

IRENE DICKEY
ROSEMARY DILLARD
LESLIE DIMMLING
MARGUERITA DOMANICO
CHRISTOPHER DOWLING
CYNTHIA M DROZ
JACQUELINE EATON
KEVIN FARRELL
CHONG P FARRELL
CATHERINE ANN FAUGHNAN
MARCO CALLE
MARY and  FRANK FETCHET
ERIN FINNEGAN
CARLOS GAMBOA
CATHY GEYER
GERALD GOLKIN
ANA RALEY
RAYMOND HABIB
THOMAS P HEIDENBERGER
BRENDAN RYAN
SHERI ANN ISKENDERIAN
JENNIFER L JARDIM
ELIZABETH JORDAN
GEOFFREY JUDGE
JANET KELLEY
JOANNE KELLY
PAUL and VIVIAN KOLPAK
ELIZABETH KOVALCIN
SANDRA LANG
DONNA CABALLERO
WILLIAM M LANG
CAROLANN LARSEN
CAROLE LEAVEY
SUSAN LENOIR
JOSEPH J REITANO
ELIZABETH DAVILA-LOPEZ
EILEEN LYNCH
BLANE MAGEE
BRINLEY MALONEY
MEGAN MANNING
LYNN McGUINN
TARYN McHALE
ELIZABETH McLAUGHLIN
MARK MORABITO
CATHERINE MORAN
KIMBERLY A MARTONE
PATRICK MULLAN
AMY NACKE
AMY NEWTON

SUSAN NEWTON-CARTER
EDWARD NICHOLLS
STACIE NICHOLLS
LISA O'BRIEN
ANTOINETTE D OGNIBENE
DANIEL ORTH
WANDA GARCIA-ORTIZ
CAROLYN PANATIER
NAVILA PATTERSON
MICHAEL QUINN
MARILYN REICH
JAMES J RICHES
BERNARD P SALAMONE
DANIELLE SALERNO
SALLY CALVIN
LYNNE SAN PHILLIP
DARA SEAMAN
MARIA SILVERSTEIN
LAURIE SIMOWITZ
JAMES P SLATTERY
SUSAN M SLIWAK
MICHAEL T JAMMEN
CHRISTINE SPENCER
BARBARA STECKMAN
LORRAINE SZOCIK
BASIL G THORPE
VALDA M BINNS
ANNE TODISCO
TANJA TOMEVIC
DORRY GROH-TOMPSETT
MARY ELIZABETH TUCKER
JENNIFER VAUK
NAYDA VOSKERIJIAN
ALLISON WALLICE
MICHELLE GARTNER
MARCIA WEISS
PATRICK WELSH
BENJAMIN WONG
PAMELA WORKS
ELAINE M CHEVALIER
MAUREEN S DOMINGUEZ
PHYLLIS GILLY
JOSEPH GILLY
YONGJIN L SONG
HYUNGSHIN K SONG
MARC TADDONIO
ERNST H BUCK
JOSEPHINE BUCK
KENNETH CHU

LOUISA D'ANTONIO
KATHRYN R DENNIS
TERESA GOMEZ
BLANCA GOMEZ
SANDRA MUNRO
MARY JEAN HELLER
EDWARD HENRY
ALICE HENRY
EDWARD HENRY
ALICE HENRY
DOHEE KANG
ALISON M KINNEY
ANNA M KREN
DENNIS LEVI
JENNIFER LISITSIN
ERIC LEVINE
CHRISTINA LYNCH
NICHOLAS MAOUNIS
SHEILA MARTELLO
MADELINE LEW MOY
HEIDI NAPLES
MARY DUFF-ORTALE
ALEXANDRA M ORTIZ
MEGAN P PELINO
JANE POLLICINO
BARBARA ROPITEAU-GALLOWAY
EUGENIA BOGADO
JACQUELINE GALLERON
JANE TERRENZI
CAROL WALDIE
LING N YOUNG
DONALD M YOUNG
PATRICIA FITZSIMONS
CHRISTINE O'BERG
DENNIS O'BERG
JEAN M PALOMBO
CORRINE J EVANS
CHARLES R EVANS
NANCY H KIMBELL
CHRISTINIA L KMINEK
LORRAINE LYNCH
ELIZABETH McNALLY
JOSEPH RICHARD MICKLEY
ELAINE P MILLER
CORRINE KRACHTUS
ARJAN MIRPURI
SUSANNE MLADENIK
JANICE KAY PUNCHES
ABRAHAM SCOTT

KATHY A CORDERO
VALENCIA L PARKER
DENNIS VIANNA
MARILYNDA VIANNA
NANCY HOLZHAUER
ELIZABETH ANN PAYNE
PATRICIA WREN
MARGARET MATHERS
CHRISTINE JEAN-PIERRE
PATRICIA GREENE-WOTTON
PATRICIA CUBAS-BIELFELD
ROBERT EICHELE
CARMELA EICHELE
MICHAEL HENRY
REBECCA HENRY
JAMES B LEACH
CARRIE LEACH
JAMES McCAFFREY
AGNES McCAFFREY
KEVIN WARD
VIRGINIA BAUER
CATHY ANN BONNETT
DEBORAH BOWDEN
JENNIFER BOWMAN
ELIZABETH CANDELA
TOMOKO T SCHLAG
BETH MURPHY
ROSEANN ZISA
MICHELE JONES
AMY VASEL
MARGARET MEYER
BARBARA GALLUCCI
ARLENE ORSINI
EILEEN HANNAFORD
JILL GOLDSTEIN
AUDREY MAGNUSON
KAREN D'AMBROSI
SUSAN MAGAZINE
KATHERINE MAHER
ELLEN ROBB
MICHELLE TANNER
MARIE CARLINO
PANDORA PO BHARVANEY
DEBRA ZEPLIN
LAURA BUSTILLO
CAROLE DiFRANCO
CAMERON F MACRAE III
DONALD MAURO
JOHN SANDERS

JENNIFER PRICE
SANDRA VALDEZ FELT
ROSE KELLER
LYZBETH GLICK
ELSA STRONG
JOHN DiMEGLIO
BARBARA RATCHKO
MICHAEL GIORDANO
ROSA CAICEDO
JILL SWIFT
LISA BEAMER
JENNIFER G BRENNAN
SUSAN BEATINI
MARY DANAHY
KATHLEEN M WISNIEWSKI
TERESA CUNNINGHAM
BEVERLY ECKERT
PATRICIA RYAN
LORI KANE
SUZANNE SISOLAK
THOMAS S JOHNSON
H MICHAEL KEDEL
NANCY FOSTER
CHIEMI YORK
JENNIFER TARANTINO
MARY SMITH
CHERYL SCHNEIDER
NANCY DIMINO
MATILDE SALCEDO
SUSAN CONNORS
GERARD JEAN BAPTISTE
DEBORA ANN CRISMAN
MAYORE ESTATES LLC
80 LAFAYETTE ASSOCIATES LLC