**EXHIBIT A**

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| 1 | Michael | | Behette | | Marguerite | | Behette | | Sister | 1 | N/A | $4,250,000 |
| 2 | Michael | | Behette | | Marguerite | | Behette (o/b/o Madeleine Behette) | | Mother | 1 | N/A | $8,500,000 |
| 3 | Owen | Thomas | Carlock | | Brendan | J. | Carlock | | Brother | 13 | N/A | $4,250,000 |
| 4 | Owen | Thomas | Carlock | | Edmond | B. | Carlock | | Brother | 13 | N/A | $4,250,000 |
| 5 | Owen | Thomas | Carlock | | Emily | Frances | Carlock | | Daughter | 13 | N/A | $8,500,000 |
| 6 | Owen | Thomas | Carlock | | Evan | George | Carlock | | Son | 13 | N/A | $8,500,000 |
| 7 | Owen | Thomas | Carlock | | Gil | Raymond | Carlock | | Brother | 13 | N/A | $4,250,000 |
| 8 | Owen | Thomas | Carlock | | Jacquelyn | Mae | Carlock | | Daughter | 13 | N/A | $8,500,000 |
| 9 | Owen | Thomas | Carlock | | Shirley | Jean | Carlock | | Wife | 13 | N/A | $12,500,000 |
| 10 | Owen | Thomas | Carlock | | Moira | C. | Carlock Rivas | | Sister | 13 | N/A | $4,250,000 |
| 11 | James | Nicholas | Costello | | Joan | Patricia | Costello | | Mother | 1 | N/A | $8,500,000 |
| 12 | James | Nicholas | Costello | | Timothy | Patrick | Costello | | Brother | 1 | N/A | $4,250,000 |
| 13 | James | Nicholas | Costello | | Kathleen | T. | Costello-Patire | | Sister | 1 | N/A | $4,250,000 |
| 14 | James | Nicholas | Costello | | Ann | Patricia | Lazar | | Sister | 1 | N/A | $4,250,000 |
| 15 | John | Charles | Devlin | | Nancy | Marie | Bukowski-Strandin | | Wife | 1 | N/A | $12,500,000 |

1

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Wayne | | Haberland | | Kurt | George | Haberland | | Brother | 1 | N/A | $4,250,000 |
| 17 | Charles | | Harcourt | | Danielle | | Harcourt | | Wife | 13 | N/A | $12,500,000 |
| 18 | Charles | | Harcourt | | Kelsey | Alexandra | Harcourt | | Daughter | 13 | N/A | $8,500,000 |
| 19 | Charles | | Harcourt | | Kevin | | Harcourt | | Son | 13 | N/A | $8,500,000 |
| 20 | Charles | | Harcourt | | Kyle | | Harcourt | | Son | 13 | N/A | $8,500,000 |
| 21 | Mark | | Harris | | Brandi | Marla | Harris | | Wife | 13 | N/A | $12,500,000 |
| 22 | Mark | | Harris | | Jonathan | Eric | Harris | | Son | 13 | N/A | $8,500,000 |
| 23 | Mark | | Harris | | Michael | Ian | Harris | | Son | 13 | N/A | $8,500,000 |
| 24 | Gwynne | K. | MacPherson-Williams | | Gregory | A. | Williams | | Husband | 13 | N/A | $12,500,000 |
| 25 | Marilyn | | Mucaria | | Johnn | | Basci | | Son | 1 | N/A | $8,500,000 |
| 26 | Marilyn | | Mucaria | | Joseph | | Mucaria | | Husband | 1 | N/A | $12,500,000 |
| 27 | Marilyn | | Mucaria | | Henrey | | Ricci | | Son | 1 | N/A | $8,500,000 |
| 28 | Paul | | Murphy | | Ellen | | Haggerty | | Sister | 1 | N/A | $4,250,000 |
| 29 | Paul | | Murphy | | Carol | | Murphy | | Wife | 1 | N/A | $12,500,000 |
| 30 | Paul | | Murphy | | Jordan | | Murphy | | Daughter | 1 | N/A | $8,500,000 |
| 31 | Paul | | Murphy | | Kevin | | Murphy | | Brother | 1 | N/A | $4,250,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Paul | | Murphy | | Richard | | Murphy | | Brother | 1 | N/A | $4,250,000 |
| 33 | Paul | | Murphy | | Taylor | Mary | Murphy | | Daughter | 1 | N/A | $8,500,000 |
| 34 | Bennett | Andrew | Murtha | | Kendall | Dean | Murtha | | Daughter | 13 | N/A | $8,500,000 |
| 35 | Bennett | Andrew | Murtha | | Kristin | Ann | Murtha | | Daughter | 13 | N/A | $8,500,000 |
| 36 | Bennett | Andrew | Murtha | | Janine | | Rieling Murtha | | Wife | 13 | N/A | $12,500,000 |
| 37 | Peter | | Muscat | | Angela | | Muscat | | Wife | 1 | N/A | $12,500,000 |
| 38 | Peter | | Muscat | | Kevin | Peter | Muscat | | Son | 1 | N/A | $8,500,000 |
| 39 | Peter | | Muscat | | Louise | Muscat | Sigismondi | | Daughter | 1 | N/A | $8,500,000 |
| 40 | Peter | | Muscat | | Marcel-Paul | Frankie | Muscat | | Son | 1 | N/A | $8,500,000 |
| 41 | Michael | | Mustillo | | Anthony | | Mustillo | | Son | 1 | N/A | $8,500,000 |
| 42 | Michael | | Mustillo | | Dora | | Mustillo | | Wife | 1 | N/A | $12,500,000 |
| 43 | Michael | | Mustillo | | Michael | L. | Mustillo | Jr. | Son | 1 | N/A | $8,500,000 |
| 44 | Janet | A. | Nagle | | Brian | | Nagle | | Son | 1 | N/A | $8,500,000 |
| 45 | Janet | A. | Nagle | | Richard | | Nagle | | Husband | 1 | N/A | $12,500,000 |
| 46 | Donald | Allen | Newcomer | | Kimberly | Sue | Mullins | | Daughter | 13 | N/A | $8,500,000 |
| 47 | Donald | Allen | Newcomer | | Bonnie | Patricia | Newcomer | | Wife | 13 | N/A | $12,500,000 |
| 48 | Donald | Allen | Newcomer | | Joel | Timothy | Newcomer | | Son | 13 | N/A | $8,500,000 |

