**EXHIBIT B**

## EXHIBIT B

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Michael | | Behette | | Anthony | | Behette | | 1 | N/A | $7,000,000 |
| 2 | Owen | Thomas | Carlock | | Shirley | Jean | Carlock | | 13 | N/A | $7,000,000 |
| 3 | James | Nicholas | Costello | | Joan | Patricia | Costello | | 1 | N/A | $7,000,000 |
| 4 | John | Charles | Devlin | | Nancy | Marie | Bukowski-Strandin | | 1 | N/A | $7,000,000 |
| 5 | Mark | | Harris | | Brandi | Marla | Harris | | 13 | N/A | $10,000,000 |
| 6 | Gwynne | K. | MacPherson-Williams | | Gregory | A. | Williams | | 13 | N/A | $7,000,000 |
| 7 | Marilyn | | Mucaria | | Joseph | | Mucaria | | 1 | N/A | $7,000,000 |
| 8 | Paul | | Murphy | | Carol | | Murphy | | 1 | N/A | $7,000,000 |
| 9 | Michael | | Mustillo | | Dora | | Mustillo | | 1 | N/A | $7,000,000 |
| 10 | Milagros | | Ortiz | | Mariano | | Ortiz | | 1 | N/A | $7,000,000 |
| 11 | Daniel | | O'Sullivan | | Teri | | Roldan | | 1 | N/A | $7,000,000 |
| 12 | Joseph | | O'Toole | | Christine | | O'Toole | | 1 | N/A | $7,000,000 |
| 13 | Robert | | Petrone | | Leanna | | Petrone | | 1 | N/A | $7,000,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 14 | Michael | V. | Quinn | | Madeline | Ann | Quinn | | 1 | N/A | $7,000,000 |