**EXHIBIT A**

## EXHIBIT A

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Haskell | | Askin | | Davina | Joy | Askin | | Daughter | 1 | N/A | $8,500,000 |
| 2 | Haskell | | Askin | | Sara | Belle | Askin | | Wife | 1 | N/A | $12,500,000 |
| 3 | Haskell | | Askin | | Saralee | A. | Miller | | Sister | 12 | N/A | $4,250,000 |
| 4 | Haskell | | Askin | | Shifra | Miriam | Saruya | | Sister | 1 | N/A | $4,250,000 |
| 5 | Sheldon | | Barocas | | Joyce | E. | Barocas | | Sister | 1 | N/A | $4,250,000 |
| 6 | Sheldon | | Barocas | | Ralph | L. | Barocas | | Brother | 1 | N/A | $4,250,000 |
| 7 | Sheldon | | Barocas | | Sari | | Barocas | | Daughter | 1 | N/A | $8,500,000 |
| 8 | Sheldon | | Barocas | | Scott | M. | Barocas | | Son | 1 | N/A | $8,500,000 |
| 9 | Mario | | Bastidas | | Penelope | | Bastidas | | Wife | 1 | N/A | $12,500,000 |
| 10 | Mario | | Bastidas | | Jose | A. | Bastidas | | Brother | 1 | N/A | $4,250,000 |
| 11 | Mario | | Bastidas | | Sara | Maria | Sandstrom | | Sister | 1 | N/A | $4,250,000 |
| 12 | Mario | | Bastidas | | Jose[1] | Alfredo | Bastidas | | Father | 1 | N/A | $8,500,000 |
| 13 | Ronald | Robert | Brenneisen | | Chase | Charles | Brenneisen | | Son | 1 | N/A | $8,500,000 |
| 14 | Ronald | Robert | Brenneisen | | Jessyca | | Brenneisen | | Daughter | 1 | N/A | $8,500,000 |
| 15 | Miao | Ling | Cao | | Dong | Xi | Cao | | Brother | 1 | N/A | $4,250,000 |

---

[1] Jose Alfredo Bastidas passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

| EXHIBIT A ||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 16 | Miao | Ling | Cao | | Ze | Xi | Cao | | Brother | 1 | N/A | $4,250,000 |
| 17 | Robert | Royce | Codner | | Christine | Marie | Codner-Castellano | | Daughter | 1 | N/A | $8,500,000 |
| 18 | Robert | Royce | Codner | | Victoria | M. | Codner | | Wife | 1 | N/A | $12,500,000 |
| 19 | Joseph | Francis | Fitzpatrick | Sr. | Joseph | Thomas | Fitzpatrick | | Son | 1 | N/A | $8,500,000 |
| 20 | Joseph | Francis | Fitzpatrick | Sr. | Edith | Marie | Plaia | | Daughter | 1 | N/A | $8,500,000 |
| 21 | Joseph | Francis | Fitzpatrick | Sr. | JoAnn | | Rios | | Daughter | 1 | N/A | $8,500,000 |
| 22 | John | Edward | Goggin | | John | Vincent | Goggin | | Son | 1 | N/A | $8,500,000 |
| 23 | John | Edward | Goggin | | Karen | A. | Goggin | | Wife | 1 | N/A | $12,500,000 |
| 24 | John | Edward | Goggin | | Michael | Dennis | Goggin | | Son | 1 | N/A | $8,500,000 |
| 25 | John | Edward | Goggin | | Tara | Katelyn | Goggin | | Daughter | 1 | N/A | $8,500,000 |
| 26 | William | John | Gormley | Sr. | Bridget | Elizabeth | Gormley | | Daughter | 1 | N/A | $8,500,000 |
| 27 | William | John | Gormley | Sr. | Kevin | Michael | Gormley | | Son | 1 | N/A | $8,500,000 |
| 28 | William | John | Gormley | Sr. | Lizanne | | Gormley | | Wife | 1 | N/A | $12,500,000 |
| 29 | William | John | Gormley | Sr. | Raymond | Joseph | Gormley | | Son | 1 | N/A | $8,500,000 |
| 30 | William | John | Gormley | Sr. | William | John | Gormley | | Son | 1 | N/A | $8,500,000 |
| 31 | Michael | Robert | Henry | Sr. | Kathleen | | Giannone | | Sister | 1 | N/A | $4,250,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Michael | Robert | Henry | Sr. | Michael | Christopher | Henry | | Son | 1 | N/A | $8,500,000 |
| 33 | Michael | Robert | Henry | Sr. | Donna | Ann | Henry | | Wife | 1 | N/A | $12,500,000 |
| 34 | Michael | Robert | Henry | Sr. | Frank | P. | Henry | | Brother | 1 | N/A | $4,250,000 |
| 35 | Robert | M. | Hess | | Brian | H. | Hess | | Son | 1 | N/A | $8,500,000 |
| 36 | Robert | M. | Hess | | Connor | P. | Hess | | Son | 1 | N/A | $8,500,000 |
| 37 | Robert | M. | Hess | | Kimberly | L. | Hess | | Daughter | 1 | N/A | $8,500,000 |
| 38 | Robert | M. | Hess | | Robert | John | Hess | | Son | 1 | N/A | $8,500,000 |
| 39 | Robert | M. | Hess | | Patricia | | Murphy-Hess | | Wife | 1 | N/A | $12,500,000 |
| 40 | Stephan | | Hittmann | | Georgia | M. | Asciutto | | Wife | 1 | N/A | $12,500,000 |
| 41 | Stephan | | Hittmann | | Gianna | | Hittmann | | Daughter | 1 | N/A | $8,500,000 |
| 42 | James | Joseph | Kelly | | Larae | Ann | Brennan | | Daughter | 1 | N/A | $8,500,000 |
| 43 | James | Joseph | Kelly | | Brian | Patrick | Kelly | | Son | 1 | N/A | $8,500,000 |
| 44 | James | Joseph | Kelly | | Colleen | | Kelly | | Wife | 1 | N/A | $12,500,000 |
| 45 | James | Joseph | Kelly | | James | Joseph | Kelly | Jr. | Son | 1 | N/A | $8,500,000 |
| 46 | James | Joseph | Kelly | | Michael | John | Kelly | | Son | 1 | N/A | $8,500,000 |
| 47 | Geraldine | | Krasko | | Joseph | | Krasko | | Son | 1 | N/A | $8,500,000 |
| 48 | Geraldine | | Krasko | | Joseph | M. | Krasko | | Husband | 1 | N/A | $12,500,000 |

