**EXHIBIT B**

**EXHIBIT B**

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Haskell | | Askin | | Sara | Belle | Askin | | 1 | N/A | $7,000,000 |
| 2 | Sheldon | | Barocas | | Joyce | E. | Barocas | | 1 | N/A | $7,000,000 |
| 3 | Mario | | Bastidas | | Penelope | | Bastidas | | 1 | N/A | $7,000,000 |
| 4 | Ronald | Robert | Brenneisen | | Chase | Charles | Brenneisen | | 1 | N/A | $7,000,000 |
| 5 | Miao | Ling | Cao | | Ze | Xi | Cao | | 1 | N/A | $7,000,000 |
| 6 | Robert | Royce | Codner | | Victoria | M. | Codner | | 1 | N/A | $7,000,000 |
| 7 | Joseph | Francis | Fitzpatrick | Sr. | Edith | Marie | Plaia | | 1 | N/A | $7,000,000 |
| 8 | John | Edward | Goggin | | Karen | A. | Goggin | | 1 | N/A | $7,000,000 |
| 9 | Robert | M. | Hess | | Patricia | | Murphy-Hess | | 1 | N/A | $7,000,000 |
| 10 | Stephan | | Hittmann | | Georgia | | Asciutto | | 1 | N/A | $7,000,000 |
| 11 | James | Joseph | Kelly | | Colleen | | Kelly | | 1 | N/A | $7,000,000 |
| 12 | Geraldine | | Krasko | | Joseph | M. | Krasko | | 1 | N/A | $7,000,000 |
| 13 | Michael | | Lampkin | | Robert | | Lampkin | | 12 | N/A | $7,000,000 |
| 14 | Joseph | W. | Lynch | | Mary | | Lynch | | 1 | N/A | $7,000,000 |
| 15 | Alberto | | Machado | | Maria | | Machado | | 1 | N/A | $7,000,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **EXHIBIT B** | | | | | | | | | | |
| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
| 16 | Duane | F. | MacMenamie | | Linda | | Macmenamie | | 1 | N/A | $7,000,000 |
| 17 | Larry | Ordell | Rappe | | Paula | | Rappe | | 12 | N/A | $7,000,000 |
| 18 | Larry | Scott | Relyea | | Debra | J. | Relyea | | 1 | N/A | $7,000,000 |
| 19 | Gregory | Alan | Waters | | Peggy | | Waters | | 1 | N/A | $7,000,000 |