**Exhibit Q**

# Estate of Michael Lampkin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF**
GEORGIA M. ASCIUTTO, et al.,                        **ROBERT LAMPKIN**


                                        Plaintiffs,    20-CV-00411 (GBD)(SN)


                v.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
-------------------------------------------------------------X
STATE OF FLORIDA          )
                          : SS.:
COUNTY OF VOLUSIA         )

ROBERT LAMPKIN, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 2578 Enterprise Road, Orange City, Florida 32763.

2.      I am currently 77 years old, having been born on November 8, 1944.

3.      I am the brother of Michael Lampkin, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of the claim on behalf of my brother's estate.

4.      My brother passed away from metastatic prostate cancer on September 3, 2012. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      On March 25, 2014, I was appointed personal representative of my brother's estate in the Queens County, New York Surrogate's court.

6.      Before he was in the NYPD, Michael was in the military. He was a Sergeant and earned a Purple Heart in Vietnam. I remember once I went to go see him on the aircraft carrier in Jacksonville, Florida. I'm a licensed clinical social worker, and I worked for the Department

of Defense. We were close over the years, even though we were both overseas. Michael was my baby brother.

7.      At the time of 9/11, I was working for the Department of Defense in Yokosuka, Japan. Someone called me to say, "There's a plane flying into the World Trade Center." Then, we all got a notice from the American military base, saying we were on high alert now and that we had to report to the base. Once there, I got a call from Michael's girlfriend. She said he was going down to the World Trade Center site. Michael was working at the Federal Courthouse. At the time, he was working for a security company that was contracted with the Courthouse. He was serving as a security guard. It was his retirement job that he did that after leaving the NYPD after 26 years. Michael watched the second plane hit the World Trade. Michael had PTSD from Vietnam, so he went into fight-or-flight mode when the attacks happened. But he did what he had to do. He went down and tried to look for survivors. He was down there for many weeks, searching through the rubble and doing his part. He was a committed public servant.

8.      I came back to the United States much later and called Michael to tell him I wanted to see him. That was when Michael told me that he was sick. I resided in Quantico, Virginia at the time and went up to New York to visit him in the VA hospital. They told me that Michael was diagnosed with prostate cancer. By the time they caught it, it had metastasized to other organs. Michael was then transferred to Long Island Jewish Hospital for more in depth treatment. His condition had quickly deteriorated and became terminal. His chemotherapy treatments were stopped, and it was determined that he should be in hospice. I got Michael to our family home in Queens. It was the same home that our mother and father had lived in before they died. I came up to see him more and more from Florida while he was in hospice. I visited him every weekend. We got full-time home aides for Michael because he needed constant care and supervision. He was on morphine. Michael didn't want me to tell anyone else about his illness or the severity of it. Michael was an extremely proud person—he was in the U.S. military, was a Sergeant in the NYPD, and earned a black belt in karate. He didn't want anybody to see him so ill. It affected me to see him that way. He would only allow a few close friends to see him, but he didn't want the rest of the world to know he was sick. Michael died only six months after I first came to visit him when he got sick.

9.      The day I went to see Michael in the hospital, the medical personnel told me they were going to stop the chemo because the cancer was growing too much. They referred Michael

to hospice. I got him back home and came up to Queens more and more from Florida while he was in hospice. We got full-time home aides for Michael, because someone needed to watch him. I visited him every weekend.

10.     Michael had to use reclining beds. He was in physical pain, so they had to give him morphine. That's the only way his pain would stop. It was hard for him to communicate with us as he became more ill. He was always feeling discomfort. We had people visit him. One day, he told me, "Robert, I don't want anybody to see me like this." Slowly, Michael lost his mobility. Once or twice, he fell down in the house. The nurses told me it wasn't safe for him to move around in the house. Toward the end, he was bedridden and couldn't walk. He stopped eating. He had no strength left. Michael died only six months after I first came to visit him when he got sick.

