**EXHIBIT A**

**EXHIBIT A**

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Daniel | | Armenta | | Jason | Daniel | Armenta | | Son | 1 | N/A | $8,500,000 |
| 2 | Ralph | James | Bova | | Barbara | | Bova | | Wife | 1 | N/A | $12,500,000 |
| 3 | Rebecca | A. | Buck | | Florence[1] | E. | Hoosein (o/b/o Donald J. Buck) | | Father | 1 | N/A | $8,500,000 |
| 4 | Rebecca | A. | Buck | | Florence[2] | E. | Hoosein (o/b/o Rebecca A. Buck) | | Mother | 1 | N/A | $8,500,000 |
| 5 | Rebecca | A. | Buck | | Elizabeth | Ruth | Gutierrez | | Sister | 1 | N/A | $4,250,000 |
| 6 | Rebecca | A. | Buck | | Florence | E. | Hoosein | | Sister | 1 | N/A | $4,250,000 |
| 7 | Joseph | Patrick | Cassella | | Donna | Marie | Martinelli | | Daughter | 1 | N/A | $8,500,000 |
| 8 | Ronald | Thomas | Coyne | | Patrick | James | Coyne | | Son | 1 | N/A | $8,500,000 |
| 9 | Ronald | Thomas | Coyne | | Theresa | | Hazel | | Sister | 1 | N/A | $4,250,000 |
| 10 | Ronald | Thomas | Coyne | | John | Vincent | Monaco | | Son | 1 | N/A | $8,500,000 |
| 11 | Nicholas | | D'Errico | | Michael | Anthony | D'Errico | | Son | 1 | N/A | $8,500,000 |

---

[1] Donald J. Buck's former personal representative, Ruth E. Buck, passed away during the pendency of this suit. Florence E. Hoosein is in the process of being appointed as the personal representative for the estate of Donald J. Buck.

[2] Ruth E. Buck passed away during the pendency of this suit. Florence E. Hoosein is in the process of being appointed as the personal representative for the estate of Ruth Buck.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff 's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
| 12 | Nicholas | | D'Errico | | Nicholas | John | D'Errico | | Son | 1 | N/A | $8,500,000 |
| 13 | Nicholas | | D'Errico | | Michael | Anthony | D'Errico (o/b/o June D'Errico) | | Wife | 1 | N/A | $12,500,000 |
| 14 | Nicholas | | D'Errico | | Susan | A. | Sangiorgi | | Sister | 1 | N/A | $4,250,000 |
| 15 | John | Charles | Dillon | | John[3] | Patrick | Dillon | | Son | 1 | N/A | $8,500,000 |
| 16 | John | Charles | Dillon | | Patricia | | Dillon | | Wife | 1 | N/A | $12,500,000 |
| 17 | John | Charles | Dillon | | Joanna | | Sanford | | Daughter | 1 | N/A | $8,500,000 |
| 18 | Aleksandr | | Drobchinskiy | | Klavdiya | | Drobchinskaya | | Wife | 1 | N/A | $12,500,000 |
| 19 | Aleksandr | | Drobchinskiy | | Nelly | | Yakutelov | | Daughter | 1 | N/A | $8,500,000 |
| 20 | George | David | Eysser | | Christopher | George | Eysser | | Son | 1 | N/A | $8,500,000 |
| 21 | Wayne | Kenneth | Haberland | | Terese | Irons | Haberland | | Wife | 1 | N/A | $12,500,000 |
| 22 | John | Joseph | Hough | | Gail | Marie | Amrhein | | Sister | 1 | N/A | $4,250,000 |
| 23 | John | Joseph | Hough | | Catherine | I. | Crouse | | Daughter | 1 | N/A | $8,500,000 |
| 24 | John | Joseph | Hough | | Thomas | James | Hough | | Brother | 1 | N/A | $4,250,000 |
| 25 | Arthur | Bartolomeo | Iannace | | Christopher | R. | Iannace | | Son | 1 | N/A | $8,500,000 |
| 26 | Arthur | Bartolomeo | Iannace | | Michael | | Iannace | | Son | 1 | N/A | $8,500,000 |

---

[3] John Patrick Dillon passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXHIBIT A |

