**EXHIBIT B**

## EXHIBIT B

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rebecca | A. | Buck | | Ruth[1] | E. | Buck | | 1 | N/A | $7,000,000 |
| 2 | John | Charles | Dillon | | Patricia | | Dillon | | 1 | N/A | $7,000,000 |
| 3 | Aleksandr | | Drobchinskiy | | Klavdiya | | Drobchinskaya | | 1 | N/A | $7,000,000 |
| 4 | Wayne | Kenneth | Haberland | | Terese | | Irons Haberland | | 1 | N/A | $7,000,000 |
| 5 | John | Joseph | Hough | | Gail | Marie | Amrhein | | 1 | N/A | $7,000,000 |
| 6 | Arthur | Bartolomeo | Iannace | | Susan | Ellen | Iannace | | 1 | N/A | $7,000,000 |
| 7 | Phoebe | Catherine | Kahanov | | Learan | | Kahanov | | 1 | N/A | $7,000,000 |
| 8 | Steven | | Mazur | | Mary | | Pisarkiewicz-Mazur | | 1 | N/A | $7,000,000 |
| 9 | Robert | Kenner | McCain | Jr. | Pasha | | McCain | | 1 | N/A | $7,000,000 |
| 10 | Albert | | Reingold | | Gertie | | Reingold | | 1 | N/A | $7,000,000 |
| 11 | Kevin | A. | Rooney | | Vaneza | | Rooney | | 1 | N/A | $7,000,000 |

---

[1] Rebecca A. Buck's former personal representative, Ruth E. Buck, passed away during the pendency of this suit. A new personal representative has not yet been appointed for the estate of Rebecca A. Buck.

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Suffix | Personal Representative First Name | Personal Representative Middle Name | Personal Representative Last Name | Personal Representative Suffix | ECF for Plaintiff's Claim Against Iran in case 20-cv-00355 | ECF for Plaintiff's Prior Damages | Compensatory Damages (Wrongful Death / Pain & Suffering) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Robert[2] | Carlo | Rossi | | Valerie | | Rossi | | 1 | N/A | $7,000,000 |
| 13 | James | Anthony | Schiavone | | Lisa | | Schiavone | | 1 | N/A | $7,000,000 |
| 14 | Joseph | M. | Scoblic | | Barbara | | Scoblic | | 1 | N/A | $7,000,000 |
| 15 | Donna[3] | | Siciliano | | Gerard | A. | Siciliano | | 1 | N/A | $7,000,000 |
| 16 | Stephen | E. | Skipton | Sr. | Jennifer | | Skipton | | 1 | N/A | $7,000,000 |
| 17 | Michael | Paul | Smith | Jr. | Faith | Ann | Smith | | 1 | N/A | $7,000,000 |
| 18 | Sam | | Vashovsky | | Lana | | Vashovsky | | 1 | N/A | $7,000,000 |

Exhibit B title: **EXHIBIT B**

---

[2] Robert Carlo Rossi's former personal representative, Valerie Rossi passed away during the pendency of this suit. I have not yet received documentation confirming the appointment of a personal representative for the estate of Robert Carlo Rossi.

[3] Donna Siciliano's former personal representative, Gerard A. Siciliano, passed away during the pendency of this suit. A new personal representative has not yet been appointed for the estate of Donna Siciliano.