**Exhibit G**

**Gail Marie Amrhein**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------X     **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                                 **GAIL MARIE AMRHEIN**

                                            Plaintiffs,       20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                            Defendant.
--------------------------------------------------------------X
STATE OF NEW YORK      )
                       : SS.:
COUNTY OF SUFFOLK      )

GAIL MARIE AMRHEIN, being duly sworn, deposes and says:

1.       I am a plaintiff in the within action, am over 18 years of age, and reside at 7 Louden
Loop, Mount Sinai, New York 11766.

2.       I am currently 73 years old, having been born on January 23, 1949.

3.       I am the sister of John Joseph Hough, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

4.       My brother passed away from esophageal cancer on December 8, 2013. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks.

5.       My brother and I were very involved in each other's lives. From a young age, we
were very close. Together, we vacationed a lot and traveled the world. We spent a lot of time
together. We were almost always together.

6.        At the time of 9/11, my brother was a police officer with the Suffolk County
Police Department. He was called into the World Trade Center site and responded immediately.

He was stationed at the command center and worked in a supervisor's role. We never discussed his experiences at the pile. He didn't like to talk about it. He stayed at the site for a few days.

7.      In January 2013, we took a trip to California. This trip was when I first noticed something was off with John. He was always very active and the type of person who would always lead the pack. During our trip, he seemed to be hanging back and keeping pace with me. He took me out later that month for my birthday. He seemed much thinner and was coughing a lot. It was then that I was sure he was sick. We took another trip to California in February, and he told me had been diagnosed with cancer.

8.      During his illness, we got together as much as we could. Whenever he was feeling up to it, we would be together. We would go to church and do easy things that wouldn't strain him too much. It was on Thanksgiving that things took a turn for the worse, and I would take him on his final trip to the hospital. I was there for him everyday after at the hospital until he passed.

9.      John was the rock of our family. He kept us all together. Losing him was devastating. We all still feel the impact of his loss. I miss him greatly. At all the family gatherings, he and I would know exactly who came and who did not. I miss sharing little things like that with him. We still have an anniversary mass for him every year.

10.     When he passed and we had his funeral mass, the church was packed. He had done so much with his life. He was a part of the army and Suffolk County Police Department. He worked security at the Cleary School for the Deaf even when they didn't have the money to pay him. He gave to all kinds of charitable organizations. He was so loveable and touched so many lives.

*Gail Marie Amrhein*
GAIL MARIE AMRHEIN

Sworn to before me this
30th day of June, 2022

Notary Public

EDWARD J. FITZGERALD
Notary Public, State of New York
No. 4903542 - Suffolk County
Term Expires 11/25/25

2

**Catherine I. Crouse**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                         03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                 **CATHERINE I. CROUSE**

                              Plaintiffs,     20-CV-00412 (GBD)(SN)

             v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS.:
COUNTY OF SUFFOLK        )

CATHERINE I. CROUSE, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 15
Lakeview Court, Eastport, New York 11941.

2.      I am currently 59 years old, having been born on April 20, 1963.

3.      I am the daughter of John Joseph Hough, upon whose death my claim is based,
and submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

4.      My father passed away from esophageal cancer on December 8, 2013. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks.

5.      My father and I were always very close. Throughout my life, he was always my
rock. Growing up, I was not exactly a rule follower, but my father never held that against me. I
could always confide in him. He would often call me to check-in to see how I was doing. After I
split up with my husband, my father would take me out every Mother's Day. He was very
involved in my life and my sons' lives as well. He would take my sons and me out every

Saturday. While my father was still a part of the police department, my boys and I would go to all the events held at headquarters with him.

6.    My father did not speak about his experiences on 9/11. I know he went down there as soon as he learned of the attacks. Outside of that, I don't know much else about his experiences. I was worried about him but proud of him for being there. I was proud that he was there looking for survivors and offering his help.

7.    At my 50th birthday party, I sat next to my father. He seemed off and was not eating as much as he usually would. I began to suspect something was wrong. On a Saturday in May, he called me and told me he wanted to talk. He came over to my house and told me that he had cancer. I did not believe him at first, even though I had noticed him coughing a lot. He told me it was a terrible form of cancer and that he had a tiny window of time.

