**Exhibit I**

**Christopher P. Oslovich**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                           **CHRISTOPHER P. OSLOVICH**

                                    Plaintiffs,          20-CV-00412 (GBD)(SN)

                v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF NEW JERSEY    )
                        : SS.:
COUNTY OF OCEAN        )

CHRISTOPHER P. OSLOVICH, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 10 Penny Lane, Bayville, New Jersey 08721.

2.      I am currently 34 years old, having been born on February 25, 1988.

3.      I am the son of Paul John Oslovich, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      My father passed away from metastatic prostate cancer on March 9, 2011, at age 57. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      My father and I saw each other every day. From a young age, my father was a part of everything that I did. Growing up, he was there for me every morning before school. He was there after school as well to help me with my chores. Together, we enjoyed many fishing and hunting trips. We had a good relationship. My father was also a mentor to me. He taught me how to work with my hands, which is still something I love to do to this day.

6.      9/11 was a pretty crazy day that I remember well. I was taken out of school early as many of my classmates were. I arrived home to find my dad getting his gear ready to go to the World Trade Center. He said his goodbyes to us and little did we know we would not see him for a month. We wouldn't hear much from my father during that month outside of random phone calls here and there. Most of the information we learned was from the news. My father was focused on helping clean up the aftermath and trying to save anyone he could. After that first month, he returned home but that did not end his time at the WTC site. He would still return to continue helping in any way he could.

7.      My father kept his illness to himself for a while before we found out. He was a strong man and did not want to be a burden to his family. Even when he did tell us he was sick, he did not share much detail. I was there when his pain became so great, he decided to go to the hospital. Even before this happened, he seemed perfectly healthy. He would always play his pain off like nothing was wrong. Even the day he came home on hospice, he remained strong and acted like nothing was wrong.

8.      I tried to spend as much time with him as I could during his illness. I don't think he wanted me to see him suffering. He would always try to send me away by telling me to go to work or make money. I stayed despite his protests. I wanted to be there for him as much as possible. After work, I would spend as much time with him as possible. I would take him to doctors' appointments and treatments when I could. The whole family was there for him. As he became more ill, I took over his household chores for him.

9.      I wish my father was still here now. Things are so different now, and I think about him more than ever. There are so many things that he should be here for. I've been trying to join the police department for a few years to follow in his footsteps. I know if he was here, he would be able to help guide me through the process. I don't have my mentor to go to. All I can do is think about what he would do and try to follow him that way. I never got to do adult things with my father either. Even simple things like sharing a beer after work. We will never get to do that. I know if he was here, he would still be making a great impact on my life.

10.     My father was a strong and prideful man who instilled his morals on me and my siblings. While I was working for FedEx, I was caught on video folding a fallen American flag during a bad storm and placing it on the person's porch. I did not know I was being filmed and

2

little did I know that that video would go viral. I was invited to speak about the video on the Fox Morning show and asked about what made me do what I did. All I talked about was my dad. He was such a good man. If you ever met him, you would never forget him. He had friends no matter where he went. You didn't even have to know him as a person, if you met him once you were his friend. He liked everybody no matter who they were. I can't say enough about him.

CHRISTOPHER P. OSLOVICH

Sworn to before me this
12th day of July, 2022

Notary Public

SHIRLEY J WILDES
Notary Public – State of New Jersey
My Commission Expires Oct 1, 2022

3

**Jenna M. Oslovich**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X          **AFFIDAVIT OF**
                                                                        **JENNA M. OSLOVICH**
MICHELLE YVETTE AMIN, et al

                                        Plaintiffs,          20-CV-00412 (GBD)(SN)

                        v.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
-------------------------------------------------------------X
STATE OF NEW JERSEY    )
                                        : SS.:
COUNTY OF OCEAN        )

        JENNA M. OSLOVICH, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 1231
Windlass Drive, Manahawkin, New Jersey 08050.

        2.      I am currently 28 years old, having been born on August 9, 1993.

        3.      I am the daughter of Paul John Oslovich, upon whose death my claim is based,
and submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

        4.      My father passed away from metastatic prostate cancer on March 9, 2011, at 57
years old. It was determined that this illness was causally connected to his exposure to the
toxins resulting from the September 11, 2001, terrorist attacks.

        5.      I was 17 years old when my father passed away.

        6.      My dad was involved in everything. I played basketball and was in gymnastics.
He was at every single one of my games and competitions. He would play basketball with me
and have catches. We loved going on drives together. We would take trips to Pennsylvania to
visit my aunt and my grandparents. Our home was the neighborhood hangout spot for the kids.

My father would always hang out with us kids and was a big part of the fun.

