**Exhibit M**

**Stanley Vashovsky**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X    **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                     **<u>STANLEY VASHOVSKY</u>**

                                    Plaintiffs,    20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NASSAU         )


        STANLEY VASHOVSKY, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 363 Yale
Avenue, Woodmere, New York 11598.

        2.      I am currently 50 years old, having been born on July 4, 1972.

        3.      I am the son of Sam Vashovsky, upon whose death my claim is based, and submit
this Affidavit in connection with the pending motion for a default judgment and in support of
my solatium claim.

        4.      My father passed away from brain cancer on November 15, 2013. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks.

        5.      My father was a consultant with my work. We spent a lot of time together, in fact,
we spent almost every day together. We worked together for about fifteen years. He was a
mentor to me, and he was a very loving father.

6.      My parents moved into their apartment in Battery Park City only a day or two before September 11th, 2001. He was never the same afterwards. His apartment was across the street from the World Trade Center. He said the area was completely filled with noise, dust, and fumes during and after the attacks. He couldn't even see the sky. He told me that "it was like living in a dust cloud" for several months after 9/11. A few years after my parents moved to Battery Park City, they moved out. The doctors realized that living near Ground Zero was negatively affecting my father's health.

7.      In 2011, I knew my father wasn't feeling well. The doctors told us to go to Memorial Sloan Kettering to get a CAT scan, and there he was diagnosed with brain cancer. This was about two years prior to his death. He was having very bad coughing fits, and sometimes he would even pass out from the lack of oxygen. He had to stop driving because he had trouble breathing, as well as memory issues. He had a lot of falls. He also started to sleep during the day; he couldn't keep his eyes open. My father was an athlete his whole life; he was exceptionally healthy. So, it was frustrating and upsetting to see his health decline.

8.      He had chemotherapy, radiation, and surgery. The surgery was at Sloan Kettering. They tried to remove as much of the tumor as they could, but they couldn't get it all. I would take time off from work to take him back and forth to doctors' appointments, chemo, and radiation. I spent at least a few hours with him every day. I would bathe him, feed him, and drive him to where he needed to go. My brother and I would pay for his home health attendants whenever our family wasn't around to look after him. He couldn't do anything on his own, especially after he started his cancer treatments. His condition declined very rapidly. He suffered memory loss, vision loss, and lost his ability to walk. He needed help eating, getting around, and even going to the bathroom.

9.      My father's illness had a great emotional impact on my life. It was very painful and depressing. He didn't get to spend as much time as he wanted with his grandchildren. My father was a very physically strong man even into middle age. It was so hard to watch him deteriorate. He was an engineer by trade, an intellectual. Once he was diagnosed with brain cancer, that all went away. It was painful to see him lose his memory and his sanity. The last two years of his life were very painful for me, my mother, my brother, his grandkids, and our

whole family.

STANLEY VASHOVSKY

Sworn to before me this
25 day of July, 2022

Notary Public

STEVEN J. SUGRUE, ESQ.
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Westchester County
02SU6122679
MY COMMISSION EXPIRES February 22, 2025

3

**Estate of Rebecca A. Buck**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X      **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                           **FLORENCE E. HOOSEIN ON**
                                                        **BEHALF OF THE ESTATE OF**
                                                        **REBECCA A. BUCK**

                                Plaintiffs,             20-CV-00412 (GBD)(SN)

                v.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
-------------------------------------------------------------X
STATE OF NEW JERSEY        )
                           : SS.:
COUNTY OF MONMOUTH         )

        FLORENCE E. HOOSEIN on behalf of the estate of REBECCA A. BUCK, being duly
sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 27 Locust
Avenue, Red Bank, New Jersey 07701.

        2.      I am the sister of Rebecca A. Buck, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf of my sister's estate.

        3.      Rebecca passed away from breast cancer on July 21, 2015, at the age of 44. It was
medically determined by the World Trade Center Health Program that this illness was causally
connected to her exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

        4.      My mother, Ruth E. Buck, was also a plaintiff in the within action, in which she
was pursuing her own solatium claim, as well as a claim on behalf of my sister's estate.
However, Ruth passed away on October 6, 2021, after the commencement of this action. I am
now the proposed representative of my sister, Rebecca's estate.

5.      Rebecca was the baby of the family. In 2001, my parents and I lived in New Jersey, and Rebecca lived in New York. We were a close family; we talked every day. Rebecca would come down to Ocean Grove, NJ, where we lived, on the weekends.

6.      In September 2001, Rebecca worked as a Sergeant for the New York Police Department. She responded to the World Trade Center site to participate in rescue and recovery immediately following the 9/11 attacks. She was working down there for months. When we learned that Rebecca was participating in the Ground Zero clean-up, we didn't realize the impact that the toxic exposure would have on her. We were told that FEMA cleared the area, so we thought it was safe.

