# EXHIBIT 1

**BAUER EXHIBIT A**

ESTATE CLAIMANTS - U.S. NATIONALS

CONSCIOUS PAIN AND SUFFERING, ECONOMIC DAMAGES, AND
DAMAGES SOUGHT UNDER ANTI-TERRORISM ACT (ATA)

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name (Estate Representative) | Plaintiff's Middle Name (Estate Representative) | Plaintiff's Last Name and Suffix (Estate Representative) | MDL ECF for Plaintiff's Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Conscious Pain and Suffering Award | Prior Conscious Pain and Suffering Award Amount | MDL ECF for Plaintiff's Prior Economic Damages Award | Prior Economic Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W. | David | Bauer | Virginia | | Bauer | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $55,419,433.00 | $57,419,433.00 | $172,258,299.00 |
| 2 | Todd | M. | Beamer | Lisa | | Beamer | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $28,200,157.00 | $30,200,157.00 | $90,600,471.00 |
| 3 | Paul | F. | Beatini | Susan | | Beatini | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $4,893,326.00 | $6,893,326.00 | $20,679,978.00 |
| 4 | Anil | T. | Bharvaney | Pandora | P. | Bharvaney | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $15,033,823.00 | $17,033,823.00 | $51,101,469.00 |
| 5 | Colin | | Bonnett | Cathyann | | Bonnett | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $2,787,616.00 | $4,787,616.00 | $14,362,848.00 |
| 6 | Thomas | H. | Bowden, Jr. | Deborah | | Bowden | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $28,157,561.00 | $30,157,561.00 | $90,472,683.00 |
| 7 | Shawn | E. | Bowman, Jr. | Jennifer | J. | Henry | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $9,671,942.00 | $11,671,942.00 | $35,015,826.00 |
| 8 | Thomas | M. | Brennan, Sr. | Jennifer | B. | Waterhouse | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $8,242,719.00 | $10,242,719.00 | $30,728,157.00 |
| 9 | Milton | | Bustillo | Laura | S. | Bustillo | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $3,425,393.00 | $5,425,393.00 | $16,276,179.00 |
| 10 | John | A. | Candela | Elizabeth | | Candela | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $15,142,004.00 | $17,142,004.00 | $51,426,012.00 |
| 11 | Edward | | Carlino | Marie | | Carlino | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $5,757,637.00 | $7,757,637.00 | $23,272,911.00 |
| 12 | Michael | J. | Cunningham | Teresa | | Cunningham | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $16,538,215.00 | $18,538,215.00 | $55,614,645.00 |
| 13 | Jack | L. | D'Ambrosi, Jr. | Karen | | D'Ambrosi | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $3,743,959.00 | $5,743,959.00 | $17,231,877.00 |
| 14 | Patrick | | Danahy | Mary | | Danahy | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $10,565,532.00 | $12,565,532.00 | $37,696,596.00 |
| 15 | David | | DiMeglio | John | | DiMeglio | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $794,909.00 | $2,794,909.00 | $8,384,727.00 |
| 16 | Edward | P. | Felt | Sandra | V. | Felt | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $8,026,125.00 | $10,026,125.00 | $30,078,375.00 |
| 17 | Noel | J. | Foster | Nancy | | Foster | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $6,519,810.00 | $8,519,810.00 | $25,559,430.00 |
| 18 | Vincenzo | | Gallucci | Barbara | | Gallucci | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $10,463,548.00 | $12,463,548.00 | $37,390,644.00 |
| 19 | Donna | | Giordano | Michael | J. | Giordano | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $1,067,773.00 | $3,067,773.00 | $9,203,319.00 |
| 20 | Jeremy | | Glick | Lyzbeth | | Glick Best | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $9,835,927.00 | $11,835,927.00 | $35,507,781.00 |
| 21 | Steven | I. | Goldstein | Jill | | Goldstein | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $9,284,804.00 | $11,284,804.00 | $33,854,412.00 |
| 22 | Linda | K. | Gronlund | Elsa | G. | Strong | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $2,670,759.00 | $4,670,759.00 | $14,012,277.00 |
| 23 | Kevin | J. | Hannaford | Eileen | | Hannaford | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $9,419,277.00 | $11,419,277.00 | $34,257,831.00 |
| 24 | Bryan | C. | Jack | Barbara | | Rachko | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $3,174,151.00 | $5,174,151.00 | $15,522,453.00 |
| 25 | Scott | M. | Johnson | Thomas | S. | Johnson | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $3,135,118.00 | $5,135,118.00 | $15,405,354.00 |
| 26 | Donald | T. | Jones, II | Michele | | Jones Ferrell | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $8,358,300.00 | $10,358,300.00 | $31,074,900.00 |
| 27 | Howard | | Kane | Lori | | Kane | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $3,234,711.00 | $5,234,711.00 | $15,704,133.00 |
| 28 | Joseph | J. | Keller | Rose | | Keller | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $6,327,430.00 | $8,327,430.00 | $24,982,290.00 |
| 29 | Adam | J. | Lewis | H. | Michael | Keden | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $31,341,920.00 | $33,341,920.00 | $100,025,760.00 |
| 30 | Catherine | F. | MacRae | Cameron | F. | MacRae, III | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $66,947,641.00 | $68,947,641.00 | $206,842,923.00 |

