UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Ashton, et al. v. Islamic Republic of Iran*, No. 02-cv-6977 (GBD) (SN)
*Bauer, et al. v. v. Islamic Republic of Iran*, No. 02-7236 (GBD) (SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Correct, and the Declaration of Dorothea M. Capone, attorney for the Plaintiffs in the above-captioned actions, it is hereby;

ORDERED that the corrected Exhibits A and C-1 attached hereto be substituted in place of Exhibit A and C-1 to the Declaration of Dorothea M. Capone, Esq., and Exhibit A and C-1 to the Proposed Final Judgment (ECF Nos. 8299-1, 8299-3, 8300-1, and 8300-3, 02-cv-6977, ECF Nos. 1702-1, 1702-3, 1703-1 and 1703-3, 02-cv-7236, ECF Nos. 168-1, 168-3, 169-1, and 169-3).

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 8376,  02-cv-6977 (S.D.N.Y.) ECF No. 1716, and 02-7236 (S.D.N.Y.) ECF No. 170.

Dated: New York, New York
_____, 2022

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

1