**BAUER EXHIBIT A**

**ESTATE CLAIMANTS - U.S. NATIONALS**

CONSCIOUS PAIN AND SUFFERING, ECONOMIC DAMAGES, AND DAMAGES SOUGHT UNDER ANTI-TERRORISM ACT (ATA)

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name (Estate Representative) | Plaintiff's Middle Name (Estate Representative) | Plaintiff's Last Name and Suffix (Estate Representative) | MDL ECF for Plaintiff's Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Conscious Pain and Suffering Award | Prior Conscious Pain and Suffering Award Amount | MDL ECF for Plaintiff's Prior Economic Damages Award | Prior Economic Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W. | David | Bauer | Virginia | | Bauer | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $55,419,433.00 | $57,419,433.00 | $172,258,299.00 |
| 2 | Todd | M. | Beamer | Lisa | | Beamer | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $28,200,157.00 | $30,200,157.00 | $90,600,471.00 |
| 3 | Paul | F. | Beatini | Susan | | Beatini | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $4,893,326.00 | $6,893,326.00 | $20,679,978.00 |
| 4 | Anil | T. | Bharvaney | Pandora | P. | Bharvaney | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $15,033,823.00 | $17,033,823.00 | $51,101,469.00 |
| 5 | Colin | | Bonnett | Cathyann | | Bonnett | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $2,787,616.00 | $4,787,616.00 | $14,362,848.00 |
| 6 | Thomas | H. | Bowden, Jr. | Deborah | | Bowden | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $28,157,561.00 | $30,157,561.00 | $90,472,683.00 |
| 7 | Shawn | E. | Bowman, Jr. | Jennifer | J. | Henry | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $9,671,942.00 | $11,671,942.00 | $35,015,826.00 |
| 8 | Thomas | M. | Brennan, Sr. | Jennifer | B. | Waterhouse | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $8,242,719.00 | $10,242,719.00 | $30,728,157.00 |
| 9 | Milton | | Bustillo | Laura | S. | Bustillo | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $3,425,393.00 | $5,425,393.00 | $16,276,179.00 |
| 10 | John | A. | Candela | Elizabeth | | Candela | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $15,142,004.00 | $17,142,004.00 | $51,426,012.00 |
| 11 | Edward | | Carlino | Marie | | Carlino | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $5,757,637.00 | $7,757,637.00 | $23,272,911.00 |
| 12 | Michael | J. | Cunningham | Teresa | | Cunningham | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $16,538,215.00 | $18,538,215.00 | $55,614,645.00 |
| 13 | Jack | L. | D'Ambrosi, Jr. | Karen | | D'Ambrosi | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $3,743,959.00 | $5,743,959.00 | $17,231,877.00 |
| 14 | Patrick | | Danahy | Mary | | Danahy | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $10,565,532.00 | $12,565,532.00 | $37,696,596.00 |
| 15 | David | | DiMeglio | John | | DiMeglio | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $794,909.00 | $2,794,909.00 | $8,384,727.00 |
| 16 | Edward | P. | Felt | Sandra | V. | Felt | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $8,026,125.00 | $10,026,125.00 | $30,078,375.00 |
| 17 | Noel | J. | Foster | Nancy | | Foster | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $6,519,810.00 | $8,519,810.00 | $25,559,430.00 |
| 18 | Vincenzo | | Gallucci | Barbara | | Gallucci | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $10,463,548.00 | $12,463,548.00 | $37,390,644.00 |
| 19 | Donna | | Giordano | Michael | J. | Giordano | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $1,067,773.00 | $3,067,773.00 | $9,203,319.00 |
| 20 | Jeremy | | Glick | Lyzbeth | | Glick Best | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $9,835,927.00 | $11,835,927.00 | $35,507,781.00 |
| 21 | Steven | I. | Goldstein | Jill | | Goldstein | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $9,284,804.00 | $11,284,804.00 | $33,854,412.00 |
| 22 | Linda | K. | Gronlund | Elsa | G. | Strong | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $2,670,759.00 | $4,670,759.00 | $14,012,277.00 |
| 23 | Kevin | J. | Hannaford | Eileen | | Hannaford | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $9,419,277.00 | $11,419,277.00 | $34,257,831.00 |
| 24 | Bryan | C. | Jack | Barbara | | Rachko | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $3,174,151.00 | $5,174,151.00 | $15,522,453.00 |
| 25 | Scott | M. | Johnson | Thomas | S. | Johnson | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $3,135,118.00 | $5,135,118.00 | $15,405,354.00 |
| 26 | Donald | T. | Jones, II | Michele | | Jones Ferrell | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $8,358,300.00 | $10,358,300.00 | $31,074,900.00 |
| 27 | Howard | | Kane | Lori | | Kane | 1463 | 1797 | 3226 | $2,000,000.00 | 5771 | $3,234,711.00 | $5,234,711.00 | $15,704,133.00 |
| 28 | Joseph | J. | Keller | Rose | | Keller | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $6,327,430.00 | $8,327,430.00 | $24,982,290.00 |
| 29 | Adam | J. | Lewis | H. | Michael | Keden | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $31,341,920.00 | $33,341,920.00 | $100,025,760.00 |
| 30 | Catherine | F. | MacRae | Cameron | F. | MacRae, III | 1463 | 1797 | 3226 | $2,000,000.00 | 5775 | $66,947,641.00 | $68,947,641.00 | $206,842,923.00 |

