UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*O'Neill, et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)
*Jeanmarie Hargrave et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative of a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *BNY Mellon* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *BNY Mellon* case.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

### EXHIBIT A to Motion to Substitute Parties

| | Previous Personal Representative: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Susan Zalesne Retik, as Personal Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik | No. 1:04-cv-01076 (GBD)(SN); No. 1:20-cv-09387 (GBD)(SN) | Susan Zalesne Retik, as co-Personal Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik | MA | David Retik |
| 2. | Susan Zalesne Retik, as Personal Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik | No. 1:04-cv-01076 (GBD)(SN); No. 1:20-cv-09387 (GBD)(SN) | Mark Retik, as co-Personal Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik | NY | David Retik |
| 3. | Jessica Geier and Nicole Rasanen as the co-Personal Representatives of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier | No. 1:04-cv-01076 (GBD)(SN); No. 1:21-cv-10239 (GBD)(SN) | Nicole Rasanen as the Personal Representative of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier | NY | Paul Hamilton Geier |