UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2022

**SARAH NETBURN, United States Magistrate Judge:**

    On August 12, 2022, the Court entered an order directing parties to file any objections to unsealing two transcripts. That Order misidentified the second of these two transcripts to be unsealed, ECF No. 7966, as ECF No. 7996. If parties have objections to unsealing ECF No. 7966, they may file them within 24 hours of the entry of this Order. These letters may be sealed pursuant to this Order.

    The Clerk of the Court is respectfully directed to unseal the transcript at ECF No. 7713.

**SO ORDERED.**

Dated: August 17, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge