### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____ ) | |
| IN RE:  TERRORIST ATTACKS ON | ) Civil Action No. 03 MDL 1570 (GBD) (SN) |
| SEPTEMBER 11, 2001 | ) |
| _____ ) | |

*This document relates to:  All Actions*

### MOTION TO WITHDRAW
### DAVID F. SHEA AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4 to allow David F. Shea to withdraw as counsel of record for the Kingdom of Saudi Arabia in the above-referenced action due to his departure from the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.  Mr. Shea entered his appearance on May 9, 2022.  *See* ECF No. 7992.  I respectfully request that David F. Shea be removed from the docket as counsel for the Kingdom of Saudi Arabia.  All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent the Kingdom of Saudi Arabia in this matter.

A proposed order is attached hereto.

Respectfully submitted,

*/s/ Michael K. Kellogg*
_____
Michael K. Kellogg
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7902 (phone)
(202) 326-7999 (fax)

August 17, 2022                    *Counsel for the Kingdom of Saudi Arabia*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2022, I caused an electronic copy of the foregoing Motion to Withdraw David F. Shea as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.  It was filed on the MDL docket and the dockets of all related cases in which the Kingdom of Saudi Arabia is a defendant and David F. Shea has appeared as counsel.

_/s/ Michael K. Kellogg_
Michael K. Kellogg