# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) Civil Action No. 03 MDL 1570 (GBD) (SN) <br> ) <br> ) |

*This document relates to:  All Actions*

## PROPOSED ORDER TO WITHDRAW
## DAVID F. SHEA AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw David F. Shea as Attorney of Record for the Kingdom of Saudi Arabia, filed August 17, 2022.

It is **ORDERED** that David F. Shea be withdrawn as counsel for the Kingdom of Saudi Arabia in the above-referenced action.


Signed this _____ day of _____ 2022.


_____