UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

This document relates to:
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)

## NOTICE OF MOTION TO CORRECT

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned actions, by undersigned counsel and in accordance with Fed. R. Civ. P. 60(a), respectfully request that this Court grant Plaintiffs' Motion for Corrections to Partial Final Judgments at ECF Nos. 7522 and 7527 to correct typographical errors.  No adverse parties have appeared in these proceedings, and the Clerk issued Certificates of Default on July 9, 2021.  In support of this motion, Plaintiffs submit a Memorandum of Law, Declaration of Jerry S. Goldman, Esq., and Proposed Order.

Dated:   New York, New York
        August 17, 2022

Respectfully submitted,

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 279-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com
*Attorneys for Plaintiffs*