# EXHIBIT J: LIST OF PLAINTIFFS & AWARDS FOR ENTRY OF PARTIAL FINAL JUDGMENTS AGAINST THE TALIBAN AND MUHAMMAD OMAR

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTAL without SOLATIUM | TOTALS with SOLATIUM |
|---|---|---|---|---|---|---|---|
| **Estate of Joseph Dickey Jr.** | **Dickey, Irene** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $16,022,303.00 | $18,022,303.00 | $30,522,303.00 |
| | **Dickey, Joseph III** | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | **Dickey, Elizabeth** | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| **Damage Award to Estate of Dickey Before Award of Treble Damages** | | | | | | $18,022,303.00 | $47,522,303.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | $54,066,909.00 | $142,566,909.00 |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTAL without SOLATIUM | TOTALS with SOLATIUM |
|---|---|---|---|---|---|---|---|
| **Estate of Robert Eaton** | **Eaton, Jacqueline** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $20,689,993.00 | $22,689,993.00 | $35,189,993.00 |
| **Damage Award to Estate of Eaton Before Award of Treble Damages** | | | | | | $22,689,993.00 | $35,189,993.00 |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | $68,069,979.00 | $105, 569, 979.00 |

| Estate of James Kelly | Kelly, Joanne | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $19,639,410.00 | $21,639,410.00 | $34,139,410.00 |
|---|---|---|---|---|---|---|---|
| | Kelly, Brianne | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Kelly, Kaitlyn | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Kelly, Colleen | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Kelly, Erin | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| **Damage Award to Estate of Kelly Before Award of Treble Damages** | | | | | | **$21,639,410.00** | **$68,139,410.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$64,918,230.00** | **$204,418,230.00** |

| Estate of Timothy O'Brien | O'Brien, Lisa | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $94,984,220.00 | $96,984,220.00 | $109,484,220.00 |
|---|---|---|---|---|---|---|---|
| | O'Brien, John | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | O'Brien, Madeline | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | O'Brien, Jacqueline | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| **Damage Award to Estate of O'Brien Before Award of Treble Damages** | | | | | | **$96,984,220.00** | **$134,984,220.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$290,952,660.00** | **$404,952,660.00** |

| Estate of Michael Seaman | Seaman, Dara | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $15,768,595.00 | $17,768,595.00 | $30,268,595.00 |
|---|---|---|---|---|---|---|---|
| | Seaman, Michaella | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Seaman, Mary | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Seaman, Edward | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| **Damage Award to Estate of Seaman Before Award of Treble Damages** | | | | | | **$17,768,595.00** | **$55,768,595.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$53,305,785.00** | **$167,305,785.00** |

| Estate of Robert Sliwak | Sliwak, Susan | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $3,698,489.00 | $5,598,489.00 | $18,198,489.00 |
|---|---|---|---|---|---|---|---|
| | Sliwak, Ryan | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Sliwak, Kyle | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Sliwak, Nicole | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| **Damage Award to Estate of Sliwak Before Award of Treble Damages** | | | | | | **$5,598,489.00** | **$43,698,489.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$17,095,467.00** | **$131,095,467.00** |

| Estate of John Wallice, Jr. | Wallice, Allison | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $16,298,335.00 | $18,298,335.00 | $30,798,335.00 |
|---|---|---|---|---|---|---|---|
| | Wallice III, John | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Wallice, Christian | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Wallice, Patrick | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| **Damage Award to Estate of Wallice Before Award of Treble Damages** | | | | | | **$18,298,335.00** | **$56,298,335.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$54,895,005.00** | **$168,895,005.00** |

| Estate of Farrell Lynch | Lynch, Eileen | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $18,289614.00 | $20,289,614.00 | $32,789,614.00 |
|---|---|---|---|---|---|---|---|
| | Lynch, Anne | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Lynch, Kathleen | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| | Lynch, Meaghan | Child | $ 8,500,000.00 | | | $0 | $ 8,500,000.00 |
| **Damage Award to Estate of Lynch Before Award of Treble Damages** | | | | | | **$20,289,614.00** | **$58,289,614.00** |
| **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Taliban and Muhammad Omar** | | | | | | **$60,868,842.00** | **$174,868,842.00** |