UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

This document relates to:
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Partial Final Judgments, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Partial Final Judgments, and the Declaration of Jerry S. Goldman, Esq., attorney for the *BNY Mellon* and *Bernaerts* Plaintiffs in the above-captioned actions, it is hereby:

ORDERED that the middle name of the plaintiff in line 39 of Exhibit A-3 to ECF No. 7522 be changed from "Noberto" to "Norberto."

ORDERED that the middle name of the 9/11 victim in line 7 of Exhibit B-1 to ECF No. 7527 be changed from "James" to "Gregory."

ORDERED that the middle name of the 9/11 victim in line 4 of Exhibit B-3 to ECF No. 7527 be changed from "Girard" to "Gerard."

ORDERED that the Court's January 4, 2022 Partial Final Judgments (ECF Nos. 7522 and 7527) remain in force and that all other final judgments awarded to the *BNY Mellon* and *Bernaerts* Plaintiffs identified in the January 4, 2022 Partial Final Judgments (ECF Nos. 7522 and 7527) remain in effect.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 8385.

docs-100509801.1

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated: New York, New York
_____ \_\_, 202\_\_