UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re: Terrorist Attacks on September 11, 2001

Plaintiff,

Case No. 03-md-01570

-against-

Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Emily Bab Kirsch
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EB-4216    My State Bar Number is 2767184

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kirsch & Niehaus PLLC
            FIRM ADDRESS: 150 E. 58th Street, 22nd Floor, New York, NY 10155
            FIRM TELEPHONE NUMBER: 212-832-0170
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Kirsch & Niehaus PLLC
            FIRM ADDRESS: 950 Third Ave, Suite 1900, New York, NY 10022
            FIRM TELEPHONE NUMBER: 646-415-7530
            FIRM FAX NUMBER:

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 8/17/2022

*Emily Kirsch*
ATTORNEY'S SIGNATURE