*Grazioso, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*
Case Nos.: 1:03-md-01570; 1:22-cv-1188

## RIDER TO PLAINTIFFS' REQUEST FOR ISSUANCE OF SUMMONS

ISLAMIC EMIRATE OF AFGHANISTAN a/k/a THE TALIBAN
Address Unknown

MUHAMMAD OMAR
Address Unknown

SHEIKH USAMAH BIN-MUHAMMAD BIN-LADEN, DECEASED
a/k/a OSAMA BIN LADEN, DECEASED
Address Unknown

AL-QAEDA a/k/a AL-QAEDA ISLAMIC ARMY
Address Unknown