# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                            DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

**TORTS**                                                                                   **ACTIONS UNDER STATUTES**

**CONTRACT**               **PERSONAL INJURY**            **PERSONAL INJURY/**         **FORFEITURE/PENALTY**   **BANKRUPTCY**                         **OTHER STATUTES**

[ ] 110 INSURANCE          [ ] 310 AIRPLANE               [ ] 367 HEALTHCARE/          [ ] 625 DRUG RELATED     [ ] 422 APPEAL                         [ ] 375 FALSE CLAIMS
[ ] 120 MARINE             [ ] 315 AIRPLANE PRODUCT       PHARMACEUTICAL PERSONAL       SEIZURE OF PROPERTY          28 USC 158                        [ ] 376 QUI TAM
[ ] 130 MILLER ACT                 LIABILITY              INJURY/PRODUCT LIABILITY      21 USC 881              [ ] 423 WITHDRAWAL                     [ ] 400 STATE
[ ] 140 NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &       [ ] 365 PERSONAL INJURY      [ ] 690 OTHER                28 USC 157                              REAPPORTIONMENT
        INSTRUMENT                 SLANDER                        PRODUCT LIABILITY                                                                     [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF        [ ] 330 FEDERAL                [ ] 368 ASBESTOS PERSONAL                             **PROPERTY RIGHTS**                    [ ] 430 BANKS & BANKING
        OVERPAYMENT &              EMPLOYERS'                     INJURY PRODUCT                                                                       [ ] 450 COMMERCE
        ENFORCEMENT                LIABILITY                      LIABILITY                                     [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 460 DEPORTATION
        OF JUDGMENT        [ ] 340 MARINE                                                                       [ ] 830 PATENT                         [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT       [ ] 345 MARINE PRODUCT         **PERSONAL PROPERTY**                                 [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION       ENCED & CORRUPT
[ ] 152 RECOVERY OF                LIABILITY              [ ] 370 OTHER FRAUD                                   [ ] 840 TRADEMARK                           ORGANIZATION ACT
        DEFAULTED          [ ] 350 MOTOR VEHICLE          [ ] 371 TRUTH IN LENDING                                                                          (RICO)
        STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                                **SOCIAL SECURITY**                    [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)            PRODUCT LIABILITY                                    **LABOR**                                                      [ ] 485 TELEPHONE CONSUMER
[ ] 153 RECOVERY OF        [ ] 360 OTHER PERSONAL         [ ] 380 OTHER PERSONAL                                [ ] 861 HIA (1395ff)                       PROTECTION ACT
        OVERPAYMENT                INJURY                         PROPERTY DAMAGE      [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)
        OF VETERAN'S       [ ] 362 PERSONAL INJURY -      [ ] 385 PROPERTY DAMAGE              STANDARDS ACT    [ ] 863 DIWC/DIWW (405(g))             [ ] 490 CABLE/SATELLITE TV
        BENEFITS                   MED MALPRACTICE                PRODUCT LIABILITY    [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI                 [ ] 850 SECURITIES/
[ ] 160 STOCKHOLDERS                                                                           RELATIONS        [ ] 865 RSI (405(g))                        COMMODITIES/
        SUITS                                             **PRISONER PETITIONS**       [ ] 740 RAILWAY LABOR ACT                                            EXCHANGE
[ ] 190 OTHER                                             [ ] 463 ALIEN DETAINEE       [ ] 751 FAMILY MEDICAL   **FEDERAL TAX SUITS**                  [ ] 890 OTHER STATUTORY
        CONTRACT                                          [ ] 510 MOTIONS TO           LEAVE ACT (FMLA)                                                     ACTIONS
[ ] 195 CONTRACT                                              VACATE SENTENCE                                   [ ] 870 TAXES (U.S. Plaintiff or       [ ] 891 AGRICULTURAL ACTS
        PRODUCT                                               28 USC 2255              [ ] 790 OTHER LABOR             Defendant)
        LIABILITY                                         [ ] 530 HABEAS CORPUS             LITIGATION          [ ] 871 IRS-THIRD PARTY                [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE                                         [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC             26 USC 7609                         MATTERS
                           **ACTIONS UNDER STATUTES**    [ ] 540 MANDAMUS & OTHER          SECURITY ACT (ERISA)                                        [ ] 895 FREEDOM OF
                                                                                                                                                            INFORMATION ACT
**REAL PROPERTY**          **CIVIL RIGHTS**                                                                                                            [ ] 896 ARBITRATION
                                                                                       **IMMIGRATION**                                                 [ ] 899 ADMINISTRATIVE
[ ] 210 LAND               [ ] 440 OTHER CIVIL RIGHTS     **PRISONER CIVIL RIGHTS**                                                                        PROCEDURE ACT/REVIEW OR
        CONDEMNATION               (Non-Prisoner)                                      [ ] 462 NATURALIZATION                                              APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE        [ ] 441 VOTING                 [ ] 550 CIVIL RIGHTS                 APPLICATION
[ ] 230 RENT LEASE &       [ ] 442 EMPLOYMENT             [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                                       [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT          [ ] 443 HOUSING/               [ ] 560 CIVIL DETAINEE               ACTIONS                                                     STATE STATUTES
[ ] 240 TORTS TO LAND              ACCOMMODATIONS             CONDITIONS OF CONFINEMENT
[ ] 245 TORT PRODUCT       [ ] 445 AMERICANS WITH
        LIABILITY                  DISABILITIES -
[ ] 290 ALL OTHER                  EMPLOYMENT
        REAL PROPERTY      [ ] 446 AMERICANS WITH
                                   DISABILITIES -OTHER
                           [ ] 448 EDUCATION

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**     DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                       AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                            IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS  ☐ MANHATTAN

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____ ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT # _____ Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)