UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*O'Neill, et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD) (SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A in the above referenced action. The individuals being substituted into the case are the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or the Personal Representative of a family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

docs-100418619.1

2

Dated: August 19, 2022

                        */s/ Jerry S. Goldman*
                        Jerry S. Goldman, Esq.
                        Bruce E. Strong, Esq.
                        Alexander Greene, Esq.
                        ANDERSON KILL P.C.
                        1251 Avenue of the Americas
                        New York, NY 10020
                        Tel: (212) 278-1000
                        Fax: (212) 278-1733
                        Email: jgoldman@andersonkill.com
                                     bstrong@andersonkill.com
                                     agreene@andersonkill.com

                        *Attorneys for Plaintiffs*

**EXHIBIT A to Motion to Substitute Parties**

|   | Previous Personal Representative: | Case Number: | Substitute Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 66 as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin | No. 1:04-cv-01076 (GBD) (SN); No. 1:18-cv-12387 (GBD) (SN) | Nur M. Miah, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin | NY | Shakila Yasmin |