## EXHIBIT A

| Number | 9/11 Decedent's Name | Former Personal Representative | Successor Personal Representative | Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Paragraph of Complaint Identifying Decedent |
|---|---|---|---|---|---|---|
| 1 | Mark Lawrence Bavis | Mary Terese Bavis | Michael Thomas Bavis | Michael Thomas Bavis, as Successor Personal Representative of the Estate of Mark Lawrence Bavis, Deceased; | MA | DKT 232; 1:02-cv-01616-JR; P4043 |
| 2 | Craig Michael Blass | Neil Blass | Keith Andrew Blass | Keith Andrew Blass, as Successor Personal Representative of the Estate of Craig Michael Blass, Deceased; | NY | DKT 232; 1:02-cv-01616-JR; P3601 |
| 3 | Stephen Bunin | Aseneth Bunin | Susan Quigley | Susan Quigley, as Successor Personal Representative of the Estate of Stephen Bunin, Deceased; | NY | DKT 232; 1:02-cv-01616-JR; P3618 |
| 4 | Michael R. Canty | Edward James Canty | Peter Matthew Canty | Peter Matthew Canty, as Successor Personal Representative of the Estate of Michael R. Canty, Deceased; | NY | DKT 155; 1:02-cv-01616-JR; P2837 |
| 5 | William Joseph Cashman | Margaret Ann Cashman | Maureen Keefe | Maureen Keefe, as Successor Personal Representative of the Estate of William Joseph Cashman, Deceased; | NJ | DKT 26, 29; 1:02-cv-01616-JR; 2817 |
| 6 | Rosa Marie Chapa | Jose Javier Chapa | Elza Marie McGowan | Elza Marie McGowan, as Successor Personal Representative of the Estate of Rosa Marie Chapa, Deceased; | MD | DKT 26, 29; 1:02-cv-01616-JR; 2837 |
| 7 | Jeffrey Alan Coale | William Coale | Leslie Brown | Leslie Brown, as Successor Personal Representative of the Estate of Jeffrey Alan Coale, Deceased; | MD | DKT 1; 1:02-cv-01616-JR; 694 |
| 8 | Joseph Michael Doyle | William H. Doyle, Sr. | William Henry Doyle, Jr. | William Henry Doyle, Jr., as Successor Personal Representative of the Estate of Joseph Michael Doyle, Deceased; | NJ | DKT 1; 1:02-cv-01616-JR; 12 |
| 9 | Eric Brian Evans | Charles R. Evans, Sr., and Corinne J. Evans | Charles Reggie Evans, Jr. | Charles Reggie Evans, Jr., as Successor Co-Personal Representative of the Estate of Eric Brian Evans, Deceased; | CT | DKT 3; 1:02-cv-01616-JR; 1089; DKT 3; 1:02-cv-01616-JR; 1090 |
| 10 | Eric Brian Evans | Charles R. Evans, Sr., and Corinne J. Evans | Gary Michael Evans | Gary Michael Evans, as Successor Co-Personal Representative of the Estate of Eric Brian Evans, Deceased; | TX | DKT 3; 1:02-cv-01616-JR; 1089; DKT 3; 1:02-cv-01616-JR; 1090 |
| 11 | Robert Fazio, Jr. | Robert A. Fazio, Sr. | Carole Lovero | Carole Lovero, as Successor Personal Representative of the Estate of Robert Fazio, Jr., Deceased; | FL | DKT 305; 1:02-cv-01616-JR; P4266 |
| 12 | Joseph W. Flounders | Lila May Walkden Flounders | Christian Crane Croner | Christian Crane Croner, as Successor Personal Representative of the Estate of Joseph W. Flounders, Deceased; | NY | DKT 26, 29; 1:02-cv-01616-JR; 3179 |
| 13 | Monica Goldstein | Morris Sonny Goldstein | Cecilia Goldstein | Cecilia Goldstein, as Successor Personal Representative of the Estate of Monica Goldstein, Deceased; | NY | DKT 1; 1:02-cv-01616-JR; 255 |
| 14 | Christopher Stewart Gray | James Stewart Gray | Janet Walker Gray | Janet Walker Gray, as Successor Personal Representative of the Estate of Christopher Stewart Gray, Deceased; | NJ | DKT 232; 1:02-cv-01616-JR; P4063 |
| 15 | Paige Farley Hackel | Marjorie Ann Farley | Lisa Ann Cenicola | Lisa Ann Cenicola, as Successor Personal Representative of the Estate of Paige Farley Hackel, Deceased; | GA | DKT 432; 1:02-cv-01616-JR; P4858 |
| 16 | Dana Rey Hannon | Thomas P. Hannon, Jr. | Kyle Elizabeth Bickford | Kyle Elizabeth Bickford, as Successor Personal Representative of the Estate of Dana Rey Hannon, Deceased; | NJ | DKT 26, 29; 1:02-cv-01616-JR; 3359 |
