## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of the arguments submitted by Plaintiffs identified in Exhibit A to this Order, it is hereby:

**ORDERED** that the individuals included on Exhibit A as the successor personal representatives of the estates of individuals killed in the terrorist attacks on September 11, 2001 are to be substituted into the *Burnett* case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 8408 in 03-MDL-1570 (GBD)(SN) and ECF No. 1015 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

Dated:   August ___, 2022  
        New York, New York

_____  
SARAH NETBURN  
United States Magistrate Judge