# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amato, et al.

-v-

Islamic Republic of Iran

CERTIFICATE OF MAILING

Case No.: 1:21 cv 10239 (GBD)(SN)
03md1570(GBD)SN)

I hereby certify under the penalties of perjury that on the 14th day of December, 2021, I served:

Attn: H.E. Hossein Amir-Abdollahian

Minister of Foreign Affairs

Ministry of Foreign Affairs of The Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the Summons, Compliant deemed filed on December 1, 2021, Civil Cover Sheet, Related Case Statement, Notice of Suit, prepared in accordance with 22 C.F.R. § 93.2, with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator (along with translations of each document in Farsi)

by USPS Registered Mail RH003183095US

Dated: New York, New York
December 14, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK