# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amato, et al.

-v-

Islamic Republic of Iran

**CERTIFICATE OF MAILING**

Case No.: 21cv10239 (GBD)(SN)
03md1570(GBD)(SN)

I hereby certify under the penalties of perjury that on the 18th day of January 2022, I served:

Attn: H.E. Hossein Amir-Abdollahian

Minister of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Imam Khomeini Avenue

Tehran, Iran

☒ the Secretary of State, Attn: Jared Hess (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

__2__ copy(ies) of the Complaint deemed filed on December 1, 2021, Summons, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 C.F.R. § 93.2, with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Statement of Relatedness, Affidavit of Translator (along with translations of the above documents in Farsi).

By FEDEX 8163 9475 1780

Dated: New York, New York
January 18, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross

DEPUTY CLERK