UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD) (SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD) (SN)
*Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD) (SN)
*Schneider et al. v. Islamic Republic of Iran*, 02-cv-7209 (GBD) (SN)

### NOTICE OF *EX PARTE* EMERGENCY MOTION FOR ORDER OF ATTACHMENT

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned actions hereby move pursuant to Federal Rule of Civil Procedure 64 and New York Civil Practice Law and Rules §§ 6201, 6211, and 6212 for an *ex parte* emergency order authorizing attachment of Defendant's assets in this District held in the name of Da Afghanistan Bank in the full amount of the approximately $3.5 billion in blocked assets at the Federal Reserve Bank of New York. The grounds and reasons for granting this relief have been stated with particularity in the accompanying Memorandum in Support of Plaintiffs' *Ex Parte* Emergency Motion for Order of Attachment and the Declaration of Andrew J. Maloney, III, in Support of Plaintiffs' *Ex Parte* Emergency Motion for Order of Attachment. Under Local Civil Rule 6.1 and CPLR § 6211, *ex parte* adjudication of this motion is warranted, given the difficulties associated with serving Defendant the Taliban a/k/a Islamic Emirate of Afghanistan, and the need for immediate attachment of the assets given the risk of dissipation from other creditors or the United States. A proposed order is submitted herewith.

| | |
|---|---|
| Date: August 19, 2022<br>       New York, New York | Respectfully submitted,<br><br>**KREINDLER & KREINDLER LLP**<br><br>BY:   /s/ Andrew J. Maloney, III  <br>Andrew J. Maloney, III, Esq.<br>485 Lexington Ave., 28th Floor<br>New York, New York 10017<br>Tel: (212) 687-8181<br><br>*Counsel for Movants*<br><br>– and –<br><br>**SHER TREMONTE LLP**<br><br>Theresa Trzaskoma<br>Noam Biale<br>Kathryn E. Ghotbi<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br>nbiale@shertremonte.com<br>kghotbi@shertremonte.com<br><br>*Counsel for Movants* |