**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1211 CONNECTICUT AVENUE, N.W. · SUITE 420 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

August 20, 2022

*Via ECF only*

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *In Re Terrorist Attacks on September 11, 2001*, 1:01-md-01570 (GBD)(SN)

Dear Judge Daniels and Magistrate Judge Netburn:

The undersigned is one of the attorneys representing the plaintiffs in the following case previously filed on February 12, 2022, against the Islamic Emirate of Afghanistan, aka, the Taliban, and Muhammad Omar, Osama bin Laden, deceased, and al Qaeda:

- *Grazioso, et al. v. Taliban, et al.,* No. 1:19-cv-01188

At the time of the original filing, February 12, 2022, the *Grazioso* Plaintiffs indicated on the Civil Cover Sheet that the case is related to the 9/11 MDL and also filed a Statement of Relatedness to the 9/11 MDL. *Grazioso* Doc. Nos. 2 and 3. Plaintiffs did not lodge a letter with Your Honors requesting that the case be placed into the MDL, and, accordingly, do so here.

The Grazioso plaintiffs respectfully request that the *Grazioso* case be placed into the MDL *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

Respectfully Submitted,

*[signature]*

Timothy B. Fleming
*One of the Attorneys for the Grazioso Plaintiffs*

cc: All MDL counsel (via ECF)