IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON** | **:** | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | **:** | **03 MDL 1570 (GBD) (SN)** |
| | **:** | |

*This document applies to:*

*Grazioso, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al., 1:22-cv-01188 (GBD)(SN)*

## ORDER

AND NOW, this _____ day of _____, 2022, having considered Plaintiffs' Motion For Leave To Add Parties And To File Second Amended Complaint, and based on all the files and records in this case, it is hereby ORDERED and DECREED that Plaintiffs' Motion For Leave To Add Parties And To File Second Amended Complaint is GRANTED.  Plaintiffs shall file the Second Amended Complaint attached to said Motion via the Electronic Court Filing system for this Court, and the Clerk of Court shall accept such filing consistent with this Order.

**SO ORDERED.**

DATE: _____        _____
    New York, New York                SARAH NETBURN
                                      UNITED STATES MAGISTRATE JUDGE