```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received a motion from certain Plaintiffs (the "Ashton Plaintiffs") seeking an order of attachment targeting funds held by Da Afghanistan Bank on an emergency basis (the "DAB Funds"). ECF No. 8412. It has also received the opposition to that motion and proposal to establish a briefing schedule to further oppose the motion submitted by other plaintiffs (the "Framework Plaintiffs"). ECF No. 8419. Finally, it has received the various further letters that parties have submitted in association with this motion. ECF Nos. 8423, 8435, 8436.

    The DAB Funds are secured by several writs and are in no immediate danger of dissipation, nor will they be without further action of this Court. Accordingly, the Court will not address the motion for an order of attachment on an emergency basis.

    Any further briefing on the motion for attachment at ECF No. 8412 is stayed pending further order of the Court. No further submissions shall be made in response to any of the letters made in relation to this motion for an order of attachment without leave of the Court.

**SO ORDERED.**

Dated: August 24, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge