UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

**Rodriguez, et al.**

       **Plaintiffs,**

  v.                                          **03 MDL 1570 (GBD)(SN)**

                                                  **CLERK'S CERFICATE**

**Islamic Republic of Iran**                                 **OF DEFAULT**

       **Defendants.**

---------------------------------------------------------X

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do herby certify that this action was commenced on 12/30/2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Islamic Republic of Iran in accordance with 28 U.S.C 1608(a), *and proof of service was therefore filed on* 8/23/2022, *ECF 47*.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

**Dated: New York, New York**                           **Ruby Krajick**
    **_____, 2022.**                  **Clerk of Court**

                                                    **By: _____**
                                                    **Deputy Clerk**