**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | |
|---|---|
| **IN RE TERRORIST ATTACKS ON** | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | **03 MDL 1570 (GBD)(SN)** |

-------------------------------------------------------X

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)

## ATTORNEY DECLARATION IN SUPPORT OF CLERK'S CERTIFICATE OF DEFAULT

Austin Estelle, Esq., hereby states under penalty of perjury that:

1. I am an attorney representing the *Rodriguez* plaintiffs in the above captioned litigation and I submit this declaration in support of the Clerk's Certificate of Default.

2. The source of my information and the basis for my belief in my statements is my personal involvement in this matter; my firms involvement in litigation involving 28 U.S.C. § 1605(a) for the past 15 years; my firm's representation of the *Rodriguez* plaintiffs in connection with the September 11th litigation; court records relating to the multi-district litigation. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3. The party (Islamic Republic of Iran) against whom a notation of default is sought is not an infant, in the military, or an incompetent person.

4. The party (Islamic Republic of Iran) has failed to plead or otherwise defend the action.

5. The pleading to which no response has been made was properly served. Proof of service was filed in the Affidavit of Service on the docket. ECF 47.

6. The proposed request was made in a separate ECF filing and is also attached hereto as Exhibit 1.

1

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Rodriguez, et al.

            Plaintiffs,

     v.

Islamic Republic of Iran

            Defendants.

--------------------------------------------------------X

**03 MDL 1570 (GBD)(SN)**

CLERK'S CERFICATE
OF DEFAULT

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do herby certify that this action was commenced on 12/30/2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Islamic Republic of Iran in accordance with 28 U.S.C 1608(a), *and proof of service was therefore filed on 8/23/2022, ECF 47.*

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

**Dated: New York, New York**
**_____, 2022.**

**Ruby Krajick**
**Clerk of Court**

**By: _____**
**Deputy Clerk**

Date: August 2022

Respectfully Submitted,

Austin Estelle
The Miller Firm
108 Railroad Ave
Orange, VA 22960
Telephone: 540-672-4224
Facsimile: 540-672-3055
aestelle@millerfirmllc.com