UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001     :
:
: **CLERK'S CERTIFICATE OF**
: **DEFAULT PURSUANT TO**
: **LOCAL CIVIL RULE 55.1**
:
: **1:03 MDL 1570 (GBD)(SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*
**1:19-cv-00012 (GBD)(SN)**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 6, 2019, with the filing of the Second Amended Complaint, naming the following as Defendants: (1) Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; (8) Central Bank of the Islamic Republic of Iran; (9) National Iranian Oil Company; (10) National Iranian Tanker Company; (11) National Iranian Gas Company; (12) National Iranian Petrochemical Company; (13) Iran Airlines; (14) Hezbollah; (15) Ayatollah Ali Hoseini-Khamenei; and, (16) the Estate of Ali Akbar Hashemi Rafsanjani, Deceased.

     A copy of a Summons, Notice of Suit and Second Amended Complaint was served on each of these sixteen (16) Defendants via registered mail requesting return receipts through the United States Postal Service, dispatched by the SDNY Clerk of Court on August 28, 2019 and September 18, 2019 (*docketed on October 4, 2019*). *Ray* Docket Nos. 173-189; MDL Docket Nos. 5004-5, 5007-9, 5011-2.

A copy of a Summons, Notice of Suit and Second Amended Complaint was served on the eight *Ray* political subdivision Defendants through the U.S. Department of State, which received the materials necessary for service from the SDNY Clerk of Court via Federal Express mailings dispatched on October 29, 2019.  A Certificate of Mailing from the Clerk of Court to the State Department in Washington, D.C. was docketed for each of these eight political subdivision Defendants on this same date.  *Ray* docket Nos. 191-19; MDL Doc. Nos. 5238-9, 5241-2, 5244-7.  "Certification of Mailing Unexecuted" for these eight packages was received on January 7, 2020.  (*See* unnumbered *Ray* docket entries dated January 7, 2020.)

A copy of a Summons, Notice of Suit and Second Amended Complaint was served on the eight *Ray* Agency and Instrumentality Defendants through the U.S. Department of State, which received the materials necessary for service from the SDNY Clerk of Court via Federal Express mailings dispatched on April 28, 2021.  A Certificate of Mailing from the Clerk of Court to the State Department in Washington, D.C. was docketed for each of these eight political subdivision Defendants on this same date.  *See Ray* docket Nos. 239-246; MDL Doc. Nos. 6772, 6777-9, 6781-4.

I further certify that the docket entries indicate that the sixteen (16) Defendants listed above have not filed an Answer or otherwise moved with respect to the Second Amended Complaint herein.

The default of the sixteen (16) *Ray* Defendants listed above is hereby noted.

Date: _____
New York, New York

_____
RUBY J. KRAJICK
Clerk of Court