**EXHIBIT A**

**TO PLAINTIFFS' PROPOSED CLERK'S CERTIFICATE OF DEFAULT**


**PLAINTIFFS' APPLICATION FOR CERTIFICATE OF DEFAULT**

**PURSUANT TO LOCAL CIVIL RULE 55.1**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  :
                                                                :
                                                                :   **APPLICATION FOR**
                                                                :   **CERTIFICATE OF**
                                                                :   **DEFAULT PURSUANT TO**
                                                                :   **LOCAL CIVIL RULE 55.1**
                                                                :
                                                                :   **1:03 MDL 1570 (GBD)(SN)**
                                                                :
-----------------------------------------------------------------X

**This Document Relates to**
***Ray, et al. v. Iran, et al.***
**1:19-cv-00012 (GBD)(SN)**

TO THE CLERK OF COURT:

NOW COME the *Ray* Plaintiffs, through counsel, and respectfully submit this

Application for Certificate of Default Pursuant to Local Civil Rule 55.1.  Plaintiffs rely on the

Affidavit of Dennis G. Pantazis, Esquire, filed contemporaneously herewith, in making this

Application.

The Defendants upon which the *Ray* Plaintiffs seek a default judgment are the following:

(1) Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic

Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic

Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed

Forces Logistics; (8) Central Bank of the Islamic Republic of Iran; (9) National Iranian Oil

Company; (10) National Iranian Tanker Company; (11) National Iranian Gas Company; (12)

National Iranian Petrochemical Company; (13) Iran Airlines; (14) Hezbollah; (15) Ayatollah Ali

Hoseini-Khamenei; and, (16) the Estate of Ali Akbar Hashemi Rafsanjani, Deceased.

2

Respectfully submitted,

Date:  August 24, 2022

_____/s/_____

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street, NW, #110
Washington, D.C.  20009-1813
Washington, D.C.  20036
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL   35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3905 Vincennes Road #303
Indianapolis, IN  46268
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

*Attorneys for all of the* Ray *Plaintiffs*

and

Robert A. O'Hare Jr. (New York Bar No. 2601359)
Andrew C. Levitt (New York Bar No. 2734465)
O'HARE PARNAGIAN LLP
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401

*Co-Counsel for Plaintiffs Anthony Behette; Harley DiNardo; Ester DiNardo; Pio DiNardo; Andrew Economos, Individually; Andrew Economos, as Co-Executor of the Estate of Leon Economos; Olga Valinotti, Individually; Olga Valinotti, as Co-Executor of the Estate of Leon Economos; Constance Finnicum; George Gabrielle a/k/a Gabe Gabrielle; Mary Ellen Murach, Individually; Mary Ellen Murach, as Executor of the Estate of Edward John Murach; Richard J. Murach; and Katharine Tynion*