**Ex. B**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/2001 | Plaintiff's Nationality on 9/11/2001 | Case Name and Case Number for Prior Damage Award Against Iran | Date of Prior Damages Award Against Iran | MDL ECF No. of Prior Damages Award Against Iran | Name Under Which Judgment Was Previously Entered (If Different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | MDL ECF No. of Liability Determination Against Taliban | Economic Damages Amount ($) | Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | John | P. | O'Neill | Sr. | PR | United States | United States | Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN) | 2/12/2020 | # 5927 | N/A | # 18 | ATA | 3067, 3163, 3043-1 | $3,831,235.00 | $2,000,000.00 | $5,831,235.00 | $17,493,705.00 |
| | | | | | | | | | | | | | | | | | $5,831,235.00 | $17,493,705.00 |