| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in complaint | Reference to Plaintiff in Complaint | Plaintiff's Individual Capacity | Additional Capacity to be reflected in Amended Caption identifying the estate representative of 9/11 Decedent | Additional Capacity as Parent or Guardian of Previously Minor Child | Name of previously minor child now a plaintiff in their own right | Nature of Claim |
|---|---|---|---|---|---|---|---|---|
| | | | | EXHIBIT A | | | | |
| 1 | John Frank Rizzo | Concetta Rizzo | DKT 3; 1:02-cv-01616-JR; 1577 | Concetta Rizzo, Individually as Spouse of John Frank Rizzo, Deceased | | Concetta Rizzo as Parent/Guardian of Luigi Anthony Rizzo | Luigi Anthony Rizzo, Individually as Child of John Frank Rizzo, Deceased; | WD |
| 2 | David Reed Gamboa-Brandhorst | David B. Brandhorst | DKT 432; 1:02-cv-01616-JR; P477 | David B. Brandhorst, Individually as Sibling of Daniel Raymond Brandhorst, Deceased | David B. Brandhorst as the Personal Representative of the Estate of David Reed Gamboa-Brandhorst | | | WD |
| 3 | Joseph Lostrangio | Theresann Lostrangio | DKT 1; 1:02-cv-01616-JR; 715 | Theresann Lostrangio, Individually as Spouse of Joseph Lostrangio, Deceased | | Theresann Lostrangio as Parent/Guardian of C.L. | Theresann Lostrangio on behalf of C.L., Child of Joseph Lostrangio, Deceased; | WD |
| 4 | William James Mahoney, Jr. | Donna Celeste Mahoney | DKT 26, 29; 1:02-cv-01616-JR; 3705 | Donna Celeste Mahoney, Individually as Spouse of William James Mahoney, Jr., Deceased | | Donna Celeste Mahoney as Parent/Guardian of S.E.M. | Donna Celeste Mahoney on behalf of S.E.M., Child of William James Mahoney, Jr; Deceased; | WD |
| 5 | William James Mahoney, Jr. | Donna Celeste Mahoney | DKT 26, 29; 1:02-cv-01616-JR; 3705 | Donna Celeste Mahoney, Individually as Spouse of William James Mahoney, Jr., Deceased | | Donna Celeste Mahoney as Parent/Guardian of J.J.M. | Donna Celeste Mahoney on behalf of J.J.M., Child of William James Mahoney, Jr., Deceased; | WD |
| 6 | William James Mahoney, Jr. | Donna Celeste Mahoney | DKT 26, 29; 1:02-cv-01616-JR; 3705 | Donna Celeste Mahoney, Individually as Spouse of William James Mahoney, Jr., Deceased | | Donna Celeste Mahoney as Parent/Guardian of D.M.M. | Donna Celeste Mahoney on behalf of D.M.M., Child of William James Mahoney, Jr., Deceased; | WD |
| 7 | William James Mahoney, Jr. | Donna Celeste Mahoney | DKT 26, 29; 1:02-cv-01616-JR; 3705 | Donna Celeste Mahoney, Individually as Spouse of William James Mahoney, Jr., Deceased | | Donna Celeste Mahoney as Parent/Guardian of W.J.M. | Donna Celeste Mahone on behalf of W.J.M., Child of William James Mahoney, Jr., Deceased; | WD |
| 8 | Vita Marino | Jonathan K. Dodge | DKT 1; 1:02-cv-01616-JR; 887 | Jonathan K. Dodge, Individually as Spouse of Vita Marino, Deceased | | Jonathan K. Dodge as Parent/Guardian of C.D. | Jonathan K. Dodge on behalf of C.D., Child of Vita Marino, Deceased; | WD |
| 9 | Vita Marino | Jonathan K. Dodge | DKT 1; 1:02-cv-01616-JR; 887 | Jonathan K. Dodge, Individually as Spouse of Vita Marino, Deceased | | Jonathan K. Dodge as Parent/Guardian of M.D. | Jonathan K. Dodge on behalf of M.D., Child of Vita Marino, Deceased; | WD |
