UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER ON PLAINTIFFS' SECOND MOTION TO CLARIFY THEIR PLEADINGS RELATED TO MULTIPLE-CAPACITY CLAIMS

Upon consideration of the arguments submitted by Plaintiffs identified in Exhibit A to this Order, it is hereby:

**ORDERED** that the claims of the Plaintiffs named in the pleadings in this case between August 15, 2002 and January 3, 2005 as set forth in Exhibit A are clarified to encompass the multiple-capacity claims for these named Plaintiffs as set forth in Exhibit A; and it is

**ORDERED** that this clarification amends the operative pleadings in this action and relates back to when each of the individuals who were originally named in the pleadings were added to this litigation as set forth in Exhibit A pursuant to Fed. R. Civ. P. 15(c);

**ORDERED** that the *Burnett* Plaintiffs must comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of the additional capacities of these plaintiffs and the names of the formerly minor plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 8464 in 03-MDL-1570 (GBD)(SN) and ECF No. 1019 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

Dated:    August ___, 2022
         New York, New York

_____
SARAH NETBURN
United States Magistrate Judge