1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                    JENNER&BLOCK LLP

August 29, 2022

VIA ECF

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN)
     *Havlish, et al. v. Bin Laden, et al.*, No. 03-cv-9848 (GBD) (SN)
     *John Does 1 through 7 v. the Taliban, et al.*, No. 20-mc-740 (GBD) (SN)
     *Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978 (GBD) (SN)
     *Smith v. the Islamic Republic of Iraq*, No. 01-cv-10132 (GBD) (SN)
     **Request for Extension of Time to File Objections to Report and Recommendation**

Dear Judge Daniels,

On behalf of Judgment Creditors Fiona Havlish, *et al*. (the "Havlish Creditors"), Judgment Creditors John Does 1 through 7 (the "Doe Creditors"), Judgment Creditors Federal Insurance Co., *et al.* (the "Federal Insurance Creditors"), and Judgment Creditors Estate of Smith, *et al.* (the "Smith Creditors")—collectively, the "Joint Judgment Creditors"—we submit this letter to request a thirty-day extension of the deadline to file objections to Magistrate Judge Netburn's August 26, 2022 Report and Recommendation ("Report"), Dkt. 8463, which recommended the denial of our clients' turnover motions (Dkts. 7763, 7767, 7936; *Smith* Dkt. 62). Judge Netburn directed the Joint Judgment Creditors to address this request to Your Honor. Report at 43.

The Joint Judgment Creditors are working together to coordinate their objections to the Report, and will inform the Court in short order whether they propose to file separate objections or a single, consolidated brief. Given the need to coordinate legal positions across several groups of judgment creditors, as well as the significant issues in this litigation, the Joint Judgment Creditors request a thirty-day extension of the fourteen-day deadline pursuant to Fed. R. Civ. P. 72(b)(2). Currently, objections to the Report are due September 9, 2022. The Joint Judgment Creditors propose that the deadline be extended to October 11, 2022.

This is the Joint Judgment Creditors' first request for an extension of this deadline. We thank the Court for its consideration of this request.

Page 2

Respectfully submitted,

/s/ Lee Wolosky
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

Douglass A. Mitchell *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

*Counsel for Judgment Creditors Fiona Havlish, et al.*

/s/ Orlando do Campo
Orlando do Campo
John Thornton (*pro hac vice)*
Daniela Jaramillo (*pro hac vice*)
DO CAMPO & THORNTON, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, FL 33131
(305) 358-6600
od@dandtlaw.com

*Counsel for Judgment Creditors John Does 1-7*

/s/ Sean P. Carter
Sean P. Carter, Esq.
Stephen A. Cozen, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2105
scarter1@cozen.com

*Counsel for Judgment Creditors Federal Insurance Co., et al.*

Page 3

/s/ James Edwin Beasley
James Edwin Beasley
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215)-592-1000
jbj@beasleyfirm.com

*Counsel for Judgment Creditors Estate of Smith, et al.*

cc: All counsel of record (by ECF)