**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

**DECLARATION OF ROBERT T. HAEFELE TRANSMITTING EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE SUPPLEMENTARY EXPERT REPORT OF JONATHAN WINER**

I, Robert T. Haefele, pursuant to 28 U.S.C. §1746, declare, under penalty of perjury, that the following statements are true and correct:

1.  I am an attorney with the law firm of Motley Rice LLC, admitted to practice before this Court. I represent plaintiffs in the above-captioned multidistrict litigation and am a member of the Plaintiffs' Executive Committee for the Personal Injury and Death Claims, on which I act as co-liaison counsel for the Committee.

2.  I submit this Declaration to identify and transmit into evidence exhibits referenced in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Supplementary Report of Jonathan Winer.

1

3. Attached hereto are true and correct copies of each of the Exhibits identified below.

4. <u>Exhibit A</u> is excerpted pages from the Deposition of Jonathan Winer, taken on July 13, and July 14, 2021.

5. <u>Exhibit B</u> is excerpted pages from the Hearing Transcript for the September 14, 2021 Hearing before Magistrate Judge Sarah Netburn.

6. <u>Exhibit C</u> is excerpted pages from the Hearing Transcript for the March 22, 2016 Hearing before Magistrate Judge Frank Maas.

Executed in Mount Pleasant, South Carolina, on August 30, 2022.

_____
Robert T. Haefele, Esq.