# EXHIBIT B

```
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                             Docket #03md1570

 IN RE TERRORIST ATTACKS ON             :
 SEPTEMBER 11, 2001

                                        : September 14, 2021
                                          New York, New York

  ------------------------------------:


                         PROCEEDINGS BEFORE
                    THE HONORABLE SARAH NETBURN,
                   UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For Plaintiffs          KREINDLER & KREINDLER
Abramo, Abramowitz,     BY:  STEVEN R. POUNIAN, ESQ.
Richard Abbate:         750 Third Avenue
                        New York, New York 10017


For Plaintiff Acker:    ANDERSON KILL P.C.
                        BY:  JERRY GOLDMAN, ESQ.
                             BRUCE STRONG, ESQ.
                        1251 Avenue of the Americas
                        New York, New York 10020


For Plaintiff Betterly: MOTLEY RICE LLC
                        BY:  ROBERT HAEFELE, ESQ.
                             JODI WESTBROOK FLOWERS, ESQ.
                             JADE HAILESELASSIE, ESQ.
                             C. ROSS HEYL, ESQ.
                        28 Bridgeside Boulevard
                        P.O. Box 1792
                        Mount Pleasant, South Carolina 29464
```

Transcription Service: Carole Ludwig, *Transcription Services*
                       155 East Fourth Street, #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

```
 1                                           13

 2              With regard to the scheduling issues that are

 3   presently before the Court, the Government believes that it

 4   would be in the interests of justice to extend the expert

 5   discovery deadline at least to allow the Government to

 6   complete declassification reviews of the closing EC and the

 7   materials previously processed by the FBI in this case.

 8              In accordance with the executive order, the

 9   Government intends to complete the declassification review

10   of these documents within 60 days or by November 2.  It's

11   our understanding that some or all of the parties may rely

12   in their expert disclosures on records that were previously

13   produced in part by the FBI and the FBI anticipates

14   releasing substantial additional information in those

15   records as a result of the review.  We, therefore, believe

16   it would be appropriate and in the interest of justice for

17   all parties to have the benefit of that additional

18   information in preparing their expert disclosures.

19              With regard to the question whether the Court

20   should extent the expert discovery deadline pending the

21   completion of the review of the other categories of record

22   covered by the executive order, the Government certainly

23   would not oppose such an extension, particularly given that

24   the purpose of the Government's review is to permit

25   disclosure of additional information.  I would add that the
```