# EXHIBIT C

```
     G3M5terA

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   IN RE: TERRORIST ATTACKS ON
     SEPTEMBER 11, 2001,
 4
                v.                              03 MDL 1570 (FM)
 5
     ------------------------------x
 6                                               New York, N.Y.
                                                 March 22, 2016
 7                                               10:20 a.m.

 8   Before:

 9                         HON. FRANK MAAS,

10                           Magistrate Judge
```

1   152 names because they don't know what those names are.

2            MR. COTTREAU:  Your Honor, if it would ease this and
3   your Honor wants to order it, just so that we can have
4   precision in the list because the list, to me, is something I
5   can actually accomplish, we will make available, on your
6   Honor's order, the unredacted version of the list of 152 names.

7            THE COURT:  Well, that was implicit in what I have
8   said, but yes.  So ordered.

9            MR. COTTREAU:  So, plaintiffs will provide us a list
10  with 500 names, we will search it using the same methodology
11  that we searched the 261 names, and if there are any accounts
12  for any of those individuals, we will produce the first three
13  items that I talked about out of four items that we have;
14  account opening documentation, complete account statements, and
15  any electronic transaction data that exists in our primary
16  legacy account record keeping system.

17           THE COURT:  Except to the extent that the account is
18  still open, perhaps.

19           Well, forget whether it is still open, except to the
20  extent that the non-legacy system also has relevant data.  It
21  may not, but.

22           MR. COTTREAU:  The legacy system covers the period
23  that we have agreed and maybe that's one thing that is missing
24  from your Honor's order.  We agreed to produce and the
25  plaintiffs have never objected, all account statements from