UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD)(SN)
*Jeanmarie Hargrave et al. v. Islamic Republic of Iran*, 20-cv-09387 (GBD)(SN)

## PLAINTIFFS' REMOVAL OF PARTY AGAINST THE TALIBAN AND THE ISLAMIC REPUBLIC OF IRAN PURSUANT TO CASE MANAGEMENT ORDER #2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Case Management Order #2, ¶ 12, ECF No. 247, and Federal Rule of Civil Procedure 15(d), and as previously utilized for docket management, *see, e.g.*, ECF Nos. 3324, 3331, the Plaintiff listed on Attachment A hereto is hereby dismissed without prejudice from the above-referenced matters. The Plaintiff on Attachment A informed undersigned counsel that he wanted to dismiss his individual claim against the Islamic Republic of Iran and the Taliban.

| | |
|---|---|
| Dated:  New York, New York<br>August 31, 2022 | Respectfully submitted,<br><br>/s/ Jerry S. Goldman<br>ANDERSON KILL P.C.<br>Jerry S. Goldman, Esq.<br>Bruce E. Strong, Esq.<br>Alexander Greene, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel:  (212) 279-1000<br>Fax: (212) 278-1733<br>Email:  jgoldman@andersonkill.com<br>         bstrong@andersonkill.com<br>         agreene@andersonkill.com<br><br>*Attorneys for Plaintiffs* |

docs-100515885.2

## **Attachment A**

1. Mark Retik, individually, as surviving sibling of David Retik

docs-100515885.2