```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/2022
```

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

```
-----------------------------------------------------------------X
```

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Clerk of the Court is respectfully directed to unseal the transcript at ECF No. 7966.

**SO ORDERED.**

Dated: August 31, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge