**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Ashton, et al. v. Islamic Republic of Iran*, No. 02-cv-6977 (GBD) (SN)
*Bauer, et al. v. v. Islamic Republic of Iran*, No. 02-7236 (GBD) (SN)

**DECLARATION OF DOROTHEA M. CAPONE, ESQ.**
**IN SUPPORT OF PLAINTIFFS' MOTION TO CORRECT**

Dorothea M. Capone, Esq., hereby states under penalty of perjury that:

  1.  I am an attorney representing the Plaintiffs in the above-captioned matters who

are represented by Baumeister & Samuels, P.C. ("*Bauer*" Plaintiffs), and I submit this

Declaration in support of the *Bauer* Plaintiffs' Rule 60(a) Motion to Correct a clerical error to

Exhibit B to the July 29, 2022 Declaration of Dorothea M. Capone, Esq. and the Proposed Final

Judgment filed at ECF Nos. 8299-2, 8300-2, 02-cv-6977, ECF Nos. 1702-2, 1703-2, 02-cv-7236,

ECF Nos. 168-2, and 169-2.[1]

  2.  The source of my information and the basis for my belief in my statements

contained herein are my personal involvement in this matter, my firm's representation of the

*Bauer* Plaintiffs in connection with the September 11, 2001 terror attacks, other court records

relating to the multi-district litigation to which the *Bauer* Plaintiffs are parties, conversations had

with family members of the *Bauer* Plaintiffs, file records, and conversations with counsel to

other September 11th plaintiffs.

---

[1] References to MDL docket entries found at 03-md-1570 (S.D.N.Y.) are noted only by ECF
number and references to individual civil case docket entries are preceded by the case number.

3.      On July 29, 2022, the *Bauer* Plaintiffs filed a Motion for Final Judgment against Defendants the Taliban and Muhammad Omar supported by my Declaration with exhibits ("Capone Declaration") and a Proposed Final Judgment on Behalf of *Bauer* Plaintiffs against said defendants with accompanying exhibits.  ECF Nos. 8298, 8299, 8299-1, 8299-2, 8299-3, 8299-4, 8299-5, 8299-6, 8299-7, 8299-8, 8300, 8300-1, 8300-2, 8300-3, and 8300-4, 02-cv-6977, ECF Nos. 1701, 1702, 1702-1, 1702-2, 1702-3, 1702-4, 1702-5, 1702-6, 1702-7, 1702-8, 1703, 1703-1, 1702-2, 1703-3, and 1703-4, 02-cv-7236, ECF Nos. 167, 168, 168-1, 168-2, 168-3, 168-4, 168-5, 168-6, 168-7, 168-8, 169, 169-1, 169-2, 169-3 and 169-4.

4.      Today I became aware of minor clerical error in Exhibit B supporting the *Bauer* Plaintiffs' motion which is pending before this Court.  This error can be found in line 19 of Exhibit B to the Capone Declaration, and line 19 of Exhibit B to the Proposed Final Judgment in the columns labeled "Prior Solatium Award Amount" and "Total Compensatory Damages."  The solatium damages refer to the claim for Michael Giordano, who is the child of 9/11 decedent Donna Giordano.  The amounts in these columns were incorrectly listed as $12,500,000.00 instead of $8,500,000.00, which is the correct total of solatium damages for a child.  Because of that clerical error, the amount listed in each of the aforementioned Exhibit on line 19, under the column of "Treble Damages Sought Here Under ATA" is also incorrect.  The correct amount of treble damages is $25,500,000.00.  As such, the correct total amount of solatium damages for the aforementioned exhibit is $526,250,000.00, and the correct total amount of treble damages is $1,578,750,000.00.

5.      The corrections requested by *Bauer* Plaintiffs are simply clerical in nature and will not in any way change the Court's disposition of their pending motion.  Fed. R. Civ. P. Rule 60(a) applies primarily to errors or omissions committed by an attorney or the court which are

not apparent on the record.  *See In re Merry Queen Transfer Corp.*, 266 F. Supp. 605 (E.D.N.Y. 1967).  To aid the Court in its consideration of the *Bauer* Plaintiffs' pending Motion for Final Judgment against Defendants the Taliban and Muhammad Omar, attached as Exhibit 1 to this Declaration is the corrected Exhibit B that may be respectfully substituted in place of the those submitted with the July 29, 2022 Capone Declaration and the Proposed Final Judgment found at ECF Nos. 8299-2, 8300-2, 02-cv-6977, ECF Nos. 1702-2, 1703-2, 02-cv-7236, ECF Nos. 168-2 and 169-2.

6.      For the foregoing reasons, *Bauer* Plaintiffs respectfully request that the Court grant the within motion and Order that the corrected Exhibit B attached hereto be substituted in place of Exhibit B to the Declaration of Dorothea M. Capone, Esq., and Exhibit B to the Proposed Final Judgment.

Dated: New York, New York
      September 1, 2022                                        /s/ *Dorothea M. Capone*
                                                   Dorothea M. Capone