## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Ashton, et al., v. Islamic Republic of Iran, No. 02-cv-6977
> Bauer, et al., v. Islamic Republic of Iran, No. 02-cv-7236

The Plaintiffs' motion to correct exhibit is granted. Their proposed default judgment and supporting declaration exhibit for the motion for default judgment at ECF No. 8298 are substituted as provided in Table 1.

| Table 1: Substitutions | |
|---|---|
| **Original Document (ECF No. of MDL/Ashton/Bauer)** | **Substitute Document** |
| 8299-2/1702-2/168-2 | |
| 8300-2/1703-2/169-2 | |

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8488, and the related motions in Ashton, No. 02-cv-6977, ECF No. 1732, and Bauer, No. 02-cv-7236, ECF No. 179.

**SO ORDERED.**

Dated: September ___, 2022                              _____
       New York, NY                                        SARAH NETBURN
                                         United States Magistrate Judge