**PERSONAL REPRESENTATIVE/FAMILY MEMBERS - U.S. NATIONALS**

**BAUER EXHIBIT B**

**SOLATIUM DAMANGES AND DAMAGES UNDER THE ANTI-TERRORISM ACT (ATA)**

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name (Estate Representative) | Plaintiff's Middle Name (Estate Representative) | Plaintiff's Last Name and Suffix (Estate Representative) | MDL ECF for Plaintiff's Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Agst the Taliban and Omar | MDL ECF for Plaintiff's Notice of Amendment Claim Agst the Taliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W. | David | Bauer | Virginia |  | Bauer | 1463 | 1797 | 7856 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 2 | Todd | M. | Beamer | Lisa |  | Beamer | 1463 | 1797 | 7856 | 3341 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 3 | Paul | F. | Beatini | Susan |  | Beatini | 1463 | 1797 | 7856 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 4 | Anil | T. | Bharvaney | Pandora | P. | Bharvaney | 1463 | 1797 | 7858 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 5 | Colin |  | Bonnett | Cathyann |  | Bonnett | 1463 | 1797 | 7858 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 6 | Thomas | H. | Bowden, Jr. | Deborah |  | Bowden | 1463 | 1797 | 7858 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 7 | Shawn | E. | Bowman, Jr. | Jennifer | J. | Henry | 1463 | 1797 | 7862 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 8 | Thomas | M. | Brennan, Sr. | Jennifer | B. | Waterhouse | 1463 | 1797 | 7859 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 9 | Milton |  | Bustillo | Laura | Spordone | Bustillo | 1463 | 1797 | 7867 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 10 | John | A. | Candela | Elizabeth |  | Candela | 1463 | 1797 | 7859 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 11 | Edward |  | Carlino | Est. of Marie |  | Carlino | 1463 | 1797 | 7859 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 12 | Michael | J. | Cunningham | Teresa |  | Cunningham | 1463 | 1797 | 7860 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 13 | Jack | L. | D'Ambrosi, Jr. | Karen |  | D'Ambrosi | 1463 | 1797 | 7860 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 14 | Patrick |  | Danahy | Mary |  | Danahy | 1463 | 1797 | 7860 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 15 | David |  | DiMeglio | John |  | DiMeglio | 1463 | 1797 | 7860 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 16 | Edward | P. | Felt | Sandra | V. | Felt | 1463 | 1797 | 7860 | 3341 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 17 | Noel | J. | Foster | Nancy |  | Foster | 1463 | 1797 | 7861 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 18 | Vincenzo |  | Gallucci | Barbara |  | Gallucci | 1463 | 1797 | 7861 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 19 | Donna |  | Giordano | Michael | J. | Giordano | 1463 | 1797 | 7861 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 20 | Jeremy |  | Glick | Lyzbeth |  | Glick Best | 1463 | 1797 | 7861 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 21 | Steven | I. | Goldstein | Jill |  | Goldstein | 1463 | 1797 | 7861 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 22 | Linda | K. | Gronlund | Elsa | G. | Strong | 1463 | 1797 | 7867 | 3387 | $4,250,000.00 | $4,250,000.00 | $12,750,000.00 |
| 23 | Kevin | J. | Hannaford | Eileen |  | Hannaford | 1463 | 1797 | 7862 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 24 | Bryan | C. | Jack | Barbara |  | Rachko | 1463 | 1797 | 7865 | 3341 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 25 | Scott | M. | Johnson | Thomas | S. | Johnson | 1463 | 1797 | 7862 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 26 | Donald | T. | Jones, II | Michele |  | Jones Ferrell | 1463 | 1797 | 7861 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 27 | Howard |  | Kane | Lori |  | Kane | 1463 | 1797 | 7863 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 28 | Joseph | J. | Keller | Rose |  | Keller | 1463 | 1797 | 7863 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 29 | Catherine | F. | MacRae | Cameron | F. | MacRae, III | 1463 | 1797 | 7863 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |

**PERSONAL REPRESENTATIVE/FAMILY MEMBERS - U.S. NATIONALS**

**BAUER EXHIBIT B**

**SOLATIUM DAMANGES AND DAMAGES UNDER THE ANTI-TERRORISM ACT (ATA)**

| # | 9/11 Decedents's First Name | 9/11 Decedents's Middle Name | 9/11 Decedents's Last Name and Suffix | Plaintiff's First Name (Estate Representative) | Plaintiff's Middle Name (Estate Representative) | Plaintiff's Last Name and Suffix (Estate Representative) | MDL ECF for Plaintiff's Claim Against the Taliban and Omar | MDL ECF for Plaintiff's Liability Judgment Agst the Taliban and Omar | MDL ECF for Plaintiff's Notice of Amendment Claim Agst theTaliban and Omar | MDL ECF for Plaintiff's Prior Solatium Damages Award | Prior Solatium Award Amount | Total Compensatory Damages | Treble Damages Sought Here Under ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Ronald | E. | Magnuson | Audrey | | Magnuson | 1463 | 1797 | 7863 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 31 | David | R. | Meyer | Margaret | | Meyer | 1463 | 1797 | 7864 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 32 | Kristen | L. | Montanaro | Ellen | | Robb | 1463 | 1797 | 7865 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 33 | Kevin | | Murphy | Beth | K. | Murphy | 1463 | 1797 | 7864 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 34 | Ronald | | Orsini | Arlene | | Orsini | 1463 | 1797 | 7864 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 35 | Jean | H. | Peterson | Jennifer | | Price Salkever | 1463 | 1797 | 7865 | 3387 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 36 | Stacey | L. | Sanders | John | | Sanders | 1463 | 1797 | 7865 | 3408 | $8,500,000.00 | $8,500,000.00 | $25,500,000.00 |
| 37 | Steven | F. | Schlag | Tomoko | T. | Schlag | 1463 | 1797 | 7865 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 38 | Joseph | M. | Sisolak | Suzanne | J. | Penavic | 1463 | 1797 | 7864 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 39 | Daniel | L. | Smith | Mary | | Smith | 1463 | 1797 | 7867 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 40 | Michael | | Tanner | Michele | | Tanner | 1463 | 1797 | 7867 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 41 | Kenneth | J. | Tarantino | Jennifer | | Tarantino | 1463 | 1797 | 7867 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 42 | Scott | | Vasel | Amy | C. | Vasel | 1463 | 1797 | 7867 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 43 | Alan | L. | Wisniewski | Kathleen | | Wisniewski | 1463 | 1797 | 7868 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 44 | Kevin | P. | York | Chiemi | | York | 1463 | 1797 | 7868 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| 45 | Salvatore | | Zisa | Roseann | | Zisa | 1463 | 1797 | 7868 | 3387 | $12,500,000.00 | $12,500,000.00 | $37,500,000.00 |
| | | | | | | | | | | **Total Amount for Damages** | | $526,250,000.00 | $1,578,750,000.00 |