# Exhibit A

| Personal Representative or Claimant | Name of Substitute Party | State of Residency | Relationship of Claimant to 9/11 Decedent | Named of 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|
| Dorothy Bauer, as Executrix of the Estate of Walter D. Bauer, Sr. | Heidi Bauer-Pollard as Personal Representative of the Estate of Walter D. Bauer, Sr. | NJ | Parent | Walter D. Bauer, II | 03-md-1570, ECF 7400<br>17-cv-2003, ECF 1 |
| Dorothy Bauer, | Heidi Bauer-Pollard as Executrix of the Estate of Dorothy Bauer | NJ | Parent | Walter D. Bauer, II | 03-md-1570, ECF 7400<br>17-cv-2003, ECF 1 |
| Karen A. Mee | Thomas Mee as Executor of the Estate of Karen A. Mee | NJ | Sibling | John A. Candela | 03-md-1570, ECF 7412<br>17-cv-2003, ECF 1 |
| Donald Schlag | Patricia A. Schlag as Executrix of the Estate of Donald Schlag | NJ | Parent | Steven Schlag | 03-md-1570, ECF 7413<br>17-cv-2003, ECF 1 |
| John York | Dolores York as Executrix of the Estate of John York | FL | Parent | Kevin York | 03-md-1570, ECF 7416<br>17-cv-2003, ECF 1 |