```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

```
-----------------------------------------------------------------X
```

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al., v. Islamic Republic of Iran, No. 02-cv-6977
    Bauer, et al., v. Islamic Republic of Iran., No. 02-cv-7236

The Plaintiffs' motion to correct exhibits is granted. Their proposed default judgment and supporting declaration exhibits for the motion for default judgment at ECF No. 8298 are substituted as provided in Table 1.

| Table 1: Substitutions ||
|---|---|
| **Original Document** (ECF No. of MDL/Ashton/Bauer) | **Substitute Document** |
| 8299-2/1702-2/168-2 | ECF No. 8490-1 |
| 8300-2/1703-2/169-2 | ECF No. 8490-1 |

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8488, and the related motions in Ashton, No. 02-cv-6977, ECF No. 1732, and Bauer, No. 02-cv- 7236, ECF No. 179.

**SO ORDERED.**

Dated: September 2, 2022
      New York, New York

_____
SARAH NETBURN
United States Magistrate Judge