UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN)))

### [PROPOSED] PARTIAL FINAL DEFAULT JUDGMENT FOR JAMIE K. HAWKINS

### (*CHAIRNOFF/IRAN II*)

Upon consideration of the evidence and arguments submitted by *Chairnoff/Iran* Plaintiff Jamie K. Hawkins, who is the stepdaughter of the late Geoffrey E. Guja who was killed in the terrorist attacks on September 11, 2001, and the judgment on default as to liability entered against the Islamic Republic of Iran on October 5, 2021 in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (ECF No. 64) and in the above-captioned Multidistrict Litigation (ECF No. 7173), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of *Chairnoff/Iran* Plaintiff Jamie K. Hawkins who is the stepdaughter of the late Geoffrey E. Guja who was killed in the terrorist attacks on September 11, 2001; and it is

**ORDERED** that *Chairnoff/Iran* Plaintiff Jamie K. Hawkins is awarded solatium damages of $8,500,000 against the Islamic Republic of Iran; and it is

**ORDERED** that *Chairnoff/Iran* Plaintiff Jamie K. Hawkins is awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment, in the amount of $_____; and it is

**ORDERED** that *Chairnoff/Iran* Plaintiff Jamie K. Hawkins may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that other *Chairnoff/Iran* Plaintiffs may submit in later stages applications for damages awards, and to the extent they seek solatium for non-immediate family members such applications will be approved consistent with that approved herein.

Furthermore, the Court respectfully directs the Clerk of Court to terminate the motion at ECF 8494 in 03-MDL-1570 (GBD)(SN) and ECF No.94 in 18-cv-12370 (GBD)(SN).

Dated: New York, New York
_____, 2022

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge