UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re: Terrorist Attacks on                    Case No. 03-md-01570
September 11, 2001            Plaintiff,

    -against-

                         Defendant.
--------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Paul R. Niehaus**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PN-3994     My State Bar Number is 2914091

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kirsch & Niehaus PLLC
           FIRM ADDRESS: 150 58th Street, 22nd Floor, New York, NY 10155
           FIRM TELEPHONE NUMBER: 212-631-0223
           FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Kirsch & Niehaus PLLC
           FIRM ADDRESS: 950 Third Ave, Suite 1900, New York, NY 10022
           FIRM TELEPHONE NUMBER: 646-415-7530
           FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge _____.

Dated: 9/6/22

                                               ATTORNEY'S SIGNATURE