**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

| | |
|---|---|
| **IN RE TERRORIST ATTACKS ON** | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | **03 MDL 1570 (GBD)(SN)** |

---------------------------------------------------------X

**This document relates to:**

*Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 (GBD)(SN)

## ATTORNEY DECLARATION IN SUPPORT OF CLERK'S CERTIFICATE OF DEFAULT

Austin Estelle, Esq., hereby states under penalty of perjury that:

1. I am an attorney representing the *Johnson* plaintiffs in the above captioned litigation and I submit this declaration in support of the Clerk's Certificate of Default.

2. The source of my information and the basis for my belief in my statements is my personal involvement in this matter; my firms involvement in litigation involving 28 U.S.C. § 1605(a) for the past 15 years; my firm's representation of the *Johnson* plaintiffs in connection with the September 11th litigation; court records relating to the multi-district litigation. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3. The party (Islamic Republic of Iran) against whom a notation of default is sought is not an infant, in the military, or an incompetent person.

4. The party (Islamic Republic of Iran) has failed to plead or otherwise defend the action.

5. The pleading to which no response has been made was properly served. Proof of service was filed in the Affidavit of Service on the docket. ECF 45.

6. The proposed request was made in a separate ECF filing and is also attached hereto as Exhibit A.

1

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Johnson, et al.

        **Plaintiffs,**

  v.                                                    **03 MDL 1570 (GBD)(SN)**

**Islamic Republic of Iran**                         **CLERK'S CERFICATE**
                                                                 **OF DEFAULT**

        **Defendant.**

----------------------------------------------------------X

**This document relates to:**

*Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 (GBD)(SN)

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do herby certify that this action was commenced on 12/29/2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a), *and proof of service was therefore filed on* 8/30/2022, *ECF 45*.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

                                                                           Ruby Krajick
**Dated: New York, New York**                        Clerk of Court
     **_____, 2022**

                                                                      **By:** _____
                                                                               Deputy Clerk

4

Date: August 2022

                                                          Respectfully Submitted,

                                                          _____

                                                                   Austin Estelle
                                                                 The Miller Firm
                                                             108 Railroad Ave
                                                          Orange, VA 22960
                                         Telephone: 540-672-4224
                                          Facsimile: 540-672-3055
                                   aestelle@millerfirmllc.com