UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )   No. 03 MDL 1570 (GBD/SN)
                                                        )
In re Terrorist Attacks on September 11, 2001           )   ECF Case
                                                        )
                                                        )
                                                        )
                                                        )
                                                        )
                                                        )
------------------------------------------------------- x

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

## DECLARATION OF STEVEN T. COTTREAU, ESQ.

I, Steven T. Cottreau, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to these facts, all of which are true and accurate to the best of my knowledge and belief:

I am an attorney admitted in the above-captioned matter, and a partner in the law firm Jones Day, counsel to defendant Dubai Islamic Bank ("DIB"). I submit this declaration to transmit to the Court the following documents submitted in support of DIB's Reply to Plaintiffs' Opposition to DIB's Motion to Exclude the "Supplementary Expert Report" of Jonathan Winer, filed in the above-captioned matter on September 6, 2022.

1. Exhibit A is a true and accurate copy of the "Expert Report of Jonathan Winer" served by Plaintiffs on March 10, 2020.

2. Exhibit B a true and accurate copy of the "Rebuttal Report of Jonathan Winer" served by Plaintiffs on February 2, 2021.

3. Exhibit C is a true and accurate copy of an article published by the New York Times dated July 8, 1999.

4. Exhibit D is a true and accurate copy of a letter sent to Plaintiffs' counsel via email correspondence dated July 29, 2022.

5. Exhibit E is a true and accurate copy of the letter sent to the Court via email correspondence dated May 6, 2022 pursuant to the Court's Order at ECF No. 7929.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2022.

              */s/ Steven T. Cottreau*
              Steven T. Cottreau, Esq.
              JONES DAY
              51 Louisiana Avenue, N.W.
              Washington, D.C. 20001
              Telephone: (202) 879-3939
              Email: scottreau@jonesday.com