**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

       **TERRORIST ATTACKS ON**
       **SEPTEMBER 11, 2001**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/7/2022___

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

       DeRubbio, et al. v. Islamic Republic of Iran, No. 18-cv-05306
       Kamardinova, et al. v. Islamic Republic of Iran, No. 18-cv-05339
       Aamoth, et al. v. Islamic Republic of Iran, No. 18-cv-12276
       Rowenhorst, et al. v. Islamic Republic of Iran, No. 18-cv-12387
       BNY Mellon, et al. v. Islamic Republic of Iran, No. 19-cv-11767
       Bodner, et al. v. Islamic Republic of Iran, No. 19-cv-11776
       Aron, et al. v. Islamic Republic of Iran, No. 20-cv-09376
       Hargrave, et al. v. Islamic Republic of Iran, No. 20-cv-09387
       Asaro, et al. v. Islamic Republic of Iran, No. 20-cv-10460
       Bianco, et al. v. Islamic Republic of Iran, No. 20-cv-10902
       Amato, et al. v. Islamic Republic of Iran, No. 21-cv-10239

Plaintiffs in eleven cases move for partial final judgments against the Islamic Republic of Iran. ECF No. 8475. The Court's review has identified two issues that require clarification.

The motion seeks economic damages but the Court has not been able to locate expert reports supporting the award of damages to Brett O. Freiman, ECF No. 8479-2 at 1, or Lisa Trerotola. Id. at 8. The table of expert reports in the moving papers also indicates that reports for these two plaintiffs have not been submitted. See ECF No. 8478-4 at 44. Plaintiffs shall submit expert reports to the Court supporting the award of damages to these two plaintiffs at their earliest convenience.

The motion also involves actions by estates, where the person seeking damages has not yet been appointed that estate's personal representative. ECF No. 8478 at 6. The Court has, and

will continue, to accept counsels' representations as to who has been appointed the personal

representative of an estate, but requires further information on what authority permits parties

who have not yet been appointed an estate's personal representative to bring actions on behalf of

that estate. Plaintiffs shall submit a letter addressing this matter by September 16, 2022.

**SO ORDERED.**

_____

SARAH NETBURN

Dated: September 7, 2022          United States Magistrate Judge

       New York, New York