UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No: 03-MDL-1570 (GBD)(SN)

In regard to *Burnett, et al. v. The Islamic Republic of Iran, et al., 15 CV 09903(GBD)(SN)*

I hereby certify under the penalties of perjury that on the 8th day of September 2022, I served defendant,

Central Bank of the Islamic Republic of Iran
Ali Salehabadi Governor
Mirdamad Blvd., No. 198
Tehran
Islamic Republic of Iran

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Notice of Default Judgment prepared in accordance with to 28. U.S.C. §1608 and 22 C.F.R. § 93.2 (in English and Farsi); Order of Partial Final Judgment for Damages, dated July 19, 2022, ECF 8238 (in English and Farsi); A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavits (in English only)

**Registered Mail No. RH003484183US**

Dated: New York, New York
September 8, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/Annemarie Foley
Deputy Clerk