UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Nicole Amato, et al. v. Islamic Republic of Iran,* | 21-cv-10239 (GBD)(SN) ECF Case |

### ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF *AMATO/IRAN* PERSONAL-INJURY PLAINTIFF KATHLEEN SHAGI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL SHAGI

(*AMATO/ IRAN* PERSONAL INJURY I)

Upon consideration of the evidence and arguments submitted by Plaintiff Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, a Plaintiff in *Nicole Amato, et al. v. Islamic Republic of Iran*, Case No. 21-cv-10239 (GBD)(SN), and the spouse of Michael Shagi, an individual who was physically injured on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, and the pending Judgment by Default for liability only against the Islamic Republic of Iran (ECF Nos. 8475, 8477-79), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is

**ORDERED** that partial final judgment is entered against Iran and on behalf of Plaintiff Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, a Plaintiff in *Nicole Amato, et al. v. Islamic Republic of Iran*, Case No. 21-cv-10239 (GBD)(SN); and it is

**ORDERED** that a review of the submissions of Plaintiff Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, makes clear that Michael Shagi suffered profoundly as a result of the tragic events of September 11, 2001, and this review supports the determination that Mr. Shagi suffered personal injuries that fall within the "Severe" category; and it is

**ORDERED** that Plaintiff Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, is awarded judgment for pain and suffering damages in the amount of $7,000,000.00; and it is

**ORDERED** that Plaintiff Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, is awarded judgment for economic damages in the amount of $309,790.00; and it is

**ORDERED** that Plaintiff Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, is awarded prejudgment interest of 4.96 percent per annum, all interest compounded annually over the same period, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiff Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, may submit an application for punitive damages or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and

The Clerk of the Court is directed to close the motions in 03 MDL 1570, (ECF No. 8511), and 21 Civ. 10239, (ECF No. 39), accordingly.

Dated: _____, 2022

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

docs-100516887.1