UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    This order sets out the procedures and schedule for adjudicating the Plaintiffs' Executive Committees' ("PECs") motion to compel Dubai Islamic Bank ("DIB"). The PECs report that efforts to resolve this issue through a meet-and-confer have proven fruitless. ECF No. 8505 at 2–3. Accordingly, the Court does not find a need for a pre-motion conference under Local Rule 37.2.

    DIB shall respond to the PECs' motion in a letter response of no more than six pages. That response shall be submitted by September 19, 2022. The PECs shall file any reply to that response by September 26, 2022. Any reply shall be no more than three pages.

    The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8510.

**SO ORDERED.**

Dated: September 9, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge