UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| This document relates to: <br> *Rodriguez, et al. v. Islamic Republic of Iran* | 18-cv-12347 (GBD)(SN) <br> ECF Case |

## *RODRIGUEZ* I PLAINTIFFS' MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST ISLAMIC REPUBLIC OF IRAN

PLEASE TAKE NOTICE that upon the accompanying Declaration of Austin Estelle ("Estelle Declaration"), with exhibits and the accompanying memorandum of law, the *Rodriguez* Plaintiffs identified in Exhibit A to the Estelle Declaration respectfully move this Court, pursuant to 28 U.S.C. § 1608(e) and Rule 55(b) of the Federal Rules of Civil Procedure, for an Order of judgment by default as to liability against the Islamic Republic of Iran ("Iran") as to all claims under 28 U.S.C. § 1605A(c).

Furthermore, those *Rodriguez* Plaintiffs identified on Exhibit A to the Estelle Declaration respectfully move this Court for an Order awarding them (1) solatium and pain and suffering damages for the losses they suffered as the immediate family members (in this instance, spouses, parents, children, and siblings, or the estate of a spouse, parent, child, or sibling) of their decedents (as indicated in Exhibit A to the Estelle Declaration) in the same per plaintiff amounts previously awarded by this Court to various similarly situated plaintiffs; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and (3) permission for the *Rodriquez* Plaintiffs identified in Exhibit A to seek punitive damages, economic damages, or other damages at a later date, and for (4) all other *Rodriquez* Plaintiffs not appearing on Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

1

Dated: September, 2022

                        Respectfully,

                                    /s/  Austin Estelle
                                    Austin Estelle
                                    The Miller Firm
                                    108 Railroad Ave
                                    Orange VA 22960
                                    (540) 672-4224
                                    aestelle@millerfirmllc.com

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

**Rodriguez, et al.**

       **Plaintiffs,**

  v.                                          **03 MDL 1570 (GBD)(SN)**

                                                           **CLERK'S CERFICATE**

**Islamic Republic of Iran**                                **OF DEFAULT**

       **Defendants.**

---------------------------------------------------------X

**This document relates to:**

*Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN)

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do herby certify that this action was commenced on 12/30/2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Islamic Republic of Iran in accordance with 28 U.S.C 1608(a), *and proof of service was therefore filed on* 8/23/2022, *ECF 47*.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

**Dated: New York, New York**                                             **Ruby Krajick**
        August 24, 2022.                                                    **Clerk of Court**

                                                                                     **By: _____**
                                                                                     **Deputy Clerk**

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

__-CV-_____
(GBD)(SN)_____

**IRAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

JOSEPH RODRIGUEZ
ILANA EBERSON
CHRIS PEREZ
MANUAL GOMEZ
ROBERT BRAGER
TIMOTHY SNICKLES
MICHAEL SULLIVAN
ROBERT SINGER
DENIS REESE
VICTOR MESCE
ELIZABETH BRODERICK
SHEIK RAHAMAN
FREDERICK PARISI
SHANE LEFEBVRE
BENJAMIN GOTTLIEB
RACHEL HUGHES
ROBERT KEARNEY
KEONI MAY
DANIEL DANZI
JEFFEREY FOSELLO
THOMAS KING
ROBERT KREUZ
NICK DOUSMANIS
CHRISTOPHER CALLOW
KEVIN JOHNS
JAMES HAGNER
SARA HAGNER
SUZANNE DEPAOLO
JAMES HAGNER, JR.
SARI HAGNER
GIANNA HAGNER
NIKO HAGNER
SUSAN GIROLAMO

1

2

**JOHN DIPALO**
**MICHAEL GAVIN**
**KATELYN GAVIN**
**ANTHONY CONCIALDI**
**GERARD FENN**
**PAUL FARELLA**
**KEVIN BURKE**
**DANIEL ENANDER**
**NICHOLAS CHIARELLO**
**CHARLES ABER**
**STEVEN BRENSEKE**
**SHARON BRESNSEKE**
**JASON COHEN**
**FRANK DISCALA**
**TYRONE BUTLER**
**JASON CARPENTIERI**
**BARNES JAMES**
**JEFFREY BICKART**
**FRANCINE BICKART**
**ERICA BICKART**
**JESSIE ATCHISON**
**ANDREW ALBATE**
**ESTATE OF KATHRYN SHATZOFF**
**NEIL SHATZOFF**
**ESTATE OF PAUL BENEDETTI**
**ALESSANDRA BENEDETTI**
**ESTATE OF LUIS JIMENEZ, JR.**
**LUIS JIMENEZ, SR.**
**ROSA JIMENEZ**
**ALONSO SALVATIERRA**
**JIMMY JIMENEZ**
**ESTATE OF PETER FREUND**
**RONALD CORONATO**
**ESTATE OF TERESA MARTIN**
**JOHN MARTIN**
**DIPAK DASRAO**
**BOBITA DASPURKAYTHA**
**UTSAB DASROA**
**ASHMIL DASROA**
**ESTATE OF PAIGE FARLEY**
**MAJORIE FARLEY**
**ESTATE OF TONYELL MCDAY**
**RUFUS MCDAY**
**ESTATE OF STEPHEN LEFKOWITZ**
**SARA LEFKOWITZ**
**DANIEL LEFKOWITZ**

2

ESTATE OF CHANTAL VINCELLI
JOSEPH HERMAN

                **Plaintiff(s),**

    -against-

ISLAMIC REPUBLIC OF IRAN,

                **Defendant.**

------------------------------------------------------------------X

      Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of June 10th, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV- 9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

      Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

      Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-

1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.  Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3.  Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check only one complaint**]:

    ☐   Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

    ☒   Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4.  In addition, each Plaintiff hereby asserts the following additional causes of action:

4

☐ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran

Short Form Complaint, herein referred to as "Plaintiffs."

    a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

    b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

    c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6.     The only Defendant named in this Iran Short Form Complaint is the

Islamic Republic of Iran.

6

## NO WAIVER OF OTHER CLAIMS

7. By filing this Iran Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this Iran Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: December 28, 2018

                                                Respectfully submitted,

                                                /s// Edward Maggio

                                                COUNSEL FOR PLAINTIFFS

                                                Edward Maggio, Esquire
                                                THE MILLER FIRM, LLC
                                                108 Railroad Avenue Orange,
                                                Virginia 22960
                                                Telephone (540-672-4224)
                                                Facsimile (540-672-3055