UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN) |

This document relates to:

*Rodriguez, et al. v. Islamic Republic of Iran,* Case No. 18-cv-12347 (GBD)(SN).

## [PROPOSED] ORDER FOR PARTIAL FINAL DEFAULT JUDGMENT FOR RODRIGUEZ I PLAINTIFFS

Upon consideration of the *Rodriguez* Plaintiffs' motion for default judgment in the above-captioned action together with the entire record in this case, it is hereby;

**ORDERED** that the Motion is granted; and it is

**ORDERED** that default judgment as to liability is entered against the Islamic Republic of Iran and in favor of the *Rodriguez* Plaintiffs; and it is

**ORDERED** that partial final judgment is entered on behalf of the *Rodriguez* Plaintiffs in *Rodriguez et al. v. Islamic Republic of Iran,* 18-cv-12347 identified in Exhibit A to the Estelle Declaration against the Islamic Republic of Iran; and it is

**ORDERED** that partial final judgment is not binding on any defendant besides Islamic Republic of Iran; and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded compensatory damages in the amount set forth in Exhibit A and may, at a later date, submit applications for punitive damages; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is

Case 1:03-md-01570-GBD-SN   Document 8523   Filed 09/15/22   Page 2 of 2

2

**ORDERED** that other Plaintiffs in the matter of *Rodriguez et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347, who were not previously awarded damages, may submit in later stages applications for compensatory damages awards that will be approved on the same basis as currently approved or in prior filings.

Dated:   New York, New York
              _____, 2022

SO ORDERED:

_____

SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE