**Ex. A**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jose | Manuel | Cardona | | Sasha | Isabel | Cardona | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 2. | James | Edward | Cove | | Ryan | John | Cove | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 3. | Ada | Marie | Davis | | Nolton | | Davis | Jr. | Spouse | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 4. | Vincent | Francis | DiFazio | | Grace | Mary | Brennan | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 5. | Vincent | Francis | DiFazio | | Salvatore | Paul | DiFazio | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 6. | Vincent | Francis | DiFazio | | Teresa | Ann | Kestenbaum | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 7. | Margaret | Ruth | Echtermann | | Dietrich | Jurgen | Echtermann | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 8. | Margaret | Ruth | Echtermann | | Heidemarie | | Echtermann-Toribio | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 9. | Christopher | Samuel | Epps | | Geneva | | Epps | | Parent (Deceased) | United States | United States | BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 10. | William | Francis | Fallon | | Brenda | Carter | Fallon | | Spouse | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 11. | William | Francis | Fallon | | Christopher | Carter | Fallon | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 12. | William | Francis | Fallon | | Donald | James | Fallon | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 13. | William | Francis | Fallon | | Peter | Barry | Fallon | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 14. | William | Francis | Fallon | | Stephen | Michael | Fallon | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 15. | William | Francis | Fallon | | Patricia | Fallon | Quinlan | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 16. | John | Joseph | Fanning | | Jacqueline | Patricia | Fanning | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 17. | John | Joseph | Fanning | | Jeremy | John | Fanning | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 18. | John | Joseph | Fanning | | Ryan | Joseph | Fanning | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 19. | Francis | Jude | Feely | | Michael | J. | Feely | | Sibling | United States | United States | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |

