**Ex. B**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Craig | Scott | Amundson | | Estate | United States | United States | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | | | N/A | # 8017 | ATA | $3,594,016.00 | | $3,594,016.00 | $10,782,048.00 |
| 2. | Renee | | Barrett-Arjune | | Estate | United States | United States | Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN) | | | N/A | # 8017 | ATA | $722,800.00 | | $722,800.00 | $2,168,400.00 |
| 3. | John | Paul | Bocchi | | Estate | United States | United States | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | | | N/A | # 8017 | ATA | $14,138,846.00 | | $14,138,846.00 | $42,416,538.00 |
| 4. | Allen | Patrick | Boyle | | Estate | United States | United States | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN) | | | N/A | # 8017 | ATA | $4,821,678.00 | $2,000,000.00 | $6,821,678.00 | $20,465,034.00 |
| 5. | Mark | Francis | Broderick | | Estate | United States | United States | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | | | N/A | # 8017 | ATA | $2,709,473.00 | | $2,709,473.00 | $8,128,419.00 |
| 6. | Timothy | John | Coughlin | | Estate | United States | United States | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | | | N/A | # 8017 | ATA | $28,092,219.00 | | $28,092,219.00 | $84,276,657.00 |
| 7. | Ada | Marie | Davis | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $1,513,068.00 | $2,000,000.00 | $3,513,068.00 | $10,539,204.00 |
| 8. | Christopher | Samuel | Epps | | Estate | United States | United States | BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 9. | William | Francis | Fallon | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 10. | Brett | O. | Freiman | | Estate | United States | United States | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | | | N/A | # 8017 | ATA | $589,416.00 | | $589,416.00 | $1,768,248.00 |
| 11. | Edward | F. | Geraghty | | Estate | United States | United States | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | | | N/A | # 8017 | ATA | $9,505,992.00 | $2,000,000.00 | $11,505,992.00 | $34,517,976.00 |
| 12. | Michael | Lawrence | Hannan | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 13. | Timothy | Aaron | Haviland | | Estate | United States | United States | BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 14. | Harvey | Robert | Hermer | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 15. | Michael | Joseph | Lyons | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $6,425,663.00 | $2,000,000.00 | $8,425,663.00 | $25,276,989.00 |
| 16. | Marcellus | | Matricciano | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 17. | James | Robert | Paul | | Estate | United States | United States | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN) | | | N/A | # 8017 | ATA | $2,486,075.00 | $2,000,000.00 | $4,486,075.00 | $13,458,225.00 |
| 18. | Maria | Isabel | Ramirez | | Estate | United States | United States | Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN) | | | N/A | # 8017 | ATA | $1,330,163.00 | | $1,330,163.00 | $3,990,489.00 |
| 19. | Jacquelyn | Patrice | Sanchez | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 20. | Gary | Francis | Smith | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |

**Ex. B**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21. | Lisa | Louise | Trerotola | | Estate | United States | United States | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | | | N/A | # 8017 | ATA | $2,315,301.00 | $2,000,000.00 | $4,315,301.00 | $12,945,903.00 |
| | | | | | | | | | | | | | | $78,244,710.00 | $28,000,000.00 | $106,244,710.00 | $318,734,130.00 |