UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )   No. 03 MDL 1570 (GBD/SN)
                                                        )
In re Terrorist Attacks on September 11, 2001           )   ECF Case
                                                        )
                                                        )   **ORAL ARGUMENT REQUESTED**
                                                        )
                                                        )
                                                        )
                                                        )
                                                        )
------------------------------------------------------- x

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

## DECLARATION OF STEVEN T. COTTREAU, ESQ.

I, Steven T. Cottreau, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to these facts, all of which are true and accurate to the best of my knowledge and belief:

I am an attorney admitted in the above-captioned matter, and a partner in the law firm Jones Day, counsel to defendant Dubai Islamic Bank ("DIB"). I submit this declaration to transmit to the Court the following documents submitted in support of DIB's Reply to Plaintiffs' Opposition to DIB's Motion for Summary Judgment and Renewed Motion for Dismissal for Lack of Personal Jurisdiction, filed in the above-captioned matter on September 16, 2022.

1. Exhibit A is a true and accurate copy of DIB's Response to Plaintiffs' Averment of Facts and Counterstatement of Facts Pursuant to Rule 56.1, ECF 8317-1.

2. Exhibit B is a true and accurate copy of the Second Declaration of Haroun Dharsey.

3. Exhibit C is a true and accurate copy of the Declaration of Yahya Saeed Ahmad Lootah, with accompanying Exhibits 1 and 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2022.

/s/ Steven T. Cottreau
Steven T. Cottreau, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: scottreau@jonesday.com