# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879.5572
scottreau@jonesday.com

September 16, 2022

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 1007

Re: *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (S.D.N.Y.) (GBD) (SN)

Dear Judge Netburn:

In compliance with this Court's Individual Practices in Civil Cases, Rule III.D, Dubai Islamic Bank ("DIB") files this letter-motion for oral argument on its Motion for Summary Judgment and Renewed Motion for Dismissal for Lack of Personal Jurisdiction, ECF 8126, filed on June 17, 2022. That motion became fully briefed on September 16, 2022, when DIB filed its Reply to Plaintiffs' Opposition.

DIB respectfully submits that oral argument would assist the Court, as the jurisdictional issues raised in the Parties' briefs are important and the record is substantial and complex. DIB respectfully requests that this Court schedule oral argument on DIB's Motion, ECF 8126. DIB sought Plaintiffs' consent to this letter-motion, and Plaintiffs would welcome the opportunity to participate in oral argument, should the Court conclude that argument would be helpful.

I thank the Court for its attention to this matter.

Sincerely yours,

*/s/ Steven T. Cottreau*
Steven T. Cottreau
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: scottreau@jonesday.com
*Counsel for Defendant Dubai Islamic Bank*

cc: All MDL Counsel of Record (via ECF)