## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*O'Neill, et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative of a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *O'Neill* and *Rowenhorst* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *O'Neill* and *Rowenhorst* cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 8536.

Dated: New York, New York
_____, 2022

SO ORDERED:

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100418618.1

## EXHIBIT A to Motion to Substitute Parties

| | **Previous Personal Representative:** | **Case Number:** | **Substitute Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **9/11 Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | John Doe 55, being intended to designate the Personal Representative of the Estate of Nolbert Salomon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon | No. 1:04-cv-01076 (GBD)(SN); No. 1:18-cv-12387 (GBD)(SN) | Edison Salomon, as the Personal Representative of the Estate of Nolbert Salomon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon | FL | Nolbert Salomon |
| 2. | Amy Mulderry as the Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled | No. 1:04-cv-01076 (GBD)(SN) | Amy Mulderry as the co-Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled | NY | Stephen Mulderry |

docs-100418618.1

|   | | | | |
|---|---|---|---|---|
|   | beneficiaries and family members of Stephen Mulderry | | beneficiaries and family members of Stephen Mulderry | | |
| 3. | Amy Mulderry as the Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry | No. 1:04-cv-01076 (GBD)(SN) | Peter Mulderry as the co-Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry | NY | Stephen Mulderry |

docs-100418618.1