# EXHIBIT 2

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3                        -  -  -
 4
 5   IN RE: TERRORIST     :
 6   ATTACKS ON           :     03-MDL-1570
 7   SEPTEMBER 11, 2001   :     (GBD)(SN)
 8   -------------------------------------------
 9                        -  -  -
10              Friday, October 4, 2019
11                        -  -  -
12              THIS TRANSCRIPT CONTAINS
13              CONFIDENTIAL MATERIAL
14                        -  -  -
15        Videotaped deposition of JUDGE ALAN
16   FINE, taken pursuant to notice, was held at the
17   law offices of Jones Day, 600 Brickell Avenue,
18   Miami, Florida, beginning at 9:54 a.m., on the
19   above date, before Lisa V. Feissner, RDR, CRR,
20   Notary Public.
21
22                        -  -  -
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

This Transcript Contains Confidential Material

1   and... and we were told that was the guy who
2   had all the information.
3           Q.   "We" being who, sir?
4           A.   Me.
5                MR. GOLDMAN:  Marking another
6           document for identification.  I don't
7           know if this previously was marked.
8           This is a State Department briefing.
9                (Exhibit Fine-270 marked for
10          identification and attached to the
11          transcript.)
12  BY MR. GOLDMAN:
13          Q.   And this is a LexisNexis printout,
14  Section: State Department Briefing; headline,
15  State Department Regular Briefing; Briefer:
16  James Foley; July 8th, 1999.
17               Is that the briefing that you were
18  referring to?
19          A.   Yes, it is.
20          Q.   And when you finally reached out to
21  the person you were directed to make
22  communications with, did you have a
23  conversation or conversations with that
24  individual?

1          A.    Yes.
2          Q.    Was that by telephone or
3    electronically?
4          A.    Telephone.
5          Q.    And what, if anything, did that
6    individual tell you?
7          A.    He said that we wouldn't find
8    anything in the name of Osama bin Laden and
9    that it would not be in any international wire
10   transfers, that it was either in domestic wire
11   transfers or withdrawals from accounts, through
12   other names.
13         Q.    Did he give you the other names?
14         A.    He did not.
15         Q.    Did you ask him for the other
16   names?
17         A.    Yes.  That was the purpose for my
18   phone call.  The bank had already done a search
19   for any accounts, any transfers from, any
20   transfers to Osama bin Laden with negative
21   results, meaning there was nothing.  So we were
22   looking, what are the facts that support these
23   allegations?  And I was referred to the guy who
24   was supposed to know, and he either didn't know

This Transcript Contains Confidential Material

1  with Mr. Kashkett.
2         Q.   And can you tell me everything that
3  you recall about the conversation with Steve
4  Kashkett at the U.S. State Department on July
5  15th, 1999?
6         A.   I identified myself, who I was
7  representing, why I was calling, told him that
8  the bank took the allegations seriously and
9  wanted to work with the government of the
10 United States to get this information, and if
11 there was information to be gotten, to deal
12 with it appropriately.  He indicated that we
13 would not likely find anything in the name of
14 Osama bin Laden, that transactions would be --
15 would have been done through a different
16 name -- that's the reference to a "through
17 cut" -- that we shouldn't be looking at
18 international wire transfers but that it would
19 be withdrawals, or possibly a wire transfer
20 within the United Arab Emirates.
21        Q.   And during the call, did you tell
22 him that you had already, along with Rob
23 Ellison, conducted some investigation into the
24 allegations?

