# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (SN)
ECF Case

This document relates to:
*Federal Insurance Co. v. Al Qaida*, Case No. 03-cv-06978
*Thomas E. Burnett, Sr. v. Al Baraka Inv. & Dev. Corp.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, Case No. 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co.. v. Akida Bank Private Ltd.*, Case No. 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.*, Case No. 04-cv-07279

### THIRD DECLARATION OF HAROUN DHARSEY

I, Haroun Dharsey, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief:

1. I previously executed a declaration on November 30, 2021, which details my background and history with DIB and thus sets forth the foundation for my statements below.

2. DIB's legacy electronic recordkeeping system that contained its electronic customer information, banking account information, and transaction information from approximately 1986 until July 2008 is called Tandem.

**Customers**

3. With my team, DIB previously conducted exact match searches of names in the Full Name accountholder field of the Tandem data.

4. A non-exact match search term process often results in many false positive hits. For example, with my team we ran a search in the Full Name accountholder field in the Tandem

- 1 -

data. Searching that Tandem data using wildcards before and after the characters "Ali" in both English and Arabic resulted in hits on 42,618 different customers.

**Owners or Ultimate Beneficial Owners**

5. The Tandem system data does not contain a list of owners or ultimate beneficial owners of the DIB's customers. Thus, the Tandem system has no list of owners or ultimate beneficial owners of each company that was a customer of DIB.

Pursuant to 28 U.S.C. §1746, I, HAROUN DHARSEY, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2022.