# EXHIBIT 12

Page 1

1
2  UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  Case No. 03-MDL-1570 (GBD) (SN)
5  ---------------------------------------x.
6  IN RE: TERRORIST ATTACKS ON
7  SEPTEMBER 11, 2001
8  ---------------------------------------x
9              April 12, 2021
10             10:30 a.m.
11
              Videotaped Deposition via Zoom
12  of BRIAN M. JENKINS, pursuant to Notice,
13  before Jineen Pavesi, a Registered
14  Professional Reporter, Registered Merit
15  Reporter, Certified Realtime Reporter and
16  Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25

1                    JENKINS
2       A.      Okay.
3       Q.      Do you recognize this, if you
4  can turn to the next page, do you
5  recognize the second page of Exhibit 2026
6  as Chapter 5 of the 9/11 Commission
7  Report?
8       A.      Yes.
9       Q.      If we could turn to page FED
10  PEC 0075738 of Exhibit 2026.
11              MR. COTTREAU:  If you could
12  blow up the last paragraph, please,
13  Michael.
14       Q.     Mr. Jenkins, I am going to have
15  you read aloud, if you could, for me the
16  last paragraph on page FED PEC 75738 of
17  Exhibit 2026.
18       A.     "Bin Ladin summoned KSM to
19  Kandahar in March or April 1999 to tell
20  him that Al Qaeda would support his
21  proposal.  The plot was now referred to
22  within Al Qaeda as the 'planes
23  operation.'"
24       Q.     Do you agree with those factual
25  statements that you just read on page

Page 73

1        JENKINS
2   February PE C 75738 of Exhibit 2026, the
3   last paragraph on that page.
4       A.      I accept them as the 9/11
5   Commission Report.
6               In terms of any independent
7   basis for agreeing or disagreeing, I don't
8   have a separate stream of information that
9   tells me, no, it wasn't that date or bin
10  Ladin said something else.
11              So I accept this as the account
12  by the 9/11 Commission.
13      Q.      What do you understand KSM to
14  mean in the second-to-the-last sentence on
15  page FED PEC 75738 of Exhibit 2026?
16      A.      The KSM I understand to mean
17  Khalid Sheikh Mohammed.
18      Q.      Who was Khalid Sheikh Mohammed?
19      A.      Khalid Sheikh Mohammed was
20  regarded as the principal architect of the
21  9/11 plan, he had been involved in
22  plotting various terrorist activities over
23  a period of years, including in the
24  Philippines and some other plots and he
25  was responsible for some plots after 9/11

Page 193

1           JENKINS
2  don't know.
3           But it turned out instead he
4  was sent to the United States; his exact
5  role is not entirely clear.
6           So Steve, honestly, it's murky.
7      Q.    At the bottom of page 24 of
8  your report at the end of the last
9  paragraph, referring, I take it, to the
10 planes operation, you write, "In the end,
11 the final plan settled on crashing four or
12 five planes, depending upon the
13 availability of pilots in the targets on
14 the East Coast," do you see that?
15     A.    Yes.
16     Q.    When did Al Qaeda settle on
17 that final plan?
18     A.    I would say certainly by late
19 '99 to early 2000 they were moving people.
20          And so I would say some
21 formation of that would be roughly around
22 that time.
23          The only -- the uncertainty,
24 and this is my own uncertainty here on the
25 basis of what I know, it was clear that

Page 194

1            JENKINS
2   Mihdhar and Hazmi were not going to be
3   suitable as pilots, they had to fly from
4   Hamburg, OBL was not going to make it,
5   Moussaoui was sent but they come up with
6   Hani Hanjour.
7            Now, was there some notion that
8   if they had five they would go with five
9   or that they had by that time discarded
10  the idea of five, that I'm just not sure
11  about.
12           Again, that is murky; but
13  certainly by, I would say -- and there
14  was still some uncertainty about what the
15  targets would be.
16           World Trade Center was in,
17  Pentagon was in, as I recall there was
18  some back and forth as to bin Ladin
19  favored the White House, Atta pushed back
20  and said Capitol, and they decided that it
21  would be decided operationally after Atta
22  spoke with the pilots.
23           Again, the fact that there were
24  five pilots, potential pilots, in the
25  United States and still some uncertainty,

Page 195

1                    JENKINS
2    was there four or five here, I am not
3    sure, I am just not sure, I don't know.
4        Q.      So to summarize, based upon the
5    murky information that we have, the final
6    plan for crashing four to five planes into
7    the World Trade Center, the Pentagon and
8    other targets, came together at some point
9    in time in late 1999 or early 2000?
10       A.      Yeah, I would say that --  let
11   me fast forward here --  in my own report,
12   I thought I had it here.
13              (Witness perusing document.)
14       A.      I see in my own report here,
15   which I forgot to mention to you
16   previously, Khalid Sheikh Mohammed told
17   his questioners in Guantamo at one point
18   that he wanted 25 to 26 pilots in place in
19   the United States; again, that's wildly
20   ambitious.
21              Now, where was it, I'm looking
22   for the dates of the arrival of the four
23   or the three from the Hamburg group, their
24   arrival in the United States.
25              We know the Moussaoui hijackers