# EXHIBIT 13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM)<br>ECF Case |

*This document relates to:  All Actions*

## PLAINTIFFS' AMENDED INITIAL DISCLOSURES

Plaintiffs in all actions in this MDL submit the following Amended Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1).  Plaintiffs make these disclosures based on information currently available to them.  Plaintiffs reserve their right, under the Federal Rules of Civil Procedure, to supplement these disclosures as further information becomes known.  Furthermore, Plaintiffs specifically reserve their right to assert the attorney-client privilege, the work product doctrine, or any other applicable privilege relating to any document identified within these Initial Disclosures.  By identifying documents herein, Plaintiffs do not waive the attorney-client privilege, the work product doctrine, or any other applicable privilege.  Moreover, by referring to or producing documents in the Initial Disclosure process, Plaintiffs make no representations or concessions regarding the relevancy or appropriateness of any particular documents or types of documents.

## I.    INDIVIDUALS WITH RELEVANT DISCOVERABLE INFORMATION

Plaintiffs in these consolidated proceedings identify the following individuals as those who may have discoverable information with respect to Plaintiffs' claims.  Plaintiffs do not

consent to or authorize any communication prohibited by any applicable rule of professional

conduct.

A.    All individuals named as defendants in Plaintiffs' operative Complaints. Individuals include, but are not limited to:

    1.    Osama bin Laden
         Address: Unknown
         Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

    2.    Ayman al Zawahiri
         Address: Unknown
         Subject: *Id.*

    3.    Khalid Sheikh Mohammed
         Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
         Subject: *Id.*

    4.    Abu Zubaydah
         Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
         Subject: *Id.*

    5.    Ramzi Binalshibh
         Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
         Subject: *Id.*

    6.    Wa'el Hamza Jelaidan
         Address: Unknown
         Subject: *Id.*

    7.    Sheikh Safer al Hawali
         Address: Unknown
         Subject: *Id.*

    8.    Saleh al Hussayen
         Address: Unknown
         Subject: *Id.*

9.   Sheikh Salman al Oadah
     Address: Unknown
     Subject: *Id.*

10.  Ibn al Shaykh al Libi
     Address: Unknown
     Subject: *Id.*

11.  Bakr bin Laden
     Address: Upon information and belief, the individual can be contacted through
     the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
     Jeddah Saudi Arabia.
     Subject: *Id.*

12.  Abdullah bin Laden
     Address: Upon information and belief, the individual can be contacted through
     the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
     Jeddah Saudi Arabia.
     Subject: *Id.*

13.  Omar bin Laden
     Address: Upon information and belief, the individual can be contacted through
     the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
     Jeddah Saudi Arabia.
     Subject: *Id.*

14.  Tariq bin Laden
     Address: Upon information and belief, the individual can be contacted through
     the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
     Jeddah Saudi Arabia.
     Subject: *Id.*

15.  Yeslam bin Laden
     Address: Upon information and belief, the individual can be contacted through
     the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
     Jeddah Saudi Arabia.
     Subject: *Id.*

16.  Abdulrahman Bin Mahfouz
     Address: Unknown
     Subject: *Id.*

17.  Yassin al Kadi
     Address: Unknown
     Subject: *Id.*

18. Yousef Jameel
    Address:  Unknown
    Subject:  *Id.*

19. Suleiman al Rajhi
    Address:  Unknown
    Subject:  *Id.*

20. Abdullah al Rajhi
    Address:  Unknown
    Subject:  *Id.*

21. Saleh Abdulaziz al Rajhi
    Address:  Unknown
    Subject:  *Id.*

22. Shahir A. Batterjee
    Address:  Unknown
    Subject:  *Id.*

23. Abdullah bin Saleh al Obaid
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
    Subject:  *Id.*

24. Abdul Rahman al Swailem
    Address:  Unknown
    Subject:  *Id.*

25. Abdullah Muhsen al Turki
    Address:  Unknown
    Subject:  *Id.*

26. Abdullah Omar Naseef
    Address:  Unknown
    Subject:  *Id.*

27. Sulaiman al Ali
    Address:  Unknown
    Subject:  *Id.*

28. Sami Omar al Hussayen
    Address:  Unknown
    Subject:  *Id.*

29. Adnan Basha
    Address:  Upon information and belief, the individual can be contacted through

4

the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

30. Perouz Sedaghaty
Address: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C. 20009.
Subject: *Id.*

31. Soliman al Buthe
Address: Upon information and belief, the individual can be contacted through the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C. 20009.
Subject: *Id.*

32. Aqeel Abdulaziz al Aqil
Address: Unknown
Subject: *Id.*

33. Mansour al Kadi
Address: Unknown
Subject: *Id.*

34. Talal M. Badkook
Address: Unknown
Subject: *Id.*

35. Mohammed Ali Sayed Mushayt
Address: Unknown
Subject: *Id.*

36. Samir Salah
Address: Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
Subject: *Id.*

37. Ahmed Totonji
Address: Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
Subject: *Id.*

38. Mohammed Jaghlit
Address: Upon information and belief, the individual resides in the United States.
Subject: *Id.*

39. M. Omar Ashraf
Address: Upon information and belief, the individual can be contacted through
the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
300, Washington, D.C. 20005.
Subject: *Id.*

40. Muhammed Ashraf
Address: Upon information and belief, the individual can be contacted through
the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
300, Washington, D.C. 20005.
Subject: *Id.*

41. Iqbal Yunus
Address: Upon information and belief, the individual can be contacted through
the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
300, Washington, D.C. 20005.
Subject: *Id.*

42. M. Yaqub Mirza
Address: Upon information and belief, the individual can be contacted through
the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
300, Washington, D.C. 20005.
Subject: *Id.*

43. Jamal Barzinji
Address: Upon information and belief, the individual can be contacted through
the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
300, Washington, D.C. 20005.
Subject: *Id.*

44. Ahmed Idris Nasreddin
Address: Unknown
Subject: *Id.*

45. Youssef M. Nada
Address: Unknown
Subject: *Id.*

46. Chafiq bin Muhammad Ayadi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

47. Wadih El Hage
    <u>Address</u>: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
    <u>Subject</u>: *Id.*

48. Bensayah Belkacem
    <u>Address</u>: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    <u>Subject</u>: *Id.*

49. Sabar Lamar
    <u>Address</u>: Upon information and belief, the individual resides in France.
    <u>Subject</u>: *Id.*

50. Wali Khan Amin Shah
    <u>Address</u>: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
    <u>Subject</u>: *Id.*

51. Enaam M. Arnanout
    <u>Address</u>: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
    <u>Subject</u>: *Id.*

52. Abdulrahman Alamoudi
    <u>Address</u>: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
    <u>Subject</u>: *Id.*

53. Ahmed Ressam
    <u>Address</u>: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
    <u>Subject</u>: *Id.*

54. Abdul Aziz bin Ibrahim al Ibrahim
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

55. Muhammad Atif
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

56. Sayf al Adl
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

57. Abu Hafs the Mauritanian
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

58. Abd al Hadi al Iraqi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

59. Thirwat Salah Shihata
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

60. Tariq Anwar al Sayyid Ahmad
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

61. Muhammad Salah
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

62. Nurjaman Riduan Ismuddin
    <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    <u>Subject</u>: *Id.*

63. Mohammed Iqbal Abdurrahman
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

64. Mounir El Motassadeq
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

65. Said Bahaji
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

66. Adel Ben Soltane
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

67. Nabil Benattia
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

68. Yassine Chekkouri
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

69. Riadh Jelassi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

70. Mendi Kammoun
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

71. Samir Kishk
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

72. Tarek Ben Habib Maaroufi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

73. Abdelhalim Remadna
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

74. Mansour Thaer
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

75. Lazhar Ben Mohammed Tlili
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

76. Habib Waddani
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

77. Abdelkadir Mahmoud Es Sayed
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

78. Khalid al Fawaz
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

79. Abu Hamza al Masri
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

80. Mohamed Ben Belgacem Aouadi
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

81. Mokhtar Boughougha
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

82. Tarek Charaabi
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

83. Sami Ben Khemais Essid
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

84. Lased Ben Heni
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

85. Bashir Ud Din Mahmood
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

86. Abdul Majeed
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

87. S.M. Tufail
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

88. Hussein Mahmud Abdullkadir
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

89. Abdirasik Aden
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

90. Abbas Abdi Ali
    <u>Address</u>:  Unknown
    <u>Subject</u>:  *Id.*

91.  Abdi Adulaziz Ali
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

92.  Yusaf Ahmed Ali
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

93.  Ali Ghaleb Himmat
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

94.  Albert Fredrich Armand Huber
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

95.  Liban Hussein
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

96.  Abdullahi Hussein Kahie
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

97.  Mohammed Mansour
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

98.  Zeinab Mansour Fattah
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

99.  Abdullah Ahmed Abdullah
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

100. Haji Abdul Manan Agha
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

101. Muhammad al Hamati
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

102. Amin al Haq
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

103. Saqar al Sadawi
Address: Unknown
Subject: *Id.*

104. Ahmad Sa'Id al Kadr
Address: Unknown
Subject: *Id.*

105. Anas al Liby
Address: Unknown
Subject: *Id.*

106. Ahmad Ibrahim al Mughassil
Address: Unknown
Subject: *Id.*

107. Abdelkarim Hussein Mohamed al Nasser
Address: Unknown
Subject: *Id.*

108. Sa'D al Sharif
Address: Unknown
Subject: *Id.*

109. Ibrahim Salih Mohammed al Yacoub
Address: Unknown
Subject: *Id.*

110. Ahmed Mohammed Hamed Ali
Address: Unknown
Subject: *Id.*

111. Ali Atwa
Address: Unknown
Subject: *Id.*

112. Bilal bin Marwan
Address: Unknown
Subject: *Id.*

113. Mamoun Darkazanli
Address: Unknown
Subject: *Id.*

114. Ali Saed Bin Ali El Hoorie
Address: Unknown
Subject: *Id.*

115.   Mustafa Mohamed Fadhil
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

116.   Ahmed Khalfan Ghailani
       <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
       United States and can be contacted through the Department of Justice and/or the
       Federal Bureau of Prisons.
       <u>Subject</u>: *Id.*

117.   Riad Hijazi
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

118.   Hasan Izz al Din
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

119.   Mufti Rashid Ahmad Ladehyanoy
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

120.   Fazul Abdullah Mohammed
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

121.   Fahid Mohammed Ally Msalam
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

122.   Youssef Abdaoui
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

123.   Mohammed Amine Akli
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

124.   Mohrez Amdouni
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

125.   Chiheb Ben Mohamed Ayari
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

126. Mondher Baazaoui
Address: Unknown
Subject: *Id.*

127. Lionel Dumont
Address: Unknown
Subject: *Id.*

128. Moussa Ben Amor Essaadi
Address: Unknown
Subject: *Id.*

129. Rachid Fehar
Address: Unknown
Subject: *Id.*

130. Brahim Ben Hedili Hamami
Address: Unknown
Subject: *Id.*

131. Khalil Jarraya
Address: Unknown
Subject: *Id.*

132. Mounir Ben Habib Jerraya
Address: Unknown
Subject: *Id.*

133. Fouzi Jendoubi
Address: Unknown
Subject: *Id.*

134. Fethi Ben Rebai Masri
Address: Unknown
Subject: *Id.*

135. Najib Ouaz
Address: Unknown
Subject: *Id.*

136. Ahmed Hasni Rarrbo
Address: Unknown
Subject: *Id.*

137. Nedal Saleh
Address: Unknown
Subject: *Id.*

138.  Abdelghani Mzoudi
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

139.  Gulbuddin Hekmatyar
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

140.  Imad Mughniyeh
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

141.  Muhammad Omar
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

142.  Osama Bassnan
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

143.  Fahad al Thumairy
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

144.  Sheikh Ahmed Salim Swedan
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

145.  Muhammad Abu Islam
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

146.  Abdullah Qassim
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

147.  Hashim Abdulrahman
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

148.  Jamal al Badawi
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

149.  Mohammed Omar al Harazi
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

150.  Walid al Sourouri
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

151.  Fatha Adbul Rahman
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

152.  Yasser al Azzani
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

153.  Jamal Ba Khorsh
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

154.  Ahmad al Shinni
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

155.  Jamil Qasim Saeed
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

156.  Mohammed Loay Bayazid
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

157.  Sheikh Omar Bakri Muhammad
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

158.  Abdul Fattah Zammar
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

159.  Ghasoub al Abrash Ghalyoun
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

160.  Zacarias Moussaoui
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

161. The Taliban
Address: Unknown
Subject: *Id.*

162. Abdel Hussein
Address: Unknown
Subject: *Id.*

163. Hassan al Turabi
Address: Unknown
Subject: *Id.*

164. Abd Al Mushin al Libi
Address: Unknown
Subject: *Id.*

165. Abdul Rahman Yasin
Address: Unknown
Subject: *Id.*

166. Prince Naif bin Abdulaziz al Saud
Address: Upon information and belief, the individual resides in Saudi Arabia.
Subject: *Id.*

167. Prince Sultan bin Abdulaziz al Saud
Address: Upon information and belief, the individual resides in Saudi Arabia.
Subject: *Id.*

168. Prince Mohammed Al Faisal al Saud
Address: Upon information and belief, the individual resides in Saudi Arabia.
Subject: *Id.*

169. Prince Turki Al Faisal al Saud
Address: Upon information and belief, the individual resides in Saudi Arabia.
Subject: *Id.*

170. Prince Salman Bin Abdul Aziz al Saud
Address: Upon information and belief, the individual resides in Saudi Arabia.
Subject: *Id.*

