```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                                             03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001                                                      ORDER

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977
> Burlingame, et al. v. Bin Laden, et al., No. 02-cv-7230
> All cases

Plaintiffs in Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977, and member case Burlingame, et al. v. Bin Laden, et al., No. 02-cv-7230, move for default judgment against the Taliban. ECF No. 8363. In support, they have filed a set of expert reports under seal and by disc. ECF No. 8364-3. The Court has directed that "all expert reports submitted in support of a default judgment shall be filed on ECF. These materials may be sealed, with access restricted to the Court and any applicable parties." ECF No. 7963. The plaintiffs shall therefore file their experts reports on ECF in accordance with that Order at their earliest convenience.

For avoidance of doubt, the Court's order at ECF No. 7963 applies to all motions for default judgment regardless of the defendant and supersedes the Court's prior order on filing expert reports at ECF No. 7067.

**SO ORDERED.**

Dated: September 19, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge