UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2022

**SARAH NETBURN, United States Magistrate Judge:**

    The Kingdom of Saudi Arabia moves to set a schedule for a renewed motion to dismiss. ECF No. 8131. The Court does not find it appropriate to set such a schedule at this time given the pending motions under Rule 54. See ECF Nos. 7431 and 7481. Saudi Arabia's motion is denied without prejudice to renew following the resolution of the Rule 54 motions.

**SO ORDERED.**

Dated: September 20, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge