UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2022

**SARAH NETBURN, United States Magistrate Judge:**

    The Clerk of the Court is respectfully directed to grant John Fawcett access to the Report and Recommendation at ECF No. 8544.

**SO ORDERED.**

Dated: September 22, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge