

**EMILY KIRSCH**
150 E. 58TH STREET 22ND FLOOR
NEW YORK, NY 10155
O (212) 832-0170
M (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM
KIRSCHNIEHAUS.COM

September 23, 2022

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*
Case No. 03-MD-01570 (GBD)(SN)
Request for extension of time to file objections to Opinion and Order

Dear Judge Daniels:

We write on behalf of Kreindler & Kreindler, LLP ("K&K") and James Kreindler to respectfully request a sixteen-day extension of the deadline to file objections to Magistrate Judge Netburn's September 21, 2022 Opinion and Order (the "Order"), Dkt. No. 8544, which among other things, removes K&K from the Plaintiffs' Executive Committee.

The current deadline for K&K to file objections, pursuant to the Order and to Fed. R. Civ. P. 72(a), is October 5, 2022, which falls on Yom Kippur. Given the substantial sanction imposed, the intervening Jewish holidays, and the voluminous papers and transcripts on which the Order is based, K&K respectfully requests until October 21, 2022, to thoroughly review Magistrate Judge Netburn's 65-page opinion and to file its objections.

This is K&K's first request for an extension of this deadline.

Respectfully Submitted,

KIRSCH & NIEHAUS PLLC

 *s/ Emily Bab Kirsch*

Emily B. Kirsch
*Attorney for James Kreindler and Kreindler & Kreindler, LLP*

cc:  All counsel of record (via ECF)