UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Continental Casualty Company, et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970 (GBD)(SN)

## MOTION FOR CATHERINE B. ALTIER TO WITHDRAW AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, and upon the accompanying declaration, Catherine B. Altier hereby moves this Court for an Order granting this motion to withdraw as counsel of record for plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania ("Plaintiffs") in the above-referenced action, due to her departure from the law firm of Ford Marrin Esposito Witmeyer & Gleser, LLP.

Edward M. Pinter from the law firm of Ford Marrin Esposito Witmeyer & Gleser, LLP will continue to represent Plaintiffs in this matter.

Dated:  September 23, 2022

                                            Respectfully submitted,

                                            **FORD MARRIN ESPOSITO WITMEYER**
                                            **& GLESER, L.L.P.**

                                            By: *[signature]*
                                            Catherine B. Altier
                                            Wall Street Plaza, 16th Floor

New York, New York 10005
Telephone: 212-269-4900
Facsimile: 212-344-4294
Email: caltier@fordmarrin.com
*Attorneys for Plaintiffs*