## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Continental Casualty Company, et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970 (GBD)(SN)

### DECLARATION OF CATHERINE B. ALTIER

I, Catherine B. Altier, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1. I am an attorney with the law firm of Ford Marrin Esposito Witmeyer & Gleser, LLP ("Ford Marrin") and am admitted to practice in this Court. I represent plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania ("Plaintiffs") in the above-referenced litigation.

2. I make this motion to withdraw as counsel for Plaintiffs in this litigation because I am leaving Ford Marrin on September 23, 2022. Edward M. Pinter from Ford Marrin has already appeared in this matter and will continue to represent Plaintiffs herein.

3. My withdrawal will not occasion a request for an extension of any deadlines in the case, and I am not asserting a retaining or charging lien in connection with my departure.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 23, 2022.

CATHERINE B. ALTIER