UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-9849 (GBD)(SN)

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs listed on Exhibit A attached hereto hereby voluntarily dismiss without prejudice their claims against all Defendants in the above-captioned *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN).

This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted in Exhibit A from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above-captioned case.

Dated: September 19, 2022

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ John M. Eubanks
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (SDNY Bar #ME8337)
Robert T. Haefele, Esq. (SDNY Bar #RH2811)
John M. Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
jeubanks@motleyrice.com

*Attorneys for the* Burnett *Plaintiffs*

SO ORDERED:
George B. Daniels, U.S.D.J.
Dated: SEP 26 2022

# EXHIBIT A

1. **Evangelos Bantis**, Individually, as the Parent of Katherine Bantis, Deceased (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).
2. **Heather Downey**, Individually, as a Personal Injury Plaintiff (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).
3. **Sheila M. Fuller**, Individually, as a Personal Injury Plaintiff (initially filed: ECF No. 305, Case 1:02-cv-01616-JR (D.D.C.)).
4. **Kenneth M. Gunther**, Individually, as a Personal Injury Plaintiff (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).
5. **James Holly**, Individually, as a Personal Injury Plaintiff (initially filed: March 10, 2004, undocketed additional of plaintiffs, Case 03-cv-9849 (GBD)(SN)).
6. **Donna M. Howell**, Individually, as the Sibling of Steven Leon Howell, Deceased (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).
7. **Robert T. Winkis**, Individually, as the Domestic Partner of Judith Florence Hofmiller, Deceased and as Personal Representative of the Estate of Judith Florence Hofmiller, Deceased (initially filed: ECF No. 232, Case 1:02-cv-01616-JR (D.D.C.)).
8. **Norman P. Kinney**, Individually, as the Father of Brian Kevin Kinney, Deceased (initially filed: ECF No. 155, Case 1:02-cv-01616-JR (D.D.C.)).
9. **Vyacheslav Ligay**, Individually, as the Husband of Zhentta Tsoy Ligay, Deceased, as the Personal Representative of the Estate of Zhentta Tsoy Ligay, Deceased, and on behalf of A.L, the Child of Zhentta Tsoy Ligay, Deceased (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).
10. **Thomas F. McGrade**, Individually, as a Personal Injury Plaintiff (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).
11. **Sheila McPherson**, Individually, as the Sibling of Colin Richard McArthur, Deceased (initially filed: ECF No. 305, Case 1:02-cv-01616-JR (D.D.C.)).
12. **Kenneth J. Muxie**, Individually, as a Personal Injury Plaintiff (initially filed: March 10, 2004, undocketed additional of plaintiffs, Case 03-cv-9849 (GBD)(SN)).
13. **Catherine Powell**, as Personal Representative of the Estate of Scott Powell, Deceased (initially filed: ECF No. 305, Case 1:02-cv-01616-JR (D.D.C.)).[1]
14. **Teresa Roig**, Individually, as the Wife of Personal Injury Plaintiff Julio Roig, Jr., and on behalf of the minor children of Personal Injury Plaintiff Julio Roig, Jr. (initially filed: ECF No. 1, Case 1:02-cv-01616-JR (D.D.C.)).
15. **Arnold Roma**, as Personal Representative of the Estate of Keith Roma, Deceased (initially filed: ECF No. 1, Case 1:02-cv-01616-JR (D.D.C.)).[2]
16. **Willie Temple**, Individually, as the Nephew of Dorothy Temple, Deceased (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).
17. **Rosalyn Temple**, Individually, as the Sister of Dorothy Temple, Deceased (initially filed: ECF Nos. 26, 29, Case 1:02-cv-01616-JR (D.D.C.)).

---

[1] This filing does not impact the claim for Catherine Powell, Individually, as the Mother of Scott Powell, Deceased (initially filed: ECF No. 1, Case 1:02-cv-01616-JR (D.D.C.)).

[2] This filing does not impact the claims for Arnold Roma, Individually, as the Father of Keith Roma, Deceased, and as a Personal Injury Plaintiff (initially filed: ECF No. 1, Case 1:02-cv-01616-JR (D.D.C.)).

18. **Eileen Heather Simon**, Individually, as the Representative of the Estate of Michael John Simon, and on Behalf of B.S., M.S., and T.S., the minor children of Michael John Simon, Deceased (initially filed: ECF Nos. 26,29, Case 1:02-cv-01616-JR (D.D.C.)).