IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | :<br>:<br>: | Civil Action No.<br>03 MDL 1570 (GBD) (SN) |

*This document applies to:*

*Havlish, et al. v bin Laden, et al.*
03-Civ.-9848 (GBD) (FM)

# EXHIBIT A

To Abstract of Judgment

1. ISLAMIC REPUBLIC OF IRAN
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

2. AYATOLLAH ALI HOSEINI KHAMENEI
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Street
   Tehran, Iran

3. ESTATE OF ALI AKBAR HASHEMI RAFSANJANI, Deceased
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Street
   Tehran, Iran

4. IRAN'S MINISTRY OF INFORMATION AND SECURITY
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

5. ISLAMIC REVOLUTIONARY GUARD CORPS
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

6. IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

7. IRAN'S MINISTRY OF COMMERCE
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

8. IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

9. IRAN'S MINISTRY OF PETROLEUM
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs

      Imam Khomeini Avenue
      Tehran, Iran

10. CENTRAL BANK OF IRAN, *a/k/a* BANK MARKAZI
    c/o Abdolnaser Hemmati (President/Governor)
    144, Mirdamad Blvd.
    Tehran, Iran

    and

11. c/o H.E. Hossein Amir-Abdollahian
    Minister of Foreign Affairs
    Imam Khomeini Street
    Tehran, Iran

12. NATIONAL IRANIAN OIL COMPANY
    c/o Bijan Namdar Zangeneh (Chairman)
    and Masoud Karbasian (CEO)
    Hafez Crossing, Taleghani Avenue
    Tehran, Iran

13. NATIONAL IRANIAN TANKER COMPANY
    c/o Nasrollah Sardashti (Managing Director)
    65 Shahid Atefi Street, Africa Expressway
    Tehran, Iran

14. NATIONAL IRANIAN GAS COMPANY
    c/o Hassan Montazer Torbati (Managing Director)
    National Iranian Gas Company Building
    South Aban Street, Karimkhan Boulevard
    Tehran, Iran

15. NATIONAL IRANIAN PETROCHEMICAL COMPANY
    c/o Bijan Zanganeh (Chairman) and Marzieh Shahdaei (President)
    144, North, Sheikh Bahaie Avenue
    P.O. Box 19395-6896
    Tehran, Iran

16. IRAN AIRLINES *a/k/a* IRAN AIR
    c/o Farzaneh Sharafbafi (CEO)
    Iran Air H.Q., Mehrabad Airport
    P.O. Box 13185-775
    Tehran, Iran

17. HEZBOLLAH
    Valiasr Avenue
    Shahid Rahimi Alley No. 7
    Tehran, Iran