IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (GBD) (SN) |

*This document applies to:*

*Havlish, et al. v bin Laden, et al.*
03-Civ.-9848 (GBD) (FM)

# EXHIBIT A

To Abstract of Judgment

1. ISLAMIC REPUBLIC OF IRAN
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

2. AYATOLLAH ALI HOSEINI KHAMENEI
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Street
   Tehran, Iran

3. ESTATE OF ALI AKBAR HASHEMI RAFSANJANI, Deceased
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Street
   Tehran, Iran

4. IRAN'S MINISTRY OF INFORMATION AND SECURITY
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

5. ISLAMIC REVOLUTIONARY GUARD CORPS
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

6. IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

7. IRAN'S MINISTRY OF COMMERCE
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

8. IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

9. IRAN'S MINISTRY OF PETROLEUM
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs

        Imam Khomeini Avenue
        Tehran, Iran

10.   CENTRAL BANK OF IRAN, *a/k/a* BANK MARKAZI
       c/o Abdolnaser Hemmati (President/Governor)
       144, Mirdamad Blvd.
       Tehran, Iran

       and

11.   c/o H.E. Hossein Amir-Abdollahian
       Minister of Foreign Affairs
       Imam Khomeini Street
       Tehran, Iran

12.   NATIONAL IRANIAN OIL COMPANY
       c/o Bijan Namdar Zangeneh (Chairman)
       and Masoud Karbasian (CEO)
       Hafez Crossing, Taleghani Avenue
       Tehran, Iran

13.   NATIONAL IRANIAN TANKER COMPANY
       c/o Nasrollah Sardashti (Managing Director)
       65 Shahid Atefi Street, Africa Expressway
       Tehran, Iran

14.   NATIONAL IRANIAN GAS COMPANY
       c/o Hassan Montazer Torbati (Managing Director)
       National Iranian Gas Company Building
       South Aban Street, Karimkhan Boulevard
       Tehran, Iran

15.   NATIONAL IRANIAN PETROCHEMICAL COMPANY
       c/o Bijan Zanganeh (Chairman) and Marzieh Shahdaei (President)
       144, North, Sheikh Bahaie Avenue
       P.O. Box 19395-6896
       Tehran, Iran

16.   IRAN AIRLINES *a/k/a* IRAN AIR
       c/o Farzaneh Sharafbafi (CEO)
       Iran Air H.Q., Mehrabad Airport
       P.O. Box 13185-775
       Tehran, Iran

17.   HEZBOLLAH
       Valiasr Avenue
       Shahid Rahimi Alley No. 7
       Tehran, Iran