# EXHIBIT E-1

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Wrongful Death Solatium Claims Under the ATA for Functional Equivalents

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff Nationality | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | 9/11 Client's Nationality | Relationship of Plaintiff to Decedent/Injured | Date Plaintiff Added | Docket Entry When First Added to Complaint | Solatium Judgment Amount | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Joan | Ruth | Puwalski | | United States | Steven | J. | Bates | | United States | Not Related | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2693 | To Be Determined | To Be Determined |
| 2 | Daniel | A. | Walisiak | | Unconfirmed | Susan | L. | Blair | | United States | Not Related | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2679 | To Be Determined | To Be Determined |
| 3 | Anthony | | Bengivenga | | Unconfirmed | Lydia | | Bravo | | United States | Not Related | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1864 | To Be Determined | To Be Determined |
| 4 | Erin | | Ryan | | Unconfirmed | Michael | R. | Canty | | United States | Not Related | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2845 | To Be Determined | To Be Determined |
| 5 | Teresa | A. | Lanzisero | | Unconfirmed | Thomas | A. | Casoria | | United States | Not Related | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2650 | To Be Determined | To Be Determined |
| 6 | Francesca | M. | Jerez | | Unconfirmed | Robert | D. | Cirri | Sr. | United States | Step-Child | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4627 | To Be Determined | To Be Determined |
| 7 | Angela | M. | Gutermuth | | Unconfirmed | Christopher | More | Dincuff | | United States | Not Related | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3028 | To Be Determined | To Be Determined |
| 8 | Cheryl | | Olivieri | | Unconfirmed | Paul | R. | Eckna | | United States | Not Related | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2883 | To Be Determined | To Be Determined |
| 9 | David | | Konigsberg | | Unconfirmed | Barbara | | Etzold | | United States | Not Related | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4641 | To Be Determined | To Be Determined |
| 10 | Karen | M. | Carlucci | | Unconfirmed | Peter | Christopher | Frank | | United States | Not Related | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2555 | To Be Determined | To Be Determined |
| 11 | Maria | | Acosta | | Unconfirmed | Paul | John | Gill | | United States | Domestic Partner | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3282 | To Be Determined | To Be Determined |
| 12 | Lucy | A. | Aita | | Unconfirmed | Paul | W. | Innella | | United States | Not Related | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4334 | To Be Determined | To Be Determined |
| 13 | Richard | A. | Pecorella (Estate of) | | Unconfirmed | Karen | S. | Juday | | United States | Not Related | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2683 | To Be Determined | To Be Determined |
| 14 | Melissa | | White | | Unconfirmed | Ryan | Ashley | Kohart | | United States | Not Related | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5129 | To Be Determined | To Be Determined |

# EXHIBIT E-1

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Wrongful Death Solatium Claims Under the ATA for Functional Equivalents

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff Nationality | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | 9/11 Client's Nationality | Relationship of Plaintiff to Decedent/Injured | Date Plaintiff Added | Docket Entry When First Added to Complaint | Solatium Judgment Amount | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Charlene | | Talarico | | Unconfirmed | Paul | | Laszczynski | | United States | Not Related | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2716 | To Be Determined | **To Be Determined** |
| 16 | Anthony | | Roman | | Unconfirmed | Jennifer | Lynn | Mazzotta | | United States | Not Related | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4073 | To Be Determined | **To Be Determined** |
| 17 | Rachel | | Uchitel | | Unconfirmed | Andrew | | O'Grady | | United States | Not Related | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4054 | To Be Determined | **To Be Determined** |
| 18 | Nicholas | | Monaco | | Unconfirmed | Ricardo | J. | Quinn | | United States | Step-Child | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4705 | To Be Determined | **To Be Determined** |
| 19 | Karen | | Dallavalle | | United States | Kenneth | F. | Tietjen | | United States | Not Related | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4550 | To Be Determined | **To Be Determined** |
| 20 | Debra | Marie | Johnson | | United States | David | J. | Williams | | United States | Domestic Partner | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4764 | To Be Determined | **To Be Determined** |