KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 28, 2022

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") and Musaed Al Jarrah regarding the Court's September 21, 2022 Opinion and Order sanctioning Kreindler & Kreindler LLP ("Kreindler & Kreindler") and John Fawcett and removing Kreindler & Kreindler from the Plaintiffs' Executive Committee.

      The Court has directed the parties to "make requests to redact material in [its] Opinion and Order by September 28, 2022." ECF No. 8544, at 64. Saudi Arabia and Al Jarrah do not request redactions to the Opinion and Order. The unproven and irrelevant allegations concerning Al Jarrah made by Kreindler & Kreindler and its attorneys are already public either as a result of Kreindler & Kreindler's violations of this Court's orders or as a necessary part of this Court's investigation of those violations. Although those allegations (which Al Jarrah denies) are harmful to his reputation, that harm cannot now be remedied because the relevant documents and testimony are already public. That is another respect in which, as the Opinion and Order observes, the effect of Kreindler & Kreindler's misconduct is "permanent." *Id.* at 50-51.

      Respectfully submitted,

      /s/ *Michael K. Kellogg*

      Michael K. Kellogg
      *Counsel for the Kingdom of Saudi Arabia*

cc:   All MDL Counsel of Record (via ECF)