Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix ! | Relationship to Decedent | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damages Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Peter | | Genco | | Annalisa | | Genco | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 2. | Peter | | Genco | | Diane | | Genco | | Spouse | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 3. | Peter | | Genco | | Victoria | | Genco | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 4. | David | Ralph | Leistman | | Brian | J. | Leistman | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 5. | David | Ralph | Leistman | | Katherine | Ann | Leistman | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 6. | David | Ralph | Leistman | | Maryclair | | Leistman | | Spouse | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 7. | Frederick | Charles | Rimmele | | Kimberly | Ann | Trudel | | Spouse | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 8. | Dennis | Peter | Scauso | | Darcie | Lee | Bailey-Scauso | ! | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 9/17/2018 | # 4186 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 9. | Dennis | Peter | Scauso | | Donald | Robert | Scauso | ! | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 2/14/2020 | # 5947 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 10. | Dennis | Peter | Scauso | | Gabrielle | Samantha | Scauso | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 11. | Dennis | Peter | Scauso | | Janlyn | | Scauso | | Spouse | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 12. | Dennis | Peter | Scauso | | Juliette | Lynn | Scauso | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 13. | Donald | F. | Spampinato | Jr. | David | | Spampinato | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 14. | Donald | F. | Spampinato | Jr. | Donald | | Spampinato | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 15. | Donald | F. | Spampinato | Jr. | Laurie | | Spampinato | | Spouse | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 16. | Donald | F. | Spampinato | Jr. | Peter | | Spampinato | | Child | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 17. | Elkin | | Yuen | | Cella | | Woo-Yuen | | Spouse | United States | United States | Ashton et al. v. al Qaeda Islamic Army, et al., 1:02-cv-6977 (GBD)(SN) | 8/15/2019 | # 4880 | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| | | | | | | | | | | | | | | | | | | $168,500,000.00 | $505,500,000.00 |

! For plaintiffs marked with an "!", the plaintiff previously obtained a judgment against the Islamic Republic of Iran based on a determination that the plaintiff is functionally equivalent to an immediate family member. The ECF No. of the Order granting a judgment contains the determination that the person was functionally equivalent to an immediate family member.