USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2022

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

VIA ECF

September 28, 2022

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs' Executive Committees, on behalf of all Plaintiffs with claims against the Republic of the Sudan ("Sudan"), write to request that the Court endorse the parties' proposed agreed-upon schedule for briefing of any objections relating to Judge Netburn's Report and Recommendation (ECF No. 7942) on Sudan's Motion to Dismiss, as amended by ECF No. 8549. At present, objections to the Report and Recommendation are due on October 4, 2022. *See* ECF No. 8549 at p. 6.

Plaintiffs and Sudan have conferred and respectfully request that the Court approve the following proposed extension of the deadline for filing objections to the Report and Recommendation, and proposed deadlines for filing of opposition and reply briefs:

- Friday, November 4, 2022 – Deadline for objections to the Report and Recommendation;

- Friday, December 2, 2022 – Deadline for oppositions to objections to the Report and Recommendation;

- Friday, December 16, 2022 – Deadline for replies in support of objections.

Plaintiffs and Sudan thank Your Honor in advance for the Court's attention to this matter.

Honorable George B. Daniels
September 28, 2022
Page 2

_____

Respectfully submitted,

| | |
|---|---|
| COZEN O'CONNOR | MOTLEY RICE LLC |
| By: _/s/ Sean P. Carter_ | By: _/s/ Robert T. Haefele_ |
| SEAN P. CARTER | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, PA 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter1@cozen.com | |
| *On behalf of the Plaintiffs' Executive Committees* | *On behalf of the Plaintiffs' Executive Committees* |

cc:   The Honorable Sarah Netburn (via ECF)
       All MDL Counsel of Record (via ECF)

SPC:js

---

The Parties' schedule is GRANTED. Objections to the Report and Recommendation shall be filed by November 4, 2022, oppositions shall be filed by December 2, and replies shall be filed by December 16.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

**Dated:** September 29, 2022
           New York, New York

2