```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received no requests for redactions to the opinion and order at ECF No. 8544. The Clerk of the Court is respectfully directed to unseal that document.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 29, 2022
       New York, New York