**Ex. A-1**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | William | Howard | Pohlmann | | Linda | | Pohlmann | | Spouse | United States | United States | N/A | N/A | N/A | N/A | 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 2 | Tamara | Ciara | Thurman | | Artricia | | McClure | | Sibling | United States | United States | N/A | N/A | NA | N/A | 8486 | ATA | $4,250,000.00 | $12,750,000.00 |
| 3 | Tamara | Ciara | Thurman | | Wilton | | White | | Sibling | United States | United States | N/A | N/A | N/A | N/A | 8486 | ATA | $4,250,000.00 | $12,750,000.00 |
| 4 | Walter | Edward | Weaver | | Michael | Anthony | Weaver | | Sibling | United States | United States | N/A | N/A | N/A | N/A | 8486 | ATA | $4,250,000.00 | $12,750,000.00 |
| 5 | Walter | Edward | Weaver | | Joan | Claire | Weaver | | Parent (Deceased) | United States | United States | N/A | N/A | N/A | N/A | 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| | | | | | | | | | | | | | | | | | | $33,750,000.00 | $101,250,000.00 |