**Ex. B-1**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Economic Damage Amount ($) | Total Non-Economic Damage Amount ($) | Total Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Walter | Edward | Weaver | | Estate | United States | N/A | N/A | N/A | N/A | 8486 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| | | | | | | | | | | | | | $2,000,000.00 | **$2,000,000.00** | **$6,000,000.00** |