**Ex. B-2**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Economic Damage Amount ($) | Total Non-Economic Damage Amount ($) | Total Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Anthony | | Alvarado | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 2. | Victoria | | Alvarez-Brito | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 3. | Scott | Daniel | Bart | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 4. | Ronald | Paul | Bucca | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 5. | David | Gary | Carlone | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $3,607,825.00 | $2,000,000.00 | $5,607,825.00 | $16,823,475.00 |
| 6. | Steven | Paul | Chucknick | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $3,825,361.00 | $2,000,000.00 | $5,825,361.00 | $17,476,083.00 |
| 7. | Alex | F. | Ciccone | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 8. | Jerry | Don | Dickerson | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 9. | Jeffrey | | Dingle | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 10. | Christopher | Michael | Duffy | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 11. | John | E. | Eichler | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $2,229,794.00 | | $2,229,794.00 | $6,689,382.00 |
| 12. | Robert | Randolph | Elseth | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 13. | Lee | Stanley | Fehling | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 14. | Paul | Matthew | Fiori | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 15. | Virginia | E. | Fox | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $208,536.00 | | $208,536.00 | $625,608.00 |
| 16. | Michelle | H. | Goldstein | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $3,252,145.00 | | $3,252,145.00 | $9,756,435.00 |
| 17. | Dennis | James | Gomes | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 18. | Douglas | Darrell | Ketcham | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 19. | Amy | | King | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 20. | Elena | Fernanda | Ledesma | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 21. | Michael | | Lomax | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 22. | Stephen | Vincent | Mulderry | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 23. | Laurence | Florian | Nedell | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 24. | Richard | Al | Penny | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 25. | William | Howard | Pohlmann | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 26. | Thomas | Michael | Regan | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $9,293,281.00 | $2,000,000.00 | $11,293,281.00 | $33,879,843.00 |
| 27. | Stephen | | Roach | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 28. | Richard | Lawrence | Salinardi | Jr. | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 29. | Edward | W. | Schunk | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 30. | Davis | Grier | Sezna | Jr. | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |

**Ex. B-2**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Economic Damage Amount ($) | Total Non-Economic Damage Amount ($) | Total Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31. | Paul | Albert | Skrzypek | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 32. | James | Joseph | Suozzo | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 33. | Kip | | Taylor | | Estate | United States | N/A | N/A | N/A | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 34. | Jacqueline | | Young | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| | | | | | | | | | | | | | $22,416,942.00 | $62,000,000.00 | **$84,416,942.00** | **$257,250,826.00** |

docs-100521644.3