UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Johnson, et al., v. Islamic Republic of Iran.</u>, No. 18-cv-12344

    Plaintiffs in <u>Johnson, et al., v. Islamic Republic of Iran.</u>, No. 18-cv-12344, have moved for default judgment. <u>Johnson</u>, ECF No. 41. This motion does not comply with the requirements for seeking a default judgment in this multidistrict litigation or the general rules for obtaining default judgments in this district. The motion was not filed on both the individual case docket and the main multidistrict litigation docket. <u>See</u> ECF Nos. 6890, 7354. Additionally, the proposed default judgment and declaration were not included as separate events in ECF. <u>See</u> SDNY, Electronic Case Filing Rules & Instructions § 16 (May 2, 2022).[1] This motion is therefore denied with leave to refile in compliance with these rules. The Clerk of the Court is respectfully directed to terminate the motion in <u>Johnson</u>, ECF No. 41.

**SO ORDERED.**

Dated: September 29, 2022
       New York, New York

SARAH NETBURN
United States Magistrate Judge

---

[1] Available at
https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%20050222%20FINAL.pdf