IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) |

*This document applies to:*

*Havlish, et al. v bin Laden, et al.*
03-Civ.-9848 (GBD) (FM)

# EXHIBIT A

To Abstract of Judgment

1. ISLAMIC REPUBLIC OF IRAN
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

2. AYATOLLAH ALI HOSEINI KHAMENEI
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Street
   Tehran, Iran

3. ESTATE OF ALI AKBAR HASHEMI RAFSANJANI, Deceased
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Street
   Tehran, Iran

4. IRAN'S MINISTRY OF INFORMATION AND SECURITY
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

5. ISLAMIC REVOLUTIONARY GUARD CORPS
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

6. IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

7. IRAN'S MINISTRY OF COMMERCE
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

8. IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs
   Imam Khomeini Avenue
   Tehran, Iran

9. IRAN'S MINISTRY OF PETROLEUM
   c/o H.E. Hossein Amir-Abdollahian
   Ministry of Foreign Affairs

   Imam Khomeini Avenue
   Tehran, Iran

10.  CENTRAL BANK OF IRAN, *a/k/a* BANK MARKAZI
   c/o Abdolnaser Hemmati (President/Governor)
   144, Mirdamad Blvd.
   Tehran, Iran

   and

11.  CENTRAL BANK OF IRAN, *a/k/a* BANK MARKAZI
   c/o H.E. Hossein Amir-Abdollahian
   Minister of Foreign Affairs
   Imam Khomeini Street
   Tehran, Iran

12.  NATIONAL IRANIAN OIL COMPANY
   c/o Bijan Namdar Zangeneh (Chairman)
   and Masoud Karbasian (CEO)
   Hafez Crossing, Taleghani Avenue
   Tehran, Iran

13.  NATIONAL IRANIAN TANKER COMPANY
   c/o Nasrollah Sardashti (Managing Director)
   65 Shahid Atefi Street, Africa Expressway
   Tehran, Iran

14.  NATIONAL IRANIAN GAS COMPANY
   c/o Hassan Montazer Torbati (Managing Director)
   National Iranian Gas Company Building
   South Aban Street, Karimkhan Boulevard
   Tehran, Iran

15.  NATIONAL IRANIAN PETROCHEMICAL COMPANY
   c/o Bijan Zanganeh (Chairman) and Marzieh Shahdaei (President)
   144, North, Sheikh Bahaie Avenue
   P.O. Box 19395-6896
   Tehran, Iran

16.  IRAN AIRLINES *a/k/a* IRAN AIR
   c/o Farzaneh Sharafbafi (CEO)
   Iran Air H.Q., Mehrabad Airport
   P.O. Box 13185-775
   Tehran, Iran

17.  HEZBOLLAH
   Valiasr Avenue
   Shahid Rahimi Alley No. 75
   Tehran, Iran

18. OSAMA BIN LADEN
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

19. AL-QAEDA / ISLAMIC ARMY
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

20. THE TALIBAN, AKA THE ISLAMIC EMIRATE OF AFGHANISTAN
    Presidential Palace
    G5GG+5MW,
    Akber, Afghanistan

    and

21. THE TALIBAN, AKA THE ISLAMIC EMIRATE OF AFGHANISTAN
    Embassy of Afghanistan,
    West Bay, Isteolal Street,
    P.O. Box: 22104,
    Doha, Qatar

22. MUHAMMAD OMAR
    Presidential Palace
    G5GG+5MW,
    Akber, Afghanistan

    and

23. MUHAMMAD OMAR
    Embassy of Afghanistan,
    West Bay, Isteolal Street,
    P.O. Box: 22104,
    Doha, Qatar