IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : <br> : <br> : | Civil Action No.<br>03 MDL 1570 (GBD) (SN) |

*This document applies to:*

*Havlish, et al. v bin Laden, et al.*
03-Civ.-9848 (GBD) (FM)

# EXHIBIT B

To Abstract of Judgment

| CLIENT | 9/11 DECEDENT | RELATIONSHIP | PR OF ESTATE | IRAN CASE | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Estate of Michael A. Bane | Michael Bane | 9/11 Decedent | Tara Bane | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Tara Bane | Michael Bane | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of Jack Donald Bane | Michael Bane | Parent | Arline Peabody-Bane | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Christina Bane-Hayes | Michael Bane | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Gerald Bingham | Mark Kendall Bingham | Parent | Karen Bingham | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Martin Boryczewski | Martin Boryczewski | 9/11 Decedent | Julia Boryczewski | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of Krystyna Boryczewski | Martin Boryczewski | Parent | Julia Boryczewski | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of Michael Boryczewski | Martin Boryczewski | Parent | Julia Boryczewski | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Julia Boryczewski | Martin Boryczewski | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Michele Boryczewski | Martin Boryczewski | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Steven Cafiero | Steven Cafiero | 9/11 Decedent | Grace Kneski | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Grace Kneski | Steven Cafiero | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Richard M. Caproni | Richard M. Caproni | 9/11 Decedent | Richard A. Caproni | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Christopher Caproni | Richard M. Caproni | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Dolores Caproni | Richard M. Caproni | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Lisa Caproni-Brown | Richard M. Caproni | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Michael Caproni | Richard M. Caproni | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Richard A. Caproni | Richard M. Caproni | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Alice Carpeneto | Joyce Ann Carpento | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Peter Chirchirillo | Peter Chirchirillo | 9/11 Decedent | Clara Chirchirillo | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Clara Chirchirillo | Peter Chirchirillo | PR/Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Livia Chirchirillo | Peter Chirchirillo | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Catherine DeBlieck | Peter Chirchirillo | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Jeffrey Coale | Jeffrey Coale | 9/11 Decedent | Leslie Brown | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of William Coale | Jeffrey Coale | Parent | Leslie Brown | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Daniel M. Coffey | Daniel M. Coffey | 9/11 Decedent | Frances M. Coffey | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Frances M. Coffey | Daniel M. Coffey | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Daniel D. Coffey, M.D. | Daniel M. Coffey | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Kevin M. Coffey | Daniel M. Coffey | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Jason Coffey | Jason Coffey | 9/11 Decedent | Frances M. Coffey | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Frances M. Coffey | Jason Coffey | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Daniel D. Coffey, M.D. | Jason Coffey | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Kevin M. Coffey | Jason Coffey | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Jeffrey Collman | Jeffrey Collman | 9/11 Decedent | Keith Bradkowski | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of Dwayne W. Collman | Jeffrey Collman | Parent | Kathryn E. Collman | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Brian Collman | Jeffrey Collman | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Charles Collman | Jeffrey Collman | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Brenda Martin (Previously Sorenson) | Jeffrey Collman | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Michael Diehl | Michael Diehl | 9/11 Decedent | Loisanne Diehl | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Loisanne Diehl | Michael Diehl | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Stephen Dorf | Stephen Dorf | 9/11 Decedent | Michelle Dorf and Linda Sammut | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of Ann Marie Dorf | Stephen Dorf | Sibling | Joseph Dorf and Michelle Dorf | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Joseph Dorf | Stephen Dorf | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Michelle Dorf | Stephen Dorf | Co-PR/Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of Morris Dorf | Stephen