**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: TERRORIST ATTACKS ON      :          Civil Action No.
SEPTEMBER 11, 2001               :          03 MDL 1570 (GBD) (SN)
                                 :

---

*This document applies to:*

*Havlish, et al. v bin Laden, et al.*
03-Civ.-9848 (GBD) (FM)

# EXHIBIT A

To Abstract of Judgment

1.  ISLAMIC REPUBLIC OF IRAN
    c/o H.E. Hossein Amir-Abdollahian
    Minister of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

2.  AYATOLLAH ALI HOSEINI KHAMENEI
    c/o H.E. Hossein Amir-Abdollahian
    Minister of Foreign Affairs
    Imam Khomeini Street
    Tehran, Iran

3.  ESTATE OF ALI AKBAR HASHEMI RAFSANJANI, Deceased
    c/o H.E. Hossein Amir-Abdollahian
    Minister of Foreign Affairs
    Imam Khomeini Street
    Tehran, Iran

4.  IRAN'S MINISTRY OF INFORMATION AND SECURITY
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

5.  ISLAMIC REVOLUTIONARY GUARD CORPS
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

6.  IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

7.  IRAN'S MINISTRY OF COMMERCE
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

8.  IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs
    Imam Khomeini Avenue
    Tehran, Iran

9.  IRAN'S MINISTRY OF PETROLEUM
    c/o H.E. Hossein Amir-Abdollahian
    Ministry of Foreign Affairs

Imam Khomeini Avenue
Tehran, Iran

10. CENTRAL BANK OF IRAN, *a/k/a* BANK MARKAZI
c/o Abdolnaser Hemmati (President/Governor)
144, Mirdamad Blvd.
Tehran, Iran

and

11. CENTRAL BANK OF IRAN, *a/k/a* BANK MARKAZI
c/o H.E. Hossein Amir-Abdollahian
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran

12. NATIONAL IRANIAN OIL COMPANY
c/o Bijan Namdar Zangeneh (Chairman)
and Masoud Karbasian (CEO)
Hafez Crossing, Taleghani Avenue
Tehran, Iran

13. NATIONAL IRANIAN TANKER COMPANY
c/o Nasrollah Sardashti (Managing Director)
65 Shahid Atefi Street, Africa Expressway
Tehran, Iran

14. NATIONAL IRANIAN GAS COMPANY
c/o Hassan Montazer Torbati (Managing Director)
National Iranian Gas Company Building
South Aban Street, Karimkhan Boulevard
Tehran, Iran

15. NATIONAL IRANIAN PETROCHEMICAL COMPANY
c/o Bijan Zanganeh (Chairman) and Marzieh Shahdaei (President)
144, North, Sheikh Bahaie Avenue
P.O. Box 19395-6896
Tehran, Iran

16. IRAN AIRLINES *a/k/a* IRAN AIR
c/o Farzaneh Sharafbafi (CEO)
Iran Air H.Q., Mehrabad Airport
P.O. Box 13185-775
Tehran, Iran

17. HEZBOLLAH
Valiasr Avenue
Shahid Rahimi Alley No. 75
Tehran, Iran

18.  OSAMA BIN LADEN
     c/o H.E. Hossein Amir-Abdollahian
     Ministry of Foreign Affairs
     Imam Khomeini Avenue
     Tehran, Iran

19.  AL-QAEDA / ISLAMIC ARMY
     c/o H.E. Hossein Amir-Abdollahian
     Ministry of Foreign Affairs
     Imam Khomeini Avenue
     Tehran, Iran

20.  THE TALIBAN, AKA THE ISLAMIC EMIRATE OF AFGHANISTAN
     Presidential Palace
     G5GG+5MW,
     Akber, Afghanistan

     and

21.  THE TALIBAN, AKA THE ISLAMIC EMIRATE OF AFGHANISTAN
     Embassy of Afghanistan,
     West Bay, Isteolal Street,
     P.O. Box: 22104,
     Doha, Qatar

22.  MUHAMMAD OMAR
     Presidential Palace
     G5GG+5MW,
     Akber, Afghanistan

     and

23.  MUHAMMAD OMAR
     Embassy of Afghanistan,
     West Bay, Isteolal Street,
     P.O. Box: 22104,
     Doha, Qatar