UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|
| | ECF Case |

This document relates to:

*Fiona Havlish, et al. v. Bin Laden, et al.*, Case No. 03-cv-09848
*John Does 1 Through 7 v. The Taliban, et al.*, Case No. 20-mc-00740
*Federal Insurance Co. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Estate of Smith, et al. v. The Islamic Republic of Iraq, et al.*, Case No. 01-cv-10132

## NOTICE OF THE JOINT TALIBAN CREDITORS' MOTION FOR POST-JUDGMENT ATTACHMENT

PLEASE TAKE NOTICE that Judgment Creditors *Fiona Havlish, et al.* (the "*Havlish* Creditors"), *John Does 1 through 7* (the "*Doe* Creditors"), *Federal Insurance Co., et al.* (the "*Federal Insurance* Creditors"), and *Estate of Smith, et al.* (the "*Smith* Creditors") (collectively the "Joint Taliban Creditors"), by and through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 69 and New York Civil Practice Law and Rule § 6201(5) for an order authorizing attachment of the assets of the Taliban held in the name of the Da Afghanistan Bank ("DAB") at the Federal Reserve Bank of New York ("FRBNY"), as follows:

- On behalf of the *Havlish* Creditors in the amount of $2,086,386,669.00;
- On behalf of the *Doe* Creditors in the amount of $138,418,741.00;
- On behalf of Creditor *Vigilant Insurance Company* in the amount of $126,917,799.72;
- On behalf of Creditor *Chubb Custom Insurance Company* in the amount of $1,837,755.00;
- On behalf of Creditor *Chubb Indemnity Insurance* Company in the amount of $12,251,634.60;
- On behalf of Creditor *Federal Insurance Company* in the amount of $4,541,002,792.17;
- On behalf of Creditor *Chubb Insurance Company of New Jersey* in the amount of $1,238,045.13;

- On behalf of Creditor *Chubb Insurance Company of Canada* in the amount of $151,357,187.13;

- On behalf of Creditor *Pacific Indemnity Company* in the amount of $29,809,609.98;

- On behalf of Creditor *Great Northern Insurance* Company in the amount of $1,787,991,341.37;

- On behalf of Creditor *AXA Art Insurance Corp.* in the amount of $42,862,629.00;

- On behalf of Creditor *AXA Global Risks (UK) Ltd.* in the amount of $32,959,870.71;

- On behalf of Creditor *AXA CSA UK Branch* in the amount of $194,339,649.00;

- On behalf of Creditor *AXA Insurance Company* in the amount of $395,088,134.88;

- On behalf of Creditor *AXA Reinsurance Company* in the amount of $248,144,334.00;

- On behalf of Creditor *AXA RE* in the amount of $317,370,069.00;

- On behalf of Creditor *AXA RE Canadian Branch* in the amount of $78,415,221.33;

- On behalf of Creditor *AXA RE UK Plc* in the amount of $54,488,105.10;

- On behalf of Creditor *AXA Versicherung* in the amount of $2,769,159.00;

- On behalf of Creditor *SPS RE* in the amount of $252,915,480.00;

- On behalf of Creditor *American Alternative Insurance Company* in the amount of $11,768,346.21;

- On behalf of Creditor *Princeton Excess and Surplus Lines Insurance Company* in the amount of $11,388,877.50;

- On behalf of Creditor *Great Lakes UK Reinsurance Company* in the amount of $298,534,281.06;

- On behalf of Creditor *OneBeacon Insurance Company* in the amount of $529,544,956.20;

- On behalf of Creditor *TIG* in the amount of $228,252,687.90; and

- On behalf of the *Smith* Creditors in the amount of $59,262,187.57.

The grounds and reasons for granting this relief are stated with particularity in the accompanying Memorandum of Law.  A proposed Order is submitted herewith.

Dated:  September 30, 2022

Respectfully submitted,

By:   /s/  Lee Wolosky
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel:  (212) 891-1628
lwolosky@jenner.com

Douglass A. Mitchell
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Tel: (202) 639-6090
dmitchell@jenner.com

*Counsel for Judgment Creditors Fiona Havlish, et al.*

By:   /s/  Orlando do Campo
Orlando do Campo
John Thornton
Daniela Jaramillo
DO CAMPO & THORNTON, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, FL 33131
Tel: (305) 358-6600
od@danddtlaw.com

*Counsel for Judgment Creditors John Does 1-7*

By:   /s/  Sean P. Carter
Sean P. Carter
Stephen A. Cozen
J. Scott Tarbutton
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-2105
scarter1@cozen.com

*Counsel for Judgment Creditors Federal Insurance Co., et al.*

By: /s/ *James Edwin Beasley*
James Edwin Beasley
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107
Tel: (215) 592-1000
jbj@beasleyfirm.com

*Counsel for Judgment Creditors Estate of Smith, et al.*

LEGAL\59572474\1