```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Plaintiffs' Executive Committees ("PECs") request a conference to address how the Court can decide motions for default judgment against the Taliban in a way that permits plaintiffs to "proceed on equal footing with one another." ECF No. 8535 at 2. The PECs shall submit a letter with their proposal for how this could be achieved by October 14, 2022.

**SO ORDERED.**

Dated: September 30, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge