Ex. B
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Decedent Nationality on 9/11/01 | Relationship | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sophia | | Addo | | Ghana | Estate | N/A | N/A | N/A | 8017 | Common Law | $2,133,404.00 | $2,000,000.00 | $4,133,404.00 | N/A |
| 2 | Antonio | J. | Alvarez | | Mexico | Estate | N/A | N/A | N/A | 8017 | Common Law | $3,930,183.00 | $2,000,000.00 | $5,930,183.00 | N/A |
| 3 | Ivhan | Luis | Bautista | | Peru | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 4 | Luigi | | Calvi | | Italy | Estate | N/A | N/A | N/A | 8017 | Common Law | $5,847,348.00 | $2,000,000.00 | $7,847,348.00 | N/A |
| 5 | Luis | A. | Chimbo | | Ecuador | Estate | N/A | N/A | N/A | 8017 | Common Law | $1,538,381.00 | $2,000,000.00 | $3,538,381.00 | N/A |
| 6 | Juan | Pablo Alvarez | Cisneros | | Guatemala | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 7 | Jaime | | Concepcion | | Dominican Republic | Estate | N/A | N/A | N/A | 8017 | Common Law | $1,243,593.00 | $2,000,000.00 | $3,243,593.00 | N/A |
| 8 | Helen | | Cook | | Honduras | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 9 | Titus | | Davidson | | Jamaica | Estate | N/A | N/A | N/A | 8017 | Common Law | $151,917.00 | $2,000,000.00 | $2,151,917.00 | N/A |
| 10 | Manuel | | De Jesus Molina | | Dominican Republic | Estate | N/A | N/A | N/A | 8017 | Common Law | $3,513,253.00 | $2,000,000.00 | $5,513,253.00 | N/A |
| 11 | Ramzi | A. | Doany | | Jordan | Estate | N/A | N/A | N/A | 8017 | Common Law | $1,157,557.00 | $2,000,000.00 | $3,157,557.00 | N/A |
| 12 | Godwin | Orville | Forde | | United Kingdom | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 13 | Wilder | A. | Gomez | | Colombia | Estate | N/A | N/A | N/A | 8017 | Common Law | $2,310,555.00 | $2,000,000.00 | $4,310,555.00 | N/A |
| 14 | Kiran | Kumar Reddy | Gopu | | India | Estate | N/A | N/A | N/A | 8017 | Common Law | $2,132,029.00 | $2,000,000.00 | $4,132,029.00 | N/A |
| 15 | Peter | | Gyulavary | | Australia | Estate | N/A | N/A | N/A | 8017 | Common Law | $2,638,852.00 | $2,000,000.00 | $4,638,852.00 | N/A |
| 16 | Gricelda | E. | James | | Honduras | Estate | N/A | N/A | N/A | 8017 | Common Law | $683,893.00 | $2,000,000.00 | $2,683,893.00 | N/A |
| 17 | Stephen | | Joseph | | Trinidad and Tobago | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 18 | Gavkharoy | | Kamardinova | | Uzbekistan | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 19 | Rajesh | | Khandelwal | | India | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 20 | Manuel | E. | Mejia | | Dominican Republic | Estate | N/A | N/A | N/A | 8017 | Common Law | $421,216.00 | $2,000,000.00 | $2,421,216.00 | N/A |
| 21 | Antonio | | Melendez | | Mexico | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |

docs-100522922.1

Ex. B
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Decedent Nationality on 9/11/01 | Relationship | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Yelena | | Melnichenko | | Lithuania | Estate | N/A | N/A | N/A | 8017 | Common Law | $4,422,805.00 | $2,000,000.00 | $6,422,805.00 | N/A |
| 23 | Nurul | Haque | Miah | | Bangladesh | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 24 | Antonio | | Montoya | | Colombia | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 25 | Stephen | Philip | Morris | | United Kingdom | Estate | N/A | N/A | N/A | 8017 | Common Law | $6,006,042.00 | $2,000,000.00 | $8,006,042.00 | N/A |
| 26 | Damion | | Mowatt | | Jamaica | Estate | N/A | N/A | N/A | 8017 | Common Law | $788,962.00 | $2,000,000.00 | $2,788,962.00 | N/A |
| 27 | Jerome | O. | Nedd | | Trinidad | Estate | N/A | N/A | N/A | 8017 | Common Law | $1,367,777.00 | $2,000,000.00 | $3,367,777.00 | N/A |
| 28 | Manuel | D. | Patrocino | | Dominican Republic | Estate | N/A | N/A | N/A | 8017 | Common Law | $1,490,646.00 | $2,000,000.00 | $3,490,646.00 | N/A |
| 29 | Alejo | | Perez | | Dominican Republic | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 30 | Rahma | | Salie | | Sri Lanka | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 31 | Nolbert | | Salomon | | Haiti | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 32 | Hugo | | Sanay | | Ecuador | Estate | N/A | N/A | N/A | 8017 | Common Law | $796,621.00 | $2,000,000.00 | $2,796,621.00 | N/A |
| 33 | Mohammed | | Shajahan | | Bangladesh | Estate | N/A | N/A | N/A | 8017 | Common Law | $3,016,757.00 | $2,000,000.00 | $5,016,757.00 | N/A |
| 34 | Derek | Olgilvie | Sword | | United Kingdom | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 35 | Harshad | S. | Thatte | | India | Estate | N/A | N/A | N/A | 8017 | Common Law | $4,151,054.00 | $2,000,000.00 | $6,151,054.00 | N/A |
| 36 | Michael | | Theodoridis | | Switzerland | Estate | N/A | N/A | N/A | 8017 | Common Law | $8,514,726.00 | $2,000,000.00 | $10,514,726.00 | N/A |
| 37 | Vanavah | | Thompson | | Guyana | Estate | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 38 | Martin | Morales | Zempoaltecatl | | Mexico | Estate | N/A | N/A | N/A | 8017 | Common Law | $1,945,440.00 | $2,000,000.00 | $3,945,440.00 | N/A |
| | | | | | | | | | | | | $60,203,011.00 | $76,000,000.00 | $136,203,011.00 | |