**Ex. A-1**
**Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)**
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Location Where Injury Occurred | Injury Category | Severity of Injury | Total Economic Damages Amount ($) | Total Pain and Suffering Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Manu | | Dhingra | | Self (Injury) | India | N/A | N/A | N/A | 8017 | Common Law | World Trade Center | Burn | Devastating | $255,582.00 | | $255,582.00 | N/A |