**Ex. A-2**
**Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)**
*(Alphabetically by Last Name of 9/11 Decedent)*

|   | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Location Where Injury Occurred | Injury Category | Severity of Injury | Total Economic Damages Amount ($) | Total Pain and Suffering Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | William | Jose | Jimeno | | Self (Injury) | United States | N/A | N/A | N/A | 8017 | ATA | World Trade Center | Falling Debris; Crushing | Devastating | $3,181,931.00 | | $3,181,931.00 | $9,545,793.00 |
| 2 | John | | McLoughlin | | Self (Injury) | United States | N/A | N/A | N/A | 8017 | ATA | World Trade Center | Falling Debris; Crushing | Devastating | $2,660,711.00 | | $2,660,711.00 | $7,982,133.00 |

docs-100522952.1