UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-MDL-01570 (GBD) (SN) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward M. Spiro hereby appears as counsel for Movant Kreindler & Kreindler LLP in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or e-mail address set forth below.

Dated: New York, New York
October 4, 2022

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: *s/ Edward M. Spiro*
　　　Edward M. Spiro

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (phone)
(212) 856-9494 (fax)
espiro@maglaw.com

*Attorney for Kreindler & Kreindler LLP*