**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03-MDL-01570 (GBD)

This document relates to: *All Actions*

**[PROPOSED] ORDER TO SHOW CAUSE TO STAY**
**ORDER PENDING RESOLUTION OF RULE 72(a) OBJECTIONS**

Upon the Declaration of Andrew Maloney, dated October 4, 2022, and the memorandum of law of Kreindler & Kreindler LLP ("K&K") in support of their motion by order to show cause for a stay pending resolution of objections pursuant to Federal Rule of Civil Procedure 72(a):

IT IS HEREBY ORDERED that Defendant Kingdom of Saudi Arabia show cause before this Court on October ___, 2022 at _____ ___.m. before the Honorable George B. Daniels, United States District Court Judge, why an order should not be entered (a) granting a stay of the nonmonetary sanctions entered against K&K in Magistrate Judge Sarah Netburn's Opinion & Order dated September 21, 2022, Dkt. No. 8544 at 65 (the "Order")—namely, the "immediat[e]" removal of K&K from the Plaintiffs' Executive Committee after over two decades leading this multi-district litigation—pending resolution of K&K's Rule 72(a) objections due October 21, 2022.

IT IS FURTHER ORDERED that service via email and ECF of a copy of this order and annexed papers upon Defendant on or before _____ ___.m on October ___, 2022, shall be deemed good and sufficient service thereof.

2

IT IS FURTHER ORDERED that Defendant's opposing papers, if any, in response to this order to show cause, shall be served upon counsel for K&K on an expedited basis no later than October ___, 2022 at _____ __.m.

IT IS FURTHER ORDERED that K&K's reply papers, if any, shall be served upon counsel for Defendant on an expedited basis no later than October ___, 2022 at _____ __.m.

IT IS FURTHER ORDERED that all aspects of the non-monetary sanctions against K&K in the Order are stayed pending this Court's resolution of K&K's present motion by order to show cause for a stay pending resolution of Rule 72(a) objections.


SO ORDERED.


Dated: October ___, 2022
         New York, NY

_____
Hon. George B. Daniels
United States District Judge