KELLOGG, HANSEN, TODD, FIGEL & FREDERI[CK]

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2022

October 4, 2022

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

  I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia"), in connection with the Court's September 21, 2022 order holding that Kreindler & Kreindler LLP and John Fawcett "willfully breached the Court's protective orders." ECF No. 8544, at 64. The order directed "Kreindler & Kreindler and Saudi Arabia . . . to meet and confer and reach agreement on a reasonable fee award" and stated that, "[i]f the parties cannot reach agreement, any motion for attorneys' fees shall be filed within two weeks of the filing of this Order." *Id.*

  Counsel for Saudi Arabia and Kreindler & Kreindler have begun the meet-and-confer process. Given the Yom Kippur holiday, which begins this evening, the parties have been unable to complete that process. To allow the parties to continue to meet and confer, Saudi Arabia respectfully requests an extension of the deadline to file a motion for attorneys' fees and costs until Wednesday, October 12, 2022. Counsel for Kreindler & Kreindler has informed us that they do not oppose this request.

             Respectfully submitted,

             /s/ *Michael K. Kellogg*

             Michael K. Kellogg
             *Counsel for the Kingdom of Saudi Arabia*

---

The extension request is GRANTED. Any motion for attorneys' fees shall be filed by October 12, 2022.
**SO ORDERED.**

             _____
             SARAH NETBURN
             United States Magistrate Judge

Dated: October 5, 2022
    New York, New York