**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Sean Carter, *Co-Chair* <br> Stephen A. Cozen, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

October 11, 2022

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street New York, NY 10007

The Honorable Sarah Netburn, U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

The leadership of the PECs write briefly in response to Motion to Stay and Declaration in support found at ECF #8608 and ECF #8610 filed by the Kreindler firm. We will not respond to all of the inaccuracies set forth in these latest submissions, but we are compelled to inform the Court we dispute the veracity of the facts and characterizations as recited in Mr. Maloney's declaration. Should the Court wish to hear anything further from the PECs on these submissions, we stand willing to do so, but we do not believe it is necessary or productive to engage in any further distractions created by the Kreindler firm.

We remind the Court, the parties, and our clients that the undersigned spearheaded this case and this MDL since its formation in 2003, and that Motley Rice has continuously led on behalf of the personal injury and wrongful death clients since the original *Burnett v. Al Baraka* filing in August of 2002. We reaffirm our commitment to leading this complex consolidation on behalf of *all* Plaintiffs, as stated in our filing of October 4, 2022, ECF #8603.

Respectfully submitted,

MOTLEY RICE LLC                                    COZEN O'CONNOR

By: /s/ Jodi Westbrook Flowers                     By: /s/ Sean P. Carter
JODI WESTBROOK FLOWERS                             SEAN P. CARTER
DONALD A. MIGLIORI                                 STEPHEN A. COZEN
ROBERT T. HAEFELE                                  J. SCOTT TARBUTTON
MOTLEY RICE LLC                                    COZEN O'CONNOR

The Honorable George B. Daniels
The Honorable Sarah Netburn
October 11, 2022
Page 2

_____

| | |
|---|---|
| 28 Bridgeside Boulevard | One Liberty Place |
| Mount Pleasant, SC 29464 | 1650 Market Street, Suite 2800 |
| Tel.: (843) 216-9163 | Philadelphia, Pennsylvania 19103 |
| Email: jflowers@motleyrice.com | Tel.: (215) 665-2105 |
| Email: dmigliori@motleyrice.com | Email: scarter@cozen.com |
| Email: rhaefele@motleyrice.com | Email: scozen@cozen.com |
| For Personal Injury and Death Claims PEC | Email: starbutton@cozen.com |
| For Plaintiffs' Executive Committees | For Commercial Claims PEC |
| | For Plaintiffs' Executive Committees |

cc:     All Counsel of Record via ECF