**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

October 11, 2022

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

     Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

     Pursuant to Rule III.D of Your Honor's Individual Practices in Civil Cases, the Plaintiffs' Executive Committees ("PECs") file this letter motion concerning oral argument on the PECs' Motion to Compel Dubai Islamic Bank ("DIB"), ECF No. 8505, filed on September 7, 2022. This motion was fully briefed with the PECs' Reply, ECF No. 8563, filed on September 26, 2022.

     On September 16, 2022, DIB requested oral argument (ECF No. 8534) regarding its renewed motion to dismiss or for summary judgment. In that letter, DIB correctly noted the PECs' position—*i.e.*, if the Court concluded argument would be helpful, the PECs welcomed the opportunity to participate. In connection with the PECs' motion to compel (ECF No. 8505), if the Court determines to hear oral argument on DIB's motion to dismiss or for summary judgment, the PECs respectfully request that the Court also hear oral argument on the PECs' motion to compel.

     The PECs have advised counsel DIB of this request, and DIB has advised that it does not join in the PECs' request.

     Respectfully submitted,

| | |
|---|---|
| MOTLEY RICE LLC | COZEN O'CONNOR |
| | |
| By: /s/ Robert T. Haefele | By: /s/ Sean P. Carter |
| ROBERT T. HAEFELE | SEAN P. CARTER |
| MOTLEY RICE LLC | COZEN O'CONNOR |
| 28 Bridgeside Boulevard | One Liberty Place |
| Mount Pleasant, SC 29465 | 1650 Market Street, Suite 2800 |
| Tel.: (843) 216-9184 | Philadelphia, Pennsylvania 19103 |
| Email: rhaefele@motleyrice.com | Tel.: (215) 665-2105 |

The Honorable Sarah Netburn
October 11, 2022
Page 2

_____

    For the Plaintiffs' Exec. Committees        Email: scarter@cozen.com
                                                                      For the Plaintiffs' Exec. Committees

cc:     The Honorable George B. Daniels, via ECF
         All Counsel of Record via ECF