AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Burlingame, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   02-cv-7230; 02-cv-6977; 03-MD1570 |
| bin Laden, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kristen Breitweiser Individually and as Personal Rep. Estate of Ronald Breitweiser, and Caroline Breitweiser .

Date:     10/12/2022

_____
*Attorney's signature*

Timothy B. Fleming, DC Bar No. 351114
*Printed name and bar number*
Wiggins Childs Pantazis Fisher Goldfarb, PLLC
2202 18th Street, NW, #110
Washington, DC  20009-1813

*Address*

tfleming@wigginschilds.com
*E-mail address*

(202) 467-4489
*Telephone number*

(202) 467-4489
*FAX number*