# EXHIBIT B

| Date | Tkpr | Narrative | Total |
|---|---|---|---|
| 10/22/2021 | MCH | Hotel: Mark Hansen 04145 | $ 572.00 |
| 10/26/2021 | MKK | Vendor: Washington Express LLC; Invoice#: 198754; Date: 10/31/2021 (delivery) | $ 52.44 |
| 10/26/2021 | CJS | Trainfare: Chandler Sella Trip to Washington, DC for Hearing Preparation on 10/17/2021 | $ 119.00 |
| 10/27/2021 | CJS | Trainfare: Chandler Sella Trip to Washington, DC for Hearing Preparation on 10/17/2021 | $ 67.00 |
| 10/27/2021 | ACS2 | Trainfare: Andrew Shen Amtrak, DC-NYC, on 10/31 and 11/01 for ACS | $ 411.00 |
| 10/28/2021 | CJS | Trainfare: Chandler Sella Trip to New York, NY to bring binders to Judge Netburn for Hearing on 10/29/2021 | $ 186.00 |
| 10/28/2021 | ACS2 | Trainfare: Andrew Shen Amtrak, DC-NYC, on 10/31 and 11/01 for G Roberts | $ 642.00 |
| 10/28/2021 | ACS2 | Business meals: Andrew Shen Chick-Fil-A, late dinner on 10/28 preparing for hearing Andrew Shen | $ 9.74 |
| 10/29/2021 | GGR | Vendor: Southern District Reporters, P.C.; Invoice#: 0536794-IN; Date: 10/29/2021 (transcript) | $ 18.00 |
| 10/29/2021 | GGR | Delivery: Federal Express Invoice: 755169458 To: Attn Andrew Shen, The Greenwich Hotel | $ 85.68 |
| 10/29/2021 | GGR | Delivery: Federal Express Invoice: 755169458 To: Attn Andrew Shen, The Greenwich Hotel | $ 85.33 |
| 10/29/2021 | GGR | Delivery: Federal Express Invoice: 755169458 To: Attn Andrew Shen, The Greenwich Hotel | $ 85.68 |
| 10/29/2021 | GGR | Delivery: Federal Express Invoice: 755169458 To: Attn Andrew Shen, The Greenwich Hotel | $ 85.33 |
| 10/29/2021 | CJS | Taxi cab: Chandler Sella Trip to New York, NY to bring binders to Judge Netburn for Hearing on 10/29/2021 | $ 23.92 |
| 10/30/2021 | CJS | Other expenses: Chandler Sella Trip to New York, NY for Hearing on 11/1/2021 to 11/2/2021 | $ 28.34 |
| 10/30/2021 | ACS2 | Business meals: Andrew Shen Potbelly, late dinner on 10/30 preparing for hearing Andrew Shen | $ 12.53 |
| 10/31/2021 | ACS2 | Vendor: Digital Evidence Group LLC; Invoice#: 21-31883; Date: 10/31/2021 (courtroom presentation services) | $ 8,112.50 |
| 10/31/2021 | ACS2 | Vendor: Digital Evidence Group LLC; Invoice#: 21-31891; Date: 10/31/2021 | $ 18,381.14 |
| 10/31/2021 | MKK | Hotel: Michael Kellogg Attend evidentiary hearing at SDNY | $ 572.00 |
| 10/31/2021 | MKK | Hotel: Michael Kellogg Attend evidentiary hearing at SDNY | $ 572.00 |
| 10/31/2021 | MKK | Business meals: Michael Kellogg Attend evidentiary hearing at SDNY Michael Kellogg, Gregory Rapawy, Andrew Shen, Christopher Young, Chandler Sella | $ 170.00 |
| 10/31/2021 | CMY | Hotel: Christopher Young Trip to New York 10/31-11/02/2021 | $ 572.00 |
| 10/31/2021 | CMY | Trainfare: Christopher Young Trip to New York 10/31/2021 - 11/2/2021 | $ 698.00 |
| 10/31/2021 | CMY | Trainfare: Christopher Young Trip to New York 10/31/2021 - 11/2/2021 | $ 3.00 |
| 10/31/2021 | CJS | Other expenses: Chandler Sella Trip to New York, NY for Hearing on 11/1/2021 to 11/2/2021 | $ 8.05 |
| 10/31/2021 | ACS2 | Taxi cab: Andrew Shen Uber to Union Station, Washington, DC | $ 23.24 |
