# EXHIBIT D

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



## Michael K. Kellogg
**Partner**

ph: 202.326.7902
fx: 202.326.7999

**EDUCATION**

Harvard Law School, J.D., *magna cum laude*, 1982

    Editor, *Harvard Law Review*, 1982-1983

Oxford University, St. Catherine's College, B.Phil., 1979

Stanford University, A.B., 1976

**CLERKSHIP**

Law Clerk, Justice William H. Rehnquist, U.S. Supreme Court, 1983-1984

Law Clerk, Judge Malcolm Wilkey, U.S. Court of Appeals, District of Columbia Circuit, 1982-1983

**GOVERNMENT SERVICE**

Assistant to the Solicitor General, U.S. Department of Justice, 1987-1989

Assistant U.S. Attorney, U.S. Department of Justice, Criminal Division, Southern District of New York, 1984-1986

**OTHER PRACTICE**

Partner, Mayer, Brown & Platt, Washington, D.C., 1989-1993

Michael Kellogg is a founding partner and the managing partner of the firm. He received degrees from Stanford University and Oxford University in philosophy before graduating magna cum laude from the Harvard Law School. After clerking on the United States Court of Appeals for the District of Columbia Circuit for Judge Malcolm Wilkey, and then on the United States Supreme Court for Chief Justice Rehnquist, Mr. Kellogg served as Assistant United States Attorney for the Southern District of New York and in the Solicitor General's office. His current practice is focused on appellate, regulatory, and antitrust issues. He has briefed and argued numerous cases before the United States Supreme Court. He co-authored *Federal Telecommunications Law* and has authored three books on the history of thought, *The Greek Search for Wisdom*, *The Roman Search for Wisdom* and *The Wisdom of the Middle Ages*.

**NOTEWORTHY REPRESENTATIONS**

***American Express Co., et al. v. Italian Colors Restaurant, et al.***, No. 12-133 (U.S. S.Ct. 2013), argued successfully for the petitioners that the Federal Arbitration Act does not permit courts, invoking the "federal substantive law of arbitrability," to invalidate arbitration agreements on the ground that they do not permit class arbitration of a federal-law claim.

***Bell Atlantic Corp. v. Twombly***, 550 U.S. 544 (2007), argued successfully for the petitioners, establishing that parallel conduct, absent plausible evidence of agreement, is insufficient to state a claim under § 1 of the Sherman Act.

***Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach***, 523 U.S. 26 (1998), argued successfully for the petitioner, Lexecon, establishing that federal district courts conducting "pretrial proceedings" for multi-district litigation under 28 U.S.C. § 1407(a) must remand the case for trial.

**PUBLICATIONS**

*The Wisdom of the Enlightenment* (Prometheus, forthcoming 2022)

*The Wisdom of the Renaissance* (Prometheus, 2019)

*The Wisdom of the Middle Ages* (Prometheus, 2016)

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



## Mark C. Hansen
**Partner**

ph: 202.326.7904
fx: 202-326-7999

**EDUCATION**

Harvard Law School, J.D., *cum laude*, 1982

Dartmouth College, A.B., *summa cum laude*, with highest distinction, 1978

    Phi Beta Kappa

**CLERKSHIP**

Law Clerk, Judge William H. Timbers, U.S. Court of Appeals, Second Circuit, 1982-1983

**GOVERNMENT SERVICE**

Assistant U.S. Attorney, U.S. Department of Justice, Criminal Division, Southern District of New York, 1986-1990

For more than thirty years Mark Hansen has been lead trial counsel in cases across the United States, in federal and state courts, in civil and criminal actions, before juries, judges and arbitrators, and for prominent clients including governments (the United States, the Kingdom of Saudi Arabia), large corporations (General Electric, Morgan Stanley, AT&T, Verizon, Teva Pharmaceuticals, Aetna), leading entrepreneurs (the Pritzker Organization, Philip Anschutz, Bernard Ashley, Rajendra Singh, Vinod Gupta), private equity firms (Thomas H. Lee Partners, Bain Capital), and many other corporations, classes and individuals.

