# EXHIBIT E

**KELLOGG HANSEN TODD FIGEL & FREDERICK** PLLC

# Overview



Kellogg Hansen specializes in complex trial and appellate litigation. Our lawyers are highly qualified, credentialed, and experienced. Our lawyers have extensive experience representing both plaintiffs and defendants in trials and appeals throughout the United States. We pride ourselves on the exceptional results we achieve for our clients.

**Kellogg Hansen** is a preeminent trial and appellate litigation firm founded on the idea that talent, creativity, and hard work achieve the best results for clients. Formed in the spring of 1993 by law school classmates Michael Kellogg, Peter Huber, and Mark Hansen (Harvard '82), our firm has grown over the past 25 years – with each year proving that our founding principle holds true. Today, Kellogg Hansen has more than 90 attorneys, including 33 partners, and boasts an extensive record of success for our clients.

Our highly credentialed and motivated lawyers offer businesses, individuals, and governments sound counsel and innovative solutions to complex disputes and high-stakes matters. We have substantial experience trying cases to verdict at trial, arguing matters before the United States Supreme Court and other appellate courts, and representing businesses and individuals in parallel proceedings before state and federal courts, agencies, and arbitration panels. We represent both plaintiffs and defendants, providing our clients with a balanced view of both sides of litigation.

We are most proud of the exceptional results we achieve for our clients – we have won multiple verdicts in excess of $1 billion, and successfully defended clients against similarly large damages claims. Our focus on experience, talent, and hard work, ensures that our clients receive the highest quality of representation and extraordinary service.

**OUR LAWYERS**

Kellogg Hansen lawyers are known as trial-ready litigators, who are not afraid of complexity and have the experience to successfully try high-stakes and high-profile litigation. Many lawyers claim to be "trial lawyers" but Kellogg Hansen lawyers have the track record and results to prove it:

- Our partners have been lead counsel in more than 100 federal and state trials and appeals and have argued 71 cases before the Supreme Court of the United States.

- We won the two largest antitrust judgments in United States history (*Conwood v. U.S. Tobacco* and *In re Urethanes Antitrust Litigation*), both in excess of $1 billion, and successfully defended them on appeal.

- Our attorneys won a defense verdict and obtained a unanimous affirmance on appeal in a fraudulent conveyance bench trial in which the plaintiff sought more than $9 billion in damages.

- We have secured recoveries in excess of $5.1 billion for defective mortgage-backed securities against a wide range of Wall Street banks on behalf of the National Credit Union Administration.

- We have argued and won precedent-setting Supreme Court cases in areas such as civil procedure (*Bell Atlantic Corp. v. Twombly*), antitrust (*Pacific Bell Telephone Co. v. linkLine Communications, Inc.*), securities regulation (*Amgen Inc. v. Connecticut Retirement Plans and Trust Funds* and *Matrixx Initiatives, Inc. v. Siracusano*), and federal preemption (*Wyeth v. Levine* and *Altria Group, Inc. v. Good*).

Kellogg Hansen hires only the most talented and motivated lawyers to join us in our fast-paced and challenging practice. Nearly all Kellogg Hansen partners and associates graduated from top-tier law schools and served as law clerks for federal judges, and many Kellogg Hansen partners have held high-level positions in both the federal government and the private sector.

We encourage our attorneys to consider public service, and have seen many become judges, advance to senior positions in government, and serve as deans and professors at the nation's top law schools. Kellogg Hansen was proud and delighted at the confirmation of former colleague Neil Gorsuch as a United States Supreme Court Justice in 2017.

**OUR PRACTICE**

Our practice builds on the experience of the firm's partners as lawyers in federal agencies, the White House, and the general counsel's office of a Fortune 100 corporation. We pride ourselves as generalists with subject matter experience that is both broad and deep in areas including complex corporate disputes, antitrust, class actions, securities fraud, fiduciary duty, professional liability, government investigations, Supreme Court and appellate litigation, telecommunications, intellectual property, and patents.

Our wide-range of experience allows us to regularly take on cases that do not fit neatly into a single category and enables us to bring skills and tactics learned in one practice to another.  The matters we handle for our clients range from a complex 500-party interpleader action to relatively straightforward commercial disputes. Kellogg Hansen attorneys have represented clients in state court and federal district court actions throughout the country, administrative proceedings, all of the federal courts of appeals, and the Supreme Court of the United States.

**OUR CLIENTS**

Kellogg Hansen represents Fortune 100 companies; large banks and other financial services firms; private equity firms and their portfolio companies; hedge funds; large and small companies in the telecommunications, pharmaceutical, health care, energy, manufacturing, and technology sectors; start-ups; classes of consumers; states and local, federal, and foreign government entities; and individuals.

**OUR APPROACH**

Kellogg Hansen has an entrepreneurial approach to litigation, allowing the firm to take on all kinds of cases against all kinds of adversaries. Without a corporate practice, we avoid many of the conflicts that bedevil other major firms.

Because of our confidence in our abilities and our record of success, we regularly consider a wide variety of fee structures, including straight contingency arrangements, traditional hourly fee arrangements, and hybrid structures.

We hire only the most skilled lawyers who can work in small, efficient teams to provide effective representation for our clients.