# EXHIBIT F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Anderson News, LLC | : Case No. 09-10695 (CSS) |
| | : |
| Debtor. | : Re: Docket Nos. 2625, 2630, 2662, 2665, 2668, 2669 |
| | : |

## OMNIBUS ORDER APPROVING FEE APPLICATIONS

Upon consideration of the (i) Nineteenth Interim and Final Application of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. [Docket No. 2625], the (ii) Amended Final Application of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. [Docket No. 2667], and (iii) the Twenty-Seventh Interim Application of Kasowitz Benson Torres LLP [Docket No. 2662], (collectively, the "Applications"), seeking the entry of an Order approving their Applications for allowance and approval of compensations and reimbursement of expenses; and this Court having determined that all of the requirements of sections 330, 331, 503(b) of title 11 of the United States Code as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure have been satisfied with respect to the Applications; and it further appearing that the services rendered and expenses incurred were actual, reasonable and necessary; and it appearing that the requested compensation and expense reimbursement reflected in the Applications is reasonable and no objections to the Applications having been filed; and after due deliberations and sufficient good cause appearing therefore; it is hereby;

**ORDERED** that the Applications are hereby approved as set forth herein; and it is further

**ORDERED** that the Professionals are granted allowance of the compensation and reimbursement of expenses in the amounts set forth on **Exhibit A** attached hereto; and it is further

1

2

**ORDERED** that the above-captioned debtor and debtor-in-possession, Anderson News, LLC, is authorized and directed upon entry of this Order to promptly remit payment to each of the Professionals in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

# **EXHIBIT A**

| PROFESSIONAL | TOTAL FEES | TOTAL EXPENSES | TOTAL FEES AND EXPENSES APPROVED AND ALLOWED |
|---|---|---|---|
| Kellogg Hansen Todd Figel & Frederick, P.L.L.C.<br>Special Counsel to the Debtor<br>Period: November 1, 2018 to December 31, 2018 (19th Interim)<br>August 4, 2010 to December 31, 2018 (Final) | $68,921.50 (interim)/<br>$2,940,719.75 (final) | $3,809.66 (interim)/<br>$215,981.35 (final) | $72,731.16 (interim)/<br>$3,156,701.10 (final) |
| Kasowitz Benson Torres LLP<br>Counsel to the Debtor<br>Period: March 1, 2019 to October 31, 2019 (27th Interim) | $44.455.95 | $1801.11 | $46,257.06 |

Dated: December 13th, 2019
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE