# EXHIBIT J

| | |
|---|---|
| **From:** | Emily Kirsch <emily.kirsch@kirschniehaus.com> |
| **Sent:** | Friday, October 7, 2022 4:46 PM |
| **To:** | Shen, Andrew C. |
| **Cc:** | Kellogg, Michael K.; Rapawy, Gregory G.; Young, Christopher M. |
| **Subject:** | RE: [EXTERNAL] RE: In re. 9/11 |

Andy:
Unfortunately, my call ran late.

We have reviewed your time and expenses and certainly have questions and concerns about the reasonableness of the rates, the number of people involved, the number of tasks undertaken and the number of hours spent on each task. But in light of our pending motion to stay now and our forthcoming objections, our position is that because the Magistrate Judge's opinion is incorrect in finding that K&K was complicit in the leak or that its internal investigation was deficient, no fee is reasonable. I am available if you still wish to discuss.

Emily

**From:** Shen, Andrew C. <ashen@kellogghansen.com>
**Sent:** Friday, October 7, 2022 12:29 PM
**To:** Emily Kirsch <emily.kirsch@kirschniehaus.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: In re. 9/11

Thank you.  Please call me at ████████ if your call ends early.  If not, I can call you at around 5pm today or 1:30pm on Monday.

**From:** Emily Kirsch <emily.kirsch@kirschniehaus.com>
**Sent:** Friday, October 7, 2022 12:24 PM
**To:** Shen, Andrew C. <ashen@kellogghansen.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: In re. 9/11

Technically, I'm booked until 4. I think my prior call will end early, so I'm happy to try to give you a call at 3:30 if I free up.
Otherwise, I'm free from 4pm on and Monday is wide open (though it's a holiday).

**From:** Shen, Andrew C. <ashen@kellogghansen.com>
**Sent:** Friday, October 7, 2022 11:54 AM
**To:** Emily Kirsch <emily.kirsch@kirschniehaus.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young,

1

Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: In re. 9/11

Hi Emily –

I have another call that starts at 4pm.  I can do any time before that.

Thanks,

Andy

**From:** Emily Kirsch <emily.kirsch@kirschniehaus.com>
**Sent:** Friday, October 7, 2022 11:48 AM
**To:** Shen, Andrew C. <ashen@kellogghansen.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: In re. 9/11

How is 4pm?

**From:** Shen, Andrew C. <ashen@kellogghansen.com>
**Sent:** Friday, October 7, 2022 9:23 AM
**To:** Emily Kirsch <emily.kirsch@kirschniehaus.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** Re: [EXTERNAL] RE: In re. 9/11

Emily -

I will be traveling on Monday and Tuesday. If you would like to discuss this, can you please propose a time today.

Thanks,

Andy

On Oct 4, 2022, at 11:27 AM, Emily Kirsch <emily.kirsch@kirschniehaus.com> wrote:

Andy –
A quick review of this backup suggests that we do have meaningful questions and concerns about its reasonableness. However, it is unfortunate you waited until 8:00 pm last night to provide this information. I simply don't have time to digest it fully and engage in a constructive meet and confer with you before I need to leave the office mid-afternoon for Yom Kippur.

If you choose to file your motion tomorrow (as ordered) and not seek an extension, please include this email to explain why we are unable to meet and confer.

Regards,
Emily

**From:** Shen, Andrew C. <ashen@kellogghansen.com>
**Sent:** Monday, October 3, 2022 7:51 PM
**To:** Emily Kirsch <emily.kirsch@kirschniehaus.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** RE: In re. 9/11

Emily –

I've attached spreadsheets of our time records and costs relating to Kreindler & Kreindler's breach.  We have revised the amount of fees we are seeking to $1,390,281.50.  The costs remain the same.  Please let us know if you would like to discuss.

Regards,

Andy

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct:  (202) 326-7963
Fax:  (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Emily Kirsch <emily.kirsch@kirschniehaus.com>
**Sent:** Monday, October 3, 2022 12:43 PM
**To:** Shen, Andrew C. <ashen@kellogghansen.com>
**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** [EXTERNAL] RE: In re. 9/11

Andy:
As you know, the Magistrate Judge ordered us to meet and confer on a reasonable fee award. To that end, would you kindly send us the backup for those amounts and we can have a productive call once we have had a chance to review.

**From:** Shen, Andrew C. <ashen@kellogghansen.com>
**Sent:** Saturday, October 1, 2022 9:57 AM
**To:** Emily Kirsch <emily.kirsch@kirschniehaus.com>

**Cc:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Young, Christopher M. <cyoung@kellogghansen.com>
**Subject:** In re. 9/11

Emily –

I write regarding the Court's September 21, 2022 Order requiring Kreindler & Kreindler to pay Saudi Arabia's fees and costs associated with investigating and addressing Kreindler & Kreindler's breach of the Protective Orders.  Saudi Arabia intends to seek $1,401,869.00 in fees and $36,504.42 in costs.  Please let us know whether Kreindler & Kreindler will agree to pay these amounts.

If you would like to discuss by phone, please let me know if you are available on Monday.

Thanks,

Andy

Andrew C. Shen
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct:  (202) 326-7963
Fax:  (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.