| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME** | **PLAINTIFF (ESTATE REPRESEN-TATIVE) LAST NAME** | **9/11 DECEDENT FIRST NAME** | **9/11 DECEDENT LAST NAME** | **CIVIL DOCKET NUMBER** | **ECF NO. OF PLAINTIFF ADDED TO COMPLAINT vs. THE TALIBAN** | **ECF NO. OF DOCUMENT DETERMINING LIABILITY OF THE TALIBAN** | **CASE AND ECF NO. OF PRIOR AWARD OF DAMAGES** | **DECEDENT PAIN AND SUFFERING** | **DECEDENT ECONOMIC LOSS** | **TREBLED DAMAGES UNDER ATA** |
| 2 | Kristen | Breitweiser | Ronald | Breitweiser | 02-cv-06977 02-cv-07230 | 02-cv-7230, ECF Doc. No. 1; 02-cv-06977, Doc. No. 111-2 | MDL ECF Doc. No. 1797 | MDL ECF Doc. No. 4110 | $2,000,000.00 | $45,385,507.00 | $142,156,521.00 |