# EXHIBIT B

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF LAST NAME | RELATION-SHIP TO DECEDENT | CIVIL DOCKET NUMBER | ECF NO. OF PLAINTIFF ADDED TO COMPLAINT vs. THE TALIBAN | ECF NO. OF DOCUMENT DETERMINING LIABILITY OF THE TALIBAN | CASE AND ECF NO. OF PRIOR AWARD OF DAMAGES | SOLATIUM DAMAGES AMOUNT | TREBLED DAMAGES UNDER ATA |
| 2 | Ronald | Breitweiser | Kristen | Breitweiser | Spouse | 02-cv-06977 02-cv-07230 | 02-cv-7230, ECF Doc. No. 1; 02-cv-06977, Doc. No. 111-2 | MDL ECF Doc. No. 1797 | MDL ECF Doc. No. 4110 | $12,500,000.00 | $37,500,000.00 |
| 3 | Ronald | Breitweiser | Caroline | Breitweiser | Child | 02-cv-06977 02-cv-07230 | 02-cv-7230, ECF Doc. No. 1; 02-cv-06977, Doc. No. 111-2 | MDL ECF Doc. No. 1797 | MDL ECF Doc. No. 4110 | $8,500,000.00 | $25,500,000.00 |