# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

October 13, 2022

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees respectfully request a one-week extension of the October 14, 2022 deadline referenced in ECF No. 8590 for the PECs to submit a letter with a proposal for "how the Court can decide motions for default judgment against the Taliban in a way that permits plaintiffs to 'proceed on equal footing with one another.'" ECF No. 8590 (quoting ECF No. 8535 at 2). The Plaintiffs' Executive Committee for Personal Injury and Death Claims needs this additional time to coordinate interests identified by various members of the PEC. Accordingly, we ask that the Court extend the deadline for the PECs' submission from October 14, 2022 to October 21, 2022.

Respectfully submitted,

MOTLEY RICE LLC

By:  /s/ Robert T. Haefele
JODI WESTBROOK FLOWERS
DONALD A. MIGLIORI
ROBERT T. HAEFELE
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: jflowers@motleyrice.com
Email: dmigliori@motleyrice.com
Email: rhaefele@motleyrice.com
For the Plaintiffs' Exec. Committees

COZEN O'CONNOR

By:  /s/ Sean P. Carter
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com
For the Plaintiffs' Exec. Committees

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF