**Ex. A-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Godwin | Orville | Forde | Elaine |  | Cunnea |  | Sibling | $4,250,000.00 |
| 2. | Godwin | Orville | Forde | Dorepha | Evangeline | Forde |  | Parent | $8,500,000.00 |
| 3. | Godwin | Orville | Forde | Dorna |  | Forde |  | Sibling | $4,250,000.00 |
| 4. | Godwin | Orville | Forde | Dorolyne |  | Forde |  | Sibling | $4,250,000.00 |
| 5. | Godwin | Orville | Forde | Raymond |  | Forde |  | Sibling | $4,250,000.00 |
| 6. | Godwin | Orville | Forde | Myrna |  | Thomas |  | Sibling | $4,250,000.00 |
| 7. | Wilder | A. | Gomez | Tatiana | R. | Gomez |  | Spouse | $12,500,000.00 |
| 8. | Ramzi | A. | Doany | Camille |  | Doany |  | Sibling | $4,250,000.00 |
| 9. | Ramzi | A. | Doany | Ibrahim |  | Doany |  | Sibling | $4,250,000.00 |
| 10. | Gricelda | E. | James | Jairo |  | Castro |  | Child | $8,500,000.00 |

**TOTAL** $59,250,000.00

**Ex. A-2**

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Sophia | | Addo | Roberta | | Agyeman | | Child | $8,500,000.00 |
| 2. | Sophia | | Addo | Joseph | | Ameyaw | | Spouse | $12,500,000.00 |
| 3. | Antonio | J. | Alvarez | Filiberta | | Barragan | | Spouse | $12,500,000.00 |
| 4. | Luis | A. | Chimbo | Ana | | Soria | | Spouse | $12,500,000.00 |
| 5. | Luis | A. | Chimbo | Luis | | Chimbo | | Child | $8,500,000.00 |
| 6. | Jaime | | Concepcion | Jaime | | Colon | | Spouse | $12,500,000.00 |
| 7. | Helen | | Cook | Blanca | M. | Garcia | | Sibling | $4,250,000.00 |
| 8. | Helen | | Cook | Edson | | Garcia | | Sibling | $4,250,000.00 |
| 9. | Helen | | Cook | Keidy | | Garcia | | Sibling | $4,250,000.00 |
| 10. | Helen | | Cook | Teoflia | | Garcia | | Parent | $8,500,000.00 |
| 11. | Titus | | Davidson | William | | Davidson | | Sibling | $4,250,000.00 |
| 12. | Titus | | Davidson | Delores (Monica) | | Akinshara | | Sibling | $4,250,000.00 |
| 13. | Titus | | Davidson | Janet | | Davidson | | Sibling | $4,250,000.00 |
| 14. | Titus | | Davidson | Merna | | Davidson | | Sibling | $4,250,000.00 |

docs-100500992.1

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Titus |  | Davidson | Michelle |  | Davidson |  | Sibling | $4,250,000.00 |
| 16. | Titus |  | Davidson | Phillip |  | Davidson |  | Sibling | $4,250,000.00 |
| 17. | Titus |  | Davidson | Rose |  | Davidson |  | Sibling | $4,250,000.00 |
| 18. | Titus |  | Davidson | Sam |  | Davidson |  | Sibling | $4,250,000.00 |
| 19. | Titus |  | Davidson | Trevor |  | Davidson |  | Sibling | $4,250,000.00 |
| 20. | Titus |  | Davidson | Shirley |  | White |  | Sibling | $4,250,000.00 |

