**Ex. B-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Ramzi | A. | Doany | | $1,157,557.00 | $2,000,000.00 | $3,157,557.00 |
| 2. | Peter | | Gyulavary | | $2,638,852.00 | $2,000,000.00 | $4,638,852.00 |
| 3. | Gricelda | E. | James | | $683,893.00 | $2,000,000.00 | $2,683,893.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $4,480,302.00 | $6,000,000.00 | **$10,480,302.00** |

**Ex. B-2**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Damion |  | Mowatt |  | $788,962.00 | $2,000,000.00 | $2,788,962.00 |
| 2. | Jerome | O. | Nedd |  | $1,367,777.00 | $2,000,000.00 | $3,367,777.00 |
| 3. | Manuel | D. | Patrocino |  | $1,490,646.00 | $2,000,000.00 | $3,490,646.00 |
| 4. | Alejo |  | Perez |  |  | $2,000,000.00 | $2,000,000.00 |
| 5. | Rahma |  | Salie |  |  | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** |  |  |  |  | $3,647,385.00 | $10,000,000.00 | **$13,647,385.00** |

docs-100501081.1

**Ex. B-3**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Mohammed |  | Shajahan |  | $3,016,757.00 | $2,000,000.00 | $5,016,757.00 |
| 2. | Harshad | S. | Thatte |  | $4,151,054.00 | $2,000,000.00 | $6,151,054.00 |
| 3. | Vanavah |  | Thompson |  |  | $2,000,000.00 | $2,000,000.00 |

| **TOTALS** | | | | | $7,167,811.00 | $6,000,000.00 | **$13,167,811.00** |

docs-100501090.1

**Ex. B-4**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Manuel | E. | Mejia | | $421,216.00 | $2,000,000.00 | $2,421,216.00 |
| 2. | Yelena | | Melnichenko | | $4,422,805.00 | $2,000,000.00 | $6,422,805.00 |
| 3. | Antonio | | Montoya | | | $2,000,000.00 | $2,000,000.00 |

| **TOTALS** | | | | | $4,844,021.00 | $6,000,000.00 | **$10,844,021.00** |

docs-100501097.1

**Ex. B-5**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|-----------------------------|----------------------|
| 1. | Hugo                |                      | Sanay              |             | $796,621.00            | $2,000,000.00               | $2,796,621.00        |

**TOTALS** | | | | | $796,621.00 | $2,000,000.00 | $2,796,621.00

docs-100501099.1

**Ex. B-6**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | **DECEDENT First Name** | **DECEDENT Middle Name** | **DECEDENT Last Name** | **Suffix Name** | **Economic Damage Amount** | **Non-Economic Damage Amount** | **TOTAL Damage Amount** |
|---|---|---|---|---|---|---|---|
| 1. | Jaime | | Concepcion | | $1,243,593.00 | $2,000,000.00 | $3,243,593.00 |
| 2. | Titus | | Davidson | | $151,917.00 | $2,000,000.00 | $2,151,917.00 |
| | **TOTALS** | | | | $1,395,510.00 | $4,000,000.00 | **$5,395,510.00** |

docs-100501104.1

**Ex. B-7**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Kiran | Kumar Reddy | Gopu | | $2,132,029.00 | $2,000,000.00 | $4,132,029.00 |

**TOTALS** $2,132,029.00 $2,000,000.00 **$4,132,029.00**

**Ex. B-8**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Manuel | | De Jesus Molina | | $3,513,253.00 | $2,000,000.00 | $5,513,253.00 |
| 2. | Gavkharoy | | Kamardinova | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Antonio | | Melendez | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $3,513,253.00  $6,000,000.00  **$9,513,253.00**

docs-100501106.1

**Ex. B-9**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Sophia | | Addo | | $2,133,404.00 | $2,000,000.00 | $4,133,404.00 |
| 2. | Antonio | J. | Alvarez | | $3,930,183.00 | $2,000,000.00 | $5,930,183.00 |
| 3. | Luis | A. | Chimbo | | $1,538,381.00 | $2,000,000.00 | $3,538,381.00 |
| 4. | Helen | | Cook | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Godwin | Orville | Forde | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Wilder | A. | Gomez | | $2,310,555.00 | $2,000,000.00 | $4,310,555.00 |
| | **TOTALS** | | | | $9,912,523.00 | $12,000,000.00 | **$21,912,523.00** |

**Ex. B-10**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Nurul | | Miah | | | $2,000,000.00 | $2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | | $2,000,000.00 | **$2,000,000.00** |

**Ex. B-11**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Nolbert             |                      | Salomon            |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2. | Michael             |                      | Theodoridis        |             | $8,514,726.00          | $2,000,000.00              | $10,514,726.00      |
| 3. | Martin              | Morales              | Zempoaltecatl      |             | $1,945,440.00          | $2,000,000.00              | $3,945,440.00       |

**TOTALS**            $10,460,166.00    $6,000,000.00    **$16,460,166.00**

docs-100501109.1

**Ex. B-12**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|-----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1.  | Ivhan               | Luis                 | Bautista           |             |                        | $2,000,000.00              | $2,000,000.00       |
| **TOTALS** |              |                      |                    |             |                        | $2,000,000.00              | **$2,000,000.00**   |

docs-100501110.1

**Ex. B-13**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Stephen | Philip | Morris |  | $6,006,042.00 | $2,000,000.00 | $8,006,042.00 |
|  | **TOTALS** |  |  |  | $6,006,042.00 | $2,000,000.00 | **$8,006,042.00** |

docs-100501860.1

**Ex. B-14**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Derek | Olgilvie | Sword |  |  | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** |  |  |  |  |  | $2,000,000.00 | **$2,000,000.00** |

docs-100501861.1

**Ex. B-15**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Luigi | | Calvi | | $5,847,348.00 | $2,000,000.00 | $7,847,348.00 |
| **TOTALS** | | | | | $5,847,348.00 | $2,000,000.00 | **$7,847,348.00** |

docs-100501111.1