# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Bauer, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 02-cv-7236; 02-cv-6977; 3-md-1570 |
| al Qaeda Islamic Army, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patricia, Kristen, Colin, and Laura Ryan, Estate of John J. Ryan; Katherine Maher, Estate of Daniel L. Maher.

Date: 10/14/2022

*Attorney's signature*

Timothy B. Fleming, DC Bar No. 351114
*Printed name and bar number*
Wiggins Childs Pantazis Fisher Goldfarb, PLLC
2202 18th Street, NW, #110
Washington, D.C. 20009-1813

*Address*

tfleming@wigginschilds.com
*E-mail address*

(202) 467-4489
*Telephone number*

(202) 467-4489
*FAX number*