# EXHIBIT A

Exhibit A
Ryan and Maher Plaintiffs Estates
Bauer and Ashton

U. S. Nationals

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLAINTIFF (ESTATE REPRESENT-ATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESEN-TATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESEN-TATIVE) LAST NAME | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | CIVIL DOCKET NUMBER | ECF NO. OF PLAINTIFF ADDED TO COMPLAINT vs. THE TALIBAN | ECF NO. OF DOCUMENT DETERMINING LIABILITY OF THE TALIBAN | CASE AND ECF NO. OF PRIOR AWARD OF DAMAGES | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS | TREBLED DAMAGES UNDER ATA |
| 2 | Patricia | Ann | Ryan | John | | Ryan | 02-cv-07236; 02-cv-6977 | 02-cv-07236 at ECF No. 1; 02-cv-6977 at ECF No. 111-2 | MDL ECF No. 1797 | MDL ECF Doc. No. 3226; MDL ECF No. 3226; 20-cv-00266 ECF No. 10; MDL ECF No. 5999; re-entered 20-cv-00266 ECF No. 11, and ordered *nunc pro tunc*, 20-cv-00266 ECF No. 12 | $2,000,000.00 | $21,160,744.00 | $69,482,232.00 |
| 3 | Katherine | Mary | Maher | Daniel | Leonard | Maher | 02-cv-07236; 02-cv-6977 | 02-cv-07236 at ECF No. 1; 02-cv-6977 at ECF No. 111-2 | MDL ECF No. 1797 | MDL ECF Doc. No. 3226; MDL ECF No. 3226; 20-cv-00266 ECF No. 10; MDL ECF No. 5999; re-entered 20-cv-00266 ECF No. 11, and ordered *nunc pro tunc*, 20-cv-00266 ECF No. 12 | $2,000,000.00 | $6,880,000.00 | $26,640,000.00 |