# EXHIBIT B

Exhibit B
Ryan and Maher Plaintiffs
Bauer and Ashton

Solatium Plaintiffs

U. S. Nationals

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT LAST NAME | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | RELATION-SHIP TO DECEDENT | CIVIL DOCKET NUMBER | ECF NO. OF PLAINTIFF ADDED TO COMPLAINT vs. THE TALIBAN | ECF NO. OF DOCUMENT DETERMINING LIABILITY OF THE TALIBAN | CASE AND ECF NO. OF PRIOR AWARD OF DAMAGES | SOLATIUM DAMAGES AMOUNT | TREBLED DAMAGES UNDER ATA |
| 2 | John | Ryan | Patricia | Ann | Ryan | Spouse | 02-cv-07236; 02-cv-6977 | 02-cv-07236 at ECF No. 1; 02-cv-6977 at ECF No. 111-2 | MDL ECF No. 1797 | 02-cv-07236 ECF No. 20; MDL ECF No. 3387 | $12,500,000.00 | $37,500,000.00 |
| 3 | John | Ryan | Laura | Elizabeth | Ryan | Child | 02-cv-07236; 02-cv-6977 | 02-cv-07236 at ECF No. 1; 02-cv-6977 at ECF No. 111-2 | MDL ECF No. 1797 | 02-cv-07236 ECF No. 20; MDL ECF No. 3387 | $8,500,000.00 | $25,500,000.00 |
| 4 | John | Ryan | Kristen | Leigh | Ryan | Child | 02-cv-07236; 02-cv-6977 | 02-cv-07236 at ECF No. 1; 02-cv-6977 at ECF No. 111-2 | MDL ECF No. 1797 | 02-cv-07236 ECF No. 20; MDL ECF No. 3387 | $8,500,000.00 | 25,500,000 |
| 5 | John | Ryan | Colin | Patrick | Ryan | Child | 02-cv-07236; 02-cv-6977 | 02-cv-07236 at ECF No. 1; 02-cv-6977 at ECF No. 111-2 | MDL ECF No. 1797 | 02-cv-07236 ECF No. 20; MDL ECF No. 3387 | $8,500,000.00 | 25,500,000 |
| 6 | Daniel | Maher | Katherine | Mary | Maher | Spouse | 02-cv-07236; 02-cv-6977 | 02-cv-07236 at ECF No. 1; 02-cv-6977 at ECF No. 111-2 | MDL ECF No. 1797 | 02-cv-07236 ECF No. 20; MDL ECF No. 3387 | $12,500,000.00 | $37,500,000.00 |