USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2022

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. Cozen, *Co-Chair* |
| Jodi Westbrook Flowers, *Co-Chair* | Sean Carter, *Co-Chair* |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarbutton, *Liaison Counsel* |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

**VIA ECF**

October 13, 2022

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees respectfully request a one-week extension of the October 14, 2022 deadline referenced in ECF No. 8590 for the PECs to submit a letter with a proposal for "how the Court can decide motions for default judgment against the Taliban in a way that permits plaintiffs to 'proceed on equal footing with one another.'" ECF No. 8590 (quoting ECF No. 8535 at 2). The Plaintiffs' Executive Committee for Personal Injury and Death Claims needs this additional time to coordinate interests identified by various members of the PEC. Accordingly, we ask that the Court extend the deadline for the PECs' submission from October 14, 2022 to October 21, 2022.

Respectfully submitted,

MOTLEY RICE LLC                           COZEN O'CONNOR

By: /s/ Robert T. Haefele                 By: /s/ Sean P. Carter
JODI WESTBROOK FLOWERS                    SEAN P. CARTER
DONALD A. MIGLIORI                        COZEN O'CONNOR
ROBERT T. HAEFELE                         One Liberty Place
MOTLEY RICE LLC                           1650 Market Street, Suite 2800
28 Bridgeside Boulevard                   Philadelphia, Pennsylvania 19103

---

The extension request is GRANTED. The PEC letter proposal shall be filed by October 21, 2022.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 14, 2022
       New York, New York