**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-MDL-01570 (GBD) (SN) |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, I hereby appear as counsel for

Interested Party Kreindler & Kreindler LLP in the above-captioned action, and I request that

copies of all papers be served upon the undersigned at the address and/or e-mail address set

forth below.

Dated: October 17, 2022
       New York, New York

KIRSCH & NIEHAUS, PLLC


By:   _/s/ Craig S. Tarasoff_
            Craig S. Tarasoff (CT7968)

950 Third Avenue, Suite 1900
New York, New York 10022
(646) 415-7541 (phone)
(212) 624-0223 (fax)
craig.tarasoff@kirschniehaus.com
*Attorney for Kreindler & Kreindler LLP*