## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA Federal Express**

October 18, 2022

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  In compliance with the Court's October 14, 2022 direction to the Plaintiffs' Executive Committees ("PECs") and this Court's Individual Practices in Civil Cases, Rule III.C, the PECs are sending the Court three binders that enclose courtesy copies of the following items in connection with "Plaintiffs' *Daubert* Motion to Exclude and/or Limit Proposed Testimony of Defendants' Proposed Experts, Jonathan Benthall, Charles W. Freeman, Jonathan Marks, and John Sidel" (ECF No. 7345). The items identified are being delivered to the Court in three separate binders—one for the PECs' moving papers, one for the defendants' opposition papers, and one for the PECs' reply. Each binder includes a list at the front of the binder summarizing the binders' contents.

### Binder 1
- Notice of Plaintiffs' *Daubert* Motion to Exclude and/or Limit Testimony of Defendants' Proposed Experts Benthall, Freeman, Marks, and Sidel (ECF No. 7345);
- PECs' Memorandum of Law in Support of the Plaintiffs' *Daubert* Motion to Exclude and/or Limit Testimony of Defendants' Proposed Experts Benthall, Freeman, Marks, and Sidel (ECF No. 7346);
- Declaration of Robert Haefele Transmitting Evidence in Support of Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' *Daubert* Motion To Exclude And/Or Limit Proposed Testimony Of Defendants' Proposed Experts, Jonathan Benthall, Charles W. Freeman, Jonathan Marks, And John Sidel and attached exhibits 1 through 16 (ECF No. 7351 and 7351-1 through 7351-16);

### Binder 2
- Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Jonathan Benthall, Chas Freeman, Jonathan Marks, and John Sidel (ECF No. 7602);

- Declaration of Aisha Bembry and attached exhibits AA through AAM (ECF No. 7604 and 7604-1 through 7604-39);

**Binder 3**

- PECs' Reply Memorandum of Law in Further Support of Plaintiffs' Daubert Motion [ECF No. 7345] to Exclude the Proposed Testimony of Defendants' Proposed Experts, Jonathan Benthall, Charles W. Freeman, Jonathan Marks, and John Sidel, (ECF No. 7690);
- Declaration of Robert T. Haefele Transmitting Evidence in Support of Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' *Daubert* Motion to Exclude the Proposed Testimony of Defendants' Proposed Experts, Jonathan Benthall, Charles ("Chas.") W. Freeman, Jonathan Marks, and John Sidel and attached exhibits AA through AJ (ECF No. 7691 and 7691-1 through 7691-10).

Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By: /s/ Robert T. Haefele | By: /s/ Sean P. Carter |
| ROBERT T. HAEFELE | SEAN P. CARTER |
| MOTLEY RICE LLC | COZEN O'CONNOR |
| 28 Bridgeside Boulevard | One Liberty Place |
| Mount Pleasant, SC 29465 | 1650 Market Street, Suite 2800 |
| Tel.: (843) 216-9184 | Philadelphia, Pennsylvania 19103 |
| Email: rhaefele@motleyrice.com | Tel.: (215) 665-2105 |
| For the Plaintiffs' Exec. Committees | Email: scarter@cozen.com |
| | For the Plaintiffs' Exec. Committees |

Enclosures

cc: The Honorable George B. Daniels, via ECF (without enclosures)
All Counsel of Record via ECF (without enclosures)