# EXHIBIT B

# Carolyn Martinez

| | |
|---|---|
| **From:** | Thea M. Capone |
| **Sent:** | Friday, April 05, 2019 3:26 PM |
| **To:** | DGP@wigginschilds.com |
| **Subject:** | Patty Ryan and Kathy Maher |

Mr. Pantazia –

We were advised by the clients listed below that they wish to have new legal representation for all purposes in connection with their claims against Iran, the Kingdom of Saudi Arabia and other defendants in the September 11th terror attacks, and they have chosen you and your firm for that purpose.

Patty Ryan
Laura Ryan
Colin Ryan
Kristen Ryan
Kathy Maher
Daniel Maher
Joseph Maher

I am traveling through Monday, April 15th and upon my return will contact you to set up a transfer of appropriate documents.  Before that occurs and while I am away, please forward a copy of the client retainers setting up your new representation.

It will be necessary to have you substituted as the attorney of record for these individuals in the litigation pending in the Southern District of New York.  Since each of these clients are named as plaintiffs in the *Ashton* complaint, they will have to be removed.  I assume that you will file all appropriate documentation to remove them from the *Ashton* action.  I also ask and would appreciate you sending me those documents so we can coordinate the transition.

Thank you in advance for your cooperation.  I look forward to speaking with you.

Thea M. Capone
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, NY 10005
Ph: (212) 363-1200
Fax: (212) 363-1346
www.baumeisterlaw.com



***NOTICE:***  *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges.  It constitutes non-public information intended to be conveyed only to the designated recipient(s).  If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may be unlawful.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*