# EXHIBIT D

# WIGGINS CHILDS
## PANTAZIS FISHER
## GOLDFARB
Advocates & Litigators

ROBERT L. WIGGINS, JR.
DENNIS G. PANTAZIS
ANN K. WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
RACHEL LEE McGINLEY
JOSHUA R. GALE •
L. WILLIAM SMITH
D. G. PANTAZIS JR.
SIDNEY JACKSON
PATRICK L. PANTAZIS
LACEY DANLEY
EVAN D. PANTAZIS
CHRISTINA MALMAT

ERIC C. SHEFFER
STAFF ATTORNEY

SANDRA DUCA
TIMOTHY B. FLEMING •
TERRILL W. SANDERS
OF COUNSEL
•Not Licensed in Alabama

ROBERT F. CHILDS, JR.
(1947- 2018)

July 18, 2019

## VIA U. S. MAIL AND ELECTRONIC TRANSMITTAL
Thea M. Capone, Esquire
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005
tcapone@baumeisterlaw.com

Re: *Maher v. Islamic Republic of Iran, et al.*
*Maher v. Kingdom of Saudi Arabia, et al.*

Dear Thea:

Please be advised that we have been retained to represent Katherine Maher, individually and as Executrix of the Estate of Daniel Maher a/k/a Daniel L. Maher, Daniel R. Maher, and Joseph F. Maher ("the Maher Family") regarding any and all litigation as a result of the 9/11 terrorist attacks.

Therefore, please accept this letter as the clients' and our written request that you forward the entire files (including, but not limited to judgments, economic reports, etc.) of the Maher Family to my office as soon as possible.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

Dennis G. Pantazis

DGP/tbt
cc: Katherine Maher (via email)
    Daniel R. Maher (via email)
    Joseph F. Maher (via email)

An Alabama Limited Liability Company
The Kress Building · 301 19th Street North · Birmingham, AL 35203
205-314-0500 Main · 205-254-1500 fax
WASHINGTON, D.C. · DELAND, FLORIDA
wigginschilds.com

# WIGGINS CHILDS
# PANTAZIS FISHER
# GOLDFARB
Advocates & Litigators

ROBERT L. WIGGINS, JR.
DENNIS G. PANTAZIS
ANN K WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
RACHEL LEE McGINLEY
JOSHUA R. GALE•
I . WILLIAM SMITH
D.G. PANTAZIS JR.
SIDNEY JACKSON
PATRICK L. PANTAZIS
LACEY DANLEY
EVAN D. PANTAZIS
CHRISTINA MALMAT

ERIC G. SHEFFER
STAFF ATTORNEY

SANDRA DUCA
TIMOTHY B. FLEMING•
TERRILL W. SANDERS
OF COUNSEL
•Not Licensed in Alabama

ROBERT F. CHILDS, JR.
(1947–2018)

July 18, 2019

**VIA U. S. MAIL AND ELECTRONIC TRANSMITTAL**
Thea M. Capone, Esquire
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005
tcapone@baumeisterlaw.com

    Re:  *Ryan v. Islamic Republic of Iran, et al.*
        *Ryan v. Kingdom of Saudi Arabia, et al.*

Dear Thea:

    Please be advised that we have been retained to represent Patricia Ryan, individually and as Executrix of the Estate of John J. Ryan, Laura Ryan, Colin Ryan, and Kristen Ryan ("the Ryan Family") regarding any and all litigation as a result of the 9/11 terrorist attacks.

    Therefore, please accept this letter as the clients' and our written request that you forward the entire files (including, but not limited to judgments, economic reports, etc.) of the Ryan Family to my office as soon as possible.

    Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to contact me.

        Sincerely,

        Dennis G. Pantazis

DGP/tbt
cc:  Patricia Ryan (via email)
     Laura Ryan (via email)
     Colin Ryan (via email)
     Kristen Ryan (via email)