# EXHIBIT F

**From:** Pantazis, Dennis G. <dgp@wigginschilds.com>
**Sent:** Thursday, August 22, 2019 3:54 PM
**To:** Thea M. Capone <TCapone@baumeisterlaw.com>
**Cc:** Pantazis, Dennis G. <dgp@wigginschilds.com>; Todd, Tammy <ttodd@wigginschilds.com>
**Subject:** RE: Maher v. Islamic Republic of Iran, et al.; Maher v. Kingdom of Saudi Arabia, et al.

Attached is the Motion to Substitute Counsel regarding the Maher Family. We want to work with you to extradite them from your cases and, also believe the Court may have direction on how we should handle this. Therefore, we have inserted a paragraph in the motion stating that once the substitution of counsel has been granted, we will move to remove the Maher Family from the cases, which may require coordination with your office and the Court's guidance.

Please review the motion and let me know if you have any requested edits. We are prepared to file with the Court tomorrow. We will also need the Consents signed by you so that we can attach to the motion.

If you have any questions, please let me know.

**Dennis G. Pantazis**
dgp@wigginschilds.com · Direct:205-314-0531

**From:** Thea M. Capone <TCapone@baumeisterlaw.com>
**Sent:** Monday, August 19, 2019 10:26 AM
**To:** Todd, Tammy <ttodd@wigginschilds.com>; Pantazis, Dennis G. <dgp@wigginschilds.com>
**Subject:** RE: Ryan v. Islamic Republic of Iran, et al.; Ryan v. Kingdom of Saudi Arabia, et al.

Tammy –

I am not quite sure that I understand what you mean in your Friday emails pertaining to some of the Ryan and Maher family members as you do not need a signed Consent to prepare the appropriate motion. We certainly want to work

| | |
|---|---|
| **From:** | Thea M. Capone |
| **Sent:** | Wednesday, August 28, 2019 9:36 AM |
| **To:** | 'Pantazis, Dennis G.' |
| **Cc:** | Todd, Tammy |
| **Subject:** | RE: Maher v. Islamic Republic of Iran, et al.; Maher v. Kingdom of Saudi Arabia, et al. |
| **Attachments:** | Maher Substitution Consent 8 26 19.docx; Maher Proposed Order to Substiute Counsel 8 26 19.docx; Maher Motion to Substitute Counsel 8 26 19.docx |

Good Morning –

Attached are our revisions to the motion to substitute counsel, a proposed Order and a revised consent to substitute counsel.

Once you have approved the drafts, we will execute and forward the Consent to you in order to obtain your signature and that of the clients.

Thea M. Capone
Baumeister & Samuels, P.C.

---

**From:** Pantazis, Dennis G. <dgp@wigginschilds.com>
**Sent:** Thursday, August 22, 2019 3:54 PM
**To:** Thea M. Capone <TCapone@baumeisterlaw.com>
**Cc:** Pantazis, Dennis G. <dgp@wigginschilds.com>; Todd, Tammy <ttodd@wigginschilds.com>
**Subject:** RE: Maher v. Islamic Republic of Iran, et al.; Maher v. Kingdom of Saudi Arabia, et al.

Attached is the Motion to Substitute Counsel regarding the Maher Family. We want to work with you to extradite them from your cases and, also believe the Court may have direction on how we should handle this. Therefore, we have inserted a paragraph in the motion stating that once the substitution of counsel has been granted, we will move to remove the Maher Family from the cases, which may require coordination with your office and the Court's guidance.

Please review the motion and let me know if you have any requested edits. We are prepared to file with the Court tomorrow. We will also need the Consents signed by you so that we can attach to the motion.

If you have any questions, please let me know.

**Dennis G. Pantazis**
dgp@wigginschilds.com · Direct:205-314-0531

**From:** Thea M. Capone <TCapone@baumeisterlaw.com>
**Sent:** Monday, August 19, 2019 10:26 AM
**To:** Todd, Tammy <ttodd@wigginschilds.com>; Pantazis, Dennis G. <dgp@wigginschilds.com>
**Subject:** RE: Ryan v. Islamic Republic of Iran, et al.; Ryan v. Kingdom of Saudi Arabia, et al.

