# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 880-9460

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

October 20, 2022

**Via ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-md-01570 (GBD) (SN);
             Letter Motion for Two-Business-Day Extension of Filing Deadline

Dear Judge Daniels:

      I represent the law firm Kreindler & Kreindler LLP ("K&K") in connection with the sanctions entered against K&K on September 21, 2022 by Magistrate Judge Sarah Netburn. *See* ECF No. 8544. K&K's objections are due Friday, October 21, 2022.

      K&K respectfully requests a two-business-day extension of the deadline to October 25, 2022. I was retained on September 28, 2022, after this Court granted the current deadline. Since then, in addition to my personal and other professional obligations, this matter has required significant attention due to the sizeable record and the legal and factual questions at issue. An extension is requested in order to finalize K&K's objections, in aid of the Court's review.

      Defendant Kingdom of Saudi Arabia takes no position on this extension request. This is K&K's second and final request for an extension.

                                                                            Respectfully,

                                                                          */s/ Edward M. Spiro*

                                                                          Edward M. Spiro

cc:      All MDL Counsel of Record (via ECF)