

October 20, 2022

**VIA FEDERAL EXPRESS**

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    **In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

    Consistent with Your Honor's correspondence dated October 14, 2022, and this Court's Individual Practices, enclosed please find courtesy copies of items submitted to the Court in connection with Defendants' Joint Motion to Exclude Expert Testimony of Jonathan Winer and Brian Michael Jenkins (ECF No. 7342).  The items being identified are being delivered to the Court in four separate binders as further detailed below.  (Each binder includes a list at the front of each binder detailing the binders' contents.)

    BINDER 1
- Defendants' Notice of Joint Motion to Exclude Expert Testimony of Jonathan Winer and Brian Michael Jenkins (ECF No. 7342); Memorandum Of Law in Support of Defendants' Joint Motion to Exclude Expert Testimony of Jonathan Winer and Brian Michael Jenkins (ECF No. 7343); Declaration of Aisha E. Bembry (ECF No. 7344);
- Memorandum Of Law in Opposition to Defendants' Motion to Exclude Expert Testimony of Brian Jenkins and Jonathan Winer (ECF No. 7606); Declaration of Robert T. Haefele Transmitting Evidence In Support Of Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion To Exclude Expert Testimony Of Brian Jenkins And Jonathan Winer (ECF No. 7608); Declaration of Jonathan Winer (ECF No. 7609);
- Judge Netburn's Order dated Feb. 7, 2022 regarding Defendants' motion for a conference to request that the Court strike the declaration of Plaintiffs' expert Jonathan Winer filed as ECF 7609;



- Reply Memorandum of Law in Support of Defendants' Joint Motion To Exclude Expert Testimony Of Jonathan Winer And Brian Michael Jenkins (ECF No. 7688); Declaration of Aisha E. Bembry (ECF No. 7689);

BINDER 2
- Defendants' exhibits A-G in support of their Joint Motion to Exclude Expert Testimony of Jonathan Winer and Brian Michael Jenkins;

BINDER 3
- Defendants' exhibits H-X and BA-BJ in support of their Joint Motion to Exclude Expert Testimony of Jonathan Winer and Brian Michael Jenkins; and

BINDER 4
- Plaintiffs' exhibits A-U in support of their Memorandum of Law in Opposition to Defendants' Motion to Exclude Expert Testimony of Brian Jenkins and Jonathan Winer.

Respectfully submitted,

/s/ Aisha E. Bembry
Eric L. Lewis
Waleed Nassar (admitted *pro hac vice*)
Aisha E. R. Bembry (admitted *pro hac vice*)
Sumayya Khatib (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, NW Suite 1000
Washington, DC 20005
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: eric.lewis@lbkmlaw.com
Email: waleed.nassar@lbkmlaw.com
Email: aisha.bembry@lbkmlaw.com
Email: sumayya.khatib@lbkmlaw.com
*Counsel for Defendants Muslim World League,*
*International Islamic Relief Organization,*