UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document also relates to member case:**

*Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD) (SN)

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, by and through their undersigned counsel and upon the accompanying Declaration of Patrick Joseph Donahue executed on October 20, 2022 and Memorandum of Law, Plaintiffs in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN) respectfully move this Court pursuant to Federal Rules of Civil Procedure 15 for an order: (1) correcting the error in their First Amended Short Form Complaint filed on February 22, 2019 (ECF No. 29) which incorrectly identified Plaintiff Jasmine Jackman as Jasmine Lanham, (2) directing the Clerk of Court to amend the case captions for *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN) and *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN) to correct Jasmine Jackman's name, (3) waiving further service of the corrected First Amended Short Form Complaint on the Islamic Republic of Iran, and (4) granting such other and further relief as the Court deems just and proper.

Dated: October 20, 2022
      White Plains, New York

**FLEISCHMAN BONNER & ROCCO LLP**

By: /s/ James P. Bonner
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
81 Main Street, Suite 515
White Plains, New York  10601
Telephone:  646-415-1399

Joseph Peter Drennan (admitted *pro hac vice*)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 997-2591
Mobile: (540) 226-0777
joseph@josephpeterdrennan.com

Patrick M. Donahue (admitted *pro hac vice*)
P. Joseph Donahue (admitted *pro hac vice*)
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
Telephone: (410) 280-2023
pmd@thedonahuelawfirm.com
pjd@thedonahuelawfirm.com

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

*Counsel for Plaintiffs*