UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

**This document also relates to member case:**

*Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of the evidence and arguments submitted in support of *Anaya* Plaintiffs' motion to correct a misnomer in their First Amended Short Form Complaint filed on February 2, 2019, and for related relief, together with the entire record in this case, it is hereby:

**ORDERED** that the name Jasmine Lanham in the First Amended Short Form Complaint filed in *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) on February 2, 2019 is deemed amended *nunc pro tunc* to Jasmine Jackman; and it is

**ORDERED** that the aforementioned amendment, being deemed insubstantial, Plaintiffs are not required to serve the Islamic Republic of Iran with a new pleading reflecting the amendment; and it is

**ORDERED** that the Clerk of Court is respectfully directed to amend the case captions for *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) and *In re Terrorist Attacks on September 11, 2001*, 03-md-1570, to reflect that Plaintiff "Jasmine Lanham" is "Jasmine Jackman," and to terminate the motion at ECF No. 125 in 18-cv-12341 (GBD)(SN) and ECF 8656 in 03-MDL-1570 (GBD)(SN).

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

Dated: New York, New York
         _____, 2022