# EXHIBIT A

**ECF 8274 – Ashton motion.**
ECF 8275 – Ashton Declaration
ECF 8278 – Ashton Proposed Order
ECF 8660 – Letter from Ashton & O'Neill Counsel

**ECF 8298 – Bauer motion**
ECF 8299 – Bauer Declaration
ECF 8300 – Bauer Proposed Order

**ECF 8376   Bauer motion to correct exhibit**
ECF 8379   Bauer Declaration
ECF 8380   Bauer Proposed Order

**ECF 8488   Bauer motion to correct exhibit**
ECF 8489   Bauer Declaration
ECF 8490   Bauer Proposed Order

**ECF 8335 – Burlingame motion**
ECF 8337 – Burlingame Declaration
ECF 8341 – Burlingame Proposed Order

**ECF 8363 – Burlingame II motion**
ECF 8364 – Burlingame II Declaration
ECF 8366 – Burlingame II Proposed Order

**ECF 8386 – Ashton-Burlingame-Dickey motion**
ECF 8387 – Ashton-Burlingame-Dickey Declaration
ECF 8389 – Ashton-Burlingame-Dickey MOL
ECF 8391 – Ashton-Burlingame-Dickey Proposed Order (This filing was marked as deficient by the Clerk's office and does not appear to have been refiled on the MDL or in the Ashton or Burlingame dockets)

**ECF 8455 – O'Neill motion**
ECF 8456 – O'Neill MOL
ECF 8457 – O'Neill Declaration
ECF 8458 – O'Neill Proposed Order

**ECF 8459 – O'Neill (2) motion**
ECF 8460 – O'Neill (2) MOL
ECF 8461 – O'Neill (2) Declaration
ECF 8462 – O'Neill (2) Proposed Order

**ECF 8528 – O'Neill (3) motion**
ECF 8529 – O'Neill (3) MOL
ECF 8530 – O'Neill (3) Declaration (filed under seal)

ECF 8531 – O'Neill (3) Proposed Order

**ECF 8559 – Burnett motion**
ECF 8560 – Burnett MOL
ECF 8561 – Burnett Declaration
ECF 8602 – Burnett Proposed Order

**ECF 8568 – O'Neill (4) motion**
ECF 8569 – O'Neill (4) Declaration
ECF 8572 – O'Neill (4) MOL
ECF 8615 – O'Neill (4) Proposed Order
ECF 8660 – Letter from Ashton & O'Neill Counsel

**ECF 8577 – O'Neill (5) motion**
ECF 8578 – O'Neill (5) Declaration (filed under seal)
ECF 8579 – O'Neill (5) Proposed Order
ECF 8580 – O'Neill (5) MOL

**ECF 8589 – O'Neill (6) motion**
ECF 8591 – O'Neill (6) Declaration (filed under seal)
ECF 8592 – O'Neill (6) Proposed Order
ECF 8593 – O'Neill (6) MOL

**ECF 8595 – O'Neill (7) motion**
ECF 8596 – O'Neill (7) Declaration (filed under seal)
ECF 8597 – O'Neill (7) Proposed Order
ECF 8598 – O'Neill (7) MOL
ECF 8661 – O'Neill (7) Letter (filed under seal with corrected exhibits)

**ECF 8626 – Burlingame motion (Breitweiser Plaintiffs)**
ECF 8628 – Burlingame Declaration (Breitweiser Plaintiffs)
ECF 8629 – Burlingame Proposed Order (Breitweiser Plaintiffs)

**ECF 8638 – Bauer motion (Ryan and Maher Plaintiffs)**
ECF 8640 – Bauer Declaration (Ryan and Maher Plaintiffs)
ECF 8641 – Bauer Proposed Order (Ryan and Maher Plaintiffs)