


**EMILY KIRSCH**
150 E. 58TH STREET 22ND FLOOR
NEW YORK, NY 10155
**O** (212) 832-0170
**M** (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM

KIRSCHNIEHAUS.COM

October 25, 2022

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

This firm, together with Morvillo Abramowitz Grand Iason & Anello, represents Kreindler & Kreindler LLP in connection with the November 1-2, 2021 hearing related to the leak of the deposition transcript of Musaed al Jarrah (the "Hearing"). Attached hereto are copies of transcripts from the Hearing which we have been unable to locate on the docket.

Respectfully Submitted,

______*/s/ Emily Kirsch*_________
Emily Bab Kirsch