UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Furman v. Islamic Republic of Iran (plaintiff in Johnson et al. v. Islamic Republic of Iran, 18-cv-12344 (GBD)(SN))*

# [PROPOSED] DEFAULT JUDGMENT

Upon consideration of Plaintiff Naomi Furman's Motion for Default Judgment in the above-captioned action together with the entire record in this case, it is hereby;

**ORDERED** that the motion is granted; and it is

**ORDERED** that default judgment is entered on behalf of Plaintiff Naomi Furman in *Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 against the Islamic Republic of Iran; and it is

**ORDERED** that Plaintiff Naomi Furman is awarded solatium, economic, and pain and suffering damages in the amount of $8,500,000.00, and at a later date may seek punitive damages; and it is

**ORDERED** that partial final judgment is not binding on any defendant besides Islamic Republic of Iran; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually, running from September 11 2001 until the date of judgment, in the amount of $_____; and it is

**ORDERED** that other plaintiffs in the matter of *Johnson v. Islamic Republic of Iran*,

Case No. 18-cv-12344, who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for Ms. Furman or in prior filings.

Dated: New York, New York
_____, 2022

SO ORDERED:

_____

SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE