IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| *In re*: Terrorist Attacks on September 11 | Case No.: 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:

***Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD) (SN))**

(ANAYA/IRAN IV)

<u>Declaration of Familial Relationship</u>

I, Gary Lanham, declare under penalty of perjury, as provided for by 28 U.S.C. §1746, that the following statements are true and correct:

1. My name is Gary Lanham, and I am the step-son of the late Michael W. Lowe, who died on September 11, 2001 when the World Trade Center collapsed. I submit this Declaration for the purpose of demonstrating that my stepdad, Michael, was the functional equivalent of my father. He was the only dad I have ever known.

2. My mother Vivian Lanham-Lowe and Michael were married in 1993. Having been born in November 1989, I do not remember a time before Michael was a member of our family. We all lived in in Brooklyn from 1991 until dad's death on 9/11.

3. Michael Lowe was an incredibly hard-working father. He had an incredible work ethic, that inspired me to always work hard no matter what. As an electrician, Michael's influence was the main reason that I wanted to go into the trades. I now work in HVAC repair. Michael taught me to be creative and to figure out how to fix things on my own. He taught me to change the oil in my car, and how to keep a car running in general.

4. Michael filled the role of a dad in every way you would expect. He supported us morally, emotionally, and financially. He worked a lot, but he was a great dad. He taught me to ride a bike. He picked me up from school every day for many years of my education.

5. As hobbies, growing up my siblings and I used to play basketball and ride bikes. Michael taught me how to play baseball and football in the yard which was across the street from where we grew up in Brooklyn. In the winter, Michael joined in many snowball fights with me and my brother and sisters. On weekends, we spent a lot of family time together. Saturdays were family days, and Michael was always pushing us to be outside and to be active. Michael was a big fan of karate, and as kids, we used to watch karate movies with him all the time. We also used to go on trips to Coney Island.

6. Michael took me to work on "take your child to work day." I accompanied him on a delivery to the World Trade Center, which was one of the first stops on his route. I was always inspired by his work ethic. He would be sick, but he would always go to work anyways because it was about the family and what we needed. I think of him whenever I am feeling like not going into work now.

7. I shared a first name with my biological father, Gary Wade, but I believe that I only met him one time. I have no recollection of him, and I don't remember any involvement with him over the course of my childhood at all.

8. I have children now of my own, and they don't know anything about my biological father. When they ask me where their grandfather is, I explain, referencing Michael, that he is up in heaven looking down on us. We still go to Michael's gravesite as a family every year on his

birthday.  Michael is and always will be the granddad to my children.  I personally memorialized him with tattoos on my arms that help me to keep his memory alive.  See Exhibit A attached.

Execution: _____8/15/2022_____

Name (signature): *Gary Parham*

Name (printed):  Gary Lanham



Exhibit A

