IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*: Terrorist Attacks on September 11 | Case No.: 03-md-1570 (GBD)(SN) |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341(GBD) (SN))

*(ANAYA/IRAN IV)*

Declaration of Familial Relationship

I, Jasmine Jackman, declare under penalty of perjury, as provided for by 28 U.S.C. §1746, that the following statements are true and correct:

1. My name is Jasmine Jackman (Lanham is my maiden name), and I am the step-daughter of the late Michael W. Lowe, who died on September 11, 2001 when the World Trade Center collapsed. I submit this Declaration for the purpose of demonstrating that my stepdad, Michael, was the functional equivalent of my father.

2. My mother Vivian Lanham-Lowe and Michael were married in 1993. Having been born in November 1990, I was still a baby when Michael married my mom. In fact, I did not know that Michael was not my biological father until after he died on 9/11.

3. On September 11, 2001, I was 10 years old. My brother Gary and I were in middle school together. That morning our classrooms were next door to one another, and we had no idea what was going on, but did not believe that our mom would be able to come pick us up because she worked. At some point, my mom showed up to the school with our older brother Donovan. We could tell that they had been crying and I asked my mom, "Is it my grandmother"? My mom

responded, "No, it's your dad." Michael had been killed after he was trapped inside the building but had been able to call my mom before he died. In the weeks that followed I learned that Michael was not my biological father. I also learned for the first time that my sister Charisma was actually my step-sister, but I never knew that before, and I have never thought of her that way at any time since.

4. Michael was my dad. He was also my protector. He supported us emotionally and financially. He worked a lot, but he was a great dad. I always saw myself as a daddy's girl, and he saw me that way. He was always around when he was not working. He took me to the barber shop with him every Sunday. I also helped him clean his car, which was something he liked to do on the weekends.

5. Michael worked a lot to support our family as an electrician. When he died, it changed everything. My mom has never been the same, and his death forced me to grow up young.

6. The picture attached as Exhibit A is a photo of my dad and me taken within about a year of when he died.

Execution: ____8/12/2022_____

Name (signature): _____[signature]_____

Name (printed): _____Jasmine Jackman_____

2





Michael and Jasmine