UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v Al Baraka Inv. & Dev. Corp., et al.,* 03-cv-9849 (GBD)(SN)
*Burnett, et al. v. Islamic Rep. of Iran, et al.*, 15-cv-9903 (GBD)(SN)

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all Defendants in *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN), and *Burnett, et al. v. Islamic Rep. of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN):

1. **Eileen Hannaford**, Individually, as the Wife of Kevin James Hannaford, Deceased (initially filed: ECF No. 1, Case No. 1:02-cv-01616-JR (D.D.C.), August 15, 2002);

2. **Eileen Hannaford**, as the Personal Representative of the Estate of Kevin James Hannaford, Deceased (initially filed: ECF No. 1, Case No. 1:02-cv-01616-JR (D.D.C.), August 15, 2002); and

3. **Eileen Hannaford**, as Next of Kin of K.J.H. and P.J.H., Children of Kevin James Hannaford, Deceased (initially filed: ECF No. 1, Case No. 1:02-cv-01616-JR (D.D.C.), August 15, 2002).

The claims for Ms. Hannaford, in her individual capacity and as the Personal Representative of the Estate of Kevin James Hannaford, and for her two children are proceeding in *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), which is also consolidated as part of *Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN). Dorothea Capone, counsel in the *Bauer* case, has reviewed and approved this Notice.

This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above-captioned case.

Dated: October 28, 2022

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ John M. Eubanks
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (SDNY Bar #ME8337)
Robert T. Haefele, Esq. (SDNY Bar #RH2811)
John M. Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
jeubanks@motleyrice.com

*Attorneys for the* Burnett *Plaintiffs*