```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:
                                                                    03-MD-10570 (GBD)(SN)
    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                              ORDER

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 04-cv-01076

    Plaintiffs in Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 04-cv-01076 (the "O'Neill Plaintiffs"), move to amend their complaint under Federal Rule of Civil Procedure 15. ECF No. 8691[1]. They also request certain additional considerations to facilitate amendment.

    Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its complaint with the court's leave. Courts are directed to "freely give leave when justice so requires." Id. This decision is committed to the discretion of the court, McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007), but granting "leave to amend is the 'usual practice,'" Bank v. Gohealth, LLC, No. 21-cv-1287, 2022 WL 1132503, at *1 (2d Cir. Apr. 18, 2022) (quoting Hayden v. Cnty. of Nassau, 180 F.3d 42, 53 (2d Cir. 1999)). See Foman v. Davis, 371 U.S. 178, 182 (1962) (finding that leave to amend should be granted "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, 03-md-01570.

opposing party by virtue of allowance of the amendment, futility of the amendment . . . ."). These claims are not futile, will not unduly delay these proceedings or prejudice the Taliban, and were not filed in bad faith or with a dilatory motive. The O'Neill Plaintiffs' motion is therefore GRANTED, and it is further ORDERED that:

- The underlying complaint in O'Neill, No. 04-cv-01076, is amended to include the eight parties identified in the O'Neill Plaintiffs' exhibit at ECF No. 8693-1, ¶¶ 3131–3138, as parties in the action against the Taliban;

- These amendments supplement, but do not displace, the underlying operative complaint in O'Neill, No. 04-cv-01076;

- Prior rulings, orders, and judgments entered in this case remain in effect as to all parties;

- Further service on the Taliban is not required as a result of these amendments, and prior service orders apply, including the Court's order on service by publication at ECF Nos. 445, 488; and

- The O'Neill Plaintiffs shall file the amended complaint authorized by this Order by November 9, 2022.

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8691 and the related motion at ECF No. 717 in O'Neill, No. 04-cv-01076.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 31, 2022
           New York, New York