UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-10570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    All parties are ORDERED to include John Fawcett and the Federal Bureau of Investigation as selected parties when filing under seal any documents related to the Court's Opinion and Order at ECF No. 8544. The Clerk of the Court is respectfully directed to grant John Fawcett and the Federal Bureau of Investigation access to ECF Nos. 8681 and 8682.

**SO ORDERED.**

DATED:    November 1, 2022
                New York, New York

                                        SARAH NETBURN
                                        United States Magistrate Judge