UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/01/2022

03-MD-10570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 26, 2022, the Court received ECF No. 8682, filed provisionally under seal. If any party opposes unsealing ECF No. 8682, it must file objections or proposed redactions by November 9, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 1, 2022
                New York, New York