UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 20, 2022, the Court ordered the Plaintiffs' Executive Committees ("PECs") to submit a letter proposing "how the Court can decide motions for default judgment against the Taliban in a way that permits plaintiffs to 'proceed on equal footing with one another.'" ECF No. 8590 (quoting ECF No. 8535 at 2). The Court received the PECs' proposal and responses from other plaintiffs' attorneys. ECF Nos. 8662, 8663, 8666, 8683.

To discuss the concerns raised in those letters, a conference is SCHEDULED for Friday, November 18, 2022, at 10:30 a.m. in Courtroom 110, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, please contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. In addition to scheduling concerns, counsel should be prepared to address substantive requirements for Taliban default judgment motions that would permit the Court to properly and efficiently adjudicate divergent state law claims.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 4, 2022
                New York, New York