IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re: Terrorist Attacks on September 11, 2001

Civil Action No. 03-MD-1570 (GBD)(SN)
ECF Case

-----------------------------------------------------------X

**This document relates to:**

*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-cv-06978
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-01922
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-cv-05970
*Estate of John P. O'Neill, Sr., et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114
*Aronow, et al. v. Republic of Sudan*, No. 20-cv-07733

**DECLARATION OF J. SCOTT TARBUTTON TRANSMITTING DOCUMENTS IN SUPPORT OF THE CONSOLIDATED AMENDED COMPLAINT PLAINTIFFS' OBJECTIONS TO THE COURT'S MAY 3, 2022 REPORT & RECOMMENDATION (ECF No. 7942) AND SEPTEMBER 23, 2022 AMENDED REPORT & RECOMMENDATION (ECF No. 8549)**

I, J. Scott Tarbutton, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, that the following is true and correct to the best of my knowledge and belief:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Declaration to transmit to the Court the following documents submitted in support of the Consolidated Amended Complaint Plaintiffs' Objections to the Court's May 3, 2022 Report & Recommendation (ECF No. 7942) and September 23, 2022 Amended Report & Recommendation (ECF No. 8549).

2. Attached hereto as Exhibit 1 is a true and correct copy of the Brief of Eight United States Senators as *Amici Curiae* in Support of Plaintiffs-Appellants, dated April 23, 2021, *Atchley, et al. v. AstraZeneca UK Ltd., et al.*, No. 20-7077 (D.C. Cir.).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Reply Brief of the United States, *United States v. Germany*, Before the Mixed Claims Commission, United States

and Germany, Organized Under the Agreement of August 10, 1922, Between the United States and Germany (1924).

Executed in Philadelphia, PA on November 4, 2022.

                                                                           J. Scott Tarbutton, Esq.

LEGAL\60239972\1