# EXHIBIT B

*Bauer v. al Qaeda Islamic Army, et. al.*, Civil Action No. 02-7236

Complaint in Which Plaintiffs Below Were Previously Named: Ashton Sixth Amended Complaint, 03-md-1570, ECF 465

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 1 | Bauer, W. David II | Virginia Bauer, Individually and as Executrix of the Estate of W. David Bauer, II, Deceased | Virginia Bauer, as Spouse of W. David Bauer, II, Deceased | | | WD |
| 2 | Bauer, W. David II | Virginia Bauer, Individually and as Executrix of the Estate of W. David Bauer, II, Deceased | Virginia Bauer, as Spouse of W. David Bauer, II, Deceased | Virginia Bauer, as Parent and Guardian of W. David Bauer, III | W. David Bauer, III, Child of W. David Bauer, II, Deceased | WD |
| 3 | Bauer, W. David II | Virginia Bauer, Individually and as Executrix of the Estate of W. David Bauer, II, Deceased | Virginia Bauer, as Spouse of W. David Bauer, II, Deceased | Virginia Bauer, as Parent and Guardian of Stephen Bauer | Stephen Bauer, Child of W. David Bauer, II, Deceased | WD |
| 4 | Bauer, W. David II | Virginia Bauer, Individually and as Executrix of the Estate of W. David Bauer, II, Deceased | Virginia Bauer, as Spouse of W. David Bauer, II, Deceased | Virginia Bauer, as Parent and Guardian of Jacqueline Bauer | Jacqueline Bauer, Child of W. David Bauer, II, Deceased | WD |
| 5 | Beamer, Todd M. | Lisa Beamer, Individually and as Executrix of the Estate of Todd M. Beamer, Deceased | Lisa Beamer, as Spouse of Todd M. Beamer, Deceased | | | WD |
| 6 | Beamer, Todd M. | Lisa Beamer, Individually and as Executrix of the Estate of Todd M. Beamer, Deceased | Lisa Beamer, as Spouse of Todd M. Beamer, Deceased | Lisa Beamer, as Parent and Guardian of David P. Beamer | David P. Beamer, Child of Todd M. Beamer, Deceased | WD |
| 7 | Beamer, Todd M. | Lisa Beamer, Individually and as Executrix of the Estate of Todd M. Beamer, Deceased | Lisa Beamer, as Spouse of Todd M. Beamer, Deceased | Lisa Beamer, as Parent and Guardian of Andrew T. Beamer | Andrew T. Beamer, Child of Todd M. Beamer, Deceased | WD |
| 8 | Beamer, Todd M. | Lisa Beamer, Individually and as Executrix of the Estate of Todd M. Beamer, Deceased | Lisa Beamer, as Spouse of Todd M. Beamer, Deceased | Lisa Beamer, as Parent and Guardian of Morgan K. Beamer | Morgan K. Beamer, Child of Todd M. Beamer, Deceased | WD |
| 9 | Beatini, Paul F. | Susan Beatini, Individually and as Administratrix of the Estate of Paul F. Beatini, Deceased | Susan Beatini, as Spouse of Paul F. Beatini, Deceased | | | WD |
| 10 | Beatini, Paul F. | Susan Beatini, Individually and as Administratrix of the Estate of Paul F. Beatini, Deceased | Susan Beatini, as Spouse of Paul F. Beatini, Deceased | Susan Beatini, as Parent and Guardian of Julia Beatini | Julia Beatini, Child of Paul F. Beatini, Deceased | WD |
| 11 | Beatini, Paul F. | Susan Beatini, Individually and as Administratrix of the Estate of Paul F. Beatini, Deceased | Susan Beatini, as Spouse of Paul F. Beatini, Deceased | Susan Beatini, as Parent and Guardian of Daria Beatini | Daria Beatini, Child of Paul F. Beatini, Deceased | WD |
| 12 | Bharvaney, Anil T. | Pandora Po Bharvaney, Individually as Administratrix of the Estate of Anil T. Bharvaney, Deceased | Pandora Po Bharvaney, as Spouse of Anil T. Bharvaney, Deceased | | | WD |

*Bauer v. al Qaeda Islamic Army, et. al.*, Civil Action No. 02-7236

Complaint in Which Plaintiffs Below Were Previously Named: Ashton Sixth Amended Complaint, 03-md-1570, ECF 465

