# EXHIBIT D

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT | ALREADY-NAMED PLAINTIFF'S ADDITIONAL INDIVIDUAL CAPACITY | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 1 | Schneider, Ian | Cheryl Schneider, in her own right and as Executor of Estate of Ian Schneider, Deceased | Cheryl Schneider, as Spouse of Ian Schneider, Deceased | Cheryl Schneider, as Parent and Guardian of Rachel Schneider | Rachel Schneider, Child of Ian Schneider, Deceased | WD |
| 2 | Schneider, Ian | Cheryl Schneider, in her own right and as Executor of Estate of Ian Schneider, Deceased | Cheryl Schneider, as Spouse of Ian Schneider, Deceased | Cheryl Schneider, as Parent and Guardian of Sophie Schneider | Sophie Schneider, Child of Ian Schneider, Deceased | WD |
| 3 | Schneider, Ian | Cheryl Schneider, in her own right and as Executor of Estate of Ian Schneider, Deceased | Cheryl Schneider, as Spouse of Ian Schneider, Deceased | Cheryl Schneider, as Parent and Guardian of Jake Schneider | Jake Schneider, Child of Ian Schneider, Deceased | WD |
| 4 | Dimino, Stephen | Nancy Dimino, in her own right and Executor of Estate of Stephen Dimino, Deceased | Nancy Dimino, as Spouse of Stephen Dimino, Deceased | Nancy Dimino, as Parent and Guardian of Sabrina Dimino | Sabrina Dimino, Child of Stephen Dimino, Deceased | WD |
| 5 | Salcedo, Esmerlin | Matilde Salcedo, in her own right and as Personal Representative of Estate of Esmerlin Salcedo, Deceased | Matilde Salcedo, as Spouse of Esmerlin Salcedo, Deceased | Matilde Salcedo, as Parent and Guardian of Amber Salcedo | Amber Salcedo, Child of Esmerlin Salcedo, Deceased | WD |
| 6 | Salcedo, Esmerlin | Matilde Salcedo, in her own right and as Personal Representative of Estate of Esmerlin Salcedo, Deceased | Matilde Salcedo, as Spouse of Esmerlin Salcedo, Deceased | Matilde Salcedo, as Parent and Guardian of Kayla Salcedo | Kayla Salcedo, Child of Esmerlin Salcedo, Deceased | WD |
| 7 | Salcedo, Esmerlin | Matilde Salcedo, in her own right and as Personal Representative of Estate of Esmerlin Salcedo, Deceased | Matilde Salcedo, as Spouse of Esmerlin Salcedo, Deceased | Matilde Salcedo as Parent and Guardian of Markos Salcedo | Markos Salcedo, Child of Esmerlin Salcedo, Deceased | WD |
| 8 | Salcedo, Esmerlin | Matilde Salcedo, in her own right and as Personal Representative of Estate of Esmerlin Salcedo, Deceased | Matilde Salcedo, as Spouse of Esmerlin Salcedo, Deceased | Matilde Salcedo, as Parent and Guardian of Melody Ann Salcedo | Melody Ann Salcedo, Child of Esmerlin Salcedo, Deceased | WD |
| 9 | Connors, Jonathan M. | Susan Connors, in her own right and as Executrix of the Estate of Jonathan M. Connors, Deceased | Susan Connors, as Spouse of Jonathan M. Connors, Deceased | Susan Connors, as Parent and Guardian of Jonathan Connors | Jonathan Connors, Child of Jonathan M. Connors, Deceased | WD |
| 10 | Connors, Jonathan M. | Susan Connors, in her own right and as Executrix of the Estate of Jonathan M. Connors, Deceased | Susan Connors, as Spouse of Jonathan M. Connors, Deceased | Susan Connors, as Parent and Guardian of James Connors | James Connors, Child of Jonathan M. Connors, Deceased | WD |