# EXHIBIT D

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rachel | | Schneider | | | Child | NY | U.S. | Ian | | Schneider | |
| 2 | Jake | | Schneider | | | Child | NY | U.S. | Ian | | Schneider | |
| 3 | Sophie | | Schneider | | | Child | NY | U.S. | Ian | | Schneider | |
| 4 | Sabina | | Dimino | | | Child | NY | U.S. | Stephen | | Dimino | |
| 5 | Gigi | | Dimino-Ebert | | | Sibling | NY | U.S. | Stephen | | Dimino | |
| 6 | Jonathan | | Connors | | | Child | NY | U.S. | Jonathan | M | Connors | |
| 7 | James | | Connors | | | Child | NY | U.S. | Jonathan | M | Connors | |
| 8 | Amber | | Salcedo | | | Child | NY | U.S. | Esmerlin | | Salcedo | |
| 9 | Kayla | | Salcedo | | | Child | NY | U.S. | Esmerlin | | Salcedo | |
| 10 | Markos | | Salcedo | | | Child | NY | U.S. | Esmerlin | | Salcedo | |
| 11 | Melody Ann | | Salcedo | | | Child | NY | U.S. | Esmerlin | | Salcedo | |