UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)
*Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD)(SN)
*Schneider et al. v. Islamic Republic of Iran,* 02-cv-7209 (GBD)(SN)

## *ASHTON* PLAINTIFFS' NOTICE OF RULE 60(a) MOTION TO CORRECT

PLEASE TAKE NOTICE that the *Ashton* Plaintiffs, by and through their counsel, in accordance with Fed. R. Civ. P. 60(a), respectfully request that this Court grant *Ashton* Plaintiffs' Motion to Correct Exhibits B and C to the Declaration of Andrew J. Maloney, III, Esq. and the Proposed Order filed November 4, 2022 at ECF Nos. 8715-2, 8715-3, 8716-2, and 8716-3, 02-cv-6977, ECF Nos. 1827-2, 1827-3, 1828-2, and 1828-3, 02-cv-7236, ECF Nos. 203-2, 203-3, 204-2, and 204-3, 02-7230, ECF Nos. 259-2, 259-3, 260-2, and 260-3, 02-7209, ECF Nos. 95-2, 95-3, 96-2, and 96-3, to correct a clerical error.[1] No adverse parties have appeared in this proceeding. In support of this motion, *Ashton* Plaintiffs submit the Declaration of Andrew J. Maloney, Esq. with corrected exhibits, and Proposed Order with corrected exhibits.

Dated: New York, New York
November 7, 2022

Respectfully submitted,

         /s/
Andrew J. Maloney, III, Esq.
Kreindler & Kreindler LLP
485 Lexington Ave., 28th Floor
New York, New York 10017
Tel: (212) 687-8181
*Attorneys for Ashton Plaintiffs*

---

[1] References to MDL docket entries found at 03-md-1570 (S.D.N.Y.) are noted only by ECF number and references to individual civil case docket entries are preceded by the case number.

Frank H. Granito, III, Esq.
Douglas A. Latto, Esq.
Jeanne M. O'Grady, Esq.
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
*Attorneys for Ashton/Burlingame Plaintiffs*

Michel F. Baumeister, Esq.
Dorothea M. Capone, Esq.
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, New York 10005
Tel: (212) 363-1200
*Attorneys for Ashton/Bauer Plaintiffs*

Meryl I. Schwartz, Esq.
Broder & Reiter
350 Fifth Avenue, Suite 6400
New York, New York 10118
Tel: (212) 736-0979
*Attorneys for Ashton/Schneider Plaintiffs*