**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN)*
*Burlingame v. Bin Laden, et al., 02-cv-7230 (GBD)(SN)*
*Bauer et al. v. al Qaeda Islamic Army, et al., 02-cv-7236 (GBD)(SN)*
*Schneider et al. v. Islamic Republic of Iran, 02-cv-7209 (GBD)(SN)*

**DECLARATION OF ANDREW J. MALONEY, III, ESQ.**
**IN SUPPORT OF *ASHTON* PLAINTIFFS' MOTION TO CORRECT**

I, ANDREW J. MALONEY, III, Esq., pursuant to 28 U.S.C. § 1746, hereby state under

penalty of perjury that:

1.      I am an attorney representing the *Ashton* Plaintiffs in the above-referenced

matters, and I submit this Declaration in support of the *Ashton* Plaintiffs' Rule 60(a) Motion to

Correct a clerical error to the Declaration of Andrew J. Maloney, III, Esq. and the Proposed

Order filed November 4, 2022 at ECF Nos. 8715-2, 8715-3, 8716-2, and 8716-3, 02-cv-6977,

ECF Nos. 1827-2, 1827-3, 1828-2, and 1828-3, 02-cv-7236, ECF Nos. 203-2, 203-3, 204-2, and

204-3, 02-7230, ECF Nos. 259-2, 259-3, 260-2, and 260-3, 02-7209, ECF Nos. 95-2, 95-3, 96-2,

and 96-3.[1]

2.       On November 4, 2022, the *Ashton* Plaintiffs filed a Motion to Add Additional

Parties against the Taliban supported by my Declaration with exhibits ("Maloney Declaration")

and a Proposed Order to Add Additional Plaintiffs against said defendant with accompanying

---

[1] References to MDL docket entries found at 03-md-1570 (S.D.N.Y.) are noted only by ECF
number and references to individual civil case docket entries are preceded by the case number.

exhibits.  ECF Nos. 8713, 8714, 8715, 8715-1, 8715-2, 8715-3, 8715-4, 8716, 8716-1, 8716-2,

8716-3 and 8716-4, 02-cv-6977, ECF Nos. 1825, 1826, 1827, 1827-1, 1827-2, 1827-3, 1827-4,

1828, 1828-1, 1828-2, 1828-3, and 1828-4, 02-cv-7236, ECF Nos. 201, 202, 203, 203-1, 203-2,

203-3, 203-4, 204, 204-1 204-2, 204-3, and 204-4, 02-7230, ECF Nos. 257, 258, 259, 259-1,

259-2, 259-3, 259-4, 260, 260-1, 260-2, 260-3, and 260-4, 02-7209, ECF Nos. 93, 94, 95, 95-1,

95-2, 95-3, 95-4, 96, 96-1, 96-2, 96-3, and 96-4.

3.      Today I became aware of minor clerical error in Exhibits B and C supporting the

*Ashton* Plaintiffs' motion which is pending before this Court.  The two exhibits were

inadvertently interposed.  The plaintiffs listed in Exhibit B should name the *Bauer* group of

*Ashton* Plaintiffs, but instead name the *Burlingame* group of *Ashton* Plaintiffs, and vice versa.

4.      The corrections requested by *Ashton* Plaintiffs are simply clerical in nature and

will not in any way change the Court's disposition of their pending motion.  Fed. R. Civ. P. Rule

60(a) applies primarily to errors or omissions committed by an attorney or the court which are

not apparent on the record.  *See In re Merry Queen Transfer Corp.*, 266 F. Supp. 605 (E.D.N.Y.

1967).  To aid the Court in its consideration of the *Ashton* Plaintiffs' pending Motion to Add

Additional Plaintiffs against the Taliban, attached as Exhibits 1 and 2 to this Declaration are the

corrected Exhibits B and C that may be respectfully substituted in place of the those submitted

with the November 4, 2022 Maloney Declaration and the Proposed Order found at ECF Nos.

8715-2, 8715-3, 8716-2, and 8716-3, 02-cv-6977, ECF Nos. 1827-2, 1827-3, 1828-2, and 1828-

3, 02-cv-7236, ECF Nos. 203-2, 203-3, 204-2, and 204-3, 02-7230, ECF Nos. 259-2, 259-3, 260-

2, and 260-3, 02-7209, ECF Nos. 95-2, 95-3, 96-2, and 96-3.

5.      For the foregoing reasons, *Ashton* Plaintiffs respectfully request that the Court

grant the within motion and Order that the corrected Exhibits B and C attached hereto be

substituted in place of Exhibits B and C to the Declaration of Andrew J. Maloney, III, Esq., and

Exhibits B and C to the Proposed Order.


Dated: New York, New York
          November 7, 2022                              /s/ *Andrew J. Maloney*
                                                            Andrew J. Maloney