# **EXHIBIT 1**

# EXHIBIT B

| # | ADDITIONAL PLAINIFF'S FIRST NAME | ADDITIONAL PLAINTIFF'S MIDDLE NAME | ADDITIONAL PLAINTIFF'S LAST NAME | ADDITIONAL PLAINTIFF'S SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMAINTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Walter | D. | Bauer | | Heidi Bauer-Pollard | Parent | NJ | U.S. | W. | David | Bauer | II |
| 2 | Dorothy | | Bauer | | Heidi Bauer-Pollard | Parent | NJ | U.S. | W. | David | Bauer | II |
| 3 | Gretchen | | Abernathy | | | Sibling | GA | U.S. | W. | David | Bauer | II |
| 4 | Heidi | | Bauer-Pollard | | | Sibling | NJ | U.S. | W. | David | Bauer | II |
| 5 | Robert | G. | Bauer | | | Sibling | PA | U.S. | W. | David | Bauer | II |
| 6 | David | | Beamer | | | Parent | MI | U.S. | Todd | M. | Beamer | |
| 7 | Margaret | | Beamer | | | Parent | MI | U.S. | Todd | M. | Beamer | |
| 8 | Melissa | | Wilson | | | Sibling | MI | U.S. | Todd | M. | Beamer | |
| 9 | Michele | | Beamer-Sorensen | | | Sibling | OH | U.S. | Todd | M. | Beamer | |
| 10 | Michael | C. | Beatini | | Mark Beatini | Parent | NJ | U.S. | Paul | F. | Beatini | |
| 11 | Doris | | Beatini | | Mark Beatini | Parent | NJ | U.S. | Paul | F. | Beatini | |
| 12 | Mark | | Beatini | | | Sibling | NJ | U.S. | Paul | F. | Beatini | |
| 13 | Thomas | | Beatini | | | Sibling | NJ | U.S. | Paul | F. | Beatini | |
| 14 | Nanda | | Beatini | | | Sibling | NJ | U.S. | Paul | F. | Beatini | |
| 15 | Michael | L. | Beatini | | Thomas Beatini and Nanda Beatini | Sibling | NJ | U.S. | Paul | F. | Beatini | |
| 16 | Govind | | Bharvaney | | Kishore Bharvaney | Parent | N/A | Thailand | Anil | T. | Bharvaney | |
| 17 | Savitri | | Bharvaney | | | Parent | N/A | Thailand | Anil | T. | Bharvaney | |
| 18 | Kishore | | Bharvaney | | | Sibling | N/A | Thailand | Anil | T. | Bharvaney | |
| 19 | Aubrey | A. | Parris | | | Parent | NY | U.S. | Colin | | Bonnett | |
| 20 | Julia | V. | Bonnett | | | Parent | NY | U.S. | Colin | | Bonnett | |
| 21 | Heather | | Bonnett | | | Sibling | NY | U.S. | Colin | | Bonnett | |
| 22 | James | F. | Bowden | | | Sibling | NJ | U.S. | Thomas | H. | Bowden | Jr. |
| 23 | Carol | A. | Bowman | | | Parent | FL | U.S. | Shawn | E. | Bowman | Jr. |
| 24 | Shawn | E. | Bowman | | | Parent | FL | U.S. | Shawn | E. | Bowman | Jr. |
| 25 | James | E. | Bowman | | | Sibling | NY | U.S. | Shawn | E. | Bowman | Jr. |
| 26 | John | V. | Brennan | | | Parent | FL | U.S. | Thomas | M. | Brennan | |
| 27 | Anita | | Brennan | | | Parent | FL | U.S. | Thomas | M. | Brennan | |
| 28 | John | O. | Brennan | | | Sibling | NY | U.S. | Thomas | M. | Brennan | |
| 29 | Paul | | Brennan | | | Sibling | NY | U.S. | Thomas | M. | Brennan | |
| 30 | Mary | Beth | Magee | | | Sibling | UT | U.S. | Thomas | M. | Brennan | |
| 31 | Michael | | Brennan | | | Sibling | NY | U.S. | Thomas | M. | Brennan | |
| 32 | Gilberto | | Bustillo | | Dissa Bustillo | Parent | N/A | Venezuela | Milton | | Bustillo | |
| 33 | Margarita | | Better | | | Parent | FL | U.S. | Milton | | Bustillo | |
| 34 | Dissa | | Bustillo | | | Sibling | NJ | U.S. | Milton | | Bustillo | |
| 35 | Henry | | Bustillo | | | Sibling | NJ | U.S. | Milton | | Bustillo | |

