# **EXHIBIT 2**

# EXHIBIT C

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lucy | | Bocchino | | Debra Lavender | Parent | NY | USA | Michael | | Bocchino | |
| 2 | Michael | | Bocchino | | Debra Lavender | Parent | NY | USA | Michael | | Bocchino | |
| 3 | Jeffrey | | Boehm | | | Sibling | PA | USA | Bruce | | Boehm | |
| 4 | Dorothy | | Boehm | | Jeffrey Boehm | Parent | PA | USA | Bruce | | Boehm | |
| 5 | Francisco | | Bourdier | | Manuel Bourdier | Parent | | Dominican Republic | Francisco | | Bourdier | |
| 6 | Magdalena | | Bourdier | | | Parent | | Dominican Republic | Francisco | | Bourdier | |
| 7 | Vincent | | Brennan | | Nancy Poulis | Parent | NY | USA | Peter | | Brennan | |
| 8 | Ecaterini | | Brennan | | | Parent | NY | USA | Peter | | Brennan | |
| 9 | Nancy | | Poulis | | | Sibling | NY | USA | Peter | | Brennan | |
| 10 | Gary | | Brennan | | | Sibling | PA | USA | Peter | | Brennan | |
| 11 | Kathi | | Ezzo-Talbott | | | Sibling | OK | USA | Peter | | Brennan | |
| 12 | Kelly | Ann | Pearn | | | Child | NY | USA | Vincent | | Brunton | |
| 13 | Thomas | | Brunton | | | Child | NY | USA | Vincent | | Brunton | |
| 14 | Michael | | Brunton | | | Sibling | NY | USA | Vincent | | Brunton | |
| 15 | Maryann | | DeLuise | | | Sibling | NY | USA | Vincent | | Brunton | |
| 16 | Thomas | P. | Brunton | | | Sibling | NY | USA | Vincent | | Brunton | |
| 17 | Tylia | | Chevalier Furgal | | | Sibling | NY | USA | Swede | | Chevalier | |
| 18 | Brittany | | Chevalier | | | Sibling | NJ | USA | Swede | | Chevalier | |
| 19 | Gloria | | Chu | | | Parent | IL | USA | Pamela | | Chu | |
| 20 | Alex | | Coladonato | | | Child | NY | USA | Anthony | | Coladonato | |
| 21 | Anthony | | Coladonato | | | Child | NY | USA | Anthony | | Coladonato | |
| 22 | Salvatore | | Coladonato | | | Sibling | NJ | USA | Anthony | | Coladonato | |
| 23 | Julian | | Cooper | | Melinda Cooper | Self | | MD | Julian | | Cooper | |
| 24 | Melinda | | Cooper-Savage | | | Spouse | | DE | Julian | | Cooper | |
| 25 | Julianah | | Cooper | | | Child | | DE | Julian | | Cooper | |
| 26 | Darlene | | Cooper-Canady | | | Sibling | | VA | Julian | | Cooper | |
| 27 | Marie | Annette | Dory | | | Sibling | | MD | Julian | | Cooper | |
| 28 | Rosa | Marie | Cooper | | Marie Annette Dory | Parent | | MD | Julian | | Cooper | |
| 29 | Delman | Phillip | Cooper | | Marie Annette Dory | Sibling | | MD | Julian | | Cooper | |
| 30 | Sheila | | Morgan | | | Parent | | United Kingdom | Neil | | Cudmore | |
| 31 | Thomas | | Cullen | | Susan Nolan | Self | | NY | Thomas | | Cullen | |
| 32 | Susan | | Nolan | | | Spouse | | NJ | Thomas | | Cullen | |
| 33 | Thomas | Patrick | Cullen Nolan | IV | | Child | | NJ | Thomas | | Cullen | |
| 34 | Stephen | | Davidson | | | Parent | NY | USA | Scott | | Davidson | |
| 35 | Terry | | Stella | | | Sibling | NJ | USA | Donald | A. | Delapenha | |
| 36 | Judith | | Butterly | | Terry Stella | Parent | NJ | USA | Donald | A. | Delapenha | |
| 37 | Major | | Dillard | | | Sibling | IN | USA | Eddie | | Dillard | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | Andy | | Dillard | | | Sibling | TX | USA | Eddie | | Dillard | |
