UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

## [PROPOSED] ORDER

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> *Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)
> *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN)
> *Bauer et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD)(SN)
> *Schneider et al. v. Islamic Republic of Iran,* 02-cv-7209 (GBD)(SN)

The *Ashton* Plaintiffs' motion to correct exhibits is granted. Their proposed order and supporting declaration exhibits B and C for the motion to add additional parties against the Taliban at ECF No. 8713 are substituted as provided in Table 1.

| Table 1: Substitutions | |
|---|---|
| **Original Document** (ECF No. of MDL/*Ashton/Bauer/Burlingame/Schneider*) | **Substitute Document** |
| 8715-2, 8715-3, 8716-2, and 8716-3 | |
| 1827-2, 1827-3, 1828-2, and 1828-3 | |
| 203-2, 203-3, 204-2, and 204-3 | |
| 259-2, 259-3, 260-2, and 260-3 | |
| 95-2, 95-3, 96-2, and 96-3 | |

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8718, and the related motions in *Ashton*, No. 02-cv-6977, ECF No. 1835, *Bauer*, No. 02-cv-7236, ECF No. 205, *Burlingame*, No. 02-7230, ECF No. 261, and *Schneider*, No. 02-7209, ECF No. 97.

**SO ORDERED.**

Dated: November ___, 2022                                      _____
       New York, NY                                            SARAH NETBURN
                                                               United States Magistrate Judge