UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE: :
: ORDER
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03 MDL 1570 (GBD) (SN)
:
:
------------------------------------x

This document relates to:

> *Havlish, et al., v. Bin-Laden, et al.*, No. 03-cv-9848 (GBD) (SN)
> *John Does 1 through 7 v. the Taliban, et al.*, No. 20-mc-740 (GBD) (SN)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-cv-6978 (GBD) (SN)
> *Smith v. the Islamic Republic of Iraq*, No. 01-cv-10132 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

In response to Magistrate Judge Netburn's August 26, 2022 Report and Recommendation, (ECF No. 8463), the Judgment "Joint Creditors"[1] may submit one consolidated objections brief of no more than 60 pages in length. In response to Mr. Naseer A. Faiq's Notice of Supplemental Authority, (ECF No. 8645), the Joint Creditors may submit one consolidated brief of no more than 20 pages in length.

Dated: New York, New York
       November 9, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] The Joint Creditors are Judgment Creditors Fiona Havlish, *et al.* (the "Havlish Creditors"), Judgment Creditors John Does 1 through 7 (the "Doe Creditors"), Judgment Creditors Federal Insurance Co., *et al.* (the "Federal Insurance Creditors"), and Judgment Creditors Estate of Smith, *et al.* (the "Smith Creditors"). (*See* 11/08/2022 Ltr. re: Length and Structure of Objections to Report and Recommendation, ECF No. 8724).