# Exhibit A

| | |
|---|---|
| **From:** | Rapawy, Gregory G. |
| **To:** | KELLOGG MDL 1570 |
| **Subject:** | KSA -- follow-up note to Kreindler & Kreindler |
| **Date:** | Friday, January 14, 2022 2:58:28 PM |

**From:** Rapawy, Gregory G.

**Sent:** Friday, January 14, 2022 2:58 PM

**To:** 'Lisa Frey'

**Cc:** Emily Kirsch ; Paul Niehaus ; gfriedman@lswlaw.com; Gredd, Helen ; mgerber@lswlaw.com; jflowers@motleyrice.com; rhaefele@motleyrice.com; scarter1@cozen.com; Tarbutton, Joseph ; Goldman, Jerry ; sarah.normand@usdoj.gov; Vargas, Jeannette ; rkry@mololamken.com; enitz@mololamken.com; Kellogg, Michael K. ; Shen, Andrew C.

**Subject:** RE: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

Lisa,

Dropping Ms. Slusher as discussed in a separate e-mail.

We agree that the references in this morning's order to a September 23, 2021 letter from Saudi Arabia filed at ECF No. 7157 appear to be errors and that the Court likely meant to refer to Saudi Arabia's July 23, 2021 letter filed at ECF No. 6981.

Regards,

Greg

**From:** Lisa Frey [mailto:lisa.frey@kirschniehaus.com]

**Sent:** Friday, January 14, 2022 12:59 PM

**To:** Rapawy, Gregory G. <grapawy@kellogghansen.com>; Rachel Slusher <Rachel_Slusher@nysd.uscourts.gov>

**Cc:** Emily Kirsch <emily.kirsch@kirschniehaus.com>; Paul Niehaus <paul.niehaus@kirschniehaus.com>; gfriedman@lswlaw.com; Gredd, Helen <hgredd@lswlaw.com>; mgerber@lswlaw.com; jflowers@motleyrice.com; rhaefele@motleyrice.com; scarter1@cozen.com; Tarbutton, Joseph <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; sarah.normand@usdoj.gov; Vargas, Jeannette <jeannette.vargas@usdoj.gov>; rkry@mololamken.com; enitz@mololamken.com; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>

**Subject:** [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

Hi Greg,

Do you agree that the Court's Order mistakenly refers to the July 23, 2021 letter from Saudi Arabia as the September 23 2021 letter (see Order pages 3 and 4)?

Thanks,

Lisa

**From:** Rapawy, Gregory G. <grapawy@kellogghansen.com>

**Sent:** Friday, January 14, 2022 11:29 AM

**To:** Rachel Slusher <Rachel_Slusher@nysd.uscourts.gov>

**Cc:** Emily Kirsch <emily.kirsch@kirschniehaus.com>; Paul Niehaus <paul.niehaus@kirschniehaus.com>; Lisa Frey <lisa.frey@kirschniehaus.com>; gfriedman@lswlaw.com <gfriedman@lswlaw.com>; Gredd, Helen <hgredd@lswlaw.com>; mgerber@lswlaw.com <mgerber@lswlaw.com>; jflowers@motleyrice.com <jflowers@motleyrice.com>; rhaefele@motleyrice.com <rhaefele@motleyrice.com>;

scarter1@cozen.com <scarter1@cozen.com>; Tarbutton, Joseph <starbutton@cozen.com>; Goldman, Jerry <jgoldman@andersonkill.com>; sarah.normand@usdoj.gov <sarah.normand@usdoj.gov>; Vargas, Jeannette <jeannette.vargas@usdoj.gov>; rkry@mololamken.com <rkry@mololamken.com>; enitz@mololamken.com <enitz@mololamken.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Shen, Andrew C. <ashen@kellogghansen.com>

**Subject:** In re Terrorist Attacks on September 11, 2001, No. 1:03-md-01570-GBD-SN

Dear Ms. Slusher,

The Court's order earlier today at ECF No. 7600 resolves all outstanding redaction requests concerning the sealed filings made on November 24, 2021. Our client Saudi Arabia's proposed findings of fact and conclusions of law, which were filed at ECF No. 7389, were also filed under seal pursuant to the Court's order at ECF No. 7317 and as of today remain under seal. The Court's order today does not address ECF No. 7389, presumably because no party sought any redactions to that filing. There does not appear to be any reason for ECF No. 7389 to remain under seal, but there is no pending request for the Court to unseal it. Accordingly, we wanted to ask whether we should refile ECF No. 7389 as a new public docket entry, or whether the Court instead intends to direct that the existing docket entry be unsealed. If the Court prefers us to file a letter or letter-motion on this issue, we will of course do so.

Counsel for Kreindler & Kreindler LLP and John Fawcett, along with the non-Kreindler members of the Plaintiffs' Executive Committees, counsel for the FBI, and counsel for Dallah Avco, are copied on this e-mail.

Regards,

Gregory G. Rapawy

Kellogg, Hansen, Todd, Figel & Frederick, PLLC

1615 M Street NW, Suite 400

Washington, DC 20036

main (202) 326-7900

direct (202) 326-7967

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.