# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.<br>
Jgoldman@andersonkill.com<br>
212-278-1569

<u>Via ECF</u>                                                                November 10, 2022

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: <u>*In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD)(SN): Taliban Judgment Motion at ECF No. 8589</u>

Dear Judge Netburn:

  We write regarding the pending Taliban judgment motion we submitted at ECF No. 8589. At the time of filing, two movants had an unopposed pending petition before the Circuit Court for Volusia County, Florida, Probate Division, seeking to be appointed co-personal representatives of the Estate of Stephen Philip Morris, a 9/11 decedent. *See* ECF No. 8593 at p. 15. We write to inform the Court that the petition has been granted and the movants were appointed co-personal representatives of the Estate.

  We thank the Court for its attention to this matter.

Respectfully submitted,<br><br>
<i>/s/ Jerry S. Goldman</i><br>
Jerry S. Goldman, Esq.<br><br>
<i>Attorney for the Plaintiffs</i>

cc: The Honorable George B. Daniels (via ECF)
   All MDL Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100531782.1