**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
IN RE:                                  )        **Civil Action No. 03 MDL 1570 (GBD) (SN)**
TERRORIST ATTACKS ON                    )        **ECF Case**
SEPTEMBER 11, 2001                      )
_____ )

   This document relates to all actions.

### MOTION FOR DANIEL V. DORRIS TO WITHDRAW
### <u>AS ATTORNEY OF RECORD</u>

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil

Rule 1.4, to allow Daniel V. Dorris to withdraw as counsel of record for the Kingdom of Saudi

Arabia in the above-referenced actions due to his departure from the law firm Kellogg, Hansen,

Todd, Figel & Frederick, P.L.L.C.  I respectfully request that Daniel V. Dorris be removed from

the docket as counsel for the Kingdom of Saudi Arabia.  All other counsel listed on the docket

from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to

represent the Kingdom of Saudi Arabia in this matter.

A proposed order is attached hereto.

Date:  November 11, 2022                    Respectfully submitted,

                                            /s/ Michael K. Kellogg
                                            _____
                                            Michael K. Kellogg
                                            KELLOGG, HANSEN, TODD, FIGEL &
                                               FREDERICK, P.L.L.C.
                                            1615 M Street, NW, Suite 400
                                            Washington, DC 20036
                                            Tel:  (202) 326-7902
                                            Fax:  (202) 326-7999
                                            Email:  mkellogg@kellogghansen.com

                                            _Counsel for the Kingdom of Saudi Arabia_

## CERTIFICATE OF SERVICE

I hereby certify that, on November 11, 2022, I caused an electronic copy of the foregoing Motion to Withdraw Daniel V. Dorris as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.  It was filed on the MDL docket and the dockets of all related cases in which the Kingdom of Saudi Arabia is a defendant and Daniel V. Dorris has appeared as counsel.

/s/ Michael K. Kellogg
Michael K. Kellogg