**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: ) | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |
| TERRORIST ATTACKS ON ) | **ECF Case** |
| SEPTEMBER 11, 2001 ) |  |

This document relates to all actions.

**PROPOSED ORDER TO WITHDRAW**
**DANIEL V. DORRIS AS ATTORNEY OF RECORD**

Before this Court is the Motion to Withdraw Daniel V. Dorris as Attorney of Record for the Kingdom of Saudi Arabia.

It is **ORDERED** that Daniel V. Dorris be withdrawn as Counsel for the Kingdom of Saudi Arabia in the above-referenced action.

Dated: _____   _____