```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Members of the public may listen to the proceeding scheduled in this case for Friday, November 18, 2022, at 10:00 a.m., by dialing (877) 226-8164 and using access code 377681.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 14, 2022
               New York, New York