# JONES DAY

51 LOUISIANA AVENUE, N.W.  •  WASHINGTON, D.C.  20001.2113

TELEPHONE: +1.202.879.3939  •  FACSIMILE: +1.202.626.1700

Direct Number:  (202) 879.5572
scottreau@jonesday.com

November 14, 2022

VIA ECF
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 1007

Re:  *In re Terrorist Attacks of September 11, 2001, 03 MDL 1570*

Dear Judge Netburn:

Pursuant to the Court's Order (ECF No. 8720), I confirm that Dubai Islamic Bank has no requests to redact the Order.  We thank the Court for its attention to this matter.

Sincerely,
*/s/ Steven T. Cottreau*
Steven T. Cottreau
Jones Day
51 Louisiana Ave NW
Washington, D.C. 20001
Counsel for Defendant Dubai Islamic Bank

Cc: All MDL Counsel of Record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON