**Ex. A**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jose | Manuel | Cardona | | Joshua | Manuel | Cardona | | Child | United States | United States | N/A | N/A | N/A | N/A | # 8702 | ATA | $8,500,000.00 | $25,500,000.00 |
| 2 | Jose | Manuel | Cardona | | Paulina | C. | Cardona | | Spouse | United States | United States | N/A | N/A | NA | N/A | # 8702 | ATA | $12,500,000.00 | $37,500,000.00 |
| 3 | Michael | Angelo | Diaz-Piedra | III | Michael | Maurice | Diaz-Piedra | IV | Child | United States | United States | N/A | N/A | N/A | N/A | # 8702 | ATA | $8,500,000.00 | $25,500,000.00 |
| 4 | Michael | Angelo | Diaz-Piedra | III | Thomas | John | Diaz-Piedra | | Child | United States | United States | N/A | N/A | N/A | N/A | # 8702 | ATA | $8,500,000.00 | $25,500,000.00 |
| 5 | Michael | Angelo | Diaz-Piedra | III | Kelly | Marie | Weightman Diaz-Piedra | | Spouse | United States | United States | N/A | N/A | N/A | N/A | # 8702 | ATA | $12,500,000.00 | $37,500,000.00 |
| 6 | Donnie | Brooks | Taylor | | Simone | Lenee | Taylor | | Child | United States | United States | N/A | N/A | N/A | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 7 | Otis | Vincent | Tolbert | | Anthony | Julian | Tolbert | | Child | United States | United States | N/A | N/A | N/A | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 8 | Otis | Vincent | Tolbert | | Amanda | Nicole | Tolbert | | Child | United States | United States | N/A | N/A | N/A | N/A | # 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| 9 | Otis | Vincent | Tolbert | | Shari | Lee | Tolbert | | Spouse | United States | United States | N/A | N/A | N/A | N/A | # 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 10 | Raymond | Robert | York | | Raymond | Robert | Pena | | Child | United States | United States | N/A | N/A | N/A | N/A | # 8702 | ATA | $8,500,000.00 | $25,500,000.00 |
| | | | | | | | | | | | | | | | | | | $97,000,000.00 | $291,000,000.00 |