**Ex. B-2**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Economic Damage Amount ($) | Total Non-Economic Damage Amount ($) | Total Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Emerita | | De La Pena | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | $5,950,952.00 | | $5,950,952.00 | $17,852,856.00 |
| 2. | John | Joseph | Doherty | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | $3,348,177.00 | | $3,348,177.00 | $10,044,531.00 |
| 3. | Patrick | Thomas | Dwyer | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | $68,381,557.00 | | $68,381,557.00 | $205,114,671.00 |
| 4. | Carl | Martin | Flickinger | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | $12,249,995.00 | | $12,249,995.00 | $36,749,985.00 |
| 5. | Paul | Hamilton | Geier | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 6. | Joseph | John | Hasson | III | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | $3,529,760.00 | | $3,529,760.00 | $10,589,280.00 |
| 7. | Frederick | | Kuo | Jr. | Estate | United States | N/A | N/A | N/A | N/A | # 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 8. | Kathy | Nancy | Mazza | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | $3,705,121.00 | | $3,705,121.00 | $11,115,363.00 |
| 9. | John | | Rhodes | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | $972,585.00 | | $972,585.00 | $2,917,755.00 |
| 10. | Otis | | Tolbert | | Estate | United States | N/A | N/A | N/A | N/A | # 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| | | | | | | | | | | | | | *$98,138,147.00* | *$6,000,000.00* | **$104,138,147.00** | **$312,384,441.00** |

docs-100531541.1