IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *IN RE:* **TERRORIST ATTACKS ON** | : | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | : | **03 MDL 1570 (GBD) (SN)** |
| | : | |

*This document applies to:*

*Grazioso, et al. v. the Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

**MOTION FOR AN ORDER DIRECTING ALTERNATIVE
SERVICE OF PROCESS UPON THE TALIBAN**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action hereby move pursuant to Federal Rules of Civil Procedure 4, 6, and 64 for an *ex parte* order authorizing alternative service of process upon Defendant the Islamic Republic of Afghanistan, aka, the Taliban ("the Taliban"). The grounds and reasons for granting this relief have been stated with particularity in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for an Order Directing Alternative Service of Process, the Declaration of Timothy B. Fleming in Support of Plaintiffs' Motion, and the accompanying exhibits.

*Ex parte* adjudication of this motion is warranted because of the difficulties effectuating service of process upon Defendant the Taliban and the need for immediate relief.

A proposed order is submitted herewith.

Dated: November 15, 2022

                                                  Respectfully submitted,

                                                   */s/ Timothy B. Fleming*

                                                  Timothy B. Fleming
                                                  WIGGINS CHILDS PANTAZIS
                                                  FISHER GOLDFARB PLLC

2202 18th Street, NW, #110
Washington, DC  20009-1813
(202) 467-4489

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS FISHER
GOLDFARB LLC  (lead counsel)
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

Richard D. Hailey
RAMEY & HAILEY
3905 Vincennes Road #303
Indianapolis, IN 46268
(317) 582-0000

Robert M. Foote
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

*Attorneys for the* Grazioso *Plaintiffs*