IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE:* **TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

Civil Action No.
03 MDL 1570 (GBD) (SN)

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

# Exhibit A

to

**DECLARATION OF TIMOTHY B. FLEMING IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER DIRECTING ALTERNATIVE <u>SERVICE OF PROCESS UPON THE TALIBAN</u>**

*Screen capture of Federal Express website*

