IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE:* **TERRORIST ATTACKS ON**     :     Civil Action No.
**SEPTEMBER 11, 2001**     :     03 MDL 1570 (GBD) (SN)
                              :

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

# Exhibit C

to

**DECLARATION OF TIMOTHY B. FLEMING IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN ORDER DIRECTING ALTERNATIVE
<u>SERVICE OF PROCESS UPON THE TALIBAN</u>**

*Screen capture of UPS website*



# Import/Export

United Kingdom to Afghanistan
Country or Territory Regulations Topics:

## Import Documentation

### Miscellaneous
For charges made for Export Shipments from United Kingdom to the destination country or territory, please refer to Brokerage Services and Charges-Export Shipments with United Kingdom as the destination.

### Driving Licenses
Valid Driving Licenses can be shipped as documents. The description must clearly state 'driving license'. Shipping driving licenses require the approval of the UK customs authorities. A delay of minimum one day has to be calculated.
Please check the import related information if driving licenses are allowed for importation.
Mobile phones to all destinations from United Kingdom can be delayed on export due to security checks from government bodies.

### MSDS-NON DG
Goods under IATA Special Provisions A67 require a MSDS (Material Safety Data Sheet).
It is not required for all, however shipments can be held by local authority in United Arab Emirates after screening due to lack of MSDS (Material Safety Data Sheet) or NON DG (Dangerous Goods) declaration letter from the shipper resulting to misconnections and impacting end-to-end service.
It would be advisable for all shipments originating, transiting and terminating for UAE to have MSDS or NON DG declaration from shipper enclosed in the shipment and copies to be uploaded in IDIS.

### SED-(New Electronic Export System)
Export procedure ex United Kingdom
A formal electronic export declaration must be sent to customs authorities by the exporter or their representative. Customs authorities grant the release for export and issue an Export Accompanying Document (EAD) with a unique Movement Reference Number (MRN). UPS operated simplified procedures allowing export formalities to be completed upto 14 days after export.

### Informal Declarations
An informal declaration is possible for shipments up to a national threshold. The informal declaration is based on the invoice value and is restricted to shipments not subject to prohibitions and restrictions (for example, embargo regulations) or special export procedures (for example, temporary export). The informal clearance will be done by UPS at the point of exit.

### National Requirements
Shipments up to a value of 873.00 GBP can be declared informally on the basis of the invoice.
The EORI (European Union Registration and Identification) number needs to be included with the Invoice for any shipment with value exceeding 873.00 GBP. The EORI number can be obtained by the shipper using website link: www.gov.uk/EORI

### UPS service
UPS offers the service to prepare export declarations on behalf of the exporter without additional fees.

## Export Documentation

### Passports
Valid passports can be shipped as documents. The description must clearly state 'passport'. Shipping passports require the approval of the UK customs authorities. A delay of minimum one day has to be calculated.
Please check the import related information if passports are allowed for importation.

## Clearance Information

### Clearance Comments
Military Shipments:
All military cargo with destinations outside of Bagram in Northern Afghanistan, must have a transportation memo issued to be dispatched with the shipment(s).
The memo must be arranged by the consignee in Afghanistan and must be on an official DOD (Department of Defense) or DOA (Department of Army) letterhead.

Valid passports can be shipped as documents. The description must clearly state 'passport'. Shipping passports require the approval of the UK customs authorities. A delay of minimum one day has to be calculated.
Please check the import related information if passports are allowed for importation.

## Clearance Information

### Clearance Comments
Military Shipments:
All military cargo with destinations outside of Bagram in Northern Afghanistan, must have a transportation memo issued to be dispatched with the shipment(s).
The memo must be arranged by the consignee in Afghanistan and must be on an official DOD (Department of Defense) or DOA (Department of Army) letterhead.

If the enclosed invoice cost does not match with actual contents of the shipment, or if it could not satisfy the local customs staff, real cost will be issued on the shipment based on the local customs rule and regulations.

### Post Office Boxes
Post Office Boxes:
UPS cannot deliver to a P.O. Box address. All packages require a consignee's contact name and complete street address including apartment, suite or unit number if applicable. The consignee's telephone number should be provided if known.

### Areas Served
Commercial (for example,non military) shipments are only delivered to Kabul.For packages addressed to other towns/cities in Afghanistan,the consignee is contacted and they are asked either to collect from the Kabul office or supply/authorise delivery to an alternate address in Kabul.
Post Office Boxes:
UPS cannot deliver to a P.O. Box address. All packages require a consignee's contact name and complete street address including apartment, suite or unit number if applicable. The consignee's telephone number should be provided if known.

| | |
|---|---|
| Rest Days: | Friday, Saturday, and official holidays. |
| | International Organizations and Embassies are off Friday and Saturday. |
| GMT: | Spring +0450/ Fall +0450 |
| Language: | Dari, Pushto |
| Currency: | Afghani(AFA), US Dollar(USD) |

## Billing Options

### Shipping Charges
- Shipping charges can be billed to the shipper, receiver or a third party.
- When billing the receiver, either the shipper or receiver's account number is required.
- When billing to a third party, the third party's name, country or territory and account number are required.

### Duties and Taxes
- Duties and taxes can be billed to the shipper, receiver or a third party.
- When billing a third party, the third party's name, country or territory and account number are required.
- If the duties and taxes are billed to an account outside of the destination country or territory, a 'Duty and Tax Forwarding' surcharge will be applied.

### Third-Party Billing
- Please note the following third party billing exceptions:
  - Shipments to and from the same country or territory (domestic shipments) cannot be billed to third party payors in other countries or territories. For example, shipments from Mexico to Mexico or Canada to Canada cannot be billed to a third party payor in the U.S. This rule does not apply to UPS domestic services in European Union countries or territories as well as to UPS domestic services in the United Kingdom.For example, shipments from Germany to Germany can be billed to a third party payor in the U.S. (as long as the payor is a business and has a VAT or Tax/EIN ID on file with UPS).

### Payment Methods
- When paying by credit card, check, or cash, only the shipper can be billed the shipping charges.

1 of 24 - Clipboard
Item not Collected: Delete items to increase available space