**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| *IN RE:* **TERRORIST ATTACKS ON** | : | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | : | **03 MDL 1570 (GBD) (SN)** |
| | : | |

_____

*This document applies to:*

***Grazioso, et al. v. The Taliban, et al.***
1:22-cv-01188 (GBD) (SN)

# Exhibit D

to

**DECLARATION OF TIMOTHY B. FLEMING IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR AN ORDER DIRECTING ALTERNATIVE**
**SERVICE OF PROCESS UPON THE TALIBAN**

*Screen capture of the USPS website*

