IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE:* **TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | Civil Action No.<br>03 MDL 1570 (GBD) (SN) |

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

# Exhibit I

to

### DECLARATION OF TIMOTHY B. FLEMING IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE OF PROCESS UPON THE TALIBAN

*Screen capture of the Twitter profile for @Zabehulah_M33*

