IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *IN RE:* **TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | : : : | Civil Action No. 03 MDL 1570 (GBD) (SN) |

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

# Exhibit L

to

**DECLARATION OF TIMOTHY B. FLEMING IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE OF PROCESS UPON THE TALIBAN**

*Public Notice Draft Proof prepared by New York Times*

# PUBLIC NOTICE
## To the Taliban

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiffs Deborah Grazioso as Personal Representative of the Estate of Timothy Grazioso, Deceased, *et al.*, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* The Taliban, Muhammad Omar, Sheikh Usamah Bin Muhammad Bin-Laden, *a/k/a* Osama Bin Laden, Deceased and Al-Qaeda, *a/k/a* Al-Qaeda Islamic Army in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C §2333, 28 U.S.C §1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a Notice that the pleadings have been filed. The pleadings are available in English, Arabic and Pashto at the following website: WWW._____.COM

WO_Grazioso.indd   1                                                       10/26/22   10:05 AM