IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE:* **TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

Civil Action No.
03 MDL 1570 (GBD) (SN)

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

# Exhibit M

to

**DECLARATION OF TIMOTHY B. FLEMING IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER DIRECTING ALTERNATIVE <u>SERVICE OF PROCESS UPON THE TALIBAN</u>**

*Certificate of service upon the Taliban at the Embassy of Afghanistan in Doha, Qatar*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

James Owens, et al.

    Plaintiffs,

v.

Taliban a/k/a Islamic Emirate of Afghanistan,

    Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 22-CV-01949 (VEC)

I hereby certify under the penalties of perjury that on the 4th day of May, 2022, I served one (1) copy of the following documents in English and Pashto: (1) Summons, ECF No. 28, (2) Complaint, ECF No. 7, (3) Civil Cover Sheet, ECF No. 2, (4) Notice of Initial Pretrial Conference, ECF No. 13; and the following documents in English (5) Order, ECF No. 32; (6) Order Granting Ex Parte Emergency Motion for Order of Attachment, ECF No. 33; (7) Opinion and Order, ECF No. 38; (8) Notice of Motion to Confirm the Order of Attachment (with supporting attachments), ECF No. 47; (9) Memorandum of Law in Support of the Motion to Confirm the Order of Attachment, ECF No. 48; (10) Declaration of Matthew D. McGill in Support of the Motion to Confirm the Order of Attachment (with supporting exhibits), ECF No. 49; (11) Expert Declaration of Peter M. Piatetsky, ECF No. 50; and (12) Expert Declaration of Michael Templeton, ECF No. 51, upon defendant, TALIBAN A/K/A ISLAMIC EMIRATE OF AFGHANISTAN, Embassy of Afghanistan, West Bay, Isteolal Street, P.O. Box: 22104, Doha, Qatar, the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii), by DHL tracking number 43 1740 7323.

Dated: New York, New York
       May 6, 2022

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/Gordana Peter
                                      Deputy Clerk