**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

*IN RE:* **TERRORIST ATTACKS ON**    :        **Civil Action No.**
**SEPTEMBER 11, 2001**            :        **03 MDL 1570 (GBD) (SN)**
                                  :

---

*This document applies to:*

***Grazioso, et al. v. The Taliban, et al.***
1:22-cv-01188 (GBD) (SN)


**[PROPOSED] ORDER GRANTING *GRAZIOSO* PLAINTIIFFS' MOTION FOR
ALTERNATIVE SERVICE UPON THE TALIBAN**

Upon consideration of the *Grazioso* Plaintiffs' motion for an order directing alternative

service upon Defendant the Islamic Republic of Afghanistan, aka, the Taliban ("the Taliban"),

pursuant to Federal Rules of Civil Procedure 69(a) and 4(f)(3), and the supporting memorandum

of law, declaration, and all exhibits thereto, it is hereby:

**ORDERED** that the *Grazioso* Plaintiffs' motion is **GRANTED**.  Service of the *Grazioso*

Plaintiffs' pleadings and related documents upon the Taliban is AUTHORIZED through the

following means most likely to give notice:

1. By publication of a notice in *AL QUDS AL-ARABI* newspaper and THE NEW

   YORK TIMES newspaper (both the U.S. and international editions) at least

   once in each of four (4) consecutive weeks, in the manner specified in

   N.Y. CPLR Rule 316 and include, in the notice of publication, a URL

   providing links to publicly accessible copies of the materials required to

   be served; AND,

2. Via TWITTER, through communication to six (6) TWITTER accounts associated with the Taliban: @Abdullah_azzam7, an account associated with Abdullah Azzam, secretary to Taliban acting first deputy prime minister Abdul Ghani Baradar; @IeaOffice, an account associated with Mohammed Naeem, a Taliban political spokesman; @QaharBalkhi, an account associated with Abdul Qahar Balkhi, a spokesman for the Taliban's Ministry of Foreign Affairs; @Zabehulah_M33, an account associated with Zabiullah Mujahid, a Taliban spokesman; @QyAhmadi21, an account associated with Qari Yousaf Ahmadi, a Taliban spokesman; and @suhailshaheen1, an account associated with Suhail Shaheen, the Taliban's permanent representative-designee to the United Nations; or to any other TWITTER accounts reported to belong to Taliban spokespersons. The TWITTER messages must include a URL providing links to publicly accessible copies of the materials required to be served; AND,

3. Via international carrier to the Embassy of Afghanistan, West Bay, Isteolal Street, P.O. Box: 22104, Doha, Qatar.

**SO ORDERED.**

Date: _____

_____
Sarah Netburn
United States Magistrate Judge