# Corrected Exhibit B-1

Solatium Claimants - U.S. Nationals - Damages Sought Under Anti-Terrorism Act (ATA)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF'S SUFFIX | RELATIONSHIP TO DECEDENT | MDL ECF - Plaintiff's Claim Against Taliban | MDL ECF - Plaintiff's Liability Judgment Against Taliban | MDL ECF - Prior Solatium Award | Prior Solatium Damages Award | Compensatory Damages | Treble Damages Sought Here under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Maria | Rose | Abad | | Rudy | | Abad | | Spouse | 1463 | 1797 | 8231 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 2 | Michael | | Bocchino | | Debra | | Lavender | | Sibling | 1463; 8254 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 3 | Thomas | | Bocchino | | Mary Ann | | Falzone | | Sibling | 1463; 8254 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 4 | Bruce | | Boehm | | Irene | | Boehm | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 5 | Mary | Jane | Booth | | Nancy | | Kimbell | | Sibling | 1463 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 6 | Francisco | | Bourdier | | Manuel | | Bourdier | | Sibling | 1463 | 1797 | 4087 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 7 | Peter | | Brennan | | Erica | | Brennan | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 8 | Vincent | | Brunton | | Kathleen | | Brunton | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 9 | Charles | | Burlingame | | Sheri | | Burlingame | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 10 | Swede | | Chevalier | | Elaine | | Chevalier | | Parent | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 11 | Pamela | | Chu | | Steven Chu, as Personal Representative of the Estate of Kenneth | | Chu | | Parent | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 12 | Pamela | | Chu | | Steven | | Chu | | Sibling | 1463; 8254 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 13 | Anthony | | Coladonato | | Deborah | | Razzano | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 14 | James | E. | Cove | | Theresa | | Cove | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 15 | Donald | | Delapenha | | Lorraine | | Delapenha aka "Delapenha Fichera" | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 16 | Thomas | | Dennis | | Kathryn | | Dennis | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 17 | Eddie | | Dillard | | Rosemary | | Dillard | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 18 | William | | Dimmling | | Leslie | | Dimmling | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |

| # | First | Middle | Last | PR First | PR Middle | PR Last | Relationship | ECF | ECF | Case | Solatium | Solatium | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | James | | Domanico | Marguerita | | Domanico | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 20 | Carlos | | Dominguez | Maureen | | Dominguez | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 21 | Mary | Yolanda | Dowling | Rosaleen Shea, as Personal Representative of the Estate of Christopher | | Dowling | Parent | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 22 | Charles | | Droz | Cynthia | | Droz | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 23 | Christopher | | Faughnan | Catherine | Ann | Faughnan | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 24 | Bradley | | Fetchet | Mary | | Fetchet | Parent | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 25 | Bradley | | Fetchet | Frank | | Fetchet | Parent | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 26 | Michael | | Finnegan | Erin | | Finnegan | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 27 | Richard | | Fitzsimons | Patricia | | Fitzsimons | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 28 | James | | Geyer | Cathy | | Geyer | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 29 | Laura | | Gilly | Joseph | | Gilly | Parent | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 30 | Laura | | Gilly | Phyllis | | Gilly | Parent | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 31 | Andrew | | Golkin | Gerald | | Golkin | Parent | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 32 | Teresa | | Gomez | Enrique | | Gomez | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 33 | Elvira | | Granitto | Sandra | | Munro | Sibling | 1463 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 34 | Barbara | | Habib | Raymond | | Habib | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 35 | H. Joseph | | Heller | Mary | Jean | Heller | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 36 | Aram | | Iskenderian | Sheri | Ann | Iskenderian | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 37 | Mark | | Jardim | Jennifer | | Jardim | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 38 | Francois | | Jean-Pierre | Christine | | Jean-Pierre | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |

