# Corrected Exhibit B-2

Burlingame Exhibit B-2

Solatium Claimants - Non-U.S. Nationals - Damages Sought Under Torture Victim Protection Act, Foreign Sovereign Immunities Act and state law (see ECF 1463 at pp. 235-242)

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF'S SUFFIX | PLAINTIFF NATIONALITY | RELATIONSHIP TO DECEDENT | MDL ECF - Plaintiff's Claim Against Taliban | MDL ECF - Plaintiff's Liability Judgment Against Taliban | MDL ECF - Prior Solatium Award | PRIOR SOLATIUM DAMAGES AMOUNT | COMPENSATORY DAMAGES SOUGHT HERE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | David | Michael | Barkway | | Cynthia | Lynn | Barkway | | Canada | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 |
| 2 | Neil | | Cudmore | | James | | Cudmore | | United Kingdom | Parent | 1463 | 1797 | 4087 | $ 8,500,000.00 | $ 8,500,000.00 |
| 3 | Blanca | | Gomez | | Blanca | | Gomez | | Dominican Republic | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 |
| 4 | Hans | Ulrich | Sutter | | Selina aka "Seline" | | Sutter | | Switzerland | Sibling | 1463; 8254 | 1797 | 3987 | $ 4,250,000.00 | $ 4,250,000.00 |
| 5 | Vladimir | | Tomasevic | | Tanja | | Tomasevic aka "Tomasevic Vulin" | | Canada | Spouse | 1463 | 1797 | 02-cv-7230 (S.D.N.Y.) ECF 78 | $ 12,500,000.00 | $ 12,500,000.00 |