UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |

**This document also relates to member case:**

*Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* **1:18-cv-12370 (GBD) (SN)**

## [PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION AND PARTIAL FINAL JUDGMENT FOR JAMIE K. HAWKINS

**WHEREAS** Magistrate Judge Sarah Netburn's September 27, 2022 Report & Recommendation [ECF 8566] (the "Hawkins Report") recommends that this Court grant the motion of Plaintiff Jamie K. Hawkins for default judgment against the Islamic Republic of Iran and award to Ms. Hawkins, who is the step daughter of the late Geoffrey E. Guja who was killed in the September 11, 2001 terrorist attacks, the full $8,500,00 solatium award for children of September 11 victims; and

**WHEREAS**, the Hawkins Report notified the parties that failure to file timely objections to the Hawkins Report would constitute a waiver of those objections on appeal; and

**WHEREAS**, no objections to the Hawkins Report have been filed,

**IT IS HEREBY, ORDERED** that this Court adopts the Hawkins Report in full; and it is

**ORDERED** that service of process was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of Plaintiff Jamie K. Hawkins; and it is

**ORDERED** that Plaintiff Jamie K. Hawkins is awarded solatium damages of $8,500,000 against the Islamic Republic of Iran; and it is

**ORDERED** that Plaintiff Jamie K. Hawkins is awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment, in the amount of $_____; and it is

**ORDERED** that Plaintiff Jamie K. Hawkins may submit applications for punitive or other damages, to the extent such awards have not previously been addressed, at a later date consistent with any future rulings of this Court.

**FURTHERMORE**, the Court respectfully directs the Clerk of Court to terminate the motion at ECF 8494 in 03-MDL-1570(GBD)(SN) and ECF 94 in 18-cv-12370(GBD)(SN).

Dated: New York, New York
_____, 2022

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge