**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON<br><br>SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to: *All Actions*

# APPENDIX OF EXHIBITS

November 1-2, 2021 Hearing

This Appendix of Exhibits contains the following documents which were received into evidence in connection with the November 1-2, 2021 hearing.

| Kreindler & Kreindler Exhibits |
| --- |
| KK 1 |
| KK 2 |
| KK 3 |
| KK 4 |
| KK 5 |
| KK 8 |
| KK 9 |
| KK 14 |
| KK 18 |
| KK 20 |
| KK 29 |
| KK 34 |
| KK 35 |
| KK 36 |
| KK 41 |
| KK 43 |
| KK 51 |
| KK 52 |
| KK 53 |
| KK 54 |
| KK 55 |
| KK 56 |
| KK 57 |
| KK 58 |
| KK 61 |
| KK 62 |
| KK 63 |

| |
|---|
| KK 64 |
| KK 65 |
| KK 66 |
| KK 67 |
| KK 69 |
| KK 73 |
| KK 87 |
| KK 102 |
| **Kingdom of Saudi Arabia Exhibits** |
| KSAX-0002 |
| KSAX-0010 |
| KSAX-0011 |
| KSAX-0012 |
| KSAX-0014 |
| KSAX-0015 |
| KSAX-0018 |
| KSAX-0031 |
| KSAX-0038 |
| KSAX-0039 |
| KSAX-0040 |
| KSAX-0042 |
| KSAX-0043 |
| KSAX-0043A |
| KSAX-0048C |
| KSAX-0049 |
| KSAX-0051 |
| KSAX-0056A |
| KSAX-0056B |
| KSAX-0056F |
| KSAX-0056J |

| |
|---|
| KSAX-0058 |

| |
|---|
| KSAX-0059 |
| KSAX-0062A |
| KSAX-0062B |
| KSAX-0067 |
| KSAX-0068 |
| KSAX-0074 |
| KSAX-0079 |
| KSAX-0082 |
| KSAX-0084 |
| KSAX-0086 |
| KSAX-0093 |
| KSAX-0097 |
| KSAX-0098 |
| KSAX-0099 |
| KSAX-0100 |
| KSAX-0101 |
| KSAX-0108 |
| KSAX-0108A |
| KSAX-0109 |
| KSAX-0109A |
| KSAX-0110 |
| KSAX-0110A |
| KSAX-0112 |
| KSAX-0112A |
| KSAX-0115 |
| KSAX-0118 |
| KSAX-0118A |
| KSAX-0120 |
| KSAX-0121 |
| KSAX-0134 |
| KSAX-0135 |

| |
|---|
| KSAX-0136 |
| KSAX-0138 |
| KSAX-0139 |
| KSAX-0142 |
| KSAX-0150 |
| KSAX-0151 |
| KSAX-0152 |