

# IOS IMESSAGE/SMS/MMS

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 9 |
| Display names | [redacted]7704<br>[redacted]0565<br>[redacted]0803<br>[redacted]5292<br>Duke Maloney Redacted<br>John Fawcett Redacted<br>Local User<br>Megan Benett Redacted<br>Steven R. Pounian Redacted |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 316 |
| First message sent date/time | 8/31/2020 4:34:49 PM |
| Last message sent date/time | 7/15/2021 7:05:06 PM |
| Case time zone | (UTC) Coordinated Universal Time |

↔ Unknown direction
7/15/2021 6:47:58 PM

**Duke Maloney** Redacted
Can we have a call this afternoon to discuss Yahoo?
3:15 or 3:30?