**From:** John Hartney <JHartney@kreindler.com>
**Sent:** Wednesday, July 21, 2021 4:11 PM EDT
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Jarrah Search

Will call you in 20 min

Sent via the Samsung Galaxy S21 Ultra 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, July 21, 2021 3:49:01 PM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: Jarrah Search

Just tried calling you.  Call my cell [Redacted]

**From:** John Hartney <JHartney@kreindler.com>
**Sent:** Wednesday, July 21, 2021 3:38 PM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Jarrah Search

I performed the search on Lisa, Deb, Jim, john, steve and your email accounts i did get a good number of results.  Do you plan on coming into the office so we can go over it?

or discuss on phone

I did not see any emails going out of anyone email box with that particular transcript.

**John Hartney**
LAN Administrator

Kreindler & Kreindler LLP
485 Lexington Ave          T: 212.973.3491     ·   E-mail: jhartney@kreindler.com
New York, NY 10017         F: 212.972.9432     ·   Web:    www.kreindler.com

Please consider the environment before printing this e-mail.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, July 21, 2021 3:10 PM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Jarrah Search

Any questions?

KK 2  page 1 of 1

KK00011