**ATTORNEY WORK PRODUCT** **CONFIDENTIAL**

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, July 21, 2021 5:14 PM EDT
**To:** Jim Kreindler <JKreindler@kreindler.com>; Steven R. Pounian <Spounian@kreindler.com>; Megan Benett <Mbenett@kreindler.com>
**Subject:** Jarrah

```
I asked John Hartney to search the outgoing email boxes of the KK 9/11 team since we received the Jarrah
depo transcript on June 28 to see if anyone sent the Jarrah transcript to anyone outside the firm. He
looked at Jim, Duke, Steve, John, Megan, Julia, Debbie, Lisa and Izabela.  He found no evidence that the
transcript was sent to anyone outside the firm.

I asked him to also look for any emails to Mike Isikoff in the last month and he will finish that
separate search tomorrow.  I told him we may be asked to have him sign an affidavit some day but not at
this time.

Sent from my iPhone
```