# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---:|:---|
| Number of participants | 3 |
| Display names | +█████5963<br>John Hartney  **Redacted**<br>Local User |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 332 |
| First message sent date/time | 11/17/2020 12:26:49 AM |
| Last message sent date/time | 7/28/2021 11:30:30 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**Local User <Andrew Maloney iPhone-Decrypted>**    ↔ Unknown direction
                                                     7/22/2021 1:34:11 AM

As anticipated, the Saudis tomorrow at 3:00 will make a motion in court to investigate the Isikoff - Jarrah leak. Please finish your second search on Isikoff ASAP and let me know tomorrow before noon if possible.