# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 3 |
| Display names | 5963 |
| | John Hartney |
| | Local User |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 332 |
| First message sent date/time | 11/17/2020 12:26:49 AM |
| Last message sent date/time | 7/28/2021 11:30:30 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**John Hartney**
↔ Unknown direction
7/22/2021 10:54:45 AM

Perform search on isikoff name and email address and found noone sent him the transcript there is email communication with Jim discussing lifting of gag order and isikoff writing an article