**From:** John Hartney <JHartney@kreindler.com>
**Sent:** Thursday, July 22, 2021 10:32 AM EDT
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** FW: [E] Re: checking in

---

**From:** Jim Kreindler
**Sent:** Tuesday, July 13, 2021 1:26 PM
**To:** Michael Isikoff <misikoff@verizonmedia.com>
**Subject:** Re: [E] Re: checking in

Will do

Sent from my iPhone

> On Jul 13, 2021, at 1:25 PM, Michael Isikoff <misikoff@verizonmedia.com> wrote:
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.
>
> Ok, aiming to write something for Thursday or Friday -- so if any update by then, let me know.
>
> On Tue, Jul 13, 2021 at 12:31 PM Jim Kreindler <JKreindler@kreindler.com> wrote:
>
>> Still working on motion. Too many chefs….
>>
>> Sent from my iPhone
>>
>>> On Jul 13, 2021, at 11:53 AM, Michael Isikoff <misikoff@verizonmedia.com> wrote:
>>>
>>> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.
>>>
>>> Hi Jim-- where do you stand on your request to DOJ to lift the state secrets privilege and gag order? Am planning on writing something this week.
>>> Mike Isikoff
>>> c 202-258-2535