**From:** AMaloney@kreindler.com <AMaloney@kreindler.com>
**Sent:** Thursday, July 22, 2021 10:35 AM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Re: Thurs. July 1st 2:30pm - Isikoff - Conspiracyland Interview

Thank you. Is that all there is?

Sent from my iPhone

> On Jul 22, 2021, at 10:33 AM, John Hartney <JHartney@kreindler.com> wrote:
>
>
>
> **From:** Jim Kreindler
> **Sent:** Monday, June 28, 2021 2:34 PM
> **To:** Mark Seman <mark@yahoonews.com>
> **Cc:** Michael Isikoff <misikoff@verizonmedia.com>
> **Subject:** Re: Thurs. July 1st 2:30pm - Isikoff - Conspiracyland Interview
>
> Thanks
>
> Sent from my iPhone
>
>> On Jun 28, 2021, at 2:28 PM, Mark Seman <mark@yahoonews.com> wrote:
>>
>> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.
>>
>> Jim,
>>
>> I hope you are well.
>> Mark here - Michael Isikoff's producer.
>>
>> Here's the Zoom Intv. info for this Thurs. at 2:30pm
>>
>> Mark Seman is inviting you to a scheduled Zoom meeting.
>>
>> Topic: Isikoff w/ Jim Kreindler & Ali Soufan
>> Time: Jul 1, 2021 02:30 PM Eastern Time (US and Canada)
>>
>> Join Zoom Meeting
>> https://us02web.zoom.us/j/89967891280?pwd=OWtVZDRvZGduUVlROC9UeUt0OVVsZz09
>>
>> Meeting ID: 899 6789 1280
>> Passcode: 420714
>> One tap mobile
>> +16465588656,,89967891280#,,,,*420714# US (New York)
>> +13017158592,,89967891280#,,,,*420714# US (Washington DC)
>>
>> Dial by your location
>>         +1 646 558 8656 US (New York)
>>         +1 301 715 8592 US (Washington DC)
>>         +1 312 626 6799 US (Chicago)
>>         +1 669 900 9128 US (San Jose)
>>         +1 253 215 8782 US (Tacoma)
>>         +1 346 248 7799 US (Houston)
>> Meeting ID: 899 6789 1280
>> Passcode: 420714
>> Find your local number: https://us02web.zoom.us/u/kctag2jRM0
>>
>>
>> --
>> Mark Seman
>> Head of Audio / Podcasts
>> Yahoo News
>> 917.723.4639

KK 9  page 2 of 2

KK00005