**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Thursday, August 12, 2021 6:26 PM EDT
**To:** Steven R. Pounian <Spounian@kreindler.com>
**Subject:** FW: Search for Jarrah Transcript being sent

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Thursday, July 29, 2021 3:53 PM
**To:** Jim Kreindler <JKreindler@kreindler.com>; Steven R. Pounian <Spounian@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; John Fawcett <Jfawcett@kreindler.com>; Debra Pagan <dpagan@kreindler.com>
**Subject:** Fwd: Search for Jarrah Transcript being sent

Sent from my iPhone

Begin forwarded message:

> **From:** John Hartney <JHartney@kreindler.com>
> **Date:** July 29, 2021 at 3:40:37 PM EDT
> **To:** "Andrew J. Maloney" <amaloney@kreindler.com>
> **Subject: Search for Jarrah Transcript being sent**
>
> Performed two searches on mailboxes one search on the last name Jarrah and one with the filename of the deposition that was send to us by Golkow reporting mj061721
>
> The results are as follows
>
> Andrew Maloney – Send to John Hartney
>
> Debra Pagan – Send to Carolyn Martinez cmartinez@baummiesterlaw.com
>                         John Fawcett
>                         Julia Sienski
>
> John Fawcett – [Redacted]
>
> Jim Kreindler – No one
>
> Julia Sienski – No one
>
> Lisa Ranieri – Megan Benett
>
> Megan Benett – No one
>
> Steven Pounian – No one
>
> Keep in mind text in attachments are not searchable with the Ediscovery tool in Microsoft exchange