

**KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629**
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

August 16, 2021

<u>VIA ECF</u>
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  Re:  *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  In response to this Court's August 12, 2021 Order, please see the following declarations of Megan Wolfe Benett, James P. Kreindler, Andrew J. Maloney and Steven R. Pounian.

       Respectfully,

       /s/ Megan Wolfe Benett
       KREINDLER & KREINDLER LLP
       485 Lexington Avenue
       New York, New York 10017
       Tel.: 212-687-8181
       Email: mbenett@kreindler.com

Enclosures

    **New York**      **Boston**      **Los Angeles**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

### DECLARATION OF MEGAN WOLFE BENETT

I, Megan Wolfe Benett, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1.  I am an attorney admitted to practice in this Court in the above-captioned matter, a partner at Kreindler & Kreindler LLP and counsel to Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit") and submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2.  In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900). For the past four years, I have been one of the primary attorneys at Kreindler and Kreindler LLP representing the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3.  As part of the September 11th Terrorist Attacks Lawsuit, I deposed the Kingdom of Saudi Arabia's former Ministry of Foreign Affairs, Islamic Affairs Division employee Musaed al-Jarrah on June 17 and 18, 2021.

1

4.  I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy.  The only individuals at Kreindler and Kreindler LLP on that email were myself, Steven R. Pounian, Jim Kreindler, Andrew J. Maloney and a paralegal in our office.

5.  On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition.  Again, the only individuals at Kreindler and Kreindler LLP on that email were myself, Steven R. Pounian, Jim Kreindler, Andrew J. Maloney and a paralegal in our office.

6.  At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7.  At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

8.  Following publication of the Michael Isikoff article, our firm conducted a review of the handling of the Jarrah deposition transcript after its receipt by the firm, including searches performed by the firm's information technology director of all outgoing emails.

9.  Based on that review, and to my knowledge, no one with the firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
      August 16, 2021

                             KREINDLER & KREINDLER LLP

                             By: */s/ Megan Wolfe Benett*
                             MEGAN WOLFE BENETT
                             485 Lexington Avenue
                             New York, New York 10017
                             Tel.: 212-687-8181
                             Email: mbenett@kreindler.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

## DECLARATION OF JAMES P. KREINDLER

I, James P. Kreindler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1.  I am an attorney admitted to practice in this Court in the above-captioned matter, a partner at Kreindler & Kreindler LLP and represent Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit").  I submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2.  In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900).  I am co-lead counsel to the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3.  I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy.

1

4.   On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition.

5.   At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

6.   At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7.   To my knowledge, no one with the Kreindler firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

8.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  New York, New York
        August 16, 2021

KREINDLER & KREINDLER LLP

By: /s/ James P. Kreindler
JAMES P. KREINDLER
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: jkreindler@kreindler.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

### DECLARATION OF ANDREW J. MALONEY

I, Andrew J. Maloney, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am an attorney admitted to practice in this Court in the above-captioned matter, a partner at Kreindler & Kreindler LLP and represent Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit"). I submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2. In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900). I am co-liaison counsel to the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3. I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy.

1

4.   On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition.

5.   At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

6.   At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7.   To my knowledge, no one with the Kreindler firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

8.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       August 16, 2021

                         KREINDLER & KREINDLER LLP

                         By: */s/ Andrew J. Maloney*
                         ANDREW J. MALONEY
                         485 Lexington Avenue
                         New York, New York 10017
                         Tel.: 212-687-8181
                         Email: amaloney@kreindler.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

## DECLARATION OF STEVEN R. POUNIAN

I, Steven R. Pounian, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I am an attorney admitted to practice in this Court in the above-captioned matter, of counsel at Kreindler & Kreindler LLP and represent Plaintiffs in the above referenced multi-district litigation proceeding In Re: Terrorist Attacks on September 11, 2001, Civil Action 03 MD 1570 (GBD) (SN) ("September 11th Terrorist Attacks Lawsuit"). I submit this declaration in response to the Court's August 12, 2021 Order (ECF No. 7011).

2. In connection with the September 11th Terrorist Attacks Lawsuit, I signed the FBI Protective Order (ECF No. 4255 at 10) and am aware of and have reviewed the Protective Order (ECF No. 1900). For the past four years, I have been one of the primary attorneys at Kreindler and Kreindler LLP representing the family members of those murdered in the September 11th Terrorist Attacks in this lawsuit against the Kingdom of Saudi Arabia ("Kingdom"), alleging that the Kingdom and its agents conspired with and provided material support to the September 11th hijackers.

3. I obtained a copy of the rough transcript of the Jarrah deposition at the end of each day that he was deposed and a final copy of the transcript from both days of the Jarrah deposition on June 28, 2021 from Golkow Litigation Services, both an unredacted and a redacted copy.

1

4.   On July 7, 2021, Golkow Litigation Services sent an email with links to the video of the Jarrah deposition.

5.   At no time did I share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

6.   At no time did I direct anyone to share the Jarrah deposition transcript or videos with anyone unauthorized to see it under the Protective Order and the FBI Protective Order.

7.   To my knowledge, no one with the Kreindler firm or anyone acting on its direction shared the Jarrah deposition transcript with anyone unauthorized by the Protective Order and the FBI Protective Order.

8.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  New York, New York
        August 16, 2021


                              KREINDLER & KREINDLER LLP


                              By: */s/ Steven R. Pounian*
                              STEVEN R. POUNIAN
                              485 Lexington Avenue
                              New York, New York 10017
                              Tel.: 212-687-8181
                              Email: spounian@kreindler.com