**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Tuesday, August 31, 2021 11:53 AM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: Hartney declaration on Jarrah Search

Court actually asked us to cover June 1, 2021 to Aug 1, 2021

I believe I asked you only to look at June 17 (day one of Jarrah depo) through July 15 when story came out.

---

**From:** John Hartney
**Sent:** Tuesday, August 31, 2021 11:30 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Hartney declaration on Jarrah Search

Also what was the date range ?

**John Hartney**
LAN Administrator

**Kreindler & Kreindler LLP**
485 Lexington Ave          T: 212.973.3491    ·    E-mail: jhartney@kreindler.com
New York, NY 10017         F: 212.972.9432    ·    Web:    www.kreindler.com

🌎 Please consider the environment before printing this e-mail.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Tuesday, August 31, 2021 11:28 AM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: Hartney declaration on Jarrah Search

misikoff@yahoo-inc.com   and   misikoff@oath.com

also if Fawcett sent the transcript to our consultant I need to know date

---

**From:** John Hartney
**Sent:** Tuesday, August 31, 2021 10:59 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Hartney declaration on Jarrah Search

I would like to redo the searches on the journalist's emails address i don't feel confidant i searched both emails addresses can you send me the two email addresses?

**John Hartney**
LAN Administrator

**Kreindler & Kreindler LLP**
485 Lexington Ave          T: 212.973.3491    ·    E-mail: jhartney@kreindler.com
New York, NY 10017         F: 212.972.9432    ·    Web:    www.kreindler.com

🌎 Please consider the environment before printing this e-mail.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Monday, August 30, 2021 4:06 PM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Hartney declaration on Jarrah Search

Here is my first draft. Please review for accuracy. Let me know if you have questions or changes or additions, after which I will share with Megan and Steve.