**From:** John Hartney <JHartney@kreindler.com>
**Sent:** Tuesday, August 31, 2021 12:01 PM EDT
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Hartney declaration on Jarrah Search

yes your right

**John Hartney**
LAN Administrator

| | Kreindler & Kreindler LLP | | | | |
|---|---|---|---|---|---|
| | 485 Lexington Ave | T: 212.973.3491 | · | E-mail: | jhartney@kreindler.com |
| | New York, NY 10017 | F: 212.972.9432 | · | Web: | www.kreindler.com |

🌎 Please consider the environment before printing this e-mail.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Tuesday, August 31, 2021 11:56 AM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: Hartney declaration on Jarrah Search

I think you also searched "Isikoff" correct?   Wouldn't that cover all of them despite variations?

---

**From:** John Hartney
**Sent:** Tuesday, August 31, 2021 11:53 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Hartney declaration on Jarrah Search

The email address i searched on was misikoff@verizonmedia.com so he has three email addresses

**John Hartney**
LAN Administrator

| | Kreindler & Kreindler LLP | | | | |
|---|---|---|---|---|---|
| | 485 Lexington Ave | T: 212.973.3491 | · | E-mail: | jhartney@kreindler.com |
| | New York, NY 10017 | F: 212.972.9432 | · | Web: | www.kreindler.com |

🌎 Please consider the environment before printing this e-mail.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Tuesday, August 31, 2021 11:28 AM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: Hartney declaration on Jarrah Search

misikoff@yahoo-inc.com   and  misikoff@oath.com

also if Fawcett sent the transcript to our consultant I need to know date

---

**From:** John Hartney
**Sent:** Tuesday, August 31, 2021 10:59 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Hartney declaration on Jarrah Search

I would like to redo the searches on the journalist's emails address i don't feel confidant i searched both emails addresses can you send me the two email addresses?

**John Hartney**
LAN Administrator

| | Kreindler & Kreindler LLP | | | | |
|---|---|---|---|---|---|
| | 485 Lexington Ave | T: 212.973.3491 | · | E-mail: | jhartney@kreindler.com |
| | New York, NY 10017 | F: 212.972.9432 | · | Web: | www.kreindler.com |

🌎 Please consider the environment before printing this e-mail.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Monday, August 30, 2021 4:06 PM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Hartney declaration on Jarrah Search

Here is my first draft.  Please review for accuracy.  Let me know if you have questions or changes or additions, after which I will share with Megan and Steve.