**From:** John Fawcett <Jfawcett@kreindler.com>
**Sent:** Wednesday, September 01, 2021 9:48 AM EDT
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** RE:

It was not under seal.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, September 1, 2021 9:45 AM
**To:** John Fawcett <Jfawcett@kreindler.com>
**Subject:** FW:

Was this privilege log filed publically?

---

**From:** John Hartney <JHartney@kreindler.com>
**Sent:** Wednesday, September 1, 2021 9:07 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** FW:

This was a hit on searching isikoff three email addresses

---

**From:** John Fawcett
**Sent:** Monday, July 12, 2021 11:38 AM
**To:** Michael Isikoff <misikoff@verizonmedia.com>
**Subject:**


**John Fawcett**

**KREINDLER**  **Kreindler & Kreindler LLP**
485 Lexington Ave        T: 212.973.3469    ·    E-mail: jfawcett@kreindler.com
New York, NY 10017       F: 212.972.9432    ·    Web:    www.kreindler.com

🌿 Please consider the environment before printing this e-mail.