ATTORNEY WORK PRODUCT                CONFIDENTIAL

Case 1:03-md-01570-GBD-SN    Document 7866-19   Filed 11/22/22   Page 21 of 50
Case 1:03-md-01570-GBD-SN    Document 7866-19   Filed 11/22/22   Page 22 of 50

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Friday, September 24, 2021 3:27 PM EDT
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** FW: Mussaed al Jarrah - 06.17.21 & 06.18.21 -Terrorist Attacks on September 11, 2001 MDL No. 1570 - FINAL
**Attachment(s):**
"mj061721.pdf","mj061721.ptx","mj061721.txt","mj061721Redacted.pdf","mj061721Redacted.ptx","mj061721Redacted.txt","mj061821.pdf","mj061821.ptx","mj061821.txt","mj061821Redacted.pdf","mj06

---

**From:** Andrew J. Maloney
**Sent:** Friday, July 16, 2021 2:50 PM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** FW: Mussaed al Jarrah - 06.17.21 & 06.18.21 -Terrorist Attacks on September 11, 2001 MDL No. 1570 - FINAL

John,

The attached deposition transcript of Jarrah (a Saudi Embassy official) was sent to us on June 28, 2021. The transcript is under a protective order and not supposed to be shared with clients or the public and only with people on the 9/11 team who have signed the confidentiality order, which includes our consultants.

Yesterday Yahoo News reporter Michael Isikoff published an article purporting to quote from the deposition transcript. He did not reveal who or how he obtained the transcript, but whoever gave it to him violated the court's protective order.

The PEC is investigating if any of the plaintiffs firms leaked the transcript to the media or a client or other who may have leaked it. Our experts are permitted to see a copy and John F sent a copy to Consultant ███████████████████████ (which is fine) but did not see any other. Is it possible for you to do a search of KK outgoing emails since June 28 (9:46 pm) that contain this Jarrah transcript? I suppose if you wanted to narrow that even more, you could search the outbox for the 9/11 team: Duke, Jim, Steve, Megan, John F., Debbie, Lisa and Julia S.

Please let me know if this can be done and how burdensome it is. If not too bad, please start to work on it as we may need to respond next week.

---

**From:** Production_glkw <Production@golkow.com>
**Sent:** Monday, June 28, 2021 9:46 PM
**To:** zRobert Haefele <rhaefele@motleyrice.com>; zJodi W. Flowers <jflowers@motleyrice.com>; scarter1@cozen.com; Steven R. Pounian <Spounian@kreindler.com>; Debra Pagan <dpagan@kreindler.com>; Erybicki@andersonkill.com; rheyl@motleyrice.com; jhaileselassie@motleyrice.com; Steven R. Pounian <Spounian@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Jim Kreindler <JKreindler@kreindler.com>; Andrew J. Maloney <AMaloney@kreindler.com>
**Cc:** Finals <Finals@golkow.com>; Exhibits_glkw <exhibits2@litigationservices.com>
**Subject:** Mussaed al Jarrah - 06.17.21 & 06.18.21 -Terrorist Attacks on September 11, 2001 MDL No. 1570 - FINAL

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

Please find attached the FINAL e-transcript and PDF bundle transcript of Mussaed al Jarrah.
Kindly note the exhibits are not yet available. We will send them in a separate email as soon as they're available.

This attachment is in PDF format and contains the condensed mini transcript, Ascii (.txt) and word index. To obtain these other files, select the bookmarks tab on the left side menu in Adobe Reader or select the attachments tab. The .PTX attachment is in e-transcript format, which requires a downloadable viewer in order to open it. You can obtain the PTX viewer free of charge at the following link: http://store.westlaw.com/software/ebundle/viewer/default.aspx. You need only download the viewer once.

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Thank you,
**Chrissy Tafel**
*Case Manager*
One Liberty Place
1650 Market Street, Suite 5150
Philadelphia, Pennsylvania 19103

www.Golkow.com | 215.586.4223 | 877.370.DEPS | CTafel@golkow.com



*In light of the Coronavirus pandemic and in an effort to keep our clients and staff safe, Golkow Litigation Services is modifying our production of hard copy materials. Printed transcripts/exhibits will **ONLY** be produced upon request. As always, we thank you for your continued support and understanding and hope you remain safe and well.*