**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Friday, September 24, 2021 3:28 PM EDT
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** FW: Isikoff
**Attachment(s):** "FW Thurs. July 1st 230pm - Isikoff - Conspiracyland Interview.msg","FW checking in.msg","FW [E] Re checking in.msg","FW Thurs. July 1st 230pm - Isikoff - Conspiracyland Interview.msg","FW checking in.msg","FW [E] Re checking in.msg"

---

**From:** Andrew J. Maloney
**Sent:** Thursday, July 22, 2021 10:55 AM
**To:** Jim Kreindler <JKreindler@kreindler.com>; Steven R. Pounian <Spounian@kreindler.com>; John Fawcett <Jfawcett@kreindler.com>; Megan Benett <Mbenett@kreindler.com>
**Subject:** Isikoff

Hartney found only the attached emails from/to KK and Isikoff.
Its Jim communicating with him about our desire to move to lift the gag order. There is no mention of Jarrah or any deposition or anything else.
While KSA would likely make an unsupported argument that more was discussed, particularly given the timing, there was no evidence of that in the emails and no attachments.

I think it is fair to say the tech search revealed no KK communication with Isikoff about Jarrah or any deposition and no Jarrah depo transcript was sent outside the firm save for one sent by John Fawcett to one of our investigating consultants, who signed the protective order [Redacted]