**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Friday, September 24, 2021 3:29 PM EDT
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** FW:
**Attachment(s):** "2021 5-6 Unclassified_privilege_log_updated_May 6 2021.pdf"

---

**From:** John Hartney <JHartney@kreindler.com>
**Sent:** Wednesday, September 1, 2021 9:07 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** FW:

This was a hit on searching isikoff three email addresses

---

**From:** John Fawcett
**Sent:** Monday, July 12, 2021 11:38 AM
**To:** Michael Isikoff <misikoff@verizonmedia.com>
**Subject:**


**John Fawcett**

**KREINDLER**  **Kreindler & Kreindler LLP**
485 Lexington Ave      T: 212.973.3469   ·   E-mail: jfawcett@kreindler.com
New York, NY 10017    F: 212.972.9432   ·   Web:    www.kreindler.com

🌍 Please consider the environment before printing this e-mail.