**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Friday, September 24, 2021 5:17 PM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: do you want me to wait for the Declaration? to discuss
**Attachment(s):** "Hartney Declaration.docx"

Actually, use this version

---

**From:** Megan Benett
**Sent:** Friday, September 24, 2021 5:17 PM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: do you want me to wait for the Declaration? to discuss

So sorry – here is a draft. We will probably chance the language slightly.  Can you check to make sure the basic facts are accurate, though?

---

**From:** John Hartney
**Sent:** Friday, September 24, 2021 5:14 PM
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** do you want me to wait for the Declaration? to discuss

Or are we going to do it Monday?