**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Sunday, September 26, 2021 12:56 PM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Isikoff emails

Hi. I got Jim's (thank you) - can you send me the email from Fawcett to Isikoff? Thanks. Megan

Sent from my iPhone