**From:** Mbenett@kreindler.com <Mbenett@kreindler.com>
**Sent:** Sunday, September 26, 2021 3:58 PM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Re:

Can you send it to me as a stand-alone email like the ones from JPK?

Sent from my iPhone

On Sep 26, 2021, at 2:55 PM, John Hartney <JHartney@kreindler.com> wrote:

Sorry there was one

---

**From:** John Fawcett
**Sent:** Monday, July 12, 2021 11:38 AM
**To:** Michael Isikoff <misikoff@verizonmedia.com>
**Subject:**

**John Fawcett**

<image001.jpg>

**Kreindler & Kreindler LLP**
485 Lexington Ave       T: 212.973.3469    ·   E-mail: jfawcett@kreindler.com
New York, NY 10017      F: 212.972.9432    ·   Web:    www.kreindler.com

🌎 Please consider the environment before printing this e-mail.

<2021 5-6 Unclassified_privilege_log_updated_May 6 2021.pdf>