**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Sunday, September 26, 2021 5:34 PM EDT
**To:** Steven R. Pounian <Spounian@kreindler.com>
**Subject:** Isikoff - Kreindler
**Attachment(s):** "Kreindler Declaration.docx"

Hi –

Mystery solved – John Hartney forgot to forward to me the first email, which has the subject line "checking in." And Isikoff called Jim twice the week before that email exchange. I've got all of the emails here:

[Redacted]

Thanks
Megan

**Megan Benett**
Partner

**KREINDLER**

Kreindler & Kreindler LLP
485 Lexington Ave
New York, NY 10017

T: 212.973.3406 · E-mail: mbenett@kreindler.com
F: 212.972.9432 · Web: www.kreindler.com

Please consider the environment before printing this e-mail.

KK 65 page 1 of 1