**ATTORNEY WORK PRODUCT** **CONFIDENTIAL**

**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Sunday, September 26, 2021 5:43 PM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Isikoff search terms

Just confirming –

I need all incoming and outgoing and in any delete folders of the following email addresses between June 1 and August 1:

to misikoff@yahoo-inc.com, misikoff@oath.com, misikoff@verizonmedia.com and misikoff52@gmail.com

Please send all to me in the original / native format.

Thanks!
Megan

**Megan Benett**
Partner

**KREINDLER**  **Kreindler & Kreindler LLP**
485 Lexington Ave         T: 212.973.3406    ·    E-mail:  mbenett@kreindler.com
New York, NY 10017       F: 212.972.9432    ·    Web:      www.kreindler.com

🌍 Please consider the environment before printing this e-mail.