## Short Message Report

| Conversations: 1 | Participants: 3 |
| --- | --- |
| Total Messages: 52 | Date Range: 6/9/2021 - 9/12/2021 |

## Outline of Conversations

   **IM (Phone) : [Sullivan Laura (+12027447185),Fawcett, John]** • 52 messages between 6/9/2021 - 9/12/2021 • Fawcett, John • Sullivan Laura (+12027447185)

Confidential and Subject to Protective Order

**KSAX-0012**
Case No.
03-md-1570

JFawcett_0000007

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0012, Page 1 of 5**

**Messages in chronological order** (times are shown in GMT -04:00)

---

### IM (Phone) : [Sullivan Laura (+12027447185),Fawcett, John]

**SL**    **Sullivan Laura (+12027447185)**    6/9/2021, 9:55 AM
Hi John! It's Laura Sullivan from NPR. Hope the day is going well with the deposition. I'm sure you guys are swamped. Wanted to touch base about tomorrow and what might work best. Looking forward to meeting!

**US**    **Unknown Sender**    6/10/2021, 3:25 AM
Hi Laura, if you can't get me then contact Julia Sienski 714 264 9389

**US**    **Unknown Sender**    6/10/2021, 5:29 AM
Laura, whats your email address? I need to send you our covid form

**SL**    **Sullivan Laura (+12027447185)**    6/10/2021, 5:36 AM
Lsullivan@npr.org

**SL**    **Sullivan Laura (+12027447185)**    6/10/2021, 5:38 AM
Liked "Hi Laura, if you can't get me then contact Julia Sienski 714 264 9389"

**SL**    **Sullivan Laura (+12027447185)**    6/10/2021, 5:38 AM
I have one call and should be there around 1030-11

**SL**    **Sullivan Laura (+12027447185)**    6/10/2021, 5:47 AM
Can you shoot me the address?

**US**    **Unknown Sender**    6/10/2021, 5:48 AM
485 Lexington 28th flr

**US**    **Unknown Sender**    6/10/2021, 5:48 AM
46th st

**SL**    **Sullivan Laura (+12027447185)**    6/10/2021, 6:49 AM
I'm here

**SL**    **Sullivan Laura (+12027447185)**    6/21/2021, 9:36 AM
Hi John! Got a minute? No rush!

**SL**    **Sullivan Laura (+12027447185)**    6/23/2021, 5:40 AM
Hi again! Wondering if you may be out this week. Would love to talk if you get a chance. I'm going to make a couple calls but wanted to talk to you first. If you're on vacay ignore this 😊

**US**    **Unknown Sender**    6/23/2021, 5:48 AM
Hi Laura, deps every day. Will try to call this aft.

**SL**    **Sullivan Laura (+12027447185)**    6/23/2021, 5:53 AM
Ahh so no umbrella drinks. Thanks John!

**SL**    **Sullivan Laura (+12027447185)**    8/7/2021, 7:32 AM
Hi John I'm going to be in NYC Tuesday! Are you around? Can I stop by the office and talk hijacker info? I'm struggling to keep all the data points straight/ figure out what I should focus on. I could really use your expertise!!

**US**    **Unknown Sender**    8/9/2021, 12:21 PM
Efrain's email is justice030@aol.com he's open to having a coffee

**SL**    **Sullivan Laura (+12027447185)**    8/9/2021, 12:24 PM

| | | | |
|---|---|---|---|
| | | | That's wonderful! I'll see if he's around Wednesday. Can I stop by on Wednesday and pester you for an hour? I need to get my head straight! too much good stuff. |

SL  Sullivan Laura  (+12027447185)  8/10/2021, 4:41 PM
Efrain was amazing. Thanks so much!  Please let me know if you have some time tomorrow. I could really use your help. Phone records especially.

US  Unknown Sender  8/10/2021, 5:33 PM
I think I'll be in the office. Give me a call about 10.

SL  Sullivan Laura  (+12027447185)  8/10/2021, 7:01 PM
Will do!

