| | |
|---|---|
| **From:** | Young, Christopher M. |
| **To:** | "Steven R. Pounian"; "rkry@mololamken.com"; "Nitz, Eric"; Kabat, Alan; "zJodi W. Flowers"; Kreindler, James; Maloney, III, Andrew; "Megan Benett"; "John Fawcett"; "Debra Pagan"; "Cashon, Richard"; "SCarter1@cozen.com"; Tarbutton, Joseph; "Strong, Bruce"; "zRobert Haefele"; Goldman, Jerry |
| **Cc:** | Kellogg, Michael K.; Rapawy, Gregory G.; Shen, Andrew C. |
| **Subject:** | Updated CV for Musaed Al Jarrah |
| **Date:** | Thursday, June 10, 2021 5:42:29 PM |
| **Attachments:** | Musaed Al Jarrah CV.pdf |

Counsel,

Attached is an updated copy of Musaed Al Jarrah's CV. As previously noted, Mr. Al Jarrah will be testifying in Arabic.

Best regards,

Chris Young

**Christopher M. Young**

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7927

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

KSAX-0031

Case No. 03-md-1570