```
 1         UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
 2                   - - -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                          - - -
 8              JUNE 17, 2021
          THIS TRANSCRIPT CONTAINS
 9          CONFIDENTIAL MATERIAL
                          - - -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of MUSSAED AL
14   JARRAH, commencing at 7:04 a.m., on the
15   above date, before Amanda Maslynsky-Miller,
16   Certified Realtime Reporter and Notary
17   Public in and for the Commonwealth of
18   Pennsylvania.
19
20                   - - -
21       GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22             deps@golkow.com
23
24
```

KSAX-0032
Case No. 03-md-1570

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2
 3        KREINDLER & KREINDLER LLP
          BY: MEGAN WOLFE BENETT, ESQUIRE
 4        BY: STEVEN R. POUNIAN, ESQUIRE
          BY: JAMES P. KREINDLER, ESQUIRE
 5        BY: ANDREW J. MALONEY III, ESQUIRE
          485 Lexington Avenue, 28th Floor
 6        New York, New York 10017
          (212) 687-8181
 7        mbenett@kreindler.com
          spounian@kreindler.com
 8        jkreindler@kreindler.com
          amaloney@kreindler.com
 9        Representing the Ashton, et al.,
          Plaintiffs
10
11
12        COZEN O'CONNOR P.C.
          BY: SEAN P. CARTER, ESQUIRE
13        BY: J. SCOTT TARBUTTON, ESQUIRE
          One Liberty Place
14        1650 Market Street
          Suite 2800
15        Philadelphia, Pennsylvania 19103
          (215) 665-2000
16        scarter1@cozen.com
          starbutton@cozen.com
17        Representing the Plaintiffs
18
19
20        ANDERSON KILL P.C.
          BY: JERRY S. GOLDMAN, ESQUIRE
21        1251 Avenue of the Americas
          New York, New York 10020
22        (212) 278-1000
          jgoldman@andersonkill.com
23        Representing the Plaintiffs'
          Steering Committee
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES:  (Continued)
 2
 3           MOTLEY RICE LLC
             BY: ROBERT T. HAEFELE, ESQUIRE
 4           BY: JADE A. HAILESELASSIE, ESQUIRE
             BY: C. ROSS HEYL, ESQUIRE
 5           28 Bridgeside Boulevard
             Mount Pleasant, South Carolina 29464
 6           (843) 216-9000
             rhaefele@motleyrice.com
 7           jhaileselassie@motleyrice.com
             rheyl@motleyrice.com
 8           Representing the Plaintiffs' Steering
             Committee and the Burnett Plaintiffs
 9
10
11
             BAUMEISTER & SAMUELS, PC
12           BY: DOROTHEA M. CAPONE, ESQUIRE
             140 Broadway
13           46th Floor
             New York, New York 10005
14           (212) 363-1200
             tcapone@baumeisterlaw.com
15           Representing the Plaintiff,
             Ashton, et al., Plaintiffs
16
17
18
             SHEPS LAW GROUP P.C
19           BY: ROBERT SHEPS, ESQUIRE
             35 Pinelawn Road
20           Suite 106 East
             Melville, New York 11747
21           (631) 249-5600
             rsheps@shepslaw.com
22           Representing Plaintiff Charter
             Oak Insurance Company
23
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3          FORD MARRIN ESPOSITO WITMEYER &
             GLESER, LLP
 4          BY: CATHERINE B. ALTIER, ESQUIRE
             Wall Street Plaza, 16th Floor
 5          New York, New York 10005
             (212) 269-4900
 6          cbaltier@fordmarrin.com
             Representing the Plaintiffs,
 7          Continental Casualty Company,
             Transcontinental Insurance Company,
 8          Transportation Insurance Company,
             Valley Forge Insurance Company,
 9          National Fire Insurance Company of
             Hartford, and American Casualty
10          Company of Reading, Pennsylvania
11
12
             SPEISER KRAUSE, PC
13          BY: JEANNE M. O'GRADY, ESQUIRE
             800 Westchester Avenue
14          Suite S-608
             Rye Brook, New York 10573
15          (914) 220-5333
             jog@speiserkrause.com
16          Representing the Plaintiff's
             Steering Committee
17
18
19
             LOCKE LORD LLP
20          BY:  ANN TAYLOR, ESQUIRE
             111 South Wacker Drive
21          Chicago, Illinois 60606
             (312) 443-0689
22          ataylor@lockelord.com
             Representing the Plaintiff, Global
23          Aerospace, Inc, et al.
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3          KELLOGG, HANSEN, TODD, FIGEL &
            FREDERICK, P.L.L.C.
