

## EPISODE DETAILS

### Bonus Episode 2: "Khashoggi and the 9/11 lawsuit"

In the fall of 2017, Jamal Khashoggi secretly met with a former FBI agent working for the legal team suing the Saudi government for alleged complicity in the terror attacks of 9/11. Although he had for years been a loyal defender of his government, Khashoggi now suggested he might be willing to help the families of 9/11 victims demanding accountability from the Saudi regime. Did the Saudis know about his surprise offer? And what are the questions still unanswered about the role of some Saudi officials in allegedly helping to facilitate the attacks. In this special bonus episode of Conspiracyland-- Khashoggi and the 9/11 lawsuit-- we dive into those issues with interviews with former FBI agent Catherine Hunt, Jim Kreindler, the chief lawyers for the families of 9/11 victims and legendary former agent Ali Soufan, who spent years investigating Al Qaeda.

See acast.com/privacy for privacy and opt-out information.

### MORE FROM CONSPIRACYLAND

Bonus Episode 2: "Khashoggi and the 9/11 lawsuit"   49:52
Jul 10, 2021



Bonus Episode 1: "Training the Assassins"   31:55
Jul 08, 2021



Episode 8: "Anatomy of a Cover-up"   50:38
Jul 08, 2021

https://play.acast.com/s/conspiracyland/bonusepisode2-khashoggiandthe9-11lawsuit

**KSAX-0038**

Case No.
03-md-1570

 Episode 7: "A Tale of Two Women" — 39:47
Jul 05, 2021

 Episode 6: "Influence Operations" — 40:49
Jul 01, 2021

 Episode 5: "The Rise of the Bullet Guy" — 36:34
Jun 28, 2021

 Episode 4: "A Revolution Crushed" — 34:00
Jun 24, 2021

 Episode 3: "Jamal and Osama" — 29:33
Jun 21, 2021

 Episode 2: "The Arms Dealer's Harem" — 28:41
Jun 17, 2021

 Episode 1: "The Henchman" — 52:34
Jun 14, 2021

Load More

# Acast

