UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

## DECLARATION OF JOHN FAWCETT

I, John Fawcett, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

1. I have worked for the 9/11 Families as a researcher and consultant to Kreindler & Kreindler ("Kreindler") since 2002.

2. As I told Kreindler for the first time earlier today, in early July 2021 I sent a redacted version of the transcript of the deposition of Musaed al Jarrah to Michael Isikoff. The redacted portions of the deposition I sent to Michael Isikoff were focused on Musaed al Jarrah's testimony about his possession of child pornography. I did not send any FBI protected portions of the deposition to Michael Isikoff.

3. Until today, no one other than Michael Isikoff and I knew that I sent the redacted transcript to Michael Isikoff. I sent the transcript to Michael Isikoff using a non-Kreindler e-mail address. I did so to prevent the lawyers and staff of Kreindler from knowing about my intended action and to prevent them from stopping me, should they wish to do so. No one from Kreindler directed me to send the transcript to Michael Isikoff and I took steps so that no one from Kreindler would know what I had done.

4. I felt compelled to release the information because I thought that the media was the only venue available to protect the public and children from Musaed al Jarrah and his

KSAX-0056J

Case No.
03-md-1570

KSAX-0056J, Page 1 of 2

conduct. After the revelations at the deposition that he was a child pornographer, I did not believe that Musaed al Jarrah's criminal acts should remain a secret. The Saudi government's invocations of diplomatic immunity and the FBI's claims of secrecy about its own relationship with Musaed al Jarrah only served to protect Musaed al Jarrah rather than expose his dangers to children. No one was taking action to protect the children at risk because of the conduct of Musaed al Jarrah. I had a personal interest because Musaed al Jarrah worked for Saudi Arabia as a diplomat in Morocco for many years and still lives there, ▮▮▮▮▮ and I know from my prior international humanitarian and human rights work that Morocco has a dreadful history of child sex trafficking.

    5.    I accept responsibility for my actions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
September 27, 2021

By: _____
JOHN FAWCETT

2

KSAX-0056J, Page 2 of 2