**KREINDLER** LLP

www.kreindler.com

## John Hartney

LAN ADMINISTRATOR

jhartney@kreindler.com
212.973.3491

**KSAX-0074**

Case No.
03-md-1570

© 2021 Kreindler & Kreindler LLP. All right reserved.

800.331.2782

New York · Boston · Los Angeles

**KSAX-0074, Page 1 of 1**