## SIGNAL MESSAGES - ANDROID

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | +12022582535 |
| | +19175360803 |
| Local user | +19175360803 |
| **CONVERSATION DETAILS** | |
| Number of messages | 13 |
| First message sent date/time | 7/3/2021 7:14:50 PM |
| Last message sent date/time | 7/5/2021 4:23:03 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**+12022582535** — Received — 7/3/2021 7:14:50 PM
Try calling me - it's not going thru on signal

**+19175360803** — Sent — 7/3/2021 7:15:15 PM
Call

**+19175360803** — Sent — 7/3/2021 7:16:22 PM
Call

**+12022582535** — Received

**KSAX-0082**
Case No.
03-md-1570

Confidential and Subject to Protective Order          JFawcett_0000019
**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0082, Page 1 of 3**





**+19175360803** — Sent — 7/3/2021 7:23:40 PM
Call

**+12022582535** — Received — 7/5/2021 1:46:47 PM
Call

**+12022582535** — Received — 7/5/2021 4:22:58 PM
Did thumairy also invoke Vienna convention?