ATTORNEY WORK PRODUCT

CONFIDENTIAL

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, July 21, 2021 5:14 PM EDT
**To:** Jim Kreindler <JKreindler@kreindler.com>; Steven R. Pounian <Spounian@kreindler.com>; Megan Benett <Mbenett@kreindler.com>
**Subject:** Jarrah

I asked John Hartney to search the outgoing email boxes of the KK 9/11 team since we received the Jarrah depo transcript on June 28 to see if anyone sent the Jarrah transcript to anyone outside the firm. He looked at Jim, Duke, Steve, John, Megan, Julia, Debbie, Lisa and Izabela.  He found no evidence that the transcript was sent to anyone outside the firm.

I asked him to also look for any emails to Mike Isikoff in the last month and he will finish that separate search tomorrow.  I told him we may be asked to have him sign an affidavit some day but not at this time.

Sent from my iPhone

KSAX-0084

Case No.
03-md-1570

KK00884

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0084, Page 1 of 1