ATTORNEY WORK PRODUCT

CONFIDENTIAL

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Tuesday, August 31, 2021 5:40 PM EDT
**To:** John Fawcett <Jfawcett@kreindler.com>
**Subject:** FW: Hartney declaration on Jarrah Search

---

**From:** John Hartney
**Sent:** Tuesday, August 31, 2021 4:46 PM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Re: Hartney declaration on Jarrah Search

Duke i searched John's email for [Redacted] bet the dates june 1 to aug 1 and i didnt find an email he send to that address with the Jarrah Transcript

**John Hartney**
LAN Administrator

Kreindler & Kreindler LLP
485 Lexington Ave         T: 212.973.3491    E-mail: jhartney@kreindler.com
New York, NY 10017        F: 212.972.9432    Web: www.kreindler.com

Please consider the environment before printing this e-mail.

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Tuesday, August 31, 2021 12:21 PM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** FW: Hartney declaration on Jarrah Search

---

**From:** John Fawcett
**Sent:** Tuesday, August 31, 2021 12:12 PM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** RE: Hartney declaration on Jarrah Search

[Redacted]

KSAX-0097
Case No.
03-md-1570

KK00550

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0097, Page 1 of 1