ATTORNEY WORK PRODUCT                                                                                    CONFIDENTIAL

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, September 01, 2021 10:28 AM EDT
**To:** John Fawcett <Jfawcett@kreindler.com>; John Hartney <JHartney@kreindler.com>
**Subject:** RE: [redacted] - and J tran.

Please contact him and find out – very impt to know the answer

**From:** John Fawcett <Jfawcett@kreindler.com>
**Sent:** Wednesday, September 1, 2021 10:24 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>; John Hartney <JHartney@kreindler.com>
**Subject:** RE: [redacted] and J tran.

I thought it was Jarrah, but I'm not sure. I don't think he ever even looked at it. I don't remember discussing much about it with him. Maybe we sent him a sharefile link

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, September 1, 2021 10:18 AM
**To:** John Fawcett <Jfawcett@kreindler.com>; John Hartney <JHartney@kreindler.com>
**Subject:** RE: [redacted] - and J tran.

You should have it in your sent email box, no?

Are you sure you emailed it to him and not a different transcript?

**From:** John Fawcett <Jfawcett@kreindler.com>
**Sent:** Wednesday, September 1, 2021 10:14 AM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>; John Hartney <JHartney@kreindler.com>
**Subject:** RE: [redacted] and J tran.

If he cant find it, how can I? I'm getting creeped out by this process.

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, September 1, 2021 10:12 AM
**To:** John Fawcett <Jfawcett@kreindler.com>; John Hartney <JHartney@kreindler.com>
**Subject:** [redacted] and J tran.

John Fawcett can you send us a copy of the email you sent to [Redacted] any idea why John Hartney would not have found it?

KSAX-0098
Case No.
03-md-1570

KK00817

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0098, Page 1 of 1