ATTORNEY WORK PRODUCT                                           CONFIDENTIAL

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Thursday, September 02, 2021 5:03 PM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** FW: Three deps for review FIRST EMAIL
**Attachment(s):** "2021 02-10 Al Qattan Transcript.pdf","Jarrah Deposition Complete ROUGH.pdf","june232021.txt"

**From:** [Redacted]
**Sent:** Wednesday, September 1, 2021 4:12 PM
**To:** Andrew J. Maloney <AMaloney@kreindler.com>
**Subject:** Fw: Three deps for review FIRST EMAIL

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 6th, 2021 at 10:30 PM, John Fawcett <Jfawcett@kreindler.com> wrote:

> You can't email these around to people that haven't signed the protective order.
>
> John Fawcett
>
> KREINDLER LLP
> Kreindler & Kreindler LLP
> 485 Lexington Ave          T: 212.973.3469   ·   E-mail: jfawcett@kreindler.com
> New York, NY 10017         F: 212.972.9432   ·   Web:    www.kreindler.com
>
> Please consider the environment before printing this e-mail.

KSAX-0099
Case No.
03-md-1570

KK00799

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0099, Page 1 of 1