ATTORNEY WORK PRODUCT										CONFIDENTIAL

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Friday, September 24, 2021 5:16 PM EDT
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** Re: Hartney Declaration 5pm

That's better

---

**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Friday, September 24, 2021 5:15:44 PM
**To:** Steven R. Pounian <Spounian@kreindler.com>
**Subject:** RE: Hartney Declaration 5pm

We could also say "allowed to access"

---

**From:** Steven R. Pounian
**Sent:** Friday, September 24, 2021 5:15 PM
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** Hartney Declaration 5pm

I will keep thinking about this sentence...

The only Kreindler personnel told how to access the Jarrah transcripts were Jim Kreindler, Steven R. Pounian, Andrew J. Maloney,

Megan Wolfe Benett, John Fawcett, Debra Pagan, Julia Sienski and Lisa Ranieri.

KSAX-0101
Case No. 03-md-1570
KK01264

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0101, Page 1 of 1**