ATTORNEY WORK PRODUCT                                                                      CONFIDENTIAL

**Sent:** Monday, September 27, 2021 12:20 PM EDT
**To:** Steven R. Pounian <Spounian@kreindler.com>; Megan Benett <Mbenett@kreindler.com>
**Attachment(s):** "Declaration.docx"

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

KSAX-0108
Case No. 03-md-1570

KK01464

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0108, Page 1 of 1**