ATTORNEY WORK PRODUCT                                                                                           CONFIDENTIAL

## Declaration

I have been working for the 9/11 Families as a consultant to Kreindler & Kreindler since 2002. I sent a redacted version of the transcript of the deposition of Musaed al Jarrah to Michael Isikoff in early July, 2021. The redacted portions related to the sections of the deposition which were taken subject to the FBI protective order and irrelevant to the issue at hand, evidence of Jarrah's use of child pornography.

Musaed al Jarrah was the subject of an FBI investigation known as Operation Encore into the Saudi government's support to the 9/11 Plot. Musaed al Jarrah instructed two other Saudi government officials Fahad al Thumairy and Omar al Bayoumi to assist the hijackers in carrying out the plot which resulted in thousands of deaths and injuries.

Musaed al Jarrah was an employee of the Saudi government at its Embassy in Washington DC from 1991 until 2006. During this period of time, and in the locale of Washington DC and Northern Virginia, Musaed al Jarrah committed the criminal acts of terrorism support and possession of child pornography.

No one at Kreindler & Kreindler instructed me to send the transcript to Michael Isikoff nor did anyone at Kreindler & Kreindler have any knowledge of my sending it to Mr. Isikoff. Nor did any consultant or anyone else have any knowledge of my sending the transcript to Mr. Isikoff. Until today, no one aside from myself and Michael Isikoff, was aware that I sent the Jarrah transcript to him.

I sent the transcript to Mr. Isikoff via a non-Kreindler email address. I did so to prevent the partners and staff of Kreindler & Kreindler from knowing about my intended action and to prevent them from stopping me, should they wish to do so.

A protective order should not extend to cover evidence of a criminal act such as possessing and viewing child pornography. The FBI continued to protect Musaed al Jarrah by calling the relationship between the FBI and Jarrah a 'State Secret.' The Kingdom of Saudi Arabia continued to protect their Embassy official by invoking Diplomatic Immunity. Neither has brought legal action despite clear evidence a crime had been committed and there is no evidence to demonstrate that Jarrah has ceased his criminal activity.

The protective order should not be used to cover up evidence of a crime that is not being adjudicated.

If the Saudi Government, the FBI, and the Federal Court of the Southern District of New York continue to protect Musaed al Jarrah rather than prosecute him, then the public at least must be forewarned in order to have some chance to protect themselves. The only venue for such warning is the media.

After the revelations at the deposition that he was a child pornographer, I could not allow Musaed al Jarrah's criminal acts to remain secret, when I had the opportunity to do something about it.

I released the information.

I accept all responsibility for my actions.

Under penalty of perjury, I swear this declaration to be the truth.

KSAX-0108A

Case No.
03-md-1570

KK01465

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0108A, Page 1 of 2

**ATTORNEY WORK PRODUCT**                                                                                       **CONFIDENTIAL**

September    , 2021
_____

KK01466

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0108A, Page 2 of 2**