ATTORNEY WORK PRODUCT

CONFIDENTIAL

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Monday, September 27, 2021 1:41 PM EDT
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** Declaration 1
**Attachment(s):** "Declaration 1.docx"

KSAX-0109
Case No.
03-md-1570

KK01183

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0109, Page 1 of 1