ATTORNEY WORK PRODUCT

CONFIDENTIAL

I have worked for the 9/11 Families as a consultant to Kreindler & Kreindler since 2002.

As I told Kreindler & Kreindler for the first time earlier today, in early July 2021 I sent a redacted version of the transcript of the deposition of Musaed al Jarrah to Michael Isikoff. The redacted portions of the deposition I sent to Michael Isikoff were limited to Jarrah's possession of child pornography. I did not send any other portions of the deposition to Michael Isikoff.

Until today, no one other than Michael Isikoff and I knew that I sent the redacted transcript to Michael Isikoff. I sent the transcript to Michael Isikoff using a non-Kreindler e-mail address. I did so to prevent the partners and staff of Kreindler & Kreindler from knowing about my intended action and to prevent them from stopping me, should they wish to do so. Until today, I had told Kreindler & Kreindler that I did not know how Michael Isikoff had obtained the transcript.

I felt compelled to release the information because I thought that the media was the only venue available to protect the public and children from Musaed al Jarrah and his conduct. After the revelations at the deposition that he was a child pornographer, I did not believe that Musaed al Jarrah's criminal acts should remain a secret. The Saudi government's invocations of diplomatic immunity and the FBI's claims of secrecy about its own relationship with Musaed al Jarrah only served to protect Musaed al Jarrah rather than expose his dangers to children. No one was taking action to protect the children at risk because of the conduct of Musaed al Jarrah. I had a personal interest because Musaed al Jarrah worked for Saudi Arabia as a diplomat in Morocco for many years ███████████████████████.

I accept responsibility for my actions.

KSAX-0109A

Case No.
03-md-1570

KK01184

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0109A, Page 1 of 1