ATTORNEY WORK PRODUCT                                                                CONFIDENTIAL

**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Monday, September 27, 2021 1:47 PM EDT
**To:** Steven R. Pounian <Spounian@kreindler.com>
**Subject:** RE: Declaration 1
**Attachment(s):** "Declaration 1 Edits.docx"

It's good.  I added one bit toward the end – see attached.

---

**From:** Steven R. Pounian
**Sent:** Monday, September 27, 2021 1:42 PM
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** Declaration 1

KSAX-0110

Case No.
03-md-1570

KK01392

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0110, Page 1 of 1