ATTORNEY WORK PRODUCT                                                                                                         CONFIDENTIAL

**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Monday, September 27, 2021 2:15 PM EDT
**To:** Justin T. Green <JGreen@kreindler.com>
**Attachment(s):** "Declaration 1.docx"

**Megan Benett**
Partner

**KREINDLER**   **Kreindler & Kreindler LLP**
485 Lexington Ave        T: 212.973.3406    ·   E-mail: mbenett@kreindler.com
New York, NY 10017      F: 212.972.9432    ·   Web:    www.kreindler.com

Please consider the environment before printing this e-mail.

KSAX-0112
Case No.
03-md-1570

KK00776

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0112, Page 1 of 1**