ATTORNEY WORK PRODUCT  CONFIDENTIAL

**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Monday, September 27, 2021 5:03 PM EDT
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: Isikoff declaration

Yes – I had to make some changes to yours. Also need to discuss something with you – can I call you in 5?

**From:** John Hartney
**Sent:** Monday, September 27, 2021 5:01 PM
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** RE: Isikoff declaration

Are we still filing the declarations and exhibits today?

**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Monday, September 27, 2021 10:40 AM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** RE: Isikoff declaration

Please call me – that language is drafted carefully and it does not say that it is restricted, in fact I was careful NOT to say that. It is accurate that the share drive is for use only by those involved in this case even though not restricted.

I'm at [Redacted] – let's discuss.

Thanks
Megan

**From:** John Hartney
**Sent:** Monday, September 27, 2021 10:27 AM
**To:** Megan Benett <Mbenett@kreindler.com>
**Subject:** FW: Isikoff declaration

I have a issue with this statement "That share drive is for use only by Kreindler attorneys and staff involved in this litigation" I don't think it is truthful because it was saved in the casemedia share and not the terror share(which is restricted) and everyone at Kreindler has access to everything in casemedia. Maybe I'm reading it wrong.

I reviewed all the emails they are complete

The .msg format is the native format for Outlook. I can copy them to a thumb drive for you

**From:** Megan Benett <Mbenett@kreindler.com>
**Sent:** Monday, September 27, 2021 9:56 AM
**To:** John Hartney <JHartney@kreindler.com>
**Subject:** Isikoff declaration

Hi John –

Please review this carefully and let me know if you have any comments or changes – you will be signing under penalty of perjury so we need to be sure it is 100% correct.

I put all of the emails in a folder here:

[Redacted]

Please check that folder to make sure that all emails are in there. Lisa will turn them into a PDF to file on the docket. I also want them in native format to provide to the Court on a disc. Can you help with that?

Email or call on 917-498-0565 if you want to discuss.

Thanks
Megan

**Megan Benett**
Partner

**Kreindler & Kreindler LLP**
485 Lexington Ave
New York, NY 10017
T: 212.973.3406
F: 212.972.9432
E-mail: mbenett@kreindler.com
Web: www.kreindler.com

Please consider the environment before printing this e-mail.

KSAX-0115
Case No. 03-md-1570

KK00829

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0115, Page 1 of 1