ATTORNEY WORK PRODUCT

CONFIDENTIAL

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Monday, September 27, 2021 6:53 PM EDT
**To:** John Fawcett <Jfawcett@kreindler.com>
**CC:** Megan Benett <Mbenett@kreindler.com>
**Subject:** Fawcett Declaration 9-27 645p
**Attachment(s):** "Fawcett Declaration 9-27 645p.docx"

John,
Here is the declaration – let's discuss when you are ready.  Thanks Steve

KSAX-0118
Case No.
03-md-1570

KK01467

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0118, Page 1 of 1