ATTORNEY WORK PRODUCT                                                                                      CONFIDENTIAL

**From:** John Fawcett
**Sent:** Monday, September 27, 2021 7:34 PM EDT
**To:** Steven R. Pounian <Spounian@kreindler.com>
**Subject:** RE: Fawcett Declaration 9-27 645p
**Attachment(s):** "Fawcett Declaration 9-27 645p.docx"

How about this

---

**From:** Steven R. Pounian <Spounian@kreindler.com>
**Sent:** Monday, September 27, 2021 7:06 PM
**To:** John Fawcett <Jfawcett@kreindler.com>
**Cc:** Megan Benett <Mbenett@kreindler.com>
**Subject:** Fawcett Declaration 9-27 645p

Use this one

KSAX-0120
Case No.
03-md-1570

KK01474

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0120, Page 1 of 1