Usage for: 9175360803

LOCAL AIRTIME, LONG DISTANCE and INTERNATIONAL CHARGES

Total use: 1216 minutes
Total charges: $0.00

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 7/4/2021 | 8:11 PM | [PERSONAL] | [PERSONAL] | 2 Min | Wi-Fi call | $0.00 |
| 7/4/2021 | 10:16 AM | [PERSONAL] | [PERSONAL] | 16 Min | Wi-Fi call | $0.00 |
| 7/4/2021 | 10:11 AM | [PERSONAL] | [PERSONAL] | 6 Min | Wi-Fi call | $0.00 |
| 7/4/2021 | 9:50 AM | VM Retrieval | 123 | 2 Min | Wi-Fi call | $0.00 |
| 7/3/2021 | 2:35 PM | to Washington/DC | (202) 258-2535 | 1 Min | -- | $0.00 |
| 7/3/2021 | 2:15 PM | Incoming | (202) 258-2535 | 3 Min | -- | $0.00 |
| 7/3/2021 | 2:13 PM | Incoming | (202) 258-2535 | 1 Min | -- | $0.00 |
| 7/3/2021 | 1:53 PM | to Washington/DC | (202) 258-2535 | 22 Min | -- | $0.00 |
| 7/2/2021 | 2:44 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 12 Min | Wi-Fi call | $0.00 |
| 7/2/2021 | 10:10 AM | [Jim Kreindler] | [Jim Kreindler] | 18 Min | Wi-Fi call | $0.00 |
| 7/2/2021 | 9:59 AM | [Izabela Szczesiak] | [Izabela Szczesiak] | 7 Min | Wi-Fi call | $0.00 |
| 7/1/2021 | 5:31 PM | [Megan Benett] | [Megan Benett] | 1 Min | Wi-Fi call | $0.00 |
| 7/1/2021 | 4:40 PM | to New York/NY | (646) 558-8656 | 1 Min | Wi-Fi call | $0.00 |
| 7/1/2021 | 4:40 PM | to New York/NY | (646) 558-8656 | 1 Min | -- | $0.00 |
| 7/1/2021 | 4:33 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | Wi-Fi call | $0.00 |
| 7/1/2021 | 4:03 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | Wi-Fi call | $0.00 |
| 7/1/2021 | 11:29 AM | [Julia Sienski] | [Julia Sienski] | 1 Min | Wi-Fi call | $0.00 |
| 6/30/2021 | 9:20 PM | VM Retrieval | 123 | 1 Min | Wi-Fi call | $0.00 |
| 6/30/2021 | 7:36 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 6/30/2021 | 7:24 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 6/30/2021 | 3:50 PM | VM Retrieval | 123 | 1 Min | Wi-Fi call | $0.00 |
| 6/30/2021 | 2:24 PM | [PERSONAL] | [PERSONAL] | 2 Min | Wi-Fi call | $0.00 |
| 6/30/2021 | 2:22 PM | [PERSONAL] | [PERSONAL] | 2 Min | Wi-Fi call | $0.00 |
| 6/30/2021 | 2:21 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/30/2021 | 2:20 PM | [PERSONAL] | [PERSONAL] | 1 Min | Wi-Fi call | $0.00 |
| 6/29/2021 | 5:54 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 6/29/2021 | 5:51 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 6/29/2021 | 6:58 AM | [Julia Sienski] | [Julia Sienski] | 1 Min | Wi-Fi call | $0.00 |
| 6/28/2021 | 6:34 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/28/2021 | 5:38 PM | [PERSONAL] | [PERSONAL] | 1 Min | Wi-Fi call | $0.00 |
| 6/28/2021 | 12:23 PM | [Jim Kreindler] | [Jim Kreindler] | 1 Min | Wi-Fi call | $0.00 |

CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0134, Page 1 of 6

JFawcett_0000047

KSAX-0134
Case No.
03-md-1570

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 6/28/2021 | 12:22 PM | [Jim Kreindler] | [Jim Kreindler] | 1 Min | Wi-Fi call | $0.00 |
| 6/28/2021 | 12:19 PM | [Megan Benett] | [Megan Benett] | 1 Min | Wi-Fi call | $0.00 |
| 6/28/2021 | 9:01 AM | [Megan Benett] | [Megan Benett] | 1 Min | Wi-Fi call | $0.00 |
| 6/28/2021 | 6:58 AM | [Julia Sienski] | [Julia Sienski] | 1 Min | Wi-Fi call | $0.00 |
| 6/27/2021 | 12:55 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/27/2021 | 12:53 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/27/2021 | 12:39 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | Wi-Fi call | $0.00 |
| 6/27/2021 | 12:28 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | Wi-Fi call | $0.00 |
| 6/27/2021 | 11:49 AM | [Debra Pagan] | [Debra Pagan] | 2 Min | Wi-Fi call | $0.00 |
| 6/27/2021 | 9:41 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | Wi-Fi call | $0.00 |
| 6/26/2021 | 7:31 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/26/2021 | 6:46 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/26/2021 | 6:41 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/26/2021 | 6:40 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/26/2021 | 6:31 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/26/2021 | 2:19 PM | [Jim Kreindler] | [Jim Kreindler] | 1 Min | Wi-Fi call | $0.00 |
| 6/25/2021 | 4:04 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | Wi-Fi call | $0.00 |
| 6/25/2021 | 3:59 PM | [Julia Sienski] | [Julia Sienski] | 5 Min | Wi-Fi call | $0.00 |
| 6/25/2021 | 3:56 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | Wi-Fi call | $0.00 |
| 6/25/2021 | 3:40 PM | [PERSONAL] | [PERSONAL] | 1 Min | Wi-Fi call | $0.00 |
| 6/25/2021 | 3:39 PM | [PERSONAL] | [PERSONAL] | 1 Min | Wi-Fi call | $0.00 |
| 6/25/2021 | 2:08 PM | [Megan Benett] | [Megan Benett] | 1 Min | Wi-Fi call | $0.00 |
| 6/24/2021 | 9:43 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/24/2021 | 7:16 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 30 Min | -- | $0.00 |
| 6/24/2021 | 5:37 PM | [Jim Kreindler] | [Jim Kreindler] | 4 Min | -- | $0.00 |
| 6/24/2021 | 5:34 PM | [Jim Kreindler] | [Jim Kreindler] | 3 Min | -- | $0.00 |
| 6/24/2021 | 4:31 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | Wi-Fi call | $0.00 |
| 6/24/2021 | 4:29 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | Wi-Fi call | $0.00 |
| 6/24/2021 | 4:28 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | Wi-Fi call | $0.00 |
| 6/24/2021 | 4:27 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | Wi-Fi call | $0.00 |
| 6/24/2021 | 2:51 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | Wi-Fi call | $0.00 |
| 6/24/2021 | 2:49 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | Wi-Fi call | $0.00 |
| 6/23/2021 | 7:17 PM | VM Retrieval | 123 | 2 Min | Wi-Fi call | $0.00 |
| 6/23/2021 | 5:54 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/23/2021 | 3:44 PM | to Washington/DC | (202) 744-7185 | 3 Min | Wi-Fi call | $0.00 |
| 6/23/2021 | 12:47 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | Wi-Fi call | $0.00 |
| 6/23/2021 | 12:46 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | Wi-Fi call | $0.00 |
| 6/22/2021 | 4:40 PM | [Megan Benett] | [Megan Benett] | 13 Min | -- | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**            JFawcett_0000047

