Usage for: 9175360803

LOCAL AIRTIME, LONG DISTANCE and INTERNATIONAL CHARGES

Total use: 3204 minutes
Total charges: $0.47

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 8/4/2021 | 5:53 PM | [Julia Sienski] | [Julia Sienski] | 8 Min | -- | $0.00 |
| 8/4/2021 | 1:49 PM | [Steve Pounian] | [Steve Pounian] | 43 Min | -- | $0.00 |
| 8/4/2021 | 12:29 PM | [Julia Sienski] | [Julia Sienski] | 4 Min | -- | $0.00 |
| 8/4/2021 | 11:30 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 19 Min | -- | $0.00 |
| 8/4/2021 | 10:06 AM | [Steve Pounian] | [Steve Pounian] | 14 Min | -- | $0.00 |
| 8/3/2021 | 8:12 PM | [PERSONAL] | [PERSONAL] | 6 Min | T-Mobile to T-Mobile | $0.00 |
| 8/3/2021 | 6:21 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 8/3/2021 | 4:02 PM | [Steve Pounian] | [Steve Pounian] | 10 Min | -- | $0.00 |
| 8/3/2021 | 10:47 AM | [Julia Sienski] | [Julia Sienski] | 6 Min | -- | $0.00 |
| 8/3/2021 | 10:08 AM | [Steve Pounian] | [Steve Pounian] | 26 Min | -- | $0.00 |
| 8/3/2021 | 8:50 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 47 Min | -- | $0.00 |
| 8/2/2021 | 5:49 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 30 Min | -- | $0.00 |
| 8/2/2021 | 5:34 PM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 8/2/2021 | 5:02 PM | [Gavin Simpson] | [Gavin Simpson] | 30 Min | T-Mobile to T-Mobile | $0.00 |
| 8/2/2021 | 4:42 PM | [Gavin Simpson] | [Gavin Simpson] | 20 Min | T-Mobile to T-Mobile | $0.00 |
| 8/2/2021 | 3:29 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 11 Min | -- | $0.00 |
| 8/2/2021 | 3:17 PM | [Steve Pounian] | [Steve Pounian] | 5 Min | -- | $0.00 |
| 8/2/2021 | 1:43 PM | [Julia Sienski] | [Julia Sienski] | 9 Min | -- | $0.00 |
| 8/2/2021 | 12:07 PM | [Steve Pounian] | [Steve Pounian] | 62 Min | -- | $0.00 |
| 8/2/2021 | 11:53 AM | [PERSONAL] | [PERSONAL] | 14 Min | T-Mobile to T-Mobile | $0.00 |
| 8/2/2021 | 10:03 AM | [Steve Pounian] | [Steve Pounian] | 9 Min | -- | $0.00 |
| 8/2/2021 | 9:49 AM | Incoming | (795) 097-0995 | 15 Min | Conference call | $0.00 |
| 8/2/2021 | 9:49 AM | [Steve Pounian] | [Steve Pounian] | 14 Min | Conference call | $0.00 |
| 8/2/2021 | 9:28 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 16 Min | -- | $0.00 |
| 8/2/2021 | 9:23 AM | [Steve Pounian] | [Steve Pounian] | 4 Min | -- | $0.00 |
| 8/2/2021 | 8:37 AM | [Steve Pounian] | [Steve Pounian] | 45 Min | -- | $0.00 |
| 8/1/2021 | 8:07 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 8/1/2021 | 7:10 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 7/31/2021 | 4:20 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/31/2021 | 2:16 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 7/31/2021 | 2:14 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/31/2021 | 2:09 PM | [PERSONAL] | [PERSONAL] | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 7/31/2021 | 1:55 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |

CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER

JFawcett_0000054

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0135, Page 1 of 6**

KSAX-0135
Case No.
03-md-1570

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 7/31/2021 | 12:06 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |
| 7/31/2021 | 11:48 AM | [PERSONAL] | [PERSONAL] | 2 Min | -- | $0.00 |
| 7/31/2021 | 11:23 AM | [PERSONAL] | [PERSONAL] | 15 Min | Call Waiting | $0.00 |
| 7/31/2021 | 11:22 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/31/2021 | 10:37 AM | [PERSONAL] | [PERSONAL] | 38 Min | T-Mobile to T-Mobile | $0.00 |
| 7/31/2021 | 8:41 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 19 Min | -- | $0.00 |
| 7/30/2021 | 7:27 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 9 Min | -- | $0.00 |
| 7/30/2021 | 6:33 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 7/30/2021 | 5:45 PM | [PERSONAL] | [PERSONAL] | 29 Min | T-Mobile to T-Mobile | $0.00 |
| 7/30/2021 | 4:09 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/30/2021 | 4:09 PM | VM Retrieval | 123 | 3 Min | Voicemail | $0.00 |
| 7/30/2021 | 3:51 PM | [Steve Pounian] | [Steve Pounian] | 12 Min | -- | $0.00 |
| 7/30/2021 | 11:17 AM | [Julia Sienski] | [Julia Sienski] | 5 Min | -- | $0.00 |
| 7/30/2021 | 10:30 AM | [Steve Pounian] | [Steve Pounian] | 40 Min | -- | $0.00 |
| 7/30/2021 | 9:20 AM | [Megan Benett] | [Megan Benett] | 25 Min | -- | $0.00 |
| 7/30/2021 | 8:32 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 32 Min | -- | $0.00 |
| 7/30/2021 | 8:23 AM | [PERSONAL] | [PERSONAL] | 9 Min | T-Mobile to T-Mobile | $0.00 |
| 7/29/2021 | 5:00 PM | [Megan Benett] | [Megan Benett] | 26 Min | -- | $0.00 |
| 7/29/2021 | 3:46 PM | [Steve Pounian] | [Steve Pounian] | 17 Min | -- | $0.00 |
| 7/29/2021 | 2:00 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 47 Min | Conference call | $0.00 |
| 7/29/2021 | 1:47 PM | [Steve Pounian] | [Steve Pounian] | 71 Min | Conference call | $0.00 |
| 7/29/2021 | 11:28 AM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 7/29/2021 | 10:44 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 16 Min | -- | $0.00 |
| 7/29/2021 | 9:44 AM | [Steve Pounian] | [Steve Pounian] | 60 Min | -- | $0.00 |
| 7/29/2021 | 9:39 AM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 7/29/2021 | 7:49 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/28/2021 | 6:53 PM | [Julia Sienski] | [Julia Sienski] | 3 Min | -- | $0.00 |
| 7/28/2021 | 4:37 PM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 7/28/2021 | 4:10 PM | [Steve Pounian] | [Steve Pounian] | 27 Min | -- | $0.00 |
| 7/28/2021 | 1:54 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 7/28/2021 | 11:23 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 7/28/2021 | 9:52 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 7/27/2021 | 7:33 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/27/2021 | 6:28 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 17 Min | -- | $0.00 |
| 7/27/2021 | 4:51 PM | [Steve Pounian] | [Steve Pounian] | 52 Min | -- | $0.00 |
| 7/27/2021 | 4:10 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | Call Waiting | $0.00 |
| 7/27/2021 | 4:10 PM | [Julia Sienski] | [Julia Sienski] | 4 Min | -- | $0.00 |
| 7/27/2021 | 3:06 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 64 Min | Conference call | $0.00 |
| 7/27/2021 | 3:05 PM | [Julia Sienski] | [Julia Sienski] | 65 Min | Conference call | $0.00 |
| 7/26/2021 | 8:38 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |

CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER

JFawcett_0000054

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0135, Page 2 of 6**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 7/26/2021 | 7:48 PM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 7/26/2021 | 6:11 PM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 7/26/2021 | 1:12 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 7/26/2021 | 10:55 AM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 7/26/2021 | 9:14 AM | [Julia Sienski] | [Julia Sienski] | 12 Min | -- | $0.00 |
| 7/26/2021 | 8:58 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 16 Min | -- | $0.00 |
| 7/26/2021 | 8:43 AM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 7/26/2021 | 8:15 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 24 Min | T-Mobile to T-Mobile | $0.00 |
| 7/25/2021 | 9:43 PM | [PERSONAL] | [PERSONAL] | 44 Min | T-Mobile to T-Mobile | $0.00 |
| 7/25/2021 | 4:52 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 7/25/2021 | 4:35 PM | [PERSONAL] | [PERSONAL] | 14 Min | T-Mobile to T-Mobile | $0.00 |
| 7/24/2021 | 2:52 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 7/24/2021 | 12:34 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/24/2021 | 12:19 PM | [PERSONAL] | [PERSONAL] | 14 Min | T-Mobile to T-Mobile | $0.00 |
| 7/24/2021 | 10:18 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/24/2021 | 8:59 AM | 1-888 # | (888) 450-5996 | 48 Min | -- | $0.00 |
| 7/23/2021 | 8:02 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 19 Min | -- | $0.00 |
| 7/23/2021 | 7:17 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/23/2021 | 7:11 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/23/2021 | 6:27 PM | [Steve Pounian] | [Steve Pounian] | 12 Min | -- | $0.00 |
| 7/23/2021 | 5:47 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 7/23/2021 | 5:24 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/23/2021 | 4:36 PM | [Steve Pounian] | [Steve Pounian] | 9 Min | Call Waiting | $0.00 |
| 7/23/2021 | 4:31 PM | to New York/NY | (646) 558-8656 | 53 Min | -- | $0.00 |
| 7/23/2021 | 4:08 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 9 Min | -- | $0.00 |
| 7/23/2021 | 12:23 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/23/2021 | 11:49 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 7/23/2021 | 11:28 AM | [Steve Pounian] | [Steve Pounian] | 6 Min | -- | $0.00 |
| 7/23/2021 | 10:46 AM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 7/23/2021 | 10:19 AM | [Jim Kreindler] | [Jim Kreindler] | 4 Min | -- | $0.00 |
| 7/23/2021 | 9:20 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/22/2021 | 12:56 PM | [Jim Kreindler] | [Jim Kreindler] | 5 Min | -- | $0.00 |
| 7/22/2021 | 10:41 AM | [Liz Crotty] | [Liz Crotty] | 22 Min | -- | $0.00 |
| 7/22/2021 | 9:17 AM | [Jim Kreindler] | [Jim Kreindler] | 46 Min | -- | $0.00 |
| 7/22/2021 | 7:37 AM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 7/21/2021 | 7:18 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 7/21/2021 | 7:03 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/21/2021 | 4:36 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/21/2021 | 1:54 PM | [Jim Kreindler] | [Jim Kreindler] | 1 Min | -- | $0.00 |
| 7/21/2021 | 1:15 PM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**

JFawcett_0000054

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0135, Page 3 of 6**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 7/21/2021 | 12:43 PM | [PERSONAL] | [PERSONAL] | 2 Min | -- | $0.00 |
| 7/20/2021 | 8:19 PM | [PERSONAL] | [PERSONAL] | 6 Min | T-Mobile to T-Mobile | $0.00 |
| 7/20/2021 | 5:57 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 9 Min | -- | $0.00 |
| 7/20/2021 | 5:51 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/20/2021 | 4:27 PM | [Steve Pounian] | [Steve Pounian] | 1 Min | Call Waiting | $0.00 |
| 7/20/2021 | 4:27 PM | [Steve Pounian] | [Steve Pounian] | 22 Min | -- | $0.00 |
| 7/20/2021 | 4:04 PM | [Steve Pounian] | [Steve Pounian] | 23 Min | Conference call | $0.00 |
| 7/20/2021 | 3:04 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 83 Min | Conference call | $0.00 |
| 7/20/2021 | 3:03 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/20/2021 | 2:24 PM | [Steve Pounian] | [Steve Pounian] | 106 Min | Conference call | $0.00 |
| 7/20/2021 | 11:41 AM | [Steve Pounian] | [Steve Pounian] | 18 Min | -- | $0.00 |
| 7/20/2021 | 11:25 AM | [Steve Pounian] | [Steve Pounian] | 16 Min | Conference call | $0.00 |
| 7/20/2021 | 11:23 AM | [PERSONAL] | [PERSONAL] | 2 Min | Call Waiting | $0.00 |
| 7/20/2021 | 10:25 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 76 Min | Conference call | $0.00 |
| 7/20/2021 | 10:10 AM | [Steve Pounian] | [Steve Pounian] | 81 Min | Conference call | $0.00 |
| 7/20/2021 | 9:49 AM | [Steve Pounian] | [Steve Pounian] | 2 Min | -- | $0.00 |
| 7/19/2021 | 6:40 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 7/19/2021 | 2:12 PM | [Steve Pounian] | [Steve Pounian] | 5 Min | -- | $0.00 |
| 7/19/2021 | 10:42 AM | [Steve Pounian] | [Steve Pounian] | 16 Min | -- | $0.00 |
| 7/19/2021 | 10:37 AM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 7/19/2021 | 9:15 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 7/18/2021 | 3:16 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 7/17/2021 | 3:18 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 7/17/2021 | 1:47 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/17/2021 | 1:40 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/17/2021 | 11:34 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/16/2021 | 9:24 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/16/2021 | 8:47 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 30 Min | -- | $0.00 |
| 7/16/2021 | 3:33 PM | [Steve Pounian] | [Steve Pounian] | 109 Min | -- | $0.00 |
| 7/16/2021 | 2:46 PM | [Julia Sienski] | [Julia Sienski] | 32 Min | -- | $0.00 |
| 7/16/2021 | 2:38 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/16/2021 | 12:27 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 18 Min | -- | $0.00 |
| 7/16/2021 | 12:24 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/15/2021 | 8:46 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 7/15/2021 | 4:18 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 7/15/2021 | 1:29 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 7/15/2021 | 1:26 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/15/2021 | 1:22 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 7/15/2021 | 10:15 AM | [Steve Pounian] | [Steve Pounian] | 24 Min | -- | $0.00 |
| 7/15/2021 | 9:21 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 11 Min | -- | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**

