Usage for:        9175360803

LOCAL AIRTIME, LONG DISTANCE and INTERNATIONAL CHARGES

Total use:        4312 minutes
Total charges:        $0.00

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 10/4/2021 | 10:26 PM | [Megan Benett] | [Megan Benett] | 2 Min | -- | $0.00 |
| 10/4/2021 | 10:25 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 10/4/2021 | 10:06 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 10/4/2021 | 11:36 AM | [Steve Pounian] | [Steve Pounian] | 26 Min | -- | $0.00 |
| 10/4/2021 | 11:23 AM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 10/3/2021 | 12:51 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 10/2/2021 | 4:49 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 10/1/2021 | 6:59 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 10/1/2021 | 11:56 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 10/1/2021 | 9:58 AM | [Steve Pounian] | [Steve Pounian] | 14 Min | -- | $0.00 |
| 10/1/2021 | 9:57 AM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 10/1/2021 | 9:42 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 10 Min | -- | $0.00 |
| 9/30/2021 | 8:46 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 19 Min | -- | $0.00 |
| 9/30/2021 | 8:00 PM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 9/30/2021 | 7:58 PM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 9/30/2021 | 7:39 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/30/2021 | 7:07 PM | [Jim Kreindler] | [Jim Kreindler] | 10 Min | -- | $0.00 |
| 9/30/2021 | 6:46 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 9/30/2021 | 5:33 PM | [Megan Benett] | [Megan Benett] | 7 Min | -- | $0.00 |
| 9/30/2021 | 4:20 PM | [Julia Sienski] | [Julia Sienski] | 11 Min | -- | $0.00 |
| 9/30/2021 | 3:28 PM | to New York/NY | (212) 973-3406 | 7 Min | -- | $0.00 |
| 9/30/2021 | 3:22 PM | [PERSONAL] | [PERSONAL] | 6 Min | T-Mobile to T-Mobile | $0.00 |
| 9/30/2021 | 3:16 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 9/30/2021 | 1:21 PM | [PERSONAL] | [PERSONAL] | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 9/30/2021 | 12:53 PM | [PERSONAL] | [PERSONAL] | 28 Min | T-Mobile to T-Mobile | $0.00 |
| 9/30/2021 | 11:05 AM | Incoming | (212) 973-3406 | 54 Min | -- | $0.00 |
| 9/30/2021 | 10:35 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 11 Min | -- | $0.00 |
| 9/30/2021 | 10:07 AM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 9/30/2021 | 9:51 AM | to Queens Nyc/NY | (347) 256-1154 | 2 Min | -- | $0.00 |
| 9/30/2021 | 9:50 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/29/2021 | 4:58 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/29/2021 | 4:17 PM | [PERSONAL] | [PERSONAL] | 9 Min | T-Mobile to T-Mobile | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0136, Page 1 of 9**

