| Sender | Recipient | Partner | UTC+00:00 (M/d/yyyy) | Type | Direction |
|---|---|---|---|---|---|
| +12022582535 | | | 7/12/2021 3:24:21 PM | Call | Received |
| | +12022582535 | | 7/12/2021 3:19:50 PM | Call | Sent |
| | +12022582535 | | 7/15/2021 12:40:52 PM | Call | Sent |
| | [Gavin Simpson] | | 7/20/2021 4:38:19 PM | Call | Sent |
| | | [Gavin Simpson] | 7/20/2021 6:10:32 PM | Missed Call | Unknown Direction |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 7/20/2021 8:29:38 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 7/20/2021 8:30:15 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | [ATTORNEY WORK PRODUCT - KREINDLER] | | 7/20/2021 8:59:56 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [ATTORNEY WORK PRODUCT - KREINDLER] | | | 7/20/2021 9:03:51 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [Gavin Simpson] | 7/21/2021 1:29:04 PM | Missed Call | Unknown Direction |
| | | [Gavin Simpson] | 7/21/2021 1:29:28 PM | Missed Call | Unknown Direction |
| | | [Gavin Simpson] | 7/21/2021 1:29:59 PM | Missed Call | Unknown Direction |
| | [Gavin Simpson] | | 7/21/2021 1:35:49 PM | Call | Sent |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 7/23/2021 3:30:32 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 7/23/2021 3:31:15 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | [ATTORNEY WORK PRODUCT - KREINDLER] | | 7/29/2021 9:29:57 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | [ATTORNEY WORK PRODUCT - KREINDLER] | | 7/30/2021 11:16:45 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | +12022582535 | 8/2/2021 1:54:07 PM | Missed Call | Unknown Direction |
| | +12022582535 | | 8/2/2021 6:34:09 PM | Call | Sent |
| | [ATTORNEY WORK PRODUCT - KREINDLER] | | 8/2/2021 11:49:51 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [Gavin Simpson] | | | 8/3/2021 8:19:45 PM | Call | Received |
| | | [Gavin Simpson] | 8/11/2021 2:14:11 PM | Missed Call | Unknown Direction |
| [Gavin Simpson] | | | 9/2/2021 12:49:33 PM | Call | Received |
| | | [Gavin Simpson] | 9/13/2021 4:59:05 PM | Missed Call | Unknown Direction |
| | | [Gavin Simpson] | 9/13/2021 4:59:21 PM | Missed Call | Unknown Direction |
| [Gavin Simpson] | | | 9/14/2021 4:00:18 PM | Call | Received |
| | | [Gavin Simpson] | 9/20/2021 3:54:28 PM | Missed Call | Unknown Direction |
| [Gavin Simpson] | | | 9/20/2021 9:12:27 PM | Call | Received |
| | [Steve Pounian] | | 9/24/2021 2:57:28 PM | Call | [Steve Pounian] |
| [Steve Pounian] | | | 9/24/2021 3:00:01 PM | Call | [Steve Pounian] |
| | [Megan Benett] | | 9/27/2021 2:33:32 PM | Call | [Megan Benett] |
| [Megan Benett] | | | 9/27/2021 2:33:46 PM | Call | [Megan Benett] |
| | | [Megan Benett] | 9/27/2021 2:47:37 PM | Missed Call | [Megan Benett] |
| | [Megan Benett] | | 9/27/2021 2:52:18 PM | Call | [Megan Benett] |
| | [Megan Benett] | | 9/27/2021 6:18:29 PM | Call | [Megan Benett] |
| [Gavin Simpson] | | | 9/28/2021 8:34:44 PM | Call | Received |
| [Gavin Simpson] | | | 9/29/2021 3:48:12 PM | Call | Received |
| | [Gavin Simpson] | | 9/29/2021 5:52:17 PM | Call | Sent |
| | | +12022582535 | 9/29/2021 7:40:03 PM | Missed Call | Unknown Direction |
| | [Gavin Simpson] | | 9/29/2021 6:51:05 PM | Call | Sent |
| | | +12022582535 | 9/29/2021 7:40:17 PM | Missed Call | Unknown Direction |

KSAX-0138

Case No. 03-md-1570

CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER

JFawcett_0000052

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0138, Page 1 of 1**