| Sender | Recipient | Partner | Date/Time - UTC+00:00 (M/d/yyyy) | Type | Direction |
|---|---|---|---|---|---|
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/1/2021 7:39:36 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/2/2021 9:07:13 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/2/2021 9:09:18 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/4/2021 1:04:31 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/4/2021 1:11:26 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/4/2021 1:30:09 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/4/2021 1:30:32 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/7/2021 6:06:58 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/8/2021 4:19:32 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/8/2021 7:43:34 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/8/2021 7:45:40 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [Gavin Simpson] | | 6/11/2021 10:43:17 AM | Call | Sent |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/12/2021 2:17:03 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/17/2021 12:13:20 AM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [ATTORNEY WORK PRODUCT - KREINDLER] | +19175360803 | | 6/17/2021 12:21:38 AM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/17/2021 12:31:18 AM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/17/2021 12:59:37 AM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/17/2021 1:01:10 AM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [Gavin Simpson] | | 6/19/2021 2:46:40 PM | Call | Sent |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/19/2021 3:13:14 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [Gavin Simpson] | +19175360803 | | 6/19/2021 3:15:40 PM | Call | Received |
| +19175360803 | [Gavin Simpson] | | 6/19/2021 3:16:52 PM | Call | Sent |
| +19175360803 | [Gavin Simpson] | | 6/19/2021 3:17:33 PM | Call | Sent |
| +19175360803 | [Gavin Simpson] | | 6/19/2021 3:17:48 PM | Call | Sent |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/19/2021 3:59:40 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [ATTORNEY WORK PRODUCT - KREINDLER] | +19175360803 | | 6/19/2021 5:47:27 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/19/2021 6:30:09 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/20/2021 9:37:18 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/20/2021 9:37:32 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/21/2021 2:02:01 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [Gavin Simpson] | | 6/21/2021 6:29:57 PM | Call | Sent |
| +19175360803 | [Gavin Simpson] | | 6/21/2021 7:03:08 PM | Call | Sent |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/23/2021 12:18:22 AM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/23/2021 3:17:43 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/23/2021 4:59:41 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/23/2021 7:43:18 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/23/2021 8:38:29 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/24/2021 11:15:28 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/25/2021 9:50:28 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/25/2021 10:05:42 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/25/2021 10:06:09 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/25/2021 10:12:11 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/25/2021 10:13:13 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [ATTORNEY WORK PRODUCT - KREINDLER] | +19175360803 | | 6/25/2021 10:13:53 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| | | [ATTORNEY WORK PRODUCT - KREINDLER] | 6/25/2021 10:14:39 PM | Missed Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/25/2021 10:19:27 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [Gavin Simpson] | | 6/26/2021 11:18:03 PM | Call | Sent |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 6/26/2021 11:27:14 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19175360803 | [Gavin Simpson] | | 6/27/2021 1:33:31 PM | Call | Sent |
| [PERSONAL] | [PERSONAL] | | 6/27/2021 4:57:49 PM | Call | Received |
| [PERSONAL] | [PERSONAL] | | 6/27/2021 4:58:37 PM | Call | Sent |
| [PERSONAL] | [PERSONAL] | | 6/27/2021 4:59:11 PM | Call | Sent |
| [PERSONAL] | [PERSONAL] | | 6/27/2021 5:10:59 PM | Call | Sent |
| +19175360803 | [Steve Pounian] | | 6/27/2021 8:55:37 PM | Call | [Steve Pounian] |
| | | +19177033084 | 6/28/2021 2:02:13 AM | Missed Call | Unknown Direction |
| [PERSONAL] | [PERSONAL] | | 6/28/2021 2:04:56 AM | Call | Sent |

CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER

KSAX-0139
Case No. 03-md-1570

JFawcett_0000053

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0139, Page 1 of 2**

| Sender | Recipient | Partner | Date/Time - UTC+00:00 (M/d/yyyy) | Type | Direction |
|---|---|---|---|---|---|
| +19177033084 | +19175360803 | | 6/28/2021 2:05:06 AM | Call | Received |
| [Gavin Simpson] | +19175360803 | | 6/30/2021 10:40:59 AM | Call | Received |
| +19177033084 | +19175360803 | | 6/30/2021 6:05:49 PM | Call | Received |
| | | +19177033084 | 6/30/2021 6:21:44 PM | Missed Call | Unknown Direction |
| | | +19177033084 | 6/30/2021 6:22:42 PM | Missed Call | Unknown Direction |
| +19175360803 | [Gavin Simpson] | | 6/30/2021 8:38:08 PM | Call | Sent |
| +19175360803 | [Gavin Simpson] | | 6/30/2021 8:38:27 PM | Call | Sent |
| +19175360803 | [Gavin Simpson] | | 6/30/2021 8:39:35 PM | Call | Sent |
| | | [Gavin Simpson] | 6/30/2021 9:15:46 PM | Missed Call | Unknown Direction |
| +19175360803 | [Gavin Simpson] | | 6/30/2021 10:11:04 PM | Call | Sent |
| +19175360803 | [Gavin Simpson] | | 6/30/2021 10:13:11 PM | Call | Sent |
| | | +19177033084 | 6/30/2021 11:23:53 PM | Missed Call | Unknown Direction |
| +19177033084 | +19175360803 | | 6/30/2021 11:28:03 PM | Call | Received |
| | | +19177033084 | 6/30/2021 11:29:42 PM | Missed Call | Unknown Direction |
| +19175360803 | [ATTORNEY WORK PRODUCT - KREINDLER] | | 7/2/2021 4:33:50 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [ATTORNEY WORK PRODUCT - KREINDLER] | +19175360803 | | 7/2/2021 4:44:13 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| [ATTORNEY WORK PRODUCT - KREINDLER] | +19175360803 | | 7/2/2021 5:21:03 PM | Call | [ATTORNEY WORK PRODUCT - KREINDLER] |
| +19177033084 | +19175360803 | | 7/3/2021 4:38:51 PM | Call | Received |
| | | +19177033084 | 7/3/2021 4:53:52 PM | Missed Call | Unknown Direction |
| +19175360803 | +12022582535 | | 7/3/2021 7:15:15 PM | Call | Sent |
| +19175360803 | +12022582535 | | 7/3/2021 7:16:22 PM | Call | Sent |
| +19175360803 | +12022582535 | | 7/3/2021 7:17:50 PM | Call | Sent |
| +19175360803 | +12022582535 | | 7/3/2021 7:18:09 PM | Call | Sent |
| +19175360803 | +12022582535 | | 7/3/2021 7:19:11 PM | Call | Sent |
| +19175360803 | +12022582535 | | 7/3/2021 7:21:03 PM | Call | Sent |
| | | +12022582535 | 7/3/2021 7:19:31 PM | Missed Call | Unknown Direction |
| +19175360803 | +12022582535 | | 7/3/2021 7:23:40 PM | Call | Sent |
| +12022582535 | +19175360803 | | 7/5/2021 1:46:47 PM | Call | Received |

CONFIDENTIAL SUBJECT TO MDL PROTECTIVE ORDER

JFawcett_0000053

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0139, Page 2 of 2**