ATTORNEY WORK PRODUCT												CONFIDENTIAL

| Foundatior | Foundatior | Billing Accc | Billing Accc | Group ID | Wireless N | Market Cyc | Item | Date | Time | Number Called | Called To | Minutes Cl | Rate Pd | Rate Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2489978 | KREINDLER | 9.9E+08 | KREINDLER | G3337050 | (914) 589-1 | | 71821 | 71 | 62121 | 10:41 (202) 258-2535 | INCOMING, CL | 18 | DT | SDDV |



KSAX-0142
Case No.
03-md-1570

KK01486

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0142, Page 1 of 3**

ATTORNEY WORK PRODUCT

CONFIDENTIAL



| 2489978 KREINDLER | 9.9E+08 KREINDLER | G33370504 | (914) 589- | 71821 | 181 | 62521 | 10:53 | (202) 258-2535 | INCOMING, CL | 10 DT | SDDV |

KK01487

CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0142, Page 2 of 3

ATTORNEY WORK PRODUCT                                                                                                     CONFIDENTIAL



2489978  KREINDLER    9.9E+08  KREINDLER G33370504 (914) 589-    71821    255    62821    11:36 (202) 258-2535    INCOMING, CL    7 DT    SDDV

KK01488

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0142, Page 3 of 3**