## SIGNAL MESSAGES - ANDROID

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 1 |
| Display names | +12022582535 |
| Local user | |
| CONVERSATION DETAILS | |
| Number of messages | 9 |
| First message sent date/time | 7/12/2021 3:19:50 PM |
| Last message sent date/time | 9/29/2021 7:40:17 PM |
| Case time zone | (UTC) Coordinated Universal Time |

Sent 7/12/2021 3:19:50 PM
Call

Sent 7/12/2021 3:20:37 PM
Call when you can

+12022582535
Received 7/12/2021 3:24:21 PM
Call

Sent 7/15/2021 12:40:52 PM
Call

KSAX-0150
Case No. 03-md-1570

Confidential and Subject to Protective Order

JFawcett_0000017

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER**
**KSAX-0150, Page 1 of 2**



> Sent
> 7/24/2021 4:17:38 PM
> FYI, there's a witch hunt for the source of your Jarrah story

> Received
> 8/2/2021 1:53:20 PM
> Missed Call

> Sent
> 8/2/2021 6:34:09 PM
> Call

> Received
> 9/29/2021 7:40:03 PM
> Missed Call

> Received
> 9/29/2021 7:40:17 PM
> Missed Call

Confidential and Subject to Protective Order    JFawcett_0000018