In re: Terrorist Attacks on September 11, 2001
Case No. 03-md-1570
Non-Party John Fawcett Second Amended Privilege Log of Withheld Materials
November 5, 2021

|   | Date | Document Type | Author(s) | Addressee(s) | Cc(s) | Subject Matter | Privilege | Privilege Holder |
|---|---|---|---|---|---|---|---|---|
| 1 | 6/1/2021 | Screenshot | [Redacted as Work Product] | | | Screenshot of ProtonMail inbox showing sender and subject line. | Work Product | Kreindler & Kreindler LLP |
| 2 | 7/22/2021 12:07 pm | Email | John Fawcett | Liz Crotty | | Fawcett email to Crotty re legal advice. | Attorney-Client | John Fawcett |
| 3 | 7/22/2021 8:18 am<br><br>9/24/2021 8:38 am 6:42 pm<br><br>9/27/2021 7:58 am<br><br>10/5/2021 12:11 pm | Text messages | John Fawcett | Liz Crotty | | Fawcett text messages to Crotty re legal advice. | Attorney-Client | John Fawcett |
| 4 | 9/24/2021 9:04 am | Email | John Fawcett | Liz Crotty | | Fawcett email to Crotty re legal advice. | Attorney-Client | John Fawcett |
| 5 | 9/24/2021 9:04 am | Attachment to Email | | | | Attachment to Fawcett email to Crotty. | Attorney-Client | John Fawcett |
| 6 | 9/24/2021 9:04 am | Attachment to Email | | | | Attachment to Fawcett email to Crotty. | Attorney-Client | John Fawcett |
| 7 | 10/5/2021 9:03 am | Email | John Fawcett | Liz Crotty | | Fawcett email to Crotty re legal advice. | Attorney-Client | John Fawcett |
| 8 | 10/5/2021 9:03 am | Attachment to Email | | | | Attachment to Fawcett email to Crotty. | Attorney-Client | John Fawcett |

1   CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER

KSAX-0151

Case No. 03-md-1570

**CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
KSAX-0151, Page 1 of 2**

In re: Terrorist Attacks on September 11, 2001
Case No. 03-md-1570
Non-Party John Fawcett Second Amended Privilege Log of Withheld Materials
November 5, 2021

|   | Date | Document Type | Author(s) | Addressee(s) | Cc(s) | Subject Matter | Privilege | Privilege Holder |
|---|---|---|---|---|---|---|---|---|
| 9 | 10/5/2021 1:37 pm | Text message | Liz Crotty | John Fawcett | | Text message from Crotty to Fawcett re legal advice. | Attorney-Client | John Fawcett |
| 10 | 10/5/2021 1:37 pm | Attachment to text message | | | | Attachment to Text message from Crotty to Fawcett. | Attorney-Client | John Fawcett |