UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

ORDER

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/23/2022*

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 04-cv-01076

The Court previously granted leave to amend the complaint in Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 04-cv-01076 ("O'Neill"), to add plaintiffs with claims against the Taliban. See ECF Nos. 7949, 8111, 8150, 8473, 8695. Those orders stated that "[p]rior rulings, orders, and judgments entered in this case remain in effect as to all parties." Id. To clarify, the Court thereby extended the O'Neill liability judgments against the Taliban, ECF Nos. 3067, 3163, and 3043-1, to all plaintiffs added to O'Neill pursuant to the Court's orders at ECF Nos. 7949, 8111, 8150, 8473, and 8695.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 23, 2022
         New York, New York