## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
| --- | --- |
| Ronald L. Motley (1944-2013) Jodi Westbrook Flowers, *Co-Chair* Donald A. Migliori, *Co-Chair* Robert T. Haefele, *Liaison Counsel* MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* Sean Carter, *Co-Chair* J. Scott Tarbutton, *Liaison Counsel* COZEN O'CONNOR |

**VIA ECF**

November 22, 2022

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: NOV 28 2022

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs' Executive Committees, without objection from Sudan, respectfully request a two-business-day extension of the Friday, December 2, 2022 and Friday, December 16, 2022 deadlines for the parties' oppositions and replies related to the objections to Judge Netburn's Report and Recommendation (ECF No. 7942) on Sudan's Motion to Dismiss, as amended by ECF No. 8549. We are requesting the additional two days because several members of the PECs now have travel obligations between November 30 and December 2, which were not anticipated when we set the briefing schedule for the Sudan objections.

This unopposed request would amend the schedule set at ECF No. 8574 as follows:

| Deadline for: | Previous Deadline: | New Deadline: |
| --- | --- | --- |
| Oppositions to Objections | Friday, December 2, 2022 | Tuesday, December 6, 2022 |
| Replies in support of Objections | Friday, December 16, 2022 | Tuesday, December 20, 2022 |

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105

The Honorable George B. Daniels, U.S.D.J.
November 22, 2022
Page 2

---

For the Plaintiffs' Exec. Committees

Email: scarter@cozen.com
For the Plaintiffs' Exec. Committees

cc:   The Honorable Sarah Netburn, via ECF
      All Counsel of Record via ECF

**SUBJECT TO FBI PROTECTIVE ORDER**