UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

To aid in resolving default judgment motions against the Taliban, the Court requests briefing on two questions.

1. Who qualifies as a proper plaintiff in a federal claim against the Taliban?

2. Should the Court *sua sponte* invoke the statute of limitations for claims against the Taliban?

Any party wishing to address these issues shall file a brief of no more than 15 pages, double-spaced, by December 22, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   December 1, 2022
         New York, New York