UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court asked the parties to propose how it "can decide motions for default judgment against the Taliban in a way that permits plaintiffs to 'proceed on equal footing with one another.'" ECF No. 8590 (quoting ECF No. 8535 at 2). The Court reviewed responsive letters from the Plaintiffs' Executive Committees ("PECs") and other plaintiffs' attorneys, as well as arguments made at the conference held on November 18, 2022. See ECF Nos. 8662, 8663, 8666, 8683, 8766, 8767, 8774.

    After careful consideration of the parties' positions, the Court has decided that it will issue separate orders adjudicating each motion for default judgment against the Taliban. Any order granting default judgment will include language staying its effect. The Court will consider further action on these orders after the District Court has resolved the Rule 72 objections to the Court's Report and Recommendation at ECF No. 8463.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 1, 2022
                New York, New York