KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 5, 2022

*Via ECF*

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
             (All Actions)
            Permission for Electronic Devices at Hearing on December 8, 2022

Dear Judge Daniels:

      Defendant Kingdom of Saudi Arabia ("Saudi Arabia") respectfully requests under this Court's Standing Order M10-468, as Revised, that undersigned counsel be permitted to bring a personal electronic device and a laptop computer to the oral argument scheduled for December 8, 2022, and be permitted to connect to the Court's Wi-Fi. Saudi Arabia further respectfully requests that the same permissions be granted for its counsel Andrew C. Shen, Christopher M. Young, and Caroline A. Schechinger. I and the other counsel named above have entered appearances on the docket for Saudi Arabia.

      Pursuant to ECF Rule 13.18, a copy of a proposed form order under Standing Order M10-468, as Revised, is being filed with this letter.

                                                        Respectfully submitted,

                                                         */s/ Gregory G. Rapawy*

                                                         Gregory G. Rapawy
                                                         *Counsel for the Kingdom of Saudi Arabia*

Attachment

Cc:    All MDL Counsel of Record (via ECF)