# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020 TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*  December 5, 2022

The Honorable George B. Daniels
United States Courthouse
500 Pearl Street, Court Room 11A
New York, NY 10007

    Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN): Permission for Electronic Devices at December 8, 2022 Oral Argument

Dear Judge Daniels:

    We respectfully request under this Court's Standing Order M10-468, as Revised, that the individuals identified in the accompanying proposed electronic devices order be permitted to bring personal electronic devices (as indicated in the accompanying proposed order) to the Oral Argument scheduled for Thursday December 8, 2022.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Enclosed

Cc: All MDL Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA