UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

In re Terrorist Attacks on September 11, 2001.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) 12/08/2022.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Jerry Goldman | jgoldman@andersonkill.com | iPhone12 Plus +iPad+ Battery +Charger + Air Pods | 11A | |
| Bruce Strong | bstrong@andersonkill.com | iPhone 14 | 11A | |
| Alex Greene | agreene@andersonkill.com | iPhone 11 Pro Max+air pods | 11A | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

In re Terrorist Attacks on September 11, 2001

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided. The date(s) for which such authorization is provided is (are)___12/08/2022_____.

| Attorney | E-Mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Regan Samson | rsamson@andersonkill.com | iPhone 12 Max + iPhone 8 + MacBook | 11A | |
| Joshua Zelen | jzelen@andersonkill.com | iPhone 14 pro + Airpods + Apple Watch | 11A | |
| Ethan Greenberg | egreenberg@andersonkill.com | iPhone 12 | 11A | |