UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                :
IN RE:                              :
                :      ORDER
TERRORIST ATTACKS ON         :
SEPTEMBER 11, 2001           :      03 MDL 1570 (GBD) (SN)
                :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The following is the public line for the December 8, 2022 conference at 10:00 a.m.:

Telephone Number: 844-767-5679; Access Code: 7220459.

Dated: December 6, 2022
New York, New York

SO ORDERED.

*(signature)*
GEORGE B. DANIELS
United States District Judge