**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: **ORDER TRANSFERRING**
**JUDGMENTS AND**
**PROCEEDINGS TO**
: **ASSOCIATED CASE**
: **1:03 MDL 1570 (GBD) (SN)**
------------------------------------------------------------------x

**This Document Relates to**
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, **Case No. 1:02-cv-06977 (GBD) (SN)**
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, **Case No. 1:02-cv-07236 (GBD) (SN)**
*Ryan, et al. v. Islamic Republic of Iran, et al.*, **20-cv-00266 (GBD) (SN)**

The Court has before it a motion, filed by Patricia Ryan as Personal Representative of the Estate of John J. Ryan, deceased; Patricia Ryan, individually in her own right; Kristen Ryan, Laura Ryan, Colin Ryan, Katherine Maher as Personal Representative of the Estate of Daniel L. Maher, deceased, Katherine Maher, individually in her own right, Daniel R. Maher, and Joseph F. Maher (collectively, "the Ryan and Maher Plaintiffs") to transfer the filings and judgments applicable to the moving Plaintiffs from the *Bauer/Ashton* consolidated cases into *Ryan, et al. v. Islamic Republic of Iran, et al.*, 20-cv-00266. The Ryan and Maher Plaintiffs are represented by Wiggins Childs Pantazis Fisher Goldfarb LLC, which was substituted for their previous counsel, Baumeister & Samuels, P.C., by motion filed September 20, 2019 (MDL ECF 5164, 5165) that was granted by this Court on November 26, 2019 (MDL ECF 5326).

The Court's November 26, 2019 Order directed the Wiggins firm to voluntarily withdraw the Maher and Ryan claims from the *Bauer/Ashton* actions and file a new member case associated with the *Havlish* action. By Text Order issued January 9, 2020 (MDL ECF 5480), this Court granted permission for the filing of a proposed action entitled *Ryan v. Islamic Republic of Iran, et al.,* 20-cv-00266 (GBF) (SN) (*Ryan* ECF 1) and ordered that the case be

associated with the *Havlish* and *Hoglan* actions as requested by the Wiggins firm. On January 16, 2020, the Clerk designated the *Ryan* action as associated with the *In Re: 9/11* MDL docket.

The Court held a hearing regarding these Plaintiffs that pertains indirectly to this matter on November 18, 2022.

Accordingly, upon consideration of the Maher and Ryan Plaintiffs' motion, the arguments of counsel at the November 18, 2022 hearing, and the Plaintiffs' representation that former counsel, Baumeister & Samuels, P.C., consents to this Motion and the text of this Order, and all the files and records herein,

IT IS HEREBY ORDERED that the Clerk of the Court shall transfer into *Ryan, et al. v. Islamic Republic of Iran, et al.*, 20-cv-00266, all filings of any kind by, or applicable to, and all orders and judgments applicable to, the Ryan and Maher Plaintiffs, in *Ashton* 02-cv-06977 and *Burlingame* 02-cv-07230, prior to the entry of this Order that pertain to the Ryan and Maher Plaintiffs' action against the Islamic Republic of Iran and associated Iranian Defendants including but not limited to, the Islamic Revolutionary Guard ("IRGC") and the Iranian Ministry of Intelligence and Security ("MOIS"), including the Ryan and Maher Plaintiffs' existing judgments against the Islamic Republic of Iran, MDL ECF 3014, dated August 31, 2015 (liability judgment), MDL ECF 3226, dated March 8, 2016 (decedents' conscious pain and suffering damages), MDL ECF 3387, dated October 31, 2016 (solatium damages), such that they appear on the docket of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 20-cv-00266.

The Clerk shall terminate the Motion at MDL ECF xxxx.

**SO ORDERED:**

Date: _____     _____
    New York, New York                     SARAH NETBURN
                                                    UNITED STATES MAGISTRATE JUDGE