```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                                             03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001                                               ORDER

-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Ashton, et al. v. al Qaeda Islamic army, et al., No. 02-cv-06977
> Bauer, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-07236
> Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003

Before the Court is a motion to sever the claims of certain plaintiffs—Katherine Maher as Personal Representative of the Estate of Daniel L. Maher, deceased; Katherine Maher, individually in her own right; Daniel R. Maher; Joseph F. Maher; Patricia Ryan as Personal Representative of the Estate of John J. Ryan, deceased; Patricia Ryan, individually in her own right; Kristen Ryan; Laura Ryan; and Colin Ryan (collectively, "the Maher and Ryan Plaintiffs")—from the consolidated cases in Bauer et al. v. al Qaeda Islamic Army, et al., No. 02-cv-07236, Ashton, et al. v. al Qaeda Islamic army, et al, No. 02-cv-06977, and Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003, (collectively, "Bauer/Ashton"). ECF No. 8644.[1] The Maher and Ryan Plaintiffs recently filed a proposed order authorizing transfer of their claims from Bauer/Ashton to two new cases. ECF No. 8786.

To assist the Court, the Maher and Ryan Plaintiffs must file a letter with the following information:

- For each new case, a list of all plaintiffs and a list of all defendants; and

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

- For each new case, a list of all pending matters (with ECF numbers) in Bauer/Ashton related to the Maher and Ryan Plaintiffs' claims against the defendant(s) in the new case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 12, 2022
           New York, New York