WHITE & CASE

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, **U.S.D.J.**

December 12, 2022

Dated: DEC 13 2022

White & Case LLP
~~~ Thirteenth Street, NW
ington, DC 20005-3807
**T** +1 202 626 3600

VIA ECF

whitecase.com

The Honorable George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

### *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.)

Dear Judge Daniels:

Counsel for Sudan and the Consolidated Amended Complaint Plaintiffs ("CAC Plaintiffs") and *Ashton* Amended Complaint Plaintiffs ("*Ashton* Plaintiffs") have conferred and request the Court's endorsement of the below proposal concerning page limits for the Parties' reply briefs in support of their respective Rule 72(b) Objections to the Magistrate Judge's Report and Recommendation (ECF No. 7942) and Amended Report and Recommendation (ECF No. 8549).

The Parties' reply briefs are due December 20, 2022. After conferring, the Parties propose:

1. Sudan will file a single brief replying to both the CAC and *Ashton* Plaintiffs' Oppositions (ECF Nos. 8791, 8792), not to exceed 20 pages; and,
2. The CAC Plaintiffs will file a brief in reply to Sudan's Opposition (ECF No. 8793), not to exceed 12 pages.

We thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

/s/ *Nicole Erb*

Christopher M. Curran
Nicole Erb
Claire A. DeLelle
Matthew S. Leddicotte
Nicolle Kownacki

*Counsel for the Republic of the Sudan
and all of its constituent parts*

cc:   Counsel of Record (via ECF)