USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001
                                                03-MD-01570 (GBD)(SN)

------------------------------------------------------------X
------------------------------------------------------------X

SUSAN M. KING, et al.,                            22-CV-05193 (GBD)(SN)

                        Plaintiffs,

            -against-                              **MDL CONSOLIDATION
                                                           ORDER**

ISALMIC REPUBLIC OF IRAN,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As this case, King, et al. v. Islamic Republic of Iran, No. 22-cv-05193, has been directly filed in this District and, based on the Court's review, appears to be within the scope of the multidistrict litigation, it is ORDERED that it is transferred to In re Terrorist Attacks on September 11, 2001, No. 03-md-01570, for coordinated or consolidated pretrial proceedings.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:    December 13, 2022
                  New York, New York