WHITE & CASE

December 21, 2022

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

VIA ECF

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
David Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*In re Terrorist Attacks on September 11, 2001*, **Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.):
Request for Oral Argument on Sudan's Rule 72 Objections**

Dear Judge Daniels:

Pursuant to Rule IV.D of this Court's Individual Rules and Practices, the Republic of Sudan respectfully requests in-person oral argument on its Rule 72 Objections (ECF Nos. 8717) to the Magistrate Judge's May 3, 2022 Report and Recommendation (ECF No. 7942) and September 23, 2022 Amended Report and Recommendation (ECF No. 8549) relating to Sudan's January 8, 2021 Motion to Dismiss the Amended Complaints for Lack of Subject-Matter Jurisdiction, Lack of Personal Jurisdiction, and Failure to State a Claim (ECF No. 6574).

Sudan's Objections are now fully briefed by all interested parties before Your Honor (ECF Nos. 8717, 8791, 8792, 8808).

Sudan's Objections, and the dispositive motion underlying them, raise important and complex issues, including issues related to the Court's subject-matter jurisdiction under the Foreign Sovereign Immunities Act, as amended. All of the issues are subject to *de novo* review by Your Honor. Sudan believes that Your Honor would find oral argument beneficial. No oral argument has previously been held on Sudan's Motion to Dismiss.

Respectfully submitted,

/s/ *Christopher M. Curran*

Christopher M. Curran
*Counsel for the Republic of Sudan*

cc:   All Counsel (via ECF)