```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On October 4, 2022, the Court approved a joint proposal from the Plaintiffs' Executive Committees ("PECs") and Defendant Al Rajhi Bank ("ARB") extending to February 17, 2023, the deadline for jurisdictional fact discovery as to ARB. ECF No. 8605.

On December 19, 2022, the Plaintiffs' Executive Committees ("PECs") unilaterally sought further extension of that deadline. ECF No. 8806. The PECs' proposed schedule, in part, is as follows:

- Document discovery, interrogatories, requests for admission, and fact depositions shall be completed on or before May 18, 2023.

- Document requests, depositions, interrogatories, requests for admission, and any application to the Court with respect to the conduct of discovery must be initiated in time to be concluded by May 18, 2023.

- Absent extraordinary circumstances, no application to the Court regarding the conduct of discovery will be considered if made later than April 19, 2023.

- By April 4, 2023, forty-five days before the completion of jurisdictional fact discovery, the Parties shall submit a joint letter setting forth their joint proposal or separate proposals for expert discovery, if any.

ARB does not oppose this schedule. ECF No. 8810 at 3. The Court therefore GRANTS this portion of the PECs' request. No further extensions to ARB jurisdictional discovery will be granted.

The PECs also requested permission to file a twenty-five-page motion to compel on or before December 30, 2022. ECF No. 8806 at 3. ARB suggests that such a request is premature because the parties have not exhausted the meet-and-confer process or identified the issues upon which they have reached an impasse. ECF No. 8810 at 3.

The Court ORDERS the parties to meet and confer regarding any outstanding or potential discovery disputes by January 10, 2023. By January 13, 2023, the parties shall submit a joint letter to the Court of no more than five pages with: 1) short summaries of the remaining disputes; and 2) the parties' joint or separate proposals for a process to address those disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 22, 2022
        New York, New York