# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Matthew Rowenhorst v. Islamic Republic of Iran,* No. 1:18-cv-12387 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Corrections to Order of Partial Final Default Judgments, Memorandum of Law in Support of Plaintiffs' Motion for Corrections to Order of Partial Final Default Judgments, and the Declaration of Jerry S. Goldman, Esq., attorney for the *Rowenhorst* Plaintiffs in the above-captioned action, it is hereby;

ORDERED that the final judgment for solatium damages entered on behalf of Wesley Graf in the Court's January 4, 2022 Order of Partial Final Default Judgments (ECF No. 7521, Exhibit A-11 at line 1), against the Islamic Republic of Iran is vacated;

ORDERED that the Court's January 4, 2022 Order of Partial Final Default Judgments (ECF No. 7521) remains otherwise in force and that all other final judgments awarded to the *Rowenhorst* Plaintiffs identified in the January 4, 2022 Order of Partial Final Default Judgments (ECF No. 7521) remain in effect.

SO ORDERED:

/s/ George B. Daniels

GEORGE B. DANIELS
United States District Judge

Dated: New York, New York
JAN 0 3 2023

The clerk of the court is directed to close the motions ECF No. 7906 in 03MD1570 and ECF No. 163 in 18cv12387.

docs-100245164.2