UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN)
*Betru et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN))

**[proposed] ORDER**

Upon consideration of the motion by the *Ashton* and *Betru* plaintiffs to substitute the Personal Representatives of individuals killed on September 11, 2001 in the terrorist attacks (a "9/11 decedent") and/or individuals who are the Personal Representative for an immediate family member of a 9/11 decedent; it is hereby

ORDERED that the *Ashton* and *Betru* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted as plaintiffs as set forth in therein.

Dated: _____, 2023
       New York, New York

                                          SO ORDERED:

                                          _____
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE

| # | PREVIOUS PLAINTIFF (INDIVIDUAL OR ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | Relationship to 9/11 Decedent | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Frank | | Agnes | | Leslie Werdann, as Personal Representative of the Estate of Frank | | Agnes | | Parent | 1:02-cv-06977 | David | | Agnes | | NY |
| 2 | John | | Barbuto | | Dianne M. Walsh and Jeanine Daly, as Personal Representatives of the Estate of John | | Barbuto | | Parent | 1:02-cv-06977 | Christine | | Barbuto | | MA |
| 3 | Phyllis | | Berger | | Gary Berger, as Personal Representative of the Estate of Phyllis | | Berger | | Parent | 1:02-cv-06977 | Steven | H. | Berger | | NY |
| 4 | Phyllis Berger, as Personal Representative of the Estate of Joseph | | Berger | | Gary Berger, as Personal Representative of the Estate of Joseph | | Berger | | Parent | 1:02-cv-06977 | Steven | H. | Berger | | NY |
| 5 | Jacob | S. | Biegeleisen | | Regina Biegeleisen, as Personal Representative of the Estate of Jacob | S. | Biegeleisen | | Parent | 1:02-cv-06977 | Shimmy | D. | Biegeleisen | | NY |
| 6 | Richard | | Blood | Sr. | Rebecca Taylor Wynne, as Personal Representative of the Estate of Richard | | Blood | Sr. | Parent | 1:02-cv-06977 | Richard | M. | Blood | Jr. | NJ |
| 7 | Richard | W. | Brady | | Tatum Vitale, as Personal Representative of the Estate of Richard | W. | Brady | | Sibling | 1:02-cv-06977 | David | B. | Brady | | NY |
| 8 | Diane | Truman | Bruce | | David Bruce, as Personal Representative of the Estate of Diane | | Bruce | | Parent | 1:02-cv-06977 | Mark | | Bruce | | NJ |
| 9 | Ida | | Bruno | | Caroline Otero, as Personal Representative of the Estate of Ida | | Bruno | | Parent | 1:02-cv-06977 | Edward | | Calderon | | NJ |
| 10 | Charles | Patrick | Burns | | Timothy Burns, as Personal Representative of the Estate of Charles | Patrick | Burns | | Sibling | 1:02-cv-06977 | Donald | J. | Burns | | NY |
| 11 | Julia | | Burns | | Michael F. Burns, as Personal Representative of the Estate of Julia | | Burns | | Parent | 1:02-cv-06977 | Donald | J. | Burns | | NY |
| 12 | Martha Butler, as Personal Representative of the Estate of William | E. | Butler | | Margaret Butler, as Personal Representative of the Estate of William | E. | Butler | | Parent | 1:02-cv-06977 | Thomas | M. | Butler | | NY |
| 13 | Vicente | | Calderon | | Mariza Calderon, as Personal Representative of the Estate of Vicente | | Calderon | | Parent | 1:02-cv-06977 | Edward | | Calderon | | NJ |
| 14 | Mildred | | Calia | | John R. Calia, as Personal Representative of the Estate of Mildred | | Calia | | Parent | 1:02-cv-06977 | Dominick | E. | Calia | | NJ |

