UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)

### *ASHTON* PLAINTIFFS' MOTION
### TO ADD ADDITIONAL PLAINTIFFS TO ITS
### SIXTH AMENDED COMPLAINT AGAINST THE TALIBAN

PLEASE TAKE NOTICE that upon the accompanying Declaration of Andrew J. Maloney ("Maloney Declaration"), along with the exhibits attached thereto, the *Ashton* Plaintiffs, by and through their counsel, respectfully move that this Court grant the attached proposed Order and related Exhibit A, which identifies two additional plaintiffs to be added to the *Ashton* Sixth Amended Complaint.

In support of this request, the *Ashton* Plaintiffs rely on the accompanying Maloney Declaration as well as the previous motion for identical relief (and supporting memorandum of law and declaration), ECF 8713-8716[1], and this Court's prior Order granting that relief (ECF 8721, 8729).

For all of the reasons set forth in our previous filings (ECF 8713-8716) and the Maloney Declaration, and in light of this Court's prior Order allowing additional plaintiffs to be added to the *Ashton* Sixth Amended Complaint (ECF 8721, 8729), I respectfully request that this Court grant the attached proposed Order.

---

[1] ECF references are to the 03-md-1570 docket.

1

2

Dated:  January 10, 2023                    Respectfully submitted,

                                            _____/s/_____
                                            Andrew J. Maloney, III, Esq.
                                            Kreindler & Kreindler LLP
                                            485 Lexington Ave., 28th Floor
                                            New York, New York 10017
                                            Tel: (212) 687-8181
                                            *Attorneys for Ashton Plaintiffs*

2