EXHIBIT A

Exhibit A to Motion to Add Plaintiffs

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sophia | | Suarez | | | Child | NY | United States | Ramon | | Suarez | |
| 2 | Ramon | | Suarez | | | Child | FL | United States | Ramon | | Suarez | |