## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

January 11, 2023

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE:     *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Plaintiffs with claims against Al Rajhi Bank ("Plaintiffs") and Al Rajhi Bank ("ARB") jointly write to request an extension of the deadline for their joint letter pursuant to the Court's December 22, 2022 Order (ECF No. 8812).

The parties conferred at length on January 6, 2023 and again on January 10, 2023 concerning "any outstanding or potential discovery disputes," ECF No. 8812 at 2, and seek additional time to continue their discussions on several issues.  The parties believe their further discussions will help refine the issues for the Court.

Given scheduling conflicts and logistical practicalities, the parties seek an extension until January 20, 2023 for submission of their joint letter.  If the parties believe additional time would be appropriate based on the progress of their discussions over the next week, they will advise the Court in advance of the proposed revised deadline.

Respectfully submitted,

COZEN O'CONNOR

By:   _/s/  Sean P. Carter_____
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*On behalf of the Plaintiffs' Executive*
*Committees*

cc:     All MDL Counsel of Record (via ECF)