# EXHIBIT V

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

## CONSENT ORDER GRANTING
## SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Cella Woo-Yuen, individually, as surviving spouse of Elkin Yuen, substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of Kreindler & Kreindler LLP, solely with respect to claims against the Taliban. Kreindler & Kreindler LLP will continue to represent Plaintiff to prosecute all other claims arising out of the September 11, 2001 Terrorist Attacks against all other defendants. Per Local Rule 1.4, Kreindler & Kreindler LLP confirms it is not asserting a retaining or charging lien against Plaintiff's recovery against the Taliban.

Contact information for new counsel is as follows:

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1733
Email: jgoldman@andersonkill.com

I consent to the above substitution.

Date:

Signature of Plaintiff, Cella Woo-Yuen

I consent to be substituted.

Signature of Former Attorney with Respect to Claims Against the Taliban Only

docs-100491272.3

Date: 10/24/22

I consent to the above substitution.

Date: 10/24/2022

_____
Signature of New Attorney with Respect to
Claims Against the Taliban Only

The substitution of attorney with respect to claims against the Taliban only is hereby approved and so ORDERED.

Date: _____   _____
                                                           Judge

2

docs-100491272.3