UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Gaston, et al. v. The Islamic Republic of Iran* | 1:18-cv-12337 (GBD)(SN)<br>ECF Case |

**GASTON PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN AS TO LIABILITY AND DAMAGES**

PLEASE TAKE NOTICE that upon the accompanying declaration of Austin Estelle ("Estelle Declaration"), with exhibits, and the accompanying memorandum of law, Beatrice Gaston ("Plaintiff" or "Ms. Gaston") respectfully moves this Court for an Order of judgment by default against the defendant Islamic Republic of Iran ("Iran") under 28 U.S.C. § 1605A(c). Ms. Gaston and her family members filed suit against Iran on behalf of Betsy Martinez and served Iran and Iran has failed to plead or defend the case.

Furthermore, Ms. Gaston respectfully moves this Court for an Order awarding (1) solatium and pain and suffering damages for the losses she and her immediate family members suffered as the family members of decedent Betsy Martinez in the same per plaintiff amounts previously awarded by this Court to various similarly situated plaintiffs; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001, until the date of the judgment; and (3) permission for Plaintiffs to seek punitive damages, economic damages, or other damages at a later date, and for all other *Gaston* Plaintiffs to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Dated:  January 16, 2023

1

2

        Respectfully,

              **/s/**  Austin Estelle
              Austin Estelle, Esq.
              The Miller Firm LLC
              108 Railroad Ave
              Orange, VA 22960
              Tel: 540-672-4224
              Fax: 540-672-3055