UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Gaston, et al. v. The Islamic Republic of Iran* | 1:18-cv-12337 (GBD)(SN) <br> ECF Case |

## [PROPOSED] DEFAULT JUDGMENT

Upon consideration of the *Gaston* Plaintiffs motion for default judgment in the above-captioned action, together with the entire record in this case, it is hereby;

**ORDERED** that the motion is granted; and it is

**ORDERED** that default judgment is entered on behalf of Plaintiffs listed in exhibit A to the attorney declaration in *Gaston et al v. Islamic Republic of Iran 18-cv-12337* against the Islamic Republic of Iran; and it is

**ORDERED** that Plaintiffs are awarded solatium, economic, and pain and suffering damages in the amount listed on exhibit A, and at a later date may seek punitive damages; and it is

**ORDERED** that partial final judgment is not binding on any defendant besides Islamic Republic of Iran; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually, running from September 11 2001 until the date of judgment, in the amount of $_____; and it is

**ORDERED** that other plaintiffs in the matter of *Gaston et al v. Islamic Republic of*, who were not previously awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be approved on the same basis as

currently approved in prior filings.

Dated:   New York, New York                    SO ORDERED:
         _____, 2023

                                                _____

                                                SARAH NETBURN
                                                UNITED STATES MAGISTRATE JUDGE