UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member case
 *Burlingame v. Bin Laden, et al.*, 02-cv-7230)
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD) (SN)
*Ryan, et al. v. Islamic Republic of Iran, et al.*, 20-cv-00266 (GBD) (SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, and as detailed in the attached Declaration of John F. Schutty, Esq., plaintiff Kristen Breitweiser, Individually as Spouse, and as Personal Representative of the Estate of Ronald Michael Breitweiser, Deceased, along with the adult daughter of Decedent Ronald Michael Breitweiser, plaintiff Caroline Breitweiser, substitute John F. Schutty of the Law Office of John F. Schutty, P.C., NYS I.D. #1919471, as counsel of record in place of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC in this MDL litigation.

Contact information for new counsel is as follows:

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (212) 745-1145
Fax: (917) 591-5980
john@johnschutty.com

I consent to the above substitution:
Date:

_____
Kristen Breitweiser, Individually as Spouse, and as Personal Representative of the Estate of Ronald Michael Breitweiser, Deceased

I consent to being substituted:
Date: 1/18/2023

_____
Dennis Pantazis, Esq. (DP
Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC
301 19th Street North, Birmingham, AL 35203
Direct Dial/Fax/Text: 205-314-0531
dgp@wigginschilds.com

I consent to the above substitution:
Date:

_____
Law Office of John F. Schutty, P.C. (JS-2173)
445 Park Avenue, 9th Floor
New York, NY 10022

-1-

Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC.

Date:                                    _Caroline Breitweiser_
                                         Caroline Breitweiser, Adult Child of Decedent Ronald Michael Breitweiser, Deceased

The substitution of attorney is hereby approved and so ORDERED, and the Clerk of the Court is ORDERED to transfer the Breitweiser Plaintiffs' claims (claims of Kristen Breitweiser and Caroline Breitweiser) asserted against the Islamic Republic of Iran back to the *Ashton* Master Complaint, *viz.*, (*Ashton et al. v. al Qaeda Islamic Army, et al.*, 1:02-cv-6977 (GBD)(SN)) from *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD) (SN) and the Clerk is ORDERED to remove the word "Terminated" from the *Ashton* docket sheet next to the names of Kristen Breitweiser and Caroline Breitweiser in the *Ashton* docket sheet.

Date:

                                                            _____
                                                            Judge