UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case
  *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236)
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
*Ryan, et al. v. Islamic Republic of Iran, et al.*, 20-cv-00266 (GBD) (SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, and as detailed in the attached Declaration of John F. Schutty, Esq., plaintiff Patricia Ryan, Individually as Spouse and as Personal Representative of the Estate of John J. Ryan, Jr., Deceased, along with the adult children of Decedent John J. Ryan, Jr., plaintiffs Laura Ryan, Colin Ryan and Kristen Ryan, substitute John F. Schutty of the Law Office of John F. Schutty, P.C., NYS I.D. #1919471, as counsel of record in place of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC in this MDL litigation.

Contact information for new counsel is as follows:

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (212) 745-1145
Fax: (917) 591-5980
john@johnschutty.com

I consent to the above substitution:
Date: 1/17/23

Patricia Ryan, Individually as Spouse, and as Personal Representative of the Estate, of John J. Ryan, Deceased

I consent to being substituted:
Date: 1/18/2023

Dennis Pantazis, Esq. (DP - ____)
Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC
301 19th Street North · Birmingham, AL 35203
Direct Dial/Fax/Text: 205-314-0531
dgp@wigginschilds.com

I consent to the above substitution:
Date:

Law Office of John F. Schutty, P.C. (JS-2175)
445 Park Avenue, 9th Floor
New York, NY 10022

-1-

Scanned with CamScanner

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC.

Date: 1/17/23

_____
Laura Ryan, Adult Child of Decedent John J. Ryan, Jr., Deceased

Scanned with CamScanner

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC.

Date: 1/10/23

_____
Colin Ryan, Adult Child of Decedent John J. Ryan, Jr., Deceased

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC.

Date:

_____
Kristen Ryan, Adult Child of Decedent John J. Ryan, Jr., Deceased

The substitution of attorney is hereby approved and so ORDERED, and the Clerk of the Court is ORDERED to transfer the Ryan Plaintiffs' claims (claims of Patricia Ryan, Laura Ryan, Colin Ryan, and Kristen Ryan) asserted against the Islamic Republic of Iran back to the *Ashton* Master Complaint (*Ashton et al. v. al Qaeda Islamic Army, et al.*, 1:02-cv-6977 (GBD)(SN)) from *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD) (SN) – specifically, all claims asserted against Iran in that *Ryan* action, including an "Order of Partial Final Default Judgments" dated February 21, 2020 (ECF #10 in *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD) (SN); MDL ECF #5999) – and the Clerk is ORDERED to remove the word "Terminated" from the *Ashton* docket sheet next to the names of Patricia Ryan, Laura Ryan, Colin Ryan and Kristen Ryan and restore them on the *Ashton* docket sheet.
.

Date:

_____
Judge