**EXHIBIT A**

**Attorney Dennis Pantazis & Patricia Ryan**

John Schutty <john@johnschutty.com>
Tue 1/10/2023 4:23 PM
To: Michel Baumeister <MBaumeister@baumeisterlaw.com>

Mr. Baumeister:

You will not be shocked by this bit of news: Patricia Ryan and her children have fired attorney Dennis Pantazis.

Mrs. Ryan has asked me to represent her (and her children).

I am aware of your ongoing battle with Ryan and Pantazis.

Can we lay to rest your battle with Ryan?  I have agreed to have no interest in any Iran moneys paid to the Ryan family through the USVSST.

I will agree to represent the Ryan family only as to the Taliban, Sudan and Saudi Arabia, *et al*.  Will you willingly let go of any claimed charging lien previously asserted?

I would like to make this latest substitution of counsel as simple as possible with now wrangling over "who did what right or what wrong."

Can you give me a ring on my cell: (646) 345-1441.

It would otherwise be great just to catch up.
**Sincerely yours,**

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**
445 Park Avenue, 9th Floor
New York, NY 10022

Tel: (212) 745-1157
Fax: (917) 591-5980
Email: john@johnschutty.com