UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD) (SN) |

**This filing relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN)*

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

Pursuant to the Court's January 12, 2023 Order, ECF No. 8829, kindly enter my appearance on behalf of the Plaintiffs listed below in the above-captioned matter, solely with respect to claims against the Taliban:

1. Annalisa Genco, individually, as surviving child of Peter Genco;

2. Diane Genco, individually, as surviving spouse of Peter Genco;

3. Diane Genco, as the Personal Representative of the Estate of Peter Genco deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Genco;

4. Victoria Genco, individually, as surviving child of Peter Genco;

5. Brian Leistman, individually, as surviving child of David Leistman;

6. Donald Leistman, as the Personal Representative of the Estate of David Leistman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Leistman;

7. Katherine Leistman, individually, as surviving child of David Leistman;

8. Maryclair Leistman, individually, as surviving spouse of David Leistman;

9. Kimberly Trudel, as the Personal Representative of the Estate of Frederick Rimmele III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Rimmele, III;

10. Kimberly Trudel, individually, as surviving spouse of Frederick Rimmele, III;

11. Donald Scauso, individually, as surviving child of Dennis Scauso;

12. Janlyn Scauso, individually, as surviving spouse of Dennis Scauso;

13. Janlyn Scauso, as the Personal Representative of the Estate of Dennis Scauso, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Scauso;

14. Juliette Scauso, individually, as surviving child of Dennis Scauso;

15. Darcie Bailey-Scauso, individually, as surviving child of Dennis Scauso;

16. Gabrielle Scauso, individually, as surviving child of Dennis Scauso;

17. David Spampinato, individually, as surviving child of Donald Spampinato;

18. Donald Spampinato, individually, as surviving child of Donald Spampinato;

19. Laurie Spampinato, individually, as surviving spouse of Donald Spampinato;

20. Laurie Spampinato, as the Personal Representative of the Estate of Donald Spampinato, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald Spampinato;

21. Peter Spampinato, individually, as surviving child of Donald Spampinato;

22. Cella Woo-Yuen, individually, as surviving spouse of Elkin Yuen; and,

23. Cella Woo-Yuen, as the Personal Representative of the Estate of Elkin Yuen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elkin Yuen

January 23, 2023

By: */s/ Alexander Greene*
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone: 212-278-1000
Email: agreene@andersonkill.com

*Attorney for Plaintiffs*

docs-100545142.1