

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

January 23, 2023

<u>VIA ECF</u>
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)
 *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
 *Bauer, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
 *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN)
 *Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
 *Ryan, et al. v. Islamic Republic of Iran, et al*, 20-cv-00266 (GBD)(SN)

Dear Judge Netburn,

I write this short letter to correct the record with respect to an assertion in the Declarations of John F. Schutty, Esq., filed in support of his motions to substitute counsel. *See* ECF 8835-1 and 8836-1.  In those declarations, Mr. Schutty states that I consented to the proposed substitutions. *See id*. at ¶ 3.  That is incorrect.  As I wrote to Mr. Schutty prior to his filing, though I did not want to impede the substitution motions, given that I was not prior counsel for his clients, I did not believe I had a role in the substitution process and would not, therefore, be signing a consent order.  Mr. Schutty's statement in the declaration may have simply been an oversight, and I write only to correct the record on that point.

Respectfully,

Kreindler & Kreindler LLP

By: /s/ James P. Kreindler

JPK:lr

New York     Boston     Los Angeles