UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 20, 2023, the Plaintiffs' Executive Committees ("PECs") and Defendant Al Rajhi Bank ("ARB") filed a joint letter summarizing their outstanding discovery disputes. ECF No. 8837. Both parties acknowledge that some of these outstanding disputes could be resolved or refined in the meet-and-confer process, but others have reached impasse.

After considering the parties' proposals and the approaching discovery deadline, the Court ORDERS the parties to further meet and confer regarding the outstanding discovery disputes. If the disputes cannot be resolved, the PECs may file a motion to compel on or before February 24, 2023, supported by a brief of up to 15 pages, double-spaced. The motion should address all outstanding discovery disputes between the parties. Within 14 days of the PECs' filing, ARB may file a response brief of up to 15 pages, double-spaced. Within seven days of ARB's response, the PECs' may file a reply brief of up to five pages, double-spaced.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 24, 2023
                 New York, New York