**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
2202 18th Street, N.W. · # 110 · WASHINGTON, D.C. 20009–1813

Office Direct Dial: 202–467–4489 · Fax: 205–453–4907
Email: TFleming@wigginschilds.com · Internet: www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

January 27, 2023

<u>*Via ECF only*</u>
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re:**   *In Re Terrorist Attacks on Sept. 11, 2001*, **03-MDL-1570 (GBD)(SN)**
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, **02-cv-6977 (GBD)(SN)**
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, **02-cv-07236 (GBD)(SN)**
*Ryan, et al. v. Islamic Republic of Iran, et al.*, **20-cv-00266 (GBD)(SN)**
*Ashton, et al. v. Kingdom of Saudi Arabia*, **1:17-cv-2003 (GBD)(SN)**

Letter re: Court's Order of December 12, 2022 Order, MDL Doc. No. 8796 and Letter submitted on January 26, 2023, MDL Doc. No. 8847

Dear Magistrate Judge Netburn:

We submit this letter to apprise the Court that, after our filing last night, at MDL Doc. No. 8847, we received communications from a couple of lawyers, on both sides of the aisle in this MDL, indicating that there are a few inaccuracies regarding the status of a few Defendants on the lists. We will work cooperatively with these attorneys to correct these few inaccuracies, and we will re-submit the lists with the corrections. We apologize for these inaccuracies, and we will submit the revised lists as soon as possible.

Respectfully Submitted,

   */s/ Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street, NW, #110
Washington, DC 20009-1813
tfleming@wigginschilds.com

*Dennis G. Pantazis*
Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC   (lead counsel)

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.

The Honorable Sarah Netburn
January 27, 2023 *Page 2*

        The Kress Building
        301 Nineteenth Street North
        Birmingham, Alabama 35203
        (205) 314-0500
        dgp@wigginschilds.com

*Attorneys for Plaintiffs Katherine Maher, as Personal Representative of the Estate of Daniel L. Maher, Deceased, Katherine Maher, individually in her own right, Daniel R. Maher, and Joseph F. Maher*