| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jill | A. | Gartenberg Pila | | James | | Gartenberg | | 02-cv-6977 | $ 2,000,000.00 | $ 6,985,826.00 | $ 8,985,826.00 |
| 2 | Mary and Joseph | | Machcinski (Mary) & Pfeifer (Joseph) | | Kevin | | Pfeifer | | 02-cv-6977 | $ 2,000,000.00 | $ 1,635,247.00 | $ 3,635,247.00 |
| 3 | Carmen | | Suarez | | Ramon | | Suarez | | 02-cv-6977 | $ 2,000,000.00 | $ 853,170.00 | $ 2,853,170.00 |
| 4 | Evelyn | | Tepedino | | Jody | Tepedino | Nichilo[1] | | 02-cv-6977 | $ 2,000,000.00 | $ 1,523,998.00 | $ 3,523,998.00 |

|  |  | Total Judgment Amount | $ 18,998,241.00 |
|---|---|---|---|

| # | Alternative Names |
|---|---|
| 1 | Last name appears as Nicholo in ECF 3226 |