| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ramon | | Suarez | | Sophia | | Suarez | | Child | $ 8,500,000.00 |
| 1 | Ramon | | Suarez | | Ramon | | Suarez | Jr. | Child | $ 8,500,000.00 |

|  |  |
|---|---|
| Total Judgment Amount | $ 17,000,000.00 |