Exhibit B

Immediate Family Member Solatiums of 9/11 Decedents

US Nationals

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ramon | | Suarez | | Sophia | | Suarez | | Child | $ 8,500,000.00 |
| 1 | Ramon | | Suarez | | Ramon | | Suarez | Jr. | Child | $ 8,500,000.00 |

| | | |
|---|---|---|
| Total Judgment Amount | $ | 17,000,000.00 |