MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 880-9460

SENIOR COUNSEL
PAUL R. GRAND

———

COUNSEL
JASMINE JUTEAU

———

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 2, 2023

**BY HAND & ECF**

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN);
                Petition for a Writ of Mandamus

Dear Judge Daniels:

I, together with Kirsch & Niehaus PLLC, represent Kreindler & Kreindler LLP (the "Firm") in connection with the Firm's motion for a stay of and Rule 72 objections to Magistrate Judge Sarah Netburn's Order imposing monetary sanctions and removing the Firm from the Plaintiffs' Executive Committee for Death and Injury Claims. On January 12, 2023, your Honor denied the Firm's request to stay its removal from the Committee pending resolution of the objections. ECF No. 8828.

Because an order denying a stay of sanctions is not immediately appealable under 28 U.S.C. § 1291, the Firm is filing a petition for a writ of mandamus with the United States Court of Appeals for the Second Circuit.

A copy of the aforementioned petition is attached.

Respectfully submitted,

 */s/ Edward M. Spiro*
Edward M. Spiro
*Counsel for Kreindler & Kreindler LLP*

cc:    All MDL Counsel of Record (via ECF)