# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 880-9460

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 7, 2023

**BY ECF**

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN); Petition for a Writ of Mandamus

Dear Judge Daniels:

  I, together with Kirsch & Niehaus PLLC, represent Kreindler & Kreindler LLP (the "Firm") in connection with the Firm's motion for a stay of, and Rule 72 objections to, Magistrate Judge Sarah Netburn's Order imposing monetary sanctions and removing the Firm from the Plaintiffs' Executive Committee for Death and Injury Claims.

  On February 2, 2023, the Firm filed a letter addressed to your Honor on the public docket, attaching the Firm's petition for a writ of mandamus (the "Petition"), ECF Nos. 8856 & 8856-1, which seeks relief from your Honor's denial of the Firm's stay request. ECF No. 8828. (A copy of the letter and Petition was also sent to your Honor by hand delivery.) After counsel for defendant Kingdom of Saudi Arabia ("KSA") objected to the public filing of one sentence in the Background section of the Petition (Page 7, Section B, second sentence), the Firm requested that the Clerk's Office provisionally seal the Petition to provide the Firm an opportunity to assess the objection. The Firm disagreed with KSA's position but, to avoid burdening the Court with unnecessary motion practice, agreed that all parties should be provided access to the unredacted Petition at ECF No. 8856-1, with a redacted copy of the Petition available to the public. *See* ECF No. 8859.

  On February 6, 2023, Magistrate Judge Netburn granted in part and denied in part the unopposed motion. ECF No. 8860. She permitted the Firm to file a redacted Petition on the public docket and required any MDL counsel who wants access to the unredacted Petition to email her Chambers at Netburn_NYSDchambers@nysd.uscourts.gov.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. George B. Daniels
February 7, 2023
Page 2

Accordingly, a copy of the Petition is attached with one sentence redacted on page 7.

Respectfully submitted,

 /s/ Edward M. Spiro
Edward M. Spiro
*Counsel for Kreindler & Kreindler LLP*

cc: All MDL Counsel of Record (via ECF)
    Hon. Sarah Netburn (via ECF)