# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

## VIA ECF

February 21, 2023

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Plaintiffs with claims against Al Rajhi Bank ("ARB") write to respectfully request a one week extension of the deadline for Plaintiffs' second motion to compel as to ARB, from February 24, 2023 to March 3, 2023.

    Plaintiffs are seeking this brief extension due to Covid-related issues affecting Plaintiffs' ARB team.  ARB does not oppose this request.

Respectfully submitted,

COZEN O'CONNOR

By:   /s/ Sean P. Carter
    SEAN P. CARTER
    COZEN O'CONNOR
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Tel.: (215) 665-2105
    Email: scarter1@cozen.com

*On behalf of the Plaintiffs Executive Committees*

cc:    The Honorable George B. Daniels (via ECF)
        All MDL Counsel of Record (via ECF)