UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                              :          ORDER
                                    :
TERRORIST ATTACKS ON                :    03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the open motions at ECF No. 84 in 02-cv-07209, ECF No. 237 in 02-cv-07230, and ECF No. 174 in 02-cv-07236, as having been resolved by this Court's Order at ECF No. 8866.

Dated: February 21, 2023
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge