# EXHIBIT 4

FD-1057 (Rev. 5-8-10)



**OFFICIAL RECORD**
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: ▓ Albayoumi / GIP Cooptee                    Date: 06/14/2017

From: WASHINGTON FIELD
      (G)
      Contact: ▓(S)▓

Approved By: ▓(S)▓

Drafted By: ▓(S)▓

Case ID #: ▓(F)▓        ▓(A), (G), (J-1)▓   ▓(A), (G), (J-1)▓
                        ▓(A), (G), (J-1)▓
                        ▓(A), (G), (J-1)▓
           ▓(F)▓        PENTBOMB HAZNAWI, AHMED, AL MAJOR
                        CASE (MC) 182 ▓(A), (G), (J-1)▓

Synopsis: ▓ To file.

▓(G)▓

Full Investigation Initiated: ▓(A), (G), (J-1)▓

Details:

▓ On ▓(A), (G), (J-1)▓ reported the following information:

▓ In the late 1990's and up to September 11, 2001, Omar Albayoumi was paid a monthly stipend as a cooptee of the Saudi General Intelligence Presidency (GIP) via

Title:          ▓▓▓▓     Albayoumi / GIP Cooptee
Re:    ▓▓▓ (F)          06/14/2017

then Ambassador Prince Bandar bin Sultan Alsaud. The information

Albayoumi obtained on persons of interest in the Saudi community in Los Angeles

and San Diego and other issues, which met certain GIP intelligence

requirements, would be forwarded to Bandar. Bandar would then inform the GIP of

items of interest to the GIP for further investigation/vetting or follow up


▓▓▓ Omar Albayoumi was a source of investigative interest following the 9/11 attacks for his support of 9/11 hijackers while living in California. Allegations of Albayoumi's involvement with Saudi intelligence were not confirmed at the time of the 9/11 Commission Report. The above information confirms these allegations. Albayoumi, at the time he was operating in California, was presumably employed with the civil aviation authority.


▓▓▓ For identification purposes a review of visas identified Albayoumi as follows:


Omar A M Al Bayoumi

DOB:   ▓▓▓ (P-1)

▓▓▓ (P-1)

▓▓▓▓ (J-3)

▓▓▓▓▓▓▓▓ (O-1) ▓▓▓▓▓▓▓▓

NFI was provided on this application. Writer could not locate prior visas.


▓▓▓▓▓▓ (O-1) ▓▓▓▓▓▓

▓▓▓▓

2

Title: ███████ Albayoumi / GIP Cooptee
Re: ███ (F) ███ 06/14/2017

Emad Omar A Albayoumi ( Emad Albayoumi )

DOB: ███ (P-1)
███ (P-1)
███ (J-3) ███
███ (J-3) ███
███ (J-3) ███

Employer: General Authority of Civil Aviation

Email: ███
Telephone: ███
███
███
POC: ███

███ Supporting documentation provided the following information:

Father: ███ (J-3) ███
Mother: ███ (J-3) ███

███

3

EO14040-002640

Title:             Albayoumi / GIP Cooptee
Re:        (F)         06/14/2017

Spouse:      (J-3)

Home Address:   (J-3)

        Daughter requested    (J-3)

Bayan Omar Albayoumi   ( Bayan Albayoumi )

DOB ;   (J-3)
   (J-3)

        (J-3)

Email:       (J-3)

Telephone:   (J-3)

            (J-3)

Husband:  (J-3)

Email:     (J-3)

Telephone:  (J-3)

        (J-3)

   (J-3)

4

EO14040-002641

Title: ███████ Albayoumi / GIP Cooptee
Re: ███(F)███ 06/14/2017

Telephone: ██(J-3)██

████████████████(J-3)████████████████

████ Husband is identified as follows:

██████(J-3)██████

DOB: ██(J-3)██
██(J-3)██
████(J-3)████

████████(J-3)████████
██(J-3)██

Email: ████(J-3)████

████ CLEAR noted a telephone number of ████(P)████

████ Saudi student roster of Saudi scholarship participants noted ████(J-3)████ email address of ████(P)████ and address of ████(P)████ Murfreesboro, TN.

5

Title: ▓▓▓▓ Albayoumi / GIP Cooptee
Re: ▓▓ (F) 06/14/2017

▓▓ Another individual identified within the support network of the 9/11 hijackers was Fahad Althumairy ( (J-3) DOB: (J-3) Passport: (J-3) ). Althumairy's son (J-3) (J-3) :

▓▓▓▓ (J-3) ▓▓▓▓

DOB: (J-3)
(J-3)

▓▓▓ (J-3) ▓▓▓

Employer: (J-3)
Email: (J-3)
Telephone: (J-3)

(J-3)

Father: (J-3) DOB: (J-3)
Mother: (J-3) DOB (J-3)

◆◆

6