# EXHIBIT 5

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** Omar Albayoumi / Saudi Student          **Date:** 06/15/2017

**From:** WASHINGTON FIELD
           (G)
   **Contact:** (S)

**Approved By:** (S)

**Drafted By:** (S)

**Case ID #:** (F)           (A), (G), (J-1)
         (A), (G), (J-1)
         (A), (G), (J-1)
   (F)           PENTBOMB HAZNAWI, AHMED, AL MAJOR
CASE (MC) 182 (A), (G), (J-1)
   (F)           (A), (G), (J-1)

**Synopsis:** Provide information to Memphis.

(G)

**Details:**

During investigation of previously provided information, WFO identified Saudi Arabian students who may be of investigative interest to Memphis.

Omar Albayoumi was of interest to the investigation of the attacks of 9/11/2001. Albayoumi was located in California and per investigation and the 9/11 Commission Report had assisted several of

Title:     Omar Albayoumi / Saudi Student
Re:     (F)    06/15/2017

the 9/11 hijackers. It was suspected that Albayoumi had some type of affiliation with Saudi Arabian intelligence.

Recent source information confirmed that Albayoumi was, at the time of the 9/11 attacks, employed as a paid cooptee of Saudi Arabian intelligence services.

(J-3)
(J-3)

Bayan Omar Albayoumi

DOB:   (P-1)

(P-1)

(J-3)

Email:   (P-1)

Father: Omar Ahmed Albayoumi

Mother:  Manal Bagader

Husband:  Sohil Mohammed Albakri


Sohil Mohammed Albakri

2

EO14040-003283

Title:      Omar Albayoumi / Saudi Student
Re:       (F)              06/15/2017

DOB:    (P-1)

(P-1)

(J-3)

Email:      (P-1)

(J-3)

   Saudi student roster provided national ID:     (P-1)   ; email address        (P-1)        ; and address      (P)     , Murfreesboro, TN.

   CLEAR provided addresses of       (P)      and   (P)
     (P)      in Murfreesboro, TN and a telephone number of   (P)
 (P)  .

(A), (J-1), (D), (G)

(J-3)
(J-3)

(J-3)                                WFO has reviewed CLEAR and (O-1) information and provided information to ICE representative.  WFO cannot confirm present status or location

3

Title:      Omar Albayoumi / Saudi Student
Re:         (F)          06/15/2017

(present in US or not) of Bayan Albayoumi.  Albakri appears to be in status as a student.

♦♦

EO14040-003285