EXHIBIT 6

FD 302 (Rev. 10 6 95)

1

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription          10/07/2001

On October 3, 2001, ████████████████████████, ████
████, California was interviewed by Special Agents (SAs)
████ and ████ of the Federal Bureau of
Investigation (FBI). ████ was advised of the identities of the
interviewing SAs and the purpose of the interview. ████ advised as
follows:

████ advised that ████ or ████, last name unknown (LNU), a
████ Middle Eastern male (MEM) from ████ married to an
████ woman, is a non-political radical who is a long
time resident of the United States, possibly employed as ████
████, and currently resides in La Mesa, California. ████ described
████ as weird, adding that most of ████ 's followers are ████
████, have segregated themselves from the Muslim community
and pray separately at a La Mesa apartment. ████ noted that ████ has
████
████. ████ 's group has ties to and feeds off of an
████ (name not recalled), known for his extremely
radical views, who resides in ████

Omar Khadib, also known as (A.K.A.), Omar Abdi Mohamed, is an
extreme radical religious leader who has been kicked out of various
Mosques for being too radical, i.e., advocating toppling various
governments, including Saudi Arabia. Khadib was a member of the Al-
Ittihad Al Islamia (IAIA), a Somali Islamic radical group committed to
Usama bin Laden, but was kicked out by the then IAIA leader, Hassan
Dahir, in a dispute over Ethiopian issues. As a result, Khadib formed
his own splinter radical group. ████ noted that former AIAI leader,
████ from ████, is rumored to know bin Laden.
████ added that Khadib is suspected of working for United States
intelligence, as he readily obtained an illegal green card for travel
and is married to an Australian white female, who is a dentist.
Although Khadib has nothing to do with the San Diego Mosques, he
receives a $1,300 stipend from the Saudi Arabian Ministry of Islamic
Affairs. Khadib has traveled to various cities to collect money for
"orphans" and he has sent money to ████ of San Diego. ████
is described as ████ who is ████ for the
████ and has been sent by Khadib to ████ for
unknown reasons. Khadib has also sent money to a fringe radical group

Investigation on    10/03/01    at  San Diego, California

File #  ████████████

Date dictated    10/07/01

by  ████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

EO14040-001846

FD 302a (Rev. 10 6 95)

Continuation of FD 302 of _____ , On 10/03/01 , Page ___2___

in [P] led by [P] . [G] noted that Khadib buys lots of jewelry for his Australian wife. Khadib has also had problems with the San Diego Police Department when he was accused of beating his wife but she later recanted her accusations. [G] added that Khadib is a great speaker and collects a lot of money when he preaches but the Mosques don't want him because of his radical message.

[G] noted that Khadib has a "tight" connection to Omad Ahmed Albayoumi. Albayoumi is a braggart from a low status Egyptian family that migrated to Jeddah, Saudi Arabia. Albayoumi has access to Saudi money, more than $800,000, to build Mosques and Islamic schools. Albayoumi is considered by many in the Muslim community to be a Saudi Arabian intelligence officer, as he would come to the Mosque and video tape everything. [G] noted that Albayoumi is described as a social animal who has connections everywhere including the Minister of Islamic Affairs, the Saudi Consulate and even with known crooks. In addition, he has hosted several Saudi visitors. Albayoumi has a questionable reputation and had been accused of pocketing $10,000 given to him by a Saudi visitor meant to be donated to the Kurdish Mosque. [G] added that [P] , of the Islamic Center of San Diego (ICSD), is a close associate of Albayoumi. [P] who resides close to the ICSD, is a [P] [P] from [P] , [P] with brothers who reside in [P] [P] knows a lot about computers and had worked for [P]

[G] advised that he knows Dr.Abdussattar Shaikh well and commented that many people don't trust DR. Shaikh because of his reputation for having law enforcement connections. [G] likes Dr. Shaikh but added that the one weird thing about him is his extreme love of money. Dr. Shaikh also seems to be obsessed with anything Saudi. It appears that he had a difficult divorce which caused him financial problems forcing him to take boarders in his house, which included the two hijackers (Alhazmi and Almihdhar). [G] noted that currently Dr.Shaikh has a strange boarder by the name of [P] , last name unknown (LNU), a United States citizen, [P] [P] [G] added that although Dr. Shaikh appears peaceful, he has violently grabbed people and used foul language at the Mosque.

Concerning [P] LNU, a [P] , is the individual who assisted Mohdar Abdullah with his social services applications. [P] , a San Diego Police officer, telephone number [P] , would have more information on [P] whereabouts.

EO14040-001847

FD 302a (Rev. 10 6 95)

███████ (F)

Continuation of FD 302 of _____ (G) _____ , On 10/03/01 , Page ___3___

▓▓ (G) ▓▓   was shown a series of photographs depicting the 9/11/01 hijackers and their San Diego associates. ▓▓ (G) ▓▓ selected the following photos;

    # 20 (Omar Albayoumi) (see previous comments)

    # 21 (Omar Bakarbashat) – ▓▓ (G) ▓▓ advised that this person looks familiar but could provide no further details.

    #27 ▓▓▓▓ (P) ▓▓▓▓) – ▓▓ (G) ▓▓ advised that this person looks familiar and is possibly from ▓▓ (P) ▓▓ .

    #28 Mohdar Abdullah ( ▓▓ (G) ▓▓ has previously been interviewed concerning his relationship with Mohdar). ▓▓ (G) ▓▓ added  that Omar Khadib also knows Mohdar well.

EO14040-001848