# EXHIBIT 7

FD 302 (Rev. 10 6 95)

1

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    10/05/2001

On September 27, 2001, [(P)] date of birth [(P-1)], of [(P)], La Mesa, California, cellular telephone number [(P)] DL: [(P-1)], was interviewed at the Kurdish Community Islamic Center (Masjid Al-Madina Al-Munawara), 511 South Magnolia Avenue, El Cajon, California. After being advised of the identities of the interviewing agents and the nature of the interview, [(P)] provided the following information:

[(P)] advised there were several people who worked in Iraq, but for foreign organizations during the Gulf War. At the conclusion of the Gulf War the message that the Iraqi citizens received was that if they had worked for an outside organization that Saddam Hussein would kill those individuals. The outside organizations paid to relocate those workers to the United States. [(P)] advised he was one of those workers and that was why there was a large Kurdish population in the area. [(P)] arrived in the United States in July 1993.

The Kurdish mosque originally rented a building on Lexington Avenue next to the post office in El Cajon, California. The members attempted to raise money to purchase the building, but they were unable to do so. [(P)] advised the mosque needed to be purchased and paid in full, since it is against Islam to pay interest. [(P)], a Saudi Arabian, came to the mosque on Lexington Avenue to pray. [(P)] and others solicited him to find a buyer in Saudi Arabia, who would purchase the building for the mosque. The members sent flyers and other paperwork to Saudi Arabia in order to entice a buyer.

In 1998, Omar Al-Bayoumi arrived at the Lexington Avenue mosque and advised them Saad Habib from Saudi Arabia would purchase the building and Al-Bayoumi was going to arrange the paperwork for Habib. The members of the Kurdish mosque found a better suited building located at 511 South Magnolia Avenue, El Cajon, California. Habib agreed to purchase the building for the mosque. Al-Bayoumi arranged all the paperwork and Habib arrived in the United States to sign the papers. Habib advised he was buying the mosque for the Kurdish community, but the building would remain in his name. Habib also advised the Kurdish community that the mosque was to be used for Islamic reasons only. There was to be no political functions or a supporting of any one political faction allowed in the mosque. The

Investigation on   09/27/2001   at   El Cajon, California

File #   [(F)]                                              Date dictated   10/05/2001

by  SA [(S)]
    SA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

EO14040-002066

FD 302a (Rev. 10 6 95)

Continuation of FD 302 of ⬛(P)⬛ , On 09/27/2001 , Page 2

mosque was to be used for prayer only, and if the mosque was to be used for any other reason, Habib would take the mosque away from them and give it to someone else.

After the mosque was purchased, the members elected nine individuals to the Board, ⬛(P)⬛ was elected as ⬛(P)⬛. Habib chose Al-Bayoumi as the building manager, who was in charge of building maintenance. Al-Bayoumi moved into the current mosque on 511 South Magnolia Avenue, before anyone else and took the best office, according to ⬛(P)⬛

The bills in regards to property tax, repairs, and Al-Bayoumi's private telephone line would come to the mosque in Al-Bayoumi's name. The mosque has a P.O. Box and a mail box at the mosque. Al-Bayoumi received mail only at the mosque mailbox. When mail was received for Al-Bayoumi it was slid under the door to his office. The mosque applied to be a non-profit organization, and the request was granted. The Kurdish mosque no longer pays property tax. ⬛(P)⬛ advised Al-Bayoumi received letters from a bank, which ⬛(P)⬛ believed to be Bank of America. When the roof needed to be repaired, the mosque payed for half and Al-Bayoumi payed for half. ⬛(P)⬛ understood that Habib was suppling the money for the repairs and Al-Bayoumi was taking care of the bills.

Al-Bayoumi had a key to the mosque and could come and go whenever he wanted or needed to. When the mosque was first purchased, Al-Bayoumi would come often. He would be there every other day and at least once a week. As time passed Al-Bayoumi would show up at the mosque less and less. Al-Bayoumi only visited the mosque for management purposes, but if it was prayer time he would pray with the other members. Al-Bayoumi brought his son ⬛(P-1)⬛ a couple of times and came with some other people on different occasions, but ⬛(P)⬛ could not remember when or who.

In December 2000, during the Ramadan, Al-Bayoumi brought a Saudi Arabian student. The student sat in the front and read part of the Koran. ⬛(P)⬛ advised that only the best speakers sit in the front and are allowed to read the Koran. The Saudi Arabian student was twenty-five to thirty years old, and was very bad at reading the Koran. Al-Bayoumi was asked not to bring him or anyone else again to the mosque without the permission of the Board. Al-Bayoumi claimed he was only trying to help.

⬛(P)⬛ questioned Al-Bayoumi on what he was doing in the United States. Al-Bayoumi advised he was going to school, studying

EO14040-002067

FD 302a (Rev. 10 6 95)

▓▓▓ (F) ▓▓▓

Continuation of FD 302 of ▓▓▓ (P) ▓▓▓ , On 09/27/2001 , Page 3

business administration. Al-Bayoumi never stated what school he was attending. After awhile, (P) did not believe Al-Bayoumi was a student because it was taking him so long to finish school. Al-Bayoumi replied to (P) when questioned about the length of time he had been a student, the more you study the more you learn.

In 1999, Al-Bayoumi had given a business card to (P) that had the name of the mosque on it, Al-Bayoumi's name and his title General Supervisor, and a telephone number of (P-1) , and a telephone number and fax of (P-1) . Also hand written underneath the other number was (P-1) . (P) was upset when he read that Al-Bayoumi titled himself General Supervisor. Al-Bayoumi was advised he was not the Supervisor of the mosque. The Kurdish members and the Board are overseeing the issues of the mosque and that Al-Bayoumi's only job was to take care of the building. (P) told Al-Bayoumi that the members would not put a nail in the wall or take one out without letting Al-Bayoumi know, but that was his only responsibility. Al-Bayoumi claimed he did not need such titles or positions, because he received all the praise and prestige from his home country, Saudi Arabia.

