# EXHIBIT 8

(Rev. 06-04-2007)
009dig01.ec

CLASSIFIED BY: NSICG (S)
DECLASSIFY ON: 12-31-2033
DATE: 09-30-2020

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                Date: 01/09/2008

To: Counterterrorism          Attn:       (G), (S)

    Los Angeles               Attn:

    New York                  Attn:

From: San Diego
                    (G)
        Contact:            (S)
Approved By:        (S)
Drafted By:         (S)
Case ID #:          (F)

Title:              (G), (P)

Synopsis:   Interview of   (P)
                           (G)

(Rev. 06-04-2007)
009dig01.ec

## FEDERAL BUREAU OF INVESTIGATION

**Details:** On 12/28/2007, ███ (P) ███ hereinafter ███(P)███, was interviewed in a public place in San Diego, California. Present during the interview was FBI-SD, ███(S)███ ███(S)███, FBI-LA, ███(S)███ and ███(S)███, ███(S)███, Anaheim Police Department. The interview with ███(P)███ was pre-arranged and agreed to by ███(P)███ in which he voluntarily provided the following:

███(P)███ met and became acquainted with Mohdar Abdullah, ███(F)███ at the end of 1998 or the beginning of 1999 in San Diego, California, while they attended together college courses at ███(P)███ Community College. The relationship began due to ███(P)███ helping Abdullah learn the English language and Abdullah teaching ███(P)███ the Arabic language. ███(P)███ did not recall being a board member of the ███(P)███ at ███(P)███ College during the time period ███(P)███ and Abdullah took classes together. ███(P)███ also did not remember Abdullah being on the association board, stating the President of the ███(P)███ was always a female student. ███(P)███ did acknowledge he and Abdullah were active members of the ███(P)███ during that time period of 1999 and 2000. ███(P)███ considered Abdullah a close friend at the time, however, that relationship no longer exists because he has not had any contact with Abdullah since Abdullah left San Diego. ███(P)███ negatively characterized his troubles with the United States Government/FBI and his association with two of the 9/11 hijackers based on his association with Abdullah.

███(P)███ initially described his contact with two of the 9/11 hijackers, Nawaf Al-Hazmi and Khalid Al-Mihdhar, (American Airlines, Flight 77, Pentagon), as only occurring twice. The original meet between ███(P)███ and the hijackers occurred in 2000 at the Masjid Ar Ribat, San Diego, California, in the audio/video/library room of the Mosque. ███(P)███ and Mohdar Abdullah traveled together from ███(P)███ College to the Masjid Ar Ribat to attend prayer. When ███(P)███ and Abdullah arrived at the Mosque, Nawaf and Khalid were already at the Mosque in the above mentioned room. ███(P)███ and Abdullah entered the room and ███(P)███ remembered shaking the hijacker's hand. The conversation that occurred in the presence of the hijackers was in reference to ███(P)███ and Abdullah being verbally attacked by an unknown individual before entering the Mosque. Because the hijackers did not speak or understand the English language, Mohdar Abdullah translated for ███(P)███. ███(P)███ described to Nawaf, through Abdullah, that they were handing out

To: Counterterrorism   From: San Diego
Re: ▓▓▓ (F) ▓▓▓   01/09/2008

pamphlets with Islamic and membership information for the ▓▓ (P) College ▓▓▓ (P) ▓▓▓ and were approached by an unknown individual outside the Mosque who verbally attacked them. Nawaf responded to the story by quoting a verse, NFI, out of the Quran which advised ▓ (P) and Abdullah to ignore the person and go about your business without entering into a confrontation with that person. After the conversation, they all went into the Mosque and attended prayer. ▓ (P) remembered Nawaf and Khalid had taken it upon themselves to organize the audio/video/library room of the Mosque. The room had previously been disorganized until the hijackers came to the Mosque. ▓ (P) was not aware and did not believe the hijackers were tasked with that project.

▓▓ The second contact also occurred at the Masjid Ar Ribat. The second occurrence was only with Nawaf Al-Hazmi, ▓ (P) understood Khalid Al-Mihdhar was married and had left San Diego to be with his wife, NFI. ▓ (P) was again present with Abdullah at the Mosque to attend prayer. After the sunset prayer, ▓ (P) and Abdullah walked over to where Nawaf was praying and entered into casual conversation. ▓ (P) could not recall the details of the conversation but remembered the duration was approximately one or two minutes. ▓ (P) commented Nawaf did not appear to be overly devout in his religion. ▓ (P) was not aware of Nawaf ever discussing world politics or political causes of the world, commenting Nawaf was quiet and soft spoken.

▓▓ (P) recalled the topic of Mohdar Abdullah taking the hijackers to the LAX airport when Khalid departed the United States. ▓ (P) denied accompanying Mohdar Abdullah and the hijackers to the LAX airport from San Diego to Los Angeles, California, and he could not provide any details of the trip or the time period. ▓ (P) was asked what was explained to him as to why the hijackers had come to the United States. ▓ (P) did not know why they came but commented the hijackers did not do anything but just hang out, NFI. ▓ (P) stated he did not know much about the hijackers because he did not regularly attend the Masjid Ar Ribat because he also attended the Masjid Abu Bakr due to the proximity of his residence.

