EXHIBIT 9

CLASSIFIED BY: NSICG (S)
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2025
DATE: 10-05-2021

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(S)

# OMAR AHMED AL-BAYOUMI

(F)

## Telephone Numbers:

(U) The following information was obtained from
Telephone Applications (TA) and pertains to toll records loaded
in connection with telephones subscribed or utilized by Omar Al-
BAYOUMI or his wife, Manal BAGADER.

U.S.



(D)

England

(G)

(U) A review of the following calls indicate a total of
141 calls made by telephone numbers associated with Omar Al-
BAYOUMI to entities of the Saudi Arabian government in the
Washington, D.C. Area.

(U) In connection with calls made to entities of the
Saudi Arabian government in the Los Angeles, California area,
there were 34 calls made.

Jan 2000

(S)

EO14040-000458

**Area Code 202**
**Washington, D.C.**

**202-298-8722**
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 7 times from ▓▓▓ (D) ▓▓▓ (D) ▓▓▓ These calls were made during the period of 01/26/2000 to 03/20/2000. The average duration of calls was 2 minutes, with one exception of an 11 minute call.

(U) In addition, one call was made to telephone number from ▓▓ (D) ▓▓ (D) and billing address (D) ▓▓ (D) ▓▓ This call was made on 08/08/1999 and was for a duration of one minute.

▓▓ (P)

UNKNOWN SUBSCRIBER

Based on A/C, prefix and
similarity in line number
this telephone could possibly
be subscribed to:

SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 3 times from ▓▓▓ (D) ▓▓ (D) ▓▓ (D) These calls were made during the period of 01/28/2000 to 03/09/2000. The average duration of calls was 1.6 minutes.

**202-298-8806**
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

USERS ▓▓▓ (P) ▓▓▓ - 265A-NY-280350-302 serial 74009

EO14040-000459

(U) This number was called 4 times from ▓▓▓▓▓▓▓ (D) ▓▓▓▓
▓▓▓▓▓▓▓ (D) ▓▓▓▓▓▓▓ These calls were made during
the period of 11/24/1999 to 12/07/1998.   The average
duration of calls was 2 minutes.

**202-298-8809**
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called once from ▓▓▓▓ (D) ▓▓▓▓
▓▓▓▓▓▓▓ (D) ▓▓▓▓▓▓▓ This call was made on
07/08/1999 for a duration of 1 minute.

**202-298-8813**
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 28 times from ▓▓▓▓ (D) ▓▓▓▓
▓▓▓▓▓▓▓ (D) ▓▓▓▓▓▓▓ These calls were made during
the period of 03/09/2000 to 03/29/2000.   The average
duration of calls was 2 minutes.

▓▓▓▓▓ (P) ▓▓▓▓▓

UNKNOWN SUBSCRIBER

Based on A/C, prefix and
similarity in line number
this telephone could possibly
be subscribed to:

SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 5 times from ▓▓▓▓ (D) ▓▓▓▓
▓▓▓▓▓▓▓ (D) ▓▓▓▓▓▓▓ These calls were made during
the period of 02/03/2000 to 03/22/2000.   The average
duration of calls was 2minutes.

EO14040-000460

(P)

UNKNOWN SUBSCRIBER

Based on A/C, prefix and
similarity in line number
this telephone could possibly
be subscribed to:

SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

> (U) This number was called 3 times from ⬛⬛⬛ (D)
> ⬛⬛⬛ (D) ⬛⬛⬛ These calls were made during
> the period of 01/28/2000 to 03/09/2000.  The average
> duration of calls was 2.3 minutes.

(P)

Based on A/C, prefix and
similarity in line number
this telephone could possibly
be subscribed to:

SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

> (U) This number was called once from ⬛⬛⬛ (D)
> ⬛⬛⬛ (D) ⬛⬛⬛ This call was made on
> 08/24/2000 and was for a duration of 2 minutes.

(P)

UNKNOWN SUBSCRIBER

Based on A/C, prefix and
similarity in line number
this telephone could possibly
be subscribed to:

SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

4

EO14040-000461

(U) This number was called once from ████████ (D) ████████ This call was made on 12/03/1998 for a duration of 1 minute.

**202-298-8861**
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 4 times from ████ (D) ████████ (D) ████████ These calls were made during the period of 01/27/2000 to 03/21/2000.  The average duration of calls was 1 minute.

**202-298-8862**
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 8 times from ████ (D) ████████ (D) ████████ These calls were made during the period of 01/27/2000 to 03/21/2000.  The average duration of calls was 1 minute.

**202-337-2978**
SAUDI ARABIA EDUCATION MISSION
600 NEW HAMPSHIRE AVE., N.W.
WASHINGTON, D.C.

(U) This number was called once from ████ (D) ████████ (D) ████████ This call was made on 03/21/2000 and was for a duration of 1 minute.

**202-337-9450**
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number is the main billing number.  One call was made ████████ (D) ████████ (D) ████████ This call was made on 03/09/2000 and was for a duration of 1 minute.

5

EO14040-000462

(U) This number was called 10 times ▓▓▓ (D)
▓▓▓▓▓▓ (D) ▓▓▓▓▓▓▓▓▓ The average
duration of calls was 2 minutes with the exception of a 24
minute call on 10/27/1998.

**202-342-3700**
EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVE., N.W.
WASHINGTON, D.C.

(U) This number was called 30 times from ▓▓▓ (D)
▓▓▓▓▓▓▓ (D) These calls were made during
the period of 01/19/2000 to 03/24/2000.  The average
duration of calls was 3.5 minutes.

(U) In addition, this number was called 21 times from ▓ (D)
▓▓▓▓▓▓ (D) These calls were
made from 07/21/1998 to 07/08/1999.  The average duration
of these calls was 5 minutes with the longest call being 32
minutes.

