# EXHIBIT 10

FD-542 (Rev. 04-07-2006)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                   **Date:** 07/18/2007

**To:** New York                          **Attn:** ▓(G)            ▓(S)
       ▓(S)
                                                  ▓(S)

**From:** New York
          ▓(G)
    **Contact:** ▓(S)

**Approved By:** ▓(S)

**Drafted By:** ▓(S)

**Case ID #:** ▓ ▓(F)
               ▓

**Title:** ▓ PENTTBOM
           MAJOR CASE 182

          ▓ Analytical Support: ▓(G)
**Synopsis:** ▓ A frequency report and Analyst Notebook link charts were prepared for the above-captioned case showing target-to-target contacts.

              ▓   ▓(G)

**Reference:** ▓ ▓(F)

**Enclosure:** A 42 page spreadsheet entitled "Frequency Report for Phones Used by Al-Bayoumi, Al-Midhar and Al-Hazmi" and i2 Charts.

**Administrative:** ▓ Captioned EC is in response to collection requirement detailed in ▓(F)

              ▓  This analysis addresses the following intelligence requirements as outlined in the FBI's IT Standing Intelligence Requirements Set:

                              ▓

To:  New York   From: New York
Re:           (F)                   07/18/2007

**Executive Summary:** Phones used by Saudi-Yemeni emigrees in the San Diego area who provided support to 9/11 hijackers KHALID AL-MIHDHAR and NAWAF AL-HAZMI from February to December 2000 were analyzed for inter-connectivity and the findings were displayed in tabular and link chart formats, per below and attached. Some of these subjects continue to have direct and indirect linkages to known terrorists and terrorist operations and two of these individuals (OMAR AL-BAYOUMI and FAYAD AL-THUMARY) had long ties with the Saudi Arabian government. Of particular interest,      (A), (G), (J-1)      AHMAD MOHAMMED MUSTAFA, who lived with the hijackers during March 2000, is the son of the founder of the violent Islamist organization, PIK, which is closely allied with ANSAR AL-ISLAM.

**Details:** SSA     (S)     and Detective     (S)     of the NYO JTTF, Squad (G), requested that the author provide: 1) a frequency report of the phones used by OMAR AL-BAYOUMI and 9/11 hijackers KHALID AL-MIHDHAR and NAWAF AL-HAZMI during the period of time they all resided in San Diego; and 2) target-to-target phone analysis displayed on an Analyst Notebook i2 chart for the Yemeni/Saudi support cell in San Diego, with particular emphasis on phone connectivity involving the number     (P)     .

       (P)       was a cell phone subscribed to MANAL A. BAGADER, and used by her spouse, hijackers-associate OMAR AL-BAYOUMI, from 11/20/1998 to 03/09/2001, per     (F)     and     (F)     although tolls were only available through 9/20/2000. ANALYST NOTE: The cessation of activity on this phone in late September coincides with AL-BAYOUMI's travel to the U.K. shortly thereafter, on 10/8/2000; he did not return to the U.S. until 11/30/2000. This number was subsequently assigned to   (P)  ,   (P-1)  , and his daughter, (P)/(F), at   (P)   El Cajon CA 92020   (F)  , with an activation date of 6/23/2002 and tolls uploaded to TA through 6/20/2004.

      Since this reassignment,    (P)    had contact, on 2/26/2003, with cellular number    (P)   , subscribed to AHMAD MOHAMMED MUSTAFA, now a MicroSoft employee in Redmond, Washington. MUSTAFA lived with the San Diego hijackers for 15 days in March of 2000 and   (A), (G), (J-1) (A), (G), (J-1) Mozaffar PARTOWMAH    (P)    ,    (A), (G), (J-1)   , who provided support to Sheikh Abdel Rahman BARZANJEE, the European leader of **ANSAR AL-ISLAM** (AI), designated a foreign terrorist organization by the U.S. on March 22, 2004. It was first designated under Executive Order 13224 on 2/23/2003 for providing a safe haven to AL QAEDA

To: New York    From: New York
Re: ▓▓▓ (F)                       07/18/2007

in northern Iraq, having been formed in late 2001 as a coalition of other Kurdistani Islamist groups to fight for an independent and a "pure" Islamic Kurdistan. However, in April 2006 and August 2006, ▓▓(O-1) and NSA, respectively, informed the FBI that they no longer consider BARZANJEE a subject of interest ▓▓(F) dated 6/19/2007) and ▓▓(A),(G),(J-1) ▓▓(A),(G),(J-1).

