# EXHIBIT 11

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE  **Date:** 07/02/2004

**To:** San Diego

**From:** San Diego
　　　　 (G)
　**Contact:** SA ▓▓▓ (S)

**Approved By:** ▓▓▓ (S)

**Drafted By:** ▓▓▓ (S)

**Case ID #:** ▓▓▓ (F)

**Title:** ▓ Omar Abdi Mohamed,
　　　　　aka, Et Al;
　　　　　(A), (G), (J-1)

**Synopsis:** ▓ (G) Reporting
　　　　　　　(G)

**Details:** ▓ On July 1, 2004, San Diego FBI SA ▓▓▓ (S) met with (A), (G), (J-1) ▓▓▓ (G) ▓▓. (G) provided the following information:

▓ When Omar Abdi Mohamed, aka Omar Khaib, lived in Canada he was an outspoken proponent of jihad against non-Muslim movements taking place in Somalia. Specifically, Mohamed supported armed actions against Ethiopia and Christian organizations that operated humanitarian missions in Somalia. Mohamed believed in jihad as the only way to unite Somali's to form a unified Islamic government.

▓ Mohamed bragged to the Somali community in San Diego about working for the Saudi Ministry of Dawa and Islamic Affairs. Working for the Ministry of Islamic Affairs was prestigious because you were being paid directly by the Government of Saudi Arabia.

EO14040-000721

To: San Diego    From: San Diego
Re:  ▓▓▓▓ (F) ▓▓▓▓, 07/02/2004

Other workers received their payments from the Saudi Government indirectly through Saudi supported charities. To work for the Saudi Ministry of Islamic Affairs, one had to be trained in a Saudi supported madrassa and, more importantly, you had to be recommended by an influential Islamic Scholar. The Ministry allowed you to choose the community where you wanted to work.

In the United States, Ministry workers reported directly to the Saudi Embassy in Washington D.C. Mohamed's point of contact at the Saudi Ministry of Islamic affairs was Khaled al-Sowailem. Al-Sowailem visited San Diego one time with a group of about 9 other people. Al-Sowailem met with Mohamed, ▓(P)▓, ▓(P)▓, and an unidentified business associate of ▓(P)▓.

▓(P)▓ was another person paid by Saudi Ministry of Islamic Affairs. (San Diego believes ▓(P)▓ to be ▓(P)▓. ▓(P)▓ is a Somali born ▓(P)▓. ▓(P)▓ father is a prominent Islamic scholar ▓(P)▓. ▓(P)▓ studied Islam in a madrassa in Saudi Arabia. After studying in Saudi Arabia he returned to Africa and requested political asylum in the United States. ▓(P)▓ had a lawyer named ▓(P)▓ who helped him fill out his asylum claim. ▓(P)▓ convinced ▓(P)▓ to fill out the asylum request claiming that ▓(P)▓. It is common knowledge in the Somali community that ▓(P)▓. ▓(P)▓ has since been deported from the US.

▓(P)▓ used to report to a Saudi Ministry officer named Fahd Althumairy. Althumairy worked out of the Saudi consulate in Los Angeles, California, and oversaw the disbursement of Saudi money to Saudi religious workers in San Diego. At one point Althumairy became angry with ▓(P)▓ because ▓(P)▓ was holding a job at ▓(P)▓ in addition to being paid by the Saudi government. Althumairy believed that ▓(P)▓ was supposed to be dedicated to working for Saudi Ministry of Islamic Affairs since they were giving him money. Althumairy had since left the United States.

Mohdar Abdullah had been deported to Yemen. ▓(A), (G), (J-1)▓

Mohdar rented an apartment from ▓(P)▓ when Mohdar was living in San Diego. Mohdar called ▓(P)▓ several times at home and on his cellular telephone. Mohdar wanted ▓(P)▓ to join him as a partner in an import/export business. ▓(P)▓ was very angry that Mohdar kept trying to contact ▓(P)▓ and forbid

EO14040-000722

To: San Diego    From: San Diego
Re: ▓▓▓ (F) ▓▓▓ , 07/02/2004

▓▓(P)▓▓ to communicate with Mohdar. Many people in the San Diego Muslim community feel that Mohdar is nothing but trouble and should be left alone.

▓▓(P)▓▓ is also running a charity called ▓▓(P)▓▓. ▓▓(P)▓▓ ▓▓(P)▓▓ wanted to close the charity down, but was urged by a San Diego ▓▓(P)▓▓ to keep it operational. ▓▓(P)▓▓ himself had been denied his application to open a tax exempt non-profit organization. Because ▓▓(P)▓▓ was denied, he wanted to use ▓▓(P)▓▓ and ▓▓(P)▓▓ as his personal fund raising organization. ▓▓(P)▓▓ was resistant to the idea of being ▓▓(P)▓▓ puppet. But, ▓▓(P)▓▓ convinced ▓▓(P)▓▓ ▓▓(P)▓▓ open for ▓▓(P)▓▓ because ▓▓(P)▓▓ worked for ▓▓(P)▓▓ at his ▓▓(P)▓▓ and thought ▓▓(P)▓▓ was a good guy.

▓▓(P)▓▓ is very involved in fund raising and charitable causes, but he is not a radical. He is very naive and easily manipulated out of his desire to help poor and needy Muslims worldwide.

♦♦