EXHIBIT 12

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                **Date:** 09/29/2005

**To:**   New York                **Attn:**   (S)

          Washington Field        **Attn:**
          Los Angeles             **Attn:**

          San Diego               **Attn:**

**From:**  San Diego
                  (G)
          **Contact:**  SA                (S)

**Approved By:**    (S)

**Drafted By:**     (S)

**Case ID #:**             (F)

**Title:**  PENTTBOM
            MAJOR CASE - 182

**Synopsis:**  Review telephone records obtained by San Diego Division in regard to Omar Al-Bayoumi.

**Details:**  In connection with an effort by the Penttbom Team, Los Angeles Division and San Diego Division to review Penttbom investigation in Southern California, San Diego recently                (D)
                          (D)
          (D)                      Los Angeles obtained subscriber information for Los Angeles telephone numbers in contact with Al-Bayoumi telephone numbers and provided analysis under EC dated April 18, 2005.

          This report is an analysis of FBI Telephone Application records on toll records received by San Diego Division for the time period November 1, 1999 through March 1, 2001. This analysis will cover three topics: the historical review of toll records received by San Diego Division, the analysis of calls on significant dates, and associates identified through toll analysis.  Also attached is a time line showing significant dates regarding Al-Bayoumi.


     A.   Historical Review of Telephone Records

To: New York   From: San Diego
Re: ▓▓▓▓▓▓ (F) ▓▓▓▓▓▓, 09/29/2005

During the fall of 2001, San Diego Division obtained Grand Jury toll records for the following telephone numbers associated with Omar Al-Bayoumi:

1. Pacific Bell home telephone number ▓▓(P)▓▓/formerly ▓▓(P)▓▓ tolls received January 17, 2000 through June 30, 2001, subscribed to Omar Al-Bayoumi, ▓▓(P)▓▓, San Diego, California. Note: An area code change from 619 to 858 began in approximately June 1999 and was mandatory by December 1999.

2. Sprint cellular telephone number ▓▓(P)▓▓, tolls received January 9, 2000 through June 7, 2000, subscribed to Omar Al-Bayoumi, ▓▓(P)▓▓, San Diego, California, from September 27, 1998 to June 8, 2000.

3. Sprint cellular telephone number ▓▓(P)▓▓, tolls received June 8, 2000 to April 2, 2001, subscribed to Omar Al-Bayoumi, ▓▓(P)▓▓, San Diego, California.

4. Airtouch cellular telephone number ▓▓(P)▓▓, tolls received November 20, 1998 through September 20, 2000, subscribed to Omar Al-Bayoumi, C/O Manal Bagader, ▓▓(P)▓▓, San Diego, California. From Al-Bayoumi's records found at the Kurdish Community Islamic Center (KCIC), ▓▓(P)▓▓ is referred as Manal's phone number, ▓▓(F)▓▓.

5. Pacific Bell Wireless telephone number ▓▓(P)▓▓, tolls received September 1, 2000 through July 28, 2001, subscribed to Manal Bagader.

6. Pacific Bell telephone number ▓▓(P)▓▓ tolls received July 1, 1998 through April 22, 2001, service disconnected April 22, 2001, subscribed to Omar Al-Bayoumi, dba Masjed Al Madianah, 511 S. Magnolia Avenue, El Cajon, CA. This is the telephone number used in Al-Bayoumi's office at the KCIC. Al-Bayoumi was given power of attorney for ▓▓(P)▓▓ ▓▓(P)▓▓ to purchase a building in June 1998 for the KCIC.

7. Pacific Bell telephone number ▓▓(P)▓▓, tolls received December 15, 1999 through January 17, 2001, subscribed to Manal A. Bagader, ▓▓(P)▓▓ San Diego, California, installed September 1, 1999 and disconnected on May 14, 2001. This telephone line was primarily used to connect with Internet Service provider UUNET TECH.

During the time period when Nawaf Al-Hazmi and Khalid Al-Mihdhar were in San Diego, California (February 4, 2000 through June 10, 2000 and Al-Hazmi's continued residence through December 11, 2000) records indicate Omar Al-Bayoumi left San Diego during the time periods January 9, 2000 (Culver City); February 4, 2000 (Los Angeles); March

To:  New York   From:  San Diego
Re:  ␣␣␣(F)␣␣␣, 09/29/2005

30, 2000 through May 31, 2000 (Saudi Arabia); July 12, 2000 (Culver City); July 31, 2000 through August 3, 2000 (Las Vegas); and October 9, 2000 through November 30, 2000 (Great Britain). When interviewed in (G) (G) in August 2003, Al-Bayoumi advised that he attended a two to three week seminar in Washington D.C. a couple of weeks after Al-Hazmi and Al-Mihdhar arrived in San Diego. Review of Al-Bayoumi's financial records from February to March 30, 2000 do not show evidence of this travel or exactly when it occurred.

  B. Analysis of Significant Dates

  1. January 15, 2000:  Nawaf Al-Hazmi and Khalid Al-Mihdhar arrived at Los Angeles International Airport on United Flight 2 from Bangkok arriving at 13:27.

  The first call activity on Al-Bayoumi's cellular telephone number (P) for January 15, 2000, was with his wife Manal's cellular telephone number (P) at 13:41 and 13:42. Al-Bayoumi's cellular telephone records show two unknown incoming calls at 13:41 and 13:43, which are believed to be the two calls from Manal's cellular telephone. The next call noted on Al-Bayoumi's cellular telephone number (P), was a call made at 21:12 to (P), subscribed to Hashim Moshen AlAttas. Al-Bayoumi's cellular telephone number then called (P), subscribed to (P) known employer of (P), aka (P). Al-Bayoumi's cellular telephone number called AlAttas' telephone number again at 21:42 and 22:10.

  The first call activity shown between Al-Bayoumi's telephone numbers and AlAttas' telephone number (P), was on January 12, 2000. Al-Bayoumi's cellular telephone number (P) had twenty calls to (P) from January 12, 2000 to February 14, 2000. The first call activity shown between Al-Bayoumi's telephone numbers and telephone numbers associated with Khalid Abdulrab was on July 16, 1999. Hashim AlAttas and (P) will be discussed below.

  On January 17, 2000 at 22:59, Al-Bayoumi's cellular telephone number received a six minute call from (P), subscribed to Fahad Al-Thumairy. A detailed analysis of Al-Thumairy, former Imam of the King Fahad mosque in Culver City, California is discussed below.
  2. February 1, 2000:  Al-Bayoumi's trip with Isamu Dyson to Los Angeles, meeting with Nawaf Al-Hazmi and Khalid Al-Mihdhar.

