EXHIBIT 13

Primary Case: ▓▓▓▓▓▓ (F) ▓▓▓▓▓▓
Case Title: ▓▓ OPERATION ENCORE - MOHDAR
Serial Number: ▓ (F) ▓

Serialized: 09/14/2017

Category: Full Investigation
Initiated: 10/26/2007

Serial #: ▓ (F) ▓
Type: FD542

From: NEW YORK
To: COUNTERTERRORISM
( NEW YORK
▓ (A), (G), (J-1) ▓
LOS ANGELES
SAN DIEGO

Document Title:
▓▓ TO REPORT INFORMATION GARNERED DURING A DEBRIEFING

Approval Date: ▓ (A), (G), (J-1) ▓

Classification: ▓▓

Contents

Precedence: ROUTINE Date: ▓ (A), (G), (J-1) ▓

To: Counterterrorism Attn: ▓▓▓▓▓ (G) ▓▓▓▓▓
▓▓▓▓ (S) ▓▓▓▓

▓ (A), (G), (J-1) ▓ Attn: ▓▓▓ (S) ▓▓▓

San Diego Attn: ▓▓▓ (S) ▓▓▓

Los Angeles Attn: ▓▓▓ (S) ▓▓▓

New York Attn: ▓ (G) ▓

From: New York
▓ (G) ▓
Contact: Det. ▓▓▓▓ (S) ▓▓▓▓
▓▓▓ (S) ▓▓▓

Approved By: ▊▊ (S) ▊▊

Drafted By: ▊▊ (S) ▊▊

Case ID #: ▊▊ (F) ▊▊
▊▊ (F) ▊▊

Title: ▊ OPERATION ENCORE
(A), (G), (J-1)

Synopsis: ▊ To report information garnered during a debriefing
(A), (G), (J-1) confidential human source (A), (G), (J-1) (CHS).

▊▊ (G) ▊▊

Enclosure(s): ▊ Photocopy of photographs of ▊▊ (P) ▊▊
(P) ▊ KHALLAD BIN ATTASH, OMAR AL-BAYOUMI and ANWAR
AULAQI.

Details: ▊ On ▊▊ (A), (G), (J-1) ▊ CHS was debriefed in (A), (G), (J-1)
(A), (G), (J-1), (S) ▊ and ▊ (S) ▊▊
(S) ▊ and FBI New York JTTF TFO ▊ (S) ▊▊

▊ Los Angeles and the King Fahad Mosque

▊▊ (A), (G), (J-1) ▊▊

▊▊ (O-1) ▊▊
(O-1)
(O-1) ▊ In response to their
request, FAHAD AL-THUMAIRY was sent to be the head imam at the
KFM (NFI). Although the request for an imam appears to have been
channeled through the Saudi Arabian government, it is unclear at
this point the exact succession of events.

▊ To facilitate AL-THUMAIRY's entry into the U.S.,
AL-THUMAIRY was designated an Islamic Affairs Attache in the
Consulate of the Kingdom of Saudi Arabia in Los Angeles,
California by the Ministry of Islamic Affairs Office at the
Embassy of the Kingdom of Saudi Arabia in Washington, D.C.

(O-1)

By the latter half of 1999, CHS advised that the KFM and its members had started to become more "radical." AL-THUMAIRY had brought in another imam, MOHAMMED AL-MUHANNA, who according to CHS was "extremely radical" in his religious views. Around this same time, i.e the end of 1999, the KFM received a phone call from an individual in Malaysia. According to (O-1) (O-1) the caller wanted to speak with AL-THUMAIRY. (O-1) (O-1) (O-1) this phone call was regarding the imminent arrival of "two brothers...who needed theirâ assistance." Those "two brothers" were, according to CHS, NAWAF AL-HAZMI and KHALID AL-MIHDHAR.

CHS advised that AL-HAZMI and AL-MIHDHAR were picked up from the airport by an individual that CHS called the (A),(G),(J-1) Although, according to CHS, this individual was (A),(G),(J-1) but merely an individual who, when tasked by AL-THUMAIRY, would often provide transportation or perform other small tasks for individuals visiting the KFM (O-1) (P) NOTE: the photograph is of (P) and is attached hereto).

Prior to the arrival of AL-HAZMI and AL-MIHDHAR, AL-THUMAIRY provided (P) their flight information. (P) picked AL-HAZMI and AL-MIHDHAR up from the airport and brought them to the KFM, where they first met AL-THUMAIRY. (A),(G),(J-1) (A),(G),(J-1) (A),(G),(J-1) (O-1) (O-1) (A),(G),(J-1) (A),(G),(J-1) During AL-HAZMI and AL-MIHDHAR's time in Los Angeles, (P) was asked by AL-THUMAIRY to provide assistance to them in whatever capacity they should need it.

According to CHS, members of the KFM would often

use the MEDITERRANEAN RESTAURANT and a nearby (to the KFM)
STARBUCKS COFFEE as meeting places. ▮▮▮▮▮▮▮▮▮▮ (O-1)
▮▮▮▮▮▮ (O-1) ▮▮▮▮▮ showing AL-HAZMI and AL-MIHDHAR the
location of the MEDITERRANEAN RESTAURANT (see recent interview of
▮▮ (P) ▮ by FBI New York on ▮▮▮▮ (P) ▮▮▮▮▮▮ (F) ▮▮▮▮▮▮

▮▮ CHS did not have a clear understanding of AL-HAZMI
and AL-MIHDHAR's progression from Los Angeles to San Diego nor
the reasons behind such a move. ▮▮▮▮▮▮▮ (O-1)

▮▮ CHS positively identified the individual in the
second photo as someone who had been to Los Angeles and the KFM
(NOTE: the photograph is of KHALLAD BIN ATTASH and is attached
hereto). ▮▮▮▮▮▮▮▮ (O-1) ▮▮▮▮▮▮ CHS stated that this
individual in the photograph had a "limp" or a "bad leg" (NOTE:
BIN ATTASH has a prosthetic leg.)

▮▮ San Diego

▮▮ CHS positively identified the individual in the
third photograph as AL-BAYOUMI (NOTE: the photograph is of OMAR
AL-BAYOUMI and is attached hereto). CHS stated that AL-BAYOUMI
was at the KFM every Friday for prayers, adding that AL-BAYOUMI
and AL-THUMAIRY were acquaintances. CHS advised that AL-THUMAIRY
asked AL-BAYOUMI to take care of AL-HAZMI and AL-MIHDHAR. AL-
BAYOUMI was with AL-HAZMI and AL-MIHDHAR on multiple occasions
while AL-HAZMI and AL-MIHDHAR were living in Los Angeles. ▮▮▮▮ (O-1)
▮▮▮ (O-1) ▮▮▮▮▮ AL-BAYOUMI, AL-HAZMI and AL-MIHDHAR were together
at the MEDITERRANEAN RESTAURANT and also at the nearby STARBUCKS
COFFEE. ▮▮▮▮▮▮▮▮ (O-1) ▮▮▮▮▮▮ (O-1)

▮▮ CHS positively identified the individual in the
fourth photograph as ANWAR AULAQI (NOTE: the photograph is of
ANWAR AULAQI and is attached hereto). CHS advised that AL-
THUMAIRY also asked AULAOI to assist AL-HAZMI and AL-MIHDHAR
while they were in San Diego. ▮▮▮▮▮▮▮▮ (O-1) ▮▮▮▮▮▮ (O-1)



EO14040-000521