# EXHIBIT 14

FD-1023 (Rev. 6-22-2007)

# FEDERAL BUREAU OF INVESTIGATION

Confidential Human Source (CHS) Reporting Document

**Reporting Date:** 01/30/2008

**Case ID:** (F)

**Contact Date:** (G)

**Type of Contact:** In person

**Location:** Los Angeles, California

**Written by:** SA (S)
**Other(s) Present:** (O-1) (G)

**Source Reporting:** (O-1) On 01/25/2008, SA (S) and (O-1) met with (G) (CHS) (G). CHS provided the following information:

(O-1) when FAHAD ALTHUMAIRY was Imam at the King Fahad Mosque (KFM) he rented apartments (O-1) (O-1) in the name of the KFM Foundation. (O-1) (O-1)

(O-1) at KFM (O-1) (O-1) there was a phone call from overseas, possibly from Malaysia or Indonesia, and someone asked for ALTHUMAIRY and stated that "the guys" were coming in and needed to be picked up at the airport. "The guys" in the community meant the two 9/11 hijackers that passed through Los Angeles before going to San Diego. (O-1)

EO14040-003612

                                                              (O-1)

ALTHUMAIRY directed a taxi cab driver known as ▓(P)▓ to pick the guys up and take them to the apartment complex that ALTHUMAIRY was renting rooms, and drive them around. ▓(O-1)▓ ▓(P)▓ as Egyptian or Yemeni, tall and skinny, not real dark-skinned, but had a beard and was in his mid-30's. ▓(P)▓ spoke Arabic and was ALTHUMAIRY's man for running errands. In addition ▓(P)▓ was known as the "taxi driver" in the community. ▓(O-1)▓ ▓(P)▓ is part of the Dar Ul-Quran (DQ) mosque ▓(O-1)▓
▓(O-1)▓

                        (O-1)                                    (P)       took "the guys" to ▓(P)▓ 's (aka ▓(P)▓ 's) restaurant, but they were very seldom seen at the mosque. The guys also may have been taken to a Starbuck's on Washington and Overland Streets.

                                        (O-1)
        (O-1)        ALTHUMAIRY knew who "the guys" were and was sympathetic to Al-Qaeda's cause.       (O-1)
                (O-1)

            ALTHUMAIRY recently had a baby.        (O-1)
                    (O-1)

                (O-1)        ALTHUMAIRY was very smart and everything he did was camouflaged. MOHAMMAD ALMUHANA was trained by ALTHUMAIRY, but was not as savvy. MUHANNA was very outspoken and aggressive.             (O-1)
                        (O-1)

                                (O-1)
    (O-1)        (P)        (date of birth    (P-1)    ).    (P)    was Yemeni and helped KFM from time to time with    (P)    .        (O-1)
                            (O-1)

                        (O-1)            OUALID BENOMRANE, (date of birth    (P-1)    ), and        (O-1)        this person was a cab driver too, but not the same as    (P)    .
                (O-1)            of    (P)    (aka    (P)    ).            (O-1)
                (O-1)

▓▓▓ (O-1)

▓▓▓ ALKHALIDI. ▓▓▓ (O-1) ▓▓▓ (O-1) ▓▓▓ SALMAN
▓▓▓ (O-1) ▓▓▓

(date of birth ▓▓▓ (P-1) ▓▓▓ (O-1) ) as an Egyptian individual (P) who attended KFM. ▓▓▓ (O-1)
▓▓▓ (O-1)

of birth ▓▓▓ (P-1) ▓▓▓ (O-1) ) as a taxi driver. ▓▓▓ (P) ▓▓▓ (O-1) (date
▓▓▓ (O-1)

(date of birth ▓▓▓ (P-1) ▓▓▓ ) ▓▓▓ (O-1) ▓▓▓ (O-1) (P) he was in films.

(date of birth ▓▓▓ (P-1) ▓▓▓ ) ▓▓▓ (O-1) ▓▓▓ (O-1) MOAHMED ALMANSOORI he was a taxi driver.

▓▓▓ ALMUHANA (date of birth ▓▓▓ (P-1) ▓▓▓ (O-1) ). FAISAL

▓▓▓ (O-1) ▓▓▓ (P) , ▓▓▓ (O-1)
▓▓▓ (O-1)

▓▓▓ (O-1) ▓▓▓ KHALLAD BIN ATTASH (O-1) ▓▓▓ (O-1) this person walking with a limp during the summer of 2000. KFM used to serve lunches after prayers on Friday and Saturday ▓▓▓ (O-1) this individual on one of these occasions with two to three other people ▓▓▓ (O-1)
▓▓▓ (O-1)
this individual was an important person. ▓▓▓ (O-1) ALTHUMAIRY interacting with this individual.

