EXHIBIT 15

(Rev. 06-04-2007)

FEDERAL BUREAU OF INVESTIGATION

**Precedence:** IMMEDIATE                                           **Date:** 09/28/2010

**To:**     (G)                              **Attn:**   (S)
            International Operations         **Attn:**   (G)
            Counterterrorism                 **Attn:**
                                             **Attn:**   (S)

            Oklahoma City                    **Attn:**

            Indianapolis                     **Attn:**
            New York                         **Attn:**

**From:** Counterterrorism
            (G)
     **Contact:**       (S)

**Approved By:**   (S)

**Drafted By:**    (S)

**Case ID #:**         (F)

**Title:**     OPERATION ENCORE
               ADEL MOHAMMAD A AL-SADHAN
                  (A), (G), (J-1)

               OPERATION ENCORE
               MUTAIB A A AL-SUDAIRY
                  (A), (G), (J-1)

To: ▓ (G)   From: Counterterrorism
Re: ▓▓▓ (F) ▓▓▓, 09/28/2010
    (A), (G), (J-1)

▓ OPERATION ENCORE
  (A), (G), (J-1)

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ (A), (J-1), (G)

▓ DESIGNATED INTELLIGENCE DISCLOSURE OFFICIAL
  DISSEMINATION OF INTELLIGENCE TO FOREIGN
  NATIONALS
  (A), (G), (J-1)

▓ FOREIGN DISSEMINATIONS ▓▓▓▓ (G)
  (G)

**Synopsis:** ▓▓ (S), (G) ▓▓ provides authority to disseminate the enclosed ▓▓▓ (G) ▓▓▓ tearline to the appropriate (A), (G), (J-1) authorities.

▓▓▓▓ (G) ▓▓▓▓

▓ **Full Investigation Initiated:** (A), (G), (J-1)

**Administrative:** ▓▓▓ Pursuant to Attorney General Guidelines, for Domestic FBI Operations (AGG-Dom), Part VI.B.1.d., the dissemination of the enclosed information is in the interest of national security of the United States. The information is relevant to the recipient's authorized responsibilities, its dissemination is consistent with the National Security interests of the United States, and the FBI has considered the effect such dissemination may reasonably be expected to have on any identifiable U.S. person.

▓▓▓▓ (G) has reviewed the information contained in the enclosed communication. Passage of this information is consistent with the standards for dissemination of U.S. person and non-U.S. person information to foreign authorities as authorized in the AGG-Dom.

▓▓ The FBI will undertake reasonable steps to ensure that any intelligence information that the FBI disseminates to the appropriate (A), (G), (J-1) authorities pursuant to this authorization is not and will not be used for either assassination prohibited under Executive Order 12333 or torture, as defined in U.S. criminal law. To this end, the FBI shall take the following actions:

1. The FBI shall notify the recipient agency that the information in this document is for intelligence and lead purposes only. The information in this document may not be used in any legal proceedings or disseminated to any other agency within the recipient's government without the advanced authorization of the FBI. The FBI shall direct the recipient agency to not take any overt investigative steps (including but not limited to any type of formal legal process or direct

EO14040-000589

To: ▓ (G)    From: Counterterrorism
Re: ▓ (F)    09/28/2010

contact with the subject) based on the information in this communication without first coordinating with the FBI;

2. As required by the Memorandum of Understanding (MOU) ▓ (O-1) ▓ (O-1) of the Central Intelligence Agency and the FBI MOU, ▓ (O-1) ▓ (O-1)

3. Legat shall report to CTD and OIO any indication that the recipient agency to whom this information has been provided did not honor the caveat regarding use or dissemination of this information, or used the information for either assassination or torture.

**Details:** ▓ Legat ▓(G) has requested CTD provide (A), (G), (J-1) authority to disseminate ▓(G) derived information to the appropriate (A), (G), (J-1) authorities to provide information regarding captioned subject Ahmed Mosa Alzahrani's ▓ (A), (G), (J-1)

▓ For background, Operation Encore is an FBI NY investigation of Fahad al-Thumairy, Omar al-Bayoumi, and Musaed al-Jarrah due to their past association with 9/11 hijackers Nawaf al-Hazmi and Khalid al-Mihdhar. Information uncovered through phone analysis, financial analysis, and numerous interviews suggests the aforementioned subjects assisted the hijackers, wittingly or unwittingly, in a support/logistics role while they were in the United States.

