**MDL 1570 PLAINTIFFS' EXECUTIVE C(**
In re: Terrorist Attacks on September 11, 2001

VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2023

February 21, 2023

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Plaintiffs with claims against Al Rajhi Bank ("ARB") write to respectfully request a one week extension of the deadline for Plaintiffs' second motion to compel as to ARB, from February 24, 2023 to March 3, 2023.

    Plaintiffs are seeking this brief extension due to Covid-related issues affecting Plaintiffs' ARB team. ARB does not oppose this request.

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Sean P. Carter
    SEAN P. CARTER
    COZEN O'CONNOR
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Tel.: (215) 665-2105
    Email: scarter1@cozen.com

---

The party's request is GRANTED. Plaintiffs shall file any motion to compel discovery as to ARB by March 3, 2023.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: February 22, 2023
    New York, New York