#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*,<br><br>   Plaintiffs-Judgment Creditors,<br><br>v.<br><br>FEDERAL RESERVE BANK OF NEW YORK,<br><br>   Garnishee. | Case No. 03-cv-9848 (GBD) (SN) |

### NOTICE OF APPEAL

Notice is given this 24th day of February, 2023, that Plaintiffs-Judgment Creditors Fiona Havlish, *et al*. ("Havlish Judgment Creditors"), all of the plaintiffs-judgment creditors in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final order entered by the Honorable George B. Daniels on February 21, 2023 (ECF No. 681), and all other orders that are merged into that final order or that are otherwise appealable. The full list of the Havlish Judgment Creditors is attached as Exhibit A.

Dated: February 24, 2023

*/s/ Lee Wolosky*
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

Douglass A. Mitchell
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

*Counsel for the Havlish Judgment Creditors*