# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Multidistrict Litigation No. 03-md-1570 (GBD)(SN) |
| FIONA HAVLISH, individually and on behalf of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*, <br><br> Plaintiffs-Judgment Creditors, <br><br> v. <br><br> FEDERAL RESERVE BANK OF NEW YORK, <br><br> Garnishee. | Member Case No. 03-cv-9848 (GBD)(SN) |

## NOTICE OF APPEAL

Notice is given this 27th day of February, 2023, that Plaintiffs-Judgment Creditors Fiona Havlish, *et al.* ("Havlish Judgment Creditors"), all of the plaintiffs-judgment creditors in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final order entered by the Honorable George B. Daniels on February 21, 2023 (ECF No. 8866 in 03-md-1570; ECF No. 681 in 03-cv-9848), and all other orders that are merged into that final order or that are otherwise appealable. The full list of the Havlish Judgment Creditors is attached as Exhibit A.

Dated: February 27, 2023　　　　　　　*/s/ Lee Wolosky*
　　　　　　　　　　　　　　　　　　Lee Wolosky
　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　(212) 891-1628
　　　　　　　　　　　　　　　　　　lwolosky@jenner.com

　　　　　　　　　　　　　　　　　　Douglass A. Mitchell
　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　1099 New York Avenue, NW, Suite 900
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　(202) 639-6090
　　　　　　　　　　　　　　　　　　dmitchell@jenner.com

　　　　　　　　　　　　　　　　　　*Counsel for the Havlish Judgment Creditors*