UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>and<br><br>THE FEDERAL RESERVE BANK OF<br>NEW YORK,<br><br>*Garnishee.* | Misc Action No. 1:20-mc-00740-GBD |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs John Does 1 through 7 appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the Honorable George B. Daniels entered on February 21, 2023 (ECF 143).

The Plaintiffs/Judgment Creditors appeal from each and every part of the final judgment entered in this matter.

Dated: February 28, 2023.

                                                      Respectfully submitted,

                                                      **do Campo & Thornton, P.A.**
                                                      Chase Bank Building
                                                      150 S.E. 2nd Avenue, Ste. 602
                                                      Miami, Florida 33131
                                                      Telephone: (305) 358-6600
                                                      Facsimile: (305) 358-6601

                                                      By:     s/ *Orlando do Campo*

1

2

Orlando do Campo  
Bar Code: OD1969  
od@dandtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*  
Orlando do Campo