# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

March 2, 2023

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs' Executive Committees, with the consent of counsel for the Kingdom of Saudi Arabia and Dallah Avco, respectfully request an extension from Tuesday, March 7, 2023, until Friday, March 10, 2023, for the deadline for the plaintiffs to reply to "Saudi Arabia's Consolidated Opposition To CAC Plaintiffs' Motion For Certification And For Stay And To *Ashton* Plaintiffs' Motion For Reconsideration" (ECF No. 8884). We are requesting the additional time because members of the PECs and attorneys on the team preparing the response have a multi-day intra-firm commitment that will prevent the PECs from fully attending to the response from Saturday until Tuesday, and coordination among the PECs will still be necessary before finalizing the response. Counsel for the *Ashton* plaintiffs have also agreed to this schedule and asked that it also apply to *Ashton's* reply as well.

Respectfully submitted,

| | |
|---|---|
| MOTLEY RICE LLC | COZEN O'CONNOR |
| By:  /s/ Robert T. Haefele | By:  /s/ Sean P. Carter |
| ROBERT T. HAEFELE | SEAN P. CARTER |
| MOTLEY RICE LLC | COZEN O'CONNOR |
| 28 Bridgeside Boulevard | One Liberty Place |
| Mount Pleasant, SC 29465 | 1650 Market Street, Suite 2800 |
| Tel.: (843) 216-9184 | Philadelphia, Pennsylvania 19103 |
| Email: rhaefele@motleyrice.com | Tel.: (215) 665-2105 |
| | Email: scarter@cozen.com |
| *For the Plaintiffs' Executive Committee for Personal Injury and Death Claims* | *For the Plaintiffs' Executive Committee for Commercial Claims* |

cc:   The Honorable Sarah Netburn, via ECF
      All Counsel of Record via ECF