**Exhibit A**
**(In Alphabetical Order of Decedents' Last Names)**

| Plaintiff Personal Representative's Name (Last, First Middle) | 9/11 Decedent's Name (Last, First Middle) | 9/11 Decedent's Citizenship on September 11, 2001 | Economic Damage Amount |
|---|---|---|---|
| Dimartino, Joseph | Dimartino, Debra Ann | United States | $5,315,257 |
| Dionisio, Peter A. and Dionisio, Lucille | Dionisio, Anthony, Jr. | United States | $3,072,727 |
| Duffy, Barbara M. | Duffy, Michael Joseph | United States | $3,710,954 |
| Hall, Donna M. | Hall, Richard Bradway | United States | $3,538,031 |
| King, Judith | King, Andrew Marshall | United States | $9,925,953 |
| Marti, Rosalie A. | Marti, Michael A. | United States | $1,496,372 |
| **TOTAL ECONOMIC DAMAGES** | | | **$27,059,294** |