

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

March 3, 2023

<u>VIA ECF</u>
The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

  We write to clarify a statement in the letter docketed at ECF 8890. The *Ashton* Plaintiffs of course have no objection to the request for an extension of time for the reply of the Consolidated Amended Complaint Plaintiffs in support of their motion for certification, but do not need such an extension themselves for their reply on the *Ashton* Plaintiffs' motion for reconsideration, which has already been filed, ECF 8892.

            Respectfully,

            KREINDLER & KREINDLER LLP


            By: <u>/s/ *Steven R. Pounian*</u>
            Steven R. Pounian, Esq.
            *Attorneys for Ashton Plaintiffs*

New York      Boston      Los Angeles