# EXHIBIT A

| # | 9/11 SURVIVOR'S FIRST NAME | 9/11 SURVIVOR'S MIDDLE NAME | 9/11 SURVIVOR'S LAST NAME | SUFFIX | LOCATION WHERE INJURY OCCURRED | INJURY CATEGORY | SEVERITY OF INJURY |
|---|---|---|---|---|---|---|---|
| 1 | Anex | Joseph | Desinor | | World Trade Center | Escape/Falling Debris | Severe |
| 2 | Kevin | M. | Shea | | World Trade Center | Collapse/falling Debris | Severe |
| 3 | Raymond | E. | Streker | | World Trade Center | Collapse/Falling Debris | Severe |