# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) ECF Case |

**DECLARATION OF ANEX JOSEPH DESINOR**

I, Anex Joseph Desinor, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. At the time of the terrorist attacks of September 11, 2001, I worked as a Banquet House Attendant in the Banquet Department of the New York Marriott World Trade Center located at 3 World Trade Center in New York City. I had been employed with Marriott in this location since December 3, 1983. Attached as Exhibit B to this Declaration is a true and correct copy of my proof of employment with Marriott International, located at 3 World Trade Center, during the time of the 9/11 terrorist attacks.

4. On the morning of September 11th, I had been setting up for a breakfast banquet meeting in an equipment room at the Marriott Hotel when I saw a flash of light and I felt the entire building shake. The lights flickered and the ceiling above me began to collapse.

5. As I exited the equipment room, I saw hotel guests and Marriott employees running for cover. I saw that some of these people had been burned. Having survived a prior terrorist attack

on the World Trade Center in 1993, I assumed that a bomb had exploded somewhere in the building.

6. I ran to the stairwell of the hotel to exit the building along with many others who were fleeing the area. In the stairwell, the mob of people pushed and pressed me into the handrail and I injured the right side of my body. As I arrived in the lobby area of the hotel, the security guards prevented us from exiting onto the plaza in front of the building as debris had been falling in the area.

7. I ran to an alternate door and exited the building. Falling debris struck me several times, and I became surrounded by a thick cloud of dust and debris. As I ran towards the west side of the building to escape the falling debris, I stumbled over human bodies and body parts, and I inhaled large quantities of toxins into my lungs and airways. The scene looked like a war zone of death and destruction. The falling debris obscured my view and caused me to fall to the concrete. Dozens of people trampled over me as I lay on the concrete and I suffered injuries to my back, my right hip, and my right leg.

8. As I stumbled to my feet, people fleeing the area slammed into me. As I continued to run away from the area, the North Tower collapsed, and a massive cloud of dust and debris surrounded me. I continued to inhale substantial amounts of dust and debris as I fled the area. I ran towards a ferry station as I continued to cough up soot and building debris.

9. After I finally arrived at the ferry station, I traveled to Staten Island. I did not reach my home until eight hours after the collapse of the North Tower. Due to my injuries, I sought medical attention shortly after the events of 9/11.

10. As a result of these terrorist attacks, I suffered the following specific injuries[1] on September 11, 2001: a back injury[2], a right leg injury[3], a right hip injury[4], asthma[5], gastroesophageal

---

[1] *See*, 9/11 Injury Records of Anex Desinor (DESINOR_MEDS_0001), attached hereto as Exhibit C, at 0001-0022.
[2] *Id*. at 0003-0011, and 0014.
[3] *Id*. at 0001-0003, and 0011.
[4] *Id*. at 0003-0011.
[5] *Id*. at 00015, 0018, 0020, and 0022.

reflux disease (GERD)[6], throat and eye irritation[7] and prostate cancer[8]. Lastly, my doctors diagnosed me with post-traumatic stress disorder[9] due to the horrific events that I experienced on 9/11.

11. I sought and continue to seek medical attention for my injuries caused by these terrorist attacks. Attached as Exhibit C to this Declaration is a true and correct copy of my select relevant records confirming my physical and emotional injuries following the September 11, 2001, terrorist attacks.

12. I previously pursued a claim (Claim Number VCF 0045837) through the September 11th Victim Compensation Fund (VCF) specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this _23_ day of December 2022.

_____
Declarant Anex Joseph Desinor

---

[6] *Id.* at 0015, 0018, 0020, and 0022..
[7] *Id. at* 0001.
[8] *Id.* at 0018, and 0022.
[9] *Id.* at 0002, 0015, 0017, and 0018.

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)