# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) ECF Case |

**DECLARATION OF RAYMOND E. STREKER**

I, RAYMOND E. STREKER, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center ("WTC") Towers occurred. At the time of these horrific attacks, I worked as a commodities broker affiliated with Refco Finance, Inc. Attached as Exhibit B to this Declaration is a true and correct copy of my work badge from the New York Mercantile Exchange as of 9/11/2001.

4. When the 9/11 terrorist attacks occurred, I had been sitting in my office located at 7 World Trade Center, which was across the street from the North Tower.

5. I heard loud explosions near my office, and I quickly discovered that two passenger jets had struck the upper sections of the North and South Towers. I left my office to escape from the area, but the North Tower began to collapse as I stood outside of the front of 7 World Trade Center.

6. During the collapse of the North Tower, a huge cloud of dust, falling debris, and human body parts surrounded me. I inhaled large quantities of toxic substances into my lungs and airways. My lungs began to burn, and I felt like I would suffocate from the thick layer of debris in the air. I also received numerous cuts and abrasions to my face and arms.

7. As I attempted to flee the area to avoid the falling debris, building material struck me in the outside of my right knee. Due to the force of the blow, I fell to the ground and twisted my right knee. I immediately experienced severe pain and swelling in my right knee. Despite the chaos and confusion surrounding the collapse of the North Tower, I stumbled to my feet and fled the area despite my limited mobility caused by my knee injury.

8. As a result of these terrorist attacks, I suffered the following specific physical injuries on September 11, 2001: a severe right knee injury[1] that required two separate surgeries[2] to repair and which included the reconstruction of a torn anterior cruciate ligament. I continue to take pain medications related to my knee injury and I suffer from arthritis as well. My doctors have also informed me that I will eventually need to have my right knee replaced due to the extensive damage to that joint that I suffered on 9/11. Further, I suffer from lung scarring, shortness of breath, asthma, and sinusitis due to the large quantities of toxic debris that I inhaled while attempting to escape from the WTC area.

---

[1] *See*, Medical Records of Raymond E. Streker (STREKER_MEDS_00001), attached hereto as Exhibit C, at 00001-00044.
[2] *Id.* at 00001-00005.

2

9. I sought and continue to seek medical attention for my injuries caused by these terrorist attacks. Attached as Exhibit C to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received for my physical injuries following the September 11, 2001, terrorist attacks.

10. The carnage from September 11, 2001, is emblazoned in my memory. During the attack and my escape, I witnessed atrocities beyond the imagination of the average citizen. I was surrounded by death, debris, fire, and smoke. I lost friends, family members, and co-workers. The situation could only be compared to a war zone.

11. Due to the large number of clients and potential clients that I lost following the 9/11 attacks, I was unable to continue my business as a commodities broker.

12. Lastly, I suffered, and continue to suffer, from PTSD and severe emotional distress because of these terrorist attacks. My enjoyment of life has disintegrated as I suffered, and continue to suffer, from depression, insomnia, a lack of concentration, anxiety, flashbacks, and nightmares.

I DECLARE, VERIFY, AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 7 day of September, 2022.

*Raymond Streker*
Declarant Raymond E. Streker

3

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)