# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Suzan M. King, et al.*

-v-

*Islamic Republic of Iran, et al.*

**CERTIFICATE OF MAILING**

Case No.: 22-CV-05193(GBD)(SN)

I hereby certify under the penalties of perjury that on the 31st day of August 2022, I served:

Ministry of Foreign Affairs

Ministry of Foreign Affairs of the Islamic Republic of Iran

Iman Khomeini Avenue

Tehran, Iran

ATTN: H.E. Hossein Amir-Abodollahian

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

2 cop(ies) of the Summons, Compliant deemed filed on June 21, 2022, Civil Cover Sheet, Related Case Statement, Notice of Suit prepared in accordance with 22 C.F.R. § 93.2, with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Notice of Amendment Document No. 8188, Notice of Amendment Document No. 8189, and Notice of Amendment Document No. 8190 filed July 8, 2022, Affidavit of Translator (along with translations of each document in Farsi)

by USPS Registered Mail RH003476085US

Dated: New York, New York
August 31, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/Elaine Nguyen
DEPUTY CLERK