# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

In regard to *Susan M. King, et al. v. The Islamic Republic of Iran, et al.,* 22 CV 05193

I hereby certify under the penalties of perjury that on the 5th day of September 2022, I served defendant:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> Attn: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8138 7042 2234, to the Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter-Agency Liaison (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons
2. Complaint deemed filed on August 31, 2022
3. Civil Cover Sheet
4. Related Case Settlement
5. Notice of Suit Prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441 (d), and 1602-1611
6. Notice of Amendment Document No. 8188; Notice of Amendment Document No. 8189; Notice of Amendment Document No. 8190
7. Affidavit of Translator of Notice of Amendments; Affidavit of Translator of Susan M. King, et al. v. Islamic Republic of Iran Complaint and Accompanying Documents for Service
8. Translations of the above-mentioned documents

Dated: New York, New York
October 5, 2022

RUBY J. KRAJICK
CLERK OF COURT

/s/Elaine Nguyen
Deputy Clerk