UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE: : MEMORANDUM DECISION
: AND ORDER
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 : 03 MDL 1570 (GBD) (SN)
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs' Executive Committee for Personal Injury and Death Claims ("PEC") has filed a letter seeking to preserve their rights to object to Magistrate Judge Sarah Netburn's March 3, 2023 Report and Recommendation (ECF No. 8901). (PEC Mar. 14, 2023 Letter, ECF No. 8924.) In its March 13, 2023 Order (the "Order"), this Court recommitted the matter to Magistrate Judge Netburn, granted Plaintiffs' request for an extension to file supplemental evidence, and denied as moot Plaintiffs' request for an extension to file objections to the March 3, 2023 Report and Recommendation. (*See* Order, ECF No. 8920.)

Because this Court recommitted the matter to the Magistrate Judge, Magistrate Judge Netburn will be issuing a Supplemental Report and Recommendation based on supplemental evidence filed by Plaintiffs. (*See id.* at 3.) All parties shall have fourteen days from the date of service of the Supplemental Report and Recommendation to file any written objections to all of the Magistrate Judge's final recommendations. (*See id.* (citing 28 U.S.C. § 636(b)(1)(C); also citing Fed. R. Civ. P. 72(b)(2)).)

Dated: March 16, 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge