UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MD-1570 (GBD) (SN)<br><br>**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD) (SN)

  PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and upon his accompanying declaration, Brice G. Jastrow hereby moves this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York and the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, for an Order granting this motion to withdraw as counsel for non-party John Fawcett in the above-captioned action. As set forth in the attached declaration, withdrawal is necessary because the undersigned will cease to be associated with Lankler Siffert & Wohl LLP after March 17, 2023. In connection with the withdrawal, the Clerk is requested to remove the name of the undersigned from the CM/ECF service list.

  The law firm of Lankler Siffert & Wohl LLP will continue to serve as counsel for non-party John Fawcett. My withdrawal will not occasion a request for an extension of any deadlines in the case. I am not asserting a retaining or charging lien in connection with my departure.

Dated: March 16, 2023
      New York, NY

By: _____

Brice G. Jastrow (bjastrow@lswlaw.com)
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399

*Withdrawing Attorney for non-party John Fawcett.*