UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re Terrorist Attacks on September 11, 2001                :    03-md-1570 (GBD) (SN)
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)

## DECLARATION OF BRICE JASTROW IN SUPPORT OF
## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Brice Jastrow, under penalty of perjury, states as follows:

1. The facts herein are based upon my personal knowledge.

2. Withdrawal is necessary because the undersigned will cease to be associated with Lankler Siffert & Wohl LLP after March 17, 2023.

3. My withdrawal will not occasion a request for an extension of any deadlines in the case.

4. I am not asserting a retaining or charging lien in connection with my departure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2023
       New York, NY

By: _____
    Brice Jastrow