UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Terrorist Attacks on September 11, 2001          03-md-1570 (GBD) (SN)

---

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

Before the Court is the Motion for Withdrawal of Brice Jastrow as Attorney of Record for non-party John Fawcett.

IT IS ORDERED that the Motion for Withdrawal of counsel is GRANTED. The Clerk is requested to remove Brice Jastrow from the docket as counsel for John Fawcett.


Dated: March ___, 2023          _____
       New York, NY              SARAH NETBURN
                                 United States Magistrate Judge