```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

---

SWISS REINSURANCE AMERICA CORPORATION, SWISS RE INTERNATIONAL S.E., WESTPORT INSURANCE CORPORATION, SWISS RE EUROPE S.A., and SWISS REINSURANCE COMPANY LTD.,

Plaintiffs,

- against -

KINGDOM OF SAUDI ARABIA,

Defendant.

18-CV-12109 (GBD)(SN)

## NOTICE OF WITHDRAWAL OF SARA E. ORTIZ AND ORDER

**PLEASE TAKE NOTICE** that the undersigned, Sara E. Ortiz of Cahill Gordon & Reindel LLP, hereby requests the Court's leave to withdraw as counsel for Plaintiffs Swiss Reinsurance America Corporation, Swiss Re International S.E., Westport Insurance Corporation, Swiss Re Europe S.A., and Swiss Reinsurance Company Ltd. (the "Plainitffs") in the above-captioned proceeding.

The requirements of Local Rule 1.4 are met. The reason for this withdrawal is that, as of March 21, 2023, I will no longer be associated with Cahill Gordon & Reindel LLP. Mr. Rosenthal, who has also appeared in this case, will continue to be counsel of record for the Plaintiffs, and accordingly no delay or prejudice to any party will result from my withdrawal.

Dated: March 20, 2023

Respectfully submitted,

/s/ Sara E. Ortiz

Sara E. Ortiz
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York 10005
(212) 701-3000
sortiz@cahill.com

---

The Court grants Sara E. Ortiz leave to withdraw as counsel.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 21, 2023
      New York, New York

---