```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977
> Burlingame, et al. v. Bin Laden, et al., No. 02-cv-07230
> Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236
> Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003
> Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266

The Court orders the substitution of counsel described in ECF Nos. 8835 and 8836. John F. Schutty of the Law Office of John F. Schutty, P.C., is substituted in place of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC as counsel of record for Kristen Breitweiser, individually; Kristen Breitweiser as personal representative of the Estate of Ronald Michael Breitweiser; Caroline Breitweiser; Patricia Ryan, individually; Patricia Ryan as personal representative of the Estate of John J. Ryan, Jr.; Laura Ryan; Colin Ryan; and Kristen Ryan.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 21, 2023
         New York, New York