USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2023

**MDL 1570 PLAINTIFFS' EXECUT**

In re: Terrorist Attacks on September

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Steph<br>Sean<br>J. Sco<br>COZEN O'CONNOR |

**VIA ECF**

March 20, 2023

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

     Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

     The Plaintiffs' Executive Committees (PECs) write to request a one-week extension of the deadline set by the Court's March 13, 2023 Order at ECF No. 8923, for the Plaintiffs' letter concerning *Daubert* briefing.

     Following Judge Daniels' March 2, 2023 scheduling Order for further proceedings as to Saudi Arabia (ECF No. 8896), but prior to Your Honor's Order of March 13, 2023, the PECs scheduled an in-person meeting among plaintiffs' counsel for March 27, 2023, to discuss *Daubert* issues and other outstanding matters relating to the further proceedings as to the Kingdom. March 27 was the earliest date all relevant counsel were available to meet in person. Given that upcoming meeting, the PECs respectfully request a one-week extension, from March 22, 2023 to March 29, 2023, for the Plaintiffs' letter on *Daubert* issues. This extension will not impact the deadlines established by Judge Daniels' Order at ECF No. ECF No. 8896.

     Saudi Arabia has informed Plaintiffs that it takes no position on Plaintiffs' request to extend the March 22, 2023 deadline for Plaintiffs' letter, but will oppose any request to extend any of the deadlines in the briefing schedule.

     The PECs thank Your Honor for the Court's attention to this request.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
MOTLEY RICE LLC

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
COZEN O'CONNOR

The Honorable Sarah Netburn
March 20, 2023
Page 2

---

28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims*

One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims*

cc:  The Honorable George B. Daniels, via ECF
     All Counsel of Record, via ECF

---

The PECs' extension request is GRANTED. The Plaintiffs' letter discussing <u>Daubert</u> issues shall be filed March 29, 2023.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 21, 2023
       New York, New York