UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 03-md-1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD) (SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD) (SN)
*Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD) (SN)
*Schneider et al. v. Islamic Republic of Iran*, 02-cv-7209 (GBD) (SN)

**NOTICE OF APPEAL**

Notice is given this 23rd day of March, 2023, that Plaintiffs Kathleen Ashton *et al.*, Virginia Bauer *et al.*, Sheri Burlingame *et al.*, and Cheryl Schneider *et al.* in the above-captioned cases, hereby appeal to the United States Court of Appeals for the Second Circuit from the final order entered by the Honorable George B. Daniels on February 21, 2023 (ECF No. 8866 in 03-md-1570; ECF No. 1917 in 02-cv-06977; ECF No. 226 in 02-cv-7236; ECF No. 280 in 02-cv-7230; and ECF No. 109 in 02-cv-7209), a copy of which is attached as Exhibit A, and all other orders that are merged into that final order or that are otherwise appealable. The full list of the Ashton, Bauer, Burlingame, and Schneider Plaintiffs is attached as Exhibit B.

Date: March 23, 2023
      New York, New York

Respectfully submitted,

**KREINDLER & KREINDLER LLP**

BY:   /s/ Andrew J. Maloney, III
Andrew J. Maloney, III, Esq.
485 Lexington Ave., 28th Floor
New York, New York 10017
Tel: (212) 687-8181
amaloney@kreindler.com

*Counsel for Ashton Plaintiffs*

– and –

**SHER TREMONTE LLP**

Theresa Trzaskoma
Noam Biale
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
nbiale@shertremonte.com

*Counsel for Ashton Plaintiffs*