# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

DIRECT NUMBER: 2028795572
SCOTTREAU@JONESDAY.COM

March 24, 2023

**VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (S.D.N.Y.) (GBD) (SN)

Dear Judge Netburn:

Counsel for Dubai Islamic Bank ("DIB") writes to request that the Court approve filing dates for a response and a reply in connection with Plaintiffs' Objections Pursuant to Federal Rule of Civil Procedure 72 to Judge Netburn's March 6, 2022 Order, which Plaintiffs filed on March 21, 2023, as ECF No. 8940.

The parties have agreed to propose that DIB's response to Plaintiffs' Objections will be limited to 12 pages and should be due on April 11, 2023, and that Plaintiffs' reply will be limited to 7 pages and should be due on April 25, 2023. We respectfully request that the Court approve those dates.

As the Court is aware, in other contexts, questions have been raised as to whether leave of Court is required for a response to Rule 72(a) Objections. To the extent necessary, DIB respectfully requests leave to file their response.

Sincerely,

*/s/ Steven T. Cottreau*
Steven T. Cottreau
JONES DAY

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

March 27, 2023
New York, New York

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON