KELLOGG, HANSEN, TODD, FIGEL & FRE
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/27/2023
```

March 23, 2023

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to request that the Court approve filing dates for a response and a reply in connection with the *Ashton* Plaintiffs' Objections Pursuant to Federal Rule of Civil Procedure 72 and 28 U.S.C. § 636(b)(1)(A) to the Magistrate Judge's March 13, 2023 Order, which the *Ashton* Plaintiffs filed on March 21, 2023, as ECF No. 8940.

    Saudi Arabia and the *Ashton* Plaintiffs have agreed to propose that Saudi Arabia's response to the *Ashton* Plaintiffs' Objections should be due on or before April 4, 2023, and that the *Ashton* Plaintiffs' reply should be due on or before April 11, 2023. We respectfully request that the Court approve those dates.

    As the Court is aware from previous letters, the parties have contested whether leave of Court is required for a response to Rule 72(a) objections, and it is Saudi Arabia's position that no leave is required. *See* ECF No. 4753, at 1-2 & n.*. To the extent necessary, Saudi Arabia respectfully requests leave to file its response.

                                          Respectfully submitted,

                                          /s/ *Michael K. Kellogg*

                                          Michael K. Kellogg

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 27, 2023
      New York, New York