IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased; and KATHERINE SOULAS, Executrix of the Estate of Timothy Soulas, deceased<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br><br>　　　　　　　　Defendants. | CASE NO. 01-cv-10132-GBD-SN |

**MOTION TO RENEW AND EXTEND JUDGMENT AGAINST THE TALIBAN, THE ISLAMIC EMIRATE OF AFGHANISTAN, AND AL QAEDA/ ISLAMIC ARMY**

In accordance with Federal Rule of Civil Procedure 69(a)(1) and N.Y.C.P.L.R. §§ 5014 and 3213, Raymond Anthony Smith, Administrator of the Estate of George Smith, and Katherine Soulas, Executrix of the Estate of Timothy Soulas hereby move this Honorable Court for an order renewing and extending the 14 July 2003 judgment (#03,1446) [ECF 28] docketed against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army.

As set forth in the following Memorandum of Law in support of their motion, there can be no genuine (or indeed, even possible) dispute that the aforementioned judgment previously obtained by Plaintiffs has not been satisfied, in whole or part, and Plaintiffs can and do establish their *prima facie* entitlement to a renewal of that judgment against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

By:    /s/ *James E. Beasley, Jr.*
       JAMES E. BEASLEY, JR. (*pro hac vice*)
       DION G. RASSIAS
       1125 Walnut Street
       Philadelphia, PA 19107
       (215) 592-1000
       (215) 592-8360 (facsimile)
       jbj@beasleyfirm.com
       dgr@beasleyfirm.com
       *Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased; and KATHERINE SOULAS, Executrix of the Estate of Timothy Soulas, deceased<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br><br>Defendants. | CASE NO. 01-cv-10132-GBD-SN |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Motion to Renew and Extend Judgment against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army was filed via the ECF system for the Southern District of New York.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

By: /s/ James E. Beasley, Jr.
JAMES E. BEASLEY, JR. (*pro hac vice*)
DION G. RASSIAS
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
(215) 592-8360 (facsimile)
jbj@beasleyfirm.com
dgr@beasleyfirm.com
*Attorneys for Plaintiffs*