IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased; and KATHERINE SOULAS, Executrix of the Estate of Timothy Soulas, deceased<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br><br>Defendants. | CASE NO.  01-cv-10132-GBD-SN |

### (Proposed) ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of Plaintiffs' Motion to Renew and Extend Judgment Against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/the Islamic Army, it is hereby declared and ordered that said motion is **GRANTED**. Plaintiffs' judgment (#03,1446) originally docketed 14 July 2003 against Defendants: the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army is hereby renewed and extended against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army for an additional twenty (20) years.

BY THE COURT:

_____