UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:
*Susan M. King et al. v. Islamic Republic of Iran*, 1:22-cv-05193 (GBD)(SN)

## PLAINTIFFS' REMOVAL OF PARTY AGAINST THE ISLAMIC REPUBLIC OF IRAN PURSUANT TO CASE MANAGEMENT ORDER #2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Case Management Order #2, ¶ 12, ECF No. 247, and Federal Rule of Civil Procedure 15(d), and as previously utilized for docket management, *see, e.g.*, ECF Nos. 3324, 3331, the Plaintiff listed on Attachment A hereto is hereby dismissed without prejudice from the above-referenced matter. Undersigned counsel was recently informed that the Plaintiff in Attachment A is already a party in *Gaston, et al. v. The Islamic Republic of Iran*, No. 1:18-cv-12337.

Dated:  New York, New York
April 4, 2023

Respectfully submitted,

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 279-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
            bstrong@andersonkill.com
            agreene@andersonkill.com

*Attorneys for Plaintiffs*

docs-100588539.1

## **Attachment A**

1. Ariel Martinez, individually, as surviving child of Betsy Martinez