```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The conference scheduled for Tuesday, April 11, 2023, at 3:00 p.m. will be held in Courtroom 110, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. See ECF No. 8923.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 4, 2023
             New York, New York