```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Members of the public may listen to the proceedings scheduled in this case for Tuesday, April 11, 2023, at 2:30 p.m. and 3:00 p.m. by dialing (844) 721-7241 and using access code 8085550.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 7, 2023
                New York, New York