IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Ashton, et al. v. Al Qaeda, et al.*, No. 02-cv-6977; *Federal Ins. Co., et al. v. Al Qaida, et al.*, No. 03-cv-6978; *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849; *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922; *Continental Casualty Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-5970; *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114; *Aronow, et al. v. Republic of Sudan*, No. 20-cv-07733; *Betru, et al. v. The Republic of Sudan*, No. 20-cv-10615; *Parker, et al. v. The Republic of the Sudan*, No. 20-cv-10657; *Nolan, et al. v. The Republic of the Sudan*, No. 20-cv-10720; and *Maher v. Republic of the Sudan*, No. 23-cv-02846. | |

## MOTION FOR ADMISSION OF CELIA A. McLAUGHLIN PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Celia A. McLaughlin hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan"), in the above-captioned actions.

I am in good standing in the bars of the State of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 10, 2023
       Washington, DC

Respectfully submitted,

 /s/ *Celia A. McLaughlin*
Celia A. McLaughlin
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:     + 1 202 626 3600
Facsimile:     + 1 202 639 9355
cmclaughlin@whitecase.com

*Counsel for the Republic of the Sudan, and all of its constituent parts*