IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Ashton, et al. v. Al Qaeda, et al.*, No. 02-cv-6977; *Federal Ins. Co., et al. v. Al Qaida, et al.*, No. 03-cv-6978; *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849; *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922; *Continental Casualty Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-5970; *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114; *Aronow, et al. v. Republic of Sudan*, No. 20-cv-07733; *Betru, et al. v. The Republic of Sudan*, No. 20-cv-10615; *Parker, et al. v. The Republic of the Sudan*, No. 20-cv-10657; *Nolan, et al. v. The Republic of the Sudan*, No. 20-cv-10720; and *Maher v. Republic of the Sudan*, No. 23-cv-02846. | |

**[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION**

The Motion of Celia A. McLaughlin for admission to practice Pro Hac Vice before this Court in the above-captioned cases is GRANTED. Celia A. McLaughlin has declared that she is a member in good standing of the bars of the State of New York and the District of Columbia; and that her contact information is as follows:

Celia A. McLaughlin
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:     +1 202 626 3600
Facsimile:     +1 202 639 9355
cmclaughlin@whitecase.com

Celia A. McLaughlin having requested admission Pro Hac Vice to appear for all purposes as counsel for the Republic of the Sudan, and all of its constituent parts (collectively, "Sudan), in the above-captioned actions;

IT IS HEREBY ORDERED that Celia A. McLaughlin is admitted to practice Pro Hac Vice in the above-captioned cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____
                                                                                      Sarah Netburn
                                                                                      United States Magistrate Judge