**MDL 1570 PLAINTIFFS' EXECUTIV**

In re: Terrorist Attacks on September 1

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Pl: |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen / |
| Jodi Westbrook Flowers, *Co-Chair* | Sean P. C |
| Donald A. Migliori, *Co-Chair* | J. Scott T |
| Robert T. Haefele, *Liaison Counsel* | COZEN O |
| MOTLEY RICE LLC | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2023

**VIA ECF**

April 10, 2023

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:  *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees (PECs) write to request an extension from May 1, 2023, to May 12, 2023, of the deadline set by the Court's March 2, 2023 Order at ECF No. 8896, for the Plaintiffs' *Daubert* motions. Counsel for Saudi Arabia has advised that it opposes the PECs' request.

In light of travel commitments in relation to the holidays (including two members of plaintiffs' team being absent from the United States) and the two intervening Court hearings in April, and the necessity for the various plaintiffs' firms to coordinate for the single *Daubert* brief, the PECs and other lawyers for the plaintiffs require the additional time.

The PECs thank Your Honor for the Court's attention to this request.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims*

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims*

The Honorable Sarah Netburn
April 10, 2023
Page 2

_____

cc:     The Honorable George B. Daniels, via ECF
          All Counsel of Record, via ECF

---

The PECs' extension request is GRANTED. The PECs and the Kingdom of Saudi Arabia shall file Daubert motions by May 12, 2023. Oppositions are due June 26, 2023, and replies are due August 4, 2023. No further extension requests will be granted.

The Court adopts the parties' joint proposal as to page limits. See ECF Nos. 8946, 8972. The parties may file opening briefs of up to 70 pages, opposition briefs of up to 70 pages, and reply briefs of up to 35 pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 11, 2023
       New York, New York