UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
                                    :
IN RE:                              :
                                    :                    ORDER
TERRORIST ATTACKS ON                :
                                    :            03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
----------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The following is the public line for the April 19, 2023 conference at 10:00 a.m.:

Telephone Number: 844-291-5490; Access Code: 2013419.


Dated: April 12, 2023
       New York, New York

                                            SO ORDERED.

                                            _____
                                            GEORGE B. DANIELS
                                            United States District Judge