**Law Office of Andrew C. L**

265 West 40th Street, Suite
New York, NY 10018
(212) 422-1020 – Phone
(212) 422-1069 – Facsimi
www.lauferlawgroup.con

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2023

April 11, 2023

**Via ECF**
Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
Brooklyn, New York 11201

Re: **Lefft et al v. Kingdom of Saudi Arabia**
Claim #: **18-cv-03353 (BMC)**

Your Honor:

This office represents the Lefft plaintiffs in this action. Our office was just made aware that there is an appearance before Your Honor at 2:30 pm today concerning a motion we erroneously made for default against the Taliban defendants. I was out of state on vacation last week when the appearance was scheduled.

Let me first express my sincerest apologies to the Court regarding the making of this motion. It was done in error. We erroneously believed that, because we associated ourselves with the Ashton complaint against the Kingdom of Saudi Arabia that this also gave us leave to

A conference is SCHEDULED for Monday, April 17, 2023, at 3:00 p.m., to discuss issues related to the Lefft plaintiffs' motion for default judgment against the Taliban. At that time, Lefft counsel should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Ashton counsel are requested to join as well. If this date is unavailable for any party, counsel must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. The Court reminds Lefft counsel that any materials filed in this matter must also be filed on the main multidistrict litigation docket at No. 03-md-01570. See ECF No. 7354.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: April 12, 2023
New York, New York