IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |
| This document relates to: *All Actions* | |

### [PROPOSED] ORDER

Matthew S. Leddicotte's motion to withdraw as counsel for Al Rajhi Bank is GRANTED. The Clerk of the Court is respectfully directed to remove Matthew S. Leddicotte from the docket as counsel for Al Rajhi Bank.

SO ORDERED.

April __, 2023
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge