UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                                                  03-MD-1570 (GBD) (SN)

    TERRORIST ATTACKS ON                                 **NOTICE OF MOTION**
    SEPTEMBER 11, 2001                                       **TO WITHDRAW AS COUNSEL**

-------------------------------------------------------x

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)

      PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and upon his accompanying declaration, Michael Gerber hereby moves this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, and the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, for an Order granting this motion to withdraw as counsel for non-party John Fawcett in the above-captioned action.  As set forth in the attached declaration, withdrawal is necessary because the undersigned is leaving Lankler Siffert & Wohl LLP to take a position in the public sector.  In connection with the withdrawal, the Clerk is requested to remove the name of the undersigned from the CM/ECF service list.

      The law firm of Lankler Siffert & Wohl LLP will continue to serve as counsel for non-party John Fawcett.  My withdrawal will not occasion any prejudice or any request for extension of any deadlines in the case.  I am not asserting a retaining or charging lien in connection with my departure.

Date:   April 14, 2023
          New York, NY

                                              By:  /s/ Michael Gerber
                                                     Michael Gerber (mgerber@lswlaw.com)
                                                     LANKLER SIFFERT & WOHL LLP
                                                   1185 Avenue of the Americas
                                                 New York, NY 10036
                                                 (212 921-8399

                                                 *Withdrawing Attorney for Non-Party*
                                                 *John Fawcett*