UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                                    03-MD-1570 (GBD) (SN)

    TERRORIST ATTACKS ON            **DECLARATION OF MICHAEL**
    SEPTEMBER 11, 2001                   **GERBER IN SUPPORT OF MOTION**
                                                             **TO WITHDRAW AS COUNSEL**

-------------------------------------------------------x

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)

I, Michael Gerber, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Lankler Siffert & Wohl LLP ("LSW"). I submit this declaration in support of my motion to withdraw as counsel of record for non-party John Fawcett.

2. The reason for my withdrawal is that I am leaving LSW on April 14, 2023, to take a position in the public sector.

3. Mr. Fawcett will continue to be represented by Helen Gredd, Gabrielle Friedman, and Jeannie Rose Rubin of LSW.

4. I am not asserting a retaining or charging lien.

5. Accordingly, my withdrawal will not cause or result in any delay or prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 14, 2023
         New York, NY

                                                          By: /s/ Michael Gerber
                                                                   Michael Gerber