UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                               03-MD-1570 (GBD) (SN)

    TERRORIST ATTACKS ON                **[PROPOSED] ORDER GRANTING**
    SEPTEMBER 11, 2001                        **WITHDRAWAL OF COUNSEL**

-------------------------------------------------------x

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)

    Before the Court is the Motion for Withdrawal of Michael Gerber as Attorney of Record for non-party John Fawcett.

    IT IS ORDERED that the Motion for Withdrawal of counsel is GRANTED. The Clerk is requested to remove Michael Gerber from the docket as counsel for John Fawcett.

Date:   April __, 2023
          New York, NY

                                                              SARAH NETBURN
                                                              United States Magistrate Judge