## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Continental Casualty Company, et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970 (GBD)(SN)

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Janine A. Balzofiore, hereby appears in the above-captioned proceeding as counsel for plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania ("Plaintiffs").

Dated:  April 17, 2023
        New York, NY

Respectfully submitted,

**FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.**

By: */s/  Janine A. Balzofiore*
    Janine A. Balzofiore
Wall Street Plaza, 16th Floor
New York, New York 10005
Telephone: 212-269-4900
Facsimile: 212-344-4294
Email: jbalzofiore@fmew.com
*Attorneys for Plaintiffs*