**MDL 1570 PLAINTIFFS' EXECUTIVE**
In re: Terrorist Attacks on September 11,

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plain** |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. C |
| Jodi Westbrook Flowers, *Co-Chair* | Sean P. Carte |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarb |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2023

**VIA ECF**

April 14, 2023

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    We write on behalf of the Plaintiffs' Executive Committees ("PECs") jointly with the Department of Justice on behalf of the FBI, the Kingdom of Saudi Arabia, and Dallah Avco to advise the Court that the parties have met and conferred about confidentiality issues pursuant to Your Honor's March 13, 2023 Order. ECF No. 8923. The parties continue to discuss proposals for streamlining the confidentiality review process and intend to submit a joint letter to the Court once the process is complete.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
ROBERT T. HAEFELE
JODI WESTBROOK FLOWERS
DONALD A. MIGLIORI
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims*

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
SEAN P. CARTER
STEPHEN A. COZEN
J. SCOTT TARBUTTON
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims*

cc:    The Honorable George B. Daniels, via ECF

docs-100591297.1

The Honorable Sarah Netburn
April 14, 2023
Page 2

_____

       All Counsel of Record via ECF

---

The parties shall submit a joint letter with their proposal for streamlining the confidentiality review process by May 22, 2023.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 17, 2023
       New York, New York

---