# Exhibit 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Underwriting Members of Lloyd's Syndicate 2, et al., v. Al Rajhi Bank, et al.*, No. 16-cv-07853
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117
*Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450
*Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651
*Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887
*Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908
*Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914
*Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617

## NOTICE OF ORAL DEPOSITION OF ABDULLAH BIN SULEIMAN AL RAJHI

To:   Defendant Al Rajhi Bank ("ARB"), through its attorneys of record, Christopher M. Curran, Nicole Erb, Matthew S. Leddicotte, Reuben J. Sequeira, White & Case LLP, 701 Thirteenth Street, N.W., Washington D.C. 20005.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, the Plaintiffs' Executive Committees, on behalf of the Plaintiffs in the above-captioned multidistrict litigation, will take the audio and video recorded deposition upon oral examination of ABDULLAH BIN SULEIMAN AL RAJHI via videoconference, on May 17 and 18, 2023, and starting each day on a time to be agreed by the parties and continuing from day-to-day on adjourned dates until completed with such adjournments as to time and place as may be necessary.

1. The deposition shall be taken with the assistance of a notary public or other person authorized by law to administer oaths, with the witness situated at a location to be determined and agreed to by the parties.

2. The deposition will be recorded by stenographic, sound, and video means. The parties shall meet and confer regarding the technical requirements for the equipment used to record the video and audio portions of the deposition, as well as the available bandwidth, and if no agreement can be reached the issue may be presented to the Court for determination.

3. The witness will be shown documents during the deposition by remote means requiring a stand-alone computer and monitor, which must be made available for the witness. The parties shall meet and confer regarding the technical requirements for that

       computer and monitor, and if no agreement can be reached the issue may be presented to the Court for determination.

4. The parties shall meet and confer regarding the persons, if any, that may be allowed into the room with the witness during his testimony, and if no agreement can be reached, the issue may be presented to the Court for determination in advance of the deposition.

5. Plaintiffs request that ARB and the witness produce, at least seven days before the deposition, a copy of the witness's current curriculum vitae or résumé and all documents used to refresh the witness's recollection and/or upon which the witness will rely for his testimony.

6. Plaintiffs also request that ARB and the witness inform the Plaintiffs immediately, but in no event less than seven days prior to before the deposition, if the witness will testify in the English or Arabic language.

7. Please be advised that given the uncertainties and possible issues that may arise after the depositions begin, Plaintiffs anticipate that the parties may need to meet and confer concerning protocols during breaks in the deposition to ensure the integrity of the deposition process and compliance with the discovery rules and standards.

Dated:  April 4, 2023
                                  COZEN O'CONNOR

                                                        /s/ Sean P. Carter, Esq.
Sean P. Carter, Esq.
William N. Clark, Jr., Esq.
J. Scott Tarbutton, Esq.
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-2000

*On behalf of the MDL 1570 Plaintiffs' Executive Committees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April 2023, I caused a copy of the foregoing Notice of Oral Deposition of Abdullah bin Suleiman al Rajhi to be served by email upon the following for further distribution to counsel for all parties in this action:

James L. Bernard, Esq.
Patrick N. Petrocelli, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
jbernard@stroock.com
ppetrocelli@stroock.com

Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
25 High Street
Huntington, NY 11743
rsheps@shepslaw.com

Christopher R. LoPalo, Esq.
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
clopalo@napolilaw.com

Matthew S. Leddicotte, Esq.
Reuben J. Sequeira, Esq.
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005-3807
mleddicotte@whitecase.com
rsequeira@whitecase.com

Alan R. Kabat, Esq.
Bernabei & Kabat, PLLC
1400 16th Street, N.W., Suite 500
Washington, D.C. 20036
kabat@bernabeipllc.com

_____
J. Scott Tarbutton, Esq.

LEGAL\62565160\1