# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

<u>Via ECF</u>  April 21, 2023

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11A
New York, NY 10007

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); <u>*Maria Alayo Aguilar, et al. v. Republic of Sudan*</u>, 1:23-cv-03246 (SDNY)

Dear Judge Netburn:

  Pursuant to Your Honor's Order dated December 1, 2020, docketed under the MDL as ECF No. 6547, we respectfully request that the above-referenced case filed April 19, 2023 be made part of the MDL.

  Per Your Honor's emergency individual rules and practices in light of COVID-19, available at https://www.nysd.uscourts.gov/hon-sarah-netburn, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.  Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Jerry Goldman*
                Jerry S. Goldman, Esq.

                *Attorney for the Plaintiffs*

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
April 21, 2023
Page 2

Cc (via ECF): The Honorable George B. Daniels
All MDL Counsels of Record

docs-100593177.1