UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD) (SN) |

**This filing relates to:**

*Aguilar, et al. v. The Republic of the Sudan, No. 1:23-cv-03246-GBD*

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

April 24, 2023

                By:   */s/ Bruce E. Strong*
                         Bruce E. Strong, Esq.
                         Anderson Kill P.C.
                         1251 Avenue of the Americas
                         New York, NY 10020-1182
                         Telephone:  212-278-1000
                         Email:  bstrong@andersonkill.com

                         *Attorney for Plaintiffs*