UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

**This filing relates to:**

*Aguilar, et al. v. The Republic of the Sudan*, No. 1:23-cv-03246-GBD

### ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

April 24, 2023

                      By:    */s/ Alexander Greene*
                                Alexander Greene, Esq.
                                ANDERSON KILL P.C.
                                1251 Avenue of the Americas
                                New York, NY 10020-1182
                                Telephone: 212-278-1000
                                Email: agreene@andersonkill.com

                                *Attorney for Plaintiffs*

docs-100592919.2