# Law Office of Andrew C. Laufer, PLLC
264 West 40th Street, Suite 604
New York, NY 10018
(212) 422-1020 – Phone
(212) 422-1069 – Facsimile

April 25, 2023

<u>Via ECF</u>
Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
464 Pearl Street
New York, NY 10007

    **Re:**    **Leftt v. Kingdom of Saudi Arabia**
    **Docket#:**    **18-CV-3353/03-MD-1570**

Your Honor:

    Please find enclosed a Declaration written by Andrew C. Laufer in compliance with Court's order of April 19, 2023 along with exhibit A attached.

    Thank you for your time and attention to this matter.

Cordially,

Andrew C. Laufer

ACL/bd