# EXHIBIT A

| PLAINTIFF | DEFENDANTS | NATURE OF CLAIMS | LEGAL & FACTUAL BASIS OF CLAIMS | COMPLAINT |
|---|---|---|---|---|
| ANDREW LEFFT | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an EMT first responder at Ground Zero and exposed to toxins in the aftermath of the attack and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| EDWARD MCCONNIN | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an employee of the NYCTA charged with making repairs to the subway infrastructure on and around Ground Zero.  He was exposed to toxins in the aftermath of the attack and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| EUGENE MILANESI | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an employee of the NYCTA charged with making repairs to the subway infrastructure on and around Ground Zero.  He was exposed to toxins in the aftermath of the attack and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| FRANZ EDWARDS | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an EMT first responder and exposed to toxins in the aftermath of the attack and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| FRED GOLBA | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was a first responder who oversaw the canine search, rescue, and recovery efforts at the pile, was exposed to toxins at the site and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| GEORGE L. NAPAKH | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an employee of the NYCTA charged with making repairs to the subway infrastructure, specifically lighting, on and around Ground Zero.  He was exposed to toxins in the aftermath of the attack and became sick/ill. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| JEAN ELIE | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an employee of the NYCTA charged with making repairs to the subway infrastructure on and around Ground Zero.  He was exposed to toxins in the aftermath of the attack and became sick/ill. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| JOHN E. BONSIGNORE III | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was a construction worker involved in the recovery efforts and as such was exposed to toxins in the area around the downtown site and became sick/ill. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| LAWRENCE FRASCA | Kingdom of Saudi Arabia | Personal Injuries | Upon hearing of the tower collapses, Mr. Frasca traveled to the site to search for his cousin who was an FDNY fireman. During his search, he learned that his cousin was killed as a result of the tower collapse.  During his search, he was exposed to toxins at the site. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |
| JILL MASSA AS EXECUTOR OF THE ESTATE OF LOUIS MASSA, DECEASED | Kingdom of Saudi Arabia | Wrongful Death, Personal Injuries, Solatium Damages | Following the 9/11 attacks, on or about 9/17/2001, Louis Massa was employed as a construction worker with Tishman Interior Corp.  He was involved in the cleanup and recovery efforts at Ground Zero.  He was exposed to toxins at the site, developed various cancers and passed away on May 22, 2012. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 39 |
| LYUDMILA NAPAKH | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was a NYCDOT employee whose office was located at 2 Rector Street, during and after the attack and was exposed to the toxins eminating from Ground Zero and became sick/ill. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463  Docket Entry 8 |

| Plaintiff | Nationality | Claim Type | Description | Case |
|---|---|---|---|---|
| MICHAEL ALTMAN AS EXECUTOR OF THE ESTATE OF LISA ALTMAN, DECEASED | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff is the widow and executor of the Estate of Lisa Altman. Ms. Altman was an Office of Court Administration employee for the State of New York Court System. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 8 |
| MICHAEL CIPPARULO | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an employee of the NYCTA charged with making repairs to the subway infrastructure on and around Ground Zero. He was exposed to toxins in the aftermath of the attack and became sick/ill. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 8 |
| MICHAEL ZEMELMAN AS EXECUTOR OF THE ESTATE OF RAISA ZEMELMAN, DECEASED | Kingdom of Saudi Arabia | Wrongful Death, Personal Injuries | Plaintiff is the widow and executor of the Estate of Raisa Zemelman. Ms. Zemelman was also an employee of plaintiff's dental practice near Ground Zero. She was exposed to toxins at or near the site, developed cancer, and passed away. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 8 |
| ROBERT WATMAN | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was a civilian employee downtown during and after the attack and was exposed to the toxins eminating from Ground Zero and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 8 |
| SVETLANA ROY | Kingdom of Saudi Arabia | Personal Injuries | Ms. Roy was involved in the in recovery efforts at Ground Zero. She was a member of Local 78 - Asbestos handler. She was exposed to the toxins at Ground Zero and became ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 8 |
| VIVIAN LOMACANG | Kingdom of Saudi Arabia | Personal Injuries | Ms Lomacang was an EMT first responder at Ground Zero. She was exposed to toxins at the pile and, as a result, became sick. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 8 |
| WILLIAM G. NELSON | Kingdom of Saudi Arabia | Personal Injuries | Was a building inspector with the Town of Carmel. He was called by his brother, an NYPD officer at the time, to assist with building inspections at Ground Zero since a number of NYC building inspectors died in the collapse of the towers. As a result, he was exposed to toxins at the site and became sick. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 8 |
| CAROLINE ALTMAN | Kingdom of Saudi Arabia | Solatium Damages | Surviving daughter of Lisa Altman, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| CHARLES ALTMAN | Kingdom of Saudi Arabia | Solatium Damages | Surviving son of Lisa Altman, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| ANGELA ZEMELMAN CLAIRE | Kingdom of Saudi Arabia | Solatium Damages | Surviving daughter of Raisa Zemelman, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| MARIE BERNOTH | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an employee of the NYCTA charged with making maintenance and repairs to the subway infrastructure on and around Ground Zero. He was exposed to toxins in the aftermath of the attack | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| EILEEN LUCIANO | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was civilian employee downtown near Ground Zero and was exposed to toxins emanating thereat. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| EMILY MASSA | Kingdom of Saudi Arabia | Solatium Damages | Surviving daughter of Louis Massa, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |

