UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re Terrorist Attacks on September 11, 2001          No. 18-CV-03353
                                                        ECF Case

**<u>SAUDI ARABIA</u>**
**<u>NOTICE OF AMENDMENT</u>**

------------------------------------------------------------------X
ANDREW LEFTT; EDWARD MCCONNIN; EUGENE
MILANESI; FRANZ EDWARDS; FRED GOLBA;
GEORGE L. NAPAKH; BEILI ZHENG AS EXECUTOR
OF THE ESTATE OF JAMES CHAN, DECEASED;
JEAN ELIE; JOHN E. BONSIGNORE III; LAWRENCE
FRASCA, JILL MASSA AS EXECUTOR OF THE
ESTATE OF LOUIS MASSA, DECEASED; LYUDMILA
NAPAKH; MICHAEL ALTMAN AS EXECUTOR OF
THE ESTATE OF LISA ALTMAN, DECEASED;
MICHAEL CIPPARULO; MICHAEL ZEMELMAN;
MICHAEL ZEMELMAN AS EXECUTOR OF THE
ESTATE OF RAISA ZEMELMAN, DECEASED; ROBERT
WATMAN; SVETLANA ROY; VIVIAN LOMACANG
WILLIAM G. NELSON; CAROLINE ALTMAN;
CHARLES ALTMAN; ANGELA ZEMELMAN CLAIRE;
MARIE BERNOTH; EILEEN LUCIANO; EMILY MASSA;
JENNA MASSA; LOUIS ANTHONY MASSA; PAUL
JOSEPH MASSA; RANDY RASTELO; ALEX ZEMELMAN;

                                        PLAINTIFFS;
                -against-

KINGDOM OF SAUDI ARABIA,
                                        DEFENDANTS;

------------------------------------------------------------------X

This document relates to: Short Form Complaint and Demand for Jury Trial, No. 18-CV-03353.

Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 18-CV-03353. as permitted and approved by the Court's Order of July 10, 2018, ECF No. 17-4. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") raising claims against the Kingdom of Saudi Arabia. The underlying Complaint is deemed and amended to include the factual allegations, jurisdictional allegations, and jury trial

demand, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia,</u> No. 17-CV-2003 (GBD) (SN)(S.D.N.Y. Mar. 30, 2017), ECF No. 1, as well as all causes of action specified below. The amendment effect through this Notice of amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Kingdom of Saudi Arabia and does not apply to any other defendant.

Upon filing this Saudi Arabia Notice of Amendment, each New Plaintiff' is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint **[check only one complaint]** and the following causes of action set forth in that complaint:

☒**Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (Check all causes of action that apply)**

☒COUNT I - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333 (d) (JASTA)

☒COUNT II - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333 (a)

☒COUNT III - Committing Acts of International Terrorism in violation of 18. U.S.C. § 2333.

☒COUNT IV - Wrongful Death.

☒COUNT VI - Alien Tort Claims Act.

☒COUNT VII - Assault and Battery.

☒COUNT VIII - Conspiracy.

☒COUNT IX - Intentional Infliction of Emotional Distress.

☒COUNT X - Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

☒COUNT XIII - Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

☒COUNT XIV - 18 U.S.C. § 1962 (a)-(d) - CIVIL RICO.

☒COUNT XV - Trespass.

☒COUNT XVI - Violations of International Law.

- ☐ **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD) (SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**
- ☐ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors Terrorism Act or JASTA) and 18 U.S.C. § 2333 et *seq*, (the Anti-Terrorism Act or ATA)
- ☐ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors Terrorism Act or JASTA) and 18 U.S.C. § 2333 et *seq*, (the Anti-Terrorism Act or ATA)
- ☐ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law
- ☐ Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law
- ☐ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act
- ☐ Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2011. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent's estate.

|    | New Plaintiff's Name Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|----|---|---|---|---|---|---|
| 1  | Caroline Altman | N.Y | US | Lisa Altman | Daughter | Wrongful Death - Solatium |
| 2  | Charles Altman | N.Y | US | Lisa Altman | Son | Wrongful Death - Solatium |
| 3  | Angela Zemelman Claire | N.Y | US | Raisa Zemelman | Daughter | Wrongful Death - Solatium |
| 4  | Marie Bernoth | N.Y | US | N/A | N/A | N/A |
| 5  | Eileen Luciano | N.Y | US | N/A | N/A | N/A |
| 6  | Emily Massa | N.Y | US | Louis Massa | Daughter | Wrongful Death - Solatium |
| 7  | Jenna Massa | N.Y | US | Louis Massa | Daughter | Wrongful Death - Solatium |
| 8  | Louis Anthony Massa | N.Y | US | Louis Massa | Son | Wrongful Death - Solatium |
| 9  | Paul Joseph Massa | N.Y | US | Louis Massa | Son | Wrongful Death - Solatium |
| 10 | Randy Rastelo | N.Y | US | N/A | N/A | N/A |
| 11 | Alex Zemelman | N.Y | US | Raisa Zemelman | Son | Wrongful Death - Solatium |

Date: New York, New York
     April \_\_\_\_, 2023

 

_____
Andrew C. Laufer
Law Office of Andrew C. Laufer, PLLC
264 West, 40th Street, Suite 604
New York, NY 10018
(212)422-1020
alaufer@lauferlawgroup.com
*Attorneys for Plaintiffs*