UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br> TERRORIST ATTACKS ON <br> SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) <br> ECF Case |

This document relates to all actions.

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF DANIEL V. DORRIS *PRO HAC VICE*

I, Daniel V. Dorris make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Defendant Kingdom of Saudi Arabia.

I, Daniel V. Dorris, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. Accompanying this affidavit are the certificates from the District of Columbia and Illinois issued within the past thirty days, stating that I am a member in good standing of the bar in this jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 28, 2023

Respectfully submitted,

/s/ Daniel V. Dorris

Daniel V. Dorris
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7938
Facsimile: (202) 326-7999
ddorris@kellogghansen.com

DISTRICT OF COLUMBIA: SS

Subscribed and Sworn to (or affirmed) before me on April 28, 2023
                                                    (date)

by Daniel V. Dorris
   (individual making statement)

Notary Public, D.C.  Marilyn R. Williams

My commission expires: 9/30/25



2