

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

May 3, 2023

**VIA ECF**

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY  10007

   Re: In re Terrorist Attacks of September 11, 2001,
      03 MDL 1570 (S.D.N.Y) (GBD) (SN)

Dear Judge Netburn:

  Defendants,[1] together with the Plaintiffs' Executive Committees (collectively, "Parties") write jointly to respectfully request an opportunity to provide their views regarding next steps in light of Your Honor's Opinion & Order, dated April 27, 2023, on the bellwether *Daubert* challenges (ECF No. 9060). To that end, the Parties request a brief period of time, until May 31, 2023, for each side to coordinate, for the Parties to meet and confer, and then submit a joint letter outlining areas of agreement and points of disagreement as to next steps, if any.

  We appreciate Your Honor's attention to this matter and consideration of this request.

            Respectfully submitted,

            */s/ Aisha E. R. Bembry*

            Aisha E. R. Bembry (admitted pro hac vice)
            *Counsel for the Muslim World League, the International Islamic Relief Organization, and the Charity Officer Defendants*

---

[1] For the purposes of this submission, "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, the four "Charity Officer Defendants" (Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, and Adnan Basha), and Yassin Kadi.