

May 3, 2023

**VIA ECF**

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:   In re Terrorist Attacks of September 11, 2001,
              03 MDL 1570 (S.D.N.Y) (GBD) (SN)

Dear Judge Netburn:

    Defendants,[1] together with the Plaintiffs' Executive Committees (collectively, "Parties") write jointly to respectfully request an opportunity to provide their views regarding next steps in light of Your Honor's Opinion & Order, dated April 27, 2023, on the bellwether *Daubert* challenges (ECF No. 9060). To that end, the Parties request a brief period of time, until May 31, 2023, for each side to coordinate, for the Parties to meet and confer, and then submit a joint letter outlining areas of agreement and points of disagreement as to next steps, if any.

    We appreciate Your Honor's attention to this matter and consideration of this request.

Respectfully submitted,

Aisha E. R. Bembry (admitted pro hac vice)
*Counsel for the Muslim World League, the International Islamic Relief Organization, and the Charity Officer Defendants*

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: May 5, 2023
        New York, New York

1101 New York Avenue, NW  |  Suite 1000  |  Washington, DC 20005  |  t 202 833 8900  |  f 202 466 5738

WASHINGTON  NEW YORK  LONDON  BUENOS AIRES

lbkmlaw.com