UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2023
```

**SARAH NETBURN, United States Magistrate Judge:**

Per the Court's April 4, 2023 Order, counsel for "the Ryan and Breitweiser Plaintiffs must file either a notice consistent with Rule 41(a)(1)(A) or a status letter" by May 12, 2023. ECF No. 8985 at 3.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 5, 2023
              New York, New York