IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>*This document relates to:*<br><br>*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.,* No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.,* No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.,* No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.,* No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-06123; *Fraser, et al. v. Al Qaeda Islamic Army, et al.,* No. 17-cv-07317; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-08617. | Case No. 1:03-md-01570-GBD-SN |

**[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION**

The Motion of Michael Mahaffey for admission to practice Pro Hac Vice before this Court in the above-captioned cases is GRANTED.  Michael Mahaffey has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

–2–

Michael Mahaffey
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:     +1 202 626 3600
Facsimile:      +1 202 639 9355
michael.mahaffey@whitecase.com

Michael Mahaffey having requested admission Pro Hac Vice to appear for all purposes as counsel for Al Rajhi Bank, in the above-captioned actions;

IT IS HEREBY ORDERED that Michael Mahaffey is admitted to practice Pro Hac Vice in the above-captioned cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                                                                    Sarah Netburn
                                                                                    United States Magistrate Judge