UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2023

**SARAH NETBURN, United States Magistrate Judge:**

    The Rule 30(b)(6) deposition shall go forward on May 11, 2023. See ECF Nos. 9078, 9079. Although the Court does not interpret this order to do so, the parties shall meet and confer after the deposition and notify the Court by May 18, 2023, whether the deposition has mooted (in full or in part) the motion at ECF No. 9038.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 10, 2023
              New York, New York