UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Lefft et al. v. Kingdom of Saudi Arabia</u>, No. 18-cv-03353

    Counsel for the Plaintiffs in <u>Lefft et al. v. Kingdom of Saudi Arabia</u>, No. 18-cv-03353 ("<u>Lefft</u>") recently filed two Notices of Amendment to remedy errors identified in previous Notices of Amendment. <u>See</u> ECF Nos. 9028 (Order addressing errors in prior Notices of Amendment), 9083, 9084 (new Notices of Amendment).[1]

    The Court's Notice of Amendment template requires counsel to identify for each new plaintiff the "Paragraphs of [the] Complaint Discussing [the] 9/11 Decedent." ECF No. 5234. This information is necessary because a Notice of Amendment is appropriate only for "a new plaintiff asserting claims for solatium damages with respect to a deceased family member whose estate previously filed claims against" the defendant. <u>Id.</u>

    The new Notices of Amendment filed on behalf of the <u>Lefft</u> plaintiffs do not include citations to any complaint, as required by the template. <u>See</u> ECF Nos. 9083, 9084. To correct this oversight, the Court again encourages counsel to review its October 28, 2019 Order to determine

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.

whether the relevant plaintiffs meet the requirements for inclusion in a Notice of Amendment. <u>See</u> ECF No. 5234. Counsel should file a status letter or, if appropriate, corrected Notices of Amendment by May 19, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   May 12, 2023
New York, New York