# LAW OFFICE OF JOHN F. SCHUTTY, P.C.
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441  Fax: (917) 591-5980
john@johnschutty.com

May 18, 2023

Honorable George B. Daniels
United States District Court Judge
Southern District of New York

   Re: *In re Terrorist Attacks on September 11, 2001*
      MDL No. 03-MDL-1570 (GBD) (SN)
      *Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
      <u>(and All Wrongful Death Cases Filed Against the Taliban)</u>

Your Honor:

I write to provide Your Honor (and all MDL parties) a courtesy copy of the Petition for Writ of Mandamus (and accompanying Appendix) that will be filed today with the United States Court of Appeals for the Second Circuit. My firm represents the two Plaintiffs-Petitioners on this filing. Your Honor will receive paper copies of these filings later day.

My clients felt the need to file for this extraordinary remedy because two subsets of plaintiffs (the *Havlish* Plaintiffs, 03-cv-9848, and the *Federal Insurance Company* Plaintiffs, 03-cv-6978), have already been awarded default judgments and are now scouring the United States for Taliban assets that they might seize, while all other wrongful death plaintiffs are still awaiting their wrongful death awards with no appellate review thus far available.

Sincerely yours,

*John F. Schutty*