**Ex. A-3**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Tamara | Ciara | Thurman | Artricia | | McClure | | Sibling | $4,250,000.00 |
| 2. | Tamara | Ciara | Thurman | Wilton | | White | | Sibling | $4,250,000.00 |

**TOTAL** **$8,500,000.00**

docs-100586296.1