**Ex. A-4**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Charles | Gregory | John | Greffery |  | John |  | Child | $8,500,000.00 |
| 2. | Charles | Gregory | John | Gregory | Isaac | John |  | Child | $8,500,000.00 |
| 3. | Charles | Gregory | John | Marisa | Alexus | John |  | Child | $8,500,000.00 |

**TOTAL** $25,500,000.00

docs-100586304.1