**Ex. A-5**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Raymond | Robert | York | Raymond | Robert | Pena | | Child | $8,500,000.00 |
| 2. | Donnie | Brooks | Taylor | Simone | Lenee | Taylor | | Child | $8,500,000.00 |

**TOTAL** $17,000,000.00

docs-100586474.1