**Ex. B-3**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Michael             |                      | Lomax              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2. | Katie               | M.                   | McCloskey          |             |                        | $2,000,000.00              | $2,000,000.00       |

**TOTALS** $4,000,000.00 $4,000,000.00

docs-100586577.1