**Ex. B-5**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | **DECEDENT First Name** | **DECEDENT Middle Name** | **DECEDENT Last Name** | **Suffix Name** | **Economic Damage Amount** | **Non-Economic Damage Amount** | **TOTAL Damage Amount** |
|---|---|---|---|---|---|---|---|
| 1. | Michelle | H. | Goldstein |  | $3,252,145.00 |  | $3,252,145.00 |

| **TOTALS** | | | | | $3,252,145.00 | | $3,252,145.00 |

docs-100586579.1