**Ex. B-7**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | **DECEDENT First Name** | **DECEDENT Middle Name** | **DECEDENT Last Name** | **Suffix Name** | **Economic Damage Amount** | **Non-Economic Damage Amount** | **TOTAL Damage Amount** |
|---|---|---|---|---|---|---|---|
| 1. | Emerita |  | De La Pena |  | $5,950,952.00 |  | $5,950,952.00 |
| 2. | Judith | Berquis | Diaz-Sierra |  | $2,254,411.00 |  | $2,254,411.00 |
| 3. | Timothy | Joseph | Finnerty |  | $7,814,071.00 |  | $7,814,071.00 |
| 4. | Carl | Martin | Flickinger |  | $12,249,995.00 |  | $12,249,995.00 |
|  | **TOTALS** |  |  |  | **$28,269,429.00** |  | **$28,269,429.00** |

docs-100586581.1