**Ex. B-8**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Kathy | Nancy | Mazza | | $3,705,121.00 | | $3,705,121.00 |
| 2. | James | Francis | Murphy | IV | $6,081,230.00 | | $6,081,230.00 |
| 3. | Joseph | Michael | Navas | | $4,707,950.00 | | $4,707,950.00 |
| 4. | David | Eliot | Retik | | $28,331,815.00 | | $28,331,815.00 |
| 5. | Donald | Walter | Robertson | Jr. | $8,124,598.00 | | $8,124,598.00 |
| | **TOTALS** | | | | $50,950,714.00 | | $50,950,714.00 |

docs-100586582.1