**Ex. B-9**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Joseph | John | Hasson | III | $3,529,760.00 | | $3,529,760.00 |
| 2. | Keith | Kevin | O'Connor | | $8,240,787.00 | | $8,240,787.00 |
| 3. | Robert | David | Peraza | | $1,650,900.00 | | $1,650,900.00 |

| **TOTALS** | | | | | $13,421,447.00 | | $13,421,447.00 |

docs-100586583.1