**Ex. B-10**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | Joseph | Doherty | III | $3,348,177.00 | | $3,348,177.00 |
| 2. | Patrick | Thomas | Dwyer | | $68,381,557.00 | | $68,381,557.00 |
| 3. | Patrick | John | O'Shea | | $2,614,826.00 | | $2,614,826.00 |
| 4. | Otis | Vincent | Tolbert | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $74,344,560.00  $2,000,000.00  $76,344,560.00

docs-100586584.1