**Ex. B-11**

Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|-----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1.  | Paul                | Hamilton             | Geier              |             |                        | $2,000,000.00              | $2,000,000.00       |
| **TOTALS** | | | | | | $2,000,000.00 | $2,000,000.00 |

docs-100586585.1