Ex. G
**Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)**
*(Alphabetically by Last Name)*

| | **Plaintiff First Name** | **Plaintiff Middle Name** | **Plaintiff Last Name** | **Plaintiff Suffix** | **Relationship** | **Plaintiff's Nationality on 9/11/01** | **Location Where Injury Occurred** | **Injury Category** | **Severity of Injury** | **Total Economic Damages Amount ($)** | **Total Pain and Suffering Damages Amount ($)** | **TOTAL Damage Amount ($)** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | William | Jose | Jimeno | | Self (Injury) | United States | World Trade Center | Falling Debris; Crushing | Devastating | $3,181,931.00 | | |
| 2. | John | | McLoughlin | | Self (Injury) | United States | World Trade Center | Falling Debris; Crushing | Devastating | $2,660,711.00 | | |