# THE BEASLEY FIRM, LLC
**ATTORNEYS AT LAW**



JAMES E. BEASLEY, JR., M.D., LL.M.
JIM.BEASLEY@BEASLEYFIRM.COM
215.931.2676

**THE BEASLEY BUILDING**
1125 WALNUT STREET
PHILADELPHIA, PA 19107.4997
215.592.1000
888.823.5291
FAX: 215.592.8360
WWW.BEASLEYFIRM.COM

NEW JERSEY OFFICE
SUITE 100
1949 BERLIN ROAD
CHERRY HILL, NJ 08003
856.354.0755
FAX: 856.673.0060

19 May 2023

| **VIA ECF**<br>The Honorable George B. Daniels<br>United States District Judge<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 | **VIA ECF**<br>The Honorable Sarah Netburn<br>United States Magistrate Judge<br>United States District Court for the S.D.N.Y.<br>Thurgood Marshall U.S. Courthouse, Room 430<br>40 Foley Square<br>New York, NY 10007 |
|---|---|

Re: *Smith v. the Islamic Republic of Iraq*, No. 01-cv-10132 (GBD)(SN); motion status request

Dear Judges Daniels and Netburn:

As this Honorable Court is aware, on 28 March 2023, the Plaintiffs-Judgment Creditors in the above-referenced action filed their Motion to Extend and Renew Judgment Against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army. [ECF 109].

Plaintiffs kindly request a status update on the Motion. Plaintiffs also reserve the right to request a status conference, should the Court need any additional information that would be of assistance in disposing of the Motion.

Respectfully submitted,

/s/James E. Beasley, Jr.
James E. Beasley, Jr. (*pro hac vice*)
Dion G. Rassias
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215)-592-1000 jbj@beasleyfirm.com
*Counsel for Judgment Creditors Estate of Smith, et al.*

JEB/cms

cc: All counsel of record (by ECF)