# Law Office of Andrew C. Laufer, PLLC

264 West 40th Street, Suite 604
New York, NY 10018
(212) 422-1020 - phone
(212) 422-1069 - facsimile
E-Mail: alaufer@lauferlawgroup.com

May 19, 2023

<u>Via ECF</u>
Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In re Terrorist Attacks on September 11, 2001 –
       MDL – 03-md-01570 (GBD) (SN)
       Leftt v. Kingdom of Saudi Arabia - 18-cv-03353

Your Honor:

      We are counsel to the Leftt plaintiffs in the referenced action. Your affirmant submits this letter to correct the Index number on the matter we are currently on trial for in New York State Supreme Court for the County of Kings in the Matter of Smith v. the City of New York, et al. The correct Index number is 389/15. Our apologies for any confusion.

      Thank you for your time and attention to this matter.

Respectfully submitted,

Andrew C. Laufer

ACL/bd

Cc.: Counsel for KSA – via ECF