**Ex. A**

*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Andrew | | O'Grady | Rachel | | Uchitel | | Spouse | $12,500,000.00 |

**TOTAL** $12,500,000.00

docs-100607910.1