UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)

## DECLARATION OF SUSAN BISHOP IN SUPPORT OF FAMILIAL RELATIONSHIP

1. My name is Susan Bishop. I am Rachel Uchitel's mother. I submit this Declaration in support of Rachel's application to be considered as the functional equivalent of the wife of Andrew O'Grady.

2. I live in Manhattan. For many years, I was a principal in an executive search firm named Bishop Partners. After that, I was a Professor at Pace University teaching Arts and Entertainment Management in the Lubin School of Business. Today I am retired, but I work as a television and movie actor from time to time.

3. Andy O'Grady was like a son to me. He and Rachel were together for three years before he was killed on 9/11; and we were all family.

4. I will never forget the evening on which Andy took me to dinner and asked me for Rachel's hand in marriage. I said yes, of course. I also agreed to Andy's request that I keep our conversation secret for a little while. He planned to propose to Rachel in a row boat on the lake in Central Park. Andy's parents and I were waiting at a nearby restaurant for a surprise engagement party later that same night.

5. I often had dinners with Andy and Rachel. And sometimes, when Rachel was out of town, I would have dinner with Andy alone. Andy was a frequent presence in my home, and he and Rachel also came to Florida to stay at my parents' house for vacations, and so that we

docs-100594049.1

could all be together for holidays.  To this day, I think of Andy every time that I play tennis, because he and I played together in a mother-son tournament once when we were all down in Florida visiting with my parents.

6. I also spent time with Rachel and Andy together with Andy's parents, Jim and Sally O'Grady, on holidays like Mother's Day.  They were lovely people, and we all felt that we were one extended family.

7. Andy and Rachel were like husband and wife in every way.  They lived together in an apartment in Manhattan, and they had a weekend home on Long Island too.  They entertained together and shared all aspects of their life together.  They even shared a dog named Mickey, who died (sadly).  I remember that we all had a weepy dinner together in Mickey's honor when he passed not long before Andy was killed.

8. Andy was working at Sandler O'Neill and was making considerably more money than Rachel was at that time, so they agreed he would pay the larger bills, like the rent and car.  But Rachel was working at Bloomberg News, and she contributed what she could to their shared household expenses.  Although they both worked, Rachel cooked dinner most evenings, and she even surprised Andy with Japanese cooking lessons one year for his birthday.  For Andy's thirtieth birthday, Rachel created a video of many of Andy's friends speaking about their friendship with Andy.  She edited the film and showed it at his birthday party.

9. Andy and Rachel went on what we called an early honeymoon in Greece, returning September 10, 2001. We were to have dinner on September 11 to look at their vacation pictures.  Rachel and I had already been to Florida to choose the church where they were to be married.  We had signed a contract for their wedding dinner.  On 9/11 we also had an appointment for Rachel to try on her wedding dress, which we obviously had to cancel.  When

2

the 9/11 attacks took place and Andy was killed, the life that Andy and Rachel had built together was suddenly destroyed.

10. It was a terrible time; I do not know how Rachel got through it. I remember in particular the two of us going out together to the Red Cross to get help with some of the bills and to close up Rachel and Andy's home in Sands Point. It was heartbreaking.

11. I also remember that shortly after 9/11 I contacted Andy's insurance agent to see if Andy had a life insurance policy for Rachel, which he had told me he had talked to his agent about. The agent was very kind and also very sad. She explained to me that, shortly before going to Greece, Andy had arranged to have the appropriate insurance policies put in Rachel's name, and that the papers to do that were all prepared and just awaiting Andy's signature. The agent felt so badly that this task had not been completed, but Andy and the agent had planned to do that when Rachel and Andy returned from their trip to Greece.

12. Andy was a wonderful young man. I loved him like a son. He was a part of our family, and we were part of his. I believe that he was the true love of Rachel's life.

13. I know that 9/11 was a terrible tragedy for many people and many families. Andy O'Grady's death was a truly terrible loss for Rachel, for me, and for our family.

14. Andy and Rachel were husband and wife in everything but name. His death wounded her deeply, and it has altered the course of her life too profoundly for me to fully express. I believe that the Court should regard Rachel as the equivalent of Andy's wife.

Executed on: 5/26/2023

Name (Signature): *Susan Bishop*

Named Printed: Susan Bishop