This Transcript Contains Confidential Material

```
 1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2

 3    IN RE: TERRORIST ATTACKS   )  03-MDL-1570 (GBD) (SN)
      ON SEPTEMBER 11, 2001      )
 4                               )

 5

 6

 7
                           — — —
 8
                   Tuesday, July 13, 2021
 9                        — — —
10            THIS TRANSCRIPT CONTAINS
               CONFIDENTIAL MATERIAL
11                        — — —
12
13    Remote video-recorded deposition of JONATHAN M.
      WINER, held at the location of the witness,
14    commencing at 10:04 a.m., on the above date, before
      Debra A. Dibble, Certified Court Reporter,
15    Registered Diplomate Reporter, Certified Realtime
      Captioner, Certified Realtime Reporter and Notary
16    Public.
17
                           — — —
18
19
20
21
22
23
                  GOLKOW LITIGATION SERVICES
24            877.370.DEPS | fax 917.591.5672
                     deps@golkow.com
25
```

1          you interrupted.
2      Q.    (BY MR. MOHAMMEDI)  So anyway, this is
3   the list of expertise you have provide -- you are
4   providing in this case, correct, Mr. Winer?
5            MR. HAEFELE:  Objection to form.
6      A.    Yes.
7      Q.    (BY MR. MOHAMMEDI)  Are you an academic?
8      A.    Yes.
9      Q.    Do you teach?
10     A.    Yes.
11     Q.    Where do you teach?
12     A.    I've taught at various times, courses at
13  many different schools, Georgetown, George
14  Washington, American University, Princeton, Harvard,
15  NYU.  It's listed in my resumé, the various places
16  that I've taught in my CV.
17     Q.    And --
18     A.    I also taught for many years at the Kent
19  School operated by the CIA.  The CIA's Kent School,
20  and was regularly teaching there throughout most of
21  the 00s, most of the period from about 2000 to 2008.
22  I am affiliated today with the Middle East
23  Institute, where I regularly engage in various types
24  of teaching.
25     Q.    Now, you -- you said that you taught many

```
 1   that related to law enforcement that you are talking
 2   about, right?
 3        A.   No, that's incorrect.
 4        Q.   Okay.  Go ahead.
 5        A.   For six years I was the lead person at
 6   the United States Department of State, addressing
 7   international law enforcement issues.  In that
 8   period I worked with U.S. law enforcement on a daily
 9   basis.
10        Q.   Were you yourself a member of law
11   enforcement?
12                MR. HAEFELE:  Objection to form.
13        A.   Did I have the power to prosecute?  I did
14   not.  Did I have the power to arrest?  I did not.  I
15   was not a prosecutor or a police officer.  Except
16   early on when I did a -- when I did a money
17   laundering prosecution.
18        Q.   (BY MR. MOHAMMEDI)  Have you ever worked
19   as an intelligence service analyst or agent?
20        A.   I have worked under contract for a U.S.
21   government analytic agency for many, many years,
22   providing both intelligence and analysis to that
23   agency, as disclosed in my CV.
24        Q.   You testified that you are an expert in
25   history of al-Qaeda; correct?
```

```
 1     A.    Yes.
 2     Q.    -- related to where?
 3     A.    Yes.
 4     Q.    Are you an expert on Islam?
 5     A.    I am not an expert on the doc --
 6  religious doctrine of any kind, except to the extent
 7  that it involves the political impact of different
 8  types of interpretations of religion when a religion
 9  is politicized into a political movement, where I
10  have expertise.
11           So when you have a combination of foreign
12  policy, security, and religion, that's an area that
13  I have devoted some extensive work on over a long
14  period of time.
15           And that is an area of expertise, yes.
16  In the Middle East bureau, where I was from 2013 to
17  2017, we were constantly dealing with -- within the
18  bureau and I was personally -- the competing agendas
19  of political Islam and various strands and strains
20  of political Islam, including that in the Islamic
21  state and al-Qaeda and other groups like Ansar
22  al-Sharia.  And that competing with -- Arab
23  nationalism competing with states that would be
24  modern unitarian states, competing with warlord and
25  different types of rule in which pan-Islamic rule
```

```
 1   was one of the strains, political strains that had
 2   all kinds of consequences for terrorism and
 3   terrorist risk, and having to understand the various
 4   strands of those was critically important to my
 5   work.
 6              In that period in particular, while I was
 7   involved.
 8        Q.   (BY MR. MOHAMMEDI)  But you are not an
 9   expert on Islamic terms of concept from a religious
10   standpoint, are you?
11              MR. HAEFELE:  Objection, form.  Asked
12         and answered.
13        A.   I am not really -- I'm not willing to
14   adopt your question as an answer.  I'm happy to say
15   again what my expertise is.
16        Q.   (BY MR. MOHAMMEDI)  Are you a religious
17   expert?  "Yes" or "no."
18              MR. HAEFELE:  Objection to form.
19        Q.   (BY MR. MOHAMMEDI)  Are you a religious
20   expert?
21              MR. HAEFELE:  Still objection to
22         form.  It's the same question and he's
23         answered.
24        A.   I developed expertise in the political --
25        Q.   (BY MR. MOHAMMEDI)  I just say, are you a
```

