UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to: *All Actions*

**DECLARATION OF OMAR T. MOHAMMEDI TRANSMITTING EVIDENCE IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH ("WAMY") AND WAMY INTERNATIONAL'S OBJECTIONS TO THE COURT'S APRIL 27, 2023 OPINION AND ORDER (ECF. NO. 9060)**

I, Omar T. Mohammedi, pursuant to 28 U.S.C. §1746, state as follows:

1. I am an attorney admitted to practice in the above-captioned matter, counsel for the Defendant WAMY in this MDL, and associated with the Law Firm of Omar T. Mohammedi or OTM Law.

2. I submit this Declaration to identify and transmit into evidence the exhibits referenced in WAMY's Objections to the Court's April 27, 2023, Opinion and Order (ECF No. 9060).

3. Attached hereto are true and correct copies of the Exhibits identified below.

4. Exhibit A is Ambassador Chas Freeman, Jr.'s report.

5. Exhibit B is relevant excerpts from the deposition transcript of Chas Freeman, Jr.

6. Exhibit C is relevant excerpts from the deposition transcript of Jonathan M. Winer.

7. Exhibit D is the relevant excerpts from the expert report of Jonathan M. Winer.

8. Exhibit E is the relevant excerpts from the rebuttal report of Jonathan M. Winer.

9. Exhibit F is Jonathan Winer's Deposition Exhibit 919, the Memorandum Opinion of Judge Conlon in *United States v. Arnaout*, N.D. Ill. Case No. 02-CR-892, filed February 3, 2003.

1

10. Exhibit G is Jonathan Winer's Deposition Exhibit 920, Judge Conlon's Sentencing Memorandum in *United States v. Arnaout*, N.D. Ill. Case No. 02-CR-892.

11. Exhibit H is Jonathan Winer's Deposition Exhibit 914, the 1993 *Lajnat al Bir al Islamiya* (LBI) Meeting Minutes.

12. Exhibit I is Jonathan Winer's Deposition Exhibit 915, Dr. Mana' bin Hammad Al-Juhani February 23, 1993 letter to Adel Batterjee.

13. Exhibit J is Jonathan Winer's Deposition Exhibit 916, Dr. Mana' bin Hammad Al-Juhani May 11, 1993 letter to Prince Salman bin Abdulaziz.

14. Exhibit K is Jonathan Winer's Deposition Exhibit 922, Judge Conlon's Memorandum and Order in *United States v. Arnaout*, 282 F. Supp.2d 838 (N.D. Ill. 2003) (Case No. 02-CR-892).

15. Exhibit L is Jonathan Winer's Deposition Exhibit 923, the decision in *United States v. Arnaout*, 431 F.3d 994 (7th Cir. 2005), affirming *United States v. Arnaout*, 282 F. Supp.2d 838 (N.D. Ill. 2003).

16. Exhibit M is Jonathan Winer's Deposition Exhibit 909, the National Commission on Terrorist Attacks Upon the United States Monograph on Terrorist Financing: Staff Report to the Commission.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, on May 31, 2023

    /s/ Omar T. Mohammedi
Omar T. Mohammedi, Esq.:7234