This Transcript Contains Confidential Material

1           UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF NEW YORK

2                    -   -   -

3

4  IN RE: TERRORIST ATTACKS    : 03-MDL-1570

   ON SEPTEMBER 11, 2001       : (GBD)(SN)

5

6

7

                     -   -   -

8                 APRIL 6, 2021

            THIS TRANSCRIPT CONTAINS

9            CONFIDENTIAL MATERIAL

                     -   -   -

10

11

12           Remote Videotaped

13  Deposition, taken via Zoom, of CHAS W.

14  FREEMAN, JR., commencing at 9:08 a.m., on

15  the above date, before Amanda

16  Maslynsky-Miller, Certified Realtime

17  Reporter and Notary Public in and for the

18  Commonwealth of Pennsylvania.

19

20                   -   -   -

21       GOLKOW LITIGATION SERVICES

     877.370.3377 ph| 917.591.5672 fax

22          deps@golkow.com

23

24

This Transcript Contains Confidential Material

1   obligations on anyone or anonymity.

2        Q.    And was the fact that the

3   mosque was able to collect and divert

4   monies to the terrorist entities

5   something that you understood to be a

6   problem?

7        A.    There was a consistent

8   problem with local recipients of charity

9   attempting to divert funds.  That is the

10  essence of the problem described in the

11  9/11 report.

12            It is not the headquarters'

13  intention that the funds should be

14  diverted, but some were diverted.

15       Q.    And at the time were you

16  identifying to 9/11 Commission

17  investigators that the Saudi form of

18  giving through the Kingdom's charitable

19  organizations supported a lack of

20  accountability that enabled the kind of

21  flow of terror financing that you

22  mentioned to the investigators?

23            MR. NASSAR:  Objection.

24            MR. HAEFELE:  You can

This Transcript Contains Confidential Material

```
 1          answer.
 2               THE WITNESS:  My statement
 3          was not exactly that.  My
 4          statement was that the nature of
 5          charitable donations in the
 6          Kingdom at the time, and
 7          historically, had not involved
 8          strict audit trails.
 9               That has since changed.  In
10          fact, it began to change even
11          before 9/11.
12 BY MR. HAEFELE:
13     Q.    And you understood that the
14 lack of accountability as a result of the
15 lack of any strict audit trails left open
16 the possibility for finances to be
17 diverted, correct?
18     A.    So I was informed by the
19 people who monitored this, yes.
20     Q.    And the concern that you
21 were identifying to the 9/11 Commission
22 investigators was that the lack of
23 accountability in the flow of money
24 through the Saudi charities allowed Al
```

This Transcript Contains Confidential Material

```
1              Form.
2                   MR. HAEFELE:  You can
3              answer.
4                   THE WITNESS:  Several times
5              a year.  The organization, the
6              Middle East Policy Council, lived
7              very much hand to mouth.  The
8              purpose of my trips was mainly to
9              meet with individuals in the Saudi
10             private sector, as well as
11             American company officials, who
12             saw the value of the Middle East
13             Policy Council's work and,
14             therefore, encouraged their
15             headquarters in the United States
16             to provide funding.
17   BY MR. HAEFELE:
18        Q.    Who are the senior Saudi
19   officials who took your meetings during
20   these fundraising trips that you
21   referenced in the -- to the 9/11
22   Commission investigators?
23        A.    Typically, I would see the
24   King, the Crown Prince, the Minister of
```

This Transcript Contains Confidential Material

1   Interior, the Foreign Minister or his

2   Deputy, the Chief of the Istikhbarat,

3   which is the foreign intelligence

4   organization of Saudi Arabia.  I might

5   also see the Minister of Petroleum and

6   Minerals.  All of whom are personal

7   friends.

8        Q.    The King, the Crown Prince,

9   the Minister of Interior, the Foreign

10  Minister, the Chief of Foreign

11  Intelligence.

12            Are they all members of the

13  Saudi Royal Family?

14       A.    Yes.

15       Q.    Was the Minister of

16  Petroleum and Minerals also a member of

17  the Royal Family?

18       A.    No, not at that time.

19       Q.    Is he now?

20       A.    Yes.

21       Q.    When you went and did your

22  fundraising trips, were most of your

23  meetings with members of the Saudi Royal

24  Family -- most of your meetings in the

This Transcript Contains Confidential Material

1  declaration?

2       A.    No.

3       Q.    Did you have any dialogue

4  with anybody at the Department of Justice

5  before you submitted your declaration?

6       A.    No.

7       Q.    Have you discussed with

8  anybody in the United States government

9  related to the 9/11 attacks?

