Case 1:03-md-01570-GBD-SN   Document 9115-8   Filed 05/31/23   Page 1 of 3

EXHIBIT
914
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC

JUL 13 '93 08:52PM LAJNAT ALBIRR JEDDAH 6730941                                    P.1

بسم الله الرحمن الرحيم

ملف اللجنة

لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

## محضر الإجتماع السابع لمجلس مشرفي لجنة البر

عقد في تمام الساعة الحادية عشر من صباح يوم الخميس ١٨ / ١ / ١٤١٤ هـ بتوفيق من الله الإجتماع السابع لمجلس مشرفي لجنة البر الإسلامية وقد حضر الإجتماع كل من السادة الأعضاء التالي أسمائهم

١ - د . سالم بن حماد الدهمي

٢ - د . محمد بن محمد عمر جمجوم

٣ - د . عويض بن حربي العامدي

٤ - د . عبدالوهاب نور ولي

٥ - د . حسن بن عبدالقادر باحفظ الله

بينما تغيب عن الإجتماع كل من

١ - د . أحمد بن عبد القادر باحفظ الله

٢ - د . سليمان بن دامر باسهل

٣ - أ . شاهر بن عبدالرؤوف بردجي

٤ - أ . يوسف الأخضر القديم

حدد جدول أعمال الإجتماع بالتالي :-

* مناقشة الوضع الحالي للجنة

* مناقشة ميزانية اللجنة لعام ١٤١٤ هـ

* مناقشة مشروع أمين عام منظمة المؤتمر الإسلامي (المؤسسة الإسلامية للسلم الإجتماعية)

* مناقشة ملخص رحلة المدير التنفيذي بـ . . لباكستان

* مناقشة مبلغ ( ٣٠،٠٠٠ دولار ) الخاصة بالقرن الإفريقي

* مناقشة تقرير اللجنة المشكلة لدراسة لائحة اللجنة .

جدة ص ب ٩٠٧٢ جدة ٢١٤١٣ ، المملكة العربية السعودية ، هاتف ٦٧٣٠٩٤١ ، فاكس : ٦٧١٨٣٩
الرياض ، ص ب ٨٤٥ ، الرياض ١١٤٤٣ ، المملكة العربية السعودية ، هاتف : ٤٦٢٨٩٧٥ / ٤٦٢٨٩٨١ ، فاكس : ٤٦٤١٧١٠
المدينة المنورة ، ص ب ٩ ، المدينة المنورة ، المملكة العربية السعودية ، هاتف : ٨٢٢٨٧٤٨ ، فاكس : ٨٢٢٩٠٢٠
الدمام ، ص ب ٩١٥٣ ، الدمام ٣١٤١٣ ، المملكة العربية السعودية ، الدمام ٣١٤١٣ ، هاتف : ٨٤٢٥١١٦ ، فاكس : ٨٤٢٥١٥٩
بيشاور ، ص ب ١٠٥٥ ، باكستان ، هاتف / فاكس : ٨١١٩٠٧

CONFIDENTIAL
WAMYSA1235455

In the name of Allah, the Merciful, the Gracious

**Islamic Benevolence Committee**  [*logo of the Committee*]

World Assembly of Muslim Youth

- Discussing the proposal of constituting a coordination committee of the Assembly's general committees
- Miscellaneous

**First:**

The meeting was opened with a brief speech by the Executive Director in charge of the Committee's current situation, as requested by his Excellency the Chairman of the Council. The Executive Director briefly spoke in his report of the latest updates regarding the handover from the former Director. He stated that all [*illegible*] were handed over, including [*illegible*] Sukuk-Waqf of the Committee, noting that the ownership and Sukuk-Waqf are still held by Mr. Adel Batterjee. The attendees decided to consult Sheikh [*illegible*] about [*illegible*] the names of Waqf managers. These consultations are to be made through Dr. Oweish Harbi and Dr. Hassan Bahifz Allah, in liaison with Mr. Adel Batterjee in that regard.

The Executive Director spoke also of meeting with some Sheikhs and respected brothers about relations with Mr. Adel Batterjee, in an attempt to ease the tension. The Director summarized the results of this meeting, stating that a promise was made by the sheikhs to quickly and directly intervene to ease such tension.

Afterwards, the Executive Director addressed the financial situation of the Committee, and the investment activity made during the previous period, as represented in purchasing a villa South-East of the Al-Manarat Schools for boys and contributing to a purchase of a piece of land by Dr. Abdel Wahab Noor Wali. An amount of 1.525.000 Saudi Riyal was spent on purchasing the villa, and an amount of 5 million Saudi Riyal for the contribution. There was an agreement to register the villa under the name of the World Assembly of Muslim Youth – Islamic Benevolence Committee.

The attendees approved the principle of putting all the Committee's fluid capital in the Al Rajhi Investment Fund Company's investment portfolio, until a better investment opportunity is provided, making this procedure preferable as a short-term investment portfolio.

Afterwards, the attendees discussed setting the proposed budget of the current fiscal year. They have decided to keep the expenditure the same as last year's budget, until the Committee's situation is, hopefully, clearer in the near future. This indicates that no approval for new projects shall be granted and no expansion of ongoing projects shall be made, apart from only two significant projects, which are as follows:

1- The Industrial Benevolence Institute
2- Poultry Project

The attendees also discussed the possibility of enrolling some of the non-Afghan scholars in Imam Abu Hanifa Institute. They approved enrolling a few numbers of Tajiks and Kashmiris, leaving it to the Institute's administration to decide upon the [*illegible*] and number.

In the name of Allah, the Merciful, the Gracious

**Islamic Benevolence Committee**  [*logo of the Committee*]

World Assembly of Muslim Youth

**Second:**

The Chairman of the Council requested the Executive Director to set a detailed budget for that year to be communicated to all members before the next Council meeting, providing in detail a view of the Committee's current financial situation through bank account numbers and account balances and suggesting the presence of the financial officer in the Committee's next meeting to discuss the budget items.

**Third:**

The attendees moved to the third item of the agenda, which includes a request by his Excellency the Organization of Islamic Conference Secretary General. It suggests his request to support establishing an Islamic complex in the Republic of Niger. The Council approved supporting this request, adhering to the proposed costs of the suggested mosque in the project's study.

**Fourth:**

The Executive Director presented a summary of his trip to the Committee's Office in Peshawar and some of the Committee's projects in Afghanistan. Discussion of the visits' results was postponed to the next meeting, to give the members an opportunity to look into and read the reports.

**Fifth**:

The Executive Director presented some of the outstanding financial matters with the former Executive Director, as well as some entities and individuals. Among these matters are the amount of money of the Hara Organization (Horn of Africa), the donated mosque by the donors of the Eastern side and failure to pay the guarantees of the orphans in Afghanistan during the last quarter of 1412 (1992). The Chairman of the Council requested the mandated Executive Director to write a letter to the former Executive Director, stating all these matters and requesting him to kindly pay these financial obligations in order to fulfill his promises to the Reception and Handover Committee. He must pay any future obligations and prepare a file of this matter and similar future matters for the Committee's record [*illegible*].

**Sixth:**

Dr. Mohamed Mohamed Omar Jamjoom, a member of the Committee appointed to study the Committee's Statutes, requested to postpone reviewing the Statutes to the next meeting, in order to give the Committee's members a better chance to prepare for such a study. The attendees approved this proposal.