# Law Office of Andrew C

264 West 40th Street, Su
New York, NY 100
(212) 422-1020 - pho
(212) 422-1069 - facsir
E-Mail: alaufer@lauferlawgroup.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2023
```

May 19, 2023

<u>Via ECF</u>
Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In re Terrorist Attacks on September 11, 2001 –
      MDL – 03-md-01570 (GBD) (SN)
      Leftt v. Kingdom of Saudi Arabia - 18-cv-03353

Your Honor:

    We are counsel to the Leftt plaintiffs in the referenced action. This status letter is submitted pursuant to the Courts Order of May 12th, 2023 directing plaintiff's counsel to "…file a status letter or, if appropriate, corrected Notices of Amendment by May 19, 2023.

    We continue to review Your Honor's prior orders to ascertain how to appropriately remediate the prior defective filings. Your affirmant respectfully requests the Court afford plaintiff's counsel additional time to make the appropriate corrections.

    Your affirmant is also currently on trial in New York State Supreme Court for the County of Kings in the Matter of Smith v. the City of New York, et al – Index # 25183/2018. A jury has been

---

Counsel is directed to file a status letter or, if appropriate, corrected Notices of Amendment by June 16, 2023.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 2, 2023
New York, New York