**Lewis Baach Kaufmann Middlemiss PLLC**

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

June 8, 2023

**VIA ECF**

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl St, Room 1310
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUN 1 2 2023

Re: **In re Terrorist Attacks of September 11, 2001,
       03 MDL 1570 (S.D.N.Y) (GBD) (SN)**

Dear Judge Daniels:

Defendants,[1] together with the Plaintiffs' Executive Committees (collectively, "Parties"), write to request that the Court approve filing dates for responses and replies in connection with Plaintiffs' Objections to the Court's April 27, 2023 Opinion and Order filed on May 31, 2023 (ECF No. 9110) and World Assembly of Muslim Youth ("WAMY") and WAMY International's Objections to Opinion & Order Filed April 27, 2023 filed on May 31, 2023 (ECF No. 9113).

The Parties have agreed that responses will be limited to 18 pages and should be due on June 30, 2023, and replies will be limited to 10 pages and should be due on July 21, 2023.

As the Court is aware, in other contexts, questions have been raised as to whether leave of the Court is required for a response and reply to Rule 72(a) Objections. To the extent necessary, the Parties respectfully request leave to file responses and replies.

Respectfully submitted,

/s/ Aisha

Aisha E. R. Bembry (admitted pro hac vice)
*Counsel for the Muslim World League, the International Islamic Relief Organization, and the Charity Officer Defendants*

---

[1] For the purposes of this submission, "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, the four "Charity Officer Defendants" (Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, and Adnan Basha), and Yassin Kadi.