UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 6/15/2023*

**SARAH NETBURN, United States Magistrate Judge:**

Counsel from Anderson Kill P.C. contacted the Court in March to advise that it planned to re-file its motion at ECF No. 8589 (and possibly others) in light of recent decisions issued in this multidistrict litigation. Counsel should advise the Court by June 21, 2023, whether it intends to withdraw existing motions or whether the Court should adjudicate those motions as filed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 15, 2023
               New York, New York