```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court extends discovery related to Defendant al Rajhi Bank until July 14, 2023, so the parties have time to comply with the Court's forthcoming ruling on the pending motions to compel and motions to quash.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 15, 2023
             New York, New York