UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-06977
    Burlingame, et al. v. Bin Laden, et al., No. 02-cv-07230

    Plaintiffs in Burlingame v. Bin Laden, et al., No. 02-cv-07230 ("Plaintiffs")—both United States citizens and noncitizens—filed a motion for default judgment against the "Taliban Defendants." See ECF No. 8737, 8738, 8739.[1] The Court later issued a decision on similar motions that has implications for this one. See ECF No. 8973. In its decision, the Court (1) denied without prejudice motions brought by noncitizens and (2) dismissed Defendant Muhammad Omar from all actions in this multidistrict litigation. Id. at 4–6. In light of that decision, the Court requests that counsel file a letter by June 21, 2023, advising the Court on two issues:

    (1)    whether counsel intends to withdraw the motion as to the noncitizen plaintiffs or whether the Court should adjudicate the motion as filed; and

    (2)    who is included in the term "Taliban Defendants" and whether the Plaintiffs wish to move against all such defendants, a subset of those defendants, or only the Taliban at this time.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

Further, while reviewing the Plaintiffs' filings, the Court identified certain discrepancies. In the June 21 letter, counsel should confirm or correct the following proposed corrections to the exhibits listing Plaintiffs' requested judgments:

(1) 8738-1 at 1, ¶ 5: replace "Boehn" with "Boehm";

(2) 8738-1 at 4, last line: replace "Janis Lilie, as Personal Representative of the Estate of Harold Furman" with "Janis Lilie, as Personal Representative of the Estate of Harold Lilie"; replace "$8,500,000.00" with "$4,250,000.00"; replace "$25,500,000.00" with "$12,750,000.00";

(3) 8738-1 at 16, ¶ 356: replace "Allison" with "Brian";

(4) 8738-1 at 16, ¶ 357: replace "Allison" with "Jean";

(5) 8738-1 at 16, ¶ 358: replace "Allison" with "David";

(6) 8738-1 at 16, ¶ 359: replace "Allison" with "Jean Wotton, as Personal Representative of the Estate of Stewart [Wotton]";

(7) 8738-1 at 16, ¶ 360: replace "Allison" with "Judith"; and

(8) 8738-1 at 16, ¶ 361: replace "Allison" with "Tricia Marsala, as Personal Representative of the Estate of Kathleen [Demme]."

Counsel need not file corrected exhibits reflecting these changes but should confirm in writing if each of the Court's proposed corrections are correct and should be adopted.

**SO ORDERED.**

                                                                        _____
                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:   June 15, 2023
              New York, New York