UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Gaston, et al. v. The Islamic Republic of Iran, No. 18-cv-12337

    Plaintiffs in Gaston, et al. v. The Islamic Republic of Iran, No. 18-cv-12337, filed a motion for default judgment against Iran. See ECF Nos. 8830, 8831, 8832, 8833.[1] According to the exhibits, the Estate of Betsy Martinez (the "Estate") is requesting $8,500,000—which is inconsistent with the compensatory damages framework used for those killed in the 9/11 Attacks. See ECF No. 8832 at 6. The Court has consistently awarded the estates of people killed on 9/11 $2,000,000.00 for pain and suffering, plus economic damages as established by each plaintiff's evidence. By June 21, 2023, counsel should file a letter (1) correcting the amount the Estate is seeking or explaining why a departure from the framework is warranted and (2) confirming that the Estate has not previously received any awards for compensatory damages in this case.

**SO ORDERED.**

                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:    June 15, 2023
                New York, New York

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.