**Ex. A**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN))

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Rajesh |  | Khandelwal[1] | Shewta |  | Khandelwal |  | Spouse | $12,500,000.00 |

| TOTAL | | | | | | | | | $12,500,000.00 |

---

[1] New York common law applies since the 9/11 decedent died in New York. The cause of action relied upon for damages is intentional infliction of emotional distress.

docs-100592037.1