**Ex. B-1**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Vanavah | | Thompson[1] | | $1,506,866.00 | | $1,506,866.00 |

**TOTALS** $1,506,866.00 $1,506,866.00

---

[1] New York common law applies since the 9/11 decedent died in New York. The causes of action relied upon for damages are wrongful death and survival.

docs-100586493.1