**Ex. B-2**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Juan | Pablo Alvarez | Cisneros[1] | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Stephen | | Joseph | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Rajesh | | Khandelwal | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Stuart (Soo-Jin) | | Lee | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $8,000,000.00 $8,000,000.00

---

[1] New York common law applies since the 9/11 decedents died in New York.  The causes of action relied upon for damages are wrongful death and survival.

docs-100592028.1