# Law Office of Andrew C. Laufer, PLLC

**264 West 40th Street, Suite 604**
**New York, NY 10018**
**(212) 422-1020 – Phone**
**(212) 422-1069 – Facsimile**
**www.lauferlawgroup.com**

June 16, 2023

**Via ECF**
Honorable Sarah Neburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: In re Terrorist Attacks on September 11, 2001 –
MDL – 03-md-01570 (GBD)(SN)
Leftt, et al v. Kingdom of Saudi Arabia

Your Honor:

We are counsel for the Leftt plaintiffs in the referenced action. We write to inform the Court that we have filed various documents to correct errors contained within the underlying complaint and subsequent attempts to add additional parties.

These documents include a First Notice of Amendment which corrects the original Leftt short form complaint to comply with the Court's Orders as to form and substance; a Second Notice of Amendment to properly add solatium plaintiffs to the Leftt complaint; and a new Short Form Complaint to add new personal injury plaintiffs, new estates, and their respective solatium plaintiffs.

We hope this satisfies the Court's order directing our office to correct theses errors. If it does not, your affirmant respectfully requests a further opportunity to amend our pleadings to properly conform with the Court's order.

Our office would also like to thank various members of the plaintiff's committee for their time and patience in assisting us with these amendments and corrections.

Thank you for your time and attention to this matter.

Respectfully submitted,

Andrew C. Laufer

ACL/bd