**Ex. B-5**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Patricia            | A.                   | Cody               |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2. | Michelle            | H.                   | Goldstein          |             | $3,252,145.00          |                            | $3,252,145.00       |
| **TOTALS** | | | | | $3,252,145.00 | $2,000,000.00 | $5,252,145.00 |

docs-100586579.2