**Ex. B-11**

Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Paul | Hamilton | Geier |  |  | $2,000,000.00 | $2,000,000.00 |

**TOTALS** | | | | | | $2,000,000.00 | $2,000,000.00