**Ex. G**
**Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)**
*(Alphabetically by Last Name)*

|  | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Plaintiff's Nationality on 9/11/01 | Location Where Injury Occurred | Injury Category | Severity of Injury | Total Economic Damages Amount ($) | Total Pain and Suffering Damages Amount ($) | TOTAL Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | William | Jose | Jimeno |  | Self (Injury) | United States | World Trade Center | Falling Debris; Crushing | Devastating | $3,181,931.00 |  |  |
| 2. | John |  | McLoughlin |  | Self (Injury) | United States | World Trade Center | Falling Debris; Crushing | Devastating | $2,660,711.00 |  |  |

docs-100593884.1