# ANDERSON KILL P.C.

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 100[20]
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2023
```

<u>Via ECF</u>

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD)(SN)

Dear Judge Netburn:

    Today we filed a revised motion for final judgments as to liability and for partial final damages judgments against the Taliban for a subset of the *O'Neill* Plaintiffs who were not U.S. Nationals on September 11, 2001. ECF No. 9130.

    We respectfully request that the Court consider this motion in lieu of the motion presently pending at ECF No. 8589. The present motion includes additional information and legal analysis based on guidance provided by the Court's recent ruling denying a judgment motion against the Taliban without prejudice for another group of non-citizen plaintiffs in a related case. *See* ECF Nos. 8929, 8973.

    We have reviewed our pending judgment motion against the Islamic Republic of Iran filed on behalf of a subset of the *O'Neill* Plaintiffs who were not U.S. Nationals on September 11, 2001, ECF No. 8631, in light of the Court's rulings at ECF Nos. 8929 and 8973, and believe that it does not need to be revised and refiled in light of the Court's requirements.

    We thank the Court for its attention to this matter.

---

The request is GRANTED. The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 8589 in No. 03-md-01570 and ECF No. 702 in No. 04-cv-01076.
**SO ORDERED.**

*[signature]*
SARAH NETBURN
United States Magistrate Judge

Dated: June 23, 2023
      New York, New York

---

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100612280.1