UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN)

### [PROPOSED] ORDER OF FINAL JUDGMENT AS TO LIABILITY AND FOR PARTIAL FINAL DAMAGES JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR NON-U.S. NATIONAL PLAINTIFF MANU DHINGRA

Upon consideration of the evidence and arguments submitted by non-U.S. National Plaintiff Manu Dhingra in the above-captioned matter as specifically identified in Exhibit A, (the "Personal Injury Plaintiff"), together with the entire record in the case, IT IS HEREBY

**ORDERED** that the cause of action for survival in Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-CV-9903 (GBD) (SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53 (individual case docket),[1] as adopted in the short-form complaint in *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN) ("*King*"), ECF No. 1 (individual case docket), is a cause of action for both assault and battery upon which the Personal Injury Plaintiff may move for a damages judgment; and it is further

**ORDERED** that service of process in *King* was effected upon Defendant Islamic Republic of Iran ("Iran") in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further

**ORDERED** that the Court has subject-matter jurisdiction over the common law claims of the Personal Injury Plaintiff, pursuant to 28 U.S.C. § 1605B; and it is further

---

[1] All ECF numbers are to the MDL docket unless stated otherwise.

-1-

**ORDERED** that the Court has subject-matter jurisdiction over Iran under the common law for actions arising out of assault and battery based on the intentional acts of international terrorism perpetrated on September 11, 2001 that intentionally targeted innocent civilians resulting in death, personal injury, and significant grief sustained by family members of those killed in the attacks; and it is further

**ORDERED** that judgments as to liability are entered for the Personal Injury Plaintiff for his common law claims; and it is further

**ORDERED** that the Personal Injury Plaintiff identified in the attached Exhibit A is awarded a compensatory damages judgment against Iran for assault and battery commensurate with the injuries sustained during the September 11, 2001 terrorist attacks, in accordance with prior precedent in the U.S. District Court for the District of Columbia in similar cases (and factoring in an upward departure on damages values based on the indelible impact of the September 11, 2001 terrorist attacks); AND,

**ORDERED** that the Personal Injury Plaintiff identified in Exhibit A, is awarded economic damages in the amount set forth in Exhibit A; and it is further

**ORDERED** that the Personal Injury Plaintiff is awarded prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; and it is further

**ORDERED** that the Personal Injury Plaintiff may apply for punitive damages, economic damages, and other appropriate damages, at a later date; and it is further

**ORDERED** that all other Plaintiffs in the litigations not appearing in the attached Exhibit A may submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

docs-100609780.1

-3-

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9152.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
             _____ \_\_,  202\_