Ex. A
Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Plaintiff's Nationality on 9/11/01 | Plaintiffs' Cause of Action[1] for Damages Against Iran | Location Where Injury Occurred | Injury Category | Severity of Injury | Total Economic Damages Amount ($) | Total Pain and Suffering Damages Amount ($) | TOTAL Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Manu | | Dhingra | | Self (Injury) | India | Assault; Battery | World Trade Center | Burn | Devastating | $255,582.00 | | |

---

[1] New York common law applies since the 9/11 decedent was injured in New York.  The causes of action relied upon for damages are assault and battery.