UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Johnson et al. v. Islamic Republic of Iran*, 18-cv-12344 (GBD) (SN)

## PARTIAL FINAL DEFAULT JUDGMENT FOR PLAINTIFF NAOMI FURMAN

Upon consideration of the evidence and arguments submitted by Plaintiff, Naomi Furman, in *Johnson v. et al. v. Islamic Republic of Iran*, 18-cv-12344 (GBD) (SN), who is a child of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further

**ORDERED** that Plaintiff's Motion for Judgment by Default against the Islamic Republic of Iran is **GRANTED** and final judgment on liability is entered against the Islamic Republic of Iran, consistent with ECF No. 3443, and in favor of Plaintiff; and it is further

**ORDERED** that partial final judgment is entered on behalf of Plaintiff against the Islamic Republic of Iran and is not binding on any other defendant; and it is further

**ORDERED** that Plaintiff is awarded solatium damages in the amount of $8,500,000.00, and may, at a later date, submit an application for punitive damages, or other damages (to the extent such awards have not previously been ordered) consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that Plaintiff is awarded prejudgment interest at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment.

Furthermore, this Court respectfully directs the Clerk of Court to terminate the motions at ECF No. 8672 in Case No. 03-md-1570 and ECF No. 50 in Case No. 18-cv-12344.

Dated: June 26, 2023
      New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge