UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001   )
                                                )   03-MDL-1570 (GBD)(SN)
                                                )
This document relates to:
*Ryan, et al. v. Islamic Republic of Iran, et al.*, 20-cv-00266 (GBD)(SN)

ORDERED: SO ORDERED
*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 2 6 2023

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiffs Kristen Breitweiser, Caroline Breitweiser, Patricia Ryan, Laura Ryan, Colin Ryan, and Kristen Ryan by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(l)(A)(i), hereby voluntarily dismiss all claims against the named Defendants in the above-referenced action without prejudice. Fed. R. Civ. Proc. Rule 41 provides in relevant part:

(a) VOLUNTARY DISMISSAL.

*(1) By the Plaintiff.*
(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Here, none of the Defendants have served an answer and none of the Defendants have served a motion for summary judgment. Accordingly, the above-referenced Plaintiffs' claims against Iran may be dismissed without prejudice and without an Order of the Court.

Dated: May 11, 2023

Respectfully submitted,

*John F. Schutty*

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (646) 345-1441 Fax: (917) 591-5980
john@johnschutty.com
Attorney for the Breitweiser & Ryan Plaintiffs