UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

ORDER

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Ryan, et al. v. Islamic Republic of Iran, et al.</u>, No. 20-cv-00266

At their request, all judgments and claims by the Ryan and Breitweiser Plaintiffs, as defined in ECF No. 8985,[1] have been transferred or dismissed from <u>Ryan, et al. v. Islamic Republic of Iran, et al.</u>, No. 20-cv-00266. <u>See</u> ECF Nos. 8985 (restoring and transferring claims and judgments), 9082 (notice of voluntary dismissal), 9161 (approval of voluntary dismissal). For the reasons stated at the Court's March 16, 2023 conference, and in light of the status of the Ryan Plaintiffs' claims as referenced above, the Clerk of the Court is respectfully directed to change the caption of Case No. 20-cv-00266 to <u>Katherine Maher, Individually, and as Personal Representative of the Estate of Daniel L. Maher, et al. v. Islamic Republic of Iran, et al.</u>

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 28, 2023
             New York, New York

---

[1] Unless otherwise note, all ECF number refer to the main MDL docket, No. 03-md-01570.