```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                           03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001                                    ORDER


------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On April 27, 2023, the Court issued its bellwether <u>Daubert</u> order addressing expert testimony proffered by the parties, including the Plaintiffs' Executive Committees ("Plaintiffs") and Defendants World Assembly of Muslim Youth, World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi (together, the "Charity Defendants"). <u>See</u> ECF No. 9060.[1] The Order provided guidance relevant to terrorism experts and was intended to reduce the number of expert challenges that need Court intervention.

Following that Order, the Plaintiffs and the Charity Defendants jointly proposed a briefing schedule for challenging the remaining experts on both sides via 70-page motions, 70-page oppositions, and 30-page replies. <u>See</u> ECF No. 9105. The Court scheduled a conference to discuss the proposal and the parties' efforts to heed the Court's bellwether guidance. <u>See</u> ECF No. 9127.

During the conference, both sides assured the Court that future <u>Daubert</u> challenges will reflect the principles in the Court's bellwether Order. The Charity Defendants also emphasized

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

that resolving their Daubert motions would streamline summary judgment. Plaintiffs, on the other hand, noted that their motions would have little impact on summary judgment and could be deferred.

In light of these representations, the Court directs the Charity Defendants to challenge the three identified plaintiffs' experts according to the following schedule:

- July 31, 2023: Charity Defendants' Daubert motion(s) and brief(s) of up to 70 pages total;
- September 15, 2023: Plaintiffs' opposition brief of up to 70 pages; and
- October 16, 2023: Charity Defendants' reply brief(s) of up to 30 pages total.

If the case proceeds to trial, Plaintiffs will be permitted to challenge additional defense experts in pre-trial briefing. Plaintiffs' agreement to defer briefing does not constitute a waiver of any challenge.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 28, 2023
         New York, New York