```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:
                                                                    03-MD-01570 (GBD)(SN)
    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                              ORDER


------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Gaston, et al. v. The Islamic Republic of Iran</u>, No. 18-cv-12337

    Plaintiffs in <u>Gaston, et al. v. The Islamic Republic of Iran</u>, No. 18-cv-12337 ("<u>Gaston</u>"), filed a motion for default judgment against Iran. <u>See</u> ECF No. 8830, 8831, 8832, 8833.[1] Adjudicating that motion requires the Court to determine whether Plaintiffs properly served Iran under 18 U.S.C. § 1608. To that end, Plaintiffs filed an Affidavit of Service, No. 18-cv-12337 at ECF No. 51, and attempted to file a Proposed Clerk's Certificate of Default, No. 18-cv-12337 at ECF Nos. 52 (original filing, rejected December 20, 2022), 53 (second filing, rejected December 20, 2022), 54 (third filing). On June 22, 2023, the Plaintiffs' third Proposed Clerk's Certificate of Default was marked as deficient. Accordingly, the Court directs counsel to re-file these documents by July 6, 2023, and monitor the docket for any deficiency notices until the Clerk's Office reviews the new filing.

    Additionally, counsel should (1) identify the plaintiff who is entitled to assert claims on behalf of Louis Gaston (who was deceased when the <u>Gaston</u> complaint was filed); (2) ensure that that plaintiff is properly added to <u>Gaston</u>, No. 18-cv-12337; and (3) file a letter by July 6, 2023,

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

stating the plaintiff's name, confirming that counsel represents that plaintiff, and citing any relevant docket entries.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 28, 2023
         New York, New York

2