# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Jerry S. Goldman, Esq.<br>
Jgoldman@andersonkill.com<br>
212-278-1569

<u>Via ECF</u>                                                                 June 29, 2023

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Amato, et al. v. Islamic Republic of Iran*, No. 21-cv-10239 (GBD) (SN) – The Estate of Michael Shagi Report & Recommendation

Dear Judge Daniels and Magistrate Judge Netburn:

I write today on behalf of the Estate of Michael Shagi (the "Estate") in the above-captioned case in response to the Court's Report & Recommendation, dated June 27, 2023. *See* ECF No. 9168. Counsel writes to inform the Court that the Estate will not object to the Report & Recommendation and respectfully requests that the Court enter partial final judgment in favor of the Estate as discussed in the Report & Recommendation.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc: All MDL Counsel of Record (via ECF)
    Kathleen Shagi (via email)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100614913.1