UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to: *All Actions*

### DECLARATION OF ROBERT T. HAEFELE TRANSMITTING EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE OBJECTIONS OF WORLD ASSEMBLY OF MUSLIM YOUTH AND WAMY INTERNATIONAL (ECF NO. 9113) TO THE OPINION & ORDER FILED APRIL 27, 2023 (ECF NO. 9060)

I, Robert T. Haefele, pursuant to 28 U.S.C. §1746, declare, under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am an attorney admitted to practice in the above-captioned matter, a member of the Plaintiffs' Executive Committees in this MDL, and associated with the law firm Motley Rice LLC, counsel for plaintiffs in this MDL.

2. I submit this Declaration to identify the exhibits referenced in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Opposition to the Objections of World Assembly of Muslim Youth and WAMY International (ECF No. 9113) to the Opinion & Order filed April 27, 2023 (ECF No. 9060).

3. Attached to this Declaration are true and correct copies of the following exhibits referenced in Plaintiffs' Memorandum of Law filed in support of the accompanying motion.

| Ex. 1<br>(Winer Rpt.) | "Expert Report of Jonathan M. Winer" dated March 10, 2020. |
|---|---|
| Ex. 2<br>(Winer Tr.) | Excerpts of Transcript of Deposition of Jonathan M. Winer (July 13 & 14, 2021). |
| Ex. 3<br>(Exhibit 914 from Winer Deposition) | Exhibit 914 from Deposition of Jonathan M. Winer (July 13 & 14, 2021). |

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Mount Pleasant, South Carolina, on June 30, 2023.

/s/
_____
Robert T. Haefele, Esq.