UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

**DECLARATION OF OMAR T. MOHAMMEDI TRANSMITTING EVIDENCE IN SUPPORT OF DEFENDANTS'[1] RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE COURT'S OPINION AND ORDER DATED APRIL 27, 2023 OPINION AND ORDER (ECF. NO. 9060)**

I, Omar T. Mohammedi, pursuant to 28 U.S.C. §1746, state as follows:

1. I am an attorney admitted to practice in the above-captioned matter, counsel for the Defendants the World Assembly of Muslim Youth and the World Assembly of Muslim Youth International in this MDL, and associated with the Law Firm of Omar T. Mohammedi LLC or OTM Law.

2. I submit this Declaration to identify and transmit into evidence the exhibits referenced

---

[1] "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, the four "Charity Officer Defendants" (Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, and Adnan Basha), and Yassin Kadi.

1

in Defendants' Objections to the Court's April 27, 2023, Opinion and Order (ECF No. 9060).

3. Attached hereto are true and correct copies of the Exhibits identified below:

4. Exhibit 1 is ECF No. 9060, the Order of the Honorable Sarah Netburn dated April 27, 2023.

5. Exhibit 2 is ECF No. 7647, the Order of the Honorable Sarah Netburn dated February 7, 2022.

6. Exhibit 3 is ECF No. 8905, the Order of the Honorable Sarah Netburn dated March 6, 2023.

7. Exhibit 4 is ECF No. 7609, which is a declaration of Jonathan M. Winer.

8. Exhibit 5 is the Expert Report of Jonathan M. Winer.

9. Exhibit 6 is Court Filed Expert Resume of Jonathan M. Winer "Exhibit 904," dated July 13, 2021.

10. Exhibit 7 is the Deposition Transcript of Jonathan M. Winer, dated July 13, 2021.

11. Exhibit 8 is *McDonald and Dickson v. TD Bank*, 2021 ONSC 3872 entered in the Winer Deposition as "Exhibit 900," dated July 13, 2021

12. Exhibit 9 is the Rebuttal Report of Jonathan M. Winer, dated February 2, 2021.

I declare, under penalty of perjury that the foregoing is true and correct.

New York, New York, June 30, 2023

*/s/ Omar T. Mohammedi*

_____
Omar T. Mohammedi, Esq.