IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Gaston, et al. v. The Islamic Republic of Iran, No. 18-cv-12337* | |

## REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a) and Local Rules 55.1 and 55.2(a), the Plaintiffs, by and through undersigned counsel, request a Clerk's Certificate of Default. Within an accompanying declaration, I affirm that the party against whom the judgment is sought:

1. is not an infant or incompetent person;

2. is not in the military service;

3. was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the Court;

4. has defaulted in appearance in the above captioned action.

/s/ David J. Dickens
David J. Dickens (admitted *pro hac vice*)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
ddickens@millerfirmllc.com

Attorney for Plaintiffs

1