S.D.N.Y. – N.Y.C.
01-cv-10132; 02-cv-6977
03-cv-6978; 03-cv-9848
20-mc-740; 03-md-1570
Daniels, J.
22-cv-1949
Caproni, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand twenty-three.

Present:
      Raymond J. Lohier, Jr.,
      Michael H. Park,
      William J. Nardini,
          *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 06 2023

Fiona Havlish, et al.,

          *Plaintiffs-Appellants*,

Katherine Soulas, et al.,

          *Plaintiffs*,

      v.

The Islamic Emirate of Afghanistan, et al.,

          *Defendants-Appellees*,

Federal Reserve Bank of New York,

          *Garnishee-Interested Party*,

Sheikh Usama Bin-Laden, et al.,

          *Defendants*.

23-258 (L);
23-263 (Con); 23-304 (Con);
23-346 (Con); 23-444 (Con);

CERTIFIED COPY ISSUED ON 07/06/2023

Estate of Jesse Nathanael Aliganga, et al.,

       *Plaintiffs-Appellants*,

v.                                                      23-354 (L);
                                                         23-797 (Con)

Taliban, AKA The Islamic Emirate of Afghanistan,

       *Defendant-Appellee*.

___

Appellants move for a stay, pending appeal, of the district court orders challenged in each appeal. Upon due consideration, it is hereby ORDERED that the motions are DENIED because Appellants have not met the requisite standard. *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009). To the extent any of the motions should be construed as seeking a preliminary injunction, that relief also is DENIED for failure to meet the requisite standard. *JTH Tax, LLC v. Agnant*, 62 F.4th 658, 667 (2d Cir. 2023).

Appellants in the appeals docketed under 23-258, 23-263, 23-304, and 23-346 also move to add the Federal Reserve Bank of New York as an appellee. Upon due consideration it is hereby ORDERED that the motion is DENIED, without prejudice to the Federal Reserve Bank of New York itself moving to either intervene in these appeals or appear as amicus curiae.

                                        FOR THE COURT:
                                        Catherine O'Hagan Wolfe, Clerk of Court





A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit