UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

<u>Ashton, et al. v. The Kingdom of Saudia Arabia,</u> 17-cv-2003 (GBD)(SN)

## *BAUER* PLAINTIFFS' NOTICE OF RULE 60(a) MOTION TO CORRECT

PLEASE TAKE NOTICE that the *Bauer* Plaintiffs, a subset of plaintiffs in above referenced action, by and through their Counsel and in accordance with Fed. R. Civ. P. 60(a), respectfully request that this Court grant *Bauer* Plaintiffs' Motion to Correct the names of certain Plaintiffs whose names have changed since the filing of <u>Ashton v. Kingdom of Saudi Arabia</u>, Civil Action No. 17-cv-2003 (GBD)(SN).  In support of this motion, *Bauer* Plaintiffs submit the Declaration of Dorothea M. Capone, Esq. with an exhibit identifying the requested corrections, and a Proposed Order with exhibit identifying the corrections.  The request herein does not affect any substantive claims, or any relief sought.  No new claims are asserted, and no additional plaintiffs are being added.

WHEREFORE, Plaintiffs respectfully request that the Court grant the requested relief and allow Plaintiffs' Counsel to correct Plaintiffs' names as filers in the ECF system.

Dated: New York, New York
        July 7, 2023

Respectfully submitted,

 /s/ *Dorothea M. Capone*
Dorothea M. Capone, Esq.
Baumeister & Samuels, P.C.
140 Broadway, 46th Floor
New York, New York 10005
Tel: (212) 363-1200
**Attorneys for Bauer Plaintiffs**