**EXHIBIT**

| Name as it appears in the Complaint | Requested Correction to Name |
|---|---|
| Deborah Bowden Hart | Deborah Bowden |
| Jacqueline D'Ambrosi | Jacqueline Scales |
| Joanna Glick | Joanna Danino |
| Rose Keller D'Alessandro | Rose Keller |
| Sasha Tanner | Sasha Butler |