UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

ORDER

----------------------------------------------------------------- X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    *Ashton, et al., v. Kingdom of Saudi Arabia*, No. 17-cv-2003

    The *Bauer* Plaintiffs' motion to correct the abovementioned docket is granted.

    Counsel for *Bauer* Plaintiffs is directed to enter the corrections to certain Plaintiffs' names, as identified on the attached exhibit, into the Court's ECF system.

    The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 9187, and the related motion in *Ashton*, No. 17-cv-2003, ECF No. 280.

**SO ORDERED.**

_____
**SARAH NETBURN**
United States Magistrate Judge

Dated: July ____, 2023
       New York, New York