UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Anaya, et al. v. Islamic Republic of Iran, No. 18-cv-12341

    Three plaintiffs in Anaya, et al. v. Islamic Republic of Iran, No. 18-cv-12341 ("Anaya"), moved for default judgments against the Islamic Republic of Iran. See ECF Nos. 8687, 8688, 8689.[1] They did not, however, file a proposed order as required by Section 16.2(b) of this District's Electronic Case Filing Rules and Instructions. Counsel should file a proposed order for this motion by July 14, 2023.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    July 7, 2023
                New York, New York

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.