UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2023

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-06977
    Burlingame, et al. v. bin Laden, et al., No. 02-cv-07230
    Bauer, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-07236

In October, plaintiffs from the Ryan, Maher, and Breitweiser families (collectively, "Plaintiffs") filed two motions for default judgment against the Taliban. See ECF No. 8626, 8638.[1] Since that time, plaintiffs on both motions have changed counsel and some have switched or clarified which member cases their claims are affiliated with. See ECF Nos. 8944, 8984, 8985. Because of these changes, adjudicating Plaintiffs' default judgment motions as filed could cause confusion. The Court therefore denies the Plaintiffs' motions with leave to re-file. The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 8626 and 8638, and the related motions in Ashton, No. 02-cv-06977, at ECF Nos. 1767 and 1773; Burlingame, No. 02-cv-07230, at ECF No. 248; and Bauer, No. 02-cv-07236, at ECF No. 189.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 7, 2023
               New York, New York

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.