UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN)

### [PROPOSED] PARTIAL FINAL JUDGMENTS FOR DONOVAN LANHAM, GARY LANHAM, AND JASMINE JACKMAN

*(ANAYA/IRAN IV)*

Upon consideration of the evidence and arguments submitted by Plaintiffs Donovan Lanham, Gary Lanham, and Jasmine Jackman in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (the "*Anaya* Action") through their Motion for Partial Final Judgments for Non-Immediate Family Members of the Late Michael W. Lowe [ECF 8687], and the judgment of liability entered on October 5, 2021 against the Islamic Republic of Iran and in favor of all Plaintiffs in the *Anaya* Action [ECF 7178], together with the entire record in this case, it is hereby;

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of Donovan Lanham, Gary Lanham, and Jasmine Jackman, each of whom is the functional equivalent of an immediate family member of an individual killed in the terrorist attacks on September 11, 2001, awarding solatium damages in the amount of $8,500,000 each; and it is

**ORDERED** that Donovan Lanham, Gary Lanham, and Jasmine Jackman are each awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96

2

percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment, in the amount of $_____ each; and it is

**ORDERED** that Donovan Lanham, Gary Lanham, and Jasmine Jackman may submit applications for punitive or other damages, to the extent such awards have not previously been addressed, at a later date consistent with any future rulings of this Court.

**FURTHERMORE**, the Court respectfully directs the Clerk of Court to terminate the motion at ECF 8687 in 03-MDL-1570(GBD)(SN) and ECF 130 in 18-cv-12341(GBD)(SN).

Dated: New York, New York
_____, 2023

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge