# EXHIBIT A

| Name | State | Country | Relationship | Award |
|---|---|---|---|---|
| Beatrice Gaston | NY | USA | Sibling | $4,250,000 |
| Francis Gaston | GA | USA | Sibling | $4,250,000 |
| Maria Gaston | AZ | USA | Sibling | $4,250,000 |
| Georgina Gaston | NY | USA | Parent | $8,500,000 |
| Ariel Martinez | FL | USA | Child | $8,500,000 |
| Estate of Betsy Martinez | NY | USA | Decedent | $2,000,000 |