UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |
|---|---|
| Maria Alayo Aguilar, *et al.*,<br><br>                     Plaintiffs,<br><br>   -against-<br><br>The Republic of the Sudan,<br><br>                     Defendant. | 1:23-cv-03246 (GBD)(SN)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs herein and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant The Republic of the Sudan.

Dated: July 11, 2023

Respectfully submitted,

 */s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com

*Attorneys for Plaintiffs*

docs-100591989.1