White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

July 21, 2023

VIA ECF

The Honorable Sarah J. Netburn
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, New York 10007

*In re Terrorist Attacks on September 11, 2001*, **Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.)**

Dear Judge Netburn:

In accordance with this Court's Orders entered July 11, 2023 (ECF No. 9210) and July 18, 2023 (ECF No. 9215), Al Rajhi Bank and Plaintiffs with claims against the Bank write to jointly update the Court on outstanding disputes with respect to the Bank's Motion to Compel (ECF No. 9002).

After meeting and conferring, the Parties have resolved the outstanding issues related to the Bank's Motion to Compel, and agree that no live disputes require the Court's intervention at this time. Pending Plaintiffs' completion of their agreed production, the Bank reserves its right to seek intervention by the Court, if necessary.

Respectfully submitted,

/s/ *Nicole Erb*

Christopher M. Curran
Nicole Erb
Reuben J. Sequeira
Michael Mahaffey
*Counsel for Al Rajhi Bank*