**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

**DECLARATION OF OMAR T. MOHAMMEDI TRANSMITTING
EVIDENCE IN SUPPORT OF DEFENDANTS WORLD ASSEMBLY OF
MUSLIM YOUTH ("WAMY") AND WAMY INTERNATIONAL'S REPLY
TO PLAINTIFFS' OPPOSITION (ECF NO. 9177) TO WAMY'S RULE 72
OBJECTIONS (ECF NO. 9113) TO THE COURT'S OPINION AND ORDER
DATED APRIL 27, 2023 (ECF. NO. 9060)**

I, Omar T. Mohammedi, pursuant to 28 U.S.C. §1746, state as follows:

1.      I am an attorney admitted to practice in the above-captioned matter, counsel for the Defendants WAMY and WAMY-International in this MDL, and associated with the Law Firm of Omar T. Mohammedi LLC or OTM Law.

2.      I submit this Declaration to identify and transmit into evidence the exhibits referenced in WAMY's Reply to Plaintiffs' Opposition (ECF No. 9177) to WAMY's Rule 72 Objections (ECF No. 9113) to the April 27, 2023 Opinion and Order (ECF No. 9060).

1

3.      Attached hereto are true and correct copies of the Exhibits identified below:

4.      <u>Exhibit 1</u> is the Exhibit B of Amb. Chas W. Freeman, Jr's Expert Report.

5.      <u>Exhibit 2</u> is excerpts from the April 6, 2021 Deposition Transcript of Amb. Chas W. Freeman, Jr.

6.      <u>Exhibit 3</u> is excerpts from the July 13, 2021 Deposition Transcript of Jonathan M. Winer.

7.      <u>Exhibit 4</u> is Adel A.J. Batterjee's Declaration executed on April 8, 2004.

8.      <u>Exhibit 5</u> is the Court Filed June 14, 1996 LBI Dissolution Minutes marked as "J. Winer Exhibit 917," dated July 13, 2021.

9.      <u>Exhibit 6</u> is Court Filed September 2, 1996 LBI Liquidation Disbursement Letter as "J Winer Exhibit 918," dated July 13, 2021.

10.     <u>Exhibit 7</u> is reference to Jonathan M. Winer's Footnote 207, which is the USDOJ October 09, 2002 press release of "Benevolence Director Indicted for Racketeering Conspiracy; Providing Material Support to *Al Qaeda* and Other Violent Groups" regarding *U.S. v. Arnaout*.

11.     <u>Exhibit 8</u> is reference to Jonathan M. Winer's Footnote 205, which is the UDDOT December 21, 2004 press release of "U.S. Treasure Designates Two Individuals with Ties to al Qaida, UBL Former BIF Leader and al-Qaida Associate Named Under E.O. 13224" regarding the designation of Adel Batterjee.

I declare, under penalty of perjury that the foregoing is true and correct.


New York, New York, July 21, 2023


                            */s/ Omar T. Mohammedi*

                            _____

                            Omar T. Mohammedi, Esq.