**Brief Reading List: The Kingdom of Saudi Arabia**

Coll, Steve, "The Bin Ladens: An Arabian Family in the American Century," Penguin Press; 1st edition (April 1, 2008)

Lacey, Robert, "The Kingdom: Arabia & The House of Sa'ud," Hutchinson; 1st edition (October 1981)

Lacey, Robert, "Inside the Kingdom: Kings, Clerics, Modernists, Terrorists, and the Struggle for Saudi Arabia," Viking Adult; 1st edition (October 15, 2009)

Rundell, David, "Vision or Mirage: Saudi Arabia at a Crossroads," 1st edition, I. B. Taurus (September 17, 2020)