This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF NEW YORK

 2                     -   -   -

 3

 4     IN RE: TERRORIST ATTACKS    : 03-MDL-1570

       ON SEPTEMBER 11, 2001       : (GBD)(SN)

 5

 6

 7

                       -   -   -

 8                  APRIL 6, 2021

               THIS TRANSCRIPT CONTAINS

 9               CONFIDENTIAL MATERIAL

                       -   -   -

10

11

12              Remote Videotaped

13     Deposition, taken via Zoom, of CHAS W.

14     FREEMAN, JR., commencing at 9:08 a.m., on

15     the above date, before Amanda

16     Maslynsky-Miller, Certified Realtime

17     Reporter and Notary Public in and for the

18     Commonwealth of Pennsylvania.

19

20                     -   -   -

21          GOLKOW LITIGATION SERVICES

          877.370.3377 ph| 917.591.5672 fax

22              deps@golkow.com

23

24
```

This Transcript Contains Confidential Material

```
 1              Q.     Two of the items that's on

 2   your brief reading list, the two Robert

 3   Lacey items, there's nothing in your

 4   report that's sourced to those two items.

 5              A.     No.

 6              Q.     What opinion in your report,

 7   if anything, is reliant upon or relied

 8   upon those to corroborate your opinions?

 9              A.     Nothing directly.  The first

10   book is a very good account of the

11   history of the House of Saud.  The second

12   is an update, referring to modern times.

13              Q.     We're going to get through

14   it a lot quicker if you just confine your

15   answers to my question.

16                     The question is, is there

17   anything in your report that either of

18   the Lacey books corroborates?

19              A.     Plenty.

20              Q.     All right.  And if you went

21   through your report, would you be able to

22   explain why it is that you didn't cite to

23   the Lacey books to corroborate what's in

24   your report?
```

This Transcript Contains Confidential Material

```
 1            A.     Because I am -- I was

 2    writing the report on the basis of

 3    personal experience and knowledge, which

 4    Mr. Lacey also did.

 5            Q.     And the Steve Coll book

 6    that's cited, it's cited three times in

 7    your report.

 8                   Is it fair to say that you

 9    cited it for each item where you intended

10    to rely upon the book as a source to

11    corroborate your opinions?

12            A.     Steve Coll interviewed me

13    for his book.  I looked to it for dates

14    and specific material because I knew he

15    had included it.

16            Q.     Anything else?

17            A.     No.

18            Q.     All right.  And, similarly,

19    there's a Rundell cited five times in

20    your report, but it doesn't actually

21    indicate that it's David Rundell or that

22    it's the Vision or Mirage book that's

23    cited here.

24                   The citations to Rundell in
```

This Transcript Contains Confidential Material

1    your report, is that intended to be to

2    this book?

3           A.    Yes.

4           Q.    And have you cited the

5    Rundell book for each opinion in your

6    report that you relied upon -- where you

7    relied upon the book?

8           A.    I didn't really rely upon

9    the book.  But it is a very excellent

10   account of Saudi history with specific

11   reference to religious and political

12   tensions in the Kingdom.

13          Q.    Is it fair to say that your

14   report is mostly prepared based on your

15   own personal experience?

16          A.    It is based on my personal

17   and professional experience, yes.

18          Q.    And is it accurate to say

19   that whatever experience that you have on

20   the history, politics and culture of

21   Saudi Arabia, including Wahhabism, is

22   based in large part on your three-year

23   stint as Ambassador to the Kingdom?

24          A.    Significantly, yes.

This Transcript Contains Confidential Material

1        A.    I'm sorry, the footnote is

2   from the blog, right?

3        Q.    No.   The footnote is from --

4   I'm sorry, the footnote is from the blog

5   by Sic Semper Tyrannis.

6              I can put it up on the

7   screen if you need to see it.

8        A.    No.   Sic Semper Tyrannis is

9   an extremely well-known and respected

10  blog operated by retired U.S. Army

11  Colonel Pat Lang, who is a noted expert

12  on, particularly, the Levant and military

13  and terroristic affairs.

14             So this appearing in his

15  blog under his imprimatur is -- was, I

16  thought, a significant clarification of

17  the origin of the hijackers.

18             And it coincided with what I

19  knew independently.

20       Q.    Actually, he's not -- Sic

21  Semper Tyrannis is not the person that

22  commented on the origin of the hijackers.

23             He was commenting on Musaed

24  Jarrah, a Saudi embassy official?

This Transcript Contains Confidential Material

```
 1          A.    Yeah, okay.

