Case 1:03-md-01570-GBD-SN   Document 9227-5   Filed 07/21/23   Page 1 of 16

EXHIBIT
917
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC




بسم الله الرحمن الرحيم

World Assembly of Muslim Youth — الندوة العالمية للشباب الإسلامي

الرقم: بدون رقم
التاريخ: ..................

محضر اجتماع

لجنة تصفية "لجنة البر الإسلامية" ودمجها
بـالندوة العالمية للشباب الإسلامي
وفقاً لما نصت عليه لوائح كل منهما
الخميس ١٤١٧/١/٢٧هـ

الحضــــور :-

١ -   د. سليمــان بن ناصر باسـهل        رئيسـاً
٢ -   د. عويـش بن حربي الغامـــدي       عضـواً
٣ -   د. ابراهيــم بن صالح أبو العـلا     عضـواً

وتغيب عن الإجتماع كل من :-

١ -   سعادة الدكتور / مانع بن حماد الجــهني
٢ -   سعادة الدكتور / محمـد بن علي القـري

أجنــدة الإجتماع :-

مناقشة التقارير المقدمة من لجنة البر الإسلامية الى
الندوة العالمية للشباب الإسلامي ايذاناً بتصفية اللجنة ودمجها بالندوة.

جـدة- الشمال الغربي لتقاطع الستين مع شـارع فلسطـين- هاتف : ٦٦٧٢٨٣٣ /٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : وامي جدة- ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                                                      WAMYSA032014



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الاسلامي

الرقم ..................
التاريخ ..................

### مقدمة :-

أشار محضر اجتماع مجلس أمانة الندوة العالمية للشباب الإسلامي في دورته السابعة بتاريخ ٥،٦/١/١٤١٧هـ في المادة السابعة والمتعلقة بلجان النشاط (ص ٤) الى قرار تصفية لجنة البر الاسلامية ، وتشكيل لجنة لهذا الغرض مهمتها الاشراف الكامل و متابعة النواحي الاجرائية، وأعضاؤها هم :

١ – د. مانع بن حماد الجهني
٢ – د. عويش بن حربي الغامدي
٣ – د. عصام بن يحيى الفيلالي
٤ – د. محمد بن علي القصري

وقد أوضح د. عويش الحربي أن اسم الدكتور سليمان باسهل عضو مجلس الأمانة ورئيس اللجنة سقط سهواً في الطباعة – من محضر إجتماع مجلس الأمانة العامة المذكور أعلاه – واتصل في أثناء الاجتماع بالدكتور مانع الجهني الأمين العام للندوة العالمية للشباب الإسلامي وأبلغه بذلك وبضرورة تفادي هذا الخطأ .

كما حضر الإجتماع د. ابراهيم بن صالح أبو العلا المدير التنفيذي المساعد نيابة عن سعادة الدكتور عصام بن يحيى الفيلالي، وذلك طبقاً للقرار الادراي (١٧/٣٦) في ١/١/١٤١٧هـ والذي كلف بموجبه د. ابراهيم أبو العلا بتمثيل لجنة البر الاسلامية في عمليات التصفية والتوقيع على محاضر الاستلام والتسليم مع الندوة العالمية للشباب الاسلامي ( مرفق صورة من القرار ) .

CONFIDENTIAL                                                                                                    WAMYSA032015



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الاسلامي

الرقم .................
التاريخ .................

## فعاليات الإجتماع

**البند الأول :-**

بدأ رئيس اللجنة سعادة الدكتور / سليمان بن ناصر باسهل الإجتماع بحمد الله تعالى والصلاة والسلام على نبيه الكريم صلى الله عليه وسلم ثم أوضح أن لهذه اللجنة هدف محدد هو القيام بعملية الاستلام من ممثل لجنة البر الإسلامية سعادة الدكتور / ابراهيم أبو العلا. على أن يترك للجان التخصصية في الندوة وفي اللجنة انهاء الأمور الفنية ومتابعتها.

**البند الثاني :-**

أشار سعادة الدكتور /سليمان بن ناصر باسهل إلى تقارير مناشط لجنة البر الإسلامية التي قدمها ممثل اللجنة في يوم ١٤١٧/١/٢٢هـ ، وأقترح إعتماد هذه التقارير الثلاثة كجزء لا يتجزأ من هذا المحضر .

