

EXHIBIT
918
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC



بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير

الرقم : ١/٢/١٠/٢٢٥/س
التاريخ : ٢٠/٤/١٤١٧هـ
المشفوعات : ........

توزع الملف ع بالندوة لأجل عرضه ...........
رسل خطاب ........ ...... في ذلك .

وفقه الله

فضيلة الأمين العام للندوة العالمية للشباب الإسلامي
سلام عليكم ورحمة الله وبركاته . أما بعد :

فأشير إلى كتابكم ذي الرقم ١٩٥ المؤرخ في ١١/١/١٤١٨هـ، المتضمن طلب صرف
المبلغ الموجود لدى الوزارة من تصفية لجنة البر الإسلامية (سابقاً) ، للندوة العالمية للشباب
الإسلامي ، التي تولت الإنفاق على تسيير مشروعات اللجنة المذكورة خلال عام ١٤١٧هـ،
وفق بيانات المنصرف المرافقة لكتابكم المشار إليه .

وأشير إلى المحضر المتخذ حول لجنة البر الإسلامية (سابقاً) المرافق لعرض فضيلة
وكيل الوزارة للشؤون الإسلامية ذي الرقم ٣/١/٦٢/س المؤرخ في ١٤١٨/٢/٦هـ ،
وما تضمنه من إيضاح مقدار المصروفات التي صرفتها الندوة على مشروعات اللجنة ،
ومقدار الرصيد النقدي المتحصل لدى الوزارة من تصفيتها ، والتوصية بصرفه للندوة لقاء
ماصرفته على تلك المشروعات ، وإنهاء أعمال لجنة البر المذكورة ، وأن يتم صرف المبلغ
الموجود لدى الوزارة من تصفية تلك اللجنة ، بعدما تقدم الندوة مايثبت صرف تلك المبالغ .
وحيث أفاد وكيل الوزارة للشؤون الإسلامية بكتابه ذي الرقم ٣/١/٨٨/س المؤرخ
في ١٩/٢/١٤١٨هـ بما يثبت ذلك .

تجدون مرافقاً له الشيك المصرفي رقم ٩/٠٣٧٨٩٩ المؤرخ في ٢١/٧/١٩٩٧ بمبلغ
﴿ ٩٧ر٢٠٥ر٧٠٣ر٧ ﴾ سبعة ملايين وسبعمائة وثلاثة آلاف ومائتين وخمسة ريالات وسبع
وتسعين هللة ؛ باسم الندوة العالمية للشباب الإسلامي ، وهو المبلغ النقدي الموجود لدى
الوزارة من تصفية تلك اللجنة .

آمل تسلُّم الشيك والإفادة بذلك . ولكم تحياتي وتقديري .

والسلام عليكم ورحمة الله وبركاته .

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

عبد الله بن عبدالمحسن التركي

CONFIDENTIAL





بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير



الرقـم: ٤٤٨/ ٢. ٤/ س ن
التاريخ: ١٤١٧/ ٤/ ١٨هـ
المشفوعات:

**سري وعاجـل**

**فضيلة الأمين العام للندوة العالمية للشباب الإسلامي    وفقه الله**

سلام عليكم ورحمة الله وبركاته .

أما بعد :

فأشير إلى المحضر المؤرخ في ١٤١٧/ ٤/ ٨هـ الموقع منكم ومن الأخ الأستاذ عبدالرحمن بن موسى الموسى حال كونه ممثلاً لوزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد بإيقاف الصرف من الأرصدة النقدية للجنة البر الإسلامية ، ومايتحصل من استثماراتها النقدية والعينية ، وإيداع أرصدتها الموضحة في المحضر في حساب وزارة الشؤون الإسلامية . واقتراح أن يكون ماجاء في تقرير لجنة تصفية لجنة البر أساساً لصرف أموال اللجنة على المشروعات المرتبط عليها بإشراف الوزارة .

وأخبركم بموافقتي على ماجاء في المحضر ، وآمل إيداع تلك المبالغ في الحساب ذى الرقم ٢٢١/ ١٩١٣٧٠٠٠١٠٩ في البنك الأهلي التجاري / فرع العليا ، وموافاتي بمايفيد تنفيذ ذلك . ويرتب الصرف منها في وجوهه بموجب محاضر بين الندوة والوزارة بعد عرضها عليّ .

راجياً للجميع العون والتوفيق .

والسلام عليكم ورحمة الله وبركاته ،،،

**وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد**

**عبدالله بن عبدالمحسن التركي**

In the name of Allah, the Merciful

**Kingdom of Saudi Arabia**
**Ministry of Islamic Affairs, Dawah and Guidance**
**Minister's Office**

**Number: 1/2/225/S**
**Date: 3/4/1418 (August 18, 1997)**
**Attachments: cheque**

[The amount is deposited into the assembly account in Jeddah and a letter is sent with a copy of this letter to inform them].

**Your Eminence the Secretary General of the World Assembly of Islamic Youth**
**May Allah grant him success**

**Peace and blessing of Allah be upon you**
**Having Said:**

Referring to your letter No. 195 dated 11/1/1418 (May 19, 1997) including the request to disburse the amount at the Ministry from the half-yearly Islamic Benevolent Committee (formerly), for the World Assembly of Islamic Youth, which took over the expenditures on facilitating the projects of the abovementioned Committee during the year 1417 (equivalent to 1996-1997), according to the disbursement data attached to your aforementioned letter.

In Reference to the report taken on the Islamic Benevolent Committee (formerly) attached to the presentation No. 3/1/62S dated 6/2/1418 (June 13, 1997) of His Excellency the Undersecretary of Islamic Affairs and the clarification of the amount of expenses incurred by the assembly on the committee's projects, the amount of cash balance held at the Ministry of its liquidation, the recommendation to disburse it for the assembly in return for what it spent on those projects, to end the work of the aforementioned Benevolent Committee, and to disburse the amount at the Ministry from the liquidation of that committee, after the assembly provides evidence of the disbursement of that amount.

Whereas, the Undersecretary of Islamic Affairs stated in his letter No. 3/1/88S dated 19/2/1418 (June 26, 1997) proves this.

Pleases find attached bank check No. 037899/9 dated 7/21/1997 in the amount of (7,703,205,97) seven million seven hundred three thousand two hundred and five riyals and ninety-seven halala: under the name of the World Assembly of Islamic Youth, which is the cash balance held at the Ministry from the liquidation of that committee.

I hope you would receive the cheque and report.
Best regards.

**Minister of Islamic Affairs, Dawah and Guidance**
**Abdullah bin Abdul Mohsin Al Turki** [*signature*]

In the name of Allah, the Merciful

**Kingdom of Saudi Arabia**                                    **Number: 341/S**
**Ministry of Islamic Affairs, Dawah and Guidance**          **Date: 18/4/1417 (September 2, 1996**
**Minister's Office**                                         **Attachments:**

**Urgent and Confidential**

**Your Eminence the Secretary General of the World Assembly of Islamic Youth**
**May Allah grant him success**

**Peace and blessing of Allah be upon you**
**Having Said:**

Referring to the report dated 8/4/1417 (August 23, 1996) signed by You and Professor Abdul Rahman bin Musa Al-Musa, being the representative of the Ministry of Islamic Affairs, Dawah and Guidance, to halt disbursement from the cash balances of the Islamic Benevolent Committee, and what it receives from its cash and in-kind investments, and to deposit its balances shown in the report into the account of the Ministry of Islamic Affairs. With the suggestion that what was stated in the report of the liquidation committee of the Benevolent Committee to be a basis for disbursing the Committee's fund on the associated projects under the supervision of the Ministry.

I would like to inform Your Eminence of my approval of what was stated in the report and hoping to deposit these amounts into the account number 19137000109/221 in The National Commercial Bank \ Olaya Branch, and to provide me with proof of execution of this. The disbursement of it shall be arranged according to reports between the assembly and the Ministry after being presented to me.

Wishing everyone good luck and success.

**Minister of Islamic Affairs, Dawah and Guidance**
**Abdullah bin Abdul Mohsin Al Turki** [*signature*]



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Yasser Mansour is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**File: WAMYSA029901-02**

Sworn to before me this

12 day of July          of 2021

_V. Vaile_
Translation Manager

_[signature]_
Notary

LYVONNE C ELLIS
Notary Public - State of New York
NO. 01EL6238544
Qualified in Kings County
My Commission Expires Apr 11, 2023

ata MEMBER
American Translators Association

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling