UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to: *All Actions*

**DECLARATION OF ROBERT T. HAEFELE TRANSMITTING EVIDENCE IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE [ECF No. 9179] TO PLAINTIFFS' OBJECTIONS [ECF No. 9110] TO THE COURT'S APRIL 27, 2023, OPINION AND ORDER [ECF No. 9060]**

I, Robert T. Haefele, pursuant to 28 U.S.C. §1746, declare, under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am an attorney admitted to practice in the above-captioned matter, a member of the Plaintiffs' Executive Committees in this MDL, and associated with the law firm Motley Rice LLC, counsel for plaintiffs in this MDL.

2. I submit this Declaration to identify the exhibits referenced in Plaintiffs' Memorandum of Law in In Support Of Plaintiffs' Reply To Defendants' Response [ECF No. 9179] To Plaintiffs' Objections [ECF No. 9110] To The Court's April 27, 2023, Opinion And Order [ECF No. 9060].

3. Attached to this Declaration are true and correct copies of the following exhibits referenced in Plaintiffs' Memorandum of Law filed in support of the accompanying motion.

| Ex. 1 | Transcript of the Deposition of Jonathan M. Winer (July 13, 2021) – excerpted pages. |
|---|---|
| Ex. 2 | David Aufhauser, Former General Counsel, U.S. Department of Treasury, Terrorism: Growing Wahhabi Influence in the United States, Testimony to the Subcommittee on Terrorism, Technology and Homeland Security. |
| Ex. 3 | Juan Zarate, Assistant Secretary of the Treasury, Prepared Remarks to Islamic Society of North Americas Sixth Annual Education Event, (March 25, 2005). |

| Ex. 4 | Excerpts of David Aufhauser, Counterterror Initiatives in the Terror Finance Program, Testimony to the Committee On Banking, Housing, And Urban Affairs United States Senate. |
| --- | --- |
| Ex. 5 | Excerpts of Juan C. Zarate, Senate, Congress, Money Laundering: Current Status of Our Efforts to Coordinate and Combat Money Laundering and Terrorist Financing, (March 4, 2004). |
| Ex. 6 | Excerpted Ch. 3 of Juan C. Zarate, Treasury's Wars: Unleashing of a New Era of Financial Warfare (2013). |
| Ex. 7 | Address of Under Secretary Stuart Levey, The American Israel Public Affairs Committee Policy Conference 2005. |
| Ex. 8 | Excerpts of House of Representatives, Congress, Starving Terrorists of Money: The Role of Middle Eastern Financial Institutions, (May 4, 2005). |
| Ex. 9 | Excerpts of the Report of the National Commission on Terrorist Attacks Upon the United States. |
| Ex. 10 | National Commission on Terrorist Attacks Upon the United States, Monograph on Terrorist Financing. |
| Ex. 11 | Testimony of David D. Aufhauser, General Counsel, Dep't of the Treasury Before the Senate Judiciary Committee Subcommittee on Terrorism, Technology and Homeland Security, (June 26, 2003). |

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Mount Pleasant, South Carolina, on July 21, 2023

/s/
Robert T. Haefele, Esq.