# Exhibit 1

This Transcript Contains Confidential Material

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2
 3    IN RE: TERRORIST ATTACKS    )  03-MDL-1570 (GBD) (SN)
      ON SEPTEMBER 11, 2001       )
 4                                )
 5
 6
 7
                              — — —
 8
                     Tuesday, July 13, 2021
 9                        — — —
10              THIS TRANSCRIPT CONTAINS
                  CONFIDENTIAL MATERIAL
11                        — — —
12
13    Remote video-recorded deposition of JONATHAN M.
      WINER, held at the location of the witness,
14    commencing at 10:04 a.m., on the above date, before
      Debra A. Dibble, Certified Court Reporter,
15    Registered Diplomate Reporter, Certified Realtime
      Captioner, Certified Realtime Reporter and Notary
16    Public.
17
                              — — —
18
19
20
21
22
23
                      GOLKOW LITIGATION SERVICES
24              877.370.DEPS | fax 917.591.5672
                       deps@golkow.com
25
```

```
 1      A.    I don't know.  It would --
 2      Q.    But there was definitely before --
 3      A.    Somewhere between the period of 1989 and
 4   1994.
 5      Q.    '94.  Okay.
 6            And you said that you relied on the
 7   forensic accountant and -- to run your expertise as
 8   far as assessment; correct?
 9            MR. HAEFELE:  Objection to form.
10      A.    An attorney group that I was part of
11   worked -- chose to retain a forensic accountant firm
12   to assist us in reconstructing a record that would
13   enable us to assess terrorist finance vulnerability
14   and what additional practices would need to be put
15   into place to correct those vulnerabilities in that
16   particular case.
17      Q.    (BY MR. MOHAMMEDI)  Was the case about
18   terrorism finance?
19      A.    Yes.
20      Q.    Okay.  And what type of terrorist finance
21   are you talking about?
22      A.    I'm sorry, I don't understand the
23   question.
24      Q.    It was a Middle Eastern finance or was
25   it --
```

This Transcript Contains Confidential Material

```
 1      A.      Yes.
 2      Q.      -- related to where?
 3      A.      Yes.
 4      Q.      Are you an expert on Islam?
 5      A.      I am not an expert on the doc --
 6   religious doctrine of any kind, except to the extent
 7   that it involves the political impact of different
 8   types of interpretations of religion when a religion
 9   is politicized into a political movement, where I
10   have expertise.
11              So when you have a combination of foreign
12   policy, security, and religion, that's an area that
13   I have devoted some extensive work on over a long
14   period of time.
15              And that is an area of expertise, yes.
16   In the Middle East bureau, where I was from 2013 to
17   2017, we were constantly dealing with -- within the
18   bureau and I was personally -- the competing agendas
19   of political Islam and various strands and strains
20   of political Islam, including that in the Islamic
21   state and al-Qaeda and other groups like Ansar
22   al-Sharia.  And that competing with -- Arab
23   nationalism competing with states that would be
24   modern unitarian states, competing with warlord and
25   different types of rule in which pan-Islamic rule
```

```
 1   was one of the strains, political strains that had
 2   all kinds of consequences for terrorism and
 3   terrorist risk, and having to understand the various
 4   strands of those was critically important to my
 5   work.
 6             In that period in particular, while I was
 7   involved.
 8        Q.   (BY MR. MOHAMMEDI)  But you are not an
 9   expert on Islamic terms of concept from a religious
10   standpoint, are you?
11             MR. HAEFELE:  Objection, form.  Asked
12        and answered.
13        A.   I am not really -- I'm not willing to
14   adopt your question as an answer.  I'm happy to say
15   again what my expertise is.
16        Q.   (BY MR. MOHAMMEDI)  Are you a religious
17   expert?  "Yes" or "no."
18             MR. HAEFELE:  Objection to form.
19        Q.   (BY MR. MOHAMMEDI)  Are you a religious
20   expert?
21             MR. HAEFELE:  Still objection to
22        form.  It's the same question and he's
23        answered.
24        A.   I developed expertise in the political --
25        Q.   (BY MR. MOHAMMEDI)  I just say, are you a
```

This Transcript Contains Confidential Material

```
 1   religious expert?  I mean, it's -- you already
 2   explained that.  I'm just asking you are you a
 3   religious expert?
 4              MR. HAEFELE:  Omar, you keep asking
 5         and repeating the same answer he gave.
 6              MR. MOHAMMEDI:  He already answer a
 7         question that was not really what I was
 8         asking.  I'm just asking if you are a
 9         religious expert.
10        A.   I can answer it this way:  My father was
11   a medical researcher in cardiovascular disease and
12   learned some fundamental principles in connection
13   with the angiotensin system.  He was an expert in
14   that area.  He was also a doctor.  He was not an
15   expert in glioblastoma.  So if you're asking
16   somebody are you an expert in medicine, well, yes,
17   my father was a medical expert, a medical expert
18   with certain areas of expertise.
19              I have certain areas of expertise.  Am I
20   a religious expert who spent my life on Islam,
21   Christianity, Judaism, Buddhism, Bahaism, Sufism,
22   the difference between Sunni and Shia, I have not
23   spent my lifetime on it, although I could give you
24   the basics of the Sunni/Shia split if it was of help
25   to you.  I could discuss when Wahhabism originated
```

1   and when the modern Salafi movement originated, and
2   the fact that some people think its antecedents go
3   back earlier and foundations for it earlier.  I can
4   talk about the relationship between Egypt and
5   Saudi Arabia in competing for religious dominance.
6   But does that make me an expert in religion?  No.
7                MR. GOETZ:  Objection, nonresponsive,
8        move to strike.
9        Q.   (BY MR. MOHAMMEDI)  Do you hold yourself
10  as a religious expert in this case?
11               MR. HAEFELE:  Objection to form.
12               MR. MOHAMMEDI:  Just answer this
13       "yes" or "no."
14               MR. HAEFELE:  Objection, you can't
15       demand a "yes" or "no" answer.
16               MR. MOHAMMEDI:  Robert, you can stop
17       interjecting.
18               THE WITNESS:  I believe I've answered
19       the question.
20       Q.   (BY MR. MOHAMMEDI)  Are you an expert on
21  religion in this case?
22               MR. HAEFELE:  Objection to form,
23       asked and answered multiple times.
24       A.   I am expert on the political aspects of
25  Islam and how it played out in the region in the

```
 1   1980s, 1990s, and 00s.
 2        Q.    Are you an expert in Islamic terms and
 3   concepts?
 4        A.    I know about a few of them.  Not all of
 5   them.
 6        Q.    Are you an expert --
 7              Knowing is not an expert.  Do you agree
 8   with me?
 9              MR. HAEFELE:  Objection to form,
10        argumentative.
11        A.    I think it's really up to others to
12   determine the scope of my expertise.  I felt
13   comfortable and continue to feel comfortable
14   answering questions that were posed to me in my
15   expert report.
16        Q.    (BY MR. MOHAMMEDI)  Okay.  Then we go to
17   the next point.
18              (Reporter clarification.)
19        Q.    (BY MR. MOHAMMEDI)  Are you an expert on
20   the Kingdom of Saudi Arabia history?
21        A.    I know a fair amount about the Kingdom of
22   Saudi Arabia.  I dealt with issues relating to it
23   every day in my last work, the state departments.  I
24   was not personally responsible for that
25   relationship, but I was in meetings each morning
```

This Transcript Contains Confidential Material

```
 1        Q.    Is that correct?
 2        A.    That's my understanding of when they say:
 3   Who was behind the biological crisis which became
 4   like brainwashing?  A Jew.  And it goes on from
 5   there, and they talk about why are you so miserly
 6   with your blood.
 7        Q.    Okay.  So to you that is --
 8        A.    Teach our children to love taking revenge
 9   on the Jews and the oppressors.
10        Q.    Do you agree that there are hatred
11   statements made all over the world?
12              MR. HAEFELE:  Objection.
13        A.    I'm not in a position to discuss -- to
14   opine on hatred statements all over the world.  This
15   is calling for revenge on the Jews.
16        Q.    (BY MR. MOHAMMEDI)  And you are saying
17   that WAMY text specifically said that we are
18   justifying the killing of nonbelievers?
19        A.    Yes.
20        Q.    Okay.  We'll move on.
21              I'm just going to ask you another
22   question.  You are not a religious expert, are you?
23        A.    We've discussed this issue earlier.
24   You've asked me this question.  I understand a
25   religion in a political context when religion is
```

This Transcript Contains Confidential Material

1  used for political purposes as part of my
2  understanding of relationships among states, as part
3  of my understanding of terrorism.  We had national
4  and global security issues.  And so in that context,
5  yes.  In the context of various religious doctrines,
6  intrareligious discussions of text, there are people
7  who spend their lifetimes as religious scholars, and
8  that has not been my work.
9        Q.    And you're referring -- is it fair that
10 you are referring to a document that's expressed
11 religious views of an organization, and you are
12 making the -- you are reaching the conclusion that
13 was calling for justifying the killing of
14 nonbelievers; correct?
15              MR. HAEFELE:  Objection to form.
16       A.    Yes.
17       Q.    (BY MR. MOHAMMEDI)  You understand the
18 meaning of jihad?
19       A.    It has multiple meanings.
20       Q.    Okay.  Do you understand the meaning of
21 Salafis?
22       A.    I believe so.
23       Q.    You do?  And are you testifying as an
24 expert here to discuss jihad and Salafis?
25       A.    Only in the context of the political

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2        I, DEBRA A. DIBBLE, Registered Diplomate
    Reporter, Certified Realtime Reporter, Certified
 3  Court Reporter and Notary Public, do hereby certify
    that prior to the commencement of the examination,
 4  JONATHAN M. WINER was duly sworn by me to testify to
    the truth, the whole truth and nothing but the
 5  truth.
 6        I DO FURTHER CERTIFY that the foregoing is a
    verbatim transcript of the testimony as taken
 7  stenographically by and before me at the time, place
    and on the date hereinbefore set forth, to the best
 8  of my ability.
 9        I DO FURTHER CERTIFY that pursuant to FRCP
    Rule 30, signature of the witness was not requested
10  by the witness or other party before the conclusion
    of the deposition.
11
          I DO FURTHER CERTIFY that I am neither a
12  relative nor employee nor attorney nor counsel of
    any of the parties to this action, and that I am
13  neither a relative nor employee of such attorney or
    counsel, and that I am not financially interested in
14  the
    action.
15
16
17
18       _____
19
    DEBRA A. DIBBLE, RDR, CRR, CRC
20  NCRA Registered Diplomate Reporter
    NCRA Certified Realtime Reporter
21  Certified Court Reporter
22
    Dated: 8-3-2021
23
24
25
```