UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendants'[1] letter motion, (ECF No. 9238), for leave to file a sur-reply to Plaintiffs' Reply, (ECF No. 9228), is DENIED.

The Clerk of Court is respectfully directed to close ECF No. 9238.

Dated: July 31, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] "Defendants" refers to World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, the four "Charity Officer Defendants" (Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, and Adnan Basha), and Yassin Kadi.