# APPENDIX 1 TO THE *MC GUIRE*
# CORRECTED AND AMENDED SHORT FORM COMPLAINT

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Short Form Complaint to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the Short Form Complaint, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.

|  | Plaintiff | Plaintiff's State of Residency at Filing | 9/11 Decedent | Plaintiff's Relationship to 9/11 Decedent | Plaintiff's Citizenship on 9/11/01 | 9/11 Decedent's Citizenship on 9/11/01 | Nature of Claim |
|---|---|---|---|---|---|---|---|
| 1. | McGuire, Danielle, as Personal Representative of the Estate of Patrick McGuire, Deceased | NJ | McGuire, Patrick | PR | US, US | US | WD |
| 2. | McGuire, Danielle | NJ | McGuire, Patrick | Spouse | US | US | Solatium |
| 3. | McGuire, Mara | NJ | McGuire, Patrick | Child | US | US | Solatium |
| 4. | McGuire, Ryan | NJ | McGuire, Patrick | Child | US | US | Solatium |
| 5. | McGuire, Sean | NJ | McGuire, Patrick | Child | US | US | Solatium |
| 6. | McGuire, Shea | NJ | McGuire, Patrick | Child | US | US | Solatium |
| 7. | Adler, Aaron | NJ | Adler, Lee Alan | Sibling | US | US | Solatium |
| 8. | Adler, Isabell Dansiger | FL | Adler, Lee Alan | Parent | US | US | Solatium |
| 9. | Adler, Jay | NY | Adler, Lee Alan | Sibling | US | US | Solatium |
| 10. | Martinelli, Lauren Sarah Adler | CA | Adler, Lee Alan | Child | US | US | Solatium |
| 11. | Adler, Randi | FL | Adler, Lee Alan | Sibling | US | US | Solatium |
| 12. | Fernandez, Corazon, as Personal Representative of the Estate of Judy Fernandez, Deceased | NJ | Fernandez, Judy | PR | US | US | WD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. | Fernandez, Corazon, Individually | NJ | Fernandez, Judy | Parent | US | US | Solatium |
| 14. | Fernandez, Cirilo | NJ | Fernandez, Judy | Parent | US | US | Solatium |
| 15. | Garfi, Marianna | FL | Garfi, Francesco | Parent | US | US | Solatium |
| 16. | Garfi, Salvatore | FL | Garfi, Francesco | Parent | US | US | Solatium |
| 17. | Garfi, Vito, as Personal Representative of the Estate of Francesco Garfi, Deceased | FL | Garfi, Francesco | PR | US | US | WD |
| 18. | Garfi, Vito | FL | Garfi, Francesco | Sibling | US | US | Solatium |
| 19. | Grazioso, Kathryn | NJ | Grazioso, John | Child | US | US | Solatium |
| 20. | Grazioso, Kristen | NJ | Grazioso, John | Child | US | US | Solatium |
| 21. | Grazioso, Tina, as Parent and Natural Guardian of M.G., a minor | NJ | Grazioso, John | Child | US | US | Solatium |
| 22. | Cooke, Theresa | VA | Homer, LeRoy W., Jr. | Sibling | US | US | Solatium |
| 23. | Hargis, Michelle | NY | Homer, LeRoy W., Jr. | Sibling | US | US | Solatium |
| 24. | Homer, Christine | NY | Homer, LeRoy W., Jr. | Sibling | US | US | Solatium |
| 25. | Homer, Christine, as Personal Representative of the Estate of Thomas Freimark, Deceased | NY | Homer, LeRoy W., Jr. | Sibling | US, US | US | Solatium |
| 26. | Homer, Ilse | NY | Homer, LeRoy W., Jr. | Parent | Germany | US | Solatium |
| 27. | Homer, Monique | NY | Homer, LeRoy W., Jr. | Sibling | US | US | Solatium |
| 28. | Johnson, Marilyn | NY | Homer, LeRoy W., Jr. | Sibling | US | US | Solatium |
| 29. | Wilson, Cheryl Homer | VA | Homer, LeRoy W., Jr. | Sibling | US | US | Solatium |
| 30. | Wilson, Germaine | NY | Homer, LeRoy W., Jr. | Sibling | US | US | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31. | Jian, Kevin | NJ | Jian, Hweidar | Child | US | US | Solatium |
| 32. | Jian, William | NJ | Jian, Hweidar | Child | US | US | Solatium |
| 33. | LoGuidice, Michael, as Personal Representative of the Estate of Carmello LoGuidice, Deceased | FL | LoGuidice, Catherine Lisa | Parent | US | US | Solatium |
| 34. | Mistrulli, Joanne, as personal Representative of the Estate of Frank Mistrulli, Deceased | NY | Mistrulli, Joseph D. | Sibling | US | US | Solatium |
| 35. | Nacke, Dale Allen, as Personal Representative of the Estate of Louis P. Nacke, Deceased | GA | Nacke, Louis | Parent | US | US | Solatium |
| 36. | Nacke, Dale Allen, as Personal Representative of the Estate of Philomena Millace Nacke, Deceased | GA | Nacke, Louis | Parent | US | US | Solatium |
| 37. | Logan, Rachel | MD | Rowe, Nicholas | Sibling | RSA | RSA | Solatium |
| 38. | Rowe, Alexander as Personal Representative of the Estate of Judith Rowe, Deceased | RSA | Rowe, Nicholas | Parent | RSA | RSA | Solatium |
| 39. | Rowe, Alexander as Parent and Natural Guardian of Nadine Rowe | RSA | Rowe, Nicholas | Sibling | RSA | RSA | Solatium |

| 40. | Rowe, Paul | RSA | Rowe, Nicholas | Sibling | RSA | RSA | Solatium |