UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to:*

> *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 Civ. 6977
> *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03 Civ. 9849
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03 Civ. 6978
> *Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04 Civ. 5970
> *Euro Brokers Inc., et al., v. Al Baraka, et al.*, No. 04 Civ. 7279
> *Estate of John P. O'Neill et. al., v. Al Baraka et. al.*, No. 04 Civ. 1923

### DEFENDANT YASSIN ABDULLAH KADI'S MOTION TO EXCLUDE THE TESTIMONY OF VICTOR COMRAS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Peter C. Salerno, attached exhibits, and all prior papers and proceedings in this action, defendant Yassin Abdullah Kadi, by his undersigned counsel, hereby moves to strike the reports and exclude the proffered testimony of Plaintiffs' expert Victor D. Comras, and for such other and further relief as is just.

Dated: July 31, 2023

Respectfully submitted,

_____/s/_____

Peter C. Salerno
Amy Rothstein
Salerno & Rothstein
Attorneys for Defendant Kadi
221 Schultz Hill Road
Pine Plains, NY 12567
Tel. No. 518 771 3050
Email: peter.salerno.law@gmail.com

To:   All Counsel of Record (via ECF)