UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

## DECLARATION OF AISHA BEMBRY

I, Aisha Bembry, declare and say that the following statements are true as a matter of my personal knowledge:

1. I am a partner at the law firm of Lewis Baach Kaufmann Middlemiss PLLC and a member in good standing of the District of Columbia Bar and the Maryland Bar and have been admitted *pro hac vice* as counsel for defendants Muslim World League and the International Islamic Relief Organization. I make this declaration in support of the Memorandum of Law in Support of Defendants'[1] Joint Motion to Exclude the Expert Testimony of Evan Kohlmann and Matthew Levitt in the above-captioned case, filed on July 31, 2023.

---

[1] "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, the four "Charity Officer Defendants" (Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, and Adnan Basha), and Yassin Kadi.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Catalog of Impermissible Testimony of Plaintiffs' Experts Evan Kohlmann and Matthew Levitt, with Exhibits A and B attached thereto |
| Exhibit 2 | Expert Report of Evan Kohlmann dated March 10, 2020 |
| Exhibit 3 | Excerpt Trial Testimony from *United States v. Paracha*, No. 03 CR 1197 (S.D.N.Y. Nov. 2, 2005) |
| Exhibit 4 | Excerpt of *Regina v. Faqih* (Jan. 23, 2007) (Kohlmann Dep. Ex. 1006) |
| Exhibit 5 | Excerpt of Evan Kohlmann Deposition Transcript (Aug. 5-6, 2021) |
| Exhibit 6 | Rebuttal Report of Expert Evan Francois Kohlmann dated February 2, 2021 |
| Exhibit 7 | Evan Kohlmann's CV |
| Exhibit 8 | Excerpt of Hearing Transcript from *United States v. Abu Ali*, 05 Cr. 53 (GBL) (E.D. Va.), (Oct. 28, 2005) |
| Exhibit 9 | *Another Saudi 'hijacker' turns up in Tunis* (Kohlmann Dep. Ex.1020) . |
| Exhibit 10 | Excerpt from September 2018 FATF Anti-money laundering and counter-terrorist financing measures (Kohlmann Dep. Ex. 1048) |
| Exhibit 11 | Excerpt of CRA Report: PEC-WAMY031448, PEC-WAMY031448, PEC-WAMY031455-58. (Kohlmann Dep. Ex. 1042) |
| Exhibit 12 | Excerpt of Arab Cohort-Volunteers Cover indicating the publishing company as House of Learning Printing Press Co.-MR/ARA001079-1083. |
| Exhibit 13 | Excerpt of Daubert Hearing from *United States v. Hausa*, No.12CR00134(BMC) (E.D.N.Y February 6, 2017) |
| Exhibit 14 | FrontPageMagazine.com, "Saudis Spread Hate Speech in U.S." (Sept. 16, 2002 (Kohlmann Dep. Ex. 1034) |
| Exhibit 15 | NY TIME MAGAZINE, "The Lessons of Anwar al-Awlaki" (Aug. 27, 2015) (Kohlmann Dep. Ex. 1037) |

| Exhibit 16 | Human Rights Watch Fact Sheet: *Flawed Guantanamo Assessment File*, December 2016 |
|---|---|
| Exhibit 17 | Human Rights Watch Issue Brief: *Guantanamo Detainee Transfers*, December 2018 |
| Exhibit 18 | JTF-GTMO Risk Matrix for the Charitable Sector |
| Exhibit 19 | Excerpt of Mammar Ameur's JTF GTMO Detainee Assessment |
| Exhibit 20 | Unclassified Summary of Evidence for Administrative Review Board in the Case of Ameur, Mammar  July 25, 2005 (Kohlmann Dep. Ex. 1043) |
| Exhibit 21 | Excerpt of Unclassified Summary of Evidence for Administrative Review Board in the Case of Adel Hussein, Hassan, July 28, 2005 (Kohlmann Dep. Tr. 1044) |
| Exhibit 22 | Expert Report of John Barron dated August. 7, 2020 |
| Exhibit 23 | Excerpt of Expert Report of Jonathan M. Winer dated March 10, 2020 |
| Exhibit 24 | Excerpt of 9/11 Commission Report |
| Exhibit 25 | OFAC Sanction List Search Result for Benevolence International Foundation (Kohlmann Dep. Ex. 1041) |
| Exhibit 26 | February 23, 1993 Letter from WAMY to Adel Batterjee (Winer Dep. Ex. 915) |
| Exhibit 27 | WAMYSA029936 (LBI flyer documents) and WAMYSA057782 (BIF flyer documents) |
| Exhibit 28 | LBI Envelope (Kohlmann Dep. Ex. 1045) |
| Exhibit 29 | May 11, 1993 Letter from WAMY to Prince Abdulaziz (Winer Dep. Ex. 916) |
| Exhibit 30 | *Times of India*, "WAMY Sets Its Foot in Hyderabad" (Nov. 6, 2001) (Kohlmann Dep. Ex. 1028) |
| Exhibit 31 | Excerpt of Matthew A. Levitt Deposition Transcripts dated April 7-8, 2021 |
| Exhibit 32 | Invoices for Services Provided by Matthew Levitt dated November 2003 (Levitt Dep. Ex. 2002) |
| Exhibit 33 | Memorandum from Matthew A. Levitt to Barbara Hammerle (Levitt Dep. Ex. 2003) |
| Exhibit 34 | Expert Report of Matthew A. Levitt dated March 9, 2020 |

| Exhibit 35 | June 28, 2019 Subpoena Matthew A. Levitt to Testify at Deposition in a Civil Action, In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN) (S.D.N.Y.) |
|---|---|
| Exhibit 36 | August 16, 2019 Letter from Paul Ahern, Dept. of Treasury Response to Sean O'Connor and Robert Haefele |
| Exhibit 37 | Excerpt from Jimmy Gurule Deposition Transcript dated July 7, 2021 |
| Exhibit 38 | Expert Rebuttal Report of Dr. Matthew Levitt dated January 18, 2021 |
| Exhibit 39 | Expert Report of Jimmy Gurule dated February 1, 2021 |
| Exhibit 40 | Matthew A. Levitt's CV (Attachment A to Expert Report) |
| Exhibit 41 | Unclassified Summary of Evidence for Administrative Review Board in the Case of Qahtani, Said Muhammad Husayn |
| Exhibit 42 | Complaint filed in *Sana-Bell, Inc. v. BMI Real Estate, et al.*, No 8:98-cv-04177 (PJM) (D. Md. December. 23, 1998) |
| Exhibit 43 | Plaintiffs Proposed Findings of Fact and Conclusion of Laws filed in *Sana-Bell, Inc. v. BMI Real Estate, et al.*, No 8:98-cv-04177 (PJM) (D. Md. December. 23, 1998) |

Dated: July 31, 2023                                    /s/ *Aisha E. R. Bembry*

                                                        Aisha E. R. Bembry (admitted *pro hac vice*)