EXHIBIT 8

```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division

UNITED STATES OF AMERICA,       )
                                )
       Plaintiff,               )  CR. NO. 05-53
                                )
   vs.                          )
                                )
AHMED OMAR ABU ALI,             )
                                )
           Defendant.           )
                                )
```

### TRANSCRIPT OF MOTIONS

October 28, 2005

---

BEFORE:      THE HONORABLE GERALD BRUCE LEE
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT: OFFICE OF THE UNITED STATES ATTORNEY
                    BY: DAVID LAUFMAN, ESQ.
                        STEPHEN CAMPBELL, ESQ.
                        MARLA TUSK, ESQ.
                        JERRY DEMAIO, ESQ. (DOJ)
                    2100 Jamieson Ave.
                    Alexandria, Virginia  22314


FOR THE DEFENDANT:  ASHRAF NUBANI, ESQ.



---

OFFICIAL COURT REPORTER: RENECIA A. SMITH-WILSON,RMR,CRR
                         U.S. District Court
                         401 Courthouse Square
                         Alexandria, VA  22314

1  him an expert.  And, the fact that the government has
2  hired him to testify as an expert witness in cases
3  including U.S. versus Battleford, Benkahla, Randall
4  Royer, Massoud, Al-Tamimi does not with this Judge sit
5  as a basis to qualify him as an expert in al-Qaeda,
6  particularly where he has had no contact with someone
7  from al-Qaeda.
8            All he has done is to read about it.  My
9  jury could do an Internet search on Google and read
10 about al-Qaeda.
11           I'm sure that Mr. Kohlmann could probably
12 summarize it for them in a way that could be very
13 helpful, but I'm not of the opinion that Mr. Kohlmann is
14 an expert because he is not qualified by training,
15 because he has none other than what he is self taught.
16           He has not qualified because of the methods
17 that he's gathered his information, reading the Internet
18 and reading books in and of itself may be a way to learn
19 engineering, but at some point, the engineer has to
20 actually handle a device.
21           Here we have a person who has just read
22 about these things and is being offered to tell the
23 Court about a cell, the Ali Abdi Alramian al-Fak'asi
24 cell and the Sultan Jubran cell.  He is going to make a
25 judgment that these cell were al-Qaeda cells.

1             He'd never been to Saudi Arabia, never
2    interviewed any one from either of these cells, has no
3    personal knowledge about whether these cell were
4    affiliated with al-Qaeda or anyone else.
5             So for all those reasons, the motion to
6    exclude Mr. Kohlmann's testimony will be granted.
7    Exception's preserved.
8             I think that that covers what we have for
9    trial, so I'll see you all on Monday at 10 o'clock.
10            We're in recess.  Thank you.
11            (Proceeding concluded at 1:04 p.m.)

RENECIA A. SMITH-WILSON, RMR, CRR

CERTIFICATE OF REPORTER

I, Renecia Wilson, an official court reporter for the United State District Court of Virginia, Alexandria Division, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had upon the motions in the case of United States of America vs. Ahmed Omar Abu Ali.

I further certify that I was authorized and did report by stenotype the proceedings and evidence in said motions, and that the foregoing pages, numbered 1 to 29, inclusive, constitute the official transcript of said proceedings as taken from my shorthand notes.

IN WITNESS WHEREOF, I have hereto subscribed my name this 19th day of January, 2010.

/s/
Renecia Wilson, RMR, CRR
Official Court Reporter

RENECIA A. SMITH-WILSON, RMR, CRR