EXHIBIT 10




# Anti-money laundering and counter-terrorist financing measures

# Kingdom of Saudi Arabia

## Mutual Evaluation Report

### September 2018

Exhibit 1048
8/6/2021
Evan Kohlmann



> **Box 20. Muslim World League (MWL) and the World Assembly of Muslim Youth (WAMY)**
>
> International donations coming from Saudi Arabia can be made through the official aid agency of Saudi Arabia (the King Salman Humanitarian Aid & Relief Centre) as well as two organisations: the Muslim World League (MWL) and the World Assembly of Muslim Youth (WAMY). These two bodies, formed in 1962 and 1972 respectively, are considered by Saudi Arabia as international organisations under specific agreements signed with the Government of Saudi Arabia, although they consider themselves as non-governmental organisations. They have a large network of branches abroad and their main purpose is the teaching of Islam, which is fulfilled, among others, by publishing books and contributing to building mosques, schools, and cultural centres. They are under a different regulation and supervision regime than Foundations and Associations. Under the applicable regimes, MWL and WAMY need an authorisation from the Minister of Foreign Affairs to open branches in a foreign country and to transfer money abroad. Charitable organizations arising from MWL and WAMY are prohibited from raising charitable donations within the Kingdom.
>
> Saudi Arabia signed two Headquarters Agreements and a protocol with MWL and its related bodies including the Islamic Relief Organisation in 2009, and with WAMY in 2010. These agreements regulate the administrative and financial relationship, responsibilities, appointment mechanism in the organisation and mechanism of money remittances.
>
> In order to ensure compliance with the Agreement and the protocol, in 2016, on-site inspections were carried out on the offices of MWL and its related bodies and institutions, including the Islamic Relief Organization and the offices of the WAMY. Based on the inspection tours, several offices were closed with several administrative and financial violations, not for financing terrorism, but to ensure that financial and administrative imbalance is not exploited.

### *Deprivation of TF assets and instrumentalities*

290.    Saudi Arabian authorities use TFS, as well as other measures such as criminal procedures and a preventive watch-list mechanism, to deprive terrorists and terrorist financiers of their assets and instrumentalities. Individuals and entities designated in response to partner requests pursuant to UNSCR 1373 do not typically hold funds within the Kingdom (total sum of freezes is SAR 3 273.50), and Saudi Arabian preventive measures focus heavily on responding to self-financing crimes that support foreign terrorist fighters. In contrast, the names that Mabahith listed domestically pursuant to 1373 have frozen funds in the total amount of SAR 374 798.12.

291.    Saudi Arabian authorities reported over 1 000 convictions related to terrorist financing incidents from 2013-2016 and a total of approximately SAR 2.3 million (approximately EUR 500 000) involving different currencies were confiscated in the