EXHIBIT 12

# صفحات من سجل الأنصار العرب في أفغانستان

(الجزء الأول)



باسل محمد

الإصدار الثاني

MR/ARA001079

بسم الله الرحمن الرحيم

MR/ARA001080

حقوق الطبع والتوزيع محفوظة

الطبعة الأولى
١٤١٢هـ / ١٩٩١م




الوطنية الموحدة للتوزيع
الرياض ت ٤٧٨٢٠٠٠
جـدة ت ٦٧١٥٨١١

طبعت بمطابع شركة دار العلم للطباعة والنشر

MR/ARA001081



صفحات من سجل

# الأنصار العرب

## في

## أفغانستان

( الجزء الأول )

باسل محمد

تحقيق ومراجعة

إدارة الدراسات والتوثيق

بلجنة البر الإسلامية

الإصدار الثاني

١٤١٢هـ / ١٩٩١م

MR/ARA001082

- مقدمة -

الحمد لله رب العالمين .. والصلاة والسلام على سيدنا محمد الهادي الأمين .. وعلى آله وصحبه أجمعين .. وبعد :

ليس ثمة حاجة للتدليل على أن الجهاد الأفغاني قد احتل منزلة الصدارة من إهتمامات الأمة المسلمة خلال عقد الثمانينات الذي انقضى ، وحاز المكانة المتميزة في مختلف المحافل المحلية و الإقليمية والدولية منذ ذاك .. وعبر منحنى بياني تدخلت في رسم اتجاهاته الصاعدة والهابطة عوامل و أسباب شتى .. ولا حاجة لكثير من البحث للتأكيد على أن هذه التجربة الفريدة المتميزة – ربما على مستــوى العصر كله – كانت ولا تزال – بحاجة ملحة إلى مزيد من العناية والدراسة والتمعن ، مثلما كانت – ولا تزال – مكبلة بإيسار نمط متكرر من الدراسات والمتابعات لم تغادر الحالة العاطفية المزمنة غالب الأحيان ، ولم تجاوز الخطاب الإنشائي المنمّق إلا فيما ندر .. الأمر الذي أفقد عناصر تلك التجربة والمهتمين بها والمترقبين لها والمتشوقين لتلمس نتائجها الجانب الأكبر من المردود المنتظــر، وأقــام سداً منيعاً من الغبش والضباب حال بين من هم في أمس الحاجة للإستفادة من حصاد التجربة .. وبينها !

وإذا كان ذلك هو واقع التجربة الجهادية في أفغانستان عموماً ، وواقع الأنماط الدراسـية التي تناولتها ، فإن من أخصِ ما تضمنته هذه التجربة تعلقاً بغير الأفغانيين وأكثرها علاقة بالحركات والجماعات والتجمعات والأفراد العرب العاملين على الساحة الإسلامية – حاضراً ومستقبلاً – هو تلك المشاركة التي سجلها الأنصار العرب هناك ، من بدايات القضية وإلى يومنا هذا .. والتنوع الغني لأشكال هذه المشاركة ، وأحوالها ، وأطوارها ، والمراحل التي قطعتها ، والتجارب التي اكتسبتها، والإيجابيات التي حققتها ، والسلبيات التي تبدّت عنها ، والنهايات المرحلية التي آلت إليها .. الأمر الذي قدّم للعاملين من أجل غد إسلامي أفضل كمّاً لا يُثمّن من الدروس والمعارف والخبرات ، قلما تستحوذ أمة واعية على مثله ثم لا تعكف على دراسته الدراسة المتبصرة ، وتنكبّ على مطالعته المطالعة الدؤوبة وقد جمعت بين تعلقها واعتزازها بتلك التجربة وأشخاصها ورموزها .. وبين تجردها في تعقب الدروس ، وحياديتها في استخلاص العبر ، وجديتها في استقصاء مكامن الخطأ والصواب .

MR/ARA001083

# Pages From the registry of

# Arab Cohorts
# In
# Afghanistan

*There is no god but god and Mohammad is his messenge*r

Basil Mohammad                                                                 Second Edition

MR/ARA001079

**In the Name of the Lord the most Gracious most Forgiving**

MR/ARA001080

Copy and publishing rights reserved

1412 Hijri /1991 AD

Published By House of Learning printing press Co.
P.O.Box 4797 Jeddah 21412 Tel 67121 Kingdom of Saudi Arabia.

MR/ARA001081

# Pages From the registry of
# Arab Cohorts
# In
# Afghanistan

(Part One)

Basil Mohammad

Checked & Revised By

Documentation and Studies Administration
At Islamic Charity Committee

Second Edition
1412 Hijri / 1991 AD

MR/ARA001082

- **Preface –**

Praise the Lord, and Peace Be upon his messenger Mohammad, all his kin and Companions… thereon:

There is no need to prove that Afghani Jihad has occupied the forefront position in the interest of the Islamic nation during the past eighties decade, and it has earned the distinguished status in various local, regional and global circles ever since, and through a curve chart that interfered in its up and down shaping, many reasons and effects… and there is no need for a lot of research to show that to assure that unique distinguished experience – over the whole century- was and still in urgent need of extra care, study and scrutiny, just as it was and still is tied to a strap of repetitive pattern of studies and follow ups that did not quit the emotional condition chronic as always, and did not go beyond bombastic compositional speech unless in few occasions,… The thing that made the elements of this experience and those interested and observers and those eager lose the larger amount of its awaited revenue. And has made an impregnable barrier of fog and mist, that came between the experience, and those most needy to benefit from its harvest!

And if this is the reality of the Jihad experience of Afghanistan in general, and the reality of the study patterns which treated it, it has been one of its most special contents that was attached to those non afghan and most attached to movements, groups, factions and Arab individuals working on the Islamic arena- presently and in the future- is that participation that was registered by the Arab cohorts there, from the start days of this issue till now…and the rich variation of patterns of this participation, it conditions, phases, and stages passed, experiences gained, advantages achieved and disadvantages emitted, and temporary endings it reached… the thing which presented to those working for a better Islamic future a priceless amount of lessons, education and experiences, that rarely a mindful nation can attain something similar, and never stops studying it wisely, and devote itself to its tireless perusal, where it has grouped its pride and attachment to that experience and the persons behind it and its heroes, and between its disentanglement in the pursuit of lessons, and impartiality in deriving wisdom and seriousness in investigation right and wrong traps.

MR/ARA001083