EXHIBIT 19




SECRET // NOFORN // 20300413

**DEPARTMENT OF DEFENSE**
JOINT TASK FORCE GUANTANAMO
GUANTANAMO BAY, CUBA
APO AE 09360

JTF GTMO-CG                                      13 April 2005

MEMORANDUM FOR Commander, United States Southern Command, 3511 NW 91st Avenue, Miami, FL 33172.

SUBJECT: Update Recommendation to Transfer to the Control of Another Country for Continued Detention (TRCD) for Guantanamo Detainee, ISN: US9AG-000939DP (S)

# JTF GTMO Detainee Assessment

### 1. (FOUO) Personal Information:

- JDIMS/NDRC Reference Name: Mammar Ameur
- Aliases and Current/True Name: Shakib, Abu Shakeeb
- Place of Birth: L'Aghouat, Algeria (AG)
- Date of Birth: 01 December 1958
- Citizenship: Algeria
- Internment Serial Number (ISN): US9AG-000939DP



**2. (FOUO) Health:** Detainee is in good health and has no known allergies. He has latent TB and has been on antibiotics. He is currently taking Celebrex and Neurontin. Detainee has no travel restrictions.

### 3. (S//NF) JTF GTMO Assessment:

**a. (S) Recommendation:** JTF GTMO recommends detainee be Transferred to the Control of Another Country for Continued Detention (TRCD).

**b. (S//NF) Summary:** JTF GTMO previously assessed detainee Retain in DoD (DoD) on 16 August 2004. Based upon information obtained since detainee's previous assessment, it is now recommended he be Transferred to the Control of Another Country for Continued Detention (TRCD).

**CLASSIFIED BY:** MULTIPLE SOURCES
**REASON:** E.O. 12958 SECTION 1.5(C)
**DECLASSIFY ON:** 20300413

SECRET // NOFORN // 20300413

SECRET // NOFORN // 20300413

JTF GTMO-CG
SUBJECT: Update Recommendation to Transfer to the Control of Another Country for Continued Detention (TRCD) for Guantanamo Detainee, ISN: US9AG-000939DP (S)

- (S//NF) The Algerian safe house was funded by the Maktib Al-Khidmat Lil Mujahideen (MK) NGO. It was one of Dr. Abdullah Azzam's and UBL's safe houses. (Analyst Note: MK was co-founded by UBL and is considered a precursor to Al-Qaida. MK is currently classified as a Tier 2 NGO. Dr. Azzam was one of the most influential Muslim Brotherhood members. He was UBL's mentor. Al-Qaida's foundation is attributed to Dr. Azzam and UBL. It is possible detainee came into contact with UBL during his stay at the guesthouse.)
- (S//NF) Detainee worked with NGOs that have been classified as terrorist organizations or had associates who worked in terrorist affiliated NGOs.
  - (S//NF) Detainee was employed by the following NGOs:
    - (S//NF) EHRO, which has been listed as a Tier 2 NGO. Detainee worked as a hospital administrator in Afghanistan for EHRO. Detainee made runs between Afghanistan and Pakistan to re-supply and pay salaries for employees. The effectiveness of EHRO operations was likely curtailed by ongoing international actions directed against terrorist organizations. (Analyst Note: Such activity has been associated with logistical support for mujahideen in past reporting.)
    - (S//NF) AMA, Tier 1 NGO. Detainee briefly worked for AMA. He was sent to Kenya for training, but could not renew his Algerian passport to travel for AMA in Africa and ended up returning to Pakistan. AMA operates mainly in the Horn of Africa and has close ties with other terrorist NGOs. AMA is a subsidiary of the Islamic Heritage Restoration Society (IHRS, also a Tier 1 NGO).
  - (S//NF) Detainee's associates within the radical NGOs circuit:
    - (S//NF) Detainee was captured with ISN 940. ISN 940 was assessed as an Al-Qaida facilitator due to his associations and employment with MB, World Assembly of Muslim Youth, and the Lajnat al Dawa Al-Islamiyya (LDI). These groups are all classified as radical NGOs.
    - (S) Detainee associated with fellow Algerian, Fethi Bouchetta, US9AG-000718 (ISN 718). ISN 718 worked with Lajnat Al Birr, Revival Islamic Heritage Society (RIHS), and the Saudi Red Crescent Society (SRCS). With the exception of SRCS, these NGOs have been classified as terrorist affiliated NGOs.
    - (S//NF) Detainee associated with Muhammed Hussein Abdullah, US9SO-000704 (ISN 704). ISN 704 was assessed as an Islamic extremist with ties to LDI, IIRO, RIHS, ASC, the Saudi Red Crescent, likely Al-Qaida and or the Taliban. It is suspected that ISN 704 assisted with recruiting trainees from the madrassas who would be sent to Afghanistan and/or Pakistan. He also assisted in the facilitation of money or at a minimum, assisted with the preaching and indoctrination of jihad related radical Islam. This assessment was based on his 16-year employment tenure within the NGOs. With the exception of SRCS, these NGOs have been classified as terrorist affiliated NGOs.

5

SECRET // NOFORN // 20300413