EXHIBIT 21

**UNCLASSIFIED**

**Department of Defense**
**Office for the Administrative Review of the Detention of Enemy**
**Combatants at US Naval Base Guantanamo Bay, Cuba**

28 June 2005

TO: ADEL HUSSEIN, HASSAN

SUBJECT: UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF ADEL HUSSEIN, HASSAN

1. An Administrative Review Board will be convened to review your case to determine if your continued detention is necessary.

2. The Administrative Review Board will conduct a comprehensive review of all reasonably available and relevant information regarding your case. At the conclusion of this review the Board will make a recommendation to: (1) release you to your home state; (2) transfer you to your home state, with conditions agreed upon by the United States and your home state; or (3) continue your detention under United States control.

3. The following primary factors favor continued detention:

   a. Commitment

      1. The detainee related he joined the Muslim Brotherhood in Sudan during the early 1980's. He stated he was a student in school and his friends joined the group, so he did as well.

      2. The detainee was a member of the Sudanese Muslim Brotherhood until 1986.

      3. The detainee took a teaching job with the Hira Institute in 1986 where he worked until 1999.

      4. The detainee worked for the Hira Institute as a teacher at the Jelazee Refugee Camp. The Hira Institute is run by an organization named Lajnat Al-Da'wa al Islamia (LDI).

      5. Lajnat Al-Daawa Al-Islamiya (LDI) is a non-governmental organization that operates in Afghanistan and may be affiliated with Usama Bin Laden and al Qaida operations.

      6. In 1996 the detainee received a promotion and moved from Hira Institute to the LDI office in Peshawar, Pakistan. In 1997 the detainee was promoted again to the head of the Public Relations Division of LDI in Peshawar, Pakistan.

      7. After being laid off from LDI in 1999, the detainee was hired as the Director of the World Assembly of Muslim Youth (WAMY) Hospital in Afghanistan.

      8. WAMY is a non-government organization operating in Afghanistan that may be affiliated with Usama Bin Ladin and al Qaida operations.

**UNCLASSIFIED**

000749
DMO Exhibit 1
Page 1 of 3

Exhibit
1044
8/6/2021
Evan Kohlmann

FED-PEC0218312