EXHIBIT 25



# Sanctions List Search

**Exhibit 1041**
8/6/2021
Evan Kohlmann

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List　　　　Sanctions List Search: Rules for use　　　　Visit The OFAC Website

Download the Consolidated Non-SDN List　　　　　　　　　　　　　　　　　　Program Code Key

## Details:

| Type: | Entity | List: | SDN |
|---|---|---|---|
| Entity Name: | BENEVOLENCE INTERNATIONAL FOUNDATION | Program: | SDGT |
| | | Remarks: | |

## Identifications:

| Type | ID# | Country | Issue Date | Expire Date |
|---|---|---|---|---|
| US FEIN | 36-3823186 | | | |

## Aliases:

| Type | Category | Name |
|---|---|---|
| a.k.a. | strong | AL BIR AL DAWALIA |
| a.k.a. | weak | BIF |
| a.k.a. | strong | BIF-USA |
| a.k.a. | strong | MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND |

## Addresses:

| Address | City | State/Province | Postal Code | Country |
|---|---|---|---|---|
| 8820 Mobile Avenue, 1A | Oak Lawn | IL | 60453 | United States |
| (Formerly located at) 20-24 Branford Place, Suite 705 | Newark | NJ | 07102 | United States |
| (Formerly located at) 9838 S. Roberts Road, Suite 1-W | Palos Hills | IL | 60465 | United States |
| P.O. Box 548 | Worth | IL | 60482 | United States |
| Bashir Safar Ugli 69 | Baku | | | Azerbaijan |
| 69 Boshir Safaroglu St. | Baku | | | Azerbaijan |
| | Sarajevo | | | Bosnia and Herzegovina |
| | Zenica | | | Bosnia and Herzegovina |
| 3 King Street, South Waterloo | Ontario | | N2J 3Z6 | Canada |
| P.O. Box 1508 Station B, Mississauga | Ontario | | L4Y 4G2 | Canada |
| 2465 Cawthra Rd., #203, Mississauga | Ontario | | L5A 3P2 | Canada |
| | Ottawa | | | Canada |
| | Grozny | Chechnya | | Russia |
| 91 Paihonggou, Lanzhou | Gansu | | | China |
| Hrvatov 30, 41000 | Zagreb | | | Croatia |
| | Makhachkala | Daghestan | | Russia |
| | Duisi | | | Georgia |
| | Tbilisi | | | Georgia |
| | Nazran | Ingushetia | | Russia |
| Burgemeester Kessensingel 40 | Maastricht | | | Netherlands |
| House 111, First Floor, Street 64, F-10/3 | Islamabad | | | Pakistan |
| Azovskaya 6, km. 3, off. 401 | Moscow | | | Russia |
| P.O. Box 1055 | Peshawar | | | Pakistan |
| Ulitsa Oktyabr'skaya, dom. 89 | Moscow | | | Russia |
| P.O. Box 1937 | Khartoum | | | Sudan |
| P.O. Box 7600 | Jeddah | | 21472 | Saudi Arabia |
| P.O. Box 10845 | Riyadh | | 11442 | Saudi Arabia |
| | Dushanbe | | | Tajikistan |
| | | | | United Kingdom |
| | | | | Afghanistan |
| | | | | Bangladesh |

| | | |
|---|---|---|
| | Gaza Strip | Bosnia and Herzegovina undetermined Yemen |

Back

SDN List last updated on: 2/22/2021 7:10:07 PM
Non-SDN List last updated on: 12/14/2020 12:44:01 PM