EXHIBIT 27



CONFIDENTIAL                                                                                                    WAMYSA029936

In the name of Allah, the Merciful, the Gracious

# World Assembly of Muslim Youth
# The Information Center

Source: Al-Madinah  
Date: 4/9/1413 H – 25/2/1993

Number: 9417  
Page: …………..  
File: …………….

Subject: Islamic Benevolence Committee

## Islamic Benevolence Committee
(World Assembly of Muslim Youth)

[In the Name of Allah, the Merciful and Gracious. The orphans of the Islamic Benevolence Committee pray that God the Almighty grant their sponsors the best reward and endow them with the companionship of His Prophet in the highest Paradise.]

The Orphans' account number is: 3000/3 at the Rajhi Investment Bank Company (Al-Salamah District branch/Jeddah)

500 orphan forms at the Islamic Benevolence Committee await sponsors. Would you, brothers in Islam, be these sponsors, so that you may win the companionship of the master of Prophets, may God's peace and blessings be upon him?

Jeddah - P.O. Box 9072 Jeddah 21413. Tel. and Fax: 6730941  
P.O. Box 10845 Riyadh 11443 Tel.: 4641663/4641669 Fax: 4641710  
P.O. Box 5059 Al-Medina Al-Munawwarah Tel.: 8229020 Fax: 8228748  
P.O. Box 9104 Dammam 31413 Tel.: 8425159/8445116

CONFIDENTIAL                                                                                           WAMYSA029936

بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي
مركز المعلومات

المصدر: المدينة  العدد: 9416
التاريخ: 1413/9/2هـ  الصفحة: .........
22/2/1993م  الملف: .........
الموضوع: منظمة البر الدولية



CONFIDENTIAL                                                                                       WAMYSA057782

In the name of Allah, the Merciful, the Gracious

# World Assembly of Muslim Youth
# The Information Center

Source: Al-Madinah  
Date: 3/9/1413 H – 24/2/1993

Number: 9416  
Page: …………..  
File: …………….

Subject: Islamic Benevolence Foundation

## The Benevolence International Foundation
## Is the safe hand to educate your Muslim children

Account number 4900 at the Rajhi Investment Bank Company (Al-Salamah District branch/Jeddah.

Faisal Islamic Bank, account number 4814444, all branches in the Kingdom of Saudi Arabia.

> Correspondences to be forwarded in the Kingdom of Saudi Arabia to P.O. Box 7600 Jeddah 21472 Tel.: 6832836 Fax: 6833094.
> Ottawa, Canada. Tel.: (613) 2471085. Fax: (613) 2471076
> Chicago, United Sates. Tel.: (708) 6368996. Fax. (708) 6369016
> Khartoum, Sudan. Tel.: 225989
> Zagreb, Croatia. Tel. and Fax: 412392

CONFIDENTIAL                                                                                                   WAMYSA057782