EXHIBIT 28



# الموسوعة الميسرة في الأديان والمذاهب المعاصرة

الندوة العالمية للشباب الإسلامي

الرياض

Exhibit 1045
8/6/2021
Evan Kohlmann





## الندوة العالمية للشباب الإسلامي

تأسست : عام ١٣٩٢هـ الموافق ١٩٧٢م.

مقرها : الرياض - المملكة العربية السعودية.

طبيعتها : أول هيئة إسلامية عالمية متخصصة في شؤون الشباب، وهي تضم أكثر من أربعمائة وخمسين منظمة شبابية وطلابية إسلامية منتشرة في القارات الخمس.

من أهدافها :

١- خدمة الفكر الإسلامي الصحيح على أساس من التوحيد الخالص.

٢- تعميق أسباب الوحدة الفكرية وتقوية روابط الأخوة الإيمانية بين الشباب المسلم.

٣- تعريف العالم بالإسلام بجميع الوسائل وعلى أوسع نطاق.

٤- توضيح ودعم الدور الإيجابي للشباب والطلاب في بناء المجتمع الإسلامي.

٥- دعم منظمات الشباب الإسلامي في جميع أنحاء العالم والتنسيق بينها ومساعدتها في تنفيذ برامجها.

لقاءاتها العالمية : تعقد الندوة لقاءها العالمي كل ثلاث سنوات، وقد عقدت حتى الآن ستة لقاءات عالمية تمت جميعها في الرياض باستثناء اللقاء الخامس الذي عقد في نيروبي بكينيا عام ١٤٠٢هـ وحضرها ممثلو المنظمات الإسلامية الشبابية والطلابية من جميع أنحاء العالم لاختيار أعضاء مجلس الأمانة العامة للندوة وللبحث في القضايا التي تهم الشباب المسلم.



Lajnat Al-Birr Al-Islamiah
(World Assembly of Muslim Youth)

جدة ـ ص . ب : ٧٦٠٠ ـ جدة ٢١٤٧٢ ـ المملكة العربية السعودية ـ هاتف : ٦٨٢٢٨٢٦ ـ فاكس : ٦٨٢٢٠٩١ ـ تلكس ٦٠٥٨١٣.
الرياض ـ ص . ب : ١٠٨٥٤ ـ الرياض ١١٤٤٣ ـ المملكة العربية السعودية ـ هاتف : ٤٦٤١١٦٣/٤٦٤١١٦٩ ـ تلكس : ٢٠٠٤١٣

JEDDAH: P.O.Box 7600, Jeddah 21472, Saudi Arabia, Tel: 683-2836. Fax: 683-3094. Telex: 605813
RIYADH P.O.Box 10854, Riyadh 11442, Tel: 464-1663/464-1669. Telex: 200413
Peshawar, Pakistan - University Town - 77 D/B Park Road - Tel: 42249 / 41485 Fax: 42385

Title:

## World Assembly of Muslim Youth

(202)

JEDDAH P.O. Box 7600, Jeddah 21472 Saudi Arabia Tel: 683.2836
Fax: 683.3094 Telex: 605813 RIYADH: P.O. Box 10854, Riyadh
11442 Tel: 464.1663/464.1669 Telex: 200413
Peshawar, Pakistan. University Town - 77 D/B Park Road
Tel: 42249/41485
Fax: 42385

GOVERNMENT EXHIBIT
2800-A
S5 93 CR 180