EXHIBIT 29



EXHIBIT 916
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC

**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

مكتب الأمين العام / Office of the Secretary General

الرقم: ٦٢٥٢
التاريخ: ١٩/١١/١٤١٣ هـ

صاحب السمو الملكي الأمير / سلمان بن عبدالعزيز
أمير منطقة الرياض    حفظه الله
السلام عليكم ورحمة الله وبركاته

سبق وأن رفعت لسموكم تقريراً عن لجنة البر وظروف تكوينها وجزء من نشاطاتها التي تمت خلال الأربع سنوات الماضية. وقد قدمت هذه اللجنة خدمات متميزة خلال الجهاد الأفغاني في المجالات الطبية والتعليمية والإغاثية والزراعية. كما اسهمت في تخفيف معاناة المسلمين في مناطق اخرى من العالم في بورما والبوسنة والهرسك وغيرها. ويدير اللجنة مجلس للمشرفين برئاسة أمين عام الندوة وكان مديرها التنفيذي الشيخ عادل بترجي.

وقد حدثت بعض التطورات في اللجنة أحببت أن تكونوا – حفظكم الله – على علم بها. لقد اجتهد المدير التنفيذي السابق للجنة الشيخ عادل بترجي وقام ببعض النشاطات في السودان والبوسنة والهرسك لم تكن مقره من مجلس المشرفين. كما قام ببعض النشاطات المتعلقة بجمع التبرعات في الداخل مما كان موضع تساؤل المسئولين في مكة وكذلك وزارة الداخلية. وقد اجتمع مجلس أمانة الندوة واتخذ قراراً بمراجعة نشاط اللجنة وتحديد الأسباب التي أدت إلى بعض التجاوزات الإدارية. ثم تبع ذلك اجتماع لمجلس المشرفين واتخذ فيه قراراً بتعيين مدير تنفيذي جديد وابعاد الشيخ عادل بترجي عن ادارة اللجنة مع التركيز الشديد على أن يتم نشاط اللجنة بالتنسيق مع المسئولين في المملكة ودون القيام بأي عمل لا يرضي المسئولين حتى وإن كانت هناك حاجة ملحة إليه مثل النشاط في السودان أو النشاط في البوسنة والهرسك إلا بعد التنسيق مع الهيئة العليا لجمع التبرعات لمسلمي البوسنة والهرسك التي ترأسونها.

وبعد عدة اجتماعات تبلورت الأمور واصبح الوضع الحالي الآن كما يأتي:

١ – لم يعد للشيخ عادل بترجي صلة ادارة بلجنة البر، بل قد استقال أيضاً من مجلس المشرفين. وقد علمت مؤخراً أنه كون هيئة أسماها "منظمة البر الدولية" لها مكاتب في عدد من الدول في الخارج وشعارها قريب من شعار لجنة البر. كما أن اسمها يوحي أيضاً بهذا التشابه. وقد كتبت له خطاب أوكد فيه على عدم مسئولية الندوة عن هذه المنظمة، كما أكدت فيه على عدم استغلال التشابه في الاسمين والقيام بأي نشاط قد يحسب على الندوة إذ أن هذه المنظمة لا وجود لها نظامي داخل المملكة (مرفق صورة من الخطاب).

O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ – الرياض ١١٤٤٣ – شارع الأمير سلطان بن عبد العزيز – العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس (٠١) ٤٦٤١٧١٠/٤٦٤١٦٧٦

CONFIDENTIAL                                                            WAMYSA061345


**World Assembly of Muslim Youth** — الندوة العالمية للشباب الإسلامي

مكتب الأمين العام
Office of the Secretary General

الرقم: ٦٣٥ / ص ح
التاريخ: ١٩ / ١١ / ١٤١٢ هـ

٢ – جرى تعيين مدير تنفيذي مؤقت للجنة البر الإسلامية هو الدكتور حسن باحفظ الله وهو استاذ في جامعة الملك عبدالعزيز ومتعاون مع رابطة العالم الإسلامي ومعروف لدى هيئة الإغاثة وغيرها من المهتمين بالعمل الإسلامي بحرصه الشديد على العمل الخيّر وتفهمه وتقديره لدور المملكة في هذا المجال وكذلك حرصه على التنسيق والاهتداء بآراء المسئولين في حكومتنا الرشيدة بحيث لا يتم إلا ما يخدم المصلحة العامة وبتوجيهات المسئولين.

ونتيجة لبعض متابعات الجهات الأمنية للشيخ عادل بترجي والظن أنه مازال له علاقة بلجنة البر، فمازالت اللجنة تتلقى بعض التساؤلات وكذلك بعض الزيارات من رجال الأمن. بل طلب من مديرها التنفيذي الحالي الدكتور حسن باحفظ الله التوقيع على عدم جمع التبرعات. وكما تعلمون فإن اللجنة لها التزامات في افغانستان وبورما وعدد من المناطق التي تعتمد على الله سبحانه ثم على ما يأتي من مساهمات خيرية من بلد الخير.

لهذا كله أتقدم لسموكم الكريم مجدداً بما يأتي:

١ – السماح للندوة ومنها لجنة البر بجمع التبرعات من الأمكنة العامة والمساجد، أسوة بهيئة الإغاثة وغيرها من الجهات التي توصل مساهمات المملكة العربية السعودية حكومة وشعباً للمسلمين المحتاجين في انحاء العالم..

٢ – الإيعاز للجهات الأمنية بعدم التعرض للندوة أو لجانها العاملة فيها ومنها لجنة البر والإتصال بالمسئولين في الندوة عند وجود أي استفسار أو متابعة. ونحن في الندوة نحرص تماماً على الإلتزام بما توجهون به – حفظكم الله – ولا نسعى إلا لخدمة ديننا وبلادنا أولاً ومساعدة اخواننا المسلمين ثانياً. وكل ذلك يتم بتوجهاتكم والتنسيق معكم.

وفقكم الله لما يحبه ويرضاه ونفع بكم الإسلام والمسلمين.
والسلام عليكم ورحمة الله وبركاته.

الأمين العام
للندوة العالمية للشباب الاسلامي

د. مانع بن حماد الجهني

ع / (٤٨١)

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
x. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ – الرياض ١١٤٤٣ – شارع الأمير سلطان بن عبد العزيز – العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٥٢٢٠/٤٠٠٤١٣ اسلامي اس جي، فاكس (٠١) ٤٦٤١٧١٠/٤٦٤١٦٧٦

CONFIDENTIAL   WAMYSA061346

In the name of Allah, the Merciful, the Gracious

# World Assembly of Muslim Youth  [logo of the Assembly]

الندوة العالمية للشباب الإسلامي

| Office of the Secretary General | No.: 6352……………………………….. <br> Date: 19/11/1413 (May 11, 1993) ……… |
|---|---|

**His Royal Highness Prince: Salman bin Abdulaziz**
**Prince of Riyadh Region**
**Peace and mercy of Allah and his blessings may be upon you**

I have already submitted to Your Highness a report on the Benevolent Committee, the circumstances of its formation and part of its activities that took place during the past four years. This committee provided distinguished services during the Afghan Jihad in the medical, educational, relief and agricultural fields. It also contributed to alleviating the suffering of Muslims in other regions of the world, in Burma, Bosnia and Herzegovina and others. The committee is managed by a Board of Supervisors headed by the Secretary General of the assembly, and Executive Director, Sheikh Adel Batterjee.

There have been some developments in the committee that I would like you—May Allah protect you—to be aware of. The former Executive Director of the Committee, Sheikh Adel Batterjee, worked hard and carried out some activities in Sudan and Bosnia and Herzegovina that were not approved by the Board of Supervisors. He also carried out some activities related to fundraising at home, which was questioned by officials in Mecca as well as the Ministry of the Interior. The Assembly's Secretariat Council met and took the decision to review the committee's activity and determine the reasons that led to some administrative abuses. A meeting of the Board of Supervisors followed, in which a decision was taken to appoint a new executive director and to remove Sheikh Adel Batterjee from managing the committee, with a strong focus on the committee's activity to be carried out in coordination with officials in the Kingdom and without conducting any work that goes against the satisfaction of the officials, even if there is an urgent need for it, such as the activity in Sudan or in Bosnia and Herzegovina, except after coordination with the High Authority for Fundraising for Muslims of Bosnia and Herzegovina, which you preside over.

After several meetings, things developed and the current situation is as follows:
1 - Sheikh Adel Batterjee no longer has any administrative connection with the Benevolent Committee, but has also resigned from the Board of Supervisors. I recently learned that he has formed a commission that he calls the "International Benevolent Organization." It has offices in several countries abroad, and its logo is close to that of the Benevolent Committee. Its name also suggests this similarity. I wrote to him a letter in which I emphasized that the assembly is not responsible for this organization; and that the similarities in the two names should not be exploited to carry out any activity that the assembly might be considered liable for, as this organization has no legal presence inside the Kingdom (a copy of the letter is attached).

P.O. Box 10845, Riyadh 11443. Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير سلطان بن عبد العزيز - العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣ / ٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٥٢٢٠ / ٤٠٠٤١٣ اسلامي اس جي، فاكس ٤٦٤١٦٧٦ / ٤٦٤١٧١٠ (٠١)

In the name of Allah, the Merciful, the Gracious

# World Assembly of Muslim Youth    [*logo of the Assembly*]     الندوة العالمية للشباب الإسلامي

| Office of the Secretary General | No.: [*illegible*] corresponds to 6352………<br>Date: 19/11/1413 (May 11, 1993) ……… |
|---|---|

2 - ==A temporary executive director of the Islamic Benevolent Committee has been appointed, Dr. Hassan Bahafez Allah, a Professor at King Abdulaziz University and a collaborator with the Muslim World League.== He is known to the Relief Authority and others interested in Islamic work for his keenness to do good and his understanding and appreciation for the role of the Kingdom in this field; as well as his keenness to coordinate and be guided by the opinions of officials in our rational government so that only what serves the public interest by the directives of the officials is done.

As a result of some follow-ups by the security authorities to Sheikh Adel Batterjee and the belief that he is still related to the Benevolent Committee, the committee is still receiving some questions, as well as some visits from security men. Rather, the current executive director, Dr. Hassan Bahafez Allah, was asked to sign non-fundraising obligation. As you know, the committee has obligations in Afghanistan, Burma and a number of regions that depend on Allah Almighty, then on the charitable contributions that come from the country of goodness.

For all this, I present to Your Highness once again the following:
1- Authorize the assembly, including the Benevolent Committee, to fundraise in public places and mosques, similar to the Relief Authority and other bodies that deliver the contributions of the Kingdom of Saudi Arabia, government and people, to Muslims in need around the world.

2 - Admonish the security authorities not to interfere with the assembly or its committees, including the Benevolent Committee, and to contact the officials at the assembly when there is any inquiry or follow-up. We, in the assembly, are fully keen to abide by what you direct—May Allah protect you—and we seek nothing but first to serve our religion and our country, and second to help our Muslim brothers. All of this is done under your guidance and in coordination with you.

May Allah guide you to what He loves and is pleased with and help you benefit Islam and Muslims.
Peace and mercy of Allah and his blessings be upon you.

**Secretary General**
**World Assembly of Muslim Youth**
**Dr. Mana' bin Hammad Al-Juhani**

P.O. Box 10845, Riyadh 11443. Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير سلطان بن عبد العزيز - العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩، برقياً: اسلامية الرياض
تلكس ٤٠٠٥٢٢٠ / ٤٠٠٤١٣ اسلامي اس جي، فاكس ٤٦٤١٧١٠ / ٤٦٤١٦٧٦ (٠١)



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Yasser Mansour is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**File: WAMYSA061345**

Sworn to before me this

12 day of July of 2021

Translation Manager

Notary

LYVONNE C ELLIS
Notary Public - State of New York
NO. 01EL6238544
Qualified in Kings County
My Commission Expires Apr 11, 2023

ata MEMBER
American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling