EXHIBIT 30



Copyright 2001 Financial Times Information, all rights reserved, Global News Wire, Copyright 2001 The Times of India. Bennett, Coleman Co Ltd

The Times of India, November 6, 2001

**LENGTH:** 244 words

**HEADLINE: WAMY** SETS ITS FOOT IN HYDERABAD

**BYLINE:** SHAIK AHMED ALI

**BODY:**

HYDERABAD**: The World Assembly of Muslims Youth WAMY), a Riyadh-based organization accused of funding several terrorist organizations, is providing both monetary and logistic support to a few Muslim organizations in the city.**

**The intelligence wings of both the State and city police went on alert on learning that WAMY is indeed funding a few organizations in Hyderabad and had even sponsored recent trips of a few prominent Muslim leaders to Saudi Arabia. It also funded the publication of some literature and other propaganda material.**

**According to information available with The Times of India, a few persons have been working for WAMY although they are not its regular members. The agents are said to be sending Muslim youth from the city**

Exhibit 1028
8/6/2021
Evan Kohlmann

FED-PEC0234023

for training in Pakistan. Some of the youth, arrested by the city police recently, confessed that WAMY had sponsored their trips.

WAMY is reportedly providing funds for several organizations including Laskhar-e-Toiba (LeT) and Jaish-e-Mohammed (JeM), besides the Students Islamic Movement of India (SIMI), all banned by the Centre.

==Police officials say that WAMY has its presence in Delhi, Mumbai, Thirvuanathapuram, Lucknow, Aligarh, besides Hyderabad. It had its offices in Mumbai and Delhi which were closed soon after the Centre imposed a ban on SIMI==. Intelligence agencies are planning to submit a report on their findings about WAMY's activities the city to the Centre by the end of this month.