EXHIBIT 32

## Invoice for Services Provided by Matthew A. Levitt as Expert Witness
## Cozen, O'Conner Attorneys
## October – November 2003

Date of Invoice: November 7, 2003

Expert Witness: Matthew A. Levitt, ▮

Itemization of services:

1. Expert Witness services fee:  $2,600.00   (13 hours @ $200.00/hour)
2. Train ticket(s):              $239.00 (train tickets, 11/6/03 meeting)
3. Hotel room:                   $NA
4. Hotel room tax:               $NA
5. POV transportation:           $2.50 (parking)
6. Miscellaneous                 $00.00

**Total:**                       **$2,841.50**

Dates Services Provided:

October 9, 2003 – initial meeting in Washington
November 6, 2003 – day long meeting in Philadelphia

Payee's Contact Information:

Matthew A. Levitt

▮

Itemized bill:

* October 9, 2003: 1 hour – ▮
* November 6, 2003: 12 hours – ▮
* REIMBURSEMENT: $239.00 – Amtrak train tickets to/from 11/6/03 meeting
* REIMBURSEMENT: $$9.00 – Taxi fare between 30th Street train station and Cozen offices
* REIMBURSEMENT: $2.50 – Parking at train station in Maryland



11/7/03

Exhibit 2002
4/7/2021
Matthew Levitt

1

# Invoice for Services Provided
## Dr. Matthew Levitt, Consultant/Expert Witness

| | |
|---|---|
| Date of Invoice: | February 4, 2020 |
| Invoice No.: | 1 |
| Case Name: | In re Terrorist Attacks on September 11, 2001, 03-md-1570 (GDB)(SN) - MDL 1570 |
| Client: | Motley Rice LLC |
| Expert Witness: | Dr. Matthew A. Levitt |

Itemization of Services:

| Date | Time | Amount | Explanation |
|---|---|---|---|
| January 17, 2020 | 1 hour | $550.00 | Research |
| January 21, 2020 | 2 hours | $1,100.00 | Research, draft report |
| January 22, 2020 | 2 hours | $1,100.00 | Research, draft report |
| January 23, 2020 | 1 hour | $550.00 | Research, draft report |
| January 24, 2020 | 2 hours | $1,100.00 | Mtg w/Robert Haefele, Sean Carter |
| January 27, 2020 | 5 hours | $2,750.00 | Research, draft report |
| January 28, 2020 | 6 hours | $3,300.00 | Research, draft report |
| January 29, 2020 | 5 hours | $2,750.00 | Research, draft report |
| January 30, 2020 | 5 hours | $2,750.00 | Research, draft report |
| January 31, 2020 | 1 hour | $550.00 | Research, draft report |
| February 3, 2020 | 5 hours | $2,750.00 | Research, draft report |
| February 4, 2020 | 1 hour | $550.00 | Research, draft report |

**Subtotal (hours):** ...............36 @ $550.00/hr ...........................………..$19,800.00

Reimbursements:
N/A

**Subtotal (reimbursements)**................................................................$N/A

**Total Invoice:**                                                              **$19,800.00**

Payee's Contact Information:
Dr. Matthew Levitt

[redacted]

Bank transfer payment information:
Matthew A. Levitt
Capital One Bank
Checking account, # [redacted]
ABA routing # [redacted]
SWIFT/BIC code # [redacted]

1

# Invoice for Services Provided
## Dr. Matthew Levitt, Consultant/Expert Witness

Date of Invoice:   March 9, 2020
Invoice No.:       2
Case Name:         In re Terrorist Attacks on September 11, 2001, 03-md-1570 (GDB)(SN) - MDL 1570
Client:            Motley Rice LLC
Expert Witness:    Dr. Matthew A. Levitt

Itemization of Services:

| Date | Time | Amount | Explanation |
| --- | --- | --- | --- |
| February 24, 2020 | 1 hour | $550.00 | Review materials |
| February 25, 2020 | 1 hour | $550.00 | Review materials |
| March 6, 2020 | 1 hour | $550.00 | Draft Report |
| March 9, 2020 | 4 hours | $2,200.00 | Draft and finalize Report |

**Subtotal (hours):** ..............7 @ $550.00/hr .....................…......$3,850.00

Reimbursements:
N/A

**Subtotal (reimbursements)**....................................................................$N/A

**Total Invoice:**                                                                 **$3,850.00**

Payee's Contact Information:
Dr. Matthew Levitt
[redacted]

Bank transfer payment information:
Matthew A. Levitt
Capital One Bank
Checking account, # [redacted]
ABA routing # [redacted]
SWIFT/BIC code # [redacted]

INVOICES - 003

1

## Invoice for Services Provided
## Dr. Matthew Levitt, Consultant/Expert Witness

<u>Date of Invoice</u>:    January 18, 2021
<u>Invoice No.</u>:       3
<u>Case Name</u>:        In re Terrorist Attacks on September 11, 2001, 03-md-1570 (GDB)(SN) - MDL 1570
<u>Client</u>:            Motley Rice LLC
<u>Expert Witness</u>:    Dr. Matthew A. Levitt

<u>Itemization of Services:</u>

| <u>Date</u> | <u>Time</u> | <u>Amount</u> | <u>Explanation</u> |
|---|---|---|---|
| December 16, 2020 | 30 minutes | $225.00 | Telcal re rebuttal reports |
| December 17, 2020 | 2 hours | $1,100.00 | Review opposing experts' reports |
| December 21, 2020 | 1 hour | $550.00 | Research |
| December 21, 2020 | 30 min | $275.00 | Telcal re rebuttal report |
| January 4, 2021 | 12 min | $110.00 | Telcal re rebuttal report |
| January 4, 2021 | 2 hours | $1,100.00 | Draft rebuttal report |
| January 5, 2021 | 6 hours | $3,300.00 | Draft rebuttal report |
| January 6, 2021 | 5 hours | $2,750.00 | Draft rebuttal report |
| January 8, 2021 | 2 hours | $1,100.00 | Draft rebuttal report |
| January 10, 2021 | 1 hours | $550.00 | Draft rebuttal report |
| January 11, 2021 | 2 hours | $1,100.00 | Draft rebuttal report |
| January 12, 2021 | 6 hours | $3,300.00 | Draft rebuttal report |
| January 13, 2021 | 4 hours | $2,200.00 | Draft rebuttal report |
| January 14, 2021 | 1 hour | $550.00 | Draft rebuttal report |
| January 18, 2021 | 2.5 hours | $1,375.00 | Finalize report |

<u>Subtotal (hours)</u>: ..............33 hours, 12 minutes @ $550.00/hr...................$19,585.00

<u>Reimbursements:</u>
N/A

<u>Subtotal (reimbursements)</u>.........................................................................$N/A

**<u>Total Invoice:</u>**                                                              **$19,585.00**

<u>Payee's Contact Information</u>: PLEASE NOT WORK FROM HOME ADDRESS
Dr. Matthew Levitt
[redacted]

<u>Bank transfer payment information</u>:
Matthew A. Levitt

2

Capital One Bank
Checking account, # ███████
ABA routing # ███████
SWIFT/BIC code # ███████