EXHIBIT 33

TOP SECRET ████████████████████



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

████████████████████

(U) MEMORANDUM FOR BARBARA HAMMERLE
                                ACTING DIRECTOR
                                OFFICE OF FOREIGN ASSETS CONTROL

(U) FROM:             MATTHEW A. LEVITT, Ph.D.
                       DEPUTY ASSISTANT SECRETARY
                       OFFICE OF INTELLIGENCE & ANALYSIS

(U) SUBJECT:        Additional Designations Pursuant to E.O. 13224: **Dr. Abd Al**
                     **Hamid Sulaiman AL-MUJIL and International Islamic Relief**
                     **Organization Philippines and Indonesia Branches**



████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

## (U) <u>INTRODUCTION</u>

(U) On September 23, 2001, President Bush declared a national emergency pursuant to the
International Emergency Economic Powers Act ("IEEPA"), and issued Executive Order 13224
("E.O. 13224" or "the E.O.") to address grave acts of terrorism and threats of terrorism committed
by foreign terrorists, including the September 11, 2001, terrorist attacks in New York,
Pennsylvania, and at the Pentagon. The E.O. imposes economic sanctions on, among others,
persons who have committed, pose a significant risk of committing, or support terrorism.^

---

^ (U) The E.O. blocks all property and interests in property in the United States or within the possession or control of
a U.S. person or any persons designated under its authority. In addition, it prohibits transactions or dealings by U.S.

Derived by: Multiple Analysts, OIA
Derived from: Multiple Sources
Declassify on: ████████
Date of Sources: ████████

**Exhibit
2003**
4/7/2021
Matthew Levitt

TOP SECRET ████████████████████

TOPSECRET ████████████

(U) President Bush identified, in the Annex to E.O. 13224, as amended by Executive Order 13268 of July 2, 2002, 13 individuals and 16 entities as subject to the economic sanctions. As amended, the E.O. authorizes the Secretary of the Treasury, in consultation with the Secretary of State, the Secretary of Homeland Security, and the Attorney General, to designate persons determined:

(1) to be owned or controlled by, or to act for or on behalf of, those persons listed in the Annex to the E.O., or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.;

(2) to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

(3) to be otherwise associated with those persons listed in the Annex, or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.

## (U) IDENTIFIER INFORMATION

## (U) INDIVIDUAL

| (U) | | **Abd Al Hamid Sulaiman AL-MUJIL** [Exhibit 1, page 1][1] [Declassified – See Exhibit 57] |
|-----|-----|-----|
| (U) | AKA: | Dr. Abd al-Hamid AL-MUJAL [Exhibit 4, para. 3][2] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. Abd Abdul-Hamid bin Sulaiman AL-MU'JIL [Exhibit 2][3] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. 'Abd Al-Hamid AL-MU'AJJAL [Exhibit 3, para. 4][4] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abd al-Hamid MU'JIL [Exhibit 5, para. 2][5] [Declassified – See Exhibit 57] |
| (U) | AKA: | A. S. MUJEL [Exhibit 2, page 5][6] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abu Abdallah [Exhibit 7, para. 1][7] [Declassified – See Exhibit 57] |
| (U) | DOB: | 28 April 1949 [Exhibit 1][8] [Declassified – See Exhibit 57] |
| (U) | Nationality: | Saudi Arabia [Exhibit 1][9] [Declassified – See Exhibit 57] |
| (U) | Bank Account Information: | ████████████████ |

---

persons or within the United States in blocked property, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of designated persons.

TOPSECRET ████████████

2

**0004741**

BUR-PEC-069940

**T O P S E C R E T** ████████████

**(U) ENTITIES**

**(U) Entity # 1:**          **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (Philippines Branch) [IIRO-PHL]** [Exhibit 8, para. 2][11]

| | | |
|---|---|---|
| (U) | AKA | IIRO |
| (U) | AKA | International Islamic Relief Agency [Exhibit 41][12] [Declassified – See Exhibit 57] |
| (U) | AKA | International Relief Organization [Exhibit 67][13] |
| (U) | AKA | Islamic Relief Organization [Exhibit 67][14] |
| (U) | AKA | Islamic World Relief [Exhibit 41][15] [Declassified – See Exhibit 57] |
| (U) | AKA | International Islamic Aid Organization [Exhibit 41][16] [Declassified – See Exhibit 57] |
| (U) | AKA | Islamic Salvation Committee [Exhibit 41][17] [Declassified – See Exhibit 57] |
| (U) | AKA | The Human Relief Committee of the Muslim World League [Exhibit 40][18] [Declassified – See Exhibit 57] |
| (U) | AKA | World Islamic Relief Organization [Exhibit 41][19] [Declassified – See Exhibit 57] |
| (U) | AKA | Al Igatha Al-Islamiya [Exhibit 26][20] |
| (U) | AKA | Hayat al-Aghatha al-Islamia al-Alamiya [Exhibit 41][21] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat al-Igatha [Exhibit 42][22] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat Al-'Igatha [Exhibit 43][23] [Declassified – See Exhibit 57] |
| (U) | AKA | Ighatha [Exhibit 55][24] [Declassified – See Exhibit 57] |
| (U) | AKA | Igatha [Exhibit 106][25] |
| (U) | AKA | Igassa [Exhibit 44][26] [Declassified – See Exhibit 57] |
| (U) | AKA | Igasa [Exhibit 55][27] [Declassified – See Exhibit 57] |
| (U) | AKA | Igase [Exhibit 55][28] [Declassified – See Exhibit 57] |
| (U) | AKA | Egassa [Exhibit 55][29] [Declassified – See Exhibit 57] |

**(U) Address:**          201 Heart Tower Building
108 Valero Street
Salcedo Village, Makati City
Manila, Philippines [Exhibit 6][30]

**(U) Additional Addresses:**

Zamboanga City, Philippines
Tawi Tawi, Philippines
Marawi City, Philippines
Basilan, Philippines ███████████████

**T O P S E C R E T** ████████████████ 3

0004742

BUR-PEC-069941

TOP SECRET ████████████

(U)  Bank Account Information:  ████████████████████████████

(U) **Entity # 2:**                  **INTERNATIONAL ISLAMIC RELIEF
                                     ORGANIZATION (Indonesia Branch) [IIRO-IND]
                                     [Exhibit 6][33]**

| (U) | AKA | IIRO |
|---|---|---|
| (U) | AKA | International Islamic Relief Agency [Exhibit 41][34] [Declassified – See Exhibit 57] |
| (U) | AKA | International Relief Organization [Exhibit 67][35] |
| (U) | AKA | Islamic Relief Organization [Exhibit 67][36] |
| (U) | AKA | Islamic World Relief [Exhibit 41][37] [Declassified – See Exhibit 57] |
| (U) | AKA | International Islamic Aid Organization [Exhibit 41][38] [Declassified – See Exhibit 57] |
| (U) | AKA | Islamic Salvation Committee [Exhibit 41][39] [Declassified – See Exhibit 57] |
| (U) | AKA | The Human Relief Committee of the Muslim World League [Exhibit 40][40] [Declassified – See Exhibit 57] |
| (U) | AKA | World Islamic Relief Organization [Exhibit 41][41] [Declassified – See Exhibit 57] |
| (U) | AKA | Al Igatha Al-Islamiya [Exhibit 26][42] |
| (U) | AKA | Hayat al-Aghatha al-Islamia al-Alamiya [Exhibit 41][43] [Declassified – See Exhibit 57] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat al-Igatha [Exhibit 42][44] [Declassified – See Exhibit 57] |
| (U) | AKA | Hayat Al-'Igatha [Exhibit 43][45] [Declassified – See Exhibit 57] |
| (U) | AKA | Ighatha [Exhibit 55][46] [Declassified – See Exhibit 57] |
| (U) | AKA | Igatha [Exhibit 106][47] |
| (U) | AKA | Igassa [Exhibit 44][48] [Declassified – See Exhibit 57] |
| (U) | AKA | Igasa [Exhibit 55][49] [Declassified – See Exhibit 57] |
| (U) | AKA | Igase [Exhibit 55][50] [Declassified – See Exhibit 57] |
| (U) | AKA | Egassa [Exhibit 55][51] [Declassified – See Exhibit 57] |

(U)      Address:      Jalan Raya Cipinang Jaya No. 90
                       East Jakarta, 13410, Indonesia

                       P.O. Box 3654
                       Jakarta, Indonesia 54021
                       [Exhibit 6][52]

TOP SECRET ████████████████████████     4



0004743

BUR-PEC-069942

**T O P S E C R E T**

Bank Account
Information:

**BASES FOR DESIGNATION OF INDIVIDUAL
AND TWO ENTITIES (organized as follows):**

  A. Background Information on IIRO
  B. Bases for Designation of **Dr. 'Abd Al-Hamid Al Mujil;**
  C. Bases for Designation of the **IIRO Philippine Branch [IIRO-PHL];** and
  D. Bases for Designation of the **IIRO Indonesia Branch [IIRO-IDN]**

**(U) A.  Background Information**

According to the IIRO web site, the IIRO was established in 1978 as a humanitarian NGO. According to its web site, the IIRO seeks to serve the victims of natural disasters and wars, and its programs include the provision of medical, educational and social support to those in need.[Exhibit 36][c][2]

Indeed, IIRO's support for terrorist organizations began in the early 1990s and continues through to at least the first half of 2006, as discussed below.

Evidence presented in this memorandum and related exhibits provides reason to believe that IIRO official Dr. **'Abd Al-Hamid AL-MUJIL**, the **IIRO-Philippines** branch **[IIRO-PHL]**,

---

[c] (U) As of June 2006, the IIRO web site listed international IIRO branch offices in the following countries: Jordan, Indonesia, Pakistan, Bangladesh, Thailand, Azerbaijan, Sri Lanka, Philippines, "Kurdistan," Yemen, Ethiopia, Uganda, Chad, Tanzania, Djibouti, Somalia, Senegal, Sudan, Kenya, Mali, Egypt, Nigeria, Albania, Kosovo, and Bosnia-Herzegovina. [Exhibit 39]

5

**T O P S E C R E T**

**0004744**

BUR-PEC-069943

**T O P S E C R E T** ███████████

and the **IIRO-Indonesia** branch [**IIRO-IND**] meet the criteria for designation as set forth in E.O. 13224, based on their support for **al Qaida**, **JI**, and/or the **ASG**.

(U) **Jemaah Islamiyah** [**JI**][D] is an **al Qaida**-linked[E] terrorist group with cells operating in several countries in Southeast Asia. It was founded in 1993 with the ultimate goal of establishing, through violent jihad, a pan-Islamic caliphate in Southeast Asia. **JI** was designated as a Specially Designated Global Terrorist (SDGT) pursuant to E.O. 13224 on October 23, 2002.

(U) The **Abu Sayyaf Group** [**ASG**] is the most violent of the separatist groups operating in the Southern Philippines and was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001. It was formed in the early 1990s and received support and seed money from **al Qaida**.

███ **B. Bases for Designation of Dr. 'Abd Al-Hamid AL-MUJIL**

(U) **1. Introduction**

███████████████████████████████████

as of June 2006, he was listed as IIRO-EP's Executive Director on the IIRO web site. [Exhibit 39][66]                                              As discussed below, **AL-MUJIL** has provided support to terrorist organizations including **ASG** and **JI**.

███████████████████████████████████

███████████████████████████████████

---

[D] (U) Names appearing in bold in this document are either Specially Designated Global Terrorists (SDGTs) pursuant to E.O. 13224 or, in the case of the IIRO-Philippines and IIRO-Indonesia branches and **AL-MUJIL**, proposed for designation.
[E] (U) **Al Qaida** was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001.

**T O P S E C R E T** ███████████                                                                      6

**0004745**

BUR-PEC-069944

**T O P S E C R E T**

**(U) CONCLUSION**

(S⬛⬛⬛⬛) Based on the foregoing information, there is reason to believe **DR. 'Abd Al-Hamid AL-MUJIL [AL-MUJIL]** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing donor funds to **al Qaida, AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **al Qaida**, an entity listed on the Annex to E.O. 13224.

**T O P S E C R E T**

8

**0004747**

BUR-PEC-069946

**TOPSECRET** ██████████████████

- By providing financial support to the ASG and its leaders, **AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of the **ASG**, an entity listed on the Annex to E.O. 13224.



- By maintaining relations with **UBL**, **AL-MUJIL** is otherwise associated with **UBL**, a person listed in the Annex to E.O. 13224.
- By maintaining relations with **KSM**, **AL-MUJIL** is otherwise associated with **KSM**, a person listed in the Annex to E.O. 13224.

(S██████ **C. Bases for Designation of the IIRO Philippines Branch [IIRO-PHL]**

**(U) 1.  Background on Al Qaida control of IIRO-PHL**



[a] (U) Wa'el Hamza Juladain was designated as an SDGT pursuant to E.O. 13224 on September 6, 2002.

9

**TOPSECRET** ██████████████████████

0004748

B-008

**T O P S E C R E T** ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## (U) CONCLUSION

▮▮▮ Based on the foregoing information, there is reason to believe that **IIRO-PHL** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing financing and training to **ASG**, **IIRO-PHL** assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of **ASG**, an entity listed on the Annex to E.O. 13224.

- By serving as a conduit for funds from **UBL** to the **ASG** in the Philippines, **IIRO-PHL** acts for or on behalf of, or assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **UBL**, an individual listed on the Annex to E.O. 13224.

- As an entity over which **AL-MUJIL** exercises decision-making authority, **IIRO-PHL** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.

▮▮▮ **D. Bases for Designation of the IIRO Indonesia Branch [IIRO-IND]**



▮▮▮ According to the IIRO website, as of May 2006, Fahd Muhammad Al-Harbi was listed as the director of **IIRO-IND**. [Exhibit 104]

12

**T O P S E C R E T** ▮▮▮▮▮▮▮▮▮▮▮▮

**0004751**

**T O P S E C R E T**





## (U) CONCLUSION

(S)     Based on the foregoing information, there is reason to believe that **IIRO-IND** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By financing **JI** and organizations associated with **JI**, **IIRO-IND** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **JI**, an entity listed on the Annex to E.O. 13224.

- As an entity over which **AL-MUJIL** maintains decision-making authority, **IIRO-IND** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.



---

⁵ (U) Abu Bakar Ba'asyir was designated as an SDGT pursuant to E.O. 13224 on April 13, 2006.

**T O P S E C R E T**

13

B-010

0004752

BUR-PEC-069951

TOP SECRET ███████████████████████████

## (U) <u>EXHIBIT LIST</u>



Exhibit 1  ████████████████████████████████████
Exhibit 2  ████████████████████████████████████

Exhibit 3  ████████████████████████████████████
Exhibit 4  ████████████████████████████████████
Exhibit 5  ████████████████████████████████████

Exhibit 6  *Saudi Arabia: Foreign Offices of the International Islamic Relief Organization,*
Open Source Center Report, 20 June 2006.

Exhibit 7  ████████████████████████████████████
Exhibit 8  ████████████████████████████████████
Exhibit 9  ████████████████████████████████████
Exhibit 10 ████████████████████████████████████
Exhibit 11 ████████████████████████████████████
Exhibit 12 ████████████████████████████████████
Exhibit 13 ████████████████████████████████████
Exhibit 14 ████████████████████████████████████
Exhibit 15 ████████████████████████████████████
Exhibit 16 ████████████████████████████████████
Exhibit 17 ████████████████████████████████████
Exhibit 18 ████████████████████████████████████
Exhibit 19 ████████████████████████████████████
Exhibit 20 "Two Muslim Charities Under Scrutiny; Saudi-Funded Groups
           Deny Ties to Terrorist Networks but Cite Vulnerability," WASH.
           POST, Sept. 30, 2001, para.10                              (U)
Exhibit 21 ████████████████████████████████████
Exhibit 22 ████████████████████████████████████
Exhibit 23 ████████████████████████████████████
Exhibit 24 ████████████████████████████████████
Exhibit 25 ████████████████████████████████████
Exhibit 26 Mark P. Denbeaux & Joshua Denbeaux, *Second Report on the Guantanamo
           Detainees*, Seton Hall University School of Law, at 11.
Exhibit 27 Source removed
Exhibit 28 ████████████████████████████████████
Exhibit 29 ████████████████████████████████████

Exhibit 30 ████████████████████████████████████
Exhibit 31 ████████████████████████████████████
Exhibit 32 ████████████████████████████████████
Exhibit 33 ████████████████████████████████████
Exhibit 34 ████████████████████████████████████
Exhibit 35 FINANCIAL TIMES INFORMATION, GLOBAL NEWS WIRE, "Saudi Arabia:
           MWL Chief Meets with Senior Jordanian Official", May 25, 2003    (U)
Exhibit 36 http://web.archive.org/web/20011214224506/www.arab.net/iiro.

                                                                         14

TOP SECRET ███████████████████████████

0004753

BUR-PEC-069952

TOPSECRET ████████████████████████

Web site active December 05, 1998 to December 14, 2001 ░░░░░    (U)

Exhibit 37 ███████████████████████████████████████████████
Exhibit 38
Exhibit 39    IIRO Web site, http://www.iirosa.org/web/offices.php, (U) (Open Source Center
translation of original Arabic language Web site attached as part of exhibit).

Exhibit 40 ████████████████████████████████████████████████
Exhibit 41
Exhibit 42
Exhibit 43
Exhibit 44
Exhibit 45

Exhibit 46 ████████████████████████████████████████████████
Exhibit 47
Exhibit 48
Exhibit 49
Exhibit 50    RIYADH 001251, 010713Z MAR 06 ░░░░░░░░░    (S)
Exhibit 51 ████████████████████████████████████████████████
Exhibit 52
Exhibit 53
Exhibit 54

Exhibit 55
Exhibit 56    Four Suspected Foreign Financiers of Abu Sayyaf Identified, PHILIPPINE DAILY INQUIRER, 22
Apr. 1995.
Exhibit 57    Source Removed
Exhibit 58 ████████████████████████████████████████████████
Exhibit 59    State 318075, 150209Z NOV 03 ░░░░░░░░    (U//FED)
Exhibit 60 ████████████████████████████████████████████████
Exhibit 61
Exhibit 62
Exhibit 63
Exhibit 64
Exhibit 65
Exhibit 66
Exhibit 67    Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (filed Aug. 14, 2002,
D.D.C.)                                                                    (U)
Exhibit 68    RIYADH 001472, 081442Z MAR 06 ░░░░░░░    (S)
Exhibit 69 ████████████████████████████████████████████████
Exhibit 70
Exhibit 71
Exhibit 72
Exhibit 73
Exhibit 74
Exhibit 75
Exhibit 76    David Kaplan, The Saudi Connection, How Billions in Saudi Oil Money Spawned a
Global Terrorist Movement, U.S. NEWS & WORLD REPORT (Dec. 15, 2003) at 3, (U).



                                                                                15

TOPSECRET ████████████████████████

0004754

B-012

BUR-PEC-069953

**T O P S E C R E T**



Exhibit 77
Exhibit 78

Exhibit 79
Exhibit 80
Exhibit 81
Exhibit 82
Exhibit 83
Exhibit 84

Exhibit 85    "Valentine's Day Blast Kill 12," MANILA BULLETIN, Feb. 15, 2005    (U)
Exhibit 86
Exhibit 87
Exhibit 88
Exhibit 89
Exhibit 90
Exhibit 91
Exhibit 92    Jaime Laude, "Philippine Police Chief: Abu Sayyaf, JI Get 'Active' Support from
              Middle East," FBIS SEP20051120001001, 20 Nov. 2005    (U)

Exhibit 93
Exhibit 94
Exhibit 95

Exhibit 96
Exhibit 97
Exhibit 98

Exhibit 99
Exhibit 100
Exhibit 101
Exhibit 102    "Organizational structure of Indonesian Mujahidin Council
               for 2003-2008," FBIS SEG20050819000079, 30 JUL 05    (U//FOUO)
Exhibit 103
Exhibit 104    IIRO Web site, http://www.iirosa.org/web/offices.php,    (U)
               (Open Source Center translation of original Arabic language Web site attached as
               part of exhibit).

Exhibit 105
Exhibit 106    *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S. N.D. Il).
Exhibit 107    Source Removed
Exhibit 108
Exhibit 109
Exhibit 110
Exhibit 111
Exhibit 112    STATE 152169, 082234Z AUG 02    (S)

**T O P S E C R E T**    16

0004755

B-013

BUR-PEC-069954

**T O P S E C R E T** ███████████████████████████

## (U) <u>ENDNOTES</u>

[1] Exhibit 1
[2] Exhibit 4
[3] Exhibit 2

[4] Exhibit 3
[5] Exhibit 5

[6] Exhibit 2
[7] Exhibit 7
[8] Exhibit 1
[9] Exhibit 1
[10] Exhibit 2

[11] Exhibit 8
[12] Exhibit 41
[13] Exhibit 67    Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[14] Exhibit 67    Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[15] Exhibit 41
[16] Exhibit 41
[17] Exhibit 41
[18] Exhibit 40
[19] Exhibit 41
[20] Exhibit 26    Mark P. Denbeaux & Joshua Denbeaux, Second Report on the Guantanamo Detainees, Seton Hall University School of Law, at 11.
[21] Exhibit 41
[22] Exhibit 42
[23] Exhibit 43
[24] Exhibit 55
[25] Exhibit 106   *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S. N.D. Il)
[26] Exhibit 44
[27] Exhibit 55
[28] Exhibit 55
[29] Exhibit 55
[30] Exhibit 6    *Saudi Arabia: Foreign Offices of the International Islamic Relief Organization*, Open Source Center Report, 20 June 2006.
[31] Exhibit 10
[32] Exhibit 11
[33] Exhibit 6    *Saudi Arabia: Foreign Offices of the International Islamic Relief Organization*, Open Source Center Report, 20 June 2006
[34] Exhibit 41
[35] Exhibit 67    Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[36] Exhibit 67    Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)
[37] Exhibit 41
[38] Exhibit 41
[39] Exhibit 41
[40] Exhibit 40
[41] Exhibit 41

17

**T O P S E C R E T** ███████████████████████

0004756

BUR-PEC-069955

TOP SECRET



42 Exhibit 26        Mark P. Denbeaux & Joshua Denbeaux, Second Report on the Guantanamo Detainees, Seton Hall
University School of Law, at 11.
43 Exhibit 41
44 Exhibit 42
45 Exhibit 43
46 Exhibit 55
47 Exhibit 106      *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S. N.D. Il).
48 Exhibit 44
49 Exhibit 55
50 Exhibit 55
51 Exhibit 55
52 Exhibit 6         Saudi Arabia: Foreign Offices of the International Islamic Relief Organization, Open Source
Center Report, 20 June 2006.
53 Exhibit 13
54 Exhibit 13
55 Exhibit 14
Exhibit 15
Exhibit 17
Exhibit 18
Exhibit 19
56 Exhibit 20        "Two Muslim Charities Under Scrutiny; Saudi-Funded Groups Deny Ties to Terrorist Networks but
Cite Vulnerability," WASH. POST, Sept. 30, 2001, para. 10 (quoting IIRO Secretary General Basha as stating that
IIRO gave more than USD 60 million to the Taliban.) U
57 Exhibit 21
Exhibit 23
58 Exhibit 59        State 318071, 1502092 NOV 03, para. 6. S/NF
Exhibit 10
Exhibit 17
Exhibit 28
59 Exhibit 29

Exhibit 31
60 Exhibit 32
Exhibit 33
Exhibit 34
61 Exhibit 35        FINANCIAL TIMES INFORMATION, GLOBAL NEWS WIRE, "Saudi Arabia: MWL Chief
Meets with Senior Jordanian Official", May 25, 2003, U
62 Exhibit 36        http://web.archive.org/web/20011214224506/www.arab.net/iiro. Web site active December 05,
1998 to December 14, 2001.
63 Exhibit 16
64 Exhibit 2
65 Exhibit 37
66 Exhibit 39        IIRO Web site, http://www.iirosa.org/web/offices.php, U (Open Source Center translation of IIRO
Web site).
67 Exhibit 69
68 Exhibit 68
69 Exhibit 69
70 Exhibit 37
71 Exhibit 70
72 Exhibit 17
73 Exhibit 48
74 Exhibit 48
75 Exhibit 49
76 Exhibit 56        Four Suspected Foreign Financiers of Abu Sayyaf Identified, PHILIPPINE DAILY INQUIRER, 22
Apr 1995.                                                                                                      (U)

18

TOP SECRET

0004757

TOP SECRET 

[77] Exhibit 17
[78] Exhibit 17
[79] Exhibit 49
[80] Exhibit 48
[81] Exhibit 3
[82] Exhibit 17
[83] Exhibit 2
[84] Exhibit 31
Exhibit 29

Exhibit 58
Exhibit 59
Exhibit 10
[85] Exhibit 45
[86] Exhibit 2
[87] Exhibit 50     RIYADH 001251, 010713Z MAR 06, para. 6. (S)
[88] Exhibit 45
[89] Exhibit 51
Exhibit 52
[90] Exhibit 54
[91] Exhibit 25
[92] Exhibit 71
Exhibit 72
Exhibit 73
Exhibit 74
Exhibit 28
Exhibit 10
[93] Exhibit 60
Exhibit 75
Exhibit 76     David Kaplan, *The Saudi Connection, How Billions in Saudi Oil Money Spawned a Global Terrorist Movement*, U.S. NEWS & WORLD REPORT (Dec. 15, 2003) at 3. (U).
[94] Exhibit 60
[95] Exhibit 94
[96] Exhibit 53
[97] Exhibit 96
Exhibit 60
Exhibit 97
Exhibit 77
[98] Exhibit 96
Exhibit 97
Exhibit 60
[99] Exhibit 98

Exhibit 46
Exhibit 47
[100] Exhibit 8
Exhibit 58
Exhibit 61
[101] Exhibit 78
Exhibit 79
[102] Exhibit 80
[103] Exhibit 78
Exhibit 79
Exhibit 38
[104] Exhibit 81

19

TOP SECRET

0004758

B-016

BUR-PEC-069957

TOP SECRET



Exhibit 82
[105] Exhibit 83
Exhibit 84
[106] Exhibit 85
[107] Exhibit 28
Exhibit 61
[108] Exhibit 58
[109] Exhibit 86
[110] Exhibit 87
Exhibit 88
Exhibit 89
[111] Exhibit 59
[112] Exhibit 90
[113] Exhibit 91
[114] Exhibit 61
[115] Exhibit 93
[116] Exhibit 2
[117] Exhibit 10
[118] Exhibit 92
Exhibit 92    Jaime Laude, "Philippines Police Chief: Abu Sayyaf, JI Get 'Active' Support from Middle East,"
FBIS SEP20051120001001, 20 Nov. 2005, U
[119] Exhibit 30
[120] Exhibit 62
[121] Exhibit 63
Exhibit 64
Exhibit 65
[122] Exhibit 62
[123] Exhibit 99
Exhibit 100
Exhibit 101
Exhibit 102    "Organizational structure of Indonesian Mujahidin Council for 2003–2008," FBIS
SEG20050819000079, 30 JUL. 05, U//FOUO
[124] Exhibit 105
[125] Exhibit 2

TOP SECRET

20

0004759

BUR-PEC-069958



678

SECRET   UNCLASSIFIED

EXhibit 50
T6B
P
9.1
1.V
8/2

FILENAME: TT895704
EMS_NUM: 06-HQS010533818
RECEIPT TIME: 02 24
RECEIPT DATE: 03/01/2006
ORIG TIME: 07 13
ORIG_DATE: 03/01/2006
DTG: 010713Z MAR 06
CLASSIFICATION: SECRET
HANDLE_RESTRICT:
SUBJECT: TREASURY U/S LEVEY DISCUSSES COUNTER TERRORISM COOPERATION WI
SOURCE_ORG: STATE
FROM: AMEMBASSY RIYADH
PRECEDENCE: O
SERIAL:
ADDRESSEES: CIA
ADDRESSEES: DHS
ADDRESSEES: FBI
ADDRESSEES: NSC
ADDRESSEES: STATE
ADDRESSEES: TREASURY
MOU_ADDRESSEES: ALL

Dept. of State, ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release ( ) Excise ( ) Deny ( ) Declassify
Exemption (b)( ) E.O. 12958, 25x( X X )
( )

ACTION: NONE INFO:
AD/MS,ADCIA/MSEA,ARP2,ARP3,ARP4,C/NHTC,C/PCAS,CAC/TIS,CE/RPCI,CIC/AG,C
/PAD,CTC/RDG,CTC/ROD,CTC/SDEC,CTC/SEC,CTC/STAB,CTC/TIG,CTC/WMD,CTCARCH
/AG,IOC/COG,IOC/CTC,IOC/LIA,IOC/PAG,NCI/STB,NE/CAOARP,NE/FBILNO,NE/GDE
OO RUEAIIA
DE RUEHRH #1251/01 0600713
ZNY SSSSS ZZH
O 010713Z MAR 06
FM AMEMBASSY RIYADH
TO RUEATRS/DEPT OF TREASURY WASHDC IMMEDIATE
RUEHC/SECSTATE WASHDC IMMEDIATE 4549
INFO RUEHZM/GULF COOPERATION COUNCIL COLLECTIVE PRIORITY
RUEHLO/AMEMBASSY LONDON PRIORITY 2471
RUEHFR/AMEMBASSY PARIS PRIORITY 0431
RUEHYN/AMEMBASSY SANAA PRIORITY 1382
RUEHJI/AMCONSUL JEDDAH PRIORITY 6820
RUCNFB/FBI WASHINGTON DC PRIORITY
RUEAIIA/CIA WASHDC PRIORITY
RUEAHLC/HOMELAND SECURITY CENTER WASHINGTON DC PRIORITY 0091
RHEHNSC/NSC WASHDC PRIORITY

BT
S E C R E T RIYADH 001251

DEPT FOR NEA/ARPI, S/CT, EB/ESC/TFS
TREASURY FOR U/S LEVEY

SECRET   UNCLASSIFIED

81441.046

0005067

SECRET UNCLASSIFIED

MANAMA FOR JASON BEAL
NSC FOR ZARATE AND SHAMPAINE
WHITE HOUSE FOR HOMELAND SECURITY COUNCIL ADVISOR TOWNSEND
LONDON FOR TSOU
PARIS FOR ZEYA

E.O. 12958: DECL: 01/29/2016
TAGS: ECON, EFIN, ETTC, PREL, SA
COMBINE: COMPLETE

REF: A) SANAA 3618 B) STATE 4647

CLASSIFIED BY: A/DCM DAVID RUNDELL FOR REASONS 1.4 (B) AND (D).



SECRET UNCLASSIFIED

! of 5                                                              5/15/2006 5:51 AM

0005068

B-019

BUR-PEC-070289



078

SECRET UNCLASSIFIED

U.S. SPONSORSHIP OF THE SAUDI FIU IN EGMONT GROUP

4. (SBU) U/S LEVEY EXPLAINED TO PRINCE BANDAR HOW THE U.S. TREASURY WAS WORKING WITH THE SAUDI FINANCIAL INVESTIGATION UNIT TO SPONSOR IT IN THE EGMONT GROUP. PRINCE BANDAR PLEDGED TO FOLLOW THE PROCESS AND MAKE SURE WHAT WAS NECESSARY FOR MEMBERSHIP WAS DONE.

of 5

SECRET
UNCLASSIFIED

5/15/2006 5:51 AM

0005069

B-020

BUR-PEC-070290

b7c

SECRET   UNCLASSIFIED



11.  (C) U/S LEVEY'S DELEGATION CLEARED THIS CABLE.
OBERWETTER
END OF MESSAGE                          SECRET

UNCLASSIFIED

SECRET

5/15/2006 5:51 AM

0005071

B-021

BUR-PEC-070292

S E C.R E T NOFORN

Exhibit 59
T6C
page   1



06/06/2006 17:10:54   UNCLASSIFIED

CLASS = S E C R E T
CAVEAT(S) = NOFORN
ACTION = [TREASURY]QC(-), SEN(-), TSDN(-)
CRC = 4FF9

OO RUEATRS
DE RUEHC #8075 3190223
ZNY SSSSS ZZH
O 1502092 NOV 03
FM SECSTATE WASHDC
TO RUEHIL/AMEMBASSY ISLAMABAD IMMEDIATE 0000
RUEHDR/AMEMBASSY DAR ES SALAAM IMMEDIATE 0000
RUEHNR/AMEMBASSY NAIROBI IMMEDIATE 0000
RUEHJA/AMEMBASSY JAKARTA IMMEDIATE 0000
RUEHKA/AMEMBASSY DHAKA IMMEDIATE 0000
RUEHML/AMEMBASSY MANILA IMMEDIATE 0000
INFO RUEHRH/AMEMBASSY RIYADH IMMEDIATE 0000
RUEHJI/AMCONSUL JEDDAH IMMEDIATE 0000
BT
S E C R E T STATE 318075

NOFORN

E.O. 12958: DECL: 11/11/2013
TAGS: ETER, ETTC, EFIN, ECON, PREL,
TERRORIST FINANCING - CORRECTED COPY -- IN-HOUSE
ON IIRO BRANCHES AS POSSIBLE DESIGNATION TARGETS

(U) CLASSIFIED BY NEA JIM LAROCCO, REASONS 1.5 (B,D).

1. (U) THIS IS AN ACTION REQUEST. SEE PARA 3.

S E C R E T NOFORN

UNCLASSIFIED

0005114

81441.053

BUR-PEC-070335

B-022



06/06/2006 17:10:54   UNCLASSIFIED   page   3

7. (SBU) POSTS SHOULD SLUG REPLIES TO THIS CABLE FOR
EB/ESC/TFS (GGLASS), S/CT (TRAVRATIL), NEA AND OTHER
RELEVANT REGIONAL BUREAUS, IO/PHO (APEREZ), NSC (GPETERS),
TREASURY (JZARATE), AND OFAC DIRECTOR (RNEWCOMB). PLEASE
USE THE "TERRORIST FINANCE: IIRO" IN THE SUBJECT LINE.
POWELL
BT
#8075
4FF9

***   S E C R E T NOFORN   ***

UNCLASSIFIED



S E C R E T   UNCLASSIFIED   Exhibit 112
***

06/07/2006 14:36:54

page   1

T 67
P
B1
4
8/8

CLASS = S E C R E T
ACTION = [TREASURY]QC(-),SEN(-),TSDN(-)
CRC = 4E9C

OO RUEATRS
DE RUEHC #2169/01 2202241
ZNY SSSSS ZZH
O 082234Z AUG 02
FM SECSTATE WASHDC
TO RUEHML/AMEMBASSY MANILA IMMEDIATE 4260
RHEHNSC/NSC WASHDC IMMEDIATE 4440
RUEKJCS/JOINT STAFF WASHDC IMMEDIATE 4167
ASSOCIATION OF SOUTHEAST ASIAN NATIONS IMMEDIATE
RUEAIIA/CIA WASHDC IMMEDIATE 7305

—

S E C R E T

UNCLASSIFIED

06/07/2006 14:36:54                                                    page    2

KAREN BROOKS
-- DEPUTY POLITICAL COUNSELOR, DAN LARSEN, NOTE TAKER

PHILIPPINES
-- PRESIDENT MACAPAGAL-ARROYO
-- FOREIGN AFFAIRS SECRETARY BLAS OPLE
-- EXECUTIVE SECRETARY ALBERTO ROMULO
-- DEFENSE SECRETARY ANGELO REYES
-- ENERGY SECRETARY VICENTE PEREZ
-- NATIONAL SECURITY ADVISER ROILO GOLEZ
-- AMBASSADOR TO THE U.S. ALBERTO DEL ROSARIO
-- PRESS SECRETARY IGNACIO BUNYE
-- PRESIDENTIAL ADVISER FOR INTERNATIONAL COMPETITIVENESS,
ROBERTO ROMULO
-- DEPT. OF FOREIGN AFFAIRS (DPA) ASST. SEC. FOR AMERICAN
AFFAIRS, REY CARANDANG
-- DPA U.S. DESK DIRECTOR, CARLOS SORRETA, NOTE TAKER



S E C R E T

UNCLASSIFIED

0005455

B-025

S E C R E T

UNCLASSIFIED

06/07/2006 14:36:54

page   3

BT
#2169
4E9C

BT
S E C R E T SECTION 02 OF 04 STATE 152169

E.O. 12958: DECL: 08/08/12
TAGS: PREL, PTER, ECON, PGOV, PP, OVIP (POWELL, COLIN L.)

SECRET

UNCLASSIFIED          page    4

05/07/2006 14:36:54

7. (C) KEYING ON THE MCA'S THREE CRITERIA, SECRETARY POWELL PLACED HEAVY EMPHASIS ON PHILIPPINE FOLLOW-THROUGH IN ITS CURRENT ANTI-CORRUPTION DRIVE. ASSISTANT SECRETARY WAYNE INDICATED THAT OUR BILATERAL TRADE AND INVESTMENT DIALOGUE WAS ONGOING BUT THAT WHILE AMERICAN CHAMBER OF COMMERCE MEMBERS AND OTHER U.S. INVESTORS REMAIN ENTHUSIASTIC OVER PROSPECTS FOR GROWTH UNDER THE GMA ADMINISTRATION AND THE ENTREPRENEURIAL SPIRIT OF THE PILIPINO, ADDITIONAL WORK IS NEEDED TO ADDRESS REFORM AND CORRUPTION ISSUES. WAYNE CITED THE CASE OF THE U.S. POWER FIRM MIRANT, ONE OF SEVERAL INDEPENDENT POWER PRODUCERS (IPP) WITH WHICH THE PHILIPPINE GOVERNMENT (GRP) IS WORKING TO RESTRUCTURE LONG-STANDING POWER SUPPLY AGREEMENTS. GMA SAID SHE REALIZED MIRANT WAS A "GOOD CORPORATE CITIZEN" AND WANTED ITS CONTINUED PRESENCE AND INVESTMENT. ENERGY SECRETARY PEREZ INDICATED THAT HE WANTED TO BE RESPONSIVE TO MIRANT'S CONCERNS, AND HAD RECENTLY CALLED THE COMPANY'S CEO, BECAUSE THE GRP KNOWS IT MUST TREAT INVESTORS FAIRLY OR RISK FEWER INVESTORS IN OTHER SECTORS. PEREZ EMPHASIZED THE GRP'S COMMITMENT TO THE SANCTITY OF CONTRACTS.

THEY, EVEN THOUGH CURRENCY FLUCTUATIONS AND OTHER FACTORS HAD MADE THE COST OF ELECTRICITY FROM SOME IPPS AS EXPENSIVE FOR SOME PHILIPPINE CONSUMERS AS IT IS FOR RESIDENTS OF NEW YORK CITY, HE WOULD LOOK FOR WAYS TO KEEP INVESTORS LIKE MIRANT AS LONG-TERM PARTNERS FOR THE PHILIPPINES.

8. (C) GMA THANKED THE U.S. FOR ITS CT ASSISTANCE, ESPECIALLY IN THE RECENTLY-COMPLETED BALIKATAN 02-1 TRAINING. SHE NOTED THAT THE RESCUE OF AMERICAN HOSTAGE GRACIA BURNHAM FROM THE TERRORIST ABU SAYYAF GROUP BY PHILIPPINE TROOPS HAD BEEN A VINDICATION OF HER REQUEST FOR U.S. MILITARY ASSISTANCE. IN RESPONSE TO A COMMENT BY VICE ADMIRAL METZGER, SHE WAS SOMEWHAT SURPRISED TO LEARN THAT THE PHILIPPINES WAS CURRENTLY THE LARGEST RECIPIENT OF IMET FUNDS AND THE LARGEST ASIAN RECIPIENT OF FMF, AND FOURTH WORLDWIDE. SHE DIRECTED HER CABINET MEMBERS TO DUPLICATE

B-027

***     S E C R E T     ***

06/07/2006 14:36:54     UNCLASSIFIED     page   5

BT
S E C R E T SECTION 03 OF 04 STATE 152169

E.O. 12958: DECL: 08/08/12
TAGS: PREL, PTER, ECON, PGOV, RP, OVIP (POWELL, COLIN L.)
SUBJECT: SECRETARY POWELL'S VISIT TO MANILA -- MORE THAN
JUST CT

SECRETARY WOULD SOON SUBMIT PROPOSALS TO U.S. OFFICIALS ON
HOW TO USE THE SUPPLEMENTAL MILITARY FUNDING. GMA
CONGRATULATED SECRETARY POWELL ON THE SIGNING OF THE
US/ASEAN DECLARATION ON TERRORISM AND PLEDGED PHILIPPINE
LEADERSHIP IN REGIONAL CT
COOPERATION.

9. (C) GMA WELCOMED THE POSSIBILITY THAT THE PHILIPPINES
MIGHT BE CONSIDERED FOR U.S. MCA ASSISTANCE. SHE SAID HER
COUNTRY "FIT THE PROFILE" BECAUSE IT WAS A DEMOCRACY WHERE
PER CAPITA INCOME REMAINED LOW, BUT WHERE ADHERENCE TO
MARKET FORCES AND THE RULE OF LAW CONTINUED. SHE SAID SHE
DELIBERATELY RESPONDED IN HER STATE OF THE NATION ADDRESS

SECRET

06/07/2006 14:36:54



UNCLASSIFIED

page    6

B1 1.4(b)

MORE BILATERAL ISSUES

12. (C) IN RESPONSE TO A SUGGESTION BY GMA THAT PRESIDENT
BUSH CONSIDER A VISIT TO THE PHILIPPINES, THE SECRETARY
INDICATED HE WOULD PASS ON GMA'S STRONG DESIRE FOR A
PHILIPPINE STOP. SECRETARY POWELL SAID HE WAS PLEASED
THAT COMBINED BUSH
ADMINISTRATION AND PHILIPPINE DIPLOMATIC EFFORTS HAD BEEN
SUCCESSFUL IN FINDING A COMPROMISE THAT SATISFIED THE
ANDEAN COUNTRIES WHILE MINIMIZING THE NEGATIVE IMPACT ON
THE PHILIPPINES OF TUNA PREFERENCE LEGISLATION RECENTLY
PASSED IN THE U.S. CONGRESS. GMA INDICATED SHE WAS
PLEASED WITH U.S. ACTIONS ON TUNA BECAUSE THE HEALTH OF
THAT INDUSTRY, WHICH WAS BASED IN MINDANAO, WAS CENTRAL TO
HER DEVELOPMENT EFFORTS FOR MUSLIMS AND OTHER RESIDENTS
THERE. SHE NOTED CONTINUED PHILIPPINE CONCERN THAT "POUCH
TUNA" MIGHT AFFECT HER COUNTRY'S U.S. MARKET SHARE FOR THE
CANNED PRODUCT. SHE ASKED IF THE U.S. MIGHT BE ABLE TO
INCLUDE TUNA IN ITS GSP PROGRAM FOR THE PHILIPPINES.

13. (SBU) GMA SOLICITED ADDITIONAL U.S. SUPPORT TO HELP
THE PHILIPPINES SATISFY FINANCIAL ACTION TASK FORCE (FATF)
REQUIREMENTS THAT THE COUNTRY AMEND ITS MONEY LAUNDERING
LEGISLATION. SHE SAID HER RECENT DECISION TO BEGIN
"MICRO-MANAGING" THE COUNTRY'S ANTI-CRIME AND ANTI-
CORRUPTION EFFORTS WAS NOW BEARING FRUIT. SHE CITED A
CELEBRATED INSTANCE IN WHICH A WITNESS ADMITTED HE HAD
OFFERED A BRIBE TO A JUDGE IN A CASE INVOLVING THE BANK OF
AMERICA. THE PRESIDENT PROMISED TO WORK WITH HER SUPREME
COURT TO BEGIN TO REFORM THE JUDICIARY AND MAKE SURE THE
APPROPRIATE ACTIONS WERE TAKEN AGAINST THOSE WHO
BREAK THE LAW. IN RESPONSE TO A COMMENT FROM A/S WAYNE ON
THE IMPORTANCE OF PROTECTING INTELLECTUAL PROPERTY, GMA
ALSO INDICATED THAT HER ADMINISTRATION WAS TAKING THE
ISSUE OF INTELLECTUAL PROPERTY RIGHTS VERY SERIOUSLY AND
RELATED A RECENT EVENT IN WHICH SHE HAD PARTICIPATED IN
THE DESTRUCTION OF PIRATED CDS. IN RESPONSE TO A
SUGGESTION BY AMBASSADOR RICCIARDONE THAT PHILIPPINE
AUTHORITIES ALSO PREVENT THE IMPORTATION OF COPYING
BT
#2169
D5B3

SECRET

UNCLASSIFIED

S E C R E T

UNCLASSIFIED

06/07/2006 14:36:54

page      7

BT
S E C R E T SECTION 04 OF 04 STATE 152169

E.O. 12958: DECL: 08/08/12
TAGS: PREL, PTER, ECON, PGOV, RP, OVIP (POWELL, COLIN L.)
SUBJECT: SECRETARY POWELL'S VISIT TO MANILA -- MORE THAN
JUST CT

EQUIPMENT AND THE MANUFACTURE OF THIS ILLEGAL MATERIAL,
GMA PLEDGED TO "GO AFTER THE FACTORIES, MANUFACTURERS AND
OTHER BIG FISH."   NOTING THE CONNECTION BETWEEN TERRORISM
AND INFORMATION TECHNOLOGY, INTERNATIONAL COMPETITIVENESS
ADVISER ROBERTO "BOBBY" ROMULO ASKED FOR U.S. SUPPORT FOR
A GRP PLAN TO MAKE THE PHILIPPINES A CYBER-SECURITY HUB.

14.  (SBU) THE SECRETARY SAID THAT THE U.S. WOULD BE
WILLING TO HELP THE PHILIPPINES IN ITS EFFORTS TO BE
DELISTED WITH THE FATF AS A NON-COOPERATING COUNTRY IF THE
PHILIPPINES PASSED THE PROPOSED LEGISLATION CITED BY
EXECUTIVE SECRETARY ROMULO TO REDUCE THE CURRENT HIGH
MONETARY THRESHOLD REQUIRED TO ALLOW AUTHORITIES TO
INVESTIGATE MONEY LAUNDERING TRANSACTIONS. HE INDICATED
THAT CONTINUED EXAMPLES OF GRP ENFORCEMENT WOULD ALSO BE
WELCOME.

15.  (SBU) GMA ALSO SUGGESTED THAT THE U.S. CONSIDER
SEVERAL OTHER INITIATIVES THAT WOULD BE BENEFICIAL TO THE
BILATERAL RELATIONSHIP. SHE ASKED THAT THE U.S. CONSIDER

SECRET

UNCLASSIFIED

06/07/2006 14:36:54

LOADED TO ALLOW THE OLDER RECIPIENTS TO RECEIVE MORE NOW.
THE SECRETARY REPEATED ASSURANCES THAT PHILIPPINE
SENSITIVITIES WOULD BE TAKEN INTO ACCOUNT WHEN FILIPINOS
ARE DEPORTED FROM THE U.S. AND THAT THE DEPARTMENT OF
JUSTICE AND THE IMMIGRATION AND NATURALIZATION SERVICE DID
NOT INTEND TO REPEAT THE USE OF A RECENT CHARTER FLIGHT
FOR SUCH DEPORTATIONS. FINALLY, GMA ASKED THE SECRETARY
TO TAKE THE NECESSARY LEGAL ACTION TO EXTEND TO FILIPINO
AMERASIANS THE PRIVILEGES AFFORDED BY U.S. LAW TO
AMERASIANS OF OTHER COUNTRIES.
POWELL
BT
#2169
78F5

SECRET

UNCLASSIFIED

0005461

B-031

BUR-PEC-070368

b7e

## SECRET

UNCLASSIFIED



T6D EX-69

P

B1

1.4

B6 B/D

FILENAME: TT919395
EMS_NUM: 06-HQS010679608
RECEIPT_TIME: 12 49
RECEIPT_DATE: 03/08/2006
ORIG_TIME: 14 42
ORIG_DATE: 03/08/2006
DTG: 081442Z MAR 06
CLASSIFICATION: SECRET
HANDLE_RESTRICT:
SUBJECT: U/S LEVEY MEETS MOI AND CUSTOMS OFFICIALS
SOURCE_ORG: STATE
FROM: AMEMBASSY RIYADH
PRECEDENCE: O
SERIAL:
ADDRESSEES: CIA
ADDRESSEES: FBI
ADDRESSEES: NSC
ADDRESSEES: STATE
ADDRESSEES: TREASURY
MOU_ADDRESSEES: ALL

Dept. of State, RDS/IPS, Margaret P. Grafeld, Dir.
( ) Release ( ) Excise ( ) Deny ( ) Declassify
Exemption(s) E.O. 12958, 25X( X X )
( ) Declassify in Part

IPS by

ACTION: NONE INFO:
AD/MS,ADCIA/MSEA,ARP2,ARP3,ARP4,C/NHTC,C/PCAS,CAC/TIS,CE/RPCI,CIC/AG,C
/OTAEXO,CTC/PAD,CTC/RDG,CTC/ROD,CTC/SDEC,CTC/SEC,CTC/STAB,CTC/TIG,CTC/
,F/SAUDIARA,F/TERROR,IOC/ADEPT,IOC/AG,IOC/COG,IOC/CPD,IOC/CRYPTO,IOC/C
/CHRNI,NIMA/SRS,NR/CT,NR/INTEL,ODPD,OTI/STABIT,PCAS/CA3,PCAS/IAG,SAD/C
OO RUBAIIA
DE RUEHRH #1472/01 0671442
ZNY SSSSS ZZH
O 081442Z MAR 06
FM AMEMBASSY RIYADH
TO RUEHC/SECSTATE WASHDC IMMEDIATE 4816
INFO RUBAIIA/CIA WASHDC PRIORITY
RUEATRS/DEPT OF TREASURY WASHDC PRIORITY
RUCNFB/FBI WASHINGTON DC PRIORITY
RHEHNSC/NSC WASHDC PRIORITY
RHEHAAA/WHITE HOUSE WASHINGTON DC PRIORITY
RUEHZM/GULF COOPERATION COUNCIL COLLECTIVE
RUEHLO/AMEMBASSY LONDON 2487
RUEHMK/AMEMBASSY MANAMA 2072
RUEHFR/AMEMBASSY PARIS 0443
RUEHJI/AMCONSUL JEDDAH 6865

BT
S E C R E T RIYADH 001472

DEPT FOR NEA/ARPI, S/CT, EB/ESC/TFS
TREASURY FOR LEVEY,

of 7

## SECRET

UNCLASSIFIED

5/15/2006 5:50 AM

0005156

81441.061

BUR-PEC-070672



SECRET

MANAMA FOR JASON BEAL
NSC FOR ZARATE AND SHAMPAINE
WHITE HOUSE FOR HOMELAND SECURITY COUNCIL ADVISOR TOWNSEND
LONDON FOR TSOU
PARIS FOR ZEYA

E.O. 12958: DECL: 01/28/2016
TAGS: KTFN, PTER, EFIN, ETTC, ECON, SA
COMBINE: COMPLETE

REF: 05 RIYADH 8392

CLASSIFIED BY: CHARGE MICHAEL GFOELLER FOR REASONS 1.4 (B) AND (D)

MINISTRY OF INTERIOR
------------------------

¶ (SBU) IN THE FIRST OF TWO MEETINGS

U/S LEVEY VIEWED A PRESENTATION ON
RADICALIZATION WITHIN THE KINGDOM AND WAS UPDATED ON THE
SAUDI ARABIA FINANCIAL INVESTIGATION UNIT (SAFIU). U/S LEVEY
ALSO CONVEYED A LETTER FROM FINANCIAL CRIMES ENFORCEMENT
NETWORK (FINCEN DIRECTOR FOX INVITING STAFF FROM THE SAFIU
TO SPEND A WEEK IN WASHINGTON DC AT FINCEN. DURING A
SUBSEQUENT MEETING WITH MANY OF THESE SAME ▓▓▓ OFFICIALS, U/S
LEVEY DISCUSSED THE STATUS OF SAUDI INVESTIGATIONS INTO
SPECIFIC INDIVIDUAL CASES OF INTEREST AND EARLIER INFORMATION
CONVEYED TO ▓▓▓▓▓▓▓▓▓▓ ON SUSPECT ACTIVITIES BY SEVERAL
CHARITABLE ORGANIZATIONS.

SECRET

of 7                                                      5/15/2006 5:50 AM

0005157

BUR-PEC-070673



UNCLASSIFIED    SECRET

MORE DETAIL ON CASH CARRIER REGULATIONS
-----------------------------------------------

15. (U) ██████████ ELABORATED ON THE TIERED SAUDI CUSTOMS
DECLARA███████████EMENTS FOR CARRYING CASH INTO OR OUT OF THE
COUNTRY.  ANY TRAVELER CURRENTLY CARRYING AN EXCESS OF
5000SAR (1,333USD) IS REQUIRED TO VOLUNTARILY DECLARE THE
EXCESS AMOUNT OF CASH IN HIS/HER POSSESSION TO CUSTOMS
OFFICIALS.  IN ADDITION, A SAMA OFFICIAL, STATIONED AT THE
PORT OF ENTRY, IS SUPPOSED TO EXAMINE CURRENCY FOR FORGERY
AND INQUIRE AS TO THE REASONS FOR THE EXCESS CASH.  UNDER THE
NEW SAUDI CASH CARRIER REGULATIONS (REFTEL) THERE IS AN
ABSOLUTE UPPER LIMIT OF 60,000SAR (16,000USD) OF COMBINED
CASH AND PRECIOUS METALS ALLOWED TO BE BROUGHT IN OR OUT OF
THE KINGDOM.  ANY AMOUNT IN EXCESS OF 60,000SAR MUST BE
DEPOSITED INTO A BANK ACCOUNT AT THE PORT OF ENTRY.  WHILE
THERE ARE NO DECLARATION FORMS IN PLACE YET AT SAUDI PORTS OF
ENTRY, ACCORDING TO ██████████ THESE REGULATIONS ARE POSTED
AT EVERY ENTRY POINT.  IF A TRAVELER IS DISCOVERED TO BE IN
VIOLATION, THE CASH IN THE TRAVELER'S POSSESSION CAN BE
SEIZED AND THE VIOLATOR PROSECUTED.

SECRET

UNCLASSIFIED                                              5/15/2006 5:50 AM

0005161

BUR-PEC-070677



UNCLASSIFIED   SECRET

18. (SBU) THE ████████ SAID THAT HIS AGENCY HAD A
GOOD RELATIONSHIP WITH U.S. CUSTOMS. THE MEETING WITH SAUDI
████ ENDED WITH BOTH THE U/S AND █████████████████
███████ AGREEING THAT CONTINUED BILATERAL COOPERATION IN THE
CUSTOMS AND BORDER SECURITY AREA IS IMPORTANT.

19. (U) U/S LEVEY'S DELEGATION CLEARED THIS CABLE.
OBERWETTER
END OF MESSAGE                              SECRET

**SECRET**

UNCLASSIFIED   5/15/2006 5:50 AM

0005162

B-035

BUR-PEC-070678