EXHIBIT 37

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 03-MDL-1570 (GBD) (SN)

5   --------------------------------------x.

6   IN RE: TERRORIST ATTACKS ON

7   SEPTEMBER 11, 2001

8   --------------------------------------x

9                    July 7, 2021

10                   9:06 a.m.

11

                 Videotaped Deposition via Zoom

12  of JIMMY GURULE, pursuant to Notice,

13  before Jineen Pavesi, a Registered

14  Professional Reporter, Registered Merit

15  Reporter, Certified Realtime Reporter and

16  Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

Page 83

1                     GURULE

2    did not consider any underlying evidence

3    pertaining to any specific SDGT

4    designation made pursuant to Executive

5    Order 13224, is that correct?

6         A.       Yes.

7         Q.       In forming your opinions that

8    are offered in your expert opinion dated

9    February 1st, 2021, and marked as Exhibit

10   2032, you did not consider any underlying

11   evidence pertaining to any specific

12   designation made pursuant to U.N.

13   Resolution 1267, is that correct?

14        A.       Yes.

15        Q.       You have your report in front

16   of you.

17                 MS. BEMBRY: We can take down

18   Exhibit 2033.

19        Q.       You note on page 6 of your

20   report that designation as an SDGT is an

21   administrative rather than a criminal

22   action, is that right?

23        A.       Yes.

24        Q.       And that means that it's not an

25   adjudication process of the guilt or

Page 84

1                      GURULE

2    innocence of any individual or entity, is

3    that right?

4         A.       Yes.

5         Q.       It's not a criminal or a civil

6    action?

7         A.       That's correct.

8         Q.       There is no requirement that

9    the government establish the existence of

10   evidence that an actual act of terrorism

11   was committed by any individual or entity

12   that is being considered for designation

13   pursuant to Executive Order 13224?

14        A.       Yes.

15        Q.       And there is no requirement

16   that the government have to demonstrate

17   that an individual that's being considered

18   for designation under Executive Order

19   13224 actually intended to support

20   terrorism in any way, is that correct?

21        A.       That's correct.

22                 I mean, the designation again

23   falls within the scope of Executive Order

24   13224.

25        Q.       And that's a fairly broad

Page 85

1                    GURULE

2   order, is that right?

3        A.        That's right, yes.

4        Q.        And the idea of it, the

5   ultimate goal, is one that is

6   preventative, that is, to prevent the use

7   of funds to fuel or further terrorist

8   attacks, is that right?

9        A.        Yes.

10       Q.        And it is to save lives?

11       A.        Yes.

12       Q.        And an individual can be

13  designated if there is reason to believe

14  that that entity poses a significant risk

15  for committing acts of terrorism, is that

16  right?

17       A.        That's one basis for

18  designation.

19       Q.        And there is no requirement of

20  evidence that the individual actually

21  committed an act of terrorism, right, it's

22  the posing a significant risk, do I have

23  that correct?

24       A.        Well, you can be designated if

25  you actually, if the individual has

Page 86

```
 1                   GURULE
 2   actually committed an act of terrorism,
 3   but the individual could also be
 4   designated if he or she poses a threat of
 5   committing acts of terrorism that threaten
 6   national security.
 7       Q.        You note in your report, and I
 8   refer you to page 4 if you want to look at
 9   it, at page 4 you note that, second full
10   paragraph, towards the end of that second
11   full paragraph, "Publicly designating
12   individuals and organizations for asset
13   freeze 'notifies the U.S. public and the
14   world that these parties are either
15   actively engaged in or supporting
16   terrorism or that they are being used by
17   terrorists and their organizations'."
18              Did I read that correctly?
19       A.        Yes.
20       Q.        What did you mean by being used
21   by terrorists and their organizations,
22   what did you mean by that?
23              MR. EUBANKS:   Objection to
24   form, mischaracterization.
25       A.        First of all, it is a quote, it
```

Page 87

1               GURULE

2    is a quote from the Terrorist Assets

3    Report, 18th annual report to Congress on

4    the assets, on assets in the United States

5    of terrorist countries, international

6    terrorists, terrorist program designees,

7    2008, 2009, and so I'm quoting from the

8    Treasury Department report.

9                    And so for me it could be that

10   these individuals are providing, either

11   knowingly or unknowingly, financial

12   assistance or other support to terrorist

13   or terrorist organizations.

14       Q.        So your understanding is that

15   an individual who may be unknowingly

16   providing or financing terrorist activity

17   could be subject to designation under

18   Executive Order 13224, is that right?

19       A.        Yes.

20       Q.        And by the same token, an

21   individual who may be unwittingly

22   financing terrorism activity could be

23   subject to designation under Executive

24   Order 13224, is that fair to say?

25       A.        Yes; so it's both, someone

Page 88

1                    GURULE

2    could be doing it intentionally,

3    knowingly, willfully, or inadvertently,

4    unknowingly.

5         Q.        And the idea is that Executive

6    Order seeks to cast a wide net so as to

7    disrupt the channels of terrorist

8    financing to save lives, is that fair to

9    say?

10        A.        Yes.

11        Q.        You state on page 6, and this

12   is under the section SDGT Designation

13   Process, this is the third sentence under

14   that section, "First, OFAC collects

15   evidence to support the SDGT designation."

16                  Did I read that correctly?

17        A.        Yes.

18        Q.        Do you mean by that to say that

19   the first step in the process is to look

20   for evidence or, rather, collect evidence,

21   I'm trying to distinguish that between

22   identifying an individual who might be

23   subject to Executive Order 13224 and so I

24   would like to understand, in making this

25   statement, are you saying that the first

Page 195

1

2        C E R T I F I C A T I O N

3

4

5

6    I, Jineen Pavesi, a Registered

7  Professional Reporter, Registered Merit

8  Reporter, Certified Realtime Reporter and

9  a Notary Public, do hereby certify that

10  the foregoing witness, JIMMY GURULE, was

11  duly sworn on the date indicated, and that

12  the foregoing is a true and accurate

13  transcription of my stenographic notes.

14    I further certify that I am not employed

15  by nor related to any party to this

16  action.

17

18

19

20

21  *Jineen Pavesi, RPR, RMR*

22

23

24        JINEEN PAVESI, RPR, RMR, CRR

25