EXHIBIT 41

# UNCLASSIFIED

**Department of Defense**
**Office for the Administrative Review of the Detention of Enemy Combatants at U.S. Naval Base Guantanamo Bay, Cuba**

12 August 2006

TO:   QAHTANI, SA'D MUHAMMAD HUSAYN

SUBJECT:   UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF QAHTANI, SAID MUHAMMAD HUSAYN

1. An Administrative Review Board will be convened to review your case to determine if your continued detention is necessary.

2. The Administrative Review Board will conduct a comprehensive review of all reasonably available and relevant information regarding your case. At the conclusion of this review the Board will make a recommendation to: (1) release you to your home state; (2) transfer you to your home state, with conditions agreed upon by the United States and your home state; or (3) continue your detention under United States control.

3. The following primary factors favor continued detention:

   a. Commitment

   1. The detainee wanted to go to Chechnya to lend relief support or fight on behalf of his Muslim counterparts.

   2. The detainee contacted relief organizations such as the Islamic Relief Organization and Haramin Organization. The detainee's intention was to join a relief organization because those entities would offer him a way to get into Chechnya, whose borders were closed at the time. Once there, the detainee would be free to leave the relief organization and join the fighting.

   3. The detainee traveled to Karachi, Pakistan from the United Arab Emirates in the eleventh month of the Islamic Hijri calendar, 1999.

   4. In Karachi, Pakistan the detainee met with an individual who arranged for the detainee to travel to Lahore, Pakistan. Once in Lahore, the detainee went to the Raywan Center.

   5. The detainee traveled from Lahore, Pakistan and eventually arrived at a training camp named Quba. The detainee spent approximately three months at the camp.

   6. In May 2000, the detainee left Camp Quba and returned to his home in Saudi Arabia.

   7. The detainee returned to Saudi Arabia because he fulfilled his goal of preparing to fight as every Muslim should. The detainee remained in Saudi Arabia for approximately two months.

DMO Exhibit 1
Page 1 of 5

## UNCLASSIFIED

208

ISN 200

# UNCLASSIFIED

SUBJECT:  UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF QAHTANI, SAID MUHAMMAD HUSYAN

8. The detainee consulted with religious leaders who issued him a fatwah that instructed him to return to Pakistan and provide aid to the Taliban but not to actually participate in any fighting.

9. The detainee traveled from Saudi Arabia and finally to Kashmir, Pakistan.

10. The detainee returned to Camp Quba and then traveled to Afghanistan where there was fighting.

11. The detainee states that he had a short stay at a safe house with a senior al Qaida operative.

12. The detainee, after a short stay at the safe house in Rawalpindi, Pakistan, departed and traveled to Jalalabad, Afghanistan and stayed at an unidentified safe house. The detainee was then picked up and taken to Camp Khalden.

13. The detainee states that he went to the front lines north of Kabul, Afghanistan.

14. The detainee, while in Kabul, Afghanistan, joined the Taliban forces against the Northern Alliance. The detainee spent much of his time in Kabul, Afghanistan on the front lines.

15. The detainee, while on the front lines, claimed he did not take part in any of the fighting since there still was not a fatwa that would allow him to do so. The detainee performed security work behind the lines.

16. The detainee left Afghanistan in the eleventh month of the Islamic Hijri calendar to return to Saudi Arabia.

17. The detainee left Saudi Arabia around April 2001. The detainee was influenced to travel by a fatwa from Sheikh Hammoud al-Oqla that gave specific religious approval for fighting on behalf of the Taliban against the Northern Alliance in Afghanistan.

18. Sheikh Hamud al Uqqla was a Saudi Mufti who issued a fatwa calling for jihad in Afghanistan. Al Uqqla condoned the 11 September 2001 attacks against the United States. Al Uqqla helped raise money for Usama bin Laden until his death in Saudi Arabia in 2001.

19. The detainee traveled from Saudi Arabia to Kabul, Afghanistan. The detainee then traveled to Kher Khana, Afghanistan where he got into a Taliban car that brought him to a point called Karagagh. From there, the detainee walked to the front line.

20. The detainee got his weapon, a Kalashnikov, and ammunition from a commander on the front line.

Page 2 of 5

# UNCLASSIFIED

**UNCLASSIFIED**

**SUBJECT:** **UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF QAHTANI, SAID MUHAMMAD HUSYAN**

b. Training

1. At Camp Quba, the detainee was trained on land navigation, celestial navigation and religion. The detainee also received instruction and training with weapons including the Kalashnikov rifles, PK machine guns, hand grenades and rocket-propelled grenades.

2. The detainee trained in small arms weapons, large caliber weapons, mortars and combat tactics at Camp Khalden. The detainee then went to a Taliban armory in Khost, Afghanistan where he received training on Soviet tanks.

3. The detainee states that he trained at Camp Khalden near Khowst, Afghanistan between May and July 2000.

4. The small arms training at Camp Khalden consisted of assembling and disassembling AK-47, RPK machine gun, PK machine gun and range training. On the large caliber weapons the detainee was instructed on how to operate the DSHK-38 12.5mm gun and the ZPU-2 14.5 mm gun. The detainee then received 88 mm mortar training. The last portion of training consisted of simulated attacks, regrouping, patrol, hand signals and ambush training.

5. The detainee, while at Camp Khalden, has stated that he received basic weapons training on the 7.62 mm RPK rifle, the 7.62 mm PK rifle without the tripod, the RPG-7 and the 9mm Makarov pistol. The artillery training the detainee received was on the 38 AGS-17. Training was also conducted on the SPG-9 73 mm gun.

c. Connections/Associations

1. The detainee, in May 2000, received a phone number to a senior al Qaida operative who the detainee believed was someone who could help others receive military training.

2. The detainee's name was part of a list of al Qaida mujahidin on computer media that was recovered during various raids against al Qaida-connected safe houses in Pakistan.

d. Other Relevant Data

1. In September of 2001, when the Americans and Northern Alliance troops began dropping bombs on the detainee's Taliban position, the detainee and the Taliban fighters around him began to retreat. The detainee and some others headed towards the Pakistan border.

2. The detainee was captured by the Northern Alliance forces in late December 2001. A short time after his capture, he was turned over to the American military.

3. The detainee was transferred to United States custody on 31 December 2001 from Kohat, Pakistan.

Page 3 of 5

**UNCLASSIFIED**

FED-PEC0182370

**UNCLASSIFIED**

SUBJECT: UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF QAHTANI, SAID MUHAMMAD HUSYAN

4. The detainee has been identified as being in Khost, Afghanistan by a senior al Qaida operative. The detainee was acquiring ammunition and arms to take to Kabul, Afghanistan with others. The detainee was also identified as someone who had volunteered to be a suicide bomber and was ready to martyr himself for jihad.

5. The detainee admits to having met two of the hijackers from the 11 September 2001 attacks on the United States.

4. The following primary factors favor release or transfer:

a. The detainee did not go to Afghanistan with the intention of joining the Taliban. The detainee's main purpose was to see the accomplishments of the Taliban.

b. The detainee states that if he were released he would like to return to his home in Saudi Arabia and complete his studies.

c. The detainee stated that if he were released he would not return to Afghanistan, Pakistan, or any other country for the purpose of taking up arms against the United States or any of the United States Allies. The detainee simply wants to return to Saudi Arabia and see his family.

d. The detainee stated that he was never a member of al Qaida and adds that he does not know if he ever met or fought with al Qaida forces.

e. The detainee stated that he has never met Usama bin Laden.

f. The detainee has denied swearing bayat to Usama bin Laden or to any terrorist organization.

g. The detainee stated that he would never be involved with an organization, militia, or otherwise, whose purpose was to commit terrorist acts. The detainee also stated that he would not involve himself with a group which would act as the aggressor in a military campaign.

h. The detainee has denied having any knowledge of the attacks in the United States prior to their execution on 11 September 2001.

i. The detainee has denied knowledge of any rumors or plans of future attacks on the United States or United States interests.

j. The detainee has denied any knowledge or planning of internal uprisings at the Guantanamo Bay, Cuba Detention Facility.

Page 4 of 5

**UNCLASSIFIED**

**UNCLASSIFIED**

SUBJECT:  UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF QAHTANI, SAID MUHAMMAD HUSYAN

5. You will be afforded a meaningful opportunity to be heard and to present information to the Board; this includes an opportunity to be physically present at the proceeding. The Assisting Military Officer (AMO) will assist you in reviewing all relevant and reasonably available unclassified information regarding your case. The AMO is not an advocate for or against continued detention, nor may the AMO form a confidential relationship with you or represent you in any other matter.

Page 5 of 5

**UNCLASSIFIED**

812

FED-PEC0182372