EXHIBIT 5

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 03-MDL-1570 (GBD) (SN)

5    ------------------------------------x.

6    IN RE: TERRORIST ATTACKS ON

7    SEPTEMBER 11, 2001

8    ------------------------------------x

9                    August 5, 2021

10                   9:09 a.m.

11

12              Videotaped Deposition via Zoom

12    of EVAN KOHLMANN, pursuant to Notice,

13    before Jineen Pavesi, a Registered

14    Professional Reporter, Registered Merit

15    Reporter, Certified Realtime Reporter and

16    Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

```
 1                    KOHLMANN
 2      A.         That's a difficult question to
 3   answer.
 4                 I first began doing work for --
 5   on this investigation, on this case, on
 6   behalf of plaintiffs' counsel I believe in
 7   January of 2004, December of 2003.
 8      Q.         How did it come to pass that
 9   you began to do work for plaintiffs'
10   counsel in this case in or around late
11   2003 or early 2004?
12      A.         I had been conducting extensive
13   research into the means by which Al Qaeda
14   and other terrorist groups were financing
15   themselves, I was researching both
16   individuals as well as organizations who
17   were allegedly contributing funds either
18   to Al Qaeda, Al Qaeda allies or other
19   terrorist organizations.
20                 I don't recall exactly how we
21   first came into contact, but plaintiffs'
22   counsel obviously was interested in the
23   means by which Al Qaeda was receiving
24   financing and I was put on retainer.
25      Q.         Did plaintiffs' counsel reach
```

```
                                          Page 19
 1                  KOHLMANN
 2      Q.       You also say, "I am also the
 3   recipient" --  strike that.
 4                Did you ever sit for the bar
 5   exam, sir?
 6      A.       No, I did not take the bar
 7   exam.
 8      Q.       So you are not a lawyer, you
 9   just hold a JD degree?
10      A.       Exactly, correct.
11      Q.       A wise choice, I'm sure.
12                You say, "I am also the
13   recipient of a certificate in Islamic
14   studies from the Prince al-Waleed Bin
15   Talal Centre for Muslim-Christian
16   Understanding at Georgetown University."
17                Now, I have read I believe more
18   or less everything you've said on this and
19   other topics.
20                That is not the name, that is
21   not the name of the certificate that you
22   received, is it?
23      A.       The exact name is the
24   Certificate of Islam and Muslim-Christian
25   Understanding, it's a long thing to write
```

```
                                            Page 20
 1                    KOHLMANN
 2   out, but it is a certificate in Islam
 3   and --
 4       Q.       I've seen you write it out
 5   before, but it's not in Islamic studies,
 6   it's called Islam and Christian-Muslim
 7   Understanding?
 8       A.       Well, again, the exact name is
 9   Islam and Muslim-Christian Understanding,
10   but the actual content of that, in order
11   to get the certificate, you're doing
12   Islamic study, yeah.
13       Q.       There is a minor in Islamic
14   studies at the Walsh School of
15   International Foreign Services, is there
16   not?
17       A.       I don't know and I don't know
18   if it existed back when I was at school
19   there 23 years ago.
20                When I was in school there, the
21   Centre For Muslim-Christian Understanding
22   was the just the center for that.
23                It has since been named the
24   Prince al-Waleed Centre, so I did what was
25   available then --
```

```
 1                    KOHLMANN
 2      Q.        Do you speak any of the
 3  languages spoken in the former Yugoslavia,
 4  Serbo-Croatian or Bosnia?
 5      A.        No, I don't.
 6      Q.        Do you speak Tagalog or any of
 7  the other languages spoken in the
 8  Phillipines?
 9      A.        No.
10      Q.        Do you speak Bahasa Indonesia
11  or any of the languages spoken in
12  Indonesia?
13      A.        No, I don't.
14      Q.        I would like to move on to
15  publications.
16                You testified in the case of
17  the Queen versus Faquh, do you recall
18  that, that's an English case?
19      A.        Yes, I do, Libyan Islamic
20  Fighting Group, yes.
21      Q.        You testified "every paper that
22  I write is extensively peer-reviewed by
23  academics and by others around the world."
24      A.        Yes, I remember that, yes.
25      Q.        Do you recall giving that
```

```
 1                 KOHLMANN
 2  testimony?
 3       A.      Yes.
 4       Q.      And that's not true, is it?
 5       A.      What part of it is not true?
 6       Q.      "Every paper that I write is
 7  extensively peer-reviewed," that's not
 8  true, is it?
 9       A.      When --
10       Q.      "By academics and by others
11  around the world," all in one sentence?
12       A.      You're going to have to let me
13  answer the question.
14               When that statement was made,
15  every paper that I produced before I
16  published it I engaged in at least
17  informal peer review, if not formal peer
18  review.
19               Not every single paper I have
20  written has been formally peer-reviewed,
21  but the idea that I simply publish papers
22  without having other experts review them
23  is false.
24               As far as formal peer review,
25  if you're referring to formal peer review,
```

```
                                            Page 31
 1                    KOHLMANN
 2   not all of my papers are formally
 3   peer-reviewed, but some of them are, it
 4   just depends on the publication, because
 5   not all publications either require or
 6   even allow for formal peer review and, you
 7   know, I'm not a professor, so I publish in
 8   a variety of different publications,
 9   including things that are newsletters,
10   newspapers, all sorts of different things,
11   but don't necessarily have a formal
12   peer-reviewed process attached.
13            But my book was formally
14   peer-reviewed, I've written papers,
15   academic papers within the last few years
16   that have been formally peer-reviewed, so,
17   yeah, I do engage in both informal as well
18   as formal peer review.
19        Q.       By informal peer review, you're
20   saying you show what you write to friends
21   and ask them what they think?
22            MR. HAEFELE:  Objection to
23   form.
24        A.       No.
25        Q.       Do you always show them to
```

```
                                              Page 32
  1                    KOHLMANN
  2   academics?
  3       A.      I show them to academics, I
  4   show them to policy makers.
  5               I'm trying to get a full
  6   spectrum view in terms of, I don't want to
  7   get a biased view, right, if you only show
  8   them to policy makers, you only show them
  9   to your friends, you're not going to get a
 10   very good view, right.
 11               I try to find other folks in
 12   the community who have views that may not
 13   necessarily comport exactly with mine but
 14   who were qualified to be able to review
 15   these things and be able to make
 16   assessments.
 17               But, again, publishing a paper
 18   without having someone look at it
 19   beforehand is not a good idea.
 20       Q.      Let me ask you a question.
 21               Have you ever published a paper
 22   without showing it to someone who is an
 23   academic?
 24       A.      I can't recall, not in the last
 25   ten years certainly.
```

```
 1              KOHLMANN
 2              I mean almost every single one
 3   of the papers I have worked on I would
 4   share them with at least someone who is at
 5   least tangentially academic, at least
 6   someone who is working in the field or is
 7   teaching almost always.
 8              There might be some example of
 9   something I've written that hasn't, but
10   almost every single one has been shared
11   with multiple different people, including
12   folks that are, you know, on the academic
13   side, not on the policy side.
14      Q.      Who are the people that you
15   generally show your papers to before you
16   publish them?
17      A.      Sure.
18              So over the years I have
19   created I guess friendships,
20   relationships, with a bunch of different
21   people who I've encountered at
22   conferences, I've spoken with generally --
23   just depends on the issue really,
24   different people work on different issues.
25              I'm trying to think, my most
```

```
                                                    Page 34
 1                        KOHLMANN
 2   recent paper about the Syrian Electronic
 3   Army, I forget exactly who I shared it
 4   with, but I shared it with a bunch of
 5   different people who have done work on the
 6   Syrian Electronic Army, I don't think I
 7   shared it with anyone on the policy side,
 8   I think substantive researchers, but I
 9   would have to dig up exactly who I sent it
10   to, I usually sent to a bunch of different
11   people to source an opinion.
12        Q.        Do you ever send papers to
13   Steven Emerson for his review?
14        A.        No, I haven't spoken with
15   Steven Emerson since December of 2003,
16   November of 2003, something like that.
17        Q.        You haven't spoken to him since
18   then?
19        A.        No.
20        Q.        Did you have a falling out with
21   him when you left?
22        A.        I did not want to work there
23   anymore.
24        Q.        We'll come onto Steven Emerson.
25                  Let me ask you about, can you
```

```
 1                  KOHLMANN
 2      A.      I've been given access to
 3  materials that are declassified but
 4  sensitive and nonpublic, but that's the
 5  extent.
 6      Q.      The Paracha case was in 2005
 7  and you testified that you made a mistake
 8  in particular.
 9              Do you recall you testified in
10  2007 in a case called R versus Faqih and
11  you recall that you were cross-examined by
12  the famous human rights barrister Jeffrey
13  Robertson QC, do you recall that?
14      A.      I recall being questioned, I
15  don't remember the name of the person that
16  questioned me, but I will take your
17  assertion that that's who it was.
18      Q.      I am going to read you the
19  testimony there and ask you whether you
20  were asked these questions and gave these
21  answers?
22              "Question:  Your book is a book
23  described as published by Berg Publishers?
24              "Answer: It is Oxford
25  University Press, I believe.
```

```
 1                    KOHLMANN
 2               "Question:  That is a false
 3    statement, Mr. Kohlmann, is it not?"
 4               MR. HAEFELE:  I object to the
 5    question and --  I am going to object to
 6    you asking him whether or not he said
 7    something without putting the transcript
 8    in front of him.
 9               MR. LEWIS:  Well, if he says I
10    need to see it, I'll show him the
11    transcript.
12       Q.       Would you like to see the
13    transcript?
14       A.       Again, you're talking about
15    testimony that was about 14 years ago,
16    I've got to see it if you're going to ask
17    a question about it.
18       Q.       If you think I'm going to read
19    it inaccurately or somehow making things
20    up, I'll show you --
21       A.       Well, I have to see the
22    context; again, it is 14 years ago, you've
23    got to be a little patient here.
24               I remember a lot of stuff, but
25    I can't remember every conversation I had
```

Page 105

```
 1                   KOHLMANN

 2  in court.

 3                   I recall this generally, but it

 4  would be very helpful to see the exact

 5  context --

 6      Q.      Okay.

 7                   I'm going to show you the

 8  document, document 56, please.

 9                   MR. LEWIS:  It is going to be

10  marked Exhibit 1006.

11                   ( Exhibit 1006, Excerpt of

12  transcript testimony, was marked for

13  identification, as of this date.)

14      Q.      It is up there now and I am

15  going to read it to you.

16                   Page 21, "Question:  Your book

17  is a book described as published by Berg

18  Publishers?

19                   "Answer: It is Oxford

20  University Press, I believe.

21                   "Question:  That is a false

22  statement, Mr. Kohlmann, is it not, Oxford

23  University Press? It was published by

24  Berg.

25                   "Answer: Which is an imprint of
```

```
 1                    KOHLMANN
 2   Oxford International Publishers.
 3                "Question: Which is not Oxford
 4   University Press.
 5                "Answer: Excuse me, the book
 6   itself was peer-reviewed.  In order to
 7   have it published by Berg, I had to have
 8   it peer-reviewed, first of all, by
 9   individuals of my choosing, then
10   subsequently it was peer-reviewed by
11   individuals of their choosing with whom I
12   did not have any contact, nor do I even
13   know today who they were.  But every paper
14   that I write is extensively peer-reviewed
15   by academics and by others around the
16   world."
17                And then you continue, you can
18   read it obviously if you like, but it is
19   not germane.
20                My question to you, sir, first,
21   were you asked those questions and did you
22   give those answers.
23        A.       Yes, I did.
24        Q.       And in fact you knew in 2007
25   that it was not Oxford University Press
```

Page 107

```
 1                 KOHLMANN
 2  and that Berg was not an imprint of Oxford
 3  University Press --
 4       A.      Well, the operative --
 5       Q.      I asked you a question.
 6               You knew in 2007 that --
 7       A.      I have to respond, you can't
 8  interrupt me --
 9       Q.      You can, but first answer my
10  question.
11       A.      I am responding to your
12  question, you have to let me respond; if
13  you don't want me to respond to the
14  question, I won't respond to the question.
15               If you want me to explain, the
16  operative words here were "I believe."
17               I made a mistake; again, I was
18  under cross-examination, I was supposed to
19  say Oxford International Press.
20               As I said, "I believe," the
21  operative words, I made a mistake of one
22  word, it was not intentional, it was the
23  same stupid mistake again.
24               After this experience I stopped
25  making it, two times, I stopped doing that
```

```
 1                    KOHLMANN
 2   by accident, but, yes, it was purely an
 3   accidental mistake, I meant to say Oxford
 4   International Press.
 5              If you see the words, "I
 6   believe," that tells you right there I was
 7   trying to search for the right words, I
 8   came up with one word off, I'm sorry.
 9       Q.    Well, you do say "I believe,"
10   and then when he says "that is a false
11   statement, Mr. Kohlmann, is it not,"
12   you --
13       A.    I was not responding to that,
14   sorry, I was responding to the assertion
15   that it was not a university press or not
16   an academic press, sorry.
17              Again, to be very clear here,
18   it was a mistake, I messed up one word, I
19   switched university for international, it
20   was not meant to convey any meaning beyond
21   what it was, it was simply a mistake under
22   cross-examination, I used the word wrong.
23              The truth is I probably used it
24   a second time because I did the first time
25   and I repeated the same thing again, but
```

Page 109

```
 1              KOHLMANN
 2   it was a mistake.
 3      Q.      Right.
 4              When did you learn about your
 5   first mistake in 2005, at the time?
 6      A.      Honestly it didn't really
 7   register with me until this case, until
 8   2007, when I did this cross-examination
 9   suddenly it occurred to me that I was
10   saying university instead of international
11   sometimes.
12              Ever since then I have been
13   very, very careful when anyone asks me
14   about this to be very clear Oxford
15   International, not Oxford University.
16              It's really literally just a
17   mistake.
18      Q.      And yet in 2011, in the case of
19   United States versus Kaziu, you still
20   identified Berg as a university press when
21   you knew it wasn't, is that a third
22   mistake, sir?
23      A.      Producing books that are used
24   in universities for teaching purposes, by
25   my definition that's a university press.
```

```
 1                    KOHLMANN
 2   have training in the laws and regulations
 3   that apply to charities?
 4        A.        Law --
 5        Q.        Charities, sorry, it didn't
 6   come through clearly.
 7        A.        Are you talking about shariah
 8   law or are you talking about man-made law.
 9        Q.        I'm talking about man-made law
10   with respect to regulations and laws that
11   apply to charities.
12        A.        Yes, I am familiar with that,
13   yes.
14        Q.        Do you have training in that?
15        A.        Yeah, on-the-job training, yes.
16        Q.        And so you know what
17   regulations apply to specific charities in
18   specific countries in specific times, do
19   you?
20        A.        My expertise in charitable is
21   mostly focused on how it applies here in
22   the U.S.
23                  I've extensively reviewed 990
24   and 1023 forms, I am familiar with the
25   requirements behind them, I've taken a
```

Page 187

1                  KOHLMANN
2    look at well-filed 990s versus
3    poorly-filed 990s, I have spent extensive
4    time working with Star database, I have
5    spoken with, interviewed and even taught
6    IRS, CIA investigators who are focused on
7    abuse of charitable institutions for
8    terrorist financing purposes.
9              But I think obviously I know
10   something about what has been done outside
11   the U.S., primarily in Saudi Arabia, but I
12   would say my familiarity with legal
13   provisions is primarily here in New York.
14       Q.       I think we talked about
15   banking.
16              Are you an expert --  sorry,
17   strike that.
18              Do you have training with
19   respect to the operation of NGOs?
20       A.       Not NGOs generally, NGOs that
21   are affiliated with armed organizations, I
22   guess is the way you can say it.
23       Q.       Do you have training with
24   respect to relief operations in crisis
25   zones?

Page 213

```
 1              KOHLMANN
 2    A.        Honestly, I can't remember,
 3  because in a number of different cases I
 4  have been approved by a judge to do
 5  exactly this, so this is the only case I
 6  think where a judge didn't allow me to say
 7  what Jihad means.
 8            I honestly don't recall this
 9  one.
10    Q.        Is it your recollection this is
11  the only case you were not allowed?
12    A.        I do not recall, but, again, I
13  can only tell you what I do recall.
14            What I recall is there are
15  multiple cases where I have been
16  specifically approved by a judge to talk
17  about the meanings of the word Jihad,
18  Jihadeen, Shahada, things like that,
19  infidel, kafir, kafir, things like that,
20  specifically what this means within the
21  Islamic religion, et cetera, et cetera,
22  right.
23            Generally speaking, I'm not
24  proffered as an expert on Islam, that's
25  true, and I don't speak Arabic, that's
```

Page 215

1                    KOHLMANN

2   stating, quote, "you are," quote,

3   "'unfamiliar with basic terms and theories

4   of social science research,'" unquote,

5   "and that you do not, quote, '"employ or

6   recognize social scientific tools, such as

7   random sampling and blind tests to control

8   for bias or error.'"

9              Do you recall the ruling, the

10  judge making that ruling in that case?

11     A.    I recall the judge ruling that

12  I was not allowed to testify on the

13  homegrown terrorist model, yes.

14     Q.    Would you like to see the

15  specific language or are you content --

16     A.    No, I just made clear that I

17  did testify in that case, I just didn't

18  testify about homegrown terrorist model, I

19  testified everything in it except for the

20  model.

21     Q.    Let me ask you about the Babar

22  Ahmad case.

23              Do you remember in that case

24  you changed a transcript of Jamal al-Fadl

25  and put the term in brackets Al Qaeda for

Page 216

```
 1                    KOHLMANN
 2   where he said rule, when he was talking
 3   about his experience in Afghanistan?
 4                MR. HAEFELE:  Objection to
 5   form.
 6       A.        Yeah, I think --  I believe I
 7   do, it was a mistake I made, that's
 8   correct.
 9       Q.        You made that mistake in Babar
10   Ahmad, that where he was talking about
11   what was happening in camp, he said the
12   rule and you substituted Al Qaeda?
13       A.        I was reading a transcript and
14   I was under the understanding that he was
15   referring to Al Qaeda when he was
16   discussing it, but upon further review and
17   after lengthy discussion and what not, my
18   sense is it probably is not, but, yeah, I
19   would say afterwards --  I'm certainly not
20   sure enough to say for sure he was
21   referring to Al Qaeda, no.
22       Q.        The Hasbajrami case, you put
23   the same brackets in Al Qaeda rather than
24   rule a year later?
25       A.        Yeah, I'm sure.
```

Page 217

```
 1                    KOHLMANN
 2              The issue in that case, the
 3   Hasbajrami case was not an issue about
 4   whether or not Jamal al-Fadl --
 5              THE COURT REPORTER:  Stop, I
 6   couldn't hear you.
 7              THE WITNESS:  It's my fault,
 8   I'm speaking too fast.
 9      A.       In the Hasbajrami case, which I
10   don't know the spelling offhand, I'm very
11   sorry, the key issue in that case was not
12   whether or not Jamal al-Fadl said that
13   about Al Qaeda, the key issue was about
14   providing basic Al Qaeda background.
15              I think I just, you know, I was
16   just including kind of general Al Qaeda
17   background in my expert report, it is
18   possible I included that too by accident,
19   but that's -- again, that fact wasn't
20   germane to the case, it wasn't significant
21   to the case, it didn't change the meaning
22   of my expert report, it didn't change the
23   meaning of whether or not my expert
24   analysis was relevant or what the
25   conclusion was, you know, it was a typo.
```

```
                                          Page 222
 1                   KOHLMANN
 2        Q.        Let's take Haroun --
 3        A.        Eastern District of New York.
 4        Q.        That's right, before Judge
 5   Coogan.
 6        A.        Yes, sure.
 7        Q.        You made the same alteration of
 8   the transcript to substitute Al Qaeda for
 9   rule in that one, too, and that was in
10   2017?
11        A.        It is a typo, again, it is a
12   typo.
13                  Again, just to be very clear,
14   while it is a typo, it should have been
15   corrected, it had no bearing at all on the
16   nature of that case, of the significance
17   of my testimony, it had no significance on
18   the nature of what Al Qaeda does, on any
19   involvement by Mr. Haroun, it was an
20   additional detail that, sure, it should
21   have been amended, but it had no --  it
22   was not germane to what was going on in
23   the case.
24                  As far as I am aware,
25   Mr. Haroun had no conversation with Jamal
```

Page 223

1                         KOHLMANN

2     al-Fadl, nothing Jamal al-Fadl said had

3     direct import to what Mr. Haroun was

4     doing, it was background information about

5     Al Qaeda.

6          Q.       But the mistake had been

7     pointed out to you before Haroun, but you

8     failed to correct it.

9          A.       You know something, I'm writing

10    70-page long reports that have 400

11    footnotes, I catch most of any errors that

12    are in there, I catch most of any issues,

13    but I am a human being.

14                  Occasionally in 400 footnotes,

15    one slips by that there is a problem with,

16    sure.

17                  I would proffer that myself,

18    when you have that much research and that

19    many footnotes, one out of 400, that's a

20    pretty good error rate.

21         Q.       We can debate whether it is

22    one, but we have the afternoon to do that.

23                  MR. LEWIS:  As I understand it,

24    people wanted to break at 1 o'clock, I

25    think it is five past 1 now, so shall we

Page 262

```
 1                KOHLMANN
 2   Commission Report, right.
 3              This is a tertiary source,
 4   right, this is a source that's very
 5   valuable for contextual reasons, it is
 6   valuable for framing arguments,
 7   occasionally even a tertiary source will
 8   have a piece of factual information that
 9   is unique and interesting and it's worth
10   putting that, but you have to be very
11   careful.
12              If you're going to say this is
13   a fact and it comes from a tertiary
14   source, you have to really carefully label
15   it as this was a newspaper article or this
16   was the 9/11 Commission Report or this was
17   this, this was that, because in the end
18   tertiary information has been laundered
19   several times and there is bias and there
20   is the game of telephone and there is
21   other elements that kind of will squish
22   that a little bit.
23              So you have to be a little bit
24   careful about taking that verbatim unless
25   you have other sources that can
```

Page 263

```
 1                    KOHLMANN
 2  corroborate it, or if you're just very
 3  careful in framing it and saying, look, I
 4  don't know, but this source is claiming
 5  this.
 6            That's not the end of the
 7  story, because, you know, you can have a
 8  wonderful primary source interview with
 9  the leader of a terrorist group or
10  imprisoned terrorist operative and it can
11  be terribly instructive and they can tell
12  you great things, still have to account
13  for bias, right.
14            If you talk to someone who is
15  in prison awaiting trial, they're
16  obviously not going to incriminate
17  themselves, right, they're obviously not
18  going to incriminate themselves unless
19  they're completely stupid.
20            In the same vein, if you're
21  looking at a video from a terrorist group,
22  just because Osama bin Laden says
23  something is the case, you have to assess
24  is this really his opinion or is this a
25  fact, because just because he says it,
```

```
 1                 KOHLMANN
 2      Q.       You used detainee unclassified
 3  evidence summaries as the basis for your
 4  opinion, do you?
 5      A.       I use it as --
 6               MR. HAEFELE:  Objection to
 7  form.
 8      A.       I use it as a tertiary source.
 9               Obviously these interviews were
10  not done under particular duress, they
11  were done in front of an administrative
12  review board and they are sort of out
13  there.
14               A good amount of the
15  information in here can be corroborated by
16  other sources; for instance, the fact that
17  IIRO was involved --  the idea that IIRO
18  was funding al-Farouq camp has come up in
19  numerous different contexts, so it is sort
20  of looking at the information being
21  provided, seeing whether or not any other
22  detainees have given similar stories.
23               Obviously if a detainee
24  volunteers that they are an IIRO employee,
25  it is an admission against interest, I
```

Page 347

```
 1              KOHLMANN
 2              MR. HAEFELE:  You had said you
 3      had another example of what you wanted to
 4      provide.
 5              THE WITNESS:  Sorry.
 6      A.       I would refer to page 33 of my
 7      initial report and then into 34, paragraph
 8      105, 106, and then the inset, which is --
 9      sorry, to point exactly, that's the
10      section about Dr. Sulauman bin al-Ali, who
11      was a member of IIRO's executive committee
12      and was the founder of IIRO's branch in
13      northern Virginia.
14              And if you look in Section 105
15      and 106, it details how money was
16      transferred out of IIRO's accounts in the
17      United States and that threw it into a
18      terrorist finance investigation and the
19      accountant for the organization that
20      received the money called an F.B.I. agent
21      to discuss his concerns that the money may
22      have been used to finance the embassy
23      bombings in Africa.
24              A former employee later posted
25      on a chat session "The investigation to
```

Page 348

```
1                        KOHLMANN
2     which IIRO was subject was being an
3     investor in a commercial organization in
4     Chicago which was raided by the
5     authorities for a background of supporting
6     terrorism and IIRO was the chief investor.
7     What's touched the company touched the
8     organization."
9               That's another example.
10      Q.       IIRO invested money in an
11    investment enterprise called BMI and they
12    lost their investment, correct?
13      A.       Actually, it wasn't BMI, no, it
14    was Global Chemical Corporation, but they
15    didn't lose the investment, the money was
16    illicitly transferred.
17               Sulaiman bin al-Ali got in a
18    lot of trouble over this.
19      Q.       Was he ever charged?
20      A.       My understanding is that IIRO
21    forgave him and then he left the United
22    States.
23      Q.       IIRO sued him, did they not?
24      A.       I think eventually they let it
25    go, but I don't know the exact --  I'm not
```

Page 375

1                     KOHLMANN
2    front, it was to bring money into
3    Afghanistan, but the amounts were small,
4    total number I think was $30,000, right.
5              So what does this tell you, it
6    tells you that Al Qaeda was engaged in
7    advanced schemes to get money, sometimes
8    that money was smaller amounts, it lost
9    money along the way, but that's truly the
10   story of what it was doing.
11       Q.      Let me move on.
12              Do you have any training, sir,
13   any formal training in accountancy?
14       A.      No, not beyond just analyzing
15   the financial documents of charitable
16   organizations, that's it.
17       Q.      You're not a CPA?
18       A.      No, no, no, no.
19       Q.      You say, "Financial
20   irregularities and atypical accounting
21   practices are not bugs but features of
22   these groups."
23       A.      Yes.
24       Q.      Mr. Winer said the same thing,
25   that's a term in the computer world, I'm

Page 380

```
 1                    KOHLMANN
 2   been told not to and creating a secret
 3   bank account, that's not normal, you don't
 4   see Save the Children doing that.
 5              Like I said, there is some
 6   level of graph and theft, okay, okay,
 7   okay, it's a nonprofit, I get it,
 8   sometimes that happens and it happens here
 9   in the U.S., but that doesn't happen,
10   certainly not with an organization that
11   should have much better oversight.
12      Q.     The destruction of records that
13   you're talking about, that was only in
14   Pakistan, right?
15      A.     No, I believe there was also --
16   I have to double-check, but I think also
17   in the Philippines as well.
18      Q.     I am not going to argue with
19   you about it, but that's not the case.
20              Let me ask you this question;
21   how many audits did you review of branches
22   of IIRO?
23      A.     You mean for this case or just
24   in general?
25      Q.     Let's start with this case.
```

Page 381

1                    KOHLMANN

2      A.        In this case I reviewed the

3   documents that were provided to me.

4                As far as I understand it,

5   documents chiefly centered around IIRO's

6   offices in Pakistan, the Philippines and

7   Indonesia as well as the eastern branch

8   office obviously in Saudi Arabia.

9      Q.        Did you review all of those

10  audits?

11     A.        Well, I don't know if I

12  reviewed every single paper, but I

13  reviewed most of them, yes.

14     Q.        There were about 15 audits

15  produced by IIRO and you've mentioned

16  four.

17                Would it have been useful to

18  your analysis to review the 15 and see

19  whether these terms that you say crop up

20  frequently were also cropping up in the

21  other audits that you didn't review?

22                MR. HAEFELE:  Objection to form

23  and foundation.

24     A.        If they popped up in four and I

25  know that they've come up elsewhere in

```
                                        Page 382
 1                    KOHLMANN
 2   other places where I've investigated the
 3   same group, you know, that's the whole
 4   point of Bayesian analysis, why would you
 5   bother continuing to hammer the nail head
 6   if you already have enough evidence to
 7   clearly point to the direction, right.
 8              I could do that, I could do
 9   that, but I don't know that that would
10   change my conclusion.
11              Again, once there is already
12   evidence of something, what is that other
13   stuff going to show me, I already found
14   multiple instances where this has
15   occurred.
16              Even if it is only four out of
17   13, that's not good, that's not good.
18              Again, to your point, this is
19   not a small organization, this is not an
20   organization that doesn't have money or
21   doesn't have people working or doesn't
22   have, you know, government support, this
23   is a Saudi-backed organization, they don't
24   have any --  they don't have that excuse.
25              So, like, the idea that they
```

Page 383

1                    KOHLMANN
2    don't know what's going on, it's a big
3    mystery, that doesn't -- that might occur
4    in a small charity where, you know, they
5    don't have any oversight and they have no
6    government connection and dot dot dot, but
7    in something like this, that doesn't make
8    any sense to me.
9        Q.        But if you're in 50 countries,
10   that's a hell of a lot of oversight you
11   need to do, isn't it?
12                 MR. HAEFELE:  Object to form.
13       A.        IIRO is one of the largest
14   charities in the world that has tons of
15   people working for it, it has sharp
16   oversight, it talks about the --  Saudi
17   Arabia talks about how much oversight it
18   has.
19                 Obviously there is something
20   there that there is a disconnect, someone
21   is not telling the truth, right.
22       Q.        Or someone is stealing or
23   someone is not doing a good job, right?
24                 MR. HAEFELE:  Objection to
25   form.

Page 384

1                    KOHLMANN

2      A.        At that scale, no, no.

3                At a lesser scale --  it is

4   like election fraud, if you're going to

5   tell me there is a certain level of

6   election fraud, okay, okay, possible,

7   you're telling me it is enough to change

8   the entire nature of the election, that

9   doesn't make any sense.

10               Same thing in this case.

11     Q.        Do you have any evidence that

12  the fraud that was carried on by the head

13  of the Pakistan office and chief

14  accountant was done in order to funnel

15  money for terrorism?

16     A.        That particular incident I

17  don't.

18               However, I am aware of the fact

19  that the U.S. government and U.S. Treasury

20  Department has multiple times said that

21  the entire IIRO network was used to fund

22  Al Qaeda's organization.

23               And based on that inference, I

24  have to say that either it was graph or it

25  was terrorist funding, I don't know which

```
 1                    KOHLMANN
 2   one it was, but clearly it was illicit.
 3        Q.      You talk about IIRO being
 4   Saudi-supported.
 5                Am I correct that the IIRO
 6   would be supportive of the policies of the
 7   Kingdom of Saudi Arabia?
 8        A.      Well, it depends what those
 9   policies are.
10        Q.      You are aware, are you not,
11   that in the early-to-mid 1990s, Osama bin
12   Laden was --  had his citizenship removed
13   and that he had his assets in Saudi Arabia
14   frozen, correct?
15                MR. HAEFELE:  Object to form.
16        A.      May of 1993, yes.
17        Q.      And in 1995 --  Osama bin Laden
18   for his part called the Al-Saud regime an
19   apostate regime, right?
20        A.      He called certain people in
21   charge, yes, he did.
22        Q.      Senior officials of the Saudi
23   government who were members of the al-Saud
24   family?
25        A.      He did reference to some of
```

```
                                        Page 434
 1                   KOHLMANN
 2   killing other people, carrying out
 3   assassinations in foreign country,
 4   training people to go back and carry out
 5   assassinations in foreign country.
 6              A lot of what they did had
 7   nothing to do with the Afghan Jihad.
 8       Q.      The Afghans were fighting each
 9   other too, the Afghan groups, that was a
10   big problem as well?
11       A.      Afterwards, afterwards, yes.
12       Q.      Well, in the 1980s as well,
13   there were seven groups and they were at
14   each other's throats, correct?
15       A.      True, that's a fact, that's
16   true, yes.
17       Q.      I would like to direct your
18   attention to paragraph 71 in your report
19   and which appears on page 23 of the
20   report.
21              Do you have that, Mr. Kohlmann?
22       A.      I'm looking at page 71, right.
23       Q.      You say "Fayez Ahmad al-Shehri,
24   one of the September 11th airline
25   hijackers, reportedly told his father he
```

Page 435

```
 1                 KOHLMANN
 2   was going to go to work for the IIRO and
 3   never saw his family again," and then you
 4   quote an article, note 86, "Another Saudi
 5   hijacker turns up in Tunis."
 6             Fayez Ahmad al-Shehri was not
 7   one of the September 11th hijackers, you
 8   know that, don't you?
 9       A.      I believe so, I would have to
10   check on the name, I have to check the
11   source on this one, I am not sure offhand.
12       Q.      It is a pretty serious matter
13   to call someone a 9/11 hijacker, why don't
14   I show you the article.
15       A.      I have to check.
16             MR. LEWIS:  This is document
17   33, which will be --  33-A, Exhibit 1020.
18             ( Exhibit 1020, Arab News
19   9/18/01, was marked for identification, as
20   of this date.)
21       A.      Sorry, I'm trying to --
22       Q.      Take your time.
23             I will direct your attention to
24   the last full paragraph --
25       A.      Can you go to the next page.
```

```
                                                Page 436

 1                      KOHLMANN

 2                 (Pause.)

 3                 (Witness perusing document.)

 4       A.        Sorry, this is supposed to be

 5    Waleed al-Shehri, it's a typo, it's

 6    supposed to be Walled al-Shehri.

 7       Q.        Well --

 8       A.        He says here, he says, "My

 9    other son, Waleed, was 21 years old and

10    also studying at The Teacher's College.

11    Both of al-Shehri's sons disappeared in

12    December of last year and have not been

13    heard from since. According to sources

14    close to the family, both sons became very

15    religious," dot dot dot, this, that and

16    the other.

17                 That's what I was referring to

18    here, sorry, I screwed up his name.

19       Q.        Going down to the penultimate

20    paragraph of the article, "It's claimed

21    that Fayez Ahmad is the son of Muhammad

22    Fayez al-Shehri, a school principal.

23    Muhammad al Shehri said that two years ago

24    his son told him he was going to join the

25    International Islamic Relief Organization.
```

```
                                    Page 437
 1                  KOHLMANN
 2   Since that time the only contact the
 3   family has had with him is one phone call
 4   received by his mother after Eid Al-Adha."
 5        A.        It is a mistake, it is a typo.
 6                  I put two things together here
 7   by accident, that's just a mistake, I will
 8   remove it from the report if you want.
 9                  Again --
10        Q.        Well, you've identified someone
11   as a September 11th hijacker who worked
12   for IIRO and that's not true.
13                  The September 11th hijackers,
14   two al-Shehri brothers had no connection
15   to IIRO, correct, that's --
16        A.        I don't know, I don't know.
17                  In this case, sorry, yeah, I
18   mixed up these two paragraphs.
19                  But, again, I don't know, he
20   might have worked for IIRO, I have no
21   idea.
22        Q.        Well, this article says some
23   other guy completely who is the son of
24   some other guy completely worked for IIRO.
25                  So now you're saying maybe the
```

Page 438

```
 1                 KOHLMANN
 2   hijackers did, maybe they didn't, oops?
 3        A.      Well, I'm saying I don't
 4   know --
 5                MR. HAEFELE:  Objection,
 6   argumentative.
 7                I am going to ask you to watch
 8   your tone just a little bit.
 9                MR. LEWIS:  Sorry, late in the
10   day, I apologize.
11                MR. HAEFELE:  Thank you.
12        A.      I would just repeat again what
13   I just said; I just combined two
14   paragraphs together, right.
15                Obviously I was talking about
16   Waleed al-Shehri.
17                There is also a note here about
18   someone that was working for the IIRO and
19   then basically disappeared.
20                So, again, I think the reality
21   here is that I can't confirm whether or
22   not Waleed al-Shehri was working at IIRO
23   and I'd be glad to say so.
24                But obviously someone else
25   here, looks like the son of --  this is
```

Page 439

```
 1                    KOHLMANN
 2   Fayez al-Shehri, this is the individual
 3   who went to join the IIRO and disappeared.
 4        Q.        He is not a 9/11 hijacker,
 5   correct?
 6        A.        Apparently not, that's a
 7   mistake.
 8        Q.        You have no basis for
 9   suggesting that Waleed al-Shehri had
10   anything to do with IIRO, pure
11   speculation?
12        A.        I'd have to look into that,
13   this was an error in my report, I'd have
14   to remove this and then go through and
15   figure out why.
16        Q.        Let's take a look at paragraph
17   74, "U.S. State Department cable produced
18   as evidence in the present litigation
19   alleging that some elements of the
20   International Muslim Relief Organization
21   have been exploited by terrorists and
22   their financiers as a means of
23   transferring assets providing
24   organizational cover or otherwise
25   supporting extremist operations."
```

Page 470

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 03-MDL-1570 (GBD)(SN)
 5   ----------------------------------x.
 6
 7   IN RE: TERRORIST ATTACKS ON
 8   SEPTEMBER 11, 2001
 9
10
     ----------------------------------x
11              August 6, 2021
                9:04 a.m.
12
13
14        Continued Videotaped Deposition of
15   EVAN KOHLMANN, taken by Defendants,
16   pursuant to Notice, held via Zoom
17   videoconference, before Todd DeSimone, a
18   Registered Professional Reporter and Notary
19   Public of the State of New York.
20
21
22
23
24
25
```

Page 509

1                    KOHLMANN

2        A.      I think my mother is behind me

3    somewhere, but that's it.

4        Q.      I'm going to ask you some

5    questions about paragraph 177 of your

6    report, your affirmative report.  Can you

7    pull that up in front of you, please?

8        A.      Yes, of course.

9                MR. HAEFELE:  I'm sorry, Fred,

10   177?

11               MR. GOETZ:  Yes.

12       A.      Yeah, got it right here.

13       Q.      And the second line, it

14   indicates "In late 2002, an Internet

15   website affiliated with the Ansar al-Islam

16   terrorist organization in northern Iraq

17   released a photo showing Ali Bapir - a

18   detained Ansar al-Islam commander - at a

19   public event sponsored by WAMY and

20   featuring banners emblazoned with the WAMY

21   logo," and you cite to a web address that

22   links to a JPEG, which is a photograph,

23   correct?

24       A.      Correct, yes.

25       Q.      Do you have any more

```
 1                    KOHLMANN
 2   information about that event other than
 3   this photograph?
 4        A.      It is possible, yeah.  I think
 5   I may -- I actually may have more
 6   information if you want.  I think I have --
 7   I mean, I think I have the website saved.
 8   I think I have more information.  I would
 9   have to check.  Again, it is close to 20
10   years ago.  I might not be able to find it,
11   but most of that stuff I usually save, so
12   it is probably around someplace.
13        Q.      Mr. Kohlmann, this is the only
14   opportunity I have to ask you questions
15   about your opinions in this case, so I have
16   to get my questions in now.  We don't have
17   an opportunity to depose you again.
18        A.      I don't have -- I don't have
19   it --
20        Q.      Mr. Kohlmann, let me finish my
21   question.
22                As you sit here today, other
23   than this photograph, do you have any other
24   information that you can recall about this
25   event?
```

Page 511

1                        KOHLMANN

2          A.        I believe that there is a

3    website page that describes the event, and

4    I have other information about Ali Bapir.

5          Q.        As to the event, do you recall

6    as you sit here today any of the other

7    information in that description?

8          A.        Again, I will repeat exactly

9    what I just said, I believe I also have a

10   web page describing the event.

11         Q.        Yeah.  I'm asking you about

12   that web page.  Do you remember anything

13   about it?

14         A.        I believe it had some details

15   of the event and it mentions Ali Bapir,

16   but, again, I'm speaking about something

17   that is 20 years ago.  I can't -- at this

18   point I'm going to be -- I'm just going to

19   be volunteering guesses.  I really -- I

20   don't know it that well.

21         Q.        Well, we don't want you to

22   guess, Mr. Kohlmann, but we do want you to

23   provide as clear testimony as you can about

24   the opinions you are rendering in this

25   case.  So if you don't remember anything

Page 512

```
1              KOHLMANN
2    more about the event other than there was
3    some description, that's fine, and I'm
4    going to ask you one more time, can you
5    remember anything else about how that event
6    was described other than what you have
7    already told me?
8         A.    I repeated myself three times.
9    That's all I can do.  I just told you.  No.
10        Q.    That's good enough.
11              So this, you came across this
12   sometime in 2002 you said?
13        A.    I believe late -- no, sorry, in
14   late -- sorry, I came across this in 2004.
15   Sorry, the 2002 date, I don't think that's
16   -- yeah, maybe that is right.  Yeah, I came
17   across this in 2004 or -- 2004, 2004, yeah.
18   I dug this up about, I want to say about
19   two years -- two and a half years after it
20   happened.
21        Q.    Okay.  But the event you are
22   referencing, according to your report, was
23   in late 2002, right?
24        A.    I believe so, yeah.
25        Q.    Ansar al-Islam was not
```

Page 513

1                      KOHLMANN
2    designated until 2003; isn't that right?
3        A.      It was designated by the U.S.
4    government in 2003, but it had existed long
5    prior to that.
6        Q.      I'm asking you about
7    designation, not existence.
8                And as you describe it, this
9    was a public event, that's the word you
10   used, correct?
11       A.      Well, public to the extent that
12   it was out in public, it wasn't like in a
13   room.  But I, you know, that's what I meant
14   by the word "public."  I don't mean it was
15   invited to everybody or it was open to
16   everybody.  It was simply outdoors.
17       Q.      And whether or not it was open
18   to everybody, I guess you have no way of
19   knowing, right?
20       A.      Well, that's why I'm saying, I
21   just want to be careful about the word
22   "public" here.  The meaning of the word
23   "public" here meaning it is outdoors and
24   there were a bunch of people.  I don't know
25   if it was open to anyone, I don't know if

Page 519

1                    KOHLMANN
2    know what bias the person interpreting this
3    information may have had.  Would you agree
4    with that?
5                    MR. HAEFELE:  Objection to
6    form.
7         A.       Yeah, I would agree with that,
8    just with a caveat that, once again, it is
9    exactly as you said, it just depends on the
10   source, right?  So some tertiary sources
11   are more reliable than others because of
12   the fact that the sourcing or where they
13   came from, there is a little bit more
14   guarantee of some level of review, right?
15                    But I think you are right, I
16   think, generally speaking, tertiary
17   sources, you know, you have to -- you have
18   to carefully watch them and you have to
19   make sure that what's in the tertiary
20   source appears to be, you know, appears to
21   be reliable and, again, appears to be
22   reflected in other sources, comparative
23   analysis.
24        Q.       And as you told us yesterday,
25   and I'm paraphrasing, with tertiary sources

Page 535

```
 1              KOHLMANN
 2   is about BIF.
 3       Q.     All right, thank you.  Getting
 4   back to paragraph 173, you talk about
 5   WAMY's USA office incorporated by Osama Bin
 6   Laden's nephew, Abdullah, in 1992.  Have
 7   you ever attempted to speak with Abdullah
 8   Bin Laden?
 9       A.     I have not been able to speak
10   with him.  You know, any attempts to get
11   these guys' attention to speak with me have
12   usually not succeeded.  The only way that I
13   managed to get Batterjee's was by e-mailing
14   him from the e-mail address of somebody
15   else.
16       Q.     Okay.  Do you claim that
17   Abdullah Bin Laden was a member of
18   Al-Qaida?
19       A.     No.
20       Q.     Do you claim that Abdullah Bin
21   Laden ever gave any aid or material support
22   to Al-Qaida?
23       A.     I don't know.  I can't answer
24   that question.
25       Q.     So, in other words --
```

Page 536

1                    KOHLMANN

2         A.      The -- sorry, I didn't mean to

3    interrupt.

4         Q.      As you sit here today, you have

5    no affirmative evidence that he ever did,

6    can we agree with that?

7                    MR. HAEFELE:  Objection to

8    form.

9         A.      I can't -- I can't answer that

10   question.  I would have -- I would have

11   to -- I would have to look.  I'm not sure

12   off the top of my head.

13        Q.      All right.  Osama Bin Laden's

14   father was Mohammed Bin Laden?

15        A.      Correct.

16        Q.      And he officially fathered 54

17   children from 22 wives.  Were you aware of

18   that?

19        A.      Yes.

20        Q.      He had at least 25 sons,

21   correct?

22        A.      Yeah, approximately, yeah.

23        Q.      Osama was his 17th son, right?

24        A.      I believe so.

25        Q.      Fair to say it was a big

Page 537

```
 1                    KOHLMANN
 2   family?
 3        A.       Yeah, it's a big family.
 4        Q.       How many nieces and nephews
 5   does Osama Bin Laden have?
 6        A.       I don't know offhand the total
 7   number, but it is a significant number.
 8        Q.       You are not claiming that
 9   someone with the name Bin Laden necessarily
10   has a link to any international terrorist
11   organization just because they share the
12   same last name as Osama Bin Laden, are you?
13        A.       No, no, no.  But there is
14   substantial evidence that Bin Laden has
15   received money from members of his own
16   family, so it's -- I, you know, I think
17   that saying just because someone is named
18   Bin Laden doesn't make them evil, but there
19   is also substantial evidence that Osama has
20   received money from members of his own
21   family.  So I think it, you know, kind of
22   goes both ways.
23        Q.       Specific family members, but
24   just the family name does not designate
25   that individual as a terrorist, would you
```

Page 538

1                    KOHLMANN
2    agree, just because you are a Bin Laden,
3    you are not a terrorist?
4         A.      Yeah, I think that's probably a
5    fair statement.
6         Q.      Let's go to paragraph 175 of
7    your report, page 53.  Tell me when you're
8    there.
9         A.      I'm here.  You said 175, right?
10        Q.      Yes, please.
11        A.      Yes, I'm looking at it right
12   now.
13        Q.      In the first sentence you say
14   "In November 2001, the Indian government
15   shuttered WAMY's offices in that country
16   for allegedly financing banned terrorist
17   groups, including Lashkar-e-Taiba and
18   Jaish-e-Mohammed."  And you cite at
19   footnote 264 a document, FED-PEC
20   234023-234024, and that is an article from
21   the India -- or The Times of India,
22   correct?
23        A.      I believe so, yeah.
24                MR. GOETZ:  Could we get from
25   our exhibits for today Exhibit 1 up,

Page 539

```
 1                   KOHLMANN
 2   please.  So this would be 1028, I believe.
 3               (Exhibit 1028 marked for
 4   identification.)
 5        Q.      Is this the document that you
 6   were referring to for that proposition?
 7        A.      I believe so.
 8        Q.      This article, would you agree,
 9   This Times of India article, is a tertiary
10   source?
11        A.      Yeah, sure, it is a tertiary
12   source.
13        Q.      The reporter, or the by line is
14   a Shaik Ahmed Ali, and he cites unnamed
15   sources for the information in his article,
16   correct?
17        A.      Yeah, yeah, I believe he does.
18        Q.      So you don't know where the
19   information came from other than these
20   unnamed sources, these unnamed officials,
21   correct?
22        A.      That's correct.  I mean, that's
23   why I footnoted it clearly to the source.
24        Q.      Well, my question is you don't
25   know where his information came from, you
```

1                    KOHLMANN

2  don't know who gave him the information,

3  right?

4        A.       No, no.  But, I mean, to be

5  fair, to be fair, like I don't trust

6  newspapers when they source -- when they

7  cite sources within Al-Qaida, but when an

8  Indian newspaper cites sources within the

9  Indian government or Indian police, that's

10  significant enough to mention, at least in

11  my analysis, that's significant enough to

12  mention.  The same reason why if a

13  newspaper reports that, you know, an event

14  happened on this day, you know, a local

15  event, it is probably accurate.  But I

16  agree, it is a tertiary source.

17        Q.       Mr. Kohlmann, just so we can

18  use our time efficiently, please listen to

19  my questions carefully.  The only question

20  I asked is you don't know who the

21  individuals were who gave him the

22  information, correct?

23        A.       Correct.

24        Q.       And the answer to that question

25  would be yes, right?

```
                                        Page 541
 1                    KOHLMANN
 2               MR. HAEFELE:   Objection to
 3      form.
 4        A.      Correct.
 5        Q.      Do you know the methods that
 6      this reporter, Mr. Ali, used to collect his
 7      information?
 8        A.      No, I don't.
 9        Q.      Do you know if he has any
10      particular bias, anti-Muslim bias?
11        A.      Well, it is an Indian
12      newspaper, so my immediate assumption is
13      that there is going to be probably some
14      level of anti-Muslim bias, yes.
15        Q.      And what about the level of
16      anti-Muslim bias that Mr. Ali has, do you
17      know one way or the other?
18        A.      No, but I just assume with
19      Indian sources in general that there is
20      going to be some level of anti-Pakistani,
21      anti-Muslim bias.  I mean, that's just to
22      be expected I think.
23        Q.      So I'm looking at, if we can go
24      to the last paragraph or the last page of
25      this article, and, why is that, there is a
```

Page 542

```
 1              KOHLMANN
 2  section that is blocked out.  Yeah, that
 3  was --
 4              MR. GOETZ:  Can we go off the
 5  record for a second.
 6              THE VIDEOGRAPHER:  The time is
 7  10:12.  We are going off the record.
 8              (Discussion off the record.)
 9              THE VIDEOGRAPHER:  The time is
10  approximately 10:15.  We are back on the
11  record.
12  BY MR. GOETZ:
13      Q.    So, Mr. Kohlmann, the second
14  paragraph on that page indicates "WAMY is
15  reportedly funding" -- or "WAMY is
16  reportedly providing funds for several
17  organizations including Laskhar-e-Toiba and
18  Jaish-e-Mohammed besides the Students
19  Islamic Movement of India (SIMI), all
20  banned by the Centre."
21              There is no attribution of who
22  provided that report, at least in this
23  paragraph, correct?
24      A.    Yeah, aside from saying police
25  officials, that's correct.
```

Page 543

1              KOHLMANN

2      Q.      And "Police officials," in the

3  next paragraph, "say that WAMY has presence

4  in Delhi, Mumbai," I'm not even going to

5  try to pronounce the next city, "Lucknow,

6  Aligarh, besides Hyderabad." And then it

7  said "It had its offices in Mumbai and

8  Delhi which were closed soon after the

9  Centre imposed a ban on SIMI."

10              Did I read that correctly?

11      A.      As best as I could, because I

12  can't pronounce Thirvuanathapuram either.

13      Q.      All right.  So it doesn't state

14  in here, in this article, the point that

15  you cite it for, "The Indian government

16  shuttered WAMY's offices in that country

17  for allegedly financing banned terrorist

18  groups including Laskhar-e-Toiba and

19  Jaish-e-Mohammed."

20              As I read the article, it says

21  that two offices were closed soon after the

22  Centre imposed a ban on SIMI.  Would you

23  agree that there is somewhat of a

24  disconnect between your report and the

25  article?

Page 544

1                    KOHLMANN
2                    MR. HAEFELE:   Objection to
3      form.
4          A.      No, I disagree with that.
5          Q.      All right.  Well, certainly
6      would you agree that your report seems to
7      indicate that -- well, there is no
8      distinction in your report as to whether
9      any WAMY offices were left open after that,
10     and there is no clarification in your
11     report as that the offices in Mumbai and
12     Delhi were closed soon after the Centre
13     imposed a ban on SIMI, that part of the
14     article did not carry over to your report,
15     did it?
16                   MR. HAEFELE:   Objection to
17     form.
18         A.      The last part I don't know
19     about.  The first part I think -- I think
20     it is correct, I didn't say whether or not
21     other WAMY offices had not been closed,
22     although I don't know that that's relevant
23     to the point I was making.  But it is true,
24     I didn't say that there were other offices
25     that might have stayed open, sure.

Page 546

```
 1                    KOHLMANN
 2   end of this month.
 3              Did you ever get a copy of that
 4   report if it was ever issued?
 5        A.    I don't know that I was ever
 6   able to get a copy of that report, no.
 7        Q.    Was there a report even issued;
 8   do you know?
 9        A.    I wasn't able to get a copy of
10   any such report, so honestly I can't say
11   whether it was or it wasn't.
12        Q.    Are you aware that a former
13   WAMY official has testified under oath in
14   this case that WAMY never had an office in
15   India?
16        A.    I am not familiar with that,
17   no.
18        Q.    So in preparing your report in
19   this case, you make this factual claim.
20   Did you ever reach out to the plaintiffs'
21   counsel and say well, I'm making this
22   claim, are there any other evidence or
23   information that was learned during
24   discovery that I could use to compare and
25   contrast this article to?
```

```
                                          Page 547

 1                    KOHLMANN

 2        A.      Well, just because of the fact

 3   that someone denies something, that doesn't

 4   mean it's not true.  WAMY has denied lots

 5   of things over the years.  I just don't

 6   have any faith in the affirmations made by

 7   WAMY officials.  They have made

 8   affirmations about lots of things that have

 9   turned out not to be true.

10              So I think my, you know,

11   comparative analysis is based on evaluating

12   sources that are reliable.  Taking the word

13   of WAMY saying that something didn't, I

14   can't, I'm sorry, you know, I -- I didn't

15   note in here that WAMY said it didn't

16   happen, but I don't know that that's

17   relevant to my analysis because I don't

18   trust WAMY.  I don't trust anything that

19   WAMY says.

20        Q.      Mr. Kohlmann, that wasn't my

21   question.  My question was simply, and I'm

22   going to ask it again, so please listen

23   carefully, did you ever ask plaintiffs'

24   lawyers if there was any information about

25   WAMY's offices in India that was
```

Page 548

1                    KOHLMANN

2     inconsistent with your information in this

3     Times of India report?

4              MR. HAEFELE:  I object to the

5     form and asked and answered.

6         A.      Yeah, I --

7         Q.      Do you even make the inquiry?

8         A.      I think I can answer this again

9     which is that I was provided with certain

10    materials.  I looked up anything I could

11    not find.  Some materials were unavailable

12    to me.  And as far as WAMY, I don't trust

13    what their officials say, I can't take

14    those affirmations because they have made

15    those affirmations before and --

16              MR. MOHAMMEDI:  That is not

17    responsive.

18              MR. HAEFELE:  It actually is

19    responsive.

20        Q.      Just finish your answer,

21    please.

22        A.      Sure.  Once again, as I said,

23    unfortunately, the affirmations of WAMY

24    officials don't carry that much weight when

25    they are denying aspects of, you know,

Page 588

1               KOHLMANN

2        A.      Let me finish.  I've got to

3   finish here.

4        Q.      No, you don't, because I'm

5   asking about WAMY.

6        A.      Excuse me, there was -- excuse

7   me, excuse me, there was a WAMY individual

8   cited in that case, quoted in that case,

9   Suleman Ahmer, the operations manager for

10  both BIF and also someone who was a WAMY

11  official.  If you are telling me he is not

12  a WAMY official, I have video of him

13  speaking on behalf of WAMY at a WAMY summer

14  camp.

15              So, you know, again, I think

16  you have to be careful here.  I understand

17  you are thinking about northern Virginia,

18  but there are other WAMY personnel in the

19  U.S., and some of those people have run

20  afoul of the law.  So I think, you know --

21       Q.      Okay, we will come back to

22  that.

23       A.      Suleman Ahmer is a WAMY

24  representative.  He might have also been

25  BIF, but he was a WAMY representative.  He

Page 589

```
 1              KOHLMANN
 2  spoke in the U.S. and he was raising money
 3  for jihad in Chechnya on behalf of WAMY.
 4       Q.      We will come back to Mr. Ahmer.
 5              But just focusing back on 176,
 6  you are aware that Abdullah Bin Laden left
 7  the United States in 2000, are you aware of
 8  that?
 9       A.      Yeah, approximately then, yes.
10       Q.      And he ended -- he was no
11  longer the representative of WAMY in June
12  of 2004.  Were you aware of that?
13       A.      I believe so, yes.
14       Q.      So why did you feel it
15  necessary when you wrote your report to
16  characterize this as Abdullah Bin Laden's
17  WAMY office in Virginia?
18       A.      Because of the fact that a lot
19  of people who are familiar with this office
20  are familiar with it, the office that was
21  run by Abdullah Bin Laden.  The fact that
22  he stepped down a year or two before this
23  happened, you know, that's how it's known.
24  I was referring to it so it was clear.
25       Q.      You don't, well, you don't
```

Page 590

```
 1                    KOHLMANN
 2   think that you put Abdullah Bin Laden just
 3   to bring in the Bin Laden name in
 4   connection with WAMY's office, that's why
 5   you didn't do it?
 6              MR. HAEFELE:  Objection to
 7   form, argumentative.
 8        A.     Now you are assuming what my
 9   motivations are.
10        Q.     Well, all right, strike that.
11              But suffice to say you don't
12   dispute that WAMY's office in Virginia at
13   that time was headed by an entirely
14   different individual in June of 2004, you
15   don't dispute that, do you?
16        A.     No, I think it was a different
17   individual, that's correct.
18        Q.     And you know WAMY or WAMY USA
19   had never been designated as an SDGT or
20   FTO, correct?
21        A.     They have never been designated
22   by the Treasury Department, that's correct,
23   yes.
24        Q.     Or the State Department?
25        A.     Or the State Department, that's
```

Page 591

```
 1                    KOHLMANN
 2   correct, sorry, yes.
 3        Q.      No sanctions have ever been
 4   imposed on WAMY or WAMY USA by any U.S.
 5   government agency, correct?
 6        A.      That I can't answer.  I don't
 7   know the -- you are asking any U.S.
 8   government agency has ever taken action
 9   against WAMY?  I have never worked for the
10   U.S. government.  There is plenty of
11   agencies in the U.S. government that don't
12   share information with me.  I cannot answer
13   that question authoritatively.
14        Q.      Are you aware that the office
15   of WAMY USA remains registered up to the
16   present date, 2021?
17        A.      I am, yeah, I am.
18        Q.      Let's look at paragraph 183 of
19   your report.  This is the Sheikh Saleh
20   al-Buraik paragraph.  Do you have that in
21   front of you?
22        A.      I do, yes.
23        Q.      In your report you indicate
24   that Sheikh Saleh al-Buraik, a WAMY
25   employee who has provided anti-American
```

Page 592

1                    KOHLMANN

2  lectures at WAMY's summer youth camps, and

3  then it is footnote 276, and you cite two

4  documents.  So I want to ask you some

5  questions about that portion of that

6  paragraph.

7                    When were those -- these

8  lectures at WAMY's summer youth camps, when

9  were they given?

10      A.      I don't know the date offhand.

11  I'm sorry, I don't recall.

12      Q.      Where were they given?

13      A.      I believe in Saudi Arabia,

14  because that's the same place that

15  al-Buraik did with the IIRO summer camps

16  and got in a lot of trouble over it.

17      Q.      And what, when you claim that

18  al-Buraik was a WAMY employee, what was his

19  position?  What did he do for WAMY?

20      A.      Well, he is a member of the

21  Union of Good, but I have to take a look at

22  what else -- what other role he played.  He

23  played a role in both WAMY and IIRO.  He

24  lectured at both WAMY and IIRO summer

25  camps, but I would have to dig out exactly

Page 593

```
 1              KOHLMANN
 2   what other his role was in WAMY.
 3        Q.    Well, again, this is my only
 4   chance to ask you questions, Mr. Kohlmann,
 5   about your report, and your report
 6   indicates he is a WAMY employee.  And, you
 7   know, where did he work, what did he do?  I
 8   mean --
 9        A.    Well, he -- he was a lecturer
10   at WAMY summer camps, but for what else he
11   did, I'm sorry, I can't answer off the top
12   of my head.  I'm going to have to dig that
13   up.  He spoke to both, and, again, it's
14   fair to note that he spoke at both summer
15   camps for International Islamic Relief
16   Organization as well as WAMY, but my
17   understanding is that he is a WAMY employee
18   and he did speak at WAMY summer camps.  If
19   you want more detail though, I'm sorry, I
20   can't answer that here, I would have to --
21   I would have to look more to the source,
22   I'm sorry.
23        Q.    So as you sit here today, other
24   than speaking at WAMY camps, you can't tell
25   me anything Sheikh Saleh al-Buraik did for
```

Page 594

```
 1                    KOHLMANN
 2   WAMY; is that right?
 3        A.      I believe he also performed
 4   other functions for the organization, but
 5   it's the lectures, it's the speaking
 6   lectures and whatnot that come to mind.
 7   I'm going to have to see what else he did.
 8   I honestly can't answer that question
 9   offhand.  I don't remember.
10        Q.      Right, I get that.  But I guess
11   when you say belief, you know, I just need
12   facts.  So just listen to my question.
13   Anything other than your belief, can you
14   give me any more details where, what,
15   anything like that, in terms of what he did
16   when you claim he is a WAMY employee?
17              MR. HAEFELE:  Objection to
18   form.
19        A.      My report is 60 pages long.  I
20   have 300 footnotes.  I honestly -- I'm
21   sorry, I can try to look it up and I can
22   try to deliver that to plaintiffs' counsel,
23   but off the top of my head, I don't recall.
24   What I recall is his work with WAMY summer
25   camps, right, as a lecturer at WAMY summer
```

Page 595

1                     KOHLMANN
2    camps.  But what other roles he played at
3    WAMY, I could answer that question, but I
4    can't answer that question right now
5    because I don't know off the top of my
6    head.
7        Q.     All right, so whether or not,
8    fair to say as you sit here today, you
9    cannot answer the question if he did
10   anything else at WAMY, for WAMY, other than
11   lecture at summer camps?
12            MR. HAEFELE:  Objection to
13   form.
14       A.     My understanding is he did, but
15   in order to tell you exactly what other
16   roles he played I'm going to have to look
17   it up.  I can't, I'm sorry, I can't
18   remember.
19       Q.     All right, so let's look at the
20   sources that you cite.  In footnote 276,
21   the first is I think FED-PEC 234957-234961
22   is an article in which the author is the
23   Foundation for Defense of Democracies.
24   Could we pull up today's Exhibit 9, please.
25            (Exhibit 1034 marked for

Page 597

```
 1                    KOHLMANN
 2   purposes of citing this stuff in creating
 3   footnotes.
 4        Q.    All right, and maybe I didn't
 5   ask the question clearly.
 6             But there is nothing in your
 7   report that indicates, I will use the
 8   acronym FDD, has been identified as part of
 9   the Israel lobby in the United States,
10   that's not in your report, is it?
11        A.    Well, no, but I'm not citing
12   them for the truth about whether the
13   Israeli/Palestinian conflict is, you know,
14   is the responsibility of Israel or Muslims.
15   Here I believe is a specific quote from
16   al-Buraik and I don't think that that's a
17   secret because of the fact that al-Buraik,
18   I mean, the head of IIRO had to apologize
19   after al-Buraik gave a speech to a summer
20   camp in Saudi and said crazy things.
21             So it is not, I mean, it's not
22   like al-Buraik has a long history of being
23   a moderate and a peaceful guy and then all
24   of a sudden Foundation for Defense of
25   Democracies said that he said something,
```

```
                                     Page 598
 1                   KOHLMANN
 2    you know, radical.  Even the -- even the
 3    defendants here in some cases have had
 4    problems with al-Buraik saying things at
 5    these summer camps that went beyond the
 6    pale.
 7                   So, again, I, you know, I take
 8    your point, Foundation for Defense of
 9    Democracies, certainly they have bias and
10    it is certainly a relevant consideration,
11    but as far as I understand it, they are
12    literally just quoting al-Buraik here.  I
13    can't read this very well, but I believe,
14    you know, again, I have 300 sources, so I
15    can't remember every single one offhand,
16    but I believe this is literally just
17    examples of things that he has said that
18    are radical.
19                   MR. GOETZ:  So move to strike,
20    nonresponsive, everything after "No."
21        Q.     Mr. Kohlmann --
22                   MR. HAEFELE:  Objection.
23        Q.     Are you aware that Christopher
24    Bail, a professor at Duke University, has
25    described FDD as part of -- well, as an
```

Page 599

```
 1                     KOHLMANN
 2   anti-Muslim fringe organization?
 3        A.      I am not familiar with that
 4   description.  However, I know people who
 5   work at FDD, and while I don't necessarily
 6   always agree with them on every political
 7   issue in the world, the idea that they are
 8   an anti-Muslim hate organization is a bit
 9   of a stretch.
10        Q.      Well, it has been described as
11   one of the key organizations peddling
12   Islamophobia in the trans-Atlantic network.
13   Are you aware of that?
14        A.      Again, I don't know who wrote
15   this, because you didn't give a source for
16   that, but I know people at FDD.  I know
17   people at FDD who at one time at least were
18   Muslims.  I don't believe that that's
19   accurate.
20              Again, if you are asking do I
21   agree with their political stances, I don't
22   agree with their political stances for the
23   most part.  But in terms of it being an
24   anti-Muslim hate group, I think that's
25   overstating the case by a lot.
```

Page 600

```
 1                    KOHLMANN
 2              In any event, there is no
 3   reason to believe that the statements that
 4   they produced here are false.  There is
 5   just no reason to believe that they are
 6   false.  They are literal quotes.  And there
 7   is no reason to believe that Saleh
 8   al-Buraik is a moderate and that these
 9   quotes don't apply to him.  I mean, again,
10   this is -- I understand that you don't like
11   FDD, but what does that have to do with
12   what Saleh al-Buraik said?
13              MR. GOETZ:  Move to strike
14   everything after "There is no reason,"
15   nonresponsive.
16        Q.    Mr. Kohlmann --
17              MR. HAEFELE:  Objection.
18        Q.    -- the article talks about more
19   than quoting al-Buraik.  And I know it is
20   hard to read, maybe if you can pull it up
21   on your Exhibit Share --
22        A.    I'm sorry, which exhibit number
23   is it again?
24        Q.    This is 1034.
25        A.    I don't have -- I don't have
```

Page 601

```
 1              KOHLMANN
 2  anything after 1023.
 3       Q.    You have to refresh.
 4       A.    Yeah, I did that, several
 5  times.
 6              THE CONCIERGE:  Mr. Kohlmann,
 7  make sure you are in today's folder.
 8              THE WITNESS:  Wait a second.
 9  There is another folder.  Here you go.
10  Okay, now I have it in front of me, okay.
11  Let me take a look real fast.  Yeah, sure,
12  so, you know.
13       Q.    So isn't it true that the
14  article from the FDD claims that WAMY
15  employs Sheikh Saleh al-Buraik?
16       A.    That's correct.
17       Q.    So, I mean, that's -- that's an
18  assertion of fact, that's not a quote,
19  right, that's the claim in this article
20  that WAMY employs Sheikh Saleh al-Buraik?
21       A.    They do claim that, yes.  I
22  mean, I think -- I think -- I actually
23  think that may be an incorrect assertion,
24  but that's besides the point, they do claim
25  that, yes.
```

Page 602

1              KOHLMANN

2       Q.      And in citing this article in

3   support of that assertion of fact, and I

4   understand you have got the citation, but

5   you don't include anything in your report,

6   you don't write in your report FDD is part

7   of the Israel lobby or anything that

8   identifies the bias of the source of that

9   claim, that is not in your report, is it?

10      A.      Well, if Mr. al-Buraik is

11  employed by WAMY, it is a fact, and I'm not

12  sure I understand what the bias is here.  I

13  think this is sort of splitting hairs,

14  because al-Buraik definitely worked for

15  WAMY.  He definitely worked as a lecturer

16  at their summer camps.  As for any other

17  roles that he played, I would have to dig

18  into that a little deeper.

19              But, again, this seems to be a

20  factual statement.  You could say WAMY

21  employed Sheikh Saleh al-Buraik at his --

22  at their summer camps, which would be more

23  specific and maybe even more accurate, but

24  I don't -- I guess what I'm saying is I

25  understand what you are saying about bias,

```
                                              Page 603
 1                    KOHLMANN
 2    but I don't understand how that applies to
 3    this particular fact.
 4                    This goes back to what I was
 5    saying before about newspaper articles,
 6    right?  If a newspaper article says a fact
 7    that's not really in direct dispute, you
 8    know, I understand the tertiary source and
 9    I understand there is bias, but, you know,
10    Mr. al-Buraik doesn't deny that he spoke at
11    these summer camps.  He doesn't deny that
12    he worked as a lecturer for WAMY.  So I
13    don't --
14         Q.    Well, I think --
15         A.    I'm not -- I'm not, you know,
16    I'm not -- I don't see -- I can't perceive
17    what the issue is here or what the problem
18    is.  Again, if it was Front Page Magazine
19    or the Foundation for the Defense of
20    Democracies saying that there is secret
21    evidence that WAMY was involved in, you
22    know, funding this terrorist act and only
23    we have it, I would say hold on a second,
24    you know.  But I don't think that's what
25    this is, at least not in my mind.
```

Page 604

1                    KOHLMANN

2       Q.      So, Mr. Kohlmann, is it your

3   testimony that you understand that just

4   because somebody comes to speak at a WAMY

5   function that that fact that the person is

6   giving a lecture or a talk in and of itself

7   means the person is employed by WAMY?

8       A.      Not necessarily.  In this case,

9   though, if you are speaking at WAMY summer

10  camps and you are a lecturer there, I mean,

11  it is a fair description to say you are an

12  employee.  He might have done other things

13  too.  I really, you know, I'm telling you

14  what the bare minimum is here, right?

15            But I think this is sort of

16  splitting hairs.  WAMY employed Sheikh

17  Saleh al-Buraik, or Sheikh Saleh al-Buraik

18  speaks on behalf of WAMY at their summer

19  camps.  This to me seems like it is

20  splitting hairs.  I understand that you're

21  suggesting he didn't do anything more than

22  that.  I'm not sure if that's the case.

23  Even if he just did that, though, I'm not

24  -- I don't know that that's unfair to him

25  to describe, or WAMY, to describe him as a

Page 605

```
 1                  KOHLMANN

 2     WAMY employee.

 3          Q.     Okay, you are entitled to your

 4     view.

 5                 Let's talk about

 6     frontpagemag.com.  Do you know who David

 7     Horowitz is?

 8          A.     I mean, vaguely.  I think I

 9     wrote an article for Front Page Mag way

10     back in like 2003 or something, like, or

11     2004.

12          Q.     Oh, you did?  You know the

13     Southern Poverty Law Center, you know who

14     they are, right?

15          A.     I do.

16          Q.     They are widely respected in

17     terms of the work that they do?

18          A.     Yeah, I would say they are

19     respected, although there has been some

20     controversy about them in recent years.

21          Q.     They have called Horowitz, and

22     said "Under his direction, the Freedom

23     Center that he runs has launched a network

24     of projects giving anti-Muslim voices and

25     radical ideologies a platform to project
```

Page 606

1                    KOHLMANN
2   hate and misinformation.  Funding these
3   figures and ideas fits into Horowitz's
4   multi-front information war against the
5   political left which he claims has a
6   stranglehold on mainstream culture.  A
7   fellow conservative has called him
8   something of a Stalinist."
9               Were you aware of those
10  criticisms of Horowitz and his Front Page
11  Magazine?
12      A.    When were those criticisms
13  made?
14      Q.    I cannot give you a date, but
15  it is Southern Poverty Law Center.
16      A.    So, like, you know, date is
17  everything here.  This is dated 2002 and I
18  haven't written anything for Front Page
19  Magazine in 15, 16 years, right?
20              One of the reasons I don't
21  write anything more for Front Page Magazine
22  is because of the fact that I don't
23  necessarily agree with their political
24  philosophy, right?  I don't know the idea
25  that they are a hate group is accurate, but

Page 607

```
 1              KOHLMANN
 2  obviously I don't agree with their
 3  political philosophy, so I don't write for
 4  them anymore.  But this is an article by
 5  the Foundation for Defense of Democracies,
 6  so the fact that it was published in Front
 7  Page Magazine in 2002, I think long before
 8  the Southern Poverty Law Center said
 9  anything about this magazine, and certainly
10  this is not a reflection of the magazine
11  itself, it is a reflection of something
12  written by Foundation for Defense of
13  Democracies.
14              In any event, if the argument
15  is that I should have put a different
16  source to say that Saleh al-Buraik was an
17  employee at WAMY or that he spoke at WAMY
18  summer camps, it is not a fact in dispute.
19  It is not a fact in dispute.  So, you know,
20  or at least it's not, as far as I'm aware,
21  it's not in dispute that he spoke at WAMY
22  summer camps and that he spoke on behalf of
23  WAMY.
24              So, you know, I sort of
25  understand that you are suggesting that the
```

1                    KOHLMANN
2    source is not valid, but the fact -- the
3    fact that it's in there is not really in
4    dispute.  So it sounds like we are
5    splitting hairs over the definition of
6    work, of employees or worked, and I, you
7    know, I'm willing -- I'm willing -- I'm
8    willing to concede that there is -- you can
9    describe what he did in different ways,
10   but, you know, I don't -- once again, it
11   seems -- these seem to be ancillary points
12   that are not relating to whether or not
13   this is a credible fact about him.
14        Q.    Well, if you include it in your
15   report, it is something that is important
16   to me, all right?
17        A.    Fair enough.  Fair enough.
18        Q.    So you can call it ancillary,
19   whatever you want, but we are going to talk
20   about it.  And everything in your report is
21   important.  Do you have a problem with
22   that?
23        A.    No, no, no, fair enough.
24        Q.    So the other source that you
25   cite for that proposition, and, again, just

Page 609

```
 1                    KOHLMANN
 2   to reorient us, this is the first sentence
 3   of paragraph 183 of your report about
 4   Sheikh al-Buraik, is FED-PEC 210330-210331.
 5   Could we have Exhibit, today's Exhibit 10
 6   up, please.
 7                    (Exhibit 1035 marked for
 8   identification.)
 9        Q.       And this is Exhibit 1035.  Do
10   you recognize this document?
11        A.       Yeah, I do.
12        Q.       Okay.  And this is a diplomatic
13   cable, I guess I would describe it, about
14   an interview that a political officer at
15   the embassy in Riyadh had with Saleh
16   Al-Waheibi in 2006; is that right?
17        A.       Yeah, I believe so.
18        Q.       And the lecture, down at the
19   bottom, if you could just blow up the
20   highlighted portion, the lecture Sheikh
21   al-Buraik was talking -- or that was
22   discussed between the political officer and
23   Dr. Wohaibi was given in 2006; is that
24   right?
25        A.       I believe so, yes.  Yeah, I'm
```

Page 610

```
                         KOHLMANN
 1
 2   sorry, I'm familiar with this.  I wasn't
 3   sure if you were waiting for me to read it.
 4   I have read it, yeah.
 5        Q.     No, no, that's all right.
 6               There is nothing in this cable
 7   that says anything by -- or quotes
 8   Dr. Waheibi, anything about Sheikh
 9   al-Buraik being employed by WAMY, is there?
10        A.     Other than he -- other than he
11   was a lecturer at one of WAMY's youth
12   camps.  I mean, what are camp counselors
13   usually described as?  That's why I'm
14   saying I think this is sort of splitting
15   hairs over the definition.  But, again, I
16   would rather just take the opportunity and
17   make sure that there isn't something
18   obvious that would kind of resolve this.
19   But I think, at a minimum, clearly he was
20   working at a summer camp.
21        Q.     Mr. Kohlmann --
22        A.     I don't -- I think this is,
23   again, going to just get into a debate
24   between you and me about the meaning of the
25   word "employee" and "work."  I think we may
```

Page 611

```
 1              KOHLMANN
 2  as well just leave it at, you know, he
 3  worked at the summer camp.
 4       Q.     Mr. Kohlmann, I understand
 5  that's how you are trying to characterize
 6  it.  I'm just trying to understand -- just
 7  let me finish -- I'm trying to understand
 8  the claims that you make and the sources
 9  that you cite in support of that claim,
10  okay?
11              And this source, the one we
12  have up here, Exhibit 1035, talks about --
13  it doesn't talk about Sheikh al-Buraik
14  being a counselor at the camp, it doesn't
15  talk about Sheikh al-Buraik being an
16  employee at the camp, it talks about Sheikh
17  Buraik giving a lecture at one of the WAMY
18  camps, correct?
19       A.     You have characterized that in
20  a particular way.  I have agreed with you
21  that's what it says.  But I have said to
22  you that it is my belief that that is
23  fairly described as someone who is an
24  employee or working there.  I don't -- I
25  can't answer this again and again any
```

Page 612

```
 1                    KOHLMANN
 2   differently.  You are going to get the same
 3   answer from me again and again.
 4        Q.      All right.  So this is 2006.
 5   Getting back to your footnote 183, you have
 6   a lengthy quote from --
 7        A.      Sorry, you mean section 183?
 8        Q.      Yeah.  What did I say?
 9        A.      Footnote.
10        Q.      Yeah, thank you for the
11   correction.
12        A.      That's okay, that's okay, I'm
13   just verifying, I'm sorry.
14        Q.      We have to be on the same page
15   and I appreciate you helping me with that.
16   Paragraph 183.
17        A.      Yes.
18        Q.      So you talk about, in the
19   first, you know, section before the comma,
20   again, we talk about lecturer at a summer
21   camp.  We have looked at the cable about
22   that, 2006.  Then it goes on to have a
23   lengthy quote from al-Buraik, but what you
24   quote here was not from that lecture at
25   that summer camp in 2006, was it?
```

Page 623

1                    KOHLMANN
2    that has given that kind of a ruling.
3    Again --
4         Q.    I'm not --
5         A.    I'm not familiar -- I'm not
6    familiar with any lecture by al-Awlaki or
7    anyone else endorsing that.
8         Q.    So let's -- you talked about a
9    Washington Post article.  Could we have
10   today's Exhibit 12, please.
11              (Exhibit 1037 marked for
12   identification.)
13        Q.    Are you familiar with the long
14   piece in the New York Times from August 27,
15   2015 about Anwar al-Awlaki?
16        A.    I don't know if I have read
17   this article.  I know Scott Shane, but I
18   don't know if I have read this article
19   offhand.  I can't remember.
20        Q.    And this article, 2015, that
21   would be approximately 13 years after he
22   left, al-Awlaki left the U.S., right?
23        A.    It is about '12 or '13
24   approximately.
25        Q.    Go to page 4.  Immediately

Page 624

```
 1            KOHLMANN
 2  after the 9/11 attacks, he personally,
 3  Awlaki, personally condemned the attacks;
 4  is that right?
 5       A.    He condemned the attacks in
 6  front of a certain audience, yes, but then
 7  he said something else to other people.
 8  So, once again, the fact that he denied it
 9  publicly is just a reflection of the fact
10  that he was sophisticated enough not to
11  tell this to the Washington Post.  So I,
12  yeah, the fact that he declared that to a
13  western audience, you have to be very
14  careful about taking that -- taking that at
15  face value.
16       Q.    I'm just asking it, publicly he
17  condemned the attacks, and your answer
18  is --
19       A.    To a --
20            MR. HAEFELE:  Objection to
21  form.
22       A.    To a western audience he did.
23  To a western audience he did.  However,
24  there is evidence that in other circles he
25  may have had a different message based on
```

Page 625

```
 1                   KOHLMANN
 2   his own comments about what he wrote in his
 3   blog and what he said in his lectures, like
 4   in Constants on the Path of Jihad, he seems
 5   to have been telling other people other
 6   messages at that time.
 7       Q.      And the article continues, down
 8   at the bottom, "He denounced the 9/11
 9   attacks but in the same breath would
10   criticize America's record in the Middle
11   East.  Reporters were impressed.  The New
12   York Times wrote that Awlaki, just 30, was
13   being held up as a new generation of Muslim
14   leader capable of merging east and west."
15             Would you agree that's in
16   accord with his -- how he was popular --
17   popularly perceived at least in the U.S.
18   media at the time?
19       A.      I think he was popularly
20   perceived in western media at the time this
21   way, yeah, yeah.  I don't know that
22   everyone in the Muslim community thought
23   the same thing.  But I know that in western
24   media this was a common reaction in like
25   2001, early 2002, yes.
```

Page 626

1              KOHLMANN

2      Q.      And he was invited to speak,

3   this is on page 5, he was invited to speak

4   at the U.S. Capitol after the terrorist

5   attacks of September 11?

6      A.      I believe -- I believe so.  I

7   don't recall exactly, but that sounds about

8   right.  That sounds about right.

9      Q.      And on page 7, he was, in

10  February of 2002, he was invited to speak

11  at the Pentagon.  Were you aware of that?

12     A.      I believe so.  I believe I

13  recall that.  Obviously it says it here in

14  the article, but I believe that that's

15  true, yes.

16     Q.      Do you, and you don't -- do you

17  have any publicly disseminated writing by

18  al-Awlaki in the United States prior to his

19  departure in 2002 where he advocated

20  support of Al-Qaida, supporting terrorism,

21  supporting any act of violence against the

22  United States?

23              MR. HAEFELE:  Objection to

24  form.

25     A.      I'm going to have to dig into

Page 629

1                    KOHLMANN

2  record, the beginning of media three.

3  BY MR. GOETZ:

4      Q.      Mr. Kohlmann, we are turning to

5  a different topic.  Looking at paragraphs

6  187 to 189 of your report, you can just

7  pull those sections of the report up and

8  then I will ask you some questions about

9  that.

10     A.      Sure.  I have it right here in

11 front of me.

12     Q.      Perfect.  So paragraph 187, you

13 indicate that Lajnat Al-Birr, you have that

14 as, quote, "the precursor to BIF," and BIF

15 in the English is Benevolence International

16 Foundation.  Do you know what it is in

17 Arabic?

18     A.      Benevolence International

19 Foundation?  Well, this is -- the way it

20 says it here, it is the Islamic Benevolence

21 Foundation, but they use those two names

22 interchangeably.  In English they called it

23 Benevolence International.  Frequently in

24 Arabic they called it Lajnat al-Birr

25 al-Islamiyya, LBI.

Page 631

1                    KOHLMANN
2    of translation; would you agree with that?
3                    MR. HAEFELE:  Objection to
4    form.
5        A.    That's misleading.  If you are
6    saying it's not the literal translation,
7    no.
8        Q.    That's what I'm saying.
9        A.    It is a known alias.  So I
10   don't --
11       Q.    I understand that's your
12   theory, but I'm just asking you about
13   literal translation.
14                So you agree with me that from
15   a literal translation point of view, Lajnat
16   al-Birr al-Islamiyya references LBI, not
17   BIF, right?
18                MR. HAEFELE:  Objection to
19   form.
20       A.    Again, you are confusing it.
21   If you are saying -- the only thing I would
22   agree with in what you just said is Lajnat
23   al-Birr al-Islamiyya translated to English
24   does not translate exactly into Benevolence
25   International Foundation, it translates

Page 632

1                      KOHLMANN
2   into the Islamic Benevolence Foundation, or
3   the Islamic Benevolence Foundation, or
4   Benevolence Islamic Foundation, depending
5   on how you say it.  But that's what I would
6   -- based on what you said, what I would
7   agree with is that the translation of
8   Lajnat al-Birr al-Islamiyya is
9   Benevolence -- is Islamic Benevolence
10  Foundation, not Benevolence International
11  Foundation, the literal translation.
12       Q.      Okay.  And you are making that
13  translation as a non-Arabic speaker?
14               MR. HAEFELE:  Objection to
15  form.
16       A.      Well, I know enough Arabic to
17  say that.
18       Q.      All right.
19               MR. GOETZ:  Well, one thing for
20  the record, just to clarify, we had been
21  talking about a couple of exhibits and I
22  don't know that I referenced them by
23  exhibit number.  I want to do that now.
24  The al-Buraik eulogy that we referenced,
25  that's 1036, and the New York Times article

Page 637

1              KOHLMANN

2  org chart, corporate org chart, anything

3  like that?

4      A.    I didn't request it, but I

5  don't -- I don't know necessarily that it

6  would have been definitive to what I needed

7  to do.  I have -- I have reams of evidence

8  showing how BIF has operated as a child of

9  WAMY, so seeing a corporate structure to

10  demonstrate that didn't seem to be directly

11  relevant, but I wasn't offered it either.

12      Q.    I'm asking you something very

13  particular now.  I'm just asking you about

14  your part of the report where you are

15  relying upon this article for saying, and I

16  know you put it in quotes, but WAMY is the

17  former chairman -- I'm sorry, Batterjee is

18  the former chairman of WAMY.

19              And I guess my question is did

20  you ever look to see, well, did WAMY ever

21  have a position of chairman?  Are there any

22  WAMY documents that show that this position

23  ever even existed?

24      A.    I did not, because I assumed

25  that when he said chairman, he was using it

Page 653

1                          KOHLMANN
2    website.
3         Q.     Okay.  The part of I guess it
4    is footnote 287, is this the document that
5    you are citing at footnote 287 in your
6    report, paragraph 189?
7                    MR. HAEFELE:  Objection to
8    form.
9         A.     It might be, but it is a
10   different website, so I can't say for sure
11   it is.  You see the URL is different.  You
12   can see the URL at the bottom of what you
13   are showing here is different.  The
14   information might be the same, but it is a
15   different website, so I would have to
16   review it at length to determine whether it
17   really is the same.
18        Q.     Fair enough.  This is what we
19   were identifying for the OFAC list with
20   respect to Benevolence International
21   Foundation.  And that has, amongst
22   addresses, but it also has an aliases
23   section, correct?
24        A.     Yes, it does.
25        Q.     And the alias section does not

Page 654

1                    KOHLMANN
2    include Lajnat al-Birr al-Islamiyya, does
3    it?
4         A.    It does not include that
5    particular alias, no.
6         Q.    Okay.  It doesn't include the
7    World Assembly of Muslim Youth, does it?
8         A.    Not in this document, no.
9         Q.    And BIF was designated in, what
10   year, 2003?
11        A.    The case, the investigation of
12   the case I believe was 2002.  I don't
13   remember exactly when it was designated,
14   but I remember the investigation in Chicago
15   was late 2001-2002.
16        Q.    And WAMY USA has never been
17   designated as we have talked about,
18   correct?
19        A.    I don't believe WAMY's offices
20   have been individually designated, no.  I'm
21   not sure.  Sorry, I should say WAMY as an
22   organization hasn't.  I can't recall if any
23   individual WAMY offices have or have not.
24   I can't remember offhand.  It is possible
25   they haven't, I just can't remember.

```
                                    Page 656
 1                     KOHLMANN
 2   It is hard to say because it is
 3   transliterated from something.
 4        Q.      And what about the first one,
 5   do you recognize that?
 6        A.      Are you referring to Al Bir Al
 7   Dawalia?
 8        Q.      Yes.
 9        A.      Yes, I'm familiar with that as
10   another alias of BIF.
11                MR. GOETZ:  So let's look at
12   Exhibit, today's Exhibit 19, and this has
13   been previously marked and entered as
14   Exhibit 915.
15        Q.      Do you recognize this document?
16        A.      Not offhand, no.  I would need
17   to see a translation.
18        Q.      All right.  Can we scroll down,
19   please.  Take your time, review that, and,
20   for the record, this is Exhibit 1042.
21        A.      Yes, I have read this.
22        Q.      All right.  So do you have any
23   reason to dispute the authenticity of this
24   document, the Arabic?
25        A.      Well, not the translation, just
```

1              KOHLMANN

2    It doesn't say that.  It just says there is

3    two organizations with the same name.

4              So yeah, again, I draw

5    attention to the timing of this letter and

6    I note that this is exactly the time where

7    BIF's accountant was caught by the Saudis,

8    and WAMY would have had every motivation

9    and incentive to try to put as much

10   distance between itself as possible with

11   BIF.

12        Q.      Okay.  So I need to unpack that

13   answer a little bit.  You were very helpful

14   in providing a lot of information.

15              The BIF logo on the envelope,

16   you are talking about the one referencing,

17   or in respect to Ahmed Ajaj, right?

18        A.      Correct, yes.

19        Q.      We will talk about that.  I

20   didn't see any other documents cited in

21   your report where you claim that they are

22   BIF documents indicating BIF to be the

23   child of WAMY.

24        A.      I believe that the cover of

25   the -- I have to double-check on this, but

Page 660

1           KOHLMANN

2   I believe that the cover of the Arab

3   Partisans in Afghanistan book, I know it

4   has the logo of BIF and I'm pretty sure

5   underneath it it says a project of WAMY or

6   a subsidiary of WAMY, but I can verify

7   that.

8       Q.      Okay.

9       A.      It's in the book.  You guys --

10  you guys -- you guys have a copy of the

11  book.

12      Q.      I get that.  I just want to

13  make sure I understand what you are talking

14  about, sir.  And so as I understand --

15      A.      And, sorry, sorry --

16      Q.      Let me finish my question.

17              Just so I understand it, you

18  are saying, you call it Arab Partisans, it

19  is also called the Arab Volunteers book by

20  Basil Muhammad, that one?

21      A.      Yeah, we refer to this, it is

22  simpler to refer to it as the BIF book,

23  because that's what we call it.

24      Q.      I will call it the Basil

25  Muhammad book if it is okay with you, but

Page 661

1                    KOHLMANN
2    we are talking about the same thing.
3              So we have got the envelope, we
4    have got the Basil Muhammad book.  Is there
5    anything --
6         A.    Third part, yes, there is a
7    video called The Balkan War which was
8    produced by BIF and at the very end I
9    believe they show the BIF logo and, if I
10   remember correctly, once again they say a
11   subsidiary of WAMY.  I have to double-check
12   that though.  But it is usually -- it is
13   the -- it is the logo, it has usually the
14   logo and the writing underneath in Arabic
15   and it almost always says the same thing,
16   so I have double-check to be sure, but The
17   Balkan War.
18        Q.    Okay.  Anything else?
19        A.    Other than a fundraising video,
20   or other than a book that was published and
21   other than an envelope?  I mean, I don't
22   know.  Those are the -- those are the
23   examples we have from that period of
24   original content.  So I would have to take
25   a look and see whether or not I have any

```
 1                    KOHLMANN
 2              MR. GOETZ:  First page, please.
 3        Q.      All right, so the first
 4   paragraph of this document, if you could
 5   just blow that up, would you agree,
 6   Mr. Kohlmann, that the purpose of this
 7   report, the CRA report, the CRA
 8   investigation, was to "determine whether
 9   the registration of the World Assembly of
10   Muslim Youth (the 'Organization')," meaning
11   referring to Canada, "should not be revoked
12   in accordance with subsection 168(1) of the
13   Income Tax Act."
14              That was the purpose of the
15   CRA's report or the focus of the report,
16   correct?
17              MR. HAEFELE:  Objection to
18   form.
19        A.      I believe so, yes.
20        Q.      This is not -- okay, well,
21   that's fine.
22              And let's go to -- back to
23   Exhibit 930, please.  And while we are
24   pulling that up, Mr. Kohlmann, did you ever
25   provide any information to the CRA about
```

```
 1              KOHLMANN
 2  WAMY?
 3      A.     Not directly, but I don't know
 4  if any information that I produced might
 5  have -- might have been delivered to them.
 6  I don't know.
 7      Q.     Did you indirectly provide any
 8  information to the CRA that you're aware
 9  of?
10      A.     Not that I'm aware of, no.
11             MR. GOETZ:  And, Michael, if we
12  could please go to 0134 -- I'm sorry,
13  031434-01 -- I'm sorry, 031434, let's pick
14  up at that page.
15             THE CONCIERGE:  Did you say --
16             MR. GOETZ:  I butchered the
17  number.  Let me do it again.  031434.
18             THE CONCIERGE:  Okay.
19             MR. GOETZ:  You know, strike
20  that.  It's in the other CRA folder.  I
21  apologize, that's my error.  This would be
22  document, today's document, Exhibit 29.  I
23  apologize for that.
24      Q.     While we are waiting for that
25  to come up, Mr. Kohlmann, can you turn to
```

1                    KOHLMANN

2    paragraphs 191 and 192 of your report.

3         A.     Yes.

4         Q.     All right.  Now, while we are

5    waiting for that document to come up, you

6    are not a forensic accountant, correct?

7         A.     Correct.

8         Q.     Have you ever conducted a

9    financial audit yourself?

10         A.     Not like this, no.

11         Q.     Have you ever analyzed the

12    audits conducted by any other financial

13    professionals to determine whether or not

14    they did or did not comply with auditing

15    standards or accounting standards?

16         A.     I mean, I don't have any formal

17    training in accounting, but if you are

18    asking have I looked at accounting

19    documents that have been recovered in

20    investigations like this and, you know,

21    helped examine them or even just studied

22    them on the side?  The answer is yes.  If

23    you are asking if I have formal training in

24    accounting, the answer is no.

25         Q.     No, I was asking if you have

```
 1                KOHLMANN
 2  ever given an expert review and opined on a
 3  basis of international accounting
 4  standards, international audit standards,
 5  whether or not an audit did or did not meet
 6  those standards.
 7                MR. HAEFELE:  Objection to
 8  form.
 9       A.     No, no, no, I have never
10  offered an opinion like that, no.
11                MR. GOETZ:  How are we coming
12  on 29?  Yeah, 29, document 29.
13                THE CONCIERGE:  So I don't have
14  that one either, so if you want to go off
15  the record and send it to me.
16                MR. GOETZ:  No.  I have been
17  advised that it is in today's folder under
18  document 29, marked 29.
19                THE CONCIERGE:  Okay, I see it.
20                MR. HAEFELE:  Let's make sure
21  it gets uploaded to share file too.
22                MR. GOETZ:  All right, thank
23  you, Michael.
24                (Exhibit 1042 marked for
25  identification.)
```

1              KOHLMANN

2        Q.       If we can go to page 031440 of

3    this audit.  Now, you've reviewed this

4    particular audit before, this portion of

5    Exhibit -- which will now be 1042, correct,

6    Mr. Kohlmann?

7        A.       I'm sorry, I wasn't sure if you

8    were asking me.  Yes, the answer is yes.  I

9    believe so anyway, yes.

10       Q.       And this is the audit that you

11   reference at paragraphs 191 and 192 of your

12   report, correct?

13       A.       That's correct, yeah.

14       Q.       And there is, in this audit,

15   under Penalty and Sanctions Recommendation

16   Report, the indication that "no

17   sanctionable concerns."  Do you see that?

18       A.       I do.

19       Q.       And you don't discuss that or

20   include that in your affirmative report in

21   this case, do you?

22       A.       No, I didn't necessarily think

23   it was relevant, so no, I didn't include

24   it.

25       Q.       Now, also on WAMY Canada, you

1              KOHLMANN

2    mention at paragraph 193 shared a common

3    director, contact information, WAMY Canada

4    and BIF Canada, but have you reviewed the

5    declaration of Mohamed Khatib, the former

6    director of WAMY Canada?

7         A.      I have, yes.

8         Q.      And for our record, we

9    previously had that marked as 926.

10              Have you reviewed the

11   declaration of Ibrahim Abdullah, the former

12   head of WAMY USA?  For the record, that is

13   Exhibit 927.  Have you reviewed that?

14        A.      I believe so.  I recall Mohamed

15   Khatib, but I don't -- the other one, it is

16   possible I did review it, just the name

17   offhand, I'm not sure.

18              MR. HAEFELE:  Fred, I just want

19   to confirm, I'm not looking at it right now

20   but I want to make sure that they are not

21   among the late declarations that you served

22   on us.

23              MR. GOETZ:  No.

24              MR. HAEFELE:  No, okay.

25        Q.      And then did you also review

1               KOHLMANN

2    the letter from Ibrahim Abdullah to

3    Dr. Babaer, Assistant Secretary General in

4    WAMY, this has previously been marked as

5    Exhibit 928, discussing Katib's resignation

6    from the organization?

7         A.     Yes, I did.

8         Q.     So you are aware, then, just to

9    summarize, that according to Mr. Katib and

10   other people associated with WAMY, that he

11   was representing multiple organizations at

12   the same time in Canada, that WAMY had no

13   knowledge that he was representing BIF

14   Canada as well as WAMY, and that he set up

15   this bank account for BIF Canada under a

16   WAMY account because BIF didn't have

17   charitable status, WAMY never knew about

18   it, and I'm just asking, are you aware

19   that, in sum, that's what Mr. Katib said in

20   his declaration?

21        A.     I am, yes.

22        Q.     All right, let's look at

23   paragraph 159 of your report.

24        A.     I'm sorry, did you say 159?

25        Q.     Yeah, paragraph 159 of your

Page 720

```
 1              KOHLMANN
 2  report, your affirmative report.
 3       A.    Okay, I have it up.
 4       Q.    In the second sentence you
 5  write "The DOD," meaning Department of
 6  Defense, "has privately accused WAMY of
 7  being 'affiliated' and 'associated' with
 8  Osama Bin Laden and Al-Qaida operations,
 9  'According to top WAMY officials, both the
10  United States and Israel must be destroyed.
11  WAMY provides financial support to the
12  Palestinians fighting against Israel.  In
13  addition, WAMY has put forward a proposal
14  that the Palestinians should declare open
15  war on Israel.'"
16            And at footnote 230 you cite
17  two detainee assessments, that of Mammar
18  Ameur, assessment July 25, 2005, and Adel
19  Hassan Hamad from June 28, 2005; is that
20  correct?
21       A.    I believe so, yes.
22       Q.    So this quote that I just read,
23  you know, "According to top WAMY
24  officials," did you provide that
25  information to DOD?
```

Page 721

```
 1                    KOHLMANN
 2        A.        I did not.
 3        Q.        Do you know if anybody at The
 4   Investigative Project supplied that
 5   information to DOD?
 6        A.        I would have no clue.  I left
 7   The Investigative Project in like late
 8   2003.  I have no idea.  I could not answer
 9   that.
10        Q.        So do you know where, when, you
11   know, DOD representatives include that, do
12   you know where that information comes from,
13   "according to top WAMY officials"?  What
14   officials, who, when, where, do you have
15   any information about that?
16        A.        Well, typically it's not one
17   source, typically DOD, they fuse together
18   several different sources, and since they
19   don't cite it here, I couldn't tell you.
20        Q.        Okay.
21             MR. GOETZ:  Could we pull up
22   document, from today, 34, and this would be
23   Exhibit 1043.
24             (Exhibit 1043 marked for
25   identification.)
```

Page 722

1              KOHLMANN
2      Q.      And do you recognize this
3  document to be the assessment of Mammar
4  Ameur that you reference in footnote 230 of
5  your report?
6      A.      Yeah, it appears to be, it is
7  dated the same.
8              MR. GOETZ:  And let's also pull
9  up document from today, number 35, and this
10  would be marked as 1044.
11              (Exhibit 1044 marked for
12  identification.)
13      Q.      And it is the detainee
14  assessment of Adel Hamad that you reference
15  at footnote 230 of your report, correct?
16      A.      Correct.
17              THE CONCIERGE:  Do you want to
18  make this one 42?  I think we skipped 42.
19              MR. GOETZ:  I thought we had a
20  42.
21              THE CONCIERGE:  Never mind.  We
22  will do 1044 and we can worry about it
23  later.
24              MR. GOETZ:  All right.
25      Q.      Looking at Exhibit, the last

Page 723

1                    KOHLMANN

2    one which we are going to reference as

3    1044, on page 1, at line 8, it indicates

4    "WAMY is a non-government organization

5    operating in Afghanistan that may be

6    affiliated with Osama Bin Laden and

7    Al-Qaida operations."

8                Do you see that?

9        A.    Yes.

10       Q.    And looking back at what we

11   have marked as 1043, if we could go back to

12   that, please, on page 2, the detainee

13   assessment regarding Ameur reads that,

14   number 10, "The World Assembly of Muslim

15   Youth is an NGO operating in Afghanistan

16   and may be associated with Osama Bin Laden

17   and/or Al-Qaida."

18               Do you see that?

19       A.    Yes.

20       Q.    So both of these assessments

21   that you cite include the qualifying term

22   "may," correct?

23       A.    Yeah, sure.

24       Q.    But your report does not carry

25   that over, does it?

Page 724

1                    KOHLMANN

2       A.      I didn't see there was a

3   meaningful difference.  It sounds odd if

4   you say -- if you add the word "may" in

5   there, I don't think it really changes the

6   meaning.  The meaning of this is that the

7   DOD is suggesting that they are associated

8   or affiliated with Al-Qaida.

9                You know, I think "may" is

10  just, you know, the truth is that's what

11  they are accusing them of here.  If it said

12  I may be associated with Osama Bin Laden, I

13  would say the DOD is accusing me of being

14  associated or affiliated with Al-Qaida.  I

15  don't -- I understand what you are saying,

16  but I don't think -- I think that's more of

17  a grammatical issue and it wasn't meant to

18  change the meaning and I don't think it

19  changes the meaning in that sentence, at

20  least my opinion is it doesn't change the

21  meaning.

22      Q.      You don't understand the word

23  "may" to be a word that expresses a degree

24  of uncertainty?

25                MR. HAEFELE:  Objection to

Page 725

1                    KOHLMANN

2    form.

3        A.      Well, I think when the DOD

4    accuses them, when I say the DOD is

5    accusing them of being affiliated or

6    associated, affiliated or associated are,

7    you know, somewhat loose in terminology,

8    and I thought that covered that issue.

9                I don't think it changes the

10   meaning.  I think the fairer -- the

11   fairer -- the fairer conclusion here is

12   that the DOD is accusing WAMY of either

13   being affiliated or associated with Bin

14   Laden.  They are accusing them.  I don't

15   know that -- they didn't put the evidence

16   here, so it is not necessarily definitive,

17   but I think that's what is being accused

18   here, yeah.  Certainly if this -- if this

19   was said about me in a DOD document, my

20   sense was I was being accused of being

21   associated or affiliated with Osama Bin

22   Laden, so that's how I took it.

23       Q.      All right, let's look at

24   document -- let's look at paragraph 195 of

25   your report.

Page 726

1                     KOHLMANN

2        A.       Okay, paragraph 195?

3        Q.       Yup.

4        A.       Yup, got it.

5        Q.       And I think you talked about

6    this earlier.  You indicate "In 1993, World

7    Trade Center bombing conspirator Ahmed Ajaj

8    was arrested in New York.  Authorities

9    seized an envelope from him containing

10   Arabic-language terrorist training manuals.

11   The envelope was marked with the letterhead

12   of BIF with a notation explaining that BIF

13   is a branch of the 'World Assembly of

14   Muslim Youth.'"

15                  Did I read that paragraph

16   correctly?

17       A.       That's correct.

18       Q.       And the authority for that, you

19   cited the footnote 295, United States

20   versus Osama Bin Laden, et al., Government

21   Exhibit 2800-A; is that correct?

22       A.       Yeah, that's the translation,

23   but the -- yeah, the translation, but

24   that's the translation of the original

25   which I believe I also provided.

Page 727

```
 1                    KOHLMANN
 2        Q.      And you've seen that exhibit
 3   yourself, right?
 4        A.      I have a copy of it, yeah,
 5   sure.
 6        Q.      And we asked your lawyers to
 7   provide us with a copy of that.  Did they
 8   communicate that request to you?
 9        A.      Yes, they did.
10        Q.      And you provided them your
11   exhibit here cited in 295.  Can we please
12   have document 26, and can we go to the
13   third page of that, please.
14                So this is what your lawyers
15   provided to us.  Is this what you provided
16   to them as being the exhibit you cite in
17   295 of your report, footnote 295?
18        A.      I believe it is.
19        Q.      All right.  There is no exhibit
20   sticker on this document, is there?
21                MR. HAEFELE:  Objection to
22   form.
23        A.      I have the one -- I have the
24   translation that has the exhibit.  It
25   describes this.  This is the original.  I
```

```
 1                    KOHLMANN
 2   don't know why you can't read this, but it
 3   is a copy of it, so presumably it just
 4   doesn't have a copy of the exhibit sticker.
 5        Q.     Well, I'm asking, to be clear,
 6   we asked your lawyers to provide us, or the
 7   lawyers that hired you, to provide us your
 8   source, what you have as Exhibit 2800-A
 9   cited at footnote 295, and the document
10   that they provided us does not have an
11   exhibit sticker.
12                MR. HAEFELE:  Objection.
13        A.     No, hold on, that's a
14   mischaracterization.
15                MR. HAEFELE:  It is also --
16        A.     I provided --
17                MR. HAEFELE:  We provided you
18   one with a sticker on it.
19        A.     I provided two different
20   documents.  2800-A has a sticker on it and
21   it is the translation of this document.
22   This document is the original document.  It
23   was paired along with it.  I don't know why
24   it doesn't have an exhibit sticker.  But if
25   you are accusing me of manufacturing
```

Page 729

```
 1                    KOHLMANN
 2   exhibits, that's false.
 3         Q.      Well, we can dig into this a
 4   little further.  I mean, the case you cite,
 5   first of all, United States versus Osama
 6   Bin Laden, do you know who the lead
 7   defendant is in that case?
 8         A.      In the case?
 9         Q.      Yeah.
10         A.      Sorry, excuse me, this is --
11   sorry, you know something, I think you are
12   right, it may be -- it is footnoted to the
13   wrong case, sorry.  It is supposedly the
14   World Trade Center bombing case.  This is
15   the wrong case, but the exhibit number is
16   correct.
17         Q.      The case you cite, and answer
18   the question, the lead defendant in the
19   case is not Osama Bin Laden, is he?
20         A.      I'm sorry, are you -- are you
21   talking about this document?
22         Q.      No, no, I'm asking something
23   else, because I'm trying to figure out what
24   you did to confirm this allegation here,
25   and you cite this U.S. versus Osama Bin
```

Page 730

```
 1              KOHLMANN
 2    Laden, and I guess what my question is,
 3    when you looked into that case, the case
 4    file, do you note that the lead -- do you
 5    know what I mean when I say "lead
 6    defendant"?
 7         A.     I guess, but I don't know.  I'm
 8    not sure what you are referring to.  I just
 9    wanted to make a note that it is the wrong
10    case that is listed here.  The footnote has
11    the wrong case that is listed here.  But
12    the -- sorry, go ahead.
13         Q.     Let me be clear.  When I use
14    the term "lead defendant," which somebody
15    is indicted in federal court and it is a
16    multi-party case, the case will carry the
17    name of the first person who appears on the
18    indictment.  So in this case, when you look
19    at case number 798-CR-1023, do you dispute
20    that the lead defendant is Hage, H-a-g-e,
21    not Bin Laden?
22         A.     You mean al-Hage?
23         Q.     Hage.  Do you dispute that he
24    is the lead defendant, Hage, not Bin Laden?
25         A.     I don't know what difference
```

```
 1              KOHLMANN
 2  that would make to my report.  I don't know
 3  if I dispute it, I have no idea.  I don't
 4  -- this is not something relevant to my
 5  report.  I cited this the way it is because
 6  this is the way the case is commonly
 7  referred to.
 8              I'm not -- you know, again,
 9  either way, I put the wrong case, it's not
10  United States v. Bin Laden, it is the World
11  Trade Center bombing case.  Unfortunately I
12  put the wrong case number.  But the reason
13  is because it is also Southern District of
14  New York.  But that's -- yeah, this is --
15  this is from the World Trade Center bombing
16  case.
17       Q.    So the cite that you have at
18  295, the case name is wrong, and then when
19  you look to the document, you indicate
20  that, quote, in your report, "the envelope
21  was marked with the letterhead of BIF with
22  a notation explaining that BIF is a branch
23  of World Assembly of Muslim Youth."
24              That's not what it says on this
25  document, does it?
```

1              KOHLMANN

2       A.      I say about the BIF logo, and

3    if you look at the top, those interchanging

4    hands right there, that's the BIF logo.  So

5    unless BIF is using the exact same logo as

6    Lajnat al-Birr al-Islamiyya, which, again,

7    my understanding is that they are the same

8    organization, right, that's the BIF logo.

9       Q.      And didn't you see in the

10   discovery materials that part of the

11   problem that WAMY discovered was that

12   Batterjee was deliberately using a logo

13   that looked very similar for BIF, that

14   looked very similar to that for LBI, and

15   that that was part of the confusion, that

16   is what Batterjee was deliberately doing to

17   confuse people between the organizations so

18   they would give money to BIF thinking it

19   was LBI, didn't you see that --

20       A.      That is a -- that is a claim.

21   That is a claim.

22              MR. HAEFELE:  Objection.

23       A.      That is not a fact, that is a

24   claim.  And, again, there is no doubt

25   whatsoever here that whatever you assert

Page 733

1              KOHLMANN
2    that Adel Batterjee may or may not have
3    done, that right there is the BIF logo.  So
4    that is why I included this.  If you want
5    to argue that Adel Batterjee stole the logo
6    or somebody else stole the logo, you can
7    make that argument.  But, again, the reason
8    I stated this is because BIF's logo is
9    right there.
10        Q.     So whether it is similar to the
11   LBI logo or similar to the BIF logo, you
12   don't know, would you agree with that?
13        A.     I don't believe it.
14             MR. HAEFELE:  Objection to
15   form.
16        A.     I don't believe it.  That's the
17   problem.  Like I don't have -- at a certain
18   point in time, all these claims don't
19   necessarily make sense when you add them
20   all up.  In this case it doesn't make a lot
21   of sense to me that the logo is exactly the
22   same.  The name is the same and now they
23   are claiming it is something different.  I
24   don't believe those assertions.  That's a
25   claim.  Again, I have weighed those claims

```
 1              KOHLMANN
 2  against the evidence, right, and either
 3  it's a dramatic coincidence across multiple
 4  countries around the world or else WAMY and
 5  BIF are working closely together.
 6       Q.     Or it is deliberate fraud by --
 7       A.     That is my -- that is my --
 8  that is my assessment as an expert.  I have
 9  provided you my assessment as an expert.
10  You can disagree with it, but that is what
11  the logic that went into this particular
12  document.  Again, though, to be very clear,
13  you are correct, this is not from U.S. v.
14  Osama Bin Laden, et al., it is from the
15  World Trade Center bombing case, it is
16  simply I put the wrong case name.
17       Q.     In making your opinions in this
18  case as an expert, did you ever consider
19  the possibility that Batterjee could have
20  been perpetrating a fraud between BIF and
21  LBI, trying to represent that they were the
22  same or similar when in fact they had no
23  association?
24       A.     Absolutely.  I certainly
25  considered that.  I just don't -- I don't
```

1                    KOHLMANN
2    find that to be credible.
3        Q.    Okay.  And then let's look back
4    to 195, which you wrote.  You said "the
5    envelope was marked with the letterhead of
6    BIF with a notation explaining that BIF is
7    a branch of the World Assembly of Muslim
8    Youth."
9                But beyond the logo, the name
10   that it says there is Lajnat al-Birr
11   al-Islamiyya, that is not BIF, is it?
12       A.    Again, as far as I'm aware,
13   this is another alias for BIF.  I have seen
14   this used interchangeably with the two
15   organizations in various different
16   countries.  So, again, what I would say to
17   you is I understand you are asserting that
18   they are two different organizations and I
19   understand that is what WAMY is claiming.
20                As far as I understand it, if
21   you have -- if you have the BIF logo on top
22   and you have a known alias for BIF
23   underneath it and underneath that it says
24   World Assembly for Muslim Youth, I mean,
25   that gets away from the whole question of

```
1                    KOHLMANN
2    what it was.  There was a bomb making
3    manual inside this envelope.  Why was there
4    a guy carrying a bomb making manual inside
5    this envelope?
6         Q.    We are not asking about that.
7              MR. HAEFELE:  Mr. Goetz, before
8    you go, one more time, can I get the
9    document put in the file share?  I'm seeing
10   this is item number 26 from your files
11   today.
12             MR. GOETZ:  Yeah, and it should
13   be now Exhibit 1045.  Sorry, for the
14   record, that's what it should be.
15             (Exhibit 1045 marked for
16   identification)
17             MR. HAEFELE:  Yeah, the 1045,
18   I'm only at 1044, and I have refreshed
19   countless times.  While I have been
20   patient, I have been waiting, you know,
21   countless times to do it.
22             MR. GOETZ:  And, again, I have
23   no control over that.
24        Q.    But, Mr. Kohlmann, we are not
25   getting into assertions.  I'm just trying
```

```
 1                    KOHLMANN
 2   to dial in on what you wrote in your
 3   report.  And in your report, you wrote
 4   "with the letterhead of BIF with a notation
 5   explaining that BIF is a branch of the
 6   World Assembly of Muslim Youth," and
 7   accepting everything you said about alias
 8   and everything else, I'm just asking what
 9   this document says, and it does not say
10   BIF, does it?
11        A.    That is -- that is your
12   assertion.  I keep --
13        Q.    No, no, no.
14        A.    -- goes by a number of
15   different names, a number of different
16   aliases, such as Benevolence International
17   or BIF or the name in Arabic or, for
18   example, Lajnat al-Birr, simply Lajnat
19   al-Birr.  It goes by these different names.
20             Now, I understand the assertion
21   by WAMY is that they are two separate
22   organizations.  I understand that.  I
23   appreciate that.  Based on my analysis,
24   that is not credible.  Based on my
25   analysis, these two organizations operated
```

1              KOHLMANN
2    very closely with one another
3    symbiotically, right?
4              So when I see a document that
5    has the BIF logo on the top of it and it
6    has a known alias, what I know to be known
7    alias for BIF underneath and then it says
8    World Assembly for Muslim Youth, that's why
9    I described it there.
10        Q.    So even though this document
11   says Lajnat al-Birr al-Islamiyya, when you
12   were writing your expert report, you chose
13   to describe -- to basically attribute this
14   alias to it and then in describing that in
15   your report in terms of what this envelope
16   looked like, you did not use LBI, you used
17   BIF; is that right?
18        A.    I believe LBI, Lajnat al-Birr
19   al-Islamiyya, is an alias used by BIF, and
20   that is why when it says Lajnat al-Birr and
21   it has the BIF logo, I interpret that as
22   BIF, again, because I don't distinguish
23   necessarily between those two groups
24   because they operate symbiotically.  They
25   may use the same name.

1                    KOHLMANN

2       Q.       Even though the document says

3    something else, you wrote it up as BIF?

4       A.       Once more --

5                MR. HAEFELE:   Objection.

6       A.       I can go through it again.   The

7    answer is that sometimes people operate by

8    aliases.   I did not include the verbatim

9    name because I understand Lajnat al-Birr

10   al-Islamiyya to be an alias used by BIF.

11   So rather than use -- rather than use the

12   explicit name in here, I used the

13   description, an alias, to refer to this.

14   But clearly it is footnoted, so if there is

15   any question, you have this right here.

16   But yeah, no, I don't think -- the logic

17   here is very clear.

18       Q.       Okay, let's stop it there.   I

19   think you have answered the question.

20   Let's go to paragraph 171 of your report.

21                MR. HAEFELE:   Just so we're

22   clear, Mr. Goetz, I'm objecting to the fact

23   that you have provided an exhibit that's

24   not the full exhibit.   The document that

25   was produced had one more page to it.   You

Page 759

1                    KOHLMANN
2        Q.        Okay.
3        A.        I'm sorry, I believe -- it
4    appears to be the report I cite anyway,
5    yes.
6        Q.        And the last sentence you have
7    on paragraph 47, you say "A 2018 report
8    from Saudi Arabia's official Anti-Money
9    Laundering authority warned that on-site
10   inspections of IIRO and WAMY offices in
11   2016 led to several offices being shuttered
12   for 'several administrative and financial
13   violations...to ensure that financial and
14   administrative imbalance is not
15   exploited.'"
16                Did I read that correctly?
17       A.        Correct.
18       Q.        So if we look to page 99 of the
19   report, that would be 101 of the PDF.  What
20   we have in highlights here at the bottom of
21   this page of Exhibit 1048, that's the part
22   that you quote in your rebuttal report,
23   correct?
24       A.        That's correct.
25       Q.        And the dot dot dot that you

1                    KOHLMANN

2    leave out, to read it in full, is "Based on

3    the inspection tours, several offices were

4    closed with several administrative and

5    financial violations, not for financing

6    terrorism, but to ensure that financial and

7    administrative imbalance is not exploited."

8              Did I read that correctly from

9    the report?

10        A.    Yeah, that's correct.

11        Q.    And in writing your report, you

12   deliberately chose to leave out that "not

13   for financing terrorism" section from the

14   report, correct?

15        A.    Yeah, because that wasn't the

16   point of this paragraph.  If you look at

17   the title of this section, it is about

18   violating highly publicized rules on cash

19   fundraising and proper accounting

20   procedures.  So, I mean, I make that pretty

21   clear, right?  The reason that they

22   shuttered is to ensure that financial and

23   administrative imbalance is not exploited.

24   I didn't claim it was because of terrorism.

25        Q.    Did you, in forming your

1                    KOHLMANN

2    opinions related to terrorism and terrorism

3    financing in this case, not feel that it

4    was important to accurately quote that this

5    Saudi report made clear that the closure of

6    those offices was not for financing

7    terrorism, you didn't think that was

8    important to note?

9                    MR. HAEFELE:  Objection to

10   form.

11        A.       I thought it was clear --

12   sorry, I thought it was pretty clear the

13   way I stated it especially since the point

14   of this paragraph has nothing to do

15   specifically with funding terrorism.  It is

16   specifically about -- the title of the

17   section -- or the lead sentence in the

18   section is about violating highly

19   publicized rules in cash fundraising and

20   proper accounting procedures.

21                    The point of this was not to

22   suggest that the report indicated that

23   there was terrorist fundraising going on,

24   but merely that they continued to violate

25   their own fundraising laws.  So, I mean, I

Page 779

1                       KOHLMANN
2    of, you know, it is just part of the -- it
3    is part of the expertise that has
4    developed, but this is not necessarily
5    unique expertise in the sense that we are
6    not the only ones who know this.  You know,
7    the sources and methods that we use are
8    commonly used by others.
9          Q.      The last question I have, and
10   then I will be done, someone in my office
11   tallied up your bills and I think the total
12   came out to $340,895.69.  Does that sound
13   about right for the total of your I guess
14   billable work in this matter?
15         A.      I mean, over the space of about
16   20 years, maybe.  It's possible.  I have
17   never tallied that up obviously.  But over
18   the space of 20 years, yeah, sure, it's
19   possible.
20         Q.      You were retained in August of
21   2001?
22         A.      Or 2004, early 2004, sorry, 17
23   years.  In the space of 17 years, yeah,
24   it's certainly possible.
25                 MR. HAEFELE:  More than