# EXHIBIT D

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

## Corrigendum to Transcript of Deposition of
## Victor Comras

Page 14
Response to question when retained: I was first contacted by Kreindler on or about February 7, 2020. I received and signed the expert consulting letter on or about March 4th, 2020.

Page 29 and infra
The correct spelling of Macedonia's capital is Skopje.

Page 61 line 14 should read "with members in those groups."

Page 63 line 3-4 should read " or associated with members of the Muslim Brotherhood."

Page 201 line 11 change "Ayad" to "Wadi al Aqiq."

Page 247 line 21 change "Suez" to Szubin.

Page 311 line 22,23 change "pure claim" to peer acclaim.

Page 336 line 19,20 change "Saudi Arabia President" to Saudi Red Crescent.

Page 345 line 15 change "grow-through" to "go-though."

Page 348 line 3 change "carry out" to "carried out."

Page 406 line 20 change "your" to "our."

Page 423 line 14 change "had" to "add."

*Victor Comras*

**Subscribed and Sworn to before for**

This 25th day of August, 2021.

*Notary Public*

SANDRA PATRICIA BONILLA AYALA
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JAN. 31, 2024
COMMISSION # 7899374