# EXHIBIT E

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

# FLAWED DIPLOMACY



## THE UNITED NATIONS & THE WAR ON TERRORISM

Victor D. Comras

enforce and strengthen . . . the measures imposed under domestic laws or regulations against their nationals and other individuals or entities operating in their territory, to prevent and punish violations." The resolution also pressed once again for full compliance with the committee's reporting requirements. Reports were to be expanded to include "all steps taken to implement the measures . . . and all related investigations and enforcement actions, including a comprehensive summary of frozen assets of listed individuals and entities within the Member State territories."

While several additional countries provided compliance reports to the committee, few contained useful information on what was actually being done to quell the terrorists. The committee continued to complain that it was "running blind" on matters of country implementation of the required measures. Finally, in July 2008, the Security Council directed the committee to take firmer action, including replicating the approach that had been taken by the disbanded monitoring group to explore and report to the Security Council on specific country failings or lack of compliance.

⌐

The committee's primary task in managing an effective sanctions regime against al Qaeda and the Taliban involves maintaining a comprehensive and updated Consolidated List of key members and associates of al Qaeda and the Taliban. But this process proved daunting from the start. Despite being charged with administering the Consolidated List, the committee has no authority to place names on the list without being requested to do so by a member state. Unfortunately, few countries have been willing to present names to the committee for designation. Most remain reluctant to present information to the committee concerning their own nationals or those within their midst. This has placed the primary burden of proposing designations on the United States, with only a few other countries chiming in from time to time.[24] The United States, for its part, has drawn heavily from its own domestic list of global terrorists and terrorist organizations. A request to permit the independent Monitoring Group to propose names was turned down.[25]

Additions to the Consolidated List require unanimous committee approval. The member country proposing the designation is supposed to provide sufficient evidentiary information to establish membership in al Qaeda or the Taliban, or to otherwise demonstrate that the proposed individual or entity is "associated with" al Qaeda or the Taliban. While the country proposing the designation and the country where the designated individual resides are encouraged to inform the parties con-

[Right column partially obscured by scanning defect; legible fragments:]

...ed of the measures imposed against ... has not become a regular practice.

Early versions of the Consolidated ...ed only rudimentary information ... ...eda leaders and financiers. The in... ...ed States, sometimes in conjunction ...thout much ado. However, over ti... ...e substantive justifications for each ... significantly slowed down the li... ... a few new names per quarter. A s... ...ers, and groups now contributing fi ... are still not on the list.

...ver time the list has also fallen s... ...eda and Taliban leaders have been ...ed. And little has been done to updat... ...se listed. One complaint regularl... ...es are quite common and there is in... ... an adequate basis for freezing asse... ...ed hard over the past several years ... dependent on member countries ...s, and few countries have done so.

By the end of 2002, the Consolidate... ...ed 152 Taliban members and 8... ...ttee had also designated 91 orga... ...e 2010, the list included 137 Tali... ...es, or material supporters of al Q... ...ed to be associated with al Qaeda. ...ent branches, or different appellati... ...ne of the earliest issues to arise v... ...l Qaeda." Some governments initi... ...ity to squelch their own local ins... ...s, providing names that had nothin... ...problem was partially resolved by ... ...617, which specified that

...s or activities indicating that an ind... ...associated with" Al-Qaeda, Usama b...

...res imposed under domestic laws or regula[tions on] individuals or entities operating in their terr[itory]. The resolution also pressed once again [on] reporting requirements. Reports were to [describe how states] implement the measures... and all rela[ted actions], including a comprehensive summary [of en]tities within the Member State territories[...] provided compliance reports to the com[mittee] on what was actually being done to que[ried...] to complain that it was "running blin[d" in the implementation] of the required measures. Finally, in Ju[ne... the] committee to take firmer action, includi[ng actions] taken by the disbanded monitoring group [to report] on specific country failings or lack [thereof.]

[...]managing an effective sanctions regim[e in]volves maintaining a comprehensive and u[p to date list of members] and associates of al Qaeda and the Ta[liban from] the start. Despite being charged wi[th this task, the] committee has no authority to place nam[es on the list except] by a member state. Unfortunately, fe[w member states submit] names to the committee for designation[...in]formation to the committee concerning the[...] This has placed the primary burden o[n the United St]ates, with only a few other countries chim[ing in. The United] States, for its part, has drawn heavily from[... lists of individuals] and terrorist organizations. A request t[o other member states] to propose names was turned down.[25]

[...]require unanimous committee approval[...desi]gnation is supposed to provide sufficien[t evidence of mem]bership in al Qaeda or the Taliban, or t[hat an] individual or entity is "associated with" a[l Qaeda. The country] proposing the designation and the country [of residence] are encouraged to inform the parties con-

[...infor]med of the measures imposed against them, this is still left to national discretion [and] has not become a regular practice.

Early versions of the Consolidated List were put together with haste and in[clu]ded only rudimentary information covering the most well-known Taliban and [al] Qaeda leaders and financiers. The initial batch proposed for designation by the [Uni]ted States, sometimes in conjunction with other member countries, was accept[ed] without much ado. However, over time, committee members began to demand [mo]re substantive justifications for each listing. This, and other factors discussed [bel]ow, significantly slowed down the listing process, which by 2006 had fallen to [onl]y a few new names per quarter. A substantial number of al Qaeda and Taliban [lea]ders, and groups now contributing financially or otherwise to their terrorist ef[for]ts, are still not on the list.

Over time the list has also fallen seriously out of date. Several of the listed [al] Qaeda and Taliban leaders have been captured or killed. Others have been re[lea]sed. And little has been done to update accompanying identification information [for] those listed. One complaint regularly heard about the list is that many of the [na]mes are quite common and there is insufficient identification specificity to pro[vid]e an adequate basis for freezing assets or to inhibit travel.[26] The committee has [wor]ked hard over the past several years to address these problems, but it remains [hea]vily dependent on member countries themselves to flesh out such identification [det]ails, and few countries have done so.[27]

By the end of 2002, the Consolidated List maintained by the 1267 Committee [con]tained 152 Taliban members and 80 members or associates of al Qaeda. The [com]mittee had also designated 91 organizations and other entities. At last count, [in] June 2010, the list included 137 Taliban members and some 257 members, as[so]ciates, or material supporters of al Qaeda. It also included 103 named entities [be]lieved to be associated with al Qaeda. Many of these entities, however, represent [dif]ferent branches, or different appellations of the same organizations.[28]

One of the earliest issues to arise was defining what constituted "association [wit]h al Qaeda." Some governments initially viewed the Consolidated List as an op[po]rtunity to squelch their own local insurgencies, or to otherwise taint opposition [gr]oups, providing names that had nothing to do with either the Taliban or al Qaeda. This problem was partially resolved by the Security Council in 2005 with Resolu[ti]on 1617, which specified that

> acts or activities indicating that an individual, group, undertaking, or entity is "associated with" Al-Qaeda, Usama bin Ladin or the Taliban include:

at more deliberative process in revie...
on also establishes a new ombudspe...
it mailbox process.⁵⁰ This ombudspe...
er information from petitioners and ...
from the monitoring team and cou...
orized to prepare a report to the Al C...
arizing this information as well as the...
process, while an improvement over...
well short of the due process guaran...

entation of Resolution 1904 provides...
ing. Under the first, the person rec...
ent espousing the delisting claim be...
ould address an appeal to the comm...
ed within the United Nations Secreta...
esponsibility for reviewing and advi...
the request to the appropriate coun...
if, after these consultations, any o...
antry would forward such recomme...
ectly to the chair of the Al Qaeda ...
the justification for delisting. The c...
hich would be considered denied un...
months in favor of the requested de...
, under this system, was not advoca...
of the flow of relevant material to ...

904 procedures all requests for del...
the Ombudsperson.⁵³ Such submiss...
ers and other relevant countries, as w...
equest that it provide any information...
e ombudsperson within two months...
ombudsperson and the petitioner seek...
nformation in hand, the ombudspers...
ee. The report would be placed on the...
its receipt. After discussion, the com...
to approve the delisting petition. A...
of committee members.

It remains to be seen just what effect the committee's new delisting proce-
...s will have on the Al Kadi case and other challenges to the designation process
... way in courts in Europe and elsewhere. If the views of Maduro are upheld,
... procedural reforms contained in Resolution 1904 will likely prove inadequate.
... his would necessitate further Security Council action to preserve the utility
... al Qaeda and Taliban designations. Any such further reforms would have
... into consideration the importance of impeding terrorist mobility and fund-
... the sensitivities of intelligence gathering, which is essential to the designation
... ess; the right of those designated to be heard in their defense; and the need for
... pendent oversight to guard against abuse. Finding a way to fulfill all of these
... rements will be an accomplishment indeed.

In any case, special care must be given to ensuring that adequate informa-
... is presented to justify designation. While only a very few individuals have
... erroneously or mistakenly designated (and they have since been delisted),
... absence of transparency, and of independent or third-party review procedures,
... cast doubts concerning the legitimacy of the designation process. Perhaps the
... merican experience can serve as a model in this respect.

The United States maintains several different lists of designated individuals
... entities that are administered in conjunction with various U.S. sanctions pro-
...ms. Designations are made pursuant to specific powers granted by Congress to
... president, who, in turn, has delegated them to various members of his cabinet.
... process is considered as an executive administrative action, and is subject to
... administrative and judicial review and restraints. The standard for judicial
... ew in such cases relates to whether the action is based on "reasonable cause."
... s standard may not rise to the high standard required for criminal convictions,
... it ensures that designations are not imposed in an arbitrary or capricious man-
... Likewise, UN guidelines should also ensure that there is sufficient information
... esent, and shared with member countries, to demonstrate at least a sufficient
... eason to believe" that those designated fall within the Security Council resolu-
... n's purview as members or associates of al Qaeda and the Taliban.

Renewed confidence in the al Qaeda committee procedures could only result
... a win-win situation for all. Such renewed regard for the list would certainly
... lp reinforce its utility and effectiveness as a tool against terrorism and terrorism
... nancing.

While the criticality of the Consolidated List to the applications of sanctions
against al Qaeda and the Taliban cannot be understated, the real test of the mea-

NOTES                                                                     233

15. A memorandum prepared by the Congressional Research Service in 2004 indicates that between September 11, 2001, and March 31, 2004 at least ten major terrorist attacks were carried out by groups linked to al Qaeda, http://www.fas.org/irp/crs/033104.pdf.
16. The specially equipped airliner was able to take emergency avoidance action.
17. See Security Council resolutions 1438 (2002), 1440 (2002), 1450 (2002), and 1516 (2003). Syria was the only Security Council member to vote against Resolution 1450, which involved condemnation of an attack in Kenya against Israeli interests. See also statement by the president of the Security Council, UN Doc. S/PRST/2003/13, August 20, 2003.
18. For a general description of terrorist activities since September 11, 2001, see Department of State, *Global Patterns of Terrorism*, 2001–2003, and Department of State, *Country Reports on Terrorism*, 2004–2008.
19. Several accounts indicate that the attack actually involved two separate teams. The first team reportedly had entered the school the night before and emerged from hiding after the second team had encircled the school. See S. Banovac, et al., "Anatomy of a Terrorist Attack: Terror at Beslan," Ridgeway Center Paper 15 (2007), http://www.isn.ethz.ch/isn/Digital-Library/Publications/Detail/?ots591=0c54e3b3-1e9c-be1e-2c24-a6a8c70602334&lng=en&id=50175.
20. For a detailed account of what actually transpired during these two days, see C. J. Chivers, "The School," *Esquire*, March 14, 2007, http://www.esquire.com/features/ESQ0606BESLAN_140.
21. See "Russian security officials say 10 of Beslan school raiders identified," Associated Press, September 9, 2004, http://findarticles.com/p/articles/mi_qn4188/is_20040909/ai_n11472902. The impact of the Beslan massacre on UN actions against terrorism is explored further in chapter 6 with regard to the work of the Security Council's CTC.
22. Security Council Verbatim Record, UN Doc. SPV/4892 (2004).
23. UN Security Council Resolution 1455 (2003).
24. The United States was a listing requestor in almost 80 percent of the names on the UN Consolidated List.
25. The Monitoring Group requested such authority in its report to the Security Council dated December 2, 2003. See para. 197 of the second report of the Monitoring Group established pursuant to Resolution 1363 (2001) and extended by Resolution 1390 (2002), UN Doc. S/2003/1070.
26. In its first report to the Security Council, dated May 15, 2002, the Monitoring Group noted widespread dissatisfaction with the designation process and the Consolidated List. This included complaints with regard to inaccuracies and the insufficiency of identifying information contained in the list, as well as concerns with the methodology used in putting the list together. Of particular concern was the lack of transparency and information sharing to bolster the rationale for such listing.
27. UN Security Council Resolution 1822 (2008) directed that the al Qaeda committee undertake a comprehensive review of all names on the Consolidated List with a view to updated information on the list. This work was to be completed by June 30, 2010. The agreed procedures call upon the designating states and the states of residence and nationality to assist in this process.
28. Briefing by H. E. Mr. Thomas Mayr-Harting, Chairman of the Security Council Committee established pursuant to Resolution 1267 (1999) concerning al Qaeda and the Taliban and Associated Individuals and Entities, to the Security Council on November 13, 2009 (as published on the 1267 Committee's official website).
29. UN Security Council Resolution 1617 (2005).
30. Ibid.
31. Comras, "UN Terrorist Designation System Needs Reform," *Perspectives on Terrorism* 2, no. 10, http://www.terrorismanalysts.com/pt/index.php?option=com_rokzine&view=article&id=62.