# EXHIBIT F

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

# COUNTERTERRORISM BLOG

The first multi-expert blog dedicated solely to counterterrorism issues, serving as a gateway to the community for policymakers and serious researchers. Designed to provide realtime information about terrorism cases and policy developments.

**Exhibit 0976**

SEARCH CTB

SUPPORT

« Previous · Home · Next »

[ Go ]



NAVIGATION

Home
About
Contact Us
CT Blog Experts in the Media
CT Library
Counterterrorism Foundation
Websites & Centers
Syndicate
Archives

CONTRIBUTING EXPERTS

Steven Emerson & The Investigative Project on Terrorism
Dennis Lormel
Douglas Farah, Co-Editor
Bill West
Evan Kohlmann
Michael Cutler
Victor Comras
Michael Kraft
Dr. Zachary Abuza
Dr. Walid Phares
Daveed Gartenstein-Ross
Zeyno Baran
Olivier Guitta
Kenneth Conboy
Aaron Mannes
David Schenker
Jeffrey Imm
Animesh Roul
Matthew Levitt
Jonathan Winer

Andrew Cochran, VP of GAGE LLC & CT Blog Founder & Co-Editor

EXPERTS' ARCHIVES &

## Its time to Put Yasin Al Kadi Out of Business!
By Victor Comras

This note follows up on Doug Farah?s and Evan Kohlmann?s excellent posts concerning the US Treasury designation of Dr. Abdul Latif Saleh, a close business associate of Saudi billionaire Yasin Al Kadi (aka al-Qadi). This designation is quite intriguing. Saleh worked out of Tirana, Albania where he was a business partner and close associate of Al-Kadi. During the days of the Bosnian War and subsequent Kosovo conflict, Albania was an active staging ground for radical salafist groups that sought to recruit for Al Qaeda and to insert their influence and force into these conflicts. Saleh's designation comes some 14 months after he came to the attention of Albanian authorities. Working on a tip from US authorities, Albanian police moved quickly in June 2004 to freeze a 2.4 million Euro account in Saleh?s name. The money was about to be transferred to a certain Jordanian, Hamza Abu Ratah, about whom little is yet known. The Albanian authorities also seized several apartment buildings owned by Al Qadi. Last June Al-Qadi challenged these seizures in Albanian court, but was rebuffed. He proved more successful in Turkish courts which allowed him to retain control over his Turkish based companies (See my blog on this subject.

This latest designation should be viewed as aimed as much at Al-Kadi as Saleh, who apparently acted as one of his agents. Al Kadi, it should be recalled was one of the first al Qaeda financier?s to be identified and designated after 9/11. He was the founder and key financial supporter of Muwafaq and its Blessed Relief branch charities that were implicated directly in financing for the 1998 US Embassy bombings in Kenya and Tanzania. But, despite designation by the US Treasury Department and the UN Al Qaeda and Taliban Sanctions Committee, Al Kadi has been able to run his worldwide business empire as if such designation made little matter. The UN designation requires that all countries

*?Freeze without delay the funds and other financial assets or economic resources of these individuals, including funds derived from property owned or controlled, directly or*

**Named one o**
Blogs of '06" **b**
**News & Worl Report**

Support our w through The Counterterrori: Foundation, Di Gartenstein-R( Andrew Cochri Chairmen

**CT Blog Spec Events:** Huds( Institute, Janu (with audio an video interviev courtesy of Ho Defense Week Business Exec for National S( January 31

NEWSLINKS

Al-Qaeda's Ha Istanbul Plot -
*Washington Pc*
OBL's persona Nov. 2003 Ista truck bombing 58 & woundinç

(U.S.) Counter goods are link( terror groups · **Matthew Lev** 2005 Congres: testimony on t

Somali Islamis refuge in Yem(

Telesur Journa Venezuela, Co Intelligence St Freddy Muñoz charges for involvement In

BIOS

RECENT POSTS

Al-Zawahiri Blasts Bush, Calls For Muslim Unity in New Tape
State Department Acts Against Hezbollah & PIJ Terrorists, Sends Signals to Lebanon & Germany
The More Things Change...
Attack Suspected After Explosion Near U.S. Base in Japan (updated)
Pakistan's Date with Suicide Terror: Sectarian Schism or Taliban's Ire?
American Airstrikes in Pakistan: Bush Sends Message to Musharraf
EU Undertakes Major Assault on PKK, Backed By US
Time for Real TF "Arrests" in Saudi Arabia
Evidence of Iran's War Against Coalition Forces in Iraq Unveiled (updated Feb. 12)
Iranian & Saudi Textbooks Also Preach Intolerance Which Promotes Violence (updated Feb. 12)

EXPERTS' BOOKS

Steven Emerson: "Jihad Incorporated: A Guide to Militant Islam in the US"

Daveed Gartenstein-Ross: "My Year Inside Radical Islam: A Memoir"

Zachary Abuza: "Political Islam and Violence in Indonesia"

Matthew Levitt, Hamas: Politics, Charity, and Terrorism in the Service of Jihad and Targeting Terror: U.S. Policy toward Middle Eastern State Sponsors and Terrorist Organizations, Post-September 11

Kenneth Conboy: "The Second Front: Inside Asia's Most Dangerous Terrorist Network"

*indirectly by them or by persons action on their behalf or at their direction, and to ensure that neither these nor any other funds, financial assets or economic resources are made available directly or indirectly, for such person?s benefit, by their nationals? See UN Security Council Resolution 1617 (2005)*

But these restrictions have apparently done little to slow Al-Kadi down. Before 9/11, Al Kadi's extensive business empire extended globally. He also had extensive interests in the United States. Some of these, like his interest in the Boston Software firm PTECH only came to light after 9/11. PTECH remains under local and federal investigation. Other US investments reported included Global Mining Resources, in Nevada. Al Kadi reported continues as Chairman of Saudi National Consulting Center and Qordoba Real Estate Co. based in Saudi Arabia, as well as chairman of Caravan Co. based in Turkey. He is also a board member of Himont Chemical based in Pakistan and Cariba Bank based in Kazakhstan. At least until recently, al-Kadi served as Vice President of the Saudi Arabian company M.M. Badkook Co. He also reported had extensive holdings in South Africa, and other areas of Africa. He continues to run a number of these business from his offices in Jedda. When, if ever, will the UN Sanctions put him out of business?

September 20, 2005 09:42 PM    Print

**TRACKBACK**

TrackBack URL for this entry:
http://counterterrorismblog.org/mt/pings.cgi/1938

on electric pow turrets by FAR 2002 in Colom

Report Shows Computers Sti Problem - Mult laptops with cl information mi from counterte division

Book tour stop Ashland awake Al Haramain d **Daveed Garte Ross'** new boc renewed debal Islamic founda

Barbers in Pak Town Get Talit Style Warning Shave Beards

Jordan court ir on terror char( indicted on chi terrorism and recruiting to jc Qaida in Iraq

6 Taliban, 5 pc killed in violen southern Afgh;

Italy: Raids br terror gang - 1 ideological ties Brigades arres around Italy

Tentative deal Korea nuclear No specifics ye

$5 million U.S. for Hezbollah, suspects - Mol Ali Hamadei ar Ramadan Abdt Mohammad St added to "Rew Justice" progra

Terror Attack Suspected in E Outside U.S. A Base in Japan Attack by Al Q Japan? - See ⁄ **Cochran's** Fel post

'Most cocaine ( US via FARC' - Drug Enforcen Agency official