# EXHIBIT K

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

ERRATA SHEET FOR THE TRANSCRIPT OF:

Dep. Date:     July 10, 2018
Deponent:      YASSIN ABDULLAH KADI

CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefor |
|---|---|---|---|---|
| 4 | 6.5 | SOLERNO | SALERNO | typographical error |
| 19 | 3,13 | Islamicically | Islamically | typographical error |
| 32 | 24 | American | America | mistranscription |
| 46 | 11,12 | Said el Barakah [twice] | Saad al-Beraik | mistranscription |
| 53 | 12,13 | Monitoring | Monetary | mistranscription |
| 59 | 22 | Huh-uh | un-uh | I meant "no" |
| 70 | 25 | Emirates | Emiratis | mistranscription |
| 76 | 13 | basis I think | basis | mistranscription |
| 76 | 16 | murabaha. Murabaha | murabaha rate. Murabaha rate | mistranscription |
| 76 | 17 | [unintelligible] | a kind of | mistranscription |
| 82 | 3 | was brought back, I don't know | was bought, I don't know | mistranscription |
| 82 | 24 | NM | LM | mistranscription |
| 82 | 24 | AMI | LMI | mistranscription |
| 86 | 3 | that on the phone | there was a foreign | mistranscription |
| 109 | 3 | little | lot of | mistranscription |
| 109 | 4 | little | lot of | mistranscription |
| 121 | 1 | are came | came [delete "are"] | mistranscription |
| 134 | 22 | Whose that | Who is that | mistranscription |
| 158 | 3 | Adele | Adel | spelling correction |
| 164 | 14 | A. I don't know. You don't remember? | A. I don't know. Q. You don't remember? | mistranscription |
| 166 | 12 | which are Adel claimed | which Adel claimed | mistranscription |
| 179 | 25 | (phonetic) | Fodio | mistranscription |
| 181 | 4 | Bahri | Biheiri | spelling correction |
| 181 | 18 | Behri | Biheiri | spelling correction |
| 181 | 24 | Behri | Biheiri | spelling correction |
| 182 | 10 | Mr Odaziz (phonetic) | Masood Aziz | mistranscription |
| 182 | 11 | Behri | Biheiri | spelling correction |
| 182 | 17 | Behri | Ali | mistranscription |
| 185 | 10 | and I have | executive | mistranscription |
| 189 | 9 | starred | started | mistranscription |
| 191 | 1 | hi | him | mistranscription |

| 192 | 22 | here | in | mistranscription |
|---|---|---|---|---|
| 193 | 18, 24 | Taber | Taibah | mistranscription |
| 194 | 1 | Taber | Taibah | mistranscription |
| 196 | 21 | wanted | bought it | mistranscription |
| 196 | 25 | ace | is | mistranscription |
| 202 | 11 | Image | I think | mistranscription |
| 202 | 13 | July Dan | Julaidan | mistranscription |
| 202 | 19 | 1998 | 1988 | mistranscription |
| 203 | 2 | row Dan | Rowad | mistranscription |
| 205 | 15 | humiliate | humanitarian | mistranscription |
| 209 | 12 | assumes | assumption | mistranscription |
| 209 | 20 | do you mean | document | mistranscription |
| 211 | 11 | gel detain | Julaidan | mistranscription |
| 211 | 22 | wee | we | typographical error |
| 212 | 23 | Wael | where | mistranscription |
| 214 | 7 | version | verification | mistranscription |
| 214 | 10 | I | You | mistranscription |
| 214 | 12 | with | about | mistranscription |
| 214 | 13 | Malaysian | Malaysia | mistranscription |
| 214 | 24 | early '39 | early '93 | typographical error |
| 215 | 14 | And it I trust | And I trust | mistranscription |
| 217 | 8 | caravanner companies | Karavan entities | mistranscription |
| 218 | 1 | Italy | three | mistranscription |
| 218 | 12 | Ellington [twice] | Alinted | mistranscription |
| 220 | 2 | discussion | discuss | mistranscription |
| 230 | 10 | Oziara (phonetic) | al-Zawahiri | mistranscription |
| 230 | 12 | coming and going | coming to him | mistranscription |
| 230 | 13 | Zohari | Zawahiri | mistranscription |
| 233 | 11-12 | he realizes this (unintelligible) | was Bandar | mistranscription |
| 237 | 1 | long | wrong | mistranscription |
| 237 | 19 | Beats | Bates | mistranscription |
| 241 | 25 | believe | believed | mistranscription |
| 251 | 6 | mitigate | mediate | mistranscription |
| 251 | 13 | anticipated | participated | mistranscription |
| 253 | 5 | prevent | present | mistranscription |
| 256 | 10 | manager | managers | mistranscription |
| 257 | 5 | OFAC | Muwafaq | mistranscription |
| 257 | 20 | where we got | maybe two | mistranscription |
| 267 | 25 | AC | Afghanistan | mistranscription |
| 270 | 7 | mad | bad | mistranscription |

_____
YASSIN ABDULLAH KADI

PETER C. SALERNO declares under penalty of perjury that the following statement is true:

I prepared the foregoing errata sheet. All of the foregoing corrections are based on my viewing the video, and listening to the audio, of Mr. Kadi's deposition. Mr. Kadi has reviewed the transcript and this errata sheet and confirms that the changes indicated appear to be accurate. We did not send the video to Mr. Kadi due to the risk and delay attendant to sending our copy to him overseas (the reporting company charges almost $1,200 for a copy of the video, so we did not order two copies).

The spelling corrections at p. 158 and 181-82 ("Adele" to "Adel" and "Behri" to "Biheiri") are based on my knowledge of documents produced in this case.

Executed on Oct. 24, 2018

_____
PETER C. SALERNO

3