# EXHIBIT

# T

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

# The Osama bin Laden I Know

WITH A NEW AFTERWORD

"Peter L. Bergen has written what will long be the 'go-to' resource . . . a chronological record of what is known about bin Laden from his birth in 1957 to 2005, assembled by stringing together statements from bin Laden and those who taught him, met him, worked with him, or interviewed him over those forty-eight years."
—Richard A. Clarke, *The Washington Post*

PETER L. BERGEN

Author of the *New York Times* Bestseller *Holy War, Inc.*

... far north of Afghanistan]. We were ...mujahideen and that trip took forty days ... way. And [when the villagers] hear that ... Arab, all the village's people come out of ...cause they remember that the Arabs speak ... they came from the land of Mecca and

... language] and we found it very, very ... the villages, the people would come ... ask us to give speech in the mosques. ... just crying, *"Allahu Akbar!"* [God is ... would come, some of them from three ...grandson or granddaughter. The feeling ... I can't find it anywhere. I used to feel ... the air. I'm doing my duty, making my ...Muslims, and no pressure of life, sitting with ... all were loving the Prophet, all loving ...land. Very exciting in a positive way.

... two months. I think these months give ... pushed me to act in a responsible way. I ... Afghanistan was not just to take a ... the Soviets and be *shaheed* [martyred] ... very small part of our duty. I recognized ...educated; these people needed to stay at ... Pakistan. In order to do that, you had to ... to stay inside Afghanistan, and you ...needed to build hospitals.

... I went to Sheikh Abdullah. He was ... come from deep inside Afghanistan. ... have to go to the Hajj [in Saudi Ara-... it as useful and beneficial to bring me ... stayed in Mecca. And Sheikh Abdullah ... that period he was the star of jihad. ... Abdullah Azzam, what statement is ... Saudi Arabia? Sheikh Abdullah fin-... have a young man with me who just re-



cently came from Mazar-i-Sharif, the furthest front inside Afghanistan, and he saw exactly what is happening inside Afghanistan. I call him to come to the stage to speak." I couldn't. Too shy.

And so we spent three or four days there, and we lived in the house of Osama in Mecca. The entire bin Ladin family were hosting people. And they had food and buses to take people. And Osama was very polite in his dealings and very generous.

**Wael Julaidan, a Saudi from a Medina family involved in real estate, was a student in the United States as the war in Afghanistan heated up in the mid-eighties. Julaidan's account illustrates the effectiveness of Abdallah Azzam's recruiting tours.**[8]

I lived in Jeddah for three years from '81 to '83. Osama, we see him from time to time in our social activities, but then in '85 in Pakistan, that's when I went I start to create some relationship [with him]. We were all there to serve the Afghans. For such a power like the Soviet's Red Army to come and attack such a poor country like Afghanistan, everybody was unhappy. [Osama] was so much feeling responsibility toward the Afghan issue and he wanted to extend whatever help he can to the Afghans.

Sheikh Abdullah Azzam had given that issue a lot of effort, to show how this invasion could be dangerous to all the region. And he also came to the States in December '84 and he talked about Afghanistan. I listened to his lecture. He talked about how much people there are in need of everything and I felt the responsibility at least to go and visit there [to see] if I can be of any help. Finally, I decided to visit Afghanistan. That was in April '85. I was twenty-eight.

I was doing my Master's degree at that time, in range management—developing the range for animal grazing—at the University of Arizona in Tucson. I was really appreciating the American system, the respect for the individual and the freedom we had been given, the chance to talk about anything that we are interested in.

I came to Saudi Arabia, visited my family, and then I went to Pakistan. I found that the size of the problem—it's so big, so large, and that's why I agreed with Dr. Azzam, I would like to mainly concentrate on relief work. So from '85 to '94 I lived [in Pakistan].

**Hutaifa Azzam, Abdullah Azzam's son.**

You could say that bin Laden separated from my father in 1987. Bin Laden said that he wanted to make special camps for the Arabs only, where we can start our own jihad and we give the orders. We will gather all the Arabs in Afghanistan in one area in Jalalabad [in eastern Afghanistan]. My father was against that. He was shocked.

So in 1987 Osama decided to separate and create special camps and special forces for the Arabs. Osama decided to move all of his troops into Jalalabad. [The question was] how he could transfer his troops there? There is no way from Pakistan. That's impossible.

At that time he started opening the road with bulldozers from Jaji to Jalalabad; it goes directly through the mountains of Tora Bora. [It took him] maybe six to seven months to build this road. Only four-wheel drives could drive on it.

**This seems to be the first time that bin Laden became familiar with the mountains of Tora Bora. The half-year he spent building the road through the Tora Bora mountains in 1987 would be knowledge that would serve him well almost a decade and a half later when he fled there after the fall of the Taliban in November 2001.**

**Wael Julaidan, who headed the Saudi Red Crescent Organization in Pakistan in the mid-1980s, was also a key player in the Services Office.[24]**

Abdullah Azzam was insisting that we were only here to help the Afghans. I'm saying the same thing—always trying to remind Osama that we are here to solve the Afghan issue. He felt that he can do more. One day in Peshawar we meet together and we try to solve this problem. Abdullah Azzam made it very clear: "You are there to serve the issue through the Afghans. There is no other agenda."

**Jamal Ismail, the Palestinian journalist.**

Osama was not having any involvement in the Services Office since late '87 or maybe early '88. In '88 his financial support for Services Office



…pped by mutual understanding bet…

…na was willing to contribute and finance… which means "fighting." Services Of… more of an NGO [nongovernmental … printing press in Peshawar. They were … mosques and dispensaries. Osama wa… ancial support for fighting inside Afgha…

**…was not an accident that bin Laden's spli… around the time of his first meeting with … 1986. For bin Laden, the slightly older, cere… …ed an intriguing figure. Zawahiri had first j… …fteen and had by 1986 recently served thre… …prisons for his jihadist activities. So, Zaw… …politically than bin Laden.[25] For Zawahi… …ented an interesting opportunity: someone …ming a genuine war hero, whose deep pock… 1987 Zawahiri was setting up his own … a couple of years was being supported by … Zawahiri increasingly turned bin Laden a… also aligned him with the hardline Islamist … Hekmatyar, the bitter rival of the Afghan co… …ssoud. In short, the late 1980s marked the be… between bin Laden and Zawahiri that contin…**

**…mal Ismail.**

…[Ayman al Zawahiri] came to Peshawar … function which was organized by a Kuwa… …ama was asked to deliver a sermon there … listened to bin Laden he introduced hi… the first meeting.

**…yman al Zawahiri, from his 2001 autobiogra… …het's *Banner.***



Case 1:03-md-01570-GBD-SN Document 9251-22 Filed 07/31/23 Page 5 of 9



Awards: Army Lapel Button/Parachute Badge/M16 Expert Badge/Army Service Ribbon/Army Achievement Medal/Army Commendation Medal.



**After the Soviet withdrawal from Afghanistan in 1989, the Afghan factions, which were fragmented by internal bickering and outright fighting, made little headway in seizing Kabul. The most pronounced conflict was between the longtime rival commanders Gulbuddin Hekmatyar and Ahmad Shah Massoud.**

**While bin Laden had left Pakistan in November of 1989 and had moved back to Saudi Arabia, by early 1991 he was back in Pakistan, making efforts to mediate between the Afghan factions. However, as Afghanistan slipped into civil war in early 1992, bin Laden washed his hands of the place and decided to move to Sudan.**

**Wael Julaidan remembers that he and bin Laden tried to placate the warring Afghan leaders during the early nineties.**

Osama for one year and a half, from '89 to '91 was in Jeddah. Then he decided to go to Medina because he's working with his family's project and also he can be in the holy place where he can be nearby the mosque. And at the time developing the whole city [of Medina] was taking place.

Bin Laden returned to Peshawar in early '91 and he stayed until early '92 and I see him from time to time because I was there. We used to visit the Afghan leaders to solve disputes, because at that time the disputes of the Afghan leaders is getting more serious. From time to time we go together to talk to the different Afghan leaders, to calm them.

**Abdullah Anas had helped to run the Services Office with Abdullah Azzam and bin Laden. He recalls that during this period bin Laden had a poorly conceived plan to take Kabul.**

Osama, he had to create an organization and to keep everything under his control, but as an organizer, I think he had many mistakes during this period. In 1991 he had a project to enter Kabul [then under the control of the Afghan communists] and he spent 100 million rupees (more than 1.5 million dollars) and after a few weeks, everything collapsed and the

...ople took his 100 million ru...
...atastrophe, I consider him...

**Haji Deen Mohamed was a... against the communists in Afg... to attack Kabul.[41]**

I saw bin Laden in 1991. B... as an important personality... When I met bin Laden in P... ahideen to attack Kabul. We w... was the representative of Af... ate about this because Khalis... two-hour debate with bin Lad...

To be honest we didn't car... much. The only thing he did h... was rich. When Osama was in P... icans were supporting him.

**Ahmad Shah Ahmadzai was ... to 1996.[42]**

I have seen [bin Laden]. Wh... Today he is a very a big man. H... donations for us like thousands... motivation that the Soviet Unio...

After the defeat of the Sovie... that were in Afghanistan: "We t... in fighting the Soviet Union. ... please do not participate in any... us. And please go back to your h... all of us to the Arabs. Because a... Afghan hard-line Islamist] Gulb...

**Hekmatyar, nominally the p... government that replaced the ... Massoud in 1992, would shell K...**

Case 1:03-md-01570-GBD-SN Document 9251-22 Filed 07/31/23 Page 6 of 9



them back to Saudi Arabia back to normal to study Shari'a (Islamic) law. That's why a come you have hundreds and hundreds you just decide to send them back to the That means you haven't got a plan and can't leader."

bin Laden was widely seen as a war hero. Yet veterans of foreign wars, could not settle back into life when he returned home. Essam Deraz, the who covered bin Laden during the Afghan jihad, Arabia in 1990 as he delivered what appears to -American speech in public.[4]

changed. He get permission to make a Arabia, after Afghan war finished. It was the supporting of USA to [bring] a million Israel and this [made] the Palestinian ques- in Jeddah, Saudi Arabia, he told me, with me for this speech. It is very impor- In this speech he attacked America very people to cut off their relationship with "We have to make a stand against America

had not spoken to his old university buddy and for four years, since they had had the bitter Laden's military operation in Jaji in eastern

he came back [to Saudi Arabia]. I was very formal; we are polite, we just talk sometimes we talk about horses. No poli- going on, what's happening?"

Many people coming, many people talking, "Osama is great." Everybody in



For me he was making a very big mistake, not only me; those who know him very closely: Wael [Julaidan], Abdullah Anas, all his friends from [the Saudi cities of] Jeddah, Medina. They left him between '86 and '88. They have been removed and the Egyptians took their place. He did not listen to anybody. He went with those Egyptians. I don't know what exactly they did, how they are able to manipulate him, how they are able to brain wash him.

When I really start to talk to him, he is not the Osama I knew. The difference: [before] we were sitting down analyzing things, talking nicely, quietly, and we came to a conclusion. But [now] he said, "No. It's like this. It's true. You are wrong."

**The relationship, or lack thereof, between bin Laden and Saddam Hussein has long been a matter of debate. Yet it's clear from these accounts of what bin Laden was saying around the time of Saddam's invasion of Kuwait in 1990 that al Qaeda's leader has long been an opponent of the Iraqi dictator.**

**Jamal al-Fadl is the Sudanese member of al Qaeda who testified for the prosecution in the New York trial of several men implicated in the attacks on the U.S. embassies in Africa in 1998.[6]**

Saddam [Hussein] he don't believe most of Islam. He got something called Ba'ath [Arab socialist political party]. I remember even bin Laden himself in '88 he make lecture against Saddam. He say Saddam is a Ba'ath [ist] and Saddam one day he going to take all of Gulf area. I remember that in '88 he make lecture in Pakistan and everybody listen to that lecture.

**Khaled Batarfi, bin Laden's old friend, recalls that bin Laden was predicting Saddam Hussein's invasion of Kuwait months before it happened in August 1990.[7]**

Last time I saw him was 1990, six months before the Iraqi invasion of Kuwait. It was in Mecca in a friend's house where a group of intellectuals meet every Friday. And he came and talked about jihad in Afghanistan and told us then that he'd speak to us about Saddam. He said, "We should train our people, our young and increase our army and prepare

him once in Khartoum and two additional tim- ct that I was working on. The meeting in Kha- purpose of reporting to him about the day- roject. This meeting took place in his office proximately 1½ to 2 hours. The two meetings took place when Osama bin Laden visited t

cision to leave my employment with Osama b I had agreed on a salary with Osama bin Lad- his company, I learned that others working er job titles and level of responsibility were g- at I was. During the course of my employme- but regularly worked 8 hours of overtime

I that, if bin Laden agreed to pay equity I m resign. I resigned as the answer to my reques through the Director General of the compa r saw or talked with Osama bin Laden agai realized that he needed me to come back offe- nefits. However, I did not return because I ha r previous discussion, that if I resigned I woul

ked on the project in Sudan I heard the follow- den's reputation from other office employees. d been in Afghanistan and that he had a larg Afghanistan and Sudan. I heard that he wa en in Afghanistan and that his relationship wit . During the approximately one year that I I never heard that he was involved in any terror-

5. the relationship between Egypt and Suda due to the attempted assassination of Egyp- . Ethiopia during the summer of 1995 (an at- tian militants based in Sudan). At this time, I come to Canada safely. I began looking for a e to enter Canada without a visa. I was told Arabia does not require a visa to Canada and



I eventually bought a Saudi Arabian passport in Sudan for 2500 US dollars.

**Abdullah Anas was bin Laden's friend in Peshawar during the mid-1980s.[22]**

I met Osama twice [in Sudan]. I think more than 95 percent of his time was for business. He failed completely. He was very angry about the Sudanese. I remember when we were in his car he told me "I am facing problems with the Sudanese people. They told me they never imagined in their life somebody can work eight hours. They come for work two-three hours, and then they go."

**Jamal al Fadl.[23]**

We talked [with] bin Laden and we asked him if we have to make money because the business is very bad in Sudan. [Bin Laden] say our agenda is bigger than business. We not going to make business here, but we need to help the government, and the government help our group, and this is our purpose.

**Wael Julaidan had known bin Laden in Jeddah since the early 1980s and had worked with him in Pakistan during the mid-1980s. He visited him in Sudan in 1993, the last time he would speak with bin Laden.[24]**

Until 1992, there was nothing serious [about], "al Qaeda" or a real front. It's more of an idea.

One day he disappeared, just disappeared [from Pakistan]. That was in '92, maybe mid-'92. Then later we have heard he's in Sudan.

I met Osama in '93 in Sudan because at that time there was land given to the Muslim World League [with which I am associated] to establish their own office in Khartoum. So I went there for an official visit for three days. I visited Osama and I talked to him. I said "Do you believe that your family are happy? As long as you are out [of Saudi Arabia], everybody is unhappy."

Most of the family members went to him in Khartoum and tried to convince him the same—come back. I talked to some of his family. I said



"Why is Osama not back?" They said we are all trying, even we have asked our uncle who is a very old man, Abdullah (Mohamed bin Laden's brother), he went there. We thought if the eldest of the family would go there, he would surely come back. But Osama did not pay any respect to [his uncle].

Really, the big question here is: What happened? Is he the same Osama?

**Essam al Ridi is the Egyptian pilot who met bin Laden in Pakistan in the mid-1980s. A decade before the 9/11 attacks, while bin Laden was based in Sudan, he reached out to al Ridi to ask him to purchase a jet in the United States, the first time that bin Laden had interested himself in American aviation. Ridi testified about that purchase in a New York terrorism trial in 2001. Excerpts of his testimony follow:[25]**

[In 1992] there was quite a few communications between me and Wadih El Hage (bin Laden's Lebanese-American personal secretary) about the interests of Osama acquiring an airplane [to be] used in Khartoum. The price range within 350,000 U.S. [dollars] and a [flying] range of about a little bit over two thousand miles. Once I located an airplane with that price and that range, I've called Wadih and specifically told him, it's 350,000 and I'll be offered 9 percent from the dealer, the owner of the airplane. This is a customary commission when you buy or sell an aircraft in the U.S.

This part did not really go through. They came later with a different price. They wanted something within the 250,000 [dollars] or less, and my response was, you'll never get a used jet aircraft for that price that will do the range that you want.

They [had] some goods of their own they want to ship from Peshawar [Pakistan] to Khartoum—[U.S.] Stinger missiles (a highly effective anti-aircraft missile).

With the reduction in the price and the range I had limited options, one of which was a military aircraft under the designation of T389 which is the equivalent of a civilian aircraft called Saber-40. The airplane was in storage, what we call "boneyard" in Tucson, Arizona. So we pulled the aircraft out of the storage and we had to go through certain checks mechanically to make it acceptable by the FAA [Federal Aviation Adminis-



...tion]. [I spent] about a total of 230 thous... ...pletely.

...e took off from Dallas–Fort Worth to K... ...e of about 1500 miles. You cannot reall... ...e. The first [flight] was Dallas–Fort W... ... border. From there on to a place 67 lat... ... to Iceland, to Rome, Cairo, Khartou... ...s at the most, but actually we had some t... ... weather in [Canada]. It was minus 65. ... ... a crack in the window.

... just parked the airplane [at Khartoum ... same day, at night, we were offered din... ... guest house. We had dinner and chatted ... to Osama bin Laden. We collectively ... ... next morning to look at the airplane. I w... ...e. got it ready, cleaned it from the pre... ...ama. Then I was told to go to the office. I ... with the accountant, and to meet with O... ...ss an offer for me to work with [him].

The offer was earlier discussed over the p... ... will delay those things until I come the... ...e offer was to work with him to fly that p... ... up an operation of crop dusting becau... ...siness.

Before we start discussing the offer I ha... ...ama on a personal level relating to the d... ...s] and relating to my stand that led me t... ...egardless what you think I want you to k... ... fact that you are a rich man trying to be ... ...id not think that you have any military ba... ...y military experience. Thus, I think that ... ... the guys is flat killing, not jihad. Now, per... ...ve gained experience, and now it's a di... ...Well, thank you very much." He was very ... ...d later he said, "This is not jihad. This is s... ...ficial certified company in Khartoum."

Bin Laden offered me 1,200 dollars a m...

41. Haji Deen Mohamed, interviews by author, Jalalabad, Afghanistan, June 2003, and Ja-uary 16, 2005. Mohamed now serves as the Governor of Nangahar in Afghanistan.
42. Ahmad Shah Ahmadzai, interview by James Meek, Kabul, Afghanistan, August 2005
43. U.S. State Department Background Note on Afghanistan, August 2005.

CHAPTER 5

1. Abu Musab al Suri, *The International Islamic Resistance Call*, posted on the Intern-, December 2004.
2. Abu Walid al Misri, excerpts from *Afghan Arabs*, published by *Al Sharq al Awsat*, De-cember 2004.
3. Noman Benotman, interview by author, London, United Kingdom, August 30, 2005
4. Essam Deraz, interviews by author, Cairo, Egypt, January 2000 and May 2005.
5. Jamal Khalifa, interviews by author, Jeddah, Saudi Arabia, September 6 and 9, 2005
6. *USA v. Usama bin Laden*, Testimony of Jamal al Fadl, February 6, 7, 13, and 20, 200[illegible]
7. Khaled Batarfi, interview by author, Jeddah, Saudi Arabia, September 5, 2005.
8. Jamal Khashoggi, "Former Saudi Intel Chief interviewed on Saudi-Afghan Ties, [illegible] Laden—Part 4," *Arab News*, November 7, 2001.
9. Khaled Al-Hammadi, "Bin Laden's Former 'Bodyguard' interviewed on al Qaeda Stra-gies," *Al Quds Arabi*, in Arabic, August 3, 2004, and March 20–April 4, 2005.
10. Jose Pedro Castanheira and Antonio Pedro Ferreira, "Exterrorista portug[illegible] confessa-se," *Expresso*, April 13, 2002.
11. Fuad Hussein, *Abu Musab al Zarqawi: The Second al Qaeda Generation*. The book [illegible] completed in spring 2005 by Fuad Hussein, a Jordanian journalist and writer, wh[illegible] extensive research on al Zarqawi and received information from three people clos[illegible] him, including Sayf al Adel, to whom this chapter is attributed. The Arabic-langu[illegible] London-based daily *Al Quds Al Arabi* started serializing the book on May 13, 2005. [illegible] this section is the eighth in the series, published by the newspaper on May 21–22, 20[illegible]
12. Testimony of Jamal al Fadl, op. cit.
13. Jamal Ismail, interview by author, Islamabad, Pakistan, March 2005.
14. Hassan al Turabi, interview by Sam Dealey, Khartoum, Sudan, July 8, 2005. Al Tur[illegible] was released from prison in 2003 and arrested again in 2004 before being released fin[illegible] in 2005.
15. Wisal al Turabi, interview by Sam Dealey, Khartoum, Sudan, July 10, 2005.
16. Khaled al Hammadi, "Bin Laden's Former 'Bodyguard' interviewed on al Qaeda Stra[illegible]gies," *Al Quds Al Arabi*, in Arabic, August 3, 2004.
17. Ibrahim Mohammed al Sanoussi, interview by Paul Cruickshank, London, United Kin[illegible]dom, August 2, 2005.
18. Montasser al Zayyat (translated by Ahmed Fekry and edited by Sara Nimis), *The Road [illegible] Al-Qaeda: The Story of bin Ladin's Right-Hand Man* (London: Pluto Press, 2004).
19. Hasin al Banyan, "Interview with Hassan Abd-Rabbuh al Surayhi (the Arab Afghan Vet-eran)," *Al Sharq al Awsat*, November 25, 2001.
20. Testimony of Jamal al Fadl, op. cit.
21. Affidavit, Minister of Citizenship and Immigration and Mohamed Zeki Mahjoub, Fed-eral Court of Canada, September 6, 2000, signed by the defendant.
22. Abdullah Anas, interview by author, London, United Kingdom, June 15, 17, and 2[illegible] 2005.
23. Testimony of Jamal al Fadl, op. cit.
24. Wael Julaidan, interview by author, Jeddah, Saudi Arabia, September 11, 2005.
25. Essam al-Ridi, Testimony at the Southern District Court of New York, February 1[illegible] 2001.
26. Testimony of Jamal al Fadl, op. cit.
27. Sheikh Abdul Ghafar, interview by Sam Deale[illegible]
28. "Part One of Series of Reports on bin Ladin's [illegible] ber 24, 2001.
29. Peter Bergen, "Interview: Scott MacLeod," [illegible]
30. Khaled al Fauwaz, interview by author, Lond[illegible]
31. Keith Johnson and David Crawford, in "New [illegible] *Wall Street Journal*, March 29, 2004, write: [illegible] named sect in Egypt in the 1970s and burst int[illegible] tian President Anwar Sadat in 1981. The doctr[illegible] 1980s and was brought back to North Africa [illegible] young people."
32. Neighbor of Osama bin Laden, interview by Sa[illegible]
33. Al Hammadi, op. cit.
34. Jamal al Fadl, op. cit.
35. Abdel Bari Atwan, interview by author, Londo[illegible]
36. Al Hammadi, op. cit.
37. Federal Bureau of Investigation interview, [illegible] 1998 (transcribed August 31, 1998).
38. Testimony of Essam al Ridi, op. cit.
39. *U.S.A. v. Usama bin Laden*, Testimony of L'Hou[illegible] 27, and April 24, 2001.
40. FBI Affidavit on Ali Mohamed, submitted by [illegible] 1998. Author's collection.
41. "Excerpts from Guilty Plea in Terrorism Case," N[illegible]
42. FBI report, "Interview of Ramzi Ahmed Yousef[illegible]
43. FBI report, "Interview of Abdul Basit Mah[illegible] 1995.
44. FBI interview of Ramzi Yousef en route to the U[illegible]
45. Raghida Dergham, "Interview of Ramzi Yousef [illegible]
46. For more information on al Hawali and al Awda[illegible] *Arabia and the Politics of Dissent* (New York: St. M[illegible]
47. Hamid Mir, interview by author, Islamabad, Pak[illegible]
48. Al Hammadi, op. cit.
49. Osama bin Laden, interview by Peter Arnett [illegible] aired on CNN May 10, 1997.
50. Bin Ladin family statement, signed by Bakr bin L[illegible]
51. Saudi Binladin Group (SBG) Web site documen[illegible] longer operational), October 30, 2000.
52. Kherchtou testimony, op. cit.
53. Jamal al Fadl testimony, op. cit.
54. Probably Nigeria.
55. Jamal Khashoggi, "Former Saudi Intel Chief I[illegible] Ladin--Part 5," *Arab News*, November 8, 2001.
56. Al Hammadi op. cit.
57. Ambassador (Ret.) Timothy Carney, e-mail to aut[illegible]
58. Final Report of the National Commission on Ter[illegible] (New York: W. W. Norton, 2004), pp. 109–110.
59. Vahid Mojdeh, interview by author, Kabul, Afgha[illegible]
60. Al Hammadi, op. cit.