# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

July 31, 2023

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 3 1 2023

RE:  *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs Executive Committees ("PECs"), on behalf of Plaintiffs with claims against Al Rajhi Bank ("ARB"), write to request that the Court approve filing dates for the parties' response and reply briefs in connection with ARB's Objections to the Magistrate Judge's Opinion and Order Requiring the Bank's Chairman to Appear for an Oral Deposition Currently Noticed for August 30-31, 2023, filed on July 25, 2023 (ECF Nos. 9232-9233).

The PECs, in consultation with ARB, propose that Plaintiffs' response to ARB's Objections would be due on August 9, 2023, not to exceed twelve (12) pages, and that ARB's reply brief would be due on August 17, 2023, not to exceed six (6) pages. The PECs respectfully request that the Court approve those dates.

As this Court is aware, in other contexts, questions have been raised as to whether leave of Court is required for a response to Rule 72(a) Objections. To the extent necessary, the PECs respectfully request leave for the parties to file response and reply briefs. Counsel for Al Rajhi Bank has confirmed that the Bank does not object to this request.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Sean P. Carter*
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

Honorable George B. Daniels
July 31, 2023
Page 2

_____

*On behalf of the Plaintiffs' Executive Committees*

LEGAL\65097362\1