**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
IN RE:

| | |
|---|---|
| TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03 MD 1570 (GBD)(SN)<br>**<u>DEFAULT JUDGMENT</u>** |

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 31, 2023, Magistrate Judge Netburn's Report, (ECF No. 7141), is ADOPTED. This Court strikes Defendant Wael Jelaidan's answer and enters a default judgment against Jelaidan. The Plaintiffs Executive Committees' request for Judgment by Default against Defendant Wael Hamza Jelaidan is GRANTED. Final judgment on liability is entered in favor of Plaintiffs and against Wael Hamza Jelaidan for all cases pending in this multi district litigation for which he is named as a party.

**Dated:** New York, New York
August 1, 2023

                                                   **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**

                      **BY:**     *K. Mango*
                                                 _____
                                                 **Deputy Clerk**