UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

### NOTICE OF FILING OF CORRECTED EXHIBIT TO THE DECLARATION OF AISHA BEMBRY

On July 31, 2023 undersigned counsel filed the Declaration of Aisha Bembry. The Bembry Declaration appended exhibits to Defendants'[1] Memorandum of Law in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Evan Kohlmann and Matthew Levitt. *See* MDL Docket No. 9247. Exhibit 1 to the Bembry Declaration is a Catalog of Impermissible Testimony of Plaintiffs' Experts Evan Kohlmann and Matthew Levitt, with exhibits of its own (Exhibits A and B) appended thereto. *See* MDL Docket No. 9250-1. Exhibits A and B are the affirmative and rebuttal reports of Matthew Levitt with paragraph numbering added.

---

[1] "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International, International Islamic Relief Organization, Muslim World League, the four "Charity Officer Defendants" (Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, and Adnan Basha), and Yassin Kadi.

The filed version of Exhibit 1 included an incomplete copy of Exhibit B. This resulted from a PDF error. Attached to this Notice is a corrected copy of Exhibit 1 with complete copies of Exhibits A and B appended thereto. We regret any inconvenience this has caused.

Dated:  August 1, 2023    Respectfully submitted,

/s/ *Aisha E. R. Bembry*
Eric L. Lewis
Waleed Nassar (admitted *pro hac vice*)
Aisha E. R. Bembry (admitted *pro hac vice*)
Sumayya Khatib (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, NW Suite 1000
Washington, DC 20005
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: eric.lewis@lbkmlaw.com
Email: waleed.nassar@lbkmlaw.com
Email: aisha.bembry@lbkmlaw.com
Email: sumayya.khatib@lbkmlaw.com
*Counsel for Defendants Muslim World League, International Islamic Relief Organization, Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*