# EXHIBIT E

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

**Exhibit**
1002

# FLAWED DIPLOMACY



# THE UNITED NATIONS & THE WAR ON TERRORISM

## VICTOR D. COMRAS

enforce and strengthen . . . the measures imposed under domestic laws or regula-
tions against their nationals and other individuals or entities operating in their terri-
tory, to prevent and punish violations." The resolution also pressed once again for
full compliance with the committee's reporting requirements. Reports were to be
expanded to include "all steps taken to implement the measures . . . and all related
investigations and enforcement actions, including a comprehensive summary of
frozen assets of listed individuals and entities within the Member State territories.

While several additional countries provided compliance reports to the com-
mittee, few contained useful information on what was actually being done to queue
the terrorists. The committee continued to complain that it was "running blind
on matters of country implementation of the required measures. Finally, in July
2008, the Security Council directed the committee to take firmer action, including
replicating the approach that had been taken by the disbanded monitoring group to
explore and report to the Security Council on specific country failings or lack of
compliance.

The committee's primary task in managing an effective sanctions regime
against al Qaeda and the Taliban involves maintaining a comprehensive and up-
dated Consolidated List of key members and associates of al Qaeda and the Tal-
iban. But this process proved daunting from the start. Despite being charged with
administering the Consolidated List, the committee has no authority to place names
on the list without being requested to do so by a member state. Unfortunately, few
countries have been willing to present names to the committee for designation.
Most remain reluctant to present information to the committee concerning their
own nationals or those within their midst. This has placed the primary burden of
proposing designations on the United States, with only a few other countries chim-
ing in from time to time.[24] The United States, for its part, has drawn heavily from
its own domestic list of global terrorists and terrorist organizations. A request to
permit the independent Monitoring Group to propose names was turned down.[25]

Additions to the Consolidated List require unanimous committee approval.
The member country proposing the designation is supposed to provide sufficient
evidentiary information to establish membership in al Qaeda or the Taliban, or to
otherwise demonstrate that the proposed individual or entity is "associated with" al
Qaeda or the Taliban. While the country proposing the designation and the country
where the designated individual resides are encouraged to inform the parties con-

...med of the measures imposed against
...  has not become a regular practice.
    Early versions of the Consolidated
...ned only rudimentary information on
... Qaeda leaders and financiers. The in...
...ted States, sometimes in conjunction
... without much ado. However, over ti...
... substantive justifications for each
...  significantly slowed down the li...
... a few new names per quarter. A su...
...ers, and groups now contributing fi...
... are still not on the list.
    Over time the list has also fallen s...
... Qaeda and Taliban leaders have been
... ...ed. And little has been done to updat...
... ...se listed. One complaint regularl...
... ...es are quite common and there is in...
... an adequate basis for freezing asse...
... ...ved hard over the past several years
... ... dependent on member countries
... ...es, and few countries have done so.
    By the end of 2002, the Consolidate...
... ...ned 152 Taliban members and 80...
... ...mittee had also designated 91 orga...
... ...ne 2010, the list included 137 Tali...
... ...tes, or material supporters of al Q...
... ...ed to be associated with al Qaeda.
... ...rent branches, or different appellati...
...    Ine of the earliest issues to arise w...
... al Qaeda." Some governments initi...
... ...nity to squelch their own local ins...
... ...ts, providing names that had nothin...
... ...is problem was partially resolved by...
... ...617, which specified that

...ts or activities indicating that an in...
...  "associated with" Al-Qaeda, Usama b...

res imposed under domestic laws or regu...
ndividuals or entities operating in their ter...
The resolution also pressed once again ...
reporting requirements. Reports were to be
implement the measures . . . and all rela...
s. including a comprehensive summary ...
ntities within the Member State territories
s provided compliance reports to the con...
... on what was actually being done to qu...
... to complain that it was "running blin...
of the required measures. Finally, in Ju...
committee to take firmer action, includin...
...ken by the disbanded monitoring group ...
...ncil on specific country failings or lack ...

managing an effective sanctions regim...
...es maintaining a comprehensive and u...
rs and associates of al Qaeda and the Ta...
from the start. Despite being charged wit...
committee has no authority to place name...
s... by a member state. Unfortunately, fe...
names to the committee for designatior...
...ation to the committee concerning the...
...st. This has placed the primary burden c...
...ates. with only a few other countries chim...
...ates. for its part, has drawn heavily from...
s and terrorist organizations. A request t...
...g to propose names was turned down....
require unanimous committee approva...
...gnation is supposed to provide sufficien...
...nbership in al Qaeda or the Taliban, or to
individual or entity is "associated with" a...
proposing the designation and the country
...are encouraged to inform the parties con-

...med of the measures imposed against them, this is still left to national discretion
...d has not become a regular practice.

Early versions of the Consolidated List were put together with haste and in-
...ded only rudimentary information covering the most well-known Taliban and
...Qaeda leaders and financiers. The initial batch proposed for designation by the
...ited States, sometimes in conjunction with other member countries, was accept-
...d without much ado. However, over time, committee members began to demand
...ore substantive justifications for each listing. This, and other factors discussed
...low, significantly slowed down the listing process, which by 2006 had fallen to
...ly a few new names per quarter. A substantial number of al Qaeda and Taliban
...aders, and groups now contributing financially or otherwise to their terrorist ef-
...s, are still not on the list.

Over time the list has also fallen seriously out of date. Several of the listed
...Qaeda and Taliban leaders have been captured or killed. Others have been re-
...ased. And little has been done to update accompanying identification information
...those listed. One complaint regularly heard about the list is that many of the
...mes are quite common and there is insufficient identification specificity to pro-
...de an adequate basis for freezing assets or to inhibit travel.[26] The committee has
...rked hard over the past several years to address these problems, but it remains
...avily dependent on member countries themselves to flesh out such identification
...ails, and few countries have done so.[27]

By the end of 2002, the Consolidated List maintained by the 1267 Committee
...ntained 152 Taliban members and 80 members or associates of al Qaeda. The
...mmittee had also designated 91 organizations and other entities. At last count,
...June 2010, the list included 137 Taliban members and some 257 members, as-
...ciates, or material supporters of al Qaeda. It also included 103 named entities
...lieved to be associated with al Qaeda. Many of these entities, however, represent
...fferent branches, or different appellations of the same organizations.[28]

One of the earliest issues to arise was defining what constituted "association
...th al Qaeda." Some governments initially viewed the Consolidated List as an op-
...rtunity to squelch their own local insurgencies, or to otherwise taint opposition
...oups, providing names that had nothing to do with either the Taliban or al Qaeda.
...his problem was partially resolved by the Security Council in 2005 with Resolu-
...on 1617, which specified that

acts or activities indicating that an individual, group, undertaking, or entity is
"associated with" Al-Qaeda. Usama bin Ladin or the Taliban include:

at more deliberative process in revie⋯
on also establishes a new ombudspe⋯
nt mailbox process.[50] This ombudspe⋯
er information from petitioners and ⋯
from the monitoring team and coun⋯
orized to prepare a report to the Al Q⋯
arizing this information as well as th⋯
process, while an improvement over ⋯
vell short of the due process guara⋯

entation of Resolution 1904 provide⋯
ing. Under the first, the person re⋯
ent espousing the delisting claim b⋯
ould address an appeal to the comm⋯
ed within the United Nations Secre⋯
esponsibility for reviewing and adv⋯
the request to the appropriate cou⋯
f. after these consultations, any o⋯
ntry would forward such recomme⋯
ectly to the chair of the Al Qaeda ⋯
the justification for delisting. The c⋯
ich would be considered denied u⋯
months in favor of the requested de⋯
under this system, was not advoc⋯
f of the flow of relevant material t⋯

1904 procedures all requests for de⋯
he Ombudsperson.[53] Such submiss⋯
ers and other relevant countries, as ⋯
equest that it provide any informatio⋯
e ombudsperson within two months⋯
budsperson and the petitioner seek⋯
nformation in hand, the ombudspe⋯
ee. The report would be placed on t⋯
its receipt. After discussion, the co⋯
to approve the delisting petition. A⋯
of committee members.

It remains to be seen just what effect the committee's new delisting proce-
dures will have on the Al Kadi case and other challenges to the designation process
making way in courts in Europe and elsewhere. If the views of Maduro are upheld,
the procedural reforms contained in Resolution 1904 will likely prove inadequate.
And this would necessitate further Security Council action to preserve the utility
of the al Qaeda and Taliban designations. Any such further reforms would have
to take into consideration the importance of impeding terrorist mobility and fund-
ing; the sensitivities of intelligence gathering, which is essential to the designation
process; the right of those designated to be heard in their defense; and the need for
independent oversight to guard against abuse. Finding a way to fulfill all of these
requirements will be an accomplishment indeed.

In any case, special care must be given to ensuring that adequate informa-
tion is presented to justify designation. While only a very few individuals have
been erroneously or mistakenly designated (and they have since been delisted),
the absence of transparency, and of independent or third-party review procedures,
cast doubts concerning the legitimacy of the designation process. Perhaps the
American experience can serve as a model in this respect.

The United States maintains several different lists of designated individuals
and entities that are administered in conjunction with various U.S. sanctions pro-
grams. Designations are made pursuant to specific powers granted by Congress to
the president, who, in turn, has delegated them to various members of his cabinet.
The process is considered as an executive administrative action, and is subject to
both administrative and judicial review and restraints. The standard for judicial
review in such cases relates to whether the action is based on "reasonable cause."
This standard may not rise to the high standard required for criminal convictions,
but it ensures that designations are not imposed in an arbitrary or capricious man-
ner. Likewise, UN guidelines should also ensure that there is sufficient information
present, and shared with member countries, to demonstrate at least a sufficient
"reason to believe" that those designated fall within the Security Council resolu-
tion's purview as members or associates of al Qaeda and the Taliban.

Renewed confidence in the al Qaeda committee procedures could only result
in a win-win situation for all. Such renewed regard for the list would certainly
help reinforce its utility and effectiveness as a tool against terrorism and terrorism
financing.

While the criticality of the Consolidated List to the applications of sanctions
against al Qaeda and the Taliban cannot be understated, the real test of the mea-

),

to Target Terrorism," U.S. Department of

),

lution 1390 and the work of the 126?
onitoring Group is described in chapter 5.

S ON

),
),

of economic sanctions on the enjoyment
nomic and Social Council, UN Doc. E

wn as the Al Qaeda and Taliban Sanctions
gentina), Alfonso Valdivieso (Colombia),
gentina), Johan Verbeke (Belgium), Jar.
(Austria).
UN Security Council Resolution 136?
1, and directed to the group to monitor
uant to resolutions 1267 and 1333.
ng a short list of aircraft identified as
Security Council Committee Established
ng Afghanistan."
he Security Council in Resolution 133?
Afghanistan border was only approved a

y Resolution 1267 (1999) Concerning
release, AFG/131, UN Doc. SC/702?

is the son of Jalaluddin Haqqani, former
er and son are believed to remain active
al areas of northwestern Pakistan.
ommittee to specifically include on its
rs of the Al-Qaeda organization and the
kings and entities associated with them."
. UN Security Council Resolution 139?

wn that it is very difficult for the Security
d highly politicized forum, to take any
rare instances in which a country has
olicies. Several experts have pointed out
ty Council measures can only be carried
ated from such political and diplomatic

n chapter 6.
al Hubris: Why the West is Losing the
04), 63.

15. A memorandum prepared by the Congressional Research Service in 2004 indicates that between September 11, 2001, and March 31, 2004 at least ten major terrorist attacks were carried out by groups linked to al Qaeda, http://www.fas.org/irp/crs/033104.pdf.

16. The specially equipped airliner was able to take emergency avoidance action.

17. See Security Council resolutions 1438 (2002), 1440 (2002), 1450 (2002), and 1516 (2003). Syria was the only Security Council member to vote against Resolution 1450, which involved condemnation of an attack in Kenya against Israeli interests. See also statement by the president of the Security Council, UN Doc. S/PRST/2003/13, August 20, 2003.

18. For a general description of terrorist activities since September 11, 2001, see Department of State, *Global Patterns of Terrorism*, 2001–2003, and Department of State, *Country Reports on Terrorism*, 2004–2008.

19. Several accounts indicate that the attack actually involved two separate teams. The first team reportedly had entered the school the night before and emerged from hiding after the second team had encircled the school. See S. Banovac, et al., "Anatomy of a Terrorist Attack: Terror at Beslan." Ridgeway Center Paper 15 (2007), http://www.isn.ethz.ch/isn/Digital-Library/Publications/Detail/?ots591=0c54e3b3-1e9c-be1e-2c24-a6a8c7060233&lng=en&id=50175.

20. For a detailed account of what actually transpired during these two days, see C. J. Chivers, "The School," *Esquire*, March 14, 2007, http://www.esquire.com/features/ESQ0606BESLAN_140.

21. See "Russian security officials say 10 of Beslan school raiders identified," Associated Press, September 9, 2004, http://findarticles.com/p/articles/mi_qn4188/is_20040909/ai_n11472902. The impact of the Beslan massacre on UN actions against terrorism is explored further in chapter 6 with regard to the work of the Security Council's CTC.

22. Security Council Verbatim Record, UN Doc. SPV/4892 (2004).

23. UN Security Council Resolution 1455 (2003).

24. The United States was a listing requestor in almost 80 percent of the names on the UN Consolidated List.

25. The Monitoring Group requested such authority in its report to the Security Council dated December 2, 2003. See para. 197 of the second report of the Monitoring Group established pursuant to Resolution 1363 (2001) and extended by Resolution 1390 (2002), UN Doc. S/2003/1070.

26. In its first report to the Security Council, dated May 15, 2002, the Monitoring Group noted widespread dissatisfaction with the designation process and the Consolidated List. This included complaints with regard to inaccuracies and the insufficiency of identifying information contained in the list, as well as concerns with the methodology used in putting the list together. Of particular concern was the lack of transparency and information sharing to bolster the rationale for such listing.

27. UN Security Council Resolution 1822 (2008) directed that the al Qaeda committee undertake a comprehensive review of all names on the Consolidated List with a view to updated information on the list. This work was to be completed by June 30, 2010. The agreed procedures call upon the designating states and the states of residence and nationality to assist in this process.

28. Briefing by H. E. Mr. Thomas Mayr-Harting, Chairman of the Security Council Committee established pursuant to Resolution 1267 (1999) concerning al Qaeda and the Taliban and Associated Individuals and Entities, to the Security Council on November 13, 2009 (as published on the 1267 Committee's official website).

29. UN Security Council Resolution 1617 (2005).

30. Ibid.

31. Comras, "UN Terrorist Designation System Needs Reform," *Perspectives on Terrorism* 2, no. 10, http://www.terrorismanalysts.com/pt/index.php?option=com_rokzine&view=article&id=62.