# EXHIBIT J1

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

**Exhibit**
0982

# In The Matter Of:
# IN RE TERRORIST ATTACKS ON
# SEPTEMBER 11, 2001

---

## YASSIN ABDULLAH KADI
July 10, 2018

---

## *TC REPORTING, INC.*
### *1 DEERFIELD EAST - 1850*
### *QUOGUE, NY.  11959*

YASSIN ABDULLAH KADI - Vol. I

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


In re:

     TERRORIST ATTACKS ON          03-MDL-1570(GBD)(SN)
     SEPTEMBER 11, 2001



_____   /




        VIDEOTAPED DEPOSITION of YASSIN KADI
      on Tuesday, 10 July, 2018 at 9:31 a.m.



Taken at:
CARTER RUCK
6 ST ANDREW STREET
LONDON EC4A 3AE
UNITED KINGDOM




Before Susan A. McIntyre, RPR, CRR, CRC, QRR*

YASSIN ABDULLAH KADI

2

```
 1                    A P P E A R A N C E S :

 2

      FOR THE PLAINTIFFS' EXECUTIVE COMMITTEE AND
 3    PLAINTIFFS' CO-LIAISON COUNSEL FOR THE WRONGFUL DEATH
      AND INJURY CASES:
 4         ANDREW JOSEPH MALONEY, ESQ.
              Kreindler & Kreindler
 5            750 Third Avenue
              New York, NY 10017
 6            212-973-3438
              Fax: 212-972-9432
 7            Email: amaloney@kreindler.com

 8    FOR THE PLAINTIFFS' EXECUTIVE COMMITTEE:
              ROBERT T. HAEFELE, ESQ.
 9            Motley Rice LLC
              28 Bridgeside Blvd.
10            Mount Pleasant, SC 29464
              843-216-9184
11            Email: rhaefele@motleyrice.com

12    FOR PLAINTIFFS' EXECUTIVE COMMITTEE
              SEAN P. CARTER, ESQ.
13            Cozen O'Connor
              1900 Market Street
14            The Atrium
              Philadelphia, PA 19103
15            215-665-2105
              Fax: 215-665-2013
16            Email: scarter@cozen.com

17    ON BEHALF OF DUBAI ISLAMIC BANK:
              JUAN P. MORILLO, ESQ.
18            Quinn Emanuel Urquhart & Sullivan LLP
              1300 I Street NW
19            Suite 900
              Washington, D.C. 20005
20            +1 202 538 8000
              Email: juanmorillo@quinnemanuel.com
21

22

23

24

25
```

YASSIN ABDULLAH KADI

3

1     ON BEHALF OF DUBAI ISLAMIC BANK:
          STEVEN T. COTTREAU, ESQ.
2         GABRIELLE PRITSKER, ESQ.
           Jones Day
3          51 Louisiana Avenue, N.W.
           Washington, D.C.  20001-2113
4          202-879-3939
           Email: scottreau@jonesday.com
5                  gpritsker@jonesday.com

6

7     ON BEHALF OF THE WORLD ASSEMBLY OF MUSLIM YOUTH:
          OMAR T. MOHAMMEDI, ESQ.
8          Law Firm of Omar T. Mohammedi, LLC
           233 Broadway, Suite 820
9          Woolworth Building
           New York, NY  10279
10         212-725-3846
           Email: omohammedi@otmlaw.com

11

12

      ON BEHALF OF THE WORLD ASSEMBLY OF MUSLIM YOUTH:
13         FREDERICK J. GOETZ, ESQ.
           GOETZ & ECKLAND
14         615 1st Avenue NE, Suite 425
           Minneapolis, MN  55413
15         612-874-1552
           Email: fgoetz@goetzeckland.com

16

17    ON BEHALF OF THE KINGDOM OF SAUDI ARABIA:
          DANIEL V. DORRIS, ESQ.
18         Kellogg, Hansen, Todd, Figel & Frederick PLLC
           Sumner Square
19         1615 M Street, N.W., Suite 400
           Washington, D.C. 20036
20         202-326-7900
           Email: ddorris@kellogghansen.com

21

22

23

24

25

YASSIN ABDULLAH KADI

4

```
 1     ON BEHALF OF THE MUSLIM WORLD LEAGUE AND THE
       INTERNATIONAL ISLAMIC RELIEF ORGANIZATION:
 2          WALEED NASSAR, ESQ.
              Lewis Baach Kaufman Middlemiss PLLC
 3            1899 Pennsylvania Avenue, N.W., Suite 600
              Washington, D.C. 20006
 4            202-833-8900
              Email: waleed.nassar@lewisbaach.com
 5

 6     FOR THE WITNESS, YASSIN KADI:
            PETER SOLERNO, ESQ.
 7          AMY ROTHSTEIN, ESQ.
              Salerno & Rothstein
 8            221 Schultz Hill Road
              Pine Plains, NY  12567
 9            518-771-3050
              Email: amyrothsteinlaw@gmail.com
10

11     FOR THE WITNESS, YASSIN KADI:
            GUY MARTIN, ESQ
12          HELENA SHIPMAN, ESQ.
            NOURA ABUGHRIS, ESQ
13            Carter Ruck
              6 St Andrew Street
14            London EC4A 3AD
              020-7535-5005
15            Email: guy.martin@carter-ruck.com
                     helena.shipman@carter-ruck.com
16                   Noura.abughris@carter-ruck.com

17
       IN ATTENDANCE:
18          John Fawcett, Legal Assistant, Kreindler & Kreindler
            Linda Fleet, Videographer
19

20

21

22

23

24

25
```

TC REPORTING
(516) 795-7444

YASSIN ABDULLAH KADI

5

```
1    Witness:  YASSIN KADI

2

3    EXAMINATION:

4        BY MR. MALONEY:                              9

5        BY MR. HAEFELE:                            250

6

7    EXHIBIT    DESCRIPTION                        PAGE

8

9    21         Bearer checks, non-sequential         97
                Bates numbers Kadi 29491-99,
10              34026-34030, 57003, 150944,
                150961
11
     22         Document Bates stamped KADI0089842   139
12              And 0089842-T - 0089843 and
                0089843-5 and Government Exhibit
13              1610-T

14   23         Kadi 166482 with English            159
                Translation and Kadi 106221 with
15              English translation

16   24         Kadi0011895, two additional         172
                Pages, not Bates stamped
17
     25         Kadi 29508 and 29513                177
18
     26         Document Bates stamped Kadi         183
19              33857, 33859,222281 and 23540,
                22345
20
     27         Series of Money Transfers,          206
21              Bates stamped Kadi 106559, 135297,
                51069, 135299, 104070, 221837
22              and 104071

23   28         Interrogations as an Accused        236
                Person by the Swiss Police, dated
24              July 1, 2003, in
                Riyadh, Bates stamped Kadi 13567-
25              13590
```

YASSIN ABDULLAH KADI

6

1

2

3

4     EXHIBIT     DESCRIPTION                                    PAGE

5     29          Submission of Yassin                           242
                  Abdullah Kadi to the Deputy Attorney
6                 General of Switzerland, Mr Claud
                  Nicati, Further to the Meeting at
7                 the Swiss Embassy in Riyadh on
                  1 July 2003, Kadi04271 and 04272
8

9     30          In the matter of Yassin Abdullah               245
                  Kadi in the Office of Foreign Assets
10                Control, U.S.  Department of Treasury
                  PEC Bates No. 214242 -214348
11

12    31          Memorandum for Richard Newcomb,                252
                  Director of OFAC, PEC Bates No.
13                201942 through 201973

14

15

16

17

18

19

20

21

22

23

24

25

YASSIN ABDULLAH KADI

7

1                    THE VIDEOGRAPHER:  We are going on the

2    record at 9:31 a.m. on July 10, 2018.  This is Media Unit

3    Number 1, video deposition of Yassin Abdullah Kadi, taken

4    by the plaintiffs, Case Number 03 MDL 1570GBDSN, in the

5    matter of In Re:  Terrorist Attacks on September 11, 2001,

6    filed in the United States District Court, Southern

7    District of New York.

8                    This deposition is taking place at Carter

9    Ruck, 6 St Andrew Street, London EC4A 3AE, United Kingdom.

10   The videographer is Linda Fleet for TC Reporting,

11   1 Deerfield East, Quogue, New York.  The court reporter is

12   Susan McIntyre of TC Reporting.

13                    Will counsel and all present please note

14   their appearances and affiliations for the record.

15                    MR. MALONEY:  Good morning.  I'm

16   Andrew Maloney from the law firm of Kreindler and

17   Kreindler.  I'm a member of the Plaintiffs' Executive

18   Committee and Plaintiffs' co-liaison counsel for the

19   wrongful death and injury cases.

20                    MR. FAWCETT:  I'm John Fawcett, legal

21   assistant to the firm of Kreindler and Kreindler.

22                    MR. HAEFELE:  Robert Haefele, Motley

23   Rice.  I'm here on behalf of the Plaintiffs' Executive

24   Committee.

25                    MR. CARTER:  I'm Sean Carter from Cozen

YASSIN ABDULLAH KADI

8

1    O'Connor, here on behalf of the Plaintiffs' Executive

2    Committee.

3                     MR. MORRILLO:  Juan Morillo, Quinn

4    Emanuel, here on behalf of Dubai Islamic Bank.

5                     MR. COTTREAU:  Steven Cottreau, and with

6    me is Gabrielle Pritsker, from Jones Day on behalf of Dubai

7    Islamic Bank.

8                     MR. MOHAMMEDI:  Omar Mohammedi, on behalf

9    of the World Assembly of Muslim Youth.

10                    MR. GOETZ:  Frederick Goetz for WAMY.

11                    MR. DORRIS:  Dan Dorris from Kellog

12   Hansen on behalf of the Kingdom of Saudi Arabia.

13                    MR. NASSAR:  Waleed Nassar on behalf of

14   the Muslim World League and the International Islamic

15   Relief Organization.

16                    MS. ABUGHRIS:  Noura Abughris, trainee

17   solicitor.

18                    MS. SHIPMAN:  Helena Shipman, Carter

19   Ruck, here on behalf of Mr. Kadi.

20                    MR. MARTIN:  Guy Martin, solicitor for

21   Mr. Kadi, Carter Ruck.

22                    MS. ROTHSTEIN:  Amy Rothstein, Salerno &

23   Rothstein for Mr. Kadi.

24                    MR. SALERNO:  Peter Salerno, Salerno &

25   Rothstein, for Mr. Kadi.

YASSIN ABDULLAH KADI

9

1                    MR. KADI:  Yassin Kadi.

2                    THE VIDEOGRAPHER:  Will the reporter

3    please swear in the witness.

4                    YASSIN ABDULLAH KADI,

5                       having been sworn,

6             was examined and testified as follows:

7                          EXAMINED

8    BY MR. MALONEY:

9            Q.   Good morning, Mr. Kadi.

10                   Have you ever been deposed before in a

11   setting like this?

12           A.   I don't know if you call it deposed, but

13   Nicati -- there was a Swiss prosecutor -- we sat with him

14   in Riyadh, something like that.

15           Q.   Well, let me just go over some of the

16   basic ground rules that we use at depositions.  The first

17   is, when I ask you questions, if you don't understand

18   something about my question, feel free to let me know that;

19   say you don't understand.  I can clarify or I'll try to

20   rephrase it.

21                   If you answer the question, I'm going to

22   assume that you understood the question; fair?

23           A.   Yes, sir.

24           Q.   The second one is, we need your answers

25   to be verbalized.  Even though there is a video here, the

YASSIN ABDULLAH KADI

15

1    the building yourself, hands-on building, or were you

2    supervising?

3                    A.   No, no.  Supervising.

4                    Q.   Okay.  And you said you did that for

5    about a year.  What was next after that?

6                    A.   After that I went to Chicago.  There was

7    a big firm -- it was the biggest firm in America in

8    architecture and engineering, was Skidmore, Owings and

9    Merrill.  This company was doing the campus of King

10   Abdulaziz University design.  And my uncle was the head of

11   King Abdulaziz University at that time.  And my father know

12   Mr. Khan.  Khan was a major partner in Skidmore, Owings and

13   Merrill.  In fact, he took The Man of the Year on the

14   Time Magazine.

15                   So he told my father, "Why don't you get

16   him work with us to get his training?"  This is what

17   happened.  I worked for almost three years with Skidmore,

18   Owings and Merrill in Chicago.

19                   Q.   What years was that, roughly?

20                   A.   Sorry?

21                   Q.   What years were those?

22                   A.   Most probably '79, '80, and '81, three

23   years.

24                   Q.   And what did you do after that?  Did you

25   come back to Jeddah?

TC REPORTING
(516) 795-7444

YASSIN ABDULLAH KADI

69

1          A.    Then the limited.

2          Q.    You said you started it as an investment

3   vehicle for projects.  What are the projects that you were

4   investing through that Muwafaq Limited going to be?

5          A.    I don't remember now.

6          Q.    Do you remember who funded

7   Muwafaq Limited besides yourself?

8          A.    No.

9          Q.    The money used to start and continue

10  Muwafaq Limited was all your money, as far as you remember?

11         A.    Muwafaq Limited?

12         Q.    Yes.

13         A.    Yes.

14         Q.    You mentioned the Muwafaq Foundation, one

15  of the first places you went to do charitable work, was the

16  Sudan.

17         A.    Exactly.

18         Q.    Was this at the same time that you had

19  been invited by the Sudanese Government to come with other

20  businessmen, around 1991, to invest in the Sudan?

21         A.    No.  Muwafaq was after that.

22         Q.    How long after that 1991 meeting with the

23  business people?

24         A.    Maybe one year or so.

25         Q.    The business meeting that I was just

YASSIN ABDULLAH KADI

70

1    mentioning in the Sudan with government officials and Saudi

2    businessmen, do you remember who was at the meeting?  You

3    said it was a two-day meeting.

4              A.   Yes.  I can remember some of the names.

5    The prince, of course.

6              Q.   Prince Mohammed?

7              A.   Mohammed.

8                   Sheikh Saleh Kamel is also a businessman.

9              Q.   Did you know Mr. Kamel prior to that

10   meeting?

11             A.   Yes.

12             Q.   How did you know him?

13             A.   I think we invested also in Al Baraka

14   Group.

15             Q.   Al Baraka Group?

16             A.   Uh-huh.  Al Baraka Financial.

17             Q.   Al Baraka?

18             A.   So there was Saleh Kamel.  There was a

19   representative from Al-Rajhi.

20             Q.   Al-Rajhi Bank or the family?

21             A.   Not Al-Rajhi -- he's a representative.

22             Q.   Of the family or the bank?

23             A.   Of the bank.  Of the bank.

24             Q.   Okay.

25             A.   I believe other Emirates were there, but

YASSIN ABDULLAH KADI

71

1    I don't remember the name, and bin Laden was there.

2                    Q.    Osama bin Laden?

3                    A.    Osama bin Laden.

4                    Q.    And that was not the first time you met

5    Osama bin Laden; correct?

6                    A.    No.

7                    Q.    When was the first time you met Osama bin

8    Laden?

9                    A.    The first time I met Osama bin Laden was

10   in Chicago.

11                   Q.    And that was in the '80s, the early '80s?

12                   A.    In the '80s I think, the early '80s.

13                   Q.    Describe the circumstances of your

14   meeting with bin Laden in the early '80s in Chicago.

15                   A.    I have my brother-in-law.  But in Arabic

16   it is a little bit different.  What I mean by

17   "brother-in-law" is we are married to two sisters.  It has

18   a different name in Arabic.

19                        My brother-in-law formed a company with

20   Osama bin Laden in Jeddah.  I don't know, Binladen Group is

21   contracting and engineering.  So he know that I was in

22   Chicago.  And I worked with the biggest architecture and

23   engineering company in America.

24                        So he brought Osama bin Laden, and he

25   asked me to arrange to see a few engineers that they want

YASSIN ABDULLAH KADI

1    to recruit in Saudi Arabia.  So they came there, and

2    I arranged with some engineers.  They met with them, a few

3    engineers.  I believe they took -- they sign a contract

4    with a couple of the engineers.  I think this is the first

5    time I really get in contact -- really in contact with him.

6            Q.   Did you continue to maintain contact with

7    Osama bin Laden after that Chicago meeting?

8            A.   No.

9            Q.   When was the next time you had any kind

10   of communication with them, whether it be in person or on

11   the phone or correspondence?

12           A.   There was no communication.  I don't

13   remember seeing him except after back in the Sudan.

14           Q.   So the 1991 meeting in Sudan with Saudi

15   businessmen, Saudi -- Prince Mohammed, yourself, Al-Rajhi

16   Banking, Saleh Kamel, members of the Sudanese government

17   and Osama bin Laden and some others?

18           A.   That was an investment, yes.

19           Q.   And did you speak to Osama bin Laden

20   during that two-day meeting?  You'd met him before?

21           A.   I think we shook hands.

22           Q.   Between the two of you, did you discuss

23   any of the business opportunities or what was taking place

24   at the meeting?

25           A.   No.  I don't remember that, because the

YASSIN ABDULLAH KADI

73

1    government prepared some projects, I think, to present it

2    for us.

3                    Q.    The Saudi government?

4                    A.    No, no, no.  Sudanese government.

5                    Q.    I'm sorry, can you repeat that.  The

6    Sudanese government did what?

7                    A.    Arranged some investment opportunities to

8    present.

9                    Q.    Right.  And did you discuss with other

10   Saudis, including bin Laden --

11                   A.    Hello?

12                   Q.    Did you discuss those opportunities with

13   Osama bin Laden?

14                   A.    No.  Because it's a group of people.

15   Like you said, the minister -- in fact, the financial

16   minister, Sudanese minister, he was leading the Sudanese

17   government part, and he was giving the explanation.

18   Questions would be for them:  What is the law?  What is the

19   taxes?  What is that?  What is that?  What is that?  So

20   I saw him.  I shake hands with him.  But that's all.

21                   Q.    As a result of the two-day meeting, did

22   you decide to invest in the Sudan?

23                   A.    I think as Saudi investors, yes.

24                   Q.    So tell me what you did first.  I want to

25   ask you about Al Shamal Bank, but I don't know if that was

YASSIN ABDULLAH KADI

74

1    the first or if there was something else.

2                    A.    Al Shamal Bank, you want to ask?

3                    Q.    No.   Sorry.   What was the first thing you

4    did to invest in the Sudan?

5                    A.    The first thing?   There was a Sudanese

6    guy called also Yassin Ahmed.   He was working in

7    Saudi Arabia in insurance company.   And then he left and he

8    worked with us, with our office, I mean.   We have business

9    with the company.   We have good relation.   He went to

10   Sudan, and he start establishing business or companies.

11                   We decided we'd like to work together.

12   He is Sudanese; he knows the country; we trusted him; he

13   have some good experience.   And I think this one or two

14   companies -- I'm not sure -- but we did have several

15   transaction.   For instance, sesame -- export of sesame.

16                   Q.    Was that through Rowad?

17                   A.    Excuse me?

18                   Q.    Was that through Rowad?

19                   A.    No.

20                   Q.    A different company?

21                   A.    It's a different company.

22                   Q.    What was the name of the company?

23                   A.    Rowad never -- they never exported.

24                         Solano?   Solano?

25                   Q.    Solano?   That was in 1991?   You may be

YASSIN ABDULLAH KADI

75

1   confused.  I think Solano was late '90s, but you tell me.

2   You mentioned Solano.  I'm familiar with Solano, but

3   I didn't -- my information is not 1991.

4                A.   I can't remember.  But I can tell you

5   what we did.  We should look at which company we worked.

6   Like we have the sesame.  We have the engine.

7                Q.   The what?

8                A.   We bought an engine.

9                Q.   Engine?

10                A.   Aircraft engine.

11                Q.   Aircraft engine.

12                A.   For the Sudan airlines.  We worked with

13   another transaction.  We have the scrap business.  You know

14   scrap?

15                Q.   Scrap metal?

16                A.   Yeah, scrap metal.

17                Q.   I want to try to go in chronological

18   order, if I can.  When did you get involved with Al Shamal

19   Bank?

20                A.   You mean by year?

21                Q.   Yes.  That's a bank in the Sudan;

22   correct?

23                A.   I'm not very good in years.  But I think

24   after we went to Sudan sometime, we started.

25                Q.   So it was shortly after the meeting in

YASSIN ABDULLAH KADI

76

1    1991 that you put money with Al Shamal Bank?

2              A.    Maybe.  Maybe.

3              Q.    So tell me about your business with

4    Al Shamal Bank.

5              A.    Okay.  Let me clear -- I never owned any

6    shares in Shamal Bank.  I'm not a partner of Shamal Bank.

7    We had some accounts with him, some money that we invested.

8              Q.    You say "invested."  I want to understand

9    that.  Invested with the bank?  Invested in bank funds?

10             A.    Yeah, okay.

11                   You see the Shamal Bank funds, if you put

12   your money cash, they were giving excellent rate at that

13   time, one dollar basis, I think.  So we put some money

14   there because the income was high.  And I think also

15   we used this money for other transactions.  Yeah, we used

16   the money in the bank to get murabaha.  Murabaha is not

17   interest, but [unintelligible].  And we invested also.

18             Q.    Did the bank have investment projects,

19   and they essentially invited you to invest in those

20   projects?  Remember how you described earlier the Islamic

21   banking, or were you investing generally in the bank

22   itself?

23             A.    There was a project which the bank

24   bought, called an agriculture project.  What happened was

25   Sudanese government gave a huge land for agriculture

YASSIN ABDULLAH KADI

77

1  purpose free.  And it seems the bank negotiated this with

2  the government.  They grabbed this opportunity for

3  investors.

4           Q.   Did you know any of the other investors?

5           A.   No.

6           Q.   Did you know that Saleh Kamel was one of

7  the investors in Al Shamal Bank?

8           A.   Yes, sorry.  I remember Saleh Kamel.

9           Q.   How about Prince Mohammed?  Did you

10  become aware he was an investor in the bank?

11           A.   No.

12           Q.   Adel Batterjee?  Did you know he

13  became --

14           A.   Who?

15           Q.   Adel Batterjee.

16           A.   No.

17           Q.   Do you know who he is, by the way?

18           A.   Huh?

19           Q.   Do you know who Mr. Batterjee is?

20           A.   He's a businessman, Saudi businessman.

21           Q.   When was the first time you came to know

22  him or meet him?

23           A.   I see him rarely, very rarely.  We don't

24  have a relationship.

25           Q.   You do not have any relationship with

YASSIN ABDULLAH KADI

78

1    him?

2                    A.    No.

3                    Q.    What's the circumstances that you ever

4    communicated with him or met with him?

5                    A.    It will be general things.  "Hello, how

6    are you?"  We didn't have any -- I don't remember we have

7    any real business relation or foundation work or that.

8    We don't have any.

9                    Q.    The meetings with Mr. Batterjee that you

10   just described, were they in the Sudan, Saudi Arabia, or

11   somewhere else?

12                   A.    Batterjee?

13                   Q.    Yes.

14                   A.    Most probably in Saudi Arabia.

15                   Q.    Did you learn that after 9/11

16   Mr. Batterjee was designated as a terror sponsor, listed?

17                   A.    Yes.

18                   Q.    Were you surprised by that or --

19                   A.    This is way after me, I think.  A few

20   years after me.

21                   Q.    Yes.

22                   A.    Yeah, I was surprised.  But I believe

23   also his name was taken off.

24                   Q.    Do you know if Osama bin Laden was an

25   investor in Al Shamal Bank?

YASSIN ABDULLAH KADI

79

1          A.   No.

2          Q.   You don't know one way or the other?

3          A.   No.  I didn't see him in any meeting.

4          Q.   On Mr. Batterjee, did you know that he

5     was a shareholder of the bank?

6          A.   No.

7          Q.   Did you know that he was an official

8     at -- we call it "WAMY," World Assembly of Muslim Youth and

9     the Benevolence International Foundation, BIF?

10         A.   No.

11         Q.   Did you ever do any business, whether it

12    was business or charity, with BIF or WAMY?

13         A.   With who?

14         Q.   BIF -- that's the

15    Benevolence International Foundation -- or WAMY, that's the

16    World Assembly --

17         A.   WAMY I know, but what was the first one?

18         Q.   Did you ever have any business or charity

19    work with either of those organizations?

20         A.   With WAMY, I don't remember that we had

21    anything with them.  But what was with the first

22    abbreviation?

23         Q.   Benevolence International Foundation.

24         A.   I don't know.

25         Q.   No?

YASSIN ABDULLAH KADI

87

1    straight from Switzerland to Al Shamal in Sudan?  Why did

2    you have to go through London?

3                   A.   I think at that time we were thinking of

4    our investment in Britain, and then we saw another

5    opportunity in Sudan.

6                   Q.   Within a few days?

7                   A.   This is few days?

8                   Q.   You tell me.  When did you move the money

9    to the Sudan?

10                  A.   I don't think it will be a few days.

11   Doesn't make sense.

12                  Q.   The $2 million went into account 573-3-5.

13   Do you remember your account number at Al Shamal?

14                  A.   Where?

15                  Q.   At Al Shamal, 573-3-5?

16                  A.   No, I cannot remember an account number.

17                  Q.   There are records that show you deposited

18   money in an account that was very close to that, 573-3-4,

19   which is an account held by Wadi al Aqiq at Al Shamal Bank.

20   Do you remember that?

21                  A.   I remember what?  Sorry.  I transferred

22   to -- this money to al Aqiq?

23                  Q.   Yes.  Do you know what Wadi al Aqiq was

24   back in the early '90s?

25                  A.   No.

YASSIN ABDULLAH KADI

88

1          Q.    Have you ever heard of them?

2          A.    At that time, no.

3          Q.    Do you know now who they were?

4          A.    Yes.  Now I understand that they are a

5    company which was bin Laden in it.

6          Q.    So it was one of bin Laden's companies,

7    and it was designated as a terror organization?

8          A.    Later, yes.

9          Q.    When did you find out that bin Laden was

10   associated with Wadi al Aqiq or anybody from Al-Qaeda?

11         A.    I didn't know.  I didn't know that until

12   very recently when I was asked questions on that.  But

13   I didn't know.  I didn't know what bin Laden is doing in

14   Sudan.

15         Q.    Okay.  I'm going to come back to that

16   after the break.  I have to go to the bathroom actually.

17               THE VIDEOGRAPHER:  Going off the record.

18   The time is 11:25.

19               (Off the record - 11:25 a.m.)

20               (On the record - 11:40 a.m.)

21               THE VIDEOGRAPHER:  Back on the record.

22   The time is 11:40.

23   BY MR. MALONEY:

24         Q.    Mr. Kadi, just before the break I was

25   asking you about the 8.5 million-plus dollars that came

YASSIN ABDULLAH KADI

89

1    from the investment pool, was deposited into your account

2    at Faisal Finance in Switzerland.  The pool had their funds

3    also at that same bank, the Faisal Finance or DMI,

4    Prince Mohammed's bank; right?  Could that money have been

5    coming from Prince Mohammed?

6              A.   No.

7              Q.   You're sure?

8              A.   Yes.

9              Q.   You earlier stated you thought it was

10   your money, and then you stated you think it now was KBM's

11   money.

12             A.   Okay.  What I will say to respond your

13   question, like I don't remember ever receiving money from

14   Prince Mohammed investment.

15             Q.   Do you remember for sure that the

16   $8.5 million deposited into your account was from KBM, or

17   you are just assuming that?

18             A.   No, KBM.

19             Q.   KBM?

20                  Two months after that deposit,

21   December 5, 1990, you sent 2 million to Barakah Bank in

22   London.  We already covered that.  Then it was transferred

23   from London to account 573, which is the account number for

24   Wadi al Aqiq?

25             A.   By the way, a wire, it takes two days.

YASSIN ABDULLAH KADI

90

1    Was Al Baraka the corresponding bank?  We didn't transfer

2    to Al Baraka; we transfer to Al Shamal.  But I think this

3    is a corresponding bank.  Because there is no corresponding

4    bank directly to them.

5                    Q.    No corresponding bank directly to

6    Al Shamal Bank?

7                    A.    Uh-huh.  Al Baraka is one of the

8    correspondent bank for Al Shamal Bank.

9                    Q.    DMI or Faisal Finance was not?

10                   A.    No.

11                   Q.    So meaning you couldn't send money --

12   what you're telling me, you couldn't send the money from

13   your Swiss bank account directly to the Sudan; you would

14   have to send it through London?

15                   A.    Yes, or a correspondent bank.  Al Baraka

16   was one of them.  There is other, I think.

17                   Q.    By the way, why did the money go to

18   account 573, which is --

19                   A.    What?

20                   Q.    Account 573 at Al Shamal was the Wadi al

21   Aqiq bank account.  Do you know why you sent 2 million to

22   that account?

23                   A.    I think there's a mistake here.

24                   Q.    It's your testimony you never sent money

25   to Wadi al Aqiq?

YASSIN ABDULLAH KADI

91

1          A.   Not that I remember.

2          Q.   I know you said that you didn't know that

3    bin Laden was associated with Wadi al Aqiq until after

4    9/11.  Had you heard of Wadi al Aqiq back in 1990 in the

5    Sudan?

6          A.   No.

7          Q.   Did you understand that bin Laden had

8    moved to -- Osama bin Laden had moved to Sudan in the early

9    1990s?

10         A.   Yeah, that's public information.

11         Q.   And you knew that at the time because you

12   were also present in the Sudan with businesses; correct?

13         A.   Most probably, yeah.

14         Q.   So you and your businesses and your

15   investments arrive in the Sudan at about the same time

16   bin Laden, Osama bin Laden, moved to the Sudan and started

17   running his businesses there?

18         A.   What I can say, that we don't have any

19   relationship in our businesses or in our foundation with

20   Osama bin Laden.

21         Q.   Okay.  But you knew he was going there

22   around the same time you went there?

23         A.   He might.  I was not following Osama bin

24   Laden, where he will go or what he will do.  But if he was

25   in Sudan and I came to Sudan, yeah, it might that I knew

YASSIN ABDULLAH KADI

95

1    I don't remember.  If you want to help me in what was

2    Leemount doing, maybe I can...

3                Q.    Okay.  Maybe I'll come back to that.

4                Do you know what a bearer check is?

5          A.    Yes.

6                Q.    What is it?

7          A.    It is a check without a name.

8                Q.    What's it used for?  "A check without a

9    name," does that mean it could be cashed by anybody who

10   finds the check?

11               A.    Could be.

12               Q.    Do you use bearer checks in your

13   businesses or the charities?

14               A.    No.

15               Q.    It would be pretty risky, if somebody

16   found the check.

17               A.    Yes.

18               Q.    Is it legal to use bearer checks in

19   Saudi Arabia?

20               A.    I think a bearer share has been stopped

21   completely from the worldwide system.

22               Q.    Why?

23               A.    I don't think you can issue bearer check

24   now -- I think.

25               Q.    Why?  Why was it stopped?

YASSIN ABDULLAH KADI

110

1          Q.   The $15 million you did say was from KBM,

2    and he did it in bearer checks to hide his identity, and it

3    wasn't used for charity, it was put in to your company,

4    Muwafaq Limited --

5          A.   Let me take these questions.

6               The first $15 million was referred to

7    Switzerland, right?  The first 15 million?

8          Q.   I'm on the March 1993, three bearer

9    checks, 5 million each, $15 million, that went to you and

10   Muwafaq Limited, your company.  You say that was KBM.

11   We have now established it wasn't for charity; it was for

12   something else.

13         A.   Okay.  Let me try to clear it up a little

14   bit.

15         Q.   Please.

16         A.   KBM is the main resource of the money.

17   Whether it's for NMCC, because this is his bank and we have

18   to account for the bank, or the Muwafaq Foundation, which

19   is charity work, or some investments which he also put with

20   us.  So we have three main areas of KBM.

21              Now, if this money was put in Jeddah,

22   most probably, the way I read it, that this is to finance

23   NMCC for its work for transferring the bank.  And if you

24   are saying 20 to $30 million, I will tell you that's

25   normal.

YASSIN ABDULLAH KADI

120

1          Q.   They are all bearer checks, so we don't
2    know the identity of the sender or the recipient; correct?
3          A.   Okay.
4          Q.   Is that correct?
5          A.   Yes.  It's bearer check, yes.
6          Q.   Each one of them is made out on the same
7    day for the amount of $5 million.  Do you see that?
8          A.   Okay.
9          Q.   Yes?  Are you following with me?
10         A.   Yes.
11         Q.   That's a total of $30 million in bearer
12   checks sent on November 9, 1993, from NCB Jeddah; correct?
13         A.   Correct.
14         Q.   Who's sending this money?  They went to
15   you; correct?
16         A.   Yes.
17         Q.   Who is sending you the money, the
18   $30 million, on November 9, 1993?
19         A.   KBM.
20         Q.   Why is he sending you $30 million?
21         A.   Like I told you, there is the circle of
22   NMCC or Muwafaq organization or investment.  Usually I put
23   the money in DMI.  Whether it is going --
24         Q.   DMI in Switzerland?
25         A.   In Switzerland.  Most of the money which

YASSIN ABDULLAH KADI

125

1    it impossible to get this --

2                          MR. MALONEY:  Well, we can staple them.

3    But they're all bearer checks, I think probably the same

4    subject matter.  That's why I made it one exhibit.  We'll

5    staple it.  We can staple it now if you want, or on a

6    break.

7                          MR. SALERNO:  Continue, Counsel.

8                          THE WITNESS:  This is the bank?

9    BY MR. MALONEY:

10              Q.   These are 1997, December 1997.

11              A.   Okay.

12              Q.   So on December 7, 1997, you got another

13   bearer check, which, if you look at Kadi 57005, you can see

14   it.  It's a bearer check for $5 million.

15              A.   Okay.

16              Q.   Correct?

17              A.   Correct.

18              Q.   This is a check you cashed.  Where did it

19   come from?

20              A.   KBM.  Let me put it --

21              Q.   Sorry, there are two of them?

22              A.   Just as a rule, any bearer share is

23   coming from KBM.

24              Q.   So all the bearer checks came from KBM?

25              A.   Came from KBM.

YASSIN ABDULLAH KADI

128

1            A.    It is bearer share?  If it is bearer

2    shares, it's KBM.

3            Q.    Yes, both of them are bearer checks;

4    correct?

5            A.    Yes, KBM.

6            Q.    And you deposit them, the $3 million, to

7    Karavan; is that right?

8            A.    Yes.

9            Q.    So just to summarize, a week before you

10   deposited 8 million, and the following week in 1997, you

11   deposited another 3 million into Karavan; correct?

12           A.    Yes.  I think so, yes.

13           Q.    Total of 11 million; correct?

14           A.    Okay.

15           Q.    Yes?

16           A.    Yes.

17           Q.    Again, is that an answer, the money was

18   to be used for investments or charity; is that right?

19           A.    Yes.

20           Q.    Who decides where that money goes once it

21   gets to your account?  Is that your decision?

22           A.    Yes, mainly my decision.  Sometimes there

23   is some consultation with KBM.

24           Q.    I just wanted to clear something up in my

25   notes here.  Have you ever heard of a company called