# EXHIBIT U

Declaration of Peter C. Salerno
In Support of Defendant Yassin Kadi's Motion
To Exclude the Testimony of Victor Comras

03 MDL 1570

July 31, 2023

[stamp] Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra
Swiss Confederetation
P.P CH-3003 Berne, MPC

Ministère public de la Conféderation MPC
[Swiss Federal Public Prosecutor's Office]

**Registered Letter**
Mr. Marc BONNANT
BONNANT WARLUZEL & ASSOCIES
12, rue de Saint-Victor
Case postale 473
1211 Geneva 12

Deputy Attorney General: Claude Nicati
Deputy Federal Attorney: Juliette Noto
Registrar: Marjorie Hayoz
Proceedings no.: MPC/EA[illegible]/1/05/0139
Berne, 17 December 2007

Yassin Abdulla KADI

Dear Sir,

I am writing to bring to your attention that by an order of termination of proceedings of 13 December 2007, the Swiss Federal Public Prosecutor's Office (MPC) is abandoning the proceedings against Mr. Yassin Abdullah KADI (article 120 Federal Rules of Criminal Procedure (PPF)).

This clearly implies that the investigation, initiated on 15 September 2001 against unknown and extended on 25 October 2001 against Mr. Yassin Abdullah KADI, has been brought to an end.

This order of termination of proceedings also indicates that the charges of supporting a criminal organisation, as defined by article 260b of the Criminal Code, which were brought against the latter, have been dropped.

All of the accounts which were subject to freezing shall be released within the context of criminal law by a separate order.

Yours sincerely,

Swiss Federal Public Prosecutor's Office (MPC)

Claude Nicati
Deputy Attorney General

Swiss Federal Public Prosecutor's Office (MPC)
Marjorie Hayoz
Taubenstrasse 16, 3003 Berne
Tel.: +41 31 322 [illegible] 74, Fax: +41 31 322 [illegible] 03
www.ba.admin.ch

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Ministère public de la Confédération MPC

REÇU le
1 9 DEC. 2007

P.P. CH-3003 Berne, MPC

**Recommandé**
Maître Marc BONNANT
BONNANT WARLUZEL & ASSOCIES
12, rue de Saint-Victor
Case postale 473
1211 Genève 12

| | |
|---|---|
| Procureur général suppléant: | Claude Nicati |
| Procureure fédérale suppléante: | Juliette Noto |
| Greffière: | Marjorie Hayoz |
| Procédure n°: | MPC/EAII/1/05/0139 |

Berne, le 17 décembre 2007

## Yassin Abdullah KADI

Maître,

Par ces quelques lignes, je porte à votre connaissance que par ordonnance de non-lieu du 13 décembre 2007, le Ministère public de la Confédération renonce à la poursuite contre M. Yassin Abdullah KADI (art. 120 PPF).

Ceci signifie en clair qu'il est mis fin à l'enquête ouverte le 15 septembre 2001 contre inconnu et étendue le 25 octobre 2001 contre M. Yassin Abdullah KADI.

Cette ordonnance de non-lieu indique également que **les charges de soutien à une organisation criminelle au sens de l'art. 260ter CP qui avaient été retenues contre ce dernier sont abandonnées.**

L'entier des comptes ayant fait l'objet d'un blocage sera libéré au plan pénal par une ordonnance distincte.

Veuillez agréer, Maître, mes cordiales salutations.

Ministère public de la Confédération MPC

Claude Nicati
Procureur général suppléant

Ministère public de la Confédération MPC
Marjorie Hayoz
Taubenstrasse 16, 3003 Bern
Tél. +41 31 322 06 74, Fax +41 31 322 05 03
www.ba.admin.ch

KADI0018537