IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

*IN RE:* **TERRORIST ATTACKS ON**    :   Civil Action No.
**SEPTEMBER 11, 2001**                :   03 MDL 1570 (GBD) (SN)
                                      :
_____

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

## CERTIFICATE OF SERVICE

# EXHIBIT B

# WIGGINS CHILDS
## PANTAZIS FISHER GOLDFARB

www.wigginschilds.com/grazioso

(205) 549-4555 | info@wigginschilds.com

HOME  ABOUT  PRACTICE AREAS  ATTORNEYS  REFERRALS  NEWS  CONTACT

## GRAZIOSO V. TALIBAN

### Public Notice

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, inter alia, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the Grazioso Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

### عامه خبرتیا

په نیویارک کې د جنوبي ولسوالۍ په متحده ایالاتو محکمه کې، د قضیی شمیرې 03-MD-1570-GBD-SN او 1:22-CV-01188-GBD-SN ، د 2022-08-23 کې د تیموتی گرازیوسو د ښاغلی د شخصي استازی په توګه د مرحوم د ترکی د گرازیوسو او د نورو 246 مدعیان په مقابل د اسلامي امارت د افغانستان، چې د طالبانو په نامه پیژندل شوی، د سپتمبر په 11 ،2001 کې د تروریستی بریدونو د قربانیانو د کورنیو لپاره د دوهم تعدیل شوی شکایت درج کړ.

د 18 U.S.C § 2333, 28 U.S.C § 1331 او § 1332(a)(2) له مخې، Grazioso، 102-256, 106 Stat. 73 PL ،PL 102-256 ،1991 د تعذیب د ستړی قانون او د مدافعینو خلاف تعذیب د مقابلې قانون ۱۹۹۱، مدعیان د گرازیوسو په ګډه، یو په یو ډول یا په انفرادی ډول د جبران لپاره د یو ملیارد امریکایی ډالرو (US$ 1,000,000,000) څخه ډیر د تعویضی او تاوانی زیانونو د محکمې د لګښتونو او د وکیلانو د حقوقو او د قضاوت نه وړاندې او وروسته د ګټې تر څنګ د دې دعوې د شتمنیو لپاره د پریکړې غوښتنه کوی.

دا یو خبر دی چې کوښښلیک ثبت شوی دی. د دعوی کتنه په پښتو او انګلیسی ژبو کې شتون لری. www.wigginschilds.com/grazioso

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto.

### عامه خبرتیا

في محكمة الولايات المتحدة المحلية للمنطقة الجنوبية من نيويورك، القضية رقم 03-MD-1570-GBD-SN و1:22-CV-01188-GBD-SN، وفي 2022/08/23، قدمت المدعية الشخصية تدبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموتي غرازيوسو، المتوفى، و246 مدعياً آخر، شكوى تعديلية ثانية ضد إمارة أفغانستان الإسلامية، والمعروفة أيضاً باسم طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملاً بجملة أمور، منها الفقرات 18 من مادة 2333 من قانون الولايات المتحدة، والمادة 28 من مادة 1331 وقانون الولايات المتحدة، 106 Stat. 73, PL 102-256 ،1991 وقانون حماية ضحايا التعذيب لعام 1991 ،1332(a)(2) يطالب المدعون في غرازيوسو ضد الحكم لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين، و/أو بشكل فردی، بالتعویضات الضارة والعقابیة تتجاوز ملیار دولار أمریكی (US$1,000,000,000) بالإضافة الثابتة قبل وبعد الحكم، وأتعاب المحاماة وتكالیف هذا الإجراء والإعفاء عن التعویضات المناسبة.

هذا اشعار بإیداع المرافعات.

www.wigginschilds.com/grazioso.

المرافعات متاحة بالإنجليزية والباشتو على الموقع الإلكترونی دی التالی.

[2nd Amended Complaint and Summons (English)]
[2nd Amended Complaint and Summons (Pashto)]

BIRMINGHAM, AL
The Kress Building
301 19th Street North

WASHINGTON, D.C.
1211 Connecticut Ave. NW
Suite 420

DELAND, FL
Main Street Center,
101 North Woodland Blvd,

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT B**