**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ***IN RE:*** **TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | : : : | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |

*This document applies to:*

***Grazioso, et al. v. The Taliban, et al.***
1:22-cv-01188 (GBD) (SN)

**CERTIFICATE OF SERVICE**

# EXHIBIT C



القدس العربي
AL-QUDS AL-ARABI

May 31st, 2023

DECLARATION OF PUBLICATION

I, Pat Sundram, am the Business Manager and Company Secretary of Al-Quds Al-Arabi, a daily Arabic-Language newspaper distributed in the Middle East, North Africa, Europe, and the United States of America.

I hereby certify that the Legal Notice, a true copy of which is attached hereto, was published in Al-Quds Al-Arabi on the following dates: - April 28th, May 5th, May 12th, and May 19th 2023

Also attached are true and correct copies of pages from Al-Quds Al-Arabi on those four dates, each of which shows the Legal Notice's placement on the bottom right-hand corner of the page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31st, 2023.

PAT SUNDRAM FCCA
Pat Sund
BUSINESS MANAGER / COMPANY SECRETARY

القدس العربي
AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

Pat Sund
31/5/2023

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT C**

AL- QUDS AL- ARABI PUBLISHING & ADVERSTISING (OVERSEAS) LIMITED

TEL: 0208 741 8008 FAX: 0208 741 8902 Email: alquds@alquds.co.uk website: www.alquds.co.uk

ADDRESS SUITE B, 2ND FLOOR, 26-28 HAMMERSMITH GROVE, LONDON W6 7HA REGISTERED NUMBER: 2604233 VAT REG NO: 538942704

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-1570 MD - GBD-SN و22:1-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256 و Stat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

القدس العربي

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

Pat [signature]
31/5/2023

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT C**

«بابليون» نفت تلقي ساكو «دعماً أوروبياً»

# العراق: الصراع يتواصل بين حركة موالية لـ«الحشد» وبطريرك الكلدان

بغداد ـ «القدس العربي»:

تواصل الصراع بين حركة «بابليون» الموالية لـ«الحشد الشعبي» بزعامة ريان الكلداني، وبطريرك الكلدان الكاثوليك في العراق والعالم لويس ساكو، فبعد أن أعلن الأخير، حصوله على دعم أوروبي، عبر وفد زاره قبل أيام، نفى الثاني هذه الرواية، موضحا أن الوفد تدخل للوساطة ودعا ساكو...

## القوات الأمنية العراقية تعلن اعتقال 12 «إرهابياً»

بغداد ـ «القدس العربي»:

أعلن جهاز مكافحة «الإرهاب» العراقي، أمس الخميس، القبض على 6 «إرهابيين» في مناطق متفرقة من البلاد، من بينها في إقليم كردستان العراق...

اعتبرته إصلاحاً بعيد المدى للعاملين في القطاع الخاص

## منظمة العمل الدولية ترحب بتشريع قانون الضمان الاجتماعي

بغداد ـ «القدس العربي»:

رحبت منظمة «العمل الدولية»، أمس الخميس، بتشريع مجلس النواب العراقي، قانونا جديدا يمنح حقوقا للعمال في القطاع الخاص، ويمنحهم امتيازات مساوية لنظرائهم في القطاع العام وموظفي الحكومة...

عاملان عراقيان أثناء إصلاح الأسلاك الكهربائية في حي الزهراء في الموصل

### توفير التأمين الصحي

### خطوة مهمة

## أوامر باعتقال 6 مسؤولين عراقيين متهمين بسرقة 92 مليار دينار

بغداد ـ «القدس العربي»:

أصدرت هيئة النزاهة العراقية، أمس الخميس، أوامر قبض ومنع سفر بحق 6 متهمين، بينهم متورط بسرقة القرن، سرقوا مبلغا قدره 92 مليار دينار من كمرك المنطقة الجنوبية والرقابة المالية في البصرة...

## بارزاني لاردوغان: واثقون من فوزك بالانتخابات الرئاسية

بغداد ـ «القدس العربي»:

هنأ رئيس إقليم كردستان العراق، نيجيرفان بارزاني، في اتصال هاتفي، الرئيس التركي رجب طيب أردوغان بمناسبة فوز حزب «العدالة والتنمية» في الجولة الأولى للانتخابات الرئاسية، متمنيا له الفوز في الجولة الثانية الحاسمة.

وجاء في بيان لرئاسة الإقليم، أن «بارزاني، وفي اتصال هاتفي مع أردوغان جدد التأكيد أن إقليم كردستان ينظر باهتمام إلى الانتخابات التركية ويسعد بنجاح العملية الديمقراطية وحسن تنظيمها وهدوء العملية ونسبة المشاركين في التصويت فيها».

وعبر، حسب البيان عن «ثقته وتفاؤله بانتصار أردوغان في الجولة الثانية في الانتخابات الرئاسية التركية» واصفا «انتصار أردوغان بالمهم والضروري للشعب التركي وحاضره ومستقبله».

أردوغان عبر «عن شكره وتقديره وحزب العدالة والتنمية للاتصال والتهاني من قبل بارزاني، مؤكدا على «رغبة بلاده لتنمية العلاقات مع الشعب العراقي وإقليم كردستان».

## «رايتس ووتش»: العراق يخذل ضحايا «الدولة» في سنجار

بغداد ـ «القدس العربي»:

...

## مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم: 03-MD-1570-GBD-SN و1:22-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعيا آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ) (2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256، و106 Stat. 73،

يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي) بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء، والمزيد من التعويضات المناسبة.

هذا اشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2601734
Web: www.alquds.co.uk

31/5/23

*Grazioso v. Taliban - 1:22-cv-01188*

**CERTIFICATE OF SERVICE**

# EXHIBIT C



31/5/23

## وسط انتقادات المعارضة... ونائب: البلاد تديرها «حكومة سلفني شكرا»

# البرلمان المصري يوافق على الحساب الختامي لموازنة 2021 ـ 2022

القاهرة ـ «القدس العربي»

من تامر هنداوي:

## مسؤولون يعولون على تطور العلاقة بين بغداد وأربيل لتصفير الأزمات

# السوداني يدعو بارزاني لدعم العملية السياسية وبناء «العراق الجديد»

بغداد ـ «القدس العربي»

من مشرق ريسان:

مسؤولون عراقيون خلال افتتاح نصب (البارزاني) التذكاري

## تاريخ علي بالأجداد

## مسعى جاد

## العراق يطلب دعماً دولياً للحصول على حصصه المائية من تركيا وإيران

# مرصد حقوقي: ذي قار وميسان الأكثر تضرراً من الجفاف وسكانهما ينزحون للمدن

بغداد ـ «القدس العربي»

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel. 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604211
Web: www.alquds.co.uk

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT C**

## اعتقال قيادي في تنظيم «الدولة» في بغداد

بغداد ـ «القدس العربي»:

## مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم: MD-1570-GBD-SN-03- و1:22-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11، عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ) (2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256، و106 Stat. 73. يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي) بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

**هذا إشعار بإيداع المرافعات.**

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2 Arab & International affairs www.alquds.co.uk شؤون عربية وعالمية القدس العربي

### بريطانيا تعلن اكتمال إجلاء رعاياها... وأكثر من ألف ينزحون لإثيوبيا يوميا

# السودان: الأمم المتحدة تحتاج 445 مليون دولار لمساعدة 860 ألف لاجئ

لندن ـ وكالات:

تحتاج الأمم المتحدة، حسب ما أعلنت أمس الخميس، إلى 445 مليون دولار لمساعدة 860 ألف شخص قد يفرون بحلول تشرين الأول/أكتوبر من القتال الدامي في السودان بين الجيش وقوات «الدعم السريع».

وأطلقت مفوضية الأمم المتحدة السامية لشؤون اللاجئين هذا النداء لجمع الأموال من الدول المانحة كما قالت الأمم المتحدة في بيان، مضيفة أن مصر وجنوب السودان ستستقبلان أكبر عدد من الوافدين.

وستتطلب الاستجابة للأزمة السودانية 445 مليون دولار حتى تشرين الأول/أكتوبر لمواجهة ارتفاع عدد الفارين من السودان، حسب المفوضية.

وحتى قبل هذه الأزمة، كانت معظم العمليات الإنسانية في البلدان المجاورة للسودان والتي تستضيف حاليا الأشخاص الفارين من البلاد، تعاني نقصا في التمويل.

ووفق المفوضية، تلقت معظم هذه العمليات حتى الآن أقل من 15 % من حاجاتها للعام 2023.

وفي الأشهر المقبلة، قد يغادر السودان 860 ألف شخص من بينهم سودانيون ومواطنون من جنوب السودان يريدون العودة إلى بلادهم. هذا العدد هو توقع مبدئي، وتتألف هذه المجموعة من 580 ألف سوداني، و235 ألف لاجئ كان قد استضافهم السودان قرروا العودة إلى بلدهم الأم، و45 ألف مواطن من دول أخرى.

وكانت مفوضية الأمم المتحدة السامية لشؤون اللاجئين، تحدثت قبل أيام عن أكثر من 800 ألف شخص، لكن من دون إعطاء تفاصيل أو جدول زمني.

وستغطي الخطة التي قدمت الخميس للدول المانحة حاجات هؤلاء الأشخاص في تشاد وجنوب السودان ومصر وإثيوبيا وجمهورية إفريقيا الوسطى.

### وضع «مأساوي»

وقال رؤوف مازو، مساعد المفوض السامي لشؤون العمليات في المفوضية السامية للأمم المتحدة لشؤون اللاجئين في بيان إن «الوضع الإنساني داخل السودان وحوله مأساوي. هناك نقص في الغذاء والماء والوقود، وهناك محدودية في الوصول إلى وسائل النقل والاتصالات والكهرباء فضلا عن ارتفاع أسعار السلع الأساسية...».

وأضاف: «لدى المفوضية السامية للأمم المتحدة لشؤون اللاجئين وشركائها فرق طوارئ على الأرض وهي تساعد السلطات بدعم تقني وتسجيل الوافدين وتعزيز الاستقبال لضمان تلبية الحاجات العاجلة». لكنه أشار إلى أن «هذه مجرد بداية، هناك حاجة ماسة إلى مزيد من المساعدة».

وأجبرت المعارك أكثر من 335 ألف شخص على النزوح ودفعت 115 ألفا آخرين إلى اللجوء لدول مجاورة، وفق المفوضية التي أطلقت أيضا بوابة بيانات الخميس لتحديد عدد الوافدين يوميا.

لكن، حسب مفوضية الأمم المتحدة السامية لشؤون اللاجئين، فإن استمرار القتال وعمليات النهب وارتفاع الأسعار والافتقار إلى وسائل النقل، تجعل مغادرة المناطق الخطرة أكثر صعوبة. ويتوقع أن تطلق المفوضية الأسبوع المقبل خطة استجابة إقليمية أكثر تفصيلا.

في السياق، قالت المنظمة الدولية للهجرة، إن أكثر من ألف شخص يتدفقون من السودان إلى إثيوبيا يوميا، وأوضحت في بيان على موقعها أن مصفوفة تتبع النزوح التابعة لها تسجل أكثر من ألف وافد يوميا، بينهم سودانيون وإثيوبيون عائدون إلى بلادهم.

وأشارت إلى أن «الوافدين إثيوبيون، إضافة إلى رعايا دول أجنبية من تركيا وإريتريا والصومال وكينيا وأكثر من 50 دولة أخرى، بينهم 20 بالمئة أطفال»، وفق البيان.

وقالت المنظمة إن «أكثر من 12 ألف شخص وصلوا إلى مدينة ميتيما الحدودية بين السودان وإثيوبيا، منذ اندلاع الصراع في 15 أبريل/نيسان الماضي».

وأكدت أنها «تقدم المساعدات الضرورية للواصلين إلى إثيوبيا، بما في ذلك المأوى، قبل عودتهم إلى بلدانهم، حسب البيان.

في الموازاة، تواصلت عمليات الإجلاء، حيث أعلنت المملكة العربية السعودية أن عدد الأشخاص الذين تم إجلاؤهم من السودان منذ بدء عمليات الإجلاء بلغ نحو 6073 شخصا ينتمون لـ104 جنسيات.

وقالت وزارة الخارجية السعودية في بيان لها «وصل مساء الخميس، عبر سفينة الملك «الطائف»، إلى مدينة جدة 208 أشخاص من النرويج، وأستراليا، والولايات المتحدة الأمريكية، وكندا، وتركيا، وإريتريا، ومصر، وماليزيا، وتايلاند، وسويسرا، وفرنسا، وهولندا، وسوريا».

وأعلنت الخارجية «بذلك يصل إجمالي من تم إجلاؤهم من السودان منذ بدء عمليات الإجلاء نحو 6073 شخصا (246 مواطنا، ونحو 5827 شخصا ينتمون لـ104 جنسيات)».

كما وصلت سفينة أمريكية أمس الخميس، إلى ميناء جدة تحمل على متنها 222 شخصا تم إجلاؤهم من السودان.

### إجلاء رعايا أمريكيين

وأفاد مراسل «العربية» في السودان، أن السفينة العسكرية الأمريكية التي وصلت ميناء جدة السعودي كانت تحمل رعايا أمريكيين ومن جنسيات متعددة ليصل عدد السفن التي استقبلها الميناء السعودي إلى 15 سفينة عسكرية قامت بنقل رعايا من بورتسودان إلى جدة حتى الخميس.

إلى ذلك، أعلنت بريطانيا، اكتمال عملية إجلاء رعاياها من السودان.

وذكرت الحكومة البريطانية في بيان على موقعها الإلكتروني، أن آخر رحلة إجلاء للمملكة المتحدة غادرت من مدينة بورتسودان الليلة الماضية (3 مايو/أيار الجاري) لتختتم أطول وأكبر عملية إجلاء لدولة غربية.

وأوضح البيان أن «عملية الإجلاء استمرت 8 أيام عن طريق مسارات متعددة عبر مطار وادي سيدنا شمالي العاصمة الخرطوم ومطار بورتسودان (شرق)».

وأشارت الحكومة إلى أن «العملية الناجحة شملت إجلاء أكثر من 2450 شخصا في 30 رحلة جوية، غالبيتهم من الرعايا البريطانيين وعائلاتهم»، وفق البيان.

وجاء في البيان «ساعدت المملكة المتحدة أيضا في إجلاء أكثر من 1200 شخص من دول أخرى، بينها الولايات المتحدة وأيرلندا وهولندا وكندا وألمانيا وأستراليا».

وفي سياق آخر، أعلنت المملكة المتحدة تقديمها مساعدات إنسانية بقيمة 5 ملايين جنيه إسترليني لتلبية الاحتياجات العاجلة للفارين من العنف في السودان، وفق البيان.

وأشار البيان أن المساعدات ستقدم للواصلين من السودان إلى جنوب السودان وتشاد.

عائلات سودانية في مدينة وادي حلفا قبل التوجه لمصر

## زعيم حركة سودانية متمردة: حرب السودان «لن ترى منتصرا»

■ جوبا ـ أ ف ب: قال زعيم حركة التمرد السودانية المسلحة، عبد الواحد محمد نور الذي كان أحد قادة القتال الدامي في إقليم دارفور لعدة عقود، إن الحرب الحالية الدائرة في السودان «لن ترى منتصرا».

وبين نور، المقيم حاليا في جنوب السودان، [illegible] الشعب السوداني لا يريد أيا منهما (عبد الفتاح البرهان و[illegible] دقلو)، بل يريد حكومة مدنية».

وتشهد [illegible] العاصمة السودانية [illegible] 15 نيسان/أبريل بين الجيش بقيادة البرهان وقوات الدعم السريع بقيادة نائبه دقلو [illegible] «حميدتي».

[illegible] الخرطوم ومناطق أخرى [illegible] عن مقتل 550 شخصا [illegible] آخرين بجروح، وفق بيانات رسمية لوزارة الصحة، ويُعتقد أن هذه الأرقام أقل بكثير من الواقع.

ووصف نور البالغ من العمر 55 عاما، وعاش [illegible] في باريس، ما يجري في السودان الآن بـ«الكارثة». وحوّلت المعارك [illegible] ميدان حرب، ووفق نور، دارفور كان تمارس فيه الإبادة الجماعية المستمرة [illegible] الإنسانية».

[illegible] نور، زعيم حركة «تحرير السودان» [illegible] في دارفور منذ عام 2003 عندما بدأ [illegible] أقليات إفريقية وقبائل عربية مدعومة [illegible] عمر البشير اتهمت باحتكار السلطة السياسية و[illegible] الرئيس السابق عمر البشير [illegible] ميليشيا «الجنجويد» بقيادة «حميدتي» [illegible] الجيش، وقد تطورت لاحقا لتصبح [illegible] «الدعم السريع» التي انبثقت رسميا عام [illegible].

وأسفر [illegible] في دارفور عن مقتل 300 ألف [illegible] 2.5 مليون آخرين، حسب الأمم المتحدة، ووجهت المحكمة الجنائية الدولية اتهامات [illegible] وعدد من مساعديه، بارتكاب إبادة جماعية وجرائم ضد الإنسانية وجرائم حرب في دارفور.

وعلى الرغم من تراجع حدة النزاع في دارفور خلال الأعوام الأخيرة، إلا أن الأسلحة منتشرة في الإقليم، وكذلك العنف القبلي بسبب الصراع حول الأراضي والموارد.

في عام 2019، أطاح الجيش السوداني بالبشير من الحكم بعد احتجاجات شعبية عارمة خرجت ضد غلاء الخبز والمعيشة، وتولى البرهان ومعه «حميدتي» إدارة البلاد في مرحلة أولى بمشاركة مدنيين قادوا حركة الاحتجاجات الشعبية ضد البشير، قبل أن يطيح القائدان العسكريان بهم من الحكم في تشرين الأول/أكتوبر 2021.

وانفجر الصراع على السلطة أخيرا بين «حميدتي» والبرهان اللذين يقودان قوتين مسلحتين بأسلحة ثقيلة، في الشارع.

ووفق نور «هذه الأجسام التي تتصارع كلها كانت في يد البشير الباطشة ليحمي بها السلطة».

وأضاف «الشرف الجيش، والبرهان شخصيا، على تشكيل الجنجويد»، موضحا أن حركته كانت تعارض القوتين وتكافح «القمع».

وتابع أن «النزاع الحالي في السودان «هو صراع سياسي من الدرجة الأولى، لكنهم قاموا بعسكرته».

ودفعت الاشتباكات أكثر من 100 ألف سوداني للجوء إلى دول مجاورة، في تطور دفع إلى التحذير من «كارثة» إنسانية قد تطال تداعياتها المنطقة بأسرها، وأسفر القتال الحالي عن مقتل أكثر من 550 شخصا وإصابة الآلاف.

وأفادت الأمم المتحدة أن الأعمال القتالية في ولاية غرب دارفور «أثارت أعمال عنف قبلية» سقط فيها العديد من القتلى بينما انتشرت أعمال النهب وحرق الممتلكات.

في عام 2020، رفض نور مع جناحه العسكري التوقيع على اتفاق سلام تاريخي أبرمته الحكومة الانتقالية آنذاك مع بعض حركات التمرد المسلحة في جوبا، لكنه أثار غضبا في ولايات شرق السودان والنيل الأزرق بالجنوب حيث لم يكن مرضيا لجميع القبائل.

وفي هذا الصدد، قال نور إن حركته تعهدت «بوقف إطلاق نار أحادي الجانب منذ الإطاحة بالبشير والتزمت به، لمنح فرصة الوصول إلى حكم المدني».

وينتمي نور إلى قبيلة الفور العرقية، ويعتقد محللون أنه لا يزال يحظى بشعبية كبيرة في الإقليم.

وجاء في تقرير صدر العام الماضي عن خبراء في الأمم المتحدة، أن الجناح العسكري التابع لنور من المجموعات المسلحة في دارفور التي «تتلقى تمويلا ودعما لوجستيا» مقابل إرسال مرتزقة للقتال في ليبيا التي مزقتها الحرب.

وقال خبراء أمميون في عام 2020 إن حركة نور، عززت قدراتها العسكرية بعد اكتشاف الذهب في منطقتها، إلا أن نور ينفي كل ذلك.

وتبعا للزعيم السابق لحركة «تحرير السودان» الصراع الحالي يعكس طموحات الجنرالين في السيطرة على حكم السودان، لكنه «يزيد من معاناة» الناس، خصوصا في دارفور.

وأضاف «لا أعتقد أن الناس سيقبلون يوما بالحكم العسكري».

زعيم حركة التمرد السودانية المسلحة، عبد الواحد محمد نور

## الهروب من السودان «كابوس» للمغتربين الأفارقة

■ لاغوس ـ رويترز: كان طالب القانون النيجيري عمر يوسف بارو مسترخيا في شقته حينما سمع لأول مرة دوي الطلقات النارية في الشهر الماضي في الحي الذي يقطنه في العاصمة السودانية الخرطوم.

وعلى مدى الأيام التسعة التالية، مكث بارو وحيدا ليتجنب الاشتباكات بين القوات المسلحة السودانية وقوات «الدعم السريع» شبه العسكرية، على أمل أن يتوقف القتال.

وفي ظل تعطل الإنترنت لديه واقتراب نفاد مخزونه من الطعام، فتح بارو بيانات هاتفه المحمول يوم 24 أبريل/نيسان، ووقعت عيناه على جملة أعادته إلى الحياة على تطبيق تيليغرام. وهي «ستجلي نيجيريا رعاياها» عند فجر اليوم التالي من حرم جامعة «إفريقيا العالمية» في العاصمة التي مزقتها الحرب.

سارع بارو بحزم حقيبتين وتوجه إلى أقرب محطة حافلات، لكن لم تصل أي وسيلة مواصلات.

### صوبوا سلاحهم نحوي

وقال بارو «ظهرت قوات الدعم السريع بأسلحتها فجأة من العدم. صوبوا سلاحهم نحوي، ربما لإخافتي، وسألوني عن وجهتي في هذا الوقت من الليل بالحقيبتين».

وكانت تلك بداية رحلة طويلة ومروعة إلى بر الأمان.

بينما أرسلت الدول الغنية مثل الولايات المتحدة وبريطانيا طائرات لإجلاء رعاياها من مطار بالقرب من الخرطوم، عانى الأفارقة والأجانب آخرون من دول أقل ثراء للعثور على طريق للخروج.

وتكدس الآلاف في الحافلات و[...] في الرحلة الممتدة 800 كيلو[متر من] الخرطوم إلى بورتسودان في [البحر] الأحمر للصعود على متن سفن، [و...] آخرون صوب الشمال لـ[...] كيلومتر إلى حدود مصر، ليجدو[ا أنفسهم] عالقين فحسب في صفوف انتظ[ار لعدة] أيام للسماح لهم بالعبور.

لكن مع تزايد الأعداد وشح الو[قود، ارتفعت] أسعار التنقل إلى مئات الدولارات لتكون بعيدا عن متناول الكثيرين ومن بينهم الطلبة مثل بارو.

كان بارو (24 عاما) مذعورا إلى حد أعجزه عن الرد حينما واجهه المقاتلون.

وقال «ظننت أنها ستكون نهايتي»، لكن المقاتلين ضحكوا وتركوه في محطة الحافلات.

وتوسل بارو إلى رجل يركب دراجة نارية لتوصيله إلى الجامعة، ليجد أكثر من ألف نيجيري وبوركيني وتشادي وطلبة أجانب آخرين متجمعين بها.

لكن في اليوم التالي لم تظهر أي حافلات. واعترى الغضب الكثيرين الذين كانوا بلا طعام أو مياه أو نقود أو كهرباء.

ويبين بارو عبر تطبيق «زووم»، بينما يُسمع صوت بكاء في الخلفية، «حتى ونحن نجلس هنا، يمكنك سماع أصوات أعيرة نارية في كل مكان تقريبا. لسنا آمنين هنا».

وقالت حكومة نيجيريا إنها حاولت استئجار 250 حافلة لإجلاء نحو 5500 من رعاياها وأغلبهم من الطلبة، لكنها لم تستطع توفير إلا 40 حافلة بتكلفة بلغت 1.2 مليون دولار.

ووصلت الحافلات العشر الأولى إلى الجامعة يوم 26 أبريل/نيسان، لكن لم يكن بها مكان لبارو، كان عليه الانتظار أربعة أيام أخرى لنقله إلى بورتسودان في رحلة ليلية. وقال إن النيران اشتعلت في إحدى الحافلات في الطريق، لكن لم يُصب أحد.

واستطاع طالب نيجيري آخر، وهو كبير آدم (24 عاما) أن يضمن مقعده في قافلة مغادرة من جامعة الرازي في الخرطوم إلى أرقين، وهي أحد معبرين رئيسيين على الحدود مع مصر، لكن المسافرين اضطروا إلى الانتظار في العراء أربع ليال قبل أن يُسمح لهم بدخول مصر يوم الثلاثاء.

وبينت الهيئة الوطنية لإدارة الطوارئ في نيجيريا أن مصر تسمح لرعاياها بالدخول فقط إن كانت لديهم مقاعد على متن رحلات مغادرة. وأجلت طائرة تابعة للقوات الجوية النيجيرية وطائرة مستأجرة أول 354 نيجيريا من مدينة أسوان المصرية أمس الأربعاء.

وقالت السلطات المصرية، توفر الإغاثة وخدمات الطوارئ في المعابر وتحاول تسريع إجراءات الدخول من خلال زيادة أعداد الموظفين الحدوديين.

### «كان الأمر مروعا»

حتى الأشخاص الأفضل حالا واجهوا صعوبات في الخروج. فقال بريده موبايو (34 عاما) وهو مستشار أعمال من زيمبابوي، إنه بقي مع زوجته وابنه ذي العامين في غرفة المعيشة عندما تعرض منزلهم للأعيرة النارية.

ومن دون إنترنت أو حتى كهرباء لتشغيل هواتفهم، عانوا للتواصل مع سفارتهم أو أسرتهم. وقال موبايو إنه وزوجته كانا يدخران الطعام والشراب القليلين لابنهما.

وبعد أسبوع، جاءتهم أنباء أنه ستتوفر وسيلة نقل تغادر من سفارة بلدهم إلى بورتسودان.

وقال موبايو إن محرك سيارته أبى أن يعمل، ولم تكن هناك سيارات أجرة. فسار وزوجته أربعة كيلومترات تفصلهم عن السفارة، وأوقف مقاتلو قوات الدعم السريع

Grazioso v. Taliban - 1:22-cv-01188
CERTIFICATE OF SERVICE

**EXHIBIT C**

## شكري يهاتف البرهان و«حميدتي»: قلق مصري من استمرار الحرب

■ القاهرة ـ د ب أ: أجرى وزير الخارجية المصري سامح شكري اتصالين هاتفيين أمس الخميس، مع كل من الفريق أول ركن عبد الفتاح البرهان، رئيس مجلس السيادة الانتقالي السوداني، والفريق أول محمد حمدان دقلو «حميدتي»، قائد قوات «الدعم السريع».

وصرح السفير أحمد أبو زيد المتحدث الرسمي باسم الخارجية المصرية، بأن شكري أكد في الاتصالين «قلق مصر البالغ نتيجة استمرار المواجهات العسكرية، وما أسفرت عنه من وقوع ضحايا أبرياء، وتعريض أمن واستقرار السودان لمخاطر بالغة، مناشدا بـ«الوقف الفوري لإطلاق النار حفاظا على مقدرات الشعب السوداني الشقيق، وإعلاء المصلحة الوطنية العليا».

وأكد خلال الاتصالين، على أن «مصر لن تألو جهدا في الوقوف إلى جوار السودان في هذه المحنة الخطيرة وغير المسبوقة، وأن الشعب المصري يعتصر ألما لما يلاقيه الشعب السوداني من معاناة نتيجة الاقتتال الدائر، الأمر الذي يقتضي ضرورة التزام جميع الأطراف بالهدنة لإتاحة الفرصة لعمليات الإغاثة وتقديم المساعدات الإنسانية والطبية لمستحقيها وتوفير الحماية للمدنيين».

وأضاف المتحدث باسم الخارجية، أن «شكري أعاد التأكيد خلال الاتصالين على موقف مصر الثابت الداعي لاحترام سيادة السودان وسلامة أراضيه وعدم التدخل في شؤونه الداخلية، وأن كافة الاتصالات والجهود الدبلوماسية التي تضطلع بها مصر حاليا ترتكز على تلك المحددات، وتستهدف مساعدة السودان في الخروج من محنته، وتوفير البيئة الملائمة لحل الخلافات من خلال الحوار».

## مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك. القضية رقم:
03-MD-1570-GBD-SN و1:22-CV-01188-GBD-SN، في 2022/08/23. قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ) (2) وقانون حماية ضحايا التعذيب لعام 1991، PL. 102-256، 106 Stat. 73. يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000 دولار أمريكي) بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604213
Web: www.alquds.co.uk

Al-Quds Al-Arabi Volume 35 - Issue 10975 Friday 5 May 2023

السنة الخامسة والثلاثون العدد 10975 الجمعة 5 أيار (مايو) 2023 ـ 15 شوال 1444 هـ

## 16 ألف شخص وصلوا مصر... ونقل قرابة 4 آلاف أجنبي إلى إثيوبيا

# السودان: بريطانيا «لا تضمن» استكمال عمليات الإجلاء عقب الهدنة... وكندا تنفذ أول رحلة

لندن ـ «القدس العربي» ـ وكالات:

تواصل أكثر من 50 دولة جهود إجلاء رعاياها من السودان، إما برا عبر مصر وإثيوبيا، أو بحرا عبر ميناء بورتسودان، أو جوا.

وأعلنت القاهرة، أمس الخميس، استقبال 16 ألف شخص من غير المصريين عبر المنافذ الحدودية مع السودان.

وذكر متحدث الخارجية أحمد أبو زيد، أن «الجهود المصرية لتسهيل عبور النازحين من الأراضي السودانية خلال الأيام القليلة الماضية أسفرت عن النجاح في تسهيل عبور أكثر من 16 ألف مواطن من غير المصريين إلى البلاد حتى اليوم 27 أبريل/ نيسان الجاري».

وأوضح في بيان أن «أعداد العابرين من الأشقاء السودانيين تجاوزت 14 ألف مواطن، كما بلغ عدد العابرين إلى مصر ما يزيد عن ألفي مواطن أجنبي من 50 دولة و6 منظمات دولية».

وأشار إلى استمرار جهود «تسهيل استقبال المواطنين الفارين من الاشتباكات العسكرية في السودان، والعمل على تخفيف معاناتهم الناجمة عنها وتوفير المساعدات الإنسانية اللازمة لهم».

وأول أمس الأربعاء، أعلنت القاهرة إجلاء 1140 مصريا من السودان برا وجوا، ليرتفع إجمالي عدد العائدين إلى 2679.

### 187 شخصا يصلون جدة

في الموازاة، وصل إلى مدينة جدة السعودية 187 شخصا من رعايا 25 دولة تم إجلاؤهم من السودان.

وذكرت وكالة الأنباء السعودية (واس) أن ذلك يأتي «استمرارا للجهود التي تبذلها المملكة العربية السعودية في عمليات الإجلاء من جمهورية السودان إلى المملكة».

وأشارت إلى أن الرعايا ينتمون إلى دول هولندا، وروسيا، ولبنان، والنرويج، والولايات المتحدة الأمريكية، وتركيا، وصربيا، وبولندا، وألمانيا، والهند، وجورجيا، وتايلاند، وبنغلاديش، والسويد، وأوزبكستان، والمملكة المتحدة، وأيرلندا، وكينيا، والفلبين، وإثيوبيا، وأرمينيا، ونيجيريا، وكازاخستان، وباراغواي، وباكستان.

وتم نقل الرعايا من خلال سفينة «الطائف» تمهيدا لتسهيل مغادرتهم إلى بلدانهم، مشيرة إلى أنه بذلك يصل إجمالي عدد من تم إجلاؤهم من السودان منذ بدء عمليات الإجلاء نحو [illegible] سعوديا، و2425 شخصا ينتمون لـ 74 جنسية).

[illegible] قائد الشرطة في ولاية [illegible]، أنه جرى إجلاء قرابة 4 آلاف أجنبي [illegible] معبر القلابات الحدودي إلى إثيوبيا.

[illegible] القضارف، اللواء [illegible] بوابة «سودان [illegible] الإخبارية، إن الشرطة [illegible] في إجلاء 3936 أجنبيا قادمين من [illegible] الخرطوم عبر معبر القلابات إلى [illegible].

[illegible] إلى الأجانب الذين جرى إجلاؤهم [illegible] وتنزانيا، وموزمبيق، [illegible] الوريقيا، وإرتيريا، وليبيريا، وجيبوتي [illegible] وباكستان ونيو[illegible] وتركيا و[illegible] واليونان والبرازيل [illegible].

[illegible] الإجلاء عبر المعبر الرابط بين السودان وإثيوبيا [illegible] الأسبوع.

وتحدث القائد الشرطي عن إجلاء 400 سوداني، مفيدا بأن عمليات الإجلاء جرت وفق خطة أمنية متفق عليها، شملت تعزيز الوجود العسكري في الطريق القومي والقاري والمعبر الحدودي.

وذكر أن إدارة الجوازات والهجرة والجنسية التابعة لقوات الشرطة، تعمل على مدار الساعة في معبر القلابات.

ووفق البوابة، نقلت السفارة الإثيوبية أعمالها من الخرطوم إلى ولاية القضارف، مما ساعد الأجانب على اكتمال إجراءات سفرهم.

كذلك أعلنت وزارة أوروبا والشؤون الخارجية الفرنسية، إجلاء 398 شخصا من السودان، ليصل إجمالي عدد من أجلتهم إلى 936.

وأضافت الوزارة الفرنسية، في بيان نشرته على موقعها الإلكتروني، أن «الفرقاطة لورين التابعة للبحرية الفرنسية وصلت إلى جدة في 26 أبريل/ نيسان الجاري آتية من بورتسودان، حاملة على متنها 398 شخصا».

واستهدفت عملية الإجلاء الأخيرة 5 فرنسيين، ومواطنين من أكثر من 50 جنسية (على وجه الخصوص أمريكيون وبريطانيون وكنديون وإثيوبيون وألمان وهولنديون وإيطاليون وسويديون).

### دعوة لوقف القتال

وشاركت في هذه العملية وزارة القوات المسلحة الفرنسية بالتعاون مع وزارة أوروبا والشؤون الخارجية من خلال مركز الأزمات والدعم التابع لها. وأعربت الخارجية الفرنسية عن شكرها للسلطات السعودية والجيبوتية على مساعدتها في عملية الإجلاء هذه.

ومنذ بدء عمليات الإجلاء، أجلت فرنسا بواسطة قواتها المسلحة 936 شخصا، من بينهم 214 فرنسيا، حسب البيان ذاته.

واختتمت وزارة أوروبا والشؤون الخارجية الفرنسية بالقول: «نجدد مناشدتنا لكافة الأطراف المتنازعة في السودان إلى وقف القتال والعودة إلى الحوار السياسي».

في حين، قالت وزيرة الدفاع الكندية، أنيتا أناند، إن بلادها نفذت أول رحلة إجلاء لها من السودان، وإنها تعمل على إخراج المزيد من الكنديين من هناك في أسرع وقت ممكن.

وجرى إجلاء حوالي 180 كنديا من المنطقة في وقت سابق بمساعدة دول أخرى فيما تعمل الحكومة الاتحادية على تنفيذ عملياتها الخاصة لإجلاء المدنيين. وقالت أناند في مؤتمر صحافي «يمكنني أن أؤكد أن أول رحلة إجلاء كندية من السودان تمت باستخدام طائرة تابعة للقوات الجوية الملكية الكندية».

ويوجد نحو 1800 كندي في السودان، منهم 700 على الأقل طلبوا المساعدة من حكومة بلادهم.

وأوضحت أناند أن غالبية الكنديين موجودون في العاصمة السودانية وأن جهود إجلائهم برا أو بحرا «تزيد بشكل كبير من الوقت الذي قد يتعرضون فيه للخطر».

وتابعت «في اللحظة التي نتحدث فيها يجري التخطيط لضمان إمكانية إجلاء أكبر عدد ممكن من الكنديين في أسرع وقت ممكن».

وكانت وزارة الدفاع الكندية قد قالت، أول أمس الأربعاء إنها أرسلت نحو 200 جندي وطائرتين من طراز سي-130 هركليز للتنسيق عمليات الإجلاء.

ونجحت المملكة المتحدة حتى عصر أمس الخميس في إجلاء 536 مواطنا بريطانيا من السودان.

وقال وزير الخارجية البريطاني، جيمس [illegible]

عائلة وصلت إلى بغداد أمس

## ... ومغادرة 243 عراقياً وسورياً من بورتسودان إلى بغداد

بغداد ـ «القدس العربي» من مشرق ريسان:

[illegible]

...شكره إلى «الوزيرين للمساعدات التي تم تقديمها من قبل حكومتيهما إلى مجموعة من المواطنين العراقيين في السودان وإجلائهم منها».

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم: MD-1570-GBD-SN-03- و22:CV-01188-GBD-SN-1،

في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ) (2) وقانون حماية ضحايا التعذيب لعام 1991، PL. 102-256، و106 Stat. 73 ، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي) بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء، والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

## السودانيون يدفعون ثمن الحرب... والحياة باتت مستحيلة

■ الخرطوم ـ د ب أ: تأثرت كافة مناحي الحياة في السودان بشكل كبير جراء الاشتباكات التي شهدتها البلاد، والتي من الممكن أن تتجدد في أي وقت، رغم الهدنة المعلنة.

كما أثارت الأحداث الجارية قلقا واسعا على المستويين الإقليمي والدولي؛ وصدرت نداءات كثيرة إلى وقف القتال الذي دفع مختلف الدول إلى بذل جهود مكثفة لإجلاء رعاياها من البلاد، والذي أدى أيضا إلى موجات نزوح متزايدة للسودانيين، داخليا وخارجيا.

وبصوت باك وحزين وعين دامعة، قالت فاطمة محمد، وهي ربة منزل يعمل زوجها في السعودية، إنها مجبرة على الرحيل عن منزلها في حي بحري في العاصمة الخرطوم والعودة إلى مسقط رأسها في مدينة دنقلا في الولاية الشمالية، بعد أن دمرت قذيفة طائشة أثناء الاشتباكات بين قوات الجيش السوداني وقوات الدعم السريع جزءا منه، وأحالته إلى تراب، وقدر الله أنها لم تصب هي أو أبناؤها بأذى، لكنها أكدت أنها فقدت أعزاء لها في الحي، أنهت قذيفة طائشة حياتهم، مما اضطرها إلى أن تحزم أمتعتها وتعد صغارها لمغادرة الخرطوم رغم الظروف الاقتصادية الصعبة.

وأضافت فاطمة: «أيام سوداوية عشناها هنا في مدينة بحري خلال الأيام الفائتة. فالعطش ظل يحاصرنا من كل جانب بعد انقطاع المياه عنا منذ اندلاع الحرب منتصف الشهر الحالي، وكذلك التيار الكهربائي، لنكون خاتمة معاناتنا القصف الذي شهدته منطقتنا، والذي أحال حياتنا إلى جحيم ولم يكن أمامنا سوى الهروب طمعا في حياة كريمة».

وبالفعل، يعيش السودانيون في [illegible]

[illegible]

الخرطوم، والتضرع إلى الله أن يوقف الحرب ويخرجنا منها سالمين».

وقد عجز الكثير من السودانيين بالفعل عن الفرار من نيران الحرب والنزوح داخليا أو خارجيا بسبب تكلفة السفر الباهظة، وفشلهم في تأمينها، فأبواب البنوك ما زالت مغلقة منذ اندلاع الحرب، فضلا عن أن بعض السودانيين بعد أن لجأوا للمدن القريبة من الخرطوم كولاية الجزيرة وسط السودان فوجئوا بارتفاع أسعار السكن هناك بما يزيد عن 1500 دولار، وهي أماكن يصعب على من عاش في العاصمة البقاء فيها طويلا نظرا لافتقارها لكثير من المزايا وخاصة نقص الخدمات فيها مقارنة في الخرطوم، ويحدو الأمل الجميع في أن تنجح الجهود الرامية لإنهاء الاشتباكات، والتي ربما كان آخرها ما تردد أمس عن مبادرة للهيئة الحكومية للتنمية المعروفة بـ منظمة «إيغاد»، تم التوصل إليها في اجتماع عقد في وقت سابق بين رؤساء دول المنظمة، وتقرر فيه تكليف رؤساء كل من جنوب السودان وكينيا وجيبوتي بالعمل على مقترحات حلول للأزمة الحالية في السودان، والتي تنص بتمديد الهدنة الحالية إلى 72 ساعة إضافية، وإيفاد ممثل واحد لكل طرف من طرفي الصراع [illegible] واهتمامهم بالأزمة الحالية.

عمال يعيدون تأهيل خطوط الكهرباء في السوق المركزي في الخرطوم بحري

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 [illegible]
VAT Reg No: 538 9427 04 Registered No: [illegible]
Web: www.alquds.co.uk

31/5/23

Grazioso v. Taliban - 1:22-cv-01188
CERTIFICATE OF SERVICE

EXHIBIT C