IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

*IN RE:* **TERRORIST ATTACKS ON**     :     Civil Action No.
**SEPTEMBER 11, 2001**                :     03 MDL 1570 (GBD) (SN)
                                       :
_____

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

## CERTIFICATE OF SERVICE

# EXHIBIT F





# Abdullah Azzam
3,371 Tweets

Search Twitter

Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More

Tweet

Follow

**Abdullah Azzam**
@Abdullah_azzam7

Personal Secretary 2 D 1st Deputy PM of D IEA, Mullah Abdul Ghani Baradar, Views are own د ا.ا.ا د ریاست الوزراء د لومړی معاون ملا عبدالغنی برادر خاص سکرتر

Kabul, Afghanistan  Born January 1, 1996  Joined September 2020

465 Following   10.3K Followers

Not followed by anyone you're following

Tweets | Replies | Media | Likes

📌 Pinned Tweet

 **Abdullah Azzam** @Abdullah_azzam7 · Mar 22, 2022
1/22
Afghanistan and Ukraine; how two similar invasions triggered contradictory reactions?

A little after the twenty years long US occupation of Afghanistan ended, a prosperous and relatively civilized European country, Ukraine, was invaded by its eastern

💬 8    🔁 26    ♡ 117

Show this thread

**Abdullah Azzam** @Abdullah_azzam7 · Dec 15, 2022
They wanted me to disarray and destroy Muslim families and take away women from Islam.

**Atef Dalgamouni** @AtefDalgamouni1 · Dec 14, 2022
Very interesting video I wish you all watch and learn.



*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.1.**

💬 4    🔁 5    ♡ 20

**Abdullah Azzam** @Abdullah_azzam7 · Dec 13, 2022
المان ۶ ملیونه ډاکټرانو، انجنیرانو، کار کوونکو... کډوالو ته ارتیا لري او ټولو هغو کسانو ته به د یاد هیواد تابعیت هم ورکړي څوک چې په پنځه کاله کې به د آلماني ژبه زده کړي. د راپورونو پر اساس د یاد هیواد شل ملیونه خلک تقاعد شوي دي، ځکه د دغو کډوالو ته

## You might like

Ammar Yasir
@ammarzamarak


Qar قاري يحينٰ تكل
@TakalYahya


Muhammad Jalal
@MJalal0093


Show more

## What's happening

WNBA · Yesterday
**Fever at Sun**

Entertainment · Trending
**jason sudeikis**
4,006 Tweets

Trending in United States
**Bill Walton**

Trending in United States
**Delaware**
5,020 Tweets

Music · Trending
**#TheShowLiveOnTour202**
1,135 Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More...


GRAZIOSO
@GRAZIOSO_PLNTFS




*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT F.1.








- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Twitter Blue
- Profile
- More

Tweet

← Dr.M.Naeem
6,061 Tweets

Search Twitter

Follow

**Dr.M.Naeem**
@IeaOffice

Spokesman of the Political Office of the Islamic Emirate of Afghanistan.
سخنگوی دفتر سیاسی ا.ا.ا
د ا.ا.ا دسیاسي دفتر ویاند

📍 Qatar   🔗 alemarahpashto.com   📅 Joined September 2020

82 Following    443.6K Followers

Not followed by anyone you're following

| Tweets | Replies | Media | Likes |

📌 Pinned Tweet

Dr.M.Naeem @IeaOffice · May 28

رسالة التهنئة من رئيس وزراء إمارة أفغانستان الإسلامية الحاج الملا محمد حسن أخوند:
أهنئ فخامة الرئيس رجب طيب أردوغان على فوزه في الجولة الثانية من الانتخابات التركية وإعادة انتخابه رئيساً لتركيا.
و أرجو الله سبحانه لتركيا والتي لها أهمية خاصة في المنطقة والعالم



💬 1    🔁 49    ♡ 445    📊 19.8K    ⬆

Show this thread

Dr.M.Naeem @IeaOffice · 4h

@FDPM_AFG د ریاست الوزراء اقتصادي معاونیت · 4h
In Pursuit of Economic Autonomy: The Islamic Emirate of Afghanistan's Emphasis on the Power Sector and Infrastructure Development. 👇

**You might like**

 Zabihullah (..م الله) @Zabehulah_M33
 Anas Haqqani(حقاني) @AnasHaqqani313
 U.S. Special Re... @US4AfghanPeace

Show more

**What's happening**

MLB · Last night
**Yankees at Mariners**

Entertainment · Trending
**jason sudeikis**
4,022 Tweets

Trending in United States
**Virginia**
56.4K Tweets

Entertainment · Trending
**#NancyDrew**
1,540 Tweets

Arts & culture · Trending
**Walt Whitman**
1,972 Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···


GRAZIOSO
@GRAZIOSO_PLNTFS

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.2.**



*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.2.**






### Abdul Qahar Balkhi
@QaharBalkhi

MoFA Spokesperson, Islamic Emirate of Afghanistan

📍 Kabul　🔗 mfa.gov.af　📅 Joined August 2021

**62** Following　**207.8K** Followers

Not followed by anyone you're following

**Tweets** | Replies | Media | Likes

↻ Abdul Qahar Balkhi Retweeted

**Hafiz Zia Ahmad** @HafizZiaAhmad1 · 7h

په بهرنیو چارو وزارت کې د بلغاریا د شهیدانو د کورنیو سره د تعزیت، تسلیت او فاتحې مراسمو کې د بهرنیو چارو وزیر مولوي امیر خان متقي صاحب بشپړه وینا د لاندې یوټیوب لینک څخه کتلای شئ.

youtube.com/watch?v=bPwdJ4...



💬 4　↻ 18　♡ 146　📊 5,112　↑

↻ Abdul Qahar Balkhi Retweeted

**Hafiz Zia Ahmad** @HafizZiaAhmad1 · May 30

دوهمه برخه:

#### You might like
- Anas Haqqani(اني) @AnasHaqqani313 
- Ammar Yasir @ammarzamarak 
- ستخباراتو لوی ریاست @GDI1415 

Show more

#### What's happening

MLB · Last night
**Yankees at Mariners**

Trending in United States
**Virginia**
56.5K Tweets

Arts & culture · Trending
**Walt Whitman**
1,986 Tweets

Sports · Trending
**Kenny Lofton**

Entertainment · Trending
**#NancyDrew**
1,540 Tweets

Show more

Terms of Service　Privacy Policy
Accessibility　Ads info　More ···



GRAZIOSO
@GRAZIOSO_PLNTFS

Grazioso v. Taliban - 1:22-cv-01188
CERTIFICATE OF SERVICE
EXHIBIT F.3.








# Qari Yousaf Ahmadi
@QyAhmadi21

Official twitter account, the spokesman of Islamic Emirate of Afghanistan.

kabul,Afghanistan  alemarah2.com  Joined November 2019

19 Following   181.5K Followers

Not followed by anyone you're following

**Tweets** | Replies | Media | Likes

Qari Yousaf Ahmadi @QyAhmadi21 · May 24

4    3    62    3,627

Qari Yousaf Ahmadi @QyAhmadi21 · May 20

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.4.**








**Tweet**

**GRAZIOSO**
@GRAZIOSO_PLNTFS

@QyAhmadi21

مذكرة عامة

في محكمة الولايات المتحدة الجزئية للمنطقة الجنوبية من نيويورك، القضية
رقم MD 1570-03 - GBD-SN و1:22-GBD-SN-CV-01188، في
23/08/2022، قدمت المدعية ديبورا غرازيوسو، بصفتيها الممثلة الشخصية
لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد
إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية
التي وقعت في الولايات المتحدة في 11/11/2001.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات
المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة
1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256، Stat.
106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم،
مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار
أمريكي (1.000.000.000 دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد
الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.
المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2:24 PM · Jun 6, 2023

View Tweet analytics

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.4.**

GRAZIOSO
@GRAZIOSO_PLNTFS




Suhail Shaheen. محمد سهيل شاهين
2,588 Tweets

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Twitter Blue
- Profile
- More

Tweet

Follow

**Suhail Shaheen.** محمد سهيل شاهين
@suhailshaheen1

IEA Permanent Rep-desig. to UN, Head of Political Office, former Negotiations Team's Member دسیاسي دفتر مشر، دملګرو ملتونو لپاره نومول شوی دا.ا.ا. دایمي استازی

📍 Doha, Qatar   📅 Joined February 2019

263 Following   708.5K Followers

Not followed by anyone you're following

**Tweets** | Replies | Media | Likes

 **Suhail Shaheen.** محمد سهيل شاهين @suhailshaheen1 · May 28
My heart-felt congratulations to Popular Leader, Recep Tayyip Erdogan, on winning runoff election. I pray for prosperity and development of Türkiye under his wise leadership and hope relations between Afghanistan and Türkiye will boost up further during his presidency.

💬 38    🔁 64    ♥ 535    📊 34.6K    ⬆

🔁 **Suhail Shaheen.** محمد سهيل شاهين Retweeted

**Ministry of Foreign Affairs - Afghanistan** @MoFA_Afg · May 28
رسالة تهنئة رئيس وزراء إمارة أفغانستان الإسلامية الحاج الملا محمد حسن آخوند:
أهنّئ فوز الرئيس رجب طيب أردوغان في الجولة الثانية بالانتخابات الرئاسية التركية للسیّد أردوغان وشعب تركيا الشقيق، وأسأل الله العلي القدير أن يجعل من تركيا التي



💬 28    🔁 127    ♥ 1,081    📊 74.9K    ⬆

Show this thread

🔁 **Suhail Shaheen.** محمد سهيل شاهين Retweeted
**Zabihullah (ذبیح الله م..)** @Zabehulah_M33 · May 28
Congratulatory Message of the Prime Minis
Afghanistan on the Results of the President

I would like to extend my heartfelt congratu
Erdoğan on his victory in the second round of elections 1/3



**You might like**

Anas Haqqani (انس حقاني)
@AnasHaqqani313

Zabihullah (ذبیح الله م..)
@Zabehulah_M33

nunn.asia
@nunnasia

Show more

**What's happening**

MLB · Last night
**Rockies at Diamondbacks**

Trending in United States
**Virginia**
56.5K Tweets

Sports · Trending
**Kenny Lofton**

Trending in United States
**#ONEPIECE1085**
13.7K Tweets

Arts & culture · Trending
**Walt Whitman**
1,986 Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

 GRAZIOSO
@GRAZIOSO_PLNTFS

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.5.**



Tweet

GRAZIOSO
@GRAZIOSO_PLNTFS

@suhailshaheen1

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-1570 MD - GBD-SN و1:22-GBD-SN-01188-CV، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، 256-102 PL. Stat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000 دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.
المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2:25 PM · Jun 6, 2023

View Tweet analytics

Tweet your reply!    Reply

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.5.**










*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.6.**



Tweet

GRAZIOSO
@GRAZIOSO_PLNTFS

@Zabehulah_M33

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم 1570-03 MD - GBD-SN و22:1-GBD-SN-CV-01188، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، 256-102 PL. Stat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.
المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2:26 PM · Jun 6, 2023

View Tweet analytics

Tweet your reply!   Reply

Relevant people

GRAZIOSO
@GRAZIOSO_PLN

Zabihullah (م...الله)
@Zabehulah_M33
Official Twitter Acc
Spokesman of Isla
Afghanistan, Zabih

**What's happening**

Technology · LIVE
#WWDC23 

Politics · Trending
The FBI
388K Tweets

Sports · Trending
Saudi
165K Tweets

Entertainment · Trending
Pete Davidson
10.4K Tweets

Trending in United States
Virginia
44.8K Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ··

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.6.**