# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

Anaya, et al. v. Islamic Republic of Iran,
No. 18-cv-12341 (GBD) (SN)

03 **MD** 1570 (GBD)(SN)

**DEFAULT JUDGMENT**

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 24, 2023, Plaintiffs' motion for partial final default judgment, (ECF No. 8687), is GRANTED. It is ORDERED that Plaintiffs Donovan Lanham, Gary Lanham, and Jasmine Jackman are each awarded judgment for solatium damages in the amount of $8,500,000.00; and it is further ORDERED that prejudgment interest is awarded for these solatium damages at a rate of 4.96 percent per annum, compounded annually, from September 11, 2001, to the date of judgment, in the amount of $24,526,271.97; and it is further ORDERED that Plaintiffs may, at a later date, submit applications for punitive damages, or other damages (to the extent such awards have not previously been ordered) consistent with any future rulings made by this Court on this issue.

**Dated:** New York, New York
August 1, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:** *K. Mango*

_____
**Deputy Clerk**