

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

August 4, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY  10007

BY ECF

      Re:   *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570 (S.D.N.Y.)

Dear Judge Netburn:

    We respectfully write on behalf of defendant Dallah Avco to advise the Court that Dallah Avco joins in the reply filed today at Dkt. 9265 by the Kingdom of Saudi Arabia in support of its motion to exclude expert testimony to the extent that plaintiffs may rely on any of that expert testimony to support their claims against Dallah Avco.  *See generally* Dkt. 9090 (Dallah Avco's joinder in Saudi Arabia's motion, Dkt. 9088).

    We thank the Court for its time and attention to this matter.

                                                                             Respectfully submitted,

                                                                             Robert Kry

cc:    All counsel by ECF