KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

August 11, 2023

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") in opposition to Plaintiffs' request for oral argument (ECF No. 9279) on the parties' cross-motions to exclude expert evidence. Saudi Arabia believes that oral argument is unnecessary in light of the extensive briefing on the cross-motions. In addition, the schedule for motion-to-dismiss briefing has already been set, and that briefing will be more useful to the Court if the parties' briefs are written with the benefit of the Court's ruling on expert evidence. The cross-motions are already fully briefed and ripe for decision. Oral argument will inevitably cause a delay, which may make the motion-to-dismiss briefing less useful. If the Court decides to hear oral argument, counsel for Saudi Arabia will of course appear as the Court directs.

                                    Respectfully submitted,

                                    */s/ Michael K. Kellogg*

                                  Michael K. Kellogg
                                  *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)