IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Desimone, et al. v. The Islamic Republic of Iran, No. 21-cv-07679* | |

**CLERK'S CERTIFICATE OF DEFAULT**

    I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 27, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on the defendant, The Islamic Republic of Iran, in accordance with 28 U.S.C. §1608(a)(4).

    Service was effectuated on the Islamic Republic of Iran on May 23, 2023 when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran, delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note. See Affidavit of Service filed on August 10, 2023, No. 21-cv-07679, ECF No. 54.

    I further certify that the docket entries indicate that the Islamic Republic of Iran has not filed an answer or otherwise moved with respect the complaint herein.  The default of the defendant is hereby noted.

Dated: New York, New York

_____, 2023

                                                                                                 RUBY J. KRAJICK
                                                                                                 Clerk of Court

                                                                       By: _____
                                                                                         Deputy Clerk