**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-MD-01570 (GBD) (SN)<br><br>This document relates to: *All Actions* |

**NOTICE OF APPEAL**

Notice is hereby given that nonparty-objectant Kreindler & Kreindler LLP ("Kreindler") appeals to the United States Court of Appeals for the Second Circuit from the order entered on July 17, 2023, ECF No. 9212, that affirmed the sanctions imposed against Kreindler by order of Magistrate Judge Sarah Netburn, dated September 21, 2022, ECF No. 8544 (together, the "Sanctions Orders").

Kreindler previously filed a petition for a writ of mandamus in the Second Circuit that, as supplemented, seeks review of the District Court's Sanctions Orders. *See In re Kreindler & Kreindler LLP*, No. 23-178 (2d Cir.). The petition remains pending. In the petition, Kreindler argues that mandamus is proper because, *inter alia*, appellate review by direct appeal is not available at this time and may never be available. Kreindler therefore files this notice of appeal protectively, in the event the Second Circuit concludes that mandamus is unavailable because the Sanctions Orders are reviewable under the collateral order doctrine. *See United States v. Prevezon Holdings Ltd.*, 839 F.3d 227 (2d Cir. 2016) (No. 16-132), ECF No. 10-1; *Stonewall Ins. Co. v. Asbestos Claims Mgmt. Corp.*, 73 F.3d 1178, 1191 (2d Cir. 1995); *Philipp Bros. Chemicals (N.Y.) v. Commissioner*, 435 F.2d 53, 55 n.2 (2d Cir. 1970).

Dated: August 15, 2023
      New York, New York

|  |  |
|---|---|
|  |  /s/ Edward M. Spiro  |
| Emily Kirsch | Edward M. Spiro |
| Paul Niehaus | Morvillo Abramowitz Grand |
| Kirsch & Niehaus PLLC |   Iason & Anello P.C. |
| 950 Third Avenue, 19th Floor | 565 Fifth Avenue |
| New York, NY 10022 | New York, NY 10017 |
|  | (212) 856-9600 |
|  | espiro@maglaw.com |