**Ex. A-3**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ayleen | J. | Santiago | Ayleen | J. | Arroyo | | Child | $8,500,000.00 |
| 2. | Ayleen | J. | Santiago | George | J. | Santiago | | Child | $8,500,000.00 |
| 3. | Ayleen | J. | Santiago | George | | Santiago | | Spouse (Deceased) | $12,500,000.00 |

**TOTAL** $29,500,000.00