**Ex. A-4**

Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Carolyn | Anne | Beug | Nicholas | Dorian | Mayer | | Child | $8,500,000.00 |
| 2. | Carolyn | Anne | Beug | Lauren | Paula | Mayer-Beug | | Child | $8,500,000.00 |
| 3. | Carolyn | Anne | Beug | Lindsey | Erin | Mayer-Beug-Wood | | Child | $8,500,000.00 |
| 4. | Jose | Manuel | Cardona | Joshua | Manuel | Cardona | | Child | $8,500,000.00 |
| 5. | Jose | Manuel | Cardona | Paulina | C. | Cardona | | Spouse | $12,500,000.00 |
| 6. | Michael | Angelo | Diaz-Piedra | Michael | Maurice | Diaz-Piedra | IV | Child | $8,500,000.00 |
| 7. | Michael | Angelo | Diaz-Piedra | Thomas | John | Diaz-Piedra | | Child | $8,500,000.00 |
| 8. | Michael | Angelo | Diaz-Piedra | Monique | Kristine | Somervell | | Child | $8,500,000.00 |
| 9. | Michael | Angelo | Diaz-Piedra | Kelly | Marie | Weightman Diaz-Piedra | | Spouse | $12,500,000.00 |
| 10. | Scott | Alan | Powell | Casey | Maurice | Brent | | Child | $8,500,000.00 |
| 11. | Walter | Edward | Weaver | Joan | Claire | Weaver | | Parent (Deceased) | $8,500,000.00 |
| 12. | Walter | Edward | Weaver | Michael | Anthony | Weaver | | Sibling | $4,250,000.00 |

**TOTAL** $105,750,000.00

docs-100624763.1