**Ex. B-1**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | George |  | Lopez |  | $2,594,109.00 |  | $2,594,109.00 |

| | | | | **TOTALS** | $2,594,109.00 | | $2,594,109.00 |

docs-100624765.1