**Ex. B-4**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Joseph | Ross | Marchbanks | Jr. | $2,857,790.00 | | $2,857,790.00 |
| 2. | Timothy | Joseph | Maude | | $4,435,494.00 | | $4,435,494.00 |

**TOTALS** | | | | | $7,293,284.00 | | $7,293,284.00

docs-100624772.1