**Ex. B-6**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Ayleen | J. | Santiago | | | $2,000,000.00 | $2,000,000.00 |

| | | | **TOTALS** | | | $2,000,000.00 | $2,000,000.00 |