**Ex. B-7**

Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Carolyn | Anne | Beug | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Jose | Manuel | Cardona | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Michael | Angelo | Diaz-Piedra | III | | $2,000,000.00 | $2,000,000.00 |
| 4. | Walter | Edward | Weaver | | | $2,000,000.00 | $2,000,000.00 |
| | **TOTALS** | | | | | $8,000,000.00 | $8,000,000.00 |

docs-100624776.1