IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document relates to: *All Actions* | Case No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |

**STEPHEN ALBRIGHT'S NOTICE OF MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS REPUBLIC OF IRAQ AND SADDAM HUSSEIN**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, and upon his accompanying declaration, Stephen Albright hereby moves this Court, before the Honorable George B. Daniels, United States District Judge, and the Honorable Sarah Netburn, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, on a date and at a time designated by the Court, for an Order granting Stephen Albright to withdraw as counsel for defendant The Republic of Iraq and terminated defendant Saddam Hussein in this action and all relevant sub-actions.

As set forth in the attached declaration, withdrawal is necessary because the undersigned has ceased to be associated as co-lead counsel to counsel of record Timothy Mills in this action and all relevant sub-actions with immediate effect. Lead counsel Timothy Mills of Mills Law Group LLP,[1] will continue to serve as counsel for defendants The Republic of Iraq

---

[1] On the date of entering his appearance in this action, Mr. Mills was associated with the law firm Maggs & McDermott LLC ("Maggs & McDermott"). Mr. Mills is no longer affiliated with Maggs & McDermott; he now is associated with the law firm Mills Law Group LLP ("Mills Law Group"), and has so notified the Clerk's Office of this Court through the PACER system in accordance with the Clerk's office procedures for notification of changes of law firm association.

1

and Saddam Hussein in this action and all sub-actions. My withdrawal will not occasion a request for an extension of any deadlines in the case. I am not asserting a retaining or charging lien in connection with my departure.

    In connection with the withdrawal, the Clerk is request to remove the undersigned's name from the CM/ECF service list.

| | |
|---|---|
| Dated:   August 21, 2023<br>         Huntington, New York | Respectfully submitted,<br><br> /s/ *Stephen Albright*<br>Stephen Albright<br>4 Bay Hills Court<br>Huntington, New York 11743<br>Telephone:+ 1 (631) 425-0511<br>salbrightesq@gmail.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2023, I electronically transmitted the foregoing pleading or paper to the Clerk of the Court using the ECF System for filing, who will transmit a Notice of Electronic Filing to the ECF registrant counsel for the parties.

*/s/ Stephen Albright*
