IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document relates to: *All Actions* | Case No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |

# DECLARATION OF STEPHEN ALBRIGHT
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, Stephen Albright, pursuant to 28 U.S.C. § 1746, declare as follows:

1. The facts herein are based upon my personal knowledge.

2. I have ceased to be associated as co-lead counsel to counsel of record Timothy Mills in this action and all sub-actions, with immediate effect.

3. Counsel of record Timothy Mills of Mills Law Group LLP[1] will continue to serve as counsel for defendant The Republic of Iraq and terminated defendant Saddam Hussein.

4. My withdrawal will not occasion a request for an extension of deadlines in the case.

5. I am not asserting a retaining or charging lien in connection with my departure.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2023, in Huntington, New York.

                                                        /s/ *Stephen Albright*
                                                        Stephen Albright
                                                        4 Bay Hills Court
                                                        Huntington, New York 11743
                                                        Telephone: + 1 (631) 425-0511
                                                        salbrightesq@gmail.com

---

[1] On the date of entering his appearance in this action, Mr. Mills was associated with the law firm Maggs & McDermott LLC ("Maggs & McDermott"). Mr. Mills is no longer affiliated with Maggs & McDermott; he now is associated with the law firm Mills Law Group LLP ("Mills Law Group"), and has so notified the Clerk's Office of this Court through the PACER system in accordance with the Clerk's office procedures for notification of changes of law firm association.