IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |
| This document relates to: *All Actions* | |

## [PROPOSED] ORDER

Stephen Albright's motion to withdraw as counsel for defendants The Republic of Iraq and Saddam Hussein is GRANTED.

The Clerk of the Court is respectfully directed to remove Stephen Albright from the docket as counsel for defendant The Republic of Iraq and terminated defendant Saddam Hussein.

SO ORDERED.

August ___, 2023
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

1