```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

    Yesterday, Judge Daniels overruled objections to an order related to the creation of a common benefit fund. See ECF Nos. 5180 (granting motion for common benefit fund), 6481(denying reconsideration of ECF No. 5180), 9317 (overruling objections to ECF No. 6481).[1] He ordered the parties to (1) "meet and confer and to submit jointly or individually a specific plan for structuring a common benefit fund" and (2) "submit[] sworn declarations and supporting evidence to assist in ascertaining the proper size of the common benefit fee and the appropriateness of any specific proposed distribution." ECF No. 9317 at 7. The parties should be prepared to discuss a timeline for these filings at the conference scheduled for next Wednesday, September 6, 2023, at 2:00 p.m.

**SO ORDERED.**

*[signature]*

SARAH NETBURN
United States Magistrate Judge

DATED:    September 1, 2023
               New York, New York

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.