**Ex. A-13**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Stephen | Philip | Morris | Philip | L. | Morris | | Parent (Deceased) | $8,500,000.00 | World Trade Center (New York) |
| 2. | Stephen | Philip | Morris | Andrew | | Morris | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 3. | Stephen | Philip | Morris | Katherine | | Collier | | Sibling | $4,250,000.00 | World Trade Center (New York) |

**TOTAL** $17,000,000.00

docs-100501851.1