**Ex. B-2**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|-----------------|
| 1. | Damion | | Mowatt | | $788,962.00 | $2,000,000.00 | $2,788,962.00 | World Trade Center (New York) |
| 2. | Jerome | O. | Nedd | | $1,367,777.00 | $2,000,000.00 | $3,367,777.00 | World Trade Center (New York) |
| 3. | Manuel | D. | Patrocino | | $1,490,646.00 | $2,000,000.00 | $3,490,646.00 | World Trade Center (New York) |
| 4. | Alejo | | Perez | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 5. | Rahma | | Salie | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |

**TOTALS**     $3,647,385.00     $10,000,000.00     **$13,647,385.00**

docs-100501081.1