**Ex. B-9**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Sophia | | Addo | | $2,133,404.00 | $2,000,000.00 | $4,133,404.00 | World Trade Center (New York) |
| 2. | Antonio | J. | Alvarez | | $3,930,183.00 | $2,000,000.00 | $5,930,183.00 | World Trade Center (New York) |
| 3. | Luis | A. | Chimbo | | $1,538,381.00 | $2,000,000.00 | $3,538,381.00 | World Trade Center (New York) |
| 4. | Helen | | Cook | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 5. | Godwin | Orville | Forde | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 6. | Wilder | A. | Gomez | | $2,310,555.00 | $2,000,000.00 | $4,310,555.00 | World Trade Center (New York) |
| **TOTALS** | | | | | $9,912,523.00 | $12,000,000.00 | **$21,912,523.00** | |

docs-100501107.1