**Ex. B-13**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Stephen | Philip | Morris |  | $6,006,042.00 | $2,000,000.00 | $8,006,042.00 | World Trade Center (New York) |
| **TOTALS** |  |  |  |  | $6,006,042.00 | $2,000,000.00 | **$8,006,042.00** |  |