UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    During yesterday's hearing, attorneys for plaintiffs agreed to participate in a settlement conference to discuss the terms of the Common Benefit Fund addressed in various orders at ECF Nos. 5180, 6481, and 9317.[1] Judge Parker has agreed to preside over the settlement conference, so counsel should contact her chambers email, Parker_NYSDChambers@nysd.uscourts.gov, to schedule an appropriate date.

    The Plaintiffs' Executive Committees and <u>Havlish</u> counsel shall file a joint status letter within 30 days of that settlement conference. The deadlines for filings referred to in Judge Daniels's Order, ECF No. 9317 at 7, are stayed until further order of the Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 7, 2023
              New York, New York

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.