

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

September 11, 2023

BY ECF

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
      *Clarke, et al. v. The Republic of the Sudan* 23-cv-7736

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's December 1, 2020 Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 6547), we respectfully submit this letter on behalf of the plaintiffs in *Clarke, et al. v. The Republic of the Sudan*, who have filed a Short Form Complaint against the Republic of the Sudan and write to request that the action be made part of this multi-district litigation (03 MDL 1570). We have also filed a Related Case Statement on the civil docket, explaining why the newly filed case is related to 03 MDL 1570.

Respectfully submitted,

/s/ Megan W. Benett
KREINDLER & KREINDLER LLP
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: mbenett@kreindler.com

New York          Boston          Los Angeles