USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

03-MD-1570 (GBD) (SN)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A counsel-only settlement conference in this matter is hereby scheduled for **Tuesday, December 19, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 12, 2023 by 5:00 p.m.**

SO ORDERED.

Dated: September 13, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge