KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

September 14, 2023

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to notify the Court that Saudi Arabia and Kreindler & Kreindler LLP ("Kreindler & Kreindler") have reached a settlement regarding Saudi Arabia's pending application for attorneys' fees and expenses pursuant to the Court's September 21, 2022 Opinion and Order. *See* ECF No. 8623 (the "Initial Application"). Accordingly, Saudi Arabia respectfully withdraws its Initial Application with prejudice, subject to the following reservations of rights: Kreindler & Kreindler has reserved all rights to seek further review of the September 21, 2022 Opinion and Order by mandamus or appeal; Saudi Arabia has reserved all rights to file a future application for attorneys' fees in connection with Kreindler & Kreindler's further review of the September 21, 2022 Opinion and Order by mandamus or appeal, or in the event that the current attorneys' fees award is vacated; and Kreindler & Kreindler has reserved all rights to oppose any such future application.

                                                  Respectfully submitted,

                                                  /s/ *Michael K. Kellogg*

                                                  Michael K. Kellogg
                                                  *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)