UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to: *All Actions*

**DECLARATION OF ROBERT T. HAEFELE TRANSMITTING EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EVAN KOHLMANN AND MATTHEW LEVITT [ECF NO. 9246], AND TO DEFENDANT YASSIN ABDULLAH KADI'S MOTION TO EXCLUDE THE TESTIMONY OF VICTOR COMRAS [ECF NO. 9248]**

I, Robert T. Haefele, pursuant to 28 U.S.C. §1746, declare, under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am an attorney admitted to practice in the above-captioned matter, a member of the Plaintiffs' Executive Committees in this MDL, and associated with the law firm Motley Rice LLC, counsel for plaintiffs in this MDL.

2. I submit this Declaration to identify the exhibits referenced in Plaintiffs' Opposition to Defendants' Joint Motion to Exclude the Expert Testimony of Evan Kohlmann and Matthew Levitt [ECF No. 9246], and to Defendant Yassin Abdullah Kadi's Motion to Exclude the Testimony of Victor Comras [ECF No. 9248].

3. Attached to this Declaration are true and correct copies of the following exhibits referenced in Plaintiffs' Memorandum of Law filed with this declaration.

| Ex. 1 (Kohlmann Rpt.) | Expert Report of Evan Francois Kohlmann (served Mar. 10, 2020) |
|---|---|
| Ex. 2 (Revisions to Kohlmann Rpt.) | Correspondence to Defense Counsel enclosing revised page 23 (¶ 71) and page 58 (n. 295) (Oct. 18, 2021) |
| Ex. 3 (Kohlmann Rebuttal Rpt.) | Rebuttal Report of Evan Francois Kohlmann (Feb. 2, 2021) |

| | |
|---|---|
| Ex. 4 (CV of Kohlmann) | Curriculum Vitae of Evan Francois Kohlmann |
| Ex. 4a (Kohlmann Kassir CV) | Curriculum Vitae of Evan Francois Kohlmann submitted in *United States v. Kassir*, 1:04-cr-00356-AT (S.D.N.Y. 2009), ECF No. 67. |
| Ex. 5 (Levitt Rpt.) | Expert Report of Dr. Matthew Levitt (Mar. 9, 2020) |
| Ex. 6 (Levitt Rebuttal Rpt.) | Expert Rebuttal Report of Dr. Matthew Levitt (Jan 18, 2021) |
| Ex. 7 (Levitt CV) | Curriculum Vitae of Dr. Matthew Levitt |
| Ex. 8 (Gurulé Rpt.) | Expert Opinion Report of Prof. Jimmy Gurulé (Feb. 1, 2021) |
| Ex. 9 (Comras Rpt.) | Expert Report of Victor D. Comras (Oct. 29, 2020) |
| Ex. 10 (Comras Rebuttal Rpt.) | Expert Rebuttal Report of Victor D. Comras Concerning Yasin Kadi and Wael Julaiden (Feb. 16, 2021) |
| Ex. 11 (Comras CV) | Curriculum Vitae of Victor Comras |
| Ex. 12 (Kohlmann Tr.) | Transcript of the Deposition of Evan Francois Kohlmann (Aug. 5, 6, 2021) – excerpted pages. |
| Ex. 13 (Levitt Tr.) | Transcript of the Deposition of Dr. Matthew Levitt (Apr. 7, 2021) – excerpted pages. |
| Ex. 14 (Comras Tr.) | Transcript of the Deposition of Victor D. Comras (July 23, 2021) – excerpted pages. |
| Ex. 15 (Al Harbi Tr.) | Transcript of the Deposition of Fahd Mohammad Sanad Alharbi (March 26, 2019) – excerpted pages |
| Ex. 16 (Ibrahim Abdullah Tr.) | Transcript of the Deposition of Ibrahim Abdullah (October 21, 2019) – excerpted pages. |
| Ex. 17 (Barron Tr.) | Transcript of the Deposition of John Barron (April 29, 2021) – excerpted pages. |
| Ex. 18 (Brown Tr.) | Transcript of the Deposition of Jacob Vahid Brown (May 25, 2021) – excerpted pages. |
| Ex. 19 (Kadi Tr.) | Transcript of the Deposition of Yassin Abdullah Kadi (July 10, 2018) – excerpted pages. |
| Ex. 20 (Hr'g Tr., June 26, 2023) | Transcript of June 26, 2023, Hearing in front of Magistrate Judge Netburn |
| Ex. 21 (PECs' Oct. 12, 2021 Ltr to Salerno) | Plaintiffs' Executive Committees' Letter to Yassin Kadi's counsel, Peter |

|  | Salerno, regarding Victor Comras (Oct. 12, 2021). |
|---|---|
| Ex. 22 | Excerpt of *Al-Qaida's Jihad in Europe: The Afghan-Bosnian Network*. |
| Ex. 23 (US v. Osmakac) | *USA v. Osmakac*, 8:12-CR-00045-MSS-AEP (M.D. Fl. 2012), ECF No. 270 |
| Ex. 24 (Georgetown SFS website) | Archived Georgetown School of Foreign Service "Majors and Certificates" Website – Timestamped October 3, 2002. |
| Ex. 25 (FBI Surv. Log) | FBI Awlaki Surveillance Log, Dec. 18, 2001 (previously filed at ECF No. 3912-43) |
| Ex. 26 (Certificate Requirements) | Pamphlet of Certificate Requirements in Islam and Muslim-Christian Understanding from Georgetown's School of Foreign Service. |
| Ex. 27 (Minor Requirements) | Minor Requirements in Islam and Muslim-Christian Understanding from Georgetown's School of Foreign Service. |
| Ex. 28 (IANA Speakers) | Islamic Association of North America (IANA) W. Coast List of Speakers, 2000. |
| Ex. 29 (Marks Tr.) | Transcript of the Deposition of Jonathan Marks (July 22, 2021) – excerpted pages. |
| Ex. 30 | Plaintiffs' responsive catalog to Defendants' catalog that was submitted as Exhibits 1 at ECF No. 9254-1 (and 9250-1). |

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in Mount Pleasant, South Carolina, on September 15, 2023

/s/
Robert T. Haefele, Esq.