# EXHIBIT 7

# *Matthew Levitt,* Ph.D.

1111 19th Street, NW, suite 500, Washington, DC  20036  *  mlevitt@washingtoninstitute.org

**Experience:**

**The Washington Institute for Near East Policy**          Washington, DC
*Fromer-Wexler Fellow*
*Director of the Reinhard Program on Counterterrorism & Intelligence*     2007- Present
• Write, lecture and consult on terrorism, intelligence, the Middle East and U.S. policy

**Georgetown University's Edmund A. Walsh School of Foreign Service**     Washington, DC
*Adjunct Professor*, Center for Security Studies                Fall 2017
• Co-teach graduate course entitled "Combating Terrorist Financing"

**Combating Terrorism Center, U.S. Military Academy at West Point**
*Instructor, External Education Program*                May 2008 – 2013
• Teach a variety of counterterrorism courses for CTC's external education program

**Johns Hopkins University, Paul H. Nitze School of Advanced International Studies (SAIS)**
*Professorial Lecturer in International Relations – Strategic Studies*     Washington, DC
• Teach graduate course entitled "Combating the Funding of Transnational Threats"   2007 - 2012
• Teach graduate course entitled "Terrorism: Concepts and Problems"      2004 – 2005

**U.S. Department of State, Special Envoy for Middle East Regional Security**   Washington, DC
*Counterterrorism Advisor (part time, Temporary Government Employee)*     Feb 2008 – April 2009
• Advise Special Envoy General (ret) James Jones and staff on counterterrorism and intelligence issues
• Contribute to team's assessment of Palestinian/Israeli security sector and help draft final report

**U.S. Department of the Treasury**                 Washington, DC
*Deputy Assistant Secretary for Intelligence and Analysis*           2005- 2007
• Senior Executive Service (SES) manager within Terrorism and Financial Intelligence branch
• Deputy Chief of the Office of Intelligence and Analysis, one of the 16 US intelligence agencies

**The Washington Institute for Near East Policy**          Washington, DC
*Senior Fellow and Director of Terrorism Studies*            2001- 2005
• Direct Terrorism Studies Program; write, lecture and consult on terrorism, the Middle East and U.S. policy

**Johns Hopkins University, Zanvyl Krieger School of Arts and Sciences**
*Lecturer*                           Washington, DC
• Taught graduate course on "Contemporary Terrorism and the American Response"    Summer 2005

**Federal Bureau of Investigation,** International Terrorism Intelligence Unit    Washington, DC
*Intelligence Research Specialist*                  1998 - 2001
• Provided tactical and strategic analysis in support of FBI counterterrorism operations

**The Washington Institute for Near East Policy**          Washington, DC
*Soref Fellow*                         1998
• Analyst focused on the Middle East peace process, terrorism and Palestinian politics and society

**The Program on Negotiation at Harvard Law School**          Cambridge, MA
*Graduate Research Fellow*                    1997-1998
• Doctoral fellowship to pursue field research in the Middle East and commence writing of doctoral thesis

**Additional Affiliations:**

- Member, RESOLVE Network Research Advisory Council (March 2019-March 2021)
- Advisory Board member, Royal United Services Institute for Defence and Security Studies, Centre for Financial Crime and Security Studies (August 2017-present)
- Member, Board of Advisors, Foundation for Defense of Democracies, Center on Economic and Financial Power (formerly Center on Sanctions and Illicit Finance) (2015 -present)
- Contributor, The Hill (2014-present)
- Contributor, al Hurra (2017-present)
- Academic Advisory Board Member, Emirati Center for Strategic Studies and Research (ECSSR), Jan 2015-Jan 2017
- Associate Fellow, The Henry Jackson Society (2016-2017)
- Senior Fellow, Homeland Security Policy Institute, The George Washington University (2009-2015)
- Member, The Council on Foreign Relations (2011-present; Term Member 2005-2010)
- Associate Fellow, Combating Terrorism Center (CTC) at U.S. Military Academy at West Point (2007-2012)
- Member, Association for the Study of the Middle East and Africa (ASMEA)
- Advisory Board Member, Institute for Counter-terrorism (ICT), Israel
- Advisory Board Member, ICT Working Paper Series, Institute for Counter-terrorism (ICT), Israel
- Advisory Council Member, International Centre for Political Violence & Terrorism Research (ICPVTR), Singapore
- Member, Middle East Strategy at Harvard (MESH), John M. Olin Institute for Strategic Studies at Harvard University
- Member, Working Group on "Containing a Nuclear Iran," Saban Center at the Brookings Institution (2010-2011)
- Member, Counterterrorism and Intelligence Task Force, Homeland Security Policy Institute, The George Washington University (2011)
- Member, Advisory Committee for production of the Council on Foreign Relations Special Report "Yemen: Meeting the Challenge" (2011)
- Member, Crisis in Middle East Task Force, Saban Center at the Brookings Institution (2008)
- Member, Council on Foreign Relations Task Force on Terrorist Financing (2005)

**Education:**

**Tufts University, The Fletcher School of Law and Diplomacy**   Medford, MA
- Ph.D. in International Relations (Terrorism and Conflict Resolution)   May 2005
  ~ Passed Ph.D. Oral Exam with Distinction
- Master of Arts in Law and Diplomacy (M.A.L.D.)   May 1995
  ~ Concentrations: Negotiation and Conflict Resolution, International Security Studies, the Middle East

**Yeshiva University**   New York, NY
- BA *cum laude* in Political Science   June 1992

**Selected Honors/Awards:**

- U.S. Embassy Expert Speaker Grant, U.S. Embassy Berlin, May 2019

- Certificate of Appreciation, United States Secret Service, 2015

- Certificate of Recognition, U.S. Departments of Justice and State and the International Institute for Justice and the Rule of Law, October 2015

- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013
- U.S. Department of Justice, Federal Bureau of Investigation, Certificate of Appreciation, March 22, 2103
- U.S. Department of State "Counter-Terrorism Policy" Speaker Grant (lectures in Germany), January 2010
- Ministry of Interior, Kingdom of Bahrain, Award Certificate, February 25, 2009

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 Top Seller in Politics and Law as compiled by YBP Library Service
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 AAUP University Press Book for Public and Secondary School Libraries
- Exceptional Service Award, U.S. Department of the Treasury, January 2007
- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006
- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005
- European Union Visitors Program (EUVP) 2005
- Certificate of Commendation, U.S. Attorney Office, District of Idaho, Department of Justice, December 2004
- Visiting Scholar, The Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Austria), January 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Lithuania), April 2002
- Letter of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001
- Time Off Award (2), Federal Bureau of Investigation, April 2000, April 2001
- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000
- Special Act or Service Award, Federal Bureau of Investigation, September 1999
- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998
- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, The Fletcher School of Law and Diplomacy, 1996-1997

**Court Testimony:**

- Qualified as an expert witness and provided expert testimony in several U.S. federal court proceedings, including US v. Mohamed Yousef Hammoud, et al (Western District of North Carolina, June 2002); US v. Fowad Assed (Eastern District of New York, March 2003); US v. Fawaz Damrah (Northern District of Ohio, June 2004); US v Mohammed Ali Hassan Al Moayad (Eastern District of New York, February 2005); US v Sami Amin Al Arian et al (Middle District of Florida, 2005); US v Mousa Abu Marzook et al (Northern District of Illinois, Eastern Division, November 2006); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, July 2007); US v Muhamed Mubayyid et al (District of Massachusetts, December 2007); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, September 2008 retrial); Soussi v. Napolitano et al (Eastern District of California, August 2009); US v Mahmoud Reza Banki (Southern District of New York, May 2010); US v Defreitas et al (Eastern District of New York, July 2010); US v Vaghari (Eastern District of Pennsylvania, February 2011); Atalla v. USCIS et al (District of Arizona, April 2011); US v Ibrahim (Eastern District of New York, May 2011); US v Allouche (Western District of Texas, February 2015); US v Tsarnaev, District of Massachusetts, March 2015); US v Abdul Khabir Wahid (District of Arizona, February 2019); US v Kourani (Southern District of New York, May 2019)

- Testified as expert witness in foreign terrorism cases: Denmark v Al Aqsa Foundation et al (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, December 2007); CBSP v. S. Samuels (Court of Appeals, Paris, France, 2008); Denmark v "Fighters + Lovers," (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, September 2008); HMA v Nasserdine Menni (Scottish High Court of Judiciary, Glasgow, June 12, 2012); HMA v Yousef Badri (Scottish High Court of Judiciary, Glasgow, September 2015)

- Served as expert witness in several terrorism-related Immigration Court proceedings in the United States and Canada.

- Served as expert witness in several U.S. civil terrorism cases, including Stanley Boim et al v. Quranic Literacy Institute et al (Northern District of Illinois, Eastern Division, December 2004); Gates v. Syria (United States District Court for the District of Columbia, January 2008); Amduso v Sudan (United States District Court for the District of

Columbia, October 2010); Wultz et al v Islamic Republic of Iran et al (United States District Court for the District of Columbia, February 2012); Wyatt v Syria (United States District Court for the District of Columbia, August 2012); Linde et al v. Arab Bank (Eastern District of New York, August 2014); Fraenkel v. Iran (United States District Court for the District of Columbia, December 2016); Fritz v Iran (United States District Court for the District of Columbia, April 2018); Hirshfeld v Iran (United States District Court for the District of Columbia, April 2018); Force v Iran (United States District Court for the District of Columbia, October 2018); Karcher v Iran (United States District Court for the District of Columbia, December 2018)

- Provided expert reports in criminal and civil terrorism cases, in U.S. and foreign jurisdictions, related to terrorism, weapons proliferation, and Iran sanctions violation cases.

## Publications:

### Books:

- *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Georgetown University Press/Hurst Publishers, 2013)

  ~Available in Spanish as *Hezbola: Las huellas en el mundo del parido de dios* (Buenos Aires: Hojas del Sur, 2015)

- *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008)

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (New Haven: Yale University Press, 2006)

  ~ Available in Spanish as *Hamas: Politica, Beneficencia Y Terrorismo Al Servicio De La* Yihad (Barcelona: Belacqva, 2007)

  ~ Available in Polish as *Hamas: Polityka, dobroczynność i terroryzm w służbie dżihadu* (Krakow: Jagiellonian University Press, 2008)

- *The Impact of Acute Security Crises on the Process of Ongoing Negotiations: Lessons from the Palestinian-Israeli Peace Process, 1993-1996* (Ph.D. dissertation, The Fletcher School of Law & Diplomacy at Tufts University, 2005)

- *Targeting Terror: US Policy toward Middle Eastern Terrorist Groups and State Sponsors in the War on Terror* (Washington, DC: The Washington Institute for Near East Policy, 2002)

### Monographs:

- "Hezbollah's Criminal and Terrorist Operations in Europe," *AJC,* September 2, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-criminal-and-terrorist-operations-in-europe

- "Hezbollah's International Presence and Operations," *AJC,* August 31, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-international-presence-and-operations

- *Neither Remaining Nor Expanding: The Decline of the Islamic State*, editor, Policy Focus 155 (Washington, D.C.: July 2018)

- *Toward a New U.S. Policy in Syria: Ground Zero for Countering Iran and Deterring an Islamic State Revival*, contributor (Washington, D.C.: The Washington Institute for Near East Policy, July 2018)

- *Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland*. Report of a Bipartisan Washington Institute Study Group, Transition 2017 Policy  for the Trump Administration (Washington, D.C.: The Washington Institute for Near East Policy, March 2017)

- *Reinforcing the Role of Sanctions in Restraining Iran,* with Katherine Bauer and Patrick Clawson, Policy Note 38 (Washington, D.C.: The Washington Institute for Near East Policy, February 2017)

- *The Rise of ISIL: Counterterrorism Lectures 2016,* editor, Policy Focus 148 (Washington, D.C.: The Washington Institute for Near East Policy, August 2016)

- *A History of Hezbollah Activities in the Arabian Gulf Region,* Occasional Paper Series #87 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2016)

- *From the Boston Marathon to the Islamic State: Countering Violent Extremism,* editor, Policy Focus 139 (Washington, D.C.: The Washington Institute for Near East Policy, April 2015)

- *Hizballah and the Qods Force in Iran's Shadow War with the West,* Policy Focus 123 (Washington, D.C.: The Washington Institute for Near East Policy, January 2013)

- *Finding a Balance: U.S. Security Interests and the Arab Awakening,* editor, (Washington, D.C.: The Washington Institute for Near East Policy, May 2012)

- *Obama's National Security Vision: Confronting Transnational Threats with Global Cooperation,* editor (Washington, DC: The Washington Institute for Near East Policy, October 2010)

- *Fighting the Ideological Battle: The Missing Link in U.S. Strategy to Counter Violent Extremism,* co-author with J. Scott Carpenter, Steven Simon and Juan Zarate (Washington, DC: The Washington Institute for Near East Policy, July 2010)

- *Continuity and Change: Reshaping the Fight against Terrorism,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, April 2010)

- *Deterred but Determined: Salafi-Jihadi Groups in the Palestinian Arena,* co-authored with Yoram Cohen and Becca Wasser, (Washington, DC: The Washington Institute for Near East Policy, January 2010)

- *Combating the Financing of Transnational Threats*, co-authored with Michael Jacobson, Emirates Lecture Series #76 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2009)

- *Rewriting the Narrative: An Integrated Strategy for Counterradicalization.  Report of the Task Force on Confronting the Ideology of Radical Extremism,* co-convener and co-author with Michael Jacobson and J. Scott Carpenter (Washington, DC: The Washington Institute for Near East Policy, March 2009)

- *Countering Transnational Threats: Terrorism, Narco-Trafficking, and WMD Proliferation,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, February 2009)

- *The Money Trail: Finding, Following and Freezing Terrorist Finances,* co-authored with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, October 2008)

- *Terrorist Threat and U.S. Response: A Changing Landscape,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, September 2008)

*Chapters:*

- "U.S. Financial Interdiction Policies: Results and Intents of the Current U.S. Administration," in *Targeting the De-Materialized 'Caliphate': Extremism, Radicalisation, and Illegal Trafficking* (Rome: NATO Defence College Foundation, 2019)

- "Introduction: Beyond Syria and Iraq," in Katherine Bauer, Ed., *Beyond Syria and Iraq: Examining Islamic State Provinces* (Washington Institute for Near East Policy, 2016)

- "Hezbollah's Criminal Networks: Useful Idiots, Henchmen, and Organized Criminal Facilitators," in Hilary Matfess and Michael Miklaucic, eds., *Beyond Convergence: World Without Order* (Washington, DC: National Defense University, 2016)

- "Anti-Semitism in the Public and Private Discourse of Hezbollah," with Kelsey Segawa, in Charles Asher Small, editor, "The ISGAP Papers: Antisemitism in Comparative Perspective, vol. 2 (New York: Institute for the Study of Global Antisemitism and Policy, 2016)

- "Hamas's Not-So-Secret Weapon," in *Clueless in Gaza* (New York: Foreign Affairs, 2014)

- "The Syrian War, Israel, and Hezbollah's Ideological Crisis," in Patrick Clawson, Ed., *No Good Outcome: How Israel Could be Drawn into the Syrian Conflict*, Policy Focus 131, The Washington Institute for Near East Policy, November 2013

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges," in Naveen Beekarry, Ed., *Combating Money Laundering and Terrorism Finance: Past and Current Challenges* (Edward Elger Publishing, 2013)

- "Hizballah's Canadian Procurement Network," in *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada*, Daveed Gartenstein-Ross and Senator Linda Frum, Editors (Washington, DC: FDD Press, 2012)

- "Hezbollah," in Ilan Berman, Chief Editor, *World Almanac of Islamism 2011* (Lanham, MD: Rowman & Littlefield, 2011)

- "Financial Sanctions," in Robin Wright, Editor, *The Iran Primer: Power, Politics, and U.S. Policy* (Washington, DC: U.S. Institute of Peace Press, 2010)

- "The Evolving Threat of International Terrorism and Government Response," in Boaz Ganor and Eitan Azani, Eds., *The Global Impact of Terrorism 2008* (The International Institute for Counter-Terrorism, 2010)

- "Threat Finance and Counterradicalization," in Ronald R. Luman, Editor, *2009 Unrestricted Warfare Symposium: Proceedings on Integrating Action for Attacks Involving: Terrorism, Resources, Economics and Cyberspace* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2009)

- "Disrupting Adversary Networks," in Ronald R. Luman, Editor, *2008 Unrestricted Warfare Symposium: Proceedings on Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2008)

- "Investigacion Y Persecution: Entrevista a Matthew Levitt," in *La Lucha Contra el Terrorismo y Sus Limites* (Madrid, Spain: Adhara Publicaciones, 2006)

- "Hizballah Finances: Funding the Party of God," in *Terrorism Financing and State Responses in Comparative Perspective* (Stanford CA: Stanford University Press, 2006), available online at http://www.washingtoninstitute.org/templateC06.php?CID=772

- "How is the U.S. Targeted Killing of Qassem Soleimani Likely to Affect Hezbollah's International Activities and Operations?" in *Battered Survivor: Hezbollah at Home and Abroad*, Edited by Bilal Y. Saab, Roundtable Report, Middle East Institute, February 2020

- "Hamas Social Welfare: In the Service of Terror," in James JF Forest, editor, *The Making of a Terrorist: Recruitment, Training, and Root Causes* (New York: Praeger Publishers, 2005)

- "Hizballah's Global Reach," in Boaz Ganor, Editor, *Post Modern Terrorism: Trends, Scenarios and Future Threats* (Herzliya, Israel: The International Policy Institute for Counter-Terrorism, Herliya Project Publishing House, Ltd., 2005)

- "Iran and Syria: State Sponsorship in the Age of Terror Networks," in *Confronting Terrorism Financing* (Lanham, MD: University Press of America - American Foreign Policy Council, 2004)

- Several contributions to <u>Peacewatch/Policywatch Anthology 2003: A Year of Victory and Challenge</u> (Washington, DC: The Washington Institute for Near East Policy, 2004)

- "International Military Intervention and the Impact of Terrorism," in Robert B. Satloff, Ed., *International Military Intervention: A Detour on the Road to Israeli-Palestinian Peace* (Washington D.C.: The Washington Institute for Near East Policy, 2003)

- *Winning the Peace in the Middle East: A Bipartisan Blueprint for Postwar U.S. Policy*, coauthored with Patrick Clawson and David Makovsky and edited by Dennis Ross and Robert Satloff (Washington, DC: The Washington Institute for Near East Policy, 2003)

- Several contributions to <u>Peacewatch/Policywatch Anthology 2002: America and the Middle East – Expanding Threat, Broadening Response</u> (Washington, DC: The Washington Institute for Near East Policy, 2003)

- "Iranian State Sponsorship of Terrorism," *The Encyclopedia of World Terrorism, 1996-2002,* (Armonk, NY: Sharpe Reference, 2002), 379-382

- Several contributions to <u>Peacewatch/Policywatch Anthology 2001: A Year of Terror</u> (Washington, DC: The Washington Institute for Near East Policy, 2002), p. 174, 186, 423

- Several contributions to <u>Peacewatch/Policywatch Anthology 1998: Inching Toward Peace, Inching Toward War</u> (Washington, DC: The Washington Institute for Near East Policy, 1999), p. 78, 112

*Select Testimony/Lectures:*

- "Recent Trends in Terrorism and Counterterrorism: National Practices in Countering Violent Extremism," presentation to Counter-Terrorism Committee Executive Directorate (CTED), United Nations, November 16, 2017, available online at <u>https://www.washingtoninstitute.org/policy-analysis/view/recent-trends-in-terrorism-and-counter-terrorism-national-practices-in-coun</u>

- "Low Cost, High Impact: Combatting the Financing of Lone-Wolf and Small-Scale Terrorist Attacks," testimony before the House Financial Services Committee on September 6, 2017

- "Assessing the U.S.-Qatar Relationship," testimony before the House Foreign Affairs Committee on July 26, 2017

- "Attacking Hezbollah's Financial Network: Policy Options," testimony before the House Foreign Affairs Committee

on June 8, 2017

- "Terrorist Abuse of Charity in the Age of the Islamic State and the Syria War," testimony before Senate of Canada, National Security and Defence Committee on February 13, 2017

- "The Islamic State, Extremism, and the Spread of Transnational Terrorism," testimony before the Senate Committee on Foreign relations on April 12, 2016

- "Hezbollah's Growing Threat Against U.S. National Security Interests in the Middle East," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on March 22, 2016
- "Major Beneficiaries of the Iran Deal: IRGC and Hezbollah," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on September 17, 2015

- "The Implications of Sanctions Relief Under the Iran Agreement," testimony before the Senate Committee on Banking, Housing, and Urban Affairs on August 5, 2015

- "Status Report on Countering Terrorist Financing," testimony before the Canadian House of Commons Standing Committee on Finance and the Standing Senate Committee on National Security and Defence, May 11, 2015

- "New Battlefields/Old Laws: The Next Steps in Counterterrorism, Adapting to an Evolving and Expanding Battlefield," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Iran's Involvement in Local, Regional, and Global Terrorism," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," testimony before the Senate Foreign Relations Committee, March 6, 2014

- "Iran's Support for Terrorism Worldwide," Testimony before the House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, Subcommittee on the Middle East and North Africa, March 4, 2014

- "Examining the State Department's Report on Iranian Presence in the Western Hemisphere Nineteen Years after the AMIA Attack," Testimony before the House Committee on Foreign Affairs, Subcommittee on the Middle East and North Africa and Subcommittee on the Western Hemisphere, Washington DC, August 1, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," Written Testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, Washington DC, July 9, 2013
- "Hearing on the Blacklisting of Hezbollah by the European Union," Testimony before the Foreign Affairs Committee, European Parliament, Brussels, Belgium, July 9, 2013
- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," written testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, July 9, 2013
- "Iranian Support for Terrorism and Violations of Human Rights," Testimony before the Standing Committee on Foreign Affairs and International Development, International Human Rights Subcommittee, House of Commons, Parliament of Canada, May 30, 2013
- "Understanding the Hezbollah and Iranian Attack Strategy: Plots from Bulgaria to Washington, DC," The Washington Institute for Near East Policy, New York City, April 30, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," U.S. Military Academy at West Point, West Point, NY, April 29, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Alexander Hamilton Center for Political Economy, New York University, New York City, April 25, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorist Screening Center, Virginia, April 24, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," University of Maryland Hillel, April 20, 2013

- "Implications of Recent Developments in the Middle East," Lecture for J.P. Morgan Investor Seminar, Washington DC, April 19, 2013

- "Contending with Hezbollah Financing," panelist, Center for a New American Security (CNAS), Washington DC, April 17, 2013

- "Combating Terrorism: Protecting our Communities," panelist, conference on "European Union and United States Law Enforcement Co-operation Making it Safer for Citizens: A global Approach," An EU Rendez-Vous Event, Organized by the Delegation of the European Union to the United States and Europol, Washington, DC, April 16, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorism, Transnational Crime, and Corruption Center (TraCCC), George Mason University, April 12, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," 4/5th Special Forces Group (Airborne), Fort Campbell, Kentucky, April 10, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," US Marine Corps Forces Cyber Command, Fort Meade, Maryland, April 5, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Inter-University Center for Terrorism Studies, Potomac Institute, Arlington, VA, April 4, 2013

- "What Europe Should Do About Hezbollah," American Council on Germany and American Friends of Bucerius, New York City, April 3, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," DI Speaker Series, Directorate of Intelligence and Senior Intelligence Officer Council, Federal Bureau of Investigation, Washington DC, March 22, 2013

- "Hezbollah's Strategic Shift: A Global Terrorist Threat," Testimony before the House Foreign Affairs subcommittee on Terrorism, Proliferation and Trade, March 20, 2013

- "Hezbollah—A Threat for Europe?" The American Academy in Berlin Hans Arnold Center, Germany, March 18, 2013

- "Iran's Nuclear Program: News Paths out of the Deadlock?" Expert Discussion co-sponsored by AJC Berlin and the Heinrich Boll Stiftung, Berlin, Germany, March 18, 2013

- "Hezbollah—A Threat for Europe?" AJC Transatlantic Roundtable, JAC Berlin Ramer Institute, Germany, March 18, 2013

- "Europe's Hezbollah Problem," American University of Rome, Italy, March 13, 2013

- "Closing the Ranks on Iran: The United States, Israel, and Europe," panel at a conference on "Iran's Nuclear Program: New Paths out of the Deadlock?" Heinrich Boll Stifung and American Jewish Committee, Berlin,

Germany, March 18, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," La Societa Italiana per l'Organizzazione Internazionale, in collaboration with the American Jewish Committee, Rome, Italy, March 13, 2013

- "Terror from Tehran: Iran as a Global Threat," forum lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Inside Hezbollah: A Close Look at a Top Terrorist Organization," Scholar-in-Residence lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Europe's Hezbollah Dilemma: What's Next?" Foundation for Defense of Democracies, Congressional Meeting Room South, Capitol Hill, March 1, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," George Washington University's Homeland Security Policy Institute, February 14, 2013

- "Europe's Hezbollah Problem," The Washington Institute for Near East Policy, February 8, 2013

- "The Fatah-Hamas Reconciliation: Threatening Peace Prospects," Testimony before the US House of Representatives, Committee on Foreign Relations, Subcommittee on the Middle East and South Asia, February 5, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," Maryland State Antiterrorism Advisory Council (ATAC), Howard County, Maryland, January 30, 2013

- "Hezbollah and Iran," Lectures for the FBI Fly Team, Northern Virginia, January 11, 2013

- "From Beirut to the Blue Ridge: Hezbollah's Reach into North America," Anti-Defamation League Advanced Training School, Extremist and Terrorist Threats Course, Washington DC, December 3, 2012

- "Hezbollah in Southeast Asia," Asymmetric Operations Working Group, Hybrid Threat Networks in the Asia Pacific Rim, Honolulu, HI, November 28, 2012

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Bureau of Intelligence and Research, U.S. Department of State, Washington, DC, November 19, 2012

- "Is Hezbollah a Threat to the U.S. and Canada?" Lecture at a workshop on "Understanding Hezbollah's Impact on the Security of Canada and the United States," held jointly by Canadian Security Intelligence Service and Public Safety Canada, Ottawa, Canada, November 13, 2012

- "Hezbollah, the Qods Force, and Iran's Shadow War Against the West," UK House of Commons, Henry Jackson Society, London, UK, November 7, 2012

- "Why Hezbollah is Europe's Problem Too," A Berlin Middle East Talk by Scholars for Peace in the Middle East and the Mideast Freedom Forum Berlin, Berlin, Germany, November 6, 2012

- "Why Hezbollah in Europe's Problem Too," Concordia Press Club, Stop The Bomb, Vienna, Austria, November 5, 2012

- "Crime without Punishment?  Stopping Hezbollah's Terrorist and Criminal Activities, Friedrich-Naumann-Stiftung für die Freiheit and Transatlantic Institute, Belgium, Brussels, October 24, 2012

- "Hezbollah, Qods Force, and the Shadow War against the West," U.S. Special Operations Command, Tampa, FL, October 11, 2012

- "AQ finance," conference entitled, *Financial Intelligence (FININT) Support to Counterintelligence*, The US Army 902d Military Intelligence (MI) Group (Gp), Ft. Meade, MD, September 19, 2012

- "Hezbollah in the Hot Seat: Fallout from the Syrian Insurgency and Criminal Investigations," Workshop on Lebanon and Syria, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "The Changing Political Topography of Shia Militancy in the Gulf and Beyond," Workshop on Sunni-Shia Tensions in Iraq and the Gulf, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "Is al-Qaeda Central Still Relevant?" Moderator and panelist, Washington Institute Policy Forum, September 4, 2012, Washington DC

- "Hezbollah and Iran," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Israeli-Palestinian Conflict,"  Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Hezbollah's Global Footprint," Lecture for Department of the Treasury, Treasury Executive Institute, Washington DC, June 28, 2012

- "Combating Terror Financing," Lecture for Scottish Police and UK Security Service, Glasgow, Scotland, June 12, 2012

- "The Middle East in the Arab Awakening," Lecture for J.P. Morgan Investor Conference, Washington DC, April 20, 2012

- "Hezbollah's Global Footprint," Lecture for Tennessee State Office of Homeland Security, Nashville, TN, April 9, 2012

- "Party of Fraud: Hizballah's Criminal Enterprises," Policy Forum panelist, The Washington Institute for Near East Policy, Washington DC, March 20, 2012

- "Iran, Hizballah and the Threat to the Homeland," Testimony before the House Committee on Homeland Security, Washington DC, March 21, 2012

- "Combating the Financing of Transnational Threats," Week long course taught for the Counter-Terrorism Studies Program, Executive Certificate Program at the Interdisciplinary Center (IDC), Herzliya, Israel, February 14-17, 2012

- "Iranian Terror Co-Chair of Roundtable Expert Meeting on "Rehabilitation and Reintegration of Violent Extremist Offender: Good Practices & Lessons Learned," co-sponsored by the International Centre for Counter-Terrorism – The Hague (ICCT) and the UN Interregional Crime and Justice Research Institute (UNICRI), The Hague, December 6-7, 2011

- "Iranian Terror Operations on American Soil," Testimony before a joint hearing of the House Homeland Security Subcommittee on Counterterrorism and Intelligence and Subcommittee on Oversight, Investigations, and Management, Washington DC, October 26, 2011

- "September Reflections: Where We Stand Countering Terrorism and Pursuing Peace," New York University SHARP Lecture Series, New York City, September 20, 2011

- "Countering Terror Finance a Decade after 9/11," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Hamas and Hezbollah as Hybrid Terrorist Organizations," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Missing the Forest for the Trees: A Call for Strategic Counterterrorism Ten Years after 9/11," Plenary Keynote Lecture at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 2011

- "Hamas Financing," Mid-Atlantic Regional Intelligence Group (MARIG), Federal Bureau of Investigation, Washington, DC, August 3, 2011

- "Terrorism in and from the Middle East," Security Policy Course on the Middle East, Royal Danish Defence College, Denmark, June 22, 2011

- "Leveraging Financial Intelligence to Combat Transnational Threats," Program on Terrorism and Security Studies, George C. Marshall European Center for Security Studies, Garmsich, Germany, July 13, 2011

- "Drivers of Homegrown Terrorism," panelist, at "Leading Thinkers" conference on "Terrorism in Canada: Threats, Vulnerabilities, and Strategies," Foundation for Defense of Democracies, Ottawa, Canada, June 12-13, 2011

- "Upstream Prevention and Downstream Disengagement, Rehabilitation and Reintegration," United Nations Interregional Crime and Justice Research Institute (UNICRI), Center on Polici9es to Counter the Appeal of Terrorism, Chairman of three afternoon panels on upstream prevention, Lucca, Italy, May 24-26, 2001

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, March 16, 2011

- "Responding to Radicalization and Violent Extremism," panel moderator, "At the Crossroads of Violent Extremism and Foreign Directed Domestic Threats: Homeland Implications," conference cosponsored by the Department of Homeland Security, Federal Bureau of Investigation and hosted by the Office of the Director of National Intelligence, Washington, DC, February 17, 2001

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," panel participant, The Washington Institute for Near East Policy, January 5, 2011

- "The Unifying Narrative in Domestic Radicalization," Panel chair at Colloquium on "Countering the Narrative: The Role of Ideology in the Radicalization Process," The Washington Institute for Near East Policy, Washington, DC, November 19, 2010

- Roundtable discussion on Counterterrorism, Lowy Institute, Sydney, Australia, November 9, 2010

- "Challenges and Opportunities in Financial Intelligence," Australian Transaction Reports and Analysis Center (AUSTRAC), Intelligence Branch, Sydney, Australia, November 8, 2010

- Roundtable discussion on Counterterrorism, Menzies Research Center, Sydney, Australia, November 8, 2010

- "International Terrorism Today: What we Need to Know," Australian Institute of International Affairs (AIIA), Melbourne, Australia, November 4, 2010

- Roundtable discussion on Counterterrorism and Counterproliferation at Office of National Assessments, Canberra, Australia, November 2, 2010

- "Combating Terror Finance," lecture at the Australian Federal Police (AFP) Advanced Counter Terrorism Investigations Program, Canberra, Australia, November 2, 2010

- "Glocalization of the Global Jihad," panel chair at Counterterrorim Colloquium on "Unconventional Warfare: Lessons for U.S. and Israeli Policy," The Washington Institute for Near East Policy, Washington, DC, October 29, 2010

- "What Policymakers can Learn from Palestinian Social Media," Discussant, Foundation for Defense of Democracies, Washington DC, October 19, 2010

- "Terrorism Networks" breakout panel at by-invitation-only conference on "Cutting the Fuse: Moving Beyond the War on Terror," New America Foundation and The University of Chicago, Washington DC, October 13, 2010

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course 10-1, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, July 28 2010

- "Disrupting the Flow of Funds to Terrorist Groups and their Supporters: How *The Justice Against Sponsors of Terrorism Act* Could Help," written testimony submitted to the Senate Committee on the Judiciary, Subcommittee on Crime and Drugs, Hearing entitled "Evaluating The Justice Against Sponsors of Terrorism Act, S. 2930," July 14, 2010

- "The Changing Face of Jihadi Terror: Lessons from the Near Miss in Times Square," panel with Juan Zarate and Dan Freedman, Washington Institute Lafer Symposium, New York City, June 14, 2010

- "Hezbollah and Hamas South of the Border: Terrorist Networks in Latin America," lecture at event on "Terrorists, Drug Traffickers and Gangs in Latin America: Undermining Democracy," The Hudson Institute, Washington, DC, Jun3 9, 2010

- "Combining Broad and Targeted Sanctions, Informal and Formal Sanctions," Washington Institute Colloquium "One Year After June 12: The Iranian Nuclear Impasse," Washington DC, June 3, 2010

- "Combating Terror Finance," Baltimore Joint Terrorism Task Force, Baltimore, MD, June 1, 2010

- "Anti-Money Laundering: Blocking Terrorist Financing and Its Impact on Lawful Charities," testimony before the House of Representatives Committee on Financial Services Subcommittee on Oversight and Investigations, May 26, 2010

- "Challenges for U.S. Policy in the War on Terror," ADL National Leadership Conference, Washington DC, May 3, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Combating Terrorist Financing," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," National Security Management Course, National Security Studies Program, Maxwell School of Citizenship and Public Affairs, Syracuse University, April 29, 2010

- "Iran's Economic Health and the Impact of Sanctions," panelist at Carnegie Endowment for International Peace, Washington, D.C., April 27, 2010

- "A Strategic Approach to Counter-Radicalisation," Henry Jackson Society and Legatum Institute, London, UK, April 15, 2010

- "Combating Terrorist Financing," Counterterror Expo 2010," London, UK, April 15, 2010

- "Contending with Transnational Threats," Counterterror Expo 2010," London, UK, April 15, 2010

- "Counter Threat Finance Intelligence: What It Can and Cannot Do for Mission Success in Afghanistan," lecture at a DOD/USDI-sponsored  "Symposium on Counter-Threat Finance Intelligence and Why It Is Critical to Mission Success in Afghanistan," The Pentagon, Arlington, VA, February 1, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" Parlor meeting lecture and discussion hosted by U.S. Consul General to Dusseldorf, Dusseldorf, Germany, January 27, 2010

- "Combating Terrorist Financing," Bundeskriminalamt (BKA), Meckenheim, Germany, January 27, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" German Landeskriminalamt (LKA) Nordrhein-Westfalen, Dusseldorf, Germany, January 26, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by Financial Intelligence Units," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Hizballah Financing and Resourcing," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by the Intelligence Community," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Terrorism, Crime and the Narco-Terror Connection," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Al Qaeda in the West Bank and Gaza: One Year After Cast Lead" The Washington Institute for Near East Policy, Washington DC, January 11, 2010

- "Combating the Financing of Transnational Threats," Seminar organized by Booz Allen Hamilton, December 16, 2009

- "The Threat of Islamist Terrorism: Have We Become Complacent?" The Heritage Foundation, Washington DC, December 14, 2009

- "The Financing of Terrorist Organizations," American Institute for Contemporary German Studies (AICGS) workshop, Potsdam, Germany, December 7, 2009

- "Can Sanctions Work Against Iran?" Indiana University, Bloomington, Indiana, November 30, 2009

- "Contending with Iran's Proxies," University of Maryland, November 18, 2009

- "Multilateral Issues in Combating Terror Finance," Comments to US-EU Troika meeting, US State Department, Washington DC, November 17, 2009

- "The Muslim Brotherhood," and "Hamas," and "Global Jihadist Movements," New Agent Training Lectures at FBI Academy, Quantico, VA, November 12, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Contending "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options**,**" Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Disrupting Adversary Networks: Combating Terror Finance," George C Marshal Center, Garmisch, Germany, July 16, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options**,**" Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Foreign Fighters and their Economic Impact: A Case Study of Syria and al Qaeda in Iraq (AQI)," Foreign Policy Research Institute conference, Washington DC, July 14, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," HSPI Policy and Research Forum, Homeland Security Policy Institute, George Washington University, Washington DC, June 4, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Luncheon Briefing at the Transatlantic Institute, Brussels, Belgium, April 2, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Danish Institute for International Studies (DIIS), Copenhagen, Denmark, April 1, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, Bi-partisan Anti-Terrorism Caucus Briefing, Cannon House Office Building, March 12, 2009

- "Terror Finance: The Imperative of Interagency Synergy," testimony before the House Committee on Armed Services Subcommittee on Terrorism and Unconventional Threats and Capabilities, March 11, 2009, available online at http://www.washingtoninstitute.org/templateC07.php?CID=449

- "Internationalizing the Financial Flight against Terror Finance," lecture at the George C. Marshall Center, Garmisch, Germany, March 4, 2009

- "Dealing with Hamas: Future Pathways for Britain," lecture at the Quilliam Foundation, London, March 3, 2009

- "Fixing Fissures: What Role for the United States in the World – the Case of the Middle East," lecture for Young Professionals in Foreign Policy (London), co-sponsored by the U.S. Embassy London, March 2, 2009

- "Scaling Back the 'Long War'?  How Obama will Combat Terrorism," lecture at the International Institute for Strategic Studies, London, March 2, 2009

- "Reforming U.S. Counter-Terrorism Assistance Programs," Hill briefing sponsored by the Potomac Institute for Policy Studies, Rayburn House Office Building, February 12, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, National Counterterrorism Center Lunch and Learn Distinguished Speakers Series, January 26, 2009

- "What Next in Gaza?" Congressional Staff Briefing for the Democratic Israel Working Group, Rayburn House Office Building, Washington, DC, January 16, 2009

- "Negotiating Under Fire," Center for Peace and Security Studies, School of Foreign Service, Georgetown University, Washington, DC, January 15, 2009

- "The Money Trail: Finding, Following and Freezing Terrorist Finances," Woodrow Wilson International Center for Scholars, Council on Global Terrorism, Washington, DC, January 13, 2009

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Negotiating Under Fire," The Program on Negotiation at Harvard Law School, Cambridge, MA, November 12, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," The International Security Studies Program at Tufts University's Fletcher School of Law and Diplomacy, Medford, MA, November 13, 2008

- "The Utility of Targeted Financial Measures to Deal with Iran," Brandeis University's Crown Center for Middle East Studies, Waltham, MA, November 13, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Opportunities for the Next Administration: Targeting Terrorist Finances," Homeland Security Policy Institute at The George Washington University, October 7, 2008

- "The Evolving Threat of International Terrorism and the U.S. Government Response," Plenary Address at the World Summit on Counter-Terrorism: Terrorism's Global Impact, The International Institute for Counter-Terrorism, Herzliya, Israel, September 9, 2008

- "The Terrorism-Crime Nexus," lecture at The Combating Terrorism Center at West Point, U.S. Military Academy, April 24, 2008

- "Iran and the United States: Outlook for the Next Decade?" Rayburn House Office Building, co-sponsored by the Counterterrorism Foundation; the Inter-University Center for Terrorism Studies, the International Center for Terrorism Studies at the Potomac Institute for Policy Studies, and the Inter-University Center for Legal Studies at the International Law Institute, Washington DC, April 15, 2002

- 2008 Unrestricted Warfare Symposium on *Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign*, roundtable on "Disrupting Adversary Networks," Johns Hopkins University, Applied Physics Laboratory, Laurel, Maryland, March 10-11, 2008

- "Practical and Conceptual Challenges to Counter the Financing of Terrorism," NYPD Financial Intelligence Workshop, New York, March 6, 2008

- "Targeted Financial Measures to Protect National Security," Treasury Legal Division annual conference, U.S. Mint, Washington, DC, February 29, 2008

- Panel on "Perspectives on the Long War," Marine Corps Command and Staff College, Quantico, Virginia, February 26, 2008

- "The "Israel, the Palestinian Territories, and the Peace Process: Domestic, Regional and International Perspectives," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, February 6, 2008

- "The Future of Palestinian Terrorism," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, January 8-9, 2008

- "National Finance and Global Security:  Status Check on the Effort to Combat Terror Financing," Carnegie Council, New York City, November 29, 2007

- "Combating Terror Financing," 2nd Annual Anti-Money Laundering & Counter-Terrorist Financing Forum, New York City, November 28, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," American Council on Germany, New York City, November 27, 2007

- "Combating Terror Financing," Department of Justice Executive Law Enforcement Summit, Lake Tahoe, California, November 5, 2007

- Moderator, "Homegrown Radicalism in the United States," The Washington Institute for Near East Policy's annual Weinberg Founder's Conference, October 19-21, 2007, Leesburg, Virginia.

- "Combating the Financing of Transnational Threats," Anti-Terrorism Caucus, U.S. House of Representatives, Washington, D.C., October 23, 2007

- Moderate session with Under Secretary of the Treasury Stuart Levey on "Iran Sanctions: Where We are and Where We are Going," Radio Free Europe / Radio Liberty, Washington DC, October 16, 2007

- Chair panel on "Security in the West Bank" at a conference entitled "Whither the Palestinians?  Politics and Policy at a Time of Crisis," The Washington Institute for Near East Policy, July 30, 2007

- "Adding Hezbollah to the EU Terrorism List," written testimony before the Committee on Foreign Affairs, Subcommittee on Europe, United States House of Representatives, June 20, 2007, available online at http://www.washingtoninstitute.org/templateC14.php?CID=352

- Speaker on panel on "The Levant, Maghreb and Sub-Saharan Africa," International Terrorism and Intelligence 2007 (ITI 2007) Conference, hosted by the University of St. Andrews Centre for the Study of Terrorism and Political, Washington DC, June 13, 2007

- "Understanding the Threat: Contemporary Terrorism and the American Response," Anti Defamation League (ADL) Advanced Training School, June 11, 2007, Washington, D.C.

- "Terror Financing: New Trends and Developments," Training Day on Counterterrorism, German Ministry of Foreign Affairs, Berlin, German, June 7, 2007

- "Internationalizing the Financial Fight against Terrorism," George C. Marshall European Center for Security Studies in Garmisch, Germany, June 6, 2007

- Panelist at session on "Policy Options" at a workshop on "Confronting the Iranian Threat: The Way Forward.  What We Know and what to Do."  Foundation for Defense of Democracies, Freeport, Bahamas, May 30 – June 1, 2007

- "Financial Tools to Combat the Evolving Terrorist Threat," with Michael Jacobson, Soref Symposium, The Washington Institute for Near East Policy, Washington, DC, May 10, 2007

- "State Sponsorship of Terrorism in the Age of Binladenism," National Security Management Course, Maxwell School of Citizenship and Public Affairs, Syracuse University, May 8, 2007

- "Confronting the Iranian Threat," Anti-Defamation League Leadership Conference, Washington DC, April 30, 2007

- "Power of the Purse: Combating Terror Finance," seminar sponsored by Eden Intelligence at the Royal College of

Defense Studies, Seaford House, Belford Square, London, England, April 26, 2007

- "Hamas: Politics, Charity and Jihad," Chatham House, Middle East Programme Roundtable Meeting, London, England, April 25, 2007, audio of lecture available online at

- "Can Sanctions and Financial Restrictions Avoid a Showdown with Iran?"  Transatlantic Institute Roundtable Discussion at the Residence Palace, Brussels, Belgium, April 24, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," Transatlantic Institute Roundtable Discussion, Brussels, Belgium, April 23, 2007

- "Pulling Tehran's Purse Stings: Leveraging Sanctions and Market Forces to Alter Iranian Behavior," testimony before the House of Representatives Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation and Trade and Subcommittee on the Middle East and Central Asia, March 15, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=333

- "Teaching Terror: How Hamas Radicalizes Palestinian Society," comments for a panel discussion on the topic of environments that enable terrorism at a conference titled, "The Roots of Terror: Understanding the Evolving Threat of Global Terrorism," sponsored by Women in International Security and the U.S. Army War College, February 12, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=331

- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007, available online at http://www.washingtoninstitute.org/templateC05.php?CID=2576

- "Iran's Pretensions and a Turbulent Middle East," lecture at a conference on "US-Iran Relations: Collision, Stand-Off, or Convergence?" sponsored by The New America Foundation and The National Iranian American Council, Washington, DC, February 14, 2007

- "Understanding the Terrorist Threat," Presentation via VTC for the George C. Marshall European Center for Security Studies in Garmisch, Germany, February 6, 2007

- "Advantages and Limits to Evidence-Based Analysis," commentary on a panel on "Future Directions: How Can We Determine Which Analytic Practices Work?  Can Analytic Practices Become Evidence-Based?" at a conference sponsored by the Office of the Director of National Intelligence (ODNI) on Improving Intelligence Analysis, Chantilly, Virginia, January 10, 2007

- "Hezbollah Fundraising through Criminal Enterprises," Testimony before the Committee on Governmental Affairs, United States Senate, May 25, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=238

- "Islamic Extremism in Europe – Beyond al-Qaeda: Hamas and Hezbollah in Europe," Testimony before the Committee on International Relations, Subcommittee on Europe and Emerging Threats, United States House of Representatives, April 27, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=234

- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony before the Committee on International Relations, Subcommittee on the Middle East and Central Asia Subcommittee

on International Terrorism and Nonproliferation, United States House of Representatives, February 16, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=228

- "Charitable Organizations and Terrorist Financing: A War on Terror Status-Check," Paper presented at the workshop "The Dimensions of Terrorist Financing," University of Pittsburgh, March 19, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=104

- "Terrorism in West Africa, Post 9/11," A rapporteur's summary of remarks to a workshop on "Oil, Terrorism, and More: The Growing Strategic Significance of West Africa" organized by the CNA Corporation's Center for Strategic Studies, March 1, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=101

- "Hezbollah: A Case Study of Global Reach" Remarks to a conference on "Post-Modern Terrorism: Trends, Scenarios, and Future Threats," International Policy Institute for Counter-Terrorism, Herzliya, Israel, September 8, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=132

- "Untangling the Terror Web: The Need for a Strategic Understanding of the Crossover Between International Terrorist Groups to Successfully Prosecute the War on Terror," Testimony before the Committee on Banking, Housing, and Urban Affairs, United States Senate, October 22, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=15

- Chaired panel discussion on "The Matrix of International Terrorism: The Global Jihadist Threat" at a conference entitled "Between Hope and Challenge: The Bush Administration and the Middle East, 2003," The Washington Institute for Near East Policy, Lansdowne, Virginia, September 19-21, 2003.

- "Subversion From Within: Saudi Funding of Islamic Extremist Groups Undermining US Interests and the War on Terror from within the United States," Testimony before the Subcommittee on Terrorism, Technology and Homeland Security, Judiciary Committee, U.S. Senate, September 10, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=13

- "Combating Terrorist Financing: Where the War on Terror Intersects the 'Road Map'," *Jerusalem Issue Brief (Jerusalem Center for Public Affairs),* August 14, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=481

- "Fighting Illegal Transfers Through Alternative Means of Money Transfer," Remarks to a Conference on "The Economic War on Terrorism: Money Laundering and Terrorist Financing" Garmisch, Germany, George C. Marshall European Center for Security Studies in cooperation with U.S. Department of the Treasury, U.S. Federal Bureau of Investigation, US Department of Justice, July 21-25, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=11

- "Developing Global Mechanisms to Combat Terror: Stemming the Flow of Terrorist Financing," Remarks to a Conference on "Global Terrorism: If This is World War III, How Do We Win?" Sponsored by the Strategic Dialogue Center, Netanya College, Israel, New York City, April 6, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=134

- "Culture and the Practice of Deception: Discussant Comments," Colloquium on Foreign Strategic Denial and Deception, The Cantril Group, May 15, 2003

- "The Causes of the 9/ll Attacks and the Scope of the Threat," Address to the 19th World Media Conference: "Media's Role in Peace and Conflict: Covering the Consequences of 9/11," Plenary Session I, "The Causes of the 9/11 Attacks and the Scope of the Threat" Washington, D.C., September 27, 2002, available online at http://www.wmassociation.com/reports/spkers/levitt.html

- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," Testimony on the Syrian Accountability Act before the Subcommittee on the Middle East and South Asia, Committee on International Relations, United States House of Representatives, September 18, 2002, available online at http://www.washingtoninstitute.org/templateC07.php?CID=14

- "Charitable and Humanitarian Organizations in the Network of International Terrorist Financing," Testimony before the Subcommittee on International Trade and Finance, Committee on Banking, Housing, and Urban Affairs, United States Senate (August 1, 2002), available online at http://www.washingtoninstitute.org/templateC07.php?CID=138

*Journal/Magazine Articles:*

- "'Fighters without Borders': Forecasting New Trends in Iran Threat Network Foreign Operations Tradecraft," *CTC Sentinel*, February 27, 2020, https://www.washingtoninstitute.org/policy-analysis/view/fighters-without-borders-forecasting-new-trends-in-iran-threat-network-fore

- "Hezbollah's Procurement Channels: Leveraging Criminal Networks and Partnering with Iran," *CTC Sentinel*, March 2019, https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-procurement-channels-leveraging-criminal-networks-and-partnering

- "Iran's Deadly Diplomats," *CTC Sentinel,* Vol 11, Issue 7, August 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/irans-deadly-diplomats

- "Trump's Travel Ban Might Be Legal, But It's Bad Policy," *Foreign Policy*, April 25, 2018, available online at

- "In Search of Nuance in the Debate over Hezbollah's Criminal Enterprise and the U.S. Response," *Lawfare Research Paper Series*, March 20, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/in-search-of-nuance-in-the-debate-over-hezbollahs-criminal-enterprise-and-t

- "Debating the Hezbollah Problem," *ISCR Insight,* January 22, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/debating-the-hezbollah-problem

- "The Evolution of Shia Insurgency in Bahrain," with Michael Knights, *CTC Sentinel,* January 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-evolution-of-shia-insurgency-in-bahrain

- "Qatar Doesn't Need a Blockade, It Needs an Audit," *Foreign Policy*, June 15, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatar-doesnt-need-a-blockade-it-needs-an-audit

- "How Hamas' Military Wing Threatens Reconciliation With Fatah," with Aviva Weinstein, *Foreign Affairs,*

November 29, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/how-hamas-military-wing-threatens-reconciliation-with-fatah

- "The New York Bomber Was Not a Lone Wolf" *Foreign Policy,* September 21, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-new-york-bomber-was-not-a-lone-wolf

- "Hezbollah's Pivot Toward the Gulf," *CTC Sentinel,* Vol 9, Issue 8, August 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-pivot-toward-the-gulf

- "The Islamic State's Lone-Wolf Era Is Over," *Foreign Policy*, March 24, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-lone-wolf-era-is-over

- "Iranian and Hezbollah Operations in South America: Then and Now," *PRISM,* December 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-operations-in-south-america-then-and-now

- "Anatomy of a Bombing," *Foreign Affairs,* September 1, 2015, available online at https://www.foreignaffairs.com/articles/lebanon/2015-09-01/anatomy-bombing

- "Waking Up the Neighbors: How Regional Intervention is Transforming Hezbollah," *Foreign Affairs,* July 23, 2015, available online at https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors

- "Keeping Iran's Feet to the Fire," *Foreign Policy*, July 14, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/keeping-irans-feet-to-the-fire

- "Hezbollah Pulled Between Resistance to Israel and Defense of Syria," *CTC Sentinel,* Vol 8, Issue 2, February 2015, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20150227-CTCSentinel.pdf

- "The Composing of ISIS: Let it Rot," *CCHS Security Insights,* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-composting-of-isis-let-it-rot

- "Can Argentina Find Justice Without Alberto Nisman?" *Foreign Policy,* January 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/can-argentina-find-justice-without-alberto-nisman

- "Hezbollah's Syrian Quaqmire," *PRISM,* Vol 5, Issue 4, September 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syrian-quagmire

- "Hezbollah and Iran's Strategic Partnership," *Harvard Journal of Middle East Politics and Policy*, Vol. III, 2013-2014

- "Hamas's Not-So-Secret Weapon," *Foreign Affairs*, July 9, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-not-so-secret-weapon

- "Regional Implications of the War in Syria," *Defense Dossier*, Issue 11, June 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/regional-implications-of-the-war-in-syria

- "Hezbollah's Man in Egypt," *Perspectives on Terrorism*, Vol 8, Issue 2, April 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-man-in-egypt

- "Hizb Allah's Gambit in Syria," with Aaron Y. Zelin, *CTC Sentinel*, Special Issue, Vol 6 Issue 8, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizb-allahs-gambit-in-syria

- "Hezbollah's Organized Criminal Enterprises in Europe," *Perspectives on Terrorism*, Vol 7 Issue 4, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-organized-criminal-enterprises-in-europe

- "Criminal Connections: Hizbullah's Global Illicit Financial Activities," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/criminal-connections-hizbullahs-global-illicit-financing-activities

- "Hizbullah Narco-Terrorism: A Growing Cross-Border Threat," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-narco-terrorism-a-growing-cross-border-threat

- "The Tragedy in Toulouse: When Kinetic Counterterrorism Tactics Aren't Enough," *HSPI Commentary* 26, The Homeland Security Policy Institute, The George Washington University, March 29, 2012, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1849

- "Money Troubles: The Financial Woes of al-Qaeda's Leaders," *IHS Jane's*, January 2012, available online at www.washingtoninstitute.org/templateC06.php?CID=1830

- "It's the Ideology, Stupid," *Journal of International Security Affairs*, September 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1710

- "Hezbollah: Party of Fraud," *Foreign Affairs*, July 27, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1685

- "Follow the Money: Leveraging Financial Intelligence to Combat Transnational Threats," *Georgetown Journal of International Affairs* (Winter/Spring 2011), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1606

- "Al Qaeda Targeting Israel: Between Rhetoric and Reality," *Orbis,* volume 54, number 3 (Summer 2010)

- "Tracking Narco-Terrorist Networks: The Money Trail," co-authored with Michael Jacobson, *The Fletcher Forum of International Affairs*, vol. 34:1, winter 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1444

- "What Europe Can Do to Secure a Deal with Iran," *Europe's World* (Spring 2010), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1425

- "Syria's Financial Support for Jihad," *Middle East Quarterly* (Winter 2010), available online at http://www.meforum.org/2579/syria-financial-support-jihad

- "Staying Solvent – Assessing Al-Qaeda's Financial Portfolio," co-authored with Michael Jacobson in *Al-Qaeda's Senior Leadership (AQSL) – a Jane's Strategic Advisory Services (JSAS) supplement,* IHS Jane's, November 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1396

- "Hamas's Ideological Crisis," *Current Trends in Islamist Ideology* (November 2009), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1376

- "Israel as an Al-Qa'ida Target: Sorting Rhetoric from Reality," *CTC Sentinel*, volume 2:10, October 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1370

- "Foreign "South of the Border, a Threat from Hezbollah," *Journal of International Security Affairs*, Spring 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/south-of-the-border-a-threat-from-hezbollah

- "Foreign Fighters and Their Economic Impact: A Case Study of Syria and al-Qaeda in Iraq," *Perspectives on Terrorism*, Volume 3, Issue 3, September 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1363

- "Confronting the Ideology of Radical Extremism," co-authored with J. Scott Carpenter and Michael Jacobson, *Journal of National Security Law & Policy*, volume 3:2, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1354

- "The Making of a Martyr" (Book Review), *The Journal of International Security Affairs*, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1353

- "Drug Wars: How Obama can Use Narcotics Enforcement to Fight Terrorism," co-authored with Michael Jacobson, *The New Republic*, January 26, 2009 available online at http://www.washingtoninstitute.org/templateC06.php?CID=1223

- "The U.S. Campaign to Squeeze Terrorist's Financing," co-authored with Michael Jacobson, *Columbia Journal of International Affairs*, Fall/Winter 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1196

- "Al Qa'ida's Finances: Evidence of Organizational Decline?" *CTC Sentinel*, April 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1150

- "Could Hamas Target the West?" *Studies in Conflict & Terrorism*, vol. 30, no. 11, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1098

- "Countering the Theological Case for 'Economic Jihad' is Vital," *RUSI/Jane's Homeland Security and Resilience Monitor*, (July 1, 2005), available online at http://www.washingtoninstitute.org/opedsPDFs/42a8bf8bbf6a6.pdf

- "Hamas and Islamic Jihad Clash over 'Media Jihad'," *RUSI/Jane's Homeland Security and Resilience Monitor*,

January 12, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=768

- "Zarqawi's Jordanian Agenda," (with Julie Sawyer), *Terrorism Monitor: In-Depth Analysis of the War on Terror*, Vol. II, Issue 24, The Jamestown Foundation (December 16, 2004), available online at http://www.jamestown.org/publications_details.php?volume_id=400&issue_id=3179&article_id=2369022

- "Untangling the Terror Web: Identifying and Counteracting the Phenomenon of Crossover between Terrorist Groups," *SAIS Review*, vol. XXIV, no. 1 (Winter-Spring 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=786

- "USA Ties Terrorist Attacks in Iraq to Extensive Zarqawi Network," *Jane's Intelligence Review, Terrorism and Insurgency*, April 1, 2004 (posted online March 16, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=471

- "Hizbullah's African Activities Remain Undisrupted," *RUSI/Jane's Homeland Security and Resilience Monitor*, March 1, 2004 (posted online February 4, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=463

- "Hamas from Cradle to Grave," *Middle East Quarterly*, vol. 11, no. 1 (January 2004), available online at http://www.meforum.org/article/582

- "Hezbollah's West Bank Terror Network," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 8 (August 2003), available online at http://www.meib.org/articles/0308_l3.htm

- "Confronting Syrian Support for Terrorist Groups," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 5 (May 2003), available online at http://www.meib.org/articles/0305_s1.htm

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges." *The Fletcher Forum of World Affairs*, vol. 27, no. 1, (Winter/Spring 2003), available online at http://fletcher.tufts.edu/forum/27-1pdfs/Levitt3.pdf

- "The Political Economy of Middle East Terrorism," *The Middle East Review of International Affairs (MERIA) Journal*, vol. 6, no. 4 (December 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=794

- "Sponsoring Terrorism: Syria and Islamic Jihad," *Middle East Intelligence Bulletin (MEIB)*, vol. 4, no. 11 (November 2002), available online at http://www.meforum.org/meib/articles/0211_s1.htm

- "Eradicating Evil: Cracking Down on Terrorist Financing," *Harvard International Review online,* vol. XXIV, Issue 3, (Fall 2002), available online at http://www.hir.harvard.edu/articles/index.html?id=1080

- "War on Terrorism Scorecard," *Middle East Quarterly,* vol. 9, no. 3 (Summer 2002), available online at http://www.meforum.org/article/494

- "The Taliban, Islam, and Women's Rights in the Muslim World," *The Fletcher Forum of World Affairs*, vol. 21, no. 1 (Winter/Spring 1998)

- "Kilometer 101: Oasis or Mirage?  An Analysis of Third-Party Self-Interest in International Mediation," *Mediation Quarterly*, vol. 15, no. 2, (Winter 1998); earlier version published in The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 96-1 (March 1996), and presented at a Ph.D. conference entitled "Conflict Studies: A New Generation of Ideas" held at The University of Massachusetts, Boston, MA, October 4-5, 1996.

- Academic Book Review of <u>Faith and Freedom: Women's Human Rights in the Muslim World</u>, Mahnaz Afkhami, Ed. (Syracuse University Press, 1995), *Journal of International Affairs,* vol. 50, no. 1 (Summer 1996)

- "Let Them Eat Figs: An Analysis of the Negotiation Process Leading to the Madrid Peace Conference," The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 94-4 (February 1994)

- A variety of classified articles published in FBI and U.S. intelligence community publications, 1998-2001

*Editorial Articles:*

- "Inside Hezbollah's American Sleeper Cells," Haaretz, August 4, 2019, https://www.haaretz.com/middle-east-news/.premium-hezbollah-sleeper-cells-primed-to-strike-u-s-and-israeli-targets-on-iran-s-signal-1.7618673

- "Hezbollah Isnt' Just in Beirut.  It's in New York, Too," *Foreign Policy*, June 14, 2019, https://foreignpolicy.com/2019/06/14/hezbollah-isnt-just-in-beirut-its-in-new-york-too-canada-united-states-jfk-toronto-pearson-airports-ali-kourani-iran/

- "Europe has not Faced up to the threat of Hizballah," *Telegraph*, June 9, 2019, https://www.washingtoninstitute.org/policy-analysis/view/europe-has-not-faced-up-to-the-threat-of-hizbollah

- "What will IRGC Designation Actually Do?"  *Iran Primer*, April 8, 2019, https://www.washingtoninstitute.org/policy-analysis/view/what-will-irgc-designation-actually-do

- "Rouhani's Threat to Shut the Strait of Hormuz—More than Bluster?" *The American Interest*, December 14, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/rouhanis-threat-to-shut-the-strait-of-hormuzmore-than-bluster

- "Hezbollah's Corruption Crisis Runs Deep," *Alhurra*, July 20, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-corruption-crisis-runs-deep

- "Next Stage in the Battle Against the Islamic State," *Alhurra*, February 8, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/next-stage-in-the-battle-against-the-islamic-state

- "Hezbollah is a Terrorist Group in Its Entirety; UK Must Recognize That," *The Hill,* January 24, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollah-is-a-terrorist-group-in-its-entirety-uk-must-recognize-that

- "How Trump Is Going After Hezbollah in America's Backyard," *Politico*, November 30, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/how-trump-is-going-after-hezbollah-in-americas-backyard

- "America's Radicalization Problem: It's Local," *New York Daily News*, November 1, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/americas-radicalization-problem-its-local

- "The Unique Counterterrorism Challenges Presented by Homegrown Violent Extremism" *Alhurra*, October 18, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/closing-the-door-against-isis

- "Shutting the Door to the Islamic State" *Alhurra*, September 9, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/closing-the-door-against-isis

- "NATO's Role in Fighting Post-Caliphate ISIS Looms Large" *The Hill,* August 2, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/natos-role-in-fighting-post-caliphate-isis-looms-large

- "On Bombing Anniversary, Iran Still Engaged in Illicit Activity," *The Hill,* July 19, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/on-bombing-anniversary-iran-still-engaged-in-illicit-activity

- "Stopping the Next London Attacker or Orlando Shooter," *The Hill*, April 7, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/stopping-the-next-london-attacker-or-orlando-shooter

- Iran's 'Resistance Economy' –and Stalled Reform Efforts,"*Wall Street Journal,* September 23, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/irans-resistance-economy-and-stalled-reform-efforts

- "Why Trump and Netanyahu Might Keep the Iran Deal After All," The Hill (with Katherine Bauer and Patrick Clawson, Februa 15, 2017, http://www.washingtoninstitute.org/policy-analysis/view/why-trump-and-netanyahu-might-keep-iran-nuclear-deal-after-all

- Iran and Hezbollah Remain Hyperactive in Latin America," *Cipher Brief*, August 11, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/iran-and-hezbollah-remain-hyperactive-in-latin-america

- "Under Cover of Nuclear Deal, Iran Foments Regional Instability," *The Hill*, July 12, 2016, available online at https://thehill.com/blogs/pundits-blog/international/287342-under-cover-of-nuclear-deal-iran-foments-regional

- "Hizbullah Under Fire in Syria," co-authored with Nadav Pollak, *Tony Blair Faith Foundation,* June 9, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-under-fire-in-syria

- "The View from Tehran's Twilight Zone: Iran's Continued Illicit Finance Activities and Their Implications," *Henry Jackson Socie*ty, May 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-view-from-tehrans-twilight-zone

- "Where Iran's Complaint About Banking Integration Misses the Mark," *Wall Street Journal*, April 18, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/where-irans-complaint-about-banking-integration-misses-the-mark

- "My Journey Through Brussels' Terrorist Safe Haven," *Politico*, March 27, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/my-journey-through-brussels-terrorist-safe-haven

- "Brussels Attacks Raise Questions on Readiness," *New York Times*, March 22, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/brussels-attacks-raise-questions-on-readiness

- "Genocide or Not, Civilians Need Protection from ISIS," *The Hill*, March 11, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/genocide-or-not-civilians-need-protection-from-isis

- "Behind the GCC's Terrorist Designation of Hizbullah," *Tony Blair Faith Foundation* March 10, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/behind-the-gccs-terrorist-designation-of-hizbullah

- "The Crackdown on Hezbollah's Financing Network," *Wall Street Journal*, January 27, 2016,available online at http://www.washingtoninstitute.org/policy-analysis/view/the-crackdown-on-hezbollahs-financing-network

- "Prisoner Release," *Cipher Brief*, January 20, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/prisoner-release

- "A Counterterrorism Restructuring That Can't Work Without Funding," *Wall Street Journal* January 16, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/a-counterterrorism-restructuring-that-cant-work-without-funding

- "America May Have Unlocked a Key to Fighting Terrorism -- and It Doesn't Involve Drones," *Washington Post*, January 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/america-may-have-unlocked-a-key-to-fighting-terrorism-and-it-doesnt-involve

- "U.S. Sanctions Delay Could Open Door for Iranian Weapons Violations," *Wall Street Journal,* January 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/u.s.-sanctions-delay-could-open-door-for-iranian-weapons-violations

- "As Argentinian 'Truth Commission' Ends Before It Starts, Time to Investigate Iranian Agents," *The Hill*, December 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/as-argentinian-truth-commission-ends-before-it-starts-time-to-investigate-i

- "The Islamic State Is Financially Self-Sufficient," *BBC News*, December 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-state-is-financially-self-sufficient

- "Two Steps to Crack Down on Islamic State Financing Options," *Wall Street Journal,* December 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/two-steps-to-crack-down-on-islamic-state-financing-options

- "On Iran Sanctions, Mixed News -- and Warnings for Potential Investors," *Wall Street Journal,* December 9, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/on-iran-sanctions-mixed-news-and-warnings-for-potential-investors

- "Sophisticated Finances That Could Trip Up ISIS," *New York Times*, November 22, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/sophisticated-finances-that-could-trip-up-isis

- "How Do ISIS Terrorists Finance Their Attacks?" *The Hill,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-do-isis-terrorists-finance-their-attacks

- "How to Beat ISIL Without 50,000 Troops," *Politico,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-to-beat-isil-without-50000-troops

- "The Middle East After the Iran Nuclear Deal: Hezbollah," *Council on Foreign Relations*, September 7, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-middle-east-after-the-iran-nuclear-deal-hezbollah

- "Inside Hezbollah's European Plots," *Daily Beast*, July 20, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/inside-hezbollahs-european-plots

- "With Nisman Dead, AMIA Case Falls Down the Rabbit Hole," *Clarin*, June 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/with-nisman-dead-amia-case-falls-down-the-rabbit-hole

- "Why the Saudis Just Blacklisted Two Lebanese Militants," *The Hill,* May 29, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-saudis-just-blacklisted-two-lebanese-militants

- "Brooklyn Terror Plot Shows No Community Is Immune," co-authored with Kelsey Segawa, *New York Daily News,* February 26, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/brooklyn-terror-plot-shows-no-community-is-immune

- "The P.L.O. Verdict Should Be No Surprise," *New York Times*, February 25, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-p.l.o.-verdict-should-be-no-surprise

- "Why the CIA Killed Imad Mughniyeh," *Politico*, February 9, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-cia-killed-imad-mughniyeh

- " 'Fox' Hunt: The Search for Hezbollah's Imad Mughniyeh," *The Hill* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/fox-hunt-the-search-for-hezbollahs-imad-mughniyeh

- "Israel vs. Hezbollah, Spy vs. Spy," *National Post*, January 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/israel-vs.-hezbollah-spy-vs.-spy

- "Terrorist 'Frenemies,'" *Politico*, January 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/terrorist-frenemies

- "Hezbollah's Syria Problem," *Politico,* December 1, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem1

- "Don't Bank on Bankrupting ISIS, but Here's How We Shrink Its Wallet," *The Hill*, November 19, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/dont-bank-on-bankrupting-isis-but-heres-how-we-shrink-its-wallet

- "Hamas is Going Through a Rough Patch, So What is it Singing About?" co-authored with Oula Abdulhamid Alrifai and Kelsey Segawa, *The Hill*, October 15, 2014, available online http://www.washingtoninstitute.org/policy-analysis/view/hamas-is-going-through-a-rough-patch-so-what-is-it-singing-about

- "The Khorasan Group Should Scare Us," *Politico*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-khorasan-group-should-scare-us

- "Qater's Not-So-Charitable Record on Terror Finance," *The Hill*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatars-not-so-charitable-record-on-terror-finance

- "While Still Risky, Military Intervention Against ISIS May be the Only Good Option for President Obama," *New York Daily News*, September 4, 2014, http://www.washingtoninstitute.org/policy-analysis/view/while-still-risky-military-intervention-against-isis-may-be-the-only-good-o

- "What is Hizbullah? Domestic Aspects and International Influence," *Tony Blair Faith Foundation*, August 19, 2014, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20140819-TonyBlairFoundation.pdf

- "Is 'Reconstruction for Demilitarization' the Way Forward in Gaza?" *Fathom Journal* Interview, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/is-reconstruction-for-demilitarisation-the-way-forward-in-gaza

- "Gaza is Not About to Become an Islamic State," *The New Republic*, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/gaza-is-not-about-to-become-an-islamic-state

- "What Is Hezbollah Doing in Europe?" *The Atlantic*, July 24, 2014, http://www.washingtoninstitute.org/policy-analysis/view/what-is-hezbollah-doing-in-europe

- "Declaring an Islamic State, Running a Criminal Enterprise," *The Hill*, July 7, 2014, available online at

http://www.washingtoninstitute.org/policy-analysis/view/declaring-an-islamic-state-running-a-criminal-enterprise

- "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HQ in Europe'," *The New Republic*, June 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/kidnapped-israeli-teens-compel-scrutiny-of-hamass-international-finances

- "Closing the Gap on Hezbollah's Global Operations," *The Hill*, June 18, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/closing-the-gaps-on-hezbollahs-global-operations

- "Syria's Jihadis are Coming Home to Roost," *National Post* (Canada), June 5, 2014, available at http://www.washingtoninstitute.org/policy-analysis/view/syrias-jihadis-are-coming-home-to-roost

- "Imad Mughniyeh's Legacy Six Years On," *The Weekly Standard*, February 12, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/imad-mughniyehs-legacy-six-years-on

- "Zawahiri Aims at Israel: Behind Al Qaeda's Pivot to the Levant," *Foreign Affairs*, February 3, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/zawahiri-aims-at-israel-behind-al-qaedas-pivot-to-the-levant

- "Hezbollah's Ideological Crisis," *Times of Israel*, January 6, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-ideological-crisis

- "Long Reach of Hezbollah Makes it a Threat Close to Home," *Australian Financial Review*, December 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/long-reach-of-hezbollah-makes-it-a-threat-close-to-home

- Strange Bedfellows: Is the turbulent Middle East bringing Sunni and Shiite jihadists together, or driving them to war?" *Foreign Policy*, August 16, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/strange-bedfellows

- "There is No Distinct Hezbollah 'Military Wing,' So Why Ban It?" with Jonathan Prohov, *The Daily Beast*, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/there-is-no-distinct-hezbollah-military-wing-so-why-ban-it

- "Beware of Hezbollah in New York," *New York Post*, July 18, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/beware-of-hezbollah-in-new-york

- "Exporting Terror in America's Backyard," *Foreign Policy*, June 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/exporting-terror-in-americas-backyard

- **"**Hezbollah's Criminal Network Expanding in Size, Scope and Savvy," *World Politics Review*, May 1, 2013

- "Hezbollah's 1992 Attack in Argentina Is a Warning for Modern-Day Europe," *The Atlantic*, March 19, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-1992-attack-in-argentina-is-a-warning-for-modern-day-europe

- "Why Europe Should Ban Hezbollah," Al-Sharq al-Awsat (Arabic), March 18, 2013, available online (in English and Arabic) at http://www.washingtoninstitute.org/policy-analysis/view/why-europe-should-ban-hezbollah

- "Hezbollah's European Enablers," *National Post* (Canada), March 11, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-european-enablers

- "Hezbollah Worried; Europe Should be Too," with Magnus Norell, *The Daily Beast*, February 26, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-worried-europe-should-be-too

- "Europe's Hezbollah Problem," With Daniel Benjamin and Karen Betts, *The Jerusalem Post*, February 24, 2013, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=304336

- "On a Military Wing and a Prayer," *Foreign Policy*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/on-a-military-wing-and-a-prayer

- "Why Bulgaria? Why Now?" *CNN Global Public Square*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-bulgaria-why-now

- "Hezbollah's Syria Problem," Fikra Forum, February 6, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem

- Republished by Voice of America, Middle East Voices, February 13, 2013, available online at http://middleeastvoices.voanews.com/2013/02/insight-hezbollahs-syria-problem-82585/

- "Did Iran Bomb AMIA?  The Evidence is Clear," *Jewish Chronicle* (UK), December 14, 2012, available online at http://www.thejc.com/comment-and-debate/analysis/94147/did-iran-bomb-amia-the-evidence-clear

- "29 Years Later, Echoes of 'Kuwait 17'," *The Weekly Standard*, December 13, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/29-years-later-echoes-of-kuwait-17

- "Will the Ceasefire Last?" *The Daily Beast*, November 22, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/will-the-ceasefire-last

- "Ignoring the Warning Lights on Hezbollah," Henry Jackson Society, November 8, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/ignoring-the-warning-lights-on-hezbollah-the-case-for-a-european-ban

- "Why Iran Wants to Attack the United States," *Foreign Policy*, October 29, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-iran-wants-to-attack-the-united-states

- "Tehran's Unlikely Assassins," *The Weekly Standard*, August 20, 2012, http://www.weeklystandard.com/blogs/tehran-s-unlikely-assassins_650307.html

- "Did Hezbollah Do It?"  *The Daily Beast, Open Zion*, July 18, 2012, available online at http://www.thedailybeast.com/articles/2012/07/18/did-hezbollah-do-it.html

- "Iran, Hizballah and the Threat to the U.S. Homeland," YaLIBNAN, March 27, 2012, available online at http://www.yalibnan.com/2012/03/27/iran-hizballah-and-the-threat-to-the-u-s-homeland/

- "An Anti-Crime Strategy to Combat the PKK," Hurriyet Daily News, February 16, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/an-anti-crime-strategy-to-combat-the-pkk

- "U.S. Court Ruling Links Iran to Al Qaeda," *Iran Primer*, December 13, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt3.pdf

- "Treasury Tightens Squeeze on Iran Front Companies," *Iran Primer*, October 27, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt2.pdf

- "A History of Violence," *Foreign Policy*, October 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1731

- "Iranian Doublespeak on the Anniversary of the AMIA Bombing," *The Jerusalem Post*, July 20, 2011, available online at http://www.jpost.com/Opinion/Op-EdContributors/Article.aspx?id=230258

- "Senior Hizballah Official Wanted for Murder," NOW Lebanon, July 21, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=293278&MID=0&PID=0

- "Obama Puts the Onus on Hamas, Where It Belongs – and 1967 Borders, With Swaps, Makes Sense," *New York Daily News*, May 20, 2001, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1632

- "Checkbook Jihad," *Foreign Policy*, May 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1625

- "With Osama Bin Laden Gone, Al Qaeda Just Got A Lot Weaker," *New York Daily News*, May 3, 2011

- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," *NOWlebanon.com*, February 17, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=241398

- "We Must Challenge the Ideology Driving Terrorism," with Scott Carpenter, *The Australian*, November 16, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1534

- "Center of Jihadism Moves from the M.E. to South Asia, Africa," *The Jerusalem Post*, August 17, 2010, available online at http://www.jpost.com/Features/InThespotlight/Article.aspx?id=184989

- "Why the Iran Sanctions Matter," *Foreign Policy*, June 11, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1476

- "Crime Links Aid Counter-Terror Efforts," *Oxford Analytica*, May 19, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1460

- "What Did Tehran Ask of Hizballah?" *The Jerusalem Post*, March 4, 2010, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=170155

- "Can Gaza Become a Somalia or Yemen?" *The Jerusalem Post*, February 9, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1412

- "When Yemen Meets Gaza," *Foreign Policy*, January 25, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1408

- "The World Can't Trust Iran," co-authored with Michael Jacobson, *The Guardian*, September 26, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1348

- "Radicalization: Made in the USA?"  HSPI Commentary 03, Homeland Security Policy Institute, George Washington University, June 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1283

- "Hamas: Hits and Misses," The Australian, May 30, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1281

- "Analysis: Egypt Still has its Head in the Sand," with Yoram Cohen, *The Jerusalem Post*, March 3, 2009

- "Focus to Remain on Terrorist Financing," Oxford Analytica March 3, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1246

- "How Not to Fund Hamas: Scrutinize those who Receive U.S. Aid," *New York Daily News*, February 4, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1229

- "Targeting Terrorists' Financial Networks," co-authored with Michael Jacobson, *The Jerusalem Post*, January 6, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1205

- "Holding Hamas Accountable," *The Forward*, January 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1204

- "Bridging the Persian Gulf: Terrorist Networks are Active in the Persian Gulf, U.S. Diplomacy in the Region is the Key to Combating Them," co-authored with Michael Jacobson, *The Guardian* online, December 11, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1197

- "Where We've Come Since 9/11," co-authored with Michael Jacobson, *San Francisco Chronicle*, September 9, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1177

- "Franchises of al-Qaida Pose a Great Threat," co-authored with Michael Jacobson, *Courier-Post* (NJ), September 7, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1175

- "Legitimizing Hamas: Carter's Visit Sends the Wrong Message," *The Weekly Standard*, April 16, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1148

- "Is Combating the Financing of Terrorism Worthwhile?" A World-Check Terrorism Brief Paper, March 10, 2008, available online at http://www.world-check.com/media/d/content_experttalk_reference/ExpertTalk_Levitt_2008March.pdf

- "Globalized Jihad then (1993) and Now," Middle East Strategy at Harvard (MESH), March 11, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/03/globalized_jihad_then_1993_now/

- "Hamas in the Spotlight," Middle East Strategy at Harvard (MESH), February 27, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/02/hamas_in_the_spotlight/

- "Why Following the Money Leads to Terrorists," *European Voice*, February 14, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1133

- "GAO Misleads on Iran Sanctions," Middle East Strategy at Harvard (MESH), January 17, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1122

- "The Clock Ticks: Sanction Iran Now," *Financial Times Deutschland* (German), December 19, 2007, English

version available online at http://www.washingtoninstitute.org/templateC06.php?CID=1118

- "Contending with Iran's Nuclear Intentions and Capabilities," *San Francisco Chronicle*, December 5, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1112

- "Can Sanctions Be Effective in Halting Iran's Nuclear Program?" Council on Foreign Relations online debate, October 15-18, 2007, available online at http://www.cfr.org/publication/14500/can_sanctions_be_effective_in_halting_irans_nuclear_program.html?breadcrumb=%2Fpublication%2Fpublication_list%3Ftype%3Donline_debate

- "Chilling Effect: The U.S. Courts Wouldn't Stop Me from Writing about Terrorist Funding, but England Might," *The New Republic* online, October 12, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1099

- "Hamas' Hidden Economy," *Los Angeles Times*, July 3, 2007 (also ran in the *Singapore Straits Times* on July 5, 2007 as "The Covert Funding of Hamas"), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1073

- "Making Iran Feel the Pain," *Wall Street Journal Europe*, July 2, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1071

- "Prized Fighter: How Nicolas Sarkozy Could Help Destroy Hezbollah," co-authored with Michael Jacobson, *The New Republic Online*, May 28, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1058

- "Pulling Tehran's Purse Strings," Transatlantic Issues #16, May 4, 2007, available online at http://www.transatlanticinstitute.org/html/pu_articles.html?id=337

- "Blocking Terror Finances," UPI Outside View, May 3, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1050

- "Putin's New Friends:  Moscow Hosts Hamas," *The Weekly Standard*, March 19, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1038

- "Target Iranian Forces," *The Washington Times*, February 16, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1026

- "Hamas's Muddied Waters," *The Chronicle Review*, May 12, 2006, available online (by subscription) at http://chronicle.com/weekly/v52/i36/36b01201.htm

- "No Excuse," *The Wall Street Journal Europe*, July 28, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=856

- "A Major Blow to Al-Qaeda," *The National Post* (Canada), May 5, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=826

- "Ready, Aim, Ceasefire: How to Sustain the Spirit of Shem-el-Sheikh," *The Review*, Vol. 30, No. 3, March 2005

- "Injustice in Gaza," The Baltimore Sun, October 18, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=732

- "A Report Whose Tactical and Strategic Goals Don't Square," *The Daily Star*, August 30, 2004, available online at http://www.dailystar.com.lb/article.asp?edition_id=10&categ_id=5&article_id=7848#

- "The 9/11 Report and U.S. Middle East Strategy: Little Impact," *Bitterlemons-international.org*, August 27, 2004, available online at http://www.bitterlemons-international.org/inside.php?id=218

- "The Missing Link: Saddam and al Qaeda," *The Washington Post*, June 2, 2004, page C4, available online at http://www.washingtonpost.com/wp-dyn/articles/A8112-2004Jun1.html

- "Moderately Deadly: Yassin's Long History of Terror," *National Review Online*, March 26, 2004, available online at http://www.nationalreview.com/comment/levitt200403261126.asp

- "Who Did It?" *The Baltimore Sun*, March 14, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=468

- "Charity Begins in Riyadh," *The Weekly Standard*, vol. 9, no. 20, February 2, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=462

- "Shut Down Hamas," *The Baltimore Sun*, January 22, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=460

- "Turning a Blind Eye to Hamas in London," *The Wall Street Journal Europe*, October 24, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=490

- "Palestinian terrorists expand their reach, *The National Post*, October 18, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=489

- "PLO Penetrates Homeland Security," *The Jerusalem Post*, October 11, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=488

- "Still With Us?  Testing Britain's Counterterror Resolve," *National Review Online*, September 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt090503.asp

- "Tackling Terror in Iraq," *The Baltimore Sun*, September 3, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=484

- "Who Pays for Palestinian Terror?"  *The Weekly Standard*, August 18, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=482

- "The Two Faces of Saudi Arabia: Dubious Allies in the War on Terror," *The Weekly Standard*, June 30, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=479

- "Smeared in Blood, Hezbollah Fingerprints All Over Globe," *The Australian*, June 9, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=478

- "Blood Money," *The Wall Street Journal*, June 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=477

- "Heart of the Axis - Al Qaeda has long called Iran home," *National Review Online*, May 29, 2003, available online at http://www.nationalreview.com/comment/comment-levitt052903.asp

- "Drawing a Line in the Saudi Sand," *National Review Online*, April 16, 2002, available online at http://www.nationalreview.com/comment/comment-levitt041603.asp

- "KSM in Custody," *National Review Online*, March 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt030503.asp

- "To Win the Terror War," *The New York Post*, March 4, 2003, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=466

- "The State of Denial: Arab Journalists and Intellectuals are Apologists for Terror," *National Review Online*,
  January 28, 2003, available online at http://www.nationalreview.com/comment/comment-levitt012803.asp

- "The Zarqawi Node in the Terror Matrix: Linking the Terrorists," *National Review Online*, February 6, 2003,
  available online at http://www.nationalreview.com/comment/comment-levitt020603.asp

- "World Should Confront Terrorist Have of Syria," *The Baltimore Sun*, November 25, 2002, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=492

- "Diplomacy Run Amuck," *The Jerusalem Post*, October 9, 2002, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=487

- "Money, Terror and Palestinian Reform: Accounting 101," *The Review* (Australia)*, vol. 27, no. 8 (August 2002)

- "Bush Administration Two-Faced on Terror," *The Baltimore Sun* (June 6, 2002), available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=457

- "The Wrong Models for Tenet," *The Jerusalem Post* (June 5, 2002), available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=459

*Washington Institute Policy Briefs:*

### 1998

- "U.S. Mediation in the Peace Process:  Context for the Ross Mission,"  PeaceWatch # 177, September 16, 1998.
- "Human Rights in the Wye River," PeaceWatch #188, November 4, 1998.

### 2001

- "Navigating the U.S. Government's Terrorist Lists," PolicyWatch #585. November 30, 2001.
- "Words And Actions: Leading By Example," PeaceWatch #353, December 4, 2001.
- "Assessing Arafat's Performance in the Fight Against Terror," PeaceWatch #356, December 21, 2001.

### 2002

- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part I)," PolicyWatch #595, January 23, 2002.
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part II)," PolicyWatch #596, January 24, 2002.
- "New Arenas for Iranian-Sponsored Terrorism: The Arab-Israeli Heartland," PolicyWatch #605, February 22, 2002.
- "Hamas: Toward a Lebanese-Style War of Attrition?," PeaceWatch #367, February 26, 2002.
- "Tackling the Financing of Terrorism in Saudi Arabia," PolicyWatch #609, March 11, 2002.
- "Next Steps in the War on Terrorism," PolicyWatch #610, March 12, 2002.
- "Designating the Al-Aqsa Martyrs Brigades," PeaceWatch #371, March 25, 2002.
- "Defensive Shield Counterterrorism Accomplishments," PeaceWatch #377, April 17, 2002 (with Seth Wikas).
- "The Return of Palestinian Nationalist Terrorism," PeaceWatch #379, May 3, 2002 (with Ehud Waldoks).
- "Anticipating Patterns of Global Terrorism 2001," PolicyWatch #626, May 20, 2002.
- "PLOCCA 2002: Empty Words," PeaceWatch #384, May 24, 2002.
- "Europe and Middle East Terrorism," PolicyWatch #627, May 29, 2002.
- "Accounting and Accountability: Defining Donor Requirements for Palestinian Reform," PolicyWatch #638, July 18, 2002.
- "PLOCCA Redux: The State Department's Subtle Swipe at the Concept of Demanding Palestinian Compliance," PolicyWatch #640, July 25, 2002.
- "The Network of Terrorist Financing," PolicyWatch #646, August 6, 2002.
- "Palestinian Islamic Jihad: Getting by with a Little Help From Its Friends," PeaceWatch #396, September 3, 2002.
- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," PolicyWatch #660, September 19, 2002.
- "Untangling the Terror Web: Al-Qaeda is Not the Only Element," PolicyWatch #671, October 28, 2002.
- "Combating Terrorist Financing, Despite the Saudis," PolicyWatch #673, November 1, 2002.
- "Saudi Financial Counterterrorism Measures (Part II): Smokescreen or Substance?," PolicyWatch #687,  December 10, 2002.
- "The War on Terror in the Shadow of the Iraq Crisis,"  PolicyWatch #690, December 12, 2002 (with Bruce Hoffman and Daniel Benjamin).

### 2003

- "Criminal Enterprise in the Political Economy of Middle Eastern Terrorism," PolicyWatch #697, January 3, 2003.
- "Banning Hizballah Activity in Canada," PolicyWatch #698, January 6, 2003.
- "Placing Iraq and Zarqawi in the Terror Web," PolicyWatch #710, February 13, 2003.
- "Palestinian Terrorist Groups Threaten U.S. Interests," PeaceWatch, PeaceWatch #413, February 14, 2003.
- "A Terrorist Front in Iraq?"  PolicyWatch #745, April 8, 2003 (with Roger Cressey and Avi Jorisch).
- "Patterns of Terrorism 2002: Terror, Counterterror, and State Sponsorship," PolicyWatch #753, April 30, 2003.

- "Hamas Blood Money: Mixing Good Works and Terror is No Formula for Peace," PeaceWatch #418, May 5, 2003.
- "Terror from Damascus, Part I: The Palestinian Terrorist Presence in Syria," PeaceWatch #420, May 7, 2003.
- "Terror from Damascus, Part II: The Palestinian Terrorist Presence in Syria," PeaceWatch #421, May 9, 2003.
- "U.S.-Saudi Counterterrorism Cooperation in the Wake of the Riyadh Bombing,"  PolicyWatch #759, May 23, 2003 (with Simon Henderson).
- "Hizballah's West Bank Foothold," PeaceWatch #429, August 20, 2003.
- "Ban Hamas in Europe," PeaceWatch #430, September 4, 2003 (with Jeff Cary).
- "Terrorist Attacks Against Western Officials in Gaza, the West Bank, and Israel," PeaceWatch #431, October 15, 2003.
- "Untangling the Web: Crossovers Among International Terrorist Groups," PolicyWatch #799, October 24, 2003.
- "Waging the War on Terror: Are the Saudis Starting to Turn the Corner?"  PolicyWatch #822, December 31, 2003 (with Simon Henderson).

### 2004

- "The Hizballah Threat in Africa," PolicyWatch #823, January 2, 2004.
- "Hamas's Political Wing: Terror by Other Means," PeaceWatch #440. January 6, 2004.
- "Radical Islamist Groups in Germany: A Lesson in Prosecuting Terror in Court," PolicyWatch #834, February 19, 2004 (with Assaf Moghadam).
- "Shaykh Yassin and Hamas Terror," PeaceWatch #448, March 23, 2004.
- "Assesing Hizballah's West Bank Foothold," PeaceWatch #463, June 18, 2004 (with Zohar Palti)
- "The Threat of Jewish Terror in Israel and the West Bank," PeaceWatch #470, August 9, 2004 (with Julie Sawyer).
- "Indicting Hamas: By Disrupting its Operations, Does the West Become a Target?" PeaceWatch #471, August 26, 2004.
- "Terror on the UN Payroll?," PeaceWatch #475, October 13, 2004.
- "Banning Hizballah TV in America," PolicyWatch #930, December 17, 2004 (with Avi Jorisch).

### 2005

- "Sustaining an Israeli-Palestinian Ceasefire," PeaceWatch #491, February 10, 2005
- "Ban Hizballah in Europe," PolicyWatch #958, February 16, 2005
- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," PolicyWatch #964, February 23, 2005
- "Hizballah Finances: Funding the Party of God," PolicyWatch #965,  March 1, 2005
- "Palestinian Authority Minister of Economy Tied to Hamas?" PeaceWatch #496, March 4, 2005
- "Freezing U.S. Assets of Syrian Officials," PolicyWatch #1012: July 13, 2005 (with Jamie Chosak)
- "The New Lebanon: Democratic Reform and State Sponsorship," PolicyWatch #1016: July 21, 2005
- "Undermining Hamas and Empowering Moderates by Filling the Humanitarian Void," PeaceWatch #514: September 7, 2005 (with Jamie Chosak)
- "A Hamas Headquarters in Saudi Arabia?" PeaceWatch #521: September 28, 2005

### 2007

- "Prosecuting Terrorism Supporters: Lessons from a Recent Verdict," Policywatch # 1192, February 6, 2007.
- "Shutting Hizballah's Construction Jihad," Policywatch #1202, February 20, 2007.  .
- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007.
- "U.S.-Designated Hamas Front Gets Symbolic Win in France," Policywatch #1210, March 20, 2007.

- "Brazilian Counterterrorism Efforts: Legislative Progress, But Little Action on the Ground," with David Jacobson, Policywatch #1222, April 18, 2007.
- "Global Anti-Terrorism Financing Group Challenged by Syria's Application," Policywatch #1238, May 31, 2007.
- "Adding Hizballah to the European Union's Terrorism List," with Michael Jacobson, Policywatch #1249, June 21, 2007.
- "Gaza:  The Next Terrorist Safe Haven?"  Policywatch #1255, June 29, 2007.
- "Dangerous Partners: Targeting the Iran-Hizballah Alliance," with Jake Lipton, Policywatch #1267, July 31, 2007.
- "Better Late than Never:  Keeping USAID Funds out of Terrorist Hands," Policywatch #1277, August 24, 2007.
- "Iran Sanctions: Can They Be Effective?" Policywatch #1297, October 25, 2007.
- Holy Land Mistrial: Judging a Designated Terrorist Entity, Policywatch #1311, November 27, 2007.

**2008**

- "Prosecuting Terrorism beyond 'Material Support'," Policywatch #1326, January 14, 2008.
- "Who was Imad Mughniyeh?" with David Schenker, Policywatch #1340, February 14, 2008.
- "Timely Reminder of Iranian Support for Terrorism," with Michael Jacobson, Policywatch #1345, February 22, 2008.
- "Highlighting al-Qaeda's Bankrupt Ideology," with Michael Jacobson, Policywatch #1371, May 7, 2008.
- "Hizballah's Military Wing Under Pressure Despite Political Gains," Policywatch 1389, July 16, 2008.
- "Amman Warms to Hamas," with David Schenker, Policywatch 1400, August 28, 2008.
- "Violence by Extremists in the Jewish Settler Movement: A Rising Challenge," with Becca Wasser, Policywatch #1434, November 25, 2008.
- "Financial Setbacks for Hamas," Policywatch #1436, December 2, 2008.

**2009**

- "Political Hardball within Hamas: Hardline Militants Calling Shots in Gaza," Policywatch #1450, January 6, 2009.
- "The Iran-al-Qaeda Conundrum," with Michael Jacobson, Policywatch #1461, January 23, 2009.
- "Al-Qaeda Today," with Assaf Moghadam and Farhad Khosrokhavar, Policywatch #1477, February 13, 2009.
- "Hamas Arms Smuggling: Egypt's Challenge," with Yoram Cohen, Policywatch #1484, March 2, 2009.
- "Making Smugglers Pay: Underwriting Egyptian Border Security," with Becca Wasser, Policywatch #1505, April 13, 2009.
- "Hizballah Campaigns at Home, Exposed Abroad," Policywatch #1528, June 5, 2009.
- "Reality Contradicts New Hamas Spin," Policywatch #1565, August 7, 2009.
- "Contending with the PKK's Narco-Terrorism," with Benjamin Freedman, Policywatch #1611, December 8, 2009.

**2010**

- "Al Qaeda in the West Bank and Gaza," Special Policy Forum report featuring Matthew Levitt and Bruce Riedel, Policywatch #1619, January 13, 2010
- "New Multilateral Consensus Emerges on Iran," with Patrick Clawson, Policywatch #1633, February 23, 2010
- "Dinner in Damascus: What Did Iran Ask of Hizballah?" with David Schenker, Policywatch #1637, March 2, 2010
- "Fallout from the Gaza Flotilla Tragedy," with David Makovsky and Jeffrey White, Policywatch #1622, June 1, 2010
- "Fighting the Ideological Battle: The Missing Link in America's Effort to Counter Violent Extremism," rapporteur's summary of event featuring J. Scott Carpenter, Matthew Levitt and Juan Zarate, PolicyWatch #1673, June 24, 2010
- "Giving Teeth to Iran Sanctions: Targeting Re-Export Loopholes," PolicyWatch #1674, June 25, 2010
- "Status Check on the Struggle against Global Terrorism," PolicyWatch #1687, August 10, 2010

### 2011

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," with Maajid Nawaz and Peter Neumann, PolicyWatch #1738, January 7, 2001
- "Hizballah Challenges Lebanon's Prime Minister Hariri -- and President Obama," with David Schenker, PolicyWatch #1741, January 13, 2011
- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," PolicyWatch #1758, February 16, 2011
- "Asserting Liberal Values: The Future of British and U.S. Counterradicalization Strategies," with Mark Williams and Seamus Hughes, PolicyWatch #1776, March 2, 2011
- "How to Deal with Islamist Movements in Post-Revolutionary Regimes?" Policy Alert, March 4, 2011
- "Yemeni Military Leader Tied to Terrorism Pledges to Protect Protestors," Policy Alert, March 23, 2011
- "Usama bin Laden: A Post-Mortem," Policy Alert, May 2, 2011
- "UN Promotes Splitting the Taliban from al Qaeda," with Sam Cutler, PolicyWatch #1824, June 27, 2011
- "Senior Hizballah Official Wanted for Murder," PolicyWatch #1833, July 20, 2011
- "White House Set to Release Strategy to Combat Violent Extremism," Policy Alert, August 2, 2011
- "Hamas Shifts to an Outside-In Operational Strategy," PolicyWatch #1848, September 26, 201

### 2012

- "Hizballah Poised to Strike in Southeast Asia," PolicyWatch #1892, January 18, 2012
- "Party of Fraud: Hizballah's Criminal Enterprises," PolicyWatch #1911, March 22, 2012
- "Iran, Hizballah and the Threat to the U.S. Homeland," PolicyWatch #1913, March 26, 2012
- "Looming U.S.-Iraqi Row over Decision to Release Hizballah Commander," PolicyWatch #1970, August 7, 2012
- "Is al-Qaeda Central Still Relevant?" Together with Bruce Hoffman, Mary Habeck and Aaron Zelin, PolicyWatch #1979,September 12, 2012

### 2013

- "Europe's Hezbollah Problem," Policywatch #2038, Feburary 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-hezbollah-problem-part-2
- "Cyprus Court Convicts Hezbollah Operative: Next Steps," Policy Alert, March 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/cyprus-court-convicts-hezbollah-operative-next-steps
- "Iranian Terrorism under 'Moderate' Presidents," Policywatch #2095, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-terrorism-under-moderate-presidents
- "Europe's Moment of Decision on Hezbollah," Policywatch #2104, July 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-moment-of-decision-on-hezbollah
- "New Strategies for Countering Homegrown Violent Extremism," Policywatch #2172, Policy Forum Report, November 21, 2013, with Hedieh Mirahmadi, George Selim and J. Thomas Manger, http://www.washingtoninstitute.org/policy-analysis/view/new-strategies-for-countering-homegrown-violent-extremism

### 2014

- "West Bank Violence and Gaza Rockets Could Spark Wider Conflict," PolicyWatch #2226, March 20, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/west-bank-violence-

and-gaza-rockets-could-spark-wider-conflict
- "Iran and Bahrain: Crying Wolf or Wolf at the Door?" PolicyWatch #2255, May 16, 2014, http://www.washingtoninstitute.org/policy-analysis/view/iran-and-bahrain-crying-wolf-or-wolf-at-the-door
- "Palestinian Reconciliation: Devil in the Details?" with Neri Zilber, PolicyWatch #2258, May 28, 2014, http://www.washingtoninstitute.org/policy-analysis/view/palestinian-reconciliation-devil-in-the-details
- "Hezbollah in Iraq: A Little Help Can Go a Long Way," with Nadav Pollack, PolicyWatch #2277, June 25, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-in-iraq-a-little-help-can-go-a-long-way
- "Hezbollah's Message for Israel," PolicyWatch #2327, October 21, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-message-for-israel
- "The Battle of Ideas 2.0: Combatting ISIS Ideology at Home and Abroad," PolicyWatch #2349, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-battle-of-ideas-2.0-combating-isis-ideology-at-home-and-abroad
- "EU Court Expected to Annul Hamas Terrorist Designation," PolicyWatch #2348, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/eu-court-expected-to-annul-hamas-terrorist-designation

**2015**

- "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," with Phillip Smyth, PolicyWatch #2352, January 15, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis
- "Rehabilitation and Reintegration of Returning Foreign Terrorist Fighters," with Gilles de Kerchove, Jacob Bundsgaard, Maj. Gen. Doug Stone, USMC (ret.), PolicyWatch #2376, February 23, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/rehabilitation-and-reintegration-of-returning-foreign-terrorist-fighters
- "The Islamic State's Backdoor Banking," PolicyWatch #2390, March 24, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-backdoor-banking
- "The EU Still Has Issues with Hamas," PolicyWatch #2397, April 2, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-eu-still-has-issues-with-hamas
- "Iranian and Hezbollah Threats to Saudi Arabia: Past Precedents," PolicyWatch #2426, May 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-threats-to-saudi-arabia-past-precedents
- "Syria's Druze Under Threat," with Noam Raydan, PolicyWatch #2437, June 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-druze-under-threat
- "Findings from the State Department's Annual Terrorism Report (Part 1): Hezbollah and Iran," with Kelsey Segawa, PolicyWatch #2439, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-1-hezbolla
- "Findings from the State Department's Annual Terrorism Report (Part 2): The Rise of ISIL," with Ryan Youkilis, PolicyWatch #2440, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-2-the-rise
- "The Regional Impact of Additional Iranian Money," with Michael Eisenstadt, Simon Henderson, Michael Knights, and Andrew J. Tabler, Policy Watch #2456, July 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-regional-impact-of-additional-iranian-money
- "Beyond the Vote (Part 4): Challenges for the Sanctions Regime," with Chip Poncy and Patrick Clawson, Policy Watch #2488, September 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/beyond-the-vote-part-4-challenges-for-the-sanctions-regime

**2016**

- "Denying the Islamic State Access to Money-Exchange Houses," with Katherine Bauer, PolicyWatch #2552, February 3, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/denying-the-islamic-state-access-to-money-exchange-houses
- "Terror in Europe: Combating Foreign Fighters and Homegrown Networks," with Olivier Decottignies and Eric Rosand, PolicyWatch #2598, March 31, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/terror-in-europe-combating-foreign-fighters-and-homegrown-networks
- "Combating Genocide: Reassessing the Fight Against the Islamic State," with Naomi Kikoler and James F. Jeffrey, PolicyWatch #2605, April 7, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/combating-genocide-reassessing-the-fight-against-the-islamic-state
- "Hezbollah's Transnational Organized Crime," PolicyWatch #2609, April 21, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-transnational-organized-crime
- "Hezbollah's Biggest Loss to Date in Syria," Policy Alert, May 13, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-biggest-loss-to-date-in-syria
- "Iran's Support for Terrorism Under the JCPOA,"PolicyWatch #2648, July 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/irans-support-for-terrorism-under-the-jcpoa
- "Post 'Caliphate': The Future of the Salafi-Jihadi Movement," with Bruce Hoffman, PolicyWatch #2720, November 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/post-caliphate-the-future-of-the-salafi-jihadi-movement
- "Hezbollah's 'Diplomats' Go Operational," PolicyWatch #2734, December 2, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-diplomats-go-operational

**2017**

- "Iranian-Backed Terrorism in Bahrain: Finding a Sustainable Solution," with Michael Knights, PolicyWatch #2750, January 11, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-backed-terrorism-in-bahrain-finding-a-sustainable-solution
- "Reinforcing the Role of Sanctions in Restraining Iran," with Katherine Bauer and Patrick Clawson, PolicyNote #38, February 17, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/reinforcing-the-role-of-sanctions-in-restraining-iran
- "Stopping Extremists from Becoming Terrorists: A Strategy for the Trump Administration," with Rand Beers and Samantha Ravich, PolicyWatch #2782, April 7, 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/stopping-extremists-from-becoming-terrorists-a-strategy-for-the-trump-admin
- "Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland," editor, Policy Notes, March 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/defeating-ideologically-inspired-violent-extremism
- "Hamas's Moderate Rhetoric Belies Militant Activities," with Maxine Rich, PolicyWatch #2794, May 1, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-moderate-rhetoric-belies-militant-activities
- "The Rise of Jihad in Europe: Views from France," with Gilles Kepel and Tamara Cofman Wittes, PolicyWatch #2806, May 19, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-rise-of-jihad-in-europe-views-from-france

- "U.S. Options in the Qatar Crisis," with Dick Schoof, Muhammad Fraser-Rahim, and Farah Pandith, PolicyWatch #2817, June 7, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/u.s.-options-in-the-qatar-crisis
- "Islamist Terrorism in the West," with Lori Plotkin Boghardt, Simon Henderson, and Katherine Bauer, PolicyWatch #2822, June 16, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/islamist-terrorism-in-the-west
- "What to Expect From the State Department's Annual Counterterrorism Report," with Katherine Bauer and Aaaron Y. Zelin, PolicyWatch #2834, July 18, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/what-to-expect-from-the-state-departments-annual-counterterrorism-report
- "Lone Wolf: Passing Fad or Terror Threat of the Future," with Boaz Ganor, Bruce Hoffman, and Marlene Mazel, PolicyWatch #2842, August 7, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/lone-wolf-passing-fad-or-terror-threat-of-the-future
- "From CVE to 'Terrorism Prevention': Assessing New U.S. Policies," with William Braniff, Seamus Hughes, and Shanna Batten, PolicyWatch #2893, November 17, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/from-cve-to-terrorism-prevention-assessing-new-u.s.-policies

**2018**

- "New Palestinian and Egyptian Designations Highlight Iran and the Muslim Brotherhood," Policy Alert, January311, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/new-gaza-and-egypt-designations-highlight-iran-and-the-muslim-brotherhood
- "The Smart Way to Sanction Iranian-Backed Militias in Iraq," with Michael Knights, Barbara A. Leaf, and Philip Smyth, PolicyWatch #3018, September 17, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-smart-way-to-sanction-iranian-backed-militias-in-iraq
- "The Future of Regional Cooperation in the War on Terror," with Stephen Tankel, Tricia Bacon, and Barak Mendelsohn, PolicyWatch #3019, September 19, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-future-of-regional-cooperation-in-the-war-on-terror
- "Syria Downs a Russian Plane: What Next?" with Assaf Orion, Anna Borshchevskaya, PolicyWatch #3021, September 21, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/syria-downs-a-russian-plane-what-next
- "Hezbollah's Urban Missile Factories Put Civilians at Risk," with Hanin Ghaddar, Policywatch #3024, October 4, 2018, https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-urban-missile-factories-put-civilians-at-risk

**2019**

- "Sending the Right Message in Cairo: Advice for Secretary Pompeo," with Washington Institute Staff, Policywatch #3063, January 7, 2019, https://www.washingtoninstitute.org/policy-analysis/view/sending-the-right-message-in-cairo-advice-for-secretary-pompeo
- "Repatriating Western Jihadists: The Impact of U.S. Syria Policy," with Aaron Zelin, Policywatch #3086, February 27, 2019, https://www.washingtoninstitute.org/policy-analysis/view/repatriating-western-jihadists-the-impact-of-u.s.-syria-policy
- "The Battle against Extremism: Assessment and Prescriptions," with Farah Pandith and Juan Zarate, Policywatch #3094, March 25, 2019, https://www.washingtoninstitute.org/policy-analysis/view/the-battle-against-extremism-assessment-and-prescriptions

**<u>Other</u>**:

➤ My articles posted at the Homeland Security Policy Institute Blog can be accessed at <u>http://hspi.org/</u>

➤ My articles posted at the Counterterrorism Blog can be accessed at <u>http://counterterrorismblog.org/</u>

➤ My articles posted at the Middle East Strategy at Harvard (MESH) blog can be accessed at <u>http://blogs.law.harvard.edu/mesh/category/members/matthew-levitt/</u>

➤ My articles posted at the Security Debrief blog can be access at <u>http://securitydebrief.com/</u>

➤ My Twitter feed is @Levitt_Matt