# EXHIBIT 12

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 03-MDL-1570 (GBD) (SN)

5  ------------------------------------x.

6  IN RE: TERRORIST ATTACKS ON

7  SEPTEMBER 11, 2001

8  ------------------------------------x

9              August 5, 2021

10             9:09 a.m.

11

12         Videotaped Deposition via Zoom
   of EVAN KOHLMANN, pursuant to Notice,

13  before Jineen Pavesi, a Registered

14  Professional Reporter, Registered Merit

15  Reporter, Certified Realtime Reporter and

16  Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

```
 1                    KOHLMANN
 2            I was an invited instructor at
 3   the Brunswick Training Center for IRSCI
 4   investigators specifically on the issue of
 5   terrorist financing and means of charities
 6   for terrorist financing, I've spoken with
 7   folks from, you know, the F.B.I., from
 8   Foreign Law Enforcement, from U.S.
 9   Congressional investigators, U.S.
10   military.
11       Q.      Have you been -- have you
12   consulted with Dr. Matthew Levitt?
13       A.      I know Dr. Levitt, I am a
14   friend of Dr. Levitt, but I don't
15   typically work alongside of him and I
16   don't believe I worked directly with him
17   when he was working in government either.
18       Q.      Did you meet with him while he
19   was working in government, to the best of
20   your recollection?
21       A.      Not to my recollection, no.
22               Afterwards I'm sure we've --
23   because we're friendly, but I don't
24   remember ever working with him while he
25   was in government.
```

```
 1              KOHLMANN
 2  does that make sense?
 3              MR. LEWIS:  I am going to move
 4  on and if you want to ask him the same
 5  question on redirect, you obviously have
 6  that right, but, yes, let's take a break.
 7              MR. HAEFELE:  It will be 13
 8  hours removed from the line of thought
 9  that he has got in his head right now so
10  it probably won't be worth it.
11              However, why don't we take a
12  break.
13              THE VIDEO TECHNICIAN: The time
14  is 10:23, going off the record.
15              (Recess taken.)
16              THE VIDEO TECHNICIAN: The time
17  is approximately 10:45, back on the
18  record, beginning of media 2.
19  BY MR. LEWIS:
20     Q.     Mr. Kohlmann, we talked briefly
21  during the first hour about your book and
22  your book was published by Berg
23  Publishers, is that right?
24     A.     That's correct, yes.
25     Q.     And how did you come to send
```

1                    KOHLMANN

2   have gotten it right the first time, but I

3   was very quick to correct it and --

4       Q.        No, you actually didn't --

5       A.        After 2007 I was very careful

6   to make sure I said Oxford International

7   Press in the testimonies I did, right, so,

8   again, I take your point, I don't want to

9   confuse anyone, there shouldn't be any

10  confusion, there isn't any confusion.

11                It is very clear, it is Berg

12  Oxford International Press.

13                If I've ever said anything else

14  that would suggest otherwise, it was

15  purely a mistake, it was meant to be

16  Oxford International Press.

17                In no way am I asserting that

18  my book was published by Oxford

19  University, never have I intended to do so

20  certainly.

21      Q.        Did you send your book

22  manuscript to Oxford University Press?

23      A.        I don't think so.

24      Q.        You wouldn't have preferred

25  that it be published by Oxford University

1                    KOHLMANN
2   have training in the laws and regulations
3   that apply to charities?
4        A.        Law --
5        Q.        Charities, sorry, it didn't
6   come through clearly.
7        A.        Are you talking about shariah
8   law or are you talking about man-made law.
9        Q.        I'm talking about man-made law
10  with respect to regulations and laws that
11  apply to charities.
12       A.        Yes, I am familiar with that,
13  yes.
14       Q.        Do you have training in that?
15       A.        Yeah, on-the-job training, yes.
16       Q.        And so you know what
17  regulations apply to specific charities in
18  specific countries in specific times, do
19  you?
20       A.        My expertise in charitable is
21  mostly focused on how it applies here in
22  the U.S.
23                 I've extensively reviewed 990
24  and 1023 forms, I am familiar with the
25  requirements behind them, I've taken a

```
                                    Page 187
 1                  KOHLMANN
 2   look at well-filed 990s versus
 3   poorly-filed 990s, I have spent extensive
 4   time working with Star database, I have
 5   spoken with, interviewed and even taught
 6   IRS, CIA investigators who are focused on
 7   abuse of charitable institutions for
 8   terrorist financing purposes.
 9             But I think obviously I know
10   something about what has been done outside
11   the U.S., primarily in Saudi Arabia, but I
12   would say my familiarity with legal
13   provisions is primarily here in New York.
14       Q.      I think we talked about
15   banking.
16             Are you an expert --  sorry,
17   strike that.
18             Do you have training with
19   respect to the operation of NGOs?
20       A.      Not NGOs generally, NGOs that
21   are affiliated with armed organizations, I
22   guess is the way you can say it.
23       Q.      Do you have training with
24   respect to relief operations in crisis
25   zones?
```

1                    KOHLMANN
2     don't speak Arabic, many of the cases I've
3     dealt with here in the U.S., the
4     individuals speak primarily English.
5               As far as in-depth knowledge of
6     Islamic culture, I have that, it is very
7     helpful, the fact that I have a
8     certificate in Islam, the fact that I know
9     about Islamic terminology, I have spent
10    time in the Islam world, I know the
11    difference between someone, as you pointed
12    out, saying the Shahada in a religious
13    context, versus saying in a more political
14    context, I understand that.
15              But I would say in-depth
16    knowledge of Arabic per se, that's a
17    chauvinist way of looking at it, assuming
18    that every single Islamic terrorist group
19    speaks Arabic, which is not true.
20              And I think that kind of gets
21    to the key issue here, that most of the
22    experts that I know, many, not most, I
23    would say many of the experts I know that
24    focus on these areas, they don't
25    necessarily speak Arabic fluently because

1                    KOHLMANN
2   middle of the page, "Question:  You said
3   the camp, talking about al-Farouq camp,
4   was funded by private organizations.  Was
5   one of them al-Wafa, or can you tell me
6   who was funding it?
7                    "Answer: It was a
8   charity-funded camp."
9                    Please tell me where in this
10  statement it references IIRO.
11      A.        So, sorry, let me be be clear,
12  this is an IIRO employee describing
13  al-Farouq as a charity-funded company and
14  DOD also found evidence separately that
15  al-Farouq was also funded, primarily
16  funded by IIRO, right.
17                    Based on those two pieces of
18  evidence together, it sure sounds like it
19  is IIRO that's funding al-Farouq.
20                    Again, this is part of --
21  excuse me --
22      Q.        Where did the DOD find that
23  al-Farouq was funded by IIRO?
24      A.        I have to dig it out, it is in
25  my report.

```
 1                    KOHLMANN
 2   finish --  for particular financial
 3   transfer and I don't know if this is the
 4   only one, but it is an example of where
 5   money obviously went from IIRO's account
 6   to something it shouldn't have gone to,
 7   you know.
 8       Q.      And have you reviewed the civil
 9   lawsuit in which IIRO alleged that
10   Sulaiman Ali had ripped him off?
11       A.      It has been years and that's
12   fine, they can have that explanation,
13   that's fine, but Sulaiman Ali was a member
14   of IIRO's executive committee, this was
15   not a low level figure and he had lots of
16   money, so it wasn't like he was looking
17   for money.
18                I don't know what his
19   motivations were in doing this, I don't
20   know who else in the organization knew
21   about it and I don't know --  I can't tell
22   you.
23                But what I can tell you is
24   you're asking me for an example of where
25   money went from IIRO's accounts to
```

Page 351

```
 1                    KOHLMANN
 2    something illicit that was
 3    terrorism-related and I just gave you an
 4    example and I gave you exact amounts.
 5        Q.        Are you suggesting that IIRO
 6    made that investment with the knowledge or
 7    intent it would be --
 8        A.        I don't know.
 9                  MR. HAEFELE:  Objection to the
10    form of the question.
11        A.        I don't know, I wish I knew the
12    answer to that question, I don't know.
13                  I know that  a member of IIRO's
14    executive committee, senior member of the
15    organization, transferred the money in a
16    way that obviously ended up in the coffers
17    of someone who was supporting terrorism.
18                  Who else approved it in IIRO's
19    executive structure, et cetera, et cetera,
20    I would love to know that, I would love to
21    know, you know, why no one did anything
22    about this, why it took so long for anyone
23    to do anything about it.
24                  You know, as far as I know,
25    Sulaiman Ali never went to jail, I don't
```

```
                                    Page 377
 1                    KOHLMANN
 2              I haven't seen a lot of
 3   instances where law enforcement agencies
 4   have written lengthy reports about how one
 5   particular charity seems to be involved in
 6   all sorts of, you know, burning records,
 7   cheating, forgery, and they're using those
 8   words.
 9              You know, it could mean just
10   graph, it could mean theft, but it also
11   happens to be something very useful if
12   you're looking to launder money and
13   terrorist groups are always trying to
14   launder money from legitimate sources,
15   including in this case charities.
16      Q.      Are you aware of the Harvard
17   study in 2006 that Mr. Winer cited in his
18   report that showed $40 billion was lost
19   from U.S. charities through embezzlement
20   and fraud?
21      A.      No, I am not familiar with that
22   report.
23      Q.      Does that number sound right to
24   you?
25      A.      I have no idea, I don't know,
```

```
                                          Page 379
 1                    KOHLMANN
 2   about, sir?
 3                    MR. HAEFELE:  Objection to form
 4   of the question.
 5        A.         I'm actually referring to a
 6   couple of different things.
 7                    That's one, but I'm also
 8   referring to the Philippines office, I am
 9   referring to the Bosnia government
10   investigation.
11                    The investigations in all of
12   these places, like, they use certain
13   keywords that come up again and again,
14   it's funny, obviously it's translations,
15   right, but they're all speaking different
16   languages and coming up with words like
17   forgery, burning documents, cheating,
18   hiding bank accounts.
19                    Why would the IIRO create a
20   hidden bank account in Bahrain in 2005
21   after they had already been told not to.
22                    Again, these kind of
23   activities, going back to your point, a
24   major charity violating anti-money
25   laundering law twice after it has already
```

```
                                    Page 380
 1                  KOHLMANN
 2   been told not to and creating a secret
 3   bank account, that's not normal, you don't
 4   see Save the Children doing that.
 5              Like I said, there is some
 6   level of graph and theft, okay, okay,
 7   okay, it's a nonprofit, I get it,
 8   sometimes that happens and it happens here
 9   in the U.S., but that doesn't happen,
10   certainly not with an organization that
11   should have much better oversight.
12      Q.      The destruction of records that
13   you're talking about, that was only in
14   Pakistan, right?
15      A.      No, I believe there was also --
16   I have to double-check, but I think also
17   in the Philippines as well.
18      Q.      I am not going to argue with
19   you about it, but that's not the case.
20              Let me ask you this question;
21   how many audits did you review of branches
22   of IIRO?
23      A.      You mean for this case or just
24   in general?
25      Q.      Let's start with this case.
```

Page 437

KOHLMANN

1

2    Since that time the only contact the

3    family has had with him is one phone call

4    received by his mother after Eid Al-Adha."

5        A.        It is a mistake, it is a typo.

6                  I put two things together here

7    by accident, that's just a mistake, I will

8    remove it from the report if you want.

9                  Again --

10       Q.        Well, you've identified someone

11   as a September 11th hijacker who worked

12   for IIRO and that's not true.

13                 The September 11th hijackers,

14   two al-Shehri brothers had no connection

15   to IIRO, correct, that's --

16       A.        I don't know, I don't know.

17                 In this case, sorry, yeah, I

18   mixed up these two paragraphs.

19                 But, again, I don't know, he

20   might have worked for IIRO, I have no

21   idea.

22       Q.        Well, this article says some

23   other guy completely who is the son of

24   some other guy completely worked for IIRO.

25                 So now you're saying maybe the

```
 1                    KOHLMANN

 2   well?

 3       A.        It is certainly possible, yeah,

 4   sure.

 5               Again, it doesn't exactly

 6   reflect on the modus operandi that he was

 7   intending to use to get there.

 8       Q.        Well, you say, "IIRO offered

 9   fraudulent employment and documents to

10   foreign mujahideen fighters who wished to

11   cross the border in Chechnya and engage in

12   combat with the Russian military," and

13   then you cite this.

14               Where in this document is there

15   any suggestion that IIRO offered

16   fraudulent employment and documents to

17   foreign mujahideen fighters who wished to

18   cross the border in Chechnya?

19               MR. HAEFELE:  Objection.

20       A.        Sure.

21               So this individual wished to go

22   into Chechnya.

23               At the time the only way to get

24   into Chechnya was to have credentials from

25   some kind of relief organization that
```

```
 1                        KOHLMANN
 2   would get you over the border, this is
 3   exactly the same problem that happened to
 4   the deputy commander of Al Qaeda when he
 5   tried to go there and he got arrested.
 6                  So the idea here is that these
 7   guys needed a way in, they needed ID
 8   cards, the same thing as what happened in
 9   Bosnia.
10                  So the organization provided ID
11   cards to these folks.
12                  Now, there is an argument that,
13   oh, they were duped by these individuals
14   who wanted to go there, like this
15   individual, who explained that he was
16   planning to support them by whatever way,
17   he would get there by whatever way, right.
18                  There is another argument, and
19   I think there is a lot of evidence to
20   support this, that there were individuals
21   within the IIRO infrastructure who were
22   giving out these documents.
23                  I know I did cite to this
24   particular footnote, but I can also show
25   you my report, I believe it is in my main
```

Page 457

1                          KOHLMANN
2    report, I talk extensively about how IIRO
3    ID cards were recovered from Saudi
4    fighters in Bosnia that were given to them
5    by the organization and that the person in
6    charge of the organization was actually a
7    mujahadeen fighter, Abdel Aziz Zaher.
8                So while it is true that in
9    this case this individual did not actually
10   get there, this is what he was trying to
11   do, he was trying to get ID to get into
12   Chechnya, the same way that IIRO gave ID
13   to people to get into Bosnia as well.
14               Again, I discuss it at great
15   length in my report.
16       Q.      You do, you also talk about how
17   the U.N. High Commission for Refugees was
18   giving out IDs to mujahideen in Bosnia, do
19   you recall that in your report?
20       A.      I talked about that, I don't
21   think I said it was given to them, I said
22   they got them and there is a difference.
23       Q.      You're not suggesting that --
24   strike the question, it's too much for
25   Jineen, we don't need that.

Page 505

1                    KOHLMANN
2  Project, I'm trying to see if there is any
3  terrorist-related material here" or
4  anything like that?  Were you up front with
5  them?
6                  MR. HAEFELE:  Objection to
7  form.
8       A.     I did not identify to WAMY that
9  I was there to discover whether or not they
10 were funding extremist causes, no, I did
11 not do that.
12      Q.     Did you even identify yourself
13 as to who you were with?
14      A.     No, I did not.
15      Q.     Did you obtain any literature
16 at that trip?
17      A.     I did.
18      Q.     What did you obtain?
19      A.     I obtained an item that is
20 described in my expert report, to wit, a
21 WAMY summer camp training manual, including
22 descriptions of courses and songs to be
23 sung by campers.
24      Q.     And did you subsequently turn
25 that over to the lawyers who hired you in

```
 1              KOHLMANN
 2  orient, is there anywhere in your report
 3  where you will find that the World Assembly
 4  of Muslim Youth, that entity, ever provided
 5  direct aid to Al-Qaida?
 6              MR. HAEFELE:  Objection to
 7  form.
 8      A.    First of all, I would note here
 9  that you are discounting BIF, which is an
10  arm or was an arm of WAMY.
11      Q.    We will talk about BIF later,
12  but my question is the World Assembly of
13  Muslim Youth.
14      A.    Mr. Goetz, I understand you
15  don't want me to interrupt you, but you
16  have to let me speak here.
17      Q.    But not when you are not
18  answering my question.  I want to make sure
19  you understand it.
20      A.    Mr. Goetz, I'm answering your
21  question.  My answer to you is that BIF was
22  an arm of WAMY, so discounting BIF is like
23  saying did the U.S. ever invade another
24  country aside with its own military.  I
25  don't -- I don't know that that is a valid
```

```
 1                    KOHLMANN
 2   question or that you are asking me to
 3   answer a question without providing any
 4   evidence.  Like I'm not sure that that's --
 5   that that's a reasonable request.
 6                    But if you don't count the main
 7   method by which WAMY was funding this stuff
 8   or allegedly funding this stuff, I don't,
 9   you know, I would also note that in
10   paragraph 172, "According to the U.S.
11   Department of Defense, Guantanamo Bay
12   prisoners who were working under the
13   auspices of WAMY were 'likely using their
14   appointment in non-government organizations
15   to facilitate funds and personnel for
16   Al-Qaida and its global terrorist
17   network.'"  It is the paragraph just above
18   the one you were pointing to before.
19                    I would also point -- hold on
20   one second.  I mean, I would also point,
21   frankly, to the other paragraph we
22   referenced before, which is the WAMY
23   fundraising thing with Ali Bapir.  I know
24   that you pointed out that Ansar al-Islam
25   was not designated to two years afterward,
```

```
 1                    KOHLMANN
 2   but it was a designated Al-Qaida subgroup.
 3        Q.    So that was paragraph --
 4        A.    That's 177.
 5        Q.    177, all right.  Any other
 6   paragraphs where you claim you opine that
 7   WAMY provided direct aid to Al-Qaida?
 8        A.    Sure, hold on one second.  I
 9   just want to go through my report.
10        Q.    Sure.  We can -- we can take a
11   break and you can review your report and
12   then you can give me --
13        A.    No, it's okay, this is just
14   going to take a couple of seconds.
15              A WAMY employee delivered a
16   tape to Osama Bin Laden to media.
17        Q.    The Sudanese?
18        A.    That's correct.
19        Q.    We have that paragraph, but can
20   you just give me the number if you have it
21   in front of you?
22        A.    I actually, sorry, I'm not
23   reading it, it just occurred to me.
24        Q.    We will get it.
25        A.    Yeah, and the rest of the stuff
```

1             KOHLMANN

2    spoke in the U.S. and he was raising money

3    for jihad in Chechnya on behalf of WAMY.

4         Q.      We will come back to Mr. Ahmer.

5              But just focusing back on 176,

6    you are aware that Abdullah Bin Laden left

7    the United States in 2000, are you aware of

8    that?

9         A.      Yeah, approximately then, yes.

10        Q.      And he ended -- he was no

11   longer the representative of WAMY in June

12   of 2004.  Were you aware of that?

13        A.      I believe so, yes.

14        Q.      So why did you feel it

15   necessary when you wrote your report to

16   characterize this as Abdullah Bin Laden's

17   WAMY office in Virginia?

18        A.      Because of the fact that a lot

19   of people who are familiar with this office

20   are familiar with it, the office that was

21   run by Abdullah Bin Laden.  The fact that

22   he stepped down a year or two before this

23   happened, you know, that's how it's known.

24   I was referring to it so it was clear.

25        Q.      You don't, well, you don't

Page 590

```
 1                      KOHLMANN
 2    think that you put Abdullah Bin Laden just
 3    to bring in the Bin Laden name in
 4    connection with WAMY's office, that's why
 5    you didn't do it?
 6                    MR. HAEFELE:  Objection to
 7    form, argumentative.
 8         A.    Now you are assuming what my
 9    motivations are.
10         Q.    Well, all right, strike that.
11                But suffice to say you don't
12    dispute that WAMY's office in Virginia at
13    that time was headed by an entirely
14    different individual in June of 2004, you
15    don't dispute that, do you?
16         A.    No, I think it was a different
17    individual, that's correct.
18         Q.    And you know WAMY or WAMY USA
19    had never been designated as an SDGT or
20    FTO, correct?
21         A.    They have never been designated
22    by the Treasury Department, that's correct,
23    yes.
24         Q.    Or the State Department?
25         A.    Or the State Department, that's
```

Page 601

```
  1                    KOHLMANN
  2   anything after 1023.
  3         Q.      You have to refresh.
  4         A.      Yeah, I did that, several
  5   times.
  6                 THE CONCIERGE:  Mr. Kohlmann,
  7   make sure you are in today's folder.
  8                 THE WITNESS:  Wait a second.
  9   There is another folder.  Here you go.
 10   Okay, now I have it in front of me, okay.
 11   Let me take a look real fast.  Yeah, sure,
 12   so, you know.
 13         Q.      So isn't it true that the
 14   article from the FDD claims that WAMY
 15   employs Sheikh Saleh al-Buraik?
 16         A.      That's correct.
 17         Q.      So, I mean, that's -- that's an
 18   assertion of fact, that's not a quote,
 19   right, that's the claim in this article
 20   that WAMY employs Sheikh Saleh al-Buraik?
 21         A.      They do claim that, yes.  I
 22   mean, I think -- I think -- I actually
 23   think that may be an incorrect assertion,
 24   but that's besides the point, they do claim
 25   that, yes.
```

```
1              KOHLMANN
2        Q.      And in citing this article in
3    support of that assertion of fact, and I
4    understand you have got the citation, but
5    you don't include anything in your report,
6    you don't write in your report FDD is part
7    of the Israel lobby or anything that
8    identifies the bias of the source of that
9    claim, that is not in your report, is it?
10       A.      Well, if Mr. al-Buraik is
11   employed by WAMY, it is a fact, and I'm not
12   sure I understand what the bias is here.  I
13   think this is sort of splitting hairs,
14   because al-Buraik definitely worked for
15   WAMY.  He definitely worked as a lecturer
16   at their summer camps.  As for any other
17   roles that he played, I would have to dig
18   into that a little deeper.
19              But, again, this seems to be a
20   factual statement.  You could say WAMY
21   employed Sheikh Saleh al-Buraik at his --
22   at their summer camps, which would be more
23   specific and maybe even more accurate, but
24   I don't -- I guess what I'm saying is I
25   understand what you are saying about bias,
```

Page 607

1               KOHLMANN
2    obviously I don't agree with their
3    political philosophy, so I don't write for
4    them anymore.  But this is an article by
5    the Foundation for Defense of Democracies,
6    so the fact that it was published in Front
7    Page Magazine in 2002, I think long before
8    the Southern Poverty Law Center said
9    anything about this magazine, and certainly
10   this is not a reflection of the magazine
11   itself, it is a reflection of something
12   written by Foundation for Defense of
13   Democracies.
14            In any event, if the argument
15   is that I should have put a different
16   source to say that Saleh al-Buraik was an
17   employee at WAMY or that he spoke at WAMY
18   summer camps, it is not a fact in dispute.
19   It is not a fact in dispute.  So, you know,
20   or at least it's not, as far as I'm aware,
21   it's not in dispute that he spoke at WAMY
22   summer camps and that he spoke on behalf of
23   WAMY.
24            So, you know, I sort of
25   understand that you are suggesting that the

```
 1              KOHLMANN
 2  paragraphs 191 and 192 of your report.
 3       A.    Yes.
 4       Q.    All right.  Now, while we are
 5  waiting for that document to come up, you
 6  are not a forensic accountant, correct?
 7       A.    Correct.
 8       Q.    Have you ever conducted a
 9  financial audit yourself?
10       A.    Not like this, no.
11       Q.    Have you ever analyzed the
12  audits conducted by any other financial
13  professionals to determine whether or not
14  they did or did not comply with auditing
15  standards or accounting standards?
16       A.    I mean, I don't have any formal
17  training in accounting, but if you are
18  asking have I looked at accounting
19  documents that have been recovered in
20  investigations like this and, you know,
21  helped examine them or even just studied
22  them on the side?  The answer is yes.  If
23  you are asking if I have formal training in
24  accounting, the answer is no.
25       Q.    No, I was asking if you have
```

```
 1                      KOHLMANN
 2   what it was.  There was a bomb making
 3   manual inside this envelope.  Why was there
 4   a guy carrying a bomb making manual inside
 5   this envelope?
 6        Q.     We are not asking about that.
 7               MR. HAEFELE:  Mr. Goetz, before
 8   you go, one more time, can I get the
 9   document put in the file share?  I'm seeing
10   this is item number 26 from your files
11   today.
12               MR. GOETZ:  Yeah, and it should
13   be now Exhibit 1045.  Sorry, for the
14   record, that's what it should be.
15               (Exhibit 1045 marked for
16   identification)
17               MR. HAEFELE:  Yeah, the 1045,
18   I'm only at 1044, and I have refreshed
19   countless times.  While I have been
20   patient, I have been waiting, you know,
21   countless times to do it.
22               MR. GOETZ:  And, again, I have
23   no control over that.
24        Q.     But, Mr. Kohlmann, we are not
25   getting into assertions.  I'm just trying
```

```
 1              KOHLMANN
 2   to dial in on what you wrote in your
 3   report.  And in your report, you wrote
 4   "with the letterhead of BIF with a notation
 5   explaining that BIF is a branch of the
 6   World Assembly of Muslim Youth," and
 7   accepting everything you said about alias
 8   and everything else, I'm just asking what
 9   this document says, and it does not say
10   BIF, does it?
11        A.     That is -- that is your
12   assertion.  I keep --
13        Q.     No, no, no.
14        A.     -- goes by a number of
15   different names, a number of different
16   aliases, such as Benevolence International
17   or BIF or the name in Arabic or, for
18   example, Lajnat al-Birr, simply Lajnat
19   al-Birr.  It goes by these different names.
20              Now, I understand the assertion
21   by WAMY is that they are two separate
22   organizations.  I understand that.  I
23   appreciate that.  Based on my analysis,
24   that is not credible.  Based on my
25   analysis, these two organizations operated
```

Page 738

1              KOHLMANN
2  very closely with one another
3  symbiotically, right?
4              So when I see a document that
5  has the BIF logo on the top of it and it
6  has a known alias, what I know to be known
7  alias for BIF underneath and then it says
8  World Assembly for Muslim Youth, that's why
9  I described it there.
10     Q.     So even though this document
11  says Lajnat al-Birr al-Islamiyya, when you
12  were writing your expert report, you chose
13  to describe -- to basically attribute this
14  alias to it and then in describing that in
15  your report in terms of what this envelope
16  looked like, you did not use LBI, you used
17  BIF; is that right?
18     A.     I believe LBI, Lajnat al-Birr
19  al-Islamiyya, is an alias used by BIF, and
20  that is why when it says Lajnat al-Birr and
21  it has the BIF logo, I interpret that as
22  BIF, again, because I don't distinguish
23  necessarily between those two groups
24  because they operate symbiotically.  They
25  may use the same name.

1                     KOHLMANN

2   opinions related to terrorism and terrorism

3   financing in this case, not feel that it

4   was important to accurately quote that this

5   Saudi report made clear that the closure of

6   those offices was not for financing

7   terrorism, you didn't think that was

8   important to note?

9               MR. HAEFELE:  Objection to

10  form.

11      A.      I thought it was clear --

12  sorry, I thought it was pretty clear the

13  way I stated it especially since the point

14  of this paragraph has nothing to do

15  specifically with funding terrorism.  It is

16  specifically about -- the title of the

17  section -- or the lead sentence in the

18  section is about violating highly

19  publicized rules in cash fundraising and

20  proper accounting procedures.

21              The point of this was not to

22  suggest that the report indicated that

23  there was terrorist fundraising going on,

24  but merely that they continued to violate

25  their own fundraising laws.  So, I mean, I

```
                                        Page 762
 1                   KOHLMANN
 2   don't disagree with the fact that it says
 3   this, yeah, of course, but that's what I
 4   said.  I said to ensure that financial and
 5   administrative imbalance is not exploited.
 6        Q.     And you don't --
 7        A.     Again, I don't think it changes
 8   the meaning of this.  Again, this section
 9   was not about terrorist fundraising, I
10   mean, this particular paragraph, it is
11   about following accounting procedures.
12        Q.     You don't disagree that you
13   deliberately chose to leave out "not for
14   financing terrorism" out of your report,
15   you made that choice, didn't you,
16   Mr. Kohlmann?
17             MR. HAEFELE:  Objection to
18   form.
19        A.     I did, yes.
20        Q.     And this paragraph 47 that we
21   are talking about appears under the
22   heading, the section V on page 19 of your
23   rebuttal report, The Saudi Government
24   Position on the Role of Islamic Charities
25   in Supporting Al-Qaida; does it not?
```