# EXHIBIT 15

This Transcript Contains Confidential Material

1                 UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3                            -   -   -

4

5     IN RE: TERRORIST      :

6     ATTACKS ON            :     03-MDL-1570

7     SEPTEMBER 11, 2001  :     (GBD)(SN)

8     ------------------------------------------

9                            -   -   -

10                 Tuesday, March 26, 2019

11                           -   -   -

12                 THIS TRANSCRIPT CONTAINS

13                 CONFIDENTIAL INFORMATION

14                           -   -   -

15          Day 1 of the videotaped deposition of

16     FAHD MOHAMMAD SANAD ALHARBI, taken pursuant to

17     notice, was held at the InterContinental Hotel

18     Madrid, Paseo de la Castellana, 49, 28046

19     Madrid, Spain, beginning at 9:55 a.m., on the

20     above date, before Lisa V. Feissner, RDR, CRR,

21     Notary Public.

22                           -   -   -

23                 GOLKOW LITIGATION SERVICES

              877.370.3377 ph | 917.591.5672 fax

24                      deps@golkow.com

This Transcript Contains Confidential Material

1    right?

2          A.    Yes.

3          Q.    Why was he leaving the Indonesia

4    office?

5                MR. NASSAR:  Objection, foundation.

6          A.    I don't know.

7          Q.    Was there someone who recommended

8    you to take the position in the Indonesian

9    office?

10         A.    I think that my good performance I

11   did is the factor or the reason why I was

12   proposed for Indonesia.

13         Q.    Did you request to be moved from

14   Bangladesh to Indonesia?

15         A.    No.

16         Q.    Who asked you to do it?

17         A.    The General Secretariat.

18               MR. NASSAR:  "Of IIRO."

19         A.    Of IIRO.

20         Q.    And when you say the General

21   Secretary, do you mean Adnan Basha?

22               INTERPRETER:  He said "General

23         Secretariat."

24         Q.    General Secretariat.  Well, I'm

This Transcript Contains Confidential Material

1  asking, who is the person who asked you to do

2  that?

3          A.   I don't remember.

4          Q.   Did you interview with someone

5  regarding this job change?

6          A.   No.  I was known back then.  They

7  knew me, so I did not make any interviews.

8          Q.   Did you speak with anybody about

9  the Indonesia office before you went there?

10         A.   I don't remember.

11         Q.   Were you invited to take the job or

12 were you told to take the job?

13         A.   So I was --

14              (The witness and interpreter

15         conferred in Arabic.)

16         A.   So I was told to take the job, but

17 I had to move to Indonesia and so on.

18              MR. NASSAR:  I think the word in

19         Arabic was (speaking Arabic),

20         "requested."

21              INTERPRETER:  Yes.  "I was

22         requested."

23         Q.   And who was it that made that

24 request?

This Transcript Contains Confidential Material

1          A.    I think the offices department.

2          Q.    And who in the offices department?

3          A.    I don't remember.

4          Q.    In the process leading to your

5   redeployment to manage the IIRO Indonesia

6   office, did you discuss anything about what the

7   job would entail?

8          A.    With whom?

9          Q.    That's my next question.

10  Literally, on my paper, the next question is,

11  "with whom?"  Did you discuss anything with

12  anybody?

13         A.    About what?  About which aspect?

14  About living there, about working, about --

15         Q.    Did you have any discussion about

16  what the needs of the office are or were?

17         A.    Yes, of course, we spoke with the

18  offices department because I do not know that

19  office.

20         Q.    Did you discuss about what the

21  expectations of the job would be?

22         A.    My expectations?

23         Q.    No, about what was expected of you.

24         A.    It's to develop the work.

This Transcript Contains Confidential Material

1    Q.   Well, to be clear, there was a

2    decision made to send Mr. Jamal specifically to

3    the Secretary General at the same time that you

4    were moved to Indonesia, correct?

5    A.   Yes.  The decisions were issued,

6    but the implementation was not immediate.  He

7    had, for example, students, he would wait for

8    the semester to finish, things like that.

9    Things that -- so the implementation of the

10   decision was not done in the same day or on the

11   following day of its issuing.

12   Q.   When the decision that's in 163 was

13   made in the first month of 1425, which is

14   roughly March 2, 2004, did you leave to go and

15   follow the direction of Adnan Basha by leaving

16   Bangladesh and going to Indonesia, or did you

17   wait a few months?

18   A.   I have waited a long period, yes.

19   Three or four months.

20   Q.   So it was three or four months

21   before you followed the direction of Adnan

22   Basha to do something?

23   A.   Yes.

24   Q.   What date was it you left the

This Transcript Contains Confidential Material

1    Bangladesh office to go to Indonesia?

2         A.   (In English.)  I don't remember.

3              (Through interpreter.)  I don't

4    remember.  I cannot remember.

5         Q.   Do you remember what date you got

6    to the Indonesia office?

7         A.   I don't remember.

8         Q.   Do you remember what month it was?

9         A.   I don't remember.

10        Q.   Do you remember what --

11        A.   (In English.)  In end of 2004.

12   Three months, four months in the end of 2004.

13             (Through interpreter.)  In the end

14   of 2004.

15        Q.   Well, now you have me wondering

16   even more, because 163 -- Exhibit 163 gives you

17   direction at the beginning of 2004 in March,

18   and you've told us that you waited two or three

19   months, maybe three or four months rather three

20   months --

21        A.   I don't remember exactly.  Yes,

22   he's talking about the Arabic date.

23        Q.   There is no Arabic date of 2004.

24        A.   Where it's written 2004.

This Transcript Contains Confidential Material

1          MR. HAEFELE:  He just said it.  It
2      was in his answer.  "Answer:  2004.
3      Three months, four months in the end of
4      2004."
5      A.    That's what I can recall.
6      Q.    All right.  Just so we're clear,
7  you were told in March of 2004 to depart the
8  Bangladesh office and be redeployed to the
9  Indonesia office, and your recollection is that
10  it was the end of 2004 that you left the
11  Bangladesh office to go to the Indonesia
12  office?
13          MR. NASSAR:  I'm going to object.
14      I think the witness has answered this
15      question multiple times.
16      Q.    You can answer.
17          INTERPRETER:  Should I translate?
18          MR. NASSAR:  Yes, please.
19      A.    So it's approximate, maybe in July,
20  God knows.
21          MR. NASSAR:  He said, "July or
22      August."  Did the witness say July,
23      August?
24          INTERPRETER:  I'm sorry.  I didn't

This Transcript Contains Confidential Material

1    from Bangladesh.  No one was brought from

2    outside the country.  So in the same region

3    where the teachers are.

4                INTERPRETER:  And just a comment

5          from the translator.  He refers to the

6          propagators as "teachers" and not as

7          "du'at."  Can I make this comment?

8                MS. KHATIB:  (Inaudible.)

9          Q.    How many propagators worked with

10   IIRO Bangladesh office during the time period

11   that you managed the office?

12         A.    I don't remember.

13         Q.    Do you know how it compared with

14   the eight or nine people that worked on the

15   staff of the IIRO office?

16                INTERPRETER:  I do not understand

17         the question.

18         Q.    Do you know how the number of

19   propagators compared to the number of IIRO

20   staff in the Bangladesh office?

21         A.    I cannot remember the number.

22   About 40, 50.  But I cannot remember the exact

23   number.

24         Q.    There was eight or nine staff

This Transcript Contains Confidential Material

1        Q.    And what was that employee's name?

2        A.    I don't remember.

3        Q.    Did you sign his reports?

4        A.    Yes.  I might review or just be

5   acquainted, but not sign.

6        Q.    Was that employee one of the eight

7   or nine people in the staff of the IIRO office

8   in Bangladesh?

9        A.    I think so, yes.

10        Q.    Were there -- do you recall ever

11   doing any reports yourself to IIRO office in

12   Saudi Arabia regarding the propagators in

13   Bangladesh?

14        A.    I cannot recall.  I don't recall.

15              (The witness and interpreter

16              conferred in Arabic.)

17        A.    So let's say -- so reports about

18   the propagators' activities, let's say he spoke

19   in some mosque, so this information would reach

20   us, and we would send it to the IIRO.

21        Q.    Would you get periodic reports from

22   the staff person that created the reports that

23   you would then pass on to Saudi Arabia?

24              MR. DUFFY:  Objection.  Can you

This Transcript Contains Confidential Material

1       Q.   So you would receive, on a periodic

2    basis, one report for each propagator.  You

3    would collect those reports, and those reports

4    would get sent on to the General Secretariat of

5    IIRO in the Kingdom of Saudi Arabia, correct?

6       A.   Yes.  And in the General

7    Secretariat, there's a department, yes, the

8    propagators department.

9       Q.   There's a propagators department at

10   the General Secretariat in IIRO headquarters in

11   Saudi Arabia?

12      A.   Yes.

13      Q.   And who heads that, or who -- at

14   the time, who headed that committee -- or that

15   department?

16      A.   I don't remember.

17      Q.   Is the da'wah department the same

18   as the da'wah and Holy Quran committee?

19           MR. NASSAR:  I object to the

20           foundation for that question.

21      A.   I do not remember.  Back then?

22      Q.   Back then.

23      A.   I don't remember.

24      Q.   Were you aware that the Kingdom of