# EXHIBIT 16

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3                       - - -

 4    IN RE: TERRORIST     :

 5    ATTACKS ON           :    03-MDL-1570

 6    SEPTEMBER 11, 2001   :    (GBD)(SN)

 7    -----------------------------------------

 8                       - - -

 9              Monday, October 21, 2019

10                       - - -

11              THIS TRANSCRIPT CONTAINS

12                CONFIDENTIAL MATERIAL

13                       - - -

14         Videotaped deposition of IBRAHIM

15    ABDULLAH, Ph.D., as 30(b)(6) designee for World

16    Assembly of Muslim Youth-International, taken

17    pursuant to notice, was held at the NH

18    Collection Madrid Abascal Hotel, Calle de Jose'

19    Abascal, 47, 28003 Madrid, Spain, beginning at

20    9:50 a.m., on the above date, before Lisa V.

21    Feissner, RDR, CRR, Notary Public.

22

23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24               deps@golkow.com
```

This Transcript Contains Confidential Material

1    November, December.

2         Q.   And was Mr. Khatib still working

3    for WAMY-Canada when you started?

4         A.   So he was suspended from working.

5    He did not work for --

6              (The witness and interpreter

7         conferred in Arabic.)

8         A.   He did not work.  He was fired.

9         Q.   So he was fired sometime between

10   April of 1999 and the fall of 1999 when you

11   arrived, correct?

12        A.   Correct.

13        Q.   Do you know the month you rehired

14   Mr. Khatib in 2000, the following year?

15        A.   I don't remember.

16        Q.   Or the season?  Was it spring,

17   summer?

18        A.   (In English.)  Spring.

19             (Through interpreter.)  Spring.

20        Q.   Spring?  Was there a specific

21   person, an Imam or a mosque that you relied on

22   when you said Mr. Khatib had a good reputation

23   in the Canadian -- Montreal community?  In

24   other words, did somebody in Canada say, hey,

This Transcript Contains Confidential Material

1           testimony.
2                   MR. GOETZ:  Objection to scope.
3                   You can translate.
4           A.   Yes.
5           Q.   And would you see Mr. Jarrah there
6    when you were at the Embassy?
7                   MR. GOETZ:  Objection, scope.
8                   INTERPRETER:  Mr. Jarrah?
9                   MR. MALONEY:  The same guy we were
10          talking about, yeah, Jarrah.
11          A.   I don't remember.
12          Q.   Did you see Khaled al-Suwailem at
13   the Embassy when you visited?
14                  MR. SHEN:  Objection, scope.
15                  MR. GOETZ:  Objection, scope.
16                  MR. MOHAMMEDI:  Yeah, it's getting
17          out of control.
18                  MR. GOETZ:  Counsel, we litigated
19          this issue before Magistrate Judge
20          Netburn --
21                  MR. MOHAMMEDI:  30(b)(6).
22                  MR. GOETZ:  -- and there were
23          specific areas that she took out.  One
24          of those was communications with the

This Transcript Contains Confidential Material

 1         Q.   Do you recall whether he visited
 2    WAMY-International shortly before September 11,
 3    2001?
 4         A.   He did not visit the office.
 5         Q.   Did he visit with you during that
 6    time period?
 7         A.   No.  He was not with me.  But I met
 8    him in some hotel or other place.
 9         Q.   What hotel?
10         A.   I don't remember.
11         Q.   Do you recall approximately when
12    that meeting happened?
13         A.   Before September 11.  I just do not
14    recall how many days before.
15         Q.   What was the purpose of the
16    meeting?
17         A.   To greet him as any Saudi visitor.
18    That is a well-known thing to do.
19         Q.   Who else was present?
20         A.   I don't remember.
21         Q.   Were there other people present
22    when you met him?
23         A.   (In English.)  No.
24              (Through interpreter.)  No.  It was