# EXHIBIT 18

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                      - - -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                            - - -
 8                     MAY 25, 2021
                 THIS TRANSCRIPT CONTAINS
 9                CONFIDENTIAL MATERIAL
                            - - -
10
11
12              Remote Videotaped
13   Deposition, taken via Zoom, of JACOB
14   VAHID BROWN, commencing at 9:03 a.m.
15   Pacific Time, on the above date, before
16   Amanda Maslynsky-Miller, Certified
17   Realtime Reporter and Notary Public in
18   and for the Commonwealth of Pennsylvania.
19
20                      - - -
21         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22             deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

1  program, the leaders of the program and
2  the director of the center.
3      Q.   What type of oversight was
4  given to articles that were submitted for
5  publication in the CTC Sentinel, if you
6  know?
7      A.   The CTC Sentinel had
8  different editors, not a lot, I think it
9  had two editors, or three, I think Paul
10 Cruickshank is the current
11 editor-in-chief of the CTC Sentinel.
12           I -- I mean, I can speak
13 from my experience of submitting an
14 article to the CTC Sentinel, that it
15 underwent a review by CTC staff -- I mean
16 the CTC editor -- the CTC Sentinel
17 editor.
18           I don't -- I don't recall if
19 there was -- I'm trying to recall if
20 there was outside review by other
21 scholars, in that instance, outside of
22 the CTC, I mean, or its kind of network.
23 And I don't recall.
24      Q.   How many articles did you