# EXHIBIT 19

# In The Matter Of:
# IN RE TERRORIST ATTACKS ON
# SEPTEMBER 11, 2001

_____

## YASSIN ABDULLAH KADI
July 10, 2018

_____

*TC REPORTING, INC.*
*1 DEERFIELD EAST - 1850*
*QUOGUE, NY. 11959*

YASSIN ABDULLAH KADI - Vol. I

YASSIN ABDULLAH KADI

289

```
 1   you have admitted to having long-standing and intimate
 2   associations with SDGT Julaidan, SDGT Chafiq Ayadi,
 3   Dr. Abdul Latif Saleh and Amir Mehdi?
 4           A.   That I have relation with these?
 5           Q.   Yes.
 6           A.   Yes, I have.  I mean I indicated several
 7   times.
 8           Q.   Are you aware that OFAC found sufficient
 9   evidence that each of those individuals handled significant
10   sums of money provided to them by you?
11                MR. SALERNO:  Objection.  Foundation.
12                THE WITNESS:  I don't understand.  Say it
13   again.
14   BY MR. HAEFELE:
15           Q.   Each of those individuals handled
16   substantial sums of money.
17           A.   I transfer money for them, yes.
18           Q.   To them?
19           A.   To them.  Yes.
20           Q.   Are you aware that the Office of Foreign
21   Asset Control in its evidentiary memo found that the
22   evidence in the files of OFAC support a determination that
23   at that time you satisfied the standards for designation
24   under U.S. Executive Order 13224?
25           A.   I couldn't understand this.  Just try to
```