# EXHIBIT 22

# AL-QAIDA'S JIHAD IN EUROPE

## The Afghan-Bosnian Network



Evan F. Kohlmann



English edition
First published in 2004 by
**Berg**
Editorial offices:
1st Floor, Angel Court, 81 St Clements Street, Oxford, OX4 1AW, UK
175 Fifth Avenue, New York, NY 10010, USA

© Evan Kohlmann 2004
Paperback edition reprinted in 2005

All rights reserved.
No part of this publication may be reproduced in any form
or by any means without the written permission of Berg.

Berg is the imprint of Oxford International Publishers Ltd.

**Library of Congress Cataloging-in-Publication Data**
A catalogue record for this book is available from the Library of Congress.

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

ISBN  1 85973 802 8 (hardback)
       1 85973 807 9 (paperback)

Typeset by JS Typesetting Ltd, Wellingborough, Northants.
Printed in the United Kingdom by Biddles Ltd, King's Lynn.

www.bergpublishers.com

# Contents

| | | |
|---|---|---|
| **List of Illustrations** | | vii |
| **Acknowledgments** | | ix |
| **Preface** | | xi |
| **Prologue: 'In the Land of Ice Cream'** | | 1 |
| 1 | The Afghan Crucible | 3 |
| 2 | Jihad Comes to Bosnia | 15 |
| 3 | The Role of the Islamic Charities | 35 |
| 4 | The Battle Begins | 53 |
| 5 | Confrontation with the Croats (1993–4) | 71 |
| 6 | Attention Turns Westward | 107 |
| 7 | The Final Campaign | 125 |
| 8 | A Post-Dayton Wave of Terror | 149 |
| 9 | Blowback – The North African Sleeper Cell Network | 185 |
| 10 | Post-9/11 Implications for Bosnia | 217 |
| **Epilogue: Lessons of the 'Afghano-Bosniaks'** | | 229 |
| **Index** | | 235 |