# EXHIBIT 24

The Wayback Machine - https://web.archive.org/web/20021003215707/http://www.georgetown.edu:80/sfs/bsf...

# Bachelor of Science in Foreign Service

Prospective Students          Current Students          Alumni

**Academics**

**Office of the Dean**

**Student Life**



**New Student Orientation
August 24-27, 2002**

**Parents' Weekend
October 18-20, 2002**

Search the BSFS web...  [Go]

▸ Academics ▸▸ Majors & Certificates

Majors
The School of Foreign Service offers seven distinct majors that appeal to
students with a variety of interests. Follow the links below to learn more about
the requirements for each of our majors:

Culture & Politics

International Economics

International History

International Political Economy

International Politics

Regional & Comparative Studies

Science, Technology, & International Affairs

Certificates
SFS students can choose from a number of optional certificate programs.
Follow the links below to learn more about each program and to find out who to
contact for more information:

African Studies

Arab Studies

Asian Studies

Australian & New Zealand Studies

European Studies

International Business Diplomacy

Islam & Muslim-Christian Understanding

Justice & Peace

Latin American Studies

Medieval Studies

Russian & East European Studies

Social & Political Thought

Women's Studies