# EXHIBIT 25

Obtained by Judicial Watch via FOIA (September 3, 2013)



DECLASSIFIED BY NSICG J89J28T90
ON 04-04-2013

~~SECRET~~

## Surveillance Log Cover Sheet

Subject: **Anwar Nasser Aulaqi**  Day & Date: **Tuesday, December 18, 2001**

IT-UBL/Al Qaeda  Shift: **2:00pm-10:00p** Team: ____

Conducted by:

_____  _____  b6
_____  _____  b7C
_____  _____  b7E
_____  _____

☒ Subject Observed  ☐ Assessment Data Obtained  ☐ Unusual Activity
☐ Subject Not Observed  ☐ Photos Attempted  ☐ Video Attempted
☐ Contact Observed  by _____  by _____

Prepared by: IS ____
Analysis / Administrative Data  Approved by: SIS ____

**1:30pm** - Surveillance of Anwar Nasser Aulaqi was instituted in the vicinity of the work place located at 3159 Row Street, Falls Church, Virginia and his residence located at 3331 Kaywood Drive, Falls Church, Virginia. Aulaqi's vehicle, a 1999 White Dodge Caravan bearing Virginia license plate YGM-1238 was believed to be at the work place.   b6 b7C b7A

**1:38pm** - A Known Middle Eastern Female (KMEF), Aulaqi's wife, was observed driving the aforementioned vehicle South on Glen Forest Drive. The KMEF then proceeded to drive East on the Route 7 Service road, and North into the Crossroads Shopping Center. The KMEF then proceeded to park the car and entered a Kinkos Copy Center where she photocopied what appeared to be a plane ticket. The KMEF then placed the photocopy in a business sized envelope. The KMEF then exited the Kinkos Copy Center and went to the Safeway Grocery store in the same shopping center. At 2:15pm the KMEF exited the Safeway Grocery Store and drove the aforementioned vehicle back to the residence located at 3331 Kaywood Drive, Falls Church, Virginia.

File #: 199N-WF-222852 Sub Fisur

**3:30pm** - An Unknown Middle Eastern Male (KMEM) approaches Aulaqi while Aulaqi is in the aforementioned vehicle going thru the First Union Bank Drive Thru located

Derived from: G-3
Declassify on: X-1

Page 1 of 2

~~SECRET~~

AWLAKI-1506

Case 1:03-md-01570-GBD-SN   Document 8345-26   Filed 08/15/23   Page 3 of 3
Case 1:03-md-01570-GBD-SN   Document 3022-13   Filed 02/28/18   Page 16 of 16
Obtained by Judicial Watch via FOIA (September 3, 2013)

SECRET

## Surveillance Log Cover Sheet

Subject: Anwar Nasser Aulaqi  
File #: 199N-WF-222852 Sub Fisur  
Day & Date: Tuesday, December 18, 2001  
Shift: 2:00p-10:00p   Team: ☐   b7E

Analysis / Administrative Data (continued):

at the Culmore Shopping Center. The KMEM and Aulaqi greet, shake hands, and talk for several minutes while Aulaqi is waiting in line at the drive thru. The KMEM had come out of a Vacuum shop in the same strip mall Aulaqi and happened to notice Aulaqi. At this point the KMEM went over and started speaking to Aulaqi. When Aulaqi moves the vehicle, the KMEM walks along side of the aforementioned vehicle and continues to talk. On several occasions the KMEM seemed very animated while talking to Aulaqi. When it was finally Aulaqi's turn to use the drive thru, Aulaqi and the KMEM shook hands and the KMEM departed. The KMEM then entered a older model White Ford Windstar bearing Virginia license plate ☐  The KMEM then proceeded to drive East thru the parking lot, East on Route 7, a u-turn at George Mason Drive, West on Route 7, North into a small business park just West of Forest Drive. The KMEM's vehicle was located parked in front of an office for the World Assembly of Muslim Youth, 5136 Forest Drive, Alexandria, Virginia.   b6 b7C

5:15pm - The KMEM was observed coming out of the World Assembly of Muslim Youth and entered the KMEM's vehicle. The KMEM then proceeded to drive a logical route to the KMEM's residence located at 3100 Manchester Street, Falls Church, Virginia. This residence is the address the KMEM's vehicle comes back as being registered to.

10:00pm - Surveillance discontinued, due to end of shift.

b6  
b7C

Prepared by: IS ☐

Page 2 of 2  
AWLAKI-1507  
SECRET