# EXHIBIT 26

# EXHIBIT 26



# Certificate Program in
# Islam & Muslim-Christian Understanding

We live in a globally interdependent world in which Islam and Muslim-Christian relations are becoming more and more important and prominent. More than half the world's population is Muslim or Christian. Both religious communities share common religious roots and share issues of faith in the modern world, religious pluralism, and tolerance. Relations between Muslims and Christians are an important part of contemporary global affairs and world history and professionals in every field of work can benefit from a better understanding of Muslim-Christian relations.

To assist students interested in focusing a part of their undergraduate education on this significant subject, the Center for Muslim-Christian Understanding offers a **Certificate in Islam and Muslim-Christian Understanding**. The goal of the Certificate program is to provide a way in which students can receive guidance in the study of Islam and Muslim-Christian relations through a defined but flexible academic program. The broader goal for the Center is to promote peaceful and productive Muslim-Christian relations through educating students who will be international leaders of the future.

## The Program

The Certificate Program is similar to many at Georgetown University in its general structure. **Participants are required to take two semesters of basic *foundation courses*, at least three *elective courses* related to the subject, and a final *capstone course*.**

Each participant is expected to develop a program of study in consultation with the director of the program and other faculty in the Center for Muslim-Christian Understanding. People in the program are encouraged to utilize the variety of resources available, including overseas study. There is no formal language requirement. Students are encouraged to study languages that are appropriate to their particular interests in Islamic studies, and will be expected to fulfill the language requirements of either the School of Foreign Service or the College.

**Foundation Courses.** The Program assumes that undergraduates will be taking or will have completed the basic general education program for their degree. As a result, they will already have had a solid introduction to Christian and Western traditions. The Certificate foundation course requirement is to provide a similar introduction to Islam. Students in the Certificate Program are required to take two semester courses that provide a basic foundation for the study of Islam and Muslim-Christian relations. These courses will normally be from the following list of courses offered at Georgetown University (or equivalent courses taken at other institutions). The two courses do not have to be two courses in a two-course sequence.

| | |
|---|---|
| **History 160 and 161** | *Middle East Civilization I & II* |
| **Arabic 371 and 372** | *Introduction to Arabic Culture* |
| **Theology 050** | *Islamic Religious Thought and Practice* |
| **Theology 144** | *Islamic Theological Development* |
| **"The World of Islam"** | Course being developed |



**Elective Courses**. To gain a Certificate, students are required to take at least three elective courses that have been approved by the director of the Certificate Program. These courses should have some common theme or focus of interest. Many regularly offered courses at Georgetown University involve the study of subject matter related to the broad fields of Islam and Muslim-Christian relations. There is no list of elective courses that have been formally approved for the certificate program. Any relevant course may, subject to the approval of the program director, be used to satisfy this requirement. Normally at least two of these courses will be numbered 200 or above.

**The Capstone Course.** As a final part of Certificate Program, students are required to undertake study at an advanced level that involves a research project dealing with the subject of Islam and Muslim-Christian relations. The Center for Muslim-Christian Understanding offers annually at least one course in which this requirement can be filled. With the permission of the Certificate Program director and the instructor, students may undertake such a project in any appropriate course.

In special cases, students may petition to present a major paper dealing with a topic in the area of "Islam and Muslim-Christian relations" rather than taking a specific course. The paper topic must be approved by the Certificate Program Director, and the resulting paper should represent significant research and analysis (at least 20-25 pages in length). The paper may, under special circumstances, be a revised version of work that has been presented as a part of work for a course or project, subject to the approval of the Program Director. The paper must be read and approved by at least two members of the faculty of the Center for Muslim-Christian Understanding to be names by the Program Director.

Possible capstone courses are any courses above the basic survey level taught by members of the faculty of the Center for Muslim-Christian Understanding. In some courses the subject is appropriate but the course has a 100-level or a 200-level number. These courses are often double-numbered to be in accord with the requirements of graduate students who may take the course, as in History 268/568. In such cases students taking the courses as a Certificate Capstone will be expected to undertake work similar to that done by the graduate students in the course.

The following is a list of some of the appropriate courses that are regularly offered by the Center. In addition, there are special and topical courses that are offered from time to time.

| | |
|---|---|
| **INAF 384** | *Study of Islam and Muslim-Christian Relations* |
| **INAF 393** | *Islam and Politics* |
| **INAF 411** | *Contemporary Islamic Activists Intellectuals* |
| **INAF 438** | *Women and Law* |
| **INAF 441** | *Muslim-Christian Relations in World History* |
| **HIST 268/568** | *Islamic Modernism* |
| **HIST 363** | *Muslims in the West* |
| **HIST 463** | *Arab Christians in Modern History* |