# EXHIBIT 27

*SFS* [(https://acmcu.georgetown.edu)](https://acmcu.georgetown.edu)

*Academics (https://acmcu.georgetown.edu/academics/)*

Navigate To...

# Minor in Muslim-Christian Understanding

**Overview**

A minor in Islam & Muslim-Christian Understanding allows undergraduates to obtain an interdisciplinary perspective on Islam and Christianity: Muslim and Christian people's interactions and relations throughout history, religiously, politically, and culturally.

Open to students of the School of Foreign Service, Georgetown College, McDonough School of Business, and Nursing and Health Studies, this is a program for individuals from all religious backgrounds or of none at all. It is appropriate for those with either a background in Islam and Christianity or none at all.

*Individualized Attention*: The ACMCU faculty and staff will provide individualized guidance for the student's choice of courses and capstone research.

*Community*: Students pursuing the minor will be able to participate in ACMCU events and interact with scholars within and outside Georgetown. Students will also have the opportunity to engage or participate in ACMCU projects such as the [The Bridge Initiative (https://bridge.georgetown.edu/)](https://bridge.georgetown.edu/).

SFS [(https://acmcu.georgetown.edu)](https://acmcu.georgetown.edu)

## Required Core Courses

Students must successfully complete the following courses:

### HIST-109: Islamic World

This course provides a foundation for the study of Islamic civilization and is required of all minor candidates. It focuses on the historical development of Muslim communities and their interactions with European and other powers, emphasizing the impact of those interactions on Islam's ideological and political developments. The interaction between religion and politics is a major sub-theme of the course. (ARAB 201, Introduction to Islamic Civilization, may be substituted for this requirement.)

### THEO-147: Christianity and Other Religions

This course provides a foundation for the study of Christian communities in relation to non-Christians historically and is required for all minor candidates. Other courses introducing students to the history of Christian communities' interactions with Muslims may be substituted for this course at the discretion of the ACMCU director. (This course can also count for undergraduates' second Theology requirement. Other courses on Christianity and its relations with other religions may be substituted for this requirement.)

### INAF/HIST/ARAB-3xx/4xx: Capstone Course

Those completing the ACMCU minor must take an advanced level course taught by a member of the ACMCU faculty on a topic related to Islam and Muslim-Christian understanding (such as INAF387 Muslim Women in the West, INAF406 Slavery and Islam, or INAF473 Islam and Muslim-Christian Relations), during their senior year and, in consultation with the course instructor and ACMCU director, designate that course as their capstone. The instructor will guide the student on a research project that will serve as both part of the work for the course and the minor capstone project. The project will be submitted to both the course instructor and the ACMCU director. Seniors will present their research at the annual senior thesis colloquium, where a prize will be given to the most outstanding paper.

## Electives

Students must take a minimum of **three** courses, two of which must be taught by ACMCU faculty. One course in Hindi, Swahili, Arabic, Persian, or Turkish above the introductory level is eligible as an elective. (Other languages may be considered upon petition to the Director.)

All electives must be approved by the program Director and must make a significant contribution to the understanding of Islam and Muslim-Christian Understanding.

*Minor Candidates:  Please note that courses may not be double-counted between a major and a minor. If a course you take can count for either, please clarify with your major's dean and the minor's advisor which requirement the course is fulfilling.*

<u>Advising</u>

Students may contact any ACMCU faculty member or the ACMCU Associate Director for advising on course selection.

**Implementation Year**

The ACMCU Minor will replace the ACMCU Certificate.  Students who have registered for the ACMCU Certificate and complete the requirements will be awarded the Certificate.

*Minor Candidates:  Please note that courses may not be double-counted between a major and a minor. If a course you take can count for either, please clarify with your major's dean and the minor's advisor which requirement the course is fulfilling.*

<u>Application</u>

To apply for the ACMCU Minor, please fill out the following <u>FORM (https://forms.gle/HeGUDQHs5NVf1z3N7)</u>

Should you have any questions, please contact ACMCU Assistant Director of Events and Programs **Chirin Dirani** at <u>Chirin.Dirani@georgetown.edu (mailto:Chirin.Dirani@georgetown.edu)</u>



SFS (/)

# SFS

(https://www.facebook.com/acmcu) (https://twitter.com/acmcugeorgetown/) (https://acmcu.georgetown.edu)

(https://sfs.georgetown.edu)

(https://www.georgetown.edu/)

Contact (https://acmcu.georgetown.edu/contact/)

Careers (/careers/)

Maps (http://maps.georgetown.edu/)

ICC 260 · 37th and O St NW

Washington, DC 20057

P. +1 (202) 687-8375 (12026878375)

F. +1 (202) 687.8376

Accessibility (https://accessibility.georgetown.edu/)

Copyright Information (https://www.georgetown.edu/copyright-information)

Privacy Policy (https://www.georgetown.edu/privacy-policy)

Notice of Non-Discrimination (https://ideaa.georgetown.edu/notice-of-non-discrimination/)

© 2023 Walsh School of Foreign Service