# EXHIBIT 28

## Subject: IANA West Coast Conference 2000



Support MSANEWS, a project of learning and enlightenment
"A Mind is a Terrible Thing to Waste"

[ see footer for contact and other pertinent information ]

```
Source: Direct Submission
Organization: CAIR - S. CA
Email: <cair@nayzak.com>
Date: Fri, 19 May 2000 12:17:02 -0700
Title: IANA WEST COAST CONFERENCE 2000
```

TEXT:

```
===============================================================
   L O C A L     P U B L I C     A N N O U N C E M E N T
===============================================================
The views expressed in the following announcement(s)
are for your information only, and do not necessarily
reflect the views of CAIR or its staff.
===============================================================
===============================================================
```

Assalamu'alaikum,

Islamic Assembly of North America
815 N. La Brea Av. #235
Inglewood, CA 90302
Contact: Shafeeq A. Qaasim (shafeeq@lasb.org)
(310) 770 4638
(213) 205-5785 (pager)

For Immediate Release


IANA WEST COAST CONFERENCE 2000

Los Angeles, CA-The Islamic Association of North America (IANA) is having a series of Educational Meetings leading up to the IANA West coast Conference to be held in September 2-4, 2000. We feel it is the highest honor to do the work of Allah. Allah says, "And who is better in speech than he who invites to [belief in and obedience to] Allah, and does righteous deeds, and says, 'I am one of the Muslims'" (Qur'an 41:33). IANA is headquartered in Ann Arbor Michigan. It is a non-profit organization that began in 1993. It is one of the organizations of Ahl al-Sunnah wa al-Jama'ah. Its goal, by the will and support of Allah, is to gather together all of their energies and potential resources, dawah wise, human and financial, to revive and meet the needs of Muslims. It uses a number of means and methods including conventions, general meetings, institutions, books in Arabic and English, magazines and other literature and projects.

All Confirmed Dates:

1. Friday only, June 2, 2000 at Riverside Mosque at 1038 W. Linden St., in Riverside, CA (909) 864-5466
   a. Sheikh Muhammad Abdul-Maqsoud Afifi
   b. "The Muslim Identity and how to Preserve it in the Western Society"

2. Saturday only, June 3, 2000 at the Hawthorne Islamic Center at 12209 Hawthorne Way in Hawthorne, CA (310) 978-4036
   a. Sheikh Muhammad Abdul-Maqsoud Afifi
   b. "The Muslim Identity and how to Preserve it in the Western Society"

3. Friday and Saturday, July 21-22, 2000 at King Fahd Mosque at 11004 Washington Blvd. in Culver City, CA (310) 204-1250
   a. Sheikh Jaafar Sheikh Idris and Sheikh Shabir Ali
   b. "Dawah to non-Muslims"

4. Friday and Saturday, August 4-5, 2000 at Masjid Ar-Ribat in San Diego at 7173 Saranac Ave. (619) 589-6200
   a. Sheikh Muhammad Adly, Ali Al Timimi, and Dr. Rafil Dhafir
   b. "Muslim Family in North America and the Challenges of Society"

Beginning in July our Educational Meeting format will be for two days as follows:
   1. Educational Meeting starts on Friday during Jum'ah Khutbah and Prayer. It will last for 2-3 hours in a workshop format.
   2. After each prayer the sessions will continue (i.e. Zuhr, Asr, Mahgrib, Isha)
   3. The meeting will last for two days (Friday and Saturday), insha-Allah.

The IANA Conference will begin Saturday September 2-4, 2000 near LAX (exact location forthcoming), insha-Allah.

If there are any questions about bazaar or advertising in program or you would like to volunteer or make donations call Shafeeq Qaasim at (310) 770-4638 or e-mail at shafeeq@lasb.org.

--

COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR)
Southern California
2115 W. Crescent Ave., Suite 260
Anaheim, CA 92801
Tel: (714) 776-1847
Fax: (714) 776-8340
E-mail: cair@nayzak.com
URL: http://www.cair-net.org

To subscribe/unsubscribe to CAIR Southern California's e-mail list, send an e-mail to cair@nayzak.com



Views expressed on MSANEWS do not necessarily represent those of the MSANEWS editors, the Ohio State University or any of our associated staff and "watchers". Further distribution of material featured on this list may be restricted. In all cases, please obtain the necessary permission of the authors or rightful owners before forwarding any material to or from this list. This service is meant for the exchange of analyses and news, for both academic and activist usage. We depend on your input. However, this is not a discussion list. Thank you.

To subscribe, send e-mail to: <listserver@lists.acs.ohio-state.edu> with the message body "subscribe MSANEWS Firstname Lastname".
To unsubscribe, send e-mail to the above address, with the message body "unsubscribe MSANEWS".

MSANEWS Home Page:         <http://msanews.mynet.net/>
Comments to the Editors:   <msanews-ed@msanews.mynet.net>
Submissions for MSANEWS:   <msanews@msanews.mynet.net>
Problems with subscription: <msaosu@postbox.acs.ohio-state.edu>