# EXHIBIT 29

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                        - - -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                              - - -
 8                       JULY 22, 2021
                    THIS TRANSCRIPT CONTAINS
 9                   CONFIDENTIAL MATERIAL
                              - - -
10
11
12              Remote Videotaped
13   Deposition, taken via Zoom, of JONATHAN
14   MARKS, commencing at 9:00 a.m., on the
15   above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                        - - -
21         GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22               deps@golkow.com
23
24
```

```
 1   in that case was an entirely theoretical
 2   possibility, correct?
 3              MR. GOETZ:  Same objection.
 4              THE WITNESS:  Like all
 5        investigations, Mr. Carter,
 6        there's a lot of theory involved
 7        and speculation.
 8   BY MR. CARTER:
 9        Q.   Well, I'm just trying to
10   assess whether or not you've ever
11   actually been involved, in a professional
12   capacity, in any investigation that
13   actually involved terrorist financing.
14              Have you been?
15        A.   I have never been involved
16   in an investigation that has led to
17   anything related to terrorist financing,
18   no, that's correct.
19        Q.   And have you ever worked on
20   any matter involving the possible funding
21   of al-Qaeda in particular, before this
22   litigation?
23        A.   Not to my knowledge.
24        Q.   And have you ever worked in
```