# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                          September 20, 2023

j The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN);
               *Gladys Lopez, et al. v. Islamic Republic of Iran*, No. 1:23-cv-08305

Dear Judge Netburn:

      Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced case filed September 20, 2023 be made part of the MDL.

      Per Your Honor's practices in this MDL, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement. Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

      We thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              */s/ Jerry Goldman*
                                              Jerry S. Goldman, Esq.

                                              *Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
                    All MDL Counsels of Record