# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*  September 20, 2023

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD)(SN)

Dear Judge Netburn:

We write to inform the Court that a subset of the *O'Neill* Plaintiffs on the pending motion for partial final damages judgments against the Taliban at ECF No. 8528 (submitted on September 16, 2022) had final damages judgments awarded against the Iran on April 3, 2023 (ECF No. 8978). For the Court's convenience, we have attached that Order, which lists those plaintiffs' claims, as Exhibit A to this letter. We hope this assists the Court in its review of the pending motion for partial final damages judgments against the Taliban at ECF No. 8528.

Please let us know if the Court requires any additional information.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
All MDL Counsels of Record

Enclosure