**MANDATE**

S.D.N.Y.-N.Y.C.
02-cv-6977
03-md-1570
Daniels, J.
Netburn, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-three.

Present:
    Richard J. Sullivan,
    Steven J. Menashi,
    Sarah A. L. Merriam,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/20/2023

---

In re Lisa O'Brien, Patricia Ryan,                         23-821

            *Petitioners*.

---

Petitioners seek a writ of mandamus directing the district court to vacate certain default judgments and dismiss certain complaints. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioners have not demonstrated that they are entitled to mandamus relief. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/20/2023