```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:
                                                              03-MD-01570 (GBD)(SN)
    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                        ORDER


------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Gaston, et al. v. The Islamic Republic of Iran</u>, No. 18-cv-12337

    Plaintiffs in <u>Gaston, et al. v. The Islamic Republic of Iran</u>, No. 18-cv-12337 ("<u>Gaston</u>"), filed this amended motion for default judgment against Iran after the Court raised issues with their prior motion. <u>See</u> ECF Nos. 8830 (prior motion, denied at ECF No. 9205), 9199 (current motion).[1] Like its predecessor, this motion cannot be adjudicated because no Clerk's certificate of default has been issued. <u>See</u> ECF No. 9174 (raising identical issue with the <u>Gaston</u> Plaintiffs' motion at ECF No. 8830); Loc. Civ. R. 55.2 (permitting parties to seek default judgments after a Clerk's certificate of default is issued); Elec. Case Filing R. & Instructions 16.1 ("A Clerk's Certificate of Default is required before seeking a default judgment.").

    The <u>Gaston</u> Plaintiffs' motion is therefore denied; they may re-file once the Clerk of Court has issued a certificate of default as to Iran in <u>Gaston</u>, No. 18-cv-12337. Counsel is directed to review Local Civil Rules 55.1 and 55.2 and Section 16 of the District's Electronic Case Filing Rules.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

The Clerk of Court is respectfully directed to terminate the open motions in No. 03-md-01570 at ECF No. 9199, and <u>Gaston</u>, No. 18-cv-12337 at ECF No. 82.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 21, 2023
           New York, New York

2