UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

*This document relates to:*

*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03 Civ. 6978
*Continental Casualty Co., et al. v. Al Qaeda, et al.,* Case No. 04 Civ. 5970

## NOTICE OF CONDITIONAL CROSS-APPEAL

NOTICE is hereby given that, in the event the United States Court of Appeals for the Second Circuit finds that it possesses jurisdiction as to the Republic of Sudan's interlocutory appeal (ECF No. 9336) from the August 10, 2023 Memorandum Decision and Order of the United States District Court for the Southern District of New York, (ECF No. 9278), granting in part and denying in part the Republic of Sudan's Motion to Dismiss ("the August 10, 2023 Memorandum Decision and Order"), Plaintiffs in the above-captioned actions hereby cross-appeal to the United States Court of Appeals for the Second Circuit from the August 10, 2023 Memorandum Decision and Order.

This is a conditional cross-appeal, filed solely to preserve Plaintiffs' appellate rights in light of the Republic of Sudan's Notice of Appeal. Plaintiffs submit that the Second Circuit lacks jurisdiction over the Republic of Sudan's interlocutory appeal. *See* 28 U.S.C §1605A(f) ("[i]n an action brought under this section, appeals from orders not conclusively ending the litigation may only be taken pursuant to section 1292(b) of this title"). If the Second Circuit nevertheless concludes that it does have appellate jurisdiction, then Plaintiffs intend to cross-appeal from limited rulings in the August 10, 2023 Memorandum Decision and Order.

Dated:  September 21, 2023

Respectfully submitted,

COZEN O'CONNOR

*/s/ Sean P. Carter*
Sean P. Carter, Esq.
Stephen A. Cozen, Esq.
J. Scott Tarbutton, Esq.
One Liberty Place
1650 Market Street, 28th Floor
Philadelphia, PA  19103
scarter1@cozen.com
(215) 665-2105 Phone
(215) 665-2013 Fax

*Attorneys for Federal Insurance Company Plaintiffs/Appellees*


FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP

*/s/ Edward M. Pinter*
Wall Street Plaza
New York, NY  10005
empinter@fmew.com
(212) 269-4900 Phone
(212) 344-4294 Fax

*Attorney for Continental Casualty Plaintiffs/Appellees*

2

## CERTIFICATE OF SERVICE

     I, Coleen Dougherty Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Conditional Cross-Appeal was served on all counsel of record via the Court's Electronic Case Filing ("ECF") system on this 21st day of September, 2023.

                                               By: */s/ Coleen D. Williams*
                                                       Coleen Dougherty Williams, Paralegal
                                                       Cozen O'Connor
                                                       One Liberty Place
                                                       1650 Market Street, 28th Floor
                                                       Philadelphia, PA 19103

LEGAL\65999992\1