## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 21, 2023

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees ("PECs") write pursuant to the Court's direction in the Court's September 21, 2022 Order & Opinion (ECF No. 8544), directing the PECs to "submit a letter to the Court certifying that they have checked with plaintiffs' counsel and confirmed that Fawcett has not worked on this case for any party in the preceding year."

The PECs have sent an inquiry to counsel for each of the plaintiffs in the MDL proceedings inquiring whether any counsel has any reason to believe that Mr. Fawcett worked on any case in this MDL in the preceding year. In response, we received only negative responses, indicating that no one had any information that Mr. Fawcett has engaged in any such work. In particular, representatives of Kreindler & Kreindler affirmatively advised that he has not done so. Finally, we have no information to suggest that Mr. Fawcett has engaged in any such work.

Accordingly, the PECs write now to certify that we have checked with plaintiffs' counsel and confirm, based on that information, that Mr. Fawcett has not worked on this case for any party in the preceding year.

Respectfully submitted,

MOTLEY RICE LLC                              COZEN O'CONNOR

By: /s/ *Robert T. Haefele*                  By: /s/ *Sean P. Carter*
ROBERT T. HAEFELE                            SEAN P. CARTER
JODI WESTBROOK FLOWERS                       STEPHEN A. COZEN
DONALD A. MIGLIORI                           J. SCOTT TARBUTTON
MOTLEY RICE LLC                              COZEN O'CONNOR
28 Bridgeside Boulevard                      One Liberty Place

The Honorable Sarah Netburn
September 21, 2023
Page 2

---

Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims*

1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims*

cc: The Honorable George B. Daniels, via ECF
All Counsel of Record via ECF