UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

*This document relates to:*

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-01922
*Estate of John P. O'Neill, Sr., et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977
*Aronow, et al. v. Republic of Sudan*, No. 20-cv-07733
*Betru, et al. v. The Republic of Sudan*, No. 20-cv-10615
*Parker, et al. v. The Republic of the Sudan*, No. 20-cv-10657
*Nolan, et al. v. The Republic of the Sudan*, No. 20-cv-10720
*Jessica DeRubbio, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05306
*Horace Morris, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05321
*August Bernaerts, et al. v. Islamic Republic of Iran, et al.*, No. 19-cv-11865
*Justin Strauss, et al. v. Islamic Republic of Iran, et al.*, No. 22-cv-10823
*Celestine Kone, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-05790
*Danielle Kelly, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-07283
*Gladys Lopez, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-08305
*Clarke, et al. v. The Republic of the Sudan*, No. 23-cv-07736
*Adler, et al. v. Republic of Sudan*, No. 23-cv-07164
*DiNardo, et al. v. Republic of the Sudan*, No. 23-cv-07328
*Perry, et al. v. Republic of the Sudan*, No. 23-cv-07391
*Estate of Daniel L. Maher, et al. v. Republic of the Sudan*, No. 23-cv-02846

**NOTICE OF CONDITIONAL CROSS-APPEAL**

NOTICE is hereby given that, in the event the United States Court of Appeals for the Second Circuit finds that it possesses jurisdiction as to the Republic of Sudan's interlocutory appeal (ECF No. 9336) from the August 10, 2023 Memorandum Decision and Order of the United States District Court for the Southern District of New York, (ECF No. 9278), granting in part and denying in part the Republic of Sudan's Motion to Dismiss ("the August 10, 2023 Memorandum Decision and Order"), Plaintiffs in the above-captioned actions hereby cross-

appeal to the United States Court of Appeals for the Second Circuit from the August 10, 2023 Memorandum Decision and Order.

This is a conditional cross-appeal, filed solely to preserve Plaintiffs' appellate rights in light of the Republic of Sudan's Notice of Appeal. Plaintiffs submit that the Second Circuit lacks jurisdiction over the Republic of Sudan's interlocutory appeal. *See* 28 U.S.C §1605A(f) ("[i]n an action brought under this section, appeals from orders not conclusively ending the litigation may only be taken pursuant to section 1292(b) of this title"). If the Second Circuit nevertheless concludes that it does have appellate jurisdiction, then Plaintiffs intend to cross-appeal from limited rulings in the August 10, 2023 Memorandum Decision and Order.

Respectfully submitted,

**MOTLEY RICE LLC**

/s/ Robert T. Haefele
Robert T. Haefele, Esq.
John M. Eubanks, Esq.
Jodi Westbrook Flowers, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
rhaefele@motleyrice.com
jeubanks@motleyrice.com
jflowers@motleyrice.com
Tel.: (843) 216-9184
Fax: (843) 216-9450

*Attorneys for Burnett Plaintiffs/Appellees*

**ANDERSON KILL P.C.**

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
Alexander Greene, Esq.
1251 Avenue of the Americas
New York, NY 10020
jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com

Tel.: (212) 278-1000

*Attorneys for O'Neill, DeRubbio, Morris, Bernaerts, Strauss, Kone, Kelly, and Lopez Plaintiffs/Appellees*

**KREINDLER & KREINDLER LLP**

/s/ Steven R. Pounian
Steven R. Pounian, Esq.
Andrew J. Maloney, Esq.
James Gavin Simpson, Esq.
485 Lexington Ave
New York, NY 10017
spounian@kreindler.com
amaloney@kreindler.com
gsimpson@kreindler.com
Tel.: (212) 973-3438
Fax: (212) 972-9432

*Attorneys for Ashton, Betru, and Clarke Plaintiffs/Appellees*

**BAUMEISTER & SAMUELS, P.C**.

/s/ Dorothea M. Capone
Dorothea M. Capone, Esq.
Michel F. Baumeister, Esq.
140 Broadway, 46th Floor
New York, New York 10005
TCapone@baumeisterlaw.com
mbaumeister@baumeisterlaw.com
Tel.: (212) 363-1200
Fax: (212) 363-1346

*Attorneys for Parker Plaintiffs/Appellees*

**SPEISER KRAUSE, PC**

/s/ Jeanne M. O'Grady
Jeanne M. O'Grady, Esq.
Frank H. Granito, Esq.
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
jog@speiserkrause.com
f3g@speiserkrause.com
Tel.: (914) 220-5333

Fax: (914) 220-5334

*Attorneys for Nolan Plaintiffs/Appellees*

**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB LLC**

/s/ Dennis Pantazis
Dennis Pantazis, Esq.
The Kress Building
301 19th Street North
Birmingham, AL 35203
dgp@ wigginschilds.com
Tel. (205) 314-0500

*Attorneys for Adler, DiNardo, Perry, and Maher Plaintiffs/Appellees*

**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**

/s/ Timothy B. Fleming
Timothy B. Fleming, Esq.
2202 18th Street, NW, #110
Washington, DC 20009-1813
tfleming@wigginschilds.com
Tel. (202) 467-4489

*Attorneys for Adler, DiNardo, Perry, and Maher Plaintiffs/Appellees*

**HEIDEMAN NUDELMAN & KALIK, PC**

/s/ Noel J. Nudelman
Noel J. Nudelman, Esq.
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015
njnudelman@hnklaw.com
Tel. (202) 463-8019
Fax (202) 463-2999

*Attorneys for Aronow Plaintiffs/Appellees*

Dated:  September 21, 2023

## **CERTIFICATE OF SERVICE**

I, Robert T. Haefele, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Conditional Cross-Appeal was served on all counsel of record via the Court's Electronic Case Filing System on this 21st day of September, 2023.

By: */s/ Robert T. Haefele*
Robert T. Haefele, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
rhaefele@motleyrice.com
Tel.: (843) 216-9184
Fax: (843) 216-9450