UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MD 1570 (GBD) (SN) |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN)))

## PARTIAL FINAL DEFAULT JUDGMENT FOR *ANAYA/IRAN V* PLAINTIFFS IDENTIFIED IN EXHIBIT A

Upon consideration of the evidence and arguments submitted by *Anaya/Iran* Plaintiffs identified in **Exhibit A** to this Order, who each represent the estate of an individual who was killed in the terrorist attacks on September 11, 2001, and the judgment on default as to liability entered against the Islamic Republic of Iran on January 10, 2022 in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN) (ECF No. 97) and in the above-captioned Multidistrict Litigation (ECF No. 7580), together with the entire record in this case, it is hereby;

**ORDERED** that service of process in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN) was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto, who each represent the estate of an individual who was killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

1

2

**ORDERED** that *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto are awarded economic damages as set forth in **Exhibit A** hereto and as supported by the expert reports and analyses tendered in conjunction with the Declaration of Joseph Peter Drennan executed on March 2, 2023 (MDL ECF No. 8891; *Anaya* ECF No. 140); and it is

**ORDERED** that *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto are each awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from January 1, 2023 until the date of this judgment for plaintiffs Donna M. Hall, Judith King, and Rosalie A. Marti; and running from March 1, 2023 until the date of this judgment for plaintiffs Joseph Dimartino, Lucille Dionisio, Peter A. Dionisio, and Barbara M. Duffy; and it is

**ORDERED** that *Anaya/Iran* Plaintiffs identified in **Exhibit A** hereto may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that other *Anaya/Iran* Plaintiffs may submit in later stages applications for damages awards.

Furthermore, the Clerk of Court is directed to close the motion at ECF No. 8889 in 03-md-1570 (GBD) (SN) and ECF No. 139 in 18-cv-12341 (GBD) (SN).

Dated: New York, New York
October 5, 2023

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| Plaintiff Personal Representative's Name (Last, First Middle) | 9/11 Decedent's Name (Last, First Middle) | 9/11 Decedent's Citizenship on September 11, 2001 | Economic Damage Amount |
|---|---|---|---|
| Dimartino, Joseph | Dimartino, Debra Ann | United States | $5,315,257 |
| Dionisio, Peter A. and Dionisio, Lucille | Dionisio, Anthony, Jr. | United States | $3,072,727 |
| Duffy, Barbara M. | Duffy, Michael Joseph | United States | $3,710,954 |
| Hall, Donna M. | Hall, Richard Bradway | United States | $3,538,031 |
| King, Judith | King, Andrew Marshall | United States | $9,925,953 |
| Marti, Rosalie A. | Marti, Michael A. | United States | $1,496,372 |
| **TOTAL ECONOMIC DAMAGES** | | | **$27,059,294** |