UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03-MDL-1570 (GBD) (SN)

This document relates to:

*Federal Insurance Co. v. Al Qaida*, No. 1:03-cv-6978
*Ashton v. Al Qaeda*, No. 1:02-cv-6977
*Salvo v. Al Qaeda*, No. 1:03-cv-5071
*Barrera v. Al Qaeda*, No. 1:03-cv-7036
*Continental Casualty Co. v. Al Qaeda*, No. 1:04-cv-5970
*Estate of Maher v. Al Rajhi Bank*, No. 1:23-cv-2845
Any other case naming Dallah Avco as a defendant

### DEFENDANT DALLAH AVCO TRANS ARABIA COMPANY'S RENEWED MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 56, defendant Dallah Avco Trans Arabia Company (now known as Dallah Trans Arabia Company) hereby moves to dismiss all claims against it for lack of personal jurisdiction or, in the alternative, for summary judgment. The grounds for the motion are set forth in the accompanying memorandum of law, Rule 56.1 statement of material facts, and Declaration of Eric R. Nitz and exhibits thereto.

Dated:   October 6, 2023                          Respectfully submitted,
             New York, New York


                                                    /s/ Robert K. Kry
                                                  Robert K. Kry
                                                  Eric R. Nitz (*pro hac vice*)
                                                  MOLO LAMKEN LLP
                                                  600 New Hampshire Ave., Suite 500
                                                  Washington, D.C.  20037
                                                  (202) 556-2000
                                                  rkry@mololamken.com

                                                  *Attorneys for Defendant*
                                                  *Dallah Avco Trans Arabia Co.*