

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

October 6, 2023

The Hon. George B. Daniels
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

BY ECF

      Re:   *In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570

Dear Judge Daniels,

      We represent Defendant Dallah Avco Trans Arabia Co. in the above-captioned MDL. Earlier today, Dallah Avco filed its renewed motion to dismiss or, in the alternative, for summary judgment. Pursuant to this Court's Individual Rules of Practice, we respectfully request oral argument on the motion. The evidentiary record in support of the motion is extensive, and oral argument will provide the Court with an opportunity to raise any questions it may have.

      We thank the Court for its time and attention in connection with this matter.

                                                      Respectfully submitted,

                                                      Robert Kry

cc:  all counsel by ECF