

October 6, 2023

BY ECF
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
*Accurso, et al. v. Kingdom of Saudi Arabia*, 23-cv-8585

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's July 10, 2018 Amended Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 4045), we submit this letter on behalf of plaintiffs in *Accurso, et al. v. Kingdom of Saudi Arabia*, 23-cv-8585. Those plaintiffs have filed a Short Form Complaint against the Kingdom of Saudi Arabia ("KSA"). While we intended to write to request that the action be made part of this multi-district litigation (03 MDL 1570) and filed a Related Case Statement explaining why the newly filed case is related to 03 MDL 1570 at the time of filing the Short Form Complaint, it appears that the Court has already accepted it as related to the MDL. Nevertheless, we submit this letter to comply with ECF Doc. 4045.

Respectfully submitted,

/s/ Megan W. Benett
KREINDLER & KREINDLER LLP
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: mbenett@kreindler.com

New York        Boston        Los Angeles