UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

### NOTICE OF KINGDOM OF SAUDI ARABIA'S RENEWED MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rules 7(b) and 12(b)(1) and (2) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Kingdom of Saudi Arabia hereby appears for the purpose of moving the Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order dismissing all of the claims asserted against the Kingdom of Saudi Arabia for want of subject-matter and personal jurisdiction. A Memorandum of Law in support of this Motion is filed herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to a scheduling order issued by the Honorable George B. Daniels (ECF No. 8896), as modified by the Honorable Sarah Netburn (ECF No. 9026), any opposing papers shall be filed electronically no later than December 8, 2023.

Date:  October 6, 2023                              Respectfully submitted,

                                                    /s/ *Michael K. Kellogg*
                                                    Michael K. Kellogg
                                                    Mark C. Hansen
                                                    Gregory G. Rapawy
                                                    Andrew C. Shen
                                                    Christopher M. Young
                                                    KELLOGG, HANSEN, TODD, FIGEL
                                                       & FREDERICK, P.L.L.C.
                                                    1615 M Street, N.W., Suite 400
                                                    Washington, D.C. 20036
                                                    (202) 326-7900
                                                    (202) 326-7999 (fax)

                                                    *Attorneys for the Kingdom of Saudi Arabia*

## CERTIFICATE OF SERVICE

     I hereby certify that, on October 6, 2023, I caused a copy of the foregoing document to be served electronically pursuant to the Court's ECF system.

                    /s/ *Michael K. Kellogg*
                    Michael K. Kellogg

                    *Attorney for the Kingdom of Saudi Arabia*