```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court recently shared draft materials for use in connection with default judgment motions and asked counsel to "file any comments, suggestions, or questions by October 6." ECF No. 9355.[1] No responses were filed. Before finalizing the materials, the Court requests that the Plaintiffs' Executive Committees file a letter by October 16, 2023, indicating whether they have any comments or suggestions on the proposed materials.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 11, 2023
              New York, New York

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.