UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

## SECOND DECLARATION OF AISHA BEMBRY

I, Aisha Bembry, declare and say that the following statements are true as a matter of my personal knowledge:

1. I am a partner at the law firm of Lewis Baach Kaufmann Middlemiss PLLC and a member in good standing of the District of Columbia Bar and the Maryland Bar. I have been admitted *pro hac vice* as counsel for defendants Muslim World League and the International Islamic Relief Organization. I make this second declaration in support of the Reply Memorandum of Law in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Evan Kohlmann and Matthew Levitt, filed on October 16, 2023.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 44 | Excerpts from the Deposition Transcript of Evan Kohlmann (deposition taken August 5-6, 2021) |
| Exhibit 45 | WAMY camp handbook |
| Exhibit 46 | Expert Report of Khalid Yahya Blankinship |
| Exhibit 47 | Exhibit 47 – Response to Plaintiffs' Exhibit 30 (ECF No. 9345-31) |

Dated: October 16, 2023            /s/ Aisha Bembry

                                   Aisha Bembry