EXHIBIT 44

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 03-MDL-1570 (GBD) (SN)

5  ------------------------------------x.

6  IN RE: TERRORIST ATTACKS ON

7  SEPTEMBER 11, 2001

8  ------------------------------------x

9                 August 5, 2021

10                 9:09 a.m.

11

12                 Videotaped Deposition via Zoom
   of EVAN KOHLMANN, pursuant to Notice,

13  before Jineen Pavesi, a Registered

14  Professional Reporter, Registered Merit

15  Reporter, Certified Realtime Reporter and

16  Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

Page 93

1                   KOHLMANN

2     in fact it was produced in Oxford and not

3     London, I would concede that point, it is

4     very possible, I didn't manually print the

5     book, so it is possible.

6         Q.      It actually says in the book

7     "printed in the United Kingdom by Berg

8     Limited Queensland"; Queensland is not

9     London, it is outside Oxford, but let's

10    move on.

11        A.      Okay.

12        Q.      I know this has been a subject

13    and I am just trying to figure out what

14    the deal is.

15                Now, Berg is not a university

16    press, is it?

17        A.      It is not affiliated with a

18    university, but it publishes academic

19    books for university, so it depends what

20    you mean by university press.

21                If you're saying is it directly

22    affiliated with university, no, it is not,

23    it is a private press.

24        Q.      You know what a university

25    press is, don't you?

```
                                            Page 94
 1                    KOHLMANN
 2       A.        Well, it would be attached to
 3   university.
 4       Q.        Right.
 5       A.        Like the University of
 6   Pennsylvania Press.
 7       Q.        That's right, and Berg is not?
 8       A.        No, it is not affiliated with a
 9   university, no, it is not.
10       Q.        In a different case, in the
11   Muntasser case you were questioned about
12   whether it was self-published and you said
13   "I'll produce the contract."
14                 Did you produce that contract
15   in the Muntasser case?
16       A.        I have no idea; I have a copy
17   if you guys want, but it was not a
18   self-published book.
19       Q.        Well, we want it and we have
20   asked for it and your lawyers have
21   declined to provide it, I don't know why.
22                 MR. LEWIS:  But we will repeat
23   the request, we think it is a proper
24   request.
25       A.        Again, to be very clear, there
```

```
 1                    KOHLMANN
 2        Q.        And he was invited to speak,
 3   this is on page 5, he was invited to speak
 4   at the U.S. Capitol after the terrorist
 5   attacks of September 11?
 6        A.        I believe -- I believe so.  I
 7   don't recall exactly, but that sounds about
 8   right.  That sounds about right.
 9        Q.        And on page 7, he was, in
10   February of 2002, he was invited to speak
11   at the Pentagon.  Were you aware of that?
12        A.        I believe so.  I believe I
13   recall that.  Obviously it says it here in
14   the article, but I believe that that's
15   true, yes.
16        Q.        Do you, and you don't -- do you
17   have any publicly disseminated writing by
18   al-Awlaki in the United States prior to his
19   departure in 2002 where he advocated
20   support of Al-Qaida, supporting terrorism,
21   supporting any act of violence against the
22   United States?
23                  MR. HAEFELE:  Objection to
24   form.
25        A.        I'm going to have to dig into
```

Page 627

1        KOHLMANN
2   that.  I would have to look at his blog.
3   He had an online blog for a long time and I
4   have to check what the dates are on the
5   blog.  I'm not sure what the dates are on
6   the blog offhand.  He used to post crazy
7   stuff on that blog.  So I would really have
8   to just check what the dates were on it.
9        Q.    Would it be fair to say in your
10  report you don't cite any public statement
11  by al-Awlaki, whether that be publicly
12  available information by al-Awlaki in the
13  United States by him prior to his departure
14  from the U.S., including any video lectures
15  or anything like that, that contains any
16  statements supporting terrorism, supporting
17  Al-Qaida, supporting any attacks against
18  the U.S., that's not cited in your report?
19       A.    Just to be clear, it would be
20  audio recordings, because back then he
21  wasn't doing video, he was doing almost
22  exclusively audio recordings, and his blog,
23  right?  But I didn't cite it in my report.
24  I would have to check and see.  I didn't --
25  it wasn't germane to what I was saying

Page 628

1               KOHLMANN

2   here.

3           But if the question is whether

4   or not he made radical statements before he

5   left, I can -- I can certainly look that

6   up.  But I have to check the dates on the

7   blog because I don't know what the dates

8   are offhand. I know he posted lectures

9   about jihad on the blog in English for, you

10  know, a Muslim audience.  But I don't -- I

11  don't know what the dates are offhand.  I

12  would have to check into it.

13          MR. GOETZ:  Everyone okay if we

14  take five minutes?  And then we can take

15  lunch around 1 if that works for everybody,

16  as we did yesterday.

17          MR. HAEFELE:  Let's take a

18  break.  That sounds fine, but we will let

19  you know at the break.

20          THE VIDEOGRAPHER:  Thank you.

21  Without objection, we are going off the

22  record at 11:52.

23          (Recess taken.)

24          THE VIDEOGRAPHER:  The time is

25  approximately 12:05.  We are back on the

```
 1              KOHLMANN
 2  pulled up, please.  And if we can scroll
 3  down to the English, please.
 4              MR. HAEFELE:  Just for the
 5  record, it is Exhibit 916?
 6              MR. GOETZ:  Yup, I was just
 7  going to say, thank you, Robert, this has
 8  previously been marked as Exhibit 916.  I
 9  will represent it is a letter from
10  Dr. Juhani to Prince Salman dated May 11 of
11  1993.
12      Q.     Have you seen this document
13  before?
14      A.     No, I have not seen this
15  document before.
16      Q.     Looking at the highlighted
17  portions, I will represent to you it
18  indicates that there have been some
19  developments with the Benevolent Committee,
20  including that the former executive
21  director, Sheikh Adel Batterjee, well, he
22  is referred to as the former, Adel
23  Batterjee, former director, do you see
24  that?
25      A.     Yeah, but doesn't this -- this
```