EXHIBIT 45



# ISLAMIC CAMPS
*Objectives, Program Outlines, Preparatory Steps*

£2.00

**World Assembly of Muslim Youth (WAMY)**
Riyadh, Saudi Arabia



We, have sown Justice in the world
    So reap & spread amongst the people «Allahu Akbar»
        Ask if you still don't know who
        Muslims! Muslims! Muslims!

Ask History what it knows of us :
    who protected the rights of the oppressed which were lost?
And who built for science loftier castles?
    And who established together religion and worldly life?
        So ask it .. And it will reply: The Muslims
        Muslims! Muslims! Muslims!

We, with Imaan have enlivened hearts
    And with Islaam have liberated nations
We with Qur'aan have corrected defects
    And have spread out northwards and south-
wards
        Spreading light and wiping out disgrace
        Muslims! Muslims! Muslims!

We with Qur'aan have lit up life
    And with tauheed have raised up foreheads
We with sharpened swords have straightened tyrants
    And are callers to Truth and guardians of it
        That is our history, O You Questioners
        Muslims! Muslims! Muslims!

O my brother in India or Morocco
    I am from you and you are from me; you are with me
Don't ask about my race or lineage
    Really it is Al-Islaam — it alone is my mother and my father
        A brotherhood are we and by it we are joined
        Muslims! Muslims! Muslims!

O Muslim brother in every place
    Come let us free the chains for the time has come

Climb the hill and call out the Azaan
    Raise the Qur'aan as the constitution of our time
        And fill the horizons with: We are Muslims
        Muslims! Muslims! Muslims!

Come let's repeat the era of the Rightly-guided
    Come let's reach the grandeur of our conquering forefathers
People are complaining of life without a deen
    So let us restore it as a mercy to all
        And don't say...How? For we are Muslims
        Muslims! Muslims! Muslims!

### 6 - 9 - 3 Youth of the True (Religion)

Youth of the True Deen are the guided youth
    Come! Come to a final decision : —
The Prophet has called out and so has the Qur'an
    So blessed is the servant who responds when he is called
        To Allah we supplicate and to Him is the Return

To Allah Alone the Lord of creation
    To the Deen after which there's none
To the Chosen (Prophet) whose era we contemplate
    To the Truth whose love we ask for
        To the Most Holy and Sacred we ask for repen-
        tance

Here is Madinah and here is Makkah
    Here is the Deen that cares and here is honor
Here is purity, eminence and virtuosity
Here is strength, resoluteness and invincibility
        So where, where else do we need to go ?!

Bring back the glory to its lions
    And restore the zeal to its soldiers
Flatten evil in its cradle

PEC-WAMY006037

And      unsheath      the      swords
    And don't be concerned here with difficulties

Ask the kuffaar: who repelled their tyrants?
    And ask the mushrikeen: who terrified their supporters?
Ask the world: who shook its monarchs?
    And ask truth who preserved its authority?
        You will find in Badr enough for an answer!

Ask Uhud and ask Khaibar
    Ask the blood which reddened the face of the earth
Ask King Kisra and ask Caesar
    Ask Truth, for over them both it was all-conquering
    Ask the Desert: how many secrets has it uncovered?!

Ask Ignorance : who has toppled it on this Earth?
    And ask oppression: who has disciplined it on this planet?
Ask the East of this Dominion (Muslim Empire) or its West
    And ask glorious Baghdad or Cordoba
    You will see that your Dominion is far above the clouds!

Alas, we have forgotten our position here (now)
    And we've abandoned the shariah and our role
Error has built in our territory whatever it has
    And it has built nothing but weakness and ruin
    And we nurture nothing but desires and falsehoods!

Hail! Hail! O sacrificing soldiers!
        To us! To us! So we may defend the flag
On this Day of Jihad, are you miserly with your blood?!
    And has life become dearer to you? And staying behind sweeter?
    Is staying in this world of torment more pleasing to us?
You are amongst those called upon by Destiny
    Come! So we may revive the times of our predecessors
And establish Truth amongst the successors
    Come! Allah forgives that which has passed
      For Allah never abandons one who supplicates and repents!

### 6 - 10 Essentials that must be Carried by each Participant:

1. Copy of the Holy Qur'aan.
2. Towel.
3. Shaving razor and blades.
4. Toothpaste, toothbrush and miswaak.
5. Hairbrush and comb.
6. Small-sized alarm clock.
7. Simple mending equipment: needles and thread.
8. Camera (if he wants).
9. Small torch (and enough batteries).
10. Sunglasses.
11. Folding umbrella.
12. Notebook and pen.
13. Some small books (du'aas, regular recitations, chants).
14. Plastic sandals.
15. Deoderants and perfumes.
16. Special medicines.
17. Multi-purpose pocket-knife.
18. Underwear, a few sets of clothes and socks.
19. Small radio and tape-recorder (if he wants).
20. Magnifying glass and compass.
21. Sports equipment for each speciality.
22. Sports clothing and boots.
23. Swimming clothes and equipment.

### 6 - 11 Medicines and Medical Essentials Needed at the Camp:

1. Cottonwool, spirits, iodine, plaster strips for wounds (like BAND-AID), local anaesthetics, sprays, antiseptics (like DETTOL, SAFCOL), ammonia, medical thermometer, disposable injections (different sizes).

2. Anti-Histamines:
   a- for sea, air and travel sickness.

PEC-WAMY006038