**Exhibit D: Default Judgment Awards Requested by Breitweiser & Ryan Families**

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Trebled Damages |
|---|---|---|---|---|---|---|---|
| Ronald M. Breitweiser | Breitweiser, Kristen | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $45,385,507.00 | $59,885,507.00 | $179,656,521.00 |
| Ronald M. Breitweiser | Breitweiser, Caroline | Child | $8,500,000.00 | | | | $25,500,000.00 |
| **Total Default Judgments Against the Taliban Sought by Family of Ronald M. Breitweiser** | | | | | | **$68,385,507.00** | **$205,156,521.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Trebled Damages |
|---|---|---|---|---|---|---|---|
| John J. Ryan | Ryan, Patricia | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $16,159,990.00 | $30,659,990.00 | $91,979,970.00 |
| John J. Ryan | Ryan, Colin | Child | $8,500,000.00 | | | | $25,500,000.00 |
| John J. Ryan | Ryan, Kristen | Child | $8,500,000.00 | | | | $25,500,000.00 |
| John J. Ryan | Ryan, Laura | Child | $8,500,000.00 | | | | $25,500,000.00 |
| **Total Default Judgments Against the Taliban Sought by Family of John J. Ryan** | | | | | | **$56,159,990.00** | **$168,479,970.00** |