UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD(SN) (and member case *Bauer et al. v. al Qaeda et al.,* 02-cv-7236 and *Burlingame v. Bin Laden, et al.,* 02-cv-7230)

### [PROPOSED] ORDER FOR FINAL JUDGMENTS AGAINST THE TALIBAN ON BEHALF OF CERTAIN *ASHTON-DICKEY* PLAINTIFFS

Upon consideration of the evidence and arguments submitted by the Personal Representative of the Estates of Ronald M. Breitweiser and John J. Ryan, Jr. (set forth in the Declaration of John F. Schutty, Esq. and the exhibits thereto), regarding their wrongful death claims (the Plaintiffs named herein are *Ashton-Dickey* parties to the above-captioned litigation), and in light of the Judgment by Default for liability against defendants the Taliban entered on May 12, 2006 (ECF No. 1797), together with the entire record in this case, and in addition to the prior default judgment award for compensatory damages for the pre-death conscious pain and suffering of the decedents Ronal M. Breitweiser and John J. Ryan, Jr., (*see* ECF Nos. 4011 and 5999) and the economic losses and solatium damages previously awarded herein to these Plaintiffs under this Court's Orders of May 29, 2018 (ECF #4011) and February 21, 2020 (ECF #5999) awarding damages against the Defendant Islamic Republic of Iran, it is hereby;

**ORDERED** that partial final judgments is entered on behalf of the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A (Exhibit D to the Schutty Declaration) against the Taliban; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A are awarded *solatium* damages as set forth in Exhibit A; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A are awarded $2 million for the conscious pain and suffering of their decedent as set forth in Exhibit A; and it is

**ORDERED** that that prejudgment interest on those awards is to be calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A are awarded treble damages under the Anti-Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A may submit a future application for punitive damages and attorneys' fees consistent with any future rulings of this Court; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs not appearing on Exhibit A who were not previously awarded *solatium* and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF No. 9381.*

Dated: New York, New York
      October 19, 2023

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE