# STROOCK

By eFile

October 19, 2023

James L. Bernard
Direct Dial:  212.806.5684
Fax:  212.806.6006
jbernard@stroock.com

Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)
        Havlish, et al. v. bin Laden, et al., 1:03-cv-09848 (GBD)(SN)

Dear Judge Netburn:

We represent counsel for the Havlish Plaintiffs, and also write on behalf of attorneys of other law firms.  Further to the last status conference with the Court, these law firms have been discussing how they might resolve their pending issues relating to a common benefit award.  In connection with that matter, we and these law firms would like to have a confidential conference call with the Court to advise on the status of those discussions and seek the Court's guidance regarding one issue.  Given the confidential nature of these settlement discussions, we respectfully request that this conference only include representatives from these law firms.

Respectfully submitted

/s/ James L. Bernard

James L. Bernard