KELLOGG, HANSEN, TODD, FIGEL & FF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/26/2023

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900
FACSIMILE:
(202) 326-7999

October 20, 2023

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning Saudi Arabia's Renewed Motion To Dismiss, which was filed on October 6, 2023. *See* ECF No. 9368. Saudi Arabia recently discovered that two exhibits to the supporting Declaration of Gregory G. Rapawy, which was filed under seal on the same date, *see* ECF No. 9370, were filed out of order. Specifically, the document filed as Exhibit 10 at ECF No. 9370-10 should have been filed as Exhibit 19, and the document filed as Exhibit 19 at ECF No. 9370-19 should have been filed as Exhibit 10. The slipsheets for the documents, which show their exhibit numbers, are correct; the only error was in the filing on the ECF system.

      We have contacted the Court's ECF Help Desk and been informed that the Clerk's Office can switch the two exhibits on the docket with the Court's authorization. Therefore, Saudi Arabia respectfully requests that the Court authorize the Clerk's Office to replace the document currently filed at ECF No. 9370-10 with the document currently filed at ECF No. 9370-19, and to replace the document currently filed at ECF No. 9370-19 with the document currently filed at ECF No. 9370-10.

---

Docket Services advised the Court that altering attorney filings in this manner is against policy. Counsel is encouraged to re-file the declaration and exhibits, but the Court recognizes that this may be burdensome. If counsel chooses not to re-file, the Court will take note of the discrepancies in ECF No. 9370 and specify which numbering it is using (i.e. slip-sheet numbers or ECF numbers) to refer to exhibits in any decision on the Renewed Motion to Dismiss. **SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 26, 2023
     New York, New York