# STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_10/26/2023\_\_

October 19, 2023

Direct Dial: 212.806.5684
Fax: 212.806.6006
jbernard@stroock.com

Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)
      <u>Havlish, et al. v. bin Laden, et al., 1:03-cv-09848 (GBD)(SN)</u>

Dear Judge Netburn:

We represent counsel for the Havlish Plaintiffs, and also write on behalf of attorneys of other law firms. Further to the last status conference with the Court, these law firms have been discussing how they might resolve their pending issues relating to a common benefit award. In connection with that matter, we and these law firms would like to have a confidential conference call with the Court to advise on the status of those discussions and seek the Court's guidance regarding one issue. Given the confidential nature of these settlement discussions, we respectfully request that this conference only include representatives from these law firms.

---

Counsel's request leaves the Court with no clear sense of how it can be useful in this matter. As an interim measure, the Court is willing to holding an off-the-record teleconference with all interested parties to determine what role (if any) the Court should play at this time. Counsel for the interested parties should meet and confer and file a letter by October 31, 2023, either (1) withdrawing the request for a conference or (2) proposing dates and times during the November 1-9 period when counsel for all interested parties are available.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 26, 2023
       New York, New York

---

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com