

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

October 30, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY  10007

<u>BY ECF</u>

      Re:   *In re Terrorist Attacks on September 11, 2001*, **No. 1:03-md-01570 (S.D.N.Y.)**

Dear Judge Netburn:

      We represent defendant Dallah Avco.  On October 6, 2023, Dallah Avco filed its renewed dispositive motion with the supporting papers under seal.  Dkts. 9362 *et seq.*  The parties (including the FBI) have now conferred and agree that Dallah Avco's memorandum of law and Rule 56.1 statement may be publicly filed in their entirety.  Accordingly, Dallah Avco will publicly file those documents later today.  Dallah Avco's declaration and exhibits remain under review by the parties.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      Robert Kry

cc:      All counsel by ECF