# EXHIBIT C: COURT ORDERS APPOINTING "PERSONAL REPRESENTATIVE"

# State of New Jersey

# Monmouth County Surrogate's Court

In the Matter of the Estate of
**Ronald Breitweiser,** Deceased
(aka: )

**LETTERS OF ADMINISTRATION**
Docket No. 194827

I, **Marie S. Muhler,** Surrogate of the County of **MONMOUTH** do certify that on **November 19th, 2001** Administration of the Goods and Chattels, Rights and Credits which were of **Ronald Breitweiser** late of the County of **MONMOUTH,** who died intestate, was granted by me to **Kristen Breitweiser** who is(are) the **Administrator/trix(s)** and is(are) duly authorized to administer the same agreeably to law.

WITNESS my hand and seal of office, this
**19th of November, 2001**

*Marie S. Muhler*
**Marie S. Muhler,** Surrogate

©FACSTORE, 1994 Form-A13 CASE: 48243   PRINT DATE: 11/19/2001     Page 1

# State of New Jersey
# Mercer County Surrogate's Court

In the Matter of the Estate of
**John J. Ryan, Deceased**

**LETTERS TESTAMENTARY**

I, **Diane Gerofsky,** Surrogate, do hereby certify the annexed to be a true copy of the Last Will and Testament and/or Codicil(s) of the above named decedent, late of the County of **Mercer,** and State of **New Jersey,** admitted to Probate on **November 30, 2001** by the Surrogate of **Mercer** County, and that Letters Testamentary were issued to **Patricia Ryan** the **Executor/rix(s)** named therein, who is (are) duly authorized to take upon himself/herself (themselves) the administration of the said testator agreeably to the said Will and/or Codicil(s).



WITNESS my hand and seal of office, this
**30th day of November, 2001.**

**Diane Gerofsky,** Surrogate

# State of New Jersey
## Mercer County Surrogate's Court

In the Matter of the Estate of
**John J. Ryan**, Deceased

**EXECUTOR
SHORT CERTIFICATE**

I, **Diane Gerofsky,** Surrogate, do hereby certify that the Last Will and Testament and/or Codicil(s) of the above named Decedent, late of the County of **Mercer** and State of **New Jersey**, was (were) admitted to Probate by the Surrogate of **Mercer** County, on **November 30, 2001,** and that Letters Testamentary were issued to **Patricia Ryan,** the **Executor/rix(s)** named therein, who is (are) duly authorized to take upon himself/herself (themselves) the administration of the estate of said testator agreeably to the said Will and/or Codicil(s) and said Letters Testamentary have never been revoked and still remain in full force and effect.

WITNESS my hand and seal of office, this
**30th day of November, 2001.**

_____
**Diane Gerofsky**, Surrogate