UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Rep. of Iran, et al.*, 15-cv-9903 (GBD)(SN)
*Prior, et al. v. Islamic Rep. of Iran*, 1:19-cv-00044 (GBD)(SN)

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: OCT 3 1 2023

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all Defendants in *Burnett, et al. v. Islamic Rep. of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), and *Prior, et al. v. Islamic Rep. of Iran*, 1:19-cv-00044 (GBD)(SN):

1. **Jane M. O'Dea**, Individually, as Sibling of Stephen Edward Tighe, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶1339, February 8, 2016);

2. **Scott Blaney**, Individually, as Child of Janice Blaney, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶1979, February 8, 2016);

3. **Scott Blaney**, as Personal Representative of the Estate of Janice Blaney, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶1979, February 8, 2016);

4. **Charlene Talarico**, Individually, as Fiance of Paul Laszczynski, Deceased (initially filed: ECF No. 433; 1:15-cv-09903; line 19, June 4, 2020);

5. **Robert Thomas Winkis**, Individually, as Domestic Partner of Judith Florence Hofmiller, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶2648, February 8, 2016);

6. **Robert Thomas Winkis**, as Personal Representative of the Estate of Judith Florence Hofmiller, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶2648, February 8, 2016);

7. **Rosanne Helen Costanza**, Individually, as Parent of Daniel John Lee, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3164, February 8, 2016);

8. **Timothy Provenzano**, Individually, as Sibling of Daniel John Lee, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3165, February 8, 2016)

9. **Deborah Ann Schumann**, Individually, as Sibling of Daniel John Lee, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3163, February 8, 2016);

10. **Gina Laura Giovanniello**, Individually, as Sibling of Doreen J. Angrisani, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3245, February 8, 2016);[1]

11. **Frances M. Garvey**, Individually, as Parent of Matthew D. Garvey, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3382, February 8, 2016);

12. **Frances M. Garvey**, as Personal Representative of the Estate of Matthew D. Garvey, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3382, February 8, 2016);

13. **Hayley Natalie Lehrfeld**, Individually, as Spouse of Eric Andrew Lehrfeld, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3424, February 8, 2016);

14. **Hayley Natalie Lehrfeld**, as Personal Representative of the Estate of Eric Andrew Lehrfeld, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3424, February 8, 2016);

15. **Geena M. Varriano**, Individually, as Child of Frank A. Varriano, Deceased (initially filed: ECF No. 29; 1:19-cv-00044; line 2; Prior, et al v. Iran, November 27, 2019);

16. **Joseph A. Varriano** (DOE AP178), Individually, as Parent of (DOE AP178) Frank A. Varriano, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶1039, February 26, 2016);

17. **Madeline Varriano**, Individually, as Spouse of Frank Angelo Varriano, Deceased (initially filed: ECF No. 1; 1:19-cv-00044; Prior, et al v. Iran, January 2, 2019);[2]

18. **Mary Varriano** (DOE AP179), Individually, as Parent of (DOE AP179) Frank A. Varriano, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶1040, February 26, 2019);

19. **Ronald Varriano** (DOE AP180), Individually, as Sibling of (DOEAP180) Frank A. Varriano, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶1041, February 26, 2019);

20. **Danielle McGuire**, Individually, as Spouse of Patrick McGuire, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3449, February 26, 2016);

21. **Danielle McGuire**, as Personal Representative of the Estate of Patrick McGuire, Deceased (initially filed: ECF No. 53; 1:15-cv-09903; ¶3449, February 26, 2016);

22. **Mara McGuire**, Individually, as Child of Patrick McGuire, Deceased (initially filed: ECF No. 283; 1:15-cv-09903; line 7, January 14, 2020);

23. **Sean McGuire**, Individually, as Child of Patrick McGuire, Deceased (initially filed: ECF No. 283; 1:15-cv-09903; line 6, January 14, 2020);

24. **Ryan McGuire**, Individually, as Child of Patrick McGuire, Deceased (initially filed: ECF No. 283; 1:15-cv-09903; line 9, January 14, 2020); and

---

[1] Gina Laura Giovanniello remains in the case as the Co-Administrator of the Estate of Doreen Angrisani.
[2] Madeline Varriano remains in the case as the Administrator of the Estate of Frank A. Varriano.

25. **Shea McGuire**, Individually as Child of Patrick McGuire, Deceased (initially filed: ECF No. 283; 1:15-cv-09903; line 8, January 14, 2020).

This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above-captioned case.

Dated: October 5, 2023

Respectfully submitted,

MOTLEY RICE LLC

By: __/s/ John M. Eubanks_____
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (SDNY Bar #ME8337)
Robert T. Haefele, Esq. (SDNY Bar #RH2811)
John M. Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
jeubanks@motleyrice.com

*Attorneys for the* Burnett *Plaintiffs*