# Exhibit I

SCPRLT02

Case No. 320669

Letters Testamentary

# THE PEOPLE OF THE STATE OF NEW YORK

### BY THE GRACE OF GOD FREE AND INDEPENDENT

TO:   Irene Sangas Dickey, 315 Ryder Street, Manhasset,NY, 11030

SEND GREETINGS:

WHEREAS, The Last Will and Testament of

JOSEPH D. DICKEY,

a/k/a  JOSEPH D. DICKEY,JR.,

a/k/a  JOSEPH DERMOT DICKEY,JR.

deceased was duly admitted to probate by decree of the Judge of the Surrogate's Court of Nassau County, New York, on the 27th day of February,2002 , which directed the issuance to you of Letters Testamentary upon your qualifying according to law:

NOW, THEREFORE, KNOW YE that you are hereby appointed Executor  of said Will and authorized to administer the estate of said deceased subject to the laws appertaining thereto and the jurisdiction and supervision of this Court.

(SEAL)

IN TESTIMONY WHEREOF , we have caused the seal of the Surrogate's Court of Nassau County to be hereunto affixed.

WITNESS,   HON. JOHN B. RIORDAN    , Judge of the Surrogate's Court of the County of Nassau, at Mineola New York, this 28th day of February,2002.

**Letters are subject to Rule 207.20 of the Uniform Rules of the Surrogate's Court. An estate inventory, under the rule, must be filed within the required time period.**

**Clerk of the Surrogate's Court**

**(See Back)**

**THE FIDUCIARY** (Executor, Administrator, Guardian, Trustee) HEREIN APPOINTED:

## RETAIN THIS INSTRUMENT FOR YOUR PERMANENT RECORD.

This instrument is your authority to act and serve in the capacity to which you were appointed.

When proof is required of your appointment of such fiduciary (Executor, Administrator, Guardian, Trustee), apply to this Court for a " Certificate of Letters" of such appointment.

## TAKE NOTICE OF THE FOLLOWING SECTIONS OF ESTATES, POWERS AND

## TRUSTS  LAW AND THE SURROGATE'S COURT PROCEDURE ACT

Section 11-1.6 EPTL.  PROPERTY HELD AS FIDUCIARY (Executor, Administrator, Guardian, Trustee) TO BE KEPT SEPARATE.  Every fiduciary shall keep property received as fiduciary separate from his individual property. He shall not invest or deposit such property with any corporation or other person doing business under the banking law, or with any other person or institution, in his own name, but all transactions by him affecting such property shall be in his name as fiduciary.

**Any person violating any of the provisions of this section shall be guilty of a misdemeanor.**

**Section 719-SCPA (7).  He may also be removed without petition or citation.**

PRCT01
320669

756125

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 02/27/2002.

Letters Testamentary on the estate of **JOSEPH D DICKEY**, a/k/a **JOSEPH D DICKEY JR**, **JOSEPH DERMOT DICKEY JR**, **decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 04/10/03.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)

Chief Clerk of the Surrogate's Court

PRCT01
320669

756126

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 02/27/2002.

Letters Testamentary on the estate of **JOSEPH D DICKEY, a/k/a JOSEPH D DICKEY JR, JOSEPH DERMOT DICKEY JR, decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 04/10/03.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, October 10, 2002.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)

Chief Clerk of the Surrogate's Court

PRCT01
320669

756127

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 02/27/2002.

Letters Testamentary on the estate of **JOSEPH D DICKEY, a/k/a JOSEPH D DICKEY JR, JOSEPH DERMOT DICKEY JR, decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 04/10/03.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)

Chief Clerk of the Surrogate's Court

PRCT01
320669

756128

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on 02/27/2002.

Letters Testamentary on the estate of **JOSEPH D DICKEY, a/k/a JOSEPH D DICKEY JR, JOSEPH DERMOT DICKEY JR, decedent having resided in** the County of Nassau, were granted by this Court unto **Irene Sangas Dickey, 315 Ryder Street, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 04/10/03.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)

Chief Clerk of the Surrogate's Court

ADCT01
321213

804412

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001.**

Letters of Administration on the estate  of  **ROBERT D EATON , decedent having resided in** the  County  of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator (s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

ADCT01
321213

804413

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001.**

Letters of Administration on the estate  of  **ROBERT D EATON , decedent having resided in** the  County  of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator (s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

ADCT01
321213

804414

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001.**

Letters of Administration on the estate  of  **ROBERT D EATON , decedent having resided in** the  County  of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator (s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                 Chief Clerk of the Surrogate's Court

ADCT01
321213

804415

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/05/2001.**

Letters of Administration on the estate  of  **ROBERT D EATON , decedent having resided in** the  County  of Nassau, were granted by this Court unto **Jacqueline Eaton**, as Administrator (s), and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/02/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 2, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

ADCT03
320662                                                                    **799872**

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/07/2001.**

Letters of Administration on the Estate  of  **JAMES J KELLY a/k/a JAMES KELLY, JAMES JOSEPH KELLY, decedent having resided in**  the  County of Nassau, were granted by this Court unto **Joanne S Kelly**, as Administrator(s), and that the Letters have not been revoked.

THE APPOINTMENT EVIDENCED HEREIN IS MADE SUBJECT TO THE FOLLOWING:
That each of the above named Administrator(s) is hereby restrained from selling, mortgaging, leasing or otherwise encumbering REAL PROPERTY of the decedent without first applying to this Court for fixation and filing of an adequate bond, and is further restrained from collecting any personal assets in excess of  **$415,000.00** without first applying to this Court for the fixation of the amount of the bond.

**\*Pursuant to the Order of the Surrogate dated December 17, 2001, Letters of Administration are amended to increase the value of personal assets not to exceed the sum of $415,000.00.**

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **05/12/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **November 12, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                          Chief Clerk of the Surrogate's Court

ADCT03
320662

799873

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/07/2001.**

Letters of Administration on the Estate  of  **JAMES J KELLY a/k/a JAMES KELLY, JAMES JOSEPH KELLY, decedent having resided in**  the County of Nassau, were granted by this Court unto **Joanne S Kelly**, as Administrator(s), and that the Letters have not been revoked.

THE APPOINTMENT EVIDENCED HEREIN IS MADE SUBJECT TO THE FOLLOWING:
That each of the above named Administrator(s) is hereby restrained from selling, mortgaging, leasing or otherwise encumbering REAL PROPERTY of the decedent without first applying to this Court for fixation and filing of an adequate bond, and is further restrained from collecting any personal assets in excess of  **$415,000.00** without first applying to this Court for the fixation of the amount of the bond.

**\*Pursuant to the Order of the Surrogate dated December 17, 2001, Letters of Administration are amended to increase the value of personal assets not to exceed the sum of $415,000.00.**

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **05/12/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **November 12, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID

(SEAL)                    Chief Clerk of the Surrogate's Court

ADCT03
320662

799874

## CERTIFICATE OF

## LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/07/2001.**

Letters of Administration on the Estate of **JAMES J KELLY a/k/a JAMES KELLY, JAMES JOSEPH KELLY, decedent having resided in** the County of Nassau, were granted by this Court unto **Joanne S Kelly**, as Administrator(s), and that the Letters have not been revoked.

THE APPOINTMENT EVIDENCED HEREIN IS MADE SUBJECT TO THE FOLLOWING:
That each of the above named Administrator(s) is hereby restrained from selling, mortgaging, leasing or otherwise encumbering REAL PROPERTY of the decedent without first applying to this Court for fixation and filing of an adequate bond, and is further restrained from collecting any personal assets in excess of **$415,000.00** without first applying to this Court for the fixation of the amount of the bond.

**\*Pursuant to the Order of the Surrogate dated December 17, 2001, Letters of Administration are amended to increase the value of personal assets not to exceed the sum of $415,000.00.**

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **05/12/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **November 12, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

ADCT03
320662

799875

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/07/2001.**

Letters of Administration on the Estate  of  **JAMES J KELLY a/k/a JAMES KELLY, JAMES JOSEPH KELLY, decedent having resided in**    the County of Nassau, were granted by this Court unto **Joanne S Kelly**, as Administrator(s), and that the Letters have not been revoked.

THE APPOINTMENT EVIDENCED HEREIN IS MADE SUBJECT TO THE FOLLOWING:
That each of the above named Administrator(s) is hereby restrained from selling, mortgaging, leasing or otherwise encumbering REAL PROPERTY of the decedent without first applying to this Court for fixation and filing of an adequate bond, and is further restrained from collecting any personal assets in excess of  **$415,000.00** without first applying to this Court for the fixation of the amount of the bond.

**\*Pursuant to the Order of the Surrogate dated December 17, 2001, Letters of Administration are amended to increase the value of personal assets not to exceed the sum of $415,000.00.**

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **05/12/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **November 12, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

ADCT03
320662

799876

## CERTIFICATE OF

## LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **12/07/2001.**

Letters of Administration on the Estate  of  **JAMES J KELLY a/k/a JAMES KELLY, JAMES JOSEPH KELLY, decedent having resided in**  the  County  of Nassau, were granted by this Court unto **Joanne S Kelly**, as Administrator(s), and that the Letters have not been revoked.

THE APPOINTMENT EVIDENCED HEREIN IS MADE SUBJECT TO THE FOLLOWING:
That each of the above named Administrator(s) is hereby restrained from selling, mortgaging, leasing or otherwise encumbering REAL PROPERTY of the decedent without first applying to this Court for fixation and filing of an adequate bond, and is further restrained from collecting any personal assets in excess of  **$415,000.00** without first applying to this Court for the fixation of the amount of the bond.

**\*Pursuant to the Order of the Surrogate dated December 17, 2001, Letters of Administration are amended to increase the value of personal assets not to exceed the sum of $415,000.00.**

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **05/12/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **November 12, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

INDEX NO. 320662                                CERTIFICATE NO. 752988

<u>CERTIFICATE OF</u>

<u>LETTERS OF ADMINISTRATION</u>

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we
have inspected the records of our Surrogate's Court in and for the
County of Nassau, and do find that on the 7th day of December, 2001.

Letters of Administration on the estate of JAMES J KELLY a decedent
having resided in the County of Nassau, were granted by this Court
unto JOANNE S KELLY, as Administrator(s) , and that the Letters have not
been revoked.

*Note that during lifetime the decedent was also known as JAMES JOSEPH
KELLY & JAMES KELLY.

*Pursuant to the Order of the Surrogate dated December 17, 2001, the
Administrator, Joanne S. Kelly is allowed to collect personal assets of
the Deceased valued up to $415,000. without first applying to this Court
for the fixation of the amount of the bond.

THE APPOINTMENT EVIDENCED HEREIN IS MADE SUBJECT TO THE FOLLOWING:
That each of the above named Administrator(s) is hereby restrained from
selling, mortgaging, leasing or otherwise encumbering REAL PROPERTY of
the decedent without first applying to this Court for fixation and
filing of an adequate bond, and is further restrained from collecting
any personal assets in excess of $415,000.00 without first applying to
this Court for the fixation of the amount of the bond.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER
03/11/2003.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court
Nassau County, to be hereunto affixed.

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court,
Nassau County, at the Surrogate's office, in said County, 09/10/2002.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                          Chief Clerk of the Surrogate's Court

INDEX NO. 320662

CERTIFICATE NO. 752987

CERTIFICATE OF

LETTERS OF ADMINISTRATION

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on the 7th day of December, 2001.

Letters of Administration on the estate of JAMES J KELLY a decedent having resided in the County of Nassau, were granted by this Court unto JOANNE S KELLY, as Administrator(s) , and that the Letters have not been revoked.

*Note that during lifetime the decedent was also known as JAMES JOSEPH KELLY & JAMES KELLY.

*Pursuant to the Order of the Surrogate dated December 17, 2001, the Administrator, Joanne S. Kelly is allowed to collect personal assets of the Deceased valued up to $415,000. without first applying to this Court for the fixation of the amount of the bond.

THE APPOINTMENT EVIDENCED HEREIN IS MADE SUBJECT TO THE FOLLOWING: That each of the above named Administrator(s) is hereby restrained from selling, mortgaging, leasing or otherwise encumbering REAL PROPERTY of the decedent without first applying to this Court for fixation and filing of an adequate bond, and is further restrained from collecting any personal assets in excess of $415,000.00 without first applying to this Court for the fixation of the amount of the bond.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER 03/11/2003.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed.

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's office, in said County, 09/10/2002.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

**Elizabeth Q. Boehmcke**
Associate
Direct Dial: 646-218-7544
ebochmck@hodgsonruss.com



September 12, 2002

Mrs. Joanne S. Kelly
2405 Rockville Centre Parkway
Oceanside, New York 11572

   Re: <u>Estate of James J. Kelly</u>

Dear Joanne:

   Enclosed please find two original certificates of Letters of Administration for Kels' estate. You need one for the Red Cross application. Keep the other one for your records. I have retained three other original certificates for use in filing the estate tax return.

   Please call me so we can set up a date to cover some open administration matters. I'd like to meet with you and your Mom before I go to Ireland on September 27.

     Sincerely,

     Beth

     Elizabeth Q. Boehmcke

cc: Edward C. Northwood

NYCDOCS 86182v1 (1%HY01!.DOC)

*Carnegie Hall Tower  •  152 West 57th Street  •  New York, New York 10019  •  telephone 212.751.4300  •  facsimile 212.751.0928*
*Albany  •  Boca Raton  •  Buffalo  •  New York City  •  Newark  •  Palm Beach Gardens  •  Toronto  •  www.hodgsonruss.com*

PRCT01
320796

798428

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
320796                                                              **798429**

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the
records of our Surrogate's Court in and for the County of Nassau, and do find that on
**02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY
MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this
Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s)
named in the last will and testament of said **decedent**, and that the Letters have not been
revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to
be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the
Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

     (SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
320796                                                         **798430**

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the
records of our Surrogate's Court in and for the County of Nassau, and do find that on
**02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY
MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this
Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s)
named in the last will and testament of said **decedent**, and that the Letters have not been
revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to
be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the
Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
320796                                                              798431

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the
records of our Surrogate's Court in and for the County of Nassau, and do find that on
**02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, a/k/a TIMOTHY M. O BRIEN, TIMOTHY
MICHAEL O BRIEN, decedent having resided in** the County of Nassau, were granted by this
Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s)
named in the last will and testament of said **decedent**, and that the Letters have not been
revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/26/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to
be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the
Surrogate's Office, in said County, **October 27, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

INDEX NO. 320796                                    CERTIFICATE NO. 730362

<u>CERTIFICATE OF</u>

<u>LETTERS TESTAMENTARY</u>

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we
have inspected the records of our Surrogate's Court in and for the
County of Nassau, and do find that on the 14th day of February, 2002.

Letters Testamentary on the estate of TIMOTHY O BRIEN a decedent having
resided in the County of Nassau, were granted by this Court unto LISA M
O BRIEN, Executor(s) named in the last will and testament of said
decedent, and that the Letters have not been revoked.

*NOTE that during lifetime the decedent was also known as TIMOTHY M. O
BRIEN and TIMOTHY MICHAEL O BRIEN.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER
08/22/2002.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court
Nassau County, to be hereunto affixed.

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court,
Nassau County, at the Surrogate's office, in said County, 02/21/2002.

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
320796

756141

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, , decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
320796

756142

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, , decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)          Chief Clerk of the Surrogate's Court

PRCT01
320796

756143

### CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/14/2002.**

Letters Testamentary on the estate of **TIMOTHY O BRIEN, , decedent having resided in** the County of Nassau, were granted by this Court unto **Lisa M O Brien, 16 Wishing Well Lane, Old Brookville NY 11545,** Executor(s) named in the last will and testament of said **decedent,** and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
321155

805549

### CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/13/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)

Chief Clerk of the Surrogate's Court

PRCT01
321155
                                                                      805550

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/13/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
321155

805551

## CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/13/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
321155

805552

CERTIFICATE OF

LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **07/13/04**.

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **January 13, 2004.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)

Chief Clerk of the Surrogate's Court



# SPEISER, KRAUSE, NOLAN & GRANITO

COUNSELLORS AT LAW

*Two Grand Central Tower*
*140 East 45th Street*
*New York, New York 10017*

PHONE: (212) 661-0011   FAX: (212) 953-6483

WASHINGTON D.C. OFFICE
2300 CLARENDON BOULEVARD, SUITE 306
ARLINGTON, VIRGINIA 22201
(703) 522-7500
FAX: (703) 522-7905

CALIFORNIA OFFICE
ONE PARK PLAZA, SUITE 470
IRVINE, CALIFORNIA 92614
(949) 553-1421
FAX: (949) 553-1346

TEXAS OFFICE
900 JACKSON STREET, SUITE 750
DALLAS, TEXAS 75202-4427
(214) 752-4664
FAX: (214) 752-4774

FLORIDA OFFICE
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
(305) 375-9400
FAX: (305) 375-0337

*50 years*

January 14, 2004

Surrogate's Court – Nassau County
262 Old Country Road
Mineola, NY 11501

> Re:   Request for Updated Letters of Administration
>        Phillip Paul Ognibene - Deceased

Dear Sir or Madam:

Our law firm is handling a number of wrongful death claims arising out of the World Trade Center tragedy. As you may know, to obtain critical information such as financial records, and to apply for certain benefits on behalf of our clients, we must present original Letters of Administration.

We are writing to request five (5) such original documents for the decedent listed below. Please note that the court's case number is listed next to the decedent's name. The date of death for the decedent is 09/11/01:

- Phillip Paul Ognibene (Index No.: 321338)

Enclosed is a reply envelope you can use to forward the Letters.

Please call us if you have any questions.

Very truly yours,

*sent signed*
*Copy*

JFS:fa

Enclosure

PRCT01
321155

756135

## CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN**, decedent **having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030**, Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                Chief Clerk of the Surrogate's Court

PRCT01
321155

756136

### CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030,** Executor(s) named in the last will and testament of said **decedent**, and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                Chief Clerk of the Surrogate's Court

PRCT01
321155

756137

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN,** decedent **having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030,** Executor(s) named in the last will and testament of said **decedent,** and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
321155

756138

## CERTIFICATE OF

## LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **04/12/2002.**

Letters Testamentary on the estate of **MICHAEL SEAMAN, a/k/a MICHAEL HERMAN SEAMAN, decedent having resided in** the County of Nassau, were granted by this Court unto **Dara Seaman, 222 Chapel Rd, Manhasset NY 11030,** Executor(s) named in the last will and testament of said **decedent,** and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **04/10/03.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **October 10, 2002.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

PRCT01
320895

794499

## CERTIFICATE OF

### LETTERS TESTAMENTARY

THE PEOPLE OF THE STATE OF NEW YORK
SURROGATE'S COURT OF THE COUNTY OF NASSAU
BY THE GRACE OF GOD FREE AND INDEPENDENT

To all persons having an interest herein, please take notice that we have inspected the records of our Surrogate's Court in and for the County of Nassau, and do find that on **02/22/2002.**

Letters Testamentary on the estate of **ROBERT F SLIWAK, ,** decedent having resided in the County of Nassau, were granted by this Court unto **Susan M Sliwak, 1653 Hannington Ave, Wantagh NY 11793,** Executor(s) named in the last will and testament of said **decedent,** and that the Letters have not been revoked.

PHOTOCOPIES ARE INVALID & THIS CERTIFICATE IS NOT VALID AFTER **03/24/04.**

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court Nassau County, to be hereunto affixed

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court, Nassau County, at the Surrogate's Office, in said County, **September 24, 2003.**

PHOTOCOPIES OF THIS CERTIFICATE ARE INVALID.

(SEAL)                    Chief Clerk of the Surrogate's Court

212-006357-0147



CERTIFICATE OF                                            FILE NO. 768 A 2001

LETTERS OF ADMINISTRATION                                 A        053606

SURROGATE'S COURT : SUFFOLK COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

To All to Whom These Presents Shall Come, or May Concern, Greeting:

IT IS HEREBY CERTIFIED, that on the 28th day of November, 2001, Letters of Administration upon the estate of JOHN WALLICE, JR., deceased, late of Suffolk County, New York, were duly granted and issued by this Court to ALLISON WALLICE, the Administrator(s) and that the same are still valid and in full force.

IN TESTIMONY WHEREOF, this certificate is issued under the seal of the Court.

WITNESS, HON. JOHN M. CZYGIER, JR., Surrogate of said Surrogate's Court this 6th day of December, 2001.

(SEAL)

MICHAEL CIPOLLINO
Chief Clerk, Surrogate's Court
Suffolk County, New York

33-107..5/86

CERTIFICATE OF  FILE NO.768 A 2001
LETTERS OF ADMINISTRATION                  A    053607

SURROGATE'S COURT : SUFFOLK COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

To All to Whom These Presents Shall Come, or May Concern,
Greeting:

IT IS HEREBY CERTIFIED, that on the 28th day of November,
2001, Letters of Administration upon the estate of JOHN WALLICE,
JR., deceased, late of Suffolk County, New York, were duly granted
and issued by this Court to ALLISON WALLICE, the Administrator(s)
and that the same are still valid and in full force.

IN TESTIMONY WHEREOF, this certificate is issued under the
seal of the Court.

WITNESS, HON. JOHN M. CZYGIER, JR., Surrogate of said
Surrogate's Court this 6th day of December, 2001.

(SEAL)

_Michael Cipollino_

MICHAEL CIPOLLINO
Chief Clerk, Surrogate's Court
Suffolk County, New York

33-107..5/86

CERTIFICATE OF
LETTERS TESTAMENTARY



FILE NO. 2107 P 2001

P    068418

### SURROGATE'S COURT : SUFFOLK COUNTY
### THE PEOPLE OF THE STATE OF NEW YORK

To All to Whom These Presents Shall Come, or May Concern, Greeting:

IT IS HEREBY CERTIFIED that on the 3rd day of December, 2001, Letters Testamentary of the Last Will of FARRELL LYNCH a/k/a FARRELL PETER LYNCH, deceased, late of Suffolk County, New York, were duly issued by the Surrogate's Court of Suffolk County to EILEEN LYNCH, the Executor(s) and that the same are still valid and in full force.

IN TESTIMONY WHEREOF this certificate is issued under the seal of the Court.

WITNESS, HON. JOHN M. CZYGIER, JR., Surrogate, at Riverhead, in Suffolk County, New York, this 18th day of July, 2003.

(SEAL)

MICHAEL CIPOLLINO
Chief Clerk, Surrogate's Court
Suffolk County, New York

33-107..5/86