USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023

**MDL 1570 PLAINTIFFS' EXECUTIVE**
In re: Terrorist Attacks on September 11, 2

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaint |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. C<br>Sean P. Carte<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

November 3, 2023

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN) – Publicly Filing *Daubert* Briefing

Dear Judge Netburn:

We write on behalf of the Plaintiffs' Executive Committees, on consent from the FBI, the Kingdom of Saudi Arabia, and Dallah Avco regarding the public filing of currently sealed *Daubert* briefs (ECF Nos. 9088, 9092, 9163, 9164, 9265, 9269). The parties have reviewed the *Daubert* briefs and marked them for information subject to the FBI and MDL protective orders. The parties propose publicly filing redacted copies of the briefs on the MDL docket while the parties meet and confer about the redactions to determine whether any redactions should be lifted—for example, pursuant to paragraph 4 of the Privacy Act Order and Protective Order for FBI Documents (ECF No. 4255) or Section II.L. of the Court's umbrella protective order in these MDL proceedings (ECF No. 1900 at 14-15)—and the FBI completes its review of the accompanying exhibits. *See* ECF No. 9122 at 1. By agreeing to file the briefs in their current form, none of the parties are waiving their right to seek removal of any current redactions.

We thank the Court for its attention to this matter.

Respectfully submitted,

---

The Court approves the parties' proposal. The parties should publicly file redacted copies of ECF Nos. 9088, 9092, 9163, 9164, 9265, and 9269. Doing so will not waive any right to seek removal of current redactions.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 6, 2023
New York, New York