**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                    :
                                                                    :    **1:03 MDL 1570 (GBD)(SN)**
                                                                    :
----------------------------------------------------------------X

**This Document Relates to**
**_Ray, et al. v. Iran, et al._**
**1:19-cv-00012 (GBD)(SN)**


# EXHIBIT A

to the

**AFFIDAVIT OF DENNIS G. PANTAZIS, ESQ. IN SUPPORT OF**
**APPLICATION FOR CERTIFICATE OF DEFAULT**

## SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland         )
, Canton of Bern                 ) SS:
assy of the United States of America )



F. Pan, a consular officer at the Embassy of the United States at Bern, Switzerland,
that this is a true copy of Embassy note number 27992 dated February 22, 2023,
was transmitted to the Swiss Ministry of Foreign Affairs on February 22, 2023, for
r transmission to the American Interests Section of the Swiss Embassy in Tehran,

_____
(Signature of Consular Officer)

_____
Hayward M. ALTO
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

April 4, 2023
(Date)



*Embassy of the United States of America*

February 22, 2023

CONS NO.     27992

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE:  Transmitting letters rogatory – Ray, et al. v. Islamic Republic of
Iran, et al., 1:19-cv-00012(GBD)(SN)

REF:    ----

The Department of State has requested the delivery of the enclosed letters rogatory and
accompanying documents to the Ministry of Foreign Affairs of the Islamic Republic of Iran
pursuant to the Foreign Sovereign Immunities Act in the matter Ray, et al. v. Islamic Republic of
Iran, et al., 1:19-cv-00012(GBD)(SN).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran.  There are eight
defendants to be served in this case: Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran;
Estate of Ali Akbar Hashemi Rafsanjani; Hezbollah; National Iranian Tanker Company; National
Iranian Oil Company; National Iranian Gas Company; National Iranian Petrochemical Company;
and Iran Airlines a/k/a Iran Air.  The American Interests Section should transmit the letters
rogatory and accompanying documents to the Iranian Ministry of Foreign Affairs under cover of
one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The
American Interests Section should execute certifications of the diplomatic notes, which will be
forwarded by the Department of State to the requesting court in the United States.

Enclosed are eight appropriate parts of a message the Embassy received from the Department
of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of
the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section
forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT AYATOLLAH ALI HOSEINI KHAMENEI, SUPREME LEADER OF IRAN:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT AYATOLLAH ALI HOSEINI KHAMENEI, SUPREME LEADER OF IRAN**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ESTATE OF ALI AKBAR HASHEMI RAFSANJANI:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ESTATE OF ALI AKBAR HASHEMI RAFSANJANI**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT HEZBOLLAH:**
[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq*.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT HEZBOLLAH**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT NATIONAL IRANIAN TANKER COMPANY:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT NATIONAL IRANIAN TANKER COMPANY**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT
NATIONAL IRANIAN OIL COMPANY:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to
the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the
Ministry's aid in transmitting the enclosed request for international judicial assistance to the
appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the
annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic
Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United
States District Court for the Southern District of New York. The U.S. District Court for the
Southern District of New York has requested transmission of the annexed letter rogatory and
accompanying documents according to the procedures for service on a foreign state or political
subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of
justice.  The Foreign Interests Section would appreciate being kept advised of the progress of
the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for
execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial
Documents in a Civil Matter by the United States District Court for the Southern District of New
York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;
Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the
text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT
NATIONAL IRANIAN OIL COMPANY,**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT NATIONAL IRANIAN GAS COMPANY:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT NATIONAL IRANIAN GAS COMPANY**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT NATIONAL IRANIAN PETROCHEMICAL COMPANY:**
[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq*.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT NATIONAL IRANIAN PETROCHEMICAL COMPANY**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRAN AIRLINES A/K/A IRAN AIR:**
[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012(GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019); and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRAN AIRLINES A/K/A IRAN AIR**



## SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland                )
, Canton of Bern                         ) SS:
assy of the United States of America )

tify that the annexed document bears the genuine seal of the Swiss Federal
artment of Foreign Affairs.

tify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.



_____
(Signature of Consular Officer)

Hayward M. ALTO
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

April 4, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27992 dated February 22, 2023 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN)**
- Note 1024-IE addressed to defendant Ayatollah Ali Hoseini Khamenei
- Note 1025-IE addressed to the Estate of Ali Akbar Hashemi Rafsanjani
- Note 1026-IE addressed to the National Iranian Oil Company
- Note 1027-IE addressed to the National Iranian Tanker Company
- Note 1028-IE addressed to the National Iranian Gas Company
- Note 1029-IE addressed to the National Iranian Petrochemical Company
- Note 1030-IE addressed to the Iran Airlines A/K/A Iran Air
- Note 1031-IE addressed to Hezbollah

dated March 08, 2023 and proof of service, dated March 15, 2023 as well as the certification by the Swiss Federal Chancellery dated March 29, 2021.

The section has received the above-mentioned documents on March 06, 2023. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on March 15, 2023. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, March 29, 2023

_Enclosure(s) mentioned_

To the
Embassy of the
United States of America

Berne

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland            )
ern, Canton of Bern                    ) SS:
mbassy of the United States of America )


certify that the annexed document is executed by the genuine signature and seal of the
ollowing named official who, in an official capacity, is empowered by the laws of
witzerland to execute that document.

certify under penalty of perjury under the laws of the United States that the foregoing
 true and correct.


_____ Lara LORELLA _____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


April 4, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1024-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1024-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023



## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by        Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

### Certified

5. at Berne               6.      the 29 March 2023

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No 007905

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره –IE– 1024

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره 1:19-cv-00012 (GBD)(SN)، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه های سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه 1401 (8 مارس 2023)

پیوست: 1- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه؛ اصلاحیه دوم شکایت (6 می 2019)؛ ابلاغیه اقامه دعوی (10 می 2019) به همراه متن قانون مصونیت های حاکمیتی خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی
2- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the
following named official who, in an official capacity, is empowered by the laws of
Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing
is true and correct.

_____ Lara LORELLA _____
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____ Hayward M. ALTO _____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

April 4, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1025-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter *of Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1025-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023



## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

1.  Country: SWISS CONFEDERATION

    This public document

2.  has been signed by          Christian Gobet

3.  acting in the capacity of Head of the Foreign Interests Section

4.  bears the seal/stamp of

    Embassy of Switzerland US Interests Section, Tehran

### Certified

5.  at Berne                6.        the 29 March 2023

7.  by Lara Lorella
    functionary of the Swiss federal Chancellery

8.  No  007906

9.  Seal/stamp:                    10.  Signature:

    Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس

**قسمت حافظ منافع خارجی**

شماره IE– 1025

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه به دعوا ی حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN) 1:19-cv-00012، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه ۱۴۰۱ (۸ مارس ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه؛ اصلاحیه دوم شکایت (۶ می ۲۰۱۹)؛ ابلاغیه اقامه دعوی (۱۰ می ۲۰۱۹) به همراه متن قانون مصونیت های حاکمیت خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی

۲- ترجمه ها

**اداره امور آمریکا**

**وزارت امور خارجه**

**جمهوری اسلامی ایران**

**تهران**

## SPECIFIC AUTHENTICATION CERTIFICATE



nfederation of Switzerland            )
rn, Canton of Bern                        ) SS:
bassy of the United States of America  )

rtify that the annexed document is executed by the genuine signature and seal of the
owing named official who, in an official capacity, is empowered by the laws of
itzerland to execute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.

_____ Lara LORELLA _____
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____ Hayward M. ALTO _____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

April 4, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1026-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1026-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023



## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by          Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

   Certified

5. at Berne          6.          the 29 March 2023

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No  007912

9. Seal/stamp:                    10. Signature: 

   Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE– 1026

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره 1:19-cv-00012 (GBD)(SN)، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه ۱۴۰۱ (۸ مارس ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه؛ اصلاحیه دوم شکایت (۶ می ۲۰۱۹)؛ ابلاغیه اقامه دعوی (۱۰ می ۲۰۱۹) به همراه متن قانون مصونیت های حاکمیت خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**



## SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland                )
rn, Canton of Bern                         ) SS:
bassy of the United States of America  )


rtify that the annexed document is executed by the genuine signature and seal of the
owing named official who, in an official capacity, is empowered by the laws of
tzerland to execute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.


_____Lara LORELLA_____
(Typed name of Official who executed the annexed document)



_____
(Signature of Consular Officer)


_____Hayward M. ALTO_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


April 4, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1027-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1027-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023



## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

    This public document

2. has been signed by         Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

    Embassy of Switzerland US Interests Section, Tehran

    Certified

5. at Berne          6.      the 29 March 2023

7. by Lara Lorella
    functionary of the Swiss federal Chancellery

8. No   007911

9. Seal/stamp:                10. Signature:

    Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس

**قسمت حافظ منافع خارجی**

شماره –IE 1027

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم  جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN) 1:19-cv-00012، توسط  دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از  همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از  سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه ۱۴۰۱ (۸ مارس ۲۰۲۳ )

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه/ اصلاحیه دوم شکایت (۶ می ۲۰۱۹ )؛ ابلاغیه اقامه دعوی (۱۰ می ۲۰۱۹ ) به همراه متن قانون مصونیت های حاکمیت خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )



certify that the annexed document is executed by the genuine signature and seal of the
following named official who, in an official capacity, is empowered by the laws of
Switzerland to execute that document.

certify under penalty of perjury under the laws of the United States that the foregoing
is true and correct.

_____ Lara LORELLA _____
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____ Hayward M. ALTO _____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

April 4, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1028-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter *of Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023

Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1028-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023



## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

Certified

5. at Berne      6.     the 29 March 2023

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No 007910

9. Seal/stamp:      10. Signature:

   Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره –IE 1028

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN) 1:19-cv-00012، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک نیو یورک مفتوح می باشد. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه ۱۴۰۱ (۸ مارس ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه؛ اصلاحیه دوم شکایت (۶ می ۲۰۱۹)؛ ابلاغیه اقامه دعوی (۱۰ می ۲۰۱۹) به همراه متن قانون مصونیت های حاکمیت خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**

## SPECIFIC AUTHENTICATION CERTIFICATE



federation of Switzerland          )
n, Canton of Bern                  ) SS:
bassy of the United States of America  )

rtify that the annexed document is executed by the genuine signature and seal of the
owing named official who, in an official capacity, is empowered by the laws of
itzerland to execute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing
rue and correct.

_____Lara LORELLA_____
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____Hayward M. ALTO_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

April 4, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1029-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1029-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023



**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by           Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

Certified

5. at Berne            6.         the 29 March 2023

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No 007909

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE– 1029

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN)-00012-cv-1:19، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه ۱۴۰۱ (۸ مارس ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه؛ اصلاحیه دوم شکایت (۶ می ۲۰۱۹)؛ ابلاغیه اقامه دعوی (۱۰ می ۲۰۱۹) به همراه متن قانون مصونیت های حاکمیت خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**

SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland          )
, Canton of Bern                   ) SS:
assy of the United States of America  )


y that the annexed document is executed by the genuine signature and seal of the
ing named official who, in an official capacity, is empowered by the laws of
rland to execute that document.

 under penalty of perjury under the laws of the United States that the foregoing
and correct.


_____Lara LORELLA_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____Hayward M. ALTO_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


April 4, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1030-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1030-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023



**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by          Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

Certified

5. at Berne                    6.        the 29 March 2023

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No  007908

9. Seal/stamp:                         10. Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE – ۱۰۳۰

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوای حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN) 00012-cv-19:1، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه ۱۴۰۱ (۸ مارس ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه؛ اصلاحیه دوم شکایت (۶ می ۲۰۱۹)؛ ابلاغیه اقامه دعوی (۱۰ می ۲۰۱۹) به همراه متن قانون مصونیت های حاکمیت خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی
۲- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland                          )
rn, Canton of Bern                                  ) SS:
bassy of the United States of America  )

rtify that the annexed document is executed by the genuine signature and seal of the
lowing named official who, in an official capacity, is empowered by the laws of
itzerland to execute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.



_____ Lara LORELLA _____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


April 4, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1031-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - March 08, 2023

Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran; Second Amended Complaint (May 6, 2019), and Notice of Suit (May 10, 2019) along with the text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq.*
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1031-IE, dated March 08, 2023. The delivery of this note and its enclosures was attempted on March 15, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 15, 2023

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by          Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

### Certified

5. at Berne            6.       the 29 March 2023

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No 007907

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس

**قسمت حافظ منافع خارجی**

شماره ‐IE 1031

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان ری و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (SN)(GBD) 1:19-cv-00012، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه ‐ آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ هفدهم اسفند ماه ۱۴۰۱ (۸ مارس ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به محمد جواد ظریف، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه؛ اصلاحیه دوم شکایت (۶ می ۲۰۱۹)؛ ابلاغیه اقامه دعوی (۱۰ می ۲۰۱۹) به همراه متن قانون مصونیت های حاکمیت خارجی، فصل 28 بخش 1602 مجموعه قوانین ایالات متحده به ترتیب متوالی
۲- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران