**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
                                                :
                                                :    **1:03 MDL 1570 (GBD)(SN)**
                                                :
-----------------------------------------------------------------X

**This Document Relates to**
_**Maher, et al. v. Iran, et al.**_
**1:20-cv-00266 (GBD)(SN)**


# EXHIBIT A

to the

## AFFIDAVIT OF DENNIS G. PANTAZIS, ESQ. IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT

