**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
                                                :
                                                :   1:03 MDL 1570 (GBD)(SN)
                                                :
------------------------------------------------------------------X

**This Document Relates to**
*Grazioso, et al. v. The Taliban, et al.*
**1:22-cv-01188 (GBD)(SN)**

# EXHIBIT B

to the

**AFFIDAVIT OF DENNIS G. PANTAZIS, ESQ. IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT**

# USPS Customs Declaration and Dispatch Note

RH003749124US

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

## SENDER'S INFORMATION

Last Name: Fleming
Full First Name: Tim
Business Name: Wiggins Childs
Address-1: The Kress Bldg
Address-2: 301 19th St North
City: Birmingham
State: AL
ZIP: 35203
Sender's Telephone: 205... 0505

## ADDRESSEE'S INFORMATION

Last Name: Ambassador
Business Name: Embassy of Afghanistan
Address-1: P.O. Box 22104
Address-2: West Bay, Istoolai St.
City: Doha
Country: Qatar
Addressee's Telephone: 974 4493 2119

## SHIPMENT INFORMATION

7. Sender's Email Address: Temellon3@aol
8. Addressee's Email Address: ...

Category of Items: Document
Detailed Description: Legal Pleadings
Quantity: 1
Net Weight: 1 lb 3 oz
Value: $0

23. Sender's Signature and Date: [signature] June 21, 2023

JUN 21 2023

Form 2976-R, April 2016   PSN 7530-17-000-7992
4 – Sender's Copy

---

## PS Form 3806, Registered Mail Receipt

Registered No.: RH003749124US
Postage: $34.50
Registered Mail: $19.05
Return Receipt (hardcopy): $0.00
Return Receipt (electronic): $0.00
Restricted Delivery: $0.00
Total Postage & Fees: $53.55
Customer Must Declare Full Value: $0.00
Received by: 06/21/2023
Date Stamp: JUN 21 2023   0001 09

FROM: Doylestown PA / Wiggins Childs Quinn, The Kress Bldg, Birmingham, ALA

TO: Embassy of Afghan., West Bay Istoolai St, P.O. Box 22104, Doha Qatar

PS Form 3806, April 2015   Copy 1 - Customer

---

## UNITED STATES POSTAL SERVICE

DOYLESTOWN
8 ATKINSON DR
DOYLESTOWN, PA 18901-9998
(800)275-8777

06/21/2023                03:12 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Package Intl Service | 1 | | $34.50 |

Qatar
Weight: 1 lb 2.70 oz
Go to www.usps.com
to track your shipment
Registered #:
  RH003749124US
Registered                                $19.05
  Amount: $0.00
Total                                     $53.55



