```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Finalized versions of the default judgment motion cover sheet, standardized exhibits, and checklist can be accessed by emailing Netburn_NYSDchambers@nysd.uscourts.gov. Plaintiffs' counsel should use these forms in preparing all future default judgment motions.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:   November 14, 2023
                New York, New York