**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON**                     **Civil Action No.**
**SEPTEMBER 11, 2001**                             **03 MDL 1570 (GBD)(SN)**

                                                   **NOTICE OF APPEARANCE**

----------------------------------------------------------x

This document relates to:

> *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.,* Case No. 03-CV-9849 (GBD)(SN)
>
> *Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.,* Case No. 04-CV-7279 (GBD)(SN)
>
> *Burnett, et al. v. The Islamic Republic of Iran, et al.,* Case No. 15-CV-9903 (GBD)(SN)
>
> *Adams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11493 (GBD)(SN)
>
> *Actisdano, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11504 (GBD)(SN)
>
> *Anderson, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11509 (GBD)(SN)
>
> *Abraham, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11515 (GBD)(SN)
>
> *Abrahams, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11519 (GBD)(SN)
>
> *Arias, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11582 (GBD)(SN)
>
> *Agri, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11619 (GBD)(SN)
>
> *Barrera, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11624 (GBD)(SN)
>
> *Ando, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-11664 (GBD)(SN)
>
> *Aepelbacher, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12030 (GBD)(SN)
>
> *Adam, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12118 (GBD)(SN)
>
> *Abreu, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12318 (GBD)(SN)
>
> *Parks, et al. v. Kingdom of Saudi Arabia,* Case No. 18-CV-12322 (GBD)(SN)
>
> *Odland, et al. v. Kingdom of Saudi Arabia,* Case No. 19-CV-26 (GBD)(SN)
>
> *Arias, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-41 (GBD)(SN)
>
> *Prior, et al. v. The Islamic Republic of Iran,* Case No. 19-CV-44 (GBD)(SN)
>
> *Ortiz. v. The Islamic Republic of Iran,* Case No. 22-CV-3100 (GBD)

---

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I hereby enter my

appearance in the above-captioned cases as counsel for the Plaintiffs.

Dated: November 20, 2023                     Respectfully submitted,

/s/ *Michael J. Quirk*
Michael J. Quirk, Esq.
MOTLEY RICE LLC
40 W. Evergreen Avenue, Suite 104
Philadelphia, PA 19118
mquirk@motleyrice.com
Tel: (610) 579-9932
Fax: (856) 667-5133
*Attorney for Plaintiffs*