## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. Cozen, *Co-Chair* |
| Jodi Westbrook Flowers, *Co-Chair* | Sean Carter, *Co-Chair* |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarbutton, *Liaison Counsel* |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

**VIA ECF**

November 22, 2023

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs Executive Committees ("PECs") and counsel for the *Ashton* Plaintiffs write, to reply to Saudi Arabia's opposition (ECF No. 9446) to Plaintiffs' modest extension request (ECF No. 9445).

      Saudi Arabia acknowledges that the filing by Plaintiffs of consolidated opposition papers would be preferable, but it unreasonably opposes a modest extension for Plaintiffs to coordinate such a joint filing. Saudi Arabia's opposition ignores the complexities involved in coordinating among numerous law firms representing different clients. In the interests of justice and efficiency, Plaintiffs' respectfully submit that their request for a brief extension should be granted.

      With respect to Saudi Arabia's request for a modification of the page limits for its brief, the Court already considered this very issue and set page limits, including in the event Plaintiffs filed a consolidated brief. Plaintiffs' request for a modest extension of time provides no rationale for revisiting that ruling; if anything, the filing of a consolidated opposition by Plaintiffs would be grounds to shorten Saudi Arabia's reply. Plaintiffs therefore oppose Saudi Arabia's request.

      Despite the foregoing, Plaintiffs sought to bridge the gap between the parties by offering a compromise proposal, under which Plaintiffs would agree to a 75-page limit for Saudi Arabia's reply, provided Saudi Arabia agreed to Plaintiffs' extension request and a 30-page limit for Plaintiffs' sur-reply. Saudi Arabia rejected that reasonable compromise.

      Respectfully submitted,

COZEN O'CONNOR                                       MOTLEY RICE LLC

By: */s/ Sean P. Carter*                          By: */s/ Robert T. Haefele*

The Honorable Sarah Netburn
November 22, 2023
Page 2

---

SEAN P. CARTER
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*On behalf of the Plaintiffs' Executive Committees*

KREINDLER & KREINDLER

By: */s/ Steven R. Pounian*
STEVEN R. POUNIAN
485 Lexington Avenue, 28th Floor
New York, NY 10017
Tel.: (212) 687-8181
Email: spounian@kreindler.com

*On behalf of the Ashton Plaintiffs*

ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*On behalf of the Plaintiffs' Executive Committees*

cc:  The Honorable George B. Daniels, via ECF
     All Counsel of Record via ECF