UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court again addresses the briefing schedule and accompanying page limits for the renewed motions to dismiss filed by the Kingdom of Saudi Arabia and Dallah Avco.

    After originally insisting on separate briefing, the Plaintiffs' Executive Committees ("PECs") and Ashton counsel (together, "Plaintiffs") informed the Court that they have reversed course and plan to consolidate their submissions. See ECF No. 9445.[1] To accomplish this, they ask for a 12-day extension to each of the remaining deadlines. See id. The Kingdom opposes any delay and asks that the Court adjust the page limits for the Plaintiffs' consolidated briefs to create parity between the two sides. See ECF No. 9446. The Plaintiffs oppose page-limit reductions. See ECF No. 9447.

    Joint briefing will benefit the Court and the parties by streamlining the arguments for and against dismissal. Accordingly, the Court will extend the remaining briefing deadlines so the Plaintiffs have time to combine their separate drafts. This consolidation process will reduce the need to duplicate information across separate briefs. In recognition of that fact, the Court will also reduce the page limits for the Plaintiffs' consolidated briefing.

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.

The parties will follow this modified briefing schedule and page limits for the Kingdom's motion to dismiss:

- December 20, 2023: the Plaintiffs' opposition (70 pages);
- January 31, 2024: the Kingdom's reply (60 pages); and
- February 21, 2024: the Plaintiffs' sur-reply (20 pages).

The parties will follow this modified briefing schedule (with unchanged page limits) for Dallah Avco's motion to dismiss:

- December 20, 2023: the Plaintiffs' opposition (40 pages); and
- January 31, 2024: Dallah Avco's reply (20 pages).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 28, 2023
         New York, New York