# Exhibit B

# Schedule of Relevant Material 2023

| URN | Material Type | Description and Relevance | Redaction Notes | Initialled p234977 | Initialled G.SIMPSON |
|---|---|---|---|---|---|
| 2023-001 | EXHIBIT | EXHIBIT DPF/57 - ONE (1) VIDEO TAPE MARKED 3 BLANK - This is a VHS tape which has which has "DANCE THE MACARENA" printed on the front. There is a small white label which a hand written note which states "3 BLANK" written thereon. | | CFH | [initialled] |
| 2023-002 | EXHIBIT | EXHIBIT DPF/58 - ONE (1) VIDEO TAPE MARKED 3 - This is a VHS tape which has which has the printed label for "THE CENTURY OF WARFARE - THE WAR AT SEA 1939-1945". There is a small white label which a hand written note which states "3" with a handwritten line underneath. On the side of the tape "WAR AT SEA" among other items is printed. | | CFH | [initialled] |
| 2023-003 | EXHIBIT | EXHIBIT DPF/59 - ONE (1) VIDEO TAPE MARKED 4 - This is a VHS tape which has which has nothing printed thereon. There is a small white label which a hand written note which has "4" written thereon. On the side of the tape there is a white label with a dotted line grid. Written on the label it states "WASHINGTON TRIP 23, JUNE 99 - 4 JULY". | | CFH | [initialled] |
| 2023-004 | EXHIBIT | EXHIBIT DPF/60 - ONE (1) VIDEO TAPE MARKED 5 - This is a VHS tape which has which has "NEWS BLOOPERS" printed thereon. There is other text printed under a white label which has a hand written note which has markings and potentially has "5" written thereon. On the side of the tape "BLOOPERS : NEWS" among other items is printed. | | CFH | [initialled] |
| 2023-005 | EXHIBIT | EXHIBIT DPF/61 - ONE (1) VIDEO TAPE MARKED 6 - This is a VHS tape which has which has white lined label on the front with hand written Arabic text written thereon. There is a small white label situated above the line label which a hand written note which states "6" and "7" scribbled out. On the side of the tape there is a white lined label with hand written Arabic text written thereon. | | CFH | [initialled] |
| 2023-006 | EXHIBIT | EXHIBIT DPF/62 - ONE (1) VIDEO TAPE MARKED 7 - This is a VHS tape which has which has nothing printed thereon. There is a small white label which a hand written note which has "7" written thereon. On the side of the tape there is a white lined label with a dotted line grid. Written on the label is Arabic text. | | CFH | [initialled] |
| 2023-007 | EXHIBIT | EXHIBIT DPF/63 - ONE (1) VIDEO TAPE MARKED 8 - This is a VHS tape which has which has white lined label on the front with hand written Arabic text written thereon. There is a small white label situated to the right hand side of the line label which a hand written note which states "8". On the side of the tape there is a white lined label with a grid line. Written on the label is Arabic text. | | CFH | [initialled] |
| 2023-008 | EXHIBIT | EXHIBIT DPF/64 - ONE (1) VIDEO TAPE MARKED 9 - This is a blank VHS tape which was situated in a printed cover for "THE CENTURY OF WARFARE" On the front of the cover is a white label with a hand written note which states "9". The VHS tape has a white label on the side with "PELI" handwritten thereon. | | CFH | [initialled] |
| 2023-009 | EXHIBIT | EXHIBIT DPF/65 - ONE (1) VIDEO TAPE MARKED 10 - This is a VHS tape which was situated in a Samsung branded cover. On the front of the cover is a white label with a hand written note which states "10". The VHS tape has a blank white Samsung label on the front and a white label on the side and the handwritten text "IS NON-VEGETERIAN FOOD PERMITTED OR PROHIBITED FOR HUMAN BEING? DR ZAKIR NAIK" thereon. | | CFH | [initialled] |
| 2023-010 | EXHIBIT | EXHIBIT DPF/66 - ONE (1) VIDEO TAPE MARKED 11 - This is a VHS tape which was situated in a Maxell branded cover. On the front of the cover is a white label with a hand written note which states "11". The VHS tape has no label on the front and a white lined label on the side and the handwritten text "FAMILY ALBUM BOOK 1 EPOSODE 2 + BOOK 4 A [LINE 2] BOOK 1 EPISODE 1, 2 20, 21 [LINE 3] BOOK 2, 7, 8, 14, 15, 16, 17" thereon. | | CFH | [initialled] |
| 2023-011 | EXHIBIT | EXHIBIT DPF/67 - ONE (1) VIDEO TAPE MARKED 12 - This is a VHS tape which was situated in a SKC branded cover. On the front of the cover is a white label with a hand written note which states "12". There is no label on the front of side of the tape. | | CFH | [initialled] |
| 2023-012 | EXHIBIT | EXHIBIT DPF/68 - ONE (1) VIDEO TAPE MARKED 13 - This is a VHS tape which was situated in a TDK HS branded cover. On the front of the cover is a white label with a hand written note which states "13". On the VHS tape there is a white lined label with the handwritten text which states "1 - Cosby & Children Songs, 2 - History of the World Cup 1966-1990, 3 - Marther King, 4 - Cospy show, 5 - Ford History, 6 - Late Night, 7 - Strategic". On the side of the tape is a white label with the hand written text which states "1 - Cosby, 2 - Children Songs, 3 - History of the World Cup 1966-1990, 4 - Marther King, 5 - Cospy show, 6 - Ford History, 7 - Late Night, 8 - Strategic". | | CFH | [initialled] |
| 2023-013 | EXHIBIT | EXHIBIT DPF/69 - ONE (1) VIDEO TAPE MARKED 14 - This is a VHS tape which was situated in a SONY branded cover. On the front of the cover is a white label with a hand written note which states "14". There is a white printed label which states "PowerPoint 97 for Windows 95 Presentations" and "Viagrafix". On the side there is a white printed label which states "PowerPoint 97, Presentations" and "Viagrafix". | | CFH | [initialled] |
| 2023-014 | EXHIBIT | EXHIBIT DPF/70 - ONE (1) VIDEO TAPE MARKED 16 - This is a blank VHS tape which has a small white label on the front with a hand written note which states "V16". There is a label on the side which a hand written note which states "INTERCULTURE SECCOR DAIMYO (NBA) THE FUNNIEST AND FINEST PLAYS". | | CFH | [initialled] |

| | | | | | |
|---|---|---|---|---|---|
| 2023-015 | EXHIBIT | EXHIBIT DPF/71 - ONE (1) VIDEO TAPE MARKED 17 - This is a VHS tape which was situated in a TDK HS branded cover. The VHS tape has a white lined label which has a hand written note which states "FAMILY ALBUM NO.2 USA (FROM [11 ACT II]_26)". There is a small white label situated to the right hand side of the line label which a hand written note which states "17". On the side of the tape there is a white lined label which has a hand written note which states "FAMILY ALBUM USA 2 FROM (11 ACT II - 26". | | CFH | |
| 2023-016 | EXHIBIT | EXHIBIT DPF/72 - ONE (1) VIDEO TAPE MARKED V18 - This is a VHS tape which was situated in a printed cover for "SALAT - HOW TO PERFORM DAILY PRAYERS". On the front of the cover is a white label with a hand written note which states "V18". On the rear cover is a guide on how to perform daily prayers. On the VHS tape, there it a white printed label on the side which states "SALAT". | | CFH | |
| 2023-017 | EXHIBIT | EXHIBIT DPF/73 - ONE (1) VIDEO TAPE MARKED 19 - This is a VHS tape which was situated in a SONY branded cover. On the front of the cover is a white label with a hand written note which states "19". There is a white printed label which states "Fran Allison's Easy Phonics" among other text. On the side there is a white label with a hand written note which states "Easy Phonics". | | CFH | |
| 2023-018 | EXHIBIT | EXHIBIT DPF/74 - ONE (1) VIDEO TAPE MARKED 20 - This is a blank VHS tape which has a small white label on the front with a hand written note which states "20". There is a label on the side which a hand written note which states "TOASTMASTER 10, 25, 99 - 10, 26, 99". | | CFH | |
| 2023-019 | EXHIBIT | EXHIBIT DPF/76 - ONE (1) VIDEO TAPE MARKED 21 - This is a VHS tape which has which has a white label which Arabic writing thereon. There is also a white label above the handwritten text which states "21". On the side of the VHS tape is a white grid label with Arabic writing thereon. | | CFH | |
| 2023-020 | EXHIBIT | EXHIBIT DPF/77 - ONE (1) VIDEO TAPE MARKED 22 - This is a VHS tape which has which has a printed label for the movie '10'. There is a white label on top of the printed label with the handwritten text "22". On the side printed on the VHS is details for the movie 10. | | CFH | |
| 2023-021 | EXHIBIT | EXHIBIT DPF/78 - ONE (1) VIDEO TAPE MARKED 23 - This is a VHS tape which has etched on the front where the label would be is the word "BASKETBALL". On top of other text which is unreadable is a white label with the handwritten text "23". There is no label on the side. | | CFH | |
| 2023-022 | EXHIBIT | EXHIBIT DPF/79 - ONE (1) VIDEO TAPE MARKED 24 - This is a VHS tape which has which has a white lined label on the front with Arabic writing written thereon. On top of this there is a white label above the handwritten text which states "24". On the side if a white label with Arabic wiring written thereon. | | CFH | |
| 2023-023 | EXHIBIT | EXHIBIT DPF/80 - ONE (1) VIDEO TAPE MARKED 25 - This is a VHS tape which has which has a blank white lined label. On top of the label is a white label with the handwritten text which states "25". On the side of the VHS tape there is a dotted grid white label with the handwritten text "OMAR 4th SPEECH 9, 12, 99 - 7th 11, 2, 99. | | CFH | |
| 2023-024 | EXHIBIT | EXHIBIT DPF/81 - ONE (1) VIDEO TAPE MARKED 26 - This is a VHS tape which has which has a blank white lined label. On top of the label is a white label with the handwritten text which states "26". On the side of the VHS tape there is a white label with Arabic writing written thereon. | | CFH | |
| 2023-025 | EXHIBIT | EXHIBIT DPF/82 - ONE (1) VIDEO TAPE MARKED 27 - This is a VHS tape which has which yellow label on the front left hand side of the VHS tape. The label has printed text for Banana Video, 5601 Grossmont Centre Drive, La Mesa . In the centre of the VHS is a white label with the handwritten text which states "27". On the side of the VHS tape there is a white label with handwritten text "GENERAL NEWS". | | CFH | |
| 2023-026 | EXHIBIT | EXHIBIT DPF/83 - ONE (1) VIDEO TAPE MARKED 27 - This is a VHS tape which has which has a white label on the front of the VHS which has the hand written text "27". On the side of the VHS tape there is a white grid lined label with Arabic writing written thereon. | | CFH | |
| 2023-027 | EXHIBIT | EXHIBIT DPF/84 - ONE (1) VIDEO TAPE MARKED 28 - This is a VHS tape which has which has blank white lined label at front of the VHS. To the right hand side of the VHS is a white label with the handwritten text "28" thereon. On the side of the VHS tape is a white dotted gridline label which has the hand written text "OMAR TOASTMASTER 12-14-99 - OMAR" there is also a word written in Arabic. | | CFH | |
| 2023-028 | EXHIBIT | EXHIBIT DPF/85 - ONE (1) VIDEO TAPE MARKED 29 - This is a VHS tape which has which has printed white label on the front with Arabic text. On the right hand side of the VHS is a handwritten label with the text "29". On the side of the VHS is a printed white label with Arabic text. | | CFH | |
| 2023-029 | EXHIBIT | EXHIBIT DPF/86 - ONE (1) VIDEO TAPE MARKED 31 - This is a VHS tape which has which has blank white lined label at front of the VHS. To the right hand side of the VHS is a white label with the handwritten text "31" thereon. On the side of the VHS is a printed white label with the text "(EID EL ADHA) (EID PRAYER "BALBOA PARK" SAN DIEGO CA.5.10.95). | | CFH | |
| 2023-030 | EXHIBIT | EXHIBIT DPF/87 - ONE (1) VIDEO TAPE MARKED 32 - This is a VHS tape which has which has white label on the front with Arabic handwritten text. On the right hand side of the VHS is a handwritten label with the text "32". On the side of the VHS is a white label with handwritten Arabic text. | | CFH | |
| 2023-031 | EXHIBIT | EXHIBIT DPF/88 - ONE (1) VIDEO TAPE MARKED 33 - This is a VHS tape which has which has white lined label on the front with the handwritten text "MOSCOW ON THE HUDSON - SHAWSHANK REDEMPTION" written thereon. On the right hand side of the VHS is a handwritten label with the text "33". On the side of the VHS is a white label with handwritten text "MOSCOW ON THE HUDSON - SHAWSHANK REDEMPTION" written thereon. | | CFH | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-032 | EXHIBIT | EXHIBIT DPF/89 - ONE (1) VIDEO TAPE MARKED 34 - This is a VHS tape which was situated in a MEMOREX branded cover. On the front of the cover is a white label with the handwritten text "34" thereon. On the front of the VHS is a printed label which states "POWERTALK - VIDEO 13 BOOK 4 - PROGRAMS 37-39. On the side of the tape is a hand written label which states "POWERTALK". | | CFH | |
| 2023-033 | EXHIBIT | EXHIBIT DPF/90 - ONE (1) VIDEO TAPE MARKED 35 - This is a VHS tape which has which has blank white lined label at front of the VHS. On top of the label is a white label with the handwritten text "35" thereon. On the side of the VHS tape is a white dotted gridline label which has the hand written Arabic text. | | CFH | |
| 2023-034 | EXHIBIT | EXHIBIT DPF/91 - ONE (1) VIDEO TAPE MARKED 36 - This is a VHS tape which has which has a white label with the handwritten text "36" thereon. On the side of the VHS tape is a white label with grid lines with handwritten Arabic text thereon. | | CFH | |
| 2023-035 | EXHIBIT | EXHIBIT DPF/92 - ONE (1) VIDEO TAPE MARKED 37 - This is a VHS tape which has which has a white label with the handwritten text "37" thereon. On the side of the VHS tape is a white label with grid lines with handwritten text "LASVAGES 2000 thereon. | | CFH | |
| 2023-036 | EXHIBIT | EXHIBIT DPF/93 - ONE (1) VIDEO TAPE MARKED 38 - This is a VHS tape which has which has blank white label at front of the VHS. On the top right of the label is a white label with the handwritten text "38" underlined thereon. On the side of the VHS tape is a white dotted gridline label which has the hand written Arabic text. On the side of the VHS tape is a white label with the handwritten text "SIMILARITIES BETWEEN ISLAM & CHRISTIANITY DR ZAKIR NAIK" thereon. | | CFH | |
| 2023-037 | EXHIBIT | EXHIBIT DPF/94 - ONE (1) VIDEO TAPE MARKED 39 - This is a VHS tape which was situated in a NATIONAL branded cover. The VHS tape has a white lined label which has a hand written note in Arabic Text. There is a small white label situated to the upper right hand side of the line label which a hand written note which states "39". On the side of the tape there is a white lined label which has a handwritten Arabic text and English text which states "SCARED STRAIGHT | SCARED TEENS FROM CRIME". | | CFH | |
| 2023-038 | EXHIBIT | EXHIBIT DPF/95 - ONE (1) VIDEO TAPE MARKED 40 - This is a VHS tape which was situated in a TDK HS branded cover. The VHS tape has a blank white lined label. There is a small white label situated to the right hand side of the line label which a hand written note which states "40". On the side of the tape there is a white lined label which has a handwritten Arabic text. | | CFH | |
| 2023-039 | EXHIBIT | EXHIBIT DPF/96 - ONE (1) VIDEO TAPE MARKED 40 - This is a VHS tape which has which has "WEDDING BLOOPERS" printed on the VHS. In the upper right hand corner of the tape there is a small white label which has a handwritten note which states "40" thereon. On the side of the tape there is print text for Wedding Bloopers. | | CFH | |
| 2023-040 | EXHIBIT | EXHIBIT DPF/97 - ONE (1) VIDEO TAPE MARKED 41 - This is a VHS tape which has which has a printed label on the VHS which states "24 HOUR FITNESS - NEW MEMBER INFORMATION GUIDE". In the upper right hand corner of the tape there is a small white label which has a handwritten note which states "41" thereon. On the side of the tape there is a white lined label which has very faint Arabic text written thereon. | | CFH | |
| 2023-041 | EXHIBIT | EXHIBIT DPF/98 - ONE (1) VIDEO TAPE MARKED 42 - This is a VHS tape which has which has a small white label on the front with a handwritten note which states "42" thereon. There is no label or printing on the side. | | CFH | |
| 2023-042 | EXHIBIT | EXHIBIT DPF/99 - ONE (1) VIDEO TAPE MARKED 42 - This is a VHS tape which has which has a small white label on the front with a handwritten note which states "42" thereon. There is a white label with dotted gird lines with handwritten text which states "TOASTMASTER 03/21/00". | | CFH | |
| 2023-043 | EXHIBIT | EXHIBIT DPF/100 - ONE (1) VIDEO TAPE MARKED 43 - This is a VHS tape which has which has PRESIDENTIAL BLOOPERS" printed on the VHS. on top of this printing is a small white label which has a handwritten note which states "43" thereon. On the side of the tape there is print text for bloopers : Presidential. | | CFH | |
| 2023-044 | EXHIBIT | EXHIBIT DPF/101 - ONE (1) VIDEO TAPE MARKED 44 - This is a VHS tape which was situated in a Maxell branded cover. The VHS tape has no label on the front and a white label on the side and the handwritten text "44" thereon. There is also a Metropolitan Police Property sicker with this VHS tape. | | CFH | |
| 2023-045 | EXHIBIT | EXHIBIT DPF/102 - ONE (1) VIDEO TAPE MARKED 45 - This is a VHS tape with a small white label with a handwritten note which states "45" thereon. There is a white label on the side which states "FUN WITH NUMBERS". | | CFH | |
| 2023-046 | EXHIBIT | EXHIBIT DPF/103 - ONE (1) VIDEO TAPE MARKED 46 - This is a VHS tape which has which has white lined label on the front with the handwritten text "MUSLIM YO" written thereon. On top of that label is a handwritten label with the text "46". On the side of the VHS is a white dotted gridline label with handwritten text "MUSLIM YOU, MAY 95" | | CFH | |
| 2023-047 | EXHIBIT | EXHIBIT DPF/104 - ONE (1) VIDEO TAPE MARKED 47 - This is a VHS tape which has which has printed label for "KIDSONGS". To the upper left hand side of the label is a handwritten label with the text "47". On the side of the VHS is a printed label for "KIDSONGS" | | CFH | |
| 2023-048 | EXHIBIT | EXHIBIT DPF/105 - ONE (1) VIDEO TAPE MARKED 48 - This is a VHS tape which has which has empty label to the front which on top has a white label that is a handwritten with the text "48". On the side of the VHS is a  label with handwritten Arabic text. | | CFH | |
| 2023-049 | EXHIBIT | EXHIBIT DPF/106 - ONE (1) VIDEO TAPE MARKED 50 - This VHS tape has a printed label on the front with both English and Arabic text. The English text states "SAUDI ARABIAN TELEVIONS IN THE U.S.A. On top of this label is a white label with the hand written text "50" thereon. On the side of the tape there is a label with both English and Arabic text. The English text states "WITH COMPLIMENTS OF SAUDI TV IN THE U.S.A" | | CFH | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-050 | EXHIBIT | EXHIBIT DPF/107 - ONE (1) VIDEO TAPE MARKED 52 - This VHS tape has a black dotted grid label on the front. To the right hand side of the label, there is a small white label with handwritten text "52" thereon. There is a white label on the side with handwritten Arabic text thereon. | | CFH | |
| 2023-051 | EXHIBIT | EXHIBIT DPF/108 - ONE (1) VIDEO TAPE MARKED 53 - This is a VHS tape which was situated in a JVC branded cover. The VHS has ANTZ printed on the front and below the printing is a small white label with the handwritten text "53" written thereon. On the side of the tape is a label for BLOCKBUSTER and "PLEASE REMEMBER TO REWIND!" | | CFH | |
| 2023-052 | EXHIBIT | EXHIBIT DPF/109 - ONE (1) VIDEO TAPE MARKED 54 - This VHS tape has a printed label on the front with both English and Arabic text. The English text states "SAUDI ARABIAN TELEVIONS IN THE U.S.A. To the right hand side of this label is a white label with the hand written text "50" thereon. On the side of the tape there is a label with both English and Arabic text. The English text states "WITH COMPLIMENTS OF SAUDI TV IN THE U.S.A". | | CFH | |
| 2023-053 | EXHIBIT | EXHIBIT DPF/110 - ONE (1) VIDEO TAPE MARKED 56 - This VHS tape has a white lined label on the front with handwritten Arabic text written thereon. To the right hand side of the VHS tape is a white label which has "56" written thereon. On the side of the VHS tape is a white label with handwritten Arabic text. | | CFH | |
| 2023-054 | EXHIBIT | EXHIBIT DPF/111 - ONE (1) VIDEO TAPE MARKED NOT NUMBERED - This VHS tape has a white lined label on the front with handwritten text which states "1. FREE WILLY, 2. ALNORTE, 3. MATH, 4. VENSULA". There is no label or markings on the side. | | CFH | |
| 2023-055 | EXHIBIT | EXHIBIT DPF/112 - ONE (1) VIDEO TAPE MARKED NOT NUMBERED - This is a VHS tape which was situated in a SCOTCH branded cover. On the front of the VHS tape is white line label which handwritten text which states "1) SALET AL-EID 1995 - 2) EXPRESSIONS OF ISLAM - 3) QURAN OF THE BIBLE - 4) EXAMPLES OF MUSLIM COMM - 5) LOOKING AHEAD A VISION". On the side of the VHS tape is a white label which states "1) SALET AL-EID 1995 - 2) 6/16 EXPRESSIONS OF ISLAM - 3) QURAN OF THE BIBLE - 4) EXAMPLES OF MUSLIM COMMUNITY MOVELS IN N. AMERICA. - S.WAHAAJ A.AHDID-LATEEH S.JUMAAH - 5) LOOKING AHEAD A VISION FOR A BETTER AMERICA KANSAS CITY 1993." | | CFH | |
| 2023-056 | EXHIBIT | EXHIBIT DPF/990 - Record Photography of Exhibits DPF/57 to DPF/74 & DPF/76 to DPF/90 | | CFH | |
| 2023-057 | EXHIBIT | EXHIBIT DPF/991 - Record Photography of Exhibits DPF/91 to DPF/112 | | CFH | |
| 2023-058 | EXHIBIT | EXHIBIT ZFU/110/23 - Two (2) 4TB USB HDD. VHS tapes converted to mov video files. - Features exhibit DPF/57 to DPF/74 & DPF/76 to DPF/112. | | CFH | |
| 2023-059 | EXHIBIT | EXHIBIT MF/18 - VIDEO TAPE - Previously disclosed but now disclosing a complete copy of the video in a .MOV format | | CFH | |
| 2023-060 | EXHIBIT | EXHIBIT MF/19 - VIDEO TAPE - Previously disclosed but now disclosing a complete copy of the video in a .MOV format | | CFH | |
| 2023-061 | DOCUMENT | D882 - This is a 98 page document dated 27th September 2001 which details account details for BT Telephone Account in the name of Mr O AL BAYOUMI of 67 Highgate Street, Birmingham. This is for telephone number 01214404652 and the installation active on 15/05/01 | | CFH | |
| 2023-062 | DOCUMENT | D1249 - This is a 3 page document. Page one is a Vodaphone Contact. Page two is a letter from Aston University and the third is a BT Phone Bill. | M | CFH | |
| 2023-063 | DOCUMENT | D1695 - This is a 10 page document - This details the outgoing call for mobile 07949995692 from 15/01/2001 until 27/07/2001. | | CFH | |
| 2023-064 | DOCUMENT | D1697 - This is a 6 page document - This details the incoming call for mobile 07949995692 from 15/01/2001 until unknown date. | M | CFH | |
| 2023-065 | DOCUMENT | D2134 - This is a 8 page document - This is a Phone Examination Record regarding Exhibit NF/8 | M | CFH | |
| 2023-066 | DOCUMENT | D2752 - This is a 2 page document - This details international calls from 0121 440 4652 - MR O AL BAYOUMI, 67 Highgate Street Birmingham B12 OXP | | CFH | |
| 2023-067 | DOCUMENT | D4100 - This is a 7 page document - This is an Itemised telephone billing for "Go Bananas*" phone card found in a black holdall at 34 Dymoke St Highgate Birmingham exhibited as DSS/120 for AL BAYOUMI. | | CFH | |
| 2023-068 | DOCUMENT | D4817 - This is a 3 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) USING 0800 NUMBERS | M | CFH | |
| 2023-069 | DOCUMENT | D4819 - This is a 3 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) USING 0800 NUMBERS | M | CFH | |
| 2023-070 | DOCUMENT | D4823 - This is a 1 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) USING 0800 NUMBERS | M | CFH | |
| 2023-071 | DOCUMENT | D4825 - This is a 3 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) to 08003166888 | | CFH | |
| 2023-072 | DOCUMENT | D4828 - This is a 1 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) | | CFH | |
| 2023-073 | DOCUMENT | D4831 - This is a 3 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) to 08003166888 and 08009756091 | | CFH | |
| 2023-074 | DOCUMENT | D4833 - This is a 1 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) USING 0800 NUMBERS | | CFH | |
| 2023-075 | DOCUMENT | D4834 - This is a 7 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) to WORLDCOM | M | CFH | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-076 | DOCUMENT | D4836 - This is a 1 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) USING 0800 NUMBERS | M | CFH | |
| 2023-077 | DOCUMENT | D4839 - This is a 2 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) USING 0800 NUMBERS | M | CFH | |
| 2023-078 | DOCUMENT | D4840 - This is a 5 page document - This is a list of calls made from 01214404652 (BAYOUMI) to 08000971110 | | CFH | |
| 2023-079 | DOCUMENT | D4841 - This is a 4 page document - This is a list of calls made from 01214404652 (BAYOUMI) to 08000976500 | M | CFH | |
| 2023-080 | DOCUMENT | D4842 - This is a 5 page document - This is a schedule of calls made from 01214404652 (BAYOUMI) USING 0800 NUMBERS | M | CFH | |
| 2023-081 | DOCUMENT | D4844 - This is a 10 page document - This is a list of calls made from 01214404652 (BAYOUMI) to 08005941777 | M | CFH | |
| 2023-082 | DOCUMENT | D4845 - This is a 7 page document - This is itemised billing showing 0800 made from telephone number 01214404652 between 15/05/2001 to 06/10/2001. | M | CFH | |
| 2023-083 | DOCUMENT | D5624 - This is a 19 page document - This is a schedule of calls by date of BAYOUMI phone 01214404652 | | CFH | |
| 2023-084 | DOCUMENT | D5626 - This is a 112 page document - Telephone billing for 0121 359 3611 ext. 4716 study room, Aston University. | M | CFH | |
| 2023-085 | DOCUMENT | D5630 - This is a 5 page document - Outgoing billing for Al Bayoumi mobile 07786 391563 | M | CFH | |
| 2023-086 | DOCUMENT | D5632 - This is a 19 page document - This Relates to CampusIlnk No 0870 424 0298 at Aston University. AL-BAYOUMI paid to have this telephone installed in his personal living accommodation when he lived on Campus. | M | CFH | |
| 2023-087 | DOCUMENT | D5634 - This is a 3 page document - This is a list of calls from 'Go Bananas' telephone card Pin 2335989154 | | CFH | |
| 2023-088 | DOCUMENT | D5635 - This is a 3 page document - This is a list of calls from 'Go Bananas' telephone card Pin 8284602093 | | CFH | |
| 2023-089 | DOCUMENT | D5636 - This is a 5 page document - This is a list of calls from Alpha telecom phone card Pin 530456 | M | CFH | |
| 2023-090 | DOCUMENT | D5638 - This is a 2 page document - This is an i2 chart representing calls from Alpha telecom phone card Pin 530456 | | CFH | |
| 2023-091 | DOCUMENT | D5639 - This is a 10 page document - This is itemised billing showing usage on three (3) phone cards Pins 5741242010, 7695566930 and 6883794796 | | CFH | |
| 2023-092 | DOCUMENT | D5640 - This is a 2 page document - This is a list of calls from 'Go Bananas' telephone card Pin 11570530 | | CFH | |
| 2023-093 | DOCUMENT | D5641 - This is a 5 page document - This is a list of calls from 'Go Bananas' telephone card Pin 4953557257 | | CFH | |
| 2023-094 | EXHIBIT | EXHIBIT GH/25 - Photo Album - Previously disclosed but now disclosing a better quality scan. | | CFH | |
| 2023-095 | EXHIBIT | EXHIBIT PSS/34 - Notepad - Previously disclosed but now disclosing a better quality scan. | | CFH | |
| 2023-096 | EXHIBIT | EXHIBIT PSS/41 - Photographs - Previously disclosed but now disclosing a better quality scan. | | CFH | |
| 2023-097 | EXHIBIT | EXHIBIT PSS/50 - Miscellaneous photographs - Previously disclosed but now disclosing a better quality scan. | | CFH | |
| 2023-098 | EXHIBIT | EXHIBIT PSS/70 - Miscellaneous papers - Previously disclosed but now disclosing a better quality scan. | M | CFH | |
| 2023-099 | EXHIBIT | EXHIBIT MSJ/2 - Photographs - Previously disclosed but now disclosing a better quality scan. | | CFH | |
| 2023-100 | EXHIBIT | EXHIBIT DPF/130 - RE: Seized Video Cassettes - This is a presentation from Forensic Management Team. | | CFH | |

**DISCLOSURE COMPLETED - SIGNED:** 234977

We, DC Callum HARDEMAN (p234977) on behalf of the Metropolitan Police Service, and J. Gavin Simpson Esq., on behalf of the Plaintiffs In re Terrorist Attacks on September 11th, 2001 (03-MDL-1570), confirm the transfer of the material listed above via two (2) 4TB USB hard drives (55 video tapes) and Evidence.com. Transfer and review of the material was completed on December 8, 2023.

**DATED:** 08/12/2023   DEC·8·2023