# Exhibit C



MPS2023-058

Exhibit ZFU/110/23

4TB USB HDD 1of 2

MPS2023–058

EXHIBIT ZFU/110/23

4TB USB HDD 1 OF 2

**MPS2023-058**

**Exhibit ZFU/110/23**

**4TB USB HDD 2 of 2**

MPS2023–058

EXHIBIT ZFU/110/23

4TB USB HDD 2 OF 2