**MANDATE**

S.D.N.Y.-N.Y.C.
03-md-1570
Daniels, J.
Netburn, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand twenty-three.

Present:
> Amalya L. Kearse,
> Guido Calabresi,
> Alison J. Nathan,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
12/12/2023

In re: Kreindler & Kreindler LLP.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Kreindler & Kreindler LLP,

> *Petitioner*,

v.      23-178

Kingdom of Saudi Arabia,

> *Respondent*.

Petitioner seeks a writ of mandamus directing the district court to vacate a sanctions order and moves for leave to file a redacted public version of the petition. Upon due consideration, it is hereby ORDERED that the motion to file a redacted petition is GRANTED but the mandamus petition is DENIED because Petitioner has not demonstrated that it lacks an adequate, alternative means of obtaining relief, that its right to the writ is clear and indisputable, and that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/12/2023