

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

December 13, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY  10007

BY ECF

    Re:    *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570 (S.D.N.Y.)

Dear Judge Netburn:

    On October 6, 2023, Dallah Avco filed its renewed dispositive motion and supporting papers under seal. Dkts. 9362 *et seq.* On October 30, 2023, Dallah Avco publicly filed its memorandum and statement of facts. Dkts. 9391 *et seq.* Dallah Avco is now writing regarding its supporting declaration and exhibits, filed under seal at Dkt. 9365.

    When Dallah Avco originally filed its exhibits, it redacted social security numbers, birth dates, financial account numbers, and similar information. *Cf.* Fed. R. Civ. P. 5.2. Dallah Avco does not seek to file unredacted versions of those documents under seal. Rather, the redacted information is not material to the case, and therefore need not and should not be filed at all.

    The parties have now reviewed Dallah Avco's exhibits and agree that no additional redactions are required. The FBI agrees as well. The sole exception is a discrepancy in Exhibit 61 in which one number was redacted from the English version but not the Arabic version. Dallah Avco accordingly proposes to refile its declaration and exhibits for the public docket, with the same redactions made at Dkt. 9365 plus the correction to Exhibit 61. The Court should then strike Dkt. 9365 from the docket or maintain that filing under seal, as the Court prefers.

    All parties and the FBI consent to this approach. Plaintiffs reserve their right to challenge the confidentiality designations of any redacted material. We would be grateful if the Court would so-order this letter. We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    Robert Kry

cc:    All counsel by ECF