**Law Office of Andrew C. Lau**

264 West 40ᵗʰ Street, Suite 60ₐ
New York, NY 10018
(212) 422-1020 – Phone
(212) 422-1069 – Facsimile
www.lauferlawgroup.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 12/14/2023

**ANDREW C. LAUFER**

November 21, 2023

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD)(SN)

        *Ayala, et al. v. Kingdom of Saudi Arabia*

Dear Judge Daniels and Magistrate Judge Netburn:

As required by the Court's October 28, 2019 Amended Order Approving Notices to Conform, Short Form Complaints and Notices of Amendment (ECF Doc. 5234), we submit this letter on behalf of the *Ayala* Plaintiffs, who have filed a Short Form Complaint against the Kingdom of Saudi Arabia ("Saudi Arabia") and write to request that the action be made part of this multi-district litigation (03 MDL 1570). We will also file a Related Case Statement on the civil docket, explaining why the newly filed case is related to 03 MDL 1570.

We thank the Court for its consideration of this matter.

Respectfully,

This request is denied without prejudice because the Court has been unable to locate the Ayala v. Kingdom of Saudi Arabia case or, consequently, determine whether counsel has filed a Related Case Statement. Any new application for Ayala to be made part of the MDL should list the Ayala case number. Before filing such a request, counsel should verify that any appropriate filings, such as the Related Case Statement, have been docketed in the Ayala case.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: December 14, 2023
New York, New York