**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MD 1570 (GBD) (SN) |

**This document relates to**:
*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN)
*Havlish, et al. v. Bin Laden, et al.*, No. 03-cv-9848 (GBD)(SN)

**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, it is this _____ day of _____, 2023 ORDERED THAT:

1. Kathryn E. Ghotbi of the law firm Sher Tremonte LLP may withdraw as counsel for the Ashton Plaintiffs.

2. As of the date of this Order, no further documents, notices, or other pleadings in the action or the related actions should be served upon Kathryn E. Ghotbi.

3. The appearances of Michael Tremonte, Theresa Trzaskoma, and Noam Biale of the law firm of Sher Tremonte LLP on behalf of the Ashton Plaintiffs will remain unchanged.

_____
Hon. George B. Daniels
United States District Court Judge