# Exhibit 3

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - -

In Re:                    : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON      :
SEPTEMBER 11, 2001        :


- - -

September 20, 2018

- - -

*This Transcript Contains Confidential Material*

Videotape deposition of

JABIR KHALIFA, taken pursuant to notice,

was held at Dispute Resolution Centre, 70

Fleet Street, London, EC4Y 1EU, beginning

at 8:36 a.m., on the above date, before

Amanda Dee Maslynsky-Miller, a Certified

Realtime Reporter.



- - -



GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 14

1    reporter gave you?
2         A.   Yes, I am.
3         Q.   And do you understand that
4    this is a somewhat formal
5    question-and-answer period where I ask
6    you questions and you answer the
7    questions?
8         A.   Yes, I do.
9         Q.   And that -- will you agree
10   with me that when I ask you a question,
11   to the best of your ability you'll answer
12   the question as truthfully and honestly
13   and as fully as possible?
14        A.   Yes, sir.
15        Q.   And if you don't understand
16   something that I ask you, will you agree
17   with me that you'll let me know that so
18   that we can make sure that we get an
19   answer to a question that you understand?
20        A.   Yes, I do.
21        Q.   And in order for us to have
22   a clean record, only one of us can talk
23   at a time.  So when I ask you a question,
24   I'm going to try and wait for you to

Page 15

1    finish answering the question, but I also
2    want you to wait for me to finish asking
3    you a question so we're not talking over
4    each other.
5         Can we agree to do that?
6         A.   Yes, I'll do that.
7         Q.   One of the other things is,
8    there's a number of people in the room
9    and everybody -- and somebody on the
10   phone, and we're all interested in
11   hearing what you have to say.
12        So as your counsel indicated
13   a little while ago, as Mr. Kry indicated
14   a little while ago, I'm going to ask you
15   to try and keep your voice up, okay?
16        A.   Okay, sir.
17        Q.   And I struggle the same way,
18   so I'll try to keep my voice up, too,
19   okay?
20        A.   Okay.
21        Q.   And you indicated that you
22   understood the oath that you just took.
23   I just want to make sure that we
24   understand that when the reporter to your

Page 16

1    left and to my right asked you to repeat
2    some words that she said, that carries
3    the same weight as though if you were
4    sitting in court and you were told to
5    take an oath in court to tell the truth,
6    the whole truth and nothing but the
7    truth.
8         You understand that, right?
9         A.   Yes, I do.
10        Q.   Do you have any medical
11   conditions that would affect your ability
12   to testify here today?
13        A.   No.
14        Q.   And do you know Mr. Kry, the
15   gentleman seated to your right?
16        A.   Yes, Mr. Robert.
17        Q.   Pardon me?  Yes?
18        A.   Yes, I do.
19        Q.   And how do you know Mr. Kry?
20        A.   Because we had a meeting
21   before on this issue.  He represents a
22   law office in -- he represents the law
23   office.
24        Q.   He represents Dallah Avco,

Page 17

1    correct?
2         A.   Yes.
3         Q.   Do you understand Mr. Kry to
4    be your lawyer?
5         A.   Yes, I do.
6         Q.   He's your lawyer, too?
7         A.   Yes.
8         MR. HAEFELE:  Mr. Kry, do
9    you represent the witness as well?
10        MR. KRY:  Yes, I do.
11   BY MR. HAEFELE:
12        Q.   The other thing that I would
13   want to make sure we're clear on is that
14   when you're testifying today, I want you
15   to not guess.  If you don't know
16   something, I want you to tell me you
17   don't know something.
18        But I want you to give your
19   best recollection of things that I ask
20   about, okay?
21        A.   Yes, sir.
22        Q.   Mr. Khalifa, do you know a
23   man named Omar Al Bayoumi?
24        A.   No.

5 (Pages 14 to 17)

This Transcript Contains Confidential Material

Page 18

1        Q.   You have never met Mr. Al
2    Bayoumi?
3        A.   No.
4        Q.   Do you know of a man named
5    Omar Al Bayoumi?
6        A.   No, I don't.
7        Q.   You've never heard of the
8    name before?
9        A.   No.
10       Q.   Do you have a sense as to
11   why you were called to be here today?
12       A.   Yes.  To witness the
13   recruitment process and how we do the
14   recruitment on this --
15            MR. CARTER:  It's hard to
16   hear the witness.  Please keep
17   your voice up.
18            MR. HAEFELE:  I'm having
19   trouble hearing you, so I know
20   other folks are having trouble.
21            THE WITNESS:  I come here to
22   witness on the mechanism of the
23   process of the recruitment, how we
24   do the recruitment on the

Page 19

1    employees that's being hired for
2    PCA, Presidency of Civil Aviation.
3    BY MR. HAEFELE:
4        Q.   Do you understand that you
5    have been identified by Dallah Avco as a
6    witness, a potential witness, in the
7    litigation that we're all here about?
8        A.   Yes, I do.
9        Q.   Do you understand that
10   Dallah Avco has indicated that it may
11   have you testify in the case?
12       A.   Yes.
13       Q.   And what are the issues that
14   you understand that you are prepared to
15   testify or provide a declaration about?
16            MR. KRY:  Objection.
17   BY MR. HAEFELE:
18       Q.   Do you have some
19   understanding as to what testimony that
20   you will be called to testify on behalf
21   of Dallah Avco for?
22       A.   I'm here to testify the
23   process, the recruitment process, how the
24   recruitment, because it was going on in

Page 20

1    Dallah Avco, the Dallah Avco recruitment
2    process.
3            MR. MCMAHON:  Can we get him
4    some sort of microphone?
5            - - -
6            (Whereupon, a discussion off
7    the record occurred.)
8            - - -
9            VIDEO TECHNICIAN:  The time
10   is now 8:47.  Going off the
11   record.
12            - - -
13            (Whereupon, a brief recess
14   was taken.)
15            - - -
16            VIDEO TECHNICIAN:  The time
17   is now 8:50.  Back on the record.
18   BY MR. HAEFELE:
19       Q.   Mr. Khalifa, I just want to
20   make sure that I'm clear and I understood
21   what you said a few moments ago.
22            You never heard of a man
23   named Omar Bayoumi?
24            MR. KRY:  Objection.  The

Page 21

1    witness can answer that, but
2    should not discuss any
3    communications with counsel about
4    the case.
5            THE WITNESS:  Yes.
6            MR. HAEFELE:  Well, I do
7    want to know if he's had any
8    information imparted to him
9    about -- I don't want to know
10   about your dialogue with the
11   gentleman, but if he has
12   information about Omar Bayoumi, I
13   want to know that.
14            MR. KRY:  Mr. Khalifa, you
15   can answer whether you've
16   discussed the topic of Omar Al
17   Bayoumi with your lawyers, but
18   don't say anything more about
19   those communications, okay?
20            THE WITNESS:  Okay.  I just
21   know from my lawyer about Omar
22   Bayoumi.
23   BY MR. HAEFELE:
24       Q.   In a letter from Mr. Kry,

6 (Pages 18 to 21)

This Transcript Contains Confidential Material

Page 30

1  time period, what was Dallah Avco's
2  obligations under the ANSS contract?
3      A.   Dallah Avco's obligation is
4  to fill the vacancies that's required by
5  the ANSS project, through the project.
6          The ANSS project is supposed
7  to prepare the job descriptions and
8  requirements for the need in each
9  department.  So our mission is to
10 coordinate with our overseas recruiting
11 agencies and find out that these people
12 are available and set up the interview
13 program and mobilization program.
14     Q.   And what did -- what did the
15 ANSS project that Dallah Avco was
16 involved in, what did it entail?
17     A.   Can you clear it again,
18 please?
19     Q.   What was the purpose of the
20 ANSS contract?
21     A.   ANSS project, Dallah Avco's
22 obligation to the ANSS project is to
23 select the proper manning that fits to
24 execute the project that has been set by

Page 31

1  the ANSS program.
2      Q.   And the people who were
3  working under the ANSS project, where did
4  they work?
5      A.   They work in the ANSS
6  project in PCA, Presidency of Civil
7  Aviation, facilities or offices.
8      Q.   And where were those
9  facilities and offices?
10     A.   They were assigned through
11 the different airports and the head
12 office of Jeddah.
13     Q.   So the head office --
14     A.   The PCA head office.
15     Q.   So the head office for PCA
16 was in the Kingdom of Saudi Arabia in
17 Jeddah?
18     A.   Yes, yes.
19     Q.   And where were the airports?
20     A.   Like Jeddah airport, Riyadh
21 airport and Ta'if airport, different
22 airports.  I can't recall exactly right
23 now.
24     Q.   Are all the airports in

Page 32

1  Saudi Arabia?
2      A.   According to the need of
3  PCA, they distribute the engineers to
4  whatever airports they want them.
5      Q.   Was there any part of the
6  ANSS contract that involved any employees
7  doing any work in the United States?
8          MR. KRY: Objection.
9  Foundation.
10         THE WITNESS: No.  I don't
11 understand.  I don't know about
12 this.
13 BY MR. HAEFELE:
14     Q.   Was there any airport that
15 any ANSS employee worked at that was in
16 the United States?
17         MR. KRY: Objection.
18 Foundation.
19         THE WITNESS: The airports
20 are in the Kingdom.  So we supply
21 all the labor to work in the
22 Kingdom.
23 BY MR. HAEFELE:
24     Q.   Was there any reason, under

Page 33

1  the ANSS contract, for any of the people
2  that you recruited to do any work inside
3  the United States?
4          MR. KRY: Objection.  Lack
5  of foundation.
6          THE WITNESS: I don't
7  understand.  I don't understand
8  this.  Whether they do that in
9  ANSS, the Presidency of Civil
10 Aviation?
11         MR. HAEFELE: Mr. Kry, can
12 you explain what you're -- I'm
13 trying to fix based on what your
14 foundation is.  I'm not sure what
15 your foundation problem is.
16         MR. KRY: Right.  No
17 foundation has been laid that Mr.
18 Khalifa would have any knowledge
19 about what employees working on
20 the ANSS project are doing.
21 BY MR. HAEFELE:
22     Q.   Mr. Khalifa, did you know
23 what the people that you were recruiting
24 were supposed to be doing once you

9 (Pages 30 to 33)

This Transcript Contains Confidential Material

Page 34

1  recruited them?
2      A.   Once we recruit them, we
3  give them to the ANSS project.  And the
4  PCA is the one who knows where they work,
5  what they work and what -- they evaluate
6  them.
7          They are under the full
8  authority of the Presidency of Civil
9  Aviation.  So the Civil Aviation
10  Authority would know whether -- where
11  they work and what is their quality and
12  what is their capabilities and what is
13  their input, because they are their
14  employees.
15      Q.   And is that true, to your
16  knowledge, of all of the employees that
17  came in through Dallah Avco?
18      A.   Yes.  Those who worked
19  for -- overseas, they are coming
20  through -- from Dallah Avco to work for
21  ANSS project.
22      Q.   And is that any different,
23  to your knowledge, with regard to folks
24  who weren't recruited from overseas but

Page 35

1  came from Saudi Arabia?
2      A.   They came from overseas to
3  work in Saudi Arabia.
4          MR. KRY:  Objection to the
5  form of the question.
6  BY MR. HAEFELE:
7      Q.   Was there anybody who was
8  recruited by Dallah Avco to work on the
9  ANSS project in a capacity that involved
10  working in the United States of America?
11          MR. KRY:  Objection:  Lack
12  of foundation.  And form.
13          THE WITNESS:  I wouldn't
14  know.
15  BY MR. HAEFELE:
16      Q.   When it comes to the first
17  issue that Mr. Kry indicated you would be
18  prepared to talk about, Dallah Avco's
19  performance of its obligations under the
20  ANSS contract, do you have any
21  information with regard to how those
22  performance -- how that performance may
23  have been done or the obligations of the
24  contract with regard to people who were

Page 36

1  from Saudi Arabia as opposed to those who
2  were overseas?
3          MR. KRY:  Objection.  Vague.
4          Do you understand the
5  question?
6          THE WITNESS:  Yes, I do.
7          In the -- our understanding
8  is that we have to make sure that
9  we recruit the person that matches
10  the job descriptions set by the
11  PCA -- by the ANSS project.  And
12  we make sure that he have the
13  required criteria, such as
14  educational qualifications and the
15  work experiences that match the
16  job description set by the ANSS
17  program.
18          We make sure that the
19  candidates have what the -- the
20  certificates, which is -- which he
21  have worked, where he graduated
22  from.  And we verify that this is
23  true and correct.
24  BY MR. HAEFELE:

Page 37

1      Q.   And are all of the job
2  descriptions, descriptions of jobs either
3  at airports or at the headquarters for
4  the PCA?
5      A.   All the job descriptions
6  that set on the agreement, on the
7  contract that's been signed by the PCA
8  and Dallah Avco, which is -- I mean, the
9  ANSS project and Dallah Avco.
10          So at the beginning of the
11  project, they give you the job
12  description, the total money of the
13  program, and the mobilization time, the
14  mobilization schedule; when do you have
15  to mobilize certain engineers and when do
16  you have to mobilize.
17          Then once you bring the
18  candidates, the candidates are under the
19  full responsibility of Presidency of
20  Civil Aviation, which is ANSS project.
21  So ANSS project decides which -- where to
22  assign him and which position to give
23  him.
24      Q.   One of the other issues that

10 (Pages 34 to 37)

This Transcript Contains Confidential Material

---

Page 38

1  Mr. Kry indicated you would be prepared
2  to talk about is the -- again, the lack
3  of direction over ANSS employees.
4          Did your job, during the
5  time period '94 through 2002, put you in
6  a position where you came to understand
7  that Dallah Avco did not direct ANSS
8  employees?
9          MR. KRY:  Objection to the
10  form of the question.
11          Do you understand the
12  question?
13          THE WITNESS:  Yes.
14          The Dallah Avco
15  responsibility in my department is
16  to make sure that this gentleman
17  has been recruited according to
18  the job descriptions.  And then
19  once he passes a probation period,
20  our responsibility ends.
21          Because within the probation
22  period, they can terminate the
23  candidate if he doesn't match the
24  requirement or they don't find him

---

Page 39

1      qualified.  Then we have to
2      replace the candidate.
3  BY MR. HAEFELE:
4      Q.   And how would that apply to
5  somebody like Mr. Bayoumi, who I will
6  tell you was from Saudi Arabia and not
7  from overseas?
8          MR. KRY:  Objection to the
9  form.
10          THE WITNESS:  I wouldn't
11  know for any local recruit that
12  the Presidency of Civil Aviation,
13  they do, because they do their own
14  selection, their own -- but what
15  we do in our department is for all
16  the overseas recruits, we prepare
17  their visas, prepare their
18  contracts, prepare their
19  documentations to come to the
20  Kingdom.
21  BY MR. HAEFELE:
22      Q.   So is it the case that you
23  don't know whether or not Dallah Avco
24  directed or did not direct or supervise

---

Page 40

1  or didn't supervise an employee under the
2  ANSS contract if the person was from
3  inside of Saudi Arabia?
4          MR. KRY:  Objection.
5          Misstates the testimony.  And also
6          objection to form.
7          THE WITNESS:  No, I don't.
8  BY MR. HAEFELE:
9      Q.   Do you know whether or not
10  the job descriptions for employees
11  differed depending on whether the
12  employee was from inside the U.S. or from
13  outside -- I'm sorry, from inside the
14  Kingdom of Saudi Arabia or from outside
15  the Kingdom of Saudi Arabia?
16          MR. KRY:  Objection.  Lack
17          of foundation.
18          THE WITNESS:  I don't know
19          whether the -- what the job
20          descriptions said is very clear,
21          so we can try to source a suitable
22          candidate to meet the requirement.
23  BY MR. HAEFELE:
24      Q.   Are you familiar with a job

---

Page 41

1  description for a position called senior
2  data processing technician?
3      A.   I wouldn't recall that --
4  that phrase.  I would have to go back to
5  the job description.  I can't remember.
6      Q.   Are you familiar with a
7  title called senior data processing
8  technician?
9      A.   There's a title like that
10  but I can't recall the job description,
11  no.
12      Q.   Can you tell me generally
13  anything that you recall about what the
14  position of a senior data processing
15  technician would be called to do?
16      A.   I can't recall now.  I have
17  to go back to the job descriptions.
18      Q.   Do you know a position with
19  the title PCA/AE budget coordinator?
20      A.   No.
21      Q.   Do you know what a budget
22  coordinator would do?
23      A.   I wouldn't know just like
24  that.  But if I read the job

---

This Transcript Contains Confidential Material

Page 50

1    study and we make sure that this
2    candidates will be available.  And then
3    based on that, we make a report on how
4    many visas we'll be able to request to
5    mobilize these people and to make the
6    recruitment.
7        Q.   What is the interest in
8    recruiting people from overseas?
9        MR. KRY:  Objection to form
10   and lack of foundation.
11       THE WITNESS:  That's the
12   requirement of the ANSS project.
13   So our department is to fill the
14   positions.
15   BY MR. HAEFELE:
16       Q.   Did the people that you
17   recruited become employees of Dallah
18   Avco?
19       A.   They are the employees of
20   ANSS project.  And Dallah Avco only
21   process their documentation, their
22   salaries, their benefits.  But they are
23   under the policy and procedures set by
24   the Presidency of Civil Aviation.

Page 51

1        And we do that briefing
2    during the recruitment.  So we give them
3    an orientation, that the project that
4    they'll be working is for ANSS project
5    and not a direct employee of Dallah Avco.
6        Q.   And are you aware, if
7    someone were to approach somebody working
8    under the ANSS project that you had
9    recruited, would they identify themselves
10   as a PCA employee or would they identify
11   themselves as a Dallah Avco employee, or
12   how would they identify themselves?
13       MR. KRY:  Objection to form.
14   Lack of foundation and
15   speculation.
16       THE WITNESS:  They are told
17   that they are an employee of ANSS
18   and they work for ANSS and they
19   follow the policies and procedures
20   set by the ANSS.  And their time
21   schedule, and their mobilization,
22   their work schedule has been set
23   by ANSS.
24       So Dallah Avco only process

Page 52

1    their documentation and process
2    their payroll, their leave, their
3    vacation.  So all the policies and
4    procedures, they follow the
5    procedures set by ANSS project, by
6    PCA.
7    BY MR. HAEFELE:
8        Q.   Dallah Avco processed their
9    payroll, you said, correct?
10       A.   Yes.
11       Q.   Where did the money that was
12   used to pay the payroll come from?
13       A.   We know the project, Dallah
14   Avco, how -- where they get -- they get,
15   of course, definitely they would get from
16   the ANSS project.  And the ANSS project
17   there is payment, of course.
18       Q.   And where does the money
19   from the ANSS project come from?
20       A.   From the ANSS.  I don't know
21   how they get it, where they get it from.
22       The contract is signed with
23   ANSS under the Presidency of Civil
24   Aviation, so whatever the contract says,

Page 53

1    Dallah Avco gets their payment
2    accordingly.
3        Q.   So would it be fair to say
4    that the entity that pays for the
5    contract is the entity that provided the
6    money?
7        MR. KRY:  Objection to form.
8        Did you understand that
9    question?
10       THE WITNESS:  Come again?
11   Can you explain it again, please?
12   BY MR. HAEFELE:
13       Q.   Would it be fair to say that
14   the entity that pays for the ANSS
15   contract is the entity that's paying for
16   the payroll?
17       MR. KRY:  Objection to form.
18       THE WITNESS:  Not the
19   payroll.  I mean, in general, the
20   obligation -- Dallah Avco have got
21   obligations to fulfill.  And for
22   the fulfillment of the obligations
23   that they have, they have to be
24   paid.  And what is the payment

14 (Pages 50 to 53)

This Transcript Contains Confidential Material

Page 54

1      criteria, I wouldn't know that.
2 BY MR. HAEFELE:
3     Q.  Would it be fair to say that
4 your recruitment involved finding people
5 to fill roles for the PCA that the PCA
6 couldn't fill themselves?
7     A.  No, it is not PCA couldn't
8 fill itshemves.  It is the -- the
9 contract is that they appoint Dallah Avco
10 to do all recruitment for the ANSS
11 program.
12     Q.  Why are you recruiting only
13 from overseas?
14     A.  Because the requirement is
15 we have to -- will have certain positions
16 to be filled for -- to do the job and
17 this job, those criterias, are required
18 by PCA to bring them from outside, from
19 overseas.  That's the agreement of Dallah
20 Avco.
21     Q.  So what is the purpose of
22 the criteria for finding people from
23 overseas?
24     A.  To execute their job, their

Page 55

1 program.
2     Q.  Why from overseas?
3     MR. KRY:  Objection to form.
4     THE WITNESS:  From where
5     they bring them, then?  If they
6     have a local, they will just do
7     their own way, they won't go back
8     to our department and call for
9     candidates to bring.
10 BY MR. HAEFELE:
11     Q.  The purpose of the PCA
12 authority, it's an authority within the
13 Kingdom of Saudi Arabia that oversees the
14 maintenance and operation of airports
15 within the Kingdom?
16     A.  Yes.
17     Q.  Does it oversee the
18 maintenance and operation of airports
19 anywhere outside of the Kingdom?
20     A.  Not to my knowledge.
21 Because the labor, the employees that we
22 had them, we tell them that you will be
23 working in the Kingdom of Saudi Arabia.
24     Q.  And did you ever tell

Page 56

1 anybody that they would be working
2 outside the Kingdom of Saudi Arabia?
3     A.  No.  No.  To the contrary,
4 we tell them that you will be strictly
5 working for the ANSS program for under
6 the PCA.  And you're not supposed to work
7 for any other employer in the Kingdom.
8 They can't work outside the Kingdom,
9 within the Kingdom, even.  They can't
10 work for any other company.
11     They can only dedicated for
12 this project.  They're not supposed to
13 work any other -- after their work or
14 during the work, they cannot sign any
15 agreement with any other entity as well.
16     Q.  Who was supervising the work
17 of the people that were working on the
18 ANSS project?
19     A.  They have their management
20 team.  And each department has their own
21 supervision, definitely.  The PCA.
22     Q.  The PCA?
23     A.  Yes, PCA, their scope of
24 work they design.

Page 57

1     Q.  Are you aware of any work
2 that Dallah Avco did inside the U.S.?
3     A.  No.
4     Q.  And in any work that you did
5 with Dallah Avco, did you place anybody
6 inside the U.S.?
7     A.  No.
8     Q.  Are you aware -- I'm sorry,
9 strike that.
10     Are you aware of any
11 procedures related to seconding employees
12 from entities within the Kingdom of Saudi
13 Arabia to the ANSS project?
14     A.  I am not aware about that.
15 What we are aware is we just do a direct
16 hire from whatever we bring them, and
17 they are the employee of ANSS project.
18     Q.  Just to be clear, the ANSS
19 project is a project of the PCA?
20     A.  Yes, sir.
21     The name of the project is
22 ANSS but under the Presidency of Civil
23 Aviation.
24     Q.  And would it be fair to say

This Transcript Contains Confidential Material

Page 58

1    that Dallah Avco essentially becomes pay
2    masters for the people who are on the
3    ANSS project; in other words, they are
4    paying -- doing the processing of the
5    payment for the ANSS project?
6        A.   Can you clear it again,
7    please?
8        Q.   Probably not.
9            Would it be fair to say that
10   Dallah Avco was essentially the pay
11   master on behalf of the PCA to pay the
12   people who were doing the work under the
13   ANSS project?
14           MR. KRY:  Objection the
15   form.
16           Do you understand the term
17   "pay master"?
18           THE WITNESS:  Pay master?
19           MR. KRY:  Do you want to
20   rephrase that?
21   BY MR. HAEFELE:
22       Q.   They process the payments on
23   behalf of the PCA?
24       A.   The ANSS, the Dallah Avco

Page 59

1    pays all their salaries and benefits.
2    And when we contract them, we sign -- we
3    give them the terms and conditions that's
4    been set and agreed and approved by both
5    ANSS and Dallah Avco.
6            And then they come in with a
7    certain grade and certain salary and
8    certain benefits, and this is what the
9    Dallah Avco would be obliged to pay that
10   candidate.  It doesn't matter whether
11   Dallah Avco get paid by ANSS the revenue
12   from this or not.  That monthly you have
13   to pay his salaries and benefits.
14       Q.   Does the PCA have any
15   authority with regard to who gets hired?
16       A.   Yes.  They have the final
17   authority.  Dallah Avco cannot hire or
18   cannot place a person or a candidate if
19   it's not been approved by PCA.
20       Q.   And is the same true for
21   firing --
22       A.   Yes.
23       Q.   -- a recruit?
24       A.   Yes.

Page 60

1            And even for firing, for
2    evaluation, for moving the position,
3    upgrading, promotions, all done by
4    PCA/ANSS project.
5        Q.   Is it fair to say that all
6    the decisions about the employees get
7    made from the PCA and that Dallah Avco
8    merely facilitates those decisions?
9        A.   Yes.
10       Q.   Did Dallah Avco have
11   authority on its own to give the people
12   working under the ANSS project
13   promotions?
14       A.   No.
15       Q.   Those decisions would be
16   made by PCA?
17       A.   By PCA, and they have to be
18   supported by a document to promote him
19   from this position to this position and
20   to raise his salaries or benefits from
21   this position to this level.
22       Q.   So those decisions, whether
23   it's about benefits, salary --
24       A.   Yes.

Page 61

1        Q.   -- promotions, hiring,
2    firing, all those decisions --
3        A.   Yes.
4        Q.   -- were made by the PCA?
5        A.   And the evaluation is being
6    done by PCA.
7        Q.   Were there time sheets that
8    were kept by the employees under the ANSS
9    project?
10       A.   Exactly, I wouldn't know.
11   But, of course, they may have time
12   sheets.  That could be their internal
13   policy in the PCA, to trace their
14   attendance, maybe they have a system of
15   time sheet, or they have electronic
16   system within the PCA.  I wouldn't
17   remember that.
18           But what we understand is
19   that we make sure that he gets paid and
20   his daily working hours is, like, eight
21   hours a day, six days a week or five days
22   a week.
23           - - -
24           (Whereupon, Exhibit

16  (Pages 58 to 61)

This Transcript Contains Confidential Material

Page 70

1    Q.  I want to make sure I'm
2  understanding what you're saying.
3         If it's a local candidate,
4  ANSS does it on its own without Dallah
5  Avco; is that right?
6    A.  They just do their selection
7  and interview, and they can tell to
8  Dallah Avco that they want to place this
9  person to -- on their payroll.
10   Q.  And it would not involve
11 Dallah Avco in that circumstance?
12   A.  Dallah Avco would pay their
13 salaries per the instructions of the PCA.
14   Q.  Would the performance of the
15 obligations of the -- under the ANSS
16 contract be any different for people that
17 came in to work under the contract if
18 they were from the Kingdom versus not
19 from the Kingdom?
20       MR. KRY:  Objection to form.
21       THE WITNESS:  Can you clear
22   it again, more, please?
23 BY MR. HAEFELE:
24   Q.  Well, the topic that you've

Page 71

1  been called to testify about is Dallah
2  Avco's performance of its obligations
3  under the ANSS contract.
4        What I'm trying to find out
5  is, does that testimony change whether
6  the person who is performing is a Kingdom
7  resident versus a non-Kingdom resident?
8        MR. KRY:  Objection to form.
9        THE WITNESS:  The person
10   that has been recruited, they have
11   to be a resident.  And to have a
12   resident from overseas, we have
13   certain visas that will make him
14   have the proper residency permit.
15   We make sure that he gets that
16   residency permit, Dallah Avco.
17       And if he can't get the
18   residence permit, that means he
19   can't be in the program.  So for
20   any overseas, they have to have a
21   residence permit.
22       But for any local, say we
23   hire any person and they send to
24   Dallah Avco to process them, only

Page 72

1  process their documentations and
2  put them on their payroll system.
3  BY MR. HAEFELE:
4    Q.  Can I ask you to look back
5  at Exhibit-72, Khalifa-72, please?
6        You started to talk about
7  the second item on there, and I
8  interrupted you.
9        Can you tell me what you had
10 to say about the second item on there?
11   A.  I was going to say that I
12 don't know about --
13       MR. KRY:  Objection to form.
14       THE WITNESS:  -- Number 2.
15   And Number 3 I wouldn't know.
16 BY MR. HAEFELE:
17   Q.  Number 2 is, Dallah Avco's
18 lack of direction and supervision over
19 ANSS employees such as Omar Al Bayoumi?
20   A.  I don't know.
21       MR. KRY:  Objection.  When
22   he says "lack of direction," that
23   means "absence of direction."
24       Do you know the term "lack"?

Page 73

1        Do you understand what the word
2    means?
3        Could you please just
4    rephrase?
5  BY MR. HAEFELE:
6    Q.  What information would you
7  have to testify about regarding the issue
8  of Dallah Avco not being in a position to
9  direct or supervise ANSS employees who
10 are residents of the Kingdom of Saudi
11 Arabia?
12       MR. KRY:  Objection to form.
13       THE WITNESS:  Dallah Avco
14   have no authority on deciding
15   whether this candidate to be in
16   the program or not to be in the
17   program.
18       The full authority is on the
19   Presidency of Civil Aviation.  So
20   they do their own selection, and
21   they take full responsibility of
22   the candidates that they have.
23 BY MR. HAEFELE:
24   Q.  And based on what you

19 (Pages 70 to 73)

This Transcript Contains Confidential Material

Page 74

1    indicated earlier, would it be fair to
2    say that, regardless of whether the
3    person is a Kingdom resident or not a
4    Kingdom resident, the people who were
5    ANSS employees, Dallah Avco did not
6    provide supervision over those employees?
7        A.   Yes.
8        Q.   That's correct?
9        A.   Yes.
10       Q.   And they didn't provide
11   direction to those employees either?
12       A.   They can't give any
13   directions.  Any directions of the job
14   nature has got to be given by the ANSS
15   program.
16       Q.   And the third topic that's
17   listed on Mr. Kry's letter, or e-mail,
18   is, Dallah Avco's lack of knowledge
19   regarding Omar Al Bayoumi's activities in
20   the U.S.
21            What information do you
22   have, if anything, on that topic?
23       A.   I don't have any
24   information.

Page 75

1        Q.   Do you have any information
2    as to why the Kingdom's PCA would second
3    an employee to the ANSS project as
4    opposed to just paying the employee
5    directly to do the work?
6            MR. KRY:  Objection to form.
7        And lack of foundation.
8            THE WITNESS:  We don't work
9        on secondment.  We work on direct
10       hire.  We hire the candidate and
11       we make sure that he is within the
12       program to fill the position.  So
13       we don't recruit people on
14       secondment.
15   BY MR. HAEFELE:
16       Q.   Do you have any
17   information -- strike that.
18            Do you know why the PCA
19   would second a PCA employee to work on
20   the ANSS project as opposed to just
21   paying the employee who is already a PCA
22   employee?
23            MR. KRY:  Objection to form.
24            THE WITNESS:  I wouldn't

Page 76

1        know.
2    BY MR. HAEFELE:
3        Q.   Is there any part of the
4    ANSS project that would require an ANSS
5    employee to be physically present in the
6    United States?
7            MR. KRY:  Objection.  Lack
8        of foundation.
9            THE WITNESS:  It should be
10       in the Kingdom, and they have to
11       be paid according to his time
12       sheet, whether they have their
13       system, if they have a system of
14       time sheets.
15            And I don't think it would
16       be able to work overseas.  I mean,
17       he is recruited for that job to
18       work in the Kingdom, unless he's
19       been given a temporary job to go
20       and come back, or whatever, that
21       he's been assigned.
22   BY MR. HAEFELE:
23       Q.   Was there any part of the
24   ANSS project that would entail an ANSS

Page 77

1    employee to perform work in the United
2    States over a period of years?
3            MR. KRY:  Objection.  Lack
4        of foundation.
5            THE WITNESS:  No.
6    BY MR. HAEFELE:
7        Q.   Are you aware of any PCA
8    employees who were seconded to the ANSS
9    project?
10       A.   No.
11       Q.   Are you aware of any PCA
12   employees who were seconded to Dallah
13   Avco?
14       A.   No.
15       Q.   Are you aware of any Dallah
16   Avco employees who performed any work in
17   the United States?
18       A.   No.
19       Q.   Are you aware of any ANSS
20   employees who performed any work in the
21   United States?
22       A.   No.
23            MR. HAEFELE:  Let's take a
24   few.

20  (Pages 74 to 77)

This Transcript Contains Confidential Material

Page 90

1  officer.  That means once they make sure
2  that this candidate is on the pipeline
3  and he's arriving, that you have to
4  inform the program that this candidate is
5  in the process and he is coming, he's
6  scheduled to be on this date.
7          So they have to coordinate
8  his accommodation, coordinate the
9  accommodation, the housing, the
10  facilities, the reception, the
11  orientation under that -- the induction
12  training program.
13         Q.   Any other titles for any of
14  the other Dallah Avco employees?
15         A.   That's all.  That's all.
16         Q.   Were any of those Dallah
17  Avco employees that you just mentioned,
18  any of those job categories involve doing
19  work inside the United States?
20         A.   No.
21         Q.   Were all of those Dallah
22  Avco employees located physically in the
23  Kingdom of Saudi Arabia?
24         A.   Yes.

Page 91

1          Q.   Did Dallah Avco have people
2  who worked for Dallah Avco who held the
3  title of a data processing technician?
4          A.   No.
5          Q.   Was there a title of a
6  position within Dallah Avco titled budget
7  coordinator?
8          A.   No.
9          Q.   Was there a title within
10  Dallah Avco for a position called a DSS
11  programmer?
12         A.   No.
13         Q.   Was there a title within
14  Dallah Avco of a configuration specialist
15  or config specialist?
16         A.   No.
17         Q.   Or assistant config
18  specialist?
19         A.   No.
20         Q.   Was there a title of a
21  position within Dallah Avco called
22  contract specialist?
23         A.   No.
24         Q.   Pardon me?

Page 92

1          A.   No.
2          Q.   No?
3          Do you have any knowledge of
4  the secondment practices for seconding
5  employees from the PCA to Dallah Avco for
6  employment as a Dallah Avco employee?
7          A.   No, I don't know.
8          Q.   Are you aware of anybody
9  that was seconded from the PCA to become
10  a Dallah Avco employee?
11         A.   No, I wouldn't know.
12         Q.   The job of recruiting, how
13  did the recruiters at Dallah Avco who
14  worked for you, or, I guess -- you
15  managed the recruiters, correct?
16         A.   Yes, yes.
17         Q.   And the recruiters that you
18  managed -- strike that.
19         Did you do any recruiting
20  yourself?
21         A.   Yes.
22         Q.   All right.  When you
23  recruited, how did you go about doing
24  that?

Page 93

1          A.   Okay.  We have recruiting
2  agencies who represents us all over,
3  whether in Asia, whether in Europe.  And
4  then what we do is when we receive the
5  requisition to be filled, this vacant
6  positions from the ANSS program, then we
7  receive them with all the job
8  description.
9          And then we advise our
10  recruiting agencies to advertise, whether
11  in paper or whether in media or any other
12  means.  They have to -- their obligation,
13  the representative agencies that they
14  work with us, is to select the candidates
15  and short list the candidates and send
16  the CVs.  And sending the CV, we verify
17  them and we submit them to Presidency of
18  Civil Aviation for approval, formal
19  approval.
20         In certain cases, to shorten
21  the processing time frame, because back
22  and forth of the CVs, it was taking a
23  long time and we started losing
24  candidates.  So Dallah Avco, we

24 (Pages 90 to 93)

This Transcript Contains Confidential Material

Page 94

1  recommended to ANSS program, for any
2  recruitment trips, if they can send their
3  own delegates to do the selection and
4  interview and then on the spot they give
5  us, this candidate meets the requirement
6  and is qualified to do the job, so we
7  save time and we don't lose the
8  candidates as well.
9        Q.   I'm not sure I heard the
10 last part there.
11       You indicated that you had
12 some local agencies in Asia and Europe,
13 you said?
14       A.   Yes.
15       Q.   Did you have local agencies
16 in the United States?
17       A.   We had an agency in the
18 United States.
19       Q.   And where was the agency in
20 the United States located?
21       A.   I think it was in Texas.
22       Q.   What was that agency?
23       A.   Avco International.
24       Q.   And what did Avco

Page 95

1  International do?
2        A.   They just advertise the
3  positions that we tell them and they
4  short list the candidates, and they send
5  us the CVs that match with the job
6  description.
7        Q.   And what were the job
8  positions of the people who worked for
9  Avco International called?  What title
10 did they hold, if you know?
11       A.   I would not know.  But this
12 is recruiting company, so they do
13 recruitment.  What job titles they hold,
14 I couldn't remember.
15       Q.   And what's the relationship,
16 during the period from 1994 to 2002, what
17 relationship did Avco International have
18 with Dallah Avco?
19       A.   I wouldn't recall the dates
20 exactly, but the relations was if we have
21 to send them a requisition to fill, then
22 that's the time -- the period of
23 duration, during the time of filling the
24 positions, they had obliging Dallah Avco

Page 96

1  with the ANSS program.
2        Q.   Did Dallah Avco have any
3  role in creating Avco International?
4        A.   No.
5        Q.   Did Dallah Avco have any
6  interest in Avco International?
7        A.   No.
8        Q.   Was there any involvement
9  with the running of Avco International by
10 individuals who were officers of Dallah
11 Avco?
12       A.   No.  It is a recruiting
13 agency.  It's a recruiting section.  They
14 just do recruitment.  And then they meet
15 our requirements.  That's all.  They just
16 advertise on behalf of Dallah Avco and
17 they line up the candidates and they send
18 a CV
19       Q.   Do you know how it came to
20 be that Dallah Avco had the name "Avco"
21 in its name and Avco International had
22 the name "Avco" in its name?
23       A.   I don't know.  But it could
24 be -- it's a recruiting company, like any

Page 97

1  other recruiting company.  The Avco
2  International was doing only recruitment.
3        Q.   When you did recruiting, did
4  you travel overseas?
5        A.   Yes.
6        Q.   How often?
7        A.   According to the job
8  requirements.  I can't remember exactly
9  how many times, but many times.
10       Q.   And was it something that
11 you would travel only for a short period
12 and then return?
13       A.   Yes.
14       Q.   Was there ever any instance
15 where you -- what was the longest period
16 of time that you stayed in any one
17 particular location when you traveled?
18       A.   It depends on the number of
19 categories.  Mainly to take a long time
20 in the Asian side, where you have so many
21 candidates applying and then you have to
22 review all the CVs., and then you have to
23 call the candidates, you have to do this.
24 That takes time.

This Transcript Contains Confidential Material

Page 122

1       THE WITNESS:  I wouldn't
2   know, because our concern is to
3   fill the vacancy slots.  So if Mr.
4   Bayoumi was a local employee and
5   he was a government employee, we
6   wouldn't know to the procedure of
7   the government transactions, how
8   they handled their employees to
9   move them from department to
10  department.  I wouldn't know this.
11      Because what we know is if
12  we had a certain person from
13  Philippines and they want to
14  transfer him from department to
15  department, we just change the
16  department, the billing -- for
17  billing purpose for the overhead
18  purpose.  That's all.
19  BY MR. HAEFELE:
20      Q.   So that I'm clear, you would
21  not know --
22      A.   Yes.
23      Q.   -- because it's different
24  from the recruiting that you did?

Page 123

1       A.   Yes.
2       MR. KRY:  Objection.  Form.
3   BY MR. HAEFELE:
4       Q.   Right?
5       A.   It's different.  We don't do
6   this recruitment.
7       MR. HAEFELE:  I don't have
8   anything else.  I don't know if my
9   colleagues do, but I don't.
10      Thank you, Mr. Khalifa.
11      MR. KRY:  We will have some
12  questions, probably, for the
13  witness.
14      MR. HAEFELE:  Excuse me?
15      MR. KRY:  We will probably
16  have some questions by way of
17  clarification for the witness.
18  But let's take a break.
19      MR. CARTER:  Yes, take a
20  break.  Go ahead.
21      VIDEO TECHNICIAN:  The time
22  is now 11:25.  Going off the
23  record.
24          - - -

Page 124

1       (Whereupon, a brief recess
2   was taken.)
3           - - -
4       MR. KRY:  Before we go on
5   the record, I just wanted to note
6   one objection to the translation
7   of DA001357.
8       In the first full paragraph,
9   third line, it refers to the
10  phrase, Whose identity is shown
11  above to work in their company.
12      And we believe the correct
13  translation should be, To work
14  with them.
15      MR. HAEFELE:  Where is it?
16  To work --
17      MR. KRY:  With them.
18      VIDEO TECHNICIAN:  The time
19  is now 11:46.  Back on the record.
20          - - -
21      EXAMINATION
22          - - -
23  BY MR. KRY:
24      Q.   Thank you.  Mr. Khalifa,

Page 125

1   just a few questions to clarify.
2       Do you recall meeting with
3   your attorneys, including me, earlier
4   this week?
5       A.   Yes.
6       Q.   During that meeting, were
7   you asked by your attorneys to review
8   certain documents?
9       A.   Yes.
10      Q.   And when you were asked this
11  morning about whether you had reviewed
12  any documents in preparation for this
13  case, did you understand that question to
14  mean any documents other than the ones
15  you reviewed with your attorneys?
16      A.   Yes.
17      Q.   Mr. Khalifa, you testified
18  today about your understanding of the
19  process for recruitment of overseas hires
20  for the ANSS project.
21      Could you just explain
22  briefly what your understanding was of
23  the process for recruitment of local
24  hires for the ANSS project?

32 (Pages 122 to 125)

This Transcript Contains Confidential Material

Page 126

1      A.   Okay.  In the recruitment of
2  the local hire, actually, it doesn't come
3  to my department or my section for
4  recruitment.  Because we base it only to
5  overseas recruitment.
6          And the Presidency of Civil
7  Aviation have the full right to hire any
8  position that they want to hire locally,
9  with the local Saudis or any other
10  categories as well.
11          So in this process, if we
12  are doing the recruitment process
13  overseas, certain engineer we are
14  processing from certain country, and then
15  if the Presidency of Civil Aviation, they
16  find a candidate their own way and they
17  want to fill this position, that's the
18  note that comes to us from Mr. Bogary or
19  Mr. Samir, to stop proceeding on the
20  recruitment of this candidate because PCA
21  have already secured a local candidate.
22          And PCA have the full
23  authority to recruit on the local
24  recruits, and they have also a full

Page 127

1  authority to -- to hire any person.
2          Within the contract of ANSS,
3  there is a program called The
4  Authorization Program.  And any person
5  that's been recruited by the Presidency
6  of Civil Aviation, they have the
7  authority to hire any number that they
8  want, because they have to meet a certain
9  Saudi organization level program.  So we
10  don't have any objection on hiring any
11  candidates.
12          So what we do is we have to
13  advise our recruiting agency  if the
14  recruitment was going on farther and we
15  have already spent the money on to the
16  candidates, so then we compensate the
17  candidate if his process has been done
18  and his visa has been done, so we have to
19  stop, we cannot hire him.
20      Q.   So to the extent any
21  recruitment was being done for local
22  hires, what is your understanding of who
23  was performing those recruitment
24  functions?

Page 128

1      A.   In our understanding is the
2  Presidency of Civil Aviation, they can
3  hire a candidate.  But it reflects to the
4  overseas recruitment, and we don't
5  proceed with the candidate because they
6  can fill any other positions locally if
7  they want.
8      Q.   And are you aware of any
9  instances where you were in the process
10  of recruiting somebody from overseas for
11  a given position and you were informed by
12  the PCA that that position had been
13  filled by a local hire?
14      A.   Yes.  We receive some
15  incidents, but we don't have the
16  authority to ask them why.
17      Q.   So what happened in those
18  instances?
19      A.   They just proceed with their
20  own process, and we stop the candidates
21  that's been selected from overseas to
22  come to the Kingdom.
23      Q.   You testified earlier about
24  the salary and benefit payments that

Page 129

1  Dallah Avco processed in connection with
2  the ANSS project.
3          Is it your understanding
4  that Dallah Avco was reimbursed for those
5  payments?
6          MR. HAEFELE:  Objection to
7  form.
8          THE WITNESS:  Yes, of
9  course, the Dallah Avco get
10  reimbursed it.  It is in the
11  program cost in general.
12          So the costing for every
13  billing -- it is like, one month's
14  billing program.  So if you have
15  this man on the side, then you
16  start billing the ANSS program.
17  There is a billing process in
18  the contract, the general contract
19  of Dallah Avco with ANSS program.
20  So it would reflect on that one.
21  BY MR. KRY:
22      Q.   And, to your understanding,
23  what entity was ultimately paying those
24  reimbursements to Dallah Avco?

33 (Pages 126 to 129)

This Transcript Contains Confidential Material

Page 130

1    A.   Come again?
2    Q.   As you understand it, who or
3  what was paying those reimbursement
4  payments to Dallah Avco?
5    A.   It was paid by ANSS program,
6  by PCA, Presidency of Civil Aviation.
7  There's a billing process that they do.
8    Actually, every month or
9  every quarter they submit their billing,
10  and then they get paid.
11    Q.   You testified earlier about
12  an entity called Avco Overseas that was
13  based in Texas.
14    Do you recall that?
15    A.   Yes.
16    Q.   To your knowledge, at any
17  time between 1994 and 2002, was there any
18  corporate affiliation between Dallah Avco
19  and Avco Overseas?
20    A.   No.  The only thing is that
21  the Avco Overseas was only involved into
22  recruitment.  If they had any other
23  activities, I wouldn't know.
24    But we were only

Page 131

1  communicating with them on to our money
2  requirements and how to find these
3  candidates.
4    Q.   During 1994 to 2002, was
5  there any corporate affiliation between
6  Dallah Avco and Avco Overseas?
7    MR. HAEFELE:  Object to the
8    form.
9    THE WITNESS:  Except the
10    recruitment, I don't know any
11    other.
12  BY MR. KRY:
13    Q.   Was it your understanding,
14  during that time period, that Avco
15  Overseas was an independent contractor?
16    MR. HAEFELE:  Objection to
17    form.
18    THE WITNESS:  It was a
19    recruiting agency.  We were
20    treating them as a recruiting
21    agency, yes.
22  BY MR. KRY:
23    Q.   Was Avco Overseas a
24  subsidiary of Dallah Avco?

Page 132

1    A.   No.
2    Q.   To your knowledge, from 1994
3  to 2002, was Avco Overseas owned by any
4  company that was a corporate affiliate of
5  Dallah Avco?
6    A.   No.  They were just taking
7  the recruitment fees.
8    Q.   Was there a contract for
9  recruitment services, to your knowledge,
10  between Avco Overseas and Dallah Avco?
11    MR. HAEFELE:  Objection to
12    form.
13    THE WITNESS:  Of course
14    there is an agreement for a person
15    to recruit, then they give you
16    this certain fees for recruiting
17    this candidate.  Per candidate,
18    you get this much percent.
19  BY MR. KRY:
20    Q.   And was that specified in a
21  contract between Dallah Avco and Avco
22  Overseas?
23    A.   Yes.
24    Q.   You testified this morning

Page 133

1  about the interactions you would have
2  with Mr. Samir Magboul and Mr. Fareed
3  Bogary in connection with Dallah Avco's
4  recruiting.
5    Do you recall that
6  testimony?
7    A.   Yes.
8    Q.   To the extent Fareed Bogary
9  or Samir Magboul communicated with Alawi
10  Kamel in connection with the project,
11  would you necessarily have been a party
12  to those communications?
13    A.   Not necessarily to be a
14  party.  The only thing, maybe we
15  called -- we were called on to the
16  meetings is where Mr. Kamel chaired the
17  meeting is when there is a recruitment
18  mission and a recruitment team to
19  organize.  And we discuss about the
20  budget, and we give them our mobilization
21  plan, our recruitment plan and what would
22  be the cost involved to that program.
23    So that's the time that --
24  but the authority goes back, again, to

34 (Pages 130 to 133)

This Transcript Contains Confidential Material

Page 134

1    Mr. Samir Magboul or Mr. Fareed Bogary to
2    discuss.  But they want us to present
3    what is our plan, what is going to be our
4    cost, what is going to be the involvement
5    of mobilization, plus the time frame, how
6    long.
7           Because they are much more
8    concerned about the time frame.  Because
9    if the candidate has been recruited
10   within the time frame then they get
11   started billing the program.
12       Q.    And I believe you testified
13   earlier that you may have received from
14   Mr. Bogary or Mr. Magboul, for example,
15   instructions to hire a particular
16   recruit.
17          Did you have an
18   understanding about where Mr. Bogary or
19   Mr. Magboul would have received
20   instructions like that from?
21       A.    Obviously, they will
22   receive, because we give them certain
23   CVs, a bunch of CVs from everywhere that
24   we bring, and then they submit them to

Page 135

1    Presidency of Civil Aviation.
2           And then the Presidency of
3    Civil Aviation will send them back to Mr.
4    Samir Magboul or Mr. Bogary with an
5    attachment of the blue letter to hire, to
6    go ahead.  And that's the time when they
7    start the candidates has been officially
8    approved by the Presidency of Civil
9    Aviation.
10       Q.    And if you received those
11   documents, who would pass them on to you?
12       A.    Mr. Fareed Bogary's office.
13          MR. KRY:  Thank you.  I have
14   no further questions.
15          MR. HAEFELE:  Can I get the
16   Exhibit-72?
17            - - -
18          (Whereupon, a discussion off
19   the record occurred.)
20            - - -
21          MR. KRY:  Actually, I
22   don't -- I'm going to need a copy
23   of that.
24            - - -

Page 136

1           EXAMINATION
2              - - -
3    BY MR. HAEFELE:
4        Q.    Mr. Khalifa, I just have one
5    point of clarification I want to make
6    certain.
7           You have no knowledge of Mr.
8    Al Bayoumi, correct?
9        A.    Yes.
10       Q.    Is that correct?
11       A.    Yes.
12       Q.    And you are not in a
13   position at all to make any statements
14   regarding the last item, Number 3 on
15   Exhibit Khalifa-72, Dallah Avco's lack of
16   knowledge regarding Omar Al Bayoumi's
17   activities in the United States, correct?
18          MR. KRY:  Objection to the
19   form.
20          THE WITNESS:  I have no idea
21   at all.
22   BY MR. HAEFELE:
23       Q.    You have no information
24   regarding that topic?

Page 137

1          MR. KRY:  Objection to form.
2          THE WITNESS:  No.
3          MR. HAEFELE:  What's the
4    form?
5          MR. KRY:  The topic as
6    stated is a lack of knowledge
7    regarding Al Bayoumi, and the
8    witness has testified he has no
9    knowledge regarding Al Bayoumi.
10   BY MR. HAEFELE:
11       Q.    Do you have any testimony to
12   provide regarding the lack of knowledge
13   of Dallah Avco regarding Omar Al
14   Bayoumi's activities in the United
15   States?
16          MR. KRY:  Same objection.
17          THE WITNESS:  I have no -- I
18   have no knowledge about this.
19   BY MR. HAEFELE:
20       Q.    Is there any testimony you
21   can offer regarding that topic?
22          MR. KRY:  Same objection.
23          THE WITNESS:  I have no -- I
24   have no idea about this, about

35 (Pages 134 to 137)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

*This document relates to:*
All cases

No. 03 MDL 1570 GBD FM

**ERRATA SHEET FOR THE
DEPOSITION OF JABER KHALIFA
(SEPTEMBER 20, 2018)**

| Page and Line | Current Text | Revised Text | Reason |
|---|---|---|---|
| 25:6-7 | No, the – the Dallah Avco assign a project called the ANSS project. | No, the – the Dallah Avco signed a project called the ANSS project. | Transcription error |
| 36:18-22 | We make sure that the candidates have what the – the certificates, which is – which he have worked, where he graduated from. | We make sure that the candidates have got the – the certificates, which is – where he has worked, where he graduated from. | Transcription error; Clarification |
| 37:5-6 | All the job descriptions that set on the agreement | All the job descriptions are set on the agreement | Clarification |
| 37:12-13 | the total money of the program | the total manning of the program | Transcription error |
| 40:7 | No, I don't. | I don't know what the PCA did to direct or supervise local recruits during the recruitment process. | Understood question as pertaining to preceding response |
| 45:15 | The Mr. Riaz Khan, which was | I separately discussed this subject with Mr. Riaz Khan, who was | Clarification |
| 46:12-13 | It is, actually, Riaz Khan, I was to clarify | It is, actually, Riaz Khan, it was to clarify | Transcription error |
| 49:15-16 | the requisitions given by Dallah Avco | the requisitions given to Dallah Avco | Clarification |

1

| 56:5-6 | working for the ANSS program for under the PCA | working for the ANSS program under the PCA | Clarification |
|---|---|---|---|
| 56:11-12 | They can only dedicated for this project. | They can only be dedicated for this project. | Clarification |
| 59:2 | And when we contract them | And when we contract ANSS employees | Clarification |
| 61:5-6 | And the evaluation is being done by PCA. | Yes.  And the evaluation is being done by the PCA. | Clarification |
| 66:11-12 | we don't involve into any recruitment, local recruits | we don't get involved in any recruitment of local recruits | Clarification |
| 68:21-69:1 | ANSS have got the full authority selecting a candidate and interviewing the candidate and for wording it to Dallah Avco | ANSS have got the full authority for selecting a candidate and interviewing the candidate and forwarding it to Dallah Avco | Clarification; Transcription error |
| 69:4-6 | It is their full discretion to hire any local or any local candidate | It is ANSS's full discretion to hire any local or any local candidate | Clarification |
| 69:11-14 | it is the obligation of the ANSS, if they want to fill any of these positions local, local candidates | it is the authority of the ANSS, if they want to fill any of these positions with local, local candidates | Clarification |
| 73:15-16 | whether this candidate to be in the program | whether this candidate is to be in the program | Clarification |
| 80:2 | over 50 percent of the money | over 50 percent of the manning | Transcription error |
| 80:5-6 | Dallah Avco came, took over the company | Dallah Avco came, took over the project | Clarification |
| 80:9-11 | the staff that are already working the program to your program | the staff that are already working on the program to your program | Clarification |
| 84:2 | almost full with their money | almost full with their manning | Transcription error |
| 85:9-10 | I'm sure the money was full | I'm sure the manning was full | Transcription error |
| 88:23-24 | which is Dallah Avco would submit to ANSS | which Dallah Avco would submit to ANSS | Clarification |

| 101:7-8 | But I said our relation was with Avco Overseas | But our relation was with Avco Overseas | Clarification |
|---|---|---|---|
| 109:2-3 | who does report Mr. Al Salmi, I don't know | who does Mr. Al Salmi report to, I don't know | Clarification |
| 109:16-17 | No, it won't be.  Because we – no. | It wouldn't be usual. | Understood "usual" rather than "unusual" in question |
| 110:11-12 | He is a senior than Samir Bogary on Dallah Avco. | He is more senior than Samir or Bogary at Dallah Avco. | Clarification |
| 110:18-19 | But our contact is within the project director | But our contact is with the project director | Clarification |
| 111:5-7 | He was a senior, then Mr. Fareed Bogary or then Mr. Salmi Magboul. | He was more senior than Mr. Fareed Bogary or than Mr. Samir Magboul. | Clarification; Transcription error |
| 111:17 | No. | It would not have been usual. | Understood "usual" rather than "unusual" in question |
| 122:5-7 | we wouldn't know to the procedure of the government transactions | we wouldn't know the procedure of the government transactions | Clarification |
| 126:4-5 | Because we base it only to overseas recruitment. | Because we were only concerned with overseas recruitment. | Clarification |
| 127:3-4 | there is a program called The Authorization Program. | there is a program called the Saudization program. | Transcription error |
| 127:8-9 | they have to meet a certain Saudi organization level program. | they have to meet a certain Saudization level program. | Transcription error |
| 128:1-2 | In our understanding is the Presidency of Civil Aviation | In our understanding it is the Presidency of Civil Aviation | Clarification |
| 128:3-4 | But it reflects to the overseas recruitment | But it affects the overseas recruitment | Clarification |
| 128:14-15 | We receive some incidents | We had some instances | Clarification |
| 130:9-10 | they submit their billing, and then they get paid | Dallah Avco submits their billing, and then they get paid | Clarification |

| 131:1-2 | on to our money requirements | on our manning requirements | Clarification; Transcription error |
|---------|------------------------------|-----------------------------|-----------------------------------|
| 132:15-17 | then they give you this certain fees for recruiting this candidate | then they give you certain fees for recruiting this candidate | Clarification |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2018

_____
Jaber Khalifa