# Exhibit 4

Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST        )
ATTACKS ON              )   03-MDL-1570
SEPTEMBER 11, 2001      )   (GBD)(SN)
_____  )


WEDNESDAY, JANUARY 23, 2019

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of Riaz M. Khan, held at the offices of DLA Piper Spain, Paseo de la Castellana, 35 -2º 28046, Madrid, Spain, commencing at 9:28 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 30

1  Q.  All right. And during that '88
2  to '96 time period with the ANSS project as
3  an administrative assistant, what were your
4  responsibilities?
5      A.  The same responsibility,
6  vacations, employees' vacation, and the
7  filing system.
8      Q.  Vacations, is it price
9  indication?
10     A.  Employee vacation. Employees'
11 vacation.
12         MR. KRY: Employee vacation.
13 QUESTIONS BY MR. HAEFELE:
14     Q.  Employee vacation.
15         What else?
16     A.  And filing.
17     Q.  And filing.
18         So employee vacation and
19 filing?
20     A.  Yes.
21     Q.  Anything else?
22     A.  No.
23     Q.  And who did you work for there?
24         MR. NITZ: Objection.
25

Page 31

1  QUESTIONS BY MR. HAEFELE:
2      Q.  Who was your boss?
3      A.  Samir Magboul.
4      Q.  Was there a difference between
5  the PCA airport project and the ANSS project?
6  Strike that.
7          What was the difference between
8  the PCA airport project and the ANSS project?
9          MR. NITZ: Objection.
10         THE WITNESS: The PCA project,
11     there was -- it was the only operation
12     and maintenance cleaning project. And
13     the ANSS project is the air navigation
14     support system project.
15 QUESTIONS BY MR. HAEFELE:
16     Q.  I'm not sure I understood that
17 last part.
18         And the ANSS project is the
19 what?
20     A.  Air navigation support system
21 project.
22     Q.  Okay. And your next position
23 is from '96 to 2005 with Dallah Avco as a
24 coordinator manpower services for the ANSS
25 project, right?

Page 32

1      A.  Yes.
2      Q.  What was your responsibilities
3  as a coordinator for the manpower services?
4      A.  As a coordinator manpower
5  services, this project is belong to the ANSS
6  and navigation support system, which is
7  belong to PCA, Presidency of Civil Aviation.
8  They are sending the papers from there to
9  hire the people. So these papers work when
10 is coming approaching to their project
11 manager, whoever the project manager or the
12 project director is going to be him and after
13 that, he was forwarding the paper to me just
14 to provide the salary scales as per the
15 budgeted salary or what we have received from
16 our finance department.
17         So give the proposal request to
18 him with the document what we receive from
19 the ANSS project with the salaries mentioned
20 there of what is the minimum salary and the
21 maximum salary of that position.
22         And after that, he will give
23 the document and we will generate the offers
24 and we will send these offers to the PCA,
25 which is the ANSS project. And after that,

Page 33

1  they will return back and the same document
2  will be transferred to the HR department to
3  enter in the company computer system.
4      Q.  What was your job
5  responsibilities as coordinator?
6      A.  Coordinator, as I told you,
7  when we received the paper from the PCA, that
8  is coming to the project director, and
9  project director is marking the paper to me
10 to arrange -- ask for the request what is
11 given and then his offer.
12     Q.  The term "manpower services,"
13 is that a segment of the ANSS project?
14         How would you describe manpower
15 services with -- within the structure of the
16 ANSS project?
17         MR. NITZ: Objection.
18         THE WITNESS: Actually, this is
19     from the Dallah side, ANSS project
20     they have the two parts: One part
21     is -- which is belong to the PCA Civil
22     Aviation and the -- I working belong
23     to Dallah Avco.
24 QUESTIONS BY MR. HAEFELE:
25     Q.  So there's a part of the ANSS

9 (Pages 30 to 33)

Highly Confidential - Subject to Further Confidentiality Review

Page 38

```
 1        A.   Let me see.  I don't know what
 2   it is.
 3        Q.   Do you know what any of the
 4   positions were in the ANSS project under the
 5   PCA?
 6             MR. NITZ:  Objection.
 7             THE WITNESS:  No, I don't
 8        really remember.  It was so many
 9        positions.
10   QUESTIONS BY MR. HAEFELE:
11        Q.   All right.  Do you know what a
12   senior contract specialist is?
13        A.   No.
14        Q.   No?
15        A.   No.
16             (Khan Exhibit 86 marked for
17        identification.)
18   QUESTIONS BY MR. HAEFELE:
19        Q.   Mr. Khan, I'm showing you an
20   exhibit I've marked as Exhibit Khan 86.
21             This is a document that was
22   produced by Dallah Avco, and it's Bates
23   stamped DA000099 with a term "Notice of
24   Employment" in bold at the top.
25             Have you seen this document
```

Page 39

```
 1   before?
 2             MR. NITZ:  Objection.
 3             You can answer other than to
 4        the extent that you've seen it in
 5        conversations with your lawyers.
 6   QUESTIONS BY MR. HAEFELE:
 7        Q.   Well, to the extent that you've
 8   seen it at all.  If you've seen it at all,
 9   I'm entitled to know.
10        A.   This is a general document,
11   what we are using for the Dallah Avco.  Our
12   HR department using this document, general
13   document, to enter the employee data in the
14   computer.
15        Q.   All right.  So you don't recall
16   whether you've actually seen this particular
17   document before; is that right?
18        A.   No.  General documents, the
19   general documents.
20        Q.   You've seen documents like
21   this?
22        A.   Like this, yes, and like this
23   we was using.
24        Q.   All right.  In looking at the
25   upper left side of the document, that is a
```

Page 40

```
 1   Dallah Avco logo on the document, right?
 2        A.   Yes.
 3        Q.   And on the next line and to the
 4   right side of the document, there's an
 5   indication that the date on the document is
 6   6 June 1995, right?
 7        A.   Yes.
 8        Q.   And on the next line down where
 9   it says "Employee Names," the document
10   indicates it's a notice of employment -- that
11   this notice of employment is about Omar
12   Al-Bayoumi, right?
13             MR. NITZ:  Objection.
14             THE WITNESS:  As written there,
15        Omar Al-Bayoumi.
16   QUESTIONS BY MR. HAEFELE:
17        Q.   It indicates it's about Omar
18   Ahmed Mustafa Al-Bayoumi, correct?
19        A.   This is the general document,
20   as I told you, using for all the employees.
21        Q.   Okay.  Well, can we look down
22   on the bottom left-hand side under where it
23   say "Approval," and it says "Base/Site
24   Manager"?
25        A.   Yes.
```

Page 41

```
 1        Q.   Can you tell me whose signature
 2   that is?
 3        A.   This is my signature.
 4        Q.   That's your signature, correct?
 5        A.   Yes.
 6        Q.   So at some point in time, you
 7   must have seen this document to sign it,
 8   correct?
 9             MR. NITZ:  Objection.
10             THE WITNESS:  As I told you,
11        this is the general document, so for
12        all the employees we have to look at
13        this.
14   QUESTIONS BY MR. HAEFELE:
15        Q.   Let me ask this.  Your hands
16   must have been on this document to sign it,
17   correct?
18             MR. NITZ:  Objection.
19             THE WITNESS:  Yes, I sign this
20        document.
21   QUESTIONS BY MR. HAEFELE:
22        Q.   You signed this document,
23   correct?
24        A.   Yes.
25        Q.   And what does your signature
```

11 (Pages 38 to 41)

Highly Confidential - Subject to Further Confidentiality Review

Page 46

```
 1          the notice.  This is just the name of
 2          the notice of employment, general
 3          document, to enter the data in
 4          computer.
 5     QUESTIONS BY MR. HAEFELE:
 6          Q.   What's the purpose of a
 7     document called "Notice of Employment"?
 8          A.   Really, I don't know about
 9     that.
10          Q.   And you don't know to whom it
11     was providing notice of employment?
12              MR. NITZ:  Objection.
13              THE WITNESS:  No, they are not
14          providing to anybody.  HR, just they
15          are making to enter the employee
16          document.
17     QUESTIONS BY MR. HAEFELE:
18          Q.   The indication just under where
19     it says "Notice of Employment" says "new
20     hire."
21              What does that mean?
22              MR. NITZ:  Objection.
23              THE WITNESS:  New hire means
24          for the new employee.
25
```

Page 47

```
 1     QUESTIONS BY MR. HAEFELE:
 2          Q.   So would this be indicating
 3     that Mr. Bayoumi was a new -- new employee?
 4              MR. NITZ:  Objection.
 5              THE WITNESS:  It is written
 6          here new hire.
 7     QUESTIONS BY MR. HAEFELE:
 8          Q.   So was this an indication that
 9     the first time that Mr. Bayoumi became an
10     employee through Dallah Avco to the ANSS
11     project --
12              MR. NITZ:  Objection.
13     QUESTIONS BY MR. HAEFELE:
14          Q.   -- was June the 6th in 1995?
15              MR. NITZ:  Objection.
16              THE WITNESS:  As per written
17          there here.
18     QUESTIONS BY MR. HAEFELE:
19          Q.   Is that right?
20          A.   As per mentioned here.
21          Q.   Where it says "Assigned Site,"
22     and it says "210051-JED."
23              What is assigned site?
24              MR. NITZ:  Objection.
25              THE WITNESS:  201?
```

Page 48

```
 1     QUESTIONS BY MR. HAEFELE:
 2          Q.   Well, let me just ask you what
 3     does the term "assigned site" mean?
 4              MR. NITZ:  Objection.
 5              THE WITNESS:  Assigned site,
 6          this is by the PCA.
 7     QUESTIONS BY MR. HAEFELE:
 8          Q.   I don't understand.
 9              What is an assigned site as
10     used in Khan 86?
11          A.   Yes.  Assigned site actually is
12     as per the contract.  They've given the
13     document they are providing for the hiring,
14     you hire the people, for the assigned site is
15     going to be assigned for this site.  They
16     have been many departments above that.  They
17     have the many sites above that, so that is
18     stating the assigned site.
19          Q.   Is all of the information
20     that's in here on Khan 86 something that is
21     provided to Dallah Avco from the PCA?
22          A.   Yes.
23               Actually, this document has
24     been created the instruction from the PCA --
25     without the PCA authorization, we are not
```

Page 49

```
 1     creating any document about this.
 2              Dallah had the contract with
 3     the PCA, and PCA they are sending the
 4     normally letter, general letter, to hire the
 5     people or terminate the people or
 6     promotion -- to give the promotion to people.
 7     They are sending the people on the basis that
 8     paper, Dallah, they are preparing the paper
 9     under instruction from the PCA.
10          Q.   When you say "on the basis of
11     that paper," you're talking about the
12     contract with the PCA?
13          A.   Yes.
14          Q.   When it says "department" and
15     then it says "Jeddah sector," what is
16     department?
17          A.   As I told you, they have the
18     many departments in the contract as per the
19     contracts, they are writing the Jeddah.
20     Because as per the ANSS contract, it was
21     the administrators, they are working the
22     people in the Jeddah, they're working people
23     in Dammam, they have people working Abha,
24     people working in Riyadh, and people working
25     in Dive and people working was in the Medina.
```

13 (Pages 46 to 49)

Highly Confidential - Subject to Further Confidentiality Review

Page 50

1   Q.   And the Jeddah sector --
2   A.   And the Jeddah sector is
3   working the Jeddah head office PCA.
4   Q.   So the Jeddah sector is
5   something that's defined by PCA?
6   A.   PCA.
7   Q.   And on the right-hand side, if
8   I go down about two-thirds of the way down
9   where it says "Basic Salary and
10  Transportation Allowance," are those numbers
11  that were defined by the PCA as well?
12  A.   Yes.
13  Q.   And where it says under remarks
14  "Work Schedule" on the left-hand side about
15  two-thirds of the way down, it says "work
16  schedule, eight hours per day."
17       Do you see that?
18  A.   Yes.
19  Q.   Is that something that was
20  defined by the PCA as well?
21  A.   This is the general -- the
22  rules for the -- to work the eight hours per
23  day.
24  Q.   All right.  Where it says "Job
25  Title" on the upper right-hand side, senior

Page 51

1   data -- or is it processing technician?  Is
2   that -- see where it says "SNR DATA PROC
3   technician."
4       Do you see that?
5   A.   Yes.
6   Q.   Is that senior data processing
7   technician?
8   A.   This looks senior data
9   processing technician.
10  Q.   All right.  And is that --
11  A.   And it's provided by the PCA.
12  Q.   And they would have indicated
13  that that's the position that they wanted
14  Mr. Bayoumi assigned to?
15      MR. NITZ:  Objection.
16      THE WITNESS:  If you look at it
17  with me, the employee's name is
18  written there Omar Ahmed Mustafa
19  Al-Bayoumi.
20  QUESTIONS BY MR. HAEFELE:
21  Q.   Is the job title something that
22  the PCA told Dallah Avco to assign to
23  Mr. Bayoumi?
24  A.   Yes.
25      Generally we are looking now

Page 52

1   because of the -- in front is the paper of
2   the Mr. Al-Bayoumi, and we're talking about
3   the senior data processing, which was the job
4   title, and generally mostly they are
5   providing the job title for the -- each and
6   every one who assign for the PCA.
7   Q.   And who made the decision to
8   hire the individual that's identified on the
9   notice of employment?
10      MR. NITZ:  Objection.
11      THE WITNESS:  PCA.
12  QUESTIONS BY MR. HAEFELE:
13  Q.   Do you know what qualifications
14  are necessary for that particular position?
15  A.   I don't remember.
16      (Khan Exhibit 87 marked for
17  identification.)
18  QUESTIONS BY MR. HAEFELE:
19  Q.   Sir, I'm showing you what's
20  been marked Khan 87.
21      Khan 87 --
22      MR. NITZ:  Excuse me, can I
23  have a copy of that, please?
24      MR. HAEFELE:  Oh, yeah, sure
25  can.  I'm sorry.

Page 53

1       MR. NITZ:  That's okay.  Thank
2   you.
3   QUESTIONS BY MR. HAEFELE:
4   Q.   Khan 87 is a document that was
5   produced by Dallah Avco with a Bate stamp
6   DA000294, and it bears a title "Final
7   Settlement."
8       Mr. Khan, have you seen a
9   document like this before?
10  A.   Yes, this is the general
11  procedure.
12  Q.   What do you mean "this is the
13  general procedure"?
14  A.   General paperwork.  This is the
15  general form using by the finance department.
16  Q.   And what does a final
17  settlement represent as indicated in Khan --
18  I'm sorry, what did we do it?  Khan 87?
19      What does a final settlement
20  represent as indicated on Khan 87?
21  A.   If it's the final settlement,
22  that means it's the employee terminate, when
23  he's finished the contract.
24  Q.   All right.  Do you remember
25  when Mr. Bayoumi finished his contract?

14 (Pages 50 to 53)

Highly Confidential - Subject to Further Confidentiality Review

Page 58

1   Q.   So JV HQ Jeddah is a PCA
2   entity?
3   A.   PCA headquarter.
4   Q.   And whose signature is over the
5   spot where it says "Manager
6   Name/Title/Signature"?
7       Is that the signature Arp
8   Karli?
9   A.   Yes, looks like Arp Karli.
10  Q.   And was Arp Karli the manager?
11  A.   Manager for contract and
12  finance department.
13  Q.   I'm sorry, what was Mr. Karli's
14  position?
15  A.   Karli's position, director
16  finance and control department in PCA.  Which
17  is the short form they are calling CFC.
18  Q.   So the CFC is a PCA department?
19  A.   PCA department.
20  Q.   And Mr. Karli was an employee
21  of the Kingdom of Saudi Arabia's PCA?
22      MR. NITZ:  Objection.
23      THE WITNESS:  Yes.
24  QUESTIONS BY MR. HAEFELE:
25  Q.   And does this document here

Page 59

1   indicate that the first day that Mr. Bayoumi
2   reported for work was 6 June 1995?
3       MR. NITZ:  Objection.
4       THE WITNESS:  As is written
5   there 6 June '95.
6   QUESTIONS BY MR. HAEFELE:
7   Q.   And I take it that you don't
8   know what job Mr. Bayoumi reported for,
9   right?
10  A.   Oh, really I don't know about
11  that.
12      Even though, excuse me, if I
13  can explain, you know, they're not really
14  indicating this is the person is reporting
15  and what they are doing.  Generally is the
16  work the employees going to the PCA they're
17  reporting there and what they are doing, we
18  don't know about that.  They are working for
19  them, and they're supervising about that.
20  They're the responsible for them, PCA.
21  Q.   Okay.  But just to clarify,
22  Mr. Karli is an employee of the -- of the
23  PCA, right?
24      MR. NITZ:  Objection.
25      THE WITNESS:  PCA employee.

Page 60

1       (Khan Exhibit 89 marked for
2   identification.)
3   QUESTIONS BY MR. HAEFELE:
4   Q.   Mr. Khan, I'm showing you a
5   document that's been marked Khan 89.  And
6   this is a document that was produced in the
7   litigation by Dallah Avco with the Bates
8   number DA000098.
9       It has the Dallah Avco
10  letterhead on it, right?
11  A.   Yes.
12  Q.   And similar to --
13  A.   Similar to the 86.
14  Q.   Pardon me?
15  A.   Similar to the 86.
16  Q.   Yes, similar to 86, Khan 86.
17      This is a notice of employment,
18  correct?  Correct?
19  A.   Yes, sir.
20  Q.   And in this notice of
21  employment, it indicates below the notice of
22  employment that's it's a rehire-MM.
23      Do you know what that means?
24      MR. NITZ:  Objection.
25      THE WITNESS:  Yeah, rehire

Page 61

1   means he the -- man, he was terminated
2   and again rehired.  So they said
3   rehire -- MM is for the man month,
4   which is the position for -- that
5   belong to the man month civil aviation
6   PCA position.
7   QUESTIONS BY MR. HAEFELE:
8   Q.   What's man month position?
9   A.   They call them man month
10  position in the contract, PCA contracts.
11  Q.   And what is a man month
12  position?
13  A.   Actually, they was calling
14  about it a man month position, so I don't
15  really know about that what it indicated as a
16  man month.
17  Q.   So you don't know what man
18  month means?
19  A.   No idea.
20  Q.   Do you know how many people had
21  positions in the man month position?
22      MR. NITZ:  Objection.
23      THE WITNESS:  Really, I don't
24  remember what it was.  I think
25  1,400-some employees was working

16 (Pages 58 to 61)

Golkow Litigation Services - 1.877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review

Page 102

1  Q. Was vacation time something
2  that had value?
3      In other words, if vacation was
4  not used, did the employee get paid for that
5  time?
6  A. If not used?
7  Q. Yes.
8      Let me rephrase it. Just
9  giving you an example, Mr. Bayoumi, according
10 to Khan 95, had 30 calendar days per year
11 vacation, right? Correct?
12 A. Yes.
13 Q. And if Mr. Bayoumi indicated
14 that he never took any vacation time, would
15 he get paid for that, those 30 days?
16 A. I don't have any idea about
17 that.
18 Q. Who tracked the vacation time?
19 A. Sorry?
20 Q. Who tracked an employee's
21 vacation time?
22 A. PCA.
23 Q. PCA did?
24 A. (Witness nods head.)
25 Q. So whether or not an employee

Page 103

1  took a day off or took any vacation time,
2  that would be something that was reported to
3  and tracked by the PCA and not Dallah Avco?
4  A. PCA.
5  Q. And would that information be
6  given to Dallah Avco in any manner to do
7  paperwork related to the vacation time?
8  A. Yes.
9  Q. And how would that be done?
10 A. PCA, they will send the
11 employee's vacation -- is going on the
12 vacation so-and-so date.
13     (Khan Exhibit 96 marked for
14     identification.)
15 QUESTIONS BY MR. HAEFELE:
16 Q. Mr. Khan, I'm giving you a
17 document that's been marked as Khan 96, which
18 is also a document that was produced in this
19 litigation by Dallah Avco bearing a Bates
20 number DA000600.
21     Do you see that?
22 A. Yes.
23 Q. And this is a document on the
24 letterhead of the Kingdom of Saudi Arabia's
25 Ministry of Defense and Aviation PCA, right?

Page 104

1  A. Yes.
2  Q. And this is one of the requests
3  for modification and/or authorization of
4  contract/agreements, right?
5      This is similar to some of the
6  documents we've looked at previously?
7  A. Similar to the 93.
8  Q. And this is a Kingdom of Saudi
9  Arabia PCA authorization contract listing an
10 effective date of 13 April 2000 for
11 Mr. Bayoumi to be hired to a position as
12 assistant configuration specialist, right?
13 A. Yes.
14 Q. Or at least a system config
15 spec.
16     Do you know what that job is?
17 A. I don't know about that.
18 Q. Is that a position that's a PCA
19 position?
20 A. PCA position.
21 Q. And the tasks --
22 A. Tasks of PCA.
23 Q. And the tasks of an assistant
24 config spec are tasks that would be defined
25 by the PCA?

Page 105

1  A. Yes.
2  Q. The Kingdom's Director General
3  of the PCA Airways Engineering signed the
4  document on the bottom right -- or on the --
5  I'm sorry, on the bottom right?
6  A. Yes.
7  Q. And that's Mohammed Ahmed
8  Al-Salmi?
9  A. Engineer Mohammed Ahmed
10 Al-Salmi.
11 Q. And a handwritten note on this
12 says, "Riaz, PLS handle."
13     That's, "Riaz, please handle,"
14 right?
15 A. Yes.
16 Q. Is it fair to say this was a
17 task that was referred to you to perform as
18 well?
19 MR. NITZ: Objection.
20 QUESTIONS BY MR. HAEFELE:
21 Q. I'm sorry, yes?
22 A. Yes.
23 Q. Who decided to assign
24 Mr. Bayoumi the position as assistant config
25 spec?

27 (Pages 102 to 105)

Golkow Litigation Services - 1.877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review

### Page 126

```
 1    PCA does?
 2        A.   No.
 3        Q.   Do you know what they did in
 4    regard to the ANSS project?
 5        A.   No idea.
 6        Q.   Do you know what their role was
 7    with regard to the ANSS project to the extent
 8    that you dealt with them?
 9        A.   No, I don't know.
10              MR. NITZ:  Objection.
11              (Khan Exhibit 101 marked for
12         identification.)
13    QUESTIONS BY MR. HAEFELE:
14        Q.   I'm showing you what's been
15    marked DA -- I'm sorry, what's been marked as
16    Khan 101.  And it is a document produced by
17    Dallah Avco with Bate stamp DA000083, and it
18    is on the PCA's letterhead, right?
19        A.   Yes.
20        Q.   Again, there's a notation on it
21    that says, "Riaz, please handle," right?
22        A.   Yes.
23        Q.   And this is one of the requests
24    for modification and/or authorization of
25    contract agreement, right?
```

### Page 127

```
 1        A.   Generally it is coming this
 2    letter.
 3        Q.   Generally what?
 4        A.   General letter is coming like
 5    that.
 6        Q.   All right.  This is similar to
 7    the request for modification that we've seen
 8    previously, right?
 9        A.   Sorry?
10        Q.   This is a document similar to
11    the request for modifications --
12        A.   Yes.
13        Q.   -- that we've seen previously,
14    right?
15        A.   Yes.
16        Q.   When it says "request for
17    modification coming from PCA to Dallah Avco,"
18    was it actually a request, or was it
19    something you were supposed to do?
20              Typically a request is a
21    polite, you know, I'm asking you to do
22    something but you don't have to do it.
23              When you got a request for
24    modification like this document is titled,
25    was this something you had to do, or was it
```

### Page 128

```
 1    simply a request, or was it essentially a
 2    demand, do this?
 3              MR. NITZ:  Objection.
 4              THE WITNESS:  Really, I don't
 5         have any idea about that.
 6    QUESTIONS BY MR. HAEFELE:
 7        Q.   Well, let me ask you this:
 8    When you received a request for modification
 9    and you were told, "Riaz, please handle," was
10    it something you could reject and say, "No,
11    I'm not going to do what this thing says to
12    do"?
13        A.   No, we cannot reject this one.
14        Q.   And this document is also about
15    Omar Al-Bayoumi, right?
16        A.   Yeah, he's written his name
17    there.
18        Q.   And is it -- the effective date
19    on the document is 12 May 20 -- 12 May 2002?
20        A.   12 May 2002.
21        Q.   And it was a -- the request was
22    to terminate Mr. Al-Bayoumi, right?
23        A.   Yes.
24        Q.   That means fire him, right?
25        A.   Terminate means firing.
```

### Page 129

```
 1        Q.   That would be to fire him as of
 2    12 May 2002?
 3        A.   Yes.
 4        Q.   So where it says in the top box
 5    there, the third one down, you are authorized
 6    to take the necessary actions as indicated,
 7    and in the box next to terminate is marked
 8    that means -- you're author -- the PCA is
 9    authorize --
10        A.   The PCA, they are authorizing.
11        Q.   So this is a document where the
12    Kingdom was instructing Dallah Avco to fire
13    Mr. Bayoumi from his position as a senior
14    contract specialist on the ANSS project
15    effective 12 May 2002, right?
16        A.   Yes, is written here.
17        Q.   Did the Kingdom make the
18    decision to terminate Mr. Bayoumi from his
19    position on the ANSS project?
20        A.   Generally the PCA, they are
21    making the decision employees to terminate
22    and to hire as I told you here.
23        Q.   The PCA is --
24        A.   The PCA, yes.
25        Q.   So when I'm saying PCA --
```

33 (Pages 126 to 129)

Golkow Litigation Services - 1.877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review

Page 162

1  refresh your memory as to anything about your
2  testimony?
3      A.  No, I don't think so.  I don't
4  remember.
5      Q.  Okay.  And have you done your
6  best to answer all of my questions today to
7  the best of your ability?
8      A.  Yes, I will try my best because
9  this is a long time -- very long time, the
10 project is almost -- is very long, and I
11 tried my best to answer.
12     Q.  As we sit here today, do you
13 recall Mr. Bayoumi?
14     A.  Sorry?
15     Q.  Do you recall Mr. Bayoumi?
16     A.  No, I could {sic} recall the
17 general employees.
18     Q.  Do you recall that he worked on
19 the ANSS project?
20     A.  He work on ANSS project, PCA.
21         MR. HAEFELE:  All right.  Thank
22 you.  I don't have any other
23 questions, but I think your counsel
24 may have some questions for you.
25

Page 163

1         CROSS-EXAMINATION
2  QUESTIONS BY MR. NITZ:
3      Q.  Thank you.
4          Mr. Khan, if you could take a
5  look at Exhibit 103, please.
6      A.  Yes, sir.
7      Q.  And if you look on the left
8  side of that document, it says "Payments,"
9  and then listed under Payments there is four
10 lines, and it says, "Basic Salary, Housing
11 Allowance, Other Allowance, Transportation,"
12 and I believe Mr. Haefele talked to you about
13 housing allowance and transportation.  I
14 wanted to direct your attention to Other
15 Allowance.
16         Do you see that?
17     A.  Yes, it is written here.
18     Q.  Who determined how much of an
19 other allowance to pay?
20     A.  PCA there this one.
21     Q.  Okay.  And in your experience
22 on the ANSS project, was there ever an
23 instance where Dallah Avco made a payment to
24 an ANSS employee that was not directed by the
25 PCA?

Page 164

1      A.  No.
2          MR. NITZ:  Can we take a quick
3  minute?
4          VIDEOGRAPHER:  The time is now
5  1:20.  We're going off the record.
6  (Off the record at 1:20 p.m.)
7          VIDEOGRAPHER:  The time is now
8  1:20.  Back on the record.
9          MR. NITZ:  That's all we have.
10         REDIRECT EXAMINATION
11 QUESTIONS BY MR. HAEFELE:
12     Q.  Just as a follow up to that.
13 In your experience at the -- at Dallah Avco,
14 what is the other allowance that PCA
15 determined to be paid?  What fell into that
16 category of Other Allowance?
17     A.  The PCA there was given the
18 allowance because the -- some of the
19 categories, they're not authorized to get
20 overtime.  And instead of the overtime, they
21 are paying the other allowance, which you can
22 call the overtime amount.
23     Q.  So in this instance, the other
24 allowance, for example -- strike that.
25         For example, if we look at

Page 165

1  Khan 103, there's an other allowance of
2  17,000 -- 1,742, on top of the basic salary
3  and the housing allowance and the
4  transportation, correct?
5      A.  Yes.
6      Q.  And would that other allowance
7  be for overtime?
8      A.  You can say it as overtime.
9      Q.  Pardon me?
10     A.  You can say as overtime.
11     Q.  Would other allowance include
12 expenses, or would expenses be on top of
13 that?
14         MR. NITZ:  Objection.
15 QUESTIONS BY MR. HAEFELE:
16     Q.  In other words, if an employee
17 had expenses that they expensed to the
18 project and the PCA would pay for those
19 expenses, correct?
20         MR. NITZ:  Objection.
21         THE WITNESS:  No, I don't have
22 any idea about that.
23 QUESTIONS BY MR. HAEFELE:
24     Q.  All right.  So the only thing
25 other allowance stands for is additional

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03 MDL 1570 GBD FM

*This document relates to:*
All cases

## ERRATA SHEET FOR THE
## DEPOSITION OF RIAZ KHAN
### (January 23, 2019)

| Page and Line | Current Text | Revised Text | Reason |
|---|---|---|---|
| 42:3-6 | The signing this document that means here are the salaries, 14, 30, 10, about the salaries and the position | The signing this document that means here are the salaries, for what is the return, about the salaries and the position | Transcription error |
| 49:24-25 | people working in Dive | people working in Ta'if | Transcription error |
| 58:9 | Yes, looks like Arp Karli. | Yes, looks like Alp Karli. | Transcription error |
| 94:17-18 | No. No, this is not the mean {sic}. | No. No, this is not the meaning. | Transcription error |
| 111:14 | General {sic} from the PCA. | For all ANSS employees in general, the PCA. | Clarification |
| 144:25-145:1 | Written Kingdom of Saudi Arabia | Within the Kingdom of Saudi Arabia | Transcription error |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March ___, 2019

_____
Riaz Khan

1