# Exhibit 5

This transcript has been FBI reviewed for disclosure to non-FBI approved individuals.

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST          )
ATTACKS ON                )  03-MDL-1570
SEPTEMBER 11, 2001        )  (GBD)(SN)
_____   )


WEDNESDAY, JANUARY 13, 2021

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

- - -

Remote videotaped deposition of
Abdul Aziz Abdul Kareem al-Anqari, held
remotely at the location of the witness in
Riyadh, Saudi Arabia, commencing at 7:07 a.m.
Eastern Time, on the above date, before
Carrie A. Campbell, Registered Diplomate
Reporter, Certified Realtime Reporter.


- - -


GOLKOW LITIGATION SERVICES
P:  877.370.DEPS | F:  917.591.5672
deps@golkow.com

This Transcript Contains Confidential Material

Page 102

1  Assistant Minister of Defence?
2      A.   Explain the secondment, yes,
3  unless the president is -- has -- had a
4  mandate to do such a thing.
5      Q.   And are you aware that for
6  Mr. Bayoumi, that the assistant secretary --
7  Minister of Defense approved the secondment
8  of Mr. Bayoumi?
9      A.   I don't recall -- I don't
10 remember that thing.
11     (Anqari Exhibit 373 marked for
12 identification.)
13 QUESTIONS BY MR. POUNIAN:
14     Q.   If we could show the witness
15 KSA1028 and mark that as the next exhibit.
16     A.   Okay.  What's the question?
17     Q.   Yes, sir.  Can you recognize
18 this from the Deputy Minister of Defense Fahd
19 bin Abdullah?
20     It's from the person --
21     A.   Like I indicated before, I am
22 not the one who had the right to make a
23 decision -- make decisions, but this is
24 signed by His Royal Highness, the Assistant
25 Defense Minister, and directed to the

Page 103

1  president of the Civil Aviation Presidency.
2      Because he had the authority to
3  do so.  That's why he send an approval letter
4  to His Excellency, the president of Civil
5  Aviation.  And this is a routine procedure.
6      Q.   Okay.  And it's a required
7  procedure that approval be given by the
8  Minister of Defense; is that correct?
9          MR. SHEN:  Objection to form.
10         THE WITNESS:  Yes, from the
11 assistant defense minister according
12 to his -- to his chart -- to his
13 responsibilities or -- yeah,
14 responsibilities.
15 QUESTIONS BY MR. POUNIAN:
16     Q.   And that minister was Fahd bin
17 Abdullah, a member of the royal family?
18     A.   He is the royal highness, the
19 prince.
20         MR. SHEN:  I'm going to object
21 to the translation of the document.
22 It is assistant minister, not deputy
23 minister.
24 QUESTIONS BY MR. POUNIAN:
25     Q.   Now, are you aware, sir, that

Page 104

1  Mr. Bayoumi was put on the payroll of Dallah
2  Avco in 1995?
3          MR. NITZ:  Objection.
4          THE WITNESS:  I don't know
5  exactly when the secondment took
6  place, but once employee leaves the
7  authority of the -- of the Civil
8  Aviation and goes to a company, his
9  salary for the Civil Aviation would be
10 stopped.  But I don't know exactly
11 when this happened.
12 QUESTIONS BY MR. POUNIAN:
13     Q.   And are you familiar with the
14 terms of the -- or I'll strike the question.
15     Did you know, sir, that under
16 the contract, ANSS personnel work for the
17 Presidency of Civil Aviation?  Did you know
18 that, sir?
19     A.   Both of the -- both departments
20 and operation contract provided that
21 personnel would be given for the purpose of
22 performing the work.  But I don't know
23 exactly what the number was.
24     Q.   And those personnel would be
25 under the direction of the Presidency of

Page 105

1  Civil Aviation personnel?
2      A.   He would report to the
3  Department of Civil Aviation, civil
4  navigation, who were in charge of the
5  contract.
6      Q.   And that person was -- the head
7  person was Mr. Salmi; am I correct?
8      A.   At that time we're discussing,
9  he was the director general of air
10 navigation.
11     Q.   So he would be the person in
12 charge of Mr. Bayoumi during this time when
13 he was seconded; is that correct?
14         MR. SHEN:  Objection.  Form.
15         THE WITNESS:  Supervisor of
16 Bayoumi was.  I know that he worked
17 for air navigation, and air navigation
18 was headed by Mohammed Al-Salmi.  But
19 who his immediate supervisor was, I
20 don't know.
21 QUESTIONS BY MR. POUNIAN:
22     Q.   Okay.  But Bayoumi may have
23 reported to an immediate supervisor, who then
24 reported to Mr. Salmi during this period when
25 he was seconded; is that correct?

27 (Pages 102 to 105)

This transcript has been FBI reviewed for disclosure to non-FBI approved individuals.

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST          )
ATTACKS ON                )   03-MDL-1570
SEPTEMBER 11, 2001        )   (GBD)(SN)
_____   )


THURSDAY, JANUARY 14, 2021

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

- - -

Remote videotaped deposition of
Abdul Aziz Abdul Kareem al-Anqari, Volume II,
held remotely at the location of the witness
in Riyadh, Saudi Arabia, commencing at
7:04 a.m. Eastern Time, on the above date,
before Carrie A. Campbell, Registered
Diplomate Reporter, Certified Realtime
Reporter.




- - -


GOLKOW LITIGATION SERVICES
P:  877.370.DEPS | F:  917.591.5672
deps@golkow.com

This Transcript Contains Confidential Material

Page 341

1    the question.
2         MR. SHEN:  He answered the
3    question already.  You're just arguing
4    with the witness now.
5         MR. HAEFELE:  Andy, let's let
6    him answer.
7         THE WITNESS:  I answer this
8    question.  I don't know if he's still
9    with the Civil Aviation.  And since I
10   left aviation in 2011, I don't know
11   anything about the subject in
12   substantia or any details what the
13   plaintiffs in this case are claiming
14   or what the attorneys are saying.  I
15   don't know about that.
16        MR. HAEFELE:  I'm not going to
17   ask another question, Andy, but let
18   the record reflect that he has not
19   answered that last question.  Because
20   nothing about my question was anything
21   about whether or not Mr. Bayoumi
22   continued to be at the Civil Aviation.
23   That was not part of the question.
24        And if you want -- if you want
25   me to clarify it and have him answer

Page 342

1    it, that's fine, but as it stands on
2    the record, he has continued to not
3    answer the question twice.
4         MR. SHEN:  You're passing the
5    witness?
6         MR. HAEFELE:  I'll pass the
7    witness back to Mr. Pounian.
8         MR. NITZ:  Steve, it's getting
9    pretty late in Saudi Arabia, and I
10   would like to make sure that we have a
11   chance to ask any questions that I
12   have.
13        MR. POUNIAN:  I'm not going to
14   ask any further questions at this
15   time.
16        MR. SHEN:  All right.  Sean,
17   are you done?
18        MR. CARTER:  Yeah, I'm happy to
19   defer to Eric.
20        Your mic seems pretty bad.
21        MR. SHEN:  Let's go off the
22   record for five minutes.
23        VIDEOGRAPHER:  Going off
24   record.  The time is 12:33.
25        (Off the record at 12:33 p.m.)

Page 343

1         VIDEOGRAPHER:  We're going back
2    on record.  The time is 12:41.
3         CROSS-EXAMINATION
4    QUESTIONS BY MR. NITZ:
5         Q.   Hi, Mr. Anqari.  My name is
6    Eric Nitz.  I'm one of the lawyers who
7    represents Dallah Avco, one of the defendants
8    in this litigation.
9         Thank you for taking the time
10   to answer our questions.  I know it's been
11   two long days, and I know it's getting late
12   out there in Saudi Arabia right now, so we do
13   appreciate you taking the time to answer the
14   questions that we have.
15        Are you --
16        INTERPRETER:  Could you,
17   Counselor, could you pause for the
18   interpreter?
19        MR. NITZ:  Absolutely.  My
20   apologies.  I'll try to break up my
21   questions as well.
22        INTERPRETER:  Thank you.
23        THE WITNESS:  Welcome.
24   QUESTIONS BY MR. NITZ:
25        Q.   You testified earlier about the

Page 344

1    air navigation system support for ANSS
2    contracts between the Presidency of Civil
3    Aviation and Dallah Avco.
4         Are you generally aware that
5    one of Dallah Avco's responsibilities under
6    the contracts was to recruit manpower to
7    staff the ANSS project?
8         A.   Please allow, Mr. Attorney, as
9    per the contract name, it says operation and
10   maintenance, which would entail recruitment
11   of employees by the company to perform the
12   work.
13        Q.   And was one of Dallah Avco's
14   other --
15        A.   But I don't know the details of
16   the contract.  All I know -- all I know is
17   that the contract was subject to general --
18   public bidding.
19        Dallah Avco was among the
20   companies that competed for the contract, and
21   they won the contract in an appropriate
22   fashion.  That's what I know.
23        The implementation of the
24   contract -- the implementation of the
25   contract was to be done with the knowledge of

This Transcript Contains Confidential Material

Page 345

1   airways, under their supervision.  I was not
2   the one supervising the implementation of the
3   contract or savvy with the details thereof.
4       Q.    Thank you.
5       I'm going to -- I'd like to
6   mark as Exhibit 392 an excerpt from the
7   contract.  The English and Arabic versions
8   will be uploaded to the shared exhibit
9   folder, and I'm going to share for the
10  witness the Arabic version on the screen
11  here.
12          (Anqari Exhibit 392 marked for
13      identification.)
14  QUESTIONS BY MR. NITZ:
15      Q.    Exhibit 392 is an excerpt of
16  the contract entitled "Section 4, Scope of
17  Services."  The English version is
18  Bates-numbered KSA2185 through KSA2218, and
19  the Arabic, which I've put up on my screen
20  here, is Bates-numbered KSA1927 through 1955.
21          I'm going to show you first
22  Section 4-2-1-2, which in the Arabic version
23  is on KSA1931.  And for the lawyers, the
24  English version is at KSA2189.
25          That provision states, "The

Page 346

1   contractor shall be entirely responsible for
2   all aspects of the recruitment process,
3   subject only to prior government approval of
4   contractor-selected candidates, except that
5   the government may, at its discretion, at any
6   time, direct the contractor to hire any
7   individual or individuals whom the government
8   deems suitable for employment under the
9   contract."
10          Do you know whether that
11  provision accurately describes Dallah Avco's
12  responsibilities under the contract?
13      A.    The provision is clear, but
14  these details pertain to the air navigation
15  sector.
16      Q.    Do you know whether this
17  provision required the PCA to approve all
18  candidates that were recruited by Dallah
19  Avco?
20      A.    As per the first paragraph in
21  the Arabic version, yes, it does.
22          So that attorneys are aware of
23  what's going on, what happens with contracts
24  is, only people qualified with experience and
25  technical knowledge should be recruited.

Page 347

1   Dallah, as a contractor, should
2   prepare its technical caters from the
3   beginning, which is something that you'll
4   find in all operation and maintenance
5   contracts.
6       That's why I don't understand
7   what you mean by this paragraph or what's
8   behind -- what you are trying to inquire
9   about.
10      Q.    Thank you.
11          Next, I'd like you to take a
12  look at Section 4-2-1-4.  It's also on page
13  KSA1931 of the Arabic version.  The English
14  version appears at KSA2190.
15          In that section, the contract
16  states that "Contractor personnel shall work
17  side by side with the government Saudi
18  national personnel as a single integrated
19  workforce."
20          Do you know whether contracted
21  personnel, in fact, work side by side with
22  the government Saudi national personnel?
23      A.    Let me explain.  In the air
24  navigation sector, there is a group of
25  technicians and engineers.  Those are

Page 348

1   employees who report to Civil Aviation.
2       On the other hand, Dallah's
3   employees, when they perform their
4   maintenance and operation work, they must
5   work side by side with their counterpart or
6   fellow technicians in the airways -- or in
7   the airports.
8       If you look at the paragraph
9   before that, it seems to me that the
10  purpose -- okay.  First, it says in number 1
11  that the employees or the recruits be from
12  the -- nationals of the Kingdom of Saudi
13  Arabia or the permanent residents -- they
14  should be from Saudi national -- nationals or
15  the permanent residents in Saudi Arabia.
16          Number 2, they could be from
17  North America or western Europe in order to
18  transfer the knowledge and know-how.
19          Number 3, they should be from
20  the Middle Eastern countries if the above two
21  were not available.
22          Number 4 would be from the
23  Asian countries as technicians, people from
24  the Philippines and so forth.
25          It is clear that they would

37  (Pages 345 to 348)

This Transcript Contains Confidential Material

Page 349

1   have to perform those jobs side by side with
2   the counterpart Saudi national employees. So
3   let's suppose that there is a Saudi engineer
4   on the payroll. He would be working
5   side by side with the contractor's employees.
6           I don't know what this
7   gentleman is trying to get to.
8       Q.   I'm just simply trying to ask
9   your understanding of the contractual
10  provision.
11          Let's take a look at
12  Section 4-3-3, which is on KSA1946. This
13  provision is entitled "On-the-Job Training
14  and Contractor Plan For Saudization."
15          Are you familiar with the term
16  "Saudization"?
17      A.   Yes, I'm familiar with the term
18  "Saudization."
19      Q.   What --
20      A.   Allow me to explain, please.
21          This is one of the orientation
22  of the government, and the requirements of
23  the Ministry of Labor is that one of the
24  goals or objectives is to Saudize the jobs,
25  which is a rule followed by all governmental

Page 350

1   entities in the contracts and in the works in
2   general.
3       Q.   Real quick correction. I
4   misspoke earlier. I believe I said the
5   section was 4-3-3. It's actually 4-4-3. I
6   apologize for that.
7           When you say "Saudize the
8   jobs," what do you mean by that?
9       A.   Saudization means to recruit
10  Saudi nationals.
11      Q.   Is Saudization an important
12  policy goal for the Kingdom?
13      A.   It is in the five-year plan.
14      Q.   So that means it's an important
15  goal for the government of Saudi Arabia?
16      A.   Yes, it is a very important
17  objective for the government of Saudi Arabia
18  to nationalize the labor market. It's a very
19  important objective.
20      Q.   Would it also be an important
21  objective of the PCA?
22      A.   It is important for the PCA --
23  it's important for the PCA and to the
24  entities that observed, that control the work
25  of the PCA, like the Shura Council and the

Page 351

1   auditing agency. Shura is spelled
2   S-h-o-u-r-a {sic}.
3           And even the Ministry of Civil
4   Service.
5       Q.   Thank you.
6           I'd like to look at one more
7   provision within this exhibit. It's
8   Section 4-4-3-2-1.
9       A.   Yes.
10      Q.   I believe that appears on
11  KSA1947. Let me pull it up.
12          That provision states, "The
13  contractor shall, in providing personnel to
14  perform the service, give priority to
15  qualified Saudi nationals. If at any
16  time" --
17          INTERPRETER: The interpreter
18      can't hear counsel really at all.
19          MR. NITZ: Is this better?
20          THE WITNESS: Could you enlarge
21      the picture so I can read?
22  QUESTIONS BY MR. NITZ:
23      Q.   I can read it again. I'll
24  start from the beginning. This is
25  Section 4-4-3-2-1.

Page 352

1           It says, "The contractor shall,
2   in providing personnel services his priority
3   to qualified Saudi Arabian nationals. If at
4   any time the government shall notify the
5   contractor in writing of the availability of
6   a Saudi Arabian national qualified for
7   employment, the contractor shall offer to
8   employ him forthwith."
9       A.   The provision is very clear.
10      Q.   Could you just let me ask my
11  question, Mr. Anqari?
12          If the PCA directed Dallah Avco
13  to put a particular Saudi national on the
14  ANSS project, would Dallah Avco have any
15  reason to question whether that instruction
16  wasn't appropriate?
17          MS. FLOWERS: Object form.
18      Lack of foundation.
19          THE WITNESS: I will -- no
20  matter how the practical limitation
21  took place, but -- but my -- by virtue
22  of the very text, if a Saudi national
23  was available, he would have priority.
24  QUESTIONS BY MR. NITZ:
25      Q.   I'd like to pull up a different

38  (Pages 349 to 352)

This Transcript Contains Confidential Material

Page 353

1    excerpt from the ANSS contract.
2        VIDEOGRAPHER:  We're going off
3    the record.  The time is 1:04.
4        (Off the record at 1:04 p.m.)
5        VIDEOGRAPHER:  We're going back
6    on record.  The time is 1:14.
7        (Anqari Exhibit 393 marked for
8    identification.)
9    QUESTIONS BY MR. NITZ:
10    Q.    All right.  I put up what I'd
11    like to have marked as Exhibit 393.  This is
12    another section of the ANSS contract.  The
13    Bates number is KSA2127 through 2141 for the
14    English version, and the Arabic version is at
15    KSA1878 through 1890.
16        MR. HAEFELE:  Hey, Eric, it's
17    Robert Haefele.  Are you marking them
18    as separate exhibits, or are they
19    together, or how are you doing it?
20        MR. NITZ:  I've compiled the
21    Arabic and English versions into one
22    PDF and marked it as one exhibit.
23        MR. HAEFELE:  Okay.  Thanks.
24        MR. NITZ:  And the full version
25    should be on the shared exhibit

Page 354

1    folder.
2        Mr. Marwan, do you want to
3    interpret what I've said so far?
4    Should I continue?
5        INTERPRETER:  Are we on the
6    record?  Actually, I wasn't listening.
7    I just returned, and I didn't know
8    that we were on the record.
9        MR. NITZ:  Okay.  I can reread
10    it.  Not a big deal.
11    QUESTIONS BY MR. NITZ:
12    Q.    I put up what I would like to
13    have marked as Exhibit 393.  This is another
14    section of the ANSS contract.  The Bates
15    number is KSA2127 through 2141 for the
16    English version, and the Arabic version is at
17    KSA1878 through 1890.
18    A.    I prefer the Arabic version so
19    I can determine what it means.
20    Q.    And I've just put up the Arabic
21    version for Section 3-2-1-1, and this is
22    entitled "Monthly payment, man-month services
23    entitlement."
24        And it reads, "The contractor
25    shall be entitled" --

Page 355

1        MR. SHEN:  Eric, you might -- I
2    think you need to change what's on the
3    screen.
4        MR. NITZ:  I'm sorry?
5        MR. SHEN:  You need to change
6    what's on your screen because we're
7    still seeing the last one.
8        INTERPRETER:  And I apologize,
9    I need two minutes to deal with some
10    issue with the laptop.  Just a few
11    minutes, please.  Sorry.
12        MR. HAEFELE:  Go off the
13    record, I think.
14        VIDEOGRAPHER:  Going off the
15    record.  The time is 1:17.
16    (Off the record at 1:17 p.m.)
17        VIDEOGRAPHER:  We're going back
18    on record.  The time is 1:19.
19    QUESTIONS BY MR. NITZ:
20    Q.    All right.  I have on my screen
21    up in the red box there Article 3-2-1-1, and
22    that's entitled "Entitlement," and it reads,
23    "The contractor should be entitled each month
24    to be paid for the technical and support
25    man-months provided during the preceding

Page 356

1    month, at the man-month billing rates
2    prescribed in attachment D, Article 3-7-1 of
3    this Section 3."
4        Mr. Anqari, were you aware that
5    the contractor was entitled to be paid
6    according to the billing rates referenced in
7    this section?
8    A.    Let me tell you again that this
9    is the -- one of the provisions of the
10    contract, but I was not the one implementing
11    the contract or savvy with the details.
12        That's what I said.  Repeat it.
13    The air navigation is in charge of
14    implementing that thing.
15        And if you can kindly please
16    enlarge it so I can read it better.
17        What does that provision mean?
18    It clearly means that the contractor is
19    entitled to get paid for the employees that
20    are identified in the contract.
21        So what is the question?
22    Q.    Earlier this morning,
23    Mr. Carter asked you whether Dallah Avco
24    passed on to the PCA costs associated with
25    certain technicians to the PCA.

This Transcript Contains Confidential Material

Page 357

1    You said that if it was
2  provided for by the contract, then yes; if
3  not, then no.
4         My question is:  Were you aware
5  of this provision of the contract that we're
6  looking at right now when you answered
7  Mr. Carter's question?
8     A.    This is the first time I viewed
9  this.  But my question is, what does "give"
10  the Civil Aviation mean?  Dallah does not
11  give the Civil Aviation.  It gets paid for
12  the employees it appoints to perform the
13  contract.
14         And Civil Aviation would -- and
15  the Civil Aviation would reimburse Dallah for
16  the salaries to perform such jobs by virtue
17  of the provision of this contract.
18     Q.    And just to be clear --
19     A.    And this is normal to all
20  contractors.
21     Q.    Thank you.
22         (Anqari Exhibit 395 marked for
23         identification.)
24  QUESTIONS BY MR. NITZ:
25     Q.    I'd now like to mark as

Page 358

1  Exhibit 395 a letter and attachment.  I'll
2  put it up on the screen.
3         This is a letter dated the
4  first day of the first month 1420, Hijri,
5  corresponding to April 17, 1999, with an
6  attachment.  It's Bates-numbered KSA936
7  through 937.
8         I'm going to ask you about the
9  attachment, which is at 937, and I'll bring
10  it up on the screen and enlarge it.
11         The attachment is an excerpt
12  from the executive regulations of the civil
13  services that includes Article 29/1
14  through 29/7 as they were in effect at that
15  time.
16         Have you seen these regulations
17  before?
18     A.    If it was related to civil
19  services, it must have been shown to me
20  before.
21     Q.    When we were looking at some of
22  the earlier correspondence, you said that
23  your role in the process of approving a
24  secondment was limited to determining whether
25  the secondment was legally justified.

Page 359

1    Are these the regulations you
2  would have looked to in order to determine
3  whether the secondment was legally justified?
4     A.    I wouldn't be the one looking
5  at -- I wouldn't be the one looking at them.
6  The human resources would be the ones.
7         Could you please enlarge the
8  picture so I can read it?
9         This is the mechanism of
10  secondment as per the civil service bureau.
11  And -- and article 29 says that -- I'm sorry,
12  could I ask the witness to repeat the answer?
13         This is a Civil Service Law.
14  And comes out from that is a detailed list of
15  regulations -- or bylaws, bylaws.
16         For example, the secondment,
17  the bylaws that come out from the law would
18  determine the rules of secondment.  And that
19  would contain additional details.
20         At this moment as I'm talking
21  to you now, I do not recall the provisions of
22  the bylaws.  I would have given them to you
23  then.  I would have read them to you.
24     Q.    If we look up at the letter at
25  KSA936 -- I'll put it on the screen now and

Page 360

1  make it as large as I can.
2     A.    Yeah, please enlarge it as much
3  as you can.
4     Q.    This is a letter from the
5  President, Civil Aviation, Mr. Khalaf, and
6  it's directed to the Assistant Minister of
7  Defense and Aviation.
8         And if you look at the end of
9  this large paragraph here -- I'll put a box
10  around it -- it says, "Since this secondment
11  does not affect the progress of work in
12  reference to Article 29/4 of the civil
13  service regulation, which allows extending
14  the secondment of an employee for a period or
15  periods not exceeding one year each, and
16  since this matter falls under Your
17  Excellency's authorities..."
18         And then Dr. Khalaf goes on to
19  request that the secondment extension be
20  approved.
21         Does that refresh your
22  recollection -- well, I should say, have you
23  seen this document before?  This letter?
24     A.    I don't know now if this is a
25  picture or an official signature.  If you

This Transcript Contains Confidential Material

Page 361

1    scroll up a bit, I could look at the bottom
2    and see if there is an official signature.
3             This is from the head of the
4    Civil Aviation Presidency, submitted to the
5    Assistant Minister of Defense, which means
6    that he already approved it, because the one
7    with whom lies right to make the approval
8    decision would be the assistant minister.
9             So this memo was -- this memo
10   was prepared by the human resources, and I
11   see there initials, not including mine.  But
12   it is clear that it came from human
13   resources.
14            So they submitted that memo
15   through the head of the PCA at that time to
16   the assistant minister.
17            And if we look in the bottom,
18   you will see that a copy was to be given to
19   Dallah Avco, another to the director general
20   of Airways Engineering, and the third to the
21   employees affairs director.
22        Q.    Thank you, Mr. Anqari.
23            Given that human resources
24   prepared this memo, or this letter, which
25   attaches these regulations, does that tell

Page 362

1    you that these are the regulations human
2    resources would look toward in determining
3    whether a secondment request was legally
4    justified?
5         A.    If we go back to Article 29,
6    like I told you, this is the law, the system,
7    which would come with bylaws which would
8    detail -- which would be more detailed.
9             So this Article 29 emphasizes
10   what I said earlier to these gentlemen,
11   attorneys, yesterday and today, which is that
12   the civil service system allows the
13   secondment of an employee to governmental
14   agencies or private agencies, local or
15   international organizations as well.
16            And the secondment of an
17   employee would come by the approval of the
18   minister in charge if the employee was below
19   the rank 11.
20            If by -- as per Article 29/1,
21   if the employee was above rank 11, the
22   approval would have to come from the head of
23   civil service.
24        Q.    Mr. Anqari --
25        A.    That's why -- that's why this

Page 363

1    memo was submitted to the minister, because
2    Mr. Bayoumi was in a rank lower than 11.  He
3    was a rank 8.
4         Q.    Thank you, Mr. Anqari.  I
5    appreciate you providing all that
6    information.
7             But I'd like to follow up on,
8    and I don't want you to get too far ahead, so
9    I apologize.
10            You mentioned that under this
11   article, a government agency can second a
12   government employee to a private company,
13   among other entities.
14            What are some of the reasons
15   that a government agency might decide to
16   second a government employee to a private
17   company?
18            MR. CARTER:  Eric, are you
19   asking generally or under this
20   contract or the PCA?
21            MR. NITZ:  Generally under
22   Article 29, what are the reasons that
23   a -- a government agency might second
24   a government employee.  And obviously
25   that's within Mr. Anqari's personal

Page 364

1    knowledge.
2             MR. CARTER:  Objection.
3    Foundation.
4             THE WITNESS:  Executed not only
5    for private companies.  Could be for
6    international organization or
7    governmental agency.
8             Usually -- the way it works
9    usually is that the company that seeks
10   the services of the employee would
11   request the secondment from the
12   governmental agency where he works.
13   And if that request was justified, it
14   would be approved.
15   QUESTIONS BY MR. NITZ:
16        Q.    Would it be permissible for a
17   government agency like the PCA to second an
18   employee to a private company in order to
19   enhance that employee's job skills?
20            MR. CARTER:  Can I just note a
21   continuing objection to the use of the
22   term "agency"?
23            THE WITNESS:  May I answer?
24   QUESTIONS BY MR. NITZ:
25        Q.    You can answer.

41  (Pages 361 to 364)

This Transcript Contains Confidential Material

Page 365

1      A.    Usually when an entity request
2    a secondment of the employee, it means that
3    it is in need for his services.  But it would
4    be up to that company itself to help enhance
5    the skills of that employee or not, if
6    agrees.
7      Q.    If secondment is an opportunity
8    for an employee to enhance his job skills,
9    would that be a benefit to the governmental
10   entity when he returns to government work?
11            MR. CARTER:  Objection.  Form.
12   QUESTIONS BY MR. NITZ:
13     Q.    You can answer.
14     A.    I don't understand the purpose
15   of the question to answer.
16     Q.    I'll try it a different way.
17            If an employee is seconded to a
18   private company and in the course of the
19   secondment improves his job skills or
20   ability, would that be a benefit to the
21   government when he returns to the civil
22   service at the end of his secondment?
23     A.    It would be a benefit for the
24   employee himself, first, and his workplace
25   could also benefit from that.  That's a

Page 366

1    possibility.
2            For example, if I second an
3    employee to an international organization
4    like the ICOW or the airport council, that
5    employee would acquire international
6    expertise which would benefit him and benefit
7    us when he returns to his job.
8      Q.    Thank you.
9            I'd like you to take a look at
10   note 1 at the bottom of the regulation here,
11   and I'll try to make it as big as I can.
12            Toward the bottom half of that
13   note, it states that "Article 29/4 of the
14   executive regulations of the Civil Service
15   Act were amended to become," and then it has
16   point A, and it says, "The term of the
17   secondment may not exceed one year and may be
18   extended by the competent authority for one
19   or more terms, not exceeding one year each,
20   with the overall term of the secondment not
21   exceeding five years under any
22   circumstances."
23            My question is:  Earlier you
24   were asked if there was a limit on the number
25   of years a government employee could be

Page 367

1    seconded.  Does this note amending
2    Article 29/4 refresh your recollection on
3    what that -- what that term limit would be?
4      A.    Okay.  If you please let me
5    repeat what I said yesterday, what I said
6    yesterday was that to my knowledge the
7    maximum was four years.  But this is -- this
8    is an amendment.  That's something that was
9    added later, which limits the period to that
10   period.
11     Q.    So in 1999, the time limit for
12   a secondment was five years, according to the
13   regulations that we have up here; is that
14   correct?
15     A.    Yes, the amended ones, yes.
16            That's why I said yesterday --
17   that's why I said yesterday that to my
18   knowledge the maximum period was four years.
19   But I lost contact with -- or lost touch with
20   the amendments because I probably stopped
21   working in that regard.
22     Q.    We've spoken a bit about
23   educational leave.
24            Does educational leave advance
25   the policy goals of Saudization?

Page 368

1            MR. CARTER:  Objection.
2            THE WITNESS:  You mean
3    educational leave for employee to
4    develop his own skills, for example?
5    QUESTIONS BY MR. NITZ:
6      Q.    The educational leave that
7    we've been discussing, that is reflected in
8    the various letters and correspondence and
9    that Mr. Al-Bayoumi requested in 2000.
10            MR. CARTER:  Objection.
11            MS. FLOWERS:  Objection.  Lack
12   of foundation.
13   QUESTIONS BY MR. NITZ:
14     Q.    Does that policy advance the
15   goals of Saudization?
16            MR. CARTER:  Objection.
17            THE WITNESS:  The educational
18   leave taken by that employee or any
19   other employee would develop his own
20   skills.  It is not about the
21   Saudization.
22            Bayoumi was a governmental
23   employee, you know that, the one we
24   are discussing, and he was seconded at
25   the time to Dallah company.

This Transcript Contains Confidential Material

Page 369

1    When we say "Saudization," we
2    mean by that a Saudi young man or a
3    young woman who happened to have
4    qualifications but no job.  In that
5    case, they will have priority to get
6    the job over non-Saudis.
7    QUESTIONS BY MR. NITZ:
8    Q.    Is part of Saudization
9    increasing the qualifications of Saudi
10   Arabian nationals so that they can fill jobs
11   that are currently being held by non-Saudis?
12   MR. CARTER:  Objection.
13   THE WITNESS:  Please allow me
14   to explain.  My understanding of
15   Saudization is that it is confined to
16   providing Saudi citizens with jobs.
17   That's my understanding of
18   Saudization.
19   (Anqari Exhibit 396 marked for
20   identification.)
21   QUESTIONS BY MR. NITZ:
22   Q.    Okay.  Thank you.
23   Robert, could we please mark as
24   Exhibit 396 Article 28 of the civil service
25   regulation?

Page 370

1    INTERPRETER:  Are we taking a
2    lunch break today?
3    MR. NITZ:  It's up to you,
4    Andy.  It's up to you and Mr. Anqari.
5    I'm fine to keep going.
6    MR. SHEN:  How much more do you
7    have, Eric?
8    MR. NITZ:  Maybe a half hour,
9    45 minutes.
10   MR. SHEN:  All right.  I don't
11   have very much at all after that.  So
12   if you need a break, let's take a
13   short break, and then we can wrap it
14   up or we can keep going.
15   How are you doing, Interpreter?
16   INTERPRETER:  Very tired.
17   MR. SHEN:  Okay.  Do you need a
18   break now?
19   INTERPRETER:  This is a job of
20   two or three or interpreters, by the
21   way, taking turns, and my colleagues
22   could confirm that.
23   MR. SHEN:  Sure.
24   INTERPRETER:  I see two or
25   three checkers and one actual

Page 371

1    interpreter.  It should be the other
2    around way, one checker and two or
3    three interpreters.
4    MR. SHEN:  Would you like to
5    take a break now?
6    INTERPRETER:  Yes.  Yes.
7    Please.
8    MR. SHEN:  Let's take ten
9    minutes.
10   VIDEOGRAPHER:  We're going off
11   record.  The time, 1:55.
12   (Off the record at 1:55 p.m.)
13   VIDEOGRAPHER:  We're going back
14   on record.  The time is 2:05.
15   MR. NITZ:  Thank you.
16   Before we get back into the
17   questions, I had one issue with the
18   exhibit to clear up.
19   So Exhibit 393 was Section 3 of
20   the ANSS contract, or an excerpt from
21   it.  And then I skipped to
22   Exhibit 395, so there was no
23   number 394.
24   But what I'd like to do, if
25   nobody has any objection, is I'm not

Page 372

1    going to ask you any questions about
2    it, but as Exhibit 394, I'd like to
3    introduce a document.  It's attachment
4    D to Section 3 of the financial
5    conditions.  The English version is
6    Bates-numbered KSA2158 through 2176,
7    and the Arabic is KSA1910
8    through 1920.
9    And what that is is just the
10   section that's referenced in
11   Article 3-2-1-1 of Exhibit 393.  And
12   that will keep our numbering in sync.
13   MR. HAEFELE:  Why don't you
14   fire your tech, Eric.
15   MR. NITZ:  All right.  So I
16   believe right before we were about to
17   break, I had put up Article 28 of the
18   civil service regulations, and I will
19   return that to the screen.
20   MR. HAEFELE:  Do you have a
21   translation of this document?
22   MR. NITZ:  Yeah.  The
23   translation should be at the end.  So
24   if you scroll down to what's -- so
25   this has been marked as Exhibit 396.

This Transcript Contains Confidential Material

Page 373

1   If you scroll down, there should be a
2   translation at the end.
3        (Anqari Exhibit 394 marked for
4   identification.)
5   QUESTIONS BY MR. NITZ:
6        Q.   Mr. Anqari, from the cover
7   here, do you recognize this as Article 28 of
8   the civil service regulations?
9        A.   Could you make it bigger,
10  please?
11       Q.   Yes.
12       A.   I trust the gentleman, the
13  lady, who put this on the screen as -- as to
14  be the Article 28 from the civil service
15  system, but let's read it together.
16       Q.   So the cover here, at the top
17  it reads, "Article 28," and then it says,
18  "The regulation specifies the types,
19  durations, times and conditions for going on
20  leave, as well as the periods of absence that
21  the employee is entitled to or authorized
22  for."
23       And then it goes on, "This
24  article, which is set forth in the Civil
25  Service Law, promulgated Royal Decree Number

Page 374

1   M49, dated 10/7/1397 A.H. and the articles
2   that explain it, which are contained in the
3   executive regulations of the Civil Service
4   Law and were issued in the Civil Service
5   Council's decision number 1 on 7/27/1397."
6        INTERPRETER:  Yes, Counsel.
7   QUESTIONS BY MR. NITZ:
8        Q.   Does that tell you, Mr. Anqari,
9   that this is Article 28 of the Civil Service
10  Law and the civil service regulations?
11       A.   As I mentioned, I trust your
12  presentation that this page is taken from the
13  Civil Service Law, but let's read it
14  together.
15       Q.   All right.  Well, let's take a
16  look at Article 28/19.
17       Now, this article is entitled,
18  "Educational leave."  It says, "An employee
19  may be granted educational leave without pay
20  if he holds a high school diploma or its
21  equivalent, provided that he has spent three
22  years in service with a job evaluation of at
23  least good, his major is relevant to the work
24  of the authority wherein he works."
25       Mr. Anqari, do you know why

Page 375

1   this regulation requires the major to be
2   relevant to the work of the authority wherein
3   the employee works?
4        MR. CARTER:  Objection.
5        THE WITNESS:  With due respect,
6        let's go back to the provision of the
7        article.  In Arabic, it says yajuz,
8        which is spelled y-a-j-o-u-z {sic},
9        not -- not the yjb, y-a-j-e-b {sic},
10       which means in English "may," not
11       "must."
12       Here it's talking about an
13       employee in service.  It says that
14       provided that he holds high school
15       diploma or its equivalent, the subject
16       of studies, or the major, must have --
17       to be related to the work he does.
18       Let me -- let me clarify one
19       more thing.  It's here discussing --
20       it is discussing here an official
21       employee, an employee in actual
22       service.
23  QUESTIONS BY MR. NITZ:
24       Q.   Okay.  And why does the
25  regulation impose the requirement that the

Page 376

1   subject of the studies, or the major, be
2   related to the work that the employee does?
3        A.   So that he can benefit -- so
4   that he can benefit from his studies when he
5   returns to work, if the government permits
6   him the leave to study.
7        Q.   Does that requirement indicate
8   to you that --
9        A.   Please allow me -- please allow
10  me to give you an example to make the picture
11  clear.
12       If an employee worked in a
13  clerical job -- if an employee was a clerical
14  employee in the incoming and outgoing, and he
15  wants to go study in a different major, let's
16  say as a veterinary, obviously there is no
17  relevance between the job that he performs
18  and that major that he seeks.
19       So if I happen to have an
20  employee in the Civil Aviation who holds a
21  high school diploma and wants to travel to
22  study veterinary science, that employee
23  doesn't belong in our organization to begin
24  with.
25       This is a clarification for

This Transcript Contains Confidential Material

Page 377

1  paragraph 2.
2      Q.   Thank you.
3           I'd like to look at now one of
4  the exhibits we looked at yesterday.  This is
5  Exhibit 371.  This is the request for
6  modification and/or authorization of
7  contract/agreement.  It is dated 1995 in the
8  Gregorian calendar.
9           Mr. Anqari, do you remember
10 looking at this document yesterday?
11     A.   When it was shown to me
12 yesterday, I testified that I had not seen
13 this document before and that it belongs to
14 airways.  And, therefore, they would be the
15 ones entitled to talk about it, not me.
16          That's why I cannot comment on
17 it.
18     Q.   Okay.  Well, I have just a few
19 quick questions that I hope you might be able
20 to help me with, and so I hope you'll hear me
21 out.
22          I would like to direct your
23 attention to the box here that's labeled
24 "Task/Department."  And it's in English on
25 the left-hand side, and then I believe

Page 378

1  there's a corresponding box in Arabic on the
2  right-hand side of the document.
3           Do you know what ANSS project
4  had different departments?
5      A.   Would you make it larger,
6  please?
7      Q.   Sure.
8      A.   This highlighted part?
9      Q.   Yes.  If you could look at the
10 box that's labeled "Task/Department," it's --
11 on the left-hand side it's in English, and
12 the right-hand side, I believe, is in Arabic.
13 There's a corresponding box.
14          And my question is:  Do you
15 know whether the ANSS project had different
16 departments?
17     A.   You mean departments or jobs?
18     Q.   Departments.  Were there
19 different departments with the ANSS project?
20     A.   The different departments were
21 depicted within the Civil Aviation as part of
22 its organization.
23          And this was shown to me
24 yesterday, and I said I could not comment on
25 it because I had not seen it before and that

Page 379

1  I'm not -- tell its content.
2           So this is a responsibility for
3  those who prepared it and those were the ones
4  of supervising the contract, and they were
5  the Civil Aviation.
6      Q.   Okay.  The task/department box
7  on this document, in the English side it has
8  the letters JED.  And I believe you told us
9  yesterday that in Arabic, what's written in
10 that box is "Jeddah sector."
11          Is that correct?
12     A.   Yes, this -- Jeddah sector is
13 written there, and that means that where he
14 worked was Jeddah.
15     Q.   Do you know whether Jeddah
16 sector is a department within Airways
17 Engineering?
18     A.   A sector within the Airways
19 Engineering.  There are technicians that
20 exist in other sectors airways, like in
21 Riyadh or Dammam, things like that.
22 Technicians.
23     Q.   Are there departments within
24 Airways Engineering that are -- actually,
25 strike that question.

Page 380

1           If Airways Engineering
2  headquarters needed to send an employee who
3  was assigned to Jeddah sector overseas for
4  some assignment, are you aware of any Saudi
5  law or regulation that would prohibit that?
6      A.   When the assignment -- this
7  assignment could be at the expense of Civil
8  Aviation within a government-sponsored
9  program.  That would be known to us.
10     Q.   So nothing prohibits Airways
11 Engineering from assigning an employee
12 assigned to Jeddah sector overseas for some
13 job-related purpose; is that correct?
14     A.   How could he be sent by the
15 Airways Engineering if he was not working for
16 government entity?
17          If the person is seconded to a
18 certain entity and that entity wishes to send
19 him for a scholarship, I wouldn't know about
20 that.
21     Q.   I'd like to pull up another
22 exhibit that we looked at yesterday.  This is
23 Exhibit 372, Bates-numbered KSA1031.  I'll
24 put the Arabic up here for you.
25          And the subject line --

45 (Pages 377 to 380)

This Transcript Contains Confidential Material

Page 381

1     A.   Could you make it large,
2  please?
3     Q.   Sure. I'll focus in.
4          I'd like you to take a look at
5  the subject line, which I believe I have up
6  there. The subject line references a request
7  of Dallah Avco company to approve the
8  secondment of employee Omar Ahmed Al-Bayoumi.
9          INTERPRETER: Yes, Counsel.
10 QUESTIONS BY MR. NITZ:
11    Q.   Mr. Anqari, do you have
12 personal knowledge of why Dallah Avco
13 requested Al-Bayoumi's secondment?
14    A.   No. Personal, no.
15    Q.   Do you know what --
16    A.   Because he worked for the
17 airways sector, and that's why I wouldn't
18 know.
19         I don't know why the Dallah
20 company requested his secondment. Perhaps
21 they needed him. It is totally clear that
22 they needed the services.
23    Q.   And when you say, "It's totally
24 clear that they needed his services," you're
25 referencing -- you're making that statement

Page 382

1  based off of what's in this letter, correct?
2     A.   Based on the request of Dallah
3  company, meaning that -- meaning that --
4  meaning that it was not the PCA who took the
5  initiative of seconding him. As it says
6  here, it was the request of Dallah company to
7  second his services.
8     Q.   Do you know whether someone
9  else asked Dallah Avco to make the request?
10    A.   Someone like who?
11    Q.   Do you know whether Al-Salmi at
12 the PCA asked Dallah Avco to submit the
13 request?
14    A.   I don't know.
15         Al-Salmi was in charge of
16 running that contract. That's what I know,
17 only. Meaning that the airways -- meaning
18 that the airways would be responsible for the
19 implementation of this contract. Whether he
20 made that request or not, I wouldn't know.
21    Q.   Okay. Do you know whether
22 anyone else at the PCA asked Dallah Avco to
23 make the request?
24    A.   No, I don't know about that
25 matter.

Page 383

1     Q.   Do you know whether any
2  employee of the ANSS project asked Dallah
3  Avco to make the request?
4     A.   What I know is that the request
5  came from Dallah for person who was employed
6  by the airways, was submitted to the human
7  resources, and from the human resources it
8  was submitted to the person entitled to make
9  a decision of that nature. That's what I
10 know.
11         But I don't know any person in
12 particular who may have spoken to Dallah.
13    Q.   Okay. Thank you.
14    A.   No problem.
15    Q.   And the next document I'd like
16 to pull up is another exhibit from yesterday.
17 It's Exhibit 374.
18    A.   Please proceed. Go right
19 ahead.
20    Q.   This is Bates-numbered KSA4466.
21 It's a 1997 letter that Mr. Jastaniyah, the
22 director of human resources, sent to
23 Mr. Al-Salmi at Airways Engineering.
24         Mr. Anqari, do you remember
25 looking at this document yesterday?

Page 384

1     A.   What the human resources
2  director was requesting to extend the
3  secondment of that employee, Omar Bayoumi.
4          So I had some questions to ask,
5  and these questions were conveyed to his
6  sector.
7     Q.   And I'd like to ask you myself
8  about the questions that are listed there.
9          So Mr. Jastaniyah writes that
10 these questions are things that the deputy
11 president of Civil Aviation wants to know.
12         And I believe you said
13 yesterday that that was a reference to you,
14 correct?
15         So your second question reads,
16 "What are the reasons for his stay in the
17 USA? For completing study or other reasons?"
18         Why did you want to know the
19 answer to that question?
20    A.   Because I was mindless of the
21 reasons he remained in America. I wanted to
22 know. That's why I asked.
23         If I had knowledge that he was
24 studying in America, I wouldn't have asked
25 that question.

This Transcript Contains Confidential Material

Page 385

1    Q.    Your third question reads,
2  "What is the type of study, major and
3  qualification which he wants to obtain, and
4  when will he be done?"
5         Why did you want to know that
6  information?
7    A.    Because I wanted to know the
8  situation, the full situation, of the man.  I
9  was given incomplete information.
10        And I also -- and I also had a
11 fourth question.  I also -- I also had the
12 fourth question:  Does he have the desire to
13 continue working in the job after his return
14 or will leave work?
15        These were general questions.
16        And I'd like you to look again
17 at Question Number 1:  What are the reasons
18 that will justify his request for secondment
19 extension for the third time?
20        That means that I have no
21 knowledge whatsoever about his situation.
22        The sector for which that
23 employee worked may have more knowledge about
24 that than me since he worked for them.
25    Q.    Let's take a look at

Page 386

1  Exhibit 375, the response that Mr. Al-Salmi
2  sent to Mr. Jastaniyah answering those
3  questions.
4         If we look at Mr. Al-Salmi's
5  response to question 3, he writes, "The type
6  of study currently pursued by the said
7  person:  Preparation study to get the
8  master's degree in business administration
9  and studies in financial management."
10        Was that -- strike that.  I'll
11 start over.
12        In your opinion, was that a
13 permissible course of study for an Airways
14 Engineering employee in Mr. Al-Bayoumi's line
15 of work to be pursuing?
16    A.    What was his job at the Airways
17 Engineering?  An accountant.  So it suits the
18 financial department.
19    Q.    If Mr. Al-Salmi had written
20 back to Mr. Jastaniyah that Mr. Al Bayoumi
21 was pursuing coursework, to use your example,
22 in veterinary sciences, would you have
23 recommended that Mr. Al-Bayoumi's secondment
24 be extended?
25    A.    I believe that Al-Salmi at the

Page 387

1  Airways Engineering would have asked before
2  me what veterinary science had to do with
3  finance.
4         So please allow me to -- this
5  hypothetical question is not logical.
6    Q.    So you would have expected any
7  education that Mr. Al-Bayoumi was pursuing to
8  be related to his work at the PCA, correct?
9    A.    This is a general concept that
10 covers Bayoumi and other people.  And this
11 was a clarification from the airways to the
12 human -- to the employee affairs acting
13 director.
14        And the role of the human
15 resources was to study this with the sector
16 for which that employee worked.  And if he
17 qualified, I wonder what would be the reason
18 to say -- to deny the request.
19        Was obliged to distinguish
20 between two things.  If the scholarship was
21 at the expense of the government, then they
22 would have -- you would have to stop the
23 secondment.  Otherwise -- and if the expenses
24 were to be borne by another entity, then the
25 matter would be up to that other entity, not

Page 388

1  the PCA.
2         MR. NITZ:  Okay.  I have just a
3  few more questions.  Could we take a
4  quick five-minute break, and then I
5  expect it won't be that much more when
6  we come back?  Is that all right?
7         MR. SHEN:  Eric, it's getting
8  quite late in Saudi Arabia.  How much
9  more do you have?
10        MR. NITZ:  I expect I'll be
11 able to get through the last set of
12 questions in like four or five
13 minutes.  I just need a couple minutes
14 to make sure I hit everything that I
15 wanted to hit and then finish up.
16        I certainly don't want to keep
17 the witness up any later than he's
18 already been up or than is necessary.
19        MR. SHEN:  All right.  We'll
20 come back in five minutes.
21        MR. NITZ:  Okay.
22        VIDEOGRAPHER:  Going off
23 record.  The time is 2:43.
24   (Off the record at 2:43 p.m.)
25        VIDEOGRAPHER:  We're going back

47 (Pages 385 to 388)

This Transcript Contains Confidential Material

Page 389

1      on record.  The time is 2:52.
2      QUESTIONS BY MR. NITZ:
3          Q.    Thank you.
4              Mr. Anqari, I have what I hope
5      will just be a quick few yes or no questions
6      for you.
7          A.    Thank you, sir.
8          Q.    From 1993 until 2002, did you
9      at any point have reason to believe that
10     Mr. Al-Bayoumi's educational studies were, in
11     fact, a sham to conceal support for unlawful
12     activity?
13             MR. HAEFELE:  Objection.
14     QUESTIONS BY MR. NITZ:
15         Q.    You can answer.
16         A.    I didn't understand the
17     question.
18             INTERPRETER:  Could the
19     interpreter just repeat the question
20     to the witness?
21             THE WITNESS:  I don't know
22     anything about Omar Bayoumi or his
23     studies, to answer this question.  I
24     didn't know anything.
25

Page 390

1      QUESTIONS BY MR. NITZ:
2          Q.    Between 1993 and 2002, did you
3      personally, at any point, ever tell anyone at
4      Dallah Avco that Mr. Al-Bayoumi's educational
5      studies were a sham to conceal unlawful
6      activity?
7              MR. HAEFELE:  Objection.
8              THE WITNESS:  That never
9      happened.  I never spoke with anyone
10     from Dallah about that subject.
11             MR. NITZ:  Thank you.  That's
12     all I have.
13             MR. SHEN:  All right.  I assume
14     that there's no one else with
15     questions on the defense side?
16             All right.  I have a few
17     questions.
18             CROSS-EXAMINATION
19     QUESTIONS BY MR. SHEN:
20         Q.    For the record, this is Andy
21     Shen from Kellogg Hansen.  I represent the
22     Kingdom of Saudi Arabia.
23             Mr. Anqari, I just have one or
24     two quick questions for you.
25             You were asked questions by

Page 391

1      Mr. Carter this morning about the
2      requirements that apply if a PCA employee is
3      seconded and then pursues educational
4      opportunities.
5              I'll let the translator go.
6              INTERPRETER:  You can finish,
7      Mr. Shen.
8      QUESTIONS BY MR. SHEN:
9          Q.    And you testified that if an
10     employee is seconded and the PCA pays the
11     educational fees for that employee directly,
12     the secondment would need to end before the
13     employee pursues their education.
14             Do you recall that?
15             MR. CARTER:  Objection.
16             THE WITNESS:  The employee --
17     shall I answer?
18     QUESTIONS BY MR. SHEN:
19         Q.    Yes.
20         A.    An employee who is sent on a
21     scholarship by the PCA while being seconded,
22     the secondment should stop and be returned to
23     the PCA.
24         Q.    All right.
25         A.    But if he went to another

Page 392

1      entity as seconded and that other entity is
2      the one that pays his salary, I wouldn't know
3      about it.
4          Q.    All right.  And so if an
5      employee is seconded to another entity and
6      that other entity pays for the employee's
7      education, the secondment would not need to
8      end first; is that correct?
9              MR. CARTER:  Objection.
10     Foundation.
11             THE WITNESS:  That would be up
12     to the entity to which the employee
13     was seconded.
14             MR. SHEN:  I have no further
15     questions.
16             Plaintiffs?
17             MR. CARTER:  Andy, can you just
18     give us about two minutes to
19     consolidate any questions and then
20     finish it quickly?
21             MR. SHEN:  Sure.
22             MR. CARTER:  Okay.  Thanks.
23             VIDEOGRAPHER:  We're going off
24     record.  The time is 2:58.
25             (Off the record at 2:58 p.m.)

48  (Pages 389 to 392)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE:  TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

)
)
)
)

Civil Action No. 03 MDL 1570 (GBD) (SN)
ECF Case

This document relates to:

*All cases*

## ERRATA SHEET FOR THE DEPOSITION OF ABDUL AZIZ AL-ANGARI
## (JANUARY 13-14, 2021)

| Page and Line | Current Text | Revised Text | Reason |
|---|---|---|---|
| All instances | al-Anqari | al-Angari | Clarification |
| 13:16 | Cornell University | Colorado University | Transcription Error |
| 13:18 | MBA | MPA | Transcription Error |
| 13:22 | MBA | MPA | Transcription Error |
| 14:16-17 | Yes, I see my name and my work translated | Yes, I see my name and my work place translated | Clarification |
| 14:24 | by the leave of | by the name of | Transcription Error |
| 15:25 | Khalaf | Ali al-Khalaf | Clarification |
| 16:1 | Khalaf | al-Khalaf | Transcription Error |
| 16:3 | Khalaf | al-Khalaf | Transcription Error |
| 16:6-7 | I don't remember exactly when he ended or what he does now. | I don't remember exactly when he came or when he ended or what he does now. | Clarification |
| 21:15 | officer | executive | Clarification |
| 25:21 | employee to | employee from | Clarification |
| 25:21 | employee to one department to another | an employee from one department to another | Clarification |

| 27:11 | Salmi | al-Salmi | Transcription Error |
|---|---|---|---|
| 28:2-3 | employees enjoy good efficiency and financial expertise | employees have good efficiency and financial experience | Clarification |
| 29:15 | Civil Aviation | Airways Engineering | Clarification |
| 34:3 | answer questions about in this | answer questions about this | Clarification |
| 36:8 | PSA | PCA | Clarification |
| 43:22-23 | Al-Salmi work in civil navigation | Al-Salmi worked in Saudi Navigation Company | Correction |
| 44:7 | -- | SANS | Transcription Error |
| 57:22 | auxiliary | support | Clarification |
| 58:23 | quality control | Air Standards | Correction |
| 59:17 | aviation, Civil Aviation Presidency | Civil Aviation Presidency | Clarification |
| 59:20 | airports | aircrafts | Clarification |
| 59:22 | navigation | traffic | Clarification |
| 60:2 | stores renting | real estate or services | Clarification |
| 60:3 | Presidency. | Presidency's responsibility. | Clarification |
| 60:25 | regulation | structure | Clarification |
| 64:5 | Khalaf's | al-Khalaf's | Transcription Error |
| 83:17 | mostly is | mostly is not | Transcription Error |
| 95:15 | human resources | human resources and finance and engineering | Clarification |
| 95:22 | for the CP | for the | Clarification |
| 105:3 | Department of Civil Aviation, civil | Presidency of Civil Aviation, Air | Clarification |
| 105:15 | Supervisor | I do not know who the Supervisor | Transcription Error |
| 107:13-14 | any information | any | Transcription Error |
| 109:2 | internal | employee | Clarification |
| 109:9 | It | He | Clarification |

| 187:5 | for employee appointed by the government. | for an employee appointed by the government. | Clarification |
|---|---|---|---|
| 195:8-9 | how could we communicate about this. | how could we communicate on that? | Transcription Error |
| 215:10 | would | toward | Transcription Error |
| 215:12 | government | semi-government | Translation Error |
| 215:17-18 | I don't recall, but it | I don't recall now | Clarification |
| 215:24 | Authority | General Authority | Translation Clarification |
| 216:2 | Authority | General Authority | Translation Clarification |
| 216:24 | Civil Aviation | Civil Aviation in KSA | Clarification |
| 217:5 | Yes.  Yes. | Yes. | Clarification |
| 217:13 | of | in | Clarification |
| 217:16 | aviation | of the aviation sector | Clarification |
| 217:17 | navigation | navigation only | Clarification |
| 217:24 | organization | organizational chart | Clarification |
| 218:1 | has | has its | Transcription Error |
| 218:4 | an | its | Transcription Error |
| 218:5 | an | its | Transcription Error |
| 218:6-7 | for Civil Aviation organization | for | Clarification |
| 218:14 | And every | Yes.  And every | Clarification |
| 219:23 | Under supervision was | Under my supervision were | Transcription Error |
| 220:2 | for the authority | authority | Clarification |
| 220:18 | would make the choices of | prepared | Clarification |
| 220:21 | with | and | Clarification |
| 220:25 | auditor would review – the auditor | auditors would review – the auditors | Clarification |
| 221:4-6 | sent to the auditor of the finance department – finance ministry to | sent to the review of the department of auditors from the finance ministry | Clarification |
| 221:7 | payment. | payment.  Then we sent them to the Ministry of | Clarification |

|  |  | Finance to pay the payment. |  |
|---|---|---|---|
| 221:10 | discussion | discussion to the sectors | Clarification |
| 221:16 | were responsible | The finance auditors were responsible | Clarification |
| 221:1 | They would report | They report | Clarification |
| 222:25 | did payrolls | prepares that payroll | Clarification |
| 223:10 | But not for contractors. Not | Yes, but not | Clarification |
| 223:20-21 | contracts of -- official leaves of PCA, | secondments of PCA employees | Clarification |
| 224:12 | here | was there | Transcription Error |
| 224:13 | we | they | Clarification |
| 224:17 | we have | Airways had | Clarification |
| 224:22 | person there | person's name there | Clarification |
| 225:6-7 | persons -- there were people who were | persons | Clarification |
| 226:6 | analyst | specialist | Clarification |
| 226:7 | who -- | who could recommend forming a committee | Clarification/Transcription Error |
| 226:13 | about control, quality control | about a traffic controller concerning quality control | Clarification |
| 227:2 | official | about a PCA employee | Clarification |
| 227:6 | is | was | Transcription Error |
| 229:8-9 | But later -- but later on it became -- later on it became | But later on it became | Clarification |
| 229:19 | Authority of Civil Aviation | General Authority of Civil Aviation | Clarification |
| 230:17 | The sultan -- I don't think | Prince Sultan – I don't remember when | Clarification/ Transcription Error |
| 231:18 | never | did not | Clarification |
| 232:20-21 | though they were a contractor for the | so they were a contractor | Clarification/Transcription Error |
| 232:23 | of -- with | of | Clarification |
| 233:1 | the airport | airport | Clarification |
| 239:23 | in one calendar year | during the total service | Correction |

| 242:18 | Could have been | Take | Clarification |
|---|---|---|---|
| 243:5 | is -- | is required | Clarification |
| 243:15 | If -- it | It | Clarification |
| 248:3 | low-level | low-rank | Clarification |
| 248:4 | many | a number of | Clarification |
| 248:17 | the hierarchy | the grade in the hierarchy | Clarification |
| 248:21 | low-level | low-rank | Clarification |
| 248:24 | 15 | Grade 15 | Clarification |
| 249:7 | would be -- could be | would be or could be | Clarification |
| 249:21 | to do | to do with | Clarification |
| 270:7 | gave | told | Clarification |
| 271:20-21 | This is an order created change | This is an order to credit an exchange | Transcription Error |
| 272:6 | The financial procedure so | So | Clarification |
| 272:19 | finance ministry | Ministry of Finance | Clarification |
| 279:6 | countries – {crosstalk} – passed away | countries, if a famous citizen passes away | Clarification |
| 280:1 | interview on the anniversary of | interview on the commemoration of | Translation Error |
| 280:2 | the anniversary | commemoration | Translation Error |
| 280:5 | the anniversary | commemoration | Translation Error |
| 281:23 | that's initiative of the journalist | that's the initiative of the journalist | Transcription Error |
| 282:3 | Highness death | Highness' death | Transcription Error |
| 287:16-17 | him, at school, in | him in | Correction / Transcription Error |
| 308:7 | question | answer | Clarification |
| 310:2 | or | and | Clarification |
| 311:18 | Airways Engineering, air navigation | Airways Engineering | Clarification |
| 314:18 | pilots | air controllers, fire fighter, and navigation technicians. | Correction |

| 315:1 | files | files, and in-and-out documents | Clarification |
|---|---|---|---|
| 319:8 | low-level | low-rank | Clarification |
| 320:17-18 | low-level employee. I was in a different level | low-rank employee. I was in an upper rank | Clarification |
| 320:19 | low-level | low-rank | Clarification |
| 322:17 | low-level | low-rank | Clarification |
| 323:10 | low-level | low-rank | Clarification |
| 323:11 | low-level | low-rank | Clarification |
| 328:21 | And | I am | Transcription Error |
| 331:3 | Civil Aviation, and he was employed by | PCA, and he was moved to | Correction |
| 366:4 | ICOW | ICAO | Transcription Error |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2021

Abdul Aziz al-Angari