# Exhibit 6

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-   -   -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570
ON SEPTEMBER 11, 2001       : (GBD)(SN)

-   -   -
JUNE 9, 2021
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL
-   -   -

Remote Videotaped

Deposition, taken via Zoom, of OMAR

AL-BAYOUMI, commencing at 7:04 a.m., on

the above date, before Amanda

Maslynsky-Miller, Certified Realtime

Reporter and Notary Public in and for the

Commonwealth of Pennsylvania.

-   -   -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 46

1      A.   Estan.
2           MR. BEETAR:  Sorry,
3    al-Salmi.
4           INTERPRETER MIKHAIL:  Oh,
5    ok.  Sorry, al-Salmi.
6           THE WITNESS: (In English)
7    al-Salmi.
8    BY MR. POUNIAN:
9      Q.   So am I correct that Alp
10   Karli reported to Mr. Salmi?
11     A.   So I don't know, because he
12   would report to Dallah.  He was also the
13   head of the finance, ANSS, and he would
14   report --
15          INTERPRETER MIKHAIL:  The
16   interpreter will correct.
17          THE WITNESS:  I do not know
18   because he would report to Dallah.
19   He was also in finance with ANSS,
20   headed by Salmi.
21          MR. KRY:  Same objection.
22   Just object to the responses as
23   nonresponsive.
24   BY MR. POUNIAN:

Page 47

1      Q.   Isn't it true, sir, Mr.
2    Salmi could hire or fire Mr. Alp Karli?
3           MR. SHEN:  Objection.
4    Foundation.
5           You can answer if you know.
6           MR. POUNIAN:  Did we get an
7    answer?
8           INTERPRETER MIKHAIL:  The
9    answer was I don't know.
10   BY MR. POUNIAN:
11     Q.   Where did you work for
12   airways engineering when you first
13   started your job there?
14     A.   (In English) Can you repeat
15   the question?
16          INTERPRETER MIKHAIL:  The
17   interpreter can repeat the
18   question.
19          THE WITNESS:  I don't
20   remember exactly.
21   BY MR. POUNIAN:
22     Q.   Well, did you have an
23   office?
24     A.   Yes.

Page 48

1      Q.   And where was your office?
2      A.   In the same -- in the
3    airways engineering.
4      Q.   Was that in Jeddah?
5      A.   Correct.
6      Q.   And where was that office
7    located?
8      A.   Next to Alp Karli's office.
9      Q.   And that was a building of
10   airways engineering?
11     A.   Correct.
12     Q.   And was Mr. Salmi's office
13   in the same building?
14     A.   Yes.
15     Q.   And how long did you work at
16   that particular office?
17     A.   Since I first got the
18   secondment it was about five years, just
19   about five years.
20     Q.   I asked how long did you
21   work at the office of airways engineering
22   in Jeddah?
23     A.   I do not know.
24          MR. BEETAR:  I don't

Page 49

1    remember.  Sorry.  He said, I
2    don't remember.
3    BY MR. POUNIAN:
4      Q.   What were your job duties
5    when you worked for airways engineering
6    in Jeddah at the office?
7      A.   In the finance department.
8      Q.   What did you do in the
9    finance department?
10     A.   Finance matters.
11     Q.   What finance matters?
12     A.   So salaries, purchases and
13   contracts and so forth.
14     Q.   And what -- what did you do
15   with regard to these items?
16          INTERPRETER MIKHAIL:
17   Counsel, please repeat the
18   question for the interpreter.
19   BY MR. POUNIAN:
20     Q.   What were you doing with
21   regard to salaries, purchases, contracts
22   and so forth?
23     A.   I was a reviewer for
24   renewal.

13  (Pages 46 to 49)

This Transcript Contains Confidential Material

Page 50

1      MR. BEETAR:  No, no.  He
2  said reviewing and auditing.
3      THE WITNESS:  (In English)
4  Auditing.  Yes.
5      MR. KRY:  Sorry.  On the
6  realtime at 36/20, I see the
7  testimony was changed to "next to
8  Avco's office."  The witness said
9  next to Alp Karli's office.  It's
10  at 36/20.
11  BY MR. POUNIAN:
12      Q.   And what were you reviewing
13  and auditing specifically?
14      A.   Anything finance related, it
15  would come my way and I would look at.
16      Q.   Like what?
17      A.   So the salaries, the
18  invoices, the purchases.  Every
19  department, they would have purchases and
20  I would have to review the transaction,
21  the procedures of the transactions, the
22  paperwork, are the paperwork aligned with
23  the law, are they following the
24  finance -- the finance conditions and so

Page 51

1  forth.
2      Q.   And did anyone work for you?
3      A.   So when I worked for the
4  airways engineering, they would tell me
5  that I would replace Karli but I needed
6  to study English.
7      Q.   Who told you that?
8      A.   Job requirements.
9      Q.   Who told you about replacing
10  Alp Karli?
11      A.   When I first came, they told
12  me.  In the same division.
13      Q.   Who told you?
14      A.   In the same division, when I
15  first got there, they told me, get
16  yourself ready to replace Alp Karli
17  because he's going to retire.  And I was
18  fit to take the post, but I needed to
19  better my English.
20      Q.   You keep saying, sir, that
21  "they told you."  Who are "they"?  Who
22  are the ones who told you?
23      A.   Who told me?  The head of
24  the department and the assistant.

Page 52

1      Q.   And who -- the head of the
2  department being Salmi?
3      MR. SHEN:  Objection to
4  form.
5      INTERPRETER MIKHAIL:
6  Interpreter did not hear.  Please
7  repeat.
8      THE WITNESS:  Alp Karli.
9      MR. BEETAR:  Alp Karli,
10  A-L-P.
11  BY MR. POUNIAN:
12      Q.   Did you speak with Mr. Salmi
13  about that issue?
14      A.   Which issue?
15      Q.   About your future at airways
16  engineering.
17      A.   No.
18      Q.   So is Alp Karli the only
19  person you spoke to about it?
20      A.   Yes.  He was my boss.  He
21  was the one getting me ready for me to
22  take on the post.
23      Q.   Sir, who sent you to San
24  Diego?

Page 53

1      A.   So at the beginning, I went
2  to study, on my own expense, English.  I
3  had --
4          - - -
5      (Whereupon, a discussion off
6  the record occurred.)
7          - - -
8      INTERPRETER MIKHAIL:  The
9  interpreter will repeat.
10      THE WITNESS:  In the
11  beginning, I went to study, on my
12  own expense, English.  I had that
13  intent.
14  BY MR. POUNIAN:
15      Q.   My question was, who sent
16  you to San Diego?
17      A.   No one in specific sent me
18  to San Diego.
19      Q.   Sir, you were assigned to
20  San Diego as part of your job at airways
21  engineering; am I correct?
22      A.   Yes.  Yes, later on.  In the
23  beginning I was on vacation, and then I
24  enrolled in Dallah.

This Transcript Contains Confidential Material

Page 66

```
 1        Q.   Sir, when you first moved to
 2   San Diego, who was paying your salary?
 3        MR. KRY:  Same objection.
 4        THE WITNESS:  Dallah.
 5   BY MR. POUNIAN:
 6        Q.   And how was it that Dallah
 7   was paying your salary?
 8        MR. KRY:  Objection to form.
 9        THE WITNESS:  They were
10        paying it because I received a
11        secondment.
12   BY MR. POUNIAN:
13        Q.   When you arrived in San
14   Diego, did you have what you're calling a
15   secondment at that time?
16        A.   Yes -- no, it was later on.
17   At first I did not have a secondment.
18   Later on, I received a secondment.
19        Q.   And who arranged the
20   secondment?
21        A.   The finance division.
22        Q.   The finance division of
23   airways engineering?
24        A.   Yes.
```

Page 67

```
 1        Q.   Sir, did you ever do any
 2   work for Dallah Avco?
 3        MR. KRY:  Objection to form.
 4        INTERPRETER MIKHAIL:  The
 5        interpreter, Dallah Avco?  Okay.
 6        THE WITNESS:  So Dallah Avco
 7        works under the umbrella of ANSS.
 8        I work under ANSS and not directly
 9        under Dallah.
10   BY MR. POUNIAN:
11        Q.   Did you ever have any job
12   responsibilities when you were working
13   under ANSS?
14        A.   Yes.
15        Q.   What were your job
16   responsibilities?
17        A.   Prior, it was in the finance
18   auditing and financial revisions.
19        Q.   And when and where did you
20   do that work, sir?
21        A.   At the beginning, it was at
22   Karli's office.
23        Q.   And that's before you went
24   to San Diego, is what you're saying, sir?
```

Page 68

```
 1        A.   And also after I came back
 2   from San Diego.  I studied for a bit in
 3   Saudi and then after that, I went back to
 4   work.
 5        Q.   What job responsibilities
 6   did you have for ANSS before you went to
 7   San Diego?
 8        A.   I mentioned it before.
 9        Q.   Sir, when did you first work
10   for ANSS?
11        A.   (In English) Exact date?
12        Q.   Yes.
13        A.   I don't remember.
14        Q.   Was it before or after you
15   went to San Diego for the first time?
16        A.   Yes, yes.
17        Q.   Yes what?  I'm sorry.
18        A.   Yes, before I went to San
19   Diego.
20        Q.   And how long before?
21        A.   Before I went to San Diego,
22   I worked for the finance department for
23   ANSS.  Then I went to San Diego.
24        Q.   And did you have any job
```

Page 69

```
 1   responsibilities in San Diego?
 2        A.   No.
 3        Q.   Did you do any work when you
 4   were in San Diego?
 5        A.   No.
 6        Q.   And who did you report to
 7   when you were in San Diego?
 8        INTERPRETER HALABI:  I'm
 9        sorry, the interpreter did not
10        hear the name.
11        THE WITNESS:  Alp Karli.
12   BY MR. POUNIAN:
13        Q.   And during the time that you
14   were in San Diego, am I correct that Alp
15   Karli still reported to Mr. Salmi at
16   airways engineering?
17        MR. SHEN:  Objection to
18        form.
19        You can answer.
20        THE WITNESS:  It could have
21        been Salmi.  It could have been
22        the project manager in Dallah, who
23        was appointed by --
24        INTERPRETER Al-HALABI:  The
```

18  (Pages 66 to 69)

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - -

IN RE: TERRORIST ATTACKS   : 03-MDL-1570
ON SEPTEMBER 11, 2001      : (GBD)(SN)

- - -
JUNE 10, 2021
VOLUME II
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL
- - -

Continued Remote Videotaped

Deposition, taken via Zoom, of OMAR

AL-BAYOUMI, commencing at 7:07 a.m., on

the above date, before Amanda

Maslynsky-Miller, Certified Realtime

Reporter and Notary Public in and for the

Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

**Page 389**

1      A.   That person, and another
2   person who helped.  Osama was the one
3   helping them.
4      Q.   So the man from Islamic
5   Affairs and Osama loaded the books in the
6   car?
7      A.   Yes.
8      Q.   And was there anyone else
9   helping to load the books into the car?
10      A.   Yes.  There was a worker
11   helping.
12      Q.   Was the receptionist the
13   only woman that you met at the consulate?
14      A.   Yes.
15      Q.   And did you meet any men at
16   the consulate, other than the Islamic
17   Affairs man that you described?
18      A.   No.
19      Q.   So am I correct the only two
20   people you met at the consulate were the
21   receptionist at the front, at the
22   entrance where you came in, and the
23   Islamic Affairs person?
24          MR. SHEN:  Objection to

**Page 390**

1   form.
2          You can answer.
3          INTERPRETER MIKHAIL:  The
4   interpreter will repeat the
5   question.
6          THE WITNESS:  And the
7   worker.
8   BY MR. POUNIAN:
9      Q.   So the three people you met
10   were the receptionist at the place where
11   you entered the consulate, the Islamic
12   Affairs man, and the worker who helped
13   load books in the car?
14      A.   Yes.
15      Q.   How many books were there?
16      A.   I don't remember.
17      Q.   What happened next?
18      A.   We went back to San Diego.
19          But before that -- so we
20   went back.  But on the road after we left
21   the embassy, we were hungry and we wanted
22   to get something to eat.  So we went and
23   ate.
24      Q.   And where did you go?

**Page 391**

1      A.   A restaurant.
2      Q.   And what restaurant?
3      A.   I don't know.  It was a
4   restaurant that served halal meat.
5      Q.   And was it a place you had
6   been to before?
7      A.   No.
8      Q.   How did you know to go
9   there?
10      A.   We saw it on the way.
11      Q.   You saw it on the way.
12          When did you see it on the
13   way?
14      A.   When we were going to San
15   Diego.
16      Q.   So you're saying you left
17   the consulate and on the way back to San
18   Diego you saw a restaurant?
19      A.   Yes.
20      Q.   And where was the restaurant
21   that you saw?
22      A.   I do not know.  I do not
23   remember.
24      Q.   Do you know what town it was

**Page 392**

1   in?
2      A.   It was Los Angeles.
3      Q.   And what happened then?
4      A.   After we ate in the
5   restaurant, we went back to San Diego.
6      Q.   Did you have your -- you had
7   your cell phone with you on this trip; am
8   I correct?
9      A.   Yes.
10      Q.   ███████████████████
11   █████████████████████████████
12   █████████████████████████████;
13   ████████████
14      A.   Yes.
15      Q.   ███████████████████████
16   █████████████████████████████
17   ████████████████████████████
18      A.   I don't remember.
19      Q.   What type of food was at the
20   restaurant that you stopped at?
21      A.   Halal meat.
22      Q.   And how did you know from
23   the outside of the restaurant that it had
24   halal meat?

This Transcript Contains Confidential Material

Page 393

1      A.   So they had the meat
2   suspended.
3           INTERPRETER ABDEL-RAHMAN:
4   Hanging.
5           INTERPRETER MIKHAIL:
6   Hanging.
7   BY MR. POUNIAN:
8      Q.   And you noticed that as you
9   were driving by?
10     A.   Yes.  We saw it, me and
11  Osama.
12     Q.   And what is it -- can you
13  just tell us, what is it that you saw
14  that made you stop at that particular
15  restaurant?
16     A.   We were looking for another
17  restaurant that me and my family had
18  eaten at before, but it was closed, I
19  believe.  And this one was next to it.
20     Q.   Sir, can you tell us, what
21  is it that you saw that made you stop at
22  that particular restaurant?
23     A.   So the way they had the meat
24  hanging.  And also the barbecue, they had

Page 394

1   a barbecue.
2      Q.   And you were driving by and
3   you saw that?
4      A.   Yes.
5      Q.   And you decided to stop at
6   that place?
7      A.   Yes.
8      Q.   And where did you park?
9      A.   In front of the restaurant.
10     Q.   And then what happened?
11     A.   We went inside the
12  restaurant and we ate.
13     Q.   What time was it?
14     A.   (In English) I don't know.
15          (Through Interpreter) I
16  don't know.
17     Q.   Can you tell us, what
18  approximately what time it was when you
19  went to the restaurant?
20     A.   I don't remember.  But it
21  was before dusk.
22     Q.   Was it getting dark out?
23     A.   It was before dusk, maybe an
24  hour before sunset.

Page 395

1      Q.   And what kind of food was at
2   the restaurant?
3      A.   Meat.
4      Q.   What kind of meat?
5      A.   (In English) I don't
6   remember.  Meat, halal.
7           (Through Interpreter) I
8   don't remember.  It was halal meat.
9      Q.   And what happened while you
10  were having lunch?
11     A.   I went and washed my hands.
12  We finished the food, and I went and
13  washed my hands and we got moving.
14     Q.   And then what happened?
15     A.   While I was washing, I heard
16  two people talking Arabic.
17     Q.   And you were washing your
18  hands in the washroom of the restaurant?
19     A.   So it wasn't a bathroom.  It
20  was a sink, a place to wash.
21     Q.   And this was a bathroom with
22  a door on it, I assume?
23          MR. SHEN:  He said it was
24          not a bathroom.

Page 396

1           THE WITNESS:  A place to
2   wash.
3           INTERPRETER ABDEL-RAHMAN: A
4   sink is a good word.
5           THE WITNESS:  It was a sink.
6   There was a sink.
7   BY MR. POUNIAN:
8      Q.   And what did you hear when
9   you were at the sink?
10     A.   I heard them speaking
11  Arabic.
12     Q.   Who?
13     A.   Those two people.
14     Q.   What two people?
15     A.   Called Nawaf and Khalid --
16  Nawaf and Khalid.
17     Q.   And did you talk to them?
18     A.   When I heard them, I greeted
19  them, peace be on you.
20     Q.   And did you have a
21  conversation with them?
22     A.   Yes.  They said, and peace
23  be on you.
24     Q.   And where was Osama at that

This Transcript Contains Confidential Material

Page 397

1    time?
2        A.   At the table.
3        Q.   And where were you and Nawaf
4    and Khalid?
5        A.   Up front at a table next by.
6    Because I washed my hands, and I was
7    walking back.  There was our table and
8    their table was next to ours.
9        Q.   Were they sitting at their
10   table already?
11       A.   Yes.
12       Q.   Were they eating already?
13       A.   They finished, like us.
14   They were getting done like us.
15       Q.   So they had been sitting
16   next to you at the restaurant before you
17   went to wash your hands?
18       A.   No, they were behind me.
19       Q.   But they had been sitting
20   behind you at the restaurant while you --
21   before you went to wash your hands?
22       A.   Yes.
23       Q.   And how far away was their
24   table from your table?

Page 398

1        A.   (In English) Two meters.
2            (Through Interpreter) Maybe
3    2 meters.
4        Q.   And the first time you heard
5    them was when you went to wash your
6    hands?
7        A.   Yes.
8        Q.   And they were seated at
9    their table when you heard them?
10       A.   Yes.  Because the road to
11   the sink passes by them.
12       Q.   And how far was the sink
13   from their table?
14       A.   From the table, perhaps 2
15   meters also.
16       Q.   And did you have a
17   conversation with Nawaf and Khalid?
18       A.   Yes.  May peace be upon you,
19   may peace be upon you.
20       Q.   Did you say anything else?
21       A.   No.  They spoke with me and
22   with Osama, but -- okay.  I'll wait for
23   the question to answer.
24       Q.   You spoke to them in Arabic;

Page 399

1    am I correct?
2        A.   Yes.
3        Q.   And Osama could not speak
4    Arabic; is that right?
5        A.   I interpreted for him.  I
6    thought they were from the Gulf area,
7    they didn't look like Saudis at first.
8        Q.   You interpreted for Osama?
9        A.   I interpreted for Osama, and
10   Osama understood a little bit.
11       Q.   And what was the
12   conversation that you had?
13       A.   Ordinary conversation.
14   Where do you live?  I said, we live in
15   San Diego.  And I told them that we were
16   on our -- we were going back home to San
17   Diego now and that San Diego was a
18   beautiful city with nice weather.
19       Q.   And did you learn that they
20   were from Saudi Arabia?
21       A.   Initially I didn't know they
22   were from Saudi Arabia.  I thought they
23   were from the Gulf area.
24           But then when they spoke,

Page 400

1    they said they were from Saudi Arabia.
2        Q.   And where in Saudi Arabia
3    were they from?
4        A.   Mecca.
5        Q.   And they told you that when
6    you first met them?
7        A.   Yes.  They told me and told
8    Osama at the same time, because we were
9    together.
10       Q.   And did you discuss Mecca
11   with them?
12       A.   No.
13       Q.   Did you tell them that you
14   were from Mecca?
15       A.   No.
16       Q.   You grew up in the Mecca
17   area, didn't you, sir?
18       A.   In Jeddah, which is in the
19   same principality as Mecca.
20       Q.   Sir, have you lived in Mecca
21   before?
22       A.   No.
23       Q.   Have you lived in the Mecca
24   area before?

This Transcript Contains Confidential Material

Page 401

1      MR. SHEN:  Objection to the
2  form.  Just clarify, please.
3  BY MR. POUNIAN:
4      Q.   Did you tell Nawaf and
5  Khalid that you were from Mecca?
6      A.   I am not from Mecca.
7      Q.   Were you born in Mecca or
8  near Mecca?
9      A.   No.
10      Q.   Where were you born, sir?
11      A.   (In English) In a small
12  village in Hagar --
13          (Through Interpreter) In a
14  small village by the name of Hagar.
15      Q.   And how far is that from
16  Mecca?
17      A.   (In English) Maybe five
18  hours.
19      Q.   Did you tell Khalid and
20  Nawaf where you were from?
21      A.   They could tell the accent
22  without me saying it.
23      Q.   Did you tell Khalid and
24  Nawaf where you were from?

Page 402

1      A.   No.
2      Q.   Did you give Khalid and
3  Nawaf your address?
4      A.   No.
5      Q.   Did you give them your phone
6  number?
7      A.   I don't remember.  But I
8  told them that we lived close to the
9  Islamic Center in San Diego.
10      Q.   What else did you tell them?
11      A.   There was not much of a
12  conversation.  It was, like, a two-minute
13  conversation.
14          (In English) Then back to
15  San Diego.
16          (Through Interpreter) Then
17  we went back to San Diego.
18      Q.   So you estimate the length
19  of your conversation as two minutes?
20      A.   Approximately.
21      Q.   And where did the
22  conversation take place?
23      A.   At the restaurant.
24      Q.   And were you standing when

Page 403

1  you were talking to them?
2      A.   I really don't remember if I
3  was standing or not.
4      Q.   Well, you said you were
5  washing your hands and you overheard them
6  at their table; is that right?
7      A.   Yes.
8      Q.   And then did you approach
9  them at their table?
10      A.   No, they came to my table.
11      Q.   And did they sit down with
12  you?
13      A.   I don't believe so.  We were
14  leaving already.
15      Q.   So they were standing and
16  talking to you while you were seated?
17      A.   I don't remember.  I don't
18  think that -- I don't think that I was
19  sitting while they were standing.  I
20  really don't remember whether we were
21  sitting or standing.  The whole thing
22  lasted two minutes or less.
23      Q.   And what happened then?
24      A.   We just went back to San

Page 404

1  Diego.
2      Q.   Did you say anything to
3  Khalid and Nawaf when you left?
4      A.   No.
5      Q.   Where did they go?
6      A.   I don't know.  We left right
7  away.
8      Q.   Did they stay in the
9  restaurant when you left?
10      A.   I don't remember.
11      Q.   Where did you leave them?
12      A.   We were inside the
13  restaurant.  We were leaving, and they
14  also were leaving.  But when we left, I
15  don't know if they left also or if they
16  remained in the restaurant.
17      Q.   So where did you say goodbye
18  to them?
19      A.   At the same moment -- at the
20  same moment.  It was not that long of a
21  time.  Just Salaam-Alaikum, we live in
22  San Diego, we are leaving now.  And we
23  left.
24      Q.   And where did you go from

40  (Pages 401 to 404)

This Transcript Contains Confidential Material

Page 405

1    there?
2        A.   Back home.
3        Q.   And did you try to visit the
4    King Fahad Mosque?
5        A.   On that day?
6        Q.   Yes.
7        A.   Yes, we wanted to go to King
8    Fahad Mosque, but we got lost.  Then we
9    departed right away.
10       Q.   When did you want to go to
11   the King Fahad Mosque?
12       A.   On our way back to San
13   Diego, we wanted to stop by King Fahad
14   Mosque.  But I got lost and we were
15   exhausted, so I decided just to head
16   home.
17       Q.   Why were you exhausted?
18       A.   Because of the long travel
19   from San Diego to Los Angeles.  I drove
20   from San Diego to Los Angeles, then there
21   was the filling out of the applications
22   and picking up the mushaffs.  That all
23   took time and effort.
24       Q.   How long were you at the

Page 406

1    consulate?
2        A.   I don't remember.
3        Q.   What time of day was it when
4    you drove back to San Diego?
5        A.   For the return, it was
6    around sunset time, perhaps shortly after
7    sunset or shortly before.  I believe so.
8        Q.   Was it dark during your
9    drive to San Diego?
10       A.   I don't remember.
11       Q.   What did you do when you got
12   back to San Diego?
13       A.   I went home.
14       Q.   Did you take Omar to his
15   home -- I'm sorry.
16            Did you take Osama to his
17   home?
18       A.   No.  Osama lived close to
19   us, so it was a walking distance.  He
20   just walked.
21       Q.   And where was that, that he
22   lived?
23       A.   I don't know.  But close to
24   us.

Page 407

1        Q.   On the other side of Balboa?
2        A.   I don't know.
3        Q.   Well, when you say he lived
4    close, where was it that he lived?
5        A.   I don't know.  I don't know
6    if it was on the other side or not.  But
7    I would say that it was about a
8    five-minute walk.
9        Q.   And had you gone to his
10   apartment before?
11       A.   No.
12       Q.   Had he been to your
13   apartment?
14       A.   Yes, he did come to my
15   apartment.
16       Q.   And how many times?
17       A.   (In English) I don't
18   remember.
19            (Through Interpreter) I
20   don't remember.
21       Q.   Did he know your children?
22       A.   Yes.
23       Q.   And what was his
24   relationship with your children?

Page 408

1        A.   No relationship.  No
2    relationship.
3        Q.   What time did you get home?
4        A.   I don't remember.
5        MR. POUNIAN:  Can we show
6    the witness Exhibit-463, please?
7    And I just want to take us to Page
8    6644, please.
9        MR. SHEN:  Can you give us a
10   Bates number, please?
11       MR. POUNIAN:  It's ███ is
12   the Bates number of this page.
13       MR. SHEN:  What's the first
14   document?
15       MR. POUNIAN:  It's -- good
16   question.  They put the stamp over
17   it.  It's -- I believe that it's
18   ███   Hold on a second.
19       MS. INT-HOUT:  The exhibit
20   has been uploaded to the marked
21   exhibit folder.
22   BY MR. POUNIAN:
23       Q.   Sir, do you recognize this
24   document?

41 (Pages 405 to 408)

This Transcript Contains Confidential Material

Page 409

1      A.   Yes.
2      Q.   And am I correct, is this
3   your -- the passport that was issued to
4   you in 1995?
5      A.   Yes.
6      Q.   And it was issued in the
7   Holy Capital.
8         Do you see that, sir?
9      A.   Yes.
10     Q.   And that's Mecca?
11     A.   Yes.
12     Q.   And why was your passport
13  issued in Mecca?
14     A.   (In English)  It doesn't
15  matter.
16         (Through Interpreter)  In
17  English, it doesn't matter.
18         In Arabic, you can get a
19  passport issued in -- anywhere in the
20  Kingdom.  You can get a passport issued
21  in any place in the Kingdom.
22     Q.   Why did you get your
23  passport issued in Mecca when you're
24  saying you didn't ever live there?

Page 410

1      A.   It's not that I never lived
2   there.  I went to Mecca all the time.  I
3   went to Mecca frequently.
4         MR. POUNIAN:  Could we show
5      this page together with the
6      following page, ███ on the same
7      screen?
8   BY MR. POUNIAN:
9      Q.   Sir, could you identify what
10  the second page is, ███ on the lower
11  right-hand corner?
12     A.   Yes.
13     Q.   And what is that?
14     A.   This is a copy of my
15  passport.
16     Q.   And this is the passport
17  that you -- that was issued on February
18  1st, 2000?
19     A.   Yes.
20     Q.   Now, do you understand --
21        MR. POUNIAN:  Can we show
22     both side by side, the photograph
23     pages?
24  BY MR. POUNIAN:

Page 411

1      Q.   Do you know, sir, why the
2   photographs on these two passports are
3   identical?
4      A.   When I went to the
5   consulate, I had the older pictures with
6   me.  And then the newer pictures that I
7   took were different.  And this one got
8   put on the passport.  They said this is
9   better to place on the passport.
10        Because the other pictures,
11  which I attached, were not the same like
12  this, they were not the same quality like
13  this.
14     Q.   And who did you have that
15  conversation with?
16     A.   The reception.
17        (In English)  Immediately.
18        (Through Interpreter)  Right
19  away, after I showed her the pictures,
20  she said, this one goes on the passport
21  and the others go with the forms.
22     Q.   So you brought with you old
23  photographs?
24     A.   Yes.

Page 412

1      Q.   And you also had taken new
2   photographs with your family?
3      A.   Yes.
4      Q.   And you also had photographs
5   taken on the day that you went to the
6   consulate at the place that Osama brought
7   you to?
8      A.   Yes, yes.
9      Q.   And what's the photo that
10  you had lost that you found again when
11  you got home?
12     A.   I believe it's similar to
13  this, one of these.
14     Q.   And how many of those photos
15  did you have when you went to the
16  consulate, the old photos?
17     A.   I was supposed to take four
18  photos with me.  But I believe that one
19  or two of the photos got stuck in my
20  pocket.  And I got upset and I went ahead
21  and had new pictures taken -- new photos
22  taken.
23     Q.   Where were the 1995
24  photographs taken, the ones that were in

42 (Pages 409 to 412)

This Transcript Contains Confidential Material

Page 532

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570
ON SEPTEMBER 11, 2001       : (GBD)(SN)

- - -
JUNE 11, 2021
VOLUME III
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL
- - -

Remote Videotaped

Deposition, taken via Zoom, of OMAR

AL-BAYOUMI, commencing at 7:04 a.m., on

the above date, before Amanda

Maslynsky-Miller, Certified Realtime

Reporter and Notary Public in and for the

Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 545

1            - - -
2        (It is hereby stipulated and
3    agreed by and among counsel that
4    sealing, filing and certification
5    are waived; and that all
6    objections, except as to the form
7    of the question, will be reserved
8    until the time of trial.)
9            - - -
10        VIDEO TECHNICIAN:  We are
11    now back on the record.  My name
12    is David Lane, a videographer for
13    Golkow Litigation Services.
14    Today's date is June 11th, 2021.
15    Our time is 7:04 a.m. Eastern
16    Standard Time.
17        This remote video deposition
18    is being held in the matter of the
19    Terrorist Attacks on September
20    11th, 2001.  Our deponent today is
21    Omar al-Bayoumi.
22        All parties to this
23    deposition are appearing remotely
24    and have agreed to the witness

Page 546

1    being sworn in remotely.
2        Due to the nature of remote
3    reporting, please pause briefly
4    before speaking so that all
5    parties are heard completely.
6        Our counsel will be noted on
7    the stenographic record.  The
8    court reporter today is Amanda
9    Miller.
10        I want to remind the
11    interpreters, as well as the
12    witness, you're still under oath
13    from yesterday.
14            - - -
15        BACHAR AL-HALABI, RODINA
16    MIKHAIL and MARWAN ABDEL-RAHMAN
17    were previously duly sworn to
18    translate questions from the
19    English language to the Arabic
20    language and the answers from the
21    Arabic language to the English
22    language.
23            - - -
24        OMAR AL-BAYOUMI, after

Page 547

1    having been previously duly sworn,
2    was further examined and testified
3    as follows:
4            - - -
5        VIDEO TECHNICIAN:  Please
6    begin.
7            - - -
8            EXAMINATION
9            - - -
10    BY MR. POUNIAN:
11        Q.   Sir, in the year 2000, did
12    you travel to Saudi Arabia?
13        A.   Yes.
14        Q.   And what was the purpose of
15    your trip?
16        A.   The purpose for my trip was
17    to go back to my work, first of all.  And
18    also to pursue my studies at Aston
19    University.
20        Q.   And where did you return --
21    where did you go to work in Saudi Arabia?
22        A.   My office.
23        Q.   And that was in Jeddah at
24    Airways Engineering?

Page 548

1        A.   Yes.  Yes.
2        Q.   And did you have an office
3    at that Airways Engineering building in
4    Jeddah?
5        A.   Yes.
6        Q.   And can you describe the
7    office to us?
8        A.   An ordinary office.  Perhaps
9    4 by 4 meters.  It had a desk and a
10    telephone, computer.
11        Q.   And did Alp Karli have an
12    office nearby your office?
13        A.   Yes.
14        Q.   And what work did you do
15    when you went back to Saudi Arabia at
16    that time?
17        A.   It was auditing
18    transactions, purchases, salaries.  And
19    secondments.
20        Q.   And did you receive a
21    paycheck from the Presidency of Civil
22    Aviation for the work that you did at
23    that time?
24        A.   No.  The aviation didn't

5 (Pages 545 to 548)

This Transcript Contains Confidential Material

Page 605

1    Profile, was marked for
2    identification.)
3         - - -
4         MR. POUNIAN:  Could we
5    just -- could we highlight the
6    photograph here, please?  And can
7    you expand that?
8    BY MR. POUNIAN:
9         Q.   Sir, is that the man we've
10   referred to as Omar Hammerman?
11        A.   Yes.
12        Q.   And that's the man we also
13   described as Omar the American?
14        A.   Yes.  Omar Hammerman, Omar
15   Al Amriki, American, yes.
16        MR. POUNIAN:  We will
17   suspend our questioning right now
18   subject to our objections.
19        MR. SHEN:  Go ahead, Robert.
20        MR. KRY:  Thanks, Andy.
21        - - -
22        EXAMINATION
23        - - -
24   BY MR. KRY:

Page 606

1         Q.   Mr. al-Bayoumi, my name is
2    Robert Kry.  I represent Dallah Avco in
3    this case.
4         Thank you for speaking with
5    us.
6         A.   (The Witness) Thank you.
7         Q.   I apologize that the
8    deposition is proceeding on a Friday, I
9    know that's inconvenient.  And if you
10   need to take breaks for prayers, please
11   let us know.
12        A.   (The Witness) Thank you.
13        MR. KRY:  I'm going to mark
14   as Exhibit-718 a document that was
15   produced by the Kingdom in this
16   case at KSA 629.
17        - - -
18        (Whereupon, Exhibit
19   al-Bayoumi-718, KSA0000000629,
20   Statement of Jobs, was marked for
21   identification.)
22        - - -
23   BY MR. KRY:
24        Q.   This is a document that

Page 607

1    summarizes your work history at the PCA.
2         MR. KRY:  If we could show
3    the Arabic version.
4    BY MR. KRY:
5         Q.   Do you recognize this as an
6    accurate summary of your work history at
7    the PCA?
8         THE WITNESS:  Yes.
9    BY MR. KRY:
10        Q.   It indicates that you began
11   work at the PCA in 1977 and retired in
12   2014.
13        Are those dates accurate?
14        A.   I don't know those dates.
15   But I know the dates in Arabic.  It says
16   it on top, 1397 to 1435.  These dates are
17   accurate.
18        MR. CARTER:  Robert, do you
19   have a translation?
20        MR. KRY:  Yes.  It should be
21   on the exhibit share.
22        MR. CARTER:  I'm sorry, it's
23   not on the screen.  Thanks.
24   BY MR. KRY:

Page 608

1         Q.   Mr. al-Bayoumi, based on
2    those dates, at the time you were
3    seconded to the ANSS project in 1995, had
4    you already been working at the PCA for
5    18 years by that point?
6         A.   Yes.
7         Q.   And after you left the ANSS
8    project in 2002, did you go back to work
9    at the PCA for another 12 years after
10   that?
11        A.   Yes.
12        Q.   Next I'm going to show you a
13   document that was previously marked
14   Anqari Exhibit-361, produced at KSA 3168.
15        This is an organization
16   chart that the Kingdom produced in this
17   case showing the PCA's Airways
18   Engineering directorates.
19        Near the top of the chart,
20   there's a box labeled, Director general,
21   Airways Engineering.
22        A.   Yes.
23        Q.   Do you recognize that
24   position as the one that Mohammad

This Transcript Contains Confidential Material

Page 609

1    al-Salmi held between 1994 and 2002?
2       A.   Yes.
3       Q.   On the right-hand side,
4    there's a box labeled, Contracts and
5    finance control.
6            Do you recognize that as the
7    unit that Alp Karli managed between 1994
8    and 2002?
9       A.   I don't remember the date
10   exactly.  But yes.
11      Q.   At the bottom, there's a box
12   labeled, Logistics manager.
13           During the 1995 to 1997
14   timeframe, do you know who was in charge
15   of that unit?
16      A.   No.
17      Q.   Have you heard of a man
18   named Samuel Coombs?
19           INTERPRETER AL-HALABI:  What
20   was the last name, counselor?
21           MR. KRY:  Samuel Coombs,
22   C-O-O-M-B-S.
23           THE WITNESS:  I don't
24   remember.

Page 610

1    BY MR. KRY:
2       Q.   Is this organizational chart
3    for the Airways Engineering directorate
4    accurate, to the best of your knowledge?
5       A.   I don't know.  I don't know
6    if it's accurate or not.  I don't know if
7    there's something missing.  But that's
8    it, yes.
9       Q.   Do you see anything specific
10   in the chart that you think is
11   inaccurate?
12      A.   Inaccurate?  I don't know.
13   But what's accurate is --
14           (The Witness) Contracts and
15   finance control.
16           (Through Interpreter)
17   Contracts and finance control.  That's
18   accurate.
19      Q.   And does this chart refresh
20   your recollection that Alp Karli, as the
21   head of the contracts and finance unit,
22   reported to al-Salmi, the director
23   general of Airways Engineering?
24      A.   His manager is al-Salmi.

Page 611

1            If you notice -- there is
2    something you need to know to distinguish
3    by.
4            Would you allow me to
5    explain?
6       Q.   Please do.
7       A.   There are government
8    officials, there are sections that belong
9    under contracts.
10      Q.   Thank you.
11           Earlier this week you
12   testified that Alp Karli was an Air
13   Navigation System Support employee or
14   ANSS employee.
15           Do you remember that
16   testimony?
17      A.   Yes.
18      Q.   When did you first learn
19   about the Air Navigation System Support
20   project?
21      A.   I learned that when I was in
22   PCA.
23      Q.   Do you remember
24   approximately what year you first learned

Page 612

1    about the ANSS project?
2       A.   No, I don't remember.
3       Q.   Did you understand that the
4    company Dallah Avco had a contract with
5    the PCA to provide certain services in
6    connection with the ANSS project?
7       A.   Yes.
8       Q.   Was one of those services
9    manpower procurement or recruiting for
10   the project?
11      A.   No.  There was a time where
12   they were bringing Saudis to -- in the
13   program.  They called it the Saudization,
14   which is bringing Saudi nationals into
15   the program.
16      Q.   Were there also foreign
17   nationals?
18      A.   Many.
19      Q.   And was one of Dallah Avco's
20   responsibilities, in connection with the
21   project, to procure or recruit those
22   foreign employees to work on the project?
23      A.   The question is not clear.
24      Q.   Well, you testified that Alp

21 (Pages 609 to 612)

This Transcript Contains Confidential Material

Page 613

1　Karli was an ANSS employee.
2　　　Were there other ANSS
3　employees within the Airways Engineering
4　directorate who were providing work for
5　Airways Engineering?
6　　　A.　Karli did not bring in
7　employees.  But there was a Saudization
8　program, meaning bringing Saudi nationals
9　instead of foreign nationals.
10　　　Q.　Did Dallah Avco also provide
11　payroll processing services for ANSS
12　employees, like Alp Karli?
13　　　A.　I do not know.
14　　　Q.　Do you know, when Alp Karli
15　received his paycheck as an ANSS employee
16　working in the Airways Engineering
17　directorate, that paycheck was sent to
18　him by Dallah Avco?
19　　　INTERPRETER MIKHAIL:
20　　　Counsel, can you please repeat the
21　　　question one last time?
22　BY MR. KRY:
23　　　Q.　Do you know, when Alp Karli
24　received his paycheck as an ANSS employee

Page 614

1　working in the Airways Engineering
2　directorate, was that paycheck sent to
3　him by Dallah Avco?
4　　　A.　No.
5　　　Q.　Do you mean no, you don't
6　know; or --
7　　　A.　(The Witness) No, I don't
8　know.
9　　　(Through Interpreter) No, I
10　do not know.
11　　　Q.　In addition to Alp Karli,
12　were there other ANSS employees in the
13　contracts and finance control unit?
14　　　A.　Yes.
15　　　Q.　Was one of those employees,
16　for example, a Mr. Al Awad?
17　　　A.　I do not know.  No, I don't
18　know.
19　　　Q.　Did those ANSS employees
20　work in the Airways Engineering
21　directorate offices?
22　　　A.　Yes.
23　　　Q.　Would those ANSS employees
24　work side by side with other Airways

Page 615

1　Engineering personnel as part of one
2　integrated team?
3　　　A.　Yes.
4　　　Q.　Do you know whether any ANSS
5　employees working in the Airways
6　Engineering directorate had been
7　recruited to those Airways Engineering
8　positions by Dallah Avco?
9　　　A.　Yes.
10　　　Q.　I asked you earlier about a
11　Mr. Al Awad.  His full name was Mr.
12　Azhari Al Awad.
13　　　Does that --
14　　　A.　(The Witness) Yes, Azhari.
15　　　(Through Interpreter) Yes.
16　The answer is yes, Azhari, that's his
17　name.
18　　　Q.　Do you recognize him as
19　another ANSS employee that worked in
20　contracts and finance control?
21　　　A.　Yes.
22　　　Q.　Separate from the PCA
23　Airways Engineering offices where Airways
24　Navigation System Support employees

Page 616

1　worked, were you aware that Dallah Avco,
2　the company, also had its own offices?
3　Separate from those?
4　　　A.　Yes.  They were government
5　employees and there were foreign
6　employees that were working on the same
7　project, yes.
8　　　Q.　Do you know Dallah Avco's
9　former recruitment manager, Jaber
10　Khalifa, K-H-A-L-I-F-A?
11　　　A.　No.
12　　　Q.　Do you know Dallah Avco's
13　former director of manpower services, a
14　man named Riaz Khan?
15　　　A.　No.
16　　　Q.　Have you ever met the former
17　chairman of Dallah Avco group, Alalwi
18　Kamel?
19　　　A.　Yes.  Kamel, I did not meet
20　him, but I know that he was a manager of
21　executive personnel.  But I do not know
22　him.
23　　　So he wasn't responsible for
24　the employees.  He was a manager at

22  (Pages 613 to 616)

This Transcript Contains Confidential Material

Page 617

1    Dallah.  I do not know what was his exact
2    post.
3         Q.   Did Mr. Kamel work in the
4    PCA's Airways Engineering offices with
5    you and Alp Karli, or did he work in
6    Dallah Avco's offices?
7         A.   No, he was at Dallah.
8         Q.   When Dallah Avco recruited
9    someone like Mr. Azhari to the ANSS
10   project, did Dallah Avco have any ongoing
11   responsibility to direct and supervise
12   the work of those ANSS employees working
13   in Airways Engineering?
14        A.   I do not know.
15        Q.   Throughout today's
16   deposition, I'm going to refer to ANSS
17   employees and also to Dallah Avco
18   employees.
19             When I refer to ANSS
20   employees, I mean people like Alp Karli
21   or Mr. Al Awad, who received -- who may
22   have received paychecks from Dallah Avco
23   but who work in Airways Engineering
24   offices under the direction and

Page 618

1    supervision of Airways Engineering.
2             When I refer to Dallah
3    Avco's employees, I mean people like
4    Alawi Kamel who worked in Dallah Avco's
5    offices.
6             And I realize that some
7    people may use those terms differently.
8    But I want you to understand and I want
9    you to be clear about how I am using
10   those terms when I ask my questions.
11            Do you understand the
12   distinction I'm making there between
13   people like Alp Karli who worked in
14   Airways Engineering and people like Alawi
15   Kamel who worked at Dallah Avco's
16   headquarters?
17            MR. SHEN:  I'm going to
18   object.  Objection to form.
19            You can answer, Mr. Bayoumi,
20   if you understand that distinction
21   that Mr. Kry has drawn.
22            THE WITNESS:  No, I don't
23   understand the difference.
24   BY MR. KRY:

Page 619

1         Q.   Well, you testified that Alp
2    Karli worked in Airways Engineering in an
3    office next door to you and that he
4    reported to al-Salmi.
5             And then you also testified
6    that Alawi Kamel did not work in Airways
7    Engineering with you two and instead
8    worked at Dallah headquarters.
9             And so I'm going to refer to
10   people like Alp Karli as ANSS employees,
11   and I'm going to refer to people like
12   Alawi Kamel as Dallah Avco employees.
13            Do you understand the
14   distinction I'm drawing there?
15        A.   Yes.
16        Q.   On Wednesday of this week,
17   you testified that Alp Karli reported to
18   al-Salmi, but you also mentioned at one
19   point that he reported to Dallah Avco.
20   And I would like to ask you some
21   questions to better understand what you
22   meant by that.
23        A.   So what I meant is Karli --
24   Mr. Karli would manage the work at ANSS.

Page 620

1    However, there were some transactions
2    that he would refer to Salmi for these
3    transactions.  Also, there were other
4    times that he would go to Dallah and hold
5    meetings there, and that would be at
6    Dallah.
7         Q.   Did you ever see Alawi Kamel
8    come to the Airways Engineering offices
9    and instruct Alp Karli how to perform his
10   work at Airways Engineering?
11        A.   No.
12        Q.   Did you ever see anyone else
13   come from Dallah headquarters to Airways
14   Engineering to direct Alp Karli how to
15   conduct his work?
16        A.   No.  But people came from
17   Dallah.  Also, Karli was a big manager.
18   He was not somebody to take instructions.
19   He was someone to give instructions.
20        Q.   Did Karli ever take
21   instructions from al-Salmi?
22        A.   I do not know.
23        Q.   Other than the fact that
24   there were times that Alp Karli attended

23 (Pages 617 to 620)

This Transcript Contains Confidential Material

Page 621

1   meetings at the Dallah offices, are you
2   aware of any other specific facts showing
3   that Dallah Avco directed and supervised
4   Alp Karli's work at Airways Engineering?
5       A.   No.
6       Q.   When Alp Karli went to
7   Dallah offices to attend meetings, do you
8   know what the subject of those meetings
9   was?
10      A.   No.
11      Q.   All right.
12           MR. KRY:  I'm going to mark
13  as Exhibit-719 a document produced
14  at KSA 1054.
15           This is a PCA form, dated
16  November 23rd, 1993, concerning
17  your transfer from the PCA's
18  financial administration
19  department to Airways Engineering.
20  BY MR. KRY:
21      Q.   Mr. al-Bayoumi, why did you
22  transfer from financial administration to
23  Airways Engineering in 1993?
24      A.   It was for the purpose of

Page 622

1   the Saudization of the posts at the
2   Airways Engineering.
3           MR. KRY:  Give me one
4   moment.
5           - - -
6           (Whereupon, a discussion off
7   the record occurred.)
8           - - -
9           MR. NITZ:  It's in there,
10  it's under Exhibit-364 because
11  it's been previously marked.  So
12  it should be in there under 364.
13          - - -
14          (Whereupon, a discussion off
15  the record occurred.)
16          - - -
17          MR. KRY:  And I may have
18  misspoken on the Bates number.
19  This one was produced at KSA 4515.
20          MR. NITZ:  No, you got it
21  right, Robert.  This is 1054.
22          MR. KRY:  I think there's a
23  discrepancy in the documents.  Can
24  I put up KSA 4515?

Page 623

1           MR. NITZ:  I'll get that one
2   up.  And we'll call this one 719.
3           MR. KRY:  Thank you.
4           - - -
5           (Whereupon, Exhibit
6   al-Bayoumi-719, KSA0000004515,
7   Human Resources Department Letter,
8   was marked for identification.)
9           - - -
10  BY MR. KRY:
11      Q.   Mr. al-Bayoumi?
12      A.   (In English) Yes.
13      Q.   Do you see that al-Salmi
14  signed this form confirming that you had
15  begun work at Airways Engineering in
16  1993?
17      A.   Yes.
18      Q.   And do you recognize that
19  signature as al-Salmi's on the left-hand
20  side of the document?
21      A.   Yes.
22      Q.   To your knowledge, did
23  anyone at Dallah Avco play any role in
24  your transfer from financial

Page 624

1   administration to Airways Engineering?
2       A.   No.
3       Q.   This form identifies
4   al-Salmi as your immediate supervisor in
5   Airways Engineering.
6           Were you aware that PCA
7   records listed al-Salmi as your immediate
8   supervisor?
9       A.   He was not my immediate
10  supervisor, but anybody in the government
11  sector had to report to him.
12          As for my direct supervisor,
13  it was Alp Karli.
14          MR. NITZ:  It seems like we
15  might have lost Robert.
16          VIDEO TECHNICIAN:  Do you
17  want to go off record?
18          MR. NITZ:  Why don't we take
19  five minutes.
20          VIDEO TECHNICIAN:  We're
21  going off the record.  The time is
22  9:44 a.m.
23          - - -
24          (Whereupon, a brief recess

24 (Pages 621 to 624)

This Transcript Contains Confidential Material

Page 625

1      was taken.)
2              - - -
3          VIDEO TECHNICIAN:  We're
4      back on the record at 9:50 a.m.
5      BY MR. KRY:
6          Q.   Mr. al-Bayoumi, I'm going to
7      show you an exhibit previously marked
8      Exhibit-708.  This is the summary of your
9      interview with the 9/11 Commission.
10         The second paragraph states
11     that, Omar al-Bayoumi first came to the
12     U.S. around August 1994 to enroll in an
13     ESL, English as a second language,
14     program at San Diego State University.
15         Is that an accurate
16     statement of the reason why you went to
17     the United States?
18         A.   Yes.
19         Q.   On the second page, the
20     memorandum states, in the second full
21     paragraph, Omar al-Bayoumi stressed he
22     very much enjoys being a student despite
23     his relatively advanced age.
24         Do you remember telling the

Page 626

1      9/11 Commission that?
2              - - -
3          (Whereupon, a discussion off
4      the record occurred.)
5              - - -
6          THE WITNESS:  It's not like
7      I really enjoyed being a student.
8      I have been a student all my life.
9      BY MR. KRY:
10         Q.   The next sentence states, He
11     was selected to participate in further
12     education by his employer, PCA, based on
13     his knowledge of English and his ability
14     to teach accounting.
15         Is that an accurate
16     statement?
17         A.   Yes.
18         Q.   And then the next sentence
19     after that states, Omar al-Bayoumi's
20     education program was approved by his
21     boss, a Turkish American named Alp Karli,
22     who worked in Jeddah in a PCA unit
23     responsible for finances and contracts in
24     the field of aviation services within

Page 627

1      Saudi Arabia.
2          Is that a correct statement?
3          A.   Yes.
4          Q.   And the reference to a PCA
5      unit in Jeddah, was that the contracts,
6      finance and controls unit we looked at in
7      the organizational chart a few moments
8      ago?
9          A.   No.
10         Q.   What's --
11         A.   The answer is no.
12         (The Witness) No.
13         Q.   What unit responsible for
14     finances and contracts were you referring
15     to when you made that statement to the
16     9/11 Commission?
17         A.   I don't understand the
18     question.
19         Q.   Did Alp Karli work in an
20     Airways Engineering unit in Jeddah
21     responsible for finances and contracts?
22         INTERPRETER MIKHAIL:  He
23     seems to be frozen.
24         Interpreter will --

Page 628

1          INTERPRETER AL-HALABI:  I'm
2      sorry, there's a thunderstorm
3      passing by, so it's affecting the
4      Internet, I believe.
5          MR. KRY:  You and I both.
6          THE WITNESS:  Yes.
7      BY MR. KRY:
8          Q.   And was that Airways
9      Engineering unit the contracts, finance
10     and controls unit we looked at on the
11     organizational chart a few moments ago?
12         A.   Yes, yes.
13         Q.   Did Alp Karli, in fact,
14     approve your education program?
15         A.   Yes.
16         Q.   Was anyone else involved in
17     approving your education program?
18         A.   I don't know.
19         MR. KRY:  All right.  Let's
20     mark as, I think we're on
21     Exhibit-720, a document produced
22     at PEC-KSA1-71.  These are records
23     from San Diego State University.
24              - - -

25 (Pages 625 to 628)

This Transcript Contains Confidential Material

Page 629

1       (Whereupon, Exhibit
2   al-Bayoumi-720,
3   PEC-KSA1-000071-0083, San Diego
4   State University Records, was
5   marked for identification.)
6           - - -
7       MR. KRY:  And if we turn to
8   the page marked KSA 1-75.
9   BY MR. KRY:
10      Q.   This is your progress report
11  for fall 1994.
12          This document states that
13  you had 92 percent attendance and
14  includes grades and comments on your
15  work.
16          Do you recognize this
17  document as an accurate report of your
18  studies at San Diego State University in
19  fall 1994?
20      A.   I don't remember.
21      Q.   Do you recognize the courses
22  listed on this transcript as the subjects
23  you studied at San Diego State University
24  in 1994?

Page 630

1       A.   Can you enlarge it a little
2   bit?
3           Yes.
4       Q.   Why did you decide to take
5   these particular classes?
6       A.   I remember, I think it was
7   part of the program available.
8       Q.   Did you believe that these
9   courses would improve your job skills
10  when you returned to the PCA?
11          Strike that question.  I'll
12  ask it differently.
13          Did you believe that these
14  courses would include your job skills
15  when you returned to Airways Engineering?
16      A.   Yes.  That's the beginning
17  of the English language, yes.
18      Q.   You mentioned that Alp Karli
19  approved these studies.
20          Did anyone -- besides that,
21  did anyone at Dallah Avco have a role in
22  selecting the courses you would attend at
23  SDSU?
24      MR. BEETAR:  Bachar, you

Page 631

1   were disconnected.  Can you please
2   repeat the question?  Because no
3   one heard it.
4       INTERPRETER AL-HALABI:
5   Okay.  Of course.  Thank you.
6       THE WITNESS:  (The Witness)
7   Start again.
8       MR. BEETAR:  I'm sorry, you
9   dropped off again.  There is an
10  Internet issue.
11      THE WITNESS:  I do not know.
12      MR. KRY:  Let's turn to Page
13  KSA 1-79.  And, actually, what I'm
14  looking for is the spring 1995
15  progress report.
16      I think I got the page
17  wrong.  There you go.  KSA 1-82.
18  BY MR. KRY:
19      Q.   Mr. al-Bayoumi, do you
20  recognize this as an accurate progress
21  report for the studies you took at SDSU
22  in spring 1995?
23      A.   Yes.
24      Q.   Did Alp Karli approve these

Page 632

1   studies?
2       A.   I don't know.  It was an
3   entire program.  It wasn't, like, one
4   semester here and there.  It was an
5   entire program.
6       Q.   To your knowledge, was
7   anyone else involved in approving these
8   studies in spring 1995?
9       A.   I don't know.
10      Q.   Was your desire to pursue
11  these studies at San Diego State
12  University the reason you came to the
13  United States in 1994?
14      A.   The main reason for me was
15  to learn the English language first.
16  Then to try to continue my higher
17  education.  But I couldn't.
18      Q.   Did you ever tell anyone at
19  Dallah Avco that you were going to the
20  United States for some reason other than
21  pursuing educational studies?
22      A.   No.  The main reason was
23  education.
24      MR. KRY:  I'm going to mark

26 (Pages 629 to 632)

This Transcript Contains Confidential Material

Page 633

1    as Exhibit-720 now a document
2    produced at DA 1105.
3        MR. NITZ:  Robert, I think
4    we're at 721.
5        MR. KRY:  Thank you.
6        - - -
7        (Whereupon, Exhibit
8    al-Bayoumi-721, DA001105-1106,
9    12/6/94 Letter, was marked for
10   identification.)
11       - - -
12       MR. KRY:  So we will mark as
13   Exhibit-721 this document produced
14   at DA 1105.
15   BY MR. KRY:
16       Q.   This is a letter from Linda
17   Lawton at San Diego State University to
18   Mohammad al-Salmi, dated December 6th,
19   1994, which discusses some of your
20   options for further studies at SDSU.
21       Mr. al-Bayoumi, have you
22   seen this letter before?
23       INTERPRETER AL-HALABI:  What
24   was the last name?  I'm sorry,

Page 634

1    counselor.
2        MR. KRY:  Lawton.  It's on
3    the letter.  L-A-W-T-O-N.
4        THE WITNESS:  I think I've
5    seen it.
6    BY MR. KRY:
7        Q.   When do you remember seeing
8    it?
9        A.   (The Witness) A long time
10   ago.  When I started.
11       Q.   And, to your knowledge, did
12   Linda Lawton, or anyone else at SDSU,
13   send letters like these to Dallah Avco
14   concerning your education?
15       A.   I don't know.
16       MR. KRY:  If we can zoom in
17   on the last paragraph of this
18   page.
19   BY MR. KRY:
20       Q.   The last sentence says,
21   He -- meaning you -- is insisting on a
22   specialized English course in
23   accounting/finance/contracts.
24       Do you recall, around this

Page 635

1    time period, that you were insisting on a
2    specialized English course in accounting,
3    finance, contracts?
4        A.   It's accounting and finance,
5    yes.  No engineering.
6        I don't remember.  I don't
7    remember exactly.
8        Q.   Were those courses relevant
9    to your work at Airways Engineering?
10       A.   Yes.  If it was -- if it was
11   made available to me, it would help me a
12   lot.
13       MR. KRY:  Let's mark as
14   Exhibit-722 a document produced at
15   KSA 1032.
16       - - -
17       (Whereupon, Exhibit
18   al-Bayoumi-722,
19   KSA0000001032-1033, 5/30/94
20   Letter, was marked for
21   identification.)
22       - - -
23   BY MR. KRY:
24       Q.   This is an employee leave of

Page 636

1    absence request you submitted to the PCA
2    for a 90-day regular leave, which
3    ultimately started on August 28th, 1994.
4        Do you recall requesting a
5    90-day leave from the PCA that started on
6    August 28th, 1994?
7        A.   Yes.
8        Q.   Was the purpose of this
9    leave to pursue your educational studies
10   in San Diego?
11       A.   It's not a leave.  It's a
12   vacation.  It's time off.
13       Q.   Was the purpose of this time
14   off to pursue educational studies in San
15   Diego?
16       A.   Yes.
17       Q.   The second block on this
18   form is labeled, Official approval.
19       Do you recognize al-Salmi's
20   signature in that block?
21       A.   Yes.
22       Q.   To your knowledge, did
23   Dallah Avco have any role in approving
24   this time-off request?

27 (Pages 633 to 636)

This Transcript Contains Confidential Material

Page 637

1          A.   I do not know if it was
2    Dallah Avco.  There are two initials here
3    before al-Salmi.  But I do not know.
4          MR. KRY:  Let's mark as
5    Exhibit-723 a document produced at
6    KSA 1040.
7                  - - -
8          (Whereupon, Exhibit
9          al-Bayoumi-723,
10         KSA0000001040-1041, 11/6/94
11         Letter, was marked for
12         identification.)
13                 - - -
14   BY MR. KRY:
15         Q.   This is a November 6th,
16   1994, request for a 90-day exceptional
17   leave, starting November 27th, 1994.
18         Do you recall that after
19   your regular leave expired, you asked the
20   PCA for a 90-day exceptional leave?
21         A.   Yes.
22         Q.   And was the purpose of that
23   exceptional leave also to continue your
24   educational studies in the United States?

Page 638

1          A.   Yes.
2          Q.   Do you recognize al-Salmi's
3    signature on this form, too?
4          A.   Yes.
5          Q.   And, to your knowledge, did
6    Dallah Avco have any role in approving
7    this request?
8          A.   I do not know.
9          MR. KRY:  Let's mark as
10   Exhibit-724 a document produced at
11   KSA 1046.
12                 - - -
13         (Whereupon, Exhibit
14         al-Bayoumi-724, KSA0000001046,
15         2/7/1995 Letter, was marked for
16         identification.)
17                 - - -
18   BY MR. KRY:
19         Q.   This is a February 7th,
20   1995, request for a second 90-day
21   exceptional leave to start on February
22   27th, 1995.
23         Do you recall asking the PCA
24   for this additional second exceptional

Page 639

1    leave after the first 90-day exceptional
2    leave expired?
3          A.   Yes.
4          Q.   Was the purpose of that
5    leave also to continue your studies in
6    the United States?
7          A.   Yes.
8          Q.   Did al-Salmi sign this form,
9    too?
10         A.   Yes.
11         Q.   And, to your knowledge, did
12   Dallah Avco have any role in approving
13   this second exceptional leave?
14         A.   I do not know.
15         MR. KRY:  I'm going to show
16   you now an exhibit that was
17   previously marked Kamel
18   Exhibit-115, produced at DA 2267.
19   BY MR. KRY:
20         Q.   This is a letter dated March
21   30th, 1994, from al-Salmi to a company in
22   Texas called Avco Overseas.
23         The letter states, You are
24   requested to pay the tuition for Mr. Omar

Page 640

1    al-Bayoumi of U.S. $4,430.
2          And further down, it adds:
3    In addition, you are requested to pay
4    weekly living allowance up to 30 weeks of
5    U.S. $600 to Mr. al-Bayoumi.
6          When you were studying at
7    SDSU in 1994 and 1995, did Avco Overseas,
8    in fact, pay your tuition and living
9    expenses, as stated in this letter?
10         A.   I do not know.
11         Q.   Who paid your tuition for
12   San Diego State University?
13         A.   Who paid?  I don't know.
14         Q.   Do you recall that an ANSS
15   subcontractor paid your living expenses
16   during the time you were in San Diego?
17         A.   I think so, yes.
18         Q.   And do you recognize Avco
19   Overseas as a subcontractor that used to
20   provide services for the ANSS project?
21         A.   I don't remember.
22         Q.   Did you ever discuss these
23   subcontractor payments from Avco Overseas
24   with al-Salmi?

28 (Pages 637 to 640)

This Transcript Contains Confidential Material

Page 641

1      A.   I have nothing to do with
2   it.  If I have to discuss anything, it
3   would be with my direct supervisor, Alp
4   Karli.
5      Q.   Do you recall discussing
6   these subcontractor payments from Avco
7   Overseas with Alp Karli?
8      A.   No.
9      Q.   Do you have any
10  understanding why al-Salmi or Alp Karli
11  arranged for these payments to be made to
12  you indirectly through an ANSS project
13  subcontractor rather than just having the
14  PCA pay you directly?
15     A.   So, no, the PCA has nothing
16  to do with it.  Because I went there as
17  the Saudization program under the ANSS,
18  the one -- the ANSS was paying for the
19  project.  The PSA had nothing to do with
20  it.
21          MR. KRY:  Was that PCA?
22          INTERPRETER MIKHAIL: The
23      PCA had nothing to do with it,
24      yes.

Page 642

1   BY MR. KRY:
2      Q.   To your knowledge, did
3   Dallah Avco have any role in arranging
4   for Avco Overseas to pay tuition and
5   living expenses for you while you were at
6   SDSU?
7      A.   I don't know.
8      Q.   Did you, in fact, receive
9   the funds that you got from the
10  subcontractor to cover your education and
11  living expenses while you were in San
12  Diego?
13          INTERPRETER MIKHAIL: He's
14      asking for repetition.  The
15      interpreter will repeat.
16          THE WITNESS:  Yes.
17  BY MR. KRY:
18     Q.   Did you ever use any of
19  those funds for any illegal purpose?
20     A.   No.  Impossible.
21     Q.   And did you ever tell anyone
22  at Dallah Avco that you were going to use
23  these funds for any purpose other than
24  your education and living expenses while

Page 643

1   you were studying in San Diego?
2      A.   No.  To start with, the
3   money was not enough.  The funds were not
4   enough.
5          MR. KRY:  Let's mark as
6      Exhibit-725 a document produced at
7      DA 2268.
8          - - -
9          (Whereupon, Exhibit
10     al-Bayoumi-725, DA002268-2269,
11     Presidency of Civil Aviation
12     Purchase Request, was marked for
13     identification.)
14          - - -
15  BY MR. KRY:
16     Q.   This is a purchase
17  requisition.
18          And at the very bottom, it
19  states, Per PCA letter 3175/H/M 30 March
20  1994, please provide five economy-class
21  round-trip tickets.
22          Do you recall that Airways
23  Engineering arranged for the plane
24  tickets when your family traveled to the

Page 644

1   United States with you for your
2   educational studies?
3      A.   No.
4      Q.   To your knowledge, did
5   anyone at Dallah Avco have any role in
6   connection with arranging those plane
7   tickets?
8      A.   No, I don't know.
9          MR. KRY:  Let's mark as
10     Exhibit-726 a document produced at
11     DA 2281.
12          - - -
13          (Whereupon, Exhibit
14     al-Bayoumi-726, DA002281, 9/10/94
15     Fax, was marked for
16     identification.)
17          - - -
18  BY MR. KRY:
19     Q.   This is a September 10th,
20  1994, fax from Airways Engineering
21  directed to Avco Overseas.
22          The body of the fax states,
23  Request you pay Mr. Omar al-Bayoumi in
24  advance all his weekly living allowances

29 (Pages 641 to 644)

This Transcript Contains Confidential Material

Page 645

1 instead of three installments and invoice
2 the ANSS III project account.
3         Do you know why al-Salmi
4 sent a letter to Avco Overseas asking
5 them to pay your weekly living allowances
6 in one lump sum instead of three
7 installments?
8         A.  No, I don't know.
9         Q.  Do you recognize al-Salmi's
10 signature at the bottom of that fax?
11         A.  Yes.
12         Q.  Next to the signature block,
13 do you see that there are a couple
14 initials?
15             MR. KRY:  Can we zoom in on
16 this?
17             THE WITNESS:  Yes.
18 BY MR. KRY:
19         Q.  Do those initials indicate
20 to you that someone working under
21 al-Salmi's direction may have prepared a
22 draft of this document for Mr. al-Salmi
23 to sign?
24         A.  No, I don't know.

Page 646

1         Q.  Looking at the first
2 initials, they look like SGC.
3         Do you recognize those as
4 the initials of Samuel G. Coombs?
5         A.  I don't know.
6         Q.  And then the bottom initials
7 look like MB.
8         Do you recognize those as
9 the initials of Mohammad Basharahil?
10         A.  No.
11         Q.  Do you know if Mr. Coombs
12 and Mr. Basharahil were ANSS employees in
13 the logistics unit of Airways
14 Engineering?
15         A.  What I know is they are with
16 the Airways Engineering.  But I don't
17 know if they were Dallah or ANSS or what
18 exactly.
19         Q.  To your knowledge, did any
20 Dallah Avco employee have a role in
21 deciding that your living expenses would
22 be paid in one lump sum rather than three
23 installments?
24         A.  I don't know.

Page 647

1         Q.  Okay.
2             MR. KRY:  This is a
3 convenient time for a break.  How
4 is the witness doing?
5             VIDEO TECHNICIAN:  Going off
6 the record at 10:32 a.m.
7                 - - -
8         (Whereupon, a brief recess
9 was taken.)
10                 - - -
11             VIDEO TECHNICIAN:  We're
12 back on the record at 10:42 a.m.
13 BY MR. KRY:
14         Q.  Mr. al-Bayoumi, do you
15 recall before the break we saw that you
16 obtained one 90-day regular leave and two
17 90-day exceptional leaves from your civil
18 service job to pursue educational studies
19 in the United States?
20         A.  Yes.
21         Q.  Were you aware, at the time,
22 that under the Saudi Civil Service
23 Regulations, 90 days was the upper limit
24 on the amount of regular leave that a

Page 648

1 civil servant could take during any one
2 year?
3         A.  Yes.
4         Q.  And were you aware that
5 under the Saudi Civil Service Regulations
6 in effect at the time, there was a
7 six-month limit on the amount of
8 exceptional leave an employee could take
9 during any three-year period?
10         A.  During three years?
11         Q.  Yes.
12         A.  No, it's more than three
13 years.
14         No, my service was more than
15 three years.
16         Q.  I recognize that.
17         But one of the types of
18 leave you took was exceptional leave.
19 And what I'm asking is, were you aware
20 that, under the Saudi Civil Service
21 Regulations, there was a maximum amount
22 of exceptional leave a civil servant
23 could take, and that that limit was six
24 months within any three-year period?

This Transcript Contains Confidential Material

Page 649

1     A.   I understand what you're
2  trying to say.
3     But I can take up to six
4  months as an -- unpaid exceptional leave.
5     Q.   When you finished your
6  spring 1995 classes at San Diego State
7  University, did you still want to
8  continue to pursue further educational
9  studies in the United States?
10    A.   Yes.  I still wanted to
11 pursue writing and academic, which was
12 good at the American Language Institute,
13 but the oral was better at ELS.  And this
14 is why I enrolled at the ELS institute.
15    Q.   Do you recall learning at
16 the time that because you had exhausted
17 the amount of regular and exceptional
18 leave you were allowed to take as a civil
19 servant, you would have to make some
20 alternative arrangements to enable you to
21 stay in the United States to pursue those
22 studies?
23    A.   No.  It was an opportunity.
24 After I finished the English studies,

Page 650

1  there was an opportunity at Wisconsin
2  University for the program for the
3  Master's study, and I enrolled.
4     Q.   Do you recall learning that
5  one way you would be able to pursue those
6  additional studies in the United States
7  was if you were seconded to the ANSS
8  project, in which case you would no
9  longer be subject to the 90-day and six
10 months' limit on regular and exceptional
11 leave?
12    A.   I don't understand the
13 question.
14    Q.   Was the reason that you were
15 seconded to the ANSS project to enable
16 you to continue your educational studies
17 in the United States?
18    A.   No.  At the beginning it was
19 not so.
20    Q.   What do you mean by that?
21    A.   No, like, meaning at the
22 beginning I took a leave and then I took
23 an exceptional leave.  And then I had the
24 intention to enroll in the ANSS program

Page 651

1  to pursue education, that is not true.
2  That is not what happened.
3     Q.   What did happen?
4     A.   It was not that it happened,
5  it was not the intention.
6     Q.   Is it what happened?
7     A.   Yes.
8     Q.   And do you recall testifying
9  earlier this week that Airways
10 Engineering made the arrangements for you
11 to be seconded to the ANSS project so you
12 could continue your educational studies
13 in the United States?
14    A.   No.  I was supposed to study
15 through the Saudization program through
16 the secondment.
17    Q.   Am I correct, though, that
18 you testified that Airways Engineering
19 were the ones who made those arrangements
20 so that you could pursue those studies?
21    A.   Yes.
22    Q.   Did Dallah Avco ever do
23 anything to recruit you as a candidate to
24 work on the ANSS project?

Page 652

1     A.   Yes.  Alp Karli.
2     Q.   So Alp Karli, the ANSS
3  employee, was the one who helped you make
4  these arrangements for you to be seconded
5  to the ANSS project?
6     A.   So when I first got to the
7  ANSS, Karli spoke to me and he said,
8  you're going to replace me, you're going
9  to take my post, but get yourself ready.
10 You need to study English and take
11 courses for you to be qualified.
12    Q.   And in order to accomplish
13 that, Alp Karli helped make arrangements
14 for you to be seconded to the ANSS
15 project so that you could continue your
16 studies in the United States?
17    A.   I don't know if it was Karli
18 or someone else.  But it was Karli that
19 helped with the project, and he's the one
20 who told me, your post is going to be
21 like that in the future.
22    Q.   Okay.  And the reason for
23 the secondment was so you could pursue
24 educational studies in the United States?

31  (Pages 649 to 652)

This Transcript Contains Confidential Material

Page 653

1      A.  Yes.
2      Q.  And did anyone at Dallah
3  Avco ever tell you that Dallah Avco, the
4  company, had an urgent need for your
5  services?
6      A.  At that time, many companies
7  wanted my services.
8      Q.  Okay.  But the reason why
9  you were seconded to the project related
10  to your educational studies?
11     A.  No.  It had to do with the
12  Saudization.
13     Q.  The -- when you say
14  "Saudization," you're referring to the
15  fact that you planned to take over Alp
16  Karli's job at the contract, finance and
17  controls unit?
18     A.  Yes.
19     Q.  And to do that, you needed
20  to pursue educational studies in the
21  United States?
22     A.  Yes.
23     Q.  All right.
24         MR. KRY:  Let's put up a

Page 654

1      document previously marked Kamel
2  Exhibit-112, which was produced at
3  DA 1016.
4  BY MR. KRY:
5      Q.  This is an authorization to
6  hire form from al-Salmi authorizing
7  Dallah Avco to hire you on to the ANSS
8  project effective June 6, 1995.
9         Do you recognize the PCA
10  letterhead at the top of this form?
11     A.  Yes.
12     Q.  And do you recognize
13  al-Salmi's signature at the bottom of the
14  form?
15         And I mean the signature on
16  the right-hand side.
17     A.  Yes.  Yes.
18     Q.  On the left-hand side, next
19  to --
20     A.  But there's someone -- I'm
21  sorry.
22         There's someone who has his
23  initial on the left-hand side.
24     Q.  I was just about to ask you

Page 655

1  about that.
2         On the left-hand side --
3      A.  (The Witness) Sorry about
4  that.
5      Q.  -- next to Mr. al-Salmi's
6  name, do you see the letters ALP?
7      A.  Yes.
8      Q.  And are those Alp Karli's
9  initials?
10     A.  Yes.
11     Q.  Does that indicate to you
12  that Mr. Karli may have prepared this
13  form for al-Salmi's signature?
14     A.  I think before it was -- the
15  management was studying the idea.  And
16  then they send it to Alp Karli.  It's a
17  long process, very long process.  Not
18  only to Alp Karli or this guy or that
19  guy, it's the management that takes -- or
20  makes the decision.  I don't know who
21  does or what the procedure is.
22     Q.  After you were seconded to
23  the ANSS project in 1995, did you, in
24  fact, continue your educational studies

Page 656

1  in the United States?
2         INTERPRETER AL-HALABI:  The
3      interpreter was asked to repeat
4      the question, so he's going to.
5         THE WITNESS:  Yes.
6         MR. KRY:  Let's put up and
7      mark as Exhibit-727 the document
8      produced at PEC-KSA1-35.
9             - - -
10        (Whereupon, Exhibit
11     al-Bayoumi-727,
12     PEC-KSA1-000035-0036, ESL Language
13     Centers Academic Report, was
14     marked for identification.)
15            - - -
16  BY MR. KRY:
17     Q.  This is a transcript from
18  ELS Language Centers showing certain
19  courses you took in 1995.
20     A.  Yes.
21     Q.  Does this transcript
22  accurately reflect your coursework at ELS
23  Language Centers in 1995?
24     A.  Yes.

32 (Pages 653 to 656)

This Transcript Contains Confidential Material

Page 657

1          MR. KRY:  Let's mark as
2     Exhibit-728 a document produced at
3     PEC-KSA1-44.
4               - - -
5          (Whereupon, Exhibit
6     al-Bayoumi-728,
7     PEC-KSA1-000044-0047, West Coast
8     University Transcript, was marked
9     for identification.)
10              - - -
11    BY MR. KRY:
12         Q.   This is a transcript from
13    West Coast University showing your
14    courses between late 1995 and early 1997.
15         Does this transcript
16    accurately reflect the courses you took
17    at West Coast University during that
18    timeframe?
19         A.   Yes.
20         MR. KRY:  Let's mark as
21    Exhibit-729 a document that was
22    produced at PEC-KSA1-61.
23              - - -
24         (Whereupon, Exhibit

Page 658

1     al-Bayoumi-729, PEC-KSA1-000061,
2     Alliant International University
3     Transcript, was marked for
4     identification.)
5               - - -
6     BY MR. KRY:
7          Q.   This is your transcript from
8     U.S. International University showing
9     courses you took during 1997.
10         Does this transcript
11    accurately reflect your coursework at
12    U.S. International University in 1997?
13         A.   (The Witness) Translation?
14         MR. KRY:  We might have lost
15    Bachar.  Can we get someone else
16    to hop on and translate?
17         INTERPRETER MIKHAIL:
18    (Complies with request.)
19         THE WITNESS:  Yes.
20         MR. KRY:  Next, let me put
21    up a document that was previously
22    marked Exhibit-681, produced at
23    KSA 907.
24    BY MR. KRY:

Page 659

1          Q.   This is the summary we saw
2     earlier of the courses you took through
3     George Washington University in 1999 and
4     2000.
5          Is this summary an accurate
6     reflection of the courses you took at
7     George Washington University?
8          A.   Yes.
9          Q.   Throughout this entire
10    five-year period, were you in the United
11    States in order to pursue educational
12    studies?
13         A.   Yes.
14         Q.   And during this entire
15    five-year period, were you, in fact, in
16    the United States in order to pursue
17    educational studies -- I'm sorry.  Strike
18    that.
19         During this five-year
20    period, were you, in fact, pursuing
21    educational studies in the United States?
22         A.   Yes.
23         Q.   Did you ever tell anyone at
24    Dallah Avco that you were in the United

Page 660

1     States for some purpose other than
2     pursuing educational studies?
3          A.   No.
4          Q.   Was the coursework you were
5     pursuing in the United States relevant to
6     your job at Airways Engineering?
7          A.   Yes.
8          Q.   Was this coursework intended
9     to improve your job skills at Airways
10    Engineering?
11         A.   Yes.
12         Q.   And did you hope that by
13    pursuing this coursework you would
14    eventually take over Alp Karli's job as
15    the head of the contracts, finance and
16    controls unit in Airways Engineering?
17         A.   Yes.
18         Q.   During these five years you
19    were seconded to the ANSS project, did
20    you receive a salary and benefits as an
21    ANSS employee?
22         MR. SHEN:  Objection to
23    form.
24         You can answer.

This Transcript Contains Confidential Material

Page 661

1     THE WITNESS:  I don't
2  remember, but there was a
3  difference in salaries.
4  BY MR. KRY:
5     Q.   Do you recall that Dallah
6  Avco issued those salary and benefit
7  payments to you?
8     A.   Yes.  But I deserved more.
9     Q.   Do you know whether Dallah
10  Avco, under its contract with the PCA,
11  was entitled to be reimbursed for the
12  amounts that it paid you as an ANSS
13  employee?
14     A.   Can you repeat the question
15  one more time?
16     I don't know.
17     MR. KRY:  Let's put back up
18  Kamel Exhibit-112 we were looking
19  at.  That was the PCA's 1995
20  authorization to hire form.
21  BY MR. KRY:
22     Q.   And if we can zoom in under
23  your name, the form lists a particular
24  job title that you were going to be

Page 662

1  assigned to, as well as a position
2  number, a task department, and then a
3  level, which it lists as G.
4     Do you recall that al-Salmi
5  originally assigned you to a Level G
6  position on the ANSS project?
7     A.   No.
8     Q.   Do you know what it means
9  for a position to be a Level G position?
10     A.   Advanced position.
11     Q.   Do you know whether the
12  levels of the positions corresponded to
13  different levels of salary and benefits?
14     A.   There were different levels.
15     Q.   But the amount of salary and
16  benefits would change depending upon what
17  the level of the position was?
18     A.   Yes.
19     Q.   And, to your knowledge, did
20  Alawi Kamel, or any other Dallah Avco
21  employee, have a role in deciding which
22  level position you would be assigned to?
23     A.   No, I don't know.
24     Q.   Did Airways Engineering

Page 663

1  assign you to higher levels over the
2  years on the project as time went on?
3     A.   I don't understand the
4  question.
5     Q.   Well, you started out in a
6  Level G position.
7     My question is, over the
8  five years you were seconded to the
9  project, do you recall that your level
10  was later increased or promoted to a more
11  higher-paying level?
12     A.   Yes.
13     Q.   And as you were promoted,
14  you did, in fact, receive a higher amount
15  of salary and benefits as an ANSS
16  employee?
17     A.   No.
18     Q.   Did the amount of salary and
19  benefits you received over the five years
20  of your secondment change over time?
21     A.   Yes, it changed.
22     Q.   And do you know whether
23  those changes were a result of you being
24  assigned to different positions that had

Page 664

1  different levels associated with them?
2     A.   No.  It was associated with
3  what I received in education.  Like, the
4  time period -- that time period, Alp
5  Karli's salary was approximately 80,000
6  to 100,000 riyal.  My salary was 11,000
7  riyal.  That's a big, big, big
8  difference.
9     Q.   Do you know whether as you
10  attained more education in the United
11  States, Airways Engineering increased
12  your level on the ANSS project?
13     A.   Yes.  They increased my
14  level and my salary, but it was still at
15  the lower rank or lower limit.  But I
16  agreed to continue my education only.
17     MR. KRY:  Let's mark as
18  Exhibit-730 a document produced at
19  DA 298.
20     - - -
21     (Whereupon, Exhibit
22  al-Bayoumi-730, DA000298, January
23  2000 Letter, was marked for
24  identification.)

34 (Pages 661 to 664)

This Transcript Contains Confidential Material

Page 665

1            - - -
2    BY MR. KRY:
3        Q.   This is a letter that you
4    wrote to al-Salmi, which is stamped as
5    having been received on January 17th,
6    2000, requesting that al-Salmi authorize
7    the disbursement of certain vacation pay
8    that you were entitled to as an ANSS
9    project employee.
10        Do you recall writing to
11   al-Salmi to request that he authorize the
12   disbursement of your vacation pay?
13        A.   I don't remember, no.
14        Q.   Is the signature toward the
15   top of the document your signature?
16        A.   (The Witness) Yes.
17        (Through Interpreter) Yes.
18        Q.   And is the -- do you see
19   there's also a handwritten response at
20   the bottom of the letter?
21        A.   Yes.
22        Q.   And is the signature under
23   that response al-Salmi's signature?
24        A.   Yes.

Page 667

1    is now being excluded from the
2    deposition.
3        VIDEO TECHNICIAN:  One
4    moment.
5        - - -
6    (FBI Protected Material.)
7        - - -
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 666

1        Q.   These salary and benefits
2    that you received as an ANSS employee
3    over the course of your five-year
4    secondment, were those funds used to pay
5    your education and living expenses in the
6    United States while you were pursuing
7    education?
8        A.   Yes.
9        Q.   Did you ever use those
10   salary and benefits to fund any illegal
11   activities?
12        A.   No.
13        Q.   Did you ever tell anyone at
14   Dallah Avco that you were going to use
15   your ANSS salary and benefits for any
16   purpose other than your educational and
17   living expenses in the United States?
18        A.   No.
19        Q.   Okay.
20        MR. KRY:  We're going to
21   need to go on the FBI record for
22   about ten minutes.
23        Can we do that, please?
24        MS. PRITSKER:  DIB counsel

Page 668

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

35  (Pages 665 to 668)

This Transcript Contains Confidential Material

Page 669

Page 671

1     the second page of this document.
2  BY MR. KRY:
3     Q.  Mr. al-Bayoumi, this is the
4  January 22nd, 1997, letter from Magdi
5  Hanna at Ercan Engineering to U.S.
6  International University.
7     And Mr. --
8     MR. KRY:  Well, translate
9  that.
10  BY MR. KRY:
11     Q.  And Mr. Hanna writes in this
12  letter, This is to confirm that Ercan has
13  been supporting Mr. Omar al-Bayoumi since
14  the start of this year and will continue
15  to do so until the year 2000.  Ercan has
16  been providing $4,000 a month to support
17  his educational program in the San Diego
18  area.
19     Do you recognize the company
20  identified in this letter, Ercan
21  Engineering, as a subcontractor on the
22  ANSS project?
23     A.  Yes.
24     Q.  Do you know whether Ercan

Page 670

Page 672

1  took over some of Avco Overseas
2  subcontractor responsibilities for the
3  ANSS project in 1995?
4     A.  No.  I don't know.
5     Q.  Do you see in this letter
6  that Ercan claims that it will be paying
7  you financial support in the amount of
8  $4,000 per month?
9     A.  The support was for me to
10  study and get accepted at a university.
11     MS. PRITSKER:  My apologies.
12     DIB counsel just wants to announce
13     that they were excluded from the
14     record from approximately
15     11:20 a.m. Eastern to 11:27 a.m.
16     Eastern.  Thanks.
17  BY MR. KRY:
18     Q.  Do you see that the amount
19  of that support that Ercan claims it is
20  going to provide to you was $4,000 a
21  month?
22     A.  Yes, I do see.
23     But it was for me to
24  continue with the studies.  But they did

Page 670

1
2
3
4
5
6
7
8
9
10
11
12
13     (End of FBI Protected
14  Material.)
15     - - -
16     VIDEO TECHNICIAN:  Okay.
17     MR. KRY:  And if we could
18  put up the document previously
19  marked Exhibit-680, produced at
20  PEC-KSA1-30 and 31.
21     VIDEO TECHNICIAN:  Just for
22  the record, everyone is back in
23  the room now.
24     MR. KRY:  And we'll go to

This Transcript Contains Confidential Material

Page 673

1    not disburse the funds, nevertheless.
2        Q.   Do you see that in this
3    letter Ercan claims it would provide that
4    support until the year 2000?
5        A.   Yes.
6        Q.   And do you --
7        A.   Yes, I see it.  But it's not
8    correct.
9        Q.   Do you see that this letter
10   states that the purpose of the funding
11   Ercan was going to provide was to support
12   your educational program in the San Diego
13   area?
14       A.   Yes.  This is a letter
15   addressed to the university on the
16   premise that I would be continuing -- for
17   me to keep and continuing my education.
18   But I never received the funds.
19       Q.   So if I recall correctly,
20   Mr. al-Bayoumi, earlier this week you
21   testified that you did receive, on
22   occasion, payments from Ercan, even
23   though it was not consistently paid to
24   you in the way that it was represented in

Page 674

1    this letter.
2        Do you recall that
3    testimony?
4        A.   No.  This letter is
5    different.  That was the learning
6    language phase, and it was once or twice.
7    But, no, this is not correct.
8        Q.   But on the once or twice,
9    did you receive educational funding from
10   Ercan?
11       A.   As far as I remember, yes.
12       Q.   Did you, in fact, use those
13   funds to pay your education and living
14   expenses in the United States?
15       A.   Yes.
16       Q.   Did you ever use those funds
17   for any illegal activities in the United
18   States?
19       A.   No.
20       Q.   And did you ever tell anyone
21   at Dallah Avco that you were using the
22   Ercan funding for any purpose other than
23   your educational and living expenses?
24       A.   No.

Page 675

1            MR. KRY:  All right.  I need
2    to go back on the FBI record for
3    about ten minutes again.
4            MS. PRITSKER:  DIB counsel
5    is now being excluded from the
6    deposition.
7            VIDEO TECHNICIAN:  One
8    moment.
9            - - -
10           (FBI Protected Material.)
11           - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 676

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

37  (Pages 673 to 676)

This Transcript Contains Confidential Material

Page 677

21    (End of FBI Protected
22 Material.)
23        - - -
24        VIDEO TECHNICIAN:  Okay.

Page 679

1  aware that in April of 1999 that PCA and
2  Dallah Avco exchanged some correspondence
3  about whether to renew your secondment
4  for a fifth and final year?
5        INTERPRETER MIKHAIL:  He is
6  asking for repetition.
7  Interpreter will repeat.
8        THE WITNESS:  Yes, I do know
9  that there was correspondence
10 between them.  But I don't know if
11 it was the fifth and the last
12 year.
13 BY MR. KRY:
14    Q.   Do you recognize al-Salmi's
15 signature on the letter?
16        MR. KRY:  Could the tech
17 mute Mr. Cottreau?
18        VIDEO TECHNICIAN:  I muted
19 him.
20        MR. KRY:  Thank you.
21        Did we get an answer to that
22 question?
23        THE WITNESS:  Yes, yes, yes.
24 BY MR. KRY:

Page 678

1        Counsel is back.
2        MR. KRY:  Great.  If we
3  could put up as Exhibit-732 --
4        MS. PRITSKER:  DIB counsel
5  has been admitted back into the
6  room and were excluded at
7  approximately 11:33 a.m. Eastern.
8        I ask that moving forward we
9  take a pause when counsel are
10 excluded and brought back into the
11 room to allow me to make those
12 very brief announcements.
13        Thank you.
14        MR. KRY:  We're going to put
15 up Exhibit-732.  It's a document
16 produced at DA 1104.
17        - - -
18        (Whereupon, Exhibit
19 al-Bayoumi-732, DA001104, 4/7/99
20 Letter, was marked for
21 identification.)
22        - - -
23 BY MR. KRY:
24    Q.   Mr. al-Bayoumi, were you

Page 680

1    Q.   And do you see that
2  Mr. al-Salmi states in this letter, We
3  would like to inform you that the
4  Presidency wants to grant him secondment
5  for a period of one year only to complete
6  the task under which the Presidency
7  approved this secondment?
8    A.   Yes.
9    Q.   At the time of this letter
10 in April 1999, had you completed all of
11 the educational studies that you planned
12 to pursue in the United States?
13    A.   No.  The answer is no.
14    Q.   And so were those further
15 educational studies that you still wanted
16 to pursue the task that Mr. al-Salmi was
17 referring to in this letter, to your
18 knowledge?
19    A.   Yes.  Because I did request
20 to continue my education.
21    Q.   Did you ever tell anyone at
22 Dallah Avco that you were in the United
23 States for some task other than pursuing
24 educational studies?

38 (Pages 677 to 680)

This Transcript Contains Confidential Material

Page 681

1      A.   No.
2      Q.   To your knowledge, did
3  anyone at PCA ever tell Dallah Avco that
4  you were in the United States for some
5  task other than pursuing educational
6  studies?
7      A.   No.
8      Q.   Okay.
9           MR. KRY:  This is a good
10  time for a break, if it's
11  convenient for the witness.
12          VIDEO TECHNICIAN:  We're
13  going to go off the record, 11:42
14  a.m.
15               - - -
16          (Whereupon, a brief recess
17  was taken.)
18               - - -
19          VIDEO TECHNICIAN:  We're
20  back on the record at 11:55 a.m.
21  BY MR. KRY:
22      Q.   Mr. al-Bayoumi, were you
23  aware that Saudi law, at the time,
24  imposed a five-year limit on the length

Page 682

1  of the secondment?
2      A.   Yes.
3      Q.   And did your fifth year
4  secondment expire in spring 2000?
5      A.   I really don't remember.
6      Q.   After your fifth year of
7  secondment expired, were you forced, as a
8  result, to go back to the Kingdom for a
9  couple of months?
10      A.   I really don't remember.
11      Q.   Not withstanding the end of
12  the five-year permitted period for
13  secondments, did you still want to
14  continue your educational studies?
15      A.   I really don't remember.  I
16  don't remember.
17      Q.   I'll represent to you that
18  your fifth-year secondment did expire in
19  spring of the year 2000.
20          My question is, then, in
21  spring of 2000, did you still want to
22  pursue further educational studies?
23      A.   In 2000?
24      Q.   Yes.

Page 683

1      A.   (The Witness) What month?
2      Q.   April, May; in that
3  timeframe.
4      A.   I believe so, yes.  That was
5  my fifth year.
6      Q.   Did you learn that one way
7  you could continue to pursue studies was
8  to request an educational leave from the
9  PCA?
10      A.   I don't remember, no.  I
11  don't remember.
12          MR. KRY:  Let's put up a
13  document we looked at earlier in
14  the deposition, it's Anqari
15  Exhibit-384, produced at KSA 901.
16  BY MR. KRY:
17      Q.   This is a May 11th, 2000,
18  letter from al-Salmi to the PCA's
19  personnel director asking the PCA to
20  grant you a two-year study leave to
21  pursue a Ph.D. degree in finance and
22  accounting at George Washington
23  University.
24          Do you recall looking at

Page 684

1  this document earlier?
2      A.   No, I don't remember seeing
3  it.
4          But what year was that
5  Gregorian?
6      Q.   This is May 11th, 2000, was
7  the date of this letter.
8      A.   Yes.
9      Q.   Does this document refresh
10  your recollection that al-Salmi, on your
11  behalf, asked the PCA to grant you a
12  two-year educational leave so you could
13  pursue Ph.D. studies?
14      A.   I don't remember that.
15      Q.   To your knowledge, did
16  anyone at -- to your knowledge, did
17  anyone at Dallah Avco have a role in
18  requesting this two-year educational
19  leave for you from the PCA?
20      A.   I don't know, no.
21      Q.   Did you ever tell anyone at
22  Dallah Avco that you wanted this
23  educational leave for some reason other
24  than continuing your educational studies?

This Transcript Contains Confidential Material

Page 685

1    A.   No.
2    Q.   Why did you decide to pursue
3  a Ph.D. in finance and accounting?
4    A.   Because I had an opportunity
5  to continue, I had two years, and I said
6  to myself, let me pursue that in Britain.
7    Q.   Were those subjects relevant
8  to your work at Airways Engineering?
9    A.   Yes.
10   Q.   Were the studies designed to
11 improve your job skills in Airways
12 Engineering?
13   A.   Yes.
14   Q.   And did you hope that these
15 studies would help enable you to take
16 over Alp Karli's job as the head of the
17 contracts, finance control group?
18   A.   Yes.
19   Q.   Do you recall earlier today
20 that there was some testimony about the
21 acceptance letter from George Washington
22 University that was attached to this
23 message from al-Salmi to the PCA?
24       Do you recall the earlier

Page 686

1  discussion about that document?
2    A.   Yes.
3    Q.   And I'm not going to ask you
4  about the details of it.
5        But my only question is, did
6  you ever send a copy of that document to
7  Alawi Kamel or anyone else in the Dallah
8  Avco offices?
9    A.   No.
10       MR. KRY:  Let's take down
11   that document.
12 BY MR. KRY:
13   Q.   During your two-year
14 educational -- well, first of all, did
15 the PCA, in fact, grant you a two-year
16 educational leave?
17   A.   In the year 2000, yes.
18   Q.   During that two-year
19 educational leave, did you continue to be
20 hired on to various positions on the ANSS
21 project?
22   A.   I don't know exactly what
23 the contracts were or what my contract
24 was.

Page 687

1        MR. KRY:  Let's put up a
2    document previously marked Anqari
3    Exhibit-381, produced at DA 606.
4  BY MR. KRY:
5    Q.   This is a PCA authorization
6  to hire form from al-Salmi, dated April
7  29th, 2000, assigning you to the position
8  of assistant configuration specialist,
9  effective April 13th, 2000.
10       Does this --
11       MR. KRY:  Go ahead.
12       INTERPRETER ABDEL-RAHMAN:
13   No.  Go ahead.
14 BY MR. KRY:
15   Q.   Does this document refresh
16 your recollection that you continued to
17 hold ANSS employee positions during your
18 educational leave?
19   A.   No.
20   Q.   Do you see al-Salmi's
21 signature at the bottom right of the
22 document?
23   A.   Yes, yes.
24   Q.   Do you see Alp Karli's

Page 688

1  initials at the bottom left of the
2  document?
3    A.   Yes.
4    Q.   To your knowledge, was
5  anyone else, at Dallah Avco or otherwise,
6  involved in assigning you to a position
7  on the ANSS project in 2000?
8    A.   I don't know.
9    Q.   Did Airways Engineering
10 assign you to the ANSS project during
11 your educational leave so that you could
12 receive funding for your educational and
13 living expenses in the United States?
14       MR. SHEN:  Objection.
15   Robert, can you just clarify the
16   time period?
17       MR. KRY:  During the
18   educational leave period from --
19   I'll strike that.
20 BY MR. KRY:
21   Q.   Let me rephrase the
22 question.
23       Did Airways Engineering
24 assign you to the ANSS project during

This Transcript Contains Confidential Material

Page 689

1    your educational leave period from 2000
2    to 2002 so that you could use the salary
3    to fund your educational and living
4    expenses?
5            MR. HAEFELE: Foundation.
6            THE WITNESS: Yes.
7    BY MR. KRY:
8        Q.   And did you, in fact, use
9    the salary and benefits you received as
10   an ANSS employee to fund your educational
11   and living expenses?
12       A.   Yes.
13       Q.   Did you ever use the salary
14   and benefits for any illegal activities?
15       A.   No.
16       Q.   And did you ever tell Dallah
17   Avco that you were using the salary and
18   benefits for any purpose other than your
19   educational studies and living expenses?
20       A.   No.
21       Q.   This form says you were
22   being assigned to a Level F position.
23           Do you see that?
24       A.   Yes.

Page 690

1        Q.   To your knowledge, did
2    Dallah Avco have any role in assigning
3    you to that level?
4        A.   I don't know.
5            MR. KRY: Let's put up
6        another exhibit that's previously
7        marked, Anqari Exhibit-386.
8    BY MR. KRY:
9        Q.   This is another
10   authorization to hire form. This one is
11   dated May 29th, 2000. So a month later
12   than the exhibit we just looked at,
13   although the effective date of the form
14   is the same, April 13th, 2000.
15           And this one assigns you to
16   a position of senior DSS programmer,
17   which is a Level C position.
18           Do you recall in this time
19   period, April and May 2000, complaining
20   to your superiors in Airways Engineering
21   that you were being paid less than you
22   should be, based on your educational
23   qualifications?
24       A.   Yes.

Page 691

1        Q.   Do you know whether, in
2    response to those complaints, Airways
3    Engineering agreed to promote you to a
4    higher-level position on the ANSS project
5    so that your salary would be increased?
6            MR. HAEFELE: Foundation.
7            THE WITNESS: What I know is
8        that our department in the
9        contracts and finance knew that I
10       deserved more.
11           And to give you an
12       explanation, Alp Karli, Alp
13       Karli's salary was between 80 and
14       100,000, while my salary was
15       11,000. And when my salary was
16       increased as a result of a
17       promotion, it went up to 24,000,
18       which is still close to the lower
19       end of the salaries, much less
20       than his.
21   BY MR. KRY:
22       Q.   All right. Do you see
23   al-Salmi's signature at the bottom of the
24   form?

Page 692

1        A.   May I add something?
2        Q.   Yes.
3        A.   And I was more qualified
4    than Alp Karli at that time.
5        Q.   Do you see al-Salmi's
6    signature at the bottom right of the
7    form?
8        A.   Yes.
9        Q.   And do you see Alp Karli's
10   initials on the bottom left of the form?
11       A.   Yes.
12           MR. KRY: Can we please put
13       up what was previously marked
14       Khan-95, produced at DA 97.
15   BY MR. KRY:
16       Q.   This is a Dallah Avco form
17   labeled, Air Navigation System Support
18   married status employment offer. It's
19   dated May 29th, 2000.
20           And it relates to the
21   position of senior DSS programmer, which
22   you'll recall is the Level C position
23   that Airways Engineering assigned you to
24   in May of 2000.

This Transcript Contains Confidential Material

Page 693

1        Do you know what a married
2    status position is on the ANSS project?
3        A.   Yes.
4        Q.   What's your understanding of
5    a married status position?
6        A.   It means -- it means that
7    they will take care of the expenses of
8    the children and the family as a whole,
9    in addition to the salary.
10       Q.   And so if you look at the
11   last box on the chart there, it says --
12   listed as one of the benefits you would
13   receive under this position, school fees,
14   and it states that you were entitled to,
15   for a maximum of two children, 80 percent
16   of the school fee within the Kingdom and
17   U.S. dollars, $3,000 abroad from each
18   child.
19       Is that an example of the
20   additional benefits that you were
21   entitled to as a result of being assigned
22   to a married status position?
23       A.   Yes.   This is wonderful,
24   wonderful benefits that I'm seeing for

Page 694

1    the first time, $3,000 a child.   I've
2    never seen anything in regards to that.
3    Even the education for the children, I
4    haven't seen anything until now.
5        MR. KRY:   Let's take that
6    down.   Is the next exhibit 733?
7        COURT REPORTER:   Yes.
8        MR. KRY:   We will mark as
9    Exhibit-733 an excerpt from the
10   ANSS V contract.   The English
11   version starts at KSA 1139 and the
12   Arabic version is at KSA 3266.
13       And we are going to look at
14   Article 2-1-5, personnel status.
15   That section is at KSA 3328 in the
16   English version and KSA 3273 in
17   the Arabic version.
18              - - -
19       (Whereupon, Exhibit
20   al-Bayoumi-733,
21   KSA0000003319-3290, Nonconsecutive
22   Bates, Contract No. PCA-AE-97-020,
23   was marked for identification.)
24              - - -

Page 695

1    BY MR. KRY:
2        Q.   This provision of the
3    contract explains that, From past
4    experience, it has become clear to the
5    government that certain skills required
6    under the contract are difficult to
7    obtain on the international labor market
8    and the personnel possessing such skills
9    can only be induced to relocate if the
10   benefit package offered to them includes
11   the right to be accompanied by their
12   families.
13       And then the next paragraph
14   states, As referenced in Exhibit-1,
15   manning schedule, all positions Levels A
16   through E, are married status and all
17   positions in Levels F through L are
18   single status.
19       So under that provision,
20   when you were promoted by Airways
21   Engineering from Level F to Level C, did
22   you then, for the first time, hold a
23   married status position on the ANSS
24   contract?

Page 696

1        A.   No.   In the beginning, it
2    was single.
3        Q.   But after this latest
4    promotion, it was married?
5        A.   Yes.
6        Q.   And as a result of being
7    promoted to a married status position in
8    2000, did you become entitled to
9    significant additional benefits for your
10   family's education and living expenses?
11       A.   Yes.
12       MR. KRY:   Let's put up a
13   document previously marked Khan
14   Exhibit-103.   This is produced at
15   DA 457 to 83.
16   BY MR. KRY:
17       Q.   These are electronic pay
18   slips for the period November 1999 to
19   January 2002 for you.
20       And do you see on this pay
21   slip, the first one is from November of
22   1999, it has entries for basic salary,
23   housing allowance and transportation?
24       A.   Yes, I see it.

42 (Pages 693 to 696)

This Transcript Contains Confidential Material

Page 697

1       Q.   Do you see there's also a
2   line for, Other allowance?
3       A.   Yes.
4       Q.   What is your understanding
5   of the reason why you received an other
6   allowance?
7       A.   I think it's for them to
8   complete the salary difference.  The
9   salary was 11,546, which is nothing.  I
10  think it's for them to complete the
11  salary.
12      Q.   And were those other
13  allowances intended to fund your
14  education and living expenses in the
15  United States?
16      A.   Possible.
17      Q.   Do you have any personal
18  knowledge about how the amount of the
19  other allowances on your pay slips was
20  set?
21      A.   No.
22      Q.   Do you know a Dallah Avco
23  employee named Riaz Khan who was the
24  company's director of manpower services

Page 698

1   during this timeframe?
2       A.   No.
3       Q.   Mr. Khan testified
4   previously in this case that Airways
5   Engineering determined the amount of the
6   other allowances that would be paid to
7   ANSS employees.
8            Do you have any specific
9   reason to disagree with him?
10      A.   (The Witness) Can I have the
11  question, please?
12           INTERPRETER AL-HALABI:  The
13      witness asked to repeat the
14      question.
15           THE WITNESS:  I don't know.
16  BY MR. KRY:
17      Q.   Do you know whether Mr.
18  Khan, as the director of Dallah Avco's
19  manpower services, would be knowledgeable
20  about that topic?
21      A.   I don't know.
22           MR. KRY:  If we could turn
23      to Page DA 462 of this exhibit.
24  BY MR. KRY:

Page 699

1       Q.   This is the April 2000 pay
2   slip.
3       A.   (The Witness) Time to pray
4   now.
5           MR. KRY:  How long do you
6       need?
7           THE WITNESS:  (The Witness)
8       Just ten minutes.
9           MR. KRY:  Okay.  We'll take
10      a ten-minute break.
11           VIDEO TECHNICIAN:  We're
12      going to go off the record, 12:30
13      p.m.
14                 - - -
15           (Whereupon, a brief recess
16      was taken.)
17                 - - -
18           VIDEO TECHNICIAN:  We're
19      back on the record at 12:41 p.m.
20  BY MR. KRY:
21      Q.   We were looking at
22  Exhibit -- Khan Exhibit-103.  And we've
23  now gone to your April 2000 pay slip.
24           And if you'll look at this

Page 700

1   pay slip, the amount of the other
2   allowance increases substantially.
3   You'll recall in the earlier pay slip it
4   was 1,742 riyals per month and now on
5   this pay slip it's gone up to 14,271
6   riyals.
7            Do you recall that around
8   April 2000 you began receiving
9   significantly larger other allowances in
10  connection with your ANSS employee
11  compensation?
12      A.   Yes.  Yes, I see the
13  difference.
14           But like I mentioned before,
15  this is something that I deserve.  Maybe
16  they weren't able to adjust the basic
17  salary, but they adjusted other
18  allowance.
19           It was -- my salary was
20  supposed to increase.  It was supposed to
21  be over 25.  But it was 24-something.
22      Q.   And so did this increase in
23  your other allowances happen around the
24  time that you were complaining to Airways

This Transcript Contains Confidential Material

Page 701

1  Engineering about your salary level
2  compared to Alp Karli's salary level?
3      A.  No.  As far as Alp Karli,
4  may God give him more, that's a different
5  subject.
6          But when someone with a high
7  degree, Master's, for example, or
8  something similar from America, it's
9  supposed -- he's supposed to get higher
10 salary.  But I didn't mean to compare
11 myself with Alp Karli.
12     Q.  Fair enough.
13         Did the increase in the
14 other allowances happen around the time
15 you raised concerns with Airways
16 Engineering that you weren't getting the
17 salary you should in light of your
18 educational experience and your expenses
19 in the United States?
20     A.  My educational experience
21 and my previous work experiences, yes.
22         MR. KRY:  If we can scroll
23         down a few more pages to the July
24         pay slip.

Page 702

1  BY MR. KRY:
2      Q.  You see that one also has an
3  other allowance of 14,271 riyals?
4      A.  Yes, I see it.
5          And I would like to add to
6  that, that during that time period I was
7  paying for my studies from my salary.
8      Q.  So was this other allowance
9  intended to fund your education and
10 living expenses while you were on your
11 educational leave in the United States?
12         MR. SHEN:  Robert, did you
13         say United States?
14         MR. KRY:  Yes.  I was going
15         to --
16         MR. SHEN:  All right.  Go
17         ahead.
18         MR. KRY:  So strike it.
19 BY MR. KRY:
20     Q.  Was this other allowance
21 intended to fund your education and
22 living expenses while you were on your
23 educational leave outside the Kingdom?
24         MR. CARTER:  Objection.

Page 703

1  Foundation.
2          THE WITNESS:  Yes, yes.
3  BY MR. KRY:
4      Q.  So I will represent to you
5  that under the exchange rate at the time,
6  14,271 Saudi riyals was equivalent to
7  just under 4,000 U.S. dollars per month.
8          Do you recall earlier we saw
9  a financial support letter from Ercan in
10 which Ercan claimed that during your
11 secondment they would provide financial
12 support for you for educational expenses
13 in the amount of $4,000 per month?
14     A.  Yes.  But Ercan didn't pay
15 anything for me, but filed -- or gave the
16 application to the university.
17         But when I complained, I
18 said it should be adjusted, my position
19 should be adjusted, they added the
20 allowance.
21     Q.  And do you recall those
22 Ercan letters stated that Ercan was only
23 going to be paying that financial support
24 until the year 2000?

Page 704

1      A.  Yes.  They said that.  But
2  that didn't happen.  It was only done so
3  I get accepted at the university.
4      Q.  So would you agree that the
5  amount of the other allowances you began
6  receiving through the ANSS payroll was
7  similar in amount to the funds that had
8  formally been promised to you, whether or
9  not paid, by one of the project
10 subcontractors?
11     A.  I think so.  There was a
12 long time that I didn't get paid.  So
13 they started to complete the amount.  It
14 is possible.
15     Q.  And was the reason Airways
16 Engineering began paying you these other
17 allowances in the spring of 2000 to
18 provide an additional educational stipend
19 to cover your education and living
20 expenses during your educational leave?
21         MR. HAEFELE:  Foundation.
22         THE WITNESS:  I don't know
23         exactly.  I don't know exactly.
24 BY MR. KRY:

44 (Pages 701 to 704)

This Transcript Contains Confidential Material

Page 705

1     Q.   Did you spend these funds on
2  your education and living expenses during
3  your educational leave?
4     A.   Yes, yes.
5     Q.   Did you ever spend these
6  other allowances on any illegal
7  activities?
8     A.   No.
9     Q.   When you received these
10 other allowances from Airways
11 Engineering, was it your understanding
12 that they expected you would use the
13 funds to pay your education and living
14 expenses?
15    A.   Yes.
16    Q.   And when you complained to
17 Airways Engineering about your salary
18 being too low, was one of the points you
19 made that you had significant education
20 and living expenses out of the Kingdom
21 and that you needed funds to pay for
22 those?
23    A.   Yes.  There was an important
24 point that the basic salary was not

Page 706

1  supposed to be 9,500, it was supposed to
2  be 20,000-plus, at least, but, then, the
3  addition of --
4        (The Witness) Other housing,
5  other allowance and transportation.
6        (Through Interpreter) Other
7  housing, other allowance and
8  transportation.
9     Q.   And did Airways Engineering
10 increase your pay by increasing this
11 other allowance in response to the
12 complaints you had made to them?
13    A.   They didn't tell me.  After,
14 I found out.  But they didn't tell me.
15    Q.   Did you ever tell anyone at
16 Dallah Avco that you were using these
17 other allowances for anything other than
18 paying your educational and living
19 expenses while you were on education
20 leave?
21        MR. CARTER:  Objection to
22    form.
23        INTERPRETER MIKHAIL:  I did
24    not hear.  Okay.  Objection to

Page 707

1     form.
2        THE WITNESS:  No.
3        MR. KRY:  Let's mark as
4     Exhibit-734 a document produced at
5     DA 601.
6        - - -
7        (Whereupon, Exhibit
8     al-Bayoumi-734, DA000601-0602,
9     8/27/01 Letter, was marked for
10    identification.)
11       - - -
12       MR. SHEN:  Robert, how much
13    time do you have left?
14       MR. KRY:  Twenty minutes,
15    maybe.
16 BY MR. KRY:
17    Q.   This is an August 27th,
18 2001, memorandum from al-Salmi to Dallah
19 Avco.
20       And it states, For the
21 upcoming ANSS VI program, you are hereby
22 authorized to make an offer to the
23 attached man-month support staff and
24 ancillary labor personnel in accordance

Page 708

1  with your budget allocations.
2        Do you see al-Salmi's
3  signature on the document?
4     A.   Yes.
5     Q.   And do you see Alp's
6  initials in the right-hand margin?
7     A.   Yes.
8     Q.   If we can go to the
9  attachment, there's a chart that lists a
10 number of different ANSS employees and
11 their positions and levels.
12       Do you see that one of the
13 personnel identified is Alp Karli, who is
14 listed as having the position of manager,
15 CFC, which is a Level A position?
16    A.   Yes, I do see it.
17    Q.   Do you see right underneath
18 him, there's Azhari Al Awad, who is
19 listed as a manager, program coordinator,
20 Level A, also in the CFC?
21    A.   Yes.
22    Q.   And is that -- is the
23 presence of those two individuals on this
24 list consistent with your understanding

This Transcript Contains Confidential Material

Page 709

1    that they were both ANSS employees?
2        A.   Yes.
3        Q.   Do you see two lines below
4    that, your name is listed there, and
5    you're listed as a senior contract
6    specialist in the CFC with the level of
7    B?
8        A.   Yes.
9        Q.   And do you recall that in
10   August 2001 Airways Engineering gave you
11   a promotion from a Level C position to a
12   Level B position?
13       A.   I don't remember.
14       Q.   To your knowledge, did
15   Dallah Avco have any role in giving you a
16   promotion from a Level C position to a
17   Level B position?
18       A.   No.
19           MR. KRY:  Let's put up
20       what's previously marked as Khan
21       Exhibit-100, produced at Dallah
22       Avco 603.
23   BY MR. KRY:
24       Q.   This is a November 13th,

Page 710

1    2001, memo from am Alp Karli to Dallah
2    Avco.
3            And it states, As per the
4    instructions of director general PCA AE,
5    the above-named employee's new salary
6    scale will be as follows.
7            And then it lists a new
8    salary and benefits.
9            Do you see that Alp Karli
10   sent this memo on PCA letterhead that
11   says Airways Engineering Contracts and
12   Finance Control?
13       A.   I do see it.  But I have no
14   idea about it.  I do not know.
15       Q.   When Alp Karli refers to the
16   director general PCA AE, do you
17   understand that to be a reference to
18   al-Salmi?
19       A.   I don't know.
20       Q.   Do you recall that your
21   salary did decrease in November of 2001?
22       A.   Yes.  My salary did
23   decrease, but it was according to the
24   budget.

Page 711

1        Q.   What do you mean by that?
2        A.   At times there is money in
3    the budget and they pay all the money
4    that's owed.  At other times there are
5    deficits in the budget and then they
6    don't pay.
7        Q.   To your knowledge, did Alawi
8    Kamel, or anyone else in the Dallah Avco
9    offices, have any role in deciding to
10   decrease your salary in November 2001?
11       A.   No.
12           MR. KRY:  Let's put up as
13       Exhibit-735 a document produced at
14       KSA 894.
15           - - -
16           (Whereupon, Exhibit
17       al-Bayoumi-735, KSA0000000894,
18       5/5/02 Letter, was marked for
19       identification.)
20           - - -
21   BY MR. KRY:
22       Q.   This is a letter dated May
23   5th, 2002, from al-Salmi to the PCA's
24   director of personnel affairs.

Page 712

1            And al-Salmi -- it is
2    concerning a request that you had
3    submitted in 2002 for a further two-year
4    educational leave.
5            Do you remember requesting a
6    further two-year educational leave from
7    the PCA in 2002?
8        A.   (The Witness) What is the
9    question?
10       Q.   Do you recall, in 2002,
11   requesting a further two-year educational
12   leave from the PCA?
13       A.   I don't remember, no.
14       Q.   This letter states, Due to
15   the work conditions that require the
16   presence of the aforementioned employee
17   in his position, the department cannot
18   approve his request at the present time,
19   especially that the applicant has already
20   got his academic degree.
21           Do you recall that in 2002
22   al-Salmi recommended that the PCA deny
23   your request for an additional two years
24   of educational leave?

46  (Pages 709 to 712)

This Transcript Contains Confidential Material

Page 713

1        A.   I don't remember, no.
2        Q.   Do you recognize al-Salmi's
3    signature on this document?
4        A.   Yes.
5        Q.   Did your educational leave
6    from the PCA, in fact, end in the year
7    2002?
8        A.   2002?  Yes, I think so.  I
9    don't remember exactly, but I believe it
10   was around that time.
11       Q.   And, to your knowledge, did
12   Dallah Avco have any role in the PCA's
13   decision not to give you a further
14   educational leave?
15       A.   I don't know.
16       Q.   After your leave ended, did
17   you go back to your civil service job at
18   the PCA?
19       A.   No.
20       Q.   What did you do after your
21   educational leave ended?
22       A.   I went back to my work at
23   the ANSS.  I went back to my work at the
24   ANSS.

Page 714

1        Q.   By that do you mean the
2    Airways Engineering directorate?
3        A.   Yes.  And after that I
4    transferred to the PCA.
5        Q.   Okay.  Did your educational
6    studies that you had taken over the
7    previous seven and-a-half years help you
8    do your job at the PCA more effectively?
9        A.   Yes.
10       Q.   Did those educational
11   studies contribute to your career
12   advancement at the PCA?
13       A.   Yes.
14       Q.   And did you, in fact,
15   receive a number of promotions at the PCA
16   during the 12 years you spent there after
17   2002?
18       A.   Yes.
19       Q.   Okay.
20       MR. KRY:  We can take the
21       document down.  I just have one
22       final series of questions for you.
23   BY MR. KRY:
24       Q.   Earlier in the deposition,

Page 715

1    the plaintiffs asked you some questions
2    about interactions you had in the United
3    States with two individuals, Nawaf
4    al-Hazmi and Khalid al-Mihdhar, and in
5    particular one occasion where you met
6    them in a restaurant, one occasion where
7    you helped them pay for a lease, and then
8    one occasion where you were at their
9    apartment in connection with a function.
10       Do you remember that
11   testimony?
12       MR. HAEFELE:  Objection to
13       the characterization.
14       THE WITNESS:  I did not help
15       them.  I did not help them.  And
16       it was not a party.  It was an
17       honoring of volunteers, and we
18       used their apartment.
19   BY MR. KRY:
20       Q.   I apologize.  I didn't mean
21   to misstate the question.
22       But you recall the testimony
23   that you met them at a restaurant, you
24   took them to a bank when they were trying

Page 716

1    to get a check to pay for the lease, and
2    that there was some sort of honoring of
3    volunteers at which you borrowed their
4    apartment.
5        Is that a -- is that a fair
6    summary?
7        MR. HAEFELE:  Form.
8        THE WITNESS:  Yes.
9    BY MR. KRY:
10       Q.   Were those brief
11   interactions with Mr. Hazmi and Mr.
12   Mihdhar in any way related to your job
13   duties in Airways Engineering?
14       MR. HAEFELE:  Objection to
15       form.
16       THE WITNESS:  No.
17   BY MR. KRY:
18       Q.   Were those brief
19   interactions with Hazmi and Mihdhar in
20   any way related to your job duties in
21   connection with the ANSS project?
22       MR. HAEFELE:  Objection to
23       form.
24       THE WITNESS:  No.

47  (Pages 713 to 716)

This Transcript Contains Confidential Material

Page 717

1    BY MR. KRY:
2        Q.   Were those interactions with
3    Hazmi and Mihdhar in any way related to
4    your relationship, to the extent you had
5    one, with Dallah Avco?
6        A.   No.
7        Q.   Were those interactions with
8    Hazmi and Mihdhar in any way related to
9    your pursuit of educational studies in
10   the United States?
11       A.   No.
12       Q.   Were those interactions with
13   Hazmi and Mihdhar in any way related to
14   the reasons why you came to the United
15   States in the first place?
16           MR. CARTER:  Objection to
17       form.
18           THE WITNESS:  No.
19   BY MR. KRY:
20       Q.   Did anyone at Dallah Avco
21   ever instruct you to provide assistance
22   to Hazmi and Mihdhar?
23       A.   No.
24       Q.   Did you ever tell anyone at

Page 718

1    Dallah Avco that you had interacted with
2    Hazmi and Mihdhar?
3        A.   No.
4        Q.   Did anyone at Dallah Avco
5    ever instruct you to provide assistance
6    to terrorists of any sort?
7        A.   No.
8        Q.   And did you ever tell anyone
9    at Dallah Avco that you would or that you
10   had had interactions with anyone that
11   would later go on, a year and-a-half
12   later, to participate in the 9/11
13   attacks?
14           MR. CARTER:  Objection to
15       form.
16           MR. KRY:  Did we get the
17       answer?
18           THE WITNESS:  The answer is
19       no.
20   BY MR. KRY:
21       Q.   Was your employment on the
22   ANSS project some sort of sham cover
23   employment designed to enable you to
24   assist terrorists in the United States?

Page 719

1        A.   Not at all.
2        Q.   Did anyone at either the PCA
3    or Airways Engineering or Dallah Avco
4    ever tell you that your employment on the
5    ANSS project was some sort of sham cover
6    employment to enable you to provide
7    assistance to terrorists in the United
8    States?
9            MR. HAEFELE:  Form.
10           THE WITNESS:  No.
11   BY MR. KRY:
12       Q.   Did you ever use the salary
13   or allowances you received from being an
14   ANSS employee to assist terrorists?
15       A.   No.
16       Q.   Did you ever request any
17   salary or allowances from Dallah Avco for
18   the purpose of assisting terrorists?
19       A.   No.
20       Q.   Did you ever tell anyone at
21   Dallah Avco that you planned to use your
22   salary or allowances to assist
23   terrorists?
24       A.   No.

Page 720

1        Q.   Did you ever understand that
2    the salary and allowances you received as
3    an ANSS employee were some sort of reward
4    for assisting terrorists in the United
5    States?
6        A.   No.
7        Q.   What was the reason that you
8    were in the United States?
9            MR. HAEFELE:  Foundation.
10           THE WITNESS:  Education.
11   BY MR. KRY:
12       Q.   And can you think of any
13   reason at all that anyone at Dallah Avco
14   should have anticipated that you would
15   briefly interact with two Saudis who
16   would go on, a year and-a-half later, to
17   be 9/11 hijackers?
18           MR. HAEFELE:  Form and
19       foundation.
20           THE WITNESS:  I would not
21       even believe it, to start with.
22           MR. KRY:  Thank you, Mr.
23       Bayoumi.  Those are all the
24       questions I have for you now.

48  (Pages 717 to 720)

This Transcript Contains Confidential Material

Page 749

1    you have any conversations with anybody
2    about Nawaf al-Hazmi or Khalid
3    al-Mihdhar?
4        A.   No.
5        Q.   During that time period, did
6    you assist anyone -- strike that.
7            Did you instruct anyone to
8    assist Khalid al-Mihdhar and Nawaf
9    al-Hazmi?
10       A.   No.
11           MR. SHEN:  Let's introduce
12   the next exhibit, Exhibit-739.
13           Chris, this is our internal
14   Tab 1.  Bates number is KSA 8001.
15               - - -
16           (Whereupon, Exhibit
17   al-Bayoumi-739,
18   KSA0000007996-8020, Passport
19   Documentation, was marked for
20   identification.)
21               - - -
22           MR. YOUNG:  The exhibit has
23   been introduced.
24           MR. SHEN:  Can I ask the

Page 750

1    technician to share the screen,
2    739, please.
3            Is the technician on?
4            MR. YOUNG:  Andy, I can
5    share.
6            MS. INT-HOUT:  Do you mean
7    the trial tech or the video tech?
8    Sorry.
9            MR. SHEN:  Whoever was
10   sharing their screen before, the
11   trial tech.
12           MS. INT-HOUT:  That would be
13   me.  Hold on one moment.
14           MR. SHEN:  And just for the
15   record, the first Bates stamp of
16   this document is KSA 7996.
17   BY MR. SHEN:
18       Q.   Sir, do you recognize this
19   document?
20       A.   Yes.
21       Q.   What is this document?
22       A.   A passport.
23           MR. SHEN:  If we could
24   scroll to KSA 8001, please.  Thank

Page 751

1    you.
2    BY MR. SHEN:
3        Q.   And your passport on this
4    particular page contains a number of
5    entry stamps.
6            Do you see that?
7        A.   Yes.
8            MR. SHEN:  And if we could
9    highlight in the middle of the
10   page, it's upside down, but it
11   says there's an entry into the
12   United States of July 1, 2000.
13   It's right at the fold of the
14   passport in the middle.  To the
15   right.  Right there.
16   BY MR. SHEN:
17       Q.   And, sir, did you stay in
18   the United Kingdom from May 31st until
19   approximately July 1st of 2000, when you
20   returned to the United States?
21       A.   Yes.
22       Q.   And what were you doing in
23   the United Kingdom during this time
24   period?

Page 752

1        A.   I was preparing for starting
2    my doctorate degree project.
3        Q.   And at what university was
4    that?
5        A.   Aston University.
6        Q.   And during this one-month
7    period when you were in the United
8    Kingdom, did you have any conversations
9    with Khalid al-Mihdhar and Nawaf
10   al-Hazmi?
11       A.   No.
12       Q.   Did you speak with anybody
13   else about Nawaf al-Hazmi or Khalid
14   al-Mihdhar?
15       A.   No.
16       Q.   Did you instruct anyone else
17   to assist Khalid al-Mihdhar and Nawaf
18   al-Hazmi during this time period?
19       A.   No.
20           MR. SHEN:  Can the tech go
21   to Page KSA 8000, please?
22   BY MR. SHEN:
23       Q.   And, sir, do you see there's
24   a number of entry/exit stamps on this

56 (Pages 749 to 752)

This Transcript Contains Confidential Material

Page 753

1  page?
2      A.   Yes.
3      Q.   And on the top side of this
4  page, it's upside down right now, there's
5  an entry stamp into the United Kingdom of
6  October 9th of 2000.
7          Now at the bottom of the
8  page in the middle.
9      A.   Yes.
10     Q.   Now, after you left the
11  United Kingdom in -- on July 1st of 2000,
12  did you come back to California?
13     A.   Yes.
14     Q.   And did you stay in the
15  United States until you left again for
16  the United Kingdom on October 9th of
17  2000?
18     A.   Yes.
19     Q.   In focusing on that time
20  period between July 1st of 2000 and
21  October 9th of 2000, when you left for
22  the UK once again, did you have any
23  interactions whatsoever with Khalid
24  al-Mihdhar and Nawaf al-Hazmi?

Page 754

1      A.   No.
2      Q.   During that time period,
3  were Khalid al-Mihdhar and Nawaf al-Hazmi
4  still living in the same apartment
5  complex as you?
6      A.   No.
7      Q.   Do you know where they
8  lived?
9      A.   No.
10     Q.   Do you know if they had a
11  job?
12     A.   I don't know.
13     Q.   Do you know if they went to
14  school?
15     A.   I didn't know, no.
16     Q.   Do you know who their
17  friends or associates were?
18     A.   No.
19     Q.   Do you know when Khalid
20  al-Mihdhar or Nawaf al-Hazmi left
21  California?
22     A.   No.
23          There is one thing I'd like
24  to say.  Will you allow me?

Page 755

1      Q.   Yes, please.
2      A.   Khalid and Nawaf tended to
3  avoid me.  Why?  Because they tended to
4  joke with one another physically, using
5  hands, in the presence of my children.
6  And I warned my children not to mix with
7  them because of that bad behavior.
8          From that day on, they took
9  the position of avoiding me.  Even if
10  they see me, they wouldn't approach me.
11  I just wanted to clarify that point.
12     Q.   Sir, when Khalid al-Mihdhar
13  and Nawaf al-Hazmi left California, do
14  you know where they went?
15     A.   (The Witness) No.
16          (Through Interpreter) No.
17     Q.   Now, during the time period
18  when you were back in the United States
19  from July 1st of 2000, to October 9th of
20  2000, did you have conversations with
21  anyone else about Khalid al-Mihdhar and
22  Nawaf al-Hazmi?
23     A.   No.
24     Q.   Did you instruct anyone else

Page 756

1  to assist them?
2      A.   No.
3      Q.   Now, your passport indicates
4  that you arrived in the United Kingdom on
5  October 9th of 2000.
6          Why did you go to the United
7  Kingdom on October 9th of 2000?
8      A.   To pursue my doctorate
9  studies.
10     Q.   And at that point had you
11  moved from the United States to the
12  United Kingdom?
13     A.   Yes.  However, my family was
14  still in San Diego.
15     Q.   Well, after you moved from
16  the United States to the United Kingdom,
17  did you have any additional discussions
18  with Khalid al-Mihdhar or Nawaf al-Hazmi?
19     A.   No.
20     Q.   Did you assist them in any
21  way?
22     A.   No.
23     Q.   Did you instruct anyone else
24  to assist them in any way?

57  (Pages 753 to 756)

This Transcript Contains Confidential Material

Page 769

1    credits that you earned and the grades
2    that you earned?
3        A.   Yes.
4        Q.   And there's an entry that
5    says, Fall quarter 1997, degree, Master's
6    of International Business Administration,
7    date, December 9th of '97.
8            Did you earn a Master's
9    Degree in International Business from
10   U.S. International University?
11       A.   Yes.  International project
12   management, yes.
13       Q.   And if you look at the
14   bottom of the page, there's a stamp as
15   well.
16           Is that a stamp from the
17   embassy?
18           INTERPRETER MIKHAIL:
19       Business management.  Not project.
20       Interpreter corrects.
21       International business management.
22           MR. SHEN:  Thank you.
23   BY MR. SHEN:
24       Q.   Is that a stamp from the

Page 770

1    embassy?
2        A.   Yes.
3        Q.   And what is the date of this
4    stamp, sir?
5        A.   I believe 8/4/1998.
6        Q.   And in connection, sir, with
7    obtaining this stamp from the embassy,
8    did you communicate with the embassy?
9        A.   Yes.
10       Q.   And did you have phone calls
11   with the embassy?
12       A.   Yes.
13           MR. SHEN:  If we could
14       please introduce as the next
15       exhibit our internal Tab 50.  743.
16                   - - -
17           (Whereupon, Exhibit
18       al-Bayoumi-743,
19       PEC-KSA1-000067-0070, Keller
20       School of Management Transcript,
21       was marked for identification.)
22                   - - -
23           MR. YOUNG:  The document has
24       been introduced as Exhibit-743.

Page 771

1            MR. SHEN:  If the technician
2        could put it up.
3            Thank you very much.
4    BY MR. SHEN:
5        Q.   This is a document with the
6    Bates stamp PEC-KSA1-67.
7            Sir, on the following pages,
8    it shows that it is a transcript from
9    Keller School of Management.  This
10   particular document lists a number of
11   courses that you had registered for on
12   the first page, including auditing, law,
13   financial accounting, accounting and
14   reporting.
15           Do you see that?
16       A.   Yes.
17       Q.   And it states that -- under
18   the credit earned column, that you did
19   not earn credits for these particular
20   classes.
21           Sir, did you attend these
22   classes?
23       A.   Yes.  I attended the
24   classes, yes.

Page 772

1        Q.   And why did you not receive
2    credits?
3        A.   I did not attend the exams.
4        Q.   And why did you not attend
5    the exams?
6        A.   Because the subjects were
7    dry.
8        Q.   And during this time period
9    when you attended these classes, were you
10   still a full-time student?
11       A.   Yes.
12       Q.   Now, you had testified, in
13   response to Mr. Pounian's questions, that
14   you also took courses at the community
15   college in San Diego; is that correct?
16       A.   Because I would not waste
17   any of my time.  Whenever I had free
18   time, I would go and enroll in classes or
19   courses.
20       Q.   And roughly how many courses
21   did you take at the community college in
22   San Diego?
23       A.   Many.
24       Q.   Approximately how many?

**SUBJECT TO MDL PROTECTIVE ORDER**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ ) | |
| IN RE:  TERRORIST ATTACKS ON ) | Civil Action No. 03 MDL 1570 (GBD) (SN) |
| SEPTEMBER 11, 2001 ) | ECF Case |
| _____ ) | |

This document relates to:

*All cases*

## ERRATA SHEET FOR THE DEPOSITION OF OMAR AL BAYOUMI
### (June 9-11, 2021)

| Page and Line | Current Text | Revised Text | Reason(s) |
|:---:|:---:|:---:|:---:|
| 15:1 | "(In English)" | "Yes, but (In English)" | Clarification |
| 15:15 | "in" | "to use" | Clarification |
| 16:12 | "language, therefore," | "language. Therefore," | Transcription Error |
| 16:13 | "missed" | "have lost" | Clarification |
| 16:12 | "or I" | "I" | Clarification |
| 16:13-14 | "of my vocabulary that I lost." | "and have lost some of my vocabulary." | Clarification |
| 16:24 | "lost" | "have lost" | Clarification |
| 18:1 | "was" | "were" | Clarification |
| 18:9 | "was by" | "was" | Clarification |
| 18:12 | "CIO" | "CIA" | Transcription Error |
| 18:14 | "Commission report" | "Commission" | Clarification |
| 18:15 | "was" | "were" | Clarification |
| 23:10-11 | "The Interior of Ministry" | "The Ministry of Interior" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|:---:|:---:|:---:|:---:|
| 24:13 | "Interior of Ministry" | "Ministry of Interior" | Clarification |
| 24:24 | "You said you" | "You said I" | Clarification |
| 25:8 | "also" | "also as" | Clarification |
| 26:2 | "come" | "would come" | Clarification |
| 26:9 | "Ministry of the Interior" | "Ministry of Interior" | Clarification |
| 32:20 | "was" | "were" | Clarification |
| 32:21 | "was" | "were" | Clarification |
| 34:5 | "years" | "years ago" | Clarification |
| 34:6 | "forgot" | "forget" | Clarification |
| 34:9 | "forgot" | "forget" | Clarification |
| 34:22 | "went also" | "also went" | Clarification |
| 35:13 | "forgot" | "forget" | Clarification |
| 35:22 | "the institute" | "a language institute" | Clarification |
| 36:16 | "Tourist" | "The tourist" | Clarification |
| 42:3 | "The finance" | "Finance" | Clarification |
| 42:6-7 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 43:8 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 43:13 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 43:19-20 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 44:3 | "is" | "was" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| 44:5 | "is" | "was" | Clarification |
| 44:6 | "division of the" | "division of" | Clarification |
| 45:17 | "Immediate supervisor is" | "His immediate supervisor was" | Clarification |
| 45:21 | "the airways engineering" | "Airways Engineering" | Transcription Error |
| 46:19 | "with" | "at" | Clarification |
| 47:12 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 48:2-3 | "in the airways engineering" | "Airways Engineering" | Transcription Error |
| 48:10 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 48:17 | "Since" | "Before" | Clarification |
| 48:21 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 49:5 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 49:7 | "In" | "I was in" | Clarification |
| 49:13 | "contracts and" | "contracts, and" | Transcription Error |
| 50:14 | "finance related, it would" | "finance-related would" | Clarification |
| 50:15 | "look at" | "look at it" | Clarification |
| 50:20 | "transaction" | "transactions" | Clarification |
| 50:21 | "procedures of" | "procedures for" | Clarification |
| 50:22 | "are the paperwork" | "is the paperwork" | Transcription Error |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| 50:24 | "finance conditions and" | "financial conditions, and" | Clarification |
| 51:4 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 52:15-16 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 52:21 | "ready for me to" | "ready to" | Clarification |
| 53:2 | "to study, on my own expense, English" | "to study English on my own expense" | Clarification |
| 53:11-12 | "to study, on my own expense, English" | "to study English on my own expense" | Clarification |
| 53:20-21 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 54:23 | "It wasn't" | "There wasn't" | Clarification |
| 55:2 | "I can" | "I could" | Clarification |
| 55:8-9 | "American national institution" | "American Language Institute" | Clarification |
| 55:14 | "at the" | "at" | Clarification |
| 55:22 | "I went to Florida prior." | "Prior to San Diego, I went to Florida." | Clarification |
| 55:22 | "If it was" | "If it had been" | Clarification |
| 56:19 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 57:2 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 57:4 | "finances" | "finance division" | Clarification |
| 57:22 | "airways engineering" | "Airways Engineering" | Transcription Error |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| 58:5 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 58:9 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 58:18-20 | "San Diego State University form the American Language Institute" | "the American Language Institute at San Diego State University" | Clarification |
| 59:9 | "the airways engineering" | "Airways Engineering" | Transcription Error |
| 59:12 | "comes down" | "came down" | Clarification |
| 59:15 | "on phases" | "in phases" | Clarification |
| 61:21 | "know an apartment" | "know of any available apartment" | Clarification |
| 63:1 | "forgot" | "forget" | Clarification |
| 63:3 | "forgot" | "forget" | Clarification |
| 63:16 | "address" | "apartment" | Clarification |
| 66:23 | "the airways engineering" | "Airways Engineering" | Transcription Error |
| 67:8 | "work" | "worked" | Clarification |
| 67:17-18 | "Prior, it was in the finance auditing and financial revisions." | "Early on, I was responsible for financial auditing and financial revisions." | Clarification |
| 68:3 | "Saudi" | "Saudi Arabia" | Clarification |
| 69:16 | "airways engineering" | "Airways Engineering" | Transcription Error |
| 70:4-5 | "the airways engineering" | "Airways Engineering" | Transcription Error |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| 70:13 | "the airways engineering" | "Airways Engineering" | Transcription Error |
| 70:22 | "occasions" | "occasion" | Clarification |
| 73:8-9 | "data processing technician" | "Data Processing Technician" | Transcription Error |
| 76:11 | "papers again" | "papers" | Clarification |
| 76:19 | "The airways" | "Airways Engineering" | Clarification |
| 77:16-17 | "at the university, engineering" | "engineering at the university" | Clarification |
| 78:1 | "called" | "called the" | Clarification |
| 78:8 | "now" | "has" | Clarification |
| 79:7 | "I see him" | "I saw him" | Clarification |
| 79:8 | "he sees me" | "he saw me" | Clarification |
| 80:14 | "changed" | "has changed" | Clarification |
| 80:21 | "the friend" | "a friend" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| | | | |
| 113:15 | "Ercan is" | "Ercan was" | Clarification |
| 113:15 | "with the" | "for" | Clarification |
| 113:16 | "get up" | "go up" | Clarification |
| 113:22 | "You find they need" | "You will find they needed" | Clarification |
| 113:23 | "fill" | "file" | Transcription Error |
| 113:23 | "for the" | "for" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| 114:17 | "filled" | "filed" | Transcription Error |
| 114:22 | "is at" | "was at" | Clarification |
| 114:23 | "is being filled" | "was being filed" | Clarification |
| 114:24 | "continuing the" | "continuing my" | Clarification |
| 115:2 | "is Ercan" | "was Ercan" | Clarification |
| 115:3 | "filled" | "filed" | Transcription Error |
| 115:4 | "the education" | "my education" | Clarification |
| 116:8 | "cost" | "cost for" | Clarification |
| 116:21 | "on its own" | "separately" | Clarification |
| 119:8 | "premises" | "premise" | Clarification |
| 122:11 | "PCA has" | "PCA had" | Clarification |
| 123:2 | "will -- they will" | "would -- they would" | Clarification |
| 123:5 | "will" | "would" | Clarification |
| 123:10 | "have" | "had" | Clarification |
| 123:18 | "must be" | "must have been" | Clarification |
| 124:12 | "I'm" | "I was" | Clarification |
| 126:15-16 | "so that I can recognize it" | "then I might be able to remember" | Clarification |
| 128:16-18 | "I enrolled in the university, to graduate school, so I can study accounting." | "I enrolled in an accounting program at a university." | Clarification |
| 129:4 | "degree" | "Master's certificate" | Clarification |
| 129:5 | "University, project" | "University in project" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| 129:6 | "degrees" | "certificates" | Clarification |
| 129:16 | "forgot" | "forget" | Clarification |
| 129:23 | "received" | "took" | Clarification |
| 129:23-130:1 | "at community college in San Diego in more than one college" | "at community colleges in San Diego" | Clarification |
| 131:1 | "Different" | "A different" | Clarification |
| 131:3 | "computer" | "computers" | Clarification |
| 132:8 | "Master's" | "a Master's" | Clarification |
| 135:4 | "herein" | "here" | Clarification |
| 135:6 | "from the" | "from" | Clarification |
| 135:8 | "herein" | "here" | Clarification |
| 135:23 | "this" | "the current" | Clarification |
| 136:12-13 | "1998, 1999" | "1998 to 1999" | Clarification |
| 136:18 | "in Mesa" | "in the Mesa" | Clarification |
| 137:3 | "it was" | "they were" | Clarification |
| 137:18 | "thereafter" | "after 1997" | Clarification |
| 138:4 | "get enrolled" | "enroll" | Clarification |
| 138:8 | "for enrollment" | "to enroll" | Clarification |
| 138:9 | "at the end" | "in the end" | Clarification |
| 140:12 | "need the" | "need the Master's certificate in" | Clarification |
| 147:10 | "came" | "arrived" | Clarification |
| 147:12 | "when I met" | "where did I meet" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| 148:8 | "so they can" | "where they could" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

| Page and Line | Current Text | Revised Text | Reason(s) |
|---|---|---|---|
| | | | |
| 397:5 | "next by" | "nearby" | Transcription Error |
| 398:10 | "road" | "path" | Clarification |
| 411:16 | "reception" | "receptionist" | Clarification |
| | | | |
| 548:24-549:1 | "The aviation didn't give me." | "The Presidency of Civil Aviation didn't give me a paycheck." | Clarification |
| 616:4 | "They were" | "There were" | Clarification |

**SUBJECT TO MDL PROTECTIVE ORDER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2021

____      _____

Omar Al Bayoumi