3

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Donald | Allen | Newcomer | | Joseph | Matthew | Newcomer | | Son | 13 | N/A | $8,500,000 |
| 50 | Milagros | | Ortiz | | Caroline | | Ortiz | | Daughter | 1 | N/A | $8,500,000 |
| 51 | Milagros | | Ortiz | | Ernesto | | Ortiz | | Son | 1 | N/A | $8,500,000 |
| 52 | Milagros | | Ortiz | | Manuel | | Ortiz | | Son | 1 | N/A | $8,500,000 |
| 53 | Milagros | | Ortiz | | Mariano | | Ortiz | Jr. | Son | 1 | N/A | $8,500,000 |
| 54 | Milagros | | Ortiz | | Mariano | | Ortiz | | Husband | 1 | N/A | $12,500,000 |
| 55 | Milagros | | Ortiz | | Miguel | | Ortiz | | Son | 1 | N/A | $8,500,000 |
| 56 | Milagros | | Ortiz | | Rosie | | Perez | | Daughter | 1 | N/A | $8,500,000 |
| 57 | Milagros | | Ortiz | | Charlotte | | Solano | | Daughter | 1 | N/A | $8,500,000 |
| 58 | Daniel | | O'Sullivan | | Kathleen | | Boyian | | Sister | 13 | N/A | $4,250,000 |
| 59 | Daniel | | O'Sullivan | | Patricia | | O'Sullivan | | Sister | 1 | N/A | $4,250,000 |
| 60 | Daniel | | O'Sullivan | | Teri | | Roldan | | Daughter | 1 | N/A | $8,500,000 |
| 61 | Joseph | | O'Toole | | Brian | | O'Toole | | Son | 1 | N/A | $8,500,000 |
| 62 | Joseph | | O'Toole | | Christine | | O'Toole | | Wife | 1 | N/A | $12,500,000 |
| 63 | Joseph | | O'Toole | | Jeannette | | Pelt (Kenny) | | Daughter | 1 | N/A | $8,500,000 |
| 64 | Joseph | | O'Toole | | Elizabeth | | Zuck | | Daughter | 1 | N/A | $8,500,000 |
| 65 | Robert | | Petrone | | Jenna-Lyn | | Petrone | | Daughter | 1 | N/A | $8,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Robert | | Petrone | | Leanna | | Petrone | | Daughter | 1 | N/A | $8,500,000 |
| 67 | Raymond | | Pfeifer | | Caryn | | Pfeifer | | Wife | 1 | N/A | $12,500,000 |
| 68 | Raymond | | Pfeifer | | Taylor | | Pfeifer | | Daughter | 1 | N/A | $8,500,000 |
| 69 | Raymond | | Pfeifer | | Terence | | Pfeifer | | Son | 1 | N/A | $8,500,000 |
| 70 | Michael | V. | Quinn | | Madeline | Ann | Quinn | | Wife | 1 | N/A | $12,500,000 |
| 71 | Michael | V. | Quinn | | Michael | Dee | Quinn | | Son | 1 | N/A | $8,500,000 |
| 72 | Michael | F. | Shipsey | | Lauren | A. | Fischer | | Daughter | 1 | N/A | $8,500,000 |
| 73 | John | | Thomasian | | Patricia | | Thomasian | | Wife | 13 | N/A | $12,500,000 |
| 74 | Elizabeth | Ann | Walsh | | Richard | John | Walsh | | Son | 1 | N/A | $8,500,000 |