3

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Geraldine | | Krasko | | Robyn | | Trimarco | | Daughter | 1 | N/A | $8,500,000 |
| 50 | Michael | | Lampkin | | Robert | | Lampkin | | Brother | 12 | N/A | $4,250,000 |
| 51 | Michael | | Lampkin | | Victoria | | Lampkin | | Sister | 12 | N/A | $4,250,000 |
| 52 | Joseph | W. | Lynch | | Daniel | J. | Lynch | | Son | 1 | N/A | $8,500,000 |
| 53 | Joseph | W. | Lynch | | David | | Lynch | | Son | 1 | N/A | $8,500,000 |
| 54 | Joseph | W. | Lynch | | Mary | | Lynch | | Wife | 1 | N/A | $12,500,000 |
| 55 | Joseph | W. | Lynch | | Peter | | Lynch | | Son | 1 | N/A | $8,500,000 |
| 56 | Alberto | | Machado | | Daniella | Lemos | Machado | | Daughter | 1 | N/A | $8,500,000 |
| 57 | Alberto | | Machado | | Jessica | Lemos | Machado | | Daughter | 1 | N/A | $8,500,000 |
| 58 | Alberto | | Machado | | Leanna | Lemos | Machado | | Daughter | 1 | N/A | $8,500,000 |
| 59 | Alberto | | Machado | | Maria | | Machado | | Wife | 1 | N/A | $12,500,000 |
| 60 | Duane | F. | MacMenamie | | Linda | | Macmenamie | | Wife | 1 | N/A | $12,500,000 |
| 61 | Joshua | | Olojo | | Ayodeji | | Odulaja | | Son | 12 | N/A | $8,500,000 |
| 62 | Joshua | | Olojo | | Abiola | | Olojo | | Wife | 12 | N/A | $12,500,000 |
| 63 | Joshua | | Olojo | | Abisola | | Olojo | | Daughter | 12 | N/A | $8,500,000 |
| 64 | Joshua | | Olojo | | Adedapo | | Olojo | | Son | 12 | N/A | $8,500,000 |
| 65 | Joshua | | Olojo | | Ibukunoluwa | | Olojo | | Son | 12 | N/A | $8,500,000 |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **EXHIBIT A** | | | | | |
| 66 | Larry | Ordell | Rappe | | Aaron | Shawn | Graeb | | Son | 12 | N/A | $8,500,000 |
| 67 | Larry | Ordell | Rappe | | Amanda | Rae | Guthrie | | Daughter | 12 | N/A | $8,500,000 |
| 68 | Larry | Ordell | Rappe | | Charles | Frederick | Rappe | | Son | 12 | N/A | $8,500,000 |
| 69 | Larry | Ordell | Rappe | | Paula | | Rappe | | Wife | 12 | N/A | $12,500,000 |
| 70 | Larry | Scott | Relyea | | Debra | J. | Relyea | | Wife | 1 | N/A | $12,500,000 |
| 71 | Larry | Scott | Relyea | | Jay | | Relyea | | Son | 1 | N/A | $8,500,000 |
| 72 | Anita | | Rizzo-Cino | | Victor[2] | Joseph | Cino | | Husband | 12 | N/A | $12,500,000 |
| 73 | Gregory | Alan | Waters | | Tracey | Lin | Jackson | | Daughter | 1 | N/A | $8,500,000 |
| 74 | Gregory | Alan | Waters | | Gregory | Alan | Waters | Jr. | Son | 1 | N/A | $8,500,000 |
| 75 | Gregory | Alan | Waters | | Peggy | | Waters | | Wife | 1 | N/A | $12,500,000 |
| 76 | Gregory | Alan | Waters | | Ryan | Mark | Waters | | Son | 1 | N/A | $8,500,000 |

---

[2] Victor Joseph Cino passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.