11.     Michael suffered greatly in the last months of his life. It hurts to know that a selfless public servant like Michael had to endure so much pain and die well before he should have. Michael is buried on Long Island at Veterans Cemetery, in a plot next to my parents. He is greatly missed.

ROBERT LAMPKIN

Sworn to before me this
27th day of July, 2022

Notary Public

# Estate of Joseph W. Lynch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------X     **AFFIDAVIT OF**
GEORGIA M. ASCIUTTO, et al.,                               **MARY LYNCH**


                                        Plaintiffs,        20-CV-00411 (GBD)(SN)


                     v.


ISLAMIC REPUBLIC OF IRAN,


                                        Defendant.
--------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS.:
COUNTY OF RICHMOND       )

      MARY LYNCH, being duly sworn, deposes and says:

      1.    I am a plaintiff in the within action, am over 18 years of age, and reside at 350 Richmond Terrace, Apartment 2T, Staten Island, New York 10301.

      2.    I am currently 69 years old, having been born on November 20, 1952.

      3.    I am the wife of Joseph W. Lynch, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of the claim on behalf of my husband's estate.

      4.    My husband passed away from lung cancer on June 27, 2012, at 61 years old. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

      5.    On August 31, 2012, I was issued Letters Testamentary on behalf of my husband's estate by the Richmond County, New York Surrogate's Court.

      6.    Joseph and I did pretty much everything together. We both worked only until three o'clock, so as the kids got older, we had a lot of free time. When the weather was warm, we enjoyed riding our bikes in various places, including in the city, Riis Park and the Rockaways.

Regardless of the weather, we enjoyed taking long walks in Clove Lakes Park and going to the theatre. We had saved some money and were planning to do some traveling, but Joe got sick. Joseph was a very good father. He was able to quickly identify and find solutions to simple problems. He was very clever and handy. Joe taught our children to be independent. He taught them to how ride and fix their bikes. He also taught them how to drive. Joe was involved with our kids' sporting activities, like Little League and basketball, and would attend as many games as possible.

7.      Joe worked on the Staten Island Ferry for over 20 years. On 9/11, he working as a deckhand when the attacks on the World Trade Center began. His ferry had just left Manhattan and was closer to Staten Island at the time. The smoke and fire were visible from the ferry. The Department of Transportation had closed all roadways and bridges, so the decision was made to keep the ferry running so that people could get off of Manhattan and back on to Staten Island to get home. Joe took quite a few trips back and forth to Manhattan that day and witnessed many people covered from head to toe in the ash and dust from the fallen towers. He described to me how people were in a state of shock and almost zombie-like as they got onto the ferry. The entire scene was surreal. Joe was really affected by what he saw that day. After September 11th, the ferry service was suspended, and the ferries were being used to transport human remains and body parts from Ground Zero to the Staten Island landfill, where they would be held for identification. The ferries were also being used to transport debris and damaged vehicles to the landfill, as well as to bring equipment, supplies and machinery to Ground Zero. Joe was on many of those trips. At some point, Joe was on the bucket brigade and part of the recovery efforts until regular ferry service resumed.

8.      Joe started to develop breathing issues, and I noticed that he was losing stamina and strength during his bike rides. As a first responder, he was part of the World Trade Center Health Program at Mount Sinai. He went for a check-up in January 2011, and he told the doctor he thought there might be a problem with his heart. His heart was fine, but the doctor saw a spot on one of his lungs which was concerning. That doctor at Mount Sinai booked an appointment for Joe to see an oncologist at Sloan Kettering Memorial Cancer Center immediately. They determined the spot on his lung was cancerous. It was Stage II, and the doctors were optimistic that they could remove the cancer.

2

9.     Joe was a good person, a spiritual person. He wanted to know that he was a good person who led a good life. There were some issues within his family that he wanted to get straightened out before he passed. He did that. His family all came to visit him, and he was happy that they did. Unfortunately, on the day he was first diagnosed, we had a pre-planned surprise 60th birthday party for him. He was happy to see his family and friends there despite the diagnosis.

10.     The doctors recommended Joe to have chemotherapy to shrink the tumor before they did surgery. Joe had a very rare, almost deadly reaction to the chemotherapy after only two treatments. He developed sepsis and was admitted to the hospital. He had painful sores all over his body. He couldn't eat for a month. The doctors tried to insert a feeding tube, but anything they tried to insert into his body caused another infection. Joe spent a month in the hospital, and he almost died from the chemotherapy treatment. No one expected such a massive complication.

11.     When Joe had the very bad reaction to the chemotherapy, I'm not sure that the staff at Sloan Kettering realized how sick he truly was. They let him get sicker than he needed to be, and he suffered greatly. Not a cell in his body wasn't affected by the sepsis. He had sores in his mouth, and he lost his fingernails. He lost thirty pounds in a month and all of his hair. When he finally could speak, it was in such a low whisper that I had to interpret everything he said to the doctors and nurses. His body became completely swollen with lymphatic fluid, so much that they couldn't even put a slipper on his foot. I thought the doctors and nurses weren't being proactive. Everything they tried to do just went haywire. His memory was also spotty.

12.     Joe wasn't ready to give up. Even his doctor said he'd never seen a patient fight so hard to live. As rare as it was for patients to have a negative reaction to the chemotherapy that Joe had, it was just as rare that they survived. Joe was accepted into a rehabilitation program at NYU Langone. He worked very hard to get his strength back because he wanted to be independent. He was very regimented when we got home. Every hour, he would walk from our apartment to the elevator. We were working together to get him stronger. We had hope. But there were still complications—because he had been in bed for so long, he'd developed a blood clot. Once, we had to get an ambulance to rush him to a local hospital to treat him for the blood clot. Everything that could go wrong did go wrong.

13.     We couldn't begin to deal with the cancer until Joe was healthy again. He came

3

home but was in and out of the hospital for a couple of months. His strength did improve, and he got better, but not enough. The doctors administered a different type of chemotherapy, but Joe did not respond well to this one, either. So much time had gone by that the cancer had started to spread again. It was too late for surgery or even radiation. He had been through so much, already. He was weak. His muscles had atrophied. He tried to stay positive, but even after working so hard, the cancer was too advanced to be treated. I was devastated. Joe became depressed, and it was very hard to stay positive because he had come so far and now, he was dying from what was supposed to be a treatable cancer. He died on June 27, 2012.

14.    A lot of people depended on Joe, not just me and the kids. He liked helping people and being needed. Whether it was my sisters or his friends or just people in the neighborhood, they would go to Joe when they needed help. He could fix almost anything, but he was also a very bright light. He was a funny, loving person who people wanted to be around. His death was a huge loss to many people.

15.    We were very disappointed with the NYPD and intelligence agencies that didn't key into the terrorist attacks before they happened. We were disillusioned—we thought we were in a safer environment than we really were. We really love our country, and we were disappointed to see that greater measures weren't taken to protect us. Many people lost loved ones in the attack and after the attacks. People are still suffering.

_____
MARY LYNCH

Sworn to before me this
_11_ day of July, 2022

_____
Notary Public

RIGAULBERT ROBERT
Notary Public - State of New York
NO. 01RO6270419
Qualified in Richmond County
My Commission Expires 10-15-2024

4

# Estate of Alberto Machado

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------X     **AFFIDAVIT OF**
GEORGIA M. ASCIUTTO, et al.,                             **MARIA MACHADO**


                                 Plaintiffs,            20-CV-00411 (GBD)(SN)


                v.


ISLAMIC REPUBLIC OF IRAN,


                                 Defendant.
------------------------------------------------------------------X
STATE OF NEW YORK       )
                        : SS.:
COUNTY OF PUTNAM        )

        MARIA MACHADO, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 82 Vista
Terrace, Mahopac, New York 10541.

        2.      I am currently 60 years old, having been born on November 3, 1961.

        3.      I am the wife of Alberto Machado, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf of my husband's estate.

        4.      My husband passed away from Stage IV metastatic carcinoma of the inguinal
lymph nodes on October 6, 2011, at the age of 54. It was medically determined that this illness
was causally connected to his exposure to the toxins resulting from the September 11, 2001,
terrorist attacks.

        5.      On July 11, 2013, I was appointed administrator of my husband's estate by the
New York State, Putnam County Surrogate's Court.

        6.      Alberto and I had a good relationship. We enjoyed visiting different places,
especially when our daughters, who are triplets, were young. We would go into the city and take

them to the zoo. Most of our family is still in Portugal, so our family gatherings consisted of Alberto, me, and our daughters. Alberto was a good and devoted father. He was very dependable and would do anything for his family.

7.      On 9/11, Alberto was a construction worker and was called in after the towers fell to help with the cleanup. He continued to assist with the cleanup for several weeks. He told me that when they would move items or debris, there was always more dust and debris underneath. He was provided with a mask, but it was not the best quality, and he often had to change it.

8.      Alberto had always been a healthy man. In October 2010, he started feeling pain in his lower abdomen. He went to a doctor and was referred for a sonogram, which showed that his lymph nodes were enlarged. A CT scan was performed, which confirmed that he had Stage IV cancer. He began a course of chemotherapy. The tumor in his lymph nodes was blocking his intestines and stomach. He underwent surgery and required a urostomy pouch. Due to the tumor, it was difficult for him to eat, and he had to be fed intravenously. Fluids were building up in his lungs, which had to be drained out. He experienced a lot of pain during this procedure since little to no anesthesia was administered.

9.      My husband's illness was a terrible experience for him. He was in constant pain, often trembling from it, and would want to take more pain medication than was prescribed to help alleviate it. He became desperate to try to stop the pain in any manner he could. He was given morphine but would sometimes become aggressive, so the dosage had to be lowered or stopped altogether. After chemotherapy treatments, which lasted much of the day, he was very pale and weak. It was difficult for him to even stand on his own. His mobility worsened as his illness progressed, and he was confined to the hospital. He couldn't do anything without assistance, including getting out of bed and going to the bathroom. He fought hard because he believed that he would get better and be able to return to his family and work. He was anxious to do the things we used to do before he became sick. He would sometimes hallucinate during the night due to the heavy medication he was taking. He seemed scared during these episodes. It also upset Alberto when our daughters would visit him in the hospital because he didn't want them to be frightened seeing him that way. He wanted them to believe that he was going to be okay. He would be sad when we had to leave the hospital because he didn't want to be left alone. In the last few days before he passed away, his pain became unbearable, and he said that

2

he would rather die than live with the excruciating pain. He died a few days later.

      10.     Alberto was a good, loving man and did not deserve to become sick and go through the pain and suffering caused by his cancer.

_Maria Machado_
MARIA MACHADO

Sworn to before me this
12 day of July, 2022

_Jesica D Alfred_
Notary Public

JESSICA D. ALFRED
Notary Public, State of New York
No. 01AL6145789
Qualified in Putnam County
Commission Expires 05/15/20 26

3

# Estate of Duane F. MacMenamie

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                             03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------X   **AFFIDAVIT OF**
GEORGIA M. ASCIUTTO, et al.,                     **LINDA MacMENAMIE**

                                  Plaintiffs,          20-CV-00411 (GBD)(SN)

                v.

ISLAMIC REPUBLIC OF IRAN,

                          Defendant.
--------------------------------------------------------------X
STATE OF FLORIDA      )
                        : SS.:
COUNTY OF SUMTER    )

LINDA MacMENAMIE, being duly sworn, deposes and says:

1.    I am a plaintiff in the within action, am over 18 years of age, and reside at 10393 Silver Maple Avenue, Oxford, Florida 34484.

2.    I am currently 58 years old, having been born on August 4, 1963

3.    I am the wife of Duane F. MacMenamie, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of the claim on behalf of my husband's estate.

4.    My husband passed away from myelofibrosis on July 30, 2015, at the age of 59. It was medically determined that his illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.    On October 22, 2015, I was issued Letters Testamentary on behalf of my husband's estate by the Union County, New Jersey S Surrogate's Court.

6.    My husband Duane and I had a very loving relationship. We were always doing things together. We were quite social. He was very handy and enjoyed doing construction projects on our home. He was a great listener and problem solver. Duane was my "go to" guy.

7.      My husband was a union representative for New York City Transit Authority workers. During the World Trade Center attacks, the president of Duane's union asked him to bring a food truck down to Ground Zero. He spent a couple of months going down there and providing food and water to the first responders. I wasn't happy about him spending so much time down there. I was worried about the working conditions. We didn't discuss his work there in detail.

8.      My husband had developed many respiratory problems throughout the years. He had a chronic cough and had trouble staying awake during the day. At night, he had terrible heartburn and couldn't sleep. He was diagnosed with COPD and sleep apnea in 2008. He developed pneumonia in 2009 and had to be hospitalized. Later that year, he was diagnosed with GERD. Each condition required him to take new medications. He was hooked up to a CPAP machine, to monitor his breathing at night. He had another bout with pneumonia in 2011.

9.      In 2013, Duane went for routine bloodwork. After getting the results, our doctor asked if Duane had any recent dental or other types of infection, because his white blood cell count was high. He didn't have any infections that we knew of. The doctor repeated the bloodwork a few weeks later. The white blood cell count was still high. Our doctor referred Duane to an oncologist, who was a leukemia specialist.

10.     In June 2013, a bone marrow biopsy revealed Duane had myelofibrosis, a rare form of bone marrow cancer that caused scar tissue to form. It was particularly painful and aggressive. The doctors monitored him closely and determined that the disease was progressing. About a year after the diagnosis, doctors said Duane needed to have a stem-cell transplant. It was his only hope to survive. He underwent chemotherapy to prepare for the transplant. The chemotherapy gave him extremely painful rashes that required strong painkillers. He was very nervous about the stem-cell procedure. From the time of the diagnosis to the transplant, Duane's outlook on life had changed. He became a different person.

11.     He was usually an optimistic person but didn't think he would live through the stem cell transplant. He said he hoped that he didn't come home in a body-bag. He was going through so much pain. He was in and out of the hospital, for years. He would get tired very quickly. He couldn't walk his favorite golf course. Little by little, Duane had to stop doing the things that brought him so much joy. He loved the Giants but could no longer go to tailgating parties with his friends. He could no longer do the yardwork he enjoyed so much. That winter,

2

we had a bad snowstorm. Duane went outside and started shoveling snow. I made him stop

shoveling, but it wasn't easy. Later, he could only walk short distances. It was very hard for

Duane to accept that he couldn't do the things he used to.

       12.      The stem-cell transplant surgery was performed in June of 2015. Doctors said it

was successful and were hopeful that Duane would soon be able to leave the hospital. But, when

I went to see him, he was having a very hard time catching his breath. He could hardly speak.

Something was wrong with his lungs. The doctors transferred him to the ICU and ultimately,

had to put him on a ventilator. After about a week, doctors noticed some improvement. They

were planning on removing the ventilator. But, when I was sitting with him in ICU, I noticed

there was blood coming from his tube. The doctors rushed in and told me to leave the room.

Duane had gone into respiratory failure. The doctors were unable to resuscitate him. He died on

July 30, 2015. He never made it out of the hospital after the stem-cell transplant.


                             _Linda MacMenamie_
                             LINDA MacMENAMIE

Sworn to before me this

__12th__ day of July, 2022

        _Vickie D. Blocker_
        Notary Public

Notary Public State of Florida
Vickie D. Blocker
My Commission HH 053737
Expires 10/14/2024

3

# Estate of Larry Ordell Rappe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                        03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-----------------------------------------------------------X        **AFFIDAVIT OF**
GEORGIA M. ASCIUTTO, et al.,                                         **PAULA RAPPE**


                                    Plaintiffs,        20-CV-00411 (GBD)(SN)


                        v.


ISLAMIC REPUBLIC OF IRAN,

-----------------------------------------------------------X
                                    Defendant.
-----------------------------------------------------------X

STATE OF FLORIDA        )
                        : SS.:
COUNTY OF ESCAMBIA      )


        PAULA RAPPE, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 13715
Canal Drive, #B, Pensacola Florida 32705.

        2.      I am currently 69 years old, having been born on September 8, 1952.

        3.      I am the wife of Larry Ordell Rappe, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf of my husband's estate.

        4.      My husband passed away from pulmonary fibrosis on October 21, 2017. It was
medically determined that this illness was causally connected to his/her exposure to the toxins
resulting from the September 11, 2001, terrorist attacks.

        5.      On March 31, 2018, I was issued Letters of Administration on behalf of my
husband's estate by the Escambia County, Florida Circuit Court.

6.      Larry and I were married for 37 years. We were very family-oriented; all of our activities involved family. We loved boating and had a few boats. We would go scuba-diving, and we brought our kids along once they were old enough to scuba-dive themselves. We had planned to travel the great loop once both of us had retired.

7.      Larry was a social worker and a member of the National Disaster Medical Assistance Team (DMAT). When the attacks on the World Trade Center happened on 9/11/2001, Larry responded almost immediately. He arrived in Manhattan on 9/13/2001 from Florida. He worked at the medical center at Ground Zero, counseling first responders. He worked there for about a week. Larry told me about the destruction he saw at Ground Zero—how despite the World Trade Center being tons of offices, he only ever saw one computer intact.

8.      Larry enrolled early on in the World Trade Center Health Program. He went dutifully every year for his physical. One year, the doctor recommended he see a pulmonary specialist. The specialist told him he had pulmonary fibrosis, and he was given two years to live. We were heartbroken. Our normal life and routine were blown out of the water as Larry's condition worsened.

9.      It was difficult to watch him—he was always out and about fixing things, but as he became weaker, he could hardly get out of a chair. Larry had an oxygen machine. Sometimes, Larry would wake me up in the middle of the night gasping for air. His need for oxygen increased as his condition deteriorated. We only had seven steps leading up to our home, but it would take him an hour and a half to get up the stairs. It became extremely difficult to walk and breathe. His medications caused him to develop diabetes and gave him borderline kidney failure. Larry had so many pills it was hard to keep track.

10.     Larry hung on as long as he could for his family. When we found out he had two weeks to live, we had everyone come to see him at the house. Every day was precious. It was heartbreaking to lose Larry. He spent half or more of his life helping others. He was the team leader at the Veteran Center until he retired. He was a Vietnam War veteran. He and I both got

2

involved in disaster relief efforts. He helped after 9/11 and Hurricane Andrew in Florida. He left
a big footprint on the world by helping others.

PAULA RAPPE

Sworn to before me this
___ day of July, 2022

Notary Public

VICKY JG CHANDLER
Notary Public - State of Florida
Commission # GG 950952
My Comm. Expires May 9, 2024

3

# Estate of Larry Scott Relyea

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF**
GEORGIA M. ASCIUTTO, et al.,                                      **DEBRA J. RELYEA**

                                        Plaintiffs,     20-CV-00411 (GBD)(SN)

                            v.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS.:
COUNTY OF CHENANGO )

        DEBRA J. RELYEA, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 29 Elm
Street, Norwich, New York 13815.

        2.      I am currently 68 years old, having been born on November 4, 1953.

        3.      I am the wife of Larry Scott Relyea, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf of my husband's estate.

        4.      My husband passed away from Chronic Obstructive Pulmonary Disease (COPD)
on October 8, 2015, at the age of 55. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

        5.      On May 4, 2016, I was issued Letters of Administration on behalf of my
husband's estate by the Surrogate's Court of the State of New York, Chenango County.

        6.      Larry and I were married in 1989, and we had a very good marriage. He was a
military recruiter. We adopted a little girl who was about six years old, but we had been taking
care of her since she was ten weeks old. Larry had a great relationship with our adopted

daughter. We had to fight really hard to adopt her. After our first daughter, we adopted another child into our family, plus a (biological) grandchild. Larry was "dad" to all of them. When Larry was home from work, he'd spend every minute with our kids. We loved to do all sorts of recreational activities as a family. Larry would always drive.

7.      Larry always worked with the National Guard. On 9/11/2001, minutes after the attacks began, he received a phone call to respond to Oneonta, New York. From there, he was dispatched to New York City. He was on-site at Ground Zero from the day it happened until the end of November 2001. He was quite close to the towers themselves. I know he wasn't given any type of facial mask or proper equipment. Before 9/11, Larry didn't have any health issues.

8.      Larry had a part-time job teaching X-Ray technicians. He agreed to have a chest X-Ray done, and the technicians started to notice something wrong with his lungs. From there, it went downhill. In 2009 or 2010, he started having minor heart attacks and breathing problems. Many times, we had to have the ambulance come. He was on many, many medications and inhalers. If those medications didn't work, we had to transfer Larry to the hospital. We even had to send him to the VA Hospital in Syracuse.

9.      He tried to stay in the military, but they would call me from his job because a few times they had to take him to the hospital. Larry was constantly in pain. He had severe difficulties breathing, and I would often find him clutching his chest. He was very sensitive to weather extremes and always had to use his inhaler and nebulizer. It was difficult for him to breathe, and he had heart problems. It got to the point where he couldn't even go to work. He was going to retire soon anyways, but they asked him to retire sooner. He was out on medical retirement, an honorable discharge.

10.     Larry was often frustrated because he wanted to do things with the kids, but he couldn't. He would collapse due to shortness of breath, then go into another room and cry. He was dejected, because he could not be the father he wanted to be to his three daughters. He felt self-conscious. His health problems also impacted our intimate life. Larry's illness took a toll on his daily life, preventing him from even going grocery shopping or driving his car. In the last two years before his death, his illness also affected his brain. He became despondent, and he didn't want to do anything. Larry became mean—he never, in our marriage, had a mean bone in his body. I attributed this to the fact that oxygen couldn't get to his brain, and he was irritated.

He really had a personality change. We would argue, which was very abnormal. He would yell, argue, and take everything I said the wrong way. He pulled away from the kids, who were younger at the time. They were five, six, and seven years old. The kids would get on his nerves very easily. We couldn't do any of the recreational activities we usually did.

11.     I didn't know the full extent of Larry's illness. If he needed me to bring home some medication, I would bring it. But he didn't complain, so I never knew the true extent of his suffering until I got the death certificate. Two weeks before his death, Larry was rushed to the emergency room for a heart attack which I never knew happened. Larry demanded to be released from the hospital—he wanted to be at home with family. Ultimately, he died at home. Unfortunately, our three young daughters saw him the moment he died and that really impacted them mentally.

12.     When I met Larry, I met a man who was so strong, great, and outgoing. Nothing ever pulled him down. When he became sick, he was a shell of himself. It was a horrible way to go out, and he is deeply missed by me and our family.


DEBRA J. RELYEA

Sworn to before me this
25th day of July, 2022
Notary Public

JACKIE M. BRUNSCHMID
Notary Public - State of New York
No. 01BR6013020
Qualified in Chenango County
My Commission Expires Sept. 8, 2026

3

# Estate of Gregory Alan Waters

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF**
GEORGIA M. ASCIUTTO, et al.,                    **PEGGY WATERS**


                              Plaintiffs,        20-CV-00411 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS.:
COUNTY OF ERIE           )

    PEGGY WATERS, being duly sworn, deposes and says:

    1.    I am a plaintiff in the within action, am over 18 years of age, and reside at 12 Faahs Drive, Orchard Park, New York 14127.

    2.    I am currently 68 years old, having been born on December 2, 1953.

    3.    I am the wife of Gregory Alan Waters, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of the claim on behalf of my husband's estate.

    4.    My husband passed away from tongue cancer on July 4, 2013, at the age of 60. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

    5.    On July 10, 2014, I was issued Letters Testamentary on behalf of my husband's estate by the Surrogate's Court of the State of New York, County of Erie.

    6.    My husband and I met when I was eight years old. My family moved to the street he was living on, and so we grew up together only three houses apart. We became high school sweethearts and were married as soon as I graduated. We were friends and a couple for a very

long time and did everything together. We would enjoy vacationing every summer, and we owned a camper and would use it all summer long. We also had a boat and would go boating on Lake Erie together. Gregory and I also raised three children together who were adults by the time of his illness and passing. The family had also grown with several grandchildren by this time as well.

7.      Gregory was an iron worker. On the day of the September 11, 2001, terrorist attacks, Gregory was working on the Williamsburg Bridge and watched the planes hit the towers. He immediately left work and went towards the World Trade Center area after witnessing this, and he continued to work in the Ground Zero area for about a month in the aftermath of the attacks. He did not feel sick at the time, but he was breathing in a lot of the dust and debris that was in the area.

8.      For about three years after the attacks, Gregory seemed fine to me. However, one weekend he came back from New York and was not feeling well. He was very weak and had a difficult time breathing, so I took him to the emergency room, where they began conducting various tests. It was there that he was first diagnosed with cancer.

9.      One thing led to another with his illness. He was first diagnosed with cancer in his throat, but this cancer then spread to his neck and later to his lungs. He suffered for years before he eventually passed away from tongue cancer.

10.      Gregory was a strong man and did his best to recover. He underwent various treatments and procedures to treat his cancer. He had radiation and chemotherapy treatments for four years. And while he was sick, he also made eight trips to the emergency room and underwent three surgeries. He had trouble breathing and was on oxygen, and overall, he became very sick.

11.      My husband did his best to try and continue living his life while he was sick. For example, he would try and cut the grass after coming back from his chemotherapy treatments. And later on, our children would come to visit and bring the new grandchildren. Gregory would try to hold these new members of our family. But he was sick and suffering through a lot of pain. He broke out in rashes and had a lot of bleeding and coughing.

12.      Eventually, it came to a point where the doctors told him he only had a few months to live. This was emotionally devastating for Gregory after he had already been fighting his cancer and undergoing his various treatments for years. He became mad at the world and

2

downright mean, and he began to throw things.

13.     At the end of his life, Gregory was undergoing hospice in our home and was confined to a hospital bed. He had been taking various pain medications but eventually, he was on morphine and needed a dose every two hours, including throughout the night. I would help administer these doses, but he would become combative and try to fight us. He would even try to get out of his bed but would fall. It was a horrible experience for everyone.

14.     One night, as a result of all these issues, I had to call hospice for help. They came and picked him up, and our entire family followed him to hospice that night. We stayed in cots in the room with him. Gregory would pass away that very next morning.

15.     We had health insurance, but it did not cover the radiation treatments. The bills for these treatments were a difficult additional financial burden on the family and me. Our kids organized a benefit for him to try and raise money, which did help a lot.

16.     Gregory suffered tremendously in the years after his cancer diagnosis and especially in the final months of his life. He was in pain to the point he needed morphine, had difficulty breathing, and was confined to a hospital bed. The doctor telling him that his cancer was terminal and that he only had months to live was emotionally devastating to Gregory, and it changed his personality and feelings in the final months of his life. He became very mad at the world.

_____
PEGGY WATERS

Sworn to before me this
11th day of July, 2022

_____
Notary Public

AMY M. BROWNE
#01BR6072541
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 02/03/ 2023

3