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Arthur | Bartolomeo | Iannace | | Susan | Ellen | Iannace | | Wife | 1 | N/A | $12,500,000 |
| 28 | Phoebe | Catherine | Kahanov | | Learan | | Kahanov | | Husband | 1 | N/A | $12,500,000 |
| 29 | John | Paul | LaPointe | | Lucille | A. | LaPointe | | Mother | 1 | N/A | $8,500,000 |
| 30 | Steven | | Mazur | | Lee | | Mazur | | Son | 13 | N/A | $8,500,000 |
| 31 | Steven | | Mazur | | Mary | | Pisarkiewicz-Mazur | | Wife | 1 | N/A | $12,500,000 |
| 32 | Steven | | Mazur | | Zachary | Adam | Mazur | | Son | 1 | N/A | $8,500,000 |
| 33 | Robert | Kenner | McCain | Jr. | Michelle | Yvette | Amin | | Sister | 1 | N/A | $4,250,000 |
| 34 | Robert | Kenner | McCain | Jr. | Gail | Roslyn | Davis | | Sister | 1 | N/A | $4,250,000 |
| 35 | Robert | Kenner | McCain | Jr. | Dexter | | McCain | | Son | 1 | N/A | $8,500,000 |
| 36 | Robert | Kenner | McCain | Jr. | Dolores[4] | | McCain | | Mother | 1 | N/A | $8,500,000 |
| 37 | Robert | Kenner | McCain | Jr. | Pasha | | McCain | | Wife | 1 | N/A | $12,500,000 |
| 38 | Robert | Kenner | McCain | Jr. | Remmington | Lark | McCain | | Son | 1 | N/A | $8,500,000 |
| 39 | Robert | Kenner | McCain | Jr. | Robert | Kenner | McCain | III | Son | 1 | N/A | $8,500,000 |
| 40 | Robert | Kenner | McCain | Jr. | Robert[5] | Kenner | McCain | Sr. | Father | 1 | N/A | $8,500,000 |

---

[4] Dolores McCain passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

[5] Robert Kenner McCain, Sr. passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **EXHIBIT A** | | | |
| 41 | Paul | J. | Oslovich | | Debra | L. | Anagnost | | Sister | 1 | N/A | $4,250,000 |
| 42 | Paul | J. | Oslovich | | Nicole | M. | Heinrich | | Daughter | 1 | N/A | $8,500,000 |
| 43 | Paul | J. | Oslovich | | Christopher | P. | Oslovich | | Son | 13 | N/A | $8,500,000 |
| 44 | Paul | J. | Oslovich | | Jenna | M. | Oslovich | | Daughter | 1 | N/A | $8,500,000 |
| 45 | Paul | J. | Oslovich | | Matthew | P. | Oslovich | | Son | 13 | N/A | $8,500,000 |
| 46 | Paul | J. | Oslovich | | Theresa | | Oslovich | | Wife | 1 | N/A | $12,500,000 |
| 47 | Paul | J. | Oslovich | | Maryrose | | Paar | | Sister | 1 | N/A | $4,250,000 |
| 48 | Larry | Ordell | Rappe | | Shirley | J. | Holland | | Sister | 1 | N/A | $4,250,000 |
| 49 | Larry | Ordell | Rappe | | Marilyn[6] | Duan | Scott | | Sister | 1 | N/A | $4,250,000 |
| 50 | Robert | J. | Reilly | | Patrick | | Reilly | | Brother | 1 | N/A | $4,250,000 |
| 51 | Albert | | Reingold | | Lisa | Beth | Reingold Schlussel | | Daughter | 1 | N/A | $8,500,000 |
| 52 | Albert | | Reingold | | Robin | Karen | Reingold Susman | | Daughter | 1 | N/A | $8,500,000 |
| 53 | Albert | | Reingold | | Gertie | | Reingold | | Wife | 1 | N/A | $12,500,000 |
| 54 | Albert | | Reingold | | Stephen | Marcus | Reingold | | Son | 1 | N/A | $8,500,000 |

---

[6] Marilyn Duan Scott passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

## EXHIBIT A

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Mary | Elizabeth | Reynolds | | Peter | Joseph | Reynolds | | Brother | 1 | N/A | $4,250,000 |
| 56 | Kevin | A. | Rooney | | Frank | | Rooney | | Brother | 1 | N/A | $4,250,000 |
| 57 | Robert | Carlo | Rossi | | Robin | | Rossi (o/b/o Valerie Rossi)[7] | | Wife | 1 | N/A | $12,500,000 |
| 58 | Rita | | Saverino Romeo | | Joseph | M. | Romeo | | Husband | 1 | N/A | $12,500,000 |
| 59 | Rita | | Saverino Romeo | | Luca | Vincent | Romeo | | Son | 1 | N/A | $8,500,000 |
| 60 | James | Anthony | Schiavone | | Breanna | | Schiavone | | Daughter | 1 | N/A | $8,500,000 |
| 61 | James | Anthony | Schiavone | | Cristina | Rose | Schiavone | | Daughter | 1 | N/A | $8,500,000 |
| 62 | James | Anthony | Schiavone | | Lisa | | Schiavone | | Wife | 1 | N/A | $12,500,000 |
| 63 | James | Anthony | Schiavone | | Michael | James | Schiavone | | Son | 1 | N/A | $8,500,000 |
| 64 | Donna | M. | Siciliano | | Michael | J. | Ippolito | | Brother | 1 | N/A | $4,250,000 |
| 65 | Donna | M. | Siciliano | | Richard | W. | Ippolito | | Brother | 1 | N/A | $4,250,000 |
| 66 | Donna | M. | Siciliano | | Richard | W. | Ippolito (o/b/o Angelina) | | Mother | 1 | N/A | $8,500,000 |

---

[7] Valerie Rossi passed away during the pendency of this suit. I have not yet received documentation confirming the appointment of a personal representative for the estate.

## EXHIBIT A

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ippolito) | | | | | |
| 67 | Donna | M. | Siciliano | | Richard[8] | W. | Ippolito (o/b/o Genarino Ippolito) | | Father | 1 | N/A | $8,500,000 |
| 68 | Donna | M. | Siciliano | | Robert | V. | Ippolito | | Brother | 1 | N/A | $4,250,000 |
| 69 | Donna | M. | Siciliano | | Gerard[9] | A. | Siciliano | | Husband | 1 | N/A | $12,500,000 |
| 70 | Stephen | E. | Skipton | Sr. | Tracy | Ann | Cicchetti | | Sister | 1 | N/A | $4,250,000 |
| 71 | Stephen | E. | Skipton | Sr. | Bertha | Elizabeth | Skipton | | Mother | 13 | N/A | $8,500,000 |
| 72 | Stephen | E. | Skipton | Sr. | Jennifer | | Skipton | | Wife | 1 | N/A | $12,500,000 |
| 73 | Stephen | E. | Skipton | Sr. | Stephen | E. | Skipton | Jr. | Son | 1 | N/A | $8,500,000 |
| 74 | Michael | Paul | Smith | Jr. | Dillon | Andrew | Smith | | Son | 1 | N/A | $8,500,000 |
| 75 | Michael | Paul | Smith | Jr. | Faith | Ann | Smith | | Wife | 1 | N/A | $12,500,000 |
| 76 | Michael | Paul | Smith | Jr. | Michael | Paul | Smith | III | Son | 1 | N/A | $8,500,000 |
| 77 | Margaret | Lydia | Utzinger | | Morgan | Leah | Utzinger | | Daughter | 1 | N/A | $8,500,000 |
| 78 | Sam | | Vashovsky | | Ephraim | | Vashovsky | | Son | 1 | N/A | $8,500,000 |

---

[8] Richard W. Ippolito is in the process of being appointed personal representative for the estate of Genarino Ippolito.
[9] Gerard A. Siciliano passed away during the pendency of this suit. A personal representative has not yet been appointed for the estate.

| # | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff's Relationship to 9/11 Decedent | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Solatium) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | Sam | | Vashovsky | | Lana | | Vashovsky | | Wife | 1 | N/A | $12,500,000 |
| 80 | Sam | | Vashovsky | | Stanley | | Vashovsky | | Son | 1 | N/A | $8,500,000 |

7