8.    When it became apparent that my father was very sick, I made sure I spoke to him every day. I knew that his days were numbered. By September, his cancer had spread to his bones despite his chemotherapy treatments and procedures. I made it a priority to see him a lot more often once that happened. I would visit him at my brother's house after work. My father was hospitalized in November, and I took time off from work to be with him. I am not religious, but I would take my father to mass every Sunday. It was just another way to spend time with him doing something he enjoyed.

9.    Watching my father's body deteriorate was hard to watch. The horrible pain I felt has never gone away. The only time I ever saw my father cry was when he was in his hospital bed and realized he did not have much time left. I will never forget it. Losing him changed my life. I have felt estranged from my family ever since his passing. He was the glue that held things together and made sure everyone saw each other. Without him, I feel lost. It has been nine years since his passing, and I am still unable to watch videos of him or listen to his voice. I don't know if I will ever get to a place where I can. I miss him every day. Seeing him so sick and losing him to that illness was the worst time of my life. I am still living it.

10.    My father made strong connections with so many people. He is celebrated by so many. The world is a sadder place without him. He was a helper and a strong person. People loved him. He was the kind of man who would help immediately without a second ask. He helped create a good relationship between the police department and the citizens in the

Brentwood area. It was such a strong bond that the town created a day in his honor. So many people came to his wake that a second room had to be opened for mourners. He was one in a million.

_____
CATHERINE I. CROUSE

Sworn to before me this
28 day of June, 2022

_____
Notary Public

STEPHANIE M POLIDORO
Notary Public, State of New York
No. 01PO6315684
Qualified in Suffolk County
Commission Expires December 01, 2022

3

**Thomas James Hough**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X   **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                     **THOMAS JAMES HOUGH**

                                  Plaintiffs,     20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                  Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK      )
                       : SS.:
COUNTY OF SUFFOLK      )

THOMAS JAMES HOUGH, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 3 New York Avenue, Stony Brook, New York 11790.

2.      I am currently 75 years old, having been born on August 7, 1946.

3.      I am the brother of John Joseph Hough, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      My brother passed away from esophageal cancer on December 8, 2013. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      John was my older brother, and we were close from a young age. I learned a lot from him. We shared a bedroom together. It was a wonderful time with him being my brother. Our closeness continued well into adulthood. We would often get together at his house. We spent a lot of time together doing work at his house.

6.      My brother was an active-duty officer with the Suffolk County Police Department during the events of 9/11. He was called down to the World Trade Center site and stationed in the Wall Street area. While working at the WTC site, John was in charge of traffic control and directing traffic. He would remain at the WTC site for several days in a supervisor's role.

7.      John's illness became apparent before his diagnosis. He hadn't seemed like his old self. He was coughing a lot, and his voice had changed. It did not sound right. I learned of his illness through my sister. She told me that he had lung cancer.

8.      In the beginning, I was there for my brother. I would go to his house a day or two a week to help care for him and be there for him. This didn't last though. As he grew sicker, he did not want me to see him. I offered to take him to doctors' appointments and treatments, but he insisted that his girlfriend take him.

9.      Losing my brother was devastating. It was a time of total sadness. It was a very traumatic time for me. I think of him every day. I miss him so much. It was hard witnessing him going through it all and knowing there wasn't anything I could do about it. He's sorely missed and loved.

10.     He was an exceptional police officer. The whole town of Bayshore gave him a huge party when he retired, they shut down the streets. He was well loved and liked by everyone. At his funeral, there were so many officers who came up to me and said what a great man he was. He was a super cop and loved by all. Whenever one of his officers were hurt, he was the first at the hospital. He was a great man, and I miss him dearly.

_Thomas James Hough_
THOMAS JAMES HOUGH

Sworn to before me this
___ day of June, 2022
         July

_____
Notary Public

LAURA A. PINTAURO
Notary Public, State of New York
No. 01PI5071525
Qualified in Suffolk County
Commission Expires January 13, ___2023

2

**Christopher R. Iannace**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------X      **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                     **CHRISTOPHER R. IANNACE**

                                  Plaintiffs,      20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
--------------------------------------------------------------X
STATE OF NEW YORK       )
                        : SS.:
COUNTY OF RICHMOND   )

      CHRISTOPHER R. IANNACE, being duly sworn, deposes and says:

      1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 291
Myrtle Avenue, Staten Island, New York 10310.

      2.      I am currently 53 years old, having been born on August 6, 1968.

      3.      I am the son of Arthur Bartolomeo Iannace, upon whose death my claim is based,
and submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

      4.      My father passed away from lung cancer on September 16, 2016. It was medically
determined that this illness was causally connected to his exposure to the toxins resulting from
the September 11, 2001, terrorist attacks.

      5.      My father was always involved in my life and very hands-on. We had a special
bond. He introduced me to sailing, which I still have a great passion for today. We would sail
often, and once I had a boat of my own, we would take turns taking trips on each other's boats.
He was always there for me. Ours was a healthy relationship.

6.       My father was a retired firefighter on 9/11 but still went down to the World Trade Center site to volunteer his help. He arrived at the site just after the towers had collapsed. He remained there for a few weeks volunteering his help as much as possible. I don't know much about what he endured at the WTC site in those days. The most he would say about his experience was that it was quite disturbing.

7.       I saw my father often. We went boating a few weekends a month for several months per year. He seemed perfectly healthy. It surprised me when my parents told us that my dad was having issues with his lungs. Things progressed slowly from that point forward, and I don't recall precisely when his issues turned to cancer.

8.       During my father's illness, I would travel from the city to Toms River, New Jersey, to visit them as often as I could. My parents were snowbirds and spent six months of the year in New Jersey and six months in Florida. Before his illness, it was rare that I visited them in Florida since I had to work. Once it was apparent that his condition was progressing, I made it a point to visit them several times while they were in Florida. Unfortunately, my father became incapacitated while they were in Florida, and my brother flew down to help them move back to New Jersey. I moved in with my parents once they returned to New Jersey to assist my mother with my father. I was making the long commute from Toms River to my job in the city for the first two months. After those two months, my father's illness advanced to the point that he required 24/7 care. I took five weeks of unpaid leave from work to be his full-time caretaker. His illness became progressively more debilitating, and he needed assistance to help him do even basic tasks like going to the bathroom and washing. He soon became immobilized entirely, and I would provide care to him in his bed. There were often times that he would wake in the middle of the night in great pain and need to be medicated to go back to sleep.

9.       My father's illness and ultimate death greatly impacted my life. Losing a relative is pretty bad. Losing your father is even worse. It was especially hard since my father served another crucial role in my life—he was my best friend. I had to immediately step up after his death to be there for my mother. It was terrible. Participating in planning his funeral and helping my mother through the entire ordeal was the best way for me to deal with my pain and stress. Still, to this day, there is a big hole in my heart left by my father's passing. I still love sailing and boats but have not been out on the water since my father's death. That was something

2

special that we shared. There is an emotional connection to sailing and my father, and the pain of it all will not allow me to get back out on the water.

10.     My father was my closest friend. He was a great man and a caring human being. He put his time in as a firefighter and a fire marshal. My father was a passionate environmentalist and cared greatly for the environment that surrounds us. His legacy is one of helping—helping those in need, helping try to save our environment, and helping his family. He passed those traits onto me, and I do my best to live up to them every day.

CHRISTOPHER R. IANNACE

Sworn to before me this
___ day of June, 2022

Notary Public

ANGELA M. SPECIALE
Notary Public - State of New York
No. 01SP6350180
Qualified in Richmond County
My Commission Expires: 04/08/2023

3

# Learan Kahanov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------X    **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                           **LEARAN KAHANOV**

                                    Plaintiffs,          20-CV-00412 (GBD)(SN)

                        v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NEW YORK  )

      LEARAN KAHANOV, being duly sworn, deposes and says:

      1.     I am a plaintiff in the within action, am over 18 years of age, and reside at 324 Pearl Street, Apartment #1H, New York, New York 10038.

      2.     I am currently 48 years old, having been born on July 17, 1973.

      3.     I am the husband of Phoebe Catherine Kahanov, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

      4.     My wife passed away from breast cancer on February 17, 2012, at the age of 44. It was medically determined that this illness was causally connected to her exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

      5.     Phoebe and I met in 1995. I had skipped my college graduation to help a friend with a short film. Phoebe was working on the project also, and we hit it off immediately. I was new to the city at the time, and Phoebe became my tour guide to it all. We loved being together. Some of our favorite times were simple nights at home together. We moved in together after a year and got married after three. Phoebe got a job as an executive assistant to allow me to

pursue my film career. Our marriage was an awesome one filled with lots of love.

6.      In 2000, Phoebe and I moved into an apartment about a block and a half east of the World Trade Center. On 9/11, I had just come off of a 24-hour shift for a movie I was working on. I got home from work as Phoebe was leaving for work. She was traveling underground as the first plane hit and called me to wake me up when she saw what was happening. I met her at Union Square, and we figured out where we would stay that night. We returned to our home to try to clean up but were evacuated by the National Guard. A week later, we were permitted to return amid the chaos still going on. There was a constant stream of ambulances and trucks traveling to and from the WTC site using our street. We remained in that apartment until 2004.

7.      Phoebe started to get headaches shortly after 9/11. Most of Phoebe's symptoms were attributed to her IVF treatments. Soon after our second child was born in 2007, a lump was discovered in her breast. Initially, the doctors were not alarmed, again attributing the mass to Phoebe's IVF treatments. We decided to have it biopsied anyway. In 2008, the biopsy revealed that Phoebe had Stage IV breast cancer. She battled hard against the cancer. One of the medications she was taking caused her to have a seizure. Scans taken after the seizure revealed that the cancer had spread to her brain. That was the beginning of the end.

8.      Due to her illness, Phoebe could no longer work. She was laid off from her job without notice and lost her health coverage. I had to take a step back from cinematography and become a camera operator to get on a health care plan. I was Phoebe's primary caregiver and took care of her day-to-day needs. We had always been a two-income family. Losing Phoebe's income hurt us. It did not help that I had to take time off from work for emergency trips to the hospital.

9.      Watching Phoebe suffer through her illness was incredibly difficult. It was heartbreaking watching her suffer and lose the person she was. It was so hard for her to go from an extremely independent woman to one who was utterly reliant on others for even basic things. Trying to hide Phoebe's pain from our children was completely draining. For me, watching her suffer through her illness was worse than her death. Yet, dealing with the loss of my partner was by no means easy. It sucks to do everything alone. We had always split our household duties and taking over her tasks was difficult. Having to tell our children that their mom passed away

2

and was not coming back was the most difficult thing I've ever had to do. It was heavy. The absence of someone who is not just the person you love but also your best friend creates many tear-filled nights wondering what the hell to do next.

10.      Phoebe's legacy is our two awesome kids. They are rock stars. They have her insight, drive, and sense of humor. I have two amazing mini Phoebes that I get to see every day. She left these two little wonders in this world that I know will make her proud. Phoebe was a love or hate kind of girl who always spoke her mind. I'm proud I got to have her in my life for 18 years. I only wish I had a lot more time with her.

State of New York
County of New York

LEARAN KAHANOV

Sworn to before me this
_____ day of June, 2022

Notary Public

Jenice Hernandez
Notary Public State Of New York
No. 01HE6359254
Qualified in Bronx, Cert. Kings, NY Counties
Commission Expires May 22nd 2025
The UPS Store @ 82 Nassau   212.406.9010

3

**Lucille A. LaPointe**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------X   **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al                  **LUCILLE A. LAPOINTE**

                              Plaintiffs,    20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
------------------------------------------------------------X
STATE OF MAINE          )
                        : SS.:
COUNTY OF KENNEBEC  )

LUCILLE A. LAPOINTE, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 242 China Road, Winslow, Maine 04901.

2.      I am currently 93 years old, having been born on November 3, 1928.

3.      I am the mother of John Paul LaPointe, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      John passed away from liver cancer on August 8, 2016. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      John was a wonderful son to me. When he and his brother were young, we would go out all the time. John was very athletic, and I used to go to his football games regularly. I enjoyed it and had a great time. John and I were very close. He was always there for me. Even when he went away to school, he would call me on a regular basis. Once John started to live some distance from home, he made it a point to return home for his father's birthday in July. It made him happy that the whole family could celebrate together. John was fortunate in the sense that he

always had friends that he could count on. Whenever John was home, he visited extended family and would be sure to spend time with his cousins, aunts, and uncles. He was raised with some of the cousins who essentially lived next door, so those visits as adults were always special.

6.     In later years, we stayed in close contact, and I kept calling him even when he was sick. Sadly, John in large part kept his illness from me, so I didn't even know he was that sick. Thereafter, when I would call him, I could tell that he sounded like he was in pain, but I didn't know why. Once his father took sick, John came over and stayed with us to help take care of him. During that visit, it became apparent that John had a serious condition. He would have trouble breathing, and his chest was swollen. That's how bad he was. I wanted John to stay with us until we could determine how to treat him. However, by that time, it was already too late.

7.     On September 11, 2001, John worked as an ironworker around Detroit, Michigan. When he heard about the WTC terrorist attacks, he immediately drove down to New York and offered to help in any way he could. From what I understand, John worked in that area for months. Even though his work at Ground Zero created a lot of emotional trauma for him, I know that John felt good about contributing to the relief effort. I understand that he took pride in helping his fellow countrymen. This was especially clear after John showed us a picture of the steel cross that became a symbol of hope for the men at Ground Zero. John wrote his name on it to memorialize his contribution. As I learned more about John's experience at the World Trade Center site, it became clear that he witnessed many dead people lying on the ground, which greatly affected him. John suffered from nightmares where he would encounter dead people.

8.     My son was always very healthy. Aside from the occasional injury playing football, he kept himself in good shape. Since he was a private person and didn't want to worry the family, John kept his illness from me. I wasn't privy to when John was first diagnosed since he was living in Pennsylvania at the time. Due to the limited information John provided, I don't know exactly when he was first diagnosed with cancer, although my other son believes it may have been as long as three years before he returned home. It pains me that I wasn't aware of it. The period after my husband passed away was difficult for John. Due to everything we were going through, John felt he wasn't even able to communicate with us regarding his health care providers in New York, who may have been able to shed better light on the proper prescriptions to manage his pain. However, I remember before he died, John's chest was extremely swollen, and the slightest touch would

2

cause him to wince in pain. In his final days, we had to have hospice come and help us.

9.      I was devastated after learning about John's diagnosis. As a parent, this was the most heartbreaking news possible, because it was unthinkable that my son would pass away before me. When reflecting on the pain caused by John's passing away, I find it nearly impossible to speak because I am overcome with emotion and sadness. I still think of him every day. One of the most difficult aspects of my experience with John's cancer was that, while I would see him and could tell that he was in pain, I still didn't know what was wrong with him. Toward the end, while John was staying with us in Maine, we tried to help him by taking him to a well-resourced hospital in Boston to see if they could help him. Unfortunately, there was nothing they could do. I miss my son terribly.

10.      Sadly, many families have been in similar situations where a loved one's life was cut short. What happened to my son, and all those other people, is not right. You never know what could happen to your family from one day to the next. John had a good heart and was working at Ground Zero because he wanted to help and do the right thing. It is unfair that John suffered so much as a result. I'll always love and miss John.

*Lucille La Pointe*

LUCILLE A. LAPOINTE

Known customer of BSB.

Sworn to before me this
12ᵗʰday of July, 2022

*Bailey E. Levesque*
Notary Public

**Bailey E. Levesque**
**Notary Public, Maine**
**My Commission Expires December 2, 2027**

3

Lee Mazur

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                  03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X     **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                          **LEE MAZUR**

                                    Plaintiffs,        20-CV-00412 (GBD)(SN)

                  v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK          )
                           : SS.:
COUNTY OF KINGS            )

LEE MAZUR, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 43 Decatur Street, Brooklyn, New York 11216.

2.      I am currently 37 years old, having been born on March 22, 1985.

3.      I am the son of Steven Mazur, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      My father passed away from kidney cancer on June 18, 2017. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      My father was a very positive man and an even more supportive father. He was the kind of father who was always engaged in all my interests and supported whatever I wanted to do. We spent a lot of time together throughout his life. He would drive me to all my soccer and baseball practices as a kid. He was a big baseball fan and instilled that in me. We loved going to baseball games and especially rooted for the Mets throughout my life. As I got older,

our time together shifted from driving to my sporting events to getting together for lunches and dinners. We spoke daily. I could always reach out to him for advice and support. We were very close.

6.      My parents worked at 1 Wall Street Court, just a few blocks away from the World Trade Center. By some strange stroke of luck, they were not in their offices on the day of the attacks. Unfortunately, that did not save them from being exposed to the toxins that would remain in the air for years. My father and I went to his office the next day, September 12th, to check on its condition. I remember seeing dust and debris everywhere. The thing that will forever stick with me was the awful smell that hung in the air. It was one of burning flesh. My father and mother returned to work full time once the air was declared safe. They would continue to work out of that office diligently for a couple more years before moving to a new office space in lower Manhattan.

7.      Looking back, it was apparent that something was wrong with my father before he was diagnosed. He had an episode where he blacked out, fell, and hit his head pretty hard in January 2017. After, he began to have severe pain in his lower abdomen. He was already undergoing testing to find out the cause of the blackout. Naturally, a scan was performed once the pain began in his abdomen. The scan revealed Stage IV renal cancer. My father's symptoms began in March 2017, and he was diagnosed two weeks later. He passed away that June.

8.      After my father became sick, I became his primary escort to and from all of his hospital visits, doctors' appointments, and chemotherapy treatments. This was not easy as we did not live very close. I would spend at least two hours a day on the subway traveling to him and then with him. This continued from March through April. By May, my wife and I moved in with my parents to provide 24-hour assistance.  We administered his pain medications and total parenteral nutrition (TPN) through his recently implanted IV line.  He was no longer able to eat and received all his sustenance from the TPN. There were many late-night visits and stays at the hospital. As of early June 2017, things were not going well. My father had become incontinent and was barely able to speak. We decided to give him in-home hospice care and did our best to keep him comfortable. Within two weeks, on Father's Day, he passed away.

9.      My father was an exceptional man. I miss him a lot. There is not a day that I don't think of him and wish he was still here. I often want to talk to him and share things with him

2

about my day or show him something interesting or funny I found on the internet. I still want to connect with him. One of the last conversations I had with my dad was telling him that I was having a son. He didn't live long enough to meet my son, but he would have been so proud. He would have been an excellent grandfather. It pains me that they will never meet. I named my son Steven in his honor. The emotional impact of my father's illness and death is one I will never be able to put into words. It is simply indescribable.

LEE MAZUR

Sworn to before me this
_____ day of June, 2022

_____
        Notary Public

*See attached California Notary Jurat*

3

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ORANGE

Subscribed and sworn to (or affirmed) before me on this 27TH day of JULY , 20 22 , by LEE MAZUR ------------------
------------------------------------------------------------------------,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

HASMUKH H. PATEL
Notary Public - California
Orange County
Commission # 2255998
My Comm. Expires Aug 26, 2022

(Seal)                              Signature

Affidavit of LEE MAZUR

# Mary Pisarkiewicz-Mazur

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X      **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                           **MARY PISARKIEWICZ-**
                                                        **MAZUR**


                                    Plaintiffs,         20-CV-00412 (GBD)(SN)

                 v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK       )
                        : SS.:
COUNTY OF NEW YORK  )

MARY PISARKIEWICZ-MAZUR, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 380
Lenox Avenue, Apartment 8A, New York, New York 10027.

2.      I am currently 65 years old, having been born on November 26, 1956.

3.      I am the wife of Steven Mazur, upon whose death my claim is based, and submit
this Affidavit in connection with the pending motion for a default judgment and in support of
my solatium claim.

4.      Steven passed away from kidney cancer on June 18, 2017. It was medically
determined that this illness was causally connected to his exposure to the toxins resulting from
the September 11, 2001, terrorist attacks.

5.      Steven served many roles in my life—from business partner to best friend to co-
parent and husband. He and I spent every minute together. We worked together and lived
together. We raised our children together. We loved to entertain our friends and throw dinner
parties. We would go to our home in the country, hike, or go to the movies on weekends. We

did everything together.

6.      Our offices were located at 1 Wall Street Court, just a few blocks from the towers. We were not working on 9/11. We were told it was safe to return to work the following Monday (September 17th) and did so. Our workdays were often 10-12 hours. We wore masks at first but eventually stopped. We would drive past the pile daily on our way to work and often visit it in disbelief and horror.

7.      In 2017, our office lease was up, and Steve did not want to renew it. It was almost prophetic in a way. He wanted to set us up on the cloud so we could live and work from anywhere we wanted to. He wanted to use our shared time more wisely. We were in the process of pursuing this when Steven began to feel ill. In February 2017, Steven started noticing blood in his urine. In March, a urologist found a mass on his kidney, which was biopsied. On March 31st, the results revealed Stage IV kidney cancer. Eleven weeks later, on June 18th, Steven passed away.

8.      Steven's illness immediately had a devastating effect on him. I was constantly taking him to the hospital. I attended all of his doctor's appointments and treatments. He was low on steroids and would often faint. I recall a few times when I was getting ready for work and Steven fainted while preparing or eating lunch. I would rush to the kitchen to find Steven on the floor, and I'd check to make sure he was not choking on whatever he was eating. His blood pressure would often fluctuate. It became hard to find time to work. The business lost a lot of money because we were unable to work. We lost some of our employees due to arrangements made to compensate for Steve's illness. I don't know how we were able to keep the business together as long as we did.

9.      On June 18th, it will be five years since Steve's passing. I recently started feeling like a person again. I was with my husband since I was 19 years old. We were together for 41 years, married for 35. I lost everything: my best friend, my partner, my husband, and my business partner. We were just entering our final trimester. We were so ready to reap the fruits of our labor and start a life that wasn't so full of responsibilities. We will never get to experience that joy together. It hurts that he will never meet our grandson and that he missed out on seeing our younger son get his Ph.D. from Yale. It hurts that he is missing out on everything.

10.    I always thought Steven and I would grow old together. His parents lived well into their 90s, and his sister just turned 80. He came from good genes. We had planned to do so many things together when life calmed down, but Steven was taken from me way too soon. He was only 70 when he passed away.

X _____

MARY PISARKIEWICZ-MAZUR

Sworn to before me this
12th day of ~~June~~ July, 2022

_____
Notary Public

ANDREW C LILES JR
Notary Public - State of New York
NO. 01LI6379252
Qualified in Bronx County
My Commission Expires Aug 13, 2022

3

# Zachary Adam Mazur

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X   **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                           **ZACHARY ADAM MAZUR**

                              Plaintiffs,               20-CV-00412 (GBD)(SN)

              v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------X

ZACHARY ADAM MAZUR, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at Ul. Merliniego 23/3 02-511 Warsaw, Poland.

2.      I am currently 33 years old, having been born on July 10, 1988.

3.      I am the son of Steven Mazur, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      My father passed away from kidney cancer on June 18, 2017. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      My father and I were very close. He was a huge part of my upbringing. I was much closer to him than I was to my mom. My mom was more focused on her work, and my father was more focused on being a parent to me. He was very supportive of me and always there for me. He did a lot to make sure I was a functioning, independent adult, but he was always there for me when I needed advice on my career or life choices. Growing up, my dad and I would spend every Saturday doing errands and bonding. We talked about everything, and I learned a lot from him.

6.     On 9/11, my parents' office building was located at 1 Wall Street Court, within a few blocks of the World Trade Center. They weren't working that day but returned to work six days later and continued to work at that location for two years following the attacks. My father told me that when my parents returned to work, there was debris everywhere, and the buildings in lower Manhattan were still covered in dust.

7.     My dad was diagnosed with kidney cancer in March 2017. He had not been in great health for a few months before his diagnosis. He had been experiencing blood in his urine and some pain. The summer before his diagnosis, he seemed to be weaker than usual and didn't have much of an appetite. In January 2017, he had an incident where he fainted while in the shower and hit his head quite hard. My dad had some minor issues with kidney stones throughout his life, and he figured these symptoms were just more of the same.

8.     I was living in Poland when my dad was diagnosed in March 2017. The following month, my wife and I decided to fly to New York to be there for my dad. There were a few flights back and forth from Warsaw and New York before we settled. I had to take time off from work to be there for him. When I did find time for work, my work suffered. Toward the end of his life, my father could not do anything for himself. He required 24-hour care. He was hooked up to a permanent IV bag from which he received most of his fluids and all of his nutrition. We learned how to keep his IV clean and change out his bags. At the very end, we had a crash course on how to provide him with in-home hospice care. We cared for him until his death on June 18th.

9.     My father's illness and subsequent death had an enormous impact on me in many ways. In the beginning, I was reckoning with the more significant questions about life and what I was spending time on. Dealing with various issues and my own mortality because of this experience, I sought professional help in April 2018. I continue to see a therapist to this day. His death forced me to deal with some major issues in my life. One of the more immediate and prolonged issues of my father's death has been the change in my family's dynamic. My brother, mother, and I have struggled to get along as we did when my dad was alive. I feel like he was the glue that held us together. It has been very painful. Our relationships have changed, often becoming hostile to some degree. My mother and brother do not always get along, and I usually end up in the middle, a place I do not want to be. My mother often looks to me to fill some of

2

the roles my father once had, roles I am not capable of filling. This often leads her to become upset with me. The combined weight of it all has led to some psychosomatic traumas for me.

10.     My dad was an exceptional man. He helped a lot of people. He was always interested in making sure everyone had the connections that they needed to succeed and making sure they were happy in their lives. It wasn't just for family; he did it for total strangers on the street as well. There aren't many people who are like that. He was a very selfless individual, almost to his own detriment sometimes. We let people come up and speak at his funeral, thinking one or two people would want to. We were wrong. The number of people who wanted to talk went on and on. People kept coming up to tell stories about him and the impact he made on them. The line was endless. That truly touched me. My dad was a good man.

_____
ZACHARY ADAM MAZUR

Sworn to before me this
_____ day of June, 2022

_____
      Notary Public

3

*Julita Borkowska Jakub Skoczylas*
*Notariusze Spółka Cywilna*
*aleja Komisji Edukacji Narodowej nr 53 lok. U1*
*02-797 Warszawa, tel. (22) 400 24 10*
*NIP 951-253-12-48, REGON 520652349*

Repertorium A numer 1462 /2022

Dnia piątego lipca dwa tysiące dwudziestego drugiego roku (05-07-2022) ja, Jakub Skoczylas, notariusz w Warszawie, prowadzący kancelarię notarialną w Warszawie, przy alei Komisji Edukacji Narodowej nr 53 lok. U1, poświadczam, że podpis na załączonym dokumencie, w tejże kancelarii, złożył własnoręcznie w mojej obecności:--------------------

**Zachary Adam Mazur**, imiona rodziców: Steven i Mary, miejsce zamieszkania wg oświadczenia: 02-511 Warszawa, ulica Merliniego nr 3 m. 23, paszport Stanów Zjednoczonych Ameryki numer 574989892 z terminem ważności do dnia 09 stycznia 2028 roku, urodzony 10 lipca 1988 roku w Stanach Zjednoczonych, obywatel Stanów Zjednoczonych.------------------------------------------------------------------------------------

Tożsamość stawającego notariusz stwierdził na podstawie okazanego i powołanego powyżej dokumentu tożsamości.--------------------------------------------------------------------

*Poświadczenie odnosi się wyłącznie do stwierdzenia własnoręczności podpisu bez ponoszenia jakiejkolwiek odpowiedzialności za treść dokumentu.* --------------------------------------------

Koszty sporządzenia niniejszego poświadczenia wynoszą: ------------------------------------

- wynagrodzenie notariusza na podstawie § 13 rozporządzenia Ministra Sprawiedliwości z dnia 28 czerwca 2004 roku w sprawie maksymalnych stawek taksy notarialnej (Dz.U. z 2020 r., poz.1473)---------------------------------------------------------------20,00 zł

- podatek VAT w wysokości 23% od wynagrodzenia notariusza na podstawie art. 41 w związku z art.146aa ustawy z dnia 11 marca 2004 roku o podatku od towarów i usług (Dz.U. z 2022 r., poz.931 ze zm.) ------------------------------------------------------4,60 zł

PUSTA STRONA

Jakub Skoczylas
Notariusz