7.      I was in the third grade at the time of the 9/11 attacks. Due to my age at the time, I was never told much about what my father saw and experienced. The little I know is that he was there following the attacks. He went in as a part of the search and rescues efforts and stayed longer to assist in the cleanup. My dad was back and forth from the World Trade Center site for about a month.

8.      I knew my father had not been feeling well for a little while. He had been going to the doctors without me knowing it. One night, he came into my room and told me he had cancer. In the beginning, things seemed fine, but things quickly changed. I would check on him constantly throughout the day. I would make sure he ate by cooking for him or bringing him food. I would pick up his medicine for him. I did everything I could to be there for my dad. He was sick for only a year before he passed.

9.      It's been terrible. Losing my father has been very hard. It's been 10 years, and I still get very upset talking about it. I still talk to him every single day. I'm grown now. I just got engaged, have my own home, and there are so many things he is not here to see. He is not going to be able to walk me down the aisle or meet my future children. The hardest thing of all is knowing all the memories that I will never get to have with him.

10.      My dad left a huge impact on this world. Everyone who has known him still reaches out to me regularly. People he worked with in the Sheriff's office still share pictures of me and tell me stories about him. It's a nice way to keep his memory alive but will never make up for him being here. He is loved and missed by many.

_Jena M. Oslovich_
JENNA M. OSLOVICH

Sworn to before me this
20ᵗʰ day of July, 2022

_Charlene Buonomo_
Notary Public

CHARLENE BUONOMO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 8, 2026
COMM NO 2186146

2

**Matthew P. Oslovich**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X     **AFFIDAVIT OF**
                                                                   **MATTHEW P. OSLOVICH**
MICHELLE YVETTE AMIN, et al

                                    Plaintiffs,          20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF NEW JERSEY    )
                       : SS.:
COUNTY OF OCEAN        )

        MATTHEW P. OSLOVICH, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 629
Morris Boulevard, Toms River, New Jersey 08753.

        2.      My current age is 35 years old, having been born on December 15, 1986.

        3.      I am the son of Paul John Oslovich, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

        4.      My father passed away from metastatic prostate cancer on March 9, 2011. He was
only 57 years old. It was determined that this illness was causally connected to his exposure to
the toxins resulting from the September 11, 2001, terrorist attacks.

        5.      My father was very involved in my life. From the time I was 5, my dad would
wake up early to play catch with me before work. He and I were always doing activities
together, from fun to chores around the house. He would take me fishing and hunting. When I
was young, my dad would attend all my sports games. As I grew older, my focus shifted from
traditional sports to extreme sports like surfing and snowboarding. My father was right there

with me, taking an interest in these things because they were what I was interested in. I learned a lot from him.

6.      My father never shared much with us about his experiences on 9/11. He would tell us he couldn't believe what had happened when he would arrive home from the World Trade Center site. He was there as a part of the cleanup after the events had taken place. He kept returning to climb through the debris for weeks afterwards. He wouldn't share details in order to protect us. Even still, I could see the disbelief in him.

7.      My father was always a strong and healthy man. He was the kind of man who believed on getting the job done no matter the circumstances. Even if he didn't feel well and was tired, he would work. The rest came afterwards. I started to notice something was wrong when the rest he needed became greater and greater. I was living in my parent's basement at the time. He came into the basement one day and told me he wanted to let me know he had kidney cancer.

8.      My father was a rock. He was a strong man, but I did my best to support him emotionally. My siblings and I would rotate turns taking our father to doctors' appointments and treatments. I would spend every moment I had before and after work caring for my father. Eventually, my father lost his ability to communicate, followed by loss of his motor skills. Once this happened, we had to help him with everyday tasks such as cleaning, changing, using the bathroom, and so on.

9.      When you're younger, you don't ever think your parents will be taken from you, especially earlier than they should be. I took my father for granted. I was younger and wanted to do what I wanted instead of helping him out. It's hard knowing I had opportunities to spend time with him and took them for granted. Things progressed so quickly after he told me the cancer had spread to his brain. He lost his motor skills and was gone shortly after. I miss him. I have a career now, and I wish he could see that. I'm engaged and have my first home. I wish he was here to help me with it all. He has missed so many significant life events for me and will miss all those to come.

10.     My father left an impact on me. He was a good guy. He gave me something to strive for. He always preached to do the right things. Don't cheat, don't steal, and don't lie. He taught good lessons all around. One day, I will take his lessons and pass them on. I hope to live

2

up to the goodness he expected from everybody.

_____
MATTHEW P. OSLOVICH

Sworn to before me this
20th day of July, 2022

_____
Notary Public

State of NJ
County of Ocean

ARLENE CAGGIANO
Notary Public - State of New Jersey
My Commission Expires Nov 5, 2024

3

# Theresa Oslovich

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X      **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                       **THERESA OSLOVICH**

                                  Plaintiffs,       20-CV-00412 (GBD)(SN)

              v.

ISLAMIC REPUBLIC OF IRAN,

                                  Defendant.
-------------------------------------------------------------X
STATE OF NEW JERSEY    )
                       : SS.:
COUNTY OF OCEAN        )

THERESA OSLOVICH, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 10 Penny
Lane, Bayville, New Jersey 07821.

2.      I am currently 67 years old, having been born on June 13, 1955.

3.      I am the wife of Paul John Oslovich, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

4.      My husband passed away from metastatic prostate cancer on March 9, 2011, at 57
years old. It was medically determined that this illness was causally connected to his exposure
to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      My husband and I were in each other's lives since we were teenagers. I was with
my husband for more than half of my life. We were together day in and day out. We raised our
kids together. Our relationship had rocky times like any other, but we always worked things out.
We always wanted to be together. We would spend our free time together as a family at the
kids' sporting events, by the pool, and at family barbeques. During the summer, we would

spend a lot of time on my husband's boat.

6.     I did not want Paul to go to the World Trade Center site on 9/11. I could not stop him because he was the kind of man who had to help. He arrived at the WTC site shortly after the towers had collapsed. He arrived with some members of the sheriff's office in order to assist with the search and rescue. He stayed afterwards as a part of the cleanup. It was six weeks after the events of 9/11 before I saw my husband again. Afterwards, he would continue to go back on and off. There were weeks at a time that I would not see him. He told me how horrific the things he saw were but spared me the finer details. Eventually he stopped talking about it entirely.

7.     Paul battled bouts of depression after the things he witnessed at the WTC site. One winter while shoveling snow, my husband started experiencing a jabbing pain in his side. He thought the pain would subside, but it did not. We decided he should take a trip to our local hospital to see what was going on. The doctor at the local hospital diagnosed him with cancer. Paul did not want to accept this diagnosis and immediately scheduled a second opinion. I attended this doctor visit with him, which confirmed the initial diagnosis.

8.     I would take family medical leave from work to attend all of Paul's doctors' appointments and treatments after his diagnosis. Paul made the decision to attack his cancer with a combination of eastern and western medicine. The holistic doctor cost $11,000 cash in order to see. He prescribed Paul all-natural supplements that Paul gladly took in order to try to extend his life for his family. Unfortunately, these all-natural supplements were expensive and had to be paid for out of pocket. All the while Paul was also receiving chemotherapy treatments which I would attend with him. Eventually, his cancer progressed, and I had to care for him at home. He was on in-home hospice, and I would stay with him all day, every day.

9.     Losing Paul was like losing something that I have had forever. I am lost without him, and I will never get over it. Life is very difficult without him. We were a team, and he always did everything for me. Anything that needed to be done around the house, he would take care of. After his passing, I didn't have any contacts. Anytime I needed something repaired, I had no one to help me. No contacts. You never think that you will lose your spouse and especially in that way. I haven't been able to get rid of any of his things. His clothes still hang in our closet. His van and boat still sit in our driveway. I miss our summers out on the boat. My kids helped me redo our bedroom after his passing, but I still can't sleep in it. I sleep on the

couch every night. We had planned to put our time in at our respective jobs and then retire young and enjoy our retirement together. We would still have had the time to do all the things we always put on the back burner. Now, we will never get to do those things. I regret handling things that way. I wouldn't wish this pain on anyone.

10.    Paul was an incredibly selfless man. He never thought of himself. His kids always came first. Even when we knew the end was near, his biggest concern was making sure our daughter, Jenna, got his car. He cared for everyone and wanted the best for all. He had such a personality that you would not believe. He left an impact on anybody who ever met him. I don't know why. Paul just left a positivity with everyone he dealt with. Paul was just that likeable.

THERESA OSLOVICH

Sworn to before me this
__11__ day of July, 2022

Notary Public

ALYSON COTTE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES NOV 13, 2022

3

# Maryrose Paar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                  **MARYROSE PAAR**


                              Plaintiffs,      20-CV-00412 (GBD)(SN)


              v.


ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------X
STATE OF PENNSYLVANIA     )
                          : SS.:
COUNTY OF LEHIGH          )

MARYROSE PAAR, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 5437
Cardinal Drive, Center Valley, Pennsylvania 18034.

2.      I am currently 59 years old, having been born on November 15, 1962.

3.      I am the sister of Paul John Oslovich, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

4.      My brother passed away from metastatic prostate cancer on March 9, 2011. He
was only 57 years old. It was medically determined that this illness was causally connected to
his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      Paul was a central figure in my life and my children's lives. We were very close
from the time we were kids. We spoke every day. We would attend all of our family functions
together. Outside of family functions, we enjoyed picnics, sporting events, concerts, and
barbeques. My children loved him too although they were young at the time. Everyone knew
Uncle Paul. He was the kind of person you could call at 3 a.m., and he would be there. Anytime

day or night, he would be there.

6.     My brother never discussed much detail about what he went through on 9/11 and the weeks after. He was a first responder with the Essex County, NJ Sheriff's Department. Paul was called in to be a part of recovery and relief. He arrived at the World Trade Center site shortly after the towers collapsed. I have no doubt he was one of the first on the scene after the towers fell. Paul remained at the WTC site for months to help in the cleanup efforts.

7.     I knew Paul had not been feeling well for a while. We had discussed it, and he believed he had kidney stones and was simply being misdiagnosed. One day his pain became so great that he made the decision to visit to the hospital. At the hospital, some tests were run, and nodules were discovered on Paul's liver. He was diagnosed with cancer. It was in February 2010 when he made this trip to the hospital, and he called me immediately after. I was in a sales meeting, but I left it to take his call. The call was devastating, and I could not return to the meeting. I had hoped he was simply misdiagnosed again but a second opinion confirmed that the diagnosis was correct.

8.     I spent a lot of time transporting Paul to and from the hospital. I would sleep at the hospital along with Paul's wife whenever he had a long stay. I was always there whenever he needed someone. There were times I would purchase medication for Paul that was not covered by insurance. The last time he went into the hospital in February 2011, I stayed with him until he was allowed to go home and then stayed with him in his home until his passing on March 9, 2011. I took time off from work in order to do so. The day-to-day care was constant at the end. He needed help with everyday necessities. It was similar to having to care for an infant.

9.     The emotional impact of my brother's illness and passing was catastrophic. There simply are no words to describe it. I had to help my father with his grief from losing his only son. I had to do this along with dealing with my own grief. My father passed three years later, and I don't think he ever recovered from Paul's passing. Things have never and will never be the same since Paul's passing. It was life altering. To say that it was difficult does not even scratch the surface. It is still difficult to talk about until this day. When someone has the kind of impact my brother did, there is no getting over it. It cuts directly to the core. He was my only brother. I do not get a do over. I do not get another chance. He was the oldest of my siblings, and all his responsibilities as the oldest fell to me. There are not words strong enough to

2

describe the sadness, the horror, and the pain we went through from Paul's loss. A piece of me went with him.

10.     My brother was larger than life. He touched everyone in some way. You couldn't meet him and not be affected by him. His love for life was infectious. He didn't have to know you to care for you. He cared for perfect strangers. It was above and beyond a job for him – it was just the kind of person he was.

_____
MARYROSE PAAR

Sworn to before me this
18TH day of July, 2022

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Kirk A. Smith, Notary Public
Chester County
My commission expires February 13, 2025
Commission number 1155256
Member, Pennsylvania Association of Notaries

**Shirley J. Holland**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                        03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X   **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                **SHIRLEY J. HOLLAND**

                                Plaintiffs,      20-CV-00412 (GBD)(SN)

                v.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
-------------------------------------------------------------X
STATE OF FLORIDA          )
                          : SS.:
COUNTY OF ORANGE          )

SHIRLEY J. HOLLAND, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 8102 Spearfish Avenue, Orlando, Florida 32822.

2.      I am currently 88 years old, having been born on March 26, 1934.

3.      I am the sister of Larry Ordell Rappe, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      My brother passed away from pulmonary fibrosis on October 21, 2017. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      My brother and I spoke often on the phone, and we would see each other at family function such as holidays and birthdays. He would often come to visit me in Orlando. We had a very close relationship as brother and sister. I was sixteen years old when Larry was born, so when he was a baby, I would often take care of him.

6.      Larry worked as a social worker with the National Disaster Medical Assistance Team. When the attacks on the World Trade Center occurred, Larry responded with his team to provide medical care at the direct site of the towers. He was a volunteer and worked at Ground Zero for about a week. He didn't really talk about what he saw, because he wanted to spare his family from the painful details.

7.      We could tell that Larry's health was failing before his diagnosis. When he came to visit me, he wasn't speaking as much, and he was often short of breath. He tired easily and had trouble walking. Before he fell ill, he was a very active man with lots of energy.

8.      When Larry was diagnosed with pulmonary fibrosis, we were shocked. It was very upsetting to learn that he was sick. It was devastating. Since his passing, I've been left with an empty heart. I miss him every day. I couldn't believe what happened to him, that his exposure at Ground Zero caused him to become so sick.

9.      Larry touched so many lives. He was a psychologist and had a real impact on people's lives. Larry was always in the "helping" mode, wanting to make the world a better place for other people. His death was a true loss to me and all who knew him.

SHIRLEY J. HOLLAND

Sworn to before me this
12th day of July, 2022

Notary Public

MERCEDES BIGELOW
MY COMMISSION # GG 274821
EXPIRES: November 6, 2022
Bonded Thru Notary Public Underwriters

2

**Marilyn Duan Scott**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

---------------------------------------------------------------X    **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                 **DEREK SCOTT on behalf of**
                                              **MARILYN DAUN SCOTT**

                              Plaintiffs,      20-CV-00412 (GBD)(SN)

              v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
---------------------------------------------------------------X

STATE OF FLORIDA        )
                        : SS.:
COUNTY OF SEMINOLE      )

     DEREK SCOTT, on behalf of MARILYN DAUN SCOTT, being duly sworn, deposes and says:

     1.    I am over 18 years of age and reside at 123 Spring Valley Loop, Altamonte Springs, Florida 32714.

     2.    My mother, Marilyn Daun Scott, was a plaintiff in the within action and was pursuing a solatium claim based on the illness and death of her brother, Larry Ordell Rappe.

     3.    Marilyn passed away on May 26, 2021, after the commencement of the within action. I am the presumptive representative of my mother's estate, and I am in the process of being formally appointed.

     4.    I submit this Affidavit on my mother Marilyn's behalf in connection with the pending motion for a default judgment and in support of her solatium claim.

     5.    Marilyn's brother, Larry Ordell Rappe, passed away from pulmonary fibrosis on October 21, 2017. It was medically determined that this illness was causally related to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

6.      My mother Marilyn and my uncle Larry were two of six siblings. Between the six siblings, Larry and Marilyn had the closest relationship. For a while, when I was a kid, Larry lived nearby in Orlando. Then, he moved to Pensacola. My mom and uncle would visit each other all the time, and they talked on the phone constantly. They would go fishing together on Larry's boat and loved to do other outdoor activities together. In the last year of her life, when my mother was in a nursing home, the only picture of a sibling she had in her room was one of Larry.

7.      Larry worked for the VA Hospital and was part of a Disaster Response Team following the 9/11 terrorist attacks. He was a social worker. Whenever a disaster happened, he would go to the site to provide psychological aid for victims and first responders. When the attacks on the World Trade Center happened on 9/11/2001, Larry rushed down to the scene. He was there for a few weeks, providing support to first responders performing search and rescue operations.

8.      When Larry was diagnosed with pulmonary fibrosis, it really upset my mother. He called to tell her about his diagnosis, and she was shocked. Larry was otherwise perfectly healthy before his diagnosis.

9.      After Larry got sick, my mother would make trips up to Pensacola to see him more often, usually a few times during the year. She talked to him a lot on the phone and provided psychological support for him. When he was still healthy enough, Larry would come down to see us in Altamonte Springs. My mom loved spending time together as a family.

10.     My mother was emotionally distraught by Larry's passing. You never expect your younger sibling to die before you. It was unfortunate—he was trying to do something good for the world by responding to Ground Zero, yet it made him sick. My mother missed Larry a lot during the more than 3 ½ years between their deaths. She was not able to make his funeral due to her own ailing health, which upset her. In her home, she always kept a picture of the two of them on his boat, and she always told me how she was thinking of him.

11.     I think we all had a lot of respect for my Uncle Larry. He was in the military and went to Vietnam with my uncle Gary and my father, and they all formed a close bond. All of them moved together to central Florida. My mother always had a special relationship with her brother Larry. She would tell me about how Larry was out in the world helping people. He was

2

someone who tried to do the right thing for others.

_____

DEREK SCOTT on behalf of
MARILYN DAUN SCOTT

Sworn to before me this
11ᵗʰ day of July, 2022

_____
Notary Public

3

**Patrick Reilly**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X          **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                          **PATRICK REILLY**


                                        Plaintiffs,         20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
-------------------------------------------------------------X

STATE OF NEW YORK          )
                                         : SS.:
COUNTY OF RICHMOND   )


PATRICK REILLY, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 948
Sheldon Avenue, Staten Island, New York 10309.

2.      I am currently 87 years old, having been born on October 9, 1934.

3.      I am the brother of Robert J. Reilly, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of my solatium claim.

4.      My brother passed away from lung cancer on May 18, 2011, at the age of 68. It
was determined by the World Trade Center Health Program that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      I'm Robert's older brother, and I loved him dearly. He was a presence and stood
out in our family as the youngest of seven children. We all got along, and the seven of us were
very close. We never had any falling out; Robert was always an altruistic guy and a wonderful

personality. Whenever we would get together in social situations, I was proud of Robert for his people skills, which highlighted his charisma and magnetism. One could say I was somewhat celebrated; although, people would refer to me as "Bobby's brother," and he wasn't Pat's brother. That's the kind of guy he was. While Robert lived in New Jersey and I was in Staten Island, we still spent lots of time together. In fact, I helped Robert become a maintenance engineer for 40 Rector Street, the building where I worked 43 years.

6.      Robert worked at 40 Rector Street for approximately 25 years, which was the first building you would see coming out of the Brooklyn Battery Tunnel. My brother and I were both working at 40 Rector Street on September 11, 2001. On 9/11, we arrived at around nine o'clock in the morning, and my partner and I were in the lobby when we saw the wheel from the first plane that hit the towers land right in front of us on Rector Street. What's remarkable about this event is that if it wasn't for the column that was outside the glass of the lobby, he would have been hit with a flying axle. I worked as the fire warden in the building and after the attacks occurred, my brother and I, as well as a few other guys, were in constant communication with the fire department. Robert and I helped evacuate our building. Another member of our crew reported that he saw a woman's leg in the freight entrance of the building. Upon looking outside, it was clear what happened was a lamppost was torn off in the attack and cut a lady in half like a saw. My brother was exposed to all of this too. Later that day, the dust started to rise up in our lobby. Robert led FBI agents to the roof of the building so they could use it as an observation area. The FDNY also used our building as a checkpoint after the attack, and my brother was instrumental in assisting them and providing them with any access they needed in the building. Ultimately, my brother and I were working around the clock on 9/11 assisting the firemen any way we could. Indeed, we both made a number of friends in the fire department. Afterward, Robert and I continued to work in the building for several months trying to restore things as best as possible. The City issued us emergency passes since the area along West Street up to the Trade Center was cordoned off from the public.

7.      I learned about my brother's cancer diagnosis from his wife, Patricia Reilly, and later went with Robert to see his doctor and learned even more about his condition. Unfortunately, by the time Robert discovered he had cancer, he was informed it was already

quite severe and that he wouldn't have much time left. I don't remember exactly what words the doctors used to describe my brother's cancer; although, the rough translation would be that it was a death sentence. As soon as I heard this, it weighed very heavily on my heart. I tried to accept this reality; although, it was exceedingly difficult. Once my wife, Roseanne, and I learned about the diagnosis, we would go over to Robert's house in New Jersey to visit as much as possible. The drive to Robert was roughly one and a half hours away, and we would spend the day with him. At first, Robert would be coherent; although, after only a few weeks, he slowly started to slide away. As a Catholic, when I would visit my brother, I would hold his hand, pray and do the rosary.

8.     Robert's cancer diagnosis came at a particularly difficult time. Within an eight-year span, I had lost two other brothers, including my brother Donald who was working on William Street downtown and was also exposed to the 9/11 toxins. Whereas there were once seven of us, there were now only three remaining. In addition to my siblings, I have five children myself, six grandchildren, and fifteen great-grandchildren. Through family, I try to keep our traditions alive; however, everything is different now that Robert is gone. All of the children moved a bit further away from home, but they all loved their uncle Robert and miss seeing him a great deal.  I'm saddened when I think all of the good times we had while Robert was still with us, and the family would gather for small celebrations at the Knights of Columbus or the local veteran's post. We certainly had a lot of parties together and never had any donnybrooks break out. As I look at the photo of the five brothers together, I can't help but feel the weight of Robert's loss knowing how close we all were. The pain that I feel is still great; although, having been brought up in poverty and later succeeding through hard work, I'm reminded of Nietzsche, who said, "what doesn't kill me, makes me stronger." As Robert's health declined and later when he passed away, I became worried for his wife, Patricia, who lost a lifelong companion. Thankfully, Patricia has her children to provide some emotional support; although, I know she was devastated by my brother's passing away.

9.     While it's now been eleven years since the time of my brother's passing, it's still painful to this day. After 9/11, at the time when the pit of Ground Zero was still burning, Robert and I went to see the site up close. I can recall being across the street from those girders that are

3

shown all the time in the press and feeling such an ominous presence. I know my brother felt it too. Thinking about all that rubble, which effectively buried thousands of people, affected Robert and me emotionally and physically, ultimately manifesting in Robert's lung cancer.


_____
PATRICK REILLY

Sworn to before me this
____7____ day of July, 2022

_____
Notary Public


JOHN D. HARRINGTON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02HA6053214
Qualified in Richmond County
Commission Expires January 6, 20 23

4

# Lisa Beth Reingold Schlussel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-----------------------------------------------------------------X    **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al                          **LISA BETH REINGOLD**
                                                     **SCHLUSSEL**

                                    Plaintiffs,      20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-----------------------------------------------------------------X
COUNTRY OF ISRAEL        )
                         : SS.:
DISTRICT OF JERUSALEM)

       LISA BETH REINGOLD SCHLUSSEL, being duly sworn, deposes and says:

       1.     I am a plaintiff in the within action, am over 18 years of age, and reside at Sitvanit 4/2, Bet Shemesh, Israel 9954804.

       2.     I am currently 54 years old, having been born on October 4, 1967.

       3.     I am the daughter of Albert Reingold, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

       4.     My father passed away from chronic respiratory disease on March 8, 2015. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

       5.     I was very close with my father, and we were all very close as a family. While I was in college, I helped at his office as a part-time job. And later when I worked in Manhattan at the same time as him, we would meet once a week for lunch. When I had a summer job in the city, we would travel into work together. I would join his carpool every day. Later, when I got married and started a family, he was extremely close to my kids, especially my oldest two boys.

We would go visit his house once a week and very often on the weekends. I remember him singing with my kids, playing with them, and going to the park with them. He would also help me around the house. He was very involved, hands on, and helpful with my kids, especially when they were young. They would do all sorts of activities together, such as bowling, sledding, and playing ball.

6.      On September 11, 2001, I know that my father was travelling into Manhattan through the Brooklyn–Battery Tunnel. He got stuck there in the aftermath of the attacks and was caught in the smoke. He thought it was the end. I remember the story where someone helped direct him through a door into the opposite tunnel so that he could escape back to the Brooklyn side. He later returned to work on Manhattan once it was allowed, but he stopped working after a while.

7.      I remember looking at my father one morning and saying that he did not look right. He was not himself – he did not look like himself and was not acting like himself. There was something weird about him. There were things he used to be able to do that slowly he was not able to do anymore. These changes to him occurred slowly over time. At the beginning, I thought it was strange that he stopped doing certain things, as these were things he had always done. I would ask him why, and he would tell me he did not feel up to it. Looking back, I believe he was not being forthright with us and was no longer able to do these things. It also got to a point where I had discussions with my siblings to see if they thought our father was still responsible enough to take care of the children. This was never a worry before the September 11 attacks, as he had constantly helped me by taking care of my children.

8.      My father was no longer able to work anymore, and we questioned what he would do with his time. He would spend some of his time at my house to visit my family and me and for a change of scenery. In one way, it was nice to have him around. But he should have been able to keep working at this time in his life. He could not drive anymore either, so we had to arrange rides so that he could visit. Sometimes, he would miss morning rides because he could not get himself ready in time. Little by little, there was less and less he could do.

9.      My father's moods also changed. Growing up, he had a very pleasant disposition. He never got angry and was a very calm person. He was always the peacemaker and tried to find the good in everything. At the beginning of his illness, the changes in his moods were light. But

as his illness progressed with the years, his moods were extreme. He would get very frustrated and would give up. This was not who he was.

10.     I spent a lot of time helping and supporting my father when he was sick. Because he was no longer able to drive, I would often travel from my home in New Jersey to Staten Island to help him out. It was an hour trip each way. When my father would spend time at my house, he would need me to take him to various activities he wanted to do with my older boys, such as bowling or going for ice cream. I was always glad that he wanted to spend time with them, but it would add an additional half hour to each trip. I was happy to help him, but it was a lot of driving time, and I still had three younger children at home that I needed to take care of.

11.     It came to point in my father's illness where he and my mother needed to move from their house due to his decreasing mobility. My father could not walk well anymore and was always at risk of falling. He still wanted to walk though, and this became a point of contention in our family. My parents were living in a ranch-style house that had steps leading into the main area, and so there was a constant danger to him being in the house despite precautions we took, like setting up a gate at the steps. Because of this, my parents made the decision to move to Israel to be closer to my brother and me. I spent months helping them with their paperwork and preparing them for their move. Once they arrived, they lived with me for several months. I helped them get acclimated, find doctors, and find their own apartment to live in. It took a tremendous amount of my time. I was involved in their lives every day.

12.     Watching my father slip away and no longer be the same person that I knew was very difficult emotionally. Little by little every day, another piece of him disappeared. I would wonder how much longer I would be able to hold a conversation with him, or how much longer I would be able to just sit and talk with him. It was also very hard for me to hear from my mother about the stress she experienced while living with my father. This also changed her relationship with her three children, as she could no longer be the mother that she had been. That was also hard for me.

13.     The year following my father's passing was very difficult. It was hard to find my footing. We all wanted to help my mother get through it, but we could not. Nothing made her feel better or helped her. It was not the same for her as it was for us children. Our family being split across countries also added to this difficulty. And over the years since his passing, I have

not gotten over it. You just learn to live with it.

14.     What made my father's illness particularly difficult is that he could not be left alone. It was always stressful fearing that he was going to fall and injure himself. I also remember how stressful it was to feel the need to help my mother more. She was a constant bundle of nerves, and I always felt that I wasn't doing enough and needed to do more, even though I had children that needed to be cared for. It was that kind of stress that I remember most.

15.     I wish my younger children and the younger nieces and nephews had the opportunity to get to know my father better. He went too soon.

LISA BETH REINGOLD SCHLUSSEL

Sworn to before me this
26 day of July 2022

Notary Public

MIRYAM S. FULD
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 9. 2023

4

**Robin Karen Reingold Susman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------------X     **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al                    **ROBIN KAREN REINGOLD**

                                Plaintiffs,    20-CV-00412 (GBD)(SN)

                v.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
----------------------------------------------------------------X
STATE OF NEW JERSEY    )
                       : SS.:
COUNTY OF BERGEN       )

ROBIN KAREN REINGOLD, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 161 Huguenot Avenue, Englewood, New Jersey 07631.

2.      I am currently 53 years old, having been born on May 20, 1969.

3.      I am the daughter of Albert Reingold, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of my solatium claim.

4.      My father passed away from chronic respiratory disease on March 8, 2015. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      I, like the rest of my family, had a wonderful relationship with my father. He was a very sweet and kind man. He was full of love and affection, and he was never angry or impatient. That was who he was. For activities, we liked to go on walks together, listen to music, go sledding and ice skating, and even do art together. Whatever we were doing, he liked to take a part in. I remember him taking an interest in, and helping us with, our schoolwork growing up

too. There is nothing he would not have done for us.

6.     I remember that on the day of the September 11, 2001, terrorist attacks, my father became trapped in the Brooklyn-Battery Tunnel. He was scared and thought that he might die there. He was caught in so much smoke and fumes that he said you could not even see one foot in front of you. It was a very traumatic experience for him. Afterward, he became afraid to go back to lower Manhattan. He never had these fears before and was never an anxious person. He had always been carefree, but this all changed after the September 11 attacks.

7.     About six months after the attacks, my father began showing signs of his illness. I remember this distinctly as he called me and was slurring his words over the phone. It was horrible, and I told him he needed to see a doctor immediately. This was only three months before my wedding, and we were worried he might not be able to come. He lost some function and had some deficits, but he was determined to be at my wedding and was able to make it there.

8.     This was the start of many doctors' appointments for my father, and it took a lot of our time getting him to and from these appointments. I also remember getting calls that my dad had fallen and gone to the emergency room, and either my husband or I needed to go there and be with him. This was something we were always glad to do, but it became a difficult life emotionally. There was a constant worry about my father and what my parents needed. I also had to take him to many neurological appointments and watch him fail. That was also very difficult for me, and it got worse over time as his health deteriorated.

9.     His health continued to deteriorate in the years after the September 11 attacks. He developed chronic pulmonary infections. He also became unable to walk without falling and began suffering from delusions and hallucinations. It was very acute. It took many doctors' visits for us to understand that this would be his new normal and would be the start of a very difficult journey for our family.

10.     Because my father was no longer able to work, my parents' financial situation and needs changed. We helped support them financially while my father was sick, so it added financial difficulty on everyone.

11.     My father's illness was very emotionally draining for me. He suffered for many years and sharing in his care with the rest of my family felt like a daily responsibility. We could not be happy, free, or do what we needed to do without worrying about and helping him. It was a

2

rough road.

12.     I travelled to Israel when my father's health took a turn for the worse. A close friend picked me up at the airport and drove me straight to the hospital. He passed away within two hours of me being there. He had suffered for so many years that part of me was relieved his suffering was over. I feel guilty about this, especially seeing how much misery my mother was in after his passing. It is very painful and sad, so I try not to think about it.

13.     I try to keep my father's memory alive for my children, especially all of the good memories I had with him. I remind them of his good qualities and what he stood for. He loved to smile, be positive, and enjoy life. The person before the illness is really who he was. This is my father that I hope to remember, but who was taken from me by the events of September 11, 2001.

_Robin Reinford_
_____
ROBIN KAREN REINGOLD

Sworn to before me this
**22**   day of July, 2022

_Yael Rosenblatt_
_____
Notary Public

YAEL M ROSENBLATT
Notary Public - State of New Jersey
My Commission Expires Dec 22, 2024

3