7.      When Rebecca was diagnosed with breast cancer in 2012, she had just retired from the NYPD. She wanted to start a new career as a nurse and had just been accepted into nursing school. She was only 41 years old when she was diagnosed. Rebecca had to stop her schooling immediately to start treatment, and she was disappointed.

8.      Rebecca tried alternative therapies because she didn't want chemotherapy or radiation. She went back and forth to an alternative cancer treatment center in Germany about ten times. My mother went with her once, and my daughter traveled with her the other times. When Rebecca was first diagnosed, she came for a visit and did not return to New York. She did not want to be alone and wanted to be with her family.

9.      Rebecca suffered greatly from her breast cancer. She was tired all the time and lost her appetite. Some days she couldn't get out of bed. She would tell me, "The tumor in my breast feels like cement." I could feel the tumor on her chest. It felt like a block. After having her treatment in Germany, she'd be okay for a few weeks but then her symptoms would come back. She lost just about the entire function of her dominant right arm. She would bend her arm at a 90-degree angle because it wasn't comfortable any other way. She would use her left arm to move her right arm into the position she wanted it to be for comfort. She would complain about her shoulder and arm, and once told me, "I wonder if I would be better off without my arm." I was shocked that she wanted to amputate her arm. That's how uncomfortable she was.

10.     Before her diagnosis, Rebecca was physically, mentally, and emotionally one of the strongest people I knew. She had to be strong to be a cop. She didn't really cry a lot. But she cried when she was first diagnosed. She wanted to live, to beat the cancer. She wanted to meet

my grandchildren, go to weddings, live life, and grow old. It just didn't happen.

11.     Rebecca's illness had a heavy emotional impact on our family. No one thought that Rebecca was going to get sick and pass away so quickly. We were worried about Rebecca from the moment she was diagnosed, but we always had hope. Rebecca would say to our mother, "I just want to go into remission." Rebecca died within three years of her initial diagnosis. We were blindsided as a family by Rebecca's death. There was no time to prepare, and in the end her condition rapidly worsened and she was dead within forty-eight hours.

12.     Rebecca loved life and wanted to live as long as possible. She was a pet owner who loved animals. I remember her asking my mother and me, "If I die, who's going to take care of my dog?" That's when we started to discuss some of her final arrangements. That was a very hard conversation to have with her. Rebecca was our hero, and we all looked up to her. This wasn't supposed to happen. She was taken away too soon. Rebecca wanted to be here, and we wanted her here. She is loved and missed tremendously, and our lives will never be the same.

FLORENCE E HOOSEIN on behalf
of the estate of REBECCA A. BUCK

Sworn to before me this
27th day of July, 2022

Notary Public

MELISSA L ROBINSON
Notary Public
State of New Jersey
My Commission Expires Dec. 7, 2023
I.D.# 50095128

# Estate of John Charles Dillon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------X     **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                        **PATRICIA DILLON**


                                        Plaintiffs,       20-CV-00412 (GBD)(SN)


                        v.


ISLAMIC REPUBLIC OF IRAN,


                                        Defendant.
--------------------------------------------------------------X
STATE OF NEW YORK      )
                       : SS.:
COUNTY OF SUFFOLK      )

        PATRICIA DILLON, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 46
Genevieve Court, Amityville, New York 11701.

        2.      I am currently 69 years old, having been born on March 17, 1953.

        3.      I am the wife of John Charles Dillon, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf of my husband's estate.

        4.      My husband passed away from metastatic bladder cancer on May 5, 2010, at the
age of 58. It was medically determined that this illness was causally connected to his exposure
to the toxins resulting from the September 11, 2001, terrorist attacks.

        5.      On June 22, 2015, I was issued Letters of Limited Administration on behalf of my
husband's estate by the New York State Surrogate's Court, County of Suffolk.

        6.      Before the events of 9/11, my husband and I had a beautiful marriage. We met
when I was 19 years old, and he was 21. We married the April after I graduated college. Our life
was one of fun and luxury. We traveled a lot together and got to see much of this world. We

were a happy couple. He was so much fun to be around. Our home was always the party spot. John and I loved to host guests, and I did a lot of the cooking. When our children were born, our traveling slowed down. Our lives became about our children. We settled in Massapequa Park and raised our children there. Our home was still known as the post-game hangout spot.

7.     John was changed forever on 9/11. It started like any other typical day for him. He was heading to work at the New York Stock Exchange that morning but never made it to work. He got off the train inside the North Tower of the World Trade Center and was exiting the door of the building when the first plane hit. As he attempted to evacuate the city, he witnessed several people jumping to their deaths from the towers. He was still in the vicinity when the buildings collapsed, and he became engulfed in the ash and dust that resulted. John returned home a changed man. He had clearly been traumatized that day. He had a deep-rooted fear in him, and when it came time to return to work, he was terrified. The morning he returned to work, he spent much of it vomiting in fear. He did not want to go back to lower Manhattan, but he knew he had to work to support his family. John continued working at the NYSE until his retirement many years later.

8.     It was evident John had PTSD from when he arrived home on 9/11. He would watch any and every TV show and news broadcast about 9/11 and sob the entire time uncontrollably. Terrible dreams haunted him. John began drinking to cope with his trauma. Unfortunately, John's PTSD, combined with his alcoholism, led him to become verbally abusive towards me and eventually physically as well. John's drinking and abuse would continue on and off for the remainder of his life. Despite John's battle with PTSD and alcoholism, he remained a great father to our children. John's physical illness began in January 2004. His doctor discovered a breast tumor, which resulted in him having a mastectomy. By the end of the summer of 2004, another breast tumor was found in his other breast, and he underwent a second mastectomy on his other side. After that, John seemed healthy despite his ongoing battle with PTSD and alcoholism. In April 2009, I had gone into the bathroom after John. He forgot to flush, and I noticed blood in his urine. I asked how long it had been happening, and he told me that he did not want to worry me, as I was recovering from my own health issues. John and I went to the doctor together, and he was diagnosed with a UTI and given antibiotics. The antibiotics cleared John's problem for a short period, but it reoccurred.

There were several more trips to the doctors and several more UTI diagnoses before his doctors decided he needed further testing. It was early June 2009 when his bladder cancer was finally discovered.

9.      As John's illness progressed, he was in unbearable pain. He underwent surgery to have his bladder removed and was required to have a urostomy bag in its place. He would also often lose control of his bowels. This was a source of great shame for John. He didn't want to talk about it and didn't want anyone to see him that way. His condition only added to his depression, which exacerbated his destructive behavior and attitude toward me. He suffered physically and mentally until the day he died, none of which was his fault.

10.      September 11th changed our lives forever. John wasn't here for his daughter's wedding or his son's law school graduation. Unfortunately, our son was lost in February 2022 after a three-year battle with brain cancer. It is comforting that John and his son are now reunited. John will continue to miss his daughter's future accomplishments and milestones. He is sorely missed and will continue to be missed by his family and friends.

_Patricia Dillon_
PATRICIA DILLON

Sworn to before me this
_29_ day of June, 2022

Notary Public

ANGELO MAGOULAS
Notary Public - State of New York
NO. 01MA6427433
Qualified in Suffolk County
My Commission Expires Dec 27, 2025

3

# Estate of Aleksandr Drobchinskiy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X        **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                     **KLAVDIYA DROBCHINSKAYA**

                              Plaintiffs,          20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK         )
                          : SS.:
COUNTY OF KINGS           )

KLAVDIYA DROBCHINSKAYA, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 2701
Cropsey Avenue, Apartment 2-B, Brooklyn, New York 11214.

2.      I am currently 66 years old, having been born on February 2, 1956.

3.      I am the wife of Aleksandr Drobchinskiy, upon whose death my claim is based,
and submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf of my husband's estate.

4.      My husband passed away from melanoma on October 3, 2013, at 59 years old. It
was medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks.

5.      On February 5, 2019, I was issued Letters of Administration on behalf of my
husband's estate by the Kings County Surrogate's Court, State of New York.

6.      Aleksandr and I married at a young age and were together for 38 years. We had a
daughter, Nelly, who we raised together. We emigrated from Ukraine to the United States. It
was difficult to adapt to a new culture, language, and a new way of doing things. We got

through it together. Aleksandr worked hard as a laborer to support us while I pursued my education. I helped him improve his English to get a better job. After a while, I got my degree, and he was able to get a job with the MTA. When Aleksandr wasn't working, we enjoyed going on walks, to the beach and parks, and playing volleyball. We were helping our daughter raise her children before Aleksandr passed away. We were a happy family.

7.      On 9/11, Aleksandr was in the city working for the MTA out of their base of operations on Chambers Street. He was assigned there to fix a communications issue in the area. After the attacks, he walked home from downtown Manhattan to our home in Brooklyn. When he arrived home, he was covered in ash and soot. I wanted to wash his clothes, but Aleksandr insisted that it was best to throw them out. He didn't tell me much about his experiences that day but shared how sad it was and how hard it was to breathe. He returned to work at the Chambers Street base of operations a week later when the air was declared safe to breathe. He continued to work out of that location for a few months until the job was complete, and he was assigned to a new location.

8.      My son-in-law was the first person to notice a weird marking on Aleksandr's face. After asking some questions, my son-in-law suggested that Aleksandr see a dermatologist. We followed his advice and scheduled an appointment. The dermatologist discovered another concerning spot on Aleksandr's chest. Both were biopsied, which revealed two advanced melanomas. We were told to consult a surgeon to see if they should be removed. The surgeons determined that the melanomas would need to be removed to stop them from spreading. After the surgery, Aleksandr was informed that he would need to be monitored every three months to ensure the cancer didn't spread. During his monitoring, a melanoma inside Aleksandr's ear canal was found, and it was determined that it had to be removed as well.

9.      Aleksandr dealt with many physical challenges and emotional changes during his illness. He was in great pain, and it became difficult to walk. He also suffered from back pain, which prevented him from standing for a long time. This combination made it difficult for him to work, as his work was very physical. Aleksandr had been a physically fit man and a competitive gymnast. His declining health and inability to do the physical things he once could significantly weighed on him. His appetite declined steadily, and he was barely eating by the last year of his life. He became hypoglycemic. Aleksandr's illness made him paranoid. He

always worried that more spots would appear. His paranoia caused him to become a recluse. He did not want to go outside for fear of further spots. Eventually, Aleksandr started becoming forgetful and would not remember to do simple things, like take his medications. He got to a point where his suffering was so great that he considered taking his own life. He wanted his suffering to end and the suffering he believed he was putting his family through.

10.     What happened to Aleksandr was a tragedy. He was a good person, not just to me, but to my family and our friends. He suffered so needlessly and didn't deserve that.

KLAVDIYA DROBCHINSKAYA

Sworn to before me this
30 day of June, 2022

Notary Public

Dominga A. Acosta
Notary Public, State of New York
NO. 01AC6183450
Qualified in Kings County
Commission Expires March 17, 20 24

3

# Estate of Wayne Kenneth Haberland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X          **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                                   **TERESE IRONS HABERLAND**

                                            Plaintiffs,         20-CV-00412 (GBD)(SN)

                          v

ISLAMIC REPUBLIC OF IRAN,

                                            Defendant.
-------------------------------------------------------------X
STATE OF ~~SOUTH DAKOTA~~            )
           New York                 : SS.:
COUNTY OF ~~PENNINGTON~~            )
           Nassau

        TERESE IRONS HABERLAND, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 13254
Tomaha Ridge Road, Rapid City, South Dakota 55702.

        2.      I am currently 62 years old, having been born on December 18, 1959.

        3.      I am the wife of Wayne Kenneth Haberland, upon whose death my claim is based,
and submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf of my husband's estate.

        4.      My husband passed away from interstitial lung disease and leukemia on February
8, 2005, at the age of 49. It was medically determined that these illnesses were causally connected
to his exposure to the toxins resulting from the September 11, 2001 terrorist attacks.

        5.      On September 25, 2013, I was issued Letters Testamentary on behalf of my
husband's estate by the New York State Surrogate's Court, Nassau County.

        6.      Wayne was the most important person who has ever been, or will ever be, in my
life. We were married in 1997, but were together since 1991. He was the only man I dated after
my marriage to my college sweetheart ended. I never thought I'd find love again, but I found true

love with Wayne. He was the love of my life. He was strong, loving, and athletic. Wayne was brilliant and a hard worker. He led by example, and never took the easy, expedient path. He lifted others up and made them better, including me. He made me feel safe. Both of my parents were violent alcoholics, and I had a terrible childhood. I went to Family Court for help, and became an emancipated minor. I thought I'd never be or feel safe in my life. Wayne helped me understand that the pain I went through made me stronger. With Wayne, I was able to change how I viewed the world.

7.      On September 11, 2001, Wayne called me when he got to work, as he normally did. He worked for Syscore Solutions on Maiden Lane in lower Manhattan, less than two blocks from the World Trade Center. As I was speaking to him on the phone, I heard what sounded like a huge explosion in the background. Wayne thought it might have been a Con Ed accident. I asked him to please stay on the phone because I had a feeling that something terrible had happened. Wayne said, "Don't worry. I'll call you right back," and hung up. I then turned on the TV and knew the bad feeling I felt was real. Wayne came home that night. He returned to work the following week, on September 17th, as soon as Con Ed returned power to the Wall Street area. I begged him not to go back to the office because I knew the air couldn't possibly be safe, despite what the public was being told. But Wayne insisted. He worked there full-time through November 2001, commuting to the office every work day.

8.      In the early winter of 2001-2002, Wayne developed a cough that he couldn't shake. He also started to lose weight. By the spring of 2002, he had lost 45 pounds. It was scary. The cough became worse and worse, and he developed bronchitis and persistent sinusitis. Wayne never had any lung issues previous to this. He was a non-smoker and was very athletic, as he had over 20 years of training in Aikido Dojo (martial arts). In December 2002, Wayne went to see a Long Island pulmonologist, who diagnosed him with pneumonia. He was prescribed albuterol inhalers, Advair, steroids, and antibiotics. In Spring 2003, after endless sinus infections that resisted treatment, he was sent to see an ENT at New York Presbyterian Hospital (NYP). Wayne underwent a sinusotomy in June 2003 at NYP, and he almost died at home while recovering from the surgery. He went into heart failure, and his blood oxygen level dropped drastically. He was admitted to the Cardiac Care Unit at St. Joseph's Hospital from the emergency room. After being discharged from the hospital, Wayne kept getting sick. By the winter of 2004, he had pneumonia again. In Spring

2

2004, Wayne's pulmonologist at NYP had him come into the hospital for an outpatient bronchoscopy and biopsy because Wayne had developed a mass, and a section of his lung had died. He was emergently admitted to NYP because his heart was discovered to be full of fluid due to the infections in his lungs (severe pericardial effusion). After draining the fluid from his heart and stabilizing him for surgery, he was sent for cardio-thoracic surgery. The surgeon operated to remove the lung mass and open the pericardium and found that Wayne had atypical lymph nodes. These lymph nodes were discovered to be cancerous, and Wayne was diagnosed with Chronic Lymphocytic Leukemia (CLL) in July 2004. Wayne was discharged with a P.I.C.C. line for IV antibiotics. Wayne survived only one round of chemo before collapsing at home on February 4, 2005. His pericardial window had closed, and he suffered full cardiac arrest, collapsing on the bathroom floor of our home. He died at Saint Joseph's Hospital.

9.      During the course of his illness, Wayne became very depressed. He wouldn't talk about what he saw on 9/11, but told me that it was so horrible that he saw it in his dreams. After he was diagnosed with cancer, Wayne told me that shortly before 9/11 he had been headhunted for a software position at Cantor Fitzgerald's Technology Division, E-Speed. He told me that he should've taken the job, because then he would have been cleanly dead (Cantor Fitzgerald lost many of its employees on 9/11). That way, he would not have become such a burden on me. Wayne was frustrated about his prognosis. He was doing everything all of his doctors and specialists said he should do, taking all the medications at the right time, yet still he was not getting better. He said, "Terese, why did I go back to work? I should have listened to you." He learned of all of the firefighters getting sick, and he said, "At least they were true heroes. I gained nothing by going back to work." There was nothing I could do to console him. No matter what I did. When he collapsed on the bathroom floor and went into cardiac arrest, his last words to me were, "I'm sorry."

10.     The people responsible for the September 11th attacks should be held accountable. I am participating in this lawsuit because I want to memorialize Wayne's name, and his death from 9/11, in history. He was a truly special person, and he was well-respected by friends and colleagues. He befriended everyone – from the guys who collected the trash in our neighborhood, to his Aikido Dojo friends, and up to the CEOs he worked with during his career. No amount of compensation or recognition can replace him. There will never be anyone like

3

him. He shouldn't have to die in vain. His suffering should never be forgotten after all of us who knew and loved him are gone.

TERESE IRONS HABERLAND

Sworn to before me this
1st day of ~~May~~, 2022
June

Notary Public

ALLEN J. ROSNER
Notary Public, State of New York
No. 02RO6399204
Qualified in Nassau County
Commission Expires 10/15/2023

4

# Estate of John Joseph Hough

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                            03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X      **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                   **GAIL MARIE AMRHEIN**

                                    Plaintiffs,       20-CV-00412 (GBD)(SN)

                    v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF NEW YORK      )
                        : SS.:
COUNTY OF SUFFOLK      )

        GAIL MARIE AMRHEIN, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 7
Louden Loop, Mount Sinai, New York 11766.

        2.      I am currently 73 years old, having been born on January 23, 1949.

        3.      I am the sister of John Joseph Hough, upon whose death my claim is based, and
submit this Affidavit in connection with the pending motion for a default judgment and in
support of the claim on behalf on my brother's estate.

        4.      My brother passed away from esophageal cancer on December 8, 2013. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks.

        5.      On April 14, 2014, I was issued Letters Testamentary on behalf of my brother's
estate by the Surrogate's Court of the State of New York, Suffolk County.

        6.      My brother and I were very involved in each other's lives. From a young age, we
were very close. We vacationed a lot and traveled the world. We were almost always together.

7.      On 9/11, my brother was a police officer with the Suffolk County Police Department. He was called to the World Trade Center site and responded immediately. He was stationed at the command center and worked in a supervisory role. We never discussed his experiences at the pile. He didn't like to talk about it. He stayed at the site for a few days.

8.      In January 2013, we took a trip to California. During this trip, I first noticed something was off with John. He was always active and the type of person who would lead the pack. During our trip, he seemed to be hanging back and keeping pace with me. He took me out for my birthday later that month. He appeared much thinner and was coughing a lot. I was sure he was sick. We took another trip to California in February, and he told me he had been diagnosed with cancer.

9.      John's illness took a tremendous toll on him. He became very weak. He had a constant cough and was often tired. He would also sometimes be feverish. He would become dehydrated and require an IV because he couldn't swallow well. He didn't eat much and lost a significant amount of weight. Luckily, John remained strong throughout his illness. He always stayed warm and positive.

10.     When he passed away, his funeral mass was packed. He had done so much with his life. He served in the Army and the Suffolk County Police Department. He worked security at the Cleary School for the Deaf, even when they didn't have the money to pay him. He gave to various charitable organizations. He was so loveable and touched so many lives.


*Gail Marie Amrhein*
GAIL MARIE AMRHEIN


Sworn to before me this
30TH day of June, 2022

Notary Public

EDWARD J. FITZGERALD
Notary Public, State of New York
No. 4903542 - Suffolk County
Term Expires 11/25/25

2

**Estate of Phoebe Catherine Kahanov**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------X   **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                  **LEARAN KAHANOV**


                                    Plaintiffs,    20-CV-00412 (GBD)(SN)

                  v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------X
STATE OF NEW YORK       )
                        : SS.:
COUNTY OF NEW YORK   )

LEARAN KAHANOV, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 324 Pearl Street, Apartment #1H, New York, New York 10038.

2.      I am currently 48 years old, having been born on July 17, 1973.

3.      I am the husband of Phoebe Catherine Kahanov, upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of the claim on behalf of my wife's estate.

4.      My wife passed away from breast cancer on February 17, 2012, at the age of 44. It was medically determined that this illness was causally connected to her exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      On July 16, 2013, I was issued Letters Testamentary on behalf of my wife's estate by the Surrogate's Court of the State of New York, New York County.

6.      Phoebe and I met in 1995. I had skipped my college graduation to help a friend working on a short film. Phoebe was also working on this project, and we hit it off immediately. There wasn't even a dating phase for us. We were just together from the start. I was new to the

city at the time, and she guided me through it all. Phoebe and I loved being together. Some of our favorite times were simple nights at home together. We moved in together after a year and married after three. She got a job as an executive assistant to allow me to pursue my film career. Our marriage was an awesome one filled with lots of love.

7.     In 2000, Phoebe and I moved into an apartment about a block and a half east of the World Trade Center. On the morning of 9/11, I had just come off of a 24-hour shift for a movie I was working on. I got home from work as Phoebe was leaving for work. She was traveling underground as the first plane hit and immediately called me to wake me up when she learned what had occurred. I met her at Union Square, and we figured out where we would stay that night. We returned to our home to try to clean up but were evacuated by the National Guard. A week later, we were allowed to return amid the chaos still going on. There were constantly ambulances and trucks traveling to and from the WTC site using our street. We remained in that apartment until 2004.

8.     Phoebe started to get headaches not long after 9/11. Most of Phoebe's symptoms were attributed to her IVF treatments. However, after our second child was born in 2007, a lump was discovered in her breast. Initially, the doctors were not alarmed, again attributing the mass to Phoebe's IVF treatments. But we decided to have it biopsied anyway. In 2008, the biopsy revealed that Phoebe had Stage IV breast cancer. She battled hard against the cancer. One of the medications she was on caused her to have a seizure. Scans taken after the seizure revealed that the cancer had spread to her brain. That was the beginning of the end.

9.     Due to her illness, Phoebe could no longer work. She was laid off from her job without notice and lost her health coverage. I had to take a step back from cinematography and become a camera operator to get on a health care plan. I was her primary caregiver and took care of her day-to-day needs. We had always been a two-income family. Losing Phoebe's income hurt us. It did not help that I would have to take time off for emergency trips to the hospital.

10.     Phoebe suffered immensely throughout her illness. She often did not feel well and suffered a lot of headaches. There were times she was in such great pain that she could not talk. She lost a lot of weight and needed to undergo a few surgeries. After she had the seizure, Phoebe was exhausted all the time. She became bedridden. Her chemotherapy, radiation, and

various medications both helped and hurt her. She became spacey and forgetful. She had difficulty remembering anything. Her mental health declined. Toward the end, she started fading from reality and began hallucinating. She had trouble staying present at the end and would come in and out of coherence.

11.     Phoebe's legacy is the two amazing rock stars she left behind. They have her insight, drive, and sense of humor. I have two mini Phoebes that I see every day, and I know that they will always make her proud. Phoebe was a love or hate kind of girl who always spoke her mind. I'm proud I got to have her in my life for 18 years.

LEARAN KAHANOV

State of New York
County of New York

Sworn to before me this
____ day of June, 2022

Notary Public

Jenice Hernandez
Notary Public State Of New York
No. 01HE6359254
Qualified in Bronx, Cert. Kings, NY Counties
Commission Expires May 22nd 2025
The UPS Store @ 82 Nassau   212.406.9010

3

# Estate of Steven Mazur

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001


--------------------------------------------------------------X      **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al.,                  **MARY PISARKIEWICZ-**
                                               **MAZUR**


                           Plaintiffs,         20-CV-00412 (GBD)(SN)


            v.


ISLAMIC REPUBLIC OF IRAN,

                           Defendant.
--------------------------------------------------------------X
STATE OF NEW YORK      )
                       : SS.:
COUNTY OF NEW YORK     )

MARY PISARKIEWICZ-MAZUR, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 380
Lenox Avenue, Apartment 8A, New York, New York 10027.

2.      I am currently 65 years old, having been born on November 26, 1956.

3.      I am the wife of Steven Mazur, upon whose death my claim is based, and submit
this Affidavit in connection with the pending motion for a default judgment and in support of
the claim on behalf of my husband's estate.

4.      Steven passed away from kidney cancer on June 18, 2017. It was medically
determined that this illness was causally connected to his exposure to the toxins resulting from
the September 11, 2001, terrorist attacks.

5.      On October 3, 2017, I was issued Letters Testamentary on behalf of my husband's
estate by the Surrogate's Court of the County of New York.

6.      Steven served many roles in my life—from business partner to best friend to co-
parent and husband. He and I spent every minute together. We worked together and lived

together. We raised our children together. We loved to entertain our friends and throw dinner parties. We would go to our home in the country, hike, or go to the movies on weekends. We enjoyed doing everything together.

7.       Our offices were located at 1 Wall Street Court, just a few blocks from the towers. We were not working on 9/11. We were told it was safe to return to work the following Monday (September 17th) and did so. Our workdays were often 10-12 hours. We wore masks initially but eventually stopped. We would drive past the pile daily on our way to work and often visit it in disbelief and horror.

8.       In 2017, our office lease was up, and Steven did not want to renew it. It was almost prophetic in a way. He wanted to set us up on the cloud so we could live and work from anywhere we wanted to. He wanted to use our shared time more wisely. We were in the process of pursuing this when he began not feeling well. In February 2017, Steven started having blood in his urine. In March, a urologist found a mass on his kidney which was biopsied. On March 31st, the biopsy revealed Stage IV kidney cancer. Steven passed away on June 18th, eleven weeks after diagnosis.

9.       Steven's illness had a devastating effect on him right away. I was constantly taking him to the hospital. I attended all of his doctor's appointments and treatments. He was low on steroids and would often faint. I recall a few times when I was getting ready for work and Steven fainted while preparing or eating lunch. I would rush to the kitchen to find him on the floor and would check to make sure that he was not choking on whatever he was eating. His blood pressure would often fluctuate. It became hard to find time to work. The business lost a lot of money due to our inability to work. Some of our employees quit due to arrangements made to compensate for Steve's illness. Looking back, I don't know how we were able to keep the business together as long as we did.

10.       Steve was in incredible pain throughout his illness. The many painkillers he was on could not quell the pain. His pain and treatments were exhausting for him. He would get home from treatments and go directly to bed. He had zero energy. Steve had problems sleeping because the pain was so excruciating. His legs swelled, and blood splotches appeared all over his skin. He was depressed and began to lose his ability to communicate. The cancer had spread to his lymph nodes and liver. Toward the end, Steven needed a walker or wheelchair to

2

ambulate. All of the symptoms weighed on him to the point where he became a different person.

11.     Steve was famous for giving away his work. He loved to help nonprofits. We would run a yearly contest where we would give away a free rebranding to a nonprofit. This was all Steve's idea. He was on the Board of Directors of Community-Based Services that provided housing to the less fortunate. He was incredibly involved in the community, and it hurt and frustrated him when he could no longer do these things. He was also known as an exceptionally tolerant person. He wanted to understand why you thought the way you did. That's rare. Steve's parents lived well into their 90s, and his sister just turned 80. We thought Steve would have much more time, but he was stolen from us because of 9/11. Steven was only 70 when he passed away.

MARY PISARKIEWICZ-MAZUR

Sworn to before me this
10th   day of ~~June~~, 2022
July

Notary Public

ANDREW C LILES JR
Notary Public - State of New York
NO. 01LI6379252
Qualified in Bronx County
My Commission Expires Aug 13, 2022

3

Estate of Robert Kenner McCain Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERROREST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------X     **AFFIDAVIT OF**
MICHELLE YVETTE AMIN, et al                        **PASHA McCAIN**

                                    Plaintiffs,          20-CV-00412 (GBD)(SN)

                     v.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------X
STATE OF GEORGIA          )
                                       : SS.:
COUNTY OF HENRY           )

PASHA McCAIN, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 553 Trotters Lane, McDonough, Georgia 30252.

2.      I am currently 52 years old, having been born on December 30, 1969.

3.      I am the wife of Robert Kenner McCain, Jr., upon whose death my claim is based, and submit this Affidavit in connection with the pending motion for a default judgment and in support of the claim on behalf of my husband's estate.

4.      Robert passed away from pancreatic cancer on May 30, 2018. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks.

5.      On August 28, 2018, I was issued Letters of Administration on behalf of my husband's estate from the Probate Court of Clayton County, State of Georgia.

6.      My husband and I were in a good, happy marriage. We raised a beautiful family together. We enjoyed going out to eat or attending jazz concerts in the park. We also enjoyed various activities outdoors. Any time we had the chance, we would take vacations to a tropical, hot place. Robert specifically loved Florida and very much enjoyed his time there. We were also

both active members of our congregation. We were even involved in a Portuguese-speaking congregation for two years.

7.    Following September 11th, 2001, Robert drove to New York within the first 24 hours after the attacks occurred. He was very eager to help out, and he ended up staying for a few days. We have pictures of him that show how hands-on he was during the rescue efforts. That is the kind of person Robert was. He later shared a lot of disturbing stories with me: the smells, the sights of destruction. Some of the more disturbing images were seeing bodies and limbs crushed under the weight of the rubble. While talking about this experience, he was very emotional, and he would cry a lot. I feel like he had PTSD as a result. For a while, he was depressed about the whole situation.

8.    Within a few years, we felt that something might be wrong. Robert lost his appetite, which was weird because we loved going to restaurants. Suddenly, he stopped eating the things that he usually liked, and he started complaining about pain in his abdomen. We often dismissed it as indigestion.

9.    He had gone to the doctor several times for other reasons, and no test had ever shown anything. I was out of the town when I was told he was not feeling well and was taken to the hospital.

10.    The ER doctor had looked at his CT scan and had told us that they noticed a spot in Robert's abdominal area. We automatically knew that this was bad news. Sure enough, the hospital ran more scans and confirmed that it was indeed a tumor.

11.    Robert's treatments were very aggressive because of the type of cancer he had. We were trying to shrink the tumor to be able to handle it better. We were also going to different doctors and specialists in different hospitals to make sure that he was getting the best treatment.

12.    Robert wanted to do everything he possibly could without having to undergo any drastic surgery. He really wanted to avoid things like colostomy bags, losing half his stomach, etc.

13.    From his diagnosis in 2016 until his death, his illness was very aggressive and took as much a physical toll on him as a mental one.

14.    His feet would hurt him to a point where we, my sons and I, would all take turns massaging them. He later developed neuropathy and could not walk properly. He would even lose

2

his vision momentarily. This all became scary for him and for us as well. Shortly after, he would also quickly lose oxygen. He would walk a few steps and would need to rest. He would try not to tell us, but it was clear that his physical health and fitness were declining. Once, we were at my parents' pool and I was looking over him from outside the pool. He could not even complete one lap. I remember asking my son to discreetly go help his father without making a fuss. Eventually, he also needed physical assistance to go to the bathroom.

15.     He also developed high sensitivity in his skin. He was losing skin around his fingers, and touch became very sensitive to him. He gained a lot of weight too and could not wear his clothes. I had to buy him looser clothes with better elastics. He also was often bleeding from his rectum. All these things made him extremely self-conscious. It was like he was breaking down emotionally and physically.

16.     Throughout his illness, doctors were honest with Robert, and he knew what was about to happen. It was still very hard on him. When he lost his hair, it hit him hard. It also hit us hard. I was trying to cheer him as much as possible, but it was still a huge ordeal. My husband used to be a dapper dresser, attentive to his appearance from head to toe. Suddenly, he did not want to go anywhere, he did not want to see anyone, he would become paranoid around people and misinterpret their comments. On several occasions, he would exhibit so much frustration about all these things – especially when leaving a doctor's appointment with no good news.

17.     My husband was very popular throughout his life and, even after his death, is still very much loved. He had so many friends everywhere and had a great impact on people. To this day, whether in New York or Georgia, people I meet tell me stories involving Robert helping out, giving advice, etc.

18.     I am grateful for my husband and the life he led. I am grateful for how he raised my sons, but we do miss him a lot, every day.

PASHA McCAIN

Sworn to before me this
___ day of June, 2022

Notary Public

T. EDWARDS-COLEMAN
Notary Public, Georgia
Henry County
My Commission Expires
November 29, 2025

3