**BAUER EXHIBIT A**

ESTATE CLAIMANTS - U.S. NATIONALS

CONSCIOUS PAIN AND SUFFERING, ECONOMIC DAMAGES, AND
DAMAGES SOUGHT UNDER ANTI-TERRORISM ACT (ATA)

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name (Estate Representative) | Plaintiff's Middle Name (Estate Representative) | Plaintiff's Last Name and Suffix (Estate Representative) | MDL ECF for Plaintiff's Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Conscious Pain and Suffering Award | Prior Conscious Pain and Suffering Award Amount | MDL ECF for Plaintiff's Prior Economic Damages Award | Prior Economic Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Ronald | E. | Magnuson | Audrey | | Magnuson | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $1,595,204.00 | $3,595,204.00 | $10,785,612.00 |
| 32 | David | R. | Meyer | Margaret | | Meyer | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $1,691,391.00 | $3,691,391.00 | $11,074,173.00 |
| 33 | Kristen | L. | Montanaro | Ellen | | Robb | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $2,413,743.00 | $4,413,743.00 | $13,241,229.00 |
| 34 | Kevin | | Murphy | Beth | K. | Murphy | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $4,502,635.00 | $6,502,635.00 | $19,507,905.00 |
| 35 | Ronald | | Orsini | Arlene | | Orsini | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $2,104,748.00 | $4,104,748.00 | $12,314,244.00 |
| 36 | Jean | H. | Peterson | Jennifer | | Price Salkever | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $700,224.00 | $2,700,224.00 | $8,100,672.00 |
| 37 | Sean | | Rooney | Margaret | | Eckert | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $1,156,375.00 | $3,156,375.00 | $9,469,125.00 |
| 38 | Stacey | L. | Sanders | John | | Sanders | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $2,552,857.00 | $4,552,857.00 | $13,658,571.00 |
| 39 | Steven | F. | Schlag | Tomoko | T. | Schlag | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $19,655,978.00 | $21,655,978.00 | $64,967,934.00 |
| 40 | Joseph | M. | Sisolak | Suzanne | J. | Penavic | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $8,565,261.00 | $10,565,261.00 | $31,695,783.00 |
| 41 | Daniel | L. | Smith | Mary | | Smith | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $3,881,043.00 | $5,881,043.00 | $17,643,129.00 |
| 42 | Michael | | Tanner | Michele | | Tanner | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $17,633,136.00 | $19,633,136.00 | $58,899,408.00 |
| 43 | Kenneth | J. | Tarantino | Jennifer | | Tarantino | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $7,113,955.00 | $9,113,955.00 | $27,341,865.00 |
| 44 | Scott | | Vasel | Amy | C. | Vasel | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $6,141,023.00 | $8,141,023.00 | $24,423,069.00 |
| 45 | Alan | L. | Wisniewski | Kathleen | | Wisniewski | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $4,315,583.00 | $6,315,583.00 | $18,946,749.00 |
| 46 | Kevin | P. | York | Chiemi | | York | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $18,201,260.00 | $20,201,260.00 | $60,603,780.00 |
| 47 | Salvatore | | Zisa | Roseann | | Zisa | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $6,443,131.00 | $8,443,131.00 | $25,329,393.00 |
| | | | | | | | | | | | Total Amount for Estate Damages | | $590,849,067.00 | $1,772,547,201.00 |

**Family Members - U.S. Nationals**

Solatium Damages and
Damages Sought Under
Anti-Terrorism Act

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W. | David | Bauer | W. | David | Bauer, III | Child | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 2 | W. | David | Bauer | Stephen | | Bauer | Child | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 3 | W. | David | Bauer | Jacqueline | | Bauer | Child | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 4 | W. | David | Bauer | Est. of Walter | D. | Bauer | Parent | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 5 | W. | David | Bauer | Est. of Dorothy | | Bauer | Parent | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 6 | W. | David | Bauer | Gretchen | | Abernathy | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 7 | W. | David | Bauer | Heidi | | Bauer-Pollard | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 8 | W. | David | Bauer | Robert | | Bauer | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 9 | Todd | M. | Beamer | David | P. | Beamer | Child | 7856 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 10 | Todd | M. | Beamer | Andrew | T. | Beamer | Child | 7856 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 11 | Todd | M. | Beamer | Morgan | K. | Beamer | Child | 7856 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 12 | Todd | M. | Beamer | David | | Beamer | Parent | 7856 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 13 | Todd | M. | Beamer | Margaret | | Beamer | Parent | 7856 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 14 | Todd | M. | Beamer | Melissa | | Wilson | Sibling | 7868 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 15 | Todd | M. | Beamer | Michele | | Beamer-Sorensen | Sibling | 7856 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 16 | Paul | F. | Beatini | Julia | R. | Beatini | Child | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 17 | Paul | F. | Beatini | Daria | L. | Beatini | Child | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 18 | Paul | F. | Beatini | Est. of Michael | C. | Beatini | Parent | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 19 | Paul | F. | Beatini | Est. of Doris | | Beatini | Parent | 7856 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 20 | Paul | F. | Beatini | Est. of Michael | L. | Beatini | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 21 | Paul | F. | Beatini | Nanda | | Beatini | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 22 | Paul | F. | Beatini | Mark | | Beatini | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 23 | Paul | F. | Beatini | Thomas | | Beatini | Sibling | 7858 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 24 | Colin | | Bonnett | Kody | | Bonnett | Child | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 25 | Colin | | Bonnett | Julia | V. | Bonnett | Parent | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 26 | Colin | | Bonnett | Aubrey | | Parris | Parent | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 27 | Colin | | Bonnett | Heather | | Bonnett | Sibling | 7858 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 28 | Thomas | H. | Bowden, Jr. | Alyson | V. | Bowden Hart | Child | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.

**Family Members - U.S. Nationals**

**BAUER EXHIBIT C-1**

Solatium Damages and
Damages Sought Under
Anti-Terrorism Act

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Thomas | H. | Bowden, Jr. | Sara | J. | Bowden Hart | Child | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 30 | Thomas | H. | Bowden, Jr. | James | F. | Bowden | Sibling | 7858 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 31 | Shawn | E. | Bowman, Jr. | Liam | | Bowman Henry | Child | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 32 | Shawn | E. | Bowman, Jr. | Jack | | Bowman Henry | Child | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 33 | Shawn | E. | Bowman, Jr. | Shawn | E. | Bowman, Sr. | Parent | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 34 | Shawn | E. | Bowman, Jr. | Carol | A. | Bowman | Parent | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 35 | Shawn | E. | Bowman, Jr. | James | E. | Bowman | Sibling | 7858 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 36 | Thomas | M. | Brennan, Sr. | Thomas | M. | Brennan, Jr. | Child | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 37 | Thomas | M. | Brennan, Sr. | Catherine | A. | Brennan | Child | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 38 | Thomas | M. | Brennan, Sr. | John | V. | Brennan | Parent | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 39 | Thomas | M. | Brennan, Sr. | Anita | | Brennan | Parent | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 40 | Thomas | M. | Brennan, Sr. | John | O. | Brennan | Sibling | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 41 | Thomas | M. | Brennan, Sr. | Paul | | Brennan | Sibling | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 42 | Thomas | M. | Brennan, Sr. | Mary Beth | | Magee | Sibling | 7863 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 43 | Thomas | M. | Brennan, Sr. | Michael | | Brennan | Sibling | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 44 | Milton | | Bustillo | Alessandra | | Bustillo | Child | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 45 | Milton | | Bustillo | Dayna | | Spordone[1] | Stepchild | 7867 | 1797 | 5947 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 46 | Milton | | Bustillo | Est. of Gilberto | | Bustillo, Sr. | Parent | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 47 | Milton | | Bustillo | Margarita | | Better | Parent | 7858 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 48 | Milton | | Bustillo | Dissa | | Bustillo | Sibling | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 49 | Milton | | Bustillo | Gilberto | | Bustillo, Jr. | Sibling | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 50 | Milton | | Bustillo | Henry | | Bustillo | Sibling | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 51 | Milton | | Bustillo | Mirna | | Bustillo | Sibling | 7859 | 1797 | 3387 | $4,250,000.01 | $4,250,000.00 | $12,750,000.00 |
| 52 | John | A. | Candela | Juliette | | Candela | Child | 7859 | 1797 | 3387 | $8,500,000.02 | $8,500,000.00 | $25,500,000.00 |
| 53 | John | A. | Candela | John | A. | Candela | Child | 7859 | 1797 | 3387 | $8,500,000.03 | $8,500,000.00 | $25,500,000.00 |
| 54 | John | A. | Candela | Est. of John | C. | Candela | Parent | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 55 | John | A. | Candela | Est. of Phyllis | | Candela | Parent | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 56 | John | A. | Candela | Joseph | | Candela | Sibling | 7859 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.

**Family Members - U.S. Nationals**

**BAUER EXHIBIT C-1**

Solatium Damages and
Damages Sought Under
Anti-Terrorism Act

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | John | A. | Candela | Valerie | | Speller | Sibling | 7867 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 58 | John | A. | Candela | Joan | | Brady | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 59 | John | A. | Candela | Est. of Karen | A. | Mee | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 60 | Edward | | Carlino | Lisa | | Torres | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 61 | Edward | | Carlino | Salvatore | | Carlino | Parent | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 62 | Edward | | Carlino | Est. Mary | M. | Carlino | Parent | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 63 | Michael | J. | Cunningham | William | M. | Cunningham | Child | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 64 | Jack | L. | D'Ambrosi, Jr. | Emily | E. | D'Ambrosi | Child | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 65 | Jack | L. | D'Ambrosi, Jr. | Jacqueline | D. | Scales | Child | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 66 | Jack | L. | D'Ambrosi, Jr. | Est. of Jack | L. | D'Ambrosi, Sr. | Parent | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 67 | Jack | L. | D'Ambrosi, Jr. | Denise | | Bonoli | Sibling | 7858 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 68 | Jack | L. | D'Ambrosi, Jr. | Dean | | D'Ambrosi | Sibling | 7860 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 69 | Patrick | W. | Danahy | Alison | M. | Danahy | Child | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 70 | Patrick | W. | Danahy | Kathleen | T. | Danahy | Child | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 71 | Patrick | W. | Danahy | Grace | A. | Danay | Child | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 72 | David | | DiMeglio | Patti | | DiMeglio | Parent | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 73 | David | | DiMeglio | Daniel | | DiMeglio | Sibling | 7860 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 74 | Edward | P. | Felt | Kathryn | | Felt | Child | 7860 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 75 | Edward | P. | Felt | Adrienne | P. | Felt | Child | 7860 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 76 | Edward | P. | Felt | Shirley | A. | Felt | Parent | 7861 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 77 | Edward | P. | Felt | Lawrence | | Felt | Sibling | 7860 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 78 | Edward | P. | Felt | Gordon | | Felt | Sibling | 7860 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 79 | Noel | J. | Foster | Nicole | | Foster | Child | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 80 | Noel | J. | Foster | Megan | | Foster | Child | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 81 | Vincenzo | | Gallucci | Joseph | D. | Gallucci | Child | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 82 | Vincenzo | | Gallucci | Alyssa | | Gallucci | Child | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 83 | Vincenzo | | Gallucci | Est. of Joseph | | Gallucci | Parent | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 84 | Vincenzo | | Gallucci | Angela | | Gallucci | Parent | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.

**BAUER EXHIBIT C-1**

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | Vincenzo | | Gallucci | Filomena | Grace | Santorelli | Sibling | 7865 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 86 | Donna | | Giordano | Domenick | | D'Ambola | Parent | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 87 | Donna | | Giordano | Est. of Jessamine | | D'Ambola | Parent | 7860 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 88 | Donna | | Giordano | Elaine | | Barrett | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 89 | Jeremy | | Glick | Emerson | | Glick | Child | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 90 | Jeremy | | Glick | Lloyd | | Glick | Parent | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 91 | Jeremy | | Glick | Joan | | Glick | Parent | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 92 | Jeremy | | Glick | Jennifer | | Glick | Sibling | 7861 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 93 | Jeremy | | Glick | Jed | | Glick | Sibling | 7861 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 94 | Jeremy | | Glick | Jared | | Glick | Sibling | 7861 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 95 | Jeremy | | Glick | Joanna | | Glick-Danino | Sibling | 7861 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 96 | Jeremy | | Glick | Jonah | | Glick | Sibling | 7861 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 97 | Steven | I. | Goldstein | Hannah | | Goldstein | Child | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 98 | Steven | I. | Goldstein | Harris | | Goldstein | Child | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 99 | Linda | K. | Gronlund | Est. of Doris | | Gronlund | Parent | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 100 | Linda | K. | Gronlund | Est. of Arthur | G. | Gronlund | Parent | 7861 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 101 | Kevin | J. | Hannaford, Sr. | Kevin | J. | Hannaford, Jr. | Child | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 102 | Kevin | J. | Hannaford, Sr. | Patrick | J. | Hannaford | Child | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 103 | Bryan | C. | Jack | Est. of James | H. | Jack | Parent | 7862 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 104 | Bryan | C. | Jack | Est. of Helen | M. | Jack | Parent | 7862 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 105 | Bryan | C. | Jack | James | T. | Jack | Sibling | 7862 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 106 | Scott | | Johnson | Margaret | A. | Johnson | Parent | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 107 | Scott | | Johnson | Est. of Thomas | P. | Johnson | Sibling | 7862 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 108 | Scott | | Johnson | Margaret | | Wager | Sibling | 7868 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 109 | Donald | T. | Jones, II | Donald | T. | Jones, III | Child | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 110 | Donald | T. | Jones, II | Taylor | N. | Jones | Child | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 111 | Donald | T. | Jones, II | Est. of Donald | T. | Jones, Sr. | Parent | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 112 | Donald | T. | Jones, II | Judith | | Jones | Parent | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.

**Family Members - U.S. Nationals**

**BAUER EXHIBIT C-1**

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | Donald | T. | Jones, II | William | B. | Jones | Sibling | 7862 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 114 | Howard | | Kane | Jason | B. | Kane | Child | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 115 | Howard | | Kane | Est. Bruce | | Kane | Parent | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 116 | Howard | | Kane | Rochelle | | Kane | Parent | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 117 | Howard | | Kane | Adam | | Kane | Sibling | 7862 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 118 | Howard | | Kane | Holly | A. | Tanz | Sibling | 7867 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 119 | Joseph | J. | Keller | Joseph | D. | Keller | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 120 | Joseph | J. | Keller | Syndie | R. | Keller | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 121 | Joseph | J. | Keller | June | | Saslow | Parent | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 122 | Joseph | J. | Keller | Jennifer | | Lutz | Sibling | 7863 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 123 | Adam | J. | Lewis | Patricia | D. | Lewis | Spouse | 7863 | 1797 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 124 | Adam | J. | Lewis | Arthur | S. | Lewis | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 125 | Adam | J. | Lewis | Caroline | P. | Lewis | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 126 | Adam | J. | Lewis | Reilly | R. | Lewis | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 127 | Adam | J. | Lewis | Sophia | R. | Lewis | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 128 | Adam | J. | Lewis | Geraldine | | Lewis | Parent | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 129 | Adam | J. | Lewis | Kathryn | | Hebert | Sibling | 7862 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 130 | Adam | J. | Lewis | Pamela | | Passeretta | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 131 | Catherine | F. | MacRae | Ann | B. | MacRae | Parent | 7863 | 1797 | 3387 | $8,500,000.01 | $8,500,000.00 | $25,500,000.00 |
| 132 | Catherine | F. | MacRae | Ann | C. | MacRae | Sibling | 7863 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 133 | Ronald | E. | Magnuson | Jeffrey | A. | Magnuson | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 134 | Ronald | E. | Magnuson | Sheryl | A. | Magnuson | Child | 7863 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 135 | Ronald | E. | Magnuson | Knut | | Magnuson | Sibling | 7863 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 136 | Daniel | L. | Maher | Est. of Jeanne | | Maher | Parent | 7863 | 1797 | 3403 | $8,500,000.06 | $8,500,000.00 | $25,500,000.00 |
| 137 | Daniel | L. | Maher | Est. of Raymond | | Maher, Jr. | Sibling | 7863 | 1797 | 3387 | $4,250,000.07 | $4,250,000.00 | $12,750,000.00 |
| 138 | Daniel | L. | Maher | Jeanne | | Brandofino | Sibling | 7858 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 139 | Daniel | L. | Maher | James | | Maher | Sibling | 7863 | 1797 | 3387 | $4,250,000.09 | $4,250,000.00 | $12,750,000.00 |
| 140 | David | R. | Meyer | Heather | | Vulpone | Child | 7868 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.

**Family Members - U.S. Nationals**

**BAUER EXHIBIT C-1**

Solatium Damages and
Damages Sought Under
Anti-Terrorism Act

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | David | R. | Meyer | Heidi | | Mennona | Child | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 142 | David | R. | Meyer | Dawn | | Meyers-Fuchs | Child | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 143 | David | R. | Meyer | Kristine | | Meyers | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 144 | David | R. | Meyer | Charles | | Meyers | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 145 | Kristen | L. | Montanaro | Est. of Frank | | Montanaro | Parent | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 146 | Kristen | L. | Montanaro | Karen | | Montanaro | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 147 | Kristen | L. | Montanaro | Jamie | | Montanaro | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 148 | Kevin | | Murphy | Connor | J. | Murphy | Child | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 149 | Kevin | | Murphy | Caitlyn | B. | Murphy | Child | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 150 | Kevin | | Murphy | Est. of Timothy | F. | Murphy, Jr. | Parent | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 151 | Kevin | | Murphy | Sally | F. | Ryan | Parent | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 152 | Kevin | | Murphy | Michael | | Murphy | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 153 | Kevin | | Murphy | Timothy | P. | Murphy | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 154 | Kevin | | Murphy | Mary | E. | Doughtery | Sibling | 7860 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 155 | Kevin | | Murphy | John | F. | Murphy | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 156 | Ronald | | Orsini | Danielle | Orsini | Pandolfi | Child | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 157 | Ronald | | Orsini | Est. of Robert | | Orsini | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 158 | Ronald | | Orsini | Barbara | | Stang | Sibling | 7867 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 159 | Jean | H. | Peterson | Catherine | A. | Stover | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 160 | Jean | H. | Peterson | Grace | P. | Sherwood | Child | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 161 | Jean | H. | Peterson | Est. of Walter | | Hoadley | Parent | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 162 | Jean | H. | Peterson | Est of Virginia | | Hoadley | Parent | 7862 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 163 | Jean | H. | Peterson | Est. of Richard | | Hoadley | Sibling | 7862 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 164 | Sean | | Rooney | Est. of Beverly | | Eckert | Spouse | 7860 | 1797 | 3341 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 165 | Sean | | Rooney | Est. of Rosemary | | Rooney | Parent | 7865 | 1797 | 3341 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 166 | Sean | | Rooney | Cynthia | | Blest | Sibling | 7858 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 167 | Sean | | Rooney | Sheila | | Rooney | Sibling | 7865 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 168 | Sean | | Rooney | Maura | | Rooney | Sibling | 7865 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.

**Family Members - U.S. Nationals**

**BAUER EXHIBIT C-1**

Solatium Damages and
Damages Sought Under
Anti-Terrorism Act

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | Sean | | Rooney | Brendan | | Rooney | Sibling | 7865 | 1797 | 3341 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 170 | Sean | | Rooney | Brian | | Rooney | Sibling | 7865 | 1797 | 3402 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 171 | Stacey | L. | Sanders | Martha | | Sanders | Parent | 7865 | 1797 | 3408 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 172 | Stacey | L. | Sanders | Laura | | Wyatt | Sibling | 7868 | 1797 | 3408 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 173 | Steven | F. | Schlag | Dakota | I. | Schlag | Child | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 174 | Steven | F. | Schlag | Garrett | M. | Schlag | Child | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 175 | Steven | F. | Schlag | Sierra | A. | Schlag | Child | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 176 | Steven | F. | Schlag | Est. of Donald | | Schlag | Parent | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 177 | Steven | F. | Schlag | Patricia | | Schlag | Parent | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 178 | Steven | F. | Schlag | Jean | | Nebbia | Sibling | 7864 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 179 | Steven | F. | Schlag | Ellen | | Hughes | Sibling | 7862 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 180 | Joseph | M. | Sisolak | Est. of Paul | | Sisolak | Parent | 7865 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 181 | Joseph | M. | Sisolak | Anna | J. | Powell | Parent | 7864 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 182 | Joseph | M. | Sisolak | Est. of Thomas | | Sisolak | Sibling | 7865 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 183 | Joseph | M. | Sisolak | Teresa | | Reller | Sibling | 7865 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 184 | Daniel | | Smith | Elizabeth | | Smith | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 185 | Daniel | | Smith | Michael | | Smith | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 186 | Daniel | | Smith | McCarthy | | Smith | Sibling | 7867 | 1797 | 3399 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 187 | Daniel | | Smith | Sean | P. | Smith | Sibling | 7867 | 1797 | 3399 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 188 | Daniel | | Smith | Susan | | Hicks | Sibling | 7862 | 1797 | 3399 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 189 | Michael | | Tanner | Sasha | | Butler | Child | 7859 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 190 | Michael | | Tanner | Gianna | | Tanner | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 191 | Michael | | Tanner | Est. of Mary | | Tanner | Parent | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 192 | Michael | | Tanner | Kenneth | C. | Tanner | Sibling | 7867 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 193 | Michael | | Tanner | Maria | | Marasciulo | Sibling | 7863 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 194 | Michael | | Tanner | Nicole | | Tanner-D'Ambrosio | Sibling | 7867 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 195 | Michael | | Tanner | Renee | | Abbate | Sibling | 7856 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 196 | Kenneth | J. | Tarantino | Kenneth | J. | Tarantino | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.

**Family Members - U.S. Nationals**

**BAUER EXHIBIT C-1**

Solatium Damages and
Damages Sought Under
Anti-Terrorism Act

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name | Plaintiff's Middle Name | Plaintiff's Last Name and Suffix | Relationship to 9/11 Decedent | MDL ECF for Plaintiff's Notice of Amendment Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | Kenneth | J. | Tarantino | Jason | J. | Tarantino | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 198 | Scott | | Vasel | Matthew | J. | Vasel | Child | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 199 | Scott | | Vasel | Ryan | A. | Vasel | Child | 7868 | 1797 | 3387 | $8,500,000.09 | $8,500,000.00 | $25,500,000.00 |
| 200 | Scott | | Vasel | Est. of Charles | | Vasel | Parent | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 201 | Scott | | Vasel | Est. of Mynda | | Vasel | Parent | 7867 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 202 | Scott | | Vasel | Janyne | Vasel | Dembicki | Sibling | 7860 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 203 | Alan | L. | Wisniewski | Erica | C. | Wisniewski | Child | 7868 | 1797 | 3387 | $8,500,000.03 | $8,500,000.00 | $25,500,000.00 |
| 204 | Alan | L. | Wisniewski | Jessica | M. | Wisniewski | Child | 7868 | 1797 | 3387 | $8,500,000.04 | $8,500,000.00 | $25,500,000.00 |
| 205 | Alan | L. | Wisniewski | Matthew | P. | Wisniewski | Child | 7868 | 1797 | 3387 | $8,500,000.05 | $8,500,000.00 | $25,500,000.00 |
| 206 | Alan | L. | Wisniewski | Est. of Muriel | | Wisniewski | Parent | 7868 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 207 | Kevin | P. | York | Aidan | | York | Child | 7868 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 208 | Kevin | P. | York | Connor | | York | Child | 7868 | 1797 | 3387 | $8,500,000.08 | $8,500,000.00 | $25,500,000.00 |
| 209 | Kevin | P. | York | John | | York | Parent | 7868 | 1797 | 3387 | $8,500,000.09 | $8,500,000.00 | $25,500,000.00 |
| 210 | Kevin | P. | York | Timothy | | York | Sibling | 7868 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 211 | Salvatore | | Zisa | Christina | | Zisa | Child | 7868 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 212 | Salvatore | | Zisa | Joseph | | Zisa | Child | 7868 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 213 | Salvatore | | Zisa | Est. of Joseph | | Zisa | Parent | 7868 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 214 | Salvatore | | Zisa | Josephine | | Zisa | Parent | 7868 | 1797 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 215 | Salvatore | | Zisa | Anthony | | Zisa | Sibling | 7868 | 1797 | 3387 | $4,250,000.15 | $4,250,000.00 | $12,750,000.00 |
| 216 | Salvatore | | Zisa | Phyllis | A. | Kelly | Sibling | 7863 | 1797 | 3387 | $4,250,000.16 | $4,250,000.00 | $12,750,000.00 |
| 217 | Salvatore | | Zisa | Jane | Zisa | Presto | Sibling | 7865 | 1797 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| | | | | | | | | | | **Total Amount of Damages** | | $1,499,750,000.00 | $4,499,250,000.00 |

[1]Plaintiff Dayna Spordone was the stepchild of Milton Bustillo, and was found by this Court to be a functionally equivalent child and was awarded full solatium damages. *See* ECF 5701, 5947.