**BAUER EXHIBIT A**

**ESTATE CLAIMANTS - U.S. NATIONALS**

CONSCIOUS PAIN AND SUFFERING, ECONOMIC DAMAGES, AND DAMAGES SOUGHT UNDER ANTI-TERRORISM ACT (ATA)

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name (Estate Representative) | Plaintiff's Middle Name (Estate Representative) | Plaintiff's Last Name and Suffix (Estate Representative) | MDL ECF for Plaintiff's Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Against the Taliban and Omar | MDL ECF for Plaintiff's Prior Conscious Pain and Suffering Award | Prior Conscious Pain and Suffering Award Amount | MDL ECF for Plaintiff's Prior Economic Damages Award | Prior Economic Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Ronald | E. | Magnuson | Audrey | | Magnuson | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $1,595,204.00 | $3,595,204.00 | $10,785,612.00 |
| 32 | David | R. | Meyer | Margaret | | Meyer | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $1,691,391.00 | $3,691,391.00 | $11,074,173.00 |
| 33 | Kristen | L. | Montanaro | Ellen | | Robb | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $2,413,743.00 | $4,413,743.00 | $13,241,229.00 |
| 34 | Kevin | | Murphy | Beth | K. | Murphy | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $4,502,635.00 | $6,502,635.00 | $19,507,905.00 |
| 35 | Ronald | | Orsini | Arlene | | Orsini | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $2,104,748.00 | $4,104,748.00 | $12,314,244.00 |
| 36 | Jean | H. | Peterson | Jennifer | | Price Salkever | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $700,224.00 | $2,700,224.00 | $8,100,672.00 |
| 37 | Sean | | Rooney | Margaret | | Eckert | 1463 | 1797 | 3226 | $2,000,000.00 | 3341 | $1,156,375.00 | $3,156,375.00 | $9,469,125.00 |
| 38 | Stacey | L. | Sanders | John | | Sanders | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $2,552,857.00 | $4,552,857.00 | $13,658,571.00 |
| 39 | Steven | F. | Schlag | Tomoko | T. | Schlag | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $19,655,978.00 | $21,655,978.00 | $64,967,934.00 |
| 40 | Joseph | M. | Sisolak | Suzanne | J. | Penavic | 1463 | 1797 | 3226 | $2,000,000.00 | 5776 | $8,565,261.00 | $10,565,261.00 | $31,695,783.00 |
| 41 | Daniel | L. | Smith | Mary | | Smith | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $3,881,043.00 | $5,881,043.00 | $17,643,129.00 |
| 42 | Michael | | Tanner | Michele | | Tanner | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $17,633,136.00 | $19,633,136.00 | $58,899,408.00 |
| 43 | Kenneth | J. | Tarantino | Jennifer | | Tarantino | 1463 | 1797 | 3226 | $2,000,000.00 | 5772 | $7,113,955.00 | $9,113,955.00 | $27,341,865.00 |
| 44 | Scott | | Vasel | Amy | C. | Vasel | 1463 | 1797 | 3226 | $2,000,000.00 | 5779 | $6,141,023.00 | $8,141,023.00 | $24,423,069.00 |
| 45 | Alan | L. | Wisniewski | Kathleen | | Wisniewski | 1463 | 1797 | 3226 | $2,000,000.00 | 5780 | $4,315,583.00 | $6,315,583.00 | $18,946,749.00 |
| 46 | Kevin | P. | York | Chiemi | | York | 1463 | 1797 | 3226 | $2,000,000.00 | 5773 | $18,201,260.00 | $20,201,260.00 | $60,603,780.00 |
| 47 | Salvatore | | Zisa | Roseann | | Zisa | 1463 | 1797 | 3226 | $2,000,000.00 | 5781 | $6,443,131.00 | $8,443,131.00 | $25,329,393.00 |
| | | | | | | | | | | | | Total Amount for Estate Damages | $590,849,067.00 | $1,772,547,201.00 |