| 17 | Vincent Dominick Kane, Jr. | Vincent D. Kane, Sr. | Elizabeth Kane Reich | Elizabeth Kane Reich, as Successor Personal Representative of the Estate of Vincent Dominick Kane, Jr., Deceased; | NY | DKT 26, 29; 1:02-cv-01616-JR; 2101 |
| 18 | Maria LaVache | Joseph L. LaVache | Mary Jane LaVache | Mary Jane LaVache, as Successor Personal Reprsentative of the Estate of Maria LaVache, Deceased; | NY | DKT 155; 1:02-cv-01616-JR; P2988 |
| 19 | Robert Levine | Roni M. Levine | Stephanie Giglio | Stephanie Giglio, as Successor Personal Representative of the Estate of Robert Levine, Deceased; | NY | DKT 26, 29; 1:02-cv-01616-JR; 3629 |
| 20 | John Joseph Murray, Jr. | Patricia Helen Murray | John Murray | John Murray, as Successor Personal Representative of the Estate of John Joseph Murray, Jr., Deceased; | NY | DKT 1; 1:02-cv-01616-JR; 770 |
| 21 | Richard A. Palazzolo | Annette M. Palazzolo | Ronald J. Palazzolo | Ronald J. Palazzolo, as Successor Personal Representative of the Estate of Richard A. Palazzolo, Deceased; | NY | DKT 432; 1:02-cv-01616-JR; P4918 |
| 22 | Gye Hyong Park | Jung Hea Shin | Jin Han Park | Jin Han Park, as Successor Personal Representative of the Estate of Gye Hyong Park, Deceased; | NY | DKT 232; 1:02-cv-01616-JR; P3889 |
| 23 | Dipti Patel | Jayant Ranchhodbhai Patel | Niraj J. Patel | Niraj J. Patel, as Successor Personal Representative of the Estate of Dipti Patel, Deceased; | NY | DKT 3; 1:02-cv-01616-JR; 1518 |
| 24 | Michael C. Rothberg | Jason Rothberg | Iris Estelle Rothberg | Iris Estelle Rothberg, as Successor Personal Representative of the Estate of Michael C. Rothberg, Deceased; | FL | DKT 3; 1:02-cv-01616-JR; 1591 |
| 25 | Samuel Robert Salvo, Jr. | Gladys H. Salvo | David Robert Salvo | David Robert Salvo, as Successor Personal Representative of the Estate of Samuel Robert Salvo, Jr., Deceased; | NY | DKT 602; 1:03-md-01570-GBD-SN; P5502 |

| Number | 9/11 Decedent's Name | Former Personal Representative | Successor Personal Representative | Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Paragraph of Complaint Identifying Decedent |
|---|---|---|---|---|---|---|
| 26 | Maria Theresa Santillan | Expedito C. Santillan | Victor L. Santillan | Victor L. Santillan, as Successor Personal Representative of the Estate of Maria Theresa Santillian, Deceased; | NJ | DKT 1; 1:02-cv-01616-JR; 780 |
| 27 | Michelle Scarpitta | Julie A. Scarpitta | Steven Scarpitta | Steven Scarpitta, as Successor Personal Representative of the Estate of Michelle Scarpitta, Deceased; | NY | DKT 26, 29; 1:02-cv-01616-JR; 4370 |
| 28 | John Damien Vaccacio | Anne Marie Vaccacio | James Richard Vaccacio | James Richard Vaccacio, as Successor Personal Representative of the Estate of John Damien Vaccacio, Deceased; | NY | DKT 26, 29; 1:02-cv-01616-JR; 4602 |
| 29 | Bradley Hodges Vadas | Donald Joseph Vadas | Christopher Scott Vadas | Christopher Scott Vadas, as Successor Co-Personal Representative of the Estate of Bradley Hodges Vadas, Deceased; | CT | DKT 232; 1:02-cv-01616-JR; P3989 |
| 30 | Bradley Hodges Vadas | Donald Joseph Vadas | Melissa Mary Prevey | Melissa Mary Prevey, as Successor Co-Personal Representative of the Estate of Bradley Hodges Vadas, Deceased; | LA | DKT 232; 1:02-cv-01616-JR; P3989 |
| 31 | Daniel Maurice Van Laere | Margaret Rita Van Laere | Paul Edward Van Laere | Paul Edward Van Laere, as Successor Co-Personal Representative of the Estate of Daniel Maurice Van Laere, Deceased; | NJ | DKT 3; 1:02-cv-01616-JR; 1718 |
| 32 | Daniel Maurice Van Laere | Margaret Rita Van Laere | Rita Marie Wiley | Rita Marie Wiley, as Successor Co-Personal Representative of the Estate of Daniel Maurice Van Laere, Deceased; | NJ | DKT 3; 1:02-cv-01616-JR; 1718 |
| 33 | Candace Lee Williams | Sherri A. Williams | Corey Gregory Gaudioso | Corey Gregory Gaudioso, as Successor Personal Representative of the Estate of Candace Lee Williams, Deceased; | CT | DKT 155; 1:02-cv-01616-JR; P3158 |