| 10 | Edward W. Straub | Sandra N. Straub | DKT 1; 1:02-cv-01616-JR; 602 | Sandra N. Straub, Individually as Spouse of Edward W. Straub, Deceased | | Sandra N. Straub as Parent/Guardian of J.S. | Sandra N. Straub on behalf of J.S., Child of Edward W. Straub, Deceased; | WD |
| 11 | Edward W. Straub | Sandra N. Straub | DKT 1; 1:02-cv-01616-JR; 602 | Sandra N. Straub, Individually as Spouse of Edward W. Straub, Deceased | | Sandra N. Straub as Parent/Guardian of M.S. | Sandra N. Straub on behalf of M.S., Child of Edward W. Straub, Deceased; | WD |
| 12 | George Strauch | Virginia Strauch | DKT 3; 1:02-cv-01616-JR; 1682 | Virginia Strauch, Individually as Spouse of George Strauch, Deceased | | Virginia Strauch as Parent/Guardian of H.C.S. | Virginia Strauch on behalf of H.C.S., Child of George Strauch, Deceased; | WD |
| 13 | Glenn E. Wilkinson | Margaret E. Wilkinson | DKT 26, 29; 1:02-cv-01616-JR; 4724 | Margaret E. Wilkinson, Individually as Spouse of Glenn E. Wilkinson, Deceased | | Margaret E. Wilkinson as Parent/Guardian of K.M.W. | Margaret E. Wilkinson on behalf of K.M.W., Child of Glenn E. Wilkinson, Deceased; | WD |
| 14 | Glenn E. Wilkinson | Margaret E. Wilkinson | DKT 26, 29; 1:02-cv-01616-JR; 4724 | Margaret E. Wilkinson, Individually as Spouse of Glenn E. Wilkinson, Deceased | | Margaret E. Wilkinson as Parent/Guardian of K.D.W. | Margaret E. Wilkinson on behalf of K.D.W., Child of Glenn E. Wilkinson, Deceased; | WD |
| 15 | Glenn E. Wilkinson | Margaret E. Wilkinson | DKT 26, 29; 1:02-cv-01616-JR; 4724 | Margaret E. Wilkinson, Individually as Spouse of Glenn E. Wilkinson, Deceased | | Margaret E. Wilkinson as Parent/Guardian of C.E.W. | Margaret E. Wilkinson on behalf of C.E.W., Child of Glenn E. Wilkinson, Deceased; | WD |
| 16 | Tariq Amanullah | Mehr Afroze Tariq | DKT 313; 1:02-cv-01616-JR; P4588 | Mehr Afroze Tariq, Individually as Spouse of Tariq Amanullah, Deceased | | Mehr Afroze Tariq as Parent/Guardian of M.T. | Mehr Afroze Tariq on behalf of M.T., Child of Tariq Amanullah, Deceased; | WD |
| 17 | Tariq Amanullah | Mehr Afroze Tariq | DKT 313; 1:02-cv-01616-JR; P4588 | Mehr Afroze Tariq, Individually as Spouse of Tariq Amanullah, Deceased | | Mehr Afroze Tariq as Parent/Guardian of H.T. | Mehr Afroze Tariq on behalf of H.T., Child of Tariq Amanullah, Deceased; | WD |
| 18 | James C. Cappers | Kathleen V. Pfitzer | DKT432; 1:03-md-01570-GBD-SN; P5331 | Kathleen V. Pfitzer, Individually as Spouse of James C. Cappers, Deceased | | Kathleen V. Pfitzer as Parent/Guardian of A.C.P. | Kathleen V. Pfitzer on behalf of A.C.P., Child of James C. Cappers, Deceased; | WD |
| 19 | James C. Cappers | Kathleen V. Pfitzer | DKT432; 1:03-md-01570-GBD-SN; P5331 | Kathleen V. Pfitzer, Individually as Spouse of James C. Cappers, Deceased | | Kathleen V. Pfitzer as Parent/Guardian of J.A.C.P. | Kathleen V. Pfitzer on behalf of J.A.C.P., Child of James C. Cappers, Deceased; | WD |
| 20 | Peter Chirchirillo | Clara Chirchirillo | DKT 1; 1:02-cv-01616-JR; 689 | Clara Chirchirillo. Individually as Spouse of Peter Chirchirillo, Deceased | | Clara Chirchirillo as Parent/Guardian of N.C. | Clara Chirchirillo on behalf of N.C., Child of Peter Chirchirillo, Deceased; | WD |
| 21 | James L. Connor | Jaymel E. Connor | DKT 26, 29; 1:02-cv-01616-JR; 1893 | Jaymel E. Connor, Individually as Spouse of James L. Connor, Deceased | | Jaymel E. Connor as Parent/Guardian of J.H.C. | Jaymel E. Connor on behalf of J.H.C., Child of ,James L. Connor, Deceased; | WD |
| 22 | James L. Connor | Jaymel E. Connor | DKT 26, 29; 1:02-cv-01616-JR; 1893 | Jaymel E. Connor, Individually as Spouse of James L. Connor, Deceased | | Jaymel E. Connor as Parent/Guardian of J.P.C. | Jaymel E. Connor on behalf of J.C.P., Child of ,James L. Connor, Deceased; | WD |

| | | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|---|
| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in complaint | Reference to Plaintiff in Complaint | Plaintiff's Individual Capacity | Additional Capacity to be reflected in Amended Caption identifying the estate representative of 9/11 Decedent | Additional Capacity as Parent or Guardian of Previously Minor Child | Name of previously minor child now a plaintiff in their own right | Nature of Claim |
| 23 | Kevin P. Connors | Sylvia L. Connors | DKT 3; 1:02-cv-01616-JR; 1006 | Sylvia L. Connors, Individually as Spouse of Kevin P. Connors, Deceased | | Sylvia L. Connors as Parent/Guardian of T.C. | Sylvia L. Connors on behalf of T.C., Child of Kevin P. Connors, Deceased; | WD |
| 24 | Mark Brisman | Juliette Brisman | DKT 26, 29; 1:02-cv-01616-JR; 18 | Juliette Brisman, Individually as Spouse of Mark Brisman, Deceased | | Juliette Brisman as Parent/Guardian of William Eli Brisman | William Eli Brisman, Individually as Child of Mark Brisman, Deceased; | WD |
| 25 | Mark Brisman | Juliette Brisman | DKT 26, 29; 1:02-cv-01616-JR; 18 | Juliette Brisman, Individually as Spouse of Mark Brisman, Deceased | | Juliette Brisman as Parent/Guardian of Rachael Paulina Brisman | Rachael Paulina Brisman, Individually as Child of Mark Brisman, Deceased; | WD |
| 26 | Pedro Checo | Marmily Cabrera | DKT 305; 1:02-cv-01616-JR; P417 | Marmily Cabrera, Individually as Spouse of Pedro Checo, Deceased | | Marmily Cabrera as Parent/Guardian of Franklin George Checo | Franklin George Checo, Individually as Child of Pedro Checo, Deceased; | WD |
| 27 | Stephen Patrick Cherry | Mary Ellen Cherry | DKT 232; 1:02-cv-01616-JR; P3634 | Mary Ellen Cherry, Individually as Spouse of Stephen Patrick Cherry, Deceased | | Mary Ellen Cherry as Next of Kin of J.C. | Mary Ellen Cherry on behalf of J.C., Child of Stephen Patrick Cherry, Deceased; | WD |
| 28 | Robert D. Cirri, Sr. | Eileen M. Cirri | DKT 313; 1:02-cv-01616-JR; P462 | Eileen M. Cirri, Individually as Spouse of Robert D. Cirri, Sr., Deceased | | Eileen M. Cirri as Next of Kin of Anthony Robert Cirri | Anthony Robert Cirri, Individually as Child of Robert D. Cirri, Sr., Deceased; | WD |
| 29 | Christopher Colasanti | Kelly Ann Colasanti | DKT 232; 1:02-cv-01616-JR; P4050 | Kelly Ann Colasanti, Individually as Spouse of Christopher Colasanti, Deceased | | Kelly Ann Colasanti as Parent/Guardian of L.V.C. | Kelly Ann Colasanti on behalf of L.V.C., Child of Christopher Colasanti, Deceased; | WD |
| 30 | Christopher Colasanti | Kelly Ann Colasanti | DKT 232; 1:02-cv-01616-JR; P4050 | Kelly Ann Colasanti, Individually as Spouse of Christopher Colasanti, Deceased | | Kelly Ann Colasanti as Parent/Guardian of C.E.C. | Kelly Ann Colasanti on behalf of C.E.C., Child of Christopher Colasanti, Deceased; | WD |
| 31 | Thomas G. Crotty | Joanne C. Crotty | DKT 26, 29; 1:02-cv-01616-JR; 19 | Joanne C. Crotty, Individually as Spouse of Thomas G. Crotty, Deceased | | Joanne C. Crotty as Parent/Guardian of Caroline Frances Crotty | Caroline Frances Crotty, Individually as Child of Thomas G. Crotty, Deceased; | WD |
| 32 | Thomas G. Crotty | Joanne C. Crotty | DKT 26, 29; 1:02-cv-01616-JR; 19 | Joanne C. Crotty, Individually as Spouse of Thomas G. Crotty, Deceased | | Joanne C. Crotty as Parent/Guardian of Catherine Alie Crotty | Catherine Alice Crotty, Individually as Child of Thomas G. Crotty, Deceased; | WD |
| 33 | Jason M. Dahl | Sheryl C. Stoll | DKT 26, 29; 1:02-cv-01616-JR; 2957 | Sheryl C. Stoll, as Personal Representative of the Estate of Jason M. Dahl, Deceased | | Sheryl C. Stoll as Next of Kin of Jason Matthew Dahl, Jr. | Jason Matthew Dahl, Jr., Individually as Child of Jason M. Dahl, Deceased; | WD |
| 34 | Jennifer De Jesus | Luis Perez | DKT 77; 1:02-cv-01616-JR; P2685 | Luis Perez, Individually as Sibling of Jennifer De Jesus, Deceased | | Luis Perez as Next of Kin of Jacinda Lynn De Jesus | Jacinda Lynn De Jesus, Individually as Child of Jennifer De Jesus, Deceased; | WD |
| 35 | Robert Joseph Foti | Mary G. Foti | DKT 26, 29; 1:02-cv-01616-JR; 3192 | Mary G. Foti, Individually as Spouse of Robert Joseph Foti, Deceased | | Mary G. Foti as Parent/Guardian of R.J.F. | Mary G. Foti on behalf of R.J.F., Child of Robert Joseph Foti, Deceased; | WD |
| 36 | Robert Joseph Foti | Mary G. Foti | DKT 26, 29; 1:02-cv-01616-JR; 3192 | Mary G. Foti, Individually as Spouse of Robert Joseph Foti, Deceased | | Mary G. Foti as Parent/Guardian of A.R.F. | Mary G. Foti on behalf of A.R.F., Child of Robert Joseph Foti, Deceased; | WD |
| 37 | David Joseph Grimner | Judith A. Grimner | DKT 3; 1:02-cv-01616-JR; 1185 | Judith A. Grimner, Individually as Spouse of David Joseph Grimner, Deceased | | Judith A. Grimner as Parent/Guardian of David Patrick Grimner | David Patrick Grimner, Individually as Child of David Joseph Grimner, Deceased; | WD |
| 38 | Edward R. Hennessy, Jr. | Melanie W. Salisbury | DKT 1; 1:02-cv-01616-JR; 784 | Melanie W. Salisbury, Individually as Spouse of Edward R. Hennessy, Jr., Deceased | | Melanie W. Salisbury as Parent/Guardian of M.L.H. | Melanie W. Salisbury on behalf of M.L.H., Child of Edward R. Hennessy, Jr., Deceased; | WD |
| 39 | Edward R. Hennessy, Jr. | Melanie W. Salisbury | DKT 1; 1:02-cv-01616-JR; 784 | Melanie W. Salisbury, Individually as Spouse of Edward R. Hennessy, Jr., Deceased | | Melanie W. Salisbury as Parent/Guardian of R.W.H. | Melanie W. Salisbury on behalf of R.W.H., Child of Edward R. Hennessy, Jr., Deceased; | WD |
| 40 | Shai Levinhar | Liat Levinhar | DKT 232; 1:02-cv-01616-JR; P3778 | Liat Levinhar, Individually as Spouse of Shai Levinhar, Deceased | | Liat Levinhar as Parent/Guardian of S.N.L. | Liat Levinhar on behalf of S.N.L., Child of Shai Levinhar, Deceased; | WD |
| 41 | Robert H. Lynch, Jr. | Elisabeth Lynch | DKT 26, 29: 1:02-cv-01616-JR; 24 | Elisabeth Lynch, Individually as Spouse of Robert H. Lynch, Jr., Deceased | | Elisabeth Lynch as Parent/Guardian of Mark Ryan Lynch | Mark Ryan Lynch, Individually as Child of Robert H. Lynch, Jr., Deceased; | WD |
| 42 | Robert H. Lynch, Jr. | Elisabeth Lynch | DKT 26, 29: 1:02-cv-01616-JR; 24 | Elisabeth Lynch, Individually as Spouse of Robert H. Lynch, Jr., Deceased | | Elisabeth Lynch as Parent/Guardian of James Richard Lynch | James Richard Lynch, Individually as Child of Robert H. Lynch, Jr., Deceased; | WD |
| 43 | Robert H. Lynch, Jr. | Elisabeth Lynch | DKT 26, 29: 1:02-cv-01616-JR; 24 | Elisabeth Lynch, Individually as Spouse of Robert H. Lynch, Jr., Deceased | | Elisabeth Lynch as Parent/Guardian of Patrick Robert Lynch | Patrick Robert Lynch, Individually as Child of Robert H. Lynch, Jr., Deceased; | WD |

| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in complaint | Reference to Plaintiff in Complaint | Plaintiff's Individual Capacity | Additional Capacity to be reflected in Amended Caption identifying the estate representative of 9/11 Decedent | Additional Capacity as Parent or Guardian of Previously Minor Child | Name of previously minor child now a plaintiff in their own right | Nature of Claim |
|---|---|---|---|---|---|---|---|---|
| | | | | **EXHIBIT A** | | | | |
| 44 | Robert H. Lynch, Jr. | Elisabeth Lynch | DKT 26, 29: 1:02-cv-01616-JR; 24 | Elisabeth Lynch, Individually as Spouse of Robert H. Lynch, Jr., Deceased | | Elisabeth Lynch as Parent/Guardian of Jonathan Robert Lynch | Jonathan Robert Lynch, Individually as Child of Robert H. Lynch, Jr., Deceased; | WD |
| 45 | Simon Maddison | Maureen M. Maddison | DKT 26, 29; 1:02-cv-01616-JR; 2155 | Maureen M. Maddison, Individually as Spouse of Simon Maddison, Deceased | | Maureen M. Maddison as Parent/Guardian of S.M.M. | Maureen M. Maddison on behalf of S.M.M., Child of Simon Maddison, Deceased; | WD |
| 46 | Simon Maddison | Maureen M. Maddison | DKT 26, 29; 1:02-cv-01616-JR; 2155 | Maureen M. Maddison, Individually as Spouse of Simon Maddison, Deceased | | Maureen M. Maddison as Parent/Guardian of K.R.M. | Maureen M. Maddison on behalf of K.R.M., Child of Simon Maddison, Deceased; | WD |
| 47 | Simon Maddison | Maureen M. Maddison | DKT 26, 29; 1:02-cv-01616-JR; 2155 | Maureen M. Maddison, Individually as Spouse of Simon Maddison, Deceased | | Maureen M. Maddison as Parent/Guardian of C.W.M. | Maureen M. Maddison on behalf of C.W.M., Child of Simon Maddison, Deceased; | WD |
| 48 | Franklyn Monahan | Matthew Monahan | DKT 26, 29; 1:02-cv-01616-JR; 22 | Matthew Monahan, Individually as Child of Franklyn Monahan, Deceased | | Matthew Monahan as Next of Kin of Franklyn Monahan, Jr. | Franklyn Monahan, Jr., Individually as Child of Franklyn Monahan, Deceased | WD |
| 49 | Franklyn Monahan | Matthew Monahan | DKT 26, 29; 1:02-cv-01616-JR; 22 | Matthew Monahan, Individually as Child of Franklyn Monahan, Deceased | | Matthew Monahan as Next of Kin of Megan Monahan | Megan Monahan, Individually as Child of Franklyn Monahan, Deceased; | WD |
| 50 | Thomas Gerard O'Hagan | Andrea O'Hagan | DKT 26, 29; 1:02-cv-01616-JR; 40 | Andrea O'Hagan, Individually as Spouse of Thomas Gerard O'Hagan, Deceased | | Andrea O'Hagan as Parent/Guardian of Patrick O'Hagan | Patrick O'Hagan, Individually as Child of Thomas Gerard O'Hagan, Deceased; | WD |
| 51 | Thomas Gerard O'Hagan | Andrea O'Hagan | DKT 26, 29; 1:02-cv-01616-JR; 40 | Andrea O'Hagan, Individually as Spouse of Thomas Gerard O'Hagan, Deceased | | Andrea O'Hagan as Parent/Guardian of Pierce O'Hagan | Pierce O'Hagan, Individually as Child of Thomas Gerard O'Hagan, Deceased; | WD |
| 52 | Patrick Joseph O'Keefe | Karen L. O'Keefe | DKT 26, 29; 1:02-cv-01616-JR; 4069 | Karen L. O'Keefe, Individually as Spouse of Patrick Joseph O'Keefe, Deceased | | Karen L. O'Keefe as Parent/Guardian of T.O. | Karen L. O'Keefe on behalf of T.O., Child of Patrick Joseph O'Keefe, Deceased; | WD |
| 53 | Pablo Ortiz | Edna I. Velez | DKT 26, 29; 1:02-cv-01616-JR; 4098 | Edna I. Velez, Individually as Spouse of Pablo Ortiz, Deceased | | Edna I. Velez as Parent/Guardian of J.O. | Edna I. Velez on behalf of J.O., Child of Pablo Ortiz, Deceased; | WD |
| 54 | Pablo Ortiz | Edna I. Velez | DKT 26, 29; 1:02-cv-01616-JR; 4098 | Edna I. Velez, Individually as Spouse of Pablo Ortiz, Deceased | | Edna I. Velez as Parent/Guardian of J.O. | Edna I. Velez on behalf of J.O., Child of Pablo Ortiz, Deceased; | WD |
| 55 | Edward J. Papa | Patricia N. Papa | DKT 432; 1:02-cv-01616-JR; P4919 | Patricia N. Papa, Individually as Spouse of Edward J. Papa, Deceased | | Patricia N. Papa as Parent/Guardian of Kathleen Christine Papa | Kathleen Christine Papa, Individually as Child of Edward J. Papa, Deceased; | WD |
| 56 | Ludwig John Picarro | Susan L. Picarro | DKT 1; 1:02-cv-01616-JR; 461 | Susan L. Picarro, Individually as Spouse of Ludwig John Picarro, Deceased | | Susan L. Picarro as Parent/Guardian of M.P. | Susan L. Picarro on behalf of M.P., Child of Ludwig John Picarro, Deceased; | WD |
| 57 | Ludwig John Picarro | Susan L. Picarro | DKT 1; 1:02-cv-01616-JR; 461 | Susan L. Picarro, Individually as Spouse of Ludwig John Picarro, Deceased | | Susan L. Picarro as Parent/Guardian of A.P. | Susan L. Picarro on behalf of A.P., Child of Ludwig John Picarro, Deceased; | WD |
| 58 | Marsha Ratchford | Rodney Ratchford | DKT 313; 1:02-cv-01616-JR; P4716 | Rodney Ratchford, Individually as Spouse of Marsha Ratchford, Deceased | | Rodney Ratchford as Parent/Guardian of M.R. | Rodney Ratchford on behalf of M.R., Child of Marsha Ratchford, Deceased; | WD |