Case 1:03-md-01570-GBD-SN   Document 8531-1   Filed 09/16/22   Page 2 of 5

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20. | Julio | | Fernandez | | Ringo | Jonathan | Fernandez | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 21. | Andrew | | Fredericks | | Diane | | Fredericks | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 22. | Andrew | | Fredericks | | Nancy | Jean | Fredericks | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 23. | Paul | Hamilton | Geier | | Eleanor | | Geier | | Spouse (Deceased) | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 24. | Paul | Hamilton | Geier | | Jessica | Lynn | Geier | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 25. | Michael | Lawrence | Hannan | | Alexandra | Darrow | Hannan | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 26. | Michael | Lawrence | Hannan | | Andrea | Darrow | Hannan | | Spouse | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 27. | Michael | Lawrence | Hannan | | Barbara | Catherine | Hannan | | Parent (Deceased) | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 28. | Michael | Lawrence | Hannan | | Craig | John | Hannan | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 29. | Michael | Lawrence | Hannan | | Peter | Francis | Hannan | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 30. | Michael | Lawrence | Hannan | | Rachel | Ann | Hannan | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 31. | Michael | Lawrence | Hannan | | Jennifer | Anne | Muller | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 32. | Peter | Paul | Hashem | | Najat | Hashem | Arsenault | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 33. | Peter | Paul | Hashem | | Abdo | George | Hashem | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 34. | Peter | Paul | Hashem | | Rose | Sue | Hashem | | Sibling (Deceased) | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 35. | Peter | Paul | Hashem | | Sabah | Mary | Hashem-Daher | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 36. | Peter | Paul | Hashem | | Najwah | Hashem | Miceli | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 37. | Uhuru | | Houston | | Anane | | Crandon | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 38. | Uhuru | | Houston | | Efia | | Crandon | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 39. | Uhuru | | Houston | | Estella | | Crandon | | Parent (Deceased) | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40. | Uhuru | | Houston | | Kyra | | Houston | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 41. | Thomas | Joseph | Kuveikis | | Timothy | | Kuveikis | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 42. | Michael | Joseph | Lyons | | Caitlyn | Rose | Lyons | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 43. | Michael | Joseph | Lyons | | Elaine | Cody | Lyons | | Spouse | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 44. | Michael | Joseph | Lyons | | Kieran | Charles | Lyons | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 45. | Michael | Joseph | Lyons | | Mary | Michael | Lyons | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 46. | Marcellus | | Matricciano | | Bruno | | Matricciano | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 47. | Marcellus | | Matricciano | | Mirella | | Matricciano | | Parent | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 48. | Marcellus | | Matricciano | | Nicholas | Anthony | Matricciano | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 49. | Marcellus | | Matricciano | | Umberto | | Matricciano | | Parent | United States | Canada | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 50. | Marcellus | | Matricciano | | Rosie | | Matricciano Vetere | | Spouse | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 51. | Katie | Marie | McCloskey | | Leslie | Anne | Faulstich | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 52. | Katie | Marie | McCloskey | | Julie | Elizabeth | Gardner | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 53. | Terence | Augustine | McShane | | Maribeth | | Eccleston | | Sibling | United States | United States | Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN) | | | N/A | # 8152 | ATA | $4,250,000.00 | $12,750,000.00 |
| 54. | Ronald | | Milam | | Effie | | Milam | | Parent | United States | United States | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 55. | Ronald | | Milam | | Steven | | Milam | | Sibling | United States | United States | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 56. | James | Robert | Paul | | Monique | Michelle | Kerman | | Child | United States | United States | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN) | | | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 57. | James | Robert | Paul | | Patricia | Ann | Paul | | Spouse | United States | United States | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN) | | | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 58. | James | Robert | Paul | | Danielle | Dossett | Ridley | | Child | United States | United States | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN) | | | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 59. | Vishnoo | | Ramsaroop | | Shelly | Ann | Ramkhelawan | | Child | United States | Trinidad and Tobago | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60. | Vishnoo | | Ramsaroop | | Michelle | | Ramsarooop | | Child | United States | Trinidad and Tobago | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 61. | Vishnoo | | Ramsaroop | | Nadia | | Ramsarooop | | Child | United States | Trinidad and Tobago | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 62. | Karen | | Renda | | Wesley | Allan | Gargano | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 63. | Luis | Clodoaldo | Revilla Mier | | Luis | Alfredo | Revilla | Jr. | Child | United States | United States | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | | | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 64. | Luis | Clodoaldo | Revilla Mier | | Michael | Edward | Revilla | | Child | United States | United States | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | | | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 65. | Brooke | David | Rosenbaum | | Dorothy | S. | Burke | | Parent (Deceased) | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 66. | Jacquelyn | Patrice | Sanchez | | Ericka | Christian | Brown | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 67. | Jacquelyn | Patrice | Sanchez | | Kim | | Coleman | | Parent | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 68. | Jacquelyn | Patrice | Sanchez | | Michael | Lamar | Coleman | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 69. | Jacquelyn | Patrice | Sanchez | | Cedric | Leon | Pitt | Jr. | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 70. | Gerard | Patrick | Schrang | | Brian | Patrick | Schrang | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 71. | Gary | Francis | Smith | | Nicole | Marie | Amato | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 72. | Gary | Francis | Smith | | Teresa | Smith | Cheezum | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 73. | Gary | Francis | Smith | | Annette | | Mashburn | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 74. | Gary | Francis | Smith | | Christine | Marie | McKee | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 75. | Gary | Francis | Smith | | Ann | Louise | Smith | | Spouse | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 76. | Gary | Francis | Smith | | Kristina | Renea | Smith | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 77. | Gary | Francis | Smith | | Mark | Douglas | Smith | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 78. | Gary | Francis | Smith | | Mason | Edward | Smith | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 79. | Gary | Francis | Smith | | Natalie | Suzanne | Smith | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |

**Ex. A**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80. | Gary | Francis | Smith | | Stephan | Gregory | Smith | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 81. | Lisa | Louise | Trerotola | | Amanda | Francesca | Trerotola | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 82. | Lisa | Louise | Trerotola | | Michael | Leonard | Trerotola | | Spouse | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 83. | Lisa | Louise | Trerotola | | Michael | Leonard | Trerotola | | Child | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 84. | Jorge | Luis | Velazquez | | Yolanda | | Calderon | | Sibling | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 85. | Shakila | | Yasmin | | Nurul | | Miah | | Spouse (Deceased) | United States | United States | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | | | N/A | # 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| | | | | | | | | | | | | | | | | | | $596,750,000.00 | $1,790,250,000.00 |