This Transcript Contains Confidential Material

1     A.    Yes.
2     Q.    And what did you tell him in that
3  regard?
4     A.    That we -- "we," meaning Rob
5  Ellison, had informed me that he had -- or
6  conducted an investigation into whether or not
7  Osama bin Laden had an account at the bank or
8  was the sender or recipient of any wire
9  transfer.  I understood at that point any kind
10 of wire transfer, but it may have been
11 international wire transfers.
12    Q.    Did you ask Steve Kashkett, on July
13 15th, 1999, for any information regarding any
14 connection between Dubai Islamic Bank and Osama
15 bin Laden?
16    A.    Yes.  That was the main purpose of
17 the phone call was to find out if he knew or
18 was willing to give us any information to
19 assist in our investigation of those
20 allegations.
21    Q.    And what types of information might
22 have been helpful to you in connection with
23 investigating the allegations?
24    A.    A name of a person, a name of a

This Transcript Contains Confidential Material

1  company, an account number, a date, in-coming
2  wire, outgoing wire, the nature of the
3  transaction.  Really anything to get us
4  started.
5       Q.   And did Steve Kashkett, in response
6  to your inquiries on July 15th, 1999, give you
7  any information that the U.S. government
8  possessed that could have been helpful?
9       A.   No.  I mean, he didn't give me any
10 name, he didn't give me an account number, he
11 didn't give me a date.  The only information he
12 gave me was that it was more likely than not a
13 withdrawal from a bank account that they
14 were -- they had reason to believe that it was
15 a withdrawal from a bank account or a domestic
16 wire transfer, meaning within the UAE.
17      Q.   Did Steve Kashkett at the U.S.
18 State Department, on July 15th, 1999, tell you
19 any information about when the transactions
20 that might have been under investigation
21 occurred?
22      A.   Not at all.
23      Q.   And how did you leave it with
24 Mr. Kashkett at the end of the phone call on

This Transcript Contains Confidential Material

```
 1   July 15th, 1999?
 2          A.   Here I am, here's my number, here's
 3   my telefax number.  If you learn of anything or
 4   become willing to share anything, please call
 5   me.
 6          Q.   And at any time during your
 7   engagement for Dubai Islamic Bank, did anyone
 8   at the U.S. government ever call you with any
 9   concerns about any accounts at Dubai Islamic
10   Bank related to Osama bin Laden or terrorism
11   generally?
12          A.   No.
13              (Exhibit Fine-276 marked for
14          identification and attached to the
15          transcript.)
16   BY MR. COTTREAU:
17          Q.   Let me show you what's been marked
18   as Exhibit 276.  Ask you to take a look at this
19   document and tell me whether you recognize it.
20          A.   I do.
21          Q.   What is Exhibit 276?
22          A.   It's a photocopy of a letter that I
23   co-authored on behalf of Dubai Islamic Bank to
24   The New York Times.
```

This Transcript Contains Confidential Material

1      Q.   Did you send this letter at Exhibit
2   276 to The New York Times?
3      A.   Yes.
4      Q.   Can you read the first sentence of
5   the second paragraph of your letter?
6      A.   DIB has never dealt directly with
7   Osama bin Laden, and has no knowledge or reason
8   to believe that anyone acting on bin Laden's
9   behalf had been laundering his money through
10  DIB.
11     Q.   When you wrote and sent that
12  statement to The New York Times, did you
13  believe it to be true?
14     A.   Yes.
15     Q.   At the end of Exhibit 276, you say,
16  Accordingly, we demand that you print a
17  retraction of the portions of the article
18  listed above.
19          Did The New York Times retract its
20  statements?
21     A.   No.
22     Q.   Do you think they took your request
23  for a retraction seriously?
24          MR. GOLDMAN:  Objection.

This Transcript Contains Confidential Material

```
 1                MR. COTTREAU:  Let me rephrase.
 2        Q.   Did you consider suing The New York
 3   Times after it refused to print a retraction?
 4        A.   Yes.
 5        Q.   Did you make a recommendation as to
 6   whether to sue or not?
 7        A.   Probably.  I know I discussed it
 8   with my colleagues in the law firm and with
 9   Bill Richey and with Rob Ellison.  I probably
10   did make a recommendation.  But it might -- it
11   was probably not a strong recommendation.  It
12   was more, here are the advantages, here are the
13   disadvantages.
14        Q.   And what was the thinking of you
15   and your fellow lawyers on the case with
16   respect to whether to sue The New York Times?
17        A.   The New York Times' in-house
18   attorney responded to our letter laying out a
19   series of potential defenses or what he
20   believed were actual defenses and why the
21   newspaper was not obligated to print a
22   retraction, and it also gave some of the bases
23   for why a defamation action might not be
24   successful.
```

This Transcript Contains Confidential Material

```
 1              So we discussed what a defamation
 2   lawsuit would look like and how it would be
 3   drafted, what claims would be made.  We
 4   anticipated what the defenses might be, and we
 5   evaluated the advantages and disadvantages of
 6   proceeding, both in -- even if we were
 7   successful, what the potential consequences
 8   would be for the bank, and if we were
 9   unsuccessful.
10         Q.   And what did the bank decide to do
11   prior to 9/11 with respect to suing The New
12   York Times?
13         A.   Not to proceed with a lawsuit.
14         Q.   Did you disagree with that
15   conclusion?
16         A.   No.  No, I didn't disagree.  I
17   thought it was the right of the client to
18   decide whether or not the risk -- the
19   reputational risk would be enhanced by the
20   lawsuit, which was their primary concern; that
21   just by bringing this back up into the public
22   and anticipating that if not The New York
23   Times, then other members of the press would
24   publicize the existence of the lawsuit, and
```

This Transcript Contains Confidential Material

1  what people would remember would be the name of
2  the bank and Osama bin Laden and terrorist
3  financing, even if the bank legally was able to
4  clear its name.
5       Q.   After the decision not to sue The
6  New York Times, did you ever have any other
7  discussion with Rob Ellison about the U.S.
8  government contacting Dubai Islamic Bank
9  seeking its cooperation?
10      A.   Yes.
11      Q.   What do you recall?
12      A.   Sometime in 2001, Rob passed along
13 that there had been information provided by the
14 United States government, either directly to
15 DIB or more likely through the Central Bank,
16 which led to the bank's closing of two
17 accounts.
18      Q.   Do you know what those accounts
19 were?
20      A.   No, I don't.
21      Q.   Do you know whether those accounts
22 related in any way to Osama bin Laden?
23      A.   No.
24      Q.   Did Rob Ellison ever tell you that

This Transcript Contains Confidential Material

1  the Dubai Islamic Bank was reluctant to
2  cooperate with the U.S. government?
3          A.   No.  To the contrary.
4          Q.   What did he tell you in that
5  regard?
6          A.   That the bank wanted to know if
7  there were any facts to support the allegations
8  that were made, starting with the newspaper
9  articles; that we opened lines of communication
10 through the U.S. lawyers, me, through the bank;
11 and that the message that they were giving to
12 the Central Bank and to the Ruler's office in
13 Dubai was, we want to cooperate.  If there's
14 any account that's open that shouldn't be open,
15 tell us about it, tell us how to find it.  If
16 you know what it is, tell us the account.  If
17 you have any information that could lead us to
18 helping find it, please give us that
19 information.
20         Q.   Other than the U.S. government
21 approaching either directly or indirectly Dubai
22 Islamic Bank to close two accounts, are you
23 aware of any other request by the U.S.
24 government to Dubai Islamic Bank?

This Transcript Contains Confidential Material

1        A.   No.

2        Q.   At any time during your

3   representation of Dubai Islamic Bank, did you

4   become aware of bank accounts in Osama bin

5   Laden's name or that were otherwise connected

6   to Osama bin Laden?

7        A.   No.

8             (Exhibit Fine-277 marked for

9        identification and attached to the

10       transcript.)

11  BY MR. COTTREAU:

12       Q.   Let me show you what's been marked

13  as Exhibit 277.  It's a document Bates stamped

14  DIB_003187 through 3189.  Ask you to take a

15  look at it and let me know whether you

16  recognize this document.

17            MR. GOLDMAN:  What number was this

18       again?

19            MR. COTTREAU:  277.

20       A.   I do.

21       Q.   What is Exhibit 277?

22       A.   It is a draft -- it's a photocopy

23  of a draft of a letter to Mr. Liptak, who was

24  the attorney who responded on behalf of the