171. Rabih Haddah
Address: Unknown
Subject: *Id.*

172. Sheikh Abu Bdul Aziz Nagi
Address: Unknown
Subject: *Id.*

173. Wadi al Aqiq
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

174. Al Shaykh al Iraqi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

175. Abu Hajer al Iraqi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

176. Saleh Abdullah Kamel
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

177. Mohammad S. Mohammad
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

178. Mustasim Abdel Rahim
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

179. Mohamed Sadeek Odeh
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

180. Mahdi Chamran Savehi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

181. Mohammed Sarkawi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

182. Haji Mohamad Akram
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

183. Abdallah Omar
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

184. Umar Faruq
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

185. Abd al Rahim al Nashiri
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

186. Muhammed Galeb Kalaje Zoaaydi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

187. Mullah Kakshar
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

188. Arafat El Asahi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

189. Abdul Aziz Al Ibrahim
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

190. Mohammed Bahareth
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

191. Dr. Mohaman Ali Elgari
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

192. Salim bin Mahfouz
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

193. Saif al Islam El Masry
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

194. Syed Suleman Ahmer
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

195. Mazin M.H. Bahareth
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

196. Zahir H. Kazmi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

197. Muzaffar Khan
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

198. Jamal Nyrabeh
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

199. Ahmad Ajaj
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

200. Mohammed Omeish
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

201. Mahmoud Jaballah
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

202. Arafat El Ashi
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

203. Jamal Ahmed Mohammed
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

204. Mohammed Khatib
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

205. Tarik Hamdi
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

206. Fazeh Ahed
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

207. Khaled Nouri
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

208. Abdullah M. al Mahdi
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

209. Tareq M. al Swaidan
Address: Unknown
Subject: *Id.*

210. Abdul al Moslah
Address: Unknown
Subject: *Id.*

211. Salah Badahdh
Address: Unknown
Subject: *Id.*

212. Hassan A.A. Bahafzallah
Address: Unknown
Subject: *Id.*

213. Ihab Ali
Address: Unknown
Subject: *Id.*

214. Ibrahim Hassabella
Address: Unknown
Subject: *Id.*

215. Hisham al Talib
Address: Unknown
Subject: *Id.*

216. Cherif Sedky
Address: Unknown
Subject: *Id.*

217. Omar Al Bayoumi
Address: Unknown
Subject: *Id.*

218. Adel Muhammad Sadiq Bin Kazem
Address: Unknown
Subject: *Id.*

219. Zeinab Mansour-Fattouh
Address: Unknown
Subject: *Id.*

220. Mohammed Chehade
Address: Unknown
Subject: *Id.*

221. Hazem Ragab
     Address: Unknown
     Subject: *Id.*

222. Mustafa al Kadir
     Address: Unknown
     Subject: *Id.*

223. Abu al Maid
     Address: Unknown
     Subject: *Id.*

224. Taha Jaber al Alwani
     Address: Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
     Subject: *Id.*

225. Ibrahim S. Abdullah
     Address: Unknown
     Subject: *Id.*

226. Dr. Mahmoud Dakhil
     Address: Unknown
     Subject: *Id.*

227. Ghasoub al Abrash
     Address: Unknown
     Subject: *Id.*

228. Mustafa Ahmed al Hisawi
     Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     Subject: *Id.*

229. Imad Eddin Barakat Yarkas
     Address: Unknown
     Subject: *Id.*

230. Muhammed Galeb Kalaje Zuoyadi
     Address: Unknown
     Subject: *Id.*

231. Bassam Dalati Satut
     Address: Unknown
     Subject: *Id.*

232. Abdalrahman Alarnout Abu Aljer
Address: Unknown
Subject: *Id.*

233. Mohammed Khair al Saqqa
Address: Unknown
Subject: *Id.*

234. Ghasoub al Abrash Ghalyoun
Address: Unknown
Subject: *Id.*

235. Abu Qatada al Filistini
Address: Unknown
Subject: *Id.*

236. Yassir al Sirri
Address: Unknown
Subject: *Id.*

237. Mohammed al Massari
Address: Unknown
Subject: *Id.*

238. Ziyad Khaleel
Address: Unknown
Subject: *Id.*

239. Mamdouh Mahmud Salim
Address: Unknown
Subject: *Id.*

240. Abdullah Samil Bahmadan
Address: Unknown
Subject: *Id.*

241. Essam al Ridi
Address: Unknown
Subject: *Id.*

242. Omar Abu Omar
Address: Unknown
Subject: *Id.*

243. Mohammed Ali Hasan al Moayad
Address: Unknown
Subject: *Id.*

244. Ibrahim Muhammed Afandi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

245. Abdulrahman Hassan Sharbatly
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

246. Mohammed al Issai
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

247. Ahmed Brahim
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

248. Abu Ibrahim al Masri
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

249. Salman al Ouda
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

250. Muhammed J. Fakihi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

251. Agus Budiman
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

252. Said Bahaji
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

253. Zakariya Essabar
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

B.  All individuals affiliated with the entities named as defendants in Plaintiffs' operative Complaints, including without limitation, all current or former officers, directors, trustees, employees, attorneys, consultants, accountants, agents, or representatives associated with the entity defendant. Individuals include, but are not limited to:

1.  Bakr bin Laden
    <u>Address</u>: Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,

Jeddah Saudi Arabia.

<u>Subject</u>:   Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Abdullah bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

3.   Omar bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

4.   Tariq bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

5.   Yeslam bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

6.   Ghalib bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

7.   Haidar Mohammed bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

8.      Enaam M. Arnanout
      <u>Address</u>: Upon information and belief, the individual is incarcerated in the
United States and can be contacted through the Department of Justice and/or the
Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

9.      Mohammed Loay Bayazid
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

10.     Arafat El Asahi
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

11.     Wa'el Hamza Jelaidan
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

12.     Ihab Ali
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

13.     Wadih El Hage
      <u>Address</u>: Upon information and belief, the individual is incarcerated in the
United States and can be contacted through the Department of Justice and/or the
Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

14.     Adel Muhammad Sadi bin Kazam
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

15.     Abdullah bin Saleh al Obaid
      <u>Address</u>: Upon information and belief, the individual can be contacted through
the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

16.     Abd al Hamid Sulaiman al Mujil
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

17.     Muhammad Sa'd Darwish al Shazy
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

18.  Sayed Abu Nesir
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

19.  Shaykh Ahmed al Gamdin
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

20.  Abdel Aziz Zaher
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

21.  Jamal al Jibouri
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

22.  Mahmoud Jaballah
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

23.  Nazir Qureshi
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

24.  Mohammed Ayyub Thukar
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

25.  Gulbadin Hekmatyar
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

26.  Ahmed Ajaj
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

27.  Abdullah Bin Laden
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
     Jeddah Saudi Arabia.
     <u>Subject</u>:  *Id.*

28.  Omar bin Laden
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
     Jeddah Saudi Arabia.
     <u>Subject</u>:  *Id.*

29. Shahir A. Batterjee
    Address: Unknown
    Subject: *Id.*

30. Saleh al Hussayen
    Address: Unknown
    Subject: *Id.*

31. Abdul Rahman al Swailem
    Address: Unknown
    Subject: *Id.*

32. Abdullah Muhsen al Turki
    Address: Unknown
    Subject: *Id.*

33. Abdullah Omar Naseef
    Address: Unknown
    Subject: *Id.*

34. Sami Omar al Hussayen
    Address: Unknown
    Subject: *Id.*

35. Adnan Basha
    Address: Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

36. Perouz Sedaghaty
    Address: Upon information and belief, the individual is incarcerated in the
    United States and can be contacted through the attorneys at Bernabei & Wachtel,
    1775 T Street, N.W., Washington, D.C. 20009.
    Subject: *Id.*

37. Soliman al Buthe
    Address: Upon information and belief, the individual can be contacted through
    the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C.
    20009.
    Subject: *Id.*

38. Aqeel Abdulaziz al Aqil
    Address: Unknown
    Subject: *Id.*

39. Mansour al Kadi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

40. Sheikh Muhmad al Tujri
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

41. Omar al Faruq
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

42. Ayman al Zawahiri
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

43. Abu Rida
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

44. Boumediene Lakhdar
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

45. Nechle Mohammed
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

46. Yassin al Kadi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

47. Abdulrahman bin Mahfouz
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

48. Suleiman al Rajhi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

49. Abdullah al Rajhi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

50. Saleh Abdulaziz al Rajhi
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

51.  Ahmed Totonji
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
     D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
     300, Washington, D.C. 20005.
     Subject: *Id.*

52.  Mohammed Jaghlit
     Address:  Upon information and belief, the individual resides in the United States.
     Subject: *Id.*

53.  M. Omar Ashraf
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
     D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
     300, Washington, D.C. 20005.
     Subject: *Id.*

54.  Muhammed Ashraf
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
     D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
     300, Washington, D.C. 20005.
     Subject: *Id.*

55.  Iqbal Yunus
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
     D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
     300, Washington, D.C. 20005.
     Subject: *Id.*

56.  M. Yaqub Mirza
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
     D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
     300, Washington, D.C. 20005.
     Subject: *Id.*

57.  Jamal Barzinji
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
     D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
     300, Washington, D.C. 20005.
     Subject: *Id.*

58.     Akberali Mohammed Ali Moawalla
        Address:  Unknown
        Subject:  *Id.*

59.     Mohammed Nour Rahimi
        Address:  Unknown
        Subject:  *Id.*

60.     Khalaf Ahmad Ashour
        Address:  Unknown
        Subject:  *Id.*

61.     Malik M. Sharif
        Address:  Unknown
        Subject:  *Id.*

62.     Khaled S. al Dawood
        Address:  Unknown
        Subject:  *Id.*

63.     Abdul Rahman Nematallah
        Address:  Unknown
        Subject:  *Id.*

64.     Muhamad Salem Ali Yaf'ei
        Address:  Unknown
        Subject:  *Id.*

C.  All individuals identified in all other pleadings and submissions in this MDL (i.e., RICO
    Statements, More Definite Statements, etc.).  Individuals include, but are not limited to:

1.      Dr. Maneh al Jahari
        Address:  Unknown
        Subject:  Individual has information regarding a number of subject matters
        relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
        Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
        (iii) al Qaeda's funding, including support from purported Islamic charitable
        organizations, Islamic financial institutions, and foreign states such as Saudi
        Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
        and participation in other regional jihad campaigns; and (vi) al Qaeda's
        association with related terrorist organizations.

2.      Amir Khattab
        Address:  Unknown
        Subject:  *Id.*

3.  Farooq Ahmed
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

4.  Mohammed Maqbool
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

5.  Ali Ahmed Ali Hamad
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

6.  Abdul Hadi al Gahtani
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

7.  Ahmed Zuhair Handala
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

8.  Dr. Abu Hazifa
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

9.  Muhammed Ali Sayed
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

10. Bashir Barbar Qadim
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

11. Adel Muhammad Sadi Bin Kazarn
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

12. M. Claude Nicati
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

13. Philip C. Wilcox, Jr.
    <u>Address</u>:  Upon information and belief, the individual can be contacted through
    the Foundation for Middle East Peace, 1761 N Street, N.W., Washington, D.C.
    20036.
    <u>Subject</u>: *Id.*

14. Ayman Awad
    Address: Unknown
    Subject: *Id.*

15. Mohamed al Ali al Qari bin Eid
    Address: Unknown
    Subject: *Id.*

16. Dr. Abdul Latif Saleh
    Address: Unknown
    Subject: *Id.*

17. Amir Mehdi
    Address: Unknown
    Subject: *Id.*

18. Jamal al Fadl
    Address: Unknown
    Subject: *Id.*

19. Abdelaziz Zaher
    Address: Unknown
    Subject: *Id.*

20. Jamal al Jibouri
    Address: Unknown
    Subject: *Id.*

D. All individuals identified on the U.S. Department of the Treasury Office of Foreign Assets Control's Specially Designated Nationals and Blocked Persons list, including without limitation, all individuals designated as Specially Designated Global Terrorists ("SDGT") pursuant to E.O. 13224. Individuals include, but are not limited to:

1. Osama bin Laden
   Address: Unknown
   Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Khalid Sheikh Mohammed
   Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
   Subject: *Id.*

3. Abu Zubaydah
   <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
   <u>Subject</u>: *Id.*

4. Wa'el Hamza Jelaidan
   <u>Address</u>:  Unknown
   <u>Subject</u>: *Id.*

5. Yassin al Kadi
   <u>Address</u>:  Unknown
   <u>Subject</u>: *Id.*

6. Abd al Hamid Sulaiman al Mujil
   <u>Address</u>:  Unknown
   <u>Subject</u>: *Id.*

7. Aqeel Abdulaziz al Aqil
   <u>Address</u>:  Unknown
   <u>Subject</u>: *Id.*

8. Soliman al Buthe
   <u>Address</u>:  Upon information and belief, the individual can be contacted through
   the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C.
   20009.
   <u>Subject</u>: *Id.*

9. Muhammad Atif
   <u>Address</u>:  Unknown
   <u>Subject</u>: *Id.*

10. Sayf al Adl
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

11. Abu Hafs the Mauritanian
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

12. Ibn al Shaykh al Libi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

13. Abd al Hadi al Iraqi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

14. Ayman al Zawahiri
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

15. Thirwat Salah Shihata
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

16. Tariq Anwar al Sayyid Ahmad
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

17. Muhammad Salah
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

18. Nurjaman Riduan Ismuddin
    <u>Address</u>: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    <u>Subject</u>: *Id.*

19. Mohammed Iqbal Abdurrahman
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

20. Mounir El Motassadeq
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

21. Ramzi Binalshibh
    <u>Address</u>: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    <u>Subject</u>: *Id.*

22. Zakarya Essabar
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

23. Said Bahaji
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

24. Adel Ben Soltane
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

25. Nabil Benattia
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

26.    Yassine Chekkouri
     Address: Unknown
     Subject: *Id.*

27.    Riadh Jelassi
     Address: Unknown
     Subject: *Id.*

28.    Mendi Kammoun
     Address: Unknown
     Subject: *Id.*

29.    Samir Kishk
     Address: Unknown
     Subject: *Id.*

30.    Tarek Ben Habib Maaroufi
     Address: Unknown
     Subject: *Id.*

31.    Abdelhalim Remadna
     Address: Unknown
     Subject: *Id.*

32.    Mansour Thaer
     Address: Unknown
     Subject: *Id.*

33.    Lazhar Ben Mohammed Tlili
     Address: Unknown
     Subject: *Id.*

34.    Habib Waddani
     Address: Unknown
     Subject: *Id.*

35.    Ahmed Idris Nasreddin
     Address: Unknown
     Subject: *Id.*

36.    Youssef Nada
     Address: Unknown
     Subject: *Id.*

37.    Abdelkadir Mahmoud Es Sayed
     Address: Unknown
     Subject: *Id.*

38.   Khalid al Fawaz
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

39.   Abu Hamza al Masri
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

40.   Mohamed Ben Belgacem Aouadi
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

41.   Mokhtar Boughougha
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

42.   Tarek Charaabi
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

43.   Sami Ben Khemais Essid
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

44.   Lased Ben Heni
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

45.   Bashir Ud Din Mahmood
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

46.   Abdul Majeed
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

47.   S.M. Tufail
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

48.   Youssef M. Nada
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

49.   Hussein Mahmud Abdullkadir
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

50. Abdirasik Aden
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

51. Abbas Abdi Ali
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

52. Abdi Adulaziz Ali
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

53. Yusaf Ahmed Ali
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

54. Ali Ghaleb Himmat
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

55. Albert Fredrich Armand Huber
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

56. Liban Hussein
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

57. Abdullahi Hussein Kahie
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

58. Mohammed Mansour
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

59. Zeinab Mansour-Fattah
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

60. Abdullah Ahmed Abdullah
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

61. Haji Abdul Manan Agha
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

62.    Muhammad al Hamati
       Address:  Unknown
       Subject:  *Id.*

63.    Amin al Haq
       Address:  Unknown
       Subject:  *Id.*

64.    Saqar al Sadawi
       Address:  Unknown
       Subject:  *Id.*

65.    Ahmad Sa'Id Al-Kadr
       Address:  Unknown
       Subject:  *Id.*

66.    Anas al Liby
       Address:  Unknown
       Subject:  *Id.*

67.    Ahmad Ibrahim al Mughassil
       Address:  Unknown
       Subject:  *Id.*

68.    Abdelkarim Hussein Mohamed al Nasser
       Address:  Unknown
       Subject:  *Id.*

69.    Sa'D al Sharif
       Address:  Unknown
       Subject:  *Id.*

70.    Ibrahim Salih Mohammed al Yacoub
       Address:  Unknown
       Subject:  *Id.*

71.    Ahmed Mohammed Hamed Ali
       Address:  Unknown
       Subject:  *Id.*

72.    Ali Atwa
       Address:  Unknown
       Subject:  *Id.*

73.    Bilal bin Marwan
       Address:  Unknown
       Subject:  *Id.*

74. Chafiq Bin Muhammad Ayadi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

75. Mamoun Darkazanli
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

76. Ali Saed Bin Ali El Hoorie
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

77. Mustafa Mohamed Fadhil
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

78. Ahmed Khalfan Ghailani
    <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
    United States and can be contacted through the Department of Justice and/or the
    Federal Bureau of Prisons.
    <u>Subject</u>: *Id.*

79. Riad Hijazi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

80. Hasan Izz al Din
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

81. Mufti Rashid Ahmad Ladehyanoy
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

82. Fazul Abdullah Mohammed
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

83. Fahid Mohammed Ally Msalam
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

84. Youssef Abdaoui
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

85.  Mohammed Amine Akli
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

86.  Mohrez Amdouni
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

87.  Chiheb Ben Mohamed Ayari
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

88.  Mondher Baazaoui
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

89.  Lionel Dumont
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

90.  Moussa Ben Amor Essaadi
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

91.  Rachid Fehar
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

92.  Brahim Ben Hedili Hamami
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

93.  Khalil Jarraya
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

94.  Mounir Ben Habib Jerraya
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

95.  Fouzi Jendoubi
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

96.  Fethi Ben Rebai Masri
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

97.  Najib Ouaz
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

98.  Ahmed Hasni Rarrbo
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

99.  Nedal Saleh
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

100. Abdelghani Mzoudi
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

101. Gulbuddin Hekmatyar
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

102. Imad Mughniyeh
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

103. Muhammad Omar
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

E.  Current or former U.S. Government officials participating or involved in the E.O. 13224
    designation process.  Individuals include, but are not limited to:

1.  Stuart A. Levey
    <u>Address</u>:  Upon information and belief, the individual resides in the United States
    and can be contacted through the Department of the Treasury.
    <u>Subject</u>:  Individual has information regarding a number of subject matters
    relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
    Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
    (iii) al Qaeda's funding, including support from purported Islamic charitable
    organizations, Islamic financial institutions, and foreign states such as Saudi
    Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
    and participation in other regional jihad campaigns; and (vi) al Qaeda's
    association with related terrorist organizations.

2.  R. Richard Newcomb
    <u>Address</u>:  Upon information and belief, the individual can be contacted through
    DLA Piper, 500 Eighth Street, N.W., Washington D.C. 20004.
    <u>Subject</u>:  *Id.*

3. Mark D. Roberts
   Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of the Treasury.
   Subject: *Id.*

4. Barbara C. Hammerle
   Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of the Treasury.
   Subject: *Id.*

5. Matthew A. Levitt
   Address: Upon information and belief, the individual can be contacted through the Washington Institute for Near East Policy, 1828 L Street N.W., Suite 1050 Washington D.C. 20036.
   Subject: *Id.*

6. David D. Aufhauser
   Address: Upon information and belief, the individual can be contacted through Williams & Connolly, 725 Twelfth Street, N.W., Washington, D.C. 20005.
   Subject: *Id.*

F. Members, staffers, investigators, and other individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee, established pursuant to Resolution 1267, including without limitation, all individuals who were interviewed by the United National Committee and/or who provided sworn testimony or statements to the United National Committee. Individuals include, but are not limited to:

1. Thomas Mayr Harting
   Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
   Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Richard Barrett
   Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza,

New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

3.    Heraldo Munoz
Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

4.    Alfonso Valdivieso
Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

5.    Michael Chander
Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

6.    Philippe Graver
Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

7.    Hassan H. Ali Abaza
Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as

well as through the Committee's Monitoring Team at 1267mt@un.org.
<u>Subject</u>: *Id.*

8.    Surendra Bahadur Shah
    <u>Address</u>: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at <u>SC-1267-Committee@un.org</u>, as well as through the Committee's Monitoring Team at 1267mt@un.org.
    <u>Subject</u>: *Id.*

9.    Michael D. Langan
    <u>Address</u>: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at <u>SC-1267-Committee@un.org</u>, as well as through the Committee's Monitoring Team at 1267mt@un.org.
    <u>Subject</u>: *Id.*

10.    Haile Menkerios
    <u>Address</u>: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at <u>SC-1267-Committee@un.org</u>, as well as through the Committee's Monitoring Team at 1267mt@un.org.
    <u>Subject</u>: *Id.*

11.    Reynaldo O. Arcilla
    <u>Address</u>: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at <u>SC-1267-Committee@un.org</u>, as well as through the Committee's Monitoring Team at 1267mt@un.org.
    <u>Subject</u>: *Id.*

12.    Michael E. G. Chandler
    <u>Address</u>: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at <u>SC-1267-Committee@un.org</u>, as well as through the Committee's Monitoring Team at 1267mt@un.org.
    <u>Subject</u>: *Id.*

13. Mahmoud Kassem
Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

14. Atilio N. Molteni
Address: Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017. Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

G. All current or former members and/or associates of the al Qaeda terrorist organization. Individuals include, but are not limited to:

1. Osama bin Laden
Address: Unknown
Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Ayman al Zawahiri
Address: Unknown
Subject: *Id.*

3. Khalid Sheikh Mohammed
Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject: *Id.*

4. Abu Zubaydah
Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject: *Id.*

5. Ramzi Binalshibh
Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject: *Id.*

      6.    Wa'el Hamza Jelaidan
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

H.    All current or former members and/or associates of the <u>Abu Sayyaf Group</u> terrorist
      organization.  Individuals include, but are not limited to:

      1.    Madhatta Asagal Haipe
           <u>Address</u>:  Unknown
           <u>Subject</u>:  Individual has information regarding a number of subject matters
           relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
           Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
           (iii) al Qaeda's funding, including support from purported Islamic charitable
           organizations, Islamic financial institutions, and foreign states such as Saudi
           Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
           and participation in other regional jihad campaigns; and (vi) al Qaeda's
           association with related terrorist organizations.

      2.    Gumbahali Jumdail
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

      3.    Jhon Buhari Jamiri
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

      4.    Adjik Halik
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

      5.    Jainal Antel Sali, Jr.
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

      6.    Radulan Sahiron
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

      7.    Isnilon Totoni Hapilon
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

      8.    Noor Umog
           <u>Address</u>:  Unknown
           <u>Subject</u>: *Id.*

9. Mohammad Saleh
Address: Unknown
Subject: *Id.*

10. Abdullah Nasser Alarifi
Address: Unknown
Subject: *Id.*

11. Abdulraheem Hamad al Talhi
Address: Uknown
Subject: *Id.*

12. Burhan Mundos
Address: Unknown
Subject: *Id.*

13. Mahmoud Afif
Address: Unknown
Subject: *Id.*

14. Khair Mundos
Address: Unknown
Subject: *Id.*

I. All current or former members and/or associates of the Jemaah Islamiyah terrorist organization. Individuals include, but are not limited to:

1. Yassin Sywal
Address: Unknown
Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Mukhlis Yunos
Address: Unknown
Subject: *Id.*

3. Imam Samudra
Address: Unknown
Subject: *Id.*

4.      Huda bin Abdul Haq
         Address:  Unknown
         Subject: *Id.*

5.      Parlindungan Siregar
         Address:  Unknown
         Subject: *Id.*

6.      Julkipli Salim Y Salamuddin
         Address:  Unknown
         Subject: *Id.*

7.      Aris Munandar
         Address:  Unknown
         Subject: *Id.*

8.      Fathur Rohman al Ghozi
         Address:  Unknown
         Subject: *Id.*

9.      Agus Dwikarna
         Address:  Unknown
         Subject: *Id.*

10.     Abdul Hakim Murad
         Address:  Unknown
         Subject: *Id.*

11.     Abu Rusdan
         Address:  Unknown
         Subject: *Id.*

12.     Zulkarnaen
         Address:  Unknown
         Subject: *Id.*

13.     Joko Pitono
         Address:  Unknown
         Subject: *Id.*

14.     Abu Bakar Ba'asyir
         Address:  Unknown
         Subject: *Id.*

15.     Gun Gun Rusman Gunawan
         Address:  Unknown
         Subject: *Id.*

16.   Taufik Rifki
      Address:  Unknown
      Subject:  *Id.*

17.  . Abdullah Anshori
      Address:  Unknown
      Subject:  *Id.*

18.   Nurjaman Riduan Isamuddin
      Address:  Unknown
      Subject:  *Id.*

19.   Mohamad Iqbal Abdurrahman
      Address:  Unknown
      Subject:  *Id.*

J.   All current or former members and/or associates of the <u>al Gama'a al Islamiyya</u> terrorist
     organization.  Individuals include, but are not limited to:

1.   Sheikh Omar Abdel Rahman
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Najeh Ibrahim
     Address:  Unknown
     Subject:  *Id.*

3.   Mohammad Hasan Khalil al Hakim
     Address:  Unknown
     Subject:  *Id.*

4.   Sheikh Abdel Akhar Hammad
     Address:  Unknown
     Subject:  *Id.*

5.   Taha Musa
     Address:  Unknown
     Subject:  *Id.*

K.   All current or former members and/or associates of the <u>Egyptian Islamic Jihad</u> terrorist
     organization.  Individuals include, but are not limited to:

50

1.   Ayman al Zawahiri
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Sayyed Imam al Sharif
     Address:  Unknown
     Subject:  *Id.*

3.   Hani al Sibai
     Address:  Unknown
     Subject:  *Id.*

4.   Ali Abdul Saoud Mohamed
     Address:  Unknown
     Subject:  *Id.*

L.   All current or former members and/or associates of the <u>Moro Islamic Liberation Front</u>
     terrorist organization.  Individuals include, but are not limited to:

1.   Mohagher Iqbal
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Mukhlis Yunos
     Address:  Unknown
     Subject:  *Id.*

M.   All current or former members and/or associates of the <u>Asbat al Ansar</u> terrorist
     organization.  Individuals include, but are not limited to:

1.   Ahmed al Karim al Saadi
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al

Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
(iii) al Qaeda's funding, including support from purported Islamic charitable
organizations, Islamic financial institutions, and foreign states such as Saudi
Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
and participation in other regional jihad campaigns; and (vi) al Qaeda's
association with related terrorist organizations.

2.   Haytham Abd al Karim al Saadi
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

3.   Sulayman Khalid Darwish
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

4.   Mahir al Sa'di
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

N.   All current or former members and/or associates of the <u>Hezbollah</u> terrorist organization.
     Individuals include, but are not limited to:

1.   Ali Mussa Daqduq
     <u>Address</u>:  Unknown
     <u>Subject</u>:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Sheikh Naim Qassem
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

3.   Ali Atwa
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

4.   Hasan Izz al Din
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

5.   Mohammed Hussein al Husseini
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

6.   Ibrahim Mousawi
     Address:  Unknown
     Subject: *Id.*

7.   Hussein Naboulsi
     Address:  Unknown
     Subject: *Id.*

O.   All current or former members and/or associates of the <u>HAMAS</u> terrorist organization. Individuals include, but are not limited to:

1.   Sheikh Ahmed Yassin
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Imad Khalil al Alami
     Address:  Unknown
     Subject: *Id.*

3.   Usama Hamdan
     Address:  Unknown
     Subject: *Id.*

4.   Khalid Mishaal
     Address:  Unknown
     Subject: *Id.*

5.   Musa Abu Marzook
     Address:  Unknown
     Subject: *Id.*

6.   Andel Aziz Rantisi
     Address:  Unknown
     Subject: *Id.*

P.   All current or former members and/or associates of the <u>Palestinian Islamic Jihad</u> terrorist organization.  Individuals include, but are not limited to:

1.   Ramadan Abdallah Shallah
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters

relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.  Sami Amin al Arian
    Address: Unknown
    Subject: *Id.*

3.  Ramadan Abdullah Shallah
    Address: Unknown
    Subject: *Id.*

4.  Bashir Musa Mohammed Nafi
    Address: Unknown
    Subject: *Id.*

5.  Sameeh Hammoudeh
    Address: Unknown
    Subject: *Id.*

6.  Muhammed Tasir Hassan al Khatib
    Address: Unknown
    Subject: *Id.*

7.  Abd al Aziz Awda
    Address: Unknown
    Subject: *Id.*

8.  Ghassan Zayed Ballut
    Address: Unknown
    Subject: *Id.*

9.  Hatim Naji Fariz
    Address: Unknown
    Subject: *Id.*

10. Mazen al Najjar
    Address: Unknown
    Subject: *Id.*

Q.  All current or former members and/or associates of the al Aqsa Martyrs Brigade terrorist organization. Individuals include, but are not limited to:

1.    Zakaria Zubeidi
<u>Address</u>: Unknown
<u>Subject</u>: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.    Salim Thabit
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

3.    Taufik Tirawi
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

4.    Marwan Barghouti
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

R.    All current or former members and/or associates of the <u>Jaish e Mohammed</u> terrorist organization. Individuals include, but are not limited to:

1.    Mohammed Masood Azhar Alvi
<u>Address</u>: Unknown
<u>Subject</u>: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.    Maulana Massod Azhar
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

S.    All current or former members and/or associates of the <u>Lashkar e Tayyiba</u> terrorist organization. Individuals include, but are not limited to:

1.    Azam Cheema
<u>Address</u>: Unknown
<u>Subject</u>: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al

Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Hafiz Abdul Rahman Makki
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

3. Fazeel A Tul Shaykh Abu Mohammed Ameen al Peshawari
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

4. Arif Qasmani
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

5. Mohammed Yahya Mujahid
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

6. Nasir Javaid
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

7. Hafiz Abdur Rauf
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

8. Mian Abdullah
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

9. Mohammad Naushad Alam Khan
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

T. All current or former members and/or associates of the <u>Lashkar e Jhangvi</u> terrorist organization. Individuals include, but are not limited to:

1. Ziauddin Mehsud
   <u>Address</u>: Unknown
   <u>Subject</u>: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable

organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Munir Chandio
   Address: Unknown
   Subject: *Id.*

3. Rizwan Muqaddam
   Address: Unknown
   Subject: *Id.*

4. Qari Zafar
   Address: Unknown
   Subject: *Id.*

5. Rizwan Ahmad
   Address: Unknown
   Subject: *Id.*

6. Shafiqur Rehman
   Address: Unknown
   Subject: *Id.*

U. All current or former members and/or associates of the <u>Armed Islamic Group</u> terrorist organization. Individuals include, but are not limited to:

1. Antar Zouabri
   Address: Unknown
   Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Ahmed Ressam
   Address: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
   Subject: *Id.*

V. All current or former members and/or associates of the <u>Salafist Group for Call and Combat</u> terrorist organization. Individuals include, but are not limited to:

1. Mokhtar Belmokhtar
   Address: Unknown
   Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Mustapha Nasir Ait El Hadi
   Address: Unknown
   Subject: *Id.*

3. Djamel Lounici
   Address: Unknown
   Subject: *Id.*

4. Mohamed Ben Belgacem Aouadi
   Address: Unknown
   Subject: *Id.*

5. Mokhtar Bouchoucha
   Address: Unknown
   Subject: *Id.*

6. Tarek Charaabi
   Address: Unknown
   Subject: *Id.*

7. Sami Ben Khemais Essid
   Address: Unknown
   Subject: *Id.*

W. All current or former members and/or associates of the Harakat al Shabaab al Mujahideen terrorist organization. Individuals include, but are not limited to:

1. Sheikh Moktar ali Zubeyr
   Address: Unknown
   Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.      Sheikh Mukhtar Robow
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

3.      Fazul Abdullah Mohammed
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

4.      Sheikh Muhammad Abu Fa'id
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

5.      Abu Sulayman al Bandari
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

6.      Abu Musa Mombasa
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

7.      Abu Mansoor al Amriki
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

8.      Mahmud Mujajir
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

9.      Abdifatah Aweys Abu Hamza
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

10.     Sheikh Xasan Xuseen
        <u>Address</u>: Unknown
        <u>Subject</u>: *Id.*

X.      Members, staffers, investigators, and other individuals associated with the National
        Commission on Terrorist Attacks Upon the United States (the "9-11 Commission"),
        including without limitation, all individuals who were interviewed by the 9-11
        Commission and/or who provided sworn testimony or statements to the 9-11
        Commission.  Individuals include, but are not limited to:

1.      Thomas H. Kean
        <u>Address</u>:  Upon information and belief, the individual can be contacted through
        the Partnership For a Secure America, 2000 P Street, N.W., Suite 505,
        Washington, D.C. 20036.
        <u>Subject</u>:  Individual has information regarding a number of subject matters
        relative to Plaintiffs' claims, including without limitation:  (i) the origins of al

Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.      Lee H. Hamilton
<u>Address</u>: Upon information and belief, the individual can be contacted through the Woodrow Wilson International Center for Scholars, Ronald Reagan Building and International Trade Center, One Woodrow Wilson Plaza, 1300 Pennsylvania Ave., N.W., Washington, DC 20004-3027.
<u>Subject</u>: *Id.*

3.      Richard Ben-Veniste
<u>Address</u>: Upon information and belief, the individual can be contacted through Mayer Brown LLP, 1999 K Street, N.W., Washington, D.C. 20006-1101.
<u>Subject</u>: *Id.*

4.      Fred F. Fielding
<u>Address</u>: Upon information and belief, the individual can be contacted through Morgan Lewis & Bockius LLP, 1111 Pennsylvania Ave., N.W., Washington, D.C. 20004-2541.
<u>Subject</u>: *Id.*

5.      Jamie S. Gorelick
<u>Address</u>: Upon information and belief, the individual can be contacted through Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006.
<u>Subject</u>: *Id.*

6.      Slade Gorton
<u>Address</u>: Upon information and belief, the individual can be contacted through the Partnership For a Secure America, 2000 P Street, N.W., Suite 505, Washington, D.C. 20036.
<u>Subject</u>: *Id.*

7.      Bob Kerrey
<u>Address</u>: Upon information and belief, the individual can be contacted through The New School, 66 West 12th Street, New York, New York 10011.
<u>Subject</u>: *Id.*

8.      John F. Lehman
<u>Address</u>: Upon information and belief, the individual can be contacted through J.F. Lehman & Company, 450 Park Avenue, 6th Floor, New York, New York 10022, or 2001 Jefferson Davis Highway, Suite 607, Arlington, VA 22202.
<u>Subject</u>: *Id.*

9. Timothy J. Roemer
   <u>Address</u>:  Upon information and belief, the individual can be contacted through
   the office of the U.S. Ambassador to the Republic of India.
   <u>Subject</u>:  *Id.*

10. James R. Thompson
    <u>Address</u>:  Upon information and belief, the individual resides in the United States.
    <u>Subject</u>:  *Id.*

11. Philip D. Zelikow
    <u>Address</u>:  Upon information and belief, the individual can be contacted through
    the University of Virginia, Corcoran Department of History, P.O. Box 400180,
    Charlottesville, VA 22904.
    <u>Subject</u>:  *Id.*

12. Chris Kojm
    <u>Address</u>:  Upon information and belief, the individual can be contacted through
    the National Intelligence Council, c/o the Office of the Director of National
    Intelligence, Washington, D.C. 20511.
    <u>Subject</u>:  *Id.*

13. Daniel Marcus
    <u>Address</u>:  Upon information and belief, the individual can be contacted through
    the American University Washington College of Law, 4801 Massachusetts
    Avenue, N.W., Washington, D.C. 20016.
    <u>Subject</u>:  *Id.*

14. John Roth
    <u>Address</u>:  Upon information and belief, the individual resides in the United States.
    <u>Subject</u>:  *Id.*

15. Douglas Greenburg
    <u>Address</u>:  Upon information and belief, the individual can be contacted through
    Latham & Watkins LLP, 555 Eleventh Street, N.W., Suite 1000, Washington,
    D.C. 20004-1304.
    <u>Subject</u>:  *Id.*

16. Serena Wille
    <u>Address</u>:  Upon information and belief, the individual can be contacted through
    Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W.,
    Washington, D.C. 20006.
    <u>Subject</u>:  *Id.*

17. Thomas R. Eldridge
    <u>Address</u>:  Upon information and belief, the individual resides in the United States.
    <u>Subject</u>:  *Id.*

18.   Susan Ginsburg
      Address:  Upon information and belief, the individual can be contacted through
      the Migration Policy Institute, 1400 16th Street, N.W., Suite 300, Washington,
      D.C. 20036.
      Subject:  *Id.*

19.   Walter T. Hempel II
      Address:  Upon information and belief, the individual can be contacted through
      Centra Technology Inc., 25 Burlington Mall Road, Burlington, MA 01803.
      Subject:  *Id.*

20.   Janice L. Kephart
      Address:  Upon information and belief, the individual can be contacted through
      The Heritage Foundation, 214 Massachusetts Avenue, N.E., Washington, D.C.
      20002.
      Subject:  *Id.*

21.   Kelly Moore
      Address:  Upon information and belief, the individual can be contacted through
      her webpage at http://www.whatthekel.com.
      Subject:  *Id.*

Y.    Members, staffers, investigators, and other individuals associated with the Joint Inquiry
      into the Terrorist Attacks of September 11, 2001, by the House Permanent Select
      Committee on Intelligence and the Senate Select Committee on Intelligence, including
      without limitation, all individuals who were interviewed by the Congressional Joint
      Inquiry and/or who provided sworn testimony or statements to the Congressional Joint
      Inquiry.  Individuals include, but are not limited to:

1.    Bob Graham
      Address:  Upon information and belief, the individual resides in the United States.
      Subject:  Individual has information regarding a number of subject matters
      relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
      Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
      (iii) al Qaeda's funding, including support from purported Islamic charitable
      organizations, Islamic financial institutions, and foreign states such as Saudi
      Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
      and participation in other regional jihad campaigns; and (vi) al Qaeda's
      association with related terrorist organizations.

2.    Richard C. Shelby
      Address:  Upon information and belief, the individual resides in the United States
      and can be contacted through his Congressional office.
      Subject:  *Id.*

3.    Carl Levin
      Address:  Upon information and belief, the individual resides in the United States

and can be contacted through his Congressional office.
<u>Subject</u>: *Id.*

4. John D. Rockefeller
   <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
   <u>Subject</u>: *Id.*

5. Dianne Feinstein
   <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through her Congressional office.
   <u>Subject</u>: *Id.*

6. Ron Wyden
   <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
   <u>Subject</u>: *Id.*

7. Richard J. Durbin
   <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
   <u>Subject</u>: *Id.*

8. Evan Bayh
   <u>Address</u>: Upon information and belief, the individual resides in the United States.
   <u>Subject</u>: *Id.*

9. John Edwards
   <u>Address</u>: Upon information and belief, the individual resides in the United States.
   <u>Subject</u>: *Id.*

10. Barbara Mikulski
    <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through her Congressional office.
    <u>Subject</u>: *Id.*

11. Jon Kyl
    <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
    <u>Subject</u>: *Id.*

12. James M. Inhofe
    <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
    <u>Subject</u>: *Id.*

13. Orrin Hatch
    <u>Address</u>: Upon information and belief, the individual resides in the United States

and can be contacted through his Congressional office.
<u>Subject</u>: *Id.*

14.     Pat Roberts
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
<u>Subject</u>: *Id.*

15.     Mike DeWine
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through the Ohio Attorney General's office.
<u>Subject</u>: *Id.*

16.     Fred Thompson
<u>Address</u>:  Upon information and belief, the individual resides in the United States.
<u>Subject</u>: *Id.*

17.     Richard Lugar
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
<u>Subject</u>: *Id.*

18.     Porter J. Goss
<u>Address</u>:  Upon information and belief, the individual resides in the United States.
<u>Subject</u>: *Id.*

19.     Nancy Pelosi
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through her Congressional office.
<u>Subject</u>: *Id.*

20.     Doug Bereuter
<u>Address</u>:  Upon information and belief, the individual resides in the United States.
<u>Subject</u>: *Id.*

21.     Michael N. Castle
<u>Address</u>:  Upon information and belief, the individual resides in the United States.
<u>Subject</u>: *Id.*

22.     Sherwood L. Boehlert
<u>Address</u>:  Upon information and belief, the individual resides in the United States.
<u>Subject</u>: *Id.*

23.     Jim Gibbons
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through the Nevada Governor's office.
<u>Subject</u>: *Id.*

24.     Ray LaHood
        Address:  Upon information and belief, the individual resides in the United States
        and can be contacted through the office of the United States Secretary of
        Transportation.
        Subject: *Id.*

25.     Randy "Duke" Cunningham
        Address:  Upon information and belief, the individual is incarcerated in the
        United States and can be contacted through the Department of Justice and/or the
        Federal Bureau of Prisons.
        Subject: *Id.*

26.     Peter Hoekstra
        Address:  Upon information and belief, the individual resides in the United States
        and can be contacted through his Congressional office.
        Subject: *Id.*

27.     Richard Burr
        Address:  Upon information and belief, the individual resides in the United States
        and can be contacted through his Congressional office.
        Subject: *Id.*

28.     Saxby Chambliss
        Address:  Upon information and belief, the individual resides in the United States
        and can be contacted through his Congressional office.
        Subject: *Id.*

29.     Terry Everett
        Address:  Upon information and belief, the individual resides in the United States.
        Subject: *Id.*

30.     Sanford D. Bishop
        Address:  Upon information and belief, the individual resides in the United States
        and can be contacted through his Congressional office.
        Subject: *Id.*

31.     Jane Harman
        Address:  Upon information and belief, the individual resides in the United States
        and can be contacted through his Congressional office.
        Subject: *Id.*

32.     Gary A. Condit
        Address:  Upon information and belief, the individual resides in the United States.
        Subject: *Id.*

33.     Tim Roemer
        Address:  Upon information and belief, the individual can be contacted through

the office of the U.S. Ambassador to the Republic of India.
<u>Subject</u>: *Id.*

34.   Silvestre Reyes
       <u>Address</u>:  Upon information and belief, the individual resides in the United States
       and can be contacted through his Congressional office.
       <u>Subject</u>: *Id.*

35.   Leonard L. Boswell
       <u>Address</u>:  Upon information and belief, the individual resides in the United States
       and can be contacted through his Congressional office.
       <u>Subject</u>: *Id.*

36.   Collin C. Peterson
       <u>Address</u>:  Upon information and belief, the individual resides in the United States
       and can be contacted through his Congressional office.
       <u>Subject</u>: *Id.*

37.   Bud Cramer
       <u>Address</u>:  Upon information and belief, the individual resides in the United States.
       <u>Subject</u>: *Id.*

Z.   All individuals who have appeared as witnesses in hearings before the U.S. House of
     Representatives or U.S. Senate and provided sworn testimony and/or statements
     regarding terrorism-related issues, including without limitation, testimony and/or
     statements regarding Osama bin Laden, al Qaeda and other terrorist organizations,
     terrorist plots and/or attacks conducted by al Qaeda or associated terrorist groups,
     terrorism financing, and the role of purported Islamic charitable organizations and
     Islamic financial institutions in the al Qaeda terrorism network.  Individuals include, but
     are not limited to:

1.   Stuart A. Levey
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of the Treasury.
     <u>Subject</u>:   Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Matthew A. Levitt
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     the Washington Institute for Near East Policy, 1828 L Street N.W., Suite 1050

Washington D.C. 20036.
Subject: *Id.*

3. Lee S. Wolosky
Address: Upon information and belief, the individual can be contacted through Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022.
Subject: *Id.*

4. Robert S. Mueller III
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Federal Bureau of Investigation.
Subject: *Id.*

5. R. Richard Newcomb
Address: Upon information and belief, the individual can be contacted through DLA Piper, 500 Eighth Street, N.W., Washington D.C. 20004.
Subject: *Id.*

AA. Current or former counter-terrorism officials and advisors from U.S. Government departments and agencies, including without limitation: Department of State; Department of the Treasury; Department of Homeland Security; Department of Justice; Department of Defense; Central Intelligence Agency; Federal Bureau of Investigation; Defense Intelligence Agency; National Security Agency; and the Office of the Director of National Intelligence. Individuals include, but are not limited to:

1. Stuart A. Levey
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of the Treasury.
Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. R. Richard Newcomb
Address: Upon information and belief, the individual can be contacted through DLA Piper, 500 Eighth Street, N.W., Washington D.C. 20004.
Subject: *Id.*

3. Mark D. Roberts
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of the Treasury.
Subject: *Id.*

4.  Barbara C. Hammerle
    Address: Upon information and belief, the individual resides in the United States
    and can be contacted through the Department of the Treasury.
    Subject: *Id.*

5.  Matthew A. Levitt
    Address: Upon information and belief, the individual can be contacted through
    the Washington Institute for Near East Policy, 1828 L Street N.W., Suite 1050
    Washington D.C. 20036.
    Subject: *Id.*

6.  Ambassador James B. Foley
    Address: Upon information and belief, the individual can be contacted through
    the office of the U.S. Ambassador to the Republic of Croatia.
    Subject: *Id.*

7.  David D. Aufhauser
    Address: Upon information and belief, the individual can be contacted through
    Williams & Connolly, 725 Twelfth Street, N.W., Washington, D.C. 20005.
    Subject: *Id.*

8.  George B. Wolfe
    Address: Upon information and belief, the individual can be contacted through
    Nelson Mullins Riley & Scarborough LLP, Meridian, 17th Floor, 1320 Main
    Street, Columbia, South Carolina 29201.
    Subject: *Id.*

9.  Patrick J. Fitzgerald
    Address: Upon information and belief, the individual can be contacted through
    the office of the United States Attorney for the Northern District of Illinois, 219 S.
    Dearborn St., 5th Floor, Chicago, IL 60604.
    Subject: *Id.*

10. Philip C. Wilcox, Jr.
    Address: Upon information and belief, the individual can be contacted through
    the Foundation for Middle East Peace, 1761 N Street, N.W., Washington, D.C.
    20036.
    Subject: *Id.*

11. R. James Woolsey, Jr.
    Address: Upon information and belief, the individual can be contacted through
    Booz Allen Hamilton, 901 15th Street, N.W., Suite 900, Washington, D.C. 20005.
    Subject: *Id.*

12. George J. Tenet
    Address: Upon information and belief, the individual can be contacted through
    Allen & Company LLC, 711 Fifth Avenue, New York, New York.
    Subject: *Id.*

13. Robert S. Mueller III
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Federal Bureau of Investigation.
Subject: *Id.*

14. Louis J. Freeh
Address: Upon information and belief, the individual can be contacted through Freeh Group International Solutions LLC, 500 Delaware Avenue, Suite 710, Wilmington, Delaware 19801.
Subject: *Id.*

15. William S. Sessions
Address: Upon information and belief, the individual can be contacted through Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C. 20006.
Subject: *Id.*

BB. Former members of the Arab mujahideen that were involved in, and/or associated with, regional jihad campaigns occurring around the globe following the Soviet-Afghan conflict, including without limitation: Bosnia, Chechnya, Kosovo, Sudan, Kashmir, Pakistan, Afghanistan, Iraq, Turkey, Indonesia, Malaysia, Algeria, the Philippines, Somalia, Palestine, Yemen, Kenya, Tanzania, and Egypt. Individuals include, but are not limited to those persons identified in **Attachment A**, which includes last known addresses. Individuals have information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

CC.     All individuals that were involved in, and/or associated with, any al Qaeda-related terrorist attack or plot.  Individuals include, but are not limited to:

  1.     Osama bin Laden
         Address:  Unknown
         Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

  2.     Ayman al Zawahiri
         Address:  Unknown
         Subject:  Id.

  3.     Khalid Sheikh Mohammed
         Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
         Subject:  Id.

  4.     Abu Zubaydah
         Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
         Subject:  Id.

  5.     Ramzi Binalshibh
         Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
         Subject:  Id.

DD.    Federal Bureau of Investigation 302 Cooperating Witnesses.  Individuals include, but are not limited to:

  1.     Jamal Ahmad al Fadl
         Address:  Upon information and belief, al Fadl is in the protective custody of the United States.
         Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

EE.    Individuals detained by the United States Government following the September 11, 2001 terrorist attacks and who are currently, or were previously, incarcerated at the U.S. Naval Base at Guantanamo Bay, Cuba.  Individuals include, but are not limited to:

70

1.    Khalid Sheikh Mohammed
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  Individual has information regarding a number of subject matters
      relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
      Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
      (iii) al Qaeda's funding, including support from purported Islamic charitable
      organizations, Islamic financial institutions, and foreign states such as Saudi
      Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
      and participation in other regional jihad campaigns; and (vi) al Qaeda's
      association with related terrorist organizations.

2.    Ramzi bin al Shibh
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

3.    Abu Zubaydah
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

4.    Ali Abdul Aziz Ali
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

5.    Abu Faraj al Libi
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

6.    Mohd Farik bin Amin (a/k/a Zubair)
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

7.    Walid bin Attash
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

8.    Abd al Rahim al Nashiri
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

9.    Majid Khan
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

10.   Mohammed Nazir bin Lep (a/k/a Lillie)
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

11. Mustafa Ahmad al Hawsawi
    Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject: *Id.*

12. Riduan bin Isomuddin (a/k/a Hambali)
    Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject: *Id.*

13. Ahmed Khalfan Ghailani
    Address: Upon information and belief, the individual is incarcerated in the
    United States and can be contacted through the Department of Justice and/or the
    Federal Bureau of Prisons.
    Subject: *Id.*

14. Gouled Hassan Dourad
    Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject: *Id.*

15. Samir N. al Hasan
    Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject: International Islamic Relief Organization's provision of material and
    financial support to Osama bin Laden and the al Qaeda terrorist organization.

16. Zaid Muhamamd Sa'ad al Husayn
    Address: Upon information and belief, the individual was transferred to Saudi
    Arabia on November 9, 2007.
    Subject: Al Haramain Islamic Foundation's provision of material and financial
    support to Osama bin Laden and the al Qaeda terrorist organization.

17. Abdel Hadi Mohammed Badan al Sebaii Sebaii
    Address: Upon information and belief, the individual was transferred to Saudi
    Arabia on May 18, 2006.
    Subject: *Id.*

18. Omar Rajab Amin
    Address: Upon information and belief, the individual was transferred to Kuwait
    on September 14, 2006.
    Subject: *Id.*

19. Saed Khatem al Malki
    Address: Upon information and belief, the individual was transferred to Saudi
    Arabia on May 18, 2006.
    Subject: *Id.*

20. Abdul Rahman Owaid Mohammad al Juaid
    Address: Upon information and belief, the individual was transferred to Saudi
    Arabia on July 15, 2007.
    Subject: *Id.*

21.  Turki Mash Awi Zayid al Asiri
     <u>Address</u>:  Upon information and belief, the individual was transferred to Saudi
     Arabia on November 9, 2007.
     <u>Subject</u>:  Al Rajhi Bank's and SAAR Network's provision of material and
     financial support to Osama bin Laden and the al Qaeda terrorist organization.

22.  Rashed Awad Khalaf Balkhair
     <u>Address</u>:  Upon information and belief, the individual was transferred to Saudi
     Arabia on February 20, 2007.
     <u>Subject</u>:  International Islamic Relief Organization's provision of material and
     financial support to Osama bin Laden and the al Qaeda terrorist organization.

23.  Yunis Abdurrahman Shokuri
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>:  Saudi charity's provision of material and financial support to Osama bin
     Laden and the al Qaeda terrorist organization.

24.  Said Muhammad Husayn Qahtani
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>:  International Islamic Relief Organization's and Al Haramain Islamic
     Foundation's provision of material and financial support to Osama bin Laden and
     the al Qaeda terrorist organization.

25.  Fahd Muhammed Abdullah al Fouzan
     <u>Address</u>:  Upon information and belief, the individual was transferred to Saudi
     Arabia on September 5, 2007.
     <u>Subject</u>:  Al Haramain Islamic Foundation's provision of material and financial
     support to Osama bin Laden and the al Qaeda terrorist organization.

26.  Anwar Hamden Muhammed al Nur
     <u>Address</u>:  Upon information and belief, the individual was transferred to Saudi
     Arabia on December 13, 2006.
     <u>Subject</u>:  International Islamic Relief Organization's provision of material and
     financial support to Osama bin Laden and the al Qaeda terrorist organization.

27.  Sawad al Madani
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

28.  Fadil Husayn Salih Hintif
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>:  Saudi Red Crescent's provision of material and financial support to
     Osama bin Laden and the al Qaeda terrorist organization.

29.  Abdul Aziz Abdul Rahman Abdul Aziz al Baddah
     <u>Address</u>:  Upon information and belief, the individual was transferred to Saudi
     Arabia on June 24, 2006.

Subject:  Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

30.  Abd al Aziz Muhammad Ibrahim al Nasir
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on December 13, 2006.
Subject: *Id.*

31.  Mohamed Atiq Awayd al Harbi
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on November 9, 2007.
Subject:  Saudi Red Crescent's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

32.  Wasm Awwad Umar al Wasim
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on June 24, 2006.
Subject:  Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

33.  Abdallah Ibrahim al Rushaydan
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on May 18, 2006.
Subject:  International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

34.  Rashid Abd al Muslih Qa Id al Qa Id
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on June 24, 2006.
Subject: *Id.*

35.  Sami al Haj
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on April 30, 2008.
Subject:  Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

36.  Said Ali al Shihri
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on November 9, 2007, but escaped to join al Qaeda in Yemen.
Subject:  Saudi Red Crescent's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

37.  Ghanim Abdul Rahman al Harbi
Address:  Upon information and belief, the individual was transferred to Saudi Arabia on July 15, 2007.
Subject:  International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

38. Tariq Mahmoud Ahmed al Sawah
    Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject: *Id.*

39. Jamal Muhammed Alwai
    Address: Upon information and belief, the individual was transferred to Yemen on December 19, 2009.
    Subject: Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

40. Khalid Mahomoud Abdul Wahab al Asmr
    Address: Upon information and belief, the individual was transferred to Jordan on July 19, 2005.
    Subject: *Id.*

41. Ahmed Hassan Jamil Suleyman
    Address: Upon information and belief, the individual was transferred to Jordan on November 2, 2007.
    Subject: International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

42. Ahmed Zeid Salem Zohair
    Address: Upon information and belief, the individual was transferred to Saudi Arabia on June 12, 2007.
    Subject: Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

43. Mohammed Hussein Abdallah
    Address: Upon information and belief, the individual was transferred to Saudi Arabia on November 4, 2008.
    Subject: International Islamic Relief Organization's and Saudi Red Crescent's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

44. Mustafa Ahmed Hamlily
    Address: Upon information and belief, the individual was transferred to Algeria on July 2, 2008.
    Subject: International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

45. Salim Mahmoud Adem Mohammed Bani Amir
    Address: Upon information and belief, the individual was transferred to Sudan on December 12, 2007.
    Subject: Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

46. Abbas Habid Rumi al Naely
    Address: Upon information and belief, the individual was transferred to Iraq on

July 17, 2009.
<u>Subject</u>:  International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

47.  Abdul Latif Elbanna
<u>Address</u>:  Upon information and belief, the individual was transferred to the United Kingdom on December 19, 2007.
<u>Subject</u>: *Id.*

48.  Mammar Ameur
<u>Address</u>:  Upon information and belief, the individual was transferred to Algeria on October 6, 2008.
<u>Subject</u>:  World Assembly of Muslim Youth's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

49.  Adel Hassan Hamed
<u>Address</u>:  Upon information and belief, the individual was transferred to Sudan on December 12, 2007.
<u>Subject</u>: *Id.*

50.  Abdul al Salam al Hilal
<u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
<u>Subject</u>:  Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

51.  Bensayah Belkacem
<u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
<u>Subject</u>:  Saudi High Commission's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

52.  Saber Mahfouz Lahmar
<u>Address</u>:  Upon information and belief, the individual was transferred to France on November 30, 2009.
<u>Subject</u>: *Id.*

53.  Mohammed Nechle
<u>Address</u>:  Upon information and belief, the individual was transferred to Bosnia-Herzegovina on December 16, 2008.
<u>Subject</u>: *Id.*

54.  Mustafa Ait Idr
<u>Address</u>:  Upon information and belief, the individual was transferred to Bosnia-Herzegovina on December 16, 2008.
<u>Subject</u>: *Id.*

55.  Lakhdar Boumediene
<u>Address</u>:  Upon information and belief, the individual was transferred to France

on May 15, 2009.
Subject: *Id.*

56.    Boudella al Hajj
Address: Upon information and belief, the individual was transferred to Bosnia-Herzegovina on December 16, 2008.
Subject: *Id.*

FF.    All individuals associated with the Dar al Imam al Shaif'i terrorist training school in the Philippines, including without limitation, school administrators or officials, teachers, religious leaders, graduates, or former students. Individuals include, but are not limited to:

1.    Mohammed Jamal Khalifa
Address: Unknown
Subject: *Id.*

2.    Abduragak Janjalani
Address: Unknown
Subject: *Id.*

GG.    Department of Justice representatives involved in the prosecutions of the following individuals, including without limitation: Muhammad Atef; Wadih el Hage; Fazul Abdullah Mohammed; Mohamed Sadeek Odeh; Mohamed Rashed Daoud al Owhali; Ahmed Khalfan Ghailani; Ahmed Ressam; Abdelmajid Dahoumane; Zacarias Moussaoui; Richard Reid; Perouz Sedaghaty; Ahmed Ibrahim al Muhgassil; Mohammed Salameh; Nidal Ayyad; Mahmud Abouhalima; Ahmad Ajaj; Sheikh Omar Abdel Rahman; Ey Sayyid Nosair; Ibrahim A. El Gabrowny; Siddig Ibrahim Siddig Ali; Clement Hampton El; Amir Abdelghani; Fares Khallafalla; Tarig Elhassan; Fadil Abdelghani; Mohammed Saleh; Victor Alvarez; Matarawy Mohammed Said Saleh; Mustafa Kamel Mustafa; Oussama Abdullah Kassir; Haroon Rashid Aswat; Mohammed Ali Hassan al Moayad; Mohammed Mohsen Yahya Zayed; Mohammad Salman Farooq Qureshi; Muhammad Salah; Abdel Haleem al Ashqar; Mousa Abu Marzook; Mohammed Hussein; Umar Farouk Abdulmutallab; Jamal Ahmed Mohammed Ali al Badawi; Fahd al Quso; Iyman Faris; Enaam Arnaout; Abdulrahman Alamoudi; Oussama Ziade; Buford George Peterson; Najibullah Zazi, Mohamad Wali Zazi; Ahmad Afzali; Aafia Siddiqui; Adnan Shukrijumah; Jose Padilla; Adham Hassoun, Mohamed Hesham Youssef; Kifah Jayyousi; Ahmed Omar Abu Ali; Ali Salah Khalah al Marri; Khalid Sheikh Mohammed; Ali Abd al Aziz Ali; Ramzi bin al Shibh; Abu Zubaydah; Mustafa Ahmed al Hawsawi; Abu Faraj al Libi; Abd al Rahim al Nashiri; Majod Khan; Mohammed Nazir bin Lep; Riduan bin Isomuddin (a/k/a "Hambali"); Mohd Farik bin Amin (a/k/a "Zubair"); Walid bin Attash; Gouled Hassan Dourad; Ramzi Ahmed Yousef; Abdul Hakim Murad; and Wali Khan Amin Shah. Individuals include, but are not limited to:

1.    Patrick J. Fitzgerald
Address: Upon information and belief, the individual can be contacted through the office of the United States Attorney for the Northern District of Illinois, 219 S.

Dearborn St., 5th Floor, Chicago, IL 60604.

<u>Subject</u>: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.  Deborah L. Steiner
    <u>Address</u>: Upon information and belief, the individual can be contacted through Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago IL 60606.
    <u>Subject</u>: *Id.*

3.  John C. Kocoras
    <u>Address</u>: Upon information and belief, the individual can be contacted through McDermott, Will & Emery, 227 West Monroe Street, Chicago, IL 60606.
    <u>Subject</u>: *Id.*

4.  Marcos Daniel Jimenez
    <u>Address</u>: Upon information and belief, the individual can be contacted through Kasowitz Benson Torres & Friedman LLP, The Four Seasons Tower 1441 Brickell Avenue Suite 1420, Miami, FL 33131.
    <u>Subject</u>: *Id.*

5.  Russell R. Killinger
    <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
    <u>Subject</u>: *Id.*

6.  Preet Bharara
    <u>Address</u>: Upon information and belief, the individual can be contacted through the office of the United States Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007.
    <u>Subject</u>: *Id.*

7.  Michael Farbiarz
    <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
    <u>Subject</u>: *Id.*

8.  Harry A. Chernoff
    <u>Address</u>: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
    <u>Subject</u>: *Id.*

9. Nicholas Lewin
   Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
   Subject: *Id.*

10. Sean S. Buckley
    Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
    Subject: *Id.*

11. Paul J. McNulty
    Address: Upon information and belief, the individual can be contacted through Baker & McKenzie LLP, 815 Connecticut Avenue, N.W., Washington, DC 20006.
    Subject: *Id.*

12. Mary Jo White
    Address: Upon information and belief, the individual can be contacted through Debevoise & Plimpton, 919 Third Avenue, New York, NY 10022.
    Subject: *Id.*

13. Gordon D. Kromberg
    Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
    Subject: *Id.*

14. Steven P. Ward
    Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
    Subject: *Id.*

15. Christopher A. Wray
    Address: Upon information and belief, the individual can be contacted through King & Spalding, 1700 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006.
    Subject: *Id.*

16. Andrew C. McCarthy
    Address: Upon information and belief, the individual can be contacted through The Foundation for Defense of Democracies, P.O. Box 33249, Washington, D.C. 20033.
    Subject: *Id.*

17. Katrina C. Pflaumer
    Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
    Subject: *Id.*

18.  Andrew R. Hamilton
     Address:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of Justice.
     Subject:  *Id.*

19.  The Honorable Steven C. Gonzalez
     Address:  Upon information and belief, the individual can be contacted through
     the King County Superior Court, 516 3rd Ave, Rm C-203, Seattle, WA 98104.
     Subject:  *Id.*

HH.  Individuals identified in the defendants' Initial Disclosures, including but not limited to:

1.   Osama bin Laden
     Address:  Unknown
     Subject:   Information relating to Plaintiffs' claims against Dubai Islamic Bank.

2.   Mustafa Ahmed al Hisawi
     Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     Subject:  *Id.*

3.   Abdulla Saeed Ahmed al Sharif
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Clifford Chance U.S. LLP, 31 West 52nd Street, New York, New
     York 10019-6131.
     Subject:  *Id.*

4.   Mohamed Ghayyath
     Address:  Unknown
     Subject:  *Id.*

5.   Mohammed Ayoub Mohammed
     Address:  Unknown
     Subject:  *Id.*

6.   Zohari Saeed al Rabii
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Clifford Chance U.S. LLP, 31 West 52nd Street, New York, New
     York 10019-6131.
     Subject:  *Id.*

7.   Taymerz Zendaki
     Address:  Upon information and belief, the individual can be contacted through
     the attorneys at Clifford Chance U.S. LLP, 31 West 52nd Street, New York, New
     York 10019-6131.
     Subject:  *Id.*

8.  Current or former government officials
    Address:  Unknown
    Subject: *Id.*

9.  James Risen
    Address:  Upon information and belief, the individual resides in the United States.
    Subject: *Id.*

10. Benjamin Weiser
    Address:  Upon information and belief, the individual resides in the United States.
    Subject: *Id.*

11. Other Journalists
    Address:  Unknown
    Subject: *Id.*

12. Current or former employees of financial institutions
    Address:  Unknown
    Subject: *Id.*

13. Dr. Abdelmoniem El Hillali
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
    Subject:  Information relating to Plaintiffs' claims against Sana Bell, Inc. and Sanabel al Kheer, Inc.

14. Gregory Brown
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
    Subject: *Id.*

15. M. Yaqub Mirza
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject: *Id.*

16. Henry Hassan
    Address:  6404 Seven Corners Place #N, Falls Church, VA 22044
    Subject: *Id.*

17. Current or former officials with BMI, Inc.
    Address:  Unknown
    Subject: *Id.*

18. Sameer al Radhi
Address:  Mecca, Saudi Arabia.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject:  Information relating to Plaintiffs' claims against the Muslim World League.

19. Ahmed Thomson, Esq.
Address:  Wynn Chambers, Winchester House 259-269 Old Marylebone Road, NW1 5RA London, United Kingdom.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject:  *Id.*

20. Ahmed Makdom
Address:  46 Google St. London, W1T 4LU, United Kingdom.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject:  *Id.*

21. Saud Algrean
Address:  Madrid, Spain.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject:  *Id.*

22. Abdul Rahman al Qasimi al Bakali
Address:  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject:  *Id.*

23. Mohamed al Hasani
Address:  P.O. Box 537, Makka, Saudi Arabia.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject:  *Id.*

24. Fahad bin Sand al Harbi
Address:  Jalan Raya Cipinang Jaya No. 90, Jakarta Timur 13410, P.O. Box 4563, Jakarta 12045 Indonesia
Subject:  *Id.*

25. Saeed Nowefae al Hamzi
Address:  MWL office, Balai Islam, First Floor, No. 250-D Jalan IPOH 51200 Kuala Lumpur, Malaysia.  Upon information and belief, the individual can be

contacted through the attorneys at Martin F. McMahon & Associates, 1150
Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

26. Hussein Daifallah al Malki
   Address: P.O. Box 811811, Amman, Jordan. Upon information and belief, the
   individual can be contacted through the attorneys at Martin F. McMahon &
   Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

27. Fadel Khloud
   Address: MWL office, P.O. Box 8570 Wuse Abuja, Nigeria. Upon information
   and belief, the individual can be contacted through the attorneys at Martin F.
   McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington,
   D.C. 20036.
   Subject: *Id.*

28. Ismail Dream
   Address: Bureau de la League Islamique Mondiale, Rue Beranger Ferraud X
   Masclary 1-E Etage Dakar, P.O. Box 3860. Upon information and belief, the
   individual can be contacted through the attorneys at Martin F. McMahon &
   Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

29. Abdulaziz Mohamed Salem Kamis
   Address: Liaison office, South Africa Region, P.O. Box 4406, Randburg 2125
   Johannesburg, South Africa. Upon information and belief, the individual can be
   contacted through the attorneys at Martin F. McMahon & Associates, 1150
   Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

30. Sami Al Harbi
   Address: MWL office, Waiyaki Way Road, West Land Area, P.O. Box 52871,
   Nairobi, Kenya. Upon information and belief, the individual can be contacted
   through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut
   Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

31. Farid Alkotani
   Address: Viale Della Moschea 85, 00197 Roma, Italy. Upon information and
   belief, the individual can be contacted through the attorneys at Martin F.
   McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington,
   D.C. 20036.
   Subject: *Id.*

32. Hashem Almahrogi
   Address: MWL office, AM Bruckhaufen 3, A-1210 Vienna, Austria. Upon

information and belief, the individual can be contacted through the attorneys at
Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900,
Washington, D.C. 20036.
Subject: *Id.*

33.  Abdul Rahim Kortic
     Address: MWL office, Vodroffsvej 8, 1900 Frederickseberg, Kobenhaven,
     Denmark. Upon information and belief, the individual can be contacted through
     the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
     Suite 900, Washington, D.C. 20036.
     Subject: *Id.*

34.  Dr. Ahmad H. Sakr
     Address: P.O. Box 140, Lombard, Ill. 60148
     Subject: *Id.*

35.  Dr. Vagar A. Hamdani
     Address: 635 East 14th Street, New York, New York, 10009
     Subject: *Id.*

36.  Dawud Assad
     Address: 99 Woodview Drive, Old Bridge, New Jersey
     Subject: *Id.*

37.  Dr. Muzamil H. Siddiqi
     Address: 5 Peabody Terrace, #22, Cambridge, Mass. 02138
     Subject: *Id.*

38.  Dr. Osman Ahmed
     Address: 190 Sherman Avenue, Glen Ridge, New Jersey 07028
     Subject: *Id.*

39.  Dr. Omar Z. Ghobashy
     Address: 85 Wildwood Road, New Rochelle, New York 10804
     Subject: *Id.*

40.  Amir al Islam
     Address: 44 South Munn Avenue, East Orange, New Jersey 07018
     Subject: *Id.*

41.  El Ayouty
     Address: P.O. Box 780, Jeddah 21241. Upon information and belief, the
     individual can be contacted through the attorneys at Martin F. McMahon &
     Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
     Subject: *Id.*

42.  Rahmatulah Enayatullah Ahmed
     Address: Upon information and belief, the individual can be contacted through

the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

43. Mahmud Said
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

44. Ali al Thaqafi
Address: P.O. Box 537, Makkah, SA. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

45. Ahmad Qurban
Address: P.O. Box 537, Makkah, SA. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

46. Musa al Mogasme
Address: P.O. Box 537, Makkah, SA. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

47. Dr. Adnan Basha
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: Information relating to Plaintiffs' claims against the International Islamic Relief Organization.

48. Ahmed Thomson, Esq.
Address: Wynn Chambers, Winchester House 259-269 Old Marylebone Road, NW1 5RA London, United Kingdom. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

49. Sameer al Radhi
Address: Mecca, Saudi Arabia. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

50. Mahmud Said
   Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

51. Faiz Wardy
   Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

52. Hamdoun Muhsin Ben Abdel Rahman
   Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

53. Kuswanto Abdul Rahman
   Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

54. Fahmi Abu Bakr Bin Sinker
   Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

55. Aidarous Rafik
   Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

56. Hamdoun Sharif Hidayet
   Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

57. Ashraf Abdul Hakeem Mogahed
   Address: Cairo, Egypt. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
   Subject: *Id.*

58. Ali al Geries
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

59. Fahd bin Muhammad Sanad al Harbi
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

60. Abdul Kareem Khalil Othman al Mousa
Address: IIRO office, Jordan. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

61. Abdul Rauf Khalaf al Sharman
Address: IIRO office, Bosnia. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

62. Mangom Ceesay
Address: IIRO office, Senegal. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

63. Ismail Isaac Haron
Address: IIRO office, Nigeria. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

64. Saleh al Dhebiani
Address: IIRO office, Ethiopia. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

65. Ismat al Bahiti
Address: IIRO office, Balkan. Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

66. Marco Rochat
    <u>Address</u>: 3, Qual du Mont Blanc, P.O. Box 1494-1211 Geneva 1, Switzerland
    <u>Subject</u>: Information relating to Plaintiffs' claims against Wa'el Hamza Jelaidan.

67. Alexander Theocharides
    <u>Address</u>: 3, Qual du Mont Blanc, P.O. Box 1494-1211 Geneva 1, Switzerland
    <u>Subject</u>: *Id.*

68. Jamal Ahmad Khashoggi
    <u>Address</u>: Jeddah, Saudi Arabia
    <u>Subject</u>: *Id.*

69. Badr Almotawa
    <u>Address</u>: Jeddah, Saudi Arabia
    <u>Subject</u>: *Id.*

70. Faculty for Soil Science Courses at Eastern Kentucky University
    <u>Address</u>: 521 Lancaster Avenue, Richmond, Kentucky 40475
    <u>Subject</u>: *Id.*

71. Faculty for Range Management Courses at University of Arizona, Tucson
    <u>Address</u>: The University of Arizona, Tucson, AZ 85721
    <u>Subject</u>: *Id.*

72. General Parvez Musharaff
    <u>Address</u>: Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    <u>Subject</u>: *Id.*

73. H.R.H. Prince Talal bin Abdul Aziz al Saud
    <u>Address</u>: Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    <u>Subject</u>: *Id.*

74. H.E. Abdullah bin Saleh al Obaid
    <u>Address</u>: Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    <u>Subject</u>: *Id.*

75. Shaukat Aziz
    <u>Address</u>: Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    <u>Subject</u>: *Id.*

76. Lt. Gen. Moin-ud Din Halder
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

77. Lt. Gen. Muhammad Safdar
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

78. Air Marshal Azim Jasim al Hill
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

79. H.E. Dr. Adnan Khalil Basha
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

80. H.E. Dr. Abdual Malik al Hamar
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

81. H.E. Al Sheik Hamad al Zamil
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

82. Abdul Moshin al Idris
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

83. Majid Nizani
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

84.     Taha al Alwani
        Address:  Upon information and belief, the individual can be contacted through
        his attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
        300, Washington, D.C. 20005.
        Subject:   Information relating to Plaintiffs' claims against Jamal Barzinji.

85.     Muhammad Ashraf
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
        300, Washington, D.C. 20005.
        Subject:  Id.

86.     M. Omar Ashraf
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
        300, Washington, D.C. 20005.
        Subject:  Id.

87.     M. Yaqub Mirza
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
        300, Washington, D.C. 20005.
        Subject:  Id.

88.     Samir Salah
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
        300, Washington, D.C. 20005.
        Subject:  Id.

89.     Ahmed Totonji
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
        300, Washington, D.C. 20005.
        Subject:  Id.

90.     Iqbal Unus
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite

300, Washington, D.C. 20005.
Subject: *Id.*

91. Yousef Nada
Address: Unknown
Subject: *Id.*

92. Cherif Sedky
Address: Upon information and belief, the individual resides in the United States.
Subject: *Id.*

93. Sulaiman al Rajhi
Address: Unknown
Subject: *Id.*

94. Saleh al Wohaibi
Address: Unknown
Subject: Information relating to Plaintiffs' claims against the World Assembly of Muslim Youth.

95. Dr. Manih ibn Hammad al Junahi
Address: Saudi Arabia
Subject: *Id.*

96. Dr. Tawfeeq ibn Ahmed al Qusayyer
Address: Unknown
Subject: *Id.*

97. Dr. Ahmad Abdul Qadir Bahafidhallah
Address: Unknown
Subject: *Id.*

98. Dr. Abdul Hameed Abu Soliman
Address: Unknown
Subject: *Id.*

99. Fadel Soliman
Address: Jeddah Saudi Arabia
Subject: *Id.*

100. Ibrahim Abdullah
Address: Egypt
Subject: *Id.*

101. Anwar Hajjaj
Address: Unknown
Subject: *Id.*

102.  Abdullah bin Laden
      Address:  Upon information and belief, the individual can be contacted through
      the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
      Jeddah Saudi Arabia.
      Subject:  *Id.*

103.  Perouz Sedaghaty
      Address:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the attorneys at Bernabei & Wachtel,
      1775 T Street, N.W., Washington, D.C. 20009.
      Subject:  Information relating to Plaintiffs' claims against the Al Haramain
      Islamic Foundation.

104.  Soliman al Buthe
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C.
      20009.
      Subject:  *Id.*

II.  Individuals associated with the Dubai Islamic Bank.  Individuals include, but are not
limited to:

1.  Osama bin Laden
    Address:  Unknown
    Subject:  Individual has information regarding a number of subject matters
    relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
    Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
    (iii) al Qaeda's funding, including support from purported Islamic charitable
    organizations, Islamic financial institutions, and foreign states such as Saudi
    Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
    and participation in other regional jihad campaigns; (vi) al Qaeda's association
    with related terrorist organizations; and (vii) Dubai Islamic Bank's provision of
    material and financial support to terrorist organizations such as al Qaeda.

2.  Mustafa Ahmed al Hisawi
    Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject: *Id.*

3.  Ali Abdul Aziz Ali
    Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject: *Id.*

4.  Saidi Madani al Tayyib
    Address:  Unknown
    Subject: *Id.*

5.  Sheikh Mohammed bin Rashid Al Maktoum
    Address:  Unknown

Subject:  Dubai Islamic Bank's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

6.     Saeed Ahmad Lootah
       Address:  Unknown
       Subject: *Id.*

7.     Sheikh Yousef al Qaradawi
       Address:  Unknown
       Subject: *Id.*

8.     Dr. Hussain Hamid Hassan
       Address:  Unknown
       Subject: *Id.*

9.     Dr. Ajeel Jassem Nashmi
       Address:  Unknown
       Subject: *Id.*

10.    Sheikh Mohammed Abdul Razak Alsidiq
       Address:  Unknown
       Subject: *Id.*

11.    Sheikh Ali Muhssein al Din Qaradaghi
       Address:  Unknown
       Subject: *Id.*

12.    Dr. Mohammed Abdul Hakim Zoeir
       Address:  Unknown
       Subject: *Id.*

13.    Muhammad Azeem Memon
       Address:  Unknown
       Subject: *Id.*

14.    Ambassador James Foley
       Address:  Upon information and belief, the individual can be contacted through the office of the U.S. Ambassador to the Republic of Croatia.
       Subject: *Id.*

15.    George J. Tenet
       Address:  Upon information and belief, the individual can be contacted through Allen & Company LLC, 711 Fifth Avenue, New York, New York.
       Subject: *Id.*

16.    Madeline K. Albright
       Address:  Upon information and belief, the individual can be contacted through the Partnership For a Secure America, 2000 P Street, N.W., Suite 505,

Washington, D.C. 20036.
Subject: *Id.*

JJ.   Individuals associated with the Muslim World League.  Individuals include, but are not
limited to:

1.   Dr. Abdullah bin Abdul Mohsen al Turki
Address:  Unknown
Subject:  Muslim World League's provision of material and financial support to
Osama bin Laden and the al Qaeda terrorist organization.

2.   Dr. Abdullah bin Saleh al Obaid
Address:  Upon information and belief, the individual can be contacted through
the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
Suite 900, Washington, D.C. 20036.
Subject: *Id.*

3.   Dr. Hassan A.A. Bahafzallah
Address:  Unknown
Subject: *Id.*

4.   Wa'el Hamza Jelaidan
Address:  Unknown
Subject: *Id.*

5.   M. Yaqub Mirza
Address:  Upon information and belief, the individual can be contacted through
the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
300, Washington, D.C. 20005.
Subject: *Id.*

6.   Arafat El Asahi
Address:  Unknown
Subject: *Id.*

7.   Ihab Ali
Address:  Unknown
Subject: *Id.*

8.   Wadih El Hage
Address:  Upon information and belief, the individual is incarcerated in the
United States and can be contacted through the Department of Justice and/or the
Federal Bureau of Prisons.
Subject: *Id.*

9.   Stuart A. Levey
Address:  Upon information and belief, the individual resides in the United States

and can be contacted through the Department of the Treasury.
<u>Subject</u>: *Id.*

KK. Individuals associated with the International Islamic Relief Organization. Individuals include, but are not limited to:

1. Adnan Basha
<u>Address</u>: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
<u>Subject</u>: International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

2. Mohammed Jamal Khalifa
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

3. Abd al Hamid Sulaiman al Mujil
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

4. Wa'el Hamza Jelaidan
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

5. Abu Hamman al Saudi
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

6. Shaykh Ahmed al Gamdin
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

7. Abdel Aziz Zaher
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

8. Jamal al Jibouri
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

9. Mahmoud Jaballah
<u>Address</u>: Unknown
<u>Subject</u>: *Id.*

10. Sayed Abu Nesir
<u>Address</u>: Unknown
<u>Subject</u>:

11. Muhammad Sa'd Darwish al Shazy
Address: Unknown
Subject: *Id.*

12. Stuart A. Levey
Address: Upon information and belief, the individual resides in the United States
and can be contacted through the Department of the Treasury.
Subject: *Id.*

LL. Individuals associated with the World Assembly of Muslim Youth. Individuals include,
but are not limited to:

1. Adel Batterjee
Address: Unknown
Subject: World Assembly of Muslim Youth's provision of material and financial
support to Osama bin Laden and the al Qaeda terrorist organization.

2. Amir Khattab
Address: Unknown
Subject: *Id.*

3. Dr. Maneh al Jahari
Address: Unknown
Subject: *Id.*

4. Ahmed Ajaj
Address: Unknown
Subject: *Id.*

5. Abdullah bin Laden
Address: Upon information and belief, the individual can be contacted through
the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
Jeddah Saudi Arabia.
Subject: *Id.*

6. Omar bin Laden
Address: Upon information and belief, the individual can be contacted through
the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
Jeddah Saudi Arabia.
Subject: *Id.*

7. Nazir Qureshi
Address: Unknown
Subject: *Id.*

8. Sayed Ali Shah Geelani
Address: Unknown
Subject: *Id.*

9.   Dr. Mohammed Ayyub Thukar
     Address: Unknown
     Subject: *Id.*

10.  Stuart A. Levey
     Address: Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of the Treasury.
     Subject: *Id.*

MM.  Individuals associated with the Al Haramain Islamic Foundation. Individuals include,
     but are not limited to:

1.   Aqeel Abdulaziz al Aqil
     Address: Unknown
     Subject: Al Haramain Islamic Foundation's provision of material and financial
     support to Osama bin Laden and the al Qaeda terrorist organization.

2.   Soliman al Buthe
     Address: Upon information and belief, the individual can be contacted through
     the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C.
     20009.
     Subject: *Id.*

3.   Perouz Sedaghaty
     Address: Upon information and belief, the individual is incarcerated in the
     United States and can be contacted through the attorneys at Bernabei & Wachtel,
     1775 T Street, N.W., Washington, D.C. 20009.
     Subject: *Id.*

4.   Mansour al Kadi
     Address: Unknown
     Subject: *Id.*

5.   Stuart A. Levey
     Address: Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of the Treasury.
     Subject: *Id.*

NN.  Individuals associated with the Rabita Trust. Individuals include, but are not limited to:

1.   Wa'el Hamza Jelaidan
     Address: Unknown
     Subject: Rabita Trust's provision of material and financial support to Osama bin
     Laden and the al Qaeda terrorist organization.

2.   Stuart A. Levey
     Address: Upon information and belief, the individual resides in the United States

and can be contacted through the Department of the Treasury.
Subject: *Id.*

OO.  Individuals associated with Sana Bell, Inc.  Individuals include, but are not limited to:

1.  M. Yaqub Mirza
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject:  Sana Bell, Inc.'s provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

2.  Dr. Abdulrahim al Saati
    Address:  Unknown
    Subject: *Id.*

3.  Dr. Farid Yasin Qurashi
    Address:  Unknown
    Subject: *Id.*

4.  Sulaiman al Rajhi
    Address:  Unknown
    Subject: *Id.*

5.  Ibrahim Afandi
    Address:  Unknown
    Subject: *Id.*

6.  Dr. Mohammed Abdu Yamani
    Address:  Unknown
    Subject: *Id.*

7.  Saleh Kamel
    Address:  Unknown
    Subject: *Id.*

8.  Sandra Y. K. Loder
    Address:  Unknown
    Subject: *Id.*

9.  James M. Towarnicky
    Address:  Unknown
    Subject: *Id.*

10.  James T. Montgomery
    Address:  Unknown
    Subject: *Id.*

11.   Sulaiman al Ali
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

12.   Soliman Biheiri
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

PP.  Individuals associated with Sanabel al Kheer, Inc.  Individuals include, but are not limited to:

1.   Dr. Abdullah bin Saleh al Obaid
     <u>Address</u>:  Unknown
     <u>Subject</u>:  Sanabel al Kheer, Inc.'s provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

2.   Dr. Hassan A.A. Bahafzallah
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

3.   M. Yaqub Mirza
     <u>Address</u>:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
     <u>Subject</u>: *Id.*

4.   Abdelmoniem M. El Hillali
     <u>Address</u>:  Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
     <u>Subject</u>: *Id.*

5.   Dr. Abdul Rahmen bin Abdullah al Zaid
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

6.   Khalid Fadlalla
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

7.   Gregory Brown
     <u>Address</u>:  Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
     <u>Subject</u>: *Id.*

## II. DESCRIPTION OF RELEVANT DOCUMENTS BY CATEGORY AND LOCATION

Plaintiffs in these consolidated proceedings may use the following categories of documents to support their claims. All documents gathered on behalf of the Plaintiffs through their own independent investigations concerning al Qaeda and the September 11, 2001 attacks, including any such documents requested under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, or those documents collected from the vast public record, represent privileged work product. The identification of any such documents in these Amended Initial Disclosures does not waive the attorney-client privilege, the work product doctrine, or any other applicable privilege.

1.  Official designations, press releases, evidentiary memoranda, and other documentation and materials from the U.S. Department of the Treasury and the Office of Foreign Assets Control relative to the designation of individuals and entities identified on the Specially Designated Nationals and Blocked Persons list, including without limitation, all individuals and entities designated as Specially Designated Global Terrorists ("SDGT") pursuant to E.O. 13224.

2.  Official designations, press releases, evidentiary memoranda, and other documentation and materials from the United Nations Security Council's al Qaida and Taliban Sanctions Committee relative to the individuals and entities identified as having been associated with al Qaida and/or the Taliban, and which are named on the Consolidated List maintained by the Committee at www.un.org/sc/committees/1267/.

3.  U.S. Department of Defense Combatant Status Review Board unclassified summaries of evidence for Combatant Status Review Tribunals ("CSRT"), High Value Detainee ("HVD") summaries, unclassified detainee statements and testimony, Administrative Review Board transcripts and summaries of evidence, and other documentation and materials relating to those individuals who are currently, or were previously, incarcerated at the U.S. Naval Base at Guantanamo Bay, Cuba.

4.  The July 2004 Report of the National Commission on Terrorist Attacks Upon the United States ("The 9-11 Commission Report"), including without limitation, 9-11 Commission Staff Monographs and Statements, sworn witness testimony and statements before the Commission, and other 9-11 Commission documentation and materials.

5.  The December 2002 Report of the Joint Inquiry into the Terrorist Attacks of September 11, 2001, by the House Permanent Select Committee on Intelligence and the Senate Select Committee on Intelligence, including without limitation, sworn witness testimony and statements before the Congressional Joint Inquiry, and other Congressional Joint Inquiry documentation and materials.

6.  Sworn witness testimony, statements, exhibits, transcripts, and other documentation and materials from U.S. House of Representatives committee hearings and/or U.S. Senate committee hearings regarding the September 11, 2001 attacks, al Qaeda, and terrorism-related issues.

7.  Pleadings, exhibits, witness statements, transcripts, evidentiary submissions, and other documentation and materials from the International Criminal Tribunal for the Former Yugoslavia ("ICTY") and the Office of the Prosecutor relative to the ICTY's extensive investigations and prosecutions of individuals for crimes committed in the former Yugoslavia.

8.  Pleadings, exhibits, witness statements, transcripts, evidentiary submissions, and other documentation and materials from trials that are directly or indirectly related to al Qaeda and terrorism, including without limitation, any similar trials, prosecutions, legal proceedings, or investigations conducted in the United States, in other foreign countries, or within international organizations or bodies such as the United Nations.

9.  Documentation and materials from U.S. Government departments and agencies obtained via the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended.

10. United States and foreign government intelligence reports and/or summaries, terrorism reports and/or summaries, terrorism investigation reports and/or summaries, and other documentation and materials regarding: (i) the origins of al Qaeda relative to the "holy war" against the Soviet occupation of Afghanistan; (ii) the influx of foreign mujahideen into Afghanistan from various parts of the Muslim world to fight the Soviet forces and defend Afghani Muslims; (iii) the vast financial and logistical infrastructure that was created to support the mujahideen opposition to the Soviet occupation of that country; (iv) the ostensible charitable organizations that operated within that infrastructure (including the Saudi-based charities such as the Muslim World League, International Islamic Relief Organization, Benevolence International Foundation, and the Saudi Red Crescent, among others); and (v) Osama bin Laden's goal, as the Soviets withdrew from Afghanistan in 1989, to spread the jihadist movement to regions outside of Afghanistan, and to wage war with the United States of America, which he believed to be the true enemy of Islam.

11.     United States and foreign government intelligence reports and/or summaries, terrorism reports and/or summaries, terrorism investigation reports and/or summaries, and other documentation and materials regarding al Qaeda's participation in other regional jihad campaigns following the Soviet-Afghan conflict, including without limitation:  Bosnia, Chechnya, Kosovo, Sudan, Kashmir, Pakistan, Afghanistan, Iraq, Turkey, Indonesia, Malaysia, Algeria, the Philippines, Somalia, Palestine, Yemen, Kenya, Tanzania, and Egypt.

12.     United States and foreign government intelligence reports and/or summaries, terrorism reports and/or summaries, terrorism investigation reports and/or summaries, and other documentation and materials regarding any al Qaeda-related terrorist attack or plot, including without limitation: (i) the 1993 World Trade Center bombing; (ii) the 1993 killing of U.S. soldiers in Somalia ("Battle of Mogadishu"); (iii) the 1996 bombing of the Khobar Towers barracks in Dhahran, Saudi Arabia; (iv) the Operation Bojinka Plot to assassinate Pope John Paul II during a planned January 1995 visit to the Philippines and to simultaneously attack multiple U.S. airliners as they flew over the Pacific Ocean from Asia to the United States; (v) the 1997 U.S. Embassy bombings in Kenya and Tanzania; (vi) the 2000 Millennium plot to bomb the Los Angeles International airport, attack various targets in Jordan, and bomb the U.S.S. Sullivan in Yemen; (vii) the 2000 attack on the U.S.S. Cole; (viii) the September 11, 2001 attacks; (ix) the 2001 attempted bombing of American Airlines Flight 63 by convicted shoe-bomber Richard Colvin Reid; (x) the 2004 Madrid train bombings; (xi) the 2005 London bombings; and (xii) the 2009 Christmas Day attempted bombing of Northwest Airlines Flight 253 by Umar Farouk Abdulmutallab.

13.     United States and foreign government intelligence reports and/or summaries, terrorism reports and/or summaries, terrorism investigation reports and/or summaries, and other documentation and materials regarding funding for terrorist organizations such as al Qaeda, including without limitation: (i) donations to Islamic charities and other benevolent organizations; (ii) zakat contributions; (iii) hawala transactions; (iv) the role of Islamic financial institutions such as National Commercial Bank, Al Rajhi Banking and Investment Corp., and Dubai Islamic Bank, among others, in knowingly providing banking and financial services to Osama bin Laden and his al Qaeda network; (v) off-shore banking; (vi) money laundering; and (vii) other terrorism-financing schemes.

14.     Media reports and press clippings relative to Osama bin Laden, al Qaeda, and the September 11, 2001 attacks, including without limitation, news stories regarding: (i) the origins of al Qaeda and the "holy war" against the Soviet occupation of Afghanistan; (ii) the formation of al Qaeda following the Soviet-Afghan conflict and the founding members of the terrorist organization; (iii) al Qaeda's participation in other regional jihad campaigns, particularly in Bosnia, Chechnya, Indonesia, Pakistan, the Philippines, and Sudan, which enabled the terrorist group to expand its sphere of influence throughout the globe; (iv) bin Laden's anti-American and anti-Western views; (v) al Qaeda-related terrorist attacks or plots around the globe; (vi) terrorism financing; (vii) the provision of financial and

material support to al Qaeda and other terrorist groups by purported Islamic charitable organizations such as the Muslim World League, International Islamic Relief Organization, al Haramain Islamic Foundation, World Assembly of Muslim Youth, Saudi Joint Relief Committee for Kosovo and Chechnya, Third World Relief Agency, Saudi Red Crescent, Saud High Commission, Rabita Trust, and the Muwafaq Foundation, among others; (viii) the role of Islamic financial institutions such as National Commercial Bank, Al Rajhi Banking and Investment Corp., and Dubai Islamic Bank, among others, in providing banking and financial services to bin Laden and his al Qaeda network; (ix) the provision of material and financial support to bin Laden and his al Qaeda network from foreign states such as Saudi Arabia and Sudan; and (x) United States and international terrorism investigations, trials, and legal proceedings.

15. Documents relating to the terror sponsorship activities of the defendants, including without limitation: Muslim World League; International Islamic Relief Organization; World Assembly of Muslim Youth; Al Haramain Islamic Foundation; Saudi Joint Relief Committee for Kosovo and Chechnya; Third World Relief Agency; Saudi Red Crescent; Saud High Commission; Rabita Trust; Muwafaq Foundation; Benevolence International Foundation; Perouz Sedaghaty; Wa'el Hamza Jelaidan; Mohammed Jamal Khalifa; Dubai Islamic Bank; National Commercial Bank; Khalid bin Mahfouz; Abdulrahman bin Mahfouz; Yassin al Kadi; Al Rajhi Banking and Investment Corp.; Suleiman al Rajhi; Al Shamal Bank; Faisal Islamic Bank-Sudan; Tadamon Islamic Bank, and others.

16. Fatwas and other recorded statements by Osama bin Laden, Ayman al Zawahiri, and other senior members of al Qaeda specifically calling for jihad against the United States and other Western allies.

17. Fatwas and other recorded statements by Saudi religious figures, including without limitation, Sheik Abdul Aziz Bin Baz.

18. Fatwas and other recorded statements by representatives of the Dubai Islamic Bank.

19. Fatwas and other recorded statements by officials and other individuals associated with Saudi Arabian Islamic charitable organizations, including without limitation: Muslim World League; International Islamic Relief Organization; World Assembly of Muslim Youth; Al Haramain Islamic Foundation; and others.

20. Speeches, statements, and other formal remarks by officials and other individuals associated with Saudi Arabian Islamic charitable organizations, including without limitation: Muslim World League; International Islamic Relief Organization; World Assembly of Muslim Youth; Al Haramain Islamic Foundation; and others.

21. Journals, newsletters, books, and other publications issued by the Muslim World League, International Islamic Relief Organization, and other defendants.

22. Documents obtained via Letters Rogatory.

23. Federal, state, or local filings by the defendants, including without limitation: tax records; tax returns; real estate records; corporate records; Form 990s; and Form 1023s.

The aforementioned documents are in the possession of the Plaintiffs' Executive

Committees.

## III. COMPUTATION OF DAMAGES

Per the Court's Order, the calculation of damages has been deferred until after the

completion of liability discovery. *See* Judge Frank Maas's July 15, 2010 Order (MDL Docket

No. 2260).

## IV. INSURANCE POLICIES

Not applicable.

Dated: December 31, 2010

Respectfully submitted,

*MDL Plaintiffs' Exec. Committees*

THE MDL 1570 PLAINTIFFS'
EXECUTIVE COMMITTEES

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' Amended Initial Disclosures was filed

electronically this 31st day of December 2010.  Notice of this filing will be sent to all parties in

03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing

("ECF") system.  Parties may access this filing through the Court's ECF system.

J. Scott Tarbutton, Esq.

PHILADELPHIA\5837003\1  117430.000