Dorf | Parent | Michelle Dorf and Linda Sammut | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Robert Dorf | Stephen Dorf | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Linda Sammut | Stephen Dorf | Co-PR/Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Judy Fernandez | Judy Fernandez | 9/11 Decedent | Corazon Fernandez | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Corazon Fernandez | Judy Fernandez | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Ronald Gamboa | Ronald Gamboa | 9/11 Decedent | Regina Maria Merwin | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Regina Maria Merwin | Ronald Gamboa | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of William Godshalk | William Godshalk | 9/11 Decedent | Jane Haller | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Estate of Grace Parkinson Godshalk | William Godshalk | Parent | Jane Haller | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of John Grazioso | John Grazioso | 9/11 Decedent | Tina Grazioso | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| Tina Grazioso | John Grazioso | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| | | | | | | | | |
| | | | | | | | | |
| Estate of Liming Gu | Liming Gu | 9/11 Decedent | Jin Liu | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |

| # | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 92 | Jin Liu | Liming Gu | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 93 | Alan Gu | Liming Gu | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 94 | | | | | | | | | |
| 95 | | | | | | | | | |
| 96 | **Estate of James D. Halvorson** | James D. Halvorson | 9/11 Decedent | Maureen Halvorson | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 97 | Maureen Halvorson | James D. Halvorson | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 98 | | | | | | | | | |
| 99 | | | | | | | | | |
| 100 | **Estate of Donald G. Havlish, Jr.** | Donald G. Havlish, Jr. | 9/11 Decedent | Fiona Havlish | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 101 | Fiona Havlish | Donald G. Havlish, Jr. | PR/Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 102 | Estate of Donald G. Havlish, Sr. | Donald G. Havlish, Jr. | Parent | Susan Conklin | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 103 | William (Bill) Havlish | Donald G. Havlish, Jr. | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 104 | Susan Conklin | Donald G. Havlish, Jr. | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 105 | | | | | | | | | |
| 106 | | | | | | | | | |
| 107 | Haomin Jian (Alex Jian) | Hweidar Jian | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 108 | FuMei Chien Huang | Hweidar Jian | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 109 | Huichun Jian | Hweidar Jian | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 110 | Hui-Chuan Jian | Hweidar Jian | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 111 | Hui-Chien Chen | Hweidar Jian | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 112 | Hui-Zon Jian | Hweidar Jian | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | **Estate of Denis Lavelle** | Denis Lavelle | 9/11 Decedent | Marie Ann Paprocki | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 116 | Marie Ann Paprocki | Denis Lavelle | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | **Estate of Robert Levine** | Robert Levine | 9/11 Decedent | Stephanie Giglio | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 120 | Estate of Roni Levine | Robert Levine | Spouse | Stephanie Giglio | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 121 | | | | | | | | | |
| 122 | | | | | | | | | |
| 123 | Michael LoGuidice Sr | Catherine Lisa LoGuidice | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | |
| 126 | **Estate of Joseph Lostrangio** | Joseph Lostrangio | 9/11 Decedent | Theresanne Lostrangio | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 127 | Theresanne Lostrangio | Joseph Lostrangio | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | Estate of Ralph S. Maerz, Jr. | Noell Maerz | Parent | Bette Maerz | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | **Estate of Dorothy Mauro** | Dorothy Mauro | 9/11 Decedent | Margaret Mauro | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 134 | Margaret Mauro | Dorothy Mauro | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |
| 137 | **Estate of Mary Melendez** | Mary Melendez | 9/11 Decedent | Ramon Melendez | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 138 | Ramon Melendez | Mary Melendez | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 139 | | | | | | | | | |
| 140 | | | | | | | | | |
| 141 | **Estate of Peter T. Milano** | Peter T. Milano | 9/11 Decedent | Patricia Milano | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 142 | Patricia Milano | Peter T. Milano | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 143 | | | | | | | | | |
| 144 | | | | | | | | | |
| 145 | **Estate of Yvette Nicole Moreno** | Yvette Nicole Moreno | 9/11 Decedent | Ivy Moreno | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 146 | Ivy Moreno | Yvette Nichole Moreno | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 147 | | | | | | | | | |
| 148 | | | | | | | | | |
| 149 | **Estate of Brian Nunez** | Brian Nunez | 9/11 Decedent | JoAnne Lovett | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 150 | JoAnne Lovett | Brian Nunez | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 151 | | | | | | | | | |
| 152 | | | | | | | | | |
| 153 | **Estate of Philip Paul Ognibene** | Philip Paul Ognibene | 9/11 Decedent | Diane Ognibene | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 154 | Estate of Vincent A. Ognibene | Philip Paul Ognibene | Parent | Diane Ognibene | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 155 | | | | | | | | | |
| 156 | | | | | | | | | |
| 157 | Estate of Martin Panik | Lt. Jonas Martin Panik | Parent | Martina Panik-Stanley | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 158 | Estate of Linda Ellen Panik | Lt. Jonas Martin Panik | Parent | Martina Panik-Stanley | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 159 | Mary Lynn-Anna Panik Stanley ("Martina") | Lt. Jonas Martin Panik | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 160 | | | | | | | | | |
| 161 | | | | | | | | | |
| 162 | **Estate of Salvatore T. Papasso** | Salvatore T. Papasso | 9/11 Decedent | Christine Papasso | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 163 | Christine Papasso | Salvatore T. Papasso | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 164 | | | | | | | | | |
| 165 | | | | | | | | | |
| 166 | **Estate of John William Perry** | John Perry | 9/11 Decedent | Joel Perry | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 167 | Estate of Patricia J. Perry | John Perry | Parent | Joel Perry | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 168 | | | | | | | | | |
| 169 | | | | | | | | | |
| 170 | **Estate of Marsha Ratchford** | Marsha Ratchford | 9/11 Decedent | Rodney Ratchford Sr. | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 171 | Rodney Ratchford | Marsha Ratchford | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 172 | Rodney M. Ratchford | Marsha Ratchford | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 173 | Marshae R. Ratchford | Marsha Ratchford | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 174 | Maranda C. Ratchford | Marsha Ratchford | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 175 | | | | | | | | | |
| 176 | | | | | | | | | |
| 177 | **Estate of Joshua Scott Reiss** | Joshua Reiss | 9/11 Decedent | Gary Reiss | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 178 | Judith Reiss | Joshua Reiss | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 179 | | | | | | | | | |
| 180 | | | | | | | | | |
| 181 | **Estate of John M. Rodak** | John M. Rodak | 9/11 Decedent | Joyce Ann Rodak | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 182 | Joyce Ann Rodak | John M. Rodak | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 183 | Chelsea Nicole Rodak Primavera | John M. Rodak | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 184 | Devon Marie Rodak | John M. Rodak | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 185 | John Rodak | John M. Rodak | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 186 | Regina Rodak | John M. Rodak | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 187 | Joanne Gori | John M. Rodak | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 188 | | | | | | | | | |
| 189 | | | | | | | | | |
| 190 | **Estate of Elvin Romero** | Elvin Romero | 9/11 Decedent | Diane Romero | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 191 | Diane Romero | Elvin Romero | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 192 | | | | | | | | | |
| 193 | | | | | | | | | |
| 194 | Helen Rosenthal | Josh Rosenthal | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 195 | | | | | | | | | |
| 196 | | | | | | | | | |
| 197 | **Estate of Richard Rosenthal** | Richard Rosenthal | 9/11 Decedent | Loren Rosenthal | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 198 | Loren Rosenthal | Richard Rosenthal | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 199 | | | | | | | | | |
| 200 | | | | | | | | | |
| 201 | Alexander Rowe | Nicholas Rowe | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 202 | | | | | | | | | |
| 203 | | | | | | | | | |
| 204 | Ed Russin | Steven Russin | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 205 | Gloria Russin | Steven Russin | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 206 | Barry Russin | Steven Russin | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 207 | | | | | | | | | |
| 208 | | | | | | | | | |
| 209 | **Estate of Maria Theresa Santillan** | Maria Theresa Santillan | 9/11 Decedent | Victor Santillan | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 210 | Estate of Expedito Santillan | Maria Theresa Santillan | Parent | Victor Santillan | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 211 | Estate of Ester Santillan | Maria Theresa Santillan | Parent | Victor Santillan | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 212 | | | | | | | | | |
| 213 | | | | | | | | | |
| 214 | **Estate of Victor Saracini** | Victor Saracini | 9/11 Decedent | Ellen Saracini | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 215 | Ellen Saracini | Victor Saracini | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 216 | Estate of Anne C. Saracini | Victor Saracini | Parent | Joanne Renzi | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 217 | Joanne Renzi | Victor Saracini | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 218 | | | | | | | | | |
| 219 | | | | | | | | | |
| 220 | **Estate of Scott Schertzer** | Scott Schertzer | 9/11 Decedent | Paul Schertzer | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 221 | Paul Schertzer | Scott Schertzer | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 222 | | | | | | | | | |
| 223 | | | | | | | | | |
| 224 | **Estate of Paul K. Sloan** | Paul K. Sloan | 9/11 Decedent | Ronald Sloan | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 225 | Ronald S. Sloan | Paul K. Sloan | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 226 | | | | | | | | | |
| 227 | | | | | | | | | |
| 228 | **Estate of George Eric Smith** | George Smith | 9/11 Decedent | Raymond Smith, Jr. | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 229 | Raymond Alexander Smith | George Smith | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 230 | | | | | | | | | |
| 231 | | | | | | | | | |
| 232 | **Estate of Timothy P. Soulas** | Timothy Soulas | 9/11 Decedent | Katherine Soulas | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 233 | Katherine Soulas | Timothy Soulas | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 234 | | | | | | | | | |
| 235 | | | | | | | | | |
| 236 | **Estate of William R. Steiner** | William Steiner | 9/11 Decedent | Russa Steiner | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 237 | Russa Steiner | William Steiner | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 238 | | | | | | | | | |
| 239 | | | | | | | | | |
| 240 | **Estate of Andrew Stergiopoulos** | Andrew Stergiopoulos | 9/11 Decedent | George Stergiopoulos and Angela Stergiopoulos | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 241 | George Stergiopoulos, M.D. | Andrew Stergiopoulos | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 242 | Angela Stergiopoulos | Andrew Stergiopoulos | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 243 | | | | | | | | | |
| 244 | | | | | | | | | |
| 245 | **Estate of Edward W. Straub** | Edward W. Straub | 9/11 Decedent | Sandra Straub | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 246 | Sandra Straub | Edward W. Straub | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 247 | | | | | | | | | |
| 248 | | | | | | | | | |
| 249 | **Estate of Jennifer Tino** | Jennifer Tino | 9/11 Decedent | Joan E. Tino | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 250 | Joan E. Tino | Jennifer Tino | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 251 | Pamela Schiele | Jennifer Tino | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 252 | | | | | | | | | |
| 253 | | | | | | | | | |
| 254 | **Estate of Jeanmarie Wallendorf** | Jeanmarie Wallendorf | 9/11 Decedent | Christine Barton | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 255 | Christine Barton | Jeanmarie Wallendorf | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 256 | | | | | | | | | |
| 257 | | | | | | | | | |
| 258 | **Estate of Meta Waller** | Meta Waller | 9/11 Decedent | Chrislan Fuller Manuel | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 259 | | | | | | | | | |
| 260 | | | | | | | | | |
| 261 | **Estate of Timothy Raymond Ward** | Timothy Raymond Ward | 9/11 Decedent | Michael Paige | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 262 | Estate of Doyle Raymond Ward | Timothy Raymond Ward | Parent | Brianna Gomes | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 263 | | | | | | | | | |
| 264 | | | | | | | | | |
| 265 | Maureen Halvorson | William Wilson | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 266 | | | | | | | | | |
| 267 | | | | | | | | | |
| 268 | Stephen L. Cartledge | Sandra Wright Cartledge | Spouse | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 269 | Michelle Wright | Sandra Wright Cartledge | Child | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 270 | | | | | | | | | |
| 271 | | | | | | | | | |
| 272 | Leonard Zeplin | Marc Scott Zeplin | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 273 | Leona Zeplin | Marc Scott Zeplin | Parent | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |
| 274 | Joslin Paradise | Marc Scott Zeplin | Sibling | | HAVLISH | 301 19th Street North | Birmingham | Alabama | 35203 |