| 10/31/2021 | ACS2 | Taxi cab: Andrew Shen Taxi from Penn Station, NYC, to hotel | $ 20.76 |
| 11/1/2021 | MKK | Hotel: Michael Kellogg (attend evidentiary hearing) | $ 572.00 |
| 11/1/2021 | MKK | Business meals: Michael Kellogg, Gregory Rapawy, Andrew Shen, Christopher Young, Chandler Sella, Mark Hansen (attend evidentiary hearing) | $ 71.81 |
| 11/1/2021 | MKK | Business meals: Michael Kellogg (attend evidentiary hearing) | $ 6.48 |
| 11/1/2021 | MKK | Hotel: Michael Kellogg (attend evidentiary hearing) | $ 572.00 |

| Date | Tkpr | Narrative | Total |
|---|---|---|---|
| 11/1/2021 | CJS | Other expenses: Chandler Sella (attend evidentiary hearing) | $ 65.00 |
| 11/1/2021 | CJS | Taxi cab: Chandler Sella (attend evidentiary hearing) | $ 12.81 |
| 11/1/2021 | ACS2 | Business meals: Andrew Shen (attend evidentiary hearing) | $ 57.98 |
| 11/2/2021 | CJS | Delivery: Federal Express Invoice: 756025306 To: Chandler Sella (materials for evidentiary hearing) | $ 88.38 |
| 11/2/2021 | CJS | Delivery: Federal Express Invoice: 756025306 To: Chandler Sella (materials for evidentiary hearing) | $ 92.91 |
| 11/2/2021 | CJS | Delivery: Federal Express Invoice: 756025306 To: Chandler Sella (materials for evidentiary hearing) | $ 52.14 |
| 11/2/2021 | CJS | Delivery: Federal Express Invoice: 756025308 To: Chandler Sella (materials for evidentiary hearing) | $ 14.13 |
| 11/2/2021 | MKK | Business meals: Michael Kellogg, Chandler Sella (attend evidentiary hearing) | $ 6.48 |
| 11/2/2021 | CJS | Taxi cab: Chandler Sella (attend evidentiary hearing) | $ 11.71 |
| 11/2/2021 | ACS2 | Hotel: Andrew Shen (attend evidentiary hearing) | $ 572.00 |
| 11/2/2021 | ACS2 | Business meals: Andrew Shen (attend evidentiary hearing) | $ 15.46 |
| 11/2/2021 | ACS2 | Business meals: Andrew Shen (attend evidentiary hearing) | $ 10.00 |
| 11/2/2021 | CJS | Uber Taxi: C. Sella -New York Fed Ex officeFare | $ 68.25 |
| 11/3/2021 | ACS2 | Taxi cab: Andrew Shen (attend evidentiary hearing) | $ 29.18 |
| 11/4/2021 | GGR | Vendor: Southern District Reporters, P.C.; Invoice#: 05379000-IN; Date: 11/4/2021 (transcript for hearing) | $ 169.54 |
| 11/4/2021 | GGR | Vendor: Southern District Reporters, P.C.; Invoice#: 0537008-IN; Date: 11/4/2021 (transcript for hearing) | $ 110.40 |
| 11/5/2021 | GGR | Hotel: Gregory Rapawy (attend evidentiary hearing) | $ 572.00 |
| 11/5/2021 | GGR | Trainfare: Gregory Rapawy (attend evidentiary hearing) | $ 642.00 |
| 11/5/2021 | GGR | Taxi cab: Gregory Rapawy (attend evidentiary hearing) | $ 17.16 |
| 11/5/2021 | GGR | Taxi cab: Gregory Rapawy (attend evidentiary hearing) | $ 45.22 |
| 11/5/2021 | GGR | Business meals: Gregory Rapawy, Chandler Sella, Andrew Shen, Christopher Young (attend evidentiary hearing) | $ 128.00 |
| 11/10/2021 | SAH | Vendor: Southern District Reporters, P.C.; Invoice#: 0537477-IN; Date: 11/10/2021 (transcript for hearing) | $ 772.20 |
| 11/15/2021 | ACS2 | Vendor: Digital Evidence Group LLC; Invoice#: 21-31910; Date: 11/15/2021 (presentation services for hearing) | $ 112.50 |
| | | | $ 36,504.42 |