Among the cases Mr. Hansen has tried to verdict for plaintiffs are the largest judgment collected under the U.S. antitrust laws (*Conwood v. United States Tobacco*, $1.3 billion collected after denial of certiorari), one of the largest unfair trade practices judgments (*Volumetrics v. Philips*, $318 million of which $180 million collected in a settlement) and one of the largest abuse of process judgments (*Lexecon v. Milberg Weiss*, $45 million settled for $50 million just prior to punitive damages phase of trial).  Mr. Hansen has defended prominent cases such as the September 11 tort cases (representing Prince Turki Al Faisal, who was dismissed with prejudice from all cases), a class action accusing the major telephone companies of colluding (Twombly, which led to the landmark Supreme Court ruling that revised pleading rules for the federal courts), a monopolization claim against Verizon (Covad, dismissal affirmed on appeal), as well as patent, contract, fraud and other tort claims.  Mr. Hansen has tried more than 30 cases to verdict and has argued more than 20 appeals.

Mr. Hansen regularly appears on lists of the country's leading trial lawyers.  He is a fellow of the American College of Trial Lawyers.

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



# Geoffrey M. Klineberg
**Partner**

ph: 202.326.7928
fx: 202.326.7999

**EDUCATION**

Yale Law School, J.D., 1990

    Articles Editor, *Yale Law Journal*, 1989-1990

Oxford University, Balliol College, M.Phil. in International Relations, with distinction, 1987

Princeton University, Princeton School of Public and International Affairs, A.B., *magna cum laude*, 1985

    Phi Beta Kappa

**CLERKSHIP**

Law Clerk, Justice Harry A. Blackmun, U.S. Supreme Court, 1992-1993

Law Clerk, Judge Patricia M. Wald, U.S. Court of Appeals, District of Columbia Circuit, 1991-1992

Law Clerk, Judge José A. Cabranes, U.S. District Court, District of Connecticut, 1990-1991

**GOVERNMENT SERVICE**

Counselor on International Law, Office of the Legal Adviser, U.S. Department of State, 2012-2013

Special Assistant to the Deputy Attorney General, U.S. Department of Justice, 1993-1995

Geoffrey Klineberg joined the firm in August 1995 and has been a partner since January 1998. From June 2020 to June 2021, he served as the 49th President of the D.C. Bar.

Mr. Klineberg practices primarily in the areas of administrative law and appellate litigation, representing clients in matters before the Federal Communications Commission, as well as before the United States Supreme Court and various federal district and appellate courts. Mr. Klineberg also advises clients on the applicability of the Rules of Professional Conduct, having served for seven years on the D.C. Bar Legal Ethics Committee, completing his last three years as Chair. In August 2013, Mr. Klineberg returned to the firm after a one-year leave of absence as the Counselor on International Law in the Office of the Legal Adviser at the U.S. Department of State. Mr. Klineberg graduated *magna cum laude* from Princeton University in 1985, where he majored in International Relations in the Princeton School for Public and International Affairs. He spent the next two years at Balliol College, Oxford University, where he was awarded a Masters of Philosophy degree in International Relations with distinction. He graduated from Yale Law School in 1990 and was an Articles Editor on the Yale Law Journal. From 1990 to 1991, he clerked for the Honorable José A. Cabranes of the United States District Court for the District of Connecticut; from 1991 to 1992, he clerked for the Honorable Patricia M. Wald of the United States Court of Appeals for the District of Columbia Circuit; and, during October Term 1992, he clerked for the Honorable Harry A. Blackmun of the United States Supreme Court. After clerking, Mr. Klineberg worked for two years as a Special Assistant to the Deputy Attorney General at the U.S. Department of Justice.

**OTHER EXPERIENCE**

Chair, U.S. District Court for the District of Columbia Committee on Grievances, 2022-present

    Vice Chair, 2019-2021

    Member, 2018-2019

President, D.C. Bar, 2020-2021

    President-Elect, 2019-2020

    Immediate Past President, 2021-2022

Member, D.C. Bar Pro Bono Task Force, 2018-present

Member, D.C. Court of Appeals Committee on Unauthorized Practice of Law, 2015-present

Chair, D.C. Bar Global Legal Practice Committee, 2018-2019

Member, D.C. Bar Global Legal Practice Task Force, 2014-2018

Member, Board of Directors, The Historical Society of the District of Columbia Circuit, 2011-2017

Chair, D.C. Bar Clients' Security Fund Study Committee, 2010-2012

Chair, D.C. Bar Legal Ethics Committee, 2005-2008

    Vice Chair, 2003-2005

    Member, 2001-2003

Member, Board of Directors, The American Constitution Society for Law and Policy, 2001-2004

**NOTEWORTHY REPRESENTATIONS**

*Saturn Telecomm. Servs., Inc. v. FCC*, 632 F. App'x 591 (11th Cir. 2016) (per curiam).

    Mr. Klineberg successfully defended AT&T in a formal complaint proceeding before the Federal Communications Commission (FCC) and before the Eleventh Circuit, which dismissed the petition for review and upheld the FCC's determination that the Complainant's claims had been released.

*FCC v. AT&T Inc.*, 562 U.S. 397 (2011).

    Mr. Klineberg served as counsel of record for Respondent AT&T Inc. in this U.S. Supreme Court case presenting the question whether Exemption 7(C) of the Freedom of Information Act (FOIA), which protects from disclosure any law enforcement record the disclosure of which "could reasonably be expected to constitute an unwarranted invasion of personal privacy," protects the privacy interests of a corporation.

*Office of Consumer Counsel v. Southern New England Tel. Co.*, 368 F. App'x 244 (2d Cir. 2010).

    Mr. Klineberg was lead counsel for Defendant-Appellant Southern New England Telephone Co. (SNET) in this Second Circuit case presenting the question whether the District Court should have dismissed the case as moot when the Connecticut Legislature enacted a state law that required SNET to obtain a franchise before it could provide video services in the State.

**PUBLICATIONS**

*Shifting Tides in the Business of Law*, Washington Lawyer, at 6 (May/June 2021)

*"Can Boys Be Lawyers, Too?,"* Washington Lawyer, at 6 (Mar/Apr 2021)

*Letting the Bar's Communities Speak*, Washington Lawyer, at 6 (Jan/Feb 2021)

*Reexamining the Bar Exam*, Washington Lawyer, at 6 (Nov/Dec 2020)

Mater Artium Necessitas, Washington Lawyer, at 6 (Sept/Oct 2020)

*Adapting to Our New Reality*, Washington Lawyer, at 6 (July/Aug 2020)

Co-Author (with Janet Reno), *What Would Jackson Do?  Some Old Advice for the New Attorney General*, 2 Harvard Law and Policy Review 197 (2008)

Co-Author (with Peter W. Huber, Michael K. Kellogg, and John Thorne), *Privacy, Intellectual Property, and Free Speech*, FEDERAL TELECOMMUNICATIONS LAW, ch. 14 (2d ed. 1999)

*Remembering Harry Blackmun*, ABA Journal, at 20 (April 1999)

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



## Gregory G. Rapawy
**Partner**

ph: 202.326.7967
fx: 202.326.7999

**EDUCATION**

Harvard Law School, J.D., *magna cum laude*, 2001

    Articles Chair, *Harvard Law Review,* 2000-2001

Harvard University, John F. Kennedy School of Government, M.P.P., 2001

Stanford University, A.B., with honors and distinction, 1997

**CLERKSHIP**

Law Clerk, Justice David H. Souter, U.S. Supreme Court, 2003-2004

Law Clerk, Judge Sandra L. Lynch, U.S. Court of Appeals, First Circuit, 2001-2002

**GOVERNMENT SERVICE**

Bristow Fellow, Office of the Solicitor General, U.S. Department of Justice, 2002-2003

Gregory Rapawy is a Kellogg Hansen partner with extensive experience representing clients throughout the litigation process at the trial, appellate, and Supreme Court level.  He has litigated cases covering a broad variety of subject matters, including administrative law, antitrust, securities, and telecommunications.  He has briefed dozens of Supreme Court and other federal and state appellate cases, argued cases in the federal and state courts of appeals, and opposed dispositive motions in complex, high-stakes cases at the district court level.

Mr. Rapawy has represented clients in pathmarking securities cases such as *Merck & Co. v. Reynolds*, 559 U.S. 633 (2010), which clarified the statute of limitations for claims of securities fraud; and *Matrixx Initiatives, Inc. v. Siracusano*, 563 U.S. 27 (2011), which recognized the materiality of information about adverse health effects of over-the-counter medication.  He also recently represented the National Credit Union Administration (NCUA) as liquidating agent in a series of successful lawsuits (including appellate victories in three circuits) against major investment banks arising from the sale of residential mortgage-backed securities.

In other areas of litigation, he has appeared for both plaintiffs and defendants in cases covering a variety of subjects.  He represented iPhone owners in a significant Supreme Court victory for private antitrust plaintiffs in *Apple Inc. v. Pepper, et al*., No. 17-204 (2019).  He also successfully defended on appeal a statutory asset-freeze injunction in *NCUA v. Jurcevic*, 867 F.3d 616, 621 (6th Cir. 2017); a major jury verdict for a bankruptcy trustee in *In re Magnesium Corporation of America*, 682 F. App'x 24 (2d Cir. 2017), and an industry-wide antitrust class certification ruling in *Kleen Products LLC v. International Paper Co.*, 831 F.3d 919 (7th Cir. 2016).

Mr. Rapawy also frequently represents clients petitioning for or opposing certiorari in the Supreme Court, or appearing as amici curiae to advise the Supreme Court and the courts of appeals on issues of broad constitutional, legal, or policy concern.  As amicus counsel, he has written briefs on behalf of leading companies in the high-technology and Internet sectors for interpretations of intellectual property law that encourage genuine innovation; on behalf of sentencing reform advocates against harsh and inflexible mandatory minimum sentencing statutes; and on behalf of scholars advising the courts on issues of health policy and financial regulation.

**NOTEWORTHY REPRESENTATIONS**

*Apple Inc. v. Pepper, et al.*, No. 17-204 (U.S.) – representing a class of iPhone owners, obtained affirmance of a ruling upholding the ability to sue Apple as direct purchasers

*NCUA* v. *Jurcevic*, 867 F.3d 616 (6th Cir. 2017) – representing liquidating agent for federally insured credit union in fraud case against former borrower,

obtained affirmance of statutory asset-freeze injunction and reinstatement of additional claims

*In re Magnesium Corporation of America*, 682 F. App'x 24 (2d Cir. 2017) – representing bankruptcy trustee for magnesium producer, obtained affirmance of jury verdict against former owner and parent company for fraudulent conveyance and breach of fiduciary duty

*Kleen Products LLC v. International Paper Co.*, 831 F.3d 919 (7th Cir. 2016) – representing purchasers of containerboard products in antitrust price-fixing case against manufacturers, obtained affirmance of class certification

**PUBLICATIONS**

Leading Case, *Christensen v. Harris County*, 120 S. Ct. 1655, 114 Harvard Law Review 369 (2000)

Recent Case, *Campbell v. Clinton*, 203 F.3d 19, 113 Harvard Law Review 2134 (2000)

Recent Legislation, *Federal Mandate Procedures*, 36 Harvard Journal on Legislation 571 (1999)

**KELLOGG HANSEN TODD FIGEL & FREDERICK** PLLC



## Matthew M. Duffy
**Partner**

ph: 202.326.7922
fx: 202.326.7999

**EDUCATION**

University of Notre Dame Law School, J.D., *summa cum laude*, 2013

    Executive Editor, *Notre Dame Law Review*, Volume 88

Pace University, M.S., 2009

University of Notre Dame, B.A., *summa cum laude*, 2007

**CLERKSHIP**

Law Clerk, Judge Kim M. Wardlaw, U.S. Court of Appeals, Ninth Circuit, 2014-2015

Law Clerk, Judge Charles R. Wilson, U.S. Court of Appeals, Eleventh Circuit, 2013-2014

Matt Duffy is a litigation and telecommunications partner at the firm.  He has significant experience representing plaintiffs and defendants in complex and high-stakes litigation before state and federal trial courts and federal agencies.  His practice includes litigating a wide variety of contractual, securities, telecommunications, regulatory, and litigation matters.  Matt has briefed and argued dispositive motions and represented clients in all stages of fact and expert discovery.  He provides clients advice and counsel with contracts, transactions, and litigation strategies.

Prior to joining Kellogg Hansen in 2015, Mr. Duffy served as a law clerk to the Honorable Kim McLane Wardlaw on the United States Court of Appeals for the Ninth Circuit and the Honorable Charles R. Wilson on the United States Court of Appeals for the Eleventh Circuit.  Mr. Duffy graduated from Notre Dame Law School, *summa cum laude*, where he was first in his class and Executive Editor of the *Notre Dame Law Review*.

**PUBLICATIONS**

Note, *Chipping Away at the Illinois Brick Wall:  Expanding Exceptions to the Indirect Purchaser Rule*, 87 Notre Dame L. Rev. 1709 (2012)

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



## Andrew C. Shen
**Partner**

ph: 202.326.7963
fx: 202.326.7999

**EDUCATION**

Columbia Law School, J.D., 2004

    James Kent Scholar, 2002-2003

    Harlan Fiske Stone Scholar, 2004

    Charles Bathgate Beck Prize

    Member, *Columbia Law Review*, 2002-2004

Cornell University, B.A., with Distinction, 2000

**CLERKSHIP**

Law Clerk, Judge Dolores K. Sloviter, U.S. Court of Appeals, Third Circuit, 2004-2005

Andrew Shen has successfully represented plaintiffs and defendants at the trial and appellate levels in a wide array of matters, including breach of contract, securities, antitrust, health care, fraud, telecommunications, and whistleblower litigation. He also has substantial experience representing clients in regulatory investigations involving the Department of Justice and the Securities and Exchange Commission.

Mr. Shen's clients include Fortune 200 companies, whistleblowers, institutional investors, and the first federal financial institutions regulator to recover losses from the sale of faulty residential mortgage-backed securities. To date, Mr. Shen has recovered more than $6 billion for his clients, and successfully defended clients against similarly large damages claims.

Mr. Shen joined the firm after completing a clerkship with Judge Dolores K. Sloviter on the United States Court of Appeals for the Third Circuit. He earned his J.D. from Columbia Law School, where he was a Senior Editor of the *Columbia Law Review* and a James Kent Scholar, and his B.A. from Cornell University.

Mr. Shen was named by *Benchmark Litigation* to its inaugural Under 40 Hot List. He has also been named a "Rising Star" by *Super Lawyers* for both general litigation and securities litigation.

**NOTEWORTHY REPRESENTATIONS**

*National Credit Union Administration* – Represented the National Credit Union Administration as liquidating agent in a series of lawsuits against 18 financial institutions regarding the sale of residential mortgage-backed securities. More than $5.1 billion has been recovered.

*CUNA Mutual Group* – Represented an insurance company in a series of lawsuits regarding the sale of residential mortgage-backed securities.

*Bank of New York Mellon Forex Foreign Exchange Transactions Litigation* – Defended the Bank of New York Mellon in litigation and investigations challenging foreign exchange services provided to customers. Obtained voluntary dismissals of all Securities Act claims.

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



# Daniel V. Dorris
**Partner**

ph: 202.326.7938
fx: 202.326.7999

Dan Dorris represents plaintiffs and defendants in complex civil litigation at the trial and appellate stages. At the trial level, he has successfully represented clients at evidentiary hearings, litigated dispositive motions, and represented clients throughout the discovery process. At the appellate level, he has argued appeals and drafted briefs in cases before multiple U.S. Courts of Appeals.

Dan has particular experience with antitrust and securities cases, multi-district litigation, and class actions. He has also represented telecommunications clients in regulatory proceedings before the Federal Communications Commission and the Department of Justice.

**NOTEWORTHY REPRESENTATIONS**

Represented the National Credit Union Administration as liquidating agent in a series of lawsuits against major financial institutions regarding the sale of residential mortgage-backed securities.   The suits were filed in three federal district courts and generated multiple appeals to three Courts of Appeals. Dan was involved in all aspects of the litigation, including drafting the complaints, briefing dispositive motions and appeals, taking and defending fact and expert depositions, and managing discovery. Each suit was resolved prior to trial, with defendants in three suits offering judgment for the full damage demand plus attorneys' fees. More than $5.1 billion has been recovered.

Successfully briefed and argued against an appeal brought by two groups of objectors to a class action settlement agreement. The settlement agreement concerned overpayments for motor fuel and resolved more than eight years of multi-district litigation. *See In re Motor Fuel Temperature Sales Practices Litig.*, 872 F.3d 1094 (10th Cir. 2017).

Defended Facebook, Inc., against antitrust claims brought by Social Ranger, LLC, relating to social games on Facebook.  The case settled shortly before trial.  *Social Ranger, LLC v. Facebook, Inc.* (D. Del.).

Successfully represented iHeartMedia, Bain Capital, and THL in the Delaware Court of Chancery and Delaware Supreme Court with respect to a shareholder derivative action. The action was dismissed on the pleadings by the Court of Chancery, and that ruling was affirmed on appeal by the Delaware Supreme Court. *See GAMCO Asset Mgmt. Inc. v. iHeartMedia Inc.*, 2016 WL 6892802 (Del. Ch. Nov. 23, 2016), *aff'd* 172 A.3d 884 (Del. 2017).

**PUBLICATIONS**

Comment, *Federal Preemption of State Wage-and-Hour Claims*, 76 U. Chi. L. Rev. 1251 (2009)

**EDUCATION**

University of Chicago Law School, J.D., high honors, 2010

- Order of the Coif
- John M. Olin Law & Economics Fellow
- Kirkland & Ellis Scholar
- Executive Topics & Comments Editor, *University of Chicago Law Review*, 2009-2010

University of Illinois, B.S., *summa cum laude*, 2006

- Barry M. Goldwater Scholar

**CLERKSHIP**

Law Clerk, Judge Gary Feinerman, U.S. District Court, Northern District of Illinois, 2011-2012

Law Clerk, Judge Pamela Rymer, U.S. Court of Appeals, Ninth Circuit, 2010-2011

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



# Christopher M. Young
**Associate**

ph: 202.326.7927
fx: 202.326.7999

### EDUCATION

Harvard Law School, J.D., *magna cum laude*, 2017

- Books Review Chair, *Harvard Law Review*
- Harvard Business School, CORe: Credential of Readiness, with Honors, 2016

Yale University, B.A., 2009

### CLERKSHIP

Law Clerk, Judge Robert E. Bacharach, U.S. Court of Appeals, Tenth Circuit, 2018-2019

Law Clerk, Judge Lance M. Africk, U.S. District Court, Eastern District of Louisiana, 2017-2018

Christopher Young joined Kellogg Hansen as an associate in 2019. Prior to joining the firm, Mr. Young served as a law clerk to the Honorable Robert R. Bacharach on the U.S. Court of Appeals for the Tenth Circuit and the Honorable Lance M. Africk on the U.S. District Court for the Eastern District of Louisiana.

Mr. Young graduated *magna cum laude* from Harvard Law School, where he was the Books Review Chair for the *Harvard Law Review*. While studying at Harvard Law School he also earned the CORe: Credential of Readiness from Harvard Business School, passing with Honors. Mr. Young earned his undergraduate degree in history from Yale University.

### PUBLICATIONS

*Developments in the Law—Puerto Rico and the U.S. Territories: Territorial Federalism*, 130 Harv. L. Rev. 1632 (2017)

Note, *War, Peace, and National Security in the Pacific: U.S. and Japanese Geostrategic Constitutionalism, and the Creation of the Japanese Constitution of 1947*, 11 U. Penn. Asian L. Rev. 439 (2016)

*The Supreme Court, 2015 Term—Leading Cases*: Puerto Rico v. Sanchez Valle, 130 Harv. L. Rev. 347 (2016)

*Recent Adjudication*: Complainant v. Foxx, 129 Harv. L. Rev. 618 (2015)

# KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC



## Caroline A. Schechinger
**Associate**

ph: 202.326.7906
fx: 202.326.7999

**EDUCATION**

Stanford Law School, J.D., 2019

> Articles Editor, *Stanford Law Review*
>
> Co-Editor-in-Chief, *Stanford Environmental Law Journal*

Duke University, A.B., *summa cum laude*, 2016

> Phi Beta Kappa

**CLERKSHIP**

Law Clerk, Gary S. Feinerman, U.S. District Court, Northern District of Illinois, 2020-2021

Law Clerk, J. Harvie Wilkinson III, U.S. Court of Appeals, Fourth Circuit, 2019-2020

Caroline Schechinger joined Kellogg Hansen as an associate in 2021.  Prior to joining the firm, Ms. Schechinger served as a law clerk to the Honorable Gary S. Feinerman of the U.S. District Court for the Northern District of Illinois, as well as a law clerk to the Honorable J. Harvie Wilkinson III of the U.S. Court of Appeals for the Fourth Circuit.

Ms. Schechinger graduated from Stanford Law School, where she was articles editor for the *Stanford Law Review* as well as co-editor-in-chief for the *Stanford Environmental Law Journal*.  She earned her undergraduate degree in biology and environmental sciences and policy from Duke University, graduating *summa cum laude*.