**TOTAL** **$130,750,000.00**

**Ex. A-3**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Damion | | Mowatt | Deval | | Mowatt | | Sibling | $4,250,000.00 |
| 2. | Damion | | Mowatt | Devon | | Mowatt | | Parent | $8,500,000.00 |
| 3. | Manuel | D. | Patrocino | Keyla | | Patrocino | | Child | $8,500,000.00 |
| 4. | Manuel | D. | Patrocino | Sandra | | Patrocino | | Spouse | $12,500,000.00 |
| 5. | Alejo | | Perez | Marina | Z. | Perez | | Spouse | $12,500,000.00 |
| 6. | Rahma | | Salie | Afkham | | Salie | | Sibling | $4,250,000.00 |
| 7. | Rahma | | Salie | Haleema | | Salie | | Parent | $8,500,000.00 |
| 8. | Rahma | | Salie | Ysuff | | Salie | | Parent | $8,500,000.00 |
| 9. | Nolbert | | Salomon | Antoine | | Salomon | | Parent | $8,500,000.00 |
| 10. | Nolbert | | Salomon | Edison | | Salomon | | Sibling | $4,250,000.00 |
| 11. | Nolbert | | Salomon | James | | Salomon | | Sibling | $4,250,000.00 |
| 12. | Hugo | | Sanay | Clara | | Sanay | | Spouse | $12,500,000.00 |
| 13. | Hugo | | Sanay | Hugo | | Sanay | | Child | $8,500,000.00 |

| DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | | | **$105,500,000.00** |

**Ex. A-4**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Mohammed |  | Shajahan | Mansura |  | Shajahan |  | Spouse | $12,500,000.00 |
| 2. | Harshad | S. | Thatte | Pallavi |  | Shirolkar |  | Spouse | $12,500,000.00 |
| 3. | Vanavah |  | Thompson | Doreen |  | Thompson |  | Parent | $8,500,000.00 |

**TOTAL** $33,500,000.00

**Ex. A-5**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Gavkharoy | | Kamardinova | Bakhtiyar | | Kamardinova | | Sibling | $4,250,000.00 |
| 2. | Gavkharoy | | Kamardinova | Farida | | Kamardinova | | Parent | $8,500,000.00 |
| 3. | Gavkharoy | | Kamardinova | Fotima | | Kamardinova | | Sibling | $4,250,000.00 |
| 4. | Gavkharoy | | Kamardinova | Mukhamet | | Kamardinova | | Parent | $8,500,000.00 |
| 5. | Gavkharoy | | Kamardinova | Zahro | | Kamardinova | | Sibling | $4,250,000.00 |
| 6. | Gavkharoy | | Kamardinova | Zukhra | | Koragoz | | Sibling | $4,250,000.00 |
| 7. | Antonio | | Montoya | Amanda | | Castrillon | | Spouse | $12,500,000.00 |
| 8. | Antonio | | Montoya | Jorge | | Montoya | | Child | $8,500,000.00 |
| 9. | Manuel | Emilio | Mejia | Hector | Guillermo | Mejia | | Sibling | $4,250,000.00 |

**TOTAL** — **$59,250,000.00**

**Ex. A-6**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Jaime | | Concepcion | Kirsy | | Concepcion | | Child | $8,500,000.00 |
| 2. | Jaime | | Concepcion | Mercedes | | Concepcion Salazar | | Child | $8,500,000.00 |
| 3. | Jaime | | Concepcion | Virginia | | Concepcion Desoto | | Child | $8,500,000.00 |
| 4. | Titus | | Davidson | Denzil | | Davidson | | Sibling | $4,250,000.00 |
| 5. | Titus | | Davidson | Noel | | Davidson | | Sibling | $4,250,000.00 |
| 6. | Titus | | Davidson | Carol | | Davidson-Simpson | | Sibling | $4,250,000.00 |
| 7. | Titus | | Davidson | Evis | | Jones | | Sibling | $4,250,000.00 |
| 8. | Titus | | Davidson | Amy | M. | Knight | | Sibling | $4,250,000.00 |
| | **TOTAL** | | | | | | | | **$46,750,000.00** |

**Ex. A-7**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Peter |  | Gyulavary | Paul |  | Gyulavary |  | Sibling | $4,250,000.00 |
| 2. | Gricelda | E. | James | Jacobo |  | Castro |  | Child | $8,500,000.00 |
| 3. | Gricelda | E. | James | Obed |  | Garo |  | Sibling | $4,250,000.00 |
| 4. | Kiran | Kumar | Reddy Gopu | Adilakshumma |  | Gopu |  | Parent | $8,500,000.00 |
| 5. | Kiran | Kumar | Reddy Gopu | Venkata | Subba | Reddy Gopu |  | Parent | $8,500,000.00 |

**TOTAL** — **$34,000,000.00**

docs-100501045.1

**Ex. A-8**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Antonio |  | Melendez | Marco | A. | Melendez |  | Child | $8,500,000.00 |

**TOTAL** $8,500,000.00

docs-100501050.1

**Ex. A-9**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Rahma | | Salie | Michael | | Theodoridis | | Spouse (Deceased) | $12,500,000.00 |

**TOTAL** $12,500,000.00

docs-100501053.1

**Ex. A-10**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Godwin | Orville | Forde | Charlene | Carmen | Forde | | Child | $8,500,000.00 |
| 2. | Godwin | Orville | Forde | Romel | DaCosta | Forde | | Child | $8,500,000.00 |
| 3. | Godwin | Orville | Forde | Godwin | Marlon Junior | Forde | | Child | $8,500,000.00 |

**TOTAL** $25,500,000.00

docs-100501055.1

**Ex. A-11**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Manuel | E. | Mejia | Dolores | | Lara | | Parent | $8,500,000.00 |
| 2. | Manuel | E. | Mejia | Jacqueline | | Mejia Peguero | | Child | $8,500,000.00 |
| 3. | Manuel | E. | Mejia | Manuel | E. | Mejia Peguero | | Child | $8,500,000.00 |
| 4. | Leobardo | L. | Pascual | Mirna | Huerta | Aguirre | | Spouse | $12,500,000.00 |
| 5. | Leobardo | L. | Pascual | Carmen | Yosef | Lopez | | Sibling | $4,250,000.00 |
| 6. | Leobardo | L. | Pascual | Cristobal | | Lopez | | Sibling | $4,250,000.00 |
| 7. | Leobardo | L. | Pascual | Lizeth | | Lopez Huerta | | Child | $8,500,000.00 |
| 8. | Leobardo | L. | Pascual | Mariela | | Lopez Huerta | | Child | $8,500,000.00 |
| 9. | Leobardo | L. | Pascual | Ana | Luisa | Lopez Pascual | | Sibling | $4,250,000.00 |
| 10. | Leobardo | L. | Pascual | Elena | De La Cruz | Lopez Pascual | | Sibling | $4,250,000.00 |
| 11. | Leobardo | L. | Pascual | Flor | | Lopez Pascual | | Sibling | $4,250,000.00 |
| 12. | Leobardo | L. | Pascual | Janet | | Lopez Pascual | | Sibling | $4,250,000.00 |
| 13. | Leobardo | L. | Pascual | Manuela | | Lopez Pascual | | Sibling | $4,250,000.00 |
| 14. | Leobardo | L. | Pascual | Maria | Elvia | Lopez Pascual | | Sibling | $4,250,000.00 |

docs-100501057.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Leobardo | L. | Pascual | Rafael | | Lopez Pascual | | Sibling | $4,250,000.00 |
| 16. | Leobardo | L. | Pascual | Raquel | | Lopez Pascual | | Sibling | $4,250,000.00 |
| 17. | Leobardo | L. | Pascual | Diego | | Lopez Reyes | | Child | $8,500,000.00 |
| 18. | Leobardo | L. | Pascual | Juan | | Lopez Reyes | | Child | $8,500,000.00 |
| 19. | Leobardo | L. | Pascual | Ana | | Pascual Ortiz | | Parent | $8,500,000.00 |

**TOTAL** $123,000,000.00

**Ex. A-12**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | **DECEDENT First Name** | **DECEDENT Middle Name** | **DECEDENT Last Name** | **PLAINTIFF First Name** | **PLAINTIFF Middle Name** | **PLAINTIFF Last Name** | **PLAINTIFF Suffix** | **Relationship to 9/11 Decedent** | **SOLATIUM DAMAGES AMOUNT** |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Michael | | Theodoridis | Rahma | | Salie | | Spouse (Deceased) | $12,500,000.00 |
| 2. | Michael | | Theodoridis | Jordanis | | Theodoridis | | Sibling | $4,250,000.00 |
| 3. | Michael | | Theodoridis | Margarita | | Theodoridis | | Parent | $8,500,000.00 |
| 4. | Michael | | Theodoridis | Constantinos | | Theodoridis | | Parent (Deceased) | $8,500,000.00 |
| 5. | Vanavah | | Thompson | Tsahai | S. | Santiago | | Sibling | $4,250,000.00 |
| 6. | Martin | Morales | Zempoaltecatl | Gonzalo | | Morales | | Sibling | $4,250,000.00 |
| 7. | Martin | Morales | Zempoaltecatl | Benjamin | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 |
| 8. | Martin | Morales | Zempoaltecatl | Delfino | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 |
| 9. | Martin | Morales | Zempoaltecatl | Eusebio | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 |
| 10. | Martin | Morales | Zempoaltecatl | Glafira | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 |
| 11. | Martin | Morales | Zempoaltecatl | Jose | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 |
| 12. | Martin | Morales | Zempoaltecatl | Julia | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 |
| 13. | Martin | Morales | Zempoaltecatl | Maria | P.M. | Zempoaltecatl Cortez | | Parent | $8,500,000.00 |
| | **TOTAL** | | | | | | | | **$76,250,000.00** |

**Ex. A-13**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Stephen | Philip | Morris | Philip | L. | Morris |  | Parent (Deceased) | $8,500,000.00 |
| 2. | Stephen | Philip | Morris | Andrew |  | Morris |  | Sibling | $4,250,000.00 |
| 3. | Stephen | Philip | Morris | Katherine |  | Collier |  | Sibling | $4,250,000.00 |

**TOTAL**　　$17,000,000.00

docs-100501851.1

**Ex. A-14**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Wilder | Alfredo | Gomez | Luz | America Piedrahita | Ayala | | Parent | $8,500,000.00 |
| 2. | Wilder | Alfredo | Gomez | Jairo | Hernan | Gomez | | Sibling | $4,250,000.00 |
| 3. | Wilder | Alfredo | Gomez | Omar | Orlando | Gomez | | Sibling | $4,250,000.00 |
| 4. | Wilder | Alfredo | Gomez | Walter | Osuardo | Gomez | | Sibling | $4,250,000.00 |

**TOTAL** $21,250,000.00

docs-100501060.1

**Ex. A-15**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|----|---|---|---|---|---|---|---|---|---|
| 1. | Derek | Ogilvie | Sword | Graeme | David | Sword | | Sibling | $4,250,000.00 |
| 2. | Derek | Ogilvie | Sword | Irene | Ogilvie | Sword | | Parent | $8,500,000.00 |
| 3. | Derek | Ogilvie | Sword | David | Beaumont | Sword | | Parent | $8,500,000.00 |
| | **TOTAL** | | | | | | | | **$21,250,000.00** |

docs-100501065.1

**Ex. A-16**

Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Syed | Abdul | Fatha | Syed |  | Reehan |  | Child | $8,500,000.00 |
| 2. | Syed | Abdul | Fatha | Banu |  | Khursheed |  | Child | $8,500,000.00 |
| 3. | Syed | Abdul | Fatha | Syed |  | Yaseen |  | Child | $8,500,000.00 |
| 4. | Syed | Abdul | Fatha | Syed |  | Zeeshan |  | Child | $8,500,000.00 |
| 5. | Syed | Abdul | Fatha | Syed |  | Farhan |  | Child | $8,500,000.00 |

**TOTAL** $42,500,000.00

docs-100512437.1