Tammy –

I am not quite sure that I understand what you mean in your Friday emails pertaining to some of the Ryan and Maher family members as you do not need a signed Consent to prepare the appropriate motion. We certainly want to work

# Carolyn Martinez

| | |
|---|---|
| **From:** | Thea M. Capone |
| **Sent:** | Tuesday, September 10, 2019 11:29 AM |
| **To:** | Mitch Baumeister |
| **Cc:** | Carolyn Martinez |
| **Subject:** | Fwd: Maher v. Islamic Republic of Iran, et al.; Maher v. Kingdom of Saudi Arabia, et al. |
| **Attachments:** | image001.png; ATT00001.htm; image001.png; ATT00002.htm; image002.png; ATT00003.htm; Maher Motion to Substitute Counsel.docx; ATT00004.htm; Maher Consent Order Granting Substitution of Attorney.docx; ATT00005.htm; Daniel Maher Consent Order Granting Substitution of Attorney.docx; ATT00006.htm; Joseph Maher Consent Order Granting Substitution of Attorney.docx; ATT00007.htm |

Thea M. Capone, Esq.
Baumeister & Samuels, P.C.

Sent from my iPhone.

Begin forwarded message:

> **From:** "Pantazis, Dennis G." <dgp@wigginschilds.com>
> **Date:** September 10, 2019 at 11:27:12 AM EDT
> **To:** "Thea M. Capone" <TCapone@baumeisterlaw.com>
> **Cc:** "Pantazis, Dennis G." <dgp@wigginschilds.com>, "Todd, Tammy" <ttodd@wigginschilds.com>
> **Subject: RE: Maher v. Islamic Republic of Iran, et al.; Maher v. Kingdom of Saudi Arabia, et al.**
>
> I have reviewed your revisions to the Motion to Substitute Counsel with my clients and they do not agree to the language as to liens for fees or expenses. I take no position and that matter is between you and your prior clients.
>
> Our motion is simply moving to substitute counsel. Any right you have to a lien is unaffected by this motion and you can pursue your fees and expenses separately without our agreement. If the attached motion is not acceptable, we will file a motion stating that there is no agreement regarding the Motion to Substitute Counsel.
>
> **Dennis G. Pantazis**
> dgp@wigginschilds.com · Direct:205-314-0531
>
> **From:** Thea M. Capone <TCapone@baumeisterlaw.com>
> **Sent:** Wednesday, August 28, 2019 8:36 AM
> **To:** Pantazis, Dennis G. <dgp@wigginschilds.com>
> **Cc:** Todd, Tammy <ttodd@wigginschilds.com>
> **Subject:** RE: Maher v. Islamic Republic of Iran, et al.; Maher v. Kingdom of Saudi Arabia, et al.
>
> Good Morning –
>
> Attached are our revisions to the motion to substitute counsel, a proposed Order and a revised consent to substitute counsel.

# Carolyn Martinez

| | |
|---|---|
| **From:** | Thea M. Capone |
| **Sent:** | Thursday, September 19, 2019 8:46 PM |
| **To:** | 'Pantazis, Dennis G.' |
| **Subject:** | RE: Ryan v. Islamic Republic of Iran, et al.; Ryan v. Kingdom of Saudi Arabia, et al. |

Unfortunately, we cannot consent to your substitution motions for the Ryan and Maher plaintiffs in their present form.

I assume you will file your motion and we will state our position for the Court.

Thea M. Capone
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, NY 10005
Ph: (212) 363-1200
Fax: (212) 363-1346
www.baumeisterlaw.com



*NOTICE:  This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges.  It constitutes non-public information intended to be conveyed only to the designated recipient(s).  If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may be unlawful.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

**From:** Pantazis, Dennis G. <dgp@wigginschilds.com>
**Sent:** Tuesday, September 10, 2019 11:29 AM
**To:** Thea M. Capone <TCapone@baumeisterlaw.com>
**Cc:** Pantazis, Dennis G. <dgp@wigginschilds.com>; Todd, Tammy <ttodd@wigginschilds.com>
**Subject:** RE: Ryan v. Islamic Republic of Iran, et al.; Ryan v. Kingdom of Saudi Arabia, et al.

I have reviewed your revisions to the Motion to Substitute Counsel with my clients and they do not agree to the language as to liens for fees or expenses.  I take no position and that matter is between you and your prior clients.

Our motion is simply moving to substitute counsel.  Any right you have to a lien is unaffected by this motion and you can pursue your fees and expenses separately without our agreement.  If the attached motion is not acceptable, we will file a motion stating that there is no agreement regarding the Motion to Substitute Counsel.

**Dennis G. Pantazis**
dgp@wigginschilds.com · Direct:205-314-0531

**From:** Thea M. Capone <TCapone@baumeisterlaw.com>
**Sent:** Friday, August 23, 2019 10:23 AM
**To:** Pantazis, Dennis G. <dgp@wigginschilds.com>

1