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 13 | Bonnett, Colin | Cathyann Bonnett, Individually and as Administratrix of the Estate of Colin Bonnett* | Cathyann Bonnett, as Spouse of Colin Bonnett, Deceased* | | | WD |
| 14 | Bonnett, Colin | Cathyann Bonnett, Individually and as Administratrix of the Estate of Colin Bonnett* | Cathyann Bonnett, as Spouse of Colin Bonnett, Deceased* | Cathyann Bonnett, as Parent and Guardian of Kody Bonnett | Kody Bonnett, Child of Colin Bonnett, Deceased | WD |
| 15 | Bowden, Jr., Thomas H. | Deborah Bowden, Individually and as Executrix of the Estate of Thomas H. Bowden, Jr., Deceased | Deborah Bowden, as Spouse of Thomas H. Bowden, Jr., Deceased | | | WD |
| 16 | Bowden, Jr., Thomas H. | Deborah Bowden, Individually and as Executrix of the Estate of Thomas H. Bowden, Jr., Deceased | Deborah Bowden, as Spouse of Thomas H. Bowden, Jr., Deceased | Deborah Bowden, as Parent and Guardian of Alyson V. Bowden Hart | Alyson V. Bowden Hart, Child of Thomas H. Bowden, Jr., Deceased | WD |
| 17 | Bowden, Jr., Thomas H. | Deborah Bowden, Individually and as Executrix of the Estate of Thomas H. Bowden, Jr., Deceased | Deborah Bowden, as Spouse of Thomas H. Bowden, Jr., Deceased | Deborah Bowden, as Parent and Guardian of Sara J. Bowden Hart | Sara J. Bowden Hart, Child of Thomas H. Bowden, Jr., Deceased | WD |
| 18 | Bowman, Shawn E. Jr. | Jennifer Henry, Individually and as Administratrix of the Estate of Shawn E. Bowman, Jr., Deceased* | Jennifer Henry, as Spouse of Shawn E. Bowman, Jr., Deceased* | | | WD |
| 19 | Bowman, Shawn E. Jr. | Jennifer Henry, Individually and as Administratrix of the Estate of Shawn E. Bowman, Jr., Deceased* | Jennifer Henry, as Spouse of Shawn E. Bowman, Jr., Deceased* | Jennifer Bowman, as Parent and Guardian of Jack Bowman* | Liam Bowman Henry, Child of Shawn E. Bowman, Jr., Deceased | WD |
| 20 | Bowman, Shawn E. Jr. | Jennifer Henry, Individually and as Administratrix of the Estate of Shawn E. Bowman, Jr., Deceased* | Jennifer Henry, as Spouse of Shawn E. Bowman, Jr., Deceased* | Jennifer Bowman, as Parent and Guardian of Liam Bowman* | Jack Bowman Henry, Child of Shawn E. Bowman, Jr., Deceased | WD |
| 21 | Brennan, Thomas M. | Jennifer Brennan Waterhouse, Individually and as Administratrix of the Estate of Thomas M. Brennan, Deceased* | Jennifer Brennan Waterhouse, as Spouse of Thomas M. Brennan, Deceased | | | WD |
| 22 | Brennan, Thomas M. | Jennifer Brennan Waterhouse, Individually and as Administratrix of the Estate of Thomas M. Brennan, Deceased* | Jennifer Brennan Waterhouse, as Spouse of Thomas M. Brennan, Deceased | Jennifer Brennan Waterhouse, as Parent and Guardian of Thomas M. Brennan, II | Thomas M. Brennan, II, Child of Thomas M. Brennan, Deceased | WD |
| 23 | Brennan, Thomas M. | Jennifer Brennan Waterhouse, Individually and as Administratrix of the Estate of Thomas M. Brennan, Deceased* | Jennifer Brennan Waterhouse, as Spouse of Thomas M. Brennan, Deceased | Jennifer Brennan Waterhouse, as Parent and Guardian of Catherine A. Brennan | Catherine A. Brennan, Child of Thomas M. Brennan, Deceased | WD |

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 24 | Bustillo, Milton | Laura Bustillo, Individually and as Administratrix of the Estate of Milton Bustillo, Deceased | Laura Bustillo, as Spouse of Milton Bustillo, Deceased | | | WD |
| 25 | Bustillo, Milton | Laura Bustillo, Individually and as Administratrix of the Estate of Milton Bustillo, Deceased | Laura Bustillo, as Spouse of Milton Bustillo, Deceased | Laura Bustillo, as Parent and Guardian of Alessandra Bustillo | Alessandra Bustillo, Child of Milton Bustillo, Deceased | WD |
| 26 | Bustillo, Milton | Laura Bustillo, Individually and as Administratrix of the Estate of Milton Bustillo, Deceased | Laura Bustillo, as Spouse of Milton Bustillo, Deceased | Laura Bustillo, as Parent and Guardian of Dayna Spordone | Dayna Spordone, Step-Child of Milton Bustillo, Deceased | WD |
| 27 | Candela, John Anthony | Elizabeth Candela, Individually and as Administratrix of the Estate of John Anthony Candela, Deceased | Elizabeth Candela, as Spouse of John A. Candela, Deceased | | | WD |
| 28 | Candela, John Anthony | Elizabeth Candela, Individually and as Administratrix of the Estate of John Anthony Candela, Deceased | Elizabeth Candela, as Spouse of John A. Candela, Deceased | Elizabeth Candela, as Parent and Guardian of John Arthur Candela | John Arthur Candela, Child of John Anthony Candela, Deceased | WD |
| 29 | Candela, John Anthony | Elizabeth Candela, Individually and as Administratrix of the Estate of John Anthony Candela, Deceased | Elizabeth Candela, as Spouse of John Anthony Candela, Deceased | Elizabeth Candela, as Parent and Guardian of Juliette Candela | Juliette Candela, Child of John Anthony Candela, Deceased | WD |
| 30 | Carlino, Edward | Heidi Seelbach, Dutchess County Public Administrator, as Proposed Administrator for the Estate of Edward Carlino, Deceased* | Heidi Seelbach, Dutchess County Pub. Admin., Proposed Administrator for the Estate of Marie Carlino, as Spouse of Edward Carlino, Deceased* | | | WD |
| 31 | Cunningham, Michael J. | Teresa Cunningham, Individually and as Administratrix of the Estate of Michael J. Cunningham, Deceased | Teresa Cunningham, as Spouse of Michael J. Cunningham, Deceased | | | WD |
| 32 | Cunningham, Michael J. | Teresa Cunningham, Individually and as Administratrix of the Estate of Michael J. Cunningham, Deceased | Teresa Cunningham, as Spouse of Michael J. Cunningham, Deceased | Teresa Cunningham, as Parent and Guardian of William M. Cunningham | William M. Cunningham, Child of Michael J. Cunningham, Deceased | WD |
| 33 | D'Ambrosi, Jr., Jack L. | Karen D'Ambrosi, Individually and as Executrix of the Estate of Jack L. D'Ambrosi, Jr., Deceased | Karen D'Ambrosi, as Spouse of Jack L. D'Ambrosi, Jr., Deceased | | | WD |
| 34 | D'Ambrosi, Jr., Jack L. | Karen D'Ambrosi, Individually and as Executrix of the Estate of Jack L. D'Ambrosi, Jr., Deceased | Karen D'Ambrosi, as Spouse of Jack L. D'Ambrosi, Jr., Deceased | Karen D'Ambrosi, as Parent and Guardian of Jacqueline D'Ambrosi | Jacqueline Scales, Child of Jack L. D'Ambrosi, Jr., Deceased* | WD |

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 35 | D'Ambrosi, Jr., Jack L. | Karen D'Ambrosi, Individually and as Executrix of the Estate of Jack L. D'Ambrosi, Jr., Deceased | Karen D'Ambrosi, as Spouse of Jack L. D'Ambrosi, Jr., Deceased | Karen D'Ambrosi, as Parent and Guardian of Emily D'Ambrosi | Emily D'Ambrosi, Child of Jack L. D'Ambrosi, Jr., Deceased | WD |
| 36 | Danahy, Patrick W. | Mary Danahy, Individually and as Executrix of the Estate of Patrick W. Danahy, Deceased | Mary Danahy, as Spouse of Patrick W. Danahy, Deceased | | | WD |
| 37 | Danahy, Patrick W. | Mary Danahy, Individually and as Executrix of the Estate of Patrick W. Danahy, Deceased | Mary Danahy, as Spouse of Patrick W. Danahy, Deceased | Mary Danahy, as Parent and Guardian of Alison M. Danahy | Alison M. Danahy, Child of Patrick W. Danahy, Deceased | WD |
| 38 | Danahy, Patrick W. | Mary Danahy, Individually and as Executrix of the Estate of Patrick W. Danahy, Deceased | Mary Danahy, as Spouse of Patrick W. Danahy, Deceased | Mary Danahy, as Parent and Guardian of Kathleen T. Danahy | Kathleen T. Danahy, Child of Patrick W. Danahy, Deceased | WD |
| 39 | Danahy, Patrick W. | Mary Danahy, Individually and as Executrix of the Estate of Patrick W. Danahy, Deceased | Mary Danahy, as Spouse of Patrick W. Danahy, Deceased | Mary Danahy, as Parent and Guardian of Grace A. Danahy | Grace A. Danahy, Child of Patrick W. Danahy, Deceased | WD |
| 40 | DiMeglio, David | John DiMeglio, Individually and as Administrator of the Estate of David DiMeglio | John DiMeglio, as Parent of David DiMeglio, Deceased | | | DWD |
| 41 | Felt, Edward P. | Sandra V. Felt, Individually and as Executrix of the Estate of Edward P. Felt, Deceased | Sandra V. Felt, as Spouse of Edward P. Felt, Deceased | | | WD |
| 42 | Felt, Edward P. | Sandra V. Felt, Individually and as Executrix of the Estate of Edward P. Felt, Deceased | Sandra V. Felt, as Spouse of Edward P. Felt, Deceased | Sandra V. Felt, as Parent and Guardian of Adrienne P. Felt | Adrienne P. Felt, Child of Edward P. Felt, Deceased | WD |
| 43 | Felt, Edward P. | Sandra V. Felt, Individually and as Executrix of the Estate of Edward P. Felt, Deceased | Sandra V. Felt, as Spouse of Edward P. Felt, Deceased | Sandra V. Felt, as Parent and Guardian of Kathryn Felt | Kathryn Felt, Child of Edward P. Felt, Deceased | WD |
| 44 | Foster, Noel J. | Nancy Foster, Individually and as Administratrix of the Estate of Noel J. Foster, Deceased* | Nancy Foster, as Spouse of the Estate of Noel J. Foster, Deceased | | | WD |
| 45 | Foster, Noel J. | Nancy Foster, Individually and as Administratrix of the Estate of Noel J. Foster, Deceased* | Nancy Foster, as Spouse of Noel J. Foster, Deceased | Nancy Foster, as Parent and Guardian of Nicole Foster | Nicole Foster, Child of Noel J. Foster, Deceased | WD |
| 46 | Foster, Noel J. | Nancy Foster, Individually and as Administratrix of the Estate of Noel J. Foster, Deceased* | Nancy Foster, as Spouse of Noel J. Foster, Deceased | Nancy Foster, as Parent and Guardian of Megan Foster | Nancy Foster, as Parent and Guardian of Megan Foster, an incapacitated adult, Child of Noel J. Foster, Deceased | WD |

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 47 | Gallucci, Vincenzo | Barbara Gallucci, Individually and as Administratrix of the Estate of Vincenzo Gallucci, Deceased | Barbara Gallucci, as Spouse of Vincenzo Gallucci, Deceased | | | WD |
| 48 | Gallucci, Vincenzo | Barbara Gallucci, Individually and as Administratrix of the Estate of Vincenzo Gallucci, Deceased | Barbara Gallucci, as Spouse of Vincenzo Gallucci, Deceased | Barbara Gallucci, as Parent and Guardian of Joseph D. Gallucci | Joseph D. Gallucci, Child of Vincenzo Gallucci, Deceased | WD |
| 49 | Gallucci, Vincenzo | Barbara Gallucci, Individually and as Administratrix of the Estate of Vincenzo Gallucci, Deceased | Barbara Gallucci, as Spouse of Vincenzo Gallucci, Deceased | Barbara Gallucci, as Parent and Guardian of Alyssa Gallucci | Alyssa Gallucci, Child of Vincenzo Gallucci, Deceased | WD |
| 50 | Giordano, Donna | Michael Giordano, Individually and as Administrator of the Estate of Donna Giordano | Michael Giordano, as Child of Donna Giordano, Deceased | | | WD |
| 51 | Glick, Jeremy | Lyzbeth Best, Individually and as Administratrix of the Estate of Jeremy Glick, Deceased* | Lyzbeth Best, as Spouse of Jeremy Glick, Deceased* | | | WD |
| 52 | Glick, Jeremy | Lyzbeth Best, Individually and as Administratrix of the Estate of Jeremy Glick, Deceased* | Lyzbeth Best, as Spouse of Jeremy Glick, Deceased* | Lyzbeth Best, as Parent and Guardian of Emerson Glick* | Emerson Glick, Child of Jeremy Glick, Deceased | WD |
| 53 | Goldstein, Steven I. | Jill Goldstein, Individually and as Administratrix of the Estate of Steven I. Goldstein, Deceased | Jill Goldstein, as Spouse of Steven I. Goldstein, Deceased | | | WD |
| 54 | Goldstein, Steven I. | Jill Goldstein, Individually and as Administratrix of the Estate of Steven I. Goldstein, Deceased | Jill Goldstein, as Spouse of Steven I. Goldstein, Deceased | Jill Goldstein, as Parent and Guardian of Hanna Goldstein | Hanna Goldstein, Child of Steven I. Goldstein, Deceased | WD |
| 55 | Goldstein, Steven I. | Jill Goldstein, Individually and as Administratrix of the Estate of Steven I. Goldstein, Deceased | Jill Goldstein, as Spouse of Steven I. Goldstein, Deceased | Jill Goldstein, as Parent and Guardian of Harris Goldstein | Harris Goldstein, Child of Steven I. Goldstein, Deceased | WD |
| 56 | Gronlund, Linda K. | Elsa G. Strong, Individually and as Executrix of the Estate of Linda K. Gronlund, Deceased* | Elsa G. Strong, as Sibling of Linda K. Gronlund, Deceased* | | | WD |
| 57 | Hannaford, Kevin J. | Eileen Hannaford, Individually and as Administratrix of the Estate of Kevin J. Hannaford, Deceased | Eileen Hannaford, as Spouse of Kevin J. Hannaford, Deceased | | | WD |
| 58 | Hannaford, Kevin J. | Eileen Hannaford, Individually and as Administratrix of the Estate of Kevin J. Hannaford, Deceased | Eileen Hannaford, as Spouse of Kevin J. Hannaford, Deceased | Eileen Hannaford, as Parent and Guardian of Kevin J. Hannaford, Jr. | Kevin J. Hannaford, Jr., Child of Kevin J. Hannaford, Deceased | WD |

*Bauer v. al Qaeda Islamic Army, et. al.*, Civil Action No. 02-7236

Complaint in Which Plaintiffs Below Were Previously Named: Ashton Sixth Amended Complaint, 03-md-1570, ECF 465

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 59 | Hannaford, Kevin J. | Eileen Hannaford, Individually and as Administratrix of the Estate of Kevin J. Hannaford, Deceased | Eileen Hannaford, as Spouse of Kevin J. Hannaford, Deceased | Eileen Hannaford, as Parent and Guardian of Patrick J. Hannaford | Patrick J. Hannaford, Child of Kevin J. Hannaford, Deceased | WD |
| 60 | Jack, Bryan C. | Barbara Rachko, Individually and as Administratrix of the Estate of Bryan C. Jack, Deceased* | Barbara Rachko, as Spouse of Bryan C. Jack, Deceased* | | | WD |
| 61 | Johnson, Scott M. | Thomas S. Johnson, Individually and as Administrator of the Estate of Scott M. Johnson, Deceased | Thomas S. Johnson, as Parent of Scott M. Johnson, Deceased | | | WD |
| 62 | Jones, II, Donald T. | Michele Ferrell, Individually and as Executrix of the Estate of Donald T. Jones, II, Deceased* | Michele Ferrell, as Spouse of Donald T. Jones, II, Deceased* | | | WD |
| 63 | Jones, II, Donald T. | Michele Ferrell, Individually and as Executrix of the Estate of Donald T. Jones, II, Deceased* | Michele Ferrell, as Spouse of Donald T. Jones, II, Deceased* | Michele Ferrell, as Parent and Guardian of Donald T. Jones, III* | Donald T. Jones, III, Child of Donald T. Jones, II, Deceased | WD |
| 64 | Jones, II, Donald T. | Michele Ferrell, Individually and as Executrix of the Estate of Donald T. Jones, II, Deceased* | Michele Ferrell, as Spouse of Donald T. Jones, II, Deceased* | Michele Ferrell, as Parent and Guardian of Taylor N. Jones* | Taylor N. Jones, Child of Donald T. Jones, II, Deceased | WD |
| 65 | Kane, Howard | Lori Kane, Individually and as Administratrix of the Estate of Howard Kane, Deceased | Lori Kane, as Spouse of Howard Kane, Deceased | | | WD |
| 66 | Kane, Howard | Lori Kane, Individually and as Administratrix of the Estate of Howard Kane, Deceased | Lori Kane, as Spouse of Howard Kane, Deceased | Lori Kane, as Parent and Guardian of Jason B. Kane. | Jason B. Kane, Child of Howard Kane, Deceased | WD |
| 67 | Keller, Joseph J. | Rose Keller, Individually and as Administratrix of the Estate of Joseph J. Keller, Deceased | Rose Keller, as Spouse of Joseph J. Keller, Deceased | | | WD |
| 68 | Keller, Joseph J. | Rose Keller, Individually and as Administratrix of the Estate of Joseph J. Keller, Deceased | Rose Keller, as Spouse of Joseph J. Keller, Deceased | Rose Keller, as Parent and Guardian of Joseph D. Keller | Joseph D. Keller, Child of Joseph J. Keller, Deceased | WD |
| 69 | Keller, Joseph J. | Rose Keller, Individually and as Administratrix of the Estate of Joseph J. Keller, Deceased | Rose Keller, as Spouse of Joseph J. Keller, Deceased | Rose Keller, as Parent and Guardian of Sydnie R. Keller | Sydnie R. Keller, Child of Joseph J. Keller, Deceased | WD |
| 70 | Lewis, Adam J. | H. Michael Keden, as Executor of the Estate of Adam J. Lewis, Deceased, and on behalf of all survivors of Adam J. Lewis* | N/A | | | WD |

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 71 | MacRae, Catherine F. | Cameron F. MacRae, III, Individually and as Administrator of the Estate of Catherine F. MacRae, Deceased | Cameron F. MacRae, III, as Parent of Catherine F. MacRae, Deceased | | | WD |
| 72 | Magnuson, Ronald E. | Audrey Magnuson, Individually and as Executrix of the Estate of Ronald E. Magnuson, Deceased | Audrey Magnuson, as Spouse of Ronald E. Magnuson, Deceased | | | WD |
| 73 | Meyer, David R. | Margaret Meyer, Individually and as Executrix of the Estate of David R. Meyer, Deceased | Margaret Meyer, as Spouse of David R. Meyer, Deceased | | | WD |
| 74 | Montanaro, Kristen | Ellen Robb, Individually and as Administrator of the Estate of Kristen Montanaro, Deceased* | Ellen Robb, as Parent of Kristen Montanaro, Deceased | | | WD |
| 75 | Murphy, Kevin | Beth K. Murphy, Individually and as Administratrix of the Estate of Kevin Murphy, Deceased* | Beth K. Murphy, as Spouse of Kevin Murphy, Deceased | | | WD |
| 76 | Murphy, Kevin | Beth K. Murphy, Individually and as Administratrix of the Estate of Kevin Murphy, Deceased* | Beth K. Murphy, as Spouse of Kevin Murphy, Deceased | Beth K. Murphy, as Parent and Guardian of Connor J. Murphy | Connor J. Murphy, Child of Kevin Murphy, Deceased | WD |
| 77 | Murphy, Kevin | Beth K. Murphy, Individually and as Administratrix of the Estate of Kevin Murphy, Deceased* | Beth K. Murphy, as Spouse of Kevin Murphy, Deceased | Beth K. Murphy, as Parent and Guardian of Caitlyn B. Murphy | Caitlyn B. Murphy, Child of Kevin Murphy, Deceased | WD |
| 78 | Orsini, Ronald | Arlene Orsini, Individually and as Executrix of the Estate of Ronald Orsini, Deceased | Arlene Orsini, as Spouse of Ronald Orsini, Deceased | | | WD |
| 79 | Peterson, Jean H. | Jennifer Price-Salkever, Individually and as Administratrix of the Estate of Jean H. Peterson* | Jennifer Price-Salkever, as Child of Jean H. Peterson, Deceased* | | | WD |
| 80 | Rooney, Sean | Margaret Eckert, as Personal Representative of the Estate of Sean Rooney, Deceased* | Margaret Eckert, as Executrix of the Estate of Beverly Eckert, as Spouse of Sean Rooney, Deceased* | | | WD |
| 81 | Sanders, Stacey L. | John Sanders, Individually and as Administrator of the Estate of Stacey L. Sanders, Deceased | John Sanders, as Parent of Stacey L. Sanders, Deceased | | | WD |

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 82 | Schlag, Steven F. | Tomoko T. Schlag, Individually and as Executrix of the Estate of Steven F. Schlag, Deceased | Tomoko T. Schlag, as Spouse of Steven F. Schlag, Deceased | | | WD |
| 83 | Schlag, Steven F. | Tomoko T. Schlag, Individually and as Executrix of the Estate of Steven F. Schlag, Deceased | Tomoko T. Schlag, as Spouse of Steven F. Schlag, Deceased | Tomoko T. Schlag, as Parent and Guardian of Dakota I. Schlag | Dakota I. Schlag, Child of Steven F. Schlag, Deceased | WD |
| 84 | Schlag, Steven F. | Tomoko T. Schlag, Individually and as Executrix of the Estate of Steven F. Schlag, Deceased | Tomoko T. Schlag, as Spouse of Steven F. Schlag, Deceased | Tomoko T. Schlag, as Parent and Guardian of Garrett M. Schlag | Garrett M. Schlag, Child of Steven F. Schlag, Deceased | WD |
| 85 | Schlag, Steven F. | Tomoko T. Schlag, Individually and as Executrix of the Estate of Steven F. Schlag, Deceased | Tomoko T. Schlag, as Spouse of Steven F. Schlag, Deceased | Tomoko T. Schlag, as Parent and Guardian of Sierra A. Schlag | Sierra A. Schlag, Child of Steven F. Schlag, Deceased | WD |
| 86 | Sisolak, Joseph M. | Suzanne Penavic, Individually and as Administratrix of the Estate of Joseph M. Sisolak, Deceased* | Suzanne Penavic, as Spouse of Joseph M. Sisolak, Deceased* | | | WD |
| 87 | Smith, Daniel | Mary Smith, Individually and as Administratrix of the Estate of Daniel Smith, Deceased | Mary Smith, as Spouse of Daniel Smith, Deceased | | | WD |
| 88 | Smith, Daniel | Mary Smith, Individually and as Administratrix of the Estate of Daniel Smith, Deceased | Mary Smith, as Spouse of Daniel Smith, Deceased | Mary Smith, as Parent and Guardian of Elizabeth Smith | Elizabeth Smith, Child of Daniel Smith, Deceased | WD |
| 89 | Smith, Daniel | Mary Smith, Individually and as Administratrix of the Estate of Daniel Smith, Deceased | Mary Smith, as Spouse of Daniel Smith, Deceased | Mary Smith, as Parent and Guardian of Michael Smith | Michael Smith, Child of Daniel Smith, Deceased | WD |
| 90 | Tanner, Michael | Michele Tanner, Individually and as Executrix of the Estate of Michael Tanner, Deceased* | Michele Tanner, as Spouse of Michael Tanner, Deceased* | | | WD |
| 91 | Tanner, Michael | Michele Tanner, Individually and as Executrix of the Estate of Michael Tanner, Deceased* | Michele Tanner, as Spouse of Michael Tanner, Deceased* | Michele Tanner, as Parent and Guardian of Sasha Tanner* | Sasha Butler, Child of Michael Tanner* | WD |
| 92 | Tanner, Michael | Michele Tanner, Individually and as Executrix of the Estate of Michael Tanner, Deceased* | Michele Tanner, as Spouse of Michael Tanner, Deceased* | Michele Tanner, as Parent and Guardian of Giana Tanner* | Giana Tanner, Child of Michael Tanner | WD |
| 93 | Tarantino, Kenneth Joseph | Jennifer Tarantino, Individually and as Executrix of the Estate of Kenneth Joseph Tarantino, Deceased* | Jennifer Tarantino, as Spouse of Kenneth Joseph Tarantino, Deceased | | | WD |

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 94 | Tarantino, Kenneth Joseph | Jennifer Tarantino, Individually and as Executrix of the Estate of Kenneth Joseph Tarantino, Deceased* | Jennifer Tarantino, as Spouse of Kenneth Joseph Tarantino, Deceased | Jennifer Tarantino, as Parent and Guardian of Kenneth James Tarantino | Kenneth James Tarantino, Child of Kenneth Joseph Tarantino, Deceased | WD |
| 95 | Tarantino, Kenneth Joseph | Jennifer Tarantino, Individually and as Executrix of the Estate of Kenneth Joseph Tarantino, Deceased* | Jennifer Tarantino, as Spouse of Kenneth Joseph Tarantino, Deceased | Jennifer Tarantino, as Parent and Guardian of Jason J. Tarantino | Jason J. Tarantino, Child of Kenneth J. Tarantino, Deceased | WD |
| 96 | Vasel, Scott | Amy Vasel, Individually and as Administratrix of the Estate of Scott Vasel, Deceased | Amy Vasel, as Spouse of Scott Vasel, Deceased | | | WD |
| 97 | Vasel, Scott | Amy Vasel, Individually and as Administratrix of the Estate of Scott Vasel, Deceased | Amy Vasel, as Spouse of Scott Vasel, Deceased | Amy Vasel, as Parent and Guardian of Matthew J. Vasel | Matthew J. Vasel, Child of Scott Vasel | WD |
| 98 | Vasel, Scott | Amy Vasel, Individually and as Administratrix of the Estate of Scott Vasel, Deceased | Amy Vasel, as Spouse of Scott Vasel, Deceased | Amy Vasel, as Parent and Guardian of Ryan A. Vasel | Ryan A. Vasel, Child of Scott Vasel | WD |
| 99 | Wisniewski, Alan L. | Kathleen M. Wisniewski, Individually and as Administratrix of the Estate of Alan L. Wisniewski, Deceased | Kathleen M. Wisniewski, as Spouse of Alan L. Wisniewski, Deceased | | | WD |
| 100 | Wisniewski, Alan L. | Kathleen M. Wisniewski, Individually and as Administratrix of the Estate of Alan L. Wisniewski, Deceased | Kathleen M. Wisniewski, as Spouse of Alan L. Wisniewski, Deceased | Kathleen M. Wisniewski, as Parent and Guardian of Jessica M. Wisniewski | Jessica M. Wisniewski, Child of Alan L. Wisniewski, Deceased | WD |
| 101 | Wisniewski, Alan L. | Kathleen M. Wisniewski, Individually and as Administratrix of the Estate of Alan L. Wisniewski, Deceased | Kathleen M. Wisniewski, as Spouse of Alan L. Wisniewski, Deceased | Kathleen M. Wisniewski, as Parent and Guardian of Erica C. Wisniewski | Erica C. Wisniewski, Child of Alan L. Wisniewski, Deceased | WD |
| 102 | Wisniewski, Alan L. | Kathleen M. Wisniewski, Individually and as Administratrix of the Estate of Alan L. Wisniewski, Deceased | Kathleen M. Wisniewski, as Spouse of Alan L. Wisniewski, Deceased | Kathleen M. Wisniewski, as Parent and Guardian of Matthew P. Wisniewski | Matthew P. Wisniewski, Child of Alan L. Wisniewski, Deceased | WD |
| 103 | York, Kevin P. | Chiemi York, Individually and as Administratrix of the Estate of Kevin P. York, Deceased* | Chiemi York, as Spouse of Kevin P. York, Deceased | | | WD |
| 104 | York, Kevin P. | Chiemi York, Individually and as Administratrix of the Estate of Kevin P. York, Deceased* | Chiemi York, as Spouse of Kevin P. York, Deceased | Chiemi York, as Parent and Guardian of Aidan York | Aidan York, Child of Kevin P. York, Deceased | WD |
| 105 | York, Kevin P. | Chiemi York, Individually and as Administratrix of the Estate of Kevin P. York, Deceased* | Chiemi York, as Spouse of Kevin P. York, Deceased | Chiemi York, as Parent and Guardian of Connor York | Connor York, Child of Kevin P. York, Deceased | WD |

*Bauer v. al Qaeda Islamic Army, et. al.*, Civil Action No. 02-7236

Complaint in Which Plaintiffs Below Were Previously Named: Ashton Sixth Amended Complaint, 03-md-1570, ECF 465

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT (AND CORRECTED NAME AND/OR CAPACITY WHERE MARKED BY ASTERISK) | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 106 | Zisa, Salvatore | Roseann Zisa, Individually and as Administratrix of the Estate of Salvatore Zisa, Deceased | Roseann Zisa, as Spouse of Salvatore Zisa, Deceased | | | WD |
| 107 | Zisa, Salvatore | Roseann Zisa, Individually and as Administratrix of the Estate of Salvatore Zisa, Deceased | Roseann Zisa, as Spouse of Salvatore Zisa, Deceased | Roseann Zisa, as Parent and Guardian of Christina Zisa | Christina Zisa, Child of Salvatore Zisa, Deceased | WD |
| 108 | Zisa, Salvatore | Roseann Zisa, Individually and as Administratrix of the Estate of Salvatore Zisa, Deceased | Roseann Zisa, as Spouse of Salvatore Zisa, Deceased | Roseann Zisa, as Parent and Guardian of Joseph Zisa | Joseph Zisa, Child of Salvatore Zisa, Deceased | WD |