*Where misspellings or legal name changes have occurred, the Plaintiffs' names have been corrected.

| # | ADDITIONAL PLAINIFF'S FIRST NAME | ADDITIONAL PLAINTIFF'S MIDDLE NAME | ADDITIONAL PLAINTIFF'S LAST NAME | ADDITIONAL PLAINTIFF'S SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMAINTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Mirna | | Bustillo | | | Sibling | FL | U.S. | Milton | | Bustillo | |
| 37 | Gilberto | | Bustillo | | | Sibling | NJ | U.S. | Milton | | Bustillo | |
| 38 | John | C. | Candela | | Joseph G. Candela | Parent | NJ | U.S. | John | Anthony | Candela | |
| 39 | Phyllis | | Candela | | Joseph G. Candela | Parent | NJ | U.S. | John | Anthony | Candela | |
| 40 | Joseph | G. | Candela | | | Sibling | NJ | U.S. | John | Anthony | Candela | |
| 41 | Valerie | | Speller | | | Sibling | CT | U.S. | John | Anthony | Candela | |
| 42 | Joan | | Brady | | | Sibling | NJ | U.S. | John | Anthony | Candela | |
| 43 | Karen | Ann | Mee | | Thomas Mee | Sibling | NJ | U.S. | John | Anthony | Candela | |
| 44 | Lisa | | Torres | | | Child | AZ | U.S. | Edward | | Carlino | |
| 45 | Salvatore | | Carlino | | | Parent | NY | U.S. | Edward | | Carlino | |
| 46 | Mary | | Carlino | | Salvatore Carlino | Parent | NY | U.S. | Edward | | Carlino | |
| 47 | Paul | | Cunningham | | | Sibling | N/A | UK | Michael | J. | Cunningham | |
| 48 | Julieanne | | Cunningham | | | Sibling | N/A | UK | Michael | J. | Cunningham | |
| 49 | Sean | | Cunningham | | | Sibling | N/A | UK | Michael | J. | Cunningham | |
| 50 | Andrew | | Cunningham | | | Sibling | N/A | UK | Michael | J. | Cunningham | |
| 51 | Bernadette | T. | Hayes | | | Sibling | N/A | UK | Michael | J. | Cunningham | |
| 52 | Jack | L. | D'Ambrosi | | Tina D'Ambrosi | Parent | NJ | U.S. | Jack | L. | D'Ambrosi | Jr. |
| 53 | Dean | | D'Ambrosi | | | Sibling | VA | U.S. | Jack | L. | D'Ambrosi | Jr. |
| 54 | Denise | | Bonoli | | | Sibling | MA | U.S. | Jack | L. | D'Ambrosi | Jr. |
| 55 | Patti | S. | DiMeglio | | | Parent | NH | U.S. | David | | DiMeglio | |
| 56 | Daniel | | DiMeglio | | | Sibling | MA | U.S. | David | | DiMeglio | |
| 57 | Shirley | A. | Felt | | | Parent | NY | U.S. | Edward | P. | Felt | |
| 58 | Gordon | | Felt | | | Sibling | NY | U.S. | Edward | P. | Felt | |
| 59 | Lawrence | | Felt | | | Sibling | VA | U.S. | Edward | P. | Felt | |
| 60 | Joseph | | Gallucci | | Angela Gallucci | Parent | NJ | U.S. | Vincenzo | | Gallucci | |
| 61 | Angela | | Gallucci | | | Parent | NJ | U.S. | Vincenzo | | Gallucci | |
| 62 | Filomena | Grace | Santorelli | | | Sibling | NJ | U.S. | Vincenzo | | Gallucci | |
| 63 | Domenick | | D'Ambola | | | Parent | NJ | U.S. | Donna | | Giordano | |
| 64 | Jessamine | | D'Ambola | | Domenick D'Ambola | Parent | NJ | U.S. | Donna | | Giordano | |
| 65 | Elaine | | Barrett | | | Sibling | NJ | U.S. | Donna | | Giordano | |
| 66 | Lloyd | | Glick | | | Parent | NJ | U.S. | Jeremy | | Glick | |
| 67 | Joan | | Glick | | | Parent | NJ | U.S. | Jeremy | | Glick | |
| 68 | Jennifer | | Glick | | | Sibling | NJ | U.S. | Jeremy | | Glick | |
| 69 | Jed | | Glick | | | Sibling | NY | U.S. | Jeremy | | Glick | |
| 70 | Jared | | Glick | | | Sibling | NJ | U.S. | Jeremy | | Glick | |
| 71 | Joanna | | Danino | | | Sibling | NY | U.S. | Jeremy | | Glick | |

*Where misspellings or legal name changes have occurred, the Plaintiffs' names have been corrected.

| # | ADDITIONAL PLAINIFF'S FIRST NAME | ADDITIONAL PLAINTIFF'S MIDDLE NAME | ADDITIONAL PLAINTIFF'S LAST NAME | ADDITIONAL PLAINTIFF'S SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMAINTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | Jonah | | Glick | | | Sibling | N/A | Japan | Jeremy | | Glick | |
| 73 | Doris | | Gronlund | | Elsa Strong | Parent | NY | U.S. | Linda | K. | Gronlund | |
| 74 | Arthur | G. | Gronlund | | Marguerite Glidden | Parent | MA | U.S. | Linda | K. | Gronlund | |
| 75 | James | H. | Jack | | James T. Jack | Parent | NM | U.S. | Bryan | C. | Jack | |
| 76 | Helen | M. | Jack | | James T. Jack | Parent | NM | U.S. | Bryan | C. | Jack | |
| 77 | James | T. | Jack | | | Sibling | NM | U.S. | Bryan | C. | Jack | |
| 78 | Margaret | Ann | Johnson | | | Parent | FL | U.S. | Scott | M. | Johnson | |
| 79 | Thomas | P. | Johnson | | Margaret Wager | Sibling | NJ | U.S. | Scott | M. | Johnson | |
| 80 | Margaret | | Wager | | | Sibling | NJ | U.S. | Scott | M. | Johnson | |
| 81 | Judith | | Jones | | | Parent | NJ | U.S. | Donald | T. | Jones | II |
| 82 | Donald | T. | Jones | | Judith Jones | Parent | NJ | U.S. | Donald | T. | Jones | II |
| 83 | William | B. | Jones | | | Sibling | NJ | U.S. | Donald | T. | Jones | II |
| 84 | Rochelle | | Kane | | | Parent | NJ | U.S. | Howard | | Kane | |
| 85 | Bruce | | Kane | | Adam Kane | Parent | NJ | U.S. | Howard | | Kane | |
| 86 | Adam | | Kane | | | Sibling | NJ | U.S. | Howard | | Kane | |
| 87 | Holly | Ann | Tanz | | | Sibling | NY | U.S. | Howard | | Kane | |
| 88 | June | | Saslow | | | Parent | NC | U.S. | Joseph | J. | Keller | |
| 89 | Jennifer | | Lutz | | | Sibling | NC | U.S. | Joseph | J. | Keller | |
| 90 | Patricia | D. | Lewis | | | Spouse | CT | U.S. | Adam | J. | Lewis | |
| 91 | Arthur | | Lewis | | | Child | CT | U.S. | Adam | J. | Lewis | |
| 92 | Caroline | | Lewis | | | Child | CT | U.S. | Adam | J. | Lewis | |
| 93 | Reilly | | Lewis | | | Child | CT | U.S. | Adam | J. | Lewis | |
| 94 | Sophia | | Lewis | | | Child | CT | U.S. | Adam | J. | Lewis | |
| 95 | Geraldine | | Lewis | | | Parent | CT | U.S. | Adam | J. | Lewis | |
| 96 | Kathryn | | Hebert | | | Sibling | CT | U.S. | Adam | J. | Lewis | |
| 97 | Pamela | | Passaretta | | | Sibling | FL | U.S. | Adam | J. | Lewis | |
| 98 | Ann | B. | MacRae | | | Parent | NY | U.S. | Catherine | F. | MacRae | |
| 99 | Ann | C. | MacRae | | | Sibling | NY | U.S. | Catherine | F. | MacRae | |
| 100 | Jeffrey | A. | Magnuson | | | Child | NJ | U.S. | Ronald | E. | Magnuson | |
| 101 | Sheryl | A. | Magnuson | | | Child | NJ | U.S. | Ronald | E. | Magnuson | |
| 102 | Knut | | Magnuson | | | Sibling | CT | U.S. | Ronald | E. | Magnuson | |
| 103 | Jeanne | | Maher | | James Maher | Parent | FL | U.S. | Daniel | L. | Maher | |
| 104 | James | | Maher | | | Sibling | FL | U.S. | Daniel | L. | Maher | |
| 105 | Jeanne | | Brandofino | | | Sibling | NY | U.S. | Daniel | L. | Maher | |
| 106 | Raymond | | Maher | | Christina Maher | Sibling | TX | U.S. | Daniel | L. | Maher | |
| 107 | Heidi | | Mennona | | | Child | NJ | U.S. | David | R. | Meyer | |

*Where misspellings or legal name changes have occurred, the Plaintiffs' names have been corrected.

| # | ADDITIONAL PLAINIFF'S FIRST NAME | ADDITIONAL PLAINTIFF'S MIDDLE NAME | ADDITIONAL PLAINTIFF'S LAST NAME | ADDITIONAL PLAINTIFF'S SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMAINTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Heather | | Vulpone | | | Child | NJ | U.S. | David | R. | Meyer | |
| 109 | Dawn | | Meyer-Fuchs | | | Child | NJ | U.S. | David | R. | Meyer | |
| 110 | Kristine | | Meyer | | | Sibling | NJ | U.S. | David | R. | Meyer | |
| 111 | Charles | | Meyer | | | Sibling | FL | U.S. | David | R. | Meyer | |
| 112 | Frank | | Montanaro | | Jamie Montanaro and Karen Montanaro | Sibling | NY | U.S. | Kristen | | Montanaro | |
| 113 | Karen | | Montanaro | | | Sibling | NY | U.S. | Kristen | | Montanaro | |
| 114 | Jamie | | Montanaro | | | Sibling | NY | U.S. | Kristen | | Montanaro | |
| 115 | Timothy | F. | Murphy | Jr. | Sally F. Ryan | Parent | NC | U.S. | Kevin | | Murphy | |
| 116 | Sally | F. | Ryan | | | Parent | NC | U.S. | Kevin | | Murphy | |
| 117 | Michael | J. | Murphy | | | Sibling | OH | U.S. | Kevin | | Murphy | |
| 118 | Mary | Beth | Dougherty | | | Sibling | NY | U.S. | Kevin | | Murphy | |
| 119 | Timothy | P. | Murphy | | | Sibling | NY | U.S. | Kevin | | Murphy | |
| 120 | John | F. | Murphy | | | Sibling | MA | U.S. | Kevin | | Murphy | |
| 121 | Danielle | | Pandolfi | | | Child | NJ | U.S. | Ronald | | Orsini | |
| 122 | Robert | | Orsini | | Pauline Orsini | Sibling | LV | U.S. | Ronald | | Orsini | |
| 123 | Barbara | | Stang | | | Sibling | NJ | U.S. | Ronald | | Orsini | |
| 124 | Philip | L. | Parker | | Joan Z. Parker | Decedent | PA | U.S. | Philip | L. | Parker | |
| 125 | Joan | Z. | Parker | | | Spouse | PA | U.S. | Philip | L. | Parker | |
| 126 | Stephanie | Z. | Parker | | | Child | PA | U.S. | Philip | L. | Parker | |
| 127 | Catherine | A. | Stover | | | Child | NJ | U.S. | Jean | H. | Peterson | |
| 128 | Grace | P. | Sherwood | | | Child | ME | U.S. | Jean | H. | Peterson | |
| 129 | Walter | E. | Hoadley | | Robert D. Hoadley and Bank of America | Parent | LV | U.S. | Jean | H. | Peterson | |
| 130 | Virginia | A. | Hoadley | | Robert D. Hoadley and Bank of America | Parent | LV | U.S. | Jean | H. | Peterson | |
| 131 | Richard | | Hoadley | | Nancy C. Hoadley | Sibling | HI | U.S. | Jean | H. | Peterson | |
| 132 | Rosemary | | Rooney | | Cynthia Blest | Parent | NY | U.S. | Sean | | Rooney | |
| 133 | Cynthia | | Blest | | | Sibling | NY | U.S. | Sean | | Rooney | |
| 134 | Maura | | Rooney | | | Sibling | NY | U.S. | Sean | | Rooney | |
| 135 | Shelia | | Rooney | | | Sibling | NY | U.S. | Sean | | Rooney | |
| 136 | Brendan | | Rooney | | | Sibling | NY | U.S. | Sean | | Rooney | |
| 137 | Brian | M. | Rooney | | | Sibling | TX | U.S. | Sean | | Rooney | |
| 138 | Martha | | Sanders | | | Parent | CT | U.S. | Stacey | L. | Sanders | |
| 139 | Laura | | Wyatt | | | Sibling | CT | U.S. | Stacey | L. | Sanders | |
| 140 | Patricia | | Schlag | | | Parent | FL | U.S. | Steven | F. | Schlag | |

*Where misspellings or legal name changes have occurred, the Plaintiffs' names have been corrected.

| # | ADDITIONAL PLAINIFF'S FIRST NAME | ADDITIONAL PLAINTIFF'S MIDDLE NAME | ADDITIONAL PLAINTIFF'S LAST NAME | ADDITIONAL PLAINTIFF'S SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMAINTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | Donald | | Schlag | | Patricia Schlag | Parent | FL | U.S. | Steven | F. | Schlag | |
| 142 | Jean | | Nebbia | | | Sibling | FL | U.S. | Steven | F. | Schlag | |
| 143 | Ellen | | Hughes | | | Sibling | FL | U.S. | Steven | F. | Schlag | |
| 144 | Anna | J. | Powell | | | Parent | NY | U.S. | Joseph | M. | Sisolak | |
| 145 | Paul | | Sisolak | | Teresa Reller | Parent | NY | U.S. | Joseph | M. | Sisolak | |
| 146 | Teresa | | Reller | | | Sibling | NY | U.S. | Joseph | M. | Sisolak | |
| 147 | Thomas | | Sisolak | | Yvonne Sisolak | Sibling | NY | U.S. | Joseph | M. | Sisolak | |
| 148 | McCarthy | | Smith | | | Sibling | NY | U.S. | Daniel | | Smith | |
| 149 | Susan | | Hicks | | | Sibling | NY | U.S. | Daniel | | Smith | |
| 150 | Sean | Patrick | Smith | | | Sibling | TX | U.S. | Daniel | | Smith | |
| 151 | David | S. | Suarez | | Manuel T. Suarez and Carol A. Suarez | Decedent | NJ | U.S. | David | S. | Suarez | |
| 152 | Carol | A. | Suarez | | | Parent | NJ | U.S. | David | S. | Suarez | |
| 153 | Manuel | T. | Suarez | | | Parent | NJ | U.S. | David | S. | Suarez | |
| 154 | Bryan | A. | Suarez | | | Sibling | VA | U.S. | David | S. | Suarez | |
| 155 | Kristen | M. | Carpenter | | | Sibling | NJ | U.S. | David | S. | Suarez | |
| 156 | Mary | | Tanner | | Renee Abbate | Parent | NJ | U.S. | Michael | | Tanner | |
| 157 | Renee | | Abbate | | | Sibling | NJ | U.S. | Michael | | Tanner | |
| 158 | Kenneth | C. | Tanner | | | Sibling | FL | U.S. | Michael | | Tanner | |
| 159 | Maria | | Marasciulo | | | Sibling | NJ | U.S. | Michael | | Tanner | |
| 160 | Nicole | | Tanner-D'Abmrosio | | | Sibling | NJ | U.S. | Michael | | Tanner | |
| 161 | Charles | | Vasel | | Janyne V. Dembicki | Parent | NJ | U.S. | Scott | | Vasel | |
| 162 | Mynda | | Vasel | | Janyne V. Dembicki | Parent | NJ | U.S. | Scott | | Vasel | |
| 163 | Janyne | V. | Dembicki | | | Sibling | NJ | U.S. | Scott | | Vasel | |
| 164 | Muriel | | Wisniewski | | Thomas Warenkewicz | Parent | NJ | U.S. | Alan | | Wisniewski | |
| 165 | John | | York | | Dolores York | Parent | FL | U.S. | Kevin | P. | York | |
| 166 | Timothy | | York | | | Sibling | AZ | U.S. | Kevin | P. | York | |
| 167 | Joseph | | Zisa | | Rosemarie Martie | Parent | NJ | U.S. | Salvatore | | Zisa | |
| 168 | Josephine | | Zisa | | | Parent | NJ | U.S. | Salvatore | | Zisa | |
| 169 | Anthony | | Zisa | | | Sibling | NY | U.S. | Salvatore | | Zisa | |
| 170 | Jane | Z. | Presto | | | Sibling | NJ | U.S. | Salvatore | | Zisa | |
| 171 | Phyllis | A. | Kelly | | | Sibling | NJ | U.S. | Salvatore | | Zisa | |

*Where misspellings or legal name changes have occurred, the Plaintiffs' names have been corrected.