| 39 | Charlotte | | Dimmling | | Rudy Dimmling | Parent | | USA | William | | Dimmling | |
| 40 | Rudy | | Dimmling | | | Sibling | NY | USA | William | | Dimmling | |
| 41 | Elaine | | Dimmling | | Lisa Newton and Sekou Agard | Sibling | NY | USA | William | | Dimmling | |
| 42 | Andrew | | Dowling | | | Sibling | NY | USA | Mary | Yolanda | Dowling | |
| 43 | Shannon | Rae | Droz | | | Child | AZ | USA | Charles | | Droz | |
| 44 | Thomas | | Faughnan | | | Parent | CO | USA | Christopher | | Faughnan | |
| 45 | Joan | | Faughnan | | | Parent | CO | USA | Christopher | | Faughnan | |
| 46 | Thomas | | Faughnan | | | Sibling | CO | USA | Christopher | | Faughnan | |
| 47 | Diane | | Barnes | | | Sibling | CO | USA | Christopher | | Faughnan | |
| 48 | Lynn | | Faughnan Lee | | | Sibling | WA | USA | Christopher | | Faughnan | |
| 49 | Ellen | | Sleevi | | | Sibling | CO | USA | Christopher | | Faughnan | |
| 50 | Maureen | | Stines | | | Sibling | CO | USA | Christopher | | Faughnan | |
| 51 | Kerri | | Hecox | | | Sibling | OR | USA | Christopher | | Faughnan | |
| 52 | Michael | | Faughnan | | | Sibling | CO | USA | Christopher | | Faughnan | |
| 53 | Christopher | | Fetchet | | | Sibling | MA | USA | Bradley | | Fetchet | |
| 54 | Wesley | | Fetchet | | | Sibling | CT | USA | Bradley | | Fetchet | |
| 55 | Frank | | Finnegan | | | Parent | NY | USA | Michael | | Finnegan | |
| 56 | Beverly | | Finnegan | | | Parent | NY | USA | Michael | | Finnegan | |
| 57 | Katherine | | Finnegan | | | Sibling | NE | USA | Michael | | Finnegan | |
| 58 | Sean | | Fitzsimons | | | Child | MA | USA | Richard | | Fitzsimons | |
| 59 | Colleen | | Fitzsimons | | | Child | NY | USA | Richard | | Fitzsimons | |
| 60 | Patrick | | Fitzsimons | | | Sibling | WA | USA | Richard | | Fitzsimons | |
| 61 | Robert | | Fitzsimons | | | Sibling | IL | USA | Richard | | Fitzsimons | |
| 62 | Steven | | Furman | | Chava Furman and Andrew Furman | Self | | NY | Steven | | Fuman | |
| 63 | Chava | | Furman | | | Spouse | | MD | Steven | | Fuman | |
| 64 | Menashe | | Furman | | | Child | | MD | Steven | | Fuman | |
| 65 | Sara Rachel | | Furman | | | Child | | MD | Steven | | Fuman | |
| 66 | Nissan | | Furman | | | Child | | MD | Steven | | Fuman | |
| 67 | Andrew | | Furman | | | Sibling | | TX | Steven | | Fuman | |
| 68 | Jayne | | Furman | | | Sibling | | NV | Steven | | Fuman | |
| 69 | Michael | | Furman | | | Sibling | | NV | Steven | | Fuman | |
| 70 | Joyce | | Lilie | | Jayne Furman and Michael Furman | Parent | | NV | Steven | | Fuman | |
| 71 | Harold | | Lilie | | Janis Lilie | Stepparent | | NV | Steven | | Fuman | |
| 72 | Marvin | | Furman | | | Parent | | FL | Steven | | Fuman | |
| 73 | Peter | Victor | Genco | | | Parent | NY | USA | Peter | Victor | Genco | |
| 74 | Barbara | | Genco | | | Parent | NY | USA | Peter | Victor | Genco | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Jennifer | | Genco Harrington | | | Sibling | NY | USA | Peter | Victor | Genco | |
| 76 | Christina | Tanis | Genco | | Harrison Scott Brown and Kyle Peter Brown | Sibling | NY | USA | Peter | Victor | Genco | |
| 77 | Paul | | Gilly | | | Sibling | NJ | USA | Laura | | Gilly | |
| 78 | Janet | | Golkin | | | Parent | NY | USA | Andrew | H. | Golkin | |
| 79 | Susan | | Golkin | | | Sibling | NY | USA | Andrew | H. | Golkin | |
| 80 | Damien | | Earthman | | | Child | NY | USA | Elvira | | Granitto | |
| 81 | Cosimo | | Granitto | | | Parent | NY | USA | Elvira | | Granitto | |
| 82 | Anna | | Granitto | | Sandra Munro and Mario Granitto | Parent | NY | USA | Elvira | | Granitto | |
| 83 | Mario | | Granitto | | | Sibling | NY | USA | Elvira | | Granitto | |
| 84 | Filippa | | Granitto | | | Sibling | NY | USA | Elvira | | Granitto | |
| 85 | Alison | | Heidenberger Coffey | | | Child | SC | USA | Michele | | Heidenberger | |
| 86 | Diane | | Johnson | | | Sibling | NH | USA | Michele | | Heidenberger | |
| 87 | Karen | | DeNino | | | Sibling | CT | USA | Michele | | Heidenberger | |
| 88 | Suzanne | | Bennett | | | Sibling | CT | USA | Michele | | Heidenberger | |
| 89 | Maryann | | MacDonald | | Suzanne Bennett and Karen DeNino | Parent | CT | USA | Michele | | Heidenberger | |
| 90 | Howard | | Heller | | | Parent | FL | USA | H. Joseph | | Heller | |
| 91 | Roberta | | Heller | | | Parent | FL | USA | H. Joseph | | Heller | |
| 92 | Colleen | | Rastovich | | | Sibling | OR | USA | H. Joseph | | Heller | |
| 93 | Robert | | Heller | | | Sibling | GA | USA | H. Joseph | | Heller | |
| 94 | Mary Beth | | Luedtke | | | Sibling | CO | USA | H. Joseph | | Heller | |
| 95 | Jean | Henold | Jean-Pierre | | | Child | FL | USA | Francois | | Jean-Pierre | |
| 96 | Sherley | | Jean-Pierre | | | Child | NY | USA | Francois | | Jean-Pierre | |
| 97 | Roody aka "Roudy" | | Jean-Pierre | | | Child | FL | USA | Francois | | Jean-Pierre | |
| 98 | Sean | | Kelley | | | Child | NY | USA | Frederick | | Kelley | |
| 99 | Frederick | | Kelley | | | Child | NY | USA | Frederick | | Kelley | |
| 100 | Katherine | | Van Kirk | | | Child | NY | USA | Frederick | | Kelley | |
| 101 | Kristen | | Roberts | | | Child | NY | USA | Frederick | | Kelley | |
| 102 | Mary | | Kelley | | Sean Kelley | Parent | NY | USA | Frederick | | Kelley | |
| 103 | Alexis | | Kolpak | | | Sibling | SC | USA | Vanessa | | Kolpak | |
| 104 | Thaddeus | | Kolpak | | | Sibling | IL | USA | Vanessa | | Kolpak | |
| 105 | Andrea | | Sassone | | | Child | NY | USA | John | J. | Kren | |
| 106 | Janine | | Wentworth | | | Child | NY | USA | John | J. | Kren | |
| 107 | Marian | | Kren | | Anna M. Kren | Parent | NY | USA | John | J. | Kren | |
| 108 | William | | Lang | III | Paula Lang | Parent | NJ | USA | Brendan | | Lang | |
| 109 | William | | Lang | III | Paula Lang | Sibling | NJ | USA | Rosanne | | Lang | |
| 110 | Paula | | Lang | | | Parent | NJ | USA | Brendan | | Lang | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | Shanna | | Lewis | | | Sibling | NJ | USA | Brendan | | Lang | |
| 112 | Sean | | Lang | | | Sibling | NJ | USA | Brendan | | Lang | |
| 113 | Meghan | | Deming | | | Sibling | NJ | USA | Brendan | | Lang | |
| 114 | Linda | | Litto | | | Spouse | NY | USA | Vincent | | Litto | |
| 115 | Catherine | | Litto-Petras | | | Child | NY | USA | Vincent | | Litto | |
| 116 | Kristen | | Serra | | | Child | NJ | USA | Vincent | | Litto | |
| 117 | Kimberly | | Rex | | | Child | NY | USA | Vincent | | Litto | |
| 118 | Marie | | Litto | | Joseph J. Reitano | Parent | NY | USA | Vincent | | Litto | |
| 119 | Michael | | Litto | | Joseph J. Reitano | Parent | NY | USA | Vincent | | Litto | |
| 120 | Rosetta | | Lynch | | | Parent | NJ | USA | Sean | | Lynch | |
| 121 | Ellen | | Lynch | | | Sibling | NJ | USA | Sean | | Lynch | |
| 122 | Kieran | | Lynch | | | Sibling | CT | USA | Sean | | Lynch | |
| 123 | Brian | | Lynch | | | Sibling | NY | USA | Sean | | Lynch | |
| 124 | Rosetta | | Lynch | | | Parent | NJ | USA | Farrell | | Lynch | |
| 125 | Ellen | | Lynch | | | Sibling | NJ | USA | Farrell | | Lynch | |
| 126 | Kieran | | Lynch | | | Sibling | CT | USA | Farrell | | Lynch | |
| 127 | Brian | | Lynch | | | Sibling | NY | USA | Farrell | | Lynch | |
| 128 | William | | Dowdell | | | Stepchild | NY | USA | Brian | | Magee | |
| 129 | Christopher | | Dowdell | | | Stepchild | NY | USA | Brian | | Magee | |
| 130 | Matthew | | Dowdell | | | Stepchild | NY | USA | Brian | | Magee | |
| 131 | Edith | | Magee | | Kevin Magee and Shane Magee | Parent | NY | USA | Brian | | Magee | |
| 132 | Kevin | | Magee | | | Sibling | VA | USA | Brian | | Magee | |
| 133 | Shane | | Magee | | | Sibling | NY | USA | Brian | | Magee | |
| 134 | Kerry | | Magee | | | Sibling | NY | USA | Brian | | Magee | |
| 135 | Mary | Alice | Magee | | | Sibling | VI | USA | Brian | | Magee | |
| 136 | Blane | | Magee | | Maryann Magee | Sibling | NY | USA | Brian | | Magee | |
| 137 | Edward | | Maloney | | | Parent | CT | USA | Edward | | Maloney | III |
| 138 | Sally | | Maloney | | | Parent | CT | USA | Edward | | Maloney | III |
| 139 | Mark | | Maloney | | | Sibling | CT | USA | Edward | | Maloney | III |
| 140 | Sara | | Maloney Duval | | | Sibling | CT | USA | Edward | | Maloney | III |
| 141 | Philip | V. | Manning | | Catherine Manning | Parent | NY | USA | Terence | John | Manning | |
| 142 | Gertrude | | Manning | | Philip Manning and Sean Manning | Parent | NY | USA | Terence | John | Manning | |
| 143 | Philip | | Manning | | | Sibling | AZ | USA | Terence | John | Manning | |
| 144 | Sean | | Manning | | | Sibling | WA | USA | Terence | John | Manning | |
| 145 | William | | Maounis | | | Sibling | NY | USA | James | | Maounis | |
| 146 | Constance | | Maounis | | Mary Jane Maounis and William Maounis | Parent | FL | USA | James | | Maounis | |
| 147 | Marjorie | | Kane | | | Child | NJ | USA | Charles | | Mathers | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | Elizabeth | | Mathers | | | Child | PA | USA | Charles | | Mathers | |
| 149 | Charles | | Mathers | | | Child | TX | USA | Charles | | Mathers | |
| 150 | Michael | | McLaughlin | | | Sibling | NY | USA | Robert | | McLaughlin | |
| 151 | Indra | | Mirpuri | | | Parent | NJ | USA | Rajesh | | Mirpuri | |
| 152 | Lawrence | | DeFazio | | | Parent | PA | USA | Laura | Lee | Morabito | |
| 153 | Beverly | | DeFazio | | | Parent | PA | USA | Laura | Lee | Morabito | |
| 154 | Jeffrey | | DeFazio | | | Sibling | CA | USA | Laura | Lee | Morabito | |
| 155 | Craig | | DeFazio | | | Sibling | PA | USA | Laura | Lee | Morabito | |
| 156 | Joseph | | Morrison | | | Parent | MA | USA | Christopher | M. | Morrison | |
| 157 | Maureen | | Morrison | | | Parent | MA | USA | Christopher | M. | Morrison | |
| 158 | Maureen | | Merritt | | | Sibling | MA | USA | Christopher | M. | Morrison | |
| 159 | Theresa | | Mullan | | Patrick Mullan | Parent | NY | USA | Michael | D. | Mullan | |
| 160 | Patrick | | Mullan | | Patrick Mullan | Parent | NY | USA | Michael | D. | Mullan | |
| 161 | Kelly-Ann | | Mullan | | | Sibling | PA | USA | Michael | D. | Mullan | |
| 162 | Barbara | | Naples | | | Parent | NJ | USA | Frank | J. | Naples | |
| 163 | Michael | | Newton | | | Parent | CA | USA | Christopher | | Newton | |
| 164 | Barbara | | Newton | | | Parent | CA | USA | Christopher | | Newton | |
| 165 | Stephen | A. | Newton | | | Sibling | CA | USA | Christopher | | Newton | |
| 166 | Ann-Elizabeth | | Rueppel | | | Sibling | MA | USA | Christopher | | Newton | |
| 167 | Mark | | Newton-Carter | | | Sibling | | United Kingdom | Christopher | | Newton-Carter | |
| 168 | Teresa | | Danko | | | Sibling | NJ | United Kingdom | Christopher | | Newton-Carter | |
| 169 | Dorothy | | O'Berg | | | Parent | NY | USA | Dennis | | O'Berg | |
| 170 | Patricia | | Ferguson | | | Sibling | NJ | USA | Dennis | | O'Berg | |
| 171 | Mary | | Ortale | | Catherine Grimes | Parent | PA | USA | Peter | Keith | Ortale | |
| 172 | Catherine | | Grimes | | | Sibling | NJ | USA | Peter | Keith | Ortale | |
| 173 | Julia | | Ortale | | | Sibling | PA | USA | Peter | Keith | Ortale | |
| 174 | Mary | | Malitas | | | Sibling | PA | USA | Peter | Keith | Ortale | |
| 175 | Gilbert | | Ortale | | | Sibling | PA | USA | Peter | Keith | Ortale | |
| 176 | Elizabeth | | Orth | | | Child | MA | USA | Jane | Marie | Orth | |
| 177 | Victor | | Ortiz | | | Child | AZ | USA | Sonia | M. | Ortiz | |
| 178 | Luis | | Ortiz | | | Child | PA | USA | Sonia | M. | Ortiz | |
| 179 | Irene | | Panatier | | Patricia Panatier | Parent | NY | USA | Christopher | M. | Panatier | |
| 180 | Patricia | | Panatier | | | Sibling | NY | USA | Christopher | M. | Panatier | |
| 181 | Irene | | Gilmore | | | Sibling | NY | USA | Christopher | M. | Panatier | |
| 182 | Dorothy | | O'Neill | | | Sibling | NY | USA | Christopher | M. | Panatier | |
| 183 | James | | Panatier | | | Sibling | VA | USA | Christopher | M. | Panatier | |
| 184 | Owen | | Patterson | | Kevin Patterson | Sibling | NY | USA | Bernard | E. | Patterson | |
| 185 | Kevin | | Patterson | | Kevin Patterson | Sibling | NY | USA | Bernard | E. | Patterson | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 186 | Maureen | | Pelino | | | Parent | SC | USA | Todd | Douglas | Pelino | |
| 187 | Douglas | | Pelino | | | Parent | SC | USA | Todd | Douglas | Pelino | |
| 188 | Terrence | | Pelino | | | Sibling | NC | USA | Todd | Douglas | Pelino | |
| 189 | Matthew | | Pelino | | | Sibling | NC | USA | Todd | Douglas | Pelino | |
| 190 | Steven | | Pollicino | | | Child | NJ | USA | Steve | | Pollicino | |
| 191 | Douglas | | Pollicino | | | Sibling | NY | USA | Steve | | Pollicino | |
| 192 | Antoinette | | Pollicino | | Douglas Pollicino | Parent | NY | USA | Steve | | Pollicino | |
| 193 | Nicholas | | Pollicino | | Douglas Pollicino | Parent | NY | USA | Steve | | Pollicino | |
| 194 | Irene | | Pouletsos | | Elaine Miller and Corinne Krachtus | Parent | NJ | USA | Daphne | | Pouletsos | |
| 195 | James | | Pouletsos | | Elaine Miller and Corinne Krachtus | Parent | NJ | USA | Daphne | | Pouletsos | |
| 196 | Jeremy | | Punches | | | Child | VA | USA | Jack | D. | Punches | |
| 197 | Jennifer | | Punches-Botta | | | Child | VA | USA | Jack | D. | Punches | |
| 198 | Ruth | | Godwin | | | Parent | IL | USA | Jack | D. | Punches | |
| 199 | Debra | | Godwin | | | Sibling | IL | USA | Jack | D. | Punches | |
| 200 | Janet | | Berns | | | Sibling | AL | USA | Jack | D. | Punches | |
| 201 | Marcy | Ilena | Godwin | | | Sibling | IL | USA | Jack | D. | Punches | |
| 202 | Noreen | | Quinn | | | Parent | NY | USA | James | | Quinn | |
| 203 | Michael | T. | Quinn | | | Sibling | NY | USA | James | | Quinn | |
| 204 | Joseph | | Quinn | | | Sibling | NY | USA | James | | Quinn | |
| 205 | Silvia | | Rauzi | | Nancy Holzhauer | Parent | NY | USA | Gerard | P. | Rauzi | |
| 206 | Rita | | Riches | | | Parent | NY | USA | James | C. | Riches | |
| 207 | Daniel | | Riches | | | Sibling | NY | USA | James | C. | Riches | |
| 208 | Thomas | | Riches | | | Sibling | NY | USA | James | C. | Riches | |
| 209 | Timothy | | Riches | | | Sibling | NY | USA | James | C. | Riches | |
| 210 | Lara | | Ropiteau Davis | | | Sibling | NY | USA | Eric | Thomas | Ropiteau | |
| 211 | Jean-Marc | | Ropiteau | | | Sibling | NY | USA | Eric | Thomas | Ropiteau | |
| 212 | Stuart | | Irvine | | | Parent | NY | USA | Kristin | Irvine | Ryan | |
| 213 | Kara | Marie | Irvine | | | Sibling | NY | USA | Kristin | Irvine | Ryan | |
| 214 | Wendy | | Toomey | | | Sibling | NY | USA | Kristin | Irvine | Ryan | |
| 215 | Tracy | | Janess | | | Sibling | OH | USA | Kristin | Irvine | Ryan | |
| 216 | Michelle | | Schleider | | | Sibling | NY | USA | Kristin | Irvine | Ryan | |
| 217 | Amanda | | Salamone Olcott | | | Child | DC | USA | Marjorie | | Salamone | |
| 218 | Ann Marie | | Salamone Santillo | | | Child | PA | USA | Marjorie | | Salamone | |
| 219 | Hubert | | Champion | | Richard Champion | Parent | AL | USA | Marjorie | | Salamone | |
| 220 | Lillian | | Champion | | Richard Champion | Parent | AL | USA | Marjorie | | Salamone | |
| 221 | Richard | | Champion | | | Sibling | AL | USA | Marjorie | | Salamone | |
| 222 | Jo Ann | | Cohn | | | Parent | FL | USA | John | | Salerno | |
| 223 | Dina | | Connelly | | | Sibling | CT | USA | John | | Salerno | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 224 | Michael | | Cohn | | | Sibling | CT | USA | John | | Salerno | |
| 225 | Carmen | | Salvaterra | | | Sibling | MD | USA | Frank | | Salvaterra | |
| 226 | Antoinetta | | Salvaterra | | Carmen Salvaterra | Parent | MD | USA | Frank | | Salvaterra | |
| 227 | Luis | | Samaniego | | | Sibling | | Unknown | Carlos | A. | Samaniego | |
| 228 | Jill | | Abbott | | | Child | DE | USA | Michael | | San Phillip | |
| 229 | Carrie | | Spero | | | Child | NY | USA | Michael | | San Phillip | |
| 230 | Carolyn | | San Phillip Nanfeldt | | | Sibling | FL | USA | Michael | | San Phillip | |
| 231 | Mollie | | Simowitz | | Laurie Simowitz | Parent | NY | USA | Barry | | Simowitz | |
| 232 | Renee | | Brotman | | Ellen Brotman and Susan Brotman | Sibling | TX | USA | Barry | | Simowitz | |
| 233 | Linda | | Slattery | | | Parent | NY | USA | Christopher | Paul | Slattery | |
| 234 | Daniel | | Slattery | | | Sibling | CT | USA | Christopher | Paul | Slattery | |
| 235 | Erin | | Slattery-Appelle | | | Sibling | NY | USA | Christopher | Paul | Slattery | |
| 236 | George | | Smith | | | Parent | CA | USA | Heather | L. | Smith | |
| 237 | Judy | | Smith | | | Parent | CA | USA | Heather | L. | Smith | |
| 238 | Chad | Michael | Smith | | | Sibling | CA | USA | Heather | L. | Smith | |
| 239 | Frank | | Song | | | Sibling | NY | USA | Daniel AKA Won-Hyeong | | Song | |
| 240 | Julie | | Song | | | Sibling | NJ | USA | Daniel AKA Won-Hyeong | | Song | |
| 241 | Frank | | Kminek | Sr. | | Stepparent | FL | USA | Mari-Rae | | Sopper | |
| 242 | Frank | | Kminek | Jr. | | Stepsibling | IA | USA | Mari-Rae | | Sopper | |
| 243 | Christopher | | Kminek | | | Stepsibling | IL | USA | Mari-Rae | | Sopper | |
| 244 | Stacy | | Lupcho | | | Sibling | FL | USA | Mari-Rae | | Sopper | |
| 245 | Robert | | Spencer | | | Parent | NJ | USA | Robert | A. | Spencer | |
| 246 | Elizabeth | | Richardson | | | Sibling | NJ | USA | Robert | A. | Spencer | |
| 247 | Susan | | Spencer-Craig | | | Sibling | NJ | USA | Robert | A. | Spencer | |
| 248 | Jennifer | | Fosburgh | | | Sibling | NJ | USA | Robert | A. | Spencer | |
| 249 | Michael | | Spencer | | | Sibling | NJ | USA | Robert | A. | Spencer | |
| 250 | Kathryn | | Hayes | | Michael Spencer and Jennifer Fosburgh | Sibling | NJ | USA | Robert | A. | Spencer | |
| 251 | Selina | | Sutter Derrer | | Hans Ulrich Sutter | Parent | | Switzerland | Seline | | Sutter | |
| 252 | Josephine | | Taddonio | | Marc Taddonio and Richard Taddonio | Parent | FL | USA | Michael | | Taddonio | |
| 253 | Richard | | Taddonio | | Marc Taddonio | Parent | NY | USA | Michael | | Taddonio | |
| 254 | Richard | | Taddonio | | | Sibling | SC | USA | Michael | | Taddonio | |
| 255 | Lisa | | Crowe | | | Sibling | NC | USA | Michael | | Taddonio | |
| 256 | Teresa | | Martin | | | Sibling | SC | USA | Michael | | Taddonio | |
| 257 | Norman | | Thompson | | | Parent | | United Kingdom | Nigel | Bruce | Thompson | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 258 | Patricia | | Thompson | | | Parent | | United Kingdom | Nigel | Bruce | Thompson | |
| 259 | Neal | | Thompson | | | Sibling | NY | United Kingdom | Nigel | Bruce | Thompson | |
| 260 | Mark | | Thompson | | | Sibling | | United Kingdom | Nigel | Bruce | Thompson | |
| 261 | Sharon | Thorpe | Hanson | | | Sibling | NY | USA | Nichola | Angela | Thorpe | |
| 262 | Gregory | | Todisco | | | Child | CT | USA | Richard | | Todisco | |
| 263 | Lisa | | DeBarbrie | | | Child | NJ | USA | Richard | | Todisco | |
| 264 | Thomas | | Tucker | | | Parent | NJ | USA | Michael | P. | Tucker | |
| 265 | Joan | | Tucker | | | Parent | NJ | USA | Michael | P. | Tucker | |
| 266 | Susan | | Jenkins | | | Sibling | FL | USA | Michael | P. | Tucker | |
| 267 | Cathy | | Guba | | | Sibling | NJ | USA | Michael | P. | Tucker | |
| 268 | John | | Tucker | | | Sibling | NJ | USA | Michael | P. | Tucker | |
| 269 | Maureen | | OMalley | | | Sibling | FL | USA | Michael | P. | Tucker | |
| 270 | Christopher | | Tucker | | | Sibling | PA | USA | Michael | P. | Tucker | |
| 271 | Charles | | Vauk | | | Sibling | ID | USA | Ronald | | Vauk | |
| 272 | Patricia | | Vauk | | | Sibling | MN | USA | Ronald | | Vauk | |
| 273 | Dennis | | Vauk | | | Sibling | TX | USA | Ronald | | Vauk | |
| 274 | Teresa | | Masterson | | | Sibling | ID | USA | Ronald | | Vauk | |
| 275 | Lynne | | Caba | | | Sibling | ID | USA | Ronald | | Vauk | |
| 276 | Christine | Vianna | Tenaglia | | | Sibling | NY | USA | Matthew | | Vianna | |
| 277 | Zabel | | Voskerijian | | | Parent | NY | USA | Garo | H. | Voskerijian | |
| 278 | Zaree | | Voskerijian | | | Sibling | NY | USA | Garo | H. | Voskerijian | |
| 279 | Jeffrey | | Waldie | | | Child | NH | USA | Kenneth | | Waldie | |
| 280 | Andrew | | Petisce | | | Stepchild | MA | USA | Kenneth | | Waldie | |
| 281 | Jack | | Waldie | | | Sibling | NH | USA | Kenneth | | Waldie | |
| 282 | Jane | Waldie | Wrenshall | | | Sibling | PA | USA | Kenneth | | Waldie | |
| 283 | Grace | | McGroarty | | | Sibling | MA | USA | Kenneth | | Waldie | |
| 284 | Mary | Louise | Waldie Klimm | | | Sibling | MA | USA | Kenneth | | Waldie | |
| 285 | Peter | | Hopwood | | | Parent | | United Kingdom | Dinah | | Webster | |
| 286 | Sonia | | Hopwood | | | Parent | | United Kingdom | Dinah | | Webster | |
| 287 | Zoe | Webster | Ghirarduzzi | | | Child | | United Kingdom | Dinah | | Webster | |
| 288 | Gina | | Weiss | | Marcia Weiss | Child | NY | USA | David | | Weiss | |
| 289 | David | | Wotton | | | Sibling | TX | USA | Rodney | | Wotton | |
| 290 | Brian | | Wotton | | | Sibling | NJ | USA | Rodney | | Wotton | |
| 291 | Jean | | Wotton | | | Parent | NJ | USA | Rodney | | Wotton | |

| # | ADDITIONAL PLAINTIFF FIRST NAME | ADDITIONAL PLAINTIFF MIDDLE NAME | ADDITIONAL PLAINTIFF LAST NAME | ADDITIONAL PLAINTIFF SUFFIX | NAME OF PERSONAL REPRESENTATIVE (FOR NEW 9/11 DECEDENT CLAIMS AND DECEASED SOLATIUM CLAIMANTS) | RELATIONSHIP TO 9/11 DECEDENT | DOMICILE STATE | COUNTRY | 9/11 DECEDENT FIRST NAME | 9/11 DECEDENT MIDDLE NAME | 9/11 DECEDENT LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 292 | Stewart | | Wotton | | Jean Wotton | Parent | NJ | USA | Rodney | | Wotton | |
| 293 | Judith | | Dalton | | | Sibling | FL | USA | William | | Wren | |
| 294 | Kathleen | | Demme | | Tricia Marsala | Sibling | NY | USA | William | | Wren | |