| # | First | Middle | Last | Spouse First | Rel. Middle | Rel. Last | Suffix | Relationship | Compl. | Amend. | Case | Econ. | Non-Econ. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | Robert | | Jordan | Elizabeth | Russell | Jordan | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 40 | Ann | | Judge | Geoffrey | James | Judge | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 41 | Frederick | | Kelley | Janet | | Kelley | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 42 | Brian | | Kinney | Alison | | Kinney aka "Kinney Lewandowski" | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 43 | Vanessa | | Kolpak | Paul | | Kolpak | | Parent | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 44 | Vanessa | | Kolpak | Vivian | | Kolpak | | Parent | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 45 | David | | Kovalcin | Elizabeth | | Kovalcin | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 46 | John | | Kren | Anna | | Kren | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 47 | Scott | | Larsen | Carolann | | Larsen | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 48 | John | | Levi | Dennis | | Levi | | Child | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 49 | Richard | | Lynch | Christina | | Lynch aka "Lynch-Burgdorf" | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 50 | Sean | | Lynch | Lorraine | | Lynch | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 51 | Brian | | Magee | Maryann Magee, as Personal Representative of the Estate of Blane | | Magee | | Sibling | 1463; 8254 | 1797 | 4707 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 52 | Brian | | Magee | Valerie | | Magee | | Spouse | 1463; 8254 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 53 | Edward | | Maloney | Brinley | | Maloney | III | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 54 | Terence | John | Manning | Megan | | Manning | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |

| # | First | | Last | Middle | | 9/11 Decedent | | Relationship | Complaint | Amendment | Docket | Solatium | Total | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | James | | Maounis | Mary Jane Maounis, as Personal Representative of the Estate of Nicholas | | Maounis | | Parent | 1463; 8254 | 1797 | 5453 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 56 | James | | Maounis | Mary Jane | | Maounis | | Sibling | 1463; 8254 | 1797 | 4087 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 57 | James | | Martello | Sheila | | Martello | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 58 | Thomas | | McHale | Taryn | | McHale | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 59 | Robert | | McLaughlin | Elizabeth | | McLaughlin aka "McLaughlin O'Brien" | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 60 | Edmund | | McNally | Elizabeth | | McNally | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 61 | Patricia | | Mickley | Joseph | Richard | Mickley | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 62 | Rajesh | | Mirpuri | Arjan | | Mirpuri | | Parent | 1463 | 1797 | 4707 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 63 | Laura | | Morabito | Mark | | Morabito | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 64 | Kathleen | | Moran | Agnes Moran, as Personal Representative of the Estate of Catherine | | Moran | | Parent | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 65 | Kathleen | | Moran | Agnes | | Moran | | Sibling | 1463; 8254 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 66 | Christopher | | Morrison | Kimberly | A. | Martone | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 67 | Michael | | Mullan | Patrick | | Mullan | | Sibling | 1463 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 68 | Frank | | Naples | Heidi/Haidje | | Naples | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 69 | Christopher | | Newton | Amy | | Newton | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 70 | Christopher | | Newton-Carter | Susan | | Newton-Carter | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 71 | Dennis | | O'Berg | Christine | | O'Berg aka "O'Berg Connolly" | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 72 | Dennis | | O'Berg | Dennis | | O'Berg | | Parent | 1463 | 1797 | 4707 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |

| # | First | Middle | Last | First (rep) | Middle (rep) | Last (rep) | Suffix | Relationship | Docs | Order | Case | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Peter | | Ortale | Mary | | Duff-Ortale aka "Duff" | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 74 | Jane | Marie | Orth | Michelle | | Orth Ankenman | | Child | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 75 | Jane | Marie | Orth | Daniel | | Orth | | Child | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 76 | Sonia | | Ortiz | Alexandra | | Ortiz aka "Ortiz Reszka" | | Child | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 77 | Frank | | Palombo | John Hogan, as Personal Representative of the Estate of Jean | | Palombo | | Spouse | 1463; 8254 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 78 | Frank | | Palombo | Joseph | | Palombo | | Child | 1463; 8254 | 1797 | 5453 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 79 | Christopher | | Panatier | Carolyn | | Panatier | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 80 | Bernard | | Patterson | Navila | | Patterson | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 81 | Todd | Douglas | Pelino | Megan | | Pelino | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 82 | Steve | | Pollicino | Vicki Tureski, as Personal Representative of the Estate of Jane | | Pollicino | | Spouse | 1463; 8254 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 83 | Daphne | | Pouletsos | Elaine | | Miller | | Sibling | 1463 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 84 | Daphne | | Pouletsos | Corrinne aka "Corinne" | | Krachtus | | Sibling | 1463 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 85 | Jack | | Punches | Janice | Kay | Punches | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 86 | James | | Quinn | Michael | | Quinn | | Parent | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 87 | Gerard | | Rauzi | Nancy | | Holzhauer | | Sibling | 1463 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 88 | Howard | | Reich | Jason Hochman, as Personal Representative of the Estate of Marilyn | | Reich | | Spouse | 1463; 8254 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 89 | Howard | | Reich | Sharon | | Reich | | Sibling | 1463; 8254 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 90 | James | | Riches | James | | Riches | | Parent | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 91 | Eric | Thomas | Ropiteau | Barbara | | Ropiteau-Galloway | | Parent | 1463 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 92 | Kristin | Irvine | Ryan | Brendan | Joseph | Ryan | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 93 | Marjorie | | Salamone | Bernard | | Salamone | | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |

| # | First | Middle | Last | First | Middle | Last | Rel | | | Case | | Amt1 | Amt2 | Amt3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | John | | Salerno | Danielle | | Salerno | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 95 | Frank | | Salvaterra | Sally | | Calvin | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 96 | Michael | | San Phillip | Lynne | | San Phillip | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 97 | Craig | | Silverstein | Maria | | Silverstein aka "Silverstein-Verhoog" | Spouse | 1463 | 1797 | 5453 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 98 | Barry | | Simowitz | Laurie | | Simowitz | Sibling | 1463 | 1797 | 3987 | $ | 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 99 | Christopher | Paul | Slattery | James | P. | Slattery | Parent | 1463 | 1797 | 3987 | $ | 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 100 | Won-Hyeong/Daniel | | Song | Yongjin | L. | Song | Parent | 1463 | 1797 | 3987 | $ | 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 101 | Won-Hyeong/Daniel | | Song | Hyungshin | K. | Song | Parent | 1463 | 1797 | 3987 | $ | 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 102 | Robert | | Spencer | Christine | | Spencer | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 103 | Kevin | | Szocik | Lorraine | | Szocik aka "Szocik Milazzo" | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 104 | Michael | | Taddonio | Marc | | Taddonio | Sibling | 1463 | 1797 | 3987 | $ | 4,250,000.00 | $ 4,250,000.00 | $ 12,750,000.00 |
| 105 | Brian | | Terrenzi | Jane | | Terrenzi aka "Terrenzi-Spring" | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 106 | Nichola | | Thorpe | Basil | | Thorpe | Parent | 1463 | 1797 | 3987 | $ | 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 107 | Nichola | | Thorpe | Valda | | Binns | Parent | 1463 | 1797 | 3987 | $ | 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 108 | Richard | | Todisco | Anne | | Todisco | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 109 | Stephen | | Tompsett | Dorry aka "Dorothy" | | Groh-Tompsett | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 110 | Michael | | Tucker | Mary | Elizabeth | Tucker aka "Tucker Wadbrook" | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 111 | Ronald | | Vauk | Jennifer | | Vauk | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 112 | Matthew | | Vianna | Dennis | | Vianna | Parent | 1463 | 1797 | 3987 | $ | 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 113 | Matthew | | Vianna | Marilynda | | Vianna | Parent | 1463 | 1797 | 3987 | $ | 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 114 | Garo | | Voskerijian | Nayda | | Voskerijian | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 115 | Kenneth | | Waldie | Carol | | Waldie | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ | 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |

| # | First | Middle | Last | Personal Rep | First | Middle | Last | Relationship | ECF | ECF | Case | Solatium | Solatium | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | David | T. | Weiss | | Marcia | | Weiss | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 117 | Deborah | Ann | Welsh | | Patrick | | Welsh | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 118 | John | | Works | | Pamela | | Works | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 119 | William | | Wren | William Wren and Christopher Wren, as Co-Personal Representatives of the Estate of Patricia | | | Wren | Spouse | 1463; 8254 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 | $ 37,500,000.00 |
| 120 | William | | Wren | | William | | Wren | Child | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |
| 121 | William | | Wren | | Christopher | | Wren | Child | 1463; 8254 | 1797 | 3987 | $ 8,500,000.00 | $ 8,500,000.00 | $ 25,500,000.00 |