SL  Sullivan Laura  (+12027447185)  8/11/2021, 10:32 AM
Hi John  I'm downstairs

SL  Sullivan Laura  (+12027447185)  8/11/2021, 10:34 AM
Let me know if I should come up or wait here

SL  Sullivan Laura  (+12027447185)  8/11/2021, 10:36 AM
Guy is sending me up

US  Unknown Sender  8/11/2021, 10:36 AM
Ok

SL  Sullivan Laura  (+12027447185)  9/3/2021, 7:52 AM
Hi John - my (mini) story is airing early next week. Do you have a couple minutes today for a quick fact check? I want to run a couple things by you before I put them on air

SL  Sullivan Laura  (+12027447185)  9/3/2021, 8:11 AM
Was it jarrah or thumairy who left the country two weeks before the attacks?

SL  Sullivan Laura  (+12027447185)  9/7/2021, 10:10 AM
Just a heads up that the story is running on All Things Considered today at about 5 pm after the newscast.  I'll send a link when it airs!

US  Unknown Sender  9/7/2021, 1:26 PM
Good piece Laura.  You hit all the right points.  Even made Zelikow sound like a potential supporter!  Also you raised the expectation re the 2016 report.    Good.

SL  Sullivan Laura  (+12027447185)  9/7/2021, 1:29 PM
Good!!! I found Zelikow very surprising too ... Kellogg keeps saying nothing changes the 9/11 report, but even Zelikow is like it was a beginning, not an end. Hardly an exoneration.

SL  Sullivan Laura  (+12027447185)  9/7/2021, 1:29 PM
Dying to see what they actually release this week!

SL  Sullivan Laura  (+12027447185)  9/9/2021, 8:34 AM
This request *seems* positive ... like they want to release more underlying info? What's your take?

US  Unknown Sender  9/9/2021, 10:59 AM
Yes. I agree.  Two reasons it seems positive.  The 2016 report contains phone analysis, a strong part of the evidence and second it will be public (not redacted).

SL  Sullivan Laura  (+12027447185)  9/9/2021, 11:00 AM
Got it!  Really cutting it close with the deadline..!!

SL  Sullivan Laura  (+12027447185)  9/9/2021, 12:29 PM

Confidential and Subject to Protective Order

JFawcett_0000009

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0012, Page 3 of 5**

| | | | |
|---|---|---|---|
| | | Please keep me posted as soon as anything is released *hopefully* tomorrow!!! | |
| US | **Unknown Sender** <br> You got it. Phone records. That's the key. | | 9/9/2021, 2:41 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Liked "You got it. Phone records. That's the key." | | 9/9/2021, 2:41 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Saw the judge granted the motion! Now what happens? | | 9/10/2021, 10:38 AM |
| US | **Unknown Sender** <br> Waiting for shoe to drop. The WH told us it will be on a website. | | 9/10/2021, 1:28 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Ok! | | 9/10/2021, 1:28 PM |
| SL | **Sullivan Laura (+12027447185)** <br> What the hell is going on with this thing? | | 9/10/2021, 6:34 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Who do you think PII is? | | 9/11/2021, 5:31 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Sorry I mean on page 6 - the person who was "tasked by Thumairy to assist Hazmi and Midhar" | | 9/11/2021, 5:33 PM |
| US | **Unknown Sender** <br> Give me a minute | | 9/11/2021, 6:21 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Liked "Give me a minute" | | 9/11/2021, 6:21 PM |
| SL | **Sullivan Laura (+12027447185)** <br> I have to file story ASAP - let me know if you have any idea who was tasked by Thumairy ! | | 9/11/2021, 6:21 PM |
| SL | **Sullivan Laura (+12027447185)** <br> And who the phone buddies are in the previous paragraph | | 9/11/2021, 6:22 PM |
| US | **Unknown Sender** <br> Megan says no problem for those two documents. | | 9/12/2021, 1:23 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Excellent!!! | | 9/12/2021, 1:23 PM |
| SL | **Sullivan Laura (+12027447185)** <br> How do you pronounce Mutaib al sudairy? Moo-tabe al Sudairy (as in dairy comes from cows) ? | | 9/12/2021, 2:58 PM |
| US | **Unknown Sender** <br> Moo tie ab | | 9/12/2021, 2:59 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Ahh like he has abs | | 9/12/2021, 2:59 PM |
| SL | **Sullivan Laura (+12027447185)** <br> Thank you!! | | 9/12/2021, 3:00 PM |

Confidential and Subject to Protective Order

JFawcett_0000010

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0012, Page 4 of 5**

Confidential and Subject to Protective Order

JFawcett_0000011

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0012, Page 5 of 5**