 4          BY: ANDREW C. SHEN, ESQUIRE
            BY: CHRIS YOUNG, ESQUIRE
 5          BY: MICHAEL K. KELLOGG, ESQUIRE
            1615 M Street, N.W.
 6          Suite 400
            Washington, D.C. 20036
 7          (202) 326-7900
            ashen@kellogghansen.com
 8          cyoung@kellogghansen.com
            mkellogg@kellogghansen.com
 9          Representing the Defendant,
            Kingdom of Saudi Arabia
10
11
12          JONES DAY
            BY: ERIC SNYDER, ESQUIRE
13          BY: STEVEN COTTREAU, ESQUIRE
            BY: ABIGAEL BOSCH, ESQUIRE
14          51 Louisiana Avenue, N.W.
            Washington, D.C. 20001
15          (202) 879-3939
            esnyder@jonesday.com
16          scottreau@jonesday.com
            abosch@jonesday.com
17          Representing the Defendant,
            Dubai Islamic Bank
18
19
            MOLOLAMKEN LLP
20          BY: ERIC R. NITZ, ESQUIRE
            BY: ROBERT K. KRY, ESQUIRE
21          600 New Hampshire Avenue, N.W.
            Washington, D.C. 20037
22          (202) 556-2000
            enitz@mololamken.com
23          rkry@mololamken.com
            Representing the Defendant,
24          Dallah Avco
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY: SUMAYYA KHATIB, ESQUIRE
 4        1101 New York Avenue, N.W.
          Suite 1000
 5        Washington, D.C. 20005
          (202) 833-8900
 6        sumayya.khatib@lbkmlaw.com
          Representing the Defendants,
 7        Muslim World League, the
          International Islamic Relief
 8        Organization, and
          Drs. Turki, Al-Obaid, Naseef and Basha
 9
10
11
12        LAW FIRM OF OMAR T. MOHAMMEDI, LLC
          BY: STEVE SEIGLER, ESQUIRE
13        233 Broadway
          Suite 820
14        New York, New York 10279
          (212) 725-3846
15        sseigler@otmlaw.com
          Representing the Defendant,
16        WAMY and WAMY International
17
18
     ALSO PRESENT:
19
     David Lane, Videographer
20   Dianne Int-Hout, Trial Technician
21
     John Fawcett, Staff, Kreindler & Kreindler
22   Debra Pagan, Paralegal, Kreindler & Kreindler
     Julia Sienski, Client Liaison, Kreindler &
23   Kreindler
     Catherine Hunt, Consultant, Kreindler &
24   Kreindler
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2   ALSO PRESENT:
 3
     Raymond Rivera, IT, Cozen O'Connor
 4
 5   Richard Cashon, Paralegal, Motley Rice
 6
     Bachar Al-Halabi, Interpreter
 7   Marwan Abdel-Rahman, Interpreter
     Rodina Mikhail, Interpreter
 8   Ed Beeter, Check Interpreter
 9
     Ziad al-Sudiary
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
       I, Amanda Maslynsky-Miller, Certified
 4  Realtime Reporter, do hereby certify that
    prior to the commencement of the examination,
 5  MUSSAED AL JARRAH, was remotely sworn by me
    to testify to the truth, the whole truth and
 6  nothing but the truth.
 7
       I DO FURTHER CERTIFY that the foregoing is a
 8  verbatim transcript of the testimony as taken
    stenographically by me at the time, place and
 9  on the date hereinbefore set forth, to the
    best of my ability.
10
11     I DO FURTHER CERTIFY that I am neither a
    relative nor employee nor attorney nor
12  counsel of any of the parties to this action,
    and that I am neither a relative nor employee
13  of such attorney or counsel, and that I am
    not financially interested in the action.
14
15          [signature: Amanda Miller]
16  _____
    Amanda Miller
17  Certified Realtime Reporter
    Dated: June 27, 2021
18
19
    (The foregoing certification of this
20  transcript does not apply to any reproduction
    of the same by any means, unless under the
21  direct control and/or supervision of the
    certifying reporter.)
22
23
24
```