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0134, Page 2 of 6**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 6/22/2021 | 3:52 PM | [Debra Pagan] | [Debra Pagan] | 12 Min | -- | $0.00 |
| 6/22/2021 | 2:03 PM | [Megan Benett] | [Megan Benett] | 10 Min | -- | $0.00 |
| 6/22/2021 | 12:16 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 6/22/2021 | 11:36 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 6 Min | T-Mobile to T-Mobile | $0.00 |
| 6/21/2021 | 4:44 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 6/21/2021 | 2:07 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 6/21/2021 | 1:33 PM | [Megan Benett] | [Megan Benett] | 20 Min | -- | $0.00 |
| 6/21/2021 | 12:52 PM | [Megan Benett] | [Megan Benett] | 5 Min | -- | $0.00 |
| 6/21/2021 | 11:25 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 10 Min | T-Mobile to T-Mobile | $0.00 |
| 6/21/2021 | 11:23 AM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 6/21/2021 | 11:04 AM | Incoming | 0 | 19 Min | -- | $0.00 |
| 6/21/2021 | 9:17 AM | [Julia Sienski] | [Julia Sienski] | 5 Min | -- | $0.00 |
| 6/21/2021 | 8:35 AM | [Jim Kreindler] | [Jim Kreindler] | 2 Min | -- | $0.00 |
| 6/21/2021 | 8:30 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/20/2021 | 9:16 PM | [PERSONAL] | [PERSONAL] | 11 Min | T-Mobile to T-Mobile | $0.00 |
| 6/20/2021 | 5:29 PM | [PERSONAL] | [PERSONAL] | 29 Min | -- | $0.00 |
| 6/20/2021 | 3:29 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 6/20/2021 | 3:10 PM | [Steve Pounian] | [Steve Pounian] | 5 Min | -- | $0.00 |
| 6/20/2021 | 2:44 PM | [Jim Kreindler] | [Jim Kreindler] | 10 Min | Call Waiting | $0.00 |
| 6/20/2021 | 2:38 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |
| 6/20/2021 | 12:16 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/20/2021 | 11:22 AM | [PERSONAL] | [PERSONAL] | 27 Min | T-Mobile to T-Mobile | $0.00 |
| 6/20/2021 | 10:07 AM | [Jim Kreindler] | [Jim Kreindler] | 29 Min | Conference call | $0.00 |
| 6/20/2021 | 10:03 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 33 Min | Conference call | $0.00 |
| 6/19/2021 | 4:32 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 27 Min | -- | $0.00 |
| 6/19/2021 | 2:10 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 12 Min | -- | $0.00 |
| 6/19/2021 | 1:35 PM | [Jim Kreindler] | [Jim Kreindler] | 11 Min | -- | $0.00 |
| 6/19/2021 | 12:56 PM | [Steve Pounian] | [Steve Pounian] | 28 Min | -- | $0.00 |
| 6/19/2021 | 12:53 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/19/2021 | 12:38 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 6/19/2021 | 12:37 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/19/2021 | 12:13 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 18 Min | -- | $0.00 |
| 6/19/2021 | 11:14 AM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 6/19/2021 | 10:25 AM | [Jim Kreindler] | [Jim Kreindler] | 12 Min | -- | $0.00 |
| 6/19/2021 | 9:12 AM | [Jim Kreindler] | [Jim Kreindler] | 26 Min | -- | $0.00 |
| 6/18/2021 | 2:44 PM | Incoming | (917) 743-5292 | 16 Min | -- | $0.00 |
| 6/18/2021 | 11:23 AM | [Jim Kreindler] | [Jim Kreindler] | 2 Min | -- | $0.00 |
| 6/18/2021 | 10:59 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**   JFawcett_0000047

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0134, Page 3 of 6**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 6/18/2021 | 6:21 AM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 6/17/2021 | 5:37 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/17/2021 | 5:12 PM | [Jim Kreindler] | [Jim Kreindler] | 2 Min | -- | $0.00 |
| 6/17/2021 | 1:32 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/17/2021 | 11:25 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/17/2021 | 10:16 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 6/17/2021 | 6:45 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/16/2021 | 9:15 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/16/2021 | 7:41 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/16/2021 | 7:10 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/16/2021 | 6:49 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/16/2021 | 6:22 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/16/2021 | 6:12 PM | [PERSONAL] | [PERSONAL] | 11 Min | T-Mobile to T-Mobile | $0.00 |
| 6/16/2021 | 6:07 PM | [PERSONAL] | [PERSONAL] | 5 Min | -- | $0.00 |
| 6/16/2021 | 6:00 PM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 6/16/2021 | 5:37 PM | [Julia Sienski] | [Julia Sienski] | 10 Min | -- | $0.00 |
| 6/16/2021 | 5:05 PM | [PERSONAL] | [PERSONAL] | 13 Min | T-Mobile to T-Mobile | $0.00 |
| 6/16/2021 | 4:33 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 6/16/2021 | 4:25 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 6/16/2021 | 4:14 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 6/16/2021 | 3:27 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 6/16/2021 | 3:00 PM | [Julia Sienski] | [Julia Sienski] | 3 Min | -- | $0.00 |
| 6/16/2021 | 1:17 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 6/16/2021 | 12:12 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 6/16/2021 | 10:53 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 6/16/2021 | 9:59 AM | [Julia Sienski] | [Julia Sienski] | 9 Min | -- | $0.00 |
| 6/16/2021 | 8:18 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/15/2021 | 7:08 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/15/2021 | 6:11 PM | [Julia Sienski] | [Julia Sienski] | 6 Min | -- | $0.00 |
| 6/15/2021 | 11:18 AM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 6/15/2021 | 10:10 AM | [Julia Sienski] | [Julia Sienski] | 3 Min | -- | $0.00 |
| 6/15/2021 | 9:57 AM | [Julia Sienski] | [Julia Sienski] | 4 Min | -- | $0.00 |
| 6/14/2021 | 8:16 PM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 6/14/2021 | 6:16 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/14/2021 | 5:04 PM | [Steve Pounian] | [Steve Pounian] | 72 Min | -- | $0.00 |
| 6/14/2021 | 4:45 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/14/2021 | 3:52 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/14/2021 | 3:14 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 13 Min | -- | $0.00 |

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 6/14/2021 | 12:24 PM | [Steve Pounian] | [Steve Pounian] | 2 Min | -- | $0.00 |
| 6/14/2021 | 12:03 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 6/14/2021 | 11:30 AM | [PEC WORK PRODUCT] | [PEC WORK PRODUCT] | 33 Min | -- | $0.00 |
| 6/14/2021 | 11:29 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/14/2021 | 11:02 AM | [Steve Pounian] | [Steve Pounian] | 26 Min | -- | $0.00 |
| 6/14/2021 | 9:16 AM | [Julia Sienski] | [Julia Sienski] | 7 Min | -- | $0.00 |
| 6/14/2021 | 9:12 AM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 6/12/2021 | 1:58 PM | [Steve Pounian] | [Steve Pounian] | 55 Min | -- | $0.00 |
| 6/12/2021 | 10:57 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 15 Min | -- | $0.00 |
| 6/11/2021 | 6:16 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 6/11/2021 | 5:55 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 6/11/2021 | 5:45 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 9 Min | -- | $0.00 |
| 6/11/2021 | 2:07 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 6/11/2021 | 1:51 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/11/2021 | 10:23 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 6/11/2021 | 7:20 AM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 6/11/2021 | 7:18 AM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/11/2021 | 7:17 AM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 6/10/2021 | 6:46 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/10/2021 | 6:45 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/10/2021 | 6:43 AM | [PEC WORK PRODUCT] | [PEC WORK PRODUCT] | 2 Min | -- | $0.00 |
| 6/10/2021 | 6:41 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 6/10/2021 | 6:37 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/10/2021 | 6:35 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/10/2021 | 6:33 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/10/2021 | 6:32 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/9/2021 | 2:17 PM | [Debra Pagan] | [Debra Pagan] | 1 Min | -- | $0.00 |
| 6/9/2021 | 2:08 PM | to Washington/DC | (202) 744-7185 | 3 Min | -- | $0.00 |
| 6/9/2021 | 1:37 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 6/8/2021 | 7:29 PM | [Steve Pounian] | [Steve Pounian] | 4 Min | -- | $0.00 |
| 6/8/2021 | 7:08 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 6/7/2021 | 9:53 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/7/2021 | 9:52 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 6/7/2021 | 8:40 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/7/2021 | 8:34 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/7/2021 | 4:24 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/7/2021 | 3:51 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 6/7/2021 | 12:20 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**　　　　　　　　　　　　　　　　　　　　JFawcett_0000047

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0134, Page 5 of 6**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 6/7/2021 | 12:03 PM | [Debra Pagan] | [Debra Pagan] | 10 Min | -- | $0.00 |
| 6/7/2021 | 8:56 AM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 6/6/2021 | 4:20 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 6/5/2021 | 7:55 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 6/5/2021 | 5:11 PM | [Jim Kreindler] | [Jim Kreindler] | 5 Min | Conference call | $0.00 |
| 6/5/2021 | 3:46 PM | [Steve Pounian] | [Steve Pounian] | 91 Min | Conference call | $0.00 |
| 6/5/2021 | 12:49 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/5/2021 | 12:44 PM | [Steve Pounian] | [Steve Pounian] | 5 Min | -- | $0.00 |
| 6/5/2021 | 12:27 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 6/5/2021 | 12:25 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 6/5/2021 | 12:16 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 9 Min | -- | $0.00 |
| 6/5/2021 | 11:59 AM | [Steve Pounian] | [Steve Pounian] | 18 Min | -- | $0.00 |
| 6/5/2021 | 11:52 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 6/5/2021 | 8:58 AM | [Jim Kreindler] | [Jim Kreindler] | 13 Min | -- | $0.00 |

The date and time for call usage corresponds with the time zone you are in when beginning a call.

CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER

JFawcett_0000047

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0134, Page 6 of 6**