JFawcett_0000054

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0135, Page 4 of 6**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 7/15/2021 | 8:35 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 7/15/2021 | 6:04 AM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 7/15/2021 | 5:04 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/14/2021 | 5:22 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 7/14/2021 | 5:12 PM | [Julia Sienski] | [Julia Sienski] | 9 Min | -- | $0.00 |
| 7/14/2021 | 5:05 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/14/2021 | 12:22 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 7/14/2021 | 12:21 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/14/2021 | 12:05 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 7/14/2021 | 11:23 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 40 Min | -- | $0.00 |
| 7/14/2021 | 10:13 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 22 Min | -- | $0.00 |
| 7/14/2021 | 9:25 AM | Out-of-Plan Number | (712) 451-0011 | 47 Min | Free Calls | $0.47 |
| 7/13/2021 | 2:48 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/13/2021 | 12:23 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 7/13/2021 | 10:34 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/12/2021 | 7:32 PM | [PERSONAL] | [PERSONAL] | 7 Min | T-Mobile to T-Mobile | $0.00 |
| 7/12/2021 | 11:17 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/12/2021 | 9:59 AM | [Steve Pounian] | [Steve Pounian] | 65 Min | -- | $0.00 |
| 7/12/2021 | 9:28 AM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 7/12/2021 | 8:58 AM | 1-800 # | (800) 211-0633 | 31 Min | -- | $0.00 |
| 7/12/2021 | 8:26 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/12/2021 | 8:18 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/12/2021 | 8:01 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/12/2021 | 7:59 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/12/2021 | 7:56 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/12/2021 | 7:54 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/11/2021 | 10:31 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/11/2021 | 3:47 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 13 Min | -- | $0.00 |
| 7/11/2021 | 12:05 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 7/10/2021 | 5:40 PM | [PERSONAL] | [PERSONAL] | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 7/9/2021 | 7:07 PM | [PERSONAL] | [PERSONAL] | 7 Min | T-Mobile to T-Mobile | $0.00 |
| 7/9/2021 | 6:39 PM | [Steve Pounian] | [Steve Pounian] | 7 Min | -- | $0.00 |
| 7/9/2021 | 5:32 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 6 Min | -- | $0.00 |
| 7/9/2021 | 3:36 PM | [Steve Pounian] | [Steve Pounian] | 64 Min | -- | $0.00 |
| 7/9/2021 | 2:25 PM | [PERSONAL] | [PERSONAL] | 18 Min | T-Mobile to T-Mobile | $0.00 |
| 7/9/2021 | 2:03 PM | Incoming | (845) 726-6102 | 1 Min | -- | $0.00 |
| 7/9/2021 | 11:44 AM | [Megan Benett] | [Megan Benett] | 18 Min | -- | $0.00 |
| 7/9/2021 | 11:39 AM | [Izabela Szczesiak] | [Izabela Szczesiak] | 5 Min | -- | $0.00 |
| 7/9/2021 | 9:33 AM | Incoming | (917) 834-5045 | 1 Min | -- | $0.00 |
| 7/9/2021 | 8:27 AM | [PERSONAL] | [PERSONAL] | 16 Min | T-Mobile to T-Mobile | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**

JFawcett_0000054

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0135, Page 5 of 6**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 7/8/2021 | 3:06 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 6 Min | -- | $0.00 |
| 7/8/2021 | 1:41 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 22 Min | Conference call | $0.00 |
| 7/8/2021 | 1:35 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 33 Min | Conference call | $0.00 |
| 7/8/2021 | 12:33 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 15 Min | -- | $0.00 |
| 7/8/2021 | 12:00 PM | [Steve Pounian] | [Steve Pounian] | 32 Min | -- | $0.00 |
| 7/8/2021 | 10:00 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 55 Min | -- | $0.00 |
| 7/8/2021 | 9:16 AM | [PERSONAL] | [PERSONAL] | 2 Min | -- | $0.00 |
| 7/7/2021 | 7:08 PM | VM Retrieval | 123 | 3 Min | Voicemail | $0.00 |
| 7/7/2021 | 4:29 PM | [Steve Pounian] | [Steve Pounian] | 3 Min | -- | $0.00 |
| 7/7/2021 | 3:39 PM | [Steve Pounian] | [Steve Pounian] | 4 Min | -- | $0.00 |
| 7/7/2021 | 3:06 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/7/2021 | 1:39 PM | [Steve Pounian] | [Steve Pounian] | 56 Min | -- | $0.00 |
| 7/7/2021 | 1:16 PM | [PERSONAL] | [PERSONAL] | 22 Min | Free Calls | $0.00 |
| 7/7/2021 | 1:15 PM | [PERSONAL] | [PERSONAL] | 1 Min | Free Calls | $0.00 |
| 7/7/2021 | 12:39 PM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 7/7/2021 | 12:20 PM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 7/7/2021 | 12:19 PM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 7/7/2021 | 9:39 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 7/6/2021 | 10:33 PM | [PERSONAL] | [PERSONAL] | 3 Min | Wi-Fi call | $0.00 |
| 7/6/2021 | 10:28 PM | [PERSONAL] | [PERSONAL] | 2 Min | Wi-Fi call | $0.00 |
| 7/6/2021 | 2:02 PM | to Arlington/VA | (703) 850-6723 | 1 Min | Wi-Fi call | $0.00 |
| 7/6/2021 | 2:02 PM | to Fls Church/VA | (703) 876-2843 | 1 Min | Wi-Fi call | $0.00 |
| 7/6/2021 | 8:56 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 7/5/2021 | 3:00 PM | [Steve Pounian] | [Steve Pounian] | 26 Min | -- | $0.00 |
| 7/5/2021 | 2:42 PM | [Steve Pounian] | [Steve Pounian] | 18 Min | -- | $0.00 |
| 7/5/2021 | 2:09 PM | [Steve Pounian] | [Steve Pounian] | 33 Min | -- | $0.00 |
| 7/5/2021 | 12:46 PM | Incoming | (202) 579-5650 | 7 Min | -- | $0.00 |
| 7/5/2021 | 12:20 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 7/5/2021 | 12:09 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 6 Min | -- | $0.00 |
| 7/5/2021 | 11:58 AM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 7/5/2021 | 11:23 AM | [Steve Pounian] | [Steve Pounian] | 36 Min | -- | $0.00 |
| 7/5/2021 | 10:53 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 15 Min | -- | $0.00 |
| 7/5/2021 | 10:41 AM | [Steve Pounian] | [Steve Pounian] | 12 Min | -- | $0.00 |

The date and time for call usage corresponds with the time zone you are in when beginning a call.