JFawcett_0000055

KSAX-0136
Case No.
03-md-1570

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 9/29/2021 | 2:02 PM | 1-877 # | (877) 226-8163 | 31 Min | -- | $0.00 |
| 9/29/2021 | 1:59 PM | 1-877 # | (877) 402-9757 | 1 Min | -- | $0.00 |
| 9/29/2021 | 1:41 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/29/2021 | 1:08 PM | [Megan Benett] | [Megan Benett] | 28 Min | -- | $0.00 |
| 9/29/2021 | 3:26 AM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/28/2021 | 10:45 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/28/2021 | 9:56 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/28/2021 | 9:30 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/28/2021 | 8:54 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 36 Min | -- | $0.00 |
| 9/28/2021 | 8:21 PM | [PERSONAL] | [PERSONAL] | 6 Min | T-Mobile to T-Mobile | $0.00 |
| 9/28/2021 | 1:50 PM | [Steve Pounian] | [Steve Pounian] | 11 Min | -- | $0.00 |
| 9/28/2021 | 1:42 PM | [Liz Crotty] | [Liz Crotty] | 7 Min | -- | $0.00 |
| 9/28/2021 | 12:31 PM | [Julia Sienski] | [Julia Sienski] | 10 Min | -- | $0.00 |
| 9/28/2021 | 11:02 AM | [PERSONAL] | [PERSONAL] | 13 Min | -- | $0.00 |
| 9/28/2021 | 8:28 AM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 9/28/2021 | 8:28 AM | [PERSONAL] | [PERSONAL] | 8 Min | -- | $0.00 |
| 9/28/2021 | 8:26 AM | [PERSONAL] | [PERSONAL] | 2 Min | -- | $0.00 |
| 9/28/2021 | 8:20 AM | [PERSONAL] | [PERSONAL] | 6 Min | -- | $0.00 |
| 9/27/2021 | 10:08 PM | [John Hartney] | [John Hartney] | 1 Min | -- | $0.00 |
| 9/27/2021 | 9:50 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/27/2021 | 9:34 PM | [John Hartney] | [John Hartney] | 16 Min | -- | $0.00 |
| 9/27/2021 | 9:13 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 21 Min | -- | $0.00 |
| 9/27/2021 | 9:09 PM | [Julia Sienski] | [Julia Sienski] | 4 Min | -- | $0.00 |
| 9/27/2021 | 8:36 PM | [Steve Pounian] | [Steve Pounian] | 11 Min | -- | $0.00 |
| 9/27/2021 | 7:40 PM | [Steve Pounian] | [Steve Pounian] | 28 Min | -- | $0.00 |
| 9/27/2021 | 7:08 PM | [Jim Kreindler] | [Jim Kreindler] | 31 Min | -- | $0.00 |
| 9/27/2021 | 7:01 PM | [Steve Pounian] | [Steve Pounian] | 37 Min | -- | $0.00 |
| 9/27/2021 | 6:43 PM | [PERSONAL] | [PERSONAL] | 18 Min | T-Mobile to T-Mobile | $0.00 |
| 9/27/2021 | 5:36 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/27/2021 | 5:00 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 9/27/2021 | 4:51 PM | [PERSONAL] | [PERSONAL] | 6 Min | T-Mobile to T-Mobile | $0.00 |
| 9/27/2021 | 4:32 PM | [PERSONAL] | [PERSONAL] | 8 Min | -- | $0.00 |
| 9/27/2021 | 3:11 PM | [Megan Benett] | [Megan Benett] | 49 Min | -- | $0.00 |
| 9/27/2021 | 2:59 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/27/2021 | 2:28 PM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 9/27/2021 | 12:39 PM | [Julia Sienski] | [Julia Sienski] | 18 Min | -- | $0.00 |
| 9/27/2021 | 12:29 PM | [Julia Sienski] | [Julia Sienski] | 10 Min | -- | $0.00 |
| 9/27/2021 | 11:51 AM | [Steve Pounian] | [Steve Pounian] | 13 Min | -- | $0.00 |
| 9/27/2021 | 11:16 AM | [PERSONAL] | [PERSONAL] | 35 Min | -- | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**                                                    JFawcett_0000055

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0136, Page 2 of 9**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 9/27/2021 | 10:43 AM | [Liz Crotty] | [Liz Crotty] | 8 Min | -- | $0.00 |
| 9/27/2021 | 10:32 AM | [Megan Benett] | [Megan Benett] | 1 Min | -- | $0.00 |
| 9/27/2021 | 10:30 AM | [Megan Benett] | [Megan Benett] | 2 Min | -- | $0.00 |
| 9/27/2021 | 10:29 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/27/2021 | 10:03 AM | [Megan Benett] | [Megan Benett] | 3 Min | -- | $0.00 |
| 9/27/2021 | 9:34 AM | [Liz Crotty] | [Liz Crotty] | 28 Min | -- | $0.00 |
| 9/26/2021 | 5:46 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 9/25/2021 | 7:43 PM | [PERSONAL] | [PERSONAL] | 10 Min | T-Mobile to T-Mobile | $0.00 |
| 9/25/2021 | 4:42 PM | [PERSONAL] | [PERSONAL] | 4 Min | -- | $0.00 |
| 9/25/2021 | 11:03 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/25/2021 | 8:50 AM | [PERSONAL] | [PERSONAL] | 13 Min | T-Mobile to T-Mobile | $0.00 |
| 9/24/2021 | 10:01 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 40 Min | -- | $0.00 |
| 9/24/2021 | 7:55 PM | [PERSONAL] | [PERSONAL] | 8 Min | T-Mobile to T-Mobile | $0.00 |
| 9/24/2021 | 6:36 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/24/2021 | 6:24 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 9/24/2021 | 5:34 PM | [Steve Pounian] | [Steve Pounian] | 8 Min | -- | $0.00 |
| 9/24/2021 | 5:26 PM | [Steve Pounian] | [Steve Pounian] | 6 Min | -- | $0.00 |
| 9/24/2021 | 5:24 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 9/24/2021 | 5:15 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 10 Min | -- | $0.00 |
| 9/24/2021 | 5:14 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 9/24/2021 | 4:11 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 9/24/2021 | 3:22 PM | [Julia Sienski] | [Julia Sienski] | 3 Min | Call Waiting | $0.00 |
| 9/24/2021 | 11:57 AM | 1-866 # | (866) 846-3997 | 205 Min | -- | $0.00 |
| 9/24/2021 | 10:58 AM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 9/24/2021 | 10:53 AM | [Steve Pounian] | [Steve Pounian] | 4 Min | -- | $0.00 |
| 9/24/2021 | 9:59 AM | [Steve Pounian] | [Steve Pounian] | 54 Min | -- | $0.00 |
| 9/24/2021 | 9:40 AM | 1-866 # | (866) 846-3997 | 17 Min | -- | $0.00 |
| 9/24/2021 | 9:30 AM | [Steve Pounian] | [Steve Pounian] | 2 Min | -- | $0.00 |
| 9/24/2021 | 8:44 AM | [Liz Crotty] | [Liz Crotty] | 14 Min | -- | $0.00 |
| 9/23/2021 | 6:20 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/23/2021 | 5:16 PM | [Steve Pounian] | [Steve Pounian] | 10 Min | -- | $0.00 |
| 9/23/2021 | 4:58 PM | [PERSONAL] | [PERSONAL] | 18 Min | T-Mobile to T-Mobile | $0.00 |
| 9/23/2021 | 4:02 PM | 1-800 # | (800) 211-0633 | 50 Min | -- | $0.00 |
| 9/23/2021 | 2:33 PM | [Steve Pounian] | [Steve Pounian] | 40 Min | -- | $0.00 |
| 9/23/2021 | 1:00 PM | 1-866 # | (866) 846-3997 | 48 Min | -- | $0.00 |
| 9/23/2021 | 12:52 PM | [Steve Pounian] | [Steve Pounian] | 9 Min | -- | $0.00 |
| 9/23/2021 | 11:45 AM | [Julia Sienski] | [Julia Sienski] | 4 Min | -- | $0.00 |
| 9/23/2021 | 8:59 AM | 1-800 # | (800) 211-0633 | 38 Min | -- | $0.00 |
| 9/23/2021 | 8:34 AM | [Steve Pounian] | [Steve Pounian] | 24 Min | -- | $0.00 |

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 9/22/2021 | 4:14 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 9/22/2021 | 3:30 PM | [Steve Pounian] | [Steve Pounian] | 28 Min | -- | $0.00 |
| 9/22/2021 | 3:00 PM | 1-800 # | (800) 211-0633 | 22 Min | -- | $0.00 |
| 9/22/2021 | 1:37 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 9/22/2021 | 12:48 PM | [PERSONAL] | [PERSONAL] | 2 Min | -- | $0.00 |
| 9/22/2021 | 11:21 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 20 Min | -- | $0.00 |
| 9/22/2021 | 10:53 AM | [Julia Sienski] | [Julia Sienski] | 3 Min | -- | $0.00 |
| 9/21/2021 | 9:23 PM | [PERSONAL] | [PERSONAL] | 30 Min | T-Mobile to T-Mobile | $0.00 |
| 9/21/2021 | 6:15 PM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 9/21/2021 | 4:09 PM | [Steve Pounian] | [Steve Pounian] | 40 Min | -- | $0.00 |
| 9/21/2021 | 4:00 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |
| 9/21/2021 | 3:31 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 14 Min | -- | $0.00 |
| 9/21/2021 | 3:15 PM | [Steve Pounian] | [Steve Pounian] | 6 Min | -- | $0.00 |
| 9/21/2021 | 2:10 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/21/2021 | 2:05 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/21/2021 | 1:45 PM | [Steve Pounian] | [Steve Pounian] | 10 Min | -- | $0.00 |
| 9/21/2021 | 1:06 PM | [PERSONAL] | [PERSONAL] | 6 Min | T-Mobile to T-Mobile | $0.00 |
| 9/21/2021 | 12:22 PM | [Steve Pounian] | [Steve Pounian] | 26 Min | -- | $0.00 |
| 9/21/2021 | 11:37 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 11 Min | -- | $0.00 |
| 9/20/2021 | 7:21 PM | [PERSONAL] | [PERSONAL] | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 9/20/2021 | 4:17 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/20/2021 | 4:14 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/20/2021 | 2:49 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 30 Min | -- | $0.00 |
| 9/20/2021 | 1:16 PM | [Steve Pounian] | [Steve Pounian] | 69 Min | -- | $0.00 |
| 9/20/2021 | 12:47 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/20/2021 | 12:47 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/20/2021 | 12:47 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/20/2021 | 10:47 AM | Incoming | (845) 277-1160 | 69 Min | -- | $0.00 |
| 9/20/2021 | 9:52 AM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 9/19/2021 | 7:33 PM | [PERSONAL] | [PERSONAL] | 17 Min | T-Mobile to T-Mobile | $0.00 |
| 9/19/2021 | 7:02 PM | [PERSONAL] | [PERSONAL] | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 9/19/2021 | 11:42 AM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/18/2021 | 9:25 PM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/18/2021 | 3:40 PM | VM Retrieval | 123 | 2 Min | Voicemail | $0.00 |
| 9/18/2021 | 1:23 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/18/2021 | 12:56 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 21 Min | -- | $0.00 |
| 9/18/2021 | 11:27 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 46 Min | Conference call | $0.00 |
| 9/18/2021 | 10:47 AM | to Keene/NY | (518) 576-4645 | 88 Min | Conference call | $0.00 |
| 9/17/2021 | 9:25 PM | [PERSONAL] | [PERSONAL] | 7 Min | T-Mobile to T-Mobile | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**

JFawcett_0000055

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0136, Page 4 of 9**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 9/17/2021 | 5:14 PM | [PERSONAL] | [PERSONAL] | 7 Min | T-Mobile to T-Mobile | $0.00 |
| 9/17/2021 | 4:47 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/17/2021 | 4:32 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 9/17/2021 | 1:16 PM | [Steve Pounian] | [Steve Pounian] | 22 Min | -- | $0.00 |
| 9/17/2021 | 1:12 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 9/17/2021 | 12:24 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 18 Min | -- | $0.00 |
| 9/17/2021 | 11:01 AM | to New York/NY | (646) 558-8656 | 1 Min | -- | $0.00 |
| 9/17/2021 | 10:57 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 9/17/2021 | 10:25 AM | [Jim Kreindler] | [Jim Kreindler] | 15 Min | -- | $0.00 |
| 9/17/2021 | 9:09 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 12 Min | -- | $0.00 |
| 9/16/2021 | 8:12 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |
| 9/16/2021 | 6:21 PM | [PERSONAL] | [PERSONAL] | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 9/16/2021 | 5:21 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/16/2021 | 5:10 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/16/2021 | 5:03 PM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/16/2021 | 4:55 PM | [Steve Pounian] | [Steve Pounian] | 9 Min | -- | $0.00 |
| 9/16/2021 | 4:43 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 9/16/2021 | 4:14 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 20 Min | -- | $0.00 |
| 9/16/2021 | 3:18 PM | [Julia Sienski] | [Julia Sienski] | 7 Min | -- | $0.00 |
| 9/16/2021 | 2:55 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 6 Min | -- | $0.00 |
| 9/16/2021 | 1:50 PM | [Steve Pounian] | [Steve Pounian] | 19 Min | -- | $0.00 |
| 9/16/2021 | 1:23 PM | [Megan Benett] | [Megan Benett] | 19 Min | Conference call | $0.00 |
| 9/16/2021 | 1:17 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 25 Min | Conference call | $0.00 |
| 9/16/2021 | 1:16 PM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 9/16/2021 | 11:53 AM | [Steve Pounian] | [Steve Pounian] | 84 Min | -- | $0.00 |
| 9/16/2021 | 9:48 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |
| 9/16/2021 | 8:58 AM | [Megan Benett] | [Megan Benett] | 8 Min | -- | $0.00 |
| 9/15/2021 | 8:45 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 9/15/2021 | 6:30 PM | [Megan Benett] | [Megan Benett] | 25 Min | -- | $0.00 |
| 9/15/2021 | 4:35 PM | to New York/NY | (646) 558-8656 | 1 Min | -- | $0.00 |
| 9/15/2021 | 4:35 PM | to New York/NY | (646) 558-8656 | 1 Min | -- | $0.00 |
| 9/15/2021 | 4:34 PM | to New York/NY | (646) 558-8656 | 1 Min | -- | $0.00 |
| 9/15/2021 | 3:22 PM | [Jim Kreindler] | [Jim Kreindler] | 1 Min | -- | $0.00 |
| 9/15/2021 | 3:15 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 9/15/2021 | 2:18 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 12 Min | -- | $0.00 |
| 9/15/2021 | 1:11 PM | [Jim Kreindler] | [Jim Kreindler] | 10 Min | -- | $0.00 |
| 9/15/2021 | 11:01 AM | to New York/NY | (646) 558-8656 | 89 Min | -- | $0.00 |
| 9/15/2021 | 11:00 AM | to New York/NY | (646) 558-8656 | 1 Min | -- | $0.00 |
| 9/15/2021 | 9:45 AM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |

**CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER**       JFawcett_0000055

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0136, Page 5 of 9**

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 9/15/2021 | 9:40 AM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/15/2021 | 9:19 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/15/2021 | 9:18 AM | [PERSONAL] | [PERSONAL] | 2 Min | T-Mobile to T-Mobile | $0.00 |
| 9/15/2021 | 8:02 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 7:54 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 15 Min | -- | $0.00 |
| 9/14/2021 | 7:35 PM | [PERSONAL] | [PERSONAL] | 11 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 6:36 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/14/2021 | 6:31 PM | [PERSONAL] | [PERSONAL] | 2 Min | Call Waiting | $0.00 |
| 9/14/2021 | 6:30 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 1:49 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | Call Waiting | $0.00 |
| 9/14/2021 | 1:32 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 17 Min | -- | $0.00 |
| 9/14/2021 | 1:12 PM | [PERSONAL] | [PERSONAL] | 8 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 12:57 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 9/14/2021 | 12:06 PM | [PERSONAL] | [PERSONAL] | 19 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 11:56 AM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 11:53 AM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 11:44 AM | [PERSONAL] | [PERSONAL] | 3 Min | T-Mobile to T-Mobile | $0.00 |
| 9/14/2021 | 11:38 AM | [Julia Sienski] | [Julia Sienski] | 4 Min | -- | $0.00 |
| 9/13/2021 | 8:50 PM | [PERSONAL] | [PERSONAL] | 2 Min | -- | $0.00 |
| 9/13/2021 | 8:19 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 9/13/2021 | 8:02 PM | [Jim Kreindler] | [Jim Kreindler] | 3 Min | -- | $0.00 |
| 9/13/2021 | 7:54 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 9/13/2021 | 7:36 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 9/13/2021 | 7:32 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/13/2021 | 7:29 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/13/2021 | 7:19 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |
| 9/13/2021 | 7:03 PM | [PERSONAL] | [PERSONAL] | 11 Min | Call Waiting | $0.00 |
| 9/13/2021 | 7:02 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/13/2021 | 6:33 PM | [PERSONAL] | [PERSONAL] | 27 Min | T-Mobile to T-Mobile | $0.00 |
| 9/13/2021 | 3:55 PM | [Andrew Maloney] | [Andrew Maloney] | 99 Min | -- | $0.00 |
| 9/13/2021 | 2:15 PM | Incoming | (540) 435-1905 | 86 Min | T-Mobile to T-Mobile | $0.00 |
| 9/13/2021 | 2:08 PM | [Steve Pounian] | [Steve Pounian] | 4 Min | -- | $0.00 |
| 9/13/2021 | 12:42 PM | [Steve Pounian] | [Steve Pounian] | 1 Min | -- | $0.00 |
| 9/13/2021 | 12:42 PM | [Steve Pounian] | [Steve Pounian] | 75 Min | -- | $0.00 |
| 9/13/2021 | 12:28 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 14 Min | -- | $0.00 |
| 9/13/2021 | 9:53 AM | [Steve Pounian] | [Steve Pounian] | 132 Min | -- | $0.00 |
| 9/13/2021 | 8:58 AM | [PERSONAL] | [PERSONAL] | 1 Min | -- | $0.00 |
| 9/13/2021 | 8:43 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 12 Min | -- | $0.00 |
| 9/12/2021 | 5:50 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | -- | $0.00 |

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 9/12/2021 | 5:28 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/12/2021 | 5:05 PM | [Megan Benett] | [Megan Benett] | 20 Min | -- | $0.00 |
| 9/12/2021 | 4:47 PM | Incoming | (202) 744-7185 | 18 Min | -- | $0.00 |
| 9/12/2021 | 4:44 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/12/2021 | 3:18 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 29 Min | -- | $0.00 |
| 9/12/2021 | 2:29 PM | [Jim Kreindler] | [Jim Kreindler] | 3 Min | -- | $0.00 |
| 9/12/2021 | 1:53 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 31 Min | -- | $0.00 |
| 9/12/2021 | 1:32 PM | to Morristown/NJ | (973) 349-9103 | 20 Min | -- | $0.00 |
| 9/12/2021 | 1:12 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 9 Min | Conference call | $0.00 |
| 9/12/2021 | 1:03 PM | 1-800 # | (800) 211-0633 | 19 Min | Conference call | $0.00 |
| 9/12/2021 | 11:06 AM | [Julia Sienski] | [Julia Sienski] | 26 Min | Conference call | $0.00 |
| 9/12/2021 | 10:59 AM | 1-800 # | (800) 211-0633 | 33 Min | Conference call | $0.00 |
| 9/12/2021 | 9:15 AM | [Steve Pounian] | [Steve Pounian] | 91 Min | -- | $0.00 |
| 9/11/2021 | 10:47 PM | Incoming | (202) 744-7185 | 16 Min | -- | $0.00 |
| 9/11/2021 | 10:36 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 9/11/2021 | 9:45 PM | [Megan Benett] | [Megan Benett] | 54 Min | Conference call | $0.00 |
| 9/11/2021 | 9:37 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 63 Min | Conference call | $0.00 |
| 9/11/2021 | 9:33 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 5 Min | Call Waiting | $0.00 |
| 9/11/2021 | 9:04 PM | [Steve Pounian] | [Steve Pounian] | 30 Min | -- | $0.00 |
| 9/11/2021 | 8:56 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 9/11/2021 | 7:55 PM | [PERSONAL] | [PERSONAL] | 14 Min | Conference call | $0.00 |
| 9/11/2021 | 7:31 PM | [PERSONAL] | [PERSONAL] | 50 Min | Conference call | $0.00 |
| 9/11/2021 | 4:08 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 11 Min | -- | $0.00 |
| 9/11/2021 | 2:49 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 14 Min | -- | $0.00 |
| 9/11/2021 | 12:33 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 6 Min | -- | $0.00 |
| 9/11/2021 | 12:20 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 8 Min | -- | $0.00 |
| 9/11/2021 | 7:45 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 2 Min | -- | $0.00 |
| 9/10/2021 | 7:06 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/10/2021 | 5:34 PM | [PERSONAL] | [PERSONAL] | 10 Min | T-Mobile to T-Mobile | $0.00 |
| 9/10/2021 | 3:45 PM | [Steve Pounian] | [Steve Pounian] | 22 Min | -- | $0.00 |
| 9/10/2021 | 3:19 PM | Incoming | (917) 244-0516 | 9 Min | T-Mobile to T-Mobile | $0.00 |
| 9/10/2021 | 1:31 PM | [Jim Kreindler] | [Jim Kreindler] | 1 Min | -- | $0.00 |
| 9/10/2021 | 1:23 PM | [Jim Kreindler] | [Jim Kreindler] | 2 Min | -- | $0.00 |
| 9/10/2021 | 11:01 AM | [Steve Pounian] | [Steve Pounian] | 39 Min | -- | $0.00 |
| 9/10/2021 | 10:24 AM | [Steve Pounian] | [Steve Pounian] | 8 Min | Call Waiting | $0.00 |
| 9/10/2021 | 10:15 AM | 1-800 # | (800) 211-0633 | 17 Min | Conference call | $0.00 |
| 9/10/2021 | 10:14 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 19 Min | Conference call | $0.00 |
| 9/10/2021 | 9:52 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 1 Min | -- | $0.00 |
| 9/9/2021 | 7:44 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|---|---|---|---|---|---|---|
| 9/9/2021 | 7:14 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |
| 9/9/2021 | 4:51 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/9/2021 | 4:18 PM | [PERSONAL] | [PERSONAL] | 26 Min | T-Mobile to T-Mobile | $0.00 |
| 9/9/2021 | 4:09 PM | [Steve Pounian] | [Steve Pounian] | 8 Min | -- | $0.00 |
| 9/9/2021 | 3:55 PM | [Steve Pounian] | [Steve Pounian] | 12 Min | -- | $0.00 |
| 9/9/2021 | 3:20 PM | 1-800 # | (800) 211-0633 | 25 Min | -- | $0.00 |
| 9/9/2021 | 2:08 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 10 Min | -- | $0.00 |
| 9/9/2021 | 1:02 PM | [PERSONAL] | [PERSONAL] | 17 Min | T-Mobile to T-Mobile | $0.00 |
| 9/9/2021 | 12:30 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 31 Min | -- | $0.00 |
| 9/9/2021 | 12:14 PM | to Bklyn Nyc/NY | (917) 244-0516 | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 9/9/2021 | 11:17 AM | [Steve Pounian] | [Steve Pounian] | 58 Min | -- | $0.00 |
| 9/8/2021 | 7:03 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 4 Min | -- | $0.00 |
| 9/8/2021 | 6:40 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 14 Min | -- | $0.00 |
| 9/8/2021 | 3:41 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 13 Min | -- | $0.00 |
| 9/8/2021 | 3:30 PM | to Bklyn Nyc/NY | (917) 244-0516 | 11 Min | T-Mobile to T-Mobile | $0.00 |
| 9/8/2021 | 12:06 PM | [Julia Sienski] | [Julia Sienski] | 7 Min | -- | $0.00 |
| 9/8/2021 | 11:32 AM | [Steve Pounian] | [Steve Pounian] | 18 Min | -- | $0.00 |
| 9/8/2021 | 10:48 AM | [Julia Sienski] | [Julia Sienski] | 2 Min | -- | $0.00 |
| 9/8/2021 | 10:06 AM | [Jim Kreindler] | [Jim Kreindler] | 9 Min | -- | $0.00 |
| 9/7/2021 | 8:00 PM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 6 Min | -- | $0.00 |
| 9/7/2021 | 7:04 PM | [PERSONAL] | [PERSONAL] | 24 Min | T-Mobile to T-Mobile | $0.00 |
| 9/7/2021 | 5:49 PM | [Steve Pounian] | [Steve Pounian] | 28 Min | -- | $0.00 |
| 9/7/2021 | 4:38 PM | [Steve Pounian] | [Steve Pounian] | 5 Min | -- | $0.00 |
| 9/7/2021 | 3:29 PM | [Steve Pounian] | [Steve Pounian] | 37 Min | -- | $0.00 |
| 9/7/2021 | 2:58 PM | [Julia Sienski] | [Julia Sienski] | 15 Min | -- | $0.00 |
| 9/7/2021 | 2:53 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 9/7/2021 | 2:53 PM | [Julia Sienski] | [Julia Sienski] | 1 Min | -- | $0.00 |
| 9/7/2021 | 11:50 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 7 Min | -- | $0.00 |
| 9/7/2021 | 9:18 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 14 Min | -- | $0.00 |
| 9/7/2021 | 9:04 AM | [Steve Pounian] | [Steve Pounian] | 3 Min | -- | $0.00 |
| 9/6/2021 | 6:15 PM | [Jim Kreindler] | [Jim Kreindler] | 4 Min | -- | $0.00 |
| 9/6/2021 | 3:11 PM | [Steve Pounian] | [Steve Pounian] | 5 Min | -- | $0.00 |
| 9/6/2021 | 10:04 AM | [Steve Pounian] | [Steve Pounian] | 27 Min | -- | $0.00 |
| 9/5/2021 | 3:51 PM | [PERSONAL] | [PERSONAL] | 5 Min | T-Mobile to T-Mobile | $0.00 |
| 9/5/2021 | 3:43 PM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |
| 9/5/2021 | 3:26 PM | [PERSONAL] | [PERSONAL] | 1 Min | T-Mobile to T-Mobile | $0.00 |
| 9/5/2021 | 12:48 PM | [PERSONAL] | [PERSONAL] | 4 Min | T-Mobile to T-Mobile | $0.00 |
| 9/5/2021 | 10:46 AM | [ATTORNEY WORK PRODUCT - KREINDLER] | [ATTORNEY WORK PRODUCT - KREINDLER] | 3 Min | -- | $0.00 |
| 9/5/2021 | 10:45 AM | VM Retrieval | 123 | 1 Min | Voicemail | $0.00 |

| Date | Time | Destination | Number | Minutes | Call Type | Charge |
|------|------|-------------|--------|---------|-----------|--------|

The date and time for call usage corresponds with the time zone you are in when beginning a call.