| # | PREVIOUS PLAINTIFF (INDIVIDUAL OR ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | Relationship to 9/11 Decedent | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Chester | | Callum | | Rodney Callum, as Personal Representative of the Estate of Chester | | Callum | | Parent | 1:02-cv-06977 | Michell | L. | Robotham | | NJ |
| 16 | Christina | | Cruikshank | | Douglas Cruikshank, as Personal Representative of the Estate of Christina | | Cruikshank | | Child | 1:02-cv-06977 | Robert | | Cruikshank | | NY |
| 17 | Mark | | Dean | | Daniel Dean, as Personal Representative of the Estate of Mark | | Dean | | Sibling | 1:02-cv-06977 | William | | Dean | | NY |
| 18 | Carla DiAgostino, as Personal Representative of the Estate of Carlo | | DiAgostino | | Frank DiAgostino, as Personal Representative of the Estate of Carlo | | DiAgostino | | Parent | 1:02-cv-06977 | Michael | | DiAgostino | | NY |
| 19 | Henry | K. | Dietrich | | Grace Dietrich, as Personal Representative of the Estate of Henry | K. | Dietrich | | Parent | 1:02-cv-06977 | Susan | M. | Clyne | | NY |
| 20 | Rosaleen | | Doyle O'Neill | | Katherine O'Neill Wilson, Mary Doyle O'Neill, and Brigid O'Neill Lamon, as Personal Representatives of the Estate of Rosaleen | | Doyle O'Neill | | Parent | 1:02-cv-06977 | Sean | C. | O'Neill | | NY |
| 21 | Marilyn | | Edwards | | Thomas Edwards, as Personal Representative of the Estate of Marilyn | | Edwards | | Parent | 1:02-cv-06977 | Mary | Lynn | Edwards Angell | | CA |
| 22 | Lorraine | | Egan | | Theresa McDonald, as Personal Representative of the Estate of Lorraine | | Egan | | Sibling | 1:02-cv-06977 | James | A. | Trentini | | MA |
| 23 | Joyce | L. | Gales | | Pamela Kellerman Fox, as Personal Representative of the Estate of Joyce | L. | Gales | | Parent | 1:02-cv-06977 | Peter | R. | Kellerman | | NY |
| 24 | Sean | | Geraty | | Kelly Geraty, as Personal Representative of the Estate of Sean | | Geraty | | Sibling | 1:02-cv-06977 | Suzanne | | Geraty | | NY |
| 25 | Joseph | | Grillo | | Steven Grillo, as Personal Representative of the Estate of Joseph | | Grillo | | Parent | 1:02-cv-06977 | Joseph | | Grillo | | NY |
| 26 | Patricia Han, as Personal Representative of the Estate of Kim | | Han | | Frank Han, as Personal Representative of the Estate of Kim | | Han | | Parent | 1:02-cv-06977 | Frederic | K. | Han | | NJ |
| 27 | Linda | | Hanson Callum | | Rodney Callum, as Personal Representative of the Estate of Linda | | Hanson Callum | | Parent | 1:02-cv-06977 | Michell | L. | Robotham | | NJ |
| 28 | Phyllis | | Hawk | | Larry Hawk, as Personal Representative of the Estate of Phyllis | | Hawk | | Parent | 1:02-cv-06977 | Kathleen | A. | Nicosia | | MA |
| 29 | Elizabeth | W. | Haynes | | Ann Haynes, as Personal Representative of the Estate of Elizabeth | W. | Haynes | | Child | 1:02-cv-06977 | William | W. | Haynes | | NY |

| # | PREVIOUS PLAINTIFF (INDIVIDUAL OR ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | Relationship to 9/11 Decedent | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Dennis | | Hickey | | Donna Hickey, as Personal Representative of the Estate of Dennis | | Hickey | | Child | 1:02-cv-06977 | Brian | | Hickey | | NY |
| 31 | Collin | | Hinds | | Karen Greene, as Personal Representative of the Estate of Collin | | Hinds | | Parent | 1:02-cv-06977 | Neil | | Hinds | | NY |
| 32 | Melvin | | Jacobs | | Claudia Jacobs, as Personal Representative of the Estate of Melvin | | Jacobs | | Sibling | 1:02-cv-06977 | Ariel | L. | Jacobs | | NY |
| 33 | Antonios | | Katsimatides | | Calliope Katsimatides, as Personal Representative of the Estate of Antonios | | Katsimatides | | Parent | 1:02-cv-06977 | John | | Katsimatides | | NY |
| 34 | Suzanne | | Kelly | | James Kelly, as Personal Representative of the Estate of Suzanne | | Kelly | | Parent | 1:02-cv-06977 | Thomas | R. | Kelly | | NY |
| 35 | Jorge | M. | Lafuente | | Miriam Lafuente, as Personal Representative of the Estate of Jorge | M. | Lafuente | | Sibling | 1:02-cv-06977 | Juan | | Lafuente | | NY |
| 36 | Vincent | A. | Laieta | | Josephine Laieta, as Personal Representative of the Estate of Vincent | A. | Laieta | | Parent | 1:02-cv-06977 | Vincent | | Laieta | | NJ |
| 37 | Rose | | Lang | | James Lang and Donna Caballero, as Personal Representative of the Estate of Rose | | Lang | | Parent | 1:02-cv-06977 | Rosanne | | Lang | | NY |
| 38 | William | | Lang | | James Lang and Donna Caballero, as Personal Representative of the Estate of William | | Lang | | Parent | 1:02-cv-06977 | Rosanne | | Lang | | NY |
| 39 | Paul | | LeBlanc | | Carolyn LeBlanc, as Personal Representative of the Estate of Paul | | LeBlanc | | Child | 1:02-cv-06977 | Robert | | LeBlanc | | NH |
| 40 | Steve | | Lewis | | Cynthia Lewis, as Personal Representative of the Estate of Steve | | Lewis | | Sibling | 1:02-cv-06977 | Sherry | Ann | Bordeaux | | NJ |
| 41 | Joan | | Lopatin | | David Lapin, as Personal Representative of the Estate of Joan | | Lopatin | | Parent | 1:02-cv-06977 | Ruth | | Lapin | | NJ |
| 42 | Mary | M. | Luciano | | Lucille Keefe, as Personal Representative of the Estate of Mary | M. | Luciano | | Sibling | 1:02-cv-06977 | James | A. | Trentini | | MA |
| 43 | Sam | | Maffeo | | Andrea Maffeo, as Personal Representative of the Estate of Sam | | Maffeo | | Parent | 1:02-cv-06977 | Jennieann | | Maffeo | | NY |
| 44 | Cathleen | | Martineau | | Kyle Danatos, as Personal Representative of the Estate of Cathleen | | Martineau | | Sibling | 1:02-cv-06977 | Brian | E. | Martineau | | NJ |

| # | PREVIOUS PLAINTIFF (INDIVIDUAL OR ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | Relationship to 9/11 Decedent | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Reinaldo | | Martinez | | Juan Martinez, Sr., as Personal Representative of the Estate of Reinaldo | | Martinez | | Sibling | 1:02-cv-06977 | Waleska | | Martinez | | NJ |
| 46 | Sandra | | McGinty | | Erin McGinty James, as Personal Representative of the Estate of Sandra | | McGinty | | Parent | 1:02-cv-06977 | Michael | | McGinty | | MA |
| 47 | Darryl | S. | McKinney | | Dallas McKinney, as Personal Representative of the Estate of Darryl | S. | McKinney | | Parent | 1:02-cv-06977 | Darryl | L. | Mckinney | | NY |
| 48 | Dorothy | | McLaughlin | | George McLaughlin, as Personal Representative of the Estate of Dorothy | | McLaughlin | | Parent | 1:02-cv-06977 | George | P. | McLaughlin | Jr. | NJ |
| 49 | Louis | | Mercado | Sr. | Mary Mercado, as Personal Representative of the Estate of Louis | | Mercado | Sr. | Parent | 1:02-cv-06977 | Steve | | Mercado | | NY |
| 50 | Louis | | Mercado | Jr. | Mary Mercado, as Personal Representative of the Estate of Louis | | Mercado | Jr. | Sibling | 1:02-cv-06977 | Steve | | Mercado | | NY |
| 51 | Mary Lou Miller, as Personal Representative of the Estate of Steven | | Miller | | Scott Miller, as Personal Representative of the Estate of Steven | | Miller | | Sibling | 1:02-cv-06977 | Robert | Alan | Miller | | NY |
| 52 | Thomas | J. | Murphy | | Keri Murphy, as Personal Representative of the Estate of Thomas | J. | Murphy | | Sibling | 1:02-cv-06977 | Patrick | S. | Murphy | | NJ |
| 53 | Franklin | | Murray | | Tawania Loyd, as Personal Representative of the Estate of Franklin | | Murray | | Sibling | 1:02-cv-06977 | Harry | | Glenn | | NJ |
| 54 | William | | Naiman | | Scott Darren Naiman, as Personal Representative of the Estate of William | | Naiman | | Child | 1:02-cv-06977 | Mildred | R. | Naiman | | MA |
| 55 | John | B. | Novotny | | William and Michael Novonty, as Personal Representative of the Estate of John | B. | Novotny | | Sibling | 1:02-cv-06977 | Brian | C. | Novotny | | NJ |
| 56 | Harry | | Ong | Sr. | Harry Ong, Jr., as Personal Representative of the Estate of Harry | | Ong | Sr. | Parent | 1:02-cv-06977 | Betty | Ann | Ong | | CA |
| 57 | Ada | | Pascuma | | Mary Lou Curran, as Personal Representative of the Estate of Ada | | Pascuma | | Parent | 1:02-cv-06977 | Michael | J. | Pascuma | Jr. | NY |
| 58 | Michael | | Pascuma | | Mary Lou Curran, as Personal Representative of the Estate of Michael | | Pascuma | | Parent | 1:02-cv-06977 | Michael | J. | Pascuma | Jr. | NY |
| 59 | Marie | | Passananti | | Sean Passananti, as Personal Representative of the Estate of Marie | | Passananti | | Parent | 1:02-cv-06977 | Horace | | Passananti | | NY |
| 60 | Anthony | F. | Passaro | | Irene Durbin, as Personal Representative of the Estate of Anthony | F. | Passaro | | Parent | 1:02-cv-06977 | Suzanne | H. | Passaro | | NJ |

| # | PREVIOUS PLAINTIFF (INDIVIDUAL OR ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | Relationship to 9/11 Decedent | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Marcel | | Pelletier | | Kristina DeJong, as Personal Representative of the estate of Marcel | | Pelletier | | Parent | 1:02-cv-06977 | Michel | | Pelletier | | CT |
| 62 | William | | Pfeifer | | Helen Pfeifer, as Personal Representative of the Estate of William | | Pfeifer | | Parent | 1:02-cv-06977 | Kevin | | Pfeifer | | NY |
| 63 | Thomas | | Pickford | | Linda Pickford, as Personal Representative of the Estate of Thomas | | Pickford | | Parent | 1:02-cv-06977 | Christopher | | Pickford | | NY |
| 64 | Jindra | | Rambousek | | Martin Rambousek, as Personal Representative of the Estate of Jindra | | Rambousek | | Parent | 1:02-cv-06977 | Lukas | | Rambousek | | NY |
| 65 | Michael | John | Rasweiler | | Susan Bauer, as Personal Representative of the Estate of Michael | John | Rasweiler | | Child | 1:02-cv-06977 | Roger | Mark | Rasweiler | | NJ |
| 66 | Clementina | | Reyes | | Isabel Reyes, as Personal Representative of the Estate of Clementina | | Reyes | | Parent | 1:02-cv-06977 | Eduvigis | | Reyes | Jr. | NY |
| 67 | Barbara | | Rosenblum | | Sheila Ornstein, as Personal Representative of the Estate of Barbara | | Rosenblum | | Parent | 1:02-cv-06977 | Andrew | I. | Rosenblum | | NY |
| 68 | Barbara Rosenblum, as Personal Representative of the Estate of Jason | | Rosenblum | | Sheila Ornstein, as Personal Representative of the Estate of Jason | | Rosenblum | | Parent | 1:02-cv-06977 | Andrew | I. | Rosenblum | | NY |
| 69 | Patricia | | Ryan | | Robert Ryan, as Personal Representative of the Estate of Patricia | | Ryan | | Parent | 1:02-cv-06977 | Edward | | Ryan | | NY |
| 70 | Mark | | Schreier | | Janice Hart, as Personal Representative of the Estate of Mark | | Schreier | | Parent | 1:02-cv-06977 | Jeffrey | | Schreier | | NY |
| 71 | Stephanie | | Schreier | | Janice Hart, as Personal Representative of the Estate of Stephanie | | Schreier | | Parent | 1:02-cv-06977 | Jeffrey | | Schreier | | NY |
| 72 | Wilton | | Sekzer | | Evelyn Sekzer, as Personal Representative of the Estate of Wilton | | Sekzer | | Parent | 1:02-cv-06977 | Jason | M. | Sekzer | | NY |
| 73 | Tommaso | | Sereno | | Nancy Picone, as Personal Representative of the Estate of Tommaso | | Sereno | | Parent | 1:02-cv-06977 | Arturo | | Sereno | | NY |
| 74 | Clive | | Sohan | | Barbara Sohan, as Personal Representative of the Estate of Clive | | Sohan | | Parent | 1:02-cv-06977 | Astrid | | Sohan | | NJ |
| 75 | Anne | | Sullivan | | Joseph Callahan, as Personal Representative of the Estate of Anne | | Sullivan | | Parent | 1:02-cv-06977 | Joseph | P. | Kellett | | NY |

| # | PREVIOUS PLAINTIFF (INDIVIDUAL OR ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | Relationship to 9/11 Decedent | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | Patrick | | Tallon | | Eileen Tallon, as Personal Representative of the Estate of Patrick | | Tallon | | Parent | 1:02-cv-06977 | Sean | Patrick | Tallon | | NY |
| 77 | Ellen | | Tiesi | | Joseph Tiesi, as Personal Representative of the Estate of Ellen | | Tiesi | | Parent | 1:02-cv-06977 | Mary | E. | Tiesi | | NJ |
| 78 | Mary | C. | Trant | | Matthew Trant, as Personal Representative of the Estate of Mary | C. | Trant | | Parent | 1:02-cv-06977 | Daniel | | Trant | | NY |
| 79 | Diane | | Tumulty-Searby | | Fred Searby, as Personal Representative of the Estate of Diane | | Tumulty-Searby | | Parent | 1:02-cv-06977 | Lance | | Tumulty | | NJ |
| 80 | John | | Twomey | | Marianne Twomey, as Personal Representative of the Estate of John | | Twomey | | Sibling | 1:02-cv-06977 | Robert | T. | Twomey | | NY |
| 81 | Richard | | Twomey | | Theresa Twomey, as Personal Representative of the Estate of Richard | | Twomey | | Sibling | 1:02-cv-06977 | Robert | T. | Twomey | | NY |
| 82 | William | | Twomey | | Denis Twomey, as Personal Representative of the Estate of William | | Twomey | | Sibling | 1:02-cv-06977 | Robert | T. | Twomey | | Ny |
| 83 | Nicoletta | Bernadette | Valvo | | Carlton Valvo, as Personal Representative of the Estate of Nicoletta | Bernadette | Valvo | | Parent | 1:02-cv-06977 | Carlton | F. | Valvo | II | NY |
| 84 | Robert | | Wiswall | | Tracy and Tonya Wiswall, as Personal Representative of the Estate of Robert | | Wiswall | | Sibling | 1:02-cv-06977 | David | | Wiswall | | NY |
| 85 | Florence | | Wodenshek | | Raymond Wodenshek, as Personal Representative of the Estate of Florence | | Wodenshek | | Parent | 1:02-cv-06977 | Christopher | | Wodenshek | | NJ |
| 86 | Alexander | | Zaltsman | | Zhanna Galperina, as Personal Representative of the Estate of Alexander | | Zaltsman | | Parent | 1:02-cv-06977 | Arkady | | Zaltsman | | NY |
| 87 | Faina | | Zaltsman | | Zhanna Galperina, as Personal Representative of the Estate of Faina | | Zaltsman | | Parent | 1:02-cv-06977 | Arkady | | Zaltsman | | NY |
| 88 | Jane | | Zion | | Barbara Zion Green, as Personal Representative of the Estate of Jane | | Zion | | Parent | 1:02-cv-06977 | Charles | A. | Zion | | CT |
| 89 | Jane, as Personal Representative of the Estate of Martin | | Zion | | Barbara Zion Green, as Personal Representative of the Estate of Martin | | Zion | | Parent | 1:02-cv-06977 | Charles | A. | Zion | | CT |