Al-Bayoumi does not receive money for his service as the building manager from the mosque. Al-Bayoumi advised (P) , he does not receive payment from Habib either. Al-Bayoumi advised he received money from the Saudi Arabian government.

Al-Bayoumi provided the mosque with a check that was issued from the Saudi Arabia Embassy, but Al-Bayoumi claimed the money was from him. The check came without any other documentation. (P) did not want to accept the check, so he called the board together to decide. The Board voted to accept the check.

(P) has been to Al-Bayoumi's apartment a couple of times, but never inside. He recalled Al-Bayoumi lived in an apartment on the first floor near the Islamic Center on Balboa Avenue. (P) met him in the parking lot to get some tapes and books for the mosque. (P) also stopped by and delivered tax papers to Al-Bayoumi's son. (P) knew there was a separate telephone line into Al-Bayoumi's office, but did not know the number. (P) was unaware what calls were made, how many calls, or any other details about the private telephone.

Al-Bayoumi produced a check to the mosque for approximately $2,700.00. The check was written from Al-Bayoumi's personal account with Bank of America. (P) inquired where the money was from and Al-Bayoumi told him it was from people who wanted to help, but did not

EO14040-002068

FD 302a (Rev. 10 6 95)

(F)

Continuation of FD 302 of _____(P)_____, On 09/27/2001, Page 4

want to be known. (P) once again did not want to accept the check without knowing where the money was coming from. (P) spoke with other members who stated Al-Bayoumi told them who the money was from, but they could not recall the name. (P) confronted Al-Bayoumi on telling others who donated the money, but not advising him. Al-Bayoumi still refused to tell (P) where the money came from, and said it was for the teachers at the mosque. (P) advised Al-Bayoumi he would not accept the check unless he knew where the money came from. Al-Bayoumi said fine give the check back.

(P) called a meeting with the Board members to advise them of the situation. The Board decided it was up to the teachers to decide whether to take Al-Bayoumi's check. The teachers decided to keep the check. Al-Bayoumi gave the check to (P) who deposited it into the mosque account and withdrew the cash to give equally to the teachers. Some of the teachers re-donated the money back to the mosque.

(P) described another incident involving money and Al-Bayoumi. Last Ramadan, December 2000, Habib sponsored a speaker for Ramadan, and agreed to pay for the speaker. At the end of Ramadan, (P) asked Al-Bayoumi for the money. Al-Bayoumi advised that the money must have been lost between Saudi Arabia and the United States. Al-Bayoumi was checking to see if Habib could rewire the money. It was time for the speaker to leave San Diego, California, and he needed and wanted to be paid. The price for the speaker was $5,033.00. (P) borrowed the money from (P) and paid the speaker. (P) contacted Habib by fax in Saudi Arabia to inform him of the situation. Habib responded with a fax stating he already sent the money to Al-Bayoumi and that if there was a problem the problem was in the United States. Ahmed showed Al-Bayoumi the fax, and within one week Al-Bayoumi wrote a check for the $6,833.00, which included the $5,033.00 for the speaker and $1,800.00 for repairs that the mosque had done to the building and needed to be reimbursed.

Al-Bayoumi sent a letter to Saad Habib advising him that the Kurdish mosque was discriminating against Arabs and the Kurdish members were using the mosque for political reasons. Habib responded, telling the Board he was going to kick them out of the mosque. The Board wrote Habib a letter asking him to send someone to check on the mosque and to not believe someone who did not live among them. Habib sent (P) (P), who was the individual that the Kurdish members solicited in the beginning for the mosque. (P) stayed twenty-one days and stayed at the Holiday Inn in La Mesa, California. After (P) returned to Saudi Arabia, Habib responded to the mosque stating, what I

EO14040-002069

FD 302a (Rev. 10 6 95)

(F)

Continuation of FD 302 of _____(P)_____ , On 09/27/2001 , Page 5

heard was not true.  (P) feels that Al-Bayoumi is not a good person and Habib is a genuine person.  (P) believed Al-Bayoumi may have written the letter to Habib after (P) confronted him on being the General Supervisor.

    Habib was sent a proposal from the members in regards to selling the mosque and purchasing land to build a mosque.  Habib agreed.  After looking around the Board decided to keep the current building and expand it to make it bigger.  The Board re-contacted Habib and advised him of the new plan.  Habib responded, that he trusted their judgement and agreed with whatever they needed.  The Board and Habib communicated by faxes.  The last they have heard from Habib was August 28, 2001, regarding the above agreement.

    (P) was shown several photographs.  (P) recognized a picture of Mohamed Atta from television along with a photograph of Marwan Al-Shehhi.  Ahmed recognized the photograph of Al-Bayoumi and identified him as the individual he had been discussing and the individual who occupied the office in the mosque.  (P) recognized a photograph of (P) but did not know his name.  He recognized (P) from a couple soccer games where (P) was standing on the sidelines at the Islamic Center at Eckstrom Avenue, San Diego, California.

    (P) did not trust Al-Bayoumi and felt that he was a undercover agent for Saudi Arabia.  (P) wanted to fire him as the building manager, but the Board felt Al-Bayoumi was not that bad.  (P) had asked Al-Bayoumi, who was going to take care of the building while he was in England.  Al-Bayoumi advised he was going to be able to manage the mosque from England.  the Board has not cleaned out the office since Al-Bayoumi left, because the mosque has been expecting him to return.

EO14040-002070