▓▓ (P) denied playing soccer or socializing with the hijackers at a park near the Masjid Abu Bakr. ▓ (P) admitted playing soccer on an organized team and also playing pick up games but never with Nawaf or Khalid. ▓ (P) contradicted being described as a close associate of the hijackers. During the interview, ▓ (P) stated he only met the hijackers on two occasions, described above. After the interview was complete and ▓ (P) left the interview area, he telephonically contacted ▓▓ (S) in which

To: Counterterrorism   From: San Diego
Re:  (F)    01/09/2008

the cellular telephone was passed to (S) (P) stated after thinking about the description that (P) was a close associate of the hijackers, it might have been misinterpreted by individuals working at the Texaco Gas Station in La Mesa, California. (P) regularly went to the Texaco Gas Station to purchase gas, snacks and visit his friends, to include Mohdar Abdullah, on a social basis who were working there at the time, in 2000. Nawaf Al-Hazmi worked at the Texaco Gas Station for a short period of time, so (P) (P) concluded that because he socialized at the Texaco and Nawaf worked there it could be interpreted by others in the San Diego Muslim community that they were close. (P) claimed not to have socialized with Nawaf at the Texaco Gas Station. (P) justified this because Nawaf could not speak English and (P), at that time, could not speak Arabic. Again, (P) stated Mohdar would have had to translate any conversation with Nawaf.

(P) regularly associated with Mohdar Abdullah at his apartment, at the time, which was on Saranac Street, in San Diego, located near the Masjid Ar Ribat. (P) did not get the feeling that something nefarious was going on at the apartment between the Mohdar, the hijackers or any roommate at the apartment. (P) did not see the hijackers socialize at the above mentioned apartment. (Agent note: It should be noted the hijackers did not reside at the Saranac apartment, however, it has been reported Nawaf went to the apartment to occupy his time on the computer, socialize and watch television on a regular basis). (P) identified Abdullah's roommates at the Saranac apartment as: (P) (A),(J-1),(G) Samir Abdoun, (Abdoun was deported to Algeria), (P) (A),(J-1),(G) (P) (A),(J-1),(G), and Omar Bakarbashant, (Bakarbashant was deported to Yemen).

Because of the numerous roommates at Mohdar's apartment he complained to (P) about needing to move out. (P) (P) offered Abdullah a room to rent at his father's, (P), apartment on (P) in San Diego. Because (P) father needed the extra income, Abdullah was allowed to rent a room at the apartment complex on (P) in the beginning of 2001. Because (P) parents were divorced, custody of (P) and his younger brother (P), was shared by the parents. (P) resided at both parents residences on a rotating basis. As stated above, (P) has discontinued any type of relationship with Mohdar Abdullah advising the last contact was by telephone in which the conversation was described as dry. (P) could not remember the date of the contact. The conversation was in regards to Mohdar wanting to buy a brand, Caterpillar, equipment from the United States and ship these machines to Yemen. (P) did not participate in

EO14040-000289

To: Counterterrorism   From: San Diego
Re: ▇▇▇ (F) ▇▇▇   01/09/2008

the business deal. Abdullah seemed to ▇(P)▇ as being heart broken about having to leave the United States.

▇(F)▇ ▇(P)▇ was acquainted with Omar Al Bayoumi, ▇(F)▇, from attending the Masjid Abu Bakr and visiting with Al Bayoumi at his office located at the Masjid Mehdina in El Cajon, California. ▇(P)▇ understood Al Bayoumi was an administrator, NFI, at the Kurdish Mosque, Masjid Mehdina. ▇(P)▇ also commented that everyone, NFI, in the San Diego Muslim community thought Al Bayoumi was a spy for the Saudi Government. Al Bayoumi would video tape every event that took place in the community which was of concern to many. ▇(P)▇ denied attending a party for the hijackers at the hijackers apartment which was hosted by Al Bayoumi and he could not provide any details of that event. In time, Al Bayoumi asked ▇(P)▇ to tutor Al Bayoumi's son in English and with school homework. ▇(P)▇ agreed and would tutor the son at Al Bayoumi's apartment on a regular basis. ▇(P)▇ commented that Al Bayoumi was frequently not at home when he would tutor the son. ▇(P)▇ could not provide any further information regarding Al Bayoumi, during that time period. ▇(P)▇ has not had any contact with Al Bayoumi in years.

▇(P)▇ has not had contact with a former associate, Jehad Mostafa, (A), (J-1), (G) ▇▇▇. The last contact was when Mostafa emailed ▇(P)▇ from Yemen while he was attending Arabic language school and teaching English to Arabic speakers in Sanaa, Yemen. ▇(P)▇ did not believe the rumors in the San Diego Muslim community that Mostafa was a Muhajidin in Somalia. ▇(P)▇ could not provide any further details regarding Mostafa. ▇(P)▇ has had recent contact in San Diego with Jehad's ▇(P)▇ and a mutual friend, ▇(P)▇, (A), (J-1), (G), but ▇(P)▇ or ▇(P)▇ did not mention anything regarding Jehad, NFI.

▇(P)▇ did not see Anwar Aulaqi, ▇(F)▇ as evil. ▇(P)▇ did comment that Aulaqi was not a scholar and could not give Fathwa's. A Fathwa should come from an Elder scholar who has studied in an accredited Islamic University and had years of studying the Quran. ▇(P)▇ association and interaction with Aulaqi, while Aulaqi was the Imam of the Masjid Ar Ribat in San Diego, came when ▇(P)▇ was a young teenager. Because of the above, ▇(P)▇ could not provide details regarding Aulaqi. ▇(P)▇ has not had contact with Aulaqi since he left San Diego.

To: Counterterrorism   From: San Diego
Re:            (F)          01/09/2008

LEAD(s):

Set Lead 1:   (Info)

    ALL RECEIVING OFFICES

        For information only.

♦♦