This telephone number was listed in a telephone book seized
from Al-BAYOUMI's office on 09/27/2001 with a notation of
Abdulaziz ASSALEH. (source - 265A-NY-280350-SD serial 3332)

**202-342-3800**
EMBASSY OF SAUDI ARABIA
601  NEW HAMPSHIRE AVE., N.W.
SUITE 1000
WASHINGTON, DC

(U) This number was called once from ▓▓▓ (D)
▓▓▓▓▓▓ (D) This call was made on
01/28/2000 and was for a duration of 7 minutes.

(U) In addition, this number was called 3 times from ▓▓ (D)
▓▓▓ (D) These calls were
made from 07/15/1998 to 12/03/1998.  The average duration
of these calls were 2 minutes.

This telephone number was listed in a telephone book seized
from Al-BAYOUMI's office on 09/27/2001. (source - 265A-NY-
280350-SD serial 3332)

EO14040-000463

**202-494-2777**
EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVE., N.W.
WASHINGTON, D.C.

(U) This number was called 2 times from ████ (D) ████
████ (D) ████ (D) ████ These calls were made during
the period of 02/18/2000 to 02/19/2000.  The average
duration of calls was 4 minutes.

(U) In addition, 1 call was made to this number from ██ (D) ██
████ (D) ████ This call was 14
minutes in duration.

(U) This telephone number was listed in a telephone book
seized from Al-BAYOUMI's office on 09/27/2001 with a
notation to Khalid ASSWAILEM (202) 944-3140 and C (202) 494-
2777. (source - 265A-NY-280350-SD serial 3332)

**202-944-3344**
NATIONAL GUARD OF SAUDI
3050  K ST NW
WASHINGTON, DC

(U) This number was called two times from ████ (D) ████
████ (D) ████ These calls were made on
07/21/1998 and 07/08/1999 and were for a duration of 13 and
2 minutes, respectfully.

(U) This telephone number was listed in a telephone book
seized from Al-BAYOUMI's office on 09/27/2001 with a
notation to Dr. Jameel Al-Shami. (source - 265A-NY-280350-SD
serial 3332)

**202-944-5982**
EMBASSY OF SAUDI ARABIA CHANCERY
601  NEW HAMPSHIRE AVE NW
WASHINGTON, DC

(U) This number was called two times from ████ (D) ████
████ (D) ████ These calls were made on
07/21/1998 and 07/27/1999 and were for a duration of 2 and 1
minute, respectfully.

(U) This telephone number was listed in a telephone book
seized from Al-BAYOUMI's office on 09/27/2001 with a

7

EO14040-000464

notation to Abdulaziz ASSALEH. (source - 265A-NY-280350-SD
serial 3332)

(P)

UNKNOWN SUBSCRIBER

Based on A/C, prefix and
similarity in line number
this telephone could possibly
be subscribed to the
Saudi Arabian Embassy

        (U) This number was called once from         (D)
                                     This call was made on 12/18/1998
        and was for a duration of 15 minutes.

**Area Code 310**
**Los Angeles Area**

310-479-2752
SAUDI ARABIA ROYAL CONSULATE
2045 SAWTELLE BLVD.
LOS ANGELES, CA

FACSIMILE LINE

        (U) This number was called once from   (D)         ,
                               .  This call was made on 12/02/1998
        and was for a duration of 2 minutes.

        (U) This telephone number was listed in a telephone book
        seized from Al-BAYOUMI's office on 09/27/2001 with a
        notation to Saudi Consulate F. (source - 265A-NY-280350-SD
        serial 3332)

310-479-6000
SAUDI ARABIA ROYAL CONSULATE
2045 SAWTELLE BLVD.
LOS ANGELES, CA

USERS -    Abdullah   Ext 245
              (P)

        (U) This number was called 11 times from  (D)           ,
           (D)                                  These calls were made during
        the period of 01/26/2000 to 02/10/2000.  The average

8

EO14040-000465

duration of calls was 3.5 minutes.

(U) In addition, 13 calls were made from telephone number
(D) . These calls
were made during the period of 07/11/2000 to 12/20/2000.
The average duration of calls was 3 minutes with the longest
call being 7 minutes.

(U) This number was called 7 times from (D)
(D) These calls were made from
11/08/1998 to 01/26/1999 and the average duration was 8
minutes with the longest call being 22 minutes.

(U) This telephone number was listed in a telephone book
seized from Al-BAYOUMI's office on 09/27/2001 with a
notation to Saudi Consulate. (source - 265A-NY-280350-SD
serial 3332)

```
     Islamic Affairs      X240
     Abdullah AWAAD       X241
     Sami ASSADHAN        X246
     Saad Al-JEBREEN
```

(P)

YOSEF M. AL-SUMAIRY
(P)
LOS ANGELES, CALIFORNIA

BILLING    NEXTEL
           SSN    (P-1)
           US DEPT OF STATE DIPLOMAT

USER    (U) (S) Fahad

(U) There were 3 calls made to this telephone (D)
(D) The calls were
each one minute in duration.

(U) According to ECF, Al-SUMAIRY is a Consular Officer in
the office of the Consulate General of Saudi Arabia.

EO14040-000466

(P)

SALAH AL-HATLANI
                    (P)
LONG BEACH, CA

(U) There were 2 calls made to this telephone    (D)
            (D)                      . These calls were
made on 12/14/2000 and 12/20/2000 and were 1 minute and 2
minute calls.  calls were each one minute in duration.

(U) ChoicePoint indicates Salah ALHATLANI, SSN    (P-1)
works as the Vice Counsel for the Saudi Arabian Consulate in
Los Angeles, CA.

(U) For information, telephone number    (D)    is
            (D)                   at the same address.  This
number was called 6 times from Al-BAYOUMI during the period
of 12/19/1999 to 01/24/2000.

10

EO14040-000467

## ECF Searches

(U) The following are chronological summaries of Electronic Case File (ECF) references regarding possible ties of Al-BAYOUMI to the Saudi Arabian Government, Embassies or Consulates.

Reference:    265A-NY-280350-302 serial 7792
              265A-NY-280350-SD serial 1103
              FD302 dated 09/17/01

(U) ███████(P)███████ birth date ██(P-1)██ 58, the spiritual leader of the Islamic Center of San Diego (ICSD) identified Omar Al-BAYOUMI as a person who may know Nawaf Al-HAZMI. ████(P)███ described Al-BAYOUMI as influential among Saudi Arabian members of the ICSD and provided needed assistance to various students and families who needed his help. He also advised Al-BAYOUMI was a frequent traveler to Saudi Arabia. Lastly, he stated Al-BAYOUMI had moved to England several months ago to attend school in England.

Reference:    265A-NY-280350-302 serial 7785
              265A-NY-280350-SD serial 1101
              265A-NY-280350-302 serial 7790
              265A-NY-280350-SD serial 1102
              FD302 dated 09/19/01

(U) On 09/18/2001, ███████(P)███████ birth date ██(P-1)██ 9, was interviewed by SA ██(S)██ ███(P)███ serves on the Board of Trustees at the Islamic Center of San Diego (ICSD). ████(P)████ provided the following information on Omar Al-BAYOUMI. ████(P)████ stated Al-BAYOUMI lived in San Diego for approximately four or five years, and left to attend college in England. ████(P)████ stated some people at the ICSD believed Al-BAYOUMI was associated with the Saudi Arabian government. Al-BAYOUMI never had a steady job, though he may have worked a short time for the Saudi Arabian Airlines. ████(P)████ believed Al-BAYOUMI was well connected with the consulate, and seemed to get things done for others. Al-BAYOUMI was involved with funding Al Medina mosque in El Cajon. He acted as an intermediary between the Kurdish community and an

11

EO14040-000468

unknown wealthy Saudi Arabian man who donated funds to create the mosque. Some members of the ICSD believed there was always a covert employee of the Saudi Arabian government stationed at the mosque, no one has taken Al-BAYOUMI's place.

Reference:        265A-NY-280350-302 serial 10044
                  265A-NY-280350-SD serial 1424
                  FD302 dated 09/19/2001

(U) On 09/18/2001, Mohdar M. Abdullah, (identity requested confidential) birth date (P-1) 78, was interviewed by SA (S)                 Abdullah advised that Omar Ahmed Al-BAYOUMI was the Manager/Leader of a Kurdish Mosque in El Cajon and was a member of the Aviation Board for Saudi Arabia. Omar introduced Abdullah to Nawaf Al-HAZMI and Khalid Al-MIHDHAR at the Islam Mosque on Saranac Street, Lemon Grove, California. Abdullah stated Omar was now in London, England, pursuing a Doctorate degree from an unknown university.

Reference:        265A-NY-280350-SD serial 1111
                  EC dated 09/19/2001

(U) An EC prepared by SA (S)                 set leads for various field offices to interview former neighbors of Nawaf Al-HAZMI, Khalid Al-MIHDHAR and Omar Al-BAYOUMI. The EC stated that interviews of Muslims indicated that Al-BAYOUMI had been involved in aviation when he lived in Saudi Arabia and that he did not work while in the U.S., but had more money than he knew what to do with.

(U) The EC also provided information from an interview of a prominent Islamic leader in San Diego who identified Al-BAYOUMI as being employed by the Saudi government to monitor the activities of Saudi dissidents that resided in the U.S.

12

EO14040-000469

Reference:       265A-NY-280350-302 serial 24879
                 265A-NY-280350-SD serial 2302
                 FD-302 dated 09/21/2001

(U) On 09/21/2001, SA ▮▮▮▮▮▮▮ (S) ▮▮▮▮▮
interviewed ▮▮▮▮▮▮ (P) ▮▮ (protect identity) who
provided information regarding his knowledge of Omar
Al-BAYOUMI.  Information pertaining to his relationship
with the Saudi Arabian government were that he often
furnished the Islamic Center with copies of the Qu'ran
which had been provided to him by the Saudi Arabian
Consulate.  He also stated that Al-BAYOUMI appeared to
have regular contact with the Saudi Arabian Consulate
in Los Angeles, California.  Al-BAYOUMI made frequent
trips to the consulate during the six years he was
known to live in San Diego.


Reference:       265A-NY-280350-302 serial 23351
                 265A-NY-280350-SD serial 2117
                 FD302 dated 09/21/01

(U) On 09/20/2001, SA ▮▮▮▮▮ (S) ▮▮▮▮ interviewed Dilek
▮▮▮▮▮ (P) ▮▮▮, birth date ▮(P-1)▮ (P) ▮▮▮ (P) ▮▮ provided the
following information regarding ▮▮▮▮▮▮ (P) ▮▮
Hashin Moshen Alattas.  When shown a photograph of Omar
Al-BAYOUMI, ▮(P)▮ recognized him and said she had seen
him many times.  Al-BAYOUMI attended USIU to get his
master's degree and wanted to move to London to
receive a PHD from a business school.  Al-BAYOUMI and
his family were from Saudi Arabia and possibly lived in
the Clairemont Mesa area of San Diego, California.
▮(P)▮ reported Alattas did not like Al-BAYOUMI and
believed Al-BAYOUMI worked for the Saudi government to
watch the actions of Saudis in the United States.


Reference:       265A-NY-280350-302 serial 28999
                 265A-NY-280350-SD serial 2546
                 265A-SD-63930-302 serial 5
                 FD302 dated 09/22/01

(U) On 09/20/01, ▮▮▮▮▮▮ (P) ▮▮▮▮▮▮ birth date
▮(P-1)▮ (P) was interviewed by SA ▮▮▮▮ (S) ▮▮▮and

13

shown a photograph of Omar Al-BAYOUMI. ████████ (P)
recognized Al-BAYOUMI and said he knew him as
"Abuemad", father of Emad.   Previously, ████████ (P)
was living in an apartment off Balboa Avenue with Saudi
Arabian students ████████ (P).
████████ (P) believed the Saudi  students received tuition
money from the Saudi government.  Al-BAYOUMI would
visit the two students at their apartment.  Al-BAYOUMI
asked ████ (P) to be an Iman, at the mosque.  When
████ (P) ████ (P) was alone Al-BAYOUMI would inquire about

Reference:   265A-NY-280350-302 serial 18085
             FD-302 dated 09/22/2001
             Interview of ████████ (P)
             (interviewing agent not identified in ECF)

(U) ████████ (P) birth date (P-1) (P) owns two
businesses ████████ (P)
████ (P) Approximately 1995, ████ (P) contracted with the
Civil Aviation Administration (CAA) of Saudi Arabia,
which according to ████ (P), has connections with Ministry
of Defense. A company called Dallah of Saudi Arabia
had the contract for operations maintenance and ████ (P)
supplied the parts. **The CAA asked** ████ (P) **to provide**
**financial support to Al-BAYOUMI, when** ████ (P) **refused he**
**was told his contract may be jeopardized.** ████ (P) did
write sponsor letters to universities for  Al-BAYOUMI,
but stated he never provided Al-BAYOUMI financial
support. ████ (P) advised he wrote the last letter
approximately two years ago.

Reference:   265A-NY-280350-302 serial 1663
             EC dated 09/22/2001

(U) In a EC prepared by SA ████████ (S) a lead
was sent to Legat Riyahd to obtain information
regarding Omar Ahmed Al-BAYOUMI.  The following
information was furnished to the Legat:

> Al-BAYOUMI's claim that he was on a financial
> scholarship and received support from his
> government.

> Information pertaining to his employment in the
> aviation management/financial services of the

*lds to Saudia Arabia Al Bayoumi*

14

EO14040-000471

Saudi government.

➤ Interviewees claims that Al-BAYOUMI as an employee of the Saudi Arabian Government that he traveled to mosques throughout the world to monitor and observe Saudi citizens for signs of dissident behavior.

Reference:    265A-NY-280350-SD serial 1801
              265A-NY-280350-302 serial 16180
              265A-NY-280350-SD serial 1802
              FD302 dated 09/23/01 and 09/24/2001

(U) According to an EC prepared by SA [redacted] (S) [redacted] (P) birth date (P-1) (P) [redacted] (P) California, was interviewed and provided information regarding Omar Al-BAYOUMI. [redacted] (P) had met Al-BAYOUMI at the Islamic Center mosque (ICSD) in the early 1990s.

(U) Approximately six months ago Al-BAYOUMI announced to members of the ICSD he was moving to the United Kingdom (UK) to pursue his PHD. [redacted] (P) has not had any contact with Al-BAYOUMI subsequent to his departure for the UK. [redacted] (P) recalled Al-BAYOUMI lived in an apartment on Beadnell Way in San Diego even though he never went to his home. Al-BAYOUMI indicated he was on a scholarship and was financially supported by the Saudi government. [redacted] (P) did not know what form Al-BAYOUMI received his funding. **Al-BAYOUMI maintained he had friends at the Saudi consulate in Los Angeles, California. Because of Al-BAYOUMI's comments regarding his business,** [redacted] (P) **believed he may have worked for Saudi princes.** While living in San Diego Al-BAYOUMI attended the University of Phoenix. [redacted] (P) remembered Al-BAYOUMI may have also received a scholarship from Saudi Airlines and worked for them as well.

15

EO14040-000472

Reference:      265A-NY-280350-302 serial 24631
                265A-NY-280350-SD serial 2239
                FD302 dated 09/24/01

(U) On 09/24/01, Abdussattar Shaikh was interviewed by
SA         (S)         Shaikh advised that he is one of
the founders of the Islamic Center of San Diego,
(ICSD).  Shaikh identified a photo of Omar Al-BAYOUMI,
whom he became acquainted with in 1994 when Shaikh was
teaching at the American Commonwealth University.
Shaikh described Al-BAYOUMI as follows: Al-BAYOUMI was
in the U.S. using a Saudi Arabian passport, because of
his facial features, he is possibly of Egyptian
descent.  Al-BAYOUMI appeared to be approximately 40 to
45 years old.  Shaikh believed Al-BAYOUMI always had a
significant source of supply of money and observed him
driving a new Toyota.  **Al-BAYOUMI was charismatic,
charming and didn't conceal his attempts to attain
leadership roles within the San Diego Muslim community.
Al-BAYOUMI had expressed an interest in becoming a
citizen, which may have been just a ploy.  Al-BAYOUMI
socialized with Nawaf Al-HAZMI and Khalid Al-MIHDHAR.
Al-HAZMI disclosed to Shaikh, Al-BAYOUMI was a spy for
the Saudi Government and directed Shaikh not to
socialize too much with him.**  Al-BAYOUMI attended
business classes at the United States International
University and was believed to be President of a Saudi
Arabian club at the university.  Al-BAYOUMI had an
office at the Kurish mosque in El Cajon, California,
where the leadership neither liked or trusted him and
asked him to leave approximately three years ago.
Shaikh did not trust Al-BAYOUMI as well and believes he
possibly was involved with 09/11/01.

Reference:      265A-NY-280350-302 serial 25718
                265A-NY-280350-SD serial 2396
                FD-302 dated 09/30/01

(U)    (P)       DOB  (P-1)  (P)  was interviewed by SA
        (S)         on 09/28/2001.  (P)    stated he first
met Omar Al-BAYOUMI about two years ago at the mosque
located near Balboa Avenue and the 805 freeway in San
Diego, California.   (P)   thought Al-BAYOUMI may be of
Egyptian extraction but moved to Jeddeh, Saudi Arabia,
prior to moving to the United States.   (P)   believed

16

EO14040-000473

Al-BAYOUMI was deceptive and did not trust him.  He
described Al-BAYOUMI as lacking in formal education and
lacking in intellectual capability.  Al-BAYOUMI was
well known at the mosque near Balboa Avenue and 805
freeway and frequently surrounded himself with men in
their twenties.  **Al-BAYOUMI would promise to help
visiting Islamic students, but his assistance never
evolved.**  ___(P)___ concluded Al-BAYOUMI was asked to
leave his position at the Al Medina mosque after
irregularities were found in association with his
collection and distribution   of funds.

Reference:     265A-NY-280350-SD serial 3039
               EC dated 10/03/01

(U) On 10/03/2001, SA _____(S)_____ prepared an EC
providing information on _____(P)_____ (P) was the
emergency contact listed on Omar Al-BAYOUMI's rental
agreement for ____(P-1)____ at the Parkwood Apartment
Complex.  Al-BAYOUMI moved into ____(P-1)____ on
approximately 09/01/99, and lived there with his wife
Manal Bagader and their three children.  Rental records
indicated Al-BAYOUMI was a student and received
financial support from his family.

(U)  Al-BAYOUMI had co-signed for highjackers Nawaf Al-
HAZMI and Khalid Al-MIHDHAR when they rented an
apartment at Parkwood and paid their rent occasionally
as well.  Al-HAZMI and Al-MIHDHAR lived with Omar Al-
BAYOUMI prior to them renting their own apartment.
___(P)___ did not like Al-BAYOUMI personally and was unaware
he (P) was listed as an emergency reference on Al-
BAYOUMI's rental agreement.  **Al-BAYOUMI revealed to
(P) he received financial support the Saudi Arabian
Government or Saudi Airlines.  An individual who
requested confidentiality (PC1) reported he believed
Al-BAYOUMI worked for the Saudi Arabian Intelligence
Service and reported on  dissident Saudis in the United
States.**

Reference:     265A-NY-280350-CD serial 8789
               265A-NY-280350-SD serial 3396
               EC dated 10/05/2001

(U) An EC dated 10/05/2001, prepared by SA ____(S)____

17

EO14040-000474

provided a summary of information furnished by the
(C-1)
This information was obtained through their interviews
of Al-BAYOUMI.

(U) Al-BAYOUMI stated that he was connected with a
Saudi Arabian company that is equivalent to the Federal
Aviation Administration.  Al-BAYOUMI claimed that this
company pays him $5,000.00 per month to study for his
PHD.

Reference:     265A-NY-280350-302 serial 64787
               265A-NY-280350-SD serial 4763
               FD-302 dated 10/07/01

(U) On 10/03/01,                    (P)          (protect identity)
was interviewed by SA        (P-1), (S)          and SA
       (P-1), (S)         (P)        described Omar Ahmed Al-
BAYOUMI as a "braggart from a low status Egyptian
family that migrated to Jeddah, Saudi Arabia."     (P)
stated Al-BAYOUMI would videotape when he went to
mosque which led individuals from the Muslim community
to believe he was a Saudi Arabian intelligence officer.
According to   (P)   , Al-BAYOUMI's social associates
included the Minister of Islamic Affairs, the Saudi
Consulate, and known criminals. Al-BAYOUMI has also
hosted Saudi visitors.  Al-BAYOUMI's character is
suspect and he was accused of keeping a $10,000
donation from a Saudi visitor intended for the Kurdish
Mosque.

Reference:     265A-NY-280350-302 serial 55234
               FD-302 dated 10/07/2001

(U) On 10/06/2001, SA     (P-1), (S)     interviewed Isamu
Alva DYSON, birth name Clayton   (P)   MORGAN, date of
birth  (P-1)      (P)     DYSON stated he knew Khalid Al-
MIHDHAR, Nawaf Al-HAZMI and Omar Ahmed Al-BAYOUMI
during his period of residing in San Diego,
approximately December 1999 to February 2000.  DYSON
stated he never heard Al-BAYOUMI speak about politics
or against the U.S.  DYSON and Al-BAYOUMI shared
company often.  Al-BAYOUMI had indicated to DYSON that

18

he was some type of engineer for the Saudi Arabian government. He even showed DYSON some type of paperwork indicating same. Al-BAYOUMI indicated he was being paid to learn English. Al-BAYOUMI's company, or the Saudi government through his company, was paying for the education. DYSON did not know how much Al-BAYOUMI was being paid. DYSON understood that Al-BAYOUMI had to learn English or he was not going to be promoted any higher in his company.

(U) DYSON said that Al-BAYOUMI's student visa was expired, or ready to expire and was considering crossing into Tijuana, Mexico to get the paper work done. DYSON encouraged Al-BAYOUMI to call the Saudi Consulate in Los Angeles. **DYSON accompanied Al-BAYOUMI to the Saudi Consulate where Al-BAYOUMI got his visa paperwork straightened out.**

(U) **After the consulate, DYSON and Al-BAYOUMI proceeded to a Mediterranean restaurant near the Culver City mosque. Al-BAYOUMI stated that the Culver City mosque was built by the Saudi Government. DYSON stated that other than when Al-BAYOUMI was meeting behind closed doors at the consulate, Dyson was with Al-BAYOUMI the entire time during the trip.**

(U) Information was also furnished regarding the building of the El Cajon mosque. A wealthy man from Saudi Arabia donated the money to build the Kurdish mosque. Al-BAYOUMI did all of the administrative work at the mosque and was the director.

(U) Al-BAYOUMI has introduced DYSON to Nawaf Al-HAZMI and Khalid Al-MIHDHAR and that the resided in an apartment co-signed by Al-BAYOUMI.

(U) DYSON was told by Al-BAYOUMI that his wife was Saudi and came from a rich family.

Reference:        **265A-NY-280350-SD serial 3332**
                  **EC dated 10/09/2001**

(U) In an EC prepared by SD ████████ (S) ████████ , a request was made to obtain information from officials

19

at the Saudi Arabian Consulate in Los Angeles,
California and the Embassy in Washington, D.C.
regarding Omar Al-BAYOUMI.

(U) A summary of information extracted from this EC
regarding Al-BAYOUMI's association with the Saudi
Arabian government indicated        (P)       , President
          (P)                               California
wrote a letter on 01/22/1997, stating that    (P)    was
supporting Al-BAYOUMI by providing $4,000.00 a month.

(U)    (P)    was subsequently interviewed, and as a result
of that interview advised that even though    (P)    was
requested by an unknown representative of the Civil
Aviation Administration (CAA) of Saudi Arabia to
provide a $4,000 per month stipend,    (P)    refused to do
so.    (P)    did, however, furnish letters to numerous
schools, on Al-BAYOUMI's behalf, stating that he and
his company were subsidizing Al-BAYOUMI.  As a direct
result of the above information, a Criminal Complaint
was filed on or about 09/27/2001, in the Southern
District of California, charging Al-BAYOUMI with Title
18, U.S.C. Section 1546, Visa Fraud.

(U) In May 1998, Al-BAYOUMI applied for an Executive
Doctorate in the Management Program at the Weatherhead
School of Management, Case Western Reserve University
(CWRU) in Cleveland, Ohio, which was subsequently
declined.  Through numerous interviews and by obtaining
school records and resumes, it has been determined that
Al-BAYOUMI stated that he has been employed by the CAA
for at least 20 years and is also associated with
Dallah/Avco Trans Arabia Company as the Assistant to
the Director of Finance, in the Contracts and Finance
Control Division, PCA, Airways Engineering.

(U) In reviewing the documents obtained from CWRU a
letter, dated May 20, 1998 from Dr. Jamil Shami,
Director, Academic Affairs, Royal Embassy of Saudi
Arabia, National Guard Office, 3050 K Street, N.W.,
Suite 207, Washington, D.C., was sent on Al-BAYOUMI's
behalf.  The letter stated that Al-BAYOUMI was a
candidate for a full scholarship from the Government of
Saudi Arabia.

(U) On September 21, 2001, a representative from United
Parcel Service advised that their records indicate that

EO14040-000477

on January 18, 2001 a delivery was made to [(P-1)] [(P-1)] San Diego, California, where Al-BAYOUMI resided, from the **Saudi Arabian Embassy, 601 New Hampshire Avenue, NW, Washington, D.C.**

(U) On 09/25/2001, [(P)] [(P)] of the Kurdish Islamic Community Center, 2675 Fletcher Parkway, El Cajon, California, was interviewed and [(P)] **advised that he was shown a copy of a check Al-BAYOUMI provided for $500 to the mosque drawn from the Royal Embassy of Saudi Arabia**, dated December 14, 2000. Written on the check was a notation in Arabic that [(P)] said indicted the check was for food. Al-Bayoumi stated he received the check from Los Angeles, California.

(U) On 09/27/2001, execution of a federal search warrant was conducted by the San Diego Division in a room utilized by Al-BAYOUMI as an office within the Kurdish Community Islamic Center (Masjid Al-Medina Al-Munawara), located at 511 S. Magnolia Avenue, El Cajon, California. As a result of that search a copy of Al-BAYOUMI's phone book, dated October 4, 2000 was seized.

(U) **Listed in Al-BAYOUMI's phone book were the following names and telephone numbers:**

(U) Dr. Jameel Al-Shami (202) 944-3344;

(U) Saudi Embassy WA. (202) 342-3800, AbdulAziz Assaleh (202) 342-3700 and F (202) 944-5982; Khalid Asswailem (202) 944-3140 and C [(P-1)] . **Saudi Consulate** (310) 479-6000 F (310) 479-2752, Islamic Affairs x240, Abdullah Awaad x241, Sami Assadhan x246, and Saad Al Jebreen, 2045 Sawtelle Blv., LA, CA 90025.

(U) Additionally, seized during the search were various personal and business documents, business cards and scraps of paper with names and telephone numbers of individuals. Included in this information were names and telephone numbers associated with the **Saudi Arabian Cultural Mission, Washington, D.C.** and are as follows: Mohammad Al-Sheik and Abed Al-Sulieman with the following telephone numbers (202) 298-8869, 8817, 8850 and 8738.

21

(U) Also obtained was a notation for the **Saudi Consulate in Los Angeles,** telephone number (310) 479-6000 and the name [redacted] (P)          .   (U) From January 2000 through May 2000, two known  cellular telephones associated with Al-BAYOUMI showed 32 calls placed to the Embassy, 24 calls placed to the **Consulate in Los Angeles** and 37 calls placed to the **Cultural Mission.**

Reference:          265A-NY-280350-SD serial 3331
                    LHM dated 10/10/01
                    (Authoring agent not identified in ECF)

(U) Omar AHMED Al-BAYOUMI, aka Omar Al-BAYOUMI, Omar A. Al-BAYOUMI, ABUEMAD, Omar A. M. Al-BAYOUMI, Omar AL-BAYOUMI, birth date [redacted] (P-1) 57, had contact with the following individuals at the Embassy of Saudi Arabia, Washington, D.C., the Saudi Arabian Cultural Mission, Washington, D.C., and the Saudi Arabian Consulate, Los Angeles, California.

**Saudi Arabian Embassy, Washington, D.C.:**
**Adbulaziz Assaleh**
**Khalid Asswailem**
**Jamil Shami**

**Saudi Arabian Cultural Mission, Washington D.C.:**
**Mohammad Al-Sheik**
**Abed Al-Sulieman**

**Saudi Arabian Consulate, Los Angeles, California**
[redacted] (P)
**Abdullah Awaad**
**Sami Assadhan**
**Saad Al Jebreen**

Reference:          265A-NY-280350-SD serial 3562
                    265A-NY-280350-BA serial 4557
                    EC dated 10/11/2001

(U) On 10/11/2001, SA [redacted] (S)          prepared and EC regarding new information reported on [redacted] (P)

22

EO14040-000479

(P)                                    (D)

(D)

(D)                        It is believed Al-
BAYOUMI was financially supported by the Saudi Arabian
Government and was suspected to be an Intelligence
Officer for the Saudi Government as well.  It appears
Osama Bassnan is to be the replacement for Al-BAYOUMI.


Reference:     (S) 199N-SD-63929 serial 24
               (S) 199N-SD-63949 serial 9
               (S) FFI -      (A), (J-1), (G)
               EC dated 10/17/2001


       On      (A), (J-1), (G)      information was provided to SA
          (S)                  regarding Omar Al-BAYOUMI.

           (A), (J-1), (G)      Al-BAYOUMI almost daily
taking telephone calls from Saudi Arabia.  The Emir
from the Ministry of Defense, who was in charge of the
Air Traffic Control would frequently call Al-BAYOUMI.
Al-BAYOUMI registered in school for immigration
purposes and to meet new students from the Middle East.

       Al-BAYOUMI      (A), (J-1), (G)      was going to Los
Angeles to pickup some visitors.  Within a day or two
after returning from Los Angeles Al-BAYOUMI introduced
   (A), (J-1), (G)      Nawaf Al-HAZMI and Khalid Al-MIHDHAR .
                             (A), (J-1), (G)
   (A), (J-1), (G)      Al-BAYOUMI      (A), (J-1), (G)      he had met Al-
HAZMI and Al-MIHDHAR in a restaurant on his way back
from Los Angeles.  Al-BAYOUMI invited the two to come
to San Diego and they accepted.  Al-BAYOUMI did not
tell   (A), (J-1), (G)   if Al-HAZMI and Al-MIHDHAR were the
visitors he was expecting.  Subsequently, Al-BAYOUMI
hosted a dinner to welcome Al-HAZMI and Al-MIHDHAR to
the San Diego Muslim community, Al-BAYOUMI videotaped
the event as well.

EO14040-000480

Reference        265A-NY-280350-302 serial 69403
                 265A-NY-280350-SD serial 5616
                 FD-302 dated 10/15/2001

(U) On 10/15/2001, SA [ (S) ] interviewed
Talal Al-HAMDAN, date of birth [ (P-1) ] 1979, the brother
of Faisal Al-HAMDAN. Talal stated that his family is
from a bedouin tribe once located in Western Saudi
Arabia and that the family is not part of the royal
family. The family is fairly well known and wealthy.
His father, Ahmed Abdul Azziz Suleiman Al-HAMDAN, is
one of three Finance Ministry officials employed under
the Deputy Finance Minister of Saudi Arabia and is
responsible for the Western region of Saudi Arabia.

(U) Talal Al-HAMDAN is subsidized in the U.S. by his
father and by scholarship money from the government of
Saudi Arabia. While attending George Washington
University in Washington, D.C. he resided with a
sponsor who was an employee of the Saudi Embassy in
Washington, D.C.

(U) In May 1999, Talal moved to San Diego where he
resided in a hotel. During his stay he had an argument
regarding his bill and an outstanding balance. Talal
directed Al-BAYOUMI to pay the bill and Al-BAYOUMI paid
the outstanding debt.

**Analyst Note - During the period of ... telephone
number [ (P) ] was subscribed by Talal Al-HAMDAN,
[ (P) ] San Diego, California
92124.**

Reference:      199N-SD-63929 serial 23
                199N-SD-63949 serial 8
                FFI - (A), (J-1), (G)        (S)
                EC dated 10/17/2001   (S)

On [ (A), (J-1), (G) ] information was provided to SA
[ (S) ] regarding Omar Al-BAYOUMI.
(A), (J-1), (G) believed that Al-BAYOUMI made friends with
[ ] for the purpose of gaining control, rather than
friendship's sake. **Al-BAYOUMI was considered by most
in the community some type of intelligence agent for
the Saudi Arabian government reporting on the**

24

EO14040-000481

SEP-26-2002  13:00

activities of Muslims (particularly Saudis) in the San
Diego area.  The feeling that Al-BAYOUMI was an agent
for the Saudi government was further reenforced by the
fact that he held no regular job, but always had plenty
of money to prepare lavish dinners at his apartment or
apartments of friends.  The purpose of the dinners was
usually to introduce and welcome newcomers to the local
Muslim community or to bid farewell to those leaving.
AL-BAYOUMI would always videotape these dinners.

(A), (J-1), (G)                                            Al-BAYOUMI told
(A), (J-1), (G)         that he had traveled up to Los Angeles to
pick up someone coming into the country, when by chance
he met Al-MIHDHAR and Al-HAZMI.

    Al-BAYOUMI frequently traveled to the Los Angeles
airport to drop off or pickup Saudis visiting southern
California.

                (A), (J-1), (G)              that Al-BAYOUMI was a person
know to have connections with the Saudi government.
Al-BAYOUMI would travel to Washington, D.C. every one
to two months and had a contact in the Dawa (ph) who
was related to the civil aviation office of the Saudi
Arabian Consulate on Wyoming Street, in Washington D.C.
Through this contact, Al-BAYOUMI would be able to items
such as Qu'rans or robes much faster than if done
through regular request.

(S) Al-BAYOUMI traveled back to Saudi Arabia
approximately one a year for approximately two to three
weeks. Al-BAYOUMI's stay in the U.S. seemed to be
decided on a yearly basis.            (A), (J-1), (G)
Al-BAYOUMI learned that he would be leaving San Diego,
but did not know where he would go next.  Approximately
seven to eight months ago, he knew he would be moving
to England (information dated        (A), (J-1), (G)

25

EO14040-000482

Reference:       265A-NY-280350-302 serial 72758
                 265A-NY-280350-SD serial 6477
                 FD-302 dated 10/19/2001

(U) On 10/15/2001, SA [redacted] (S) [redacted],
interviewed Faisal Ahmed Al-HAMDAN, date of birth
12/12/1975, Jeddah, Saudi Arabia.   Faisal's father is
Ahmed Abdulazziz Suleiman Al-HAMDAN and is a high-
ranking Saudi official who works as a Director within
the Ministry of Finance.

(U) While attending school in San Diego, Faisal Al-
HAMDAN listed Omar Al-BAYOUMI as the emergency point-
of-contact on his ELS and ALI applications.   Faisal
identified Al-BAYOUMI as a business associate of his
father.

Reference       265A-NY-280350-SD serial 3984
                EC dated 10/20/2001

(U) On 10/20/2001, SA [redacted] (S) [redacted] requested (A), (J-1), (G)
(A), (J-1), (G) to conduct an interview of Ahmed Abdul Azziz
Suleiman Al-HAMDAN regarding his contact with and
knowledge of Omar Al-BAYOUMI.   Al-HAMDAN is an official
under the Deputy Minister in the Ministry of Finance in
Saudi Arabia.   This request was made as the result of
San Diego interviews of Faisal and Talal Al-HAMDAN.

(U) The EC noted that Al-BAYOUMI is an employee of the
Ministry of Finance, or works under a separate
department which answers to the Ministry of Finance.
Talal Al-HAMDAN described the relationship between Al-
BAYOUMI and his father:

▸   Al-BAYOUMI had to get Al-HAMDAN's signature on
    various documents.

▸   On one of these documents, Al-BAYOUMI requested
    Al-HAMDAN to provide a reference sponsorship for
    Al-BAYOUMI's application to the Saudi Government
    to travel to the U.S. to pursue post graduate

26

EO14040-000483

studies.   Al-HAMDAN's father provided this
reference or sponsorship.

- At some point in 1998, Faisal and Talal's father
  instructed Talal to contact Al-BAYOUMI.  The Al-
  HAMDAN brothers met with Al-BAYOUMI at the Abu
  Baker mosque on numerous occasions from late 1998
  to July 2001.

- **Al-BAYOUMI's bank records revealed that on
  02/18/1999, a $20,000.00 wire transfer was made
  from Ahmed Abdul Azziz Suleiman Al-HAMDAN to Al-
  BAYOUMI.**

- On 12/16/1999, Al-BAYOUMI paid an outstanding
  hotel bill for Talal in the amount of $1,349.00.

- On at least one other occasion Al-BAYOUMI
  generated a check to Talal in the amount of
  $1,450.00.

- Faisal and Talal were in the process of selling
  Al-BAYOUMI's vehicle and were instructed to
  forward the sale proceeds to Al-BAYOUMI's address
  in England.

Reference        265A-NY-280350-302 serial 98127
                 265A-NY-280350-SD serial 14097
                 FD-302 dated 11/21/2001

                 265A-NY-280350-302 serial 36130
                 FD-302 dated 10/02/2001

(U) On 11/19/2001, SA [redacted] (S) [redacted] interviewed
[redacted] (P) [redacted], born in [redacted] (P).  The EC
provides extensive education and employment background
on [redacted] (P) [redacted] (P) was employed at PCA / Dallah and
stated that Al-BAYOUMI was a representative that PCA
personnel wished to keep in America.  [redacted] (P) **was
requested to provide a stipend to Al-BAYOUMI in an
amount of $3,500.00 per month.**  According to [redacted] (P), Al-
BAYOUMI was already drawing a salary from PCA / Dallah.
The PCA person hinted that [redacted] (P) should pay for Al-

27

EO14040-000484

BAYOUMI because Al-BAYOUMI would be in a position to assist (P) in the future. In addition, (P) was requested to furnish Al-BAYOUMI with reference letters.

Reference:     265A-NY-280350-SD serial 12014
               265A-NY-280350-302 serial 85936
               FD-302 dated 11/27/01

(U) On 11/15/2001, (P) , birth date (P) , was interviewed by SA (S) (S) and provided the following information. (P) **once heard Omar Al-BAYOUMI disclosing to others at the Islamic Center of San Diego (ICSD) he had friends or contacts at the Saudi Consulate in Los Angeles, California.** (P) advised Al-BAYOUMI was extremely close to other ICSD Saudis. (P) believed Al-BAYOUMI was in the United States on scholarship from the Saudi Airport Authority of Saudi Airlines and Al-BAYOUMI would eventually return to his former job.

Reference     (U) (S) 265A-NY-282573-SEC serial 28
              EC dated 01/11/2002



(C-1)

EO14040-000485

(C-1)

Reference        265A-NY-280350-SD Serial 14812
                 LHM dated 04/15/2002


          (U)  An LHM dated 05/15/2002. from San Diego to New
          York furnished information regarding Omar Al-BAYOUMI
          and his employment with Dallah Al Baraka.   The

29

EO14040-000486

information was received from an interview of ████ (P)

(U) ████ (P) ████. identified Al-BAYOUMI as a "ghost employee" of AVCO Oversees. ████ (P) estimated that there were approximately fifty (50) individuals carried on the books and PCA or Dallah and being paid for doing nothing.

Reference ████ 199N-SD-64028 serial 23, 72