▓▓ MUSTAFA's father is MOHAMMAD ALI MOSTAFA GABORI, aka DR. MOHAMMAD SALIH MOSTAFA, who founded the Islamic Party of Kurdistan, aka Parti Islami Kurdistan (PIK for short) in 1979. PIK's goal is to establish an Islamic state encompassing southeaster Turkey and northwestern Iraq. GABORI, a Kurd, has resided in Riyadh, Saudi Arabia, for many years, having ▓▓(O-1) ▓▓(O-1) ▓▓(O-1) ▓▓(O-1) That phone is still active and has been in frequent communication with US phones associated with AHMAD MOHAMMED MUSTAFA and MUSTAFA's ▓▓(P) ▓▓(P), ▓▓(P-1), ▓▓(A),(G),(J-1) ▓▓(A),(G),(J-1) As noted below, ▓▓(P) the son of ▓▓(P), has become ▓▓(A),(G),(J-1) ▓▓(A),(G),(J-1) INS records indicate ▓▓(P) ▓▓(P) was a member of the KURDISH DEMOCRAT PARTY (presumably in Syria, where he was a member of the Syrian armed services for the four years ending 1973, then moved to Germany before entering the US on 1/12/1977). Open source identifies ▓▓(P) as helping to organize the Kurdish National Congress that met in Ann Arbor, Michigan, in August 1988. Upon relocating to San Diego, ▓▓(P) opened a ▓▓(P) company named ▓▓(P) ▓▓(F).

▓▓(P) ▓▓(P) number also had 117 contacts, between 4/5/2003 and 6/20/2004, with ▓▓(P), a cell phone used by ▓▓(P) ▓▓(P), ▓▓(P-1), an ethnic Kurd from Iraq who entered the US as a refugee on 9/24/1999, residing first at ▓▓(P), Amarillo TX 79107, and then at ▓▓(P), ▓▓(P), El Cajon CA, per ▓▓(F) The residential number at the ▓▓(P) residence on ▓▓(P) in El Cajon, ▓▓(P), also had 10 contacts with former hijackers' roommate AHMAD MOHAMMED MUSTAFA's ▓▓(P) phone, from 6/6/2003 to 12/12/2004. In addition, ▓▓(P) phone ▓▓(P) was also found to be in contact with AI supporter ▓▓(P) in New York. ▓▓(O-1) ▓▓(O-1) ▓▓(O-1) ▓▓(A),(G),(J-1) ▓▓(A),(G),(J-1) ▓▓(A),(G),(J-1) (▓▓(F)). Finally, former hijackers' roommate AHMAD MOHAMMED MUSTAFA's ▓▓(P) cell phone also had 17 contacts with a phone in Texas subscribed to ▓▓(P), ▓▓(P), from 11/30/2002 to 12/14/2002.

To: New York  From: New York
Re: ▓▓▓▓ (F) ▓▓▓▓   07/18/2007

▓▓ The investigation of the San Diego subjects commenced within hours of Flight 77 crashing into the Pentagon, when a car was found parked at the hourly lot in Dulles International Airport on 9/11/2001 that was registered to NAWAF AL-HAZMI, one of the passengers on Flight 77. It was quickly determined that the vehicle was registered by AL-HAZMI at ▓▓(P)▓▓ ▓▓(P)▓▓ in Lemon Grove, a suburb of San Diego, California. Investigation by San Diego FO found the building was owned by ABDUSSATTAR SHAIKH, who was renting a room therein to OMER SALMAIN SALEH BAKARBASHAT (aka OMAR BAKARBASHAT), DOB ▓▓(P-1)▓▓ SSAN ▓▓(P-1)▓▓ BAKARBASHAT, a foreign student from Yemen who had dropped out of college and was out-of-status, admitted to associating with AL-HAZMI and AL-MIHDHAR and was arrested as a ▓▓(D)▓▓ and later deported for immigration fraud. BAKARBASHAT further identified MIHDAR MOHA AL-MIHDAR ZAID (aka MOHDAR MOHAMED ABDOULAH, aka MOHDAR ABDULLAH), DOB ▓▓(P-1)▓▓ as a close associate of AL-MIHDHAR and AL-HAZMI. ABDULLAH in turn admitted meeting the hijackers at a San Diego mosque in early 2000, where OMAR AL-BAYOUMI tasked ABDULLAH with acclimating them to the U.S. At the time, ABDULLAH was residing at ▓▓(P)▓▓ ▓▓(P)▓▓, La Mesa, another San Diego suburb, with several others.

▓▓ The hijackers were housed, through AL-BAYOUMI, at the Parkwood Apartments, 6401 Mt. Ada Rd, ▓▓(P)▓▓, San Diego, CA 97111, just off Balboa Avenue, in an apartment in the same complex where AL-BAYOUMI had been residing with his wife and three children (in ▓▓(P)▓▓ at 6333 Mount Ada Rd) since September 1999. AL-BAYOUMI was a Saudi national who entered the U.S. in 1993 on ▓▓(J-3)▓▓ ▓▓(J-3)▓▓, attending school in San Diego. He acted as manager/facilities supervisor for the MASJID AL-MADINA AL-MUNAWAR MOSQUE, 511 Magnolia Ave. South, El Cajon, California (aka the Kurdish Community Islamic Center, or KCIA), but claimed on his rental paperwork at Parkwood to be a student supported by his family (▓▓▓▓▓▓(F)▓▓▓▓▓▓).

▓▓ As noted above, at AL-BAYOUMI's request, MOHDAR ABDULLAH helped AL-HAZMI obtain a driver's license, a car, a Social Security number and enrollment in a Florida flight training school and arranged local instruction in English. ABDULLAH also accompanied AL-HAZMI on June 10, 2000 as he drove KHALID AL-MIHDHAR to the Los Angeles International Airport (LAX) to catch a flight to Muscat, Oman via Frankfurt, Germany, to visit his wife and new-born daughter. AL-HAZMI then moved out of the Parkwood Apartments into the afore-mentioned ▓▓(P)▓▓ building owned by SHAIKH, which SHAIKH claims the hijackers found via an ad he had placed at the Islamic Center of San Diego (▓▓▓▓(F)▓▓▓▓). AL-HAZMI and ABDULLAH continued to maintain close contact, visiting each other, dining and even working together washing cars at a Texaco gas station at ▓▓(P)▓▓ La Mesa, CA 91941. BAKARBASHAT also worked at the same gas station. Soon after the arrival of the eventual Flight 77 hijacker/ pilot, HANI HANJOUR, on 12/8/2000, AL-HAZMI introduced HANJOUR to ABDULLAH and the hijackers departed for La Mesa, Arizona days after HANJOUR's San Diego arrival.

To: New York   From: New York
Re:         (F)                    07/18/2007

   AL-BAYOUMI and his family, meanwhile, moved out of the Parkwood Apartments on 6/23/2001, advising that he was leaving the U.S., and he left no forwarding address. After it was learned he had provided significant support to the hijackers, New Scotland Yard executed a search warrant at AL-BAYOUMI's residence, auto and office on September 21, 2001, at ▓(P-1) Birmingham, UK, and AL-BAYOUMI was detained and questioned for seven days.

   At that time, New Scotland Yard obtained the following phone numbers for AL-BAYOUMI: ▓(P-1) (cell), ▓(P-1) (business) and ▓(P-1) (fax). Both the cell and fax numbers were in contact with ▓(P) a number at the MASJID AL-MADINA AL-MUNAWAR MOSQUE (Kurdish Community Islamic Center) in El Cajon, California, where AL-BAYOUMI had been a caretaker, as well as with ▓(P), subscribed to the Director of the Center, an Iraqi emigree, SABAH DIZAYE, ▓(A), (G), (J-1) from 1/15/2001 through 8/9/2001. ▓(A), (G), (J-1)

▓(A), (G), (J-1)

   Another number called from San Diego in 2000 proved to be significant. On 3/20/2000, phone ▓(P), used by KHALID AL-MIHDHAR and NAWAF AL-HAZMI at their Parkwood apartment (6401 Mount Ada Road), called ▓(P-1) in Sana'a, Yemen, the telephone number of AL-MIHDHAR'S father-in-law. The same YEMENI number had been called earlier that month, on 3/2/2000, from ▓(P), with a connect time in excess of 20 minutes. ▓(P) was a phone used by another hijacker-associate in San Diego, ▓(P), DOB ▓(P-1), at ▓(P) (see ▓(F)) and ▓(F)). ▓(P) also had contact with OMAR AL-BAYOUMI, Faisal Almuhana and FAYAD AL-THUMAIRY (aka FAHAD ALTHUMAIRY, DOB ▓(P-1)) from 12/27/1999 to 06/25/2000.

   ANALYST NOTE: ▓(F), identifies ▓(C-2)
▓(C-2)
▓(C-2)  A review by the author of TA and Intelligence Community databases failed to find any direct linkage. But analysis of the ▓(P) phone noted above, ▓(P) which did have contact with the Yemen number, revealed that its calling patterns were similar to two of AL-BAYOUMI's phones, specifically ▓(P) and ▓(P).

To: New York  From: New York
Re: ▓▓▓ (F) ▓▓▓    07/18/2007

▓ AL-THUMAIRY, like AL-BAYOUMI, was a possible Saudi Arabian intelligence asset. In fact, AL-THUMAIRY entered the U.S. on 05/21/1996 as Administrative Officer to the Consulate General of Saudi Arabia in Los Angeles, fresh out of graduate school in Riyadh. Per ▓▓▓ (F) ▓▓▓ the Administrative Officer is the official who conducts routine business with the Office of Foreign Missions (OFM) at the Department of State on behalf of the Consulate, but OFM had no dealings with AL-THUMAIRY. Moreover, AL-THUMAIRY's land line of ▓ (P) ▓ had five telephonic contacts with ▓ (P) ▓, the cell phone of MUSAED A. AL-JARRAH, ▓ (A), (G), (J-1) ▓ ▓ (A), (G), (J-1) ▓ And AL-THUMAIRY's cell phone ▓ (P) ▓ called AL-JARRAH's cell phone 48 times from 07/22/2001 to 02/03/2003. AL-THUMAIRY, the subject of closed case ▓ (F) ▓ who possessed extremist views and whose financials appeared to link him to terrorist financing, left the U.S. three days after his last telephonic contact with AL-JARRAH and ▓▓▓ (J-3) ▓▓▓, ▓ (J-3) ▓ (see ▓ (F) ▓ and ▓ (F) ▓.

▓ Telephone ▓ (P) ▓, subscribed to by AL-THUMAIRY at ▓ (P) ▓ ▓ (P) ▓, Culver City, California, received five calls from ANWAR NASSER AULAQI's San Diego telephone ▓ (P) ▓ between 12/18/1999 and 04/25/2000 (also see ▓ (F) ▓ and ▓ (F) ▓. As discussed more extensively below, AULAQI was a "spiritual advisor" to the terrorists in San Diego and a fiery jihadist orator who was arrested last year in Yemen where he reportedly operates a terrorist training camp.

▓ Per a recent phone analysis by San Diego FO of phones used by OMAR BAKARBASHAT and his ▓ (P) ▓ ▓ (P) ▓ ▓ (F) ▓ ▓ (F) ▓, ▓ (P) ▓ was subscribed to ▓ (P) ▓ at ▓ (P) ▓, ▓ (P) ▓, San Diego. The same number was found in the wallet of MOHDAR ABDULLAH -- the Texaco employee AL-BAYOUMI had asked to assist the hijackers -- at the time of ABDULLAH's 9/21/2001 arrest on a PENTTBOMB material witness warrant. A search warrant was executed at ABDULLAH's then current address of ▓ (P) ▓ East Lexington Avenue, ▓ (P) ▓, El Cajon, CA 92019. Among the items recovered was an identification card with his photo issued by the government of Yemen, his apparent country of origin, although ABDULLAH had sought political asylum upon his arrival in the U.S., claiming to be from Somalia. Also recovered was a notebook containing references to planes falling from the sky, mass killings and hijacking. ABDULLAH remained incarcerated and was indicted for immigration fraud and then eventually deported to Yemen on 5/21/2004. ▓▓▓ (C-1) ▓▓▓ ▓▓▓ (F) ▓▓▓.

▓ As for OMAR AL-BAYOUMI, DOB ▓ (P-1) ▓ the subject of a 1998 Preliminary Investigation ▓ (F) ▓ (large gatherings of Middle Eastern males at his residence, suspicious mail, etc. - case closed June 1999), he

To:  New York   From: New York
Re:         (F)                    07/18/2007

reportedly drove to the Saudi Arabian Consulate in Los Angeles on 2/1/2000 to settle a visa issue and overheard the hijackers in a nearby cafe speaking Gulf-accented Arabic, befriended them, and invited them to San Diego          (F)          . He was accompanied on this trip by CAYSAN BIN DON (aka KAYSON BINDON DYSON, aka CLAYTON MORGAN), DOB (P-1)       (P)         . BIN DON described to the FBI a discussion in Arabic he witnessed between AL-BAYOUMI and a Consulate representative just before the "chance" encounter with the hijackers, who had arrived at LAX on 1/15/2000, a week after attending a "summit" in Kuala Lampour with notable AL QAEDA operatives.

   The hijackers arrived in San Diego three days after meeting AL-BAYOUMI in Los Angeles, and AL-BAYOUMI arranged a rental apartment for them, paying their initial rent, in his apartment complex at the Parkwood, where the hijackers resided until 5/31/2000. Thereafter they moved to the (P)    (P)    apartment, although AL-MIHDHAR's stay was brief, since he left the U.S. on 6/10/2000.

   AL-BAYOUMI introduced AL-HAZMI and AL-MIHDHAR to the Saudi-Yemeni community in San Diego during a party at his apartment and brought them to the AL-RIBAT AL-ISLAMI CENTER, a mosque at 7173 Saranac St, La Mesa, CA 92115. The Imam of the Mosque was ANWAR NASSER AULAQI (aka SHEIKH ANWAR AL-AWLAKI, aka ABU BAKR AL SIDDIQ, aka ANWAR AL-AWLAKI) DOB (P-1) the subject of     (F)      and as it was later discovered, a childhood neighbor of MOHDAR ABDULLAH in Yemen. In January of 2006, the FBI learned (O-1)
     (O-1)
     (O-1)       , who was incarcerated in June 2006 by the Government of Yemen in connection with a plot to attack oil interests.

   AULAQI was born in Las Cruces, New Mexico to immigrant Yemeni parents, who returned with him to their native land when AULAQI was about 11 years old. AULAQI's father, NASSER AL-AULAQI, eventually became the President of Sana'a University and visited the U.S.         (J-3)         ANWAR AULAQI meanwhile, returned to the U.S. in 1990 to attend school in Colorado and moved to San Diego in late 1995. AULAQI resided in San Diego, preaching at the AL-RIBAT Mosque, until at least August 2000, then traveled to Yemen and returned to California on 10/23/2000 -- two weeks after the Cole bombing -- and moved to Virginia in March, 2001. AULAQI served as Imam of the DAR AL-HIJRAH Mosque in Falls Church, before returning to Yemen in March, 2002, where he has remained aside from a brief sojourn in October-November 2002 in Virginia, Santa Clara and San Diego, California.   (A), (G), (J-1)
         (A), (G), (J-1)

   While it is known that AULAQI had contacts with NAWAF AL-HAZMI and KHALID AL-MIHDHAR in San Diego, California and may have had contacts with

To: New York    From: New York
Re: ▓▓▓ (F) ▓▓▓    07/18/2007

AL-HAZMI and HANI HANJOUR at the DAR AL-HIJRAH Mosque in Virginia, AULAQI's exact relationship with the hijackers remains unclear. Of particular note, San Diego ▓▓ (A), (G), (J-1) ▓▓ determined that an American Express expense bank account associated with the MASJID AR-RIBAT funded round trip air travel for ANWAR AULAQI on 1/31/2001 from Baltimore to Phoenix to San Diego ▓▓ (F) ▓▓.

In fact, ANWAR AULAQI was first opened as an investigative subject in 1999 as a result of his telephonic contacts with members of HAMAS and AL QAEDA, and Virginia opened a case on him in September 2001, ▓▓ (F) ▓▓. In April 2006, San Diego re-opened its case, ▓▓ (F) ▓▓, based on his being identified as ABU ATIQ, the radical jihadi apologist who was also believed to be running a terrorist training camp in Yemen and "might be running cells in the U.S." ▓▓ (O-1) ▓▓ Subsequent analysis indicates AULAQI had multiple contacts with various FBI International Terrorism subjects, including ▓▓ (A), (G), (J-1) ▓▓ (F) ▓▓, who reportedly participated in "paint ball exercises" organized by AULAQI in 2000. ▓▓ (O-1) ▓▓

[ANALYST NOTE: ▓▓ (G) ▓▓ (P) ▓▓, advised an FBI Supervisory Special Agent, during a community outreach meeting in January 2006, that he has "traveled to Hawaii, Tahiti and the Red Sea as part of his hobby of SCUBA diving."]

Reportedly, ▓▓ (P) ▓▓ discussed above, ▓▓ (P) ▓▓, and presumably the ▓▓ (P) ▓▓ of MicroSoft employee AHMAD MUSTAFA, became a student of ANWAR AULAQI's AL-IMAN INSTITUTE in Yemen in early 2006. Thereafter, ▓▓ (P) ▓▓ participated in terrorist activities in Somalia in mid-2006. ▓▓ (A), (G), (J-1) ▓▓

▓▓ (A), (G), (J-1) ▓▓ (P) ▓▓ had numerous contacts with his father's Riyadh telephone number via pre-paid calling cards from 10/2/2001 until 5/15/2003 ▓▓ (F) ▓▓.

Finally, AL-BAYOUMI was subsequently charged with visa fraud in a sealed indictment in the Southern district of California but the statute of limitations has since lapsed and he was last known to be residing in Jeddah, Saudi Arabia, as of August 2003 ▓▓ (F) ▓▓. Of interest, ▓▓ (A), (G), (J-1) ▓▓, stated AL-BAYOUMI was believed to work for the Saudi Arabian Intelligence Service, reporting on dissident Saudis

To: New York   From: New York
Re: ▓▓▓(F)▓▓▓   07/18/2007

in the United States ▓▓▓(F)▓▓▓. In fact, UPS records indicate AL-BAYOUMI was shipped a package from the SAUDI ARABIAN EMBASSY, 601 New Hampshire Ave NW, Washington DC on 1/18/2001 ▓▓▓(F)▓▓▓ and PENTTBOMB investigators believe that the contents of the package shipped from the Saudi Arabian embassy to Al-BAYOUMI may have contained foreign intelligence information ▓▓▓(F)▓▓▓.

**NOTEWORTHY PHONES**

| Phone (# Sort) | Name/DOB POB/SSAN | Reference | Address | Notes |
|---|---|---|---|---|
| (P) (Cell) | ANWAR AULAQI (P-1) (Bogus DOB (P-1) to get SSN) Born Las Cruces, NM, to Yemeni emigrees. | (F) | (P), Falls Church VA 22044 (5/01-7/02) | (A), (G), (J-1) |
| (P) | Fayad Al-Thumary (P-1) (Saudi Arabia) SSN: (P-1) | (F) | (P) Culver City CA; CBR (P) 5/99-3/01 | Saudi Intel asset?; # found in Saleh Al-Mari's cell when arrested 1/13/02. |
| (P-1) | Mohdar Abdullah (P-1) Yemen (P-1) | (F) | Found in documents seized from Abdullah, 9/22-9/24/01 | Abdullah had brother in Italy. No calls in TA. |
| (P) | (P) (P-1) (Saudi Arabia) | (F) | Work email is now (P-1) | Met hijackers @ Abu Bakr Mosque, Balboa Ave; (P) (P) |
| (P) (Business) | Omar Al-Bayoumi (Fitness | (F) | Parkwood Apartments, 6333 Mt. Ada | |

To:  New York   From: New York
Re:  (F)                          07/18/2007

| | | | | |
|---|---|---|---|---|
| | Warehouse) (P-1) Saudi Arabia (P-1) | | (P) San Diego, CA 92111 | |
| (P) (Cell) | (P) aka (P) (P) (P-1) (Iraq-Kurd) (P-1) | (F) | (P) (P), El Cajon CA | Subscribed to daughter, (P), but used by (P) |
| (P) (Business) | Omar Al-Bayoumi (Fitness Warehouse) (P-1) Saudi Arabia (P-1) | (F) | (P) San Diego CA (8/94-6/01) | |
| (P) (Cell) Subscribed by (P) | Omer Salmain Saleh BAKARBASHAT (P) (P-1) Yemen (P-1) | (F) | (P) Lemon Grove CA 91945 (AL-HAZMI's DMV address) | Arrested as Penttbomb material witness; associate of hijackers; deported |
| (P) | (P) (P-1) (P-1) | (F) | (P) (P) El Cajon CA 92020 | (P) is daughter of (P) |
| (P) (Cell; Subscriber MANAL A. BAGADER, spouse, 11/20/98-03/09/01) | Omar Al-Bayoumi, (P-1) Saudi Arabia (P-1) | (F) | (P) San Diego CA (11/98-9/00) | Met hijackers @ café in Culver City, LA, 2/1/00, accompanied by Caysan Bin Don; they moved in with |

To: New York   From: New York
Re: ▨(F)▨   07/18/2007

| | | | | |
|---|---|---|---|---|
| Number subsequently assigned to ▨(P)▨ per below. | | | | him 2/4/00 and he arranged apt. in same complex on 2/14/00 |
| ▨(P)▨ (Cell) (Formerly Bayoumi's cell phone #: see above) | ▨(P)▨ ▨(P-1)▨ ▨(P-1)▨ | (F) | ▨(P)▨ ▨(P)▨ El Cajon CA 92020 | ▨(P)▨ is daughter of ▨(P)▨ |
| ▨(P)▨ | ▨(P)▨ ▨(P-1)▨ ▨(P-1)▨ | (F) | ▨(P)▨ ▨(P)▨ El Cajon CA 92020 | ▨(P)▨ is daughter of ▨(P)▨ |
| ▨(P)▨ (Cell) | Omar Al-Bayoumi, ▨(P-1)▨ Saudi Arabia ▨(P-1)▨ | (F) | Parkwood Apartments, 6333 Mt. Ada Rd, ▨(P)▨, San Diego, CA 92111 (1/27/00-9/20/01) | |
| ▨(P)▨ | Omar Al-Bayoumi ▨(P-1)▨ Saudi Arabia ▨(P-1)▨ | (F) | Parkwood Apartments, 6333 Mt. Ada Rd, ▨(P)▨, San Diego, CA 92111 | |
| ▨(P)▨ (Residence) | ▨(P)▨ aka ▨(P)▨ ▨(P)▨ ▨(P-1)▨ ▨(P-1)▨ | (F) | ▨(P)▨ ▨(P)▨ El Cajon CA | (A), (G), (J-1) |
| ▨(P)▨ | Mohdar Abdullah (at | (F) | LA serial dated 4/25/07 | ▨(G)▨ calls uploaded to TA |

To: New York   From: New York
Re: ▓ (F) ▓  07/18/2007

| | | | | |
|---|---|---|---|---|
| (Pay Phone) | La Mesa Texaco station) | (F) | served FGJ subpoena on AT&T (G) to obtain Pre-paid calling card info. | (last call is 12/19/01) |
| (P) (Pay Phone) | Mohdar Abdullah (at LA Mesa Texaco station) | (F) | Texaco, 4925 Spring St, La Mesa, CA | (G) calls uploaded to TA (1/1/00-12/19/00) |
| (P) (Aulaqi was subscriber, 10/01/95 to 10/13/02) | ANWAR AULAQI (P-1) (Bogus DOB (P-1) to get SSN) Born Las Cruces, NM, to Yemeni emigrees. | (F) Note: (P) (P) @ (P) (F) was called 5 times by Aulaqi on 2/5/00. (P) in 2005 plot to blow up US Embassy in Sanaa, Yemen | (P) (P) La Mesa, CA 91941 Note: (A),(G),(J-1) (A), (G), (J-1) (O-1) | (A), (D), (G), (J-1) |
| (P) (Cell) | (P) Worked at La Mesa Texaco station where Mohdar Abdullah. | (F) | (P) (P) , La Mesa CA. | 10/13/00-08/28/02 47 contacts with cell (P) used by Omer BAKARBASHAT. |
| (P) (Business; used in Al-Bayoumi's office at the KCIC) | Omar Al-Bayoumi ("dba Masjed Al Madianah") (P-1) Saudi Arabia (P-1) | Per (F) (F) (A),(D),(G),(J-1) | Kurdish Community Islamic Center (KCIC), 511 S. Magnolia Avenue, El Cajon, CA | Service disconnected 4/22/01 at MASJID Al-MADINA AL- MUNAWAR MOSQUE (Al-Bayoumi left US June |

To: New York   From: New York
Re: (F)   07/18/2007

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | '01) |
| (P) | (P) (P-1) (P-1) | (F) | (P) (P) El Cajon CA 92020 | (P) is daughter of (P) |
| (P) | Mohdar Abdullah (at La Mesa Texaco station) | (F) | Texaco, 4925 Spring St, La Mesa, CA | (P-1) |
| (P) | Mohdar Abdullah (at LA Mesa Texaco station) | (F) | Texaco, 4925 Spring St, La Mesa, CA | (P) |
| (P) | ABUSSATAR SHAIK/ Hijackers (P-1) (Saudi Arabia) | (F) | Parkwood Apartments, 6401 Mt. Ada Rd, (P) San Diego, CA 97111 | Used by hijacker Nawaz Al-Hazmi |
| (P) | Mohdar Abdullah (P-1) Yemen (P-1) | (F) | (P) (P) El Cajon CA 92019 (Subscriber: 11/19/00- 9/20/01). Last call made on this phone was on 8/25/01. | Drove hijackers to LA, 6/9/00; appears with them and UNSUB in LAX video, 6/10/00; worked at Texaco station; arrested 9/24/01; deported to Yemen, 5/21/04 |
| (P) (Residence) | ANWAR AULAQI (P-1) (Bogus DOB (P-1) to get SSN) Born Las Cruces, NM, | (F) | (P) (P) Falls Church VA 22041 (1/01-5/03) | Spiritual leader of Al-Hazmi and Al-Mihdhar |

To: New York   From: New York
Re: ▓▓▓ (F) ▓▓▓   07/18/2007

| | | | | |
|---|---|---|---|---|
| | to Yemeni emigrees. | | | |
| 800-207-0382 PIN (P) | Mohdar Abdullah (P-1) Yemen (P-1) | (F) | Calls (P) (P) (user is (P) | 12/17/00 |
| 800-383-0090 PIN (P) | Mohdar Abdullah (P-1) Yemen (P-1) | (F) | PIN Calls: (P-1) (his brother in Yemen, AHMED MOHAMMED AL-MIHDAR ZAID, DOB (P-1) | 12/04/00 (3 calls) |
| 800-572-0457 800-597-2421 PIN (P) | Mohdar Abdullah (P-1) Yemen (P-1) | (F) | PIN Calls: (P) (P-1) (SN 18657) (P) (Abdul Aziz Alturki) (P) | 1/08/01-1/27/01 |
| (O-1) | | (F) | (O-1) | |

To: New York   From: New York
Re: ▓▓▓▓▓▓▓▓▓▓ (F) ▓▓▓▓▓▓▓▓▓▓   07/18/2007

| | | | | |
|---|---|---|---|---|
| 800-978-7631 PIN (P) | Mohdar Abdullah (P-1) Yemen (P-1) | (F) | PIN Calls: (P) (P) Mohdar's girlfriend; her home # was (P) | 08/17/01-08/30/01 Used phone (P) for these PIN calls |
| (P) | (P) aka (P) (P) (P-1) (P-1) | (F) | (P) (P) Amarillo TX 79107 | |
| (P) | CAYSAN BIN DON (aka KAYSON BINDON DYSON; aka CLAYTON MORGAN) (P-1) (P-1) (P) | (F) | | Accompanied Al-Bayoumi to LA, 2/1/00; (P) |
| (P) (Business) | Omar Al-Bayoumi (Fitness Warehouse) (P-1) Saudi Arabia | (F) | (P) (P) San Diego, CA (12/96-8/23/01) | See (F) (F) |

To: New York  From: New York
Re: ▮(F)▮ 07/18/2007

| | (P-1) | | | |
|---|---|---|---|---|
| (P) | NAWAZ Al-HAZMI (P-1) Mecca, Saudi Arabia & KHALID AL-MIHDHAR (P-1) Mecca, Saudi Arabia | (F) | Parkwood Apartments, 6401 Mt. Ada Rd, (P) San Diego, CA 97111 | Used by hijackers Khalid Al-Mihdhar & Nawaz Al-Hazmi. Placed call on 3/2/00 to Yemen number (P-1) of Mihdhar's father-in-law. |
| (P) (Cell) (Subscribed to spouse, Manal Bagader) | Omar Al-Bayoumi (P-1) Saudi Arabia (P-1) | (F) | San Diego CA (9/13/00-9/22/01) | |
| (P) | (P) (P-1) (Mogadishu) (P-1) | (F) | (P) (P) San Diego CA (1999-2000) | # had 3 contacts on 3/2/00 with Yemeni phone of Mihdhar's father-in-law. |
| (P) | (P) (P-1) (P-1) (P) | (F) | (P) (P) San Diego CA (2001-2006) | In Mohdar's wallet @ arrest |
| (P) | (P) (P-1) (Kurd) | (F) | Used by (P) (P) s parents. | Spouse: (P) |
| ( (P) PIN (P) | Mohdar Abdullah (P-1) Yemen (P-1) | (F) | PIN Calls: None found | 10/19/01-10/19/01 |
| (P) PIN (P) | Mohdar Abdullah (P-1) Yemen | (F) | PIN Calls: | 10/17/01-10/17/01 |

To: New York   From: New York
Re: ▓▓ (F) ▓▓   07/18/2007

| (P-1) | (P-1) (P) | (F) | (P-1) | 2006-Present |
|---|---|---|---|---|
| ▓▓ (P-1) (Business) | (P-1) (P-1) (P-1) | ▓▓ | ▓▓ Catherines, ON | |
| ▓▓ (P-1) (Cell) | (P) (P-1) (P-1) (P-1) | (F) ▓▓ | (P-1) ▓▓ Catherines, ON | 2006-Present |
| ▓▓ (P-1) (Fax) | (P) (P-1) (P-1) (P-1) | (F) ▓▓ | (P-1) ▓▓ Catherines, ON | 2006-Present |
| (A), (G), (J-1) ▓▓ | | | (A), (G), (J-1) ▓▓ | |
| ▓▓ (P-1) (Inmate Phone Tracking ID) | Mohdar Abdullah (P-1) Yemen (P-1) | INMATE REGISTRY # (P-1) San Diego MCC. | Calls from Bureau of Prisons | 5/01/02-9/23/02 |

EO14040-002813

To:  New York   From: New York
Re:  ▓▓▓▓▓▓(F)▓▓▓▓▓▓  07/18/2007

**Set Lead 1:  (Info)**

   <u>NEW YORK</u>

      <u>AT NEW YORK, NEW YORK</u>

    ▓▓ (G)  Read and clear.

```
To:  New York   From: New York
Re:           (F)                07/18/2007
```

**Accomplishment Information:**



```
Claimed By:
SSN:     (P-1)
    Name:       (S)
    Squad: (G)
```

♦ ♦

EO14040-002815