  Telephone records show that beginning January 19, 2000, Al-Bayoumi's cellular telephone number (P) had contacts with telephone numbers associated with the Saudi Embassy in Washington D.C. Beginning on January 26, 2000, Al-Bayoumi's cellular telephone number (P) had contacts with the Saudi Consulate in Los Angeles, California, (P). (Note: Telephone records show that

3

To: New York    From: San Diego
Re: ▓▓▓▓▓ (F) ▓▓▓▓▓, 09/29/2005

Al-Bayoumi's telephone number at the KCIC, ▓(P)▓ had numerous contacts with both Saudi Embassy telephone numbers in Washington D.C. and the Saudi Consulate number in Los Angeles in 1998 and 1999.)

From searches conducted by New Scotland Yard and interview of Al-Bayoumi by ▓(A), (G), (J-1)▓ it was determined that Al-Bayoumi was issued a Saudi Passport at the Saudi Consulate in Los Angeles, California on February 1, 2000. During the trip to Los Angeles when Al-Bayoumi received his passport, Al-Bayoumi and Isamu Dyson have stated they met Nawaf Al-Hazmi and Khalid Al-Mihdhar by chance at the Mediterranean Gourmet Restaurant, 10863 Venice Boulevard, Los Angeles, California.

Al-Bayoumi's telephone call activity is consistent with the trip to Los Angeles as described by Dyson and Al-Bayoumi. On January 31, 2000, Al-Bayoumi's cellular telephone number ▓(P)▓, had two contacts with the Saudi Embassy, ▓(P)▓ three contacts with the Saudi Consulate in Los Angeles, ▓(P)▓ and two contacts with Isamu Dyson's cellular telephone number, ▓(P)▓.

On February 1, 2000, Al-Bayoumi's cellular telephone number ▓(P)▓, had three contacts with the Saudi Consulate in Los Angeles, 310-479-6000, 9:32, 9:53 and 12:09; one contact with Al-Bayoumi's home telephone number at 19:11; and one call with Dyson's cellular telephone number at 21:50.

Between ▓(P)▓ and ▓(P)▓ Al-Bayoumi's cellular telephone number ▓(P)▓ had ▓(P)▓ calls to ▓(P)▓, subscribed to Isamu A. Dyson. Dyson, now known as Clayton Bin Don, is a ▓(P-1)▓ who has been interviewed by the FBI numerous times. Dyson advised that during the trip to Los Angeles, he and Al-Bayoumi stopped at the Saudi Consulate; met Al-Hazmi and Al-Mihdhar, and then went to the King Fahad Mosque in Culver City, 10980 W. Washington Boulevard, ▓(P-1)▓ When Al-Bayoumi was interviewed in ▓(G)▓ in August 2003, he stated they did not visit the King Fahad Mosque during the trip to Los Angeles.

3. February 4, 2000: Evidence that Nawaf Al-Hazmi and Khalid Al-Mihdhar are in San Diego, California.

Al-Bayoumi's telephone records for February 2-3, 2000, do not provide any information in regard to exactly when Nawaf Al-Hazmi and Khalid Al-Mihdhar first arrived in San Diego. The toll records from Al-Bayoumi's cellular telephone number ▓(P)▓, show the most activity with calls made to the Saudi Consulate, Saudi Embassy, various travel agencies, Keller Graduate School, Delaware College of Business, ▓(P)▓, and Khalid Abdulrab, aka AlYafai.

Parkwood Apartment rental agreements and financial records show that on February 4, 2000, Nawaf Al-Hazmi and Khalid Al-Mihdhar were

EO14040-002751

To: New York  From: San Diego
Re:           (F)              , 09/29/2005

in San Diego.  Financial records show Al-Bayoumi and Khalid Al-Mihdhar were in the Bank of America on Balboa Avenue from approximately 15:30-15:40.  Parkwood Apartment records show Omar Al-Bayoumi, Nawaf Al-Hazmi and Khalid Al-Mihdhar each signed rental agreements for apartment 6401 Mt. Ada, apartment #150 dated February 4, 2000.  One document, Apartment Move-in/Move-Out List is signed and dated February 3, 2000,          (F)           attachments.

    Al-Bayoumi's telephone activity for February 4, 2000 can be summarized as follows:

| TO | FROM | TIME | DURATION |
|---|---|---|---|
| BAYOUMI Cell | UNKNOWN | 11:21 | 1:00 |
| BAYOUMI Cell | UNKNOWN | 12:08 | 1:00 |
| **BAYOUMI AT BANK OF AMERICA** | | **15:30-15:40** | |
| BAYOUMI Cell | WIFE Cell | 15:58 | 2:00 |
| BAYOUMI Cell | WIFE Cell | 16:04 | 1:00 |
| BAYOUMI Home | BAYOUMI Cell | 16:04 | 1:00 |
| BAYOUMI Home | BAYOUMI Cell | 16:10 | 1:00 |
| BAYOUMI Cell | UNKNOWN | 16:14 | 1:00 |
| BAYOUMI Home | BAYOUMI Cell | 16:30 | 1:00 |
| AULAQI Home | BAYOUMI Cell | 16:40 | 1:00 |
| AR-RIBAT PAYPHONE | BAYOUMI Cell | 16:42 | 1:00 |
| AR-RIBAT FAX | BAYOUMI Cell | 16:43 | 1:00 |
| BAYOUMI Cell | ALTHUMAIRY(CBR) | 16:52 | 1:00 |
| BAYOUMI Cell | BAYOUMI Cell | 16:54 | 1:00 |
| ALTHUMAIRY (CBR) | BAYOUMI Cell | 16:55 | 2:00 |
| (P)     (P)    Home) | BAYOUMI Cell | 17:03 | 1:00 |
| BAYOUMI Cell | BAYOUMI Cell | 20:07 | 2:00 |
| (P) | BAYOUMI Cell | 20:54 | 1:00 |
| (P) | BAYOUMI Cell | 20:56 | 1:00 |

    After leaving the Bank of America, Al-Bayoumi, Nawaf Al-Hazmi and Khalid Al-Mihdhar most likely returned to the Parkwood Apartments to give the apartment manager the cashier's check for apartment (P) and a copy of Al-Mihdhar's opening bank account deposit.  When Al-Bayoumi was interviewed in August 2003, he did not recall if he accompanied Al-Hazmi and Al-Mihdhar back to the manager's office.  Al-Bayoumi's cellular telephone made calls to Anwar Aulaqi and the ar-Ribat mosque an hour after the bank transactions.  The telephone activity for February 4, 2000, could suggest that Al-Bayoumi may have introduced Al-Hazmi and Al-Mihdhar to Anwar Aulaqi and individuals at the ar-Ribat mosque.  When interviewed in August 2003, Al-Bayoumi denied making introductions.  Also of note are the calls from and to Al-Thumairy, received and made after Al-Bayoumi called Aulaqi and the ar-Ribat telephone numbers.

5

To: New York  From: San Diego
Re: ~~(F)~~, 09/29/2005

    4. February 15, 2000: Khalid Al-Mihdhar signed lease agreement for Hashim AlAttas apartment.

    Hashim AlAttas, date of birth ~~(P-1)~~, assisted Nawaf Al-Hazmi and Khalid Al-Mihdhar in trying to lease his apartment in February/March 2000. On or about February 15, 2000, Al-Mihdhar signed a lease agreement and agreed to move into AlAttas apartment on March 1, 2000. Al-Hazmi and Al-Mihdhar never actually moved into the apartment, interview of apartment manager ~~(P)~~, ~~(F)~~ ~~(F)~~. AlAttas was said to have returned to Saudi Arabia at the end of February/early March 2000. Checks with Immigration databases failed to reveal information on when AlAttas left the United States.

    On February 14, 2000 at 20:27, Al-Bayoumi's cellular telephone number ~~(P)~~, made a five minute call to ~~(P)~~, subscribed to Hashim AlAttas. The next call from Al-Bayoumi's cellular telephone number was made at 20:32 to ~~(P)~~, subscribed to ~~(P)~~ and given by ~~(P)~~ when he was interviewed in 2001 as his pager number, ~~(F)~~. Al-Bayoumi's cellular telephone number had previously called ~~(P)~~ pager number on February 9, 2000 at 10:44, three minutes after receiving an unknown in coming call at 10:41. The next call from Al-Bayoumi's cellular telephone number on February 14, 2000 at 20:40, was a six minute call to AlAttas.

    During an interview with ~~(P)~~ on October 31, 2001, ~~(P)~~ did not recognize the name or photograph of Omar Al-Bayoumi. ~~(P)~~ recalled being paged before Al-Mihdhar signed the lease agreement and when ~~(P)~~ returned the page he spoke with Nawaf Al-Hazmi. ~~(P)~~'s office telephone records did not record calls to local numbers, ~~(F)~~ When Al-Bayoumi was interviewed in August 2003, he did not recognize the name ~~(P)~~ and he thought AlAttas may have used his telephone to contact ~~(P)~~. Al-Bayoumi stated he never let Al-Hazmi or Al-Mihdhar use his cellular or home telephones. Al-Bayoumi denied assisting Al-Hazmi and Al-Mihdhar move into AlAttas' apartment and knowing how AlAttas met Al-Hazmi and Al-Mihdhar. Al-Bayoumi acknowledged that he knew Al-Hazmi and Al-Mihdhar were planning to moved into AlAttas apartment, as AlAttas was returning to Saudi Arabia. Al-Bayoumi had known AlAttas for a long time and would see and call him often, ~~(F)~~.

    The call activity between Al-Bayoumi, Hashim AlAttas and ~~(P)~~ ~~(P)~~ could indicate that Al-Bayoumi may have assisted in facilitating the arrangements for Nawaf Al-Hazmi and Khalid Al-Mihdhar to move into AlAttas' apartment and most likely introduced AlAttas to Al-Hazmi and Al-Mihdhar.

    5. February 17-19, 2000: Party in Parkwood Apartments

To: New York  From: San Diego
Re: ▓▓▓▓ (F) ▓▓▓▓        09/29/2005

    A videotape seized by New Scotland Yard during searches of Omar Al-Bayoumi in England, labeled (S) 14, shows Khalid Abdulrab receiving a plaque from Omar Al-Bayoumi. There is a group of people depicted in the video which is believed to have been taken in Parkwood Apartment number (P), residence of Nawaf Al-Hazmi, Khalid Al-Mihdhar and Ahmad Mustafa. An individual who looks like Khalid Al-Mihdhar is shown. The plaque to (P) is from the Masjid Al-Madina Al-Munawara mosque, known as the KCIC, and gives thanks to (P) for his assistance during Ramadan 2000. Ramadan occurred twice in 2000, from December 9, 1999 to January 7, 2000 and from November 28, 2000 to December 27, 2000. Records received from Awards Designers Scriber, 7736 Clairemont Mesa Boulevard, San Diego, California, show that the plaque for (P) was made there and paid for by Omar Al-Bayoumi on February 17, 2000. Immigration records show that (P) departed Los Angeles, California on February 20, 2000. From this information it can be determined that the party held in the hijackers apartment occurred sometime between February 17-19, 2000. During an interview of Al-Bayoumi, he advised that he planned a party for a visiting Sheikh from Norway who had provided services at the Kurdish mosque. Al-Bayoumi decided to hold the dinner at the Parkwood Apartments and he used Al-Hazmi and Al-Mihdhar's apartment for the men to gather, (F). Others present at the dinner were individuals from the Kurdish mosque-KCIC, Sheikh (P) (P) individuals from the Islamic Center of San Diego to include (P) Isamu Dyson and (P).

    On February 16, 2000, Al-Bayoumi's cellular telephone number (P) shows a five minute call at 9:33 to (P) subscribed to Near East Foods. A one minute call and a four minute call are then made to the KCIC fax number at 9:44 and 9:45. A six minute call was made to a phone number subscribed to Anwar Aulaqi, (P) at 16:43 and a two minute call was made to (P), (P) at 17:03.

    On February 17, 2000 at 13:55, Al-Bayoumi's cellular telephone number had a three minute call with (P), subscribed to Near East Foods. At 19:08, Al-Bayoumi's cellular telephone number had a two minute call with (P), subscribed to the KCIC. At 19:28, Al-Bayoumi's cellular telephone number called (P), subscribed to (P). At 19:47 and 19:48 there were two calls from Al-Bayoumi's cellular telephone number to (P), subscribed to (P). (P) is associated with Near East Foods. At 20:07, Al-Bayoumi's cellular telephone number called (P), subscribed to the Islamic Center of San Diego. The last call recorded on Al-Bayoumi's cellular phone was an unknown incoming call at 20:50. Telephone number (P) was used on a lease application for Khalid Al-Mihdhar as a personal reference, (F) On January 31, 2005, (P) was interviewed by Seattle division and he denied knowing

7

To:  New York   From:  San Diego
Re:  ▓▓▓▓ (F) ▓▓▓▓, 09/29/2005

or meeting Khalid Al-Mihdhar. ▓▓▓ (A), (G), (J-1) ▓▓▓
▓▓▓ (A), (G), (J-1) ▓▓▓
▓▓▓ (F) ▓▓▓    ▓▓ (P) ▓▓ was not asked about Omar Al-Bayoumi when he was interviewed by Seattle.  There is only one call to ▓▓ (P) ▓▓ found in Al-Bayoumi's toll records.

Another number listed on Al-Mihdhar's lease application for AlAttas' apartment was ▓▓ (P) ▓▓, telephone number of ▓▓ (P) ▓▓ (co-worker of AlAttas).  When interviewed, ▓▓ (P) ▓▓ stated that he went with AlAttas and two males to an RV park in order for the two males to take over AlAttas' apartment lease. ▓▓ (P) ▓▓ thought AlAttas was doing ▓▓ (P) ▓▓ LNU, who worked at Broadway Pizza (believed to be ▓▓ (P) ▓▓), a favor by assisting the two males. ▓▓ (P) ▓▓ was shown a photograph of Al-Bayoumi and advised that he knew Al-Bayoumi from the mosque, ▓▓▓▓ (F) ▓▓▓▓  In a later interview, ▓▓ (P) ▓▓ advised the he did not provide his telephone number for the two men to use on the lease agreement.

On February 18, 2000, Al-Bayoumi's cellular telephone number called ▓▓ (P) ▓▓ twice, once at 17:12 and again at 17:13; the Embassy of Saudi Arabia, ▓▓ (P) ▓▓ for two minutes at 19:58; a phone number subscribed to ▓▓ (P) ▓▓ a well known individual in the Kurdish community, for five minutes at 20:07; and a three minute call to Anwar Aulaqi at 21:56.

On February 19, 2000, Al-Bayoumi's cellular telephone number called the Embassy of Saudi Arabia, ▓▓ (P) ▓▓ for six minutes at 10:56; and a number associated with ▓▓ (P) ▓▓ twice at 17:58 and 19:49.

The telephone activity would suggest that the party held at the Parkwood Apartments took place on February 17, 2000, based on the calls to the KCIC, ICSD and Near East Foods.

6.  March 17, 2000:  Call from Parkwood Apt. 150

On March 17, 2000 at 13:47, Al-Bayoumi's cellular telephone number ▓▓ (P) ▓▓ received a one minute call from ▓▓ (P) ▓▓, home telephone number of Nawaf Al-Hazmi, Khalid Al-Mihdhar and Ahmed Mustafa.  The next call made from Al-Bayoumi's cellular telephone number at 13:57 was a one minute call to ▓▓ (P) ▓▓, subscribed to Southwestern Communications.  Al-Bayoumi had rented a room at Residence Inn by Marriott, 5400 Kearny Mesa Road, San Diego, California from March 10, 2000 through March 16, 2000.  The room was rented for one person for the purpose of tourism, ▓▓ (F) ▓▓, Serial ▓▓ (F) ▓▓  Several calls were place from this room to a number subscribed to AOL, ▓▓ (P) ▓▓ and the ▓▓ (P) ▓▓ number.

To: New York  From: San Diego
Re: [redacted (F)] [redacted], 09/29/2005

In regard to calls made to/from the apartment [redacted (P)] telephone number [redacted (P)] on March 17, 2000, only one other call is shown on the toll records, a call to [redacted (P)] subscribed to [redacted (P)] Tailoring at 17:23. From interviews of Ahmad Mustafa, Mustafa advised that [redacted (P)] [redacted (P)] was a friend of his uncle who offered Ahmad a place to stay in San Diego, [redacted (F)], Serials [redacted (F)].

7. June 10, 2000: Khalid Al-Mihdhar leaves United States on flight from Los Angeles International Airport.

Al-Bayoumi's telephone records do not show any significant contacts made on or around June 10, 2000.

8. December 8-11, 2000: Hani Hanjour arrives in San Diego on December 8, 2000 and leaves with Nawaf Al-Hazmi on December 11, 2000.

Al-Bayoumi's telephone records during this time period do not show any contact with the one phone number associated with Nawaf Al-Hazmi during this time period, Abdussattar Shaikh's telephone number, [redacted (P)]. On December 9, 2000, Al-Bayoumi's home and cellular telephone numbers had contacts with [redacted (P)], subscribed to Fahad Al-Thumairy, the longest call being five to six minutes at 16:20.

As noted above, only one call was made from the Parkwood Apartment [redacted (P)] home telephone number to Al-Bayoumi's telephone numbers. During the time Nawaf Al-Hazmi resided with Abdussattar Shaikh, there were four one minute calls in August 2000 from Al-Bayoumi's cellular telephone number [redacted (P)] to Abdussattar Shaikh's home telephone number [redacted (P)]. The calls occurred on August 8, 2000 at 21:09; August 10, 2000 at 12:51 and 12:52; and August 23, 2000 at 13:24. Al-Hazmi resided at Abdussattar Shaikh's home from the time he left the Parkwood Apartments until he left San Diego in December 2000. Al-Hazmi used [redacted (P)] as his daytime telephone phone on California Department of Motor Vehicles records filled out on June 2, 2000, [redacted (F)], [redacted (F)].

C. Other Telephone Associates/Connections in 2000

1. Saudi Embassy/Saudi Consulate

Al-Bayoumi's telephone numbers had approximately 104 contacts with telephone numbers associated with the Embassy of Saudi Arabia, Embassy of Saudi Arabia Islamic Affairs Office Saudi Arabian Cultural Mission, and Saudi Arabia Education Mission located in Washington D.C. during the year 2000. Al-Bayoumi's telephones also had approximately twenty-four contacts with [redacted (P)] subscribed to the Saudi Arabia

9

```
To:  New York   From:  San Diego
Re:  ▓▓▓▓▓(F)▓▓▓▓▓▓         09/29/2005
```

Royal Consulate in Los Angeles, California, during the year 2000. Al-Bayoumi's cellular telephone number ▓▓(P)▓▓ had eleven calls with ▓▓(P)▓▓ subscribed to the Saudi Arabia Royal Consulate from January 26, 2000 through February 10, 2000. Al-Bayoumi's cellular telephone number ▓▓(P)▓▓ had thirteen calls with ▓▓(P)▓▓ from July 11, 2000 through December 20, 2000. Documents taken from Al-Bayoumi's office at the KCIC show ▓▓(P)▓▓ was associated with ▓▓(P)▓▓. Al-Bayoumi's telephone numbers to include his home telephone number, cellular telephone numbers, and office telephone number at the KCIC, had contacts with Saudi Embassy/Mission telephones numbers and Saudi Consulate telephone and fax numbers in 1998 and 1999.

   2. Los Angeles Connections: Fahad Al-Thumairy, ▓▓(P)▓▓ ▓▓(P)▓▓, and the King Fahad Mosque

   Between December 16, 1998 and December 20, 2000, telephone numbers associated with Al-Bayoumi (home #1 ▓▓(P)▓▓; #2 cell ▓▓(P)▓▓; #3 cell ▓▓(P)▓▓; #4 KCIC ▓▓(P)▓▓) had sixty-seven contacts with telephone numbers associated with Fahad Al-Thumairy, date of birth ▓▓(P-1)▓▓ (#1 home ▓▓(P)▓▓; #2 a can be reached (CBR) number used by Al-Thumairy, but subscribed to ▓▓(P)▓▓, ▓▓(P)▓▓ and #3 a cell number subscribed to ▓▓(P)▓▓, but used by Al-Thumairy, ▓▓(P)▓▓).

```
DATE       TO                  FROM                TIME         DURATION

12/16/98   THUMAIRY#1          BAYOUMI#4           19:27        1:00
11/15/99   BAYOUMI#2           THUMAIRY#1          14:23        4:00
12/6/99    BAYOUMI#2           THUMAIRY#1          22:58        1:00
12/7/99    BAYOUMI#2           THUMAIRY#1          19:17        2:00
12/8/99    BAYOUMI#2           THUMAIRY#1          11:24        1:00
12/15/99   BAYOUMI#2           THUMAIRY#1          14:23        4:00
12/18/99   BAYOUMI#2           THUMAIRY#1          16:08        2:00
12/19/99   THUMAIRY#2CBR       BAYOUMI#4           21:10        1:00
12/19/99   BAYOUMI#2           THUMAIRY#1          22:17        3:00
12/20/99   BAYOUMI#2           THUMAIRY#1          15:35        3:00
12/20/99   BAYOUMI#2           THUMAIRY#1          23:04        9:00
12/21/99   THUMAIRY#2CBR       BAYOUMI#4           17:43        1:00
12/21/99   BAYOUMI#2           THUMAIRY#1          22:50        3:00
12/27/99   BAYOUMI#2           THUMAIRY#1          18:27        9:00
12/27/99   BAYOUMI#2           THUMAIRY#1          23:36        6:00
12/28/99   BAYOUMI#2           THUMAIRY#1          23:02        1:00
1/2/00     THUMAIRY#2CBR       BAYOUMI#4           05:06        3:00
1/6/00     BAYOUMI#2           THUMAIRY#2CBR       00:53        5:00
1/6/00     THUMAIRY#2CBR       BAYOUMI#4           18:15        1:00
1/6/00     BAYOUMI#2           THUMAIRY#2CBR       18:21        1:00
1/6/00     THUMAIRY#2CBR       BAYOUMI#4           18:30        4:00
1/9/00     THUMAIRY#2CBR       BAYOUMI#2           12:21        1:00
```

EO14040-002757

To:  New York  From:  San Diego
Re:  ▒▒▒▒▒▒▒▒▒▒▒▒ (F) ▒▒▒▒▒▒▒▒▒▒, 09/29/2005


| DATE | TO | FROM | TIME | DURATION |
|---|---|---|---|---|
| 1/17/00 | BAYOUMI#2 | THUMAIRY#1 | 22:59 | 6:00 |
| 1/19/00 | THUMAIRY#2CBR | BAYOUMI#2 | 20:20 | 1:00 |
| 1/19/00 | THUMAIRY#1 | BAYOUMI#2 | 20:23 | 1:00 |
| 1/19/00 | BAYOUMI#2 | THUMAIRY#2CBR | 22:13 | 5:00 |
| 1/24/00 | THUMAIRY#2CBR | BAYOUMI#4 | 18:09 | 1:00 |
| 2/4/00 | BAYOUMI#2 | THUMAIRY#2CBR | 16:52 | 1:00 |
| 2/4/00 | THUMAIRY#2CBR | BAYOUMI#2 | 16:55 | 2:00 |
| 7/11/00 | THUMAIRY#2CBR | BAYOUMI#3 | 14:04 | 1:00 |
| 8/4/00 | THUMAIRY#1 | BAYOUMI#3 | 17:27 | 2:00 |

| DATE | TO | FROM | TIME | DURATION |
|---|---|---|---|---|
| 8/6/00 | BAYOUMI#1 | THUMAIRY#1 | 11:49 | 6:00 |
| 8/8/00 | BAYOUMI#1 | THUMAIRY#1 | 19:10 | 2:00 |
| 8/8/00 | BAYOUMI#1 | THUMAIRY#1 | 19:41 | 1:00 |
| 8/8/00 | THUMAIRY#1 | BAYOUMI#3 | 22:44 | 2:00 |
| 8/8/00 | BAYOUMI#3 | THUMAIRY#1 | 23:12 | 1:00 |
| 8/8/00 | BAYOUMI#1 | THUMAIRY#1 | 23:13 | 13:00 |
| 9/10/00 | BAYOUMI#3 | THUMAIRY#1 | 11:31 | 1:00 |
| 9/14/00 | BAYOUMI#3 | THUMAIRY#1 | 18:00 | 4:00 |
| 9/14/00 | THUMAIRY#1 | BAYOUMI#3 | 20:19 | 2:00 |
| 9/15/00 | THUMAIRY#1 | BAYOUMI#3 | 12:09 | 2:00 |
| 9/17/00 | THUMAIRY#1 | BAYOUMI#3 | 14:40 | 2:00 |
| 9/17/00 | THUMAIRY#1 | BAYOUMI#3 | 14:53 | 5:00 |
| 9/18/00 | THUMAIRY#2CBR | BAYOUMI#3 | 12:27 | 1:00 |
| 9/18/00 | THUMAIRY#2CBR | BAYOUMI#3 | 12:28 | 1:00 |
| 9/18/00 | THUMAIRY#1 | BAYOUMI#3 | 12:29 | 1:00 |
| 12/2/00 | THUMAIRY#1 | BAYOUMI#4 | 20:53 | :37 |
| 12/2/00 | THUMAIRY#1 | BAYOUMI#4 | 20:53:42 | 1:00 |
| 12/3/00 | BAYOUMI#1 | THUMAIRY#1 | 14:36 | 3:29 |
| 12/9/00 | BAYOUMI#1 | THUMAIRY#1 | 11:10 | :14 |
| 12/9/00 | BAYOUMI#1 | THUMAIRY#1 | 16:18 | :10 |
| 12/9/00 | BAYOUMI#1 | THUMAIRY#1 | 16:19 | :00 |
| 12/9/00 | BAYOUMI#1 | THUMAIRY#1 | 16:19:58 | :27 |
| 12/9/00 | BAYOUMI#3 | THUMAIRY#1 | 16:20 | 4:55 |
| 12/10/00 | BAYOUMI#3 | THUMAIRY#1 | 19:16 | :46 |
| 12/10/00 | THUMAIRY#3 | BAYOUMI#3 | 21:39 | 4:00 |
| 12/10/00 | THUMAIRY#3 | BAYOUMI#3 | 23:25 | 2:00 |
| 12/11/00 | BAYOUMI#3 | THUMAIRY#1 | 11:51 | :43 |
| 12/14/00 | THUMAIRY#3 | BAYOUMI#4 | 17:35 | 1:00 |
| 12/16/00 | THUMAIRY#3 | BAYOUMI#3 | 15:30 | 1:00 |
| 12/16/00 | THUMAIRY#3 | BAYOUMI#3 | 15:57 | 1:00 |
| 12/16/00 | THUMAIRY#1 | BAYOUMI#3 | 16:01 | 1:00 |
| 12/17/00 | BAYOUMI#3 | THUMAIRY#1 | 13:52 | :36 |
| 12/17/00 | THUMAIRY#3 | BAYOUMI#3 | 14:04 | 6:00 |
| 12/17/00 | BAYOUMI#1 | THUMAIRY#1 | 14:30 | 1:29 |
| 12/20/00 | BAYOUMI#3 | THUMAIRY#1 | 16:08 | :51 |

```
To:  New York  From:  San Diego
Re:          (F)              , 09/29/2005
```

12/20/00    THUMAIRY#3 BAYOUMI#4          16:08:52         2:38

When interviewed in ___(G)___ in August 2003, Al-Bayoumi identified Fahad Al-Thumairy as the Imam of the King Fahad mosque and stated that he had visited the King Fahad mosque once or twice a year, but not on the day he went to Los Angles with Isamu Dyson. It is apparent from the telephone activity noted above that Al-Bayoumi had substantial contacts with Al-Thumairy. Of interest are the calls made during significant time periods when Al-Mihdhar and/or Al-Hazmi were in Los Angeles, California and San Diego, California: January 17-24, 2000; February 4, 2000; December 9-11, 2000. The significance of these calls is unknown due to the lack of content for the calls and the frequency of calls during 1999 and 2000.

Al-Bayoumi's telephone numbers also had contacts with telephone numbers associated with the King Fahad mosque, Culver City, California. During the September 26, 2001 search of Al-Bayoumi's office in the KCIC, telephone numbers ___(P)___, ___(P)___, and ___(P)___ were found for the King Fahad mosque, 10980 Washington Boulevard, Culver City, California. The name ___(P)___ was also related to telephone number ___(P)___. Al-Bayoumi's telephone number at the KCIC, ___(P)___, had a seven minute call to ___(P)___ on July 8, 1999. On September 8, 2000 and September 13, 2000, the fax number at the KCIC, ___(P)___, received two calls from 310-204-1260, the fax number at the King Fahad Mosque. On December 16, 2000, Al-Bayoumi's cellular telephone number ___(P)___ contacted ___(P)___ and ___(P)___, both numbers associated with the King Fahad Mosque.

3. Anwar Aulaqi and the ar-Ribat mosque

Al-Bayoumi's telephone numbers show eight contacts with telephone numbers associated with former Imam of the ar-Ribat mosque, Anwar Aulaqi, date of birth ___(P-1)___, and the ar-Ribat mosque, 7173 Saranac Street, La Mesa, California from February 4, 2000 through December 25, 2000. As stated above, the calls on February 4, 2000 occurred an hour after Al-Bayoumi was in the Bank of America branch on Balboa Avenue with Nawaf Al-Hazmi and Khalid Al-Mihdhar.

A cellular telephone number subscribed to Al-Bayoumi and believed to be used by his wife Manal (see above under historical review), ___(P)___ made five calls to telephone number ___(P)___ (Aulaqi's home telephone number). The calls were made on November 20, 1998; February 26, 1999; May 7, 1999; October 3, 1999; and April 19, 2000. Travel records and interview reports show that Al-Bayoumi was in Saudi Arabia on April 19, 2000.

Al-Bayoumi's cellular telephone number ___(P)___, called Aulaqi's home telephone number ___(P)___, three more times, all in February 2000: a one minute call on February 10, 2000 at 20:42; a six

To:  New York  From:  San Diego
Re: ███████(F)███████, 09/29/2005

minute call on February 16, 2000 at 16:43; and a three minute call on February 18, 2000 at 21:56.  On December 18, 2000 at 19:37, Al-Bayoumi's cellular telephone number ████(P)████ made a one minute call to ████(P)████ the office number to the ar-Ribat mosque.  One minute later, Al-Bayoumi's cellular telephone number ████(P)████ made a two minute call to ████(P)████, the pay phone at the ar-Ribat mosque.  On December 25, 2000, Al-Bayoumi's cellular telephone makes a three minute call to the ar-Ribat pay phone.  In January 2001, Aulaqi moved to Falls Church, Virginia, ████(F)████

    4.  Mohdar Abdullah ████(P)████

    Mohdar Abdullah, date of birth ████(P-1)████, was a close associate of Al-Hazmi and Al-Mihdhar during time they spent in San Diego, California.  During an interview of Abdullah on September 18, 2001, Abdullah advised that Al-Bayoumi brought Nawaf Al-Hazmi and Khalid Al-Mihdhar to the mosque on Saranac (ar-Ribat mosque) and introduced them to Abdullah.  According to Abdullah, Al-Bayoumi asked Abdullah to become acquainted with them, acclimate them to San Diego and assist them in any way, ████(F)████.  The phone analysis above regarding Aulaqi shows Al-Bayoumi's telephone numbers had contacts with Aulaqi and the ar-Ribat mosque at a time when Al-Bayoumi was with or had just been with Al-Hazmi and Al-Mihdhar on February 4, 2000.  During Al-Bayoumi's August 2003 interview in ████(G)████, Al-Bayoumi denied introducing Al-Hazmi and Al-Mihdhar to Mohdar Abdullah or asking Abdullah to assist them.  Al-Bayoumi's telephone records could indicate Al-Bayoumi may have introduced Al-Hazmi and Al-Mihdhar to Aulaqi, Abdullah and to the ar-Ribat mosque.

    Telephone records show contacts between two cellular telephone numbers subscribed to Al-Bayoumi and a telephone number at the residence of Mohdar Abdullah, ████(P)████, subscribed to Samir Karawia, ████(P)████████(P)████, La Mesa, California.  On March 15, 2000 at 9:08, there was a one minute call from Al-Bayoumi's cellular telephone ████(P)████; on July 11, 2000 at 14:06 there was one minute call from Al-Bayoumi's cellular telephone number ████(P)████; and on October 1, 2000 at 18:05 there was a one minute call from Al-Bayoumi's cellular telephone number ████(P)████.  Mohdar Abdullah also worked at the Texaco station on Spring Street in La Mesa, California.  On June 23, 2000, there were two one minute calls to a telephone number subscribed to this Texaco station, ████(P)████, from Al-Bayoumi's cellular telephone number ████(P)████, at 18:11 and 19:47.

    Another telephone number, ████(P)████, was associated with the ████(P)████ address during the year 2000.  Between July 22, 2000 and November 11, 2000, telephone number ████(P)████ had twenty-nine calls to ████(P)████, Abdussattar Shaikh's home telephone number where Al-Hazmi resided from approximately June 2000

13

To: New York  From: San Diego
Re: ▊(F)▊    09/29/2005

until he left San Diego in December 2000. There was a one minute call from Al-Bayoumi's cellular telephone number ▊(P)▊, to ▊(P)▊ on September 6, 1999.

Penttbom ▊(D)▊ ▊(P)▊, date of birth ▊(P-1)▊, was an associate of Mohdar Abdullah. According to ▊(P)▊ he met Abdullah while they both worked at the Texaco station in La Mesa, California. ▊(P)▊ was interviewed in September 2001. He knew Al-Bayoumi and interacted with him at the mosque on Balboa and while living with other Saudi students in an apartment located off Balboa. ▊(P)▊ said he was introduced to Nawaf Al-Hazmi by Mohdar Abdullah at the Texaco station on Spring Street. ▊(P)▊ observed Al-Hazmi at the Texaco station and interacted with him. When ▊(P)▊ was confronted with information that his phone number was in Al-Hazmi's vehicle which had been found in the Dulles National Airport after September 11, 2001, ▊(P)▊ admitted he gave Al-Hazmi his phone number and that they were friends. ▊(F)▊ Telephone number ▊(P)▊ with the name ▊(P)▊ was found in Al-Hazmi's vehicle in the Dulles National Airport, ▊(F)▊. Telephone number ▊(P)▊ is associated with ▊(P)▊ residence located at ▊(P)▊ San Diego, California. It appears ▊(P)▊ resided at this address from June 2000 through the first of August 2000, ▊(F)▊ ▊(P)▊ then moved to ▊(P)▊ San Diego, California, telephone number ▊(P)▊ from approximately August 8, 2000 through January 1, 2001, ▊(F)▊ No telephone contacts were found between Al-Bayoumi's telephone numbers and ▊(P)▊ From August 18, 2000 through October 1, 2000, Al-Bayoumi's cellular telephone number made thirteen calls to ▊(P)▊, the phone number for ▊(P)▊ apartment on ▊(P)▊.

5. Hashim AlAttas

See above under February 15, 2000 lease agreement.

6. ▊(P)▊

▊(P)▊, aka ▊(P)▊, date of birth ▊(P-1)▊, was a Saudi student who lived in San Diego from November 1998 to February 2000 and again from September 2000 through December 2000, according to his foreign exchange student host ▊(P)▊, ▊(F)▊ ▊(F)▊ ▊(P)▊ briefly attended English Language School, a business school and he worked at ▊(P)▊. ▊(P)▊ is believed to have assisted Al-Bayoumi at the KCIC mosque in El Cajon, California and was given a plaque from Al-Bayoumi at the party held in the hijackers apartment in February 2000 referenced above. During the time period January 9, 2000 through August 16, 2000, ▊(P)▊ home telephone number at ▊(P)▊'s residence, ▊(P)▊ had thirty-eight calls with

14

To:  New York   From:  San Diego
Re:  ▓▓▓▓ (F) ▓▓▓▓, 09/29/2005

three telephone numbers associated with Al-Bayoumi, ▓▓(P)▓▓, ▓▓(P)▓▓ and ▓▓(P)▓▓. On July 16, 1999, Al-Bayoumi's KCIC telephone number had one call to the ▓(P)▓ residence. On September 17, 2000, ▓(P)▓ subscribed to ▓(P)▓ had one call from Al-Bayoumi's cellular telephone number ▓(P)▓. ▓(P)▓ was interviewed by the ▓(A), (G), (J-1)▓ in 2002 and the FBI in February 2004. ▓▓▓▓(C-1)▓▓▓▓

▓▓▓▓(C-1)▓▓▓▓ ▓▓(F)▓▓, ▓(F)▓.

7. Talal Al-Hamdan

Telephone records show that from January 22, 2000 to August 11, 2000, Al-Bayoumi's cellular telephone numbers, ▓(P)▓ and ▓(P)▓, had twenty-three calls to ▓(P)▓, subscribed to Talal Al-Hamdan. Al-Hamdan, date of birth ▓(P-1)▓, was interviewed in October 2001 and advised that his father, Ahmed Abdul Azziz Suleiman Al-Hamdan, told Talal to contact Al-Bayoumi at the Abu Bakr mosque in San Diego when Talal moved to San Diego. At the time of the interview, Al-Hamdan said his father was a Finance Ministry official for the Saudi government and at one time he helped Al-Bayoumi obtain a scholarship. Al-Hamdan advised their family was wealthy and well known in Saudi Arabia. Al-Hamdan did not provide any information regarding his involvement with terrorism and stated he was in disagreement with the attacks of September 11, 2001, ▓▓(F)▓▓, Serial ▓(F)▓

8.  ▓▓(P)▓▓

Between March 27, 2000 and September 15, 2000, thirty-one calls were made from Al-Bayoumi's cellular telephone numbers ▓(P)▓ and ▓(P)▓ to ▓(P)▓, a telephone number used by Luwam Nour, date of birth ▓(P-1)▓. Al-Bayoumi listed ▓(P)▓ as a personal reference and emergency contact on his Parkwood apartment rental application signed July 28, 1999, ▓▓(F)▓▓ When interviewed in ▓(G)▓ Al-Bayoumi said that he assisted Nawaf Al-Hazmi and Khalid Al-Mihdhar to fill out the Parkwood apartment rental application and was instructed by the apartment manager to use his friend Luwam as a reference because ▓(P)▓ had been a long time resident at the Parkwood Apartments. ▓(P)▓ is listed as both a personal reference and an emergency contact, ▓(F)▓

9. Osama Basnan

15

To: New York   From: San Diego
Re: ▓▓▓(F)▓▓▓, 09/29/2005

Allegation were received that Osama Basnan, date of birth (P-1) ▓(P-1)▓, was a supporter of Osama bin Laden; considered the "mayor" of the San Diego Saudi community; and would have known the Saudi pilots from San Diego involved in the attacks of September 11, 2001, ▓▓▓(F)▓▓▓ Investigation determined significant telephone contacts between telephone numbers associated with Al-Bayoumi and his wife and telephone numbers associated with Basnan and his wife. Reviewing Al-Bayoumi's and Basnan's telephone records for the year 2000, there are approximately thirty-one contacts between Al-Bayoumi's home telephone number ▓(P)▓ and Basnan's cellular telephone number ▓(P)▓. Five of these calls occurred when Al-Bayoumi was known to be overseas. One call from Al-Bayoumi's cellular telephone number ▓(P)▓, was made to Basnan's home telephone number ▓(P)▓ on July 30, 2000. Seventy-four out of eighty calls recorded between Al-Bayoumi's home telephone number and Basnan's cellular telephone number in the year 2001 were made when Al-Bayoumi was overseas. When Al-Bayoumi was interviewed in ▓(G)▓ in August 2003, he acknowledged that Basnan was an acquaintance whom he did not care much for and that his wife and Basnan's wife were close friends. When Basnan was interviewed, he stated he did not like Al-Bayoumi and they had little personal contact, ▓(F)▓

10. Institute of Islamic and Arabic Studies in America (IIASA)

Telephone records show that Al-Bayoumi's home telephone number ▓(P)▓, cellular telephone number ▓(P)▓, and telephone number at the KCIC, ▓(P)▓, had twenty-one calls with phone numbers associated with the IIASA. On December 14, 2000, Al-Bayoumi's telephone number at the KCIC had two calls with ▓(P)▓, subscribed to ▓(P)▓ ▓(P)▓ professor IIASA, Fairfax, Virginia. Between December 22, 2000 and January 13, 2001, Al-Bayoumi's telephone number at the KCIC and his cellular telephone numbers ▓(P)▓ had sixteen calls with two telephone number, ▓(P)▓ and ▓(P)▓, subscribed to ▓(P)▓, staff member at IIASA, Fairfax, Virginia. On December 15, 2000, ▓(P)▓, subscribed to Institute for Islamic & Arabic Sciences, 8500 Hilltop Road, Fairfax, Virginia contacted Al-Bayoumi's cellular telephone number ▓(P)▓. On February 12, 2001, ▓(P)▓, subscribed to Institute for Islamic and Arabic Study, 8500 Hilltop Road, Fairfax, Virginia, made one call to Al-Bayoumi's home telephone number ▓(P)▓. On February 13, 2001, ▓(P)▓ made one call to Al-Bayoumi's telephone number at the KCIC, ▓(P)▓.

Washington Field office has an ongoing case regarding the ▓(A), (G), (J-1)▓ Fairfax, Virginia and ▓(D)▓ ▓▓▓(D)▓▓▓

16

To: New York  From: San Diego
Re: ▓▓▓▓▓▓▓▓ (F) ▓▓▓▓▓▓▓▓, 09/29/2005

(D)

11. Mohammed Abd Al-Aziz Al Habib and Saad Abd Al-Aziz Al Habib, aka Al-Habeeb

When Al-Bayoumi was interviewed in August 2003, he stated that he was contacted by Saad Al Habib, a Saudi individual who had attended school in San Diego, regarding the purchase of a mosque for the San Diego Kurdish community. Al-Bayoumi stated Al Habib gave him all the money to purchase the building. Escrow documents support the fact that Al Habib, aka Al-Habeeb, funded the purchase of the Kurdish mosque property. Financial records show that Al-Bayoumi received money from Mohammed Al Habib and Saad Al Habib for the purchase of the Kurdish mosque (KCIC); for repairs to the mosque building; and mostly likely to pay for the salary of a visiting Sheikh from Norway, Abdulrahman Barzanjee.

Checks with ▓▓(O-1)▓▓ and Immigration showed that ▓▓(O-1)▓▓ ▓▓(O-1)▓▓ entered the United States through ▓▓(O-1)▓▓ ▓▓(O-1)▓▓. Escrow documents show a $535,000 payment for the Kurdish mosque property was received from Saad A. S. Al Habeeb on June 18, 1998.

Al-Bayoumi's telephone records show that from December 17, 1999 through December 5, 2000, the telephone number at the KCIC made 26 direct calls to various telephone numbers in Saudi Arabia. None of the telephone numbers called are known telephone numbers associated with Saad Al Habib. Al-Bayoumi's other telephone number records show calls made through calling card numbers; however, no information was obtained showing call activity between Al-Bayoumi and Al Habib.


To: New York   From: San Diego  
Re: [redacted] (F)   09/29/2005

**LEAD(s):**

**Set Lead 1:  (Info)**

<u>ALL RECEIVING OFFICES</u>

Provided for your information.

♦♦