▓▓▓ (O-1)

▓▓▓ **Information regarding DQ Mosque**

▓▓▓ The DQ mosque is open at a new location and they are paying $2,500 a month for rent. ▓▓(O-1)▓▓ the congregation at DQ is approximately 100 people. ▓▓(O-1)▓▓ ▓▓(P)▓▓ and ▓▓(P)▓▓ ( ▓▓(P)▓▓ ) were back in town. The Egyptian Imam at DQ ▓▓(P)▓▓

▓▓(O-1)▓▓ individuals connected to the DQ mosque are attempting, through their contacts in Saudi Arabia, to tie KFM to the Saudi Ministry of Islamic Affairs. The individuals hope that their contacts at Religious Affairs will be able to use their influence in Saudi Arabia to kick out the current administration so that they may be able to take over KFM. The individuals at DQ believe that they were unjustly kicked out of KFM years ago and now is there time to return. The administration at KFM is fighting DQ's strategy. KFM just sponsored a Hajj trip for 10-12 people at the personal invitation from Prince Abdulaziz.

▓▓(P)▓▓ at DQ. ▓▓(O-1)▓▓ ▓▓(P)▓▓

▓▓ **Information regarding the Saudi Consulate and Saudi Students in Los Angeles**

▓▓(O-1)▓▓ new Saudi Students started coming to the Los Angeles area during the summer of 2007. Through the community, ▓▓(O-1)▓▓ a couple of Saudi Students attend KFM, but that there were 10-15 going to DQ. ▓▓(O-1)▓▓ someone in Saudi Arabia is orientating the new arrivals to the DQ mosque.

▓▓ The Saudi Consulate in Los Angeles does not keep track of the students on the West Coast. All student affairs are coordinated through the Saudi Embassy in Washington, DC. Saudi Students attend UCLA, USC, Santa Monica College, Loyola Marymount, and possibly a mechanical school run by Northrup Grumman.

▓▓ There may be an individual in the Saudi Consulate that is in the Ministry of Islamic Affairs. This individual replaced Sultan Last Name Unknown (LNU). This person may be going around to check up on various mosques in Los Angeles.

▓▓(A), (G), (J-1)▓▓
▓▓(A), (G), (J-1)▓▓

▓▓(A), (G), (J-1)▓▓
▓▓(A), (G), (J-1)▓▓.

▓▓(A), (G), (J-1)▓▓
▓▓(A), (G), (J-1)▓▓

███ **Information concerning** ███ (P)

███ (P) is now working in San Diego, but still has some items in the basement of the Saudi Consulate. ███ (P) is allowed into the Consulate from time to time ███ (P) ███ (P). ███ (P) is considered by certain members of the Saudi Consulate a nice old man who ███ (P) ███ (P) and is paying for ███ (P) ███ (O-1) ███ how ███ (P) is financially able to a afford a house and pays tuition for his children.

███ (P) and ███ (O-1) ███ were close to ALTHUMAIRY. ███ (O-1) ███
███ (O-1) ███

◆◆



U.S. Department of Justice

Federal Bureau of Investigation

Newark, N.J. 07102

In Reply, Please Refer to
File No.

April 21, 2008

        INTERNATIONAL TERRORISM - ▓(A), (G), (J-1)

Full Investigation Initiated: ▓(A), (G), (J-1)

Annual Letterhead Memorandum

This document is classified ▓ in its entirety.

<u>Office of Origin:</u>

    Newark, New Jersey

<u>Date Investigative Summary Prepared:</u>  04/21/2008

<u>Basis of Investigation:</u>

    ▓ Captioned investigation is based upon specific and articulable facts giving reason to believe that ▓(P) is engaged in international terrorism, or activities in preparation therefor, pursuant to FCIG, Section III.C.1.b.6.  AL-QAEDA is considered a "foreign power" as it engages in "international terrorism" or activities in preparation thereof.

    ▓(P) was the subject of a Preliminary Investigation by the Newark Division opened on or about ▓(A), (G), (J-1) subsequent investigation under the PENTTBOM case which revealed some of ▓(P) involvement with several of the known hijackers responsible for the events on 09/11/2001. ▓(P) is believed to have had contact with HANI HANJOUR, NAWAF ALHAZMI, MAJED MOQED, and AHMED ALGHAMDI.  The former Preliminary Investigation expired on ▓(A), (G), (J-1) and was subsequently closed.

    ▓ A Preliminary Investigation was opened on or about ▓(A), (G), (J-1) due to the belief that ▓(P) had provided false information ▓(O-1) to United States (U.S.) authorities and had not cooperated with the U.S. government concerning his relationship with the aforementioned

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.