▓ FBI investigation conducted through Operation Encore uncovered two additional individuals, Adel Al Sadhan and Mutaib Al Sudairy, with a past connection to the subjects of Operation Encore. ▓(A), (G), (J-1) along with telephone and financial analysis, indicates Al Sadhan and Al Sudairy may have assisted in laying the groundwork for the arrival of al-Hazmi and al-Mihdhar in southern California and served as an advance team to vet those who would later assist both hijackers.

▓ Al Sadhan and Al Sudairy previously came to the US in June 1999 as employees of the Islamic Affairs Office at the Embassy of Saudi Arabia in Washington, DC and had direct contact with Operation Encore subjects Fahad Al-Thumairy and Omar Al-Bayoumi who assisted two 9/11 hijackers, Nawaf Al-Hazmi and Khalid Al-Mihdhar, with living, financial and travel arrangements while they were in southern California in early 2000. Although Al Sadhan and Al Sudairy never had direct contact with the 9/11 hijackers, Al Sadhan likely met with Al-Thumairy in person in 1998, approximately one year before the hijackers arrived in the US, and both Al Sadhan and Al Sudairy met with Al-Bayoumi in 1999 who assisted them during their six week stay in San Diego approximately six months before the arrival of Al-Hazmi and Al-Mihdhar. This contact, paired with analysis of call records and travel patterns during the time the two hijackers were

EO14040-000590

To: ▓(G)▓  From: Counterterrorism
Re: ▓▓(F)▓▓, 09/28/2010

in southern California, indicates Al Sadhan and Al Sudairy may have served as an advance team who helped to arrange people to assist Al-Hazmi and Al-Mihdhar during their time in southern California.

▓(J-3)▓ initiated ▓(A), (J-1), (G)▓ FBI ▓(G)▓ to investigate both subjects' ▓(J-3)▓. The FBI subsequently requested and received approved ▓(J-3), (O-1)▓ The FBI has no information to suggest that either Al Sadhan or Al Sudairy is an operator – that is, that they present a direct threat of violent terrorist activity. However, if Al Sadhan and Al Sudairy are currently involved with facilitation efforts on behalf of al-Qaeda or al-Qaeda affiliates, the FBI has assessed that allowing them to travel to ▓(A), (G), (J-1)▓

**Background on Operation Encore**

According to I-94 information, Adil Alsadhan (believed to be identifiable with Adel Al Sadhan) entered Los Angeles on 15 December 1998 ▓(J-3)▓. His intended address was the Hilton Hotel, Los Angeles and he listed a contact telephone number on his I-94 that was subscribed to Fahad Al-Thumairy, Imam at the King Fahad Mosque (KFM) in Culver ▓(O-1)▓ The purpose for Al Sadhan's visit in 1998 is unknown, though it establishes the first known contact between Al Sadhan and Al-Thumairy. Investigators believe his visit was to begin preparations for Al-Thumairy's subsequent assistance to Al-Hazmi and Al-Mihdhar. Al Sadhan departed Los Angeles on 20 January 1999.

Al Sadhan returned to the US on 13 June 1999, this time accompanied by an associate, Mutaib Al Sudairy. Both men entered via Washington, DC on the same flight ▓(J-3)▓

▓(O-1)▓

Musaed Al-Jarrah was then director of the Islamic Affairs Department of the Saudi Arabian Embassy in Washington, DC. Al-Jarrah was stationed in Washington, DC from 1991 to 2005. Al-Jarrah's official responsibilities were to manage and control all assignments of Saudi Imams in the United States and facilitate the issuance of their diplomatic visas. ▓(O-1)▓ Al-Jarrah may have been trying to bring other Saudi Sunni Salafi extremists into the United States through his position at the Embassy. It was Al-Jarrah

EO14040-000591

To: (G)     From: Counterterrorism
Re:  (F) , 09/28/2010

who determined Al-Thumairy's assignment, placing him in Southern California at the King Fahad Mosque during this time. (J-3) (J-3) (J-3) He had a reputation for being a "Salafi fanatic" and as a possible source of motivation for violent or terrorist activity.

NOTE: (A), (G), (J-1) (A), (G), (J-1) in 1992 or 1994 he was tasked by Usama Bin Laden (UBL) to get a list of all Saudi Embassy employees in the United States. (A), (G), (J-1) the reason for this was to find and recruit a sympathizer within the Saudi Embassy. (A), (G), (J-1) he went to a local library and photocopied a list of Embassy employees from a book in the reference section and hand-delivered the list to UBL. Al-Jarrah began working at the Saudi Embassy in Washington, DC in 1991. During the time frame of (A), (G), (J-1) tasking from UBL, Al-Jarrah would have been on the photocopied list.

In 1999, both Al Sadhan and Al Sudairy traveled to San Diego where they stayed for approximately 6 weeks (approximately July 1999 to August 1999) and met with Omar Al-Bayoumi, a Saudi student who had resided in San Diego since 1995. Al-Bayoumi greeted them and, (A), (G), (J-1) provided a place to live and looked after them. FBI investigation indicates Al-Bayoumi may have provided them with a cell phone. (A), (G), (J-1) for a period of time Al Sadhan and Al Sudairy lived at the same address in San Diego where Al-Hazmi and Al-Mihdhar would later stay near the Al-Ribat mosque.

In December 1999/January 2000, several of the 9/11 hijackers met in Kuala Lumpur, Malaysia prior to arriving in the US. During this same time frame, numerous telephone calls occurred between main Operation Encore subjects Fahad Al-Thumairy, Omar Al-Bayoumi, and Musaed Al-Jarrah.

On 15 January 2000, 9/11 hijackers Khalid Al-Mihdhar and Nawaf Al-Hazmi arrived in Los Angeles, CA via LAX airport on a flight from Bangkok originating from Malaysia. The first place they visited was the King Fahad Mosque where Fahad Al-Thumairy was the Imam.

Al-Thumairy tasked an associate to look after Al-Mihdhar and Al-Hazmi during their time in Los Angeles, to include transportation, lodging, etc. In subsequent interviews with the FBI, the associate stated that the hijackers asked him specifically where the "Mediterranean restaurant" was. Approximately one week later, Al-Mihdhar and Al-Hazmi went to the Mediterranean restaurant where they met with Omar Al-Bayoumi.

To:    (G)      From: Counterterrorism
Re:           (F)           09/28/2010

Al-Bayoumi invited the two to move to San Diego, CA. Al-Mihdhar and Al-Hazmi moved to San Diego sometime in late January/early February 2000.  At this time, Al-Bayoumi's telephonic contact with Musaed Al-Jarrah increased.  Once the hijackers moved from Los Angeles to San Diego, Al-Thumairy's telephonic contact with Al-Jarrah was diminished.

Al-Bayoumi assisted the hijackers in renting an apartment in San Diego, co-signing a lease agreement with them.  He also assisted them in opening a bank account.  Of note, approximately 1 hour before taking the hijackers to the bank, Anwar Aulaqi called that specific bank location and had a 2 minute conversation with an unknown individual.  Approximately 1 hour after setting up the accounts and leaving the bank, Al-Bayoumi placed a call to Aulaqi.

While in San Diego, Al-Mihdhar and Al-Hazmi attended the Al-Ribat mosque where Aulaqi was the Imam.

Al-Bayoumi called Al Sudairy five (5) times while the hijackers were in San Diego with Al-Bayoumi.  The dates of the calls are significant.  The first set of calls are 24 January, 26 January, and 30 January 2000 – this was the week Al-Bayoumi met the hijackers in Culver City, CA and talked to them about coming to San Diego.  The next call occurred on 2 February 2000.  On 4 February 2000 Al-Bayoumi co-signed a loan agreement for the apartment he obtained for the hijackers and brought them to a Bank of America to assist them in opening a bank account.  The last call occurred on 7 February 2000.  By this date, the hijackers' affairs were in order and a "welcoming party" for the hijackers was coordinated by Al-Bayoumi and likely held on 17 February 2000.

In June 2000, Al-Mihdhar and Al-Hazmi left San Diego and drove to Los Angeles.  Al-Mihdhar was scheduled to leave the US and return to Yemen.  They drove to the King Fahad Mosque where Al-Thumairy said goodbye to Al-Mihdhar.  Al-Mihdhar departed via LAX on 20 June 2000.  Al-Hazmi continued to reside in San Diego.

On 8 December 2000, another hijacker, Hani Hanjour, arrived in San Diego and joined Al-Hazmi.  They immediately left for Phoenix, AZ where Hanjour began flight lessons.

In April of 2001, Al-Hazmi and Hanjour arrived in Falls Church, VA and established residence.  They attended the Dar al Hijra mosque where Aulaqi was now the Imam.

In May 2001, two additional hijackers arrived in the US – Ahmed Al-Ghambi and Majed Moqed.  The four drove to Connecticut where they checked into a Fairfield Inn and then immediately drove to Patterson, NJ to look for a place to live.  Within 3 days, they began renting rooms at a house in Patterson.  Al-Mihdhar also arrived

SECRET//ORCON/NOFORN

To: ▮(G)    From: Counterterrorism
Re: ▮▮▮(F)▮▮▮, 09/28/2010

at the Patterson location in May. All of the hijackers stayed at this Patterson location until days before 11 September 2001.

**Background on Al Sadhan and Al Sudairy**

▮ After their time in San Diego in 1999, Al Sudairy subsequently moved to Columbus, Missouri and Al Sadhan moved to Lawrence, Kansas. While in Missouri, Al Sudairy lived with Ziyad Khaleel for about four months in 2000. Khaleel was a known key communications equipment procurement officer for Usama Bin Laden and provided satellite phones used in the 1998 US Embassy bombings in Africa. Following Al Sudairy's return to Saudi Arabia in 2001 he met with Khaleel twice.

▮ In April 2001, both Al Sadhan and Al Sudairy were terminated from their responsibilities at the Islamic Affairs Department at the Saudi Arabian Embassy. The two men, at this point, were living in Washington, DC. At the same time, two of the hijackers, Al-Hazmi and Hanjour, arrived in Falls Church, VA and attended the mosque of Anwar Aulaqi.

▮ Al Sudairy and Al Sadhan both left the United States on 25 October 2001.

▮ While in Missouri, Al Sudairy attended University of Missouri – Columbia's Intensive English program. In October 2001, faculty members alerted the FBI as they had been suspicious of him since he didn't appear interested in learning English. His peers believed he was a Saudi Arabian Intelligence officer.

▮ Al Sadhan was previously the subject of ▮(A)(G)(J-1)▮ ▮(A)(G)(J-1)▮ This investigation was opened based on ▮(O-1)▮ that Al Sadhan worked under ▮(A), (G), (J-1)▮ Musaed Al-Jarrah ▮(F)▮ t the Islamic Affairs Section of the Royal Embassy of Saudi Arabia in Washington, DC helping Al-Jarrah coordinate/direct all Saudi Imams assigned to and/or financially supported by the Saudi government in the US. Al Sadhan reportedly helped Al-Jarrah support extremist Saudi Sunnis in the United States. Al Sadhan was ▮(O-1)▮ as a believer in a radical form of Sunni Salafism and reportedly traveled frequently within the United States. However, because records checks indicated Al Sadhan left the US on 25 October 2001 and had not returned, the ▮(G)▮ case was closed in 2004.

▮▮▮(A), (G), (J-1), (D)▮▮▮

▮▮▮(A), (J-1), (G), (D)▮▮▮
▮▮▮(A), (J-1), (G), (D)▮▮▮

EO14040-000594

To: ▊(G)   From: Counterterrorism
Re: ▊ (F) , 09/28/2010
(A), (G), (J-1), (D)

▊ FBIHQ notifies Legat ▊(G) that DIDO authority has been granted to disseminate the enclosed CTD approved tearline to the appropriate (A), (G), (J-1) authorities.

-----------------------Begin Tearline--------------------

▊ The following individuals are subjects of a pending FBI counterterrorism investigation:

**Adel Mohammed A. Al Sadhan**
Citizenship: Saudi Arabia
Date of Birth: ▊(P-1) 1973
Passport #s: Saudi Arabia ▊(P-1)

**Mutaib A.A. Al Sudairy**
Citizenship: Saudi Arabia
Date of Birth: ▊(P-1) 1971
Passport #s: Saudi Arabia ▊(P-1)

▊(A), (G), (J-1)
Citizenship: Saudi Arabia
Date of Birth: ▊(A), (G), (J-1)
Passport #s: Saudi Arabia (A), (G), (J-1)

▊ For background, Operation Encore is an FBI investigation of Fahad al-Thumairy, Omar al-Bayoumi, and Musaed al-Jarrah due to their past association with 9/11 hijackers Nawaf al-Hazmi and Khalid al-Mihdhar. Information uncovered through phone analysis, financial analysis, and numerous interviews suggests the aforementioned subjects assisted the hijackers, wittingly or unwittingly, in a support/logistics role while they were in the United States.

▊ FBI investigation conducted through Operation Encore uncovered two additional individuals, Adel Al Sadhan

EO14040-000595

To: ▓(G)▓   From: Counterterrorism
Re: ▓(F)▓, 09/28/2010
and Mutaib Al Sudairy, with a past connection to the subjects of Operation Encore. ▓(A), (G), (J-1)▓ along with telephone and financial analysis, indicates Al Sadhan and Al Sudairy may have assisted in laying the groundwork for the arrival of al-Hazmi and al-Mihdhar in southern California and served as an advance team to vet those who would later assist both hijackers.

▓(O-1)▓ in Washington, DC and had direct contact with Operation Encore subjects Fahad Al-Thumairy and Omar Al-Bayoumi who assisted two 9/11 hijackers, Nawaf Al-Hazmi and Khalid Al-Mihdhar, with living, financial and travel arrangements while they were in southern California in early 2000. Although Al Sadhan and Al Sudairy never had direct contact with the 9/11 hijackers, Al Sadhan likely met with Al-Thumairy in person in 1998, approximately one year before the hijackers arrived in the US, and both Al Sadhan and Al Sudairy met with Al-Bayoumi in 1999 who assisted them during their six week stay in San Diego approximately six months before the arrival of Al-Hazmi and Al-Mihdhar. This contact, paired with analysis of call records and travel patterns during the time the two hijackers were in southern California, indicates Al Sadhan and Al Sudairy may have served as an advance team who helped to arrange people to assist Al-Hazmi and Al-Mihdhar during their time in southern California.

▓(J-3)▓
The FBI then began to investigate both subjects' return to the US.

▓▓ The FBI has no information to suggest that either Al Sadhan or Al Sudairy is an operator – that is, that they present a direct threat of violent terrorist activity. However, if Al Sadhan and Al Sudairy are currently involved with facilitation efforts on behalf of al-Qaeda or al-Qaeda affiliates, the FBI has assessed that allowing them to travel to the US will provide a unique opportunity to collect intelligence on their activities and contacts while in the US, potentially including unknown US-based individuals tied to terrorism.

**Background on Operation Encore**

▓▓ According to US travel information Adel Al Sadhan entered Los Angeles, California on 15 December 1998 on ▓(J-3)▓ His intended address was the Hilton Hotel, Los Angeles and he listed a contact telephone number on his travel documents that was subscribed to Fahad Al-Thumairy, Imam at the King Fahad Mosque in Culver City, CA. The purpose for Al Sadhan's visit in 1998 is unknown, though

To: ▓(G)▓   From: Counterterrorism
Re: ▓▓▓(F)▓▓▓, 09/28/2010

it establishes the first known contact between Al Sadhan and Al-Thumairy. Investigators believe his visit was to begin preparations for Al-Thumairy's subsequent assistance to Al-Hazmi and Al-Mihdhar. Al Sadhan departed Los Angeles on 20 January 1999.

▓▓▓ Al Sadhan returned to the US on 13 June 1999, this time accompanied by an associate, Mutaib Al Sudairy. Both men entered via Washington, DC on the same flight ▓▓▓ (J-3) ▓▓▓

▓▓▓ Musaed Al-Jarrah was then director of the Islamic Affairs Department of the Saudi Arabian Embassy in Washington, DC. Al-Jarrah was stationed in Washington, DC from 1991 to 2005. Al-Jarrah's official responsibilities were to manage and control all assignments of Saudi Imams in the United States and facilitate the issuance of their diplomatic visas. Sources reported that Al-Jarrah may have been trying to bring other Saudi Sunni Salafi extremists into the United States through his position at the Embassy. It was Al-Jarrah who determined Al-Thumairy's assignment, placing him in Southern California at the King Fahad Mosque during this time. (J-3) ▓▓▓ He had a reputation for being a "Salafi fanatic" and as a possible source of motivation for violent or terrorist activity.

▓▓▓ NOTE: During interviews with detained al-Qaeda member Ali Mohammed, Mohammed stated that in 1992 or 1994 he was tasked by Usama Bin Laden (UBL) to get a list of all Saudi Embassy employees in the United States. Mohammed stated that the reason for this was to find and recruit a sympathizer within the Saudi Embassy. Mohammed claimed that he went to a local library and photocopied a list of Embassy employees from a book in the reference section and hand-delivered the list to UBL. Al-Jarrah began working at the Saudi Embassy in Washington, DC in 1991. During the time frame of Mohammed's tasking from UBL, Al-Jarrah would have been on the photocopied list.

▓▓▓ In 1999, both Al Sadhan and Al Sudairy traveled to San Diego where they stayed for approximately 6 weeks (approximately July 1999 to August 1999) and met with Omar Al-Bayoumi, a Saudi student who had resided in San Diego since 1995. Al-Bayoumi greeted them and, ▓(A), (G), (J-1)▓, provided a place to live and looked after them. FBI investigation indicates Al-Bayoumi may have provided them with a cell phone. ▓(A), (G), (J-1)▓ ▓(A), (G), (J-1)▓ for a period of time Al Sadhan and Al Sudairy lived at the same address in San Diego where Al-Hazmi and Al-Mihdhar would later stay near the Al-Ribat mosque.

To:   (G)    From: Counterterrorism
Re:        (F)        09/28/2010

In December 1999/January 2000, several of the 9/11 hijackers met in Kuala Lumpur, Malaysia prior to arriving in the US. During this same time frame, numerous telephone calls occurred between main Operation Encore subjects Fahad Al-Thumairy, Omar Al-Bayoumi, and Musaed Al-Jarrah.

On 15 January 2000, 9/11 hijackers Khalid Al-Mihdhar and Nawaf Al-Hazmi arrived in Los Angeles on a flight from Bangkok originating from Malaysia. The first place they visited was the King Fahad Mosque where Fahad Al-Thumairy was the Imam.

Al-Thumairy tasked an associate to look after Al-Mihdhar and Al-Hazmi during their time in Los Angeles, to include transportation, lodging, etc. In subsequent interviews with the FBI, the associate stated that the hijackers asked him specifically where the "Mediterranean restaurant" was. Approximately one week later, Al-Mihdhar and Al-Hazmi went to the Mediterranean restaurant where they met with Omar Al-Bayoumi.

Al-Bayoumi invited the two to move to San Diego, CA. Al-Mihdhar and Al-Hazmi moved to San Diego sometime in late January/early February 2000. At this time, Al-Bayoumi's telephonic contact with Musaed Al-Jarrah increased. Once the hijackers moved from Los Angeles to San Diego, Al-Thumairy's telephonic contact with Al-Jarrah was diminished.

Al-Bayoumi assisted the hijackers in renting an apartment in San Diego, co-signing a lease agreement with them. He also assisted them in opening a bank account. Of note, approximately 1 hour before taking the hijackers to the bank, Anwar Aulaqi called that specific bank location and had a 2 minute conversation with an unknown individual. Approximately 1 hour after setting up the accounts and leaving the bank, Al-Bayoumi placed a call to Aulaqi.

While in San Diego, Al-Mihdhar and Al-Hazmi attended the Al-Ribat mosque where Aulaqi was the Imam.

Al-Bayoumi called Al Sudairy five (5) times while the hijackers were in San Diego with Al-Bayoumi. The dates of the calls are significant. The first set of calls are 24 January, 26 January, and 30 January 2000 – this was the week Al-Bayoumi met the hijackers in Culver City, CA and talked to them about coming to San Diego. The next call occurred on 2 February 2000. On 4 February 2000 Al-Bayoumi co-signed a loan agreement for the apartment he obtained for the hijackers and brought them to a Bank of America to assist them in opening a bank account. The last call occurred on 7 February 2000. By this date, the hijackers' affairs were in

To: ▓(G)    From: Counterterrorism
Re: ▓▓(F)▓▓, 09/28/2010

order and a "welcoming party" for the hijackers was coordinated by Al-Bayoumi and likely held on 17 February 2000.

In June 2000, Al-Mihdhar and Al-Hazmi left San Diego and drove to Los Angeles. Al-Mihdhar was scheduled to leave the US and return to Yemen. They drove to the King Fahad Mosque where Al-Thumairy said goodbye to Al-Mihdhar. Al-Mihdhar departed the US on 20 June 2000. Al-Hazmi continued to reside in San Diego.

On 8 December 2000, another hijacker, Hani Hanjour, arrived in San Diego and joined Al-Hazmi. They immediately left for Phoenix, AZ where Hanjour began flight lessons.

In April of 2001, Al-Hazmi and Hanjour arrived in Falls Church, VA and established residence. They attended the Dar al Hijra mosque where Aulaqi was now the Imam.

**Background on Al Sadhan and Al Sudairy**

After their time in San Diego in 1999, Al Sudairy subsequently moved to Columbus, Missouri and Al Sadhan moved to Lawrence, Kansas. While in Missouri, Al Sudairy lived with Ziyad Khaleel for about four months in 2000. Khaleel was a known key communications equipment procurement officer for Usama Bin Laden and provided satellite phones used in the 1998 US Embassy bombings in Africa. Following Al Sudairy's return to Saudi Arabia in 2001 he met with Khaleel twice.

In April 2001, both Al Sadhan and Al Sudairy were terminated from their responsibilities at the Islamic Affairs Department at the Saudi Arabian Embassy. The two men, at this point, were living in Washington, DC. At the same time, two of the hijackers, Al-Hazmi and Hanjour, arrived in Falls Church, VA and attended the mosque of Anwar Aulaqi. Al Sudairy and Al Sadhan both left the United States on 25 October 2001.

While in Missouri, Al Sudairy attended University of Missouri - Columbia's Intensive English program. In October 2001, faculty members alerted the FBI as they had been suspicious of him since he didn't appear interested in learning English. His peers believed he was a Saudi Arabian Intelligence officer.

**Current Travel to the US**

Recent information obtained by the FBI revealed that ▓▓(J-3)▓▓

EO14040-000599

To: ▇(G)    From: Counterterrorism
Re: ▇(F)▇, 09/28/2010
▇(J-3)▇
▇(P-1)▇.

### Background on Al-Zahrani

▇ The FBI initiated an investigation of Saudi Arabia-based Ahmed Mosa Al-Zahrani after determining he was an associate and possible student of Al Sudairy. Al-Zahrani previously applied to attend English classes at Ball State University in Indiana around the same time ▇ (J-3) ▇
▇(J-3)▇   ▇(A), (G), (J-1)▇
▇(A), (G), (J-1)▇
▇(A), (G), (J-1)▇

(A), (G), (J-1)  We have not identified any familial relation between Al-Zahrani and Al Sudairy, and have no indication that Al Sudairy is providing ▇(A), (G), (J-1)▇ to any other individuals.

▇(A), (G), (J-1), (D)▇

▇(A), (G), (J-1), (D)▇

### Al Sudairy's Interest in ▇(A), (G), (J-1), (D)▇

▇(A), (G), (J-1)▇
▇(A), (G), (J-1)▇

### Request for Meeting

▇ The FBI respectfully requests a meeting with your service to provide an in-depth briefing regarding all aspects of this FBI investigation. Please coordinate with the Legal Attache to determine a time and place suitable for your service.

▇ As always, your assistance in counterterrorism matters is greatly appreciated. We welcome any additional information your Government has developed regarding this matter.

------------------------End Tearline----------------------

EO14040-000600

To: ▮(G)   From: Counterterrorism
Re: ▮  ▮(F)▮ , 09/28/2010
▮ Questions regarding this communication should be directed to SSA ▮(S)▮ , IA ▮(S)▮ ▮(S)▮, or SOS ▮(S)▮.

To: ▇(G)▇   From: Counterterrorism
Re: ▇▇ (F) ▇▇, 09/28/2010

**LEAD(s):**

**Set Lead 1: (Info)**

▇(G)▇

▇▇(G)▇▇

▇▇(G)▇▇ requests ▇(G)▇ to pass the attached tearline to the appropriate ▇(G)▇ authorities. Please report any non-compliance with the tearline caveat, in accordance with the instructions set forth in the Administrative Section of the EC.  Legat is also requested to coordinate a meeting between FBI NY, CTD, and representatives of ▇▇(G)▇▇ regarding this investigation.

▇▇▇ As required by the Memorandum of Understanding Concerning ▇▇(O-1)▇▇ of the Central Intelligence Agency and the Federal Bureau of Investigation (MOU),
▇▇▇▇▇▇(O-1)▇▇▇▇▇▇

**Set Lead 2: (Info)**

<u>ALL RECEIVING OFFICES</u>

▇▇ Read and clear.

♦♦

EO14040-000602