| Plaintiff | Defendant | Claim | Description | Case Reference |
|---|---|---|---|---|
| JENNA MASSA | Kingdom of Saudi Arabia | Solatium Damages | Surviving daughter of Louis Massa, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| LOUIS ANTHONY MASSA | Kingdom of Saudi Arabia | Solatium Damages | Surviving son of Louis Massa, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| PAUL JOSEPH MASSA | Kingdom of Saudi Arabia | Solatium Damages | Surviving son of Louis Massa, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| RANDY RASTELO | Kingdom of Saudi Arabia | Personal Injuries | Civilian who was employed during and after the 9/11 attacks. Exposed to toxins near Ground Zero. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| ALEX ZEMELMAN | Kingdom of Saudi Arabia | Solatium Damages | Surviving son of Raisa Zemelman | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 39 |
| ANTONIO SOEIRA | Kingdom of Saudi Arabia | Personal Injuries | Was employeed by two separate construction companies who were involved in the clean-up and recovery efforts at Ground Zero. Was exposed to toxins at the pile and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket entry 45 |
| VICTOR DZHUGOSTRAN | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an employee of the NYCTA charged with making repairs to the subway infrastructure on and around Ground Zero. He was exposed to toxins in the aftermath of the attack and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 45 |
| JANINE MOGER AS EXECUTOR OF THE ESTATE OF CHRISTOPHER MOGER | Kingdom of Saudi Arabia | Wrongful Death, Personal Injuries, Solatium Damages | Plaintiff is the widow and executor of the estate of Christopher Moger who was a civilian exposed to toxins near Ground Zero during the first weeks after the attack. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 45 |
| JAMES MOGER | Kingdom of Saudi Arabia | Solatium Damages | Surviving son of Christopher Moger, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 45 |
| JOHN MOGER | Kingdom of Saudi Arabia | Solatium Damages | Surviving son of Christopher Moger, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 45 |
| SERAPHINA MOGER | Kingdom of Saudi Arabia | Solatium Damages | Surviving daughter of Christopher Moger, deceased | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 45 |
| ROBERT SUAREZ | Kingdom of Saudi Arabia | Personal Injuries | Plaintiff was an EMT first responder who assisted in the rescue and recovery efforts during the first week after the attack and became sick/ill as a result. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 45 |
| JAMES CHAN, by Personal Rep. Beili Zheng - Your affirmant was relieved as counsel by Ashton Plaintiff's counsel Kreindler & Kreindler on 12/28/2018 | | | | |

| MICHAEL ZEMELMAN | Kingdom of Saudi Arabia | Solatium Damages | Surviving Widow of Raisa Zemelman, deceased. | Lefft v. KSA, et al - 18-cv-03353,03-MD-01570 - Consolidated Amended Complaint as to the Kingdom of Saudi Arabia - ECF 3463 Docket Entry 45 |