This Transcript Contains Confidential Material

 1   religious expert?  I mean, it's -- you already
 2   explained that.  I'm just asking you are you a
 3   religious expert?
 4              MR. HAEFELE:  Omar, you keep asking
 5         and repeating the same answer he gave.
 6              MR. MOHAMMEDI:  He already answer a
 7         question that was not really what I was
 8         asking.  I'm just asking if you are a
 9         religious expert.
10      A.    I can answer it this way:  My father was
11   a medical researcher in cardiovascular disease and
12   learned some fundamental principles in connection
13   with the angiotensin system.  He was an expert in
14   that area.  He was also a doctor.  He was not an
15   expert in glioblastoma.  So if you're asking
16   somebody are you an expert in medicine, well, yes,
17   my father was a medical expert, a medical expert
18   with certain areas of expertise.
19              I have certain areas of expertise.  Am I
20   a religious expert who spent my life on Islam,
21   Christianity, Judaism, Buddhism, Bahaism, Sufism,
22   the difference between Sunni and Shia, I have not
23   spent my lifetime on it, although I could give you
24   the basics of the Sunni/Shia split if it was of help
25   to you.  I could discuss when Wahhabism originated

This Transcript Contains Confidential Material

 1  and when the modern Salafi movement originated, and
 2  the fact that some people think its antecedents go
 3  back earlier and foundations for it earlier.  I can
 4  talk about the relationship between Egypt and
 5  Saudi Arabia in competing for religious dominance.
 6  But does that make me an expert in religion?  No.
 7              MR. GOETZ:  Objection, nonresponsive,
 8      move to strike.
 9      Q.   (BY MR. MOHAMMEDI)  Do you hold yourself
10  as a religious expert in this case?
11              MR. HAEFELE:  Objection to form.
12              MR. MOHAMMEDI:  Just answer this
13      "yes" or "no."
14              MR. HAEFELE:  Objection, you can't
15      demand a "yes" or "no" answer.
16              MR. MOHAMMEDI:  Robert, you can stop
17      interjecting.
18              THE WITNESS:  I believe I've answered
19      the question.
20      Q.   (BY MR. MOHAMMEDI)  Are you an expert on
21  religion in this case?
22              MR. HAEFELE:  Objection to form,
23      asked and answered multiple times.
24      A.   I am expert on the political aspects of
25  Islam and how it played out in the region in the

```
 1   1980s, 1990s, and 00s.
 2       Q.   Are you an expert in Islamic terms and
 3   concepts?
 4       A.   I know about a few of them.  Not all of
 5   them.
 6       Q.   Are you an expert --
 7            Knowing is not an expert.  Do you agree
 8   with me?
 9            MR. HAEFELE:  Objection to form,
10       argumentative.
11       A.   I think it's really up to others to
12   determine the scope of my expertise.  I felt
13   comfortable and continue to feel comfortable
14   answering questions that were posed to me in my
15   expert report.
16       Q.   (BY MR. MOHAMMEDI)  Okay.  Then we go to
17   the next point.
18            (Reporter clarification.)
19       Q.   (BY MR. MOHAMMEDI)  Are you an expert on
20   the Kingdom of Saudi Arabia history?
21       A.   I know a fair amount about the Kingdom of
22   Saudi Arabia.  I dealt with issues relating to it
23   every day in my last work, the state departments.  I
24   was not personally responsible for that
25   relationship, but I was in meetings each morning
```

1      Q.     Is that correct?

2      A.     That's my understanding of when they say:

3   Who was behind the biological crisis which became

4   like brainwashing?  A Jew.  And it goes on from

5   there, and they talk about why are you so miserly

6   with your blood.

7      Q.     Okay.  So to you that is --

8      A.     Teach our children to love taking revenge

9   on the Jews and the oppressors.

10     Q.     Do you agree that there are hatred

11  statements made all over the world?

12            MR. HAEFELE:  Objection.

13     A.     I'm not in a position to discuss -- to

14  opine on hatred statements all over the world.  This

15  is calling for revenge on the Jews.

16     Q.     (BY MR. MOHAMMEDI)  And you are saying

17  that WAMY text specifically said that we are

18  justifying the killing of nonbelievers?

19     A.     Yes.

20     Q.     Okay.  We'll move on.

21            I'm just going to ask you another

22  question.  You are not a religious expert, are you?

23     A.     We've discussed this issue earlier.

24  You've asked me this question.  I understand a

25  religion in a political context when religion is

This Transcript Contains Confidential Material

```
 1   used for political purposes as part of my
 2   understanding of relationships among states, as part
 3   of my understanding of terrorism.  We had national
 4   and global security issues.  And so in that context,
 5   yes.  In the context of various religious doctrines,
 6   intrareligious discussions of text, there are people
 7   who spend their lifetimes as religious scholars, and
 8   that has not been my work.
 9        Q.   And you're referring -- is it fair that
10   you are referring to a document that's expressed
11   religious views of an organization, and you are
12   making the -- you are reaching the conclusion that
13   was calling for justifying the killing of
14   nonbelievers; correct?
15             MR. HAEFELE:  Objection to form.
16        A.   Yes.
17        Q.   (BY MR. MOHAMMEDI)  You understand the
18   meaning of jihad?
19        A.   It has multiple meanings.
20        Q.   Okay.  Do you understand the meaning of
21   Salafis?
22        A.   I believe so.
23        Q.   You do?  And are you testifying as an
24   expert here to discuss jihad and Salafis?
25        A.   Only in the context of the political
```

1   movements and terrorist activity which both

2   Wahhabism and Salafism contributed to in connection

3   with al-Qaeda in the 9/11 attacks.

4       Q.   Do you believe that propagation of

5   Wahhabism is a terrorist activity?

6       A.   In and of itself, no. It depends what

7   it's combined with. It certainly is an activity

8   that has engendered extremism, including in

9   societies where Wahhabism was not previously

10  present. And there is an important distinction to

11  be made, which is that consistent with the

12  expression, not every Salafist is a Wahhabi, but

13  every Wahhabiist is a Salafist. It's essentially

14  the indoctrination in seventh century values, as it

15  were, a very puritan and extreme version of Islam

16  that has caused a lot of trouble in a lot of places

17  and led to a lot of -- it led to extremist conduct.

18           And so it's the combination of that with

19  modern political realities, and that led to things

20  like al-Qaeda and the Islamic state. The Islamic

21  state is, I believe, quite Salafist in its

22  orientation, for example.

23      Q.   So you -- your testimony and you are

24  saying this -- you can address it from a political

25  aspect, Salafism and Wahhabism, the way you