10      A.    Yes.  I was consulted

11 frequently by the intelligence agencies,

12 the CIA in particular, in the immediate

13 aftermath of the 9/11 attack.

14           I also periodically reported

15 the substance of my conversations in

16 Saudi Arabia on various topics to the

17 intelligence agencies.

18      Q.    When you say you reported

19 the substance of your conversations in

20 Saudi Arabia on various topics to

21 intelligence agencies, what substance of

22 conversations?

23      A.    The major interest on the

24 part of the intelligence agencies

This Transcript Contains Confidential Material

1    appeared to be related to the oil sector,

2    oil pricing, oil policy, energy pricing

3    and also objections to American military

4    activity in and around Saudi Arabia, not

5    9/11.

6          Q.    And who were the discussions

7    with on the Saudi end?

8          A.    Sorry?

9          Q.    Who were your discussions

10   with on the Saudi end that you were

11   reporting to the U.S.?

12         A.    All of the people I

13   mentioned earlier, the King, the Foreign

14   Minister, the Minister of Interior, the

15   Chief of Foreign Intelligence, the

16   Petroleum Minister, Saudi Aramco.

17         Q.    What intelligence agencies

18   were you providing information to?

19         A.    CIA.

20         Q.    Anybody else?

21         A.    No, I don't think so.

22         Q.    Did you have any dialogue

23   with any of the State Department or with

24   the DOJ?

This Transcript Contains Confidential Material

1   did you stay at the -- the residence --

2   was the residence part of the consulate

3   or separate?

4        A.    The consulate, at that time,

5   was a compound with multiple houses and

6   buildings on it.  And one of the smaller

7   houses was allocated to me, if I spent

8   time in Jeddah.

9             For the most part, during

10  the war, however, I flew on a military

11  jet from Riyadh to Jeddah and returned

12  immediately after whatever meeting I had

13  gone there to conduct.

14       Q.    All right.  When you were in

15  Jeddah, were you staying on the compound

16  where the consulate was?

17       A.    If I stayed there, yes.

18  Typically --

19       Q.    How often -- often was that?

20       A.    I visited Jeddah 52 times

21  from August 2nd, 1990, through the

22  ceasefire on March 2nd, 1991.  I think --

23       Q.    How do you know -- how do

24  you know it was 52 times?

This Transcript Contains Confidential Material

```
 1    human rights practices.  I have many
 2    friends in the Kingdom with a wide
 3    variety of views, some of which are
 4    critical of government policy, and I
 5    privately agree with those.
 6         Q.    Do you view the government
 7    of Saudi Arabia as being monolithic, that
 8    is, that everybody in the government has
 9    the same view of how to run the
10    government?
11         A.    Of course not.
12         Q.    Have you ever testified in a
13    lawsuit previously?
14         A.    No.
15         Q.    You testified through
16    declaration in this case previously,
17    correct?
18         A.    If you're referring to the
19    document on sovereign immunity I wrote,
20    yes, I suppose so.
21         Q.    And when you testified in
22    that regard, did you prepare the document
23    with the assistance of counsel for the
24    Kingdom of Saudi Arabia?
```

This Transcript Contains Confidential Material

1    Q.    And you've never been
2  qualified by any court to testify in any
3  litigation, either civil or criminal,
4  correct?
5    A.    Well, that follows from my
6  not having ever attempted it.
7    Q.    I take it that means you've
8  never been offered as an expert witness
9  in any legal proceedings and not
10 permitted to testify, correct?
11   A.    That's right.
12   Q.    In this case -- let's see.
13         MR. HAEFELE:  Do you need a
14     break now?  Now is a natural
15     breaking point if you need a
16     break.  If not, we can keep going.
17         THE WITNESS:  I'm okay.
18 BY MR. HAEFELE:
19   Q.    All right.  What is it that
20 WAMY has asked you to testify about in
21 this case?
22   A.    They've asked me to draw on
23 my personal and professional experience,
24 as someone who was responsible for U.S.

This Transcript Contains Confidential Material

1  relations with Saudi Arabia, about the

2  Kingdom, its history, its relation to

3  religion, its relationships to terrorist

4  activities overseas.  And that is what I

5  have done.  That is the subject of my

6  report.

7         Q.    If we can turn back to your

8  report, which is marked as Exhibit-236.

9              COURT REPORTER:  It's

10        Exhibit-536.

11              MR. HAEFELE:  I have it as

12        536, yes.  The second item that we

13        marked today, I think.  Did I say

14        something different?

15  BY MR. HAEFELE:

16        Q.    Ambassador Freeman, do you

17  have a copy of your report with you?

18        A.    Yes.

19        Q.    So it may make it easier.

20  We can put it up on the screen, but it

21  may make it easier if you're looking

22  through your report.

23              Is one of the areas that is

24  a topic of your testimony, the history,

This Transcript Contains Confidential Material

1    politics and culture of Saudi Arabia,

2    including Wahhabism?

3         A.    Yes.

4         Q.    And another area of your

5    report is world conflicts and their

6    relationship to 9/11?

7         A.    I wouldn't put it that way.

8         Q.    Well, look at your report on

9    the -- on the second paragraph.

10             MR. HAEFELE:  Highlight that

11        second paragraph.

12   BY MR. HAEFELE:

13        Q.    I refer you to the third

14   line down, World conflicts and their

15   relationship to 9/11.

16             If you didn't put it that

17   way, who did?

18        A.    No, those are my words,

19   referring to Afghanistan.

20        Q.    Okay.  So is another one of

21   the topics of your report world conflicts

22   and their relationship to 9/11?

23        A.    Specifically Afghanistan.

24        Q.    And is another area --

This Transcript Contains Confidential Material

1   subject of your report the relationship

2   between the Kingdom of Saudi Arabia and

3   WAMY?

4          A.    Yes.

5          Q.    And is another area of your

6   report the relationship between the

7   Kingdom, Osama bin Laden and Al Qaeda?

8          A.    Yes.

9          Q.    All right.  And that

10  outlines the four areas that are

11  referenced as being the subject of your

12  testimony in this report; do you agree?

13              Where it says, I have been

14  asked by WAMY to provide expert testimony

15  concerning the history, politics and

16  culture of Saudi Arabia, including

17  Wahhabism, world conflicts and their

18  relationship to 9/11, the relationship

19  between the Kingdom of Saudi Arabia and

20  WAMY, as well as the relationship between

21  the Kingdom, Osama bin Laden, and Al

22  Qaeda.

23              Are there any other areas

24  that you've been asked to opine about?

This Transcript Contains Confidential Material

```
 1        A.    So those are the focuses.

 2        Q.    When you say "those are the

 3   focuses" -- I should add other than

 4   rebutting some of the testimony of some

 5   of the plaintiffs' experts, are there any

 6   other subject areas that you have been

 7   called upon to offer your own opinions

 8   about?

 9        A.    I've offered my own opinions

10   in the report, and they stand as they

11   are.

12        Q.    And that's what I'm asking

13   you.

14              At the outset of your

15   report, you have identified what WAMY has

16   asked you to opine about.

17              And that is in this

18   paragraph, correct?

19        A.    Yes.

20        Q.    And did you answer any

21   other -- or offer opinions in any other

22   areas other than what you were asked to

23   opine on by WAMY?

24        A.    Not really.
```

This Transcript Contains Confidential Material

1  delegating responsibility to many people

2  for looking at many questions, including

3  these questions.

4           My personal involvement,

5  however, is as stated, a single meeting

6  with the World Muslim League.

7      Q.    Have you opined at all as to

8  whether any Saudi-sponsored charity has

9  given material support to Al Qaeda?

10          MR. NASSAR:  Objection to

11      form.

12          THE WITNESS:  Yes.  Yes, I

13      have offered opinions on that.

14  BY MR. HAEFELE:

15      Q.    In your report?

16      A.    Yes.

17      Q.    Where in your report is that

18  opinion?

19      A.    It is throughout the report.

20  It is the nature of Saudi charities

21  organized by the government, including

22  WAMY, about which I am speaking, to

23  represent the interest of the Kingdom of

24  Saudi Arabia in the religious sphere.

This Transcript Contains Confidential Material

1      Q.    And you just told us that

2  you don't recall -- you recall that in

3  the 1991 time period Al Qaeda hadn't

4  existed yet.

5            Did they come into existence

6  while you were in Saudi Arabia?

7      A.    As I left.  I think in 1992.

8      Q.    And so your recollection is

9  that after you left Saudi Arabia, after

10  1992, is when Al Qaeda came into

11  existence, correct?

12     A.    I was closely tracking the

13  probability of terrorism as a result of

14  the U.S. military overstaying their

15  welcome in the Kingdom.  And I recall

16  hearing of the founding of Al Qaeda

17  pretty much as I left the Kingdom.

18     Q.    So your recollection would

19  be it was -- I'm sorry, what month did

20  you leave the Kingdom?

21     A.    August 1992.

22     Q.    So it would be in around

23  August of '92 is what your recollection

24  is as to when Al Qaeda was founded?

This Transcript Contains Confidential Material

1    BY MR. HAEFELE:

2         Q.    Mr. Freeman, your testimony

3    is based on your personal information.

4    You've already told me it's not based on

5    documents.

6              If your testimony is based

7    on your personal information and your

8    personal experiences, then I'm asking you

9    what your personal experiences are that

10   support your opinion in this regard.

11             If you don't have an opinion

12   in this regard, just tell me and we'll

13   move on.

14             MR. GOETZ:  And, Robert, you

15        have to let him answer the

16        questions completely.  He was not

17        allowed that courtesy.

18   BY MR. HAEFELE:

19        Q.    Do you have anything else to

20   add to your answer, Mr. Freeman?

21        A.    In my interest in Saudi

22   Arabia, which I left in 1992, returned to

23   frequently as a visitor, I was very much

24   aware, as the '90s proceeded, as a

```
1   steadily tightening security perimeter

2   around various buildings and compounds,

3   particularly where foreigners resided.

4              And the reason for this was

5   a series of terrorist incidents.  I

6   remember there was a series of incidents.

7   I was not resident in the Kingdom.  I was

8   never attacked at that time.  And so I

9   cannot tell you exactly when and where

10  the incidents occurred.  But there were a

11  series of them.

12      Q.    Would you agree that Wahhabi

13  ideology is narrow-minded?

14      A.    It's puritanical.

15      Q.    Is it, in your view, harsh

16  and unforgiving or austere?

17             MR. GOETZ:  Objection to

18             form.

19             THE WITNESS:  The word

20             "Wahhabi" conceals a multitude of

21             beliefs and sects.  If you are

22             referring to the Saudi official

23             Wahhabism, this is a quietest form

24             of Wahhabbism, which is supportive
```

```
 1          of the monarchy.  In fact, it
 2          asserts that a primary duty of any
 3          Muslim is to support a Muslim
 4          government.  And in this case, the
 5          Kingdom of Saudi Arabia fits that
 6          definition.
 7              If you talk about Wahhabbism
 8          outside of Saudi Arabia, there are
 9          a great number of movements that
10          have been labeled as such which
11          have no connection whatsoever to
12          those inside Saudi Arabia.
13   BY MR. HAEFELE:
14       Q.   Would you agree -- would you
15   agree that the atmosphere created by the
16   Kingdom as a very narrow-minded, austere
17   version of Islam certainly helped to
18   spawn Al Qaeda?
19              MR. GOETZ:  Objection.
20          Form.
21              THE WITNESS:  No, I would
22          not agree with that.  Osama bin
23          Laden was not a Wahhabi.  His
24          ancestors did not come from a
```

This Transcript Contains Confidential Materials

1        region where that particular

2        version of Islam prevailed.  It

3        was more Sunni influenced.  He

4        grew up in a part of the Kingdom

5        which is also not Wahhabi.

6             He apparently came into

7        contact with people from the

8        Muslim Brotherhood in university,

9        but did not show a great deal of

10       interest in religion until his

11       exile in Sudan, when he was

12       recruited by the disciples

13       of Sayyid al Qutb, who represents

14       an entirely different strain of

15       Islam, to embrace the extremism

16       for which he later became famous.

17  BY MR. HAEFELE:

18       Q.   So you don't agree that the

19  atmosphere created by the Kingdom's

20  narrow-minded, austere version of Islam

21  certainly spawned Al Qaeda?

22            MR. GOETZ:  Objection.

23       Form.  Repetitive.

24            THE WITNESS:  Al Qaeda is

This Transcript Contains Confidential Material

```
 1          the enemy of the Kingdom, not the
 2          product of it.
 3   BY MR. HAEFELE:
 4          Q.    I'm asking you the answer to
 5   my question, not some other answer to
 6   some other question.  I'm going to
 7   rephrase it, because it's not --
 8              MR. HAEFELE:  Don't object,
 9          Fred, because he hasn't answered
10          my question.  You can object, but
11          I'm just going to ask for an
12          answer to my question.
13   BY MR. HAEFELE:
14          Q.    Would you agree, sir, that
15   the atmosphere created by the Kingdom's
16   very narrow-minded, austere version of
17   Islam certainly helped to spawn Al Qaeda?
18              MR. GOETZ:  Objection.
19              THE WITNESS:  No.
20              MR. GOETZ:  Repetitive.
21              THE WITNESS:  No.  That is a
22          common foreign narrative.  I do
23          not agree with it.
24              MR. HAEFELE:  Can we queue
```

This Transcript Contains Confidential Material

```
 1                    -  -  -

 2             THE WITNESS:  Yes.

 3  BY MR. HAEFELE:

 4        Q.    And these are four books --

 5  well, let me ask you this:  Are the four

 6  books that are referenced here and the

 7  items referenced in your footnotes the

 8  entirety of your materials that you

 9  relied upon to derive your opinions,

10  other than your personal experience?

11        A.    No.  As you noted earlier, I

12  had multiple assignments in multiple

13  parts of the world.  Every place that I

14  went I learned both the language and read

15  the history and the culture of the place.

16             I read everything I could on

17  Saudi Arabia when I was assigned there.

18  There was very little of value.  Some of

19  the best material was provided to me by

20  the Israeli embassy in Washington, which

21  I asked to brief me on Israel's views of

22  Saudi Arabia.  And that consisted of

23  books written by eminent professors at

24  the Hebrew University of Jerusalem, all
```

This Transcript Contains Confidential Material

1    of which --

2         Q.    And have you -- sorry, go

3    ahead.

4         A.    All of which I read and

5    found them sound in scholarship and

6    lacking in what the Germans called

7    grundwahrheit, meaning ground truth.  The

8    authors had never been to the Kingdom,

9    they were writing about a place they did

10   not know personally.

11        Q.    And to the extent that you

12   relied upon those documents, are they

13   cited in your report, or did you omit

14   them from your report on purpose?

15        A.    No, I'm -- no, I'm not

16   testifying from documents.  I was asked

17   for a brief reading list, which I

18   provided.

19        Q.    All right.  So any document

20   that you're relying upon for any part of

21   your opinion is cited in your report,

22   correct?

23        A.    My opinion does not depend

24   on documents.  I cited it to corroborate

This Transcript Contains Confidential Material

1    my opinion, not the other way around.

2         Q.    How did you select what

3    materials you would include in your brief

4    reading list here?

5         A.    These seemed to me to be the

6    most objective works on the Kingdom.

7    After 9/11, there was an avalanche of

8    polemic writing.  Most of the books that

9    were produced are really not worth

10   reading.  These are.

11        Q.    How did you select the

12   materials that you would cite to in your

13   report?  And -- well, how would you

14   select materials that you would cite in

15   your report to corroborate your opinions?

16        A.    I wrote the report.  And

17   then I looked online for things of which

18   I was already familiar or which addressed

19   the topic.

20        Q.    And if you found something

21   that was contrary to your opinions, what

22   did you do with that?

23        A.    I didn't find much that was

24   contrary to my opinions.

This Transcript Contains Confidential Material

1    Q.    Two of the items that's on

2    your brief reading list, the two Robert

3    Lacey items, there's nothing in your

4    report that's sourced to those two items.

5    A.    No.

6    Q.    What opinion in your report,

7    if anything, is reliant upon or relied

8    upon those to corroborate your opinions?

9    A.    Nothing directly.  The first

10   book is a very good account of the

11   history of the House of Saud.  The second

12   is an update, referring to modern times.

13   Q.    We're going to get through

14   it a lot quicker if you just confine your

15   answers to my question.

16          The question is, is there

17   anything in your report that either of

18   the Lacey books corroborates?

19   A.    Plenty.

20   Q.    All right.  And if you went

21   through your report, would you be able to

22   explain why it is that you didn't cite to

23   the Lacey books to corroborate what's in

24   your report?

This Transcript Contains Confidential Material

1    A.    Because I am -- I was

2    writing the report on the basis of

3    personal experience and knowledge, which

4    Mr. Lacey also did.

5    Q.    And the Steve Coll book

6    that's cited, it's cited three times in

7    your report.

8          Is it fair to say that you

9    cited it for each item where you intended

10   to rely upon the book as a source to

11   corroborate your opinions?

12   A.    Steve Coll interviewed me

13   for his book.  I looked to it for dates

14   and specific material because I knew he

15   had included it.

16   Q.    Anything else?

17   A.    No.

18   Q.    All right.  And, similarly,

19   there's a Rundell cited five times in

20   your report, but it doesn't actually

21   indicate that it's David Rundell or that

22   it's the Vision or Mirage book that's

23   cited here.

24         The citations to Rundell in

This Transcript Contains Confidential Material

1   your report, is that intended to be to

2   this book?

3        A.    Yes.

4        Q.    And have you cited the

5   Rundell book for each opinion in your

6   report that you relied upon -- where you

7   relied upon the book?

8        A.    I didn't really rely upon

9   the book.  But it is a very excellent

10  account of Saudi history with specific

11  reference to religious and political

12  tensions in the Kingdom.

13       Q.    Is it fair to say that your

14  report is mostly prepared based on your

15  own personal experience?

16       A.    It is based on my personal

17  and professional experience, yes.

18       Q.    And is it accurate to say

19  that whatever experience that you have on

20  the history, politics and culture of

21  Saudi Arabia, including Wahhabism, is

22  based in large part on your three-year

23  stint as Ambassador to the Kingdom?

24       A.    Significantly, yes.

This Transcript Contains Confidential Material

1    fact.

2          Q.    Have you seen any documents

3    that indicates any investigation into the

4    internal controls of the money that was

5    distributed by WAMY to any of its branch

6    offices or from any of its branch

7    offices?

8          A.    Internal investigations by

9    whom?

10         Q.    Well, internal

11   investigations by WAMY.

12         A.    No, I've seen no documents.

13         Q.    Have you seen any

14   investigations by anybody else into WAMY?

15         A.    There is references to WAMY

16   in the 9/11 Commission report.

17         Q.    All right.  And have you

18   seen any documents other than the 9/11

19   Commission report that discuss

20   investigations into the internal controls

21   of the finances of WAMY?

22         A.    Yes.  I saw a report from --

23   dated 2018 on the issue of financial

24   controls relating to money laundering and

This Transcript Contains Confidential Material

1   official of the Kingdom of Saudi Arabia?

2       A.    No.  I do not, for the most

3   part, engage in consultant work.  That is

4   not what I do.

5           I prefer to do things rather

6   than advise other people on how to do

7   their business.

8       Q.    Were you ever asked for your

9   aid or consultancy with regard to

10  opinions related to the Kingdom where you

11  provided that consultation to either

12  lawyers or lobbyists for the Kingdom of

13  Saudi Arabia?

14      A.    Never.

15      Q.    Is it your opinion that

16  Saudi charities could not or would not

17  have provided support to Al Qaeda because

18  the Saudi Arabia government was

19  ideologically opposed to Al Qaeda?

20      A.    The Saudi Arabian government

21  regarded Al Qaeda as its principal enemy.

22  The internal security mechanisms of the

23  Kingdom are notoriously effective.

24  Anybody who tried to help Al Qaeda would

1   have suffered extreme penalty.

2        Q.    Do you know who Wa'el

3   Julaidan is?

4        A.    Sorry?

5        Q.    Do you know who Wa'el

6   Julaidan is?

7        A.    I don't know that name.  Can

8   you spell it for me?

9        Q.    W-A, apostophe, E-L.  And

10  there's various ways to spell the last

11  name, J-E-L-A-I-D-E-N is the way I would

12  spell it.

13       A.    No, I don't know him.  I do

14  not know Wa'el Julaidan.

15       Q.    Have you ever worked

16  professionally for WAMY?

17       A.    Never.

18       Q.    Have you ever worked

19  professionally with WAMY?

20       A.    No.

21       Q.    Have you ever worked with or

22  for any Saudi charity or any NGO in

23  Saudi -- in the Kingdom of Saudi Arabia?

24       A.    No, I've never worked for

This Transcript Contains Confidential Material

1   Ambassador, correct?

2       A.    Yes.   In addition to many

3   other agencies.

4       Q.    What other agencies?

5       A.    Well, for example, the

6   United States had a military training

7   mission to the Saudi Arabia National

8   Guard, a military training mission to the

9   five other Saudi Armed Forces, meaning

10  the Land Forces, the Air Force, the Air

11  Defense Force, the Navy and the Frontier

12  Forces.

13          The -- there were people

14  embedded in Saudi ministries.  I

15  mentioned the U.S. Geological Survey, 43

16  people embedded in the Royal Saudi

17  Geological Survey doing a survey of Saudi

18  mineral and metals resources.  Census

19  people who helped build the Saudi census

20  capability and so forth.

21          A lot of people --

22      Q.    I want to -- I just want to

23  clarify, though.  I want to stick you to

24  the terrorism issues --

This Transcript Contains Confidential Material

```
 1          A.    Yes.
 2          Q.    -- informing you on
 3   terrorism issues as well?
 4          A.    Anybody who had information
 5   would have provided it.  You asked the
 6   principal sources of information, and I
 7   gave them to you.
 8          Q.    Okay.  All right.  And
 9   since -- since you've left, are those
10   still the principal sources of
11   information to the person that -- you
12   know, the people who have succeeded over
13   there?
14          A.    I don't know that
15   personally, but I would expect so.  These
16   are institutional relationships.  They're
17   longstanding.  They are commonplace in
18   embassies throughout the world.  Saudi
19   Arabia is not unique.
20          Q.    And would you surmise that
21   the resources devoted to terrorism since
22   you left the Kingdom have probably
23   increased or decreased or stayed the
24   same?
```

This Transcript Contains Confidential Material

```
 1   President for coordinating all agency
 2   operations in the country to which he or
 3   she is assigned.
 4        Q.    But my question -- I'm
 5   sorry, my question was -- I was limiting
 6   my question to just terrorism issues.
 7             Is it true that it's a yes,
 8   if you just limit it to terrorism issues?
 9        A.    Yes.  I would have been the
10   ultimate decision-maker on whether to
11   report something to Washington, whether
12   to make a recommendation on how to deal
13   with it, and often would have been the
14   person who went to meet a senior Saudi
15   official to make an argument on behalf of
16   the U.S. government.
17        Q.    Just so I'm clear, though,
18   what my question is, is I'm asking you,
19   did you trust those sources of
20   information to make the assessments that
21   were derived out of the discussion group
22   in order to do your functions?
23        A.    If you're asking whether I
24   had competent staff, yes, I did.  But I
```

This Transcript Contains Confidential Material

1    Q.    When you say it was
2  "supposed to be," are you -- do you have
3  information that leads you to believe
4  that's not correct?
5    A.    This was an issue in dispute
6  at the time.  There were trials, and that
7  was the finding in the trials.
8    Q.    My question to you is, are
9  you doubting that?  Do you think it was
10  somebody else that was responsible for
11  that terror attack?
12    A.    I have no reason to believe
13  it was anybody else.
14    Q.    Okay.  Your report, I think,
15  indicates that attacks against the
16  Kingdom, against the monarchy, were
17  taking place before September 11th.
18         Which attacks are you
19  referring to that were -- that Al Qaeda
20  was responsible for?
21    A.    I can't be specific on that.
22    Q.    Are you aware of any?
23    A.    All I know is that when I
24  visited Saudi Arabia in the late 1990s,

This Transcript Contains Confidential Material

1  every time I entered a government

2  building, I either read signage or heard

3  an audiotape denouncing Al Qaeda and

4  similar extremists and urging the

5  citizenry to be vigilant against possible

6  attacks.

7          So, clearly, there was a

8  great concern on the part of the Kingdom

9  and its institutions about this enemy of

10  their state.  Openly proclaimed enemy, I

11  should say.

12      Q.    So my question is pretty

13  specific.  I want to know what you are

14  basing your opinion on that there were Al

15  Qaeda attacks on the Kingdom before

16  September 11th, 2001.  If you know any,

17  I'd like to know.

18      A.    I can't make specific

19  attributions.

20      Q.    Okay.  You are aware that Al

21  Qaeda was believed to be responsible for

22  the bombing of U.S. embassies in East

23  Africa in 1998, correct?

24      A.    Yes.

This Transcript Contains Confidential Material

```
 1          probably a long -- it's probably
 2          near the end, I think.
 3               Keep going.  Just scroll
 4          down to the next page, please.
 5          Next page, please.  Next page.
 6               That's it.  Sorry.  If you
 7          go back, you can see the bottom,
 8          there is Tidewater?  Right there.
 9               THE WITNESS:  Yeah, that's
10          the comment that I quoted.
11  BY MR. MALONEY:
12          Q.   So you quoted a blogger who
13  was commenting on Colonel Patrick Lang's
14  posting, correct?
15          A.   Yes.
16          Q.   And it looks like you lifted
17  this entire quote from Tidewater and put
18  it into your report; is that right?
19          A.   Yes.  Because it rang
20  absolutely true.
21          Q.   Do you know who Tidewater
22  is?
23          A.   No idea.
24          Q.   So you're relying on an
```

This Transcript Contains Confidential Material

```
 1   unknown, anonymous blogger for this

 2   information that's contained in here?

 3        A.    No.  I know most of this

 4   information on my own.

 5        Q.    Did you -- I'm sorry.

 6        A.    I found it a useful summary

 7   of the politics of the region and the

 8   origins of the hijackers from that

 9   region.

10        Q.    Do you know that -- which of

11   the hijackers are from that region?

12        A.    Some of them have names

13   which are typical tribal names from that

14   region.

15        Q.    I guess what I'm asking you

16   is, did you research this?  Did you look

17   at the names of the Saudi hijackers and

18   determine or find out or investigate what

19   region of Saudi Arabia they were from?

20        A.    Right after 9/11, when they

21   were identified, yes.  I spent some time

22   doing that for the reasons given here.

23        Q.    I'm sorry, you did that why?

24        A.    For the reasons given here.
```

This Transcript Contains Confidential Material

1   That is, there was a lot of

2   undifferentiated commentary about Saudi

3   Arabia that completely missed the

4   subtleties and nuances and the details

5   that are contained in this particular

6   entry that we're looking at.

7        Q.   Okay.  So just tell me, if

8   you can, what research you did on that

9   back in the day?

10       A.   I looked at the list of

11  hijackers and I compared it to the tribal

12  names that I was aware of from that

13  region.

14            I also looked at the

15  published information on the hijackers,

16  and I was very struck by the dominance of

17  people from this region.

18       Q.   Did the publication say that

19  they were from that region?

20       A.   Which publication?

21       Q.   The ones you just referred

22  to.

23       A.   Names -- tribal names exist.

24       Q.   I want to -- I want to --

This Transcript Contains Confidential Material

1   about the blogger Tidewater?

2         A.    Nothing.

3         Q.    Did you ever speak to

4   Tidewater?

5         A.    Nope.

6         Q.    And when you cite the

7   Tidewater in Footnote 7 of your report,

8   you say -- you describe Tidewater as a

9   former U.S. intelligence officer who

10  wishes to remain anonymous.

11              How do you know he was a

12  former U.S. intelligence officer?

13        A.    I think I asked the operator

14  of the blog, Sic Semper Tyrannis, retired

15  Colonel Lang, if he would identify the

16  person who wrote such a thorough and, in

17  my view, accurate description of the

18  origin of the hijackers and was told that

19  he wished to remain anonymous.

20        Q.    Well, how do you know he was

21  a former U.S. intelligence officer?

22        A.    Because I trust Colonel

23  Lang.

24        Q.    So you've never actually

This Transcript Contains Confidential Material

1  spoken to Tidewater at all?

2      A.    No.

3      Q.    And you don't, in fact, know

4  that he's a former U.S. intelligence

5  officer, correct?

6      A.    I have the assurance of

7  somebody I trust that he is.

8      Q.    All right.  And the only way

9  that you know that he preferred to remain

10 anonymous is because this Mr. Lang -- is

11 it Colonel Lang -- told you that he was

12 U.S. intelligence or a former U.S.

13 intelligence officer who didn't want

14 anybody to know who he was?

15     A.    I asked Colonel Lang, as I

16 recall, whether I could identify him.

17 And that was the reply I got.

18     Q.    So you don't, in fact, know,

19 other than by secondhand information, who

20 he is; and you don't, in fact, know,

21 other than secondhand information, that

22 he wants to remain anonymous; is that a

23 fair characterization?

24     A.    I've accepted the assurance

This Transcript Contains Confidential Material

1    of someone on both points.  I have no

2    direct knowledge of that, no.

3            Q.    By taking information off of

4    the Internet from a source that you've

5    never spoken to, someone that you only

6    know who they are through secondhand

7    information, and taking secondhand

8    information and not being allowed to

9    speak to the source, based on a refusal

10   by the person that runs the blog, that's

11   what you're basing your information on to

12   be able to cite to him as a former U.S.

13   intelligence officer?

14            MR. GOETZ:  Objection.

15       Form.

16            THE WITNESS:  No.  The

17       reason this caught my eye was that

18       it coincided with everything that

19       I personally knew, on the basis of

20       looking at the names of the

21       hijackers, the description of

22       them, their whereabouts, and what

23       I knew about that particular

24       region of Saudi Arabia, which I

This Transcript Contains Confidential Material

```
 1           visited.
 2                So the information that
 3           whoever Tidewater is provided
 4           struck me as exceptionally
 5           accurate and perceptive.
 6                I'm not going on him, I'm
 7           going on my own views.
 8   BY MR. HAEFELE:
 9       Q.    Well, when you wrote your
10   report and you cited Tidewater, why
11   didn't you cite it citing to an Internet
12   URL that provided us with a blog from
13   some guy who is saying exactly what you
14   wrote in your report instead of
15   characterizing him as a former U.S.
16   intelligence officer?
17                MR. GOETZ:  Objection.
18           Form.
19                MR. HAEFELE:  You can answer
20           the question.
21                THE WITNESS:  Yes.  The
22           information that Tidewater wrote
23           strikes me, in my judgment, as
24           accurate and detailed.
```

This Transcript Contains Confidential Material

```
 1        Q.     So can you just give us an
 2   estimate, Ambassador Freeman, of when you
 3   talk about these meetings with Saudi
 4   government officials, people in Saudi
 5   business and also U.S. intelligence
 6   officials that you've had in the years
 7   since you left the Foreign Service that
 8   have informed your opinions in the case,
 9   how many meetings are we talking about?
10        A.     Probably two to three a
11   year.
12        Q.     For a period of how many
13   years?
14        A.     I believe 15.
15        Q.     You were asked a lot of
16   questions about the Mid East Policy
17   Council.  I want to just ask you a very
18   few about that.
19               I think the implication
20   is -- here is that Saudi Arabia bought
21   the opinions of the Middle East Policy
22   Council and everybody associated with it.
23               Is that true?
24        A.     No.  The board was entirely
```