 2          Q.    Let's pull it up.

 3               MR. MALONEY:  Let me

 4       introduce the exhibit.  Hold on.

 5       I think Mr. Haefele might have

 6       sent it to -- let's see.

 7                        -   -   -

 8               (Whereupon, a discussion off

 9       the record occurred.)

10                        -   -   -

11               (Whereupon, Exhibit

12       Freeman-559, No Bates, Harper:

13       Saudi Third Man Revealed, was

14       marked for identification.)

15                        -   -   -

16   BY MR. MALONEY:

17          Q.    This is the -- this is

18   what -- this is the footnote you cited

19   to, Mr. Freeman, and this is the one

20   written by Sic Semper Tyrannis.

21               And, I'm sorry, you know who

22   that is.

23               What was his name again?

24          A.    A retired colonel, U.S.
```

1    Army, Patrick Lang.

2        Q.    How do you know him?

3        A.    I know him from multiple

4    consultations with the intelligence

5    community with which he was called upon.

6    And I never served with him.

7        Q.    If we take a look at it --

8    you can read the whole thing, it's not

9    very long, if you want to.

10            But he indicates, I think,

11   in the third or fourth paragraph there

12   that Al-Jarrah was not a regular official

13   of the Saudi Ministry of Religious

14   Affairs but was widely believed to be an

15   agent of the Kingdom's General

16   Intelligence Directorate, GID.

17            Do you see that?

18       A.    Yes.

19       Q.    And it's your belief that

20   the colonel is somebody who would know

21   this, correct?

22       A.    He has many contacts in the

23   intelligence community, yes.

24       Q.    The point of his article is

This Transcript Contains Confidential Material

```
 1              probably a long -- it's probably

 2          near the end, I think.

 3                  Keep going.  Just scroll

 4          down to the next page, please.

 5          Next page, please.  Next page.

 6                  That's it.  Sorry.  If you

 7          go back, you can see the bottom,

 8          there is Tidewater?  Right there.

 9                  THE WITNESS:  Yeah, that's

10          the comment that I quoted.

11   BY MR. MALONEY:

12          Q.    So you quoted a blogger who

13   was commenting on Colonel Patrick Lang's

14   posting, correct?

15          A.    Yes.

16          Q.    And it looks like you lifted

17   this entire quote from Tidewater and put

18   it into your report; is that right?

19          A.    Yes.  Because it rang

20   absolutely true.

21          Q.    Do you know who Tidewater

22   is?

23          A.    No idea.

24          Q.    So you're relying on an
```

This Transcript Contains Confidential Material

1   unknown, anonymous blogger for this

2   information that's contained in here?

3          A.     No.  I know most of this

4   information on my own.

5          Q.     Did you -- I'm sorry.

6          A.     I found it a useful summary

7   of the politics of the region and the

8   origins of the hijackers from that

9   region.

10         Q.     Do you know that -- which of

11   the hijackers are from that region?

12         A.     Some of them have names

13   which are typical tribal names from that

14   region.

15         Q.     I guess what I'm asking you

16   is, did you research this?  Did you look

17   at the names of the Saudi hijackers and

18   determine or find out or investigate what

19   region of Saudi Arabia they were from?

20         A.     Right after 9/11, when they

21   were identified, yes.  I spent some time

22   doing that for the reasons given here.

23         Q.     I'm sorry, you did that why?

24         A.     For the reasons given here.

This Transcript Contains Confidential Material

1   number who came from this southwestern

2   region of the Kingdom.

3         Q.    Why didn't you cite that as

4   the reference to support your statement

5   rather than this anonymous blogger?

6         A.    This is a very detailed and,

7   in my view, accurate account of the

8   reality.

9               I didn't see any reason that

10  I had to rewrite something that someone

11  else had already done.

12        Q.    I'm just -- I'm just asking

13  you really more of a methodology, in your

14  training, background, education at Yale

15  and Harvard and your affiliation with

16  Brown on doing research and citing, for

17  support, statements that are reliable.

18              And an anonymous blogger

19  doesn't strike me as somebody that you

20  can rely on.

21              Are you saying that you're

22  perfectly willing to rely on an anonymous

23  blogger?

24        A.    If the information the

This Transcript Contains Confidential Material

1        Q.    So this is a blogger you're

2   relying on to support your opinions who

3   is also implying that he believes in this

4   World Trade Center Number 7 conspiracy

5   that you have rejected, fair?

6        A.    I'm not relying on his

7   information.

8        Q.    Okay.

9        A.    He wrote a -- he wrote

10  something that struck me as accurate and

11  detailed.

12        Q.    And --

13        A.    I do not know the man.  And

14  he may very well have additional theories

15  about things that I completely disagree

16  with.

17        Q.    So you rely on some things

18  he says and some other things you may

19  reject as being a crazy conspiracy

20  theorist, correct?

21        A.    No.  I don't rely on him at

22  all.

23        Q.    Well, you cited him in your

24  footnote for reliance to a statement that

This Transcript Contains Confidential Material

1   you made in your report; isn't that true?

2        A.    I attached the footnote

3   because it provided what I thought was

4   very granular information that coincides

5   with my own knowledge of Saudi Arabia and

6   that region and my surprise that so many

7   of the hijackers came from that part of

8   the country.

9        Q.    I have another one of your

10  footnotes that I had a question about and

11  your academic rigor.

12              Page 7 and 8 you talk about

13  bin Baz as the Grand Mufti.

14       A.    Yes, probably.

15       Q.    I think it's Footnote 18

16  where you're citing to support the text

17  that you wrote about bin Baz being

18  anti-Bin Laden and anti-Al Qaeda.

19              And then for that, for

20  support you cited Footnote 18 for the

21  support of the bin Baz text.

22              You cited scribd.com.

23              What is that?

24       A.    I believe that's a website

This Transcript Contains Confidential Material

1    about the blogger Tidewater?

2          A.    Nothing.

3          Q.    Did you ever speak to

4    Tidewater?

5          A.    Nope.

6          Q.    And when you cite the

7    Tidewater in Footnote 7 of your report,

8    you say -- you describe Tidewater as a

9    former U.S. intelligence officer who

10   wishes to remain anonymous.

11               How do you know he was a

12   former U.S. intelligence officer?

13         A.    I think I asked the operator

14   of the blog, Sic Semper Tyrannis, retired

15   Colonel Lang, if he would identify the

16   person who wrote such a thorough and, in

17   my view, accurate description of the

18   origin of the hijackers and was told that

19   he wished to remain anonymous.

20         Q.    Well, how do you know he was

21   a former U.S. intelligence officer?

22         A.    Because I trust Colonel

23   Lang.

24         Q.    So you've never actually

This Transcript Contains Confidential Material

1    spoken to Tidewater at all?

2           A.    No.

3           Q.    And you don't, in fact, know

4    that he's a former U.S. intelligence

5    officer, correct?

6           A.    I have the assurance of

7    somebody I trust that he is.

8           Q.    All right.  And the only way

9    that you know that he preferred to remain

10   anonymous is because this Mr. Lang -- is

11   it Colonel Lang -- told you that he was

12   U.S. intelligence or a former U.S.

13   intelligence officer who didn't want

14   anybody to know who he was?

15          A.    I asked Colonel Lang, as I

16   recall, whether I could identify him.

17   And that was the reply I got.

18          Q.    So you don't, in fact, know,

19   other than by secondhand information, who

20   he is; and you don't, in fact, know,

21   other than secondhand information, that

22   he wants to remain anonymous; is that a

23   fair characterization?

24          A.    I've accepted the assurance

This Transcript Contains Confidential Material

```
 1   of someone on both points.  I have no

 2   direct knowledge of that, no.

 3        Q.    By taking information off of

 4   the Internet from a source that you've

 5   never spoken to, someone that you only

 6   know who they are through secondhand

 7   information, and taking secondhand

 8   information and not being allowed to

 9   speak to the source, based on a refusal

10   by the person that runs the blog, that's

11   what you're basing your information on to

12   be able to cite to him as a former U.S.

13   intelligence officer?

14             MR. GOETZ:  Objection.

15        Form.

16             THE WITNESS:  No.  The

17        reason this caught my eye was that

18        it coincided with everything that

19        I personally knew, on the basis of

20        looking at the names of the

21        hijackers, the description of

22        them, their whereabouts, and what

23        I knew about that particular

24        region of Saudi Arabia, which I
```

This Transcript Contains Confidential Material

```
 1          visited.

 2               So the information that

 3          whoever Tidewater is provided

 4          struck me as exceptionally

 5          accurate and perceptive.

 6               I'm not going on him, I'm

 7          going on my own views.

 8   BY MR. HAEFELE:

 9          Q.    Well, when you wrote your

10   report and you cited Tidewater, why

11   didn't you cite it citing to an Internet

12   URL that provided us with a blog from

13   some guy who is saying exactly what you

14   wrote in your report instead of

15   characterizing him as a former U.S.

16   intelligence officer?

17               MR. GOETZ:  Objection.

18          Form.

19               MR. HAEFELE:  You can answer

20          the question.

21               THE WITNESS:  Yes.  The

22          information that Tidewater wrote

23          strikes me, in my judgment, as

24          accurate and detailed.
```

This Transcript Contains Confidential Material

```
 1                There are two kinds of

 2          intelligence.  One is hard

 3          intelligence, which is forensic --

 4  BY MR. HAEFELE:

 5          Q.    Sir, you're not answering my

 6  question.  Sir, you're not answering my

 7  question.

 8          A.    I'm attempting to.

 9          Q.    You're not answering my

10  question.

11                Well, my question is, why

12  did you not cite to a URL protocol that

13  indicated that he was some blogger on a

14  website as opposed to -- or

15  characterizing him as a former

16  intelligence officer?

17                Answer that question.

18          A.    Because I believe him to be

19  a former intelligence officer.

20          Q.    All right.  Do you

21  understand that a reader of your report,

22  not understanding that you ripped it from

23  a blog, might misinterpret your

24  characterization of Tidewater as
```

This Transcript Contains Confidential Material

1   conferring more authority on Tidewater

2   than you actually knew firsthand about

3   the individual to be true?

4           MR. GOETZ:  Objection.

5       Form.

6           THE WITNESS:  I don't agree

7       with that.

8   BY MR. HAEFELE:

9       Q.    You don't think --

10          MR. GOETZ:  Also, what's --

11      before the next question.  What's

12      the time, please?

13          VIDEO TECHNICIAN:  6:58 and

14      40 seconds.

15          MR. GOETZ:  Okay.

16          Go ahead.

17  BY MR. HAEFELE:

18      Q.    To be clear, you have,

19  really, no firsthand knowledge as to who

20  Tidewater is or the positions that he

21  held; isn't that right?

22      A.    Yes.

23      Q.    What else in your report do

24  you not have information, firsthand,

This Transcript Contains Confidential Material

```
 1   about that you haven't told us?  What

 2   about -- what else in your report do you

 3   not know, in fact, to be true?

 4         A.     There is nothing in my

 5   report that I do not know to be true.

 6         Q.     Well, you do not know it to

 7   be true who Tidewater is.

 8                Is there anything else that

 9   you don't know to be true that you're not

10   telling us now?

11                MR. GOETZ:  Object to the

12         form.  Argumentative.

13                THE WITNESS:  I know what

14         Tidewater, whoever he or she is,

15         wrote.  And I read that and it

16         coincided perfectly with my own

17         understanding of the region, its

18         history, the names of the

19         hijackers and their origins.

20                I am not relying on

21         Tidewater.  I thought the endnote

22         added important granular

23         information to an issue that is

24         central here, and that is whether
```