تتكون هذه التقارير من ثلاثة أجزاء :-

الجز الأول :-

يضم تقريراً عن الشئون الادارية وشئون الموظفين بمكتب جدة وتقريراً عن مركز المعلومات وتقريراً عن الادارة المالية وآخر عن أوقاف البر .

الجزء الثاني : -

يضم تقريراً عن مشروعات اللجنة وبرامجها في الخارج وهي :-

أ – مشروعات وبرامج مكتب باكستان وأفغانستان :-

١ – مشروع مستشفى الأمير عبدالمحسن بن عبدالعزيز.

٢ – مشروع معهد أبي حنيفة العالي .

٣ – مشروع معهد البر الصناعي .

٤ – مشروع كفالة الأيتام.

٥ – مشروع دار الأرقم لرعاية الأيتام .

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : وامي جدة- ص.ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833 / 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                                        WAMYSA032016



World Assembly of Muslim Youth — الندوة العالمية للشباب الإسلامي

الرقم ..................
التاريخ ..................

ب – مناشط اللجنة في اندونيسيا:

١ – المساجد.
٢ – مركز السنوسي الإسلامي (دار المهتدين الجدد).
٣ – دعم المعاهد التعليمية.
٤ – دعم أكاديمية الحرمين السعودية.

جـ – مشروعات وبرامج مكتب شمال القفقاس :-

١ – مشروع معهد الملك فهد الاسلامي.
٢ – مشروع مدرسة البر.
٣ – برنامج رعاية مخيم للاجئين الشيشان.
٤ – برنامج كفالة المعوقين.

د – برنامج مكتب اللجنة بالقاهرة بالتنسيق مع المنظمة الكشفية.

١ – برنامج تأهيل أسر فقيرة.
٢ – مساعدة الطلاب المغتربين بالأزهر الشريف.
٣ – مطبوعات للتحذير من أخطار المخدرات.

هـ – برنامج مكتب كردستان / العراق :-

١ – المساجد.
٢ – دعم دار الأيتام.
٣ – كفالة الأيتام.
٤ – مراكز التحفيظ.
٥ – العيادات الطبية المتنقلة.

(٤)



جدة – الشمال الغربي لتقاطع الستين مع شارع فلسطين – هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) – فاكس : ٦٦٠٢٦٤٥(٠٢) – برقياً : وامي جدة – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                                                    WAMYSA032017



World Assembly of Muslim Youth — الندوة العالمية للشباب الإسلامي

الرقم ..................
التاريخ ..................

و - برنامج مكتب الحبشة :-

١ - حفر آبار     ٢ - كفالة طلاب

٣ - المساجد     ٤ - كفالة دعاة

ز - البرامج الموسمية ( راجع التقرير ) .     ح - البرامج المتفرقة .

ط - وثائق تنسيق لجنة البر مع منظمات الأمم المتحدة والمنظمات الدولية الأخرى .

ي - التصنيف النوعي للمشروعات والبرامج .

الجزء الثالث : -

تقرير عن زيارة مدير المشروعات والمتابعة في لجنة البر الإسلامية الدكتور / حمدي المرسي الى باكستان وماتم انجازه خلال تلك الزيارة ( ملحق لتقرير المشروعات والبرامج ) .

ثم أشار سعادة د. أبو العلا إلى أن هذه التقارير ساهمت بشكل فعال وبارز في توفير جهد كبير على اللجنة المجتمعة لأنها اعتبرت الوثائق التي سيتم على أساسها عملية الاستلام والتسليم .

البند الثالث :-

ركزت اللجنة في نقاشها خلال الإجتماع على الوضع المالي للجنة البر ، وعليه فقد انحصر جل النقاش حول التقرير المالي للجنة وملحقاته من القوائم المالية التالية :-

١ - الأرصدة النقدية لحسابات لجنة البر الإسلامية حتى يوم ١٤١٧/١/١٥هـ .

٢ - صافي الإيرادات وتقسيماتها إلى أصول وعهد وسلف واستثمار وبضاعة ومصاريف ادارية للفترة من ١٤١٦/٢/١هـ وحتى ١٤١٧/١/١٥هـ .

٣ - قائمة العهد .     ٤ - قائمة السلف .     ٥ - الإستثمارات .     ٦ - الأوقاف .

جدة - الشمال الغربي لتقاطع الستين مع شارع فلسطين - هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) - فاكس : ٦٦٠٢٦٤٥(٠٢) - برقياً : وامي جدة - ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL     WAMYSA032018



**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

الرقم ..................
التاريخ ..................

هذا وقد بلغت إيرادات الأوقاف لعام ١٤١٦هـ من عمارتي اللجنة في حي الشرفية، شارع الأمير فهد، وعمارة حي مشرفة، شارع الأمير ماجد، (شارع السبعين) (٤١٥,٥٠٠ ريالاً)، (١,٠١٧,٠٠٠ ريالاً) على الترتيب. وبالتالي يكون إجمالي دخل الأوقاف لعام ١٤١٦هـ (١,٤٣٢,٥٠٠ ريالاً) ولمزيد من التفاصيل الرجاء الرجوع إلى تقرير إدارة الأوقاف في الجزء الأول من التقارير.

٦- تستثمر اللجنة مواردها في عدد من الأوعية الإستثمارية وهذه الأوعية هي:

| المبلغ | الوعاء |
|---|---|
| ٧,٥٠٠,٠٠٠.٠٠ | دلة البركة للإستثمار في جدة |
| ٣٧٥,٠٥١.٠٠ | بنك الإستثمار الإجتماعي في بنجلاديش |
| ٣٠١:٨٨ | الشركة الإسلامية للإستثمار الخليجي |
| ٧,٨٧٥,٣٥٢:٨٨ | الإجمالي |

وعلى مدى ساعتين من النقاش المستمر خرجت اللجنة بمجموعة من التوصيات

جدة - الشمال الغربي لتقاطع الستين مع شارع فلسطين - هاتف: ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) - فاكس: ٦٦٠٢٦٤٥(٠٢) - برقياً: وامي جدة - ص.ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833 / 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                          WAMYSA032019



# World Assembly of Muslim Youth — الندوة العالمية للشباب الإسلامي

الرقم ............
التاريخ ............

## التوصيـــات

١- يعتمد التقرير المالي ، وتقرير المشروعات والبرامج ، وقوائم الجرد التي تعدها المكاتب الداخلية والخارجية كأساس لعملية الإستلام والتسليم .

٢- يعتبر تقرير السلف المدرج ضمن القوائم المالية والذي يوضح ان إجمالي السلف مقداره (٦٩,٠٠٠) ريال كسلف شخصية تسدد بنفس المعايير التي أعطيت على أساسها .

٣- يعتمد المبلغ (٢,٠٧٥,٥٧٤) ريال سعودي والمسجل بقائمة العهد الملحقة بالتقرير المالي عهدا للجنة البر لدى المكاتب الداخلية والخارجية والأفراد المتعاونين مع اللجنة في تنفيذ برامجها .

٤- تصادق اللجنة المجتمعة على أن إجمالي الأرصدة النقدية في حسابات لجنة البر الإسلامية بالبنوك قدرها (٧,٧٠٣,٢٠٥/٩٧) ريالا سعوديا ويرفق بهذا التقرير الكشوف البنكية التي تؤيد ذلك ، علما بأن هذه الأموال هي تبرعات مخصصة لبرامج محددة قد إلتزمت بها اللجنة وتلتزم الندوة في صرفها في الأوجه المحددة لها .

٥- حيث أن اللجنة إنشأت عددا من المشاريع الكبيرة الصحية والتعليمية والتدريبية والإجتماعية مثل : مستشفى الأمير عبد المحسن بن عبد العزيز ، معهد أبي حنيفة العالي ، ومعهد البر الصناعي ، ومشروع دار الأرقم لرعاية الأيتام ، ومدرسة البر وغيرها من المشاريع في الباكستان ، إندونيسيا ، القفقاس ، وكردستان (العراق) ، ومصر (القاهرة) ، الحبشة . وبالتالي فإن الأرصدة النقدية الموجودة ، والأوقاف والإستثمارات لاتكاد تكفي هذه المشاريع إلا لفترة وجيزة خصوصا في الظروف الحالية .

٦- يكلف د. إبراهيم أبو العلا ممثل لجنة البر الإسلامية بمخاطبة جميع المكاتب الداخلية والخارجية بضرورة إجراء جرد وحصر لكل الأصول الرأسمالية الثابتة والمتغيرة ومن ثم فحصها وتسليمها إلى مكتب الندوة العالمية للشباب الإسلامي في جدة .

٧- تصرف كافة التبرعات المخصصة في أوجهها وفاء بإلتزامات لجنة البر الإسلامية مع المتبرعين الذين وثقوا فيها .

٨- ينقل ملاك جميع موظفي لجنة البر الإسلامية إلى ملاك الندوة العالمية للشباب الإسلامي .

٩- تعتبر ميزانية عام ١٤١٥هـ كأساس تبنى عليه ميزانيات الأعوام التالية .

إنتهى الإجتماع بالدعاء والصلاة والسلام على رسول الله ومن والاه ،،

د. إبراهيم بن صالح أبو العلا (عضوا)    د. عويض بن حربي الغامدي (عضوا)    د. سليمان بن ناصر باسل (رئيسا)

١٤١١/٥/١٥        ١٧/٥/١٥        ١٤١٧/٥/١٥

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقيا : وامي جدة--- ص. ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                 WAMYSA032020

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**          [*logo of the Assembly*]          الندوة العالمية للشباب الإسلامي

No.   Recorded as No. 10……………………………………
Date  ……………………………………………………………

**Minutes**

**Dissolution Meeting of the "Islamic Benevolence Committee" and its Merging**

**with the World Assembly of Muslim Youth**

**in accordance with their Regulations**

**Friday 27/1/1417 (June 14, 1996)**

**Attendees:**

1- Dr. Suleiman bin Nasser Basahel          Chairman
2- Dr. Oweish bin Harbi Al-Ghamedi         Member
3- Dr. Ibrahim bin Saleh Abou El-Ella       Member

**The following Members were unable to attend:**

1- Dr. Mane' bin Hammad Al-Jahni
2- Dr. Mohammed Ali Al Qari

**The Agenda:**

Discuss the reports presented by the Islamic Benevolence Committee to the World Assembly of Muslim Youth, in an announcement of the Committee's dissolution and its merging with the Assembly.

[*signature*]   [*signature*]       [*signature*]

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492

In the name of Allah, the Merciful, the Gracious

| **World Assembly of Muslim Youth** | [*logo of the Assembly*] | الندوة العالمية للشباب الإسلامي |
|---|---|---|

No. ……………………………………………………………
Date ……………………………………………………………

**Preamble:**

The minutes of the seventh session of the World Assembly of Muslim Youth General Secretariat held on 5-6/1/1417 (May 23-24, 1996), as indicated in Art. 7 of the Activity Committees (p. 4), for the decision to dissolve the Islamic Benevolence Committee and constitute a committee for that purpose of full supervision and follow-up of procedural aspects. Its members are the following:

1- Dr. Mane' bin Hammad Al-Jahni
2- Dr. Oweish bin Harbi Al-Ghamedi
3- Essam bin Yehia Al-Filali
4- Dr. Mohammed bin Ali Al Qari

Dr. Oweish Al-Harbi pointed out that the name of the General Secretariat member and Chairman of the Committee Dr. Suleiman Basahel was inadvertently omitted in print from the above General Secretariat meeting. The WAMY Secretary General Dr. Mane' bin Hammad Al-Jahni was called during the meeting to be informed of it and asked to avoid such mistake.

The assistant Executive Director Dr. Ibrahim bin Saleh Abou El-Ella attended the meeting on behalf of Dr. Essam bin Yehia Al-Felali, pursuant to administrative decision (36.17) of 1/1/1417 (May 19, 1996). Accordingly, Dr. Ibrahim Abou El-Ella is mandated to represent the Islamic Benevolence Committee in the dissolution process and sign the handover/takeover report with WAMY (A copy of the decision is enclosed).

[*signature*]    [*signature*]    [*signature*]

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**   [*logo of the Assembly*]   الندوة العالمية للشباب الإسلامي

No.   ……………………………………………………………
Date   ……………………………………………………………

## The Meeting

**First Item:**

Dr. Suleiman bin Nasser Basahel commenced the meeting with words of praise to Allah and prayers upon his Prophet. He pointed out that the Committee had a certain purpose, which was undertaking the handover from the representative of the Islamic Benevolence Committee Dr. Ibrahim Abou El-Ella. *Specialist Committees in the Assembly and Committee are assigned the technical issues and their follow-up.*

**Second Item:**

Dr. Suleiman bin Nasser Basahel pointed out to the activity reports provided by the Committee's representative on 22/1/1417 (June 9, 1996). It was proposed to approve these three reports as an integral part of the present minutes.

These reports are composed of three parts:

*First Part:*

Reports on Administrative and Personnel Affairs in the Jeddah Office, the Information Center, the Financial Department and the Benevolence Awqaf are included.

*Second Part:*

A report is included on the Committee's projects and its oversees programs, which are as follows:

A-  *Projects and Programs of the Pakistan and Afghanistan Office:*
   1- Prince Abdul Muhsin bin Abdulaziz Hospital Project
   2- Abu Hanifa High Institute Project
   3- Industrial Benevolence Institute Project
   4- Orphans' guarantees Project
   5- Dar Al-Arqam Orphanage Project

[*signature*]   [*signature*]   [*signature*]

No.   ……………………………………………………………

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**     [*logo of the Assembly*]     الندوة العالمية للشباب الإسلامي

Date   ……………………………………………………

B- <u>*Committee's Activities in Indonesia*</u>

1- Mosques

2- Al-Sanusi Islamic Center (Center of the Newly Guided)

3- Support of educational institutes

4- Support of the Al-Haramain Saudi Academy

C- <u>*Projects and Programs in the North Caucasus*</u>

1- King Fahd Islamic Institute Project

2- El-Ber School Project

3- Care program for the Chechen refugee camp

4- Care program for the Disabled

D- <u>*Programs of the Committee's Office in Cairo in Association with the Scout Organization*</u>

1- Program for the Rehabilitation of poor families

2- Assisting foreign students in the (honorable) Al-Azhar

3- Printed materials to warn against the dangers of substance abuse

E- <u>*Programs of the Kurdistan/Iraq Office:*</u>

1- Mosques

2- Supporting orphanages

3- Orphan's sponsorship

4- Tahfiz (Qur'an) centers

5- Mobile clinics

[*signature*]     [*signature*]     [*signature*]

No.   ……………………………………………………
Date   ……………………………………………………

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**     [*logo of the Assembly*]     الندوة العالمية للشباب الإسلامي

---

    F- *Programs of the Habesha Office:*

1- Well drilling     2- Supporting students

3 – Mosques          4- Preachers sponsorships

G- *Periodic programs (see the report).*     H- *Various programs*

I – *Documents of the Benevolence Committee's liaison with the United Nations and other international organizations*

J- *Generic classification of projects and programs*

*Third Part*:

A report on the follow-up and project manager of the Islamic Benevolence Committee Dr. Hamdy El-Morsi's visit to Pakistan and the achievements of that visit (Appendix to the Projects and Programs report).

Dr. Abu El-Ella pointed out that these reports have affectively and significantly contributed to saving a huge effort on the Committee's side, as it considered the documents upon which the handover/takeover will be made.

**Third Item:**

The Committee focused its discussion during the meeting on the financial situation of the Benevolence Committee. Accordingly, most of the discussions were limited to the Committee's financial report and its annexes in the following financial statements:

1- Cash balances of the Islamic Benevolence Committee until 15/1/1417 (June 2, 1996)
2- The net income and dividing it into assets, bonds, borrowings, investments, goods and administrative expenses from 1/2/1416 (June 30, 1995) until 15/1/1417 (June 2, 1996)
3- Bond list     4- Borrowing list          5- Investments          6- Awqaf

[*signature*]     [*signature*]     [*signature*]

No. ……………………………………………………

---

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**         [*logo of the Assembly*]         الندوة العالمية للشباب الإسلامي

Date ……………………………………………………

The Awqaf revenues of 1416 (1995 - 1996) of the Committee's two buildings in the Al-Sharafeya District, Price Fahd St., and the building of Mishrifah District, Prince Majid Rd. (Al-Sabeen St.) have amounted to 415,500 SAR and 1,017,000 respectively. Accordingly, the Awqaf net income of 1416 (1995 - 1996) is 1,432,500 SAR. For further details, please refer to the Al-Awqaf administrative report in the first part of the report.

6- The Committee shall invest its resources in a number of investment plans. These plans are as follows:

| Amount | Plan |
| --- | --- |
| 7,500,000,00 | Dallah Al-Baraka Investment in Jeddah |
| 375,510,00 | Social Investment Bank in Bangladesh |
| 301:88 | Islamic Investment Co of the Gulf |
| 7,875,352:88 | Total |

The Committee came up with a number of recommendations after a 2-hour discussion.

[*signature*]      [*signature*]      [*signature*]

No. ……………………………………………………
Date ……………………………………………………

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492

In the name of Allah, the Merciful, the Gracious

| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | [*logo of the Assembly*] | الندوة العالمية للشباب الإسلامي |

---

**Recommendations:**

1. The financial report, projects and program report, and inventory prepared by home and overseas offices for takeover/handover process to be approved.

2. The borrowing report included in the financial statement, which demonstrates that the total borrowed is 69.000 SAR, is considered personal borrowings to be paid based on the same conditions upon which these sums were initially given.

3. Approving an amount of 2.075.574 SAR registered in the bond list as an appendix to the financial report in a bond of the Benevolence Committee's home and overseas offices and assisting individuals with the Committee to accomplish its programs.

4. The Committee shall approve the total cash balance of the Islamic Benevolence Committee's bank accounts which amounts to 07.703.205/97 SAR. Supporting bank statements shall be enclosed with the present report, noting that this money is the result of donations dedicated to certain programs to which the Committee is committed. The Assembly is committed to spending these sums in their dedicated respects.

5. Whereas the Committee has established a number of huge health-related, educational, training and social projects such as: Prince Abdul Muhsin bin Abdulaziz Hospital, Abu Hanifa High Institute, Industrial Benevolence Institute, Dar Al-Arqam Orphanage, El-Ber School, as well as projects in Pakistan, Indonesia, Caucasia (or the Caucasus), Kurdistan (Iraq), Egypt (Cairo) and Habesha. The available cash balance, Awqaf, and investments are not enough to cover these projects for a longer time, especially under current conditions.

6. ==Dr. Ibrahim Abu El-Ella shall be the representative of the Islamic Benevolence Committee to communicate with all home and overseas offices regarding the need to inventory the current and fixed assets and review them in order to be handed over to the WAMY Office in Jeddah.==

7. All dedicated donations shall be spent in the agreed manner, fulfilling Islamic Benevolence Committee's obligations to the donors who trusted it.

---

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**         [*logo of the Assembly*]         الندوة العالمية للشباب الإسلامي

---

8- ==Employees of the Islamic Benevolence Committee shall be transferred to the World Assembly of Muslim Youth.==

9- The 1415 (1994 - 1995) budget shall be deemed a basis for the following years' budgets.

The meeting was concluded with prayers upon the Prophet.

Dr. Ibrahim bin Saleh Abu El-Ella (Member)    15/2/1417 (July 2, 1996)    [*signature*]

Dr. Oweish bin Harbi Al-Ghamedi (Member)    15/2/1417  (July 2/1996)    [*signature*]

Dr. Suleiman bin Nasser Basahel (Chairman)    15/2/1417  (July 2/1996)    [*signature*]

---

Jeddah- The North West of Al-Sitten Crossing with Palestine St.- Phone: (02) 6672833/ 6601878 – Fax (02) 6602645- Cable: WAMY Jeddah – P.O. Box 8856 Jeddah 21492



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)  §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Yasser Mansour is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**File: WAMYSA032014-WAMYSA032020 (meeting minutes)**

Sworn to before me this

12 day of July of 2021

_V. Vaile_
Translation Manager

_[signature]_
Notary

LYVONNE C ELLIS
Notary Public - State of New York
NO. 01EL6238544
Qualified in Kings County
My Commission Expires Apr 11, 2023

**ata MEMBER**
American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling