# Exhibit 7

This transcript has been FBI reviewed for disclosure to non-FBI approved individuals.

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF NEW YORK

 2

 3    IN RE: TERRORIST        )

      ATTACKS ON              )   03-MDL-1570

 4    SEPTEMBER 11, 2001      )   (GBD)(SN)

      _____ )

 5

 6

                   TUESDAY, JUNE 22, 2021

 7

              THIS TRANSCRIPT CONTAINS

 8             CONFIDENTIAL MATERIAL

 9                    - - -

10          Remote videotaped deposition of

11    Samuel G. Coombs, held at the location of the

12    witness in Alabama, commencing at 11:33 a.m.

13    Central Time, on the above date, before

14    Carrie A. Campbell, Registered Diplomate

15    Reporter, Certified Realtime Reporter,

16    Shorthand Reporter, Certified Court

17    Reporter.

18

19

20                    - - -

21

            GOLKOW LITIGATION SERVICES

22       877.370.3377 ph| 917.591.5672 fax

                 deps@golkow.com

23

24

25
```

Page 74

¹ that show where we were meeting and at what
² time.
³     Q.    Okay.  Do you have any hardcopy
⁴ documents exchanged with the Kreindler &
⁵ Kreindler firm?
⁶     A.    They made copies of my business
⁷ cards.  They made copies of front pages of my
⁸ passport, and that was it.  To show the
⁹ cover -- that was it.
¹⁰    Q.    In your meetings with Ken -- in
¹¹ your meetings with Ken Williams, did you
¹² retain any hardcopy documents?  Any notes,
¹³ any papers, anything he provided to you?
¹⁴    A.    No.
¹⁵    Q.    Now, for Request Number 2, did
¹⁶ you search for all documents relating to any
¹⁷ declarations that you have signed related to
¹⁸ the actions, including, but not limited to,
¹⁹ any drafts, outlines or summaries of such
²⁰ declarations?
²¹    A.    I went online and looked at the
²² 9/11 Commission statement, and that was all I
²³ looked at, referencing my name in that 9/11
²⁴ Commission outline.
²⁵        I just looked at it online.  I

Page 75

¹ did not print it.  Shut it back down because
² it didn't cover enough information.
³     Q.    Do you have any copies --
⁴     A.    That was the only research --
⁵     Q.    Sorry.  Sorry to interrupt.
⁶        Do you have any copies of any
⁷ drafts, outlines or summaries of the
⁸ declaration that you prepared?
⁹     A.    No.
¹⁰    Q.    Do you -- when you met with Ken
¹¹ Williams, did you jot down any notes on a
¹² notepad and keep those?
¹³    A.    No.
¹⁴        MR. DORRIS:  We've been going
¹⁵    for about an hour and a half.  I think
¹⁶    now is a good time for a quick break.
¹⁷        And just for your -- for
¹⁸    everybody's benefit, I may have a few
¹⁹    additional questions, but I don't
²⁰    anticipate going much longer.
²¹        MR. KRY:  Just to be clear,
²²    we'll have some pretty extensive
²³    questions after Dan's done on behalf
²⁴    of Dallah Avco.
²⁵        VIDEOGRAPHER:  Off the record

Page 76

¹ at 1:02 p.m.
²     (Off the record at 1:02 p.m.)
³        VIDEOGRAPHER:  Back on the
⁴    record at 1:19 p.m.
⁵        MR. DORRIS:  Good news for you,
⁶    Mr. Coombs.  I have no further
⁷    questions.  Thank you for your time.
⁸        CROSS-EXAMINATION
⁹ QUESTIONS BY MR. KRY:
¹⁰    Q.    Mr. Coombs, my name is Robert
¹¹ Kry.  I'm one of the lawyers that represents
¹² Dallah Avco in this case, and so I have some
¹³ questions for you as well.
¹⁴        If we could put back up on the
¹⁵ screen your declaration, which was previously
¹⁶ marked Exhibit 810.
¹⁷        In the second paragraph, you
¹⁸ state, "I first applied to work at Dallah
¹⁹ Avco in 1983 and began working for them in
²⁰ Jeddah, Saudi Arabia, in 1983 as a chief
²¹ procurement officer at the King Khalid
²² Military City."
²³        Mr. Coombs, how long did you
²⁴ work at the King Khalid Military City?
²⁵    A.    I was only up there until --

Page 77

¹ about ten months.  I got it set up and
² everything, and they turned it over to a guy
³ from the US Army Corp of Engineers.  And I
⁴ had trained everybody, wrote out all their
⁵ initial procedures and everything, got it set
⁶ up, and I came back -- and came back to the
⁷ States.
⁸     Q.    And did that job relate to
⁹ Civil Aviation in any way?
¹⁰    A.    No, that -- that was -- it was
¹¹ King Khalid Military City.  It was a base up
¹² there by Hafar Al-Batin.  It was a military
¹³ base that they launched out into Iraq.  It
¹⁴ had tanks.  It had Air Force.  It had
¹⁵ everything.  And basically, I was helping
¹⁶ them finalize the support element.
¹⁷    Q.    Are you sure that that --
¹⁸    A.    Go ahead.
¹⁹    Q.    Are you sure that that position
²⁰ was with Dallah Avco as opposed to a
²¹ different company within the broader Dallah
²² group of companies?
²³    A.    No.  It was Dallah Avco out of
²⁴ Houston, Texas, and then I went to -- to
²⁵ Dallah.  I lived -- I was paid by Dallah in

This Transcript Contains Confidential Material

¹ Jeddah. Sheik Saleh Kamel, the originator,
² was still there.
³          I went from there, as a part of
⁴ the initial team, into Hafar Al-Batin because
⁵ they had hired me to set things up. I was
⁶ the chief of procurement for about ten
⁷ months. I got everything set up, and then
⁸ the contract that they offered me after that
⁹ was considerably less, and so I came back
¹⁰ home.
¹¹     Q.    You referred in your answer to
¹² Dallah Avco out of Houston, Texas.
¹³          Are you referring to Avco
¹⁴ Overseas?
¹⁵     A.    Yeah. Yeah.
¹⁶     Q.    Do you know whether Avco
¹⁷ Overseas has a subcontractor relationship
¹⁸ with Dallah Avco or a corporate affiliate
¹⁹ relationship to Dallah Avco?
²⁰     A.    At that time it seemed to me
²¹ like Saleh Kamel was very close connected.
²² He was way above me in understanding that
²³ portion.
²⁴          When I came back to the States,
²⁵ I actually out-processed in Houston.

¹     Q.    Did you have any firsthand
² knowledge of the nature of the corporate
³ affiliation relationship, if any, between
⁴ Avco Overseas and Dallah Avco and how that
⁵ might have changed over the years?
⁶          Is that a no?
⁷     A.    I knew there was changes -- I
⁸ knew there was changes going on because they
⁹ were visible. I didn't have any -- I didn't
¹⁰ know how it was going on inside.
¹¹     Q.    Okay. And other than that ten
¹² months -- other than the ten months at King
¹³ Khalid Military City, did you ever work for
¹⁴ any Dallah entity between when you left King
¹⁵ Khalid and when you started work at the PCA
¹⁶ in 1994?
¹⁷     A.    No.
¹⁸     Q.    Further down in your
¹⁹ declaration you state, "In the summer
²⁰ of 1994, I visited Dallah Avco and became
²¹ aware that Dallah Avco was recruiting for
²² positions within the Saudi Arabia Presidency
²³ of Civil Aviation's Airways Engineering
²⁴ department. I applied for and received a
²⁵ position as assistant logistical manager

¹ within the AED."
²          Are those statements accurate?
³     A.    That is totally accurate.
⁴     Q.    Who did you submit your
⁵ application to?
⁶     A.    I submitted the application to
⁷ Dallah.
⁸     Q.    Who interviewed you?
⁹     A.    I took my résumé up there.
¹⁰     Q.    Who interviewed --
¹¹     A.    They --
¹²     Q.    I apologize for interrupting.
¹³          Who interviewed you for the
¹⁴ position at the PCA?
¹⁵          MR. POUNIAN:  Objection to
¹⁶ form.
¹⁷          THE WITNESS:  I don't remember.
¹⁸ They just -- they just knew that they
¹⁹ needed a logistics, and I was
²⁰ qualified. I had a -- I had a good
²¹ work record with them from before, and
²² basically I went in, was with them for
²³ an hour, and I was hired.
²⁴ QUESTIONS BY MR. KRY:
²⁵     Q.    Do you know whether someone at

¹ the PCA had to ultimately approve your
² hiring?
³     A.    No, I don't.
⁴     Q.    In your declaration, the next
⁵ few sentences state, "Within a few months, my
⁶ immediate supervisor resigned, and I was
⁷ appointed manager of the logistics department
⁸ of AED. I stayed in this position until
⁹ leaving the Presidency of Civil Aviation in
¹⁰ June 1997."
¹¹          Is that all accurate?
¹²     A.    That is 100 percent accurate.
¹³     Q.    What was the name of the
¹⁴ immediate superior who resigned?
¹⁵     A.    I can't remember.
¹⁶     Q.    Would it --
¹⁷     A.    He was retired military, and
¹⁸ that's all -- I can't remember. I'm sorry.
¹⁹     Q.    That's fine.
²⁰          Do you recognize the name A.L.
²¹ Jones?
²²     A.    Yeah, there it is. Got it.
²³     Q.    That was him?
²⁴     A.    Yeah. Okay.
²⁵     Q.    And was he the logistics

This Transcript Contains Confidential Material

---

Page 82

1  manager before you -- you took over that
2  position in 1995?
3      A.   Yes.  Yes.
4      Q.   Do you know who took over as
5  logistics manager after you left in 1997?
6      A.   Yes.  Tom Wallace.
7      Q.   Back to your declaration.  A
8  little bit later it states, "I was paid by
9  Dallah Avco, though I had no other
10  substantial contact with Dallah Avco aside
11  from people working for the AED who were also
12  recruited by Dallah Avco.  All of my
13  day-to-day duties were as manager of
14  logistics for the PCA/AED."
15         Are those statements accurate?
16      A.   Accurate.
17      Q.   So is it correct that you had
18  no substantial contacts with Dallah Avco,
19  other than your paycheck, while you were
20  working as logistics manager at Airways
21  Engineering?
22      A.   True.
23      Q.   Did anyone from Dallah Avco
24  direct or supervise your day-to-day work at
25  Airways Engineering?

---

Page 83

1      A.   No way.  No.
2      Q.   Do you know whether the PCA
3  ultimately reimbursed Dallah Avco for the
4  salary that you received from Dallah Avco?
5      A.   They -- as a part of the
6  contract that they had with Dallah, which I
7  was under, I did a timesheet every month,
8  just like everybody else did, and it
9  processed and then they paid me.
10      Q.   Right.
11         So I understand that Dallah
12  Avco processed your paycheck and issued --
13      A.   Yeah.
14      Q.   -- a salary to you.
15         My question is, do you know one
16  way or the other whether the PCA reimbursed
17  Dallah Avco for those salary payments?
18      A.   It's a part of the contract.
19  I'm sure they did.
20      Q.   Back to the declaration.  The
21  next paragraph states, "My boss was Mohammed
22  Al-Salmi, AED's director general.  Al-Salmi
23  approved all of my vacation and personal
24  leave as well as anything else related to my
25  job duties and administrative procedures."

---

Page 84

1         Are those statements all
2  accurate?
3      A.   That's correct.
4      Q.   Was Al-Salmi in fact your boss?
5      A.   Yes.
6      Q.   And did Al-Salmi direct and
7  supervise your day-to-day work at Airways
8  Engineering?
9      A.   He directed me -- basically he
10  would call me in and talk to me about what he
11  wanted done, and then he'd just turn me
12  loose.  I was kind of independent.
13         But, yes, if something was
14  outside of the norm, I did go clear it with
15  him.
16      Q.   Did Al-Salmi evaluate your job
17  performance at Airways Engineering?
18      A.   Yes.
19      Q.   Did Al-Salmi play a role in
20  setting your salary and benefits at Airways
21  Engineering?
22      A.   I'm sure he did, because I had
23  no idea how it was done.
24         I just know that I got an
25  increment in my contract, said that I would

---

Page 85

1  get so much.  It was in my contract.
2      Q.   On the next page of your
3  declaration, there's a paragraph that says,
4  "All of PCA's offices and warehouses in
5  Jeddah were located within the same PCA
6  complex.  The main AED office was located
7  directly across the street from my office at
8  the AED logistics department.  I visited the
9  various AED offices as my job
10  responsibilities required me to do so."
11         Are those statements all
12  accurate?
13      A.   That's correct.  That's
14  correct.
15      Q.   When you were a logistics
16  manager at Airways Engineering, did you work
17  in one of the Airways Engineering offices at
18  the PCA?
19      A.   I was only in the logistics
20  building.  I -- yes, it was one of their
21  offices, but it was the building -- I wasn't
22  in the headquarters building.  I was in,
23  like, the building that had a warehouse off
24  to the side.  We had offices on the end, and
25  the rest of it was warehouses.

Page 86

1    Q.    So I understand that building
2  is not PCA headquarters, but is it still a
3  PCA office building?
4    A.    Yes.  Yeah.
5    Q.    Are you aware that Dallah Avco
6  had its own corporate offices, separate from
7  the PCA's Airways Engineering offices?
8    A.    Yes, they had the tower just up
9  the road.
10    Q.    Did you ever do any of your
11  day-to-day work for Airways Engineering from
12  Dallah Avco's corporate offices?
13    A.    No.
14    Q.    Okay.  I'm going to put up a
15  different exhibit.  This one was previously
16  marked Anqari Exhibit 369, produced at
17  KSA3168.
18         This is an organization chart
19  that the Kingdom produced in this litigation
20  for the PCA's Airways Engineering
21  directorate.  And if you look at the chart,
22  there's a box at the top labeled "Director -
23  General Airways Engineering."
24         Was that the position that
25  Mohammed Al-Salmi held at the PCA?

Page 87

1    A.    Yes.  Yes.
2    Q.    At the bottom of the chart
3  there's a box labeled "Logistics Manager."
4         Was that the unit that you
5  managed from 1995 to 1997?
6    A.    Yes.
7    Q.    And then at the side of the
8  chart on the right, there's a box labeled
9  "Contracts and Finance Control."
10         And do you know who managed
11  that unit in the 1995 --
12    A.    Alp Karli.  Alp Karli.
13    Q.    Does this chart correctly
14  reflect that as logistics manager you
15  reported to Al-Salmi?
16    A.    Yes.
17    Q.    And does the chart correctly
18  reflect that Alp Karli, as the head of the
19  CFC, reported to Al-Salmi?
20    A.    Yes.
21    Q.    A bit earlier you testified
22  that Dallah Avco recruited you to work at
23  Airways Engineering and that Dallah Avco
24  processed your payroll at Airways
25  Engineering.

Page 88

1         Have you heard of something
2  called the Air Navigation System Support
3  project, or ANSS project?
4    A.    That was something that was
5  underway, that they were structuring while I
6  was there, but I never had any details.
7    Q.    Do you know whether the ANSS
8  project was the government contract under
9  which Dallah Avco provided recruiting and
10  payroll services for Airways Engineering?
11    A.    No.
12         (Coombs Exhibit 815 marked for
13  identification.)
14  QUESTIONS BY MR. KRY:
15    Q.    All right.  I'm going to put up
16  another document.  We will mark this one as
17  Exhibit 815.  It's produced at DA10695.
18         This is an October 23, 1995
19  letter from Al-Salmi at Airways Engineering
20  to Magdi Hanna at Ercan, Incorporated,
21  listing some purchase requests together with
22  some attachments.
23         One of the requests listed here
24  is PR number 76224.  You can see it as
25  number 9.

Page 89

1         I'm going to ask you some
2  questions about this particular purchase
3  request just to better understand the
4  logistics department's procurement process,
5  but just to be clear, I don't think there's
6  anything special about this particular
7  request.  We just picked it as an example.
8         So if we can go first to the
9  attachment to this document at page 10716,
10  this is a Presidency of Civil Aviation
11  purchase requisition.  At the top left, the
12  document has the requisition number, PR
13  76224, and at the top right there's a date
14  prepared of October 18, 1995.
15         And if you look at the body of
16  the requisition, there's some items listed
17  which include 10 disc drive upper heads, 10
18  disc drive lower heads, and then the next
19  page, 10 disc plotters.
20         Do you recall seeing documents
21  like this purchase requisition when you
22  worked as logistics manager?
23    A.    Yes, I had to sign them.
24    Q.    Would this type of document be
25  used to initiate the procurement process at

Page 90

1 Airways Engineering?
2    A.    I would sign it and Al-Salmi
3 would sign it, and then we would process it.
4    Q.    Was the purpose of this
5 document to initiate the procurement process
6 when Airways Engineering needed to obtain
7 parts or other goods or services?
8    A.    Yes.
9    Q.    Who would decide what parts
10 Airways Engineering needed to purchase
11 through this process?
12    A.    We had a department -- we set
13 up -- we have so many pieces of equipment,
14 and you have to have parts for each piece of
15 equipment.  So the maintenance people would
16 put in requests, and based on demand and
17 turnover, we would order parts for stockage,
18 okay, which would be a stock level.  And then
19 sometimes if it was high priority, that meant
20 that the equipment was down, and so it would
21 process quicker and I'd hand-carry it
22 through.
23        But this is normal, and this
24 was processed through to order parts from the
25 States for the equipment that is physically

Page 91

1 in Saudi Arabia.  And we'd process it, they
2 would buy it, they would ship it, then I'd
3 get a customs clearance form pre-arrival in
4 Saudi Arabia.
5        Then I would take that over to
6 the -- to Dallah because they had a customs
7 team.  And they would pick it up and deliver
8 it to us when it arrived.
9    Q.    You referred to maintenance
10 people that would put in requests like these.
11        Are those maintenance people
12 other --
13    A.    Well, they don't put them in.
14 They put the -- it's like they're step one.
15 They fill out a small request form, and it
16 goes to the clerks, okay, the administrative
17 portion of stockage, who orders spare parts.
18        Okay.  From ordering spare
19 parts, then they look and see how many they
20 need, and then they make a purchase order for
21 what they need.
22        Then they -- we process that
23 from the administrative side of logistics,
24 okay?  We would process it for it to be
25 ordered to the contractor.

Page 92

1    Q.    The individuals that would put
2 in those requests to have these forms
3 prepared, would those be other employees at
4 the PCA?
5    A.    Yeah, but they were mechanics
6 and people working in the shops and things
7 like that.
8    Q.    Right.
9        In the middle of the document,
10 there's a line labeled "approved" that lists
11 Mohammed Basharahil, yourself and Al-Salmi.
12        Do you recognize Al-Salmi's
13 signature on the document?
14    A.    Yes.  He's to the right, I'm in
15 the center, and Mohammed was a part of the
16 administrative side of things on the supply
17 side.
18    Q.    And so you recognize your
19 signature in the middle of that document
20 there?
21    A.    Yes, that's my signatures.
22    Q.    Do you recognize Mohammed
23 Basharahil's signature on the left?
24    A.    Yes.
25    Q.    Was he part of the logistics

Page 93

1 department, or was he in a different PCA
2 department?
3    A.    Oh, he was a part of the
4 logistics department, but he would -- because
5 he was fluent, very fluent, in several
6 dialects of Arabic, very fluent in English
7 and everything, he was sort of a go-between.
8 I'd send him out to do some things, you know,
9 I'd send him out to London.  I'd send him out
10 to, you know, other places because he was
11 very efficient at doing it.
12    Q.    So he would report to you when
13 you were the logistics manager?
14    A.    Yes.
15    Q.    Who would actually prepare the
16 information that we see on this form listing
17 the specific parts that need to be ordered?
18 Would that be one of you in the logistics
19 department or would it be one of the other
20 PCA employees that submitted the request that
21 you mentioned earlier?
22    A.    It's one of the clerks in the
23 supply -- basically the supply office would
24 prepare the request from a -- a handwritten
25 request, whatever they get from the

This Transcript Contains Confidential Material

¹ mechanics.
²        You see, if they need -- if
³ they need a part, an electronic item, then
⁴ they would -- the mechanic -- the people
⁵ doing the repairs would write up a request
⁶ for the part, would go to his supervisor.
⁷ Then he would bring it in to Mohammed's
⁸ department, the supply -- the supply
⁹ department.
¹⁰        They'd put it together, okay,
¹¹ identify it. Then they'd give it to me, and
¹² I'd sign off on it. Then go to Mohammed
¹³ Al-Salmi, sign off on it, and then it would
¹⁴ go to the -- to the contractor.
¹⁵     Q.    Okay. With regard to those
¹⁶ first steps where the mechanics and the
¹⁷ clerks would submit this information, to your
¹⁸ knowledge, did anyone at Dallah Avco have any
¹⁹ role in submitting that information about
²⁰ what parts needed to be purchased?
²¹     A.    No.
²²     Q.    And then at the stage of the
²³ process where Al-Salmi, you and Basharahil
²⁴ sign off on this purchase requisition, did
²⁵ anyone at Dallah Avco have any role in --

¹     A.    No, not -- no.
²     Q.    Okay. At the bottom right
³ there's a stamp that says, "Received,
⁴ purchasing PCA logistics" dated October 21,
⁵ 1995, which is three days after the purchase
⁶ requisition was dated.
⁷        Does that stamp indicate that
⁸ the requisition was sent to PCA -- excuse me,
⁹ purchasing PCA logistics after you and
¹⁰ Al-Salmi approved it?
¹¹     A.    Yes.
¹²     Q.    Is the purchasing PCA logistics
¹³ also a component of Airways Engineering?
¹⁴     A.    It just meant that it was
¹⁵ cleared to be purchased. That's all.
¹⁶     Q.    And to your knowledge, did
¹⁷ Dallah Avco have any role in that step of the
¹⁸ process?
¹⁹     A.    Yes. A lot of this stuff they
²⁰ already had. They may have some in stock or
²¹ whatever like that, but the -- Alp Karli
²² would take boxes of these things over, they'd
²³ take a look at them, and then they would go
²⁴ off to contractors and whatever like that.
²⁵     Q.    Other than Alp Karli, though,

¹ would anyone at Dallah Avco have any role in
² the stage of the process where purchasing PCA
³ logistics receives a copy of the --
⁴     A.    No. No.
⁵     Q.    Okay.
⁶     A.    No.
⁷     Q.    So we'll turn now back to the
⁸ first page of the document, which is DA10695.
⁹ This is the letter dated October 23, 1995,
¹⁰ two days later, from Al-Salmi to Magdi Hanna
¹¹ at Ercan.
¹²        It states, "Enclosed please
¹³ find the following purchase requests for
¹⁴ procurement action" against the indicated
¹⁵ document numbers. One of those is PR 76224,
¹⁶ the one for the disc drive components we were
¹⁷ just looking at.
¹⁸        Do you recognize Al-Salmi's
¹⁹ signature on this document?
²⁰     A.    Yes, absolutely.
²¹     Q.    Next to --
²²     A.    Guess what?
²³     Q.    Next to --
²⁴     A.    Look down at the lower right
²⁵ hand. I mean, left hand --

¹     Q.    I was just about to ask.
²        Do you see your initials there?
³     A.    Those are my initials.
⁴     Q.    Do those initials indicate that
⁵ you prepared this document for Al-Salmi to
⁶ sign?
⁷     A.    That indicates that -- yes.
⁸     Q.    Who selected which vendor would
⁹ receive a purchase request like this?
¹⁰     A.    It was based on the -- they had
¹¹ a list of manufacturers and everything. If
¹² the parts came out of the States, it would go
¹³ to who was supporting us in the States. So
¹⁴ it would go to Ercan, and then Ercan would
¹⁵ purchase it in the States. If it was like in
¹⁶ England, then it would be processed --
¹⁷ they -- they had other departments to process
¹⁸ it through.
¹⁹     Q.    And in selecting that vendor,
²⁰ is that something you would personally decide
²¹ or would it be decided by people acting under
²² your direction?
²³     A.    No. No, it was -- this would
²⁴ be a list of the equipment he was supporting.
²⁵ Okay? In other words, this stuff came from

Page 98

¹ the States.  The equipment was from the
² States.  Okay?
³         If it was from England, then
⁴ they had a separate operation for England.
⁵ Okay?  I can't remember the name of it.
⁶ But -- off the top of my head right now, I'm
⁷ sorry, I can't remember.  But each one would
⁸ be processed to the supplier of the country.
⁹         We had suppliers in Italy.  We
¹⁰ had suppliers in France.  We had suppliers in
¹¹ Germany and Italy.  It was all over the
¹² place.
¹³     Q.    So my question, though, is,
¹⁴ if -- so if you had a purchase requisition
¹⁵ that you had approved for a particular
¹⁶ component like disc drive upper/lower heads,
¹⁷ who was responsible for looking at these
¹⁸ vendor lists and identifying the vendor that
¹⁹ would supply those parts?
²⁰     A.    You take the part and the
²¹ country that it came from, and that's how it
²² was determined.  It was determined.  It
²³ wasn't selected.  It was determined that the
²⁴ parts came -- the equipment came from this
²⁵ country, so they got the contract.  Because

Page 99

¹ it's more efficient than going through
² another party to then get to them and then
³ come to us, because then you're adding
⁴ another step to the process.
⁵     Q.    Okay.  To your knowledge, did
⁶ Dallah Avco have any role in identifying
⁷ particular vendors that should receive
⁸ purchase requests like these?
⁹     A.    In some cases they did, if they
¹⁰ had somebody that was doing the support
¹¹ element.
¹²         It wasn't anything I could
¹³ call.  Sometimes it would change.
¹⁴     Q.    Would that be -- would that
¹⁵ happen most of the time or would that be an
¹⁶ unusual occurrence?
¹⁷     A.    No, it was -- it was an
¹⁸ intermediate {sic} thing.  It just depended
¹⁹ on the availability of the equipment and the
²⁰ supplies.  We contact them and said, we need
²¹ this, and they said, well, we don't have it.
²²         Then we put out a request to
²³ find out where it was and then issue a
²⁴ purchase order -- order based on that.
²⁵ Request for quote.  That's how we would do

Page 100

¹ it.
²         (Coombs Exhibit 816 marked for
³     identification.)
⁴ QUESTIONS BY MR. KRY:
⁵     Q.    All right.  Let's take a look
⁶ at another document which we will mark as
⁷ Exhibit 816, produced at DA10334.
⁸         This is a February 22, 1997
⁹ request for payment letter from you, Samuel
¹⁰ G. Coombs, to Fareed Bogary at Dallah Avco,
¹¹ together with some attachments again.  And
¹² the body of the letter indicates that it
¹³ relates to PR number 76224, which is the
¹⁴ same -- the same purchase requisition we were
¹⁵ just looking at.
¹⁶     A.    Yes.
¹⁷     Q.    We're going to turn, first of
¹⁸ all, to DA10338.
¹⁹         Do you recognize this as the
²⁰ exact same document we were just looking at,
²¹ the purchase requisition from --
²²     A.    Yes.
²³     Q.    Okay.  And then we'll turn next
²⁴ to page DA10335.
²⁵         This is an invoice from Ercan

Page 101

¹ for PR number 76224, listing the same disk
² drive components that were on the purchase
³ requisition.
⁴         At the top right, there's a
⁵ line that says, "Date shipped, March 29,
⁶ 1996."
⁷         What do you understand that
⁸ that date to refer to?
⁹     A.    The date shipped is from them
¹⁰ to -- that was the date shipped from the US.
¹¹     Q.    At the top left -- at the top
¹² left --
¹³     A.    Yeah.
¹⁴     Q.    At the top left the invoice
¹⁵ says, "Sold and shipped to Dallah Avco Trans
¹⁶ Arabia, Presidency of Civil Aviation, Airways
¹⁷ Engineering ANSS III program, PO Box 15441."
¹⁸         Do you recognize that PO Box
¹⁹ address as the Airways Engineering offices
²⁰ where you worked?
²¹     A.    Yes.  I don't remember the
²² number, but it is there, yeah.
²³     Q.    If we can just flip up to the
²⁴ first page of the document for a moment.
²⁵         At the very bottom line, do you

This Transcript Contains Confidential Material

Page 102

1  see it says, "Please reply to director
2  general Airways Engineering, PO Box 15441"?
3          Does that refresh your
4  recollection that that is the PO box for the
5  Airways Engineering?
6      A.   Yeah.
7      Q.   In the body of the invoice on
8  page 10355, there's a unit price of $895 and
9  a total price of $27,520.
10          To your knowledge, who
11  determined what price Ercan would charge for
12  parts like these?
13      A.   Off the top of my head, it was
14  a cost-plus process.
15      Q.   So to your knowledge, did
16  Dallah Avco have any role in determining the
17  prices that Ercan put on its invoices?
18      A.   No.
19      Q.   At the bottom of the invoice
20  there's a stamp that says, "Approved for
21  payment, PR 76224."
22          Do you see your initials on
23  that stamp?
24      A.   Yeah.
25      Q.   Does that indicate that you had

Page 103

1  approved payment of this invoice?
2      A.   That meant that it had arrived,
3  that it had -- had come into the warehouse,
4  and then I just -- {audio interruption} --
5  stamp on it and go.
6      Q.   Did Dallah Avco have any role
7  in that step of the process where you --
8      A.   Oh, no, huh-uh.
9      Q.   We'll turn next to page
10  DA10336.  This is a Presidency of Civil
11  Aviation material receiving report --
12      A.   Yes.
13      Q.   -- for PR 76224.  It includes a
14  few signatures dated February 16, 1997.  And
15  if we go down to the second page, we can see
16  that the receiving report relates to the same
17  parts, the ten disc drive upper heads, ten
18  disc lower heads and ten disc plotters.
19          Would PCA employees fill out
20  this material receiving report once they
21  actually received shipment of the parts?
22      A.   When the parts came to the
23  warehouse, the receiving in the warehouse
24  would break them down and pass it off.  And
25  basically they'd say, okay, we got this.

Page 104

1      Q.   Okay.  Based on the dates, it
2  seems like there were some pretty significant
3  delays both before Ercan issued its invoice
4  and before the PCA received those parts.
5          Were delays like those common
6  in your experience, working with vendors like
7  Ercan?
8      A.   Well, it may not -- go up to
9  the page with the stamp on it.
10      Q.   Does the invoice --
11      A.   Right there.  That's customs
12  clearance right there.
13      Q.   Okay.
14      A.   See that, that stamp on there?
15  Go back down.  Go back down.  No, stop right
16  there.
17          Where it says "receiving" and
18  that stamp on there, that means that it went
19  through customs.
20      Q.   Okay.  So it may take some time
21  for part shipments like these to go through
22  customs?
23      A.   Yeah.  In other words, it was
24  picked up from customs on 2/16.  That custom
25  stamp had to be on there, okay, for us to get

Page 105

1  it.  It had to go through Saudi customs.
2      Q.   Okay.  Finally, we'll turn back
3  to the first page, which was DA10334.  This
4  is the request for payment letter that you,
5  Samuel Coombs, sent to Fareed Bogary at
6  Dallah Avco on February 22, 1997, six days
7  after the material receiving report.
8          And it says, "Please provide
9  payment of US dollar $27,520.96 to our
10  vendor, Ercan, Inc., against the following
11  document," and then it lists the PR
12  number 76224.
13          Do you recognize your signature
14  at the bottom of this document?
15      A.   Yes, that's my signature.
16      Q.   And below that are the initials
17  MB.
18          Do you recognize those as
19  Mohammed Basharahil's initials?
20      A.   Yes.
21      Q.   Was one of Dallah Avco's
22  responsibilities to pay subcontractor
23  invoices like this one from Airways
24  Engineering?
25      A.   Depending on how they worked --

This Transcript Contains Confidential Material

Page 106

¹ see, after I signed off on this and
² everything, it would go to Alp Karli.  Or if
³ Mohammed Al-Salmi was available, I'd take it
⁴ to him and then he'd give it to Karli.
⁵      Q.     And once Alp Karli or Al-Salmi
⁶ had received the document, would it be sent
⁷ to Dallah Avco?
⁸      A.      And then he would take it to
⁹ Dallah.  He'd go to the Dallah tower.
¹⁰      Q.     And Dallah tower, is that where
¹¹ Fareed Bogary had his offices?
¹²      A.      Have you ever seen the Dallah
¹³ building in Jeddah, Saudi Arabia?
¹⁴      Q.     I have.
¹⁵      A.      Huh?
¹⁶      Q.     I have, actually.
¹⁷      A.      Okay.  That's the reason I call
¹⁸ it the Dallah tower.
¹⁹      Q.     Very good.
²⁰      A.      All their administrative
²¹ offices and everything else were in the
²² tower.
²³      Q.     To your knowledge, when Dallah
²⁴ Avco received a request for payment like this
²⁵ from Airways Engineering, did Dallah Avco

Page 107

¹ have any responsibility for reviewing or
² auditing the reasonableness of the prices
³ that were reflected on the invoices?
⁴      A.      No.  No.
⁵      Q.     Did Dallah Avco have any
⁶ responsibility for reviewing or auditing
⁷ whether Airways Engineering actually needed
⁸ the goods or services that were reflected on
⁹ the invoices?
¹⁰      A.      No.
¹¹      Q.     Did Dallah Avco have any
¹² responsibility for reviewing or auditing
¹³ Airways Engineering's selection of a vendor
¹⁴ to provide those goods and services?
¹⁵      A.      No.
¹⁶      Q.     Was Dallah Avco's job
¹⁷ essentially just to pay the invoices
¹⁸ according to the terms that Airways
¹⁹ Engineering had approved?
²⁰      A.      Yes.
²¹      Q.     To your knowledge, was Dallah
²² Avco entitled to be reimbursed by the PCA
²³ after it paid a vendor invoice like this one?
²⁴      A.      Yeah.
²⁵          (Coombs Exhibit 817 marked for

Page 108

¹      identification.)
² QUESTIONS BY MR. KRY:
³      Q.     We'll take a look at another
⁴ exhibit.  We'll mark this one Exhibit 817,
⁵ produced at KSA2127.
⁶          This is an excerpt from the
⁷ financial condition section of the contract
⁸ between Dallah Avco and the PCA called the
⁹ ANSS 4 contract, and we'll look at, in
¹⁰ particular, Section 3-3-1-1 on page KSA2135.
¹¹          That provision is titled
¹² "Entitlement," and it says, "The contractor
¹³ shall be entitled each month to be paid for
¹⁴ logistics support purchases made during
¹⁵ previous months and for special cost items as
¹⁶ described in Section 4, scope of services,
¹⁷ Article 4-3."
¹⁸          Is that provision consistent
¹⁹ with your understanding that Dallah Avco was
²⁰ entitled to be reimbursed by the PCA for the
²¹ vendor invoices that it paid?
²²      A.      Yes.
²³      Q.     All right.  During your
²⁴ testimony earlier today, you had mentioned
²⁵ that -- well, no, strike that.

Page 109

¹          (Coombs Exhibit 818 marked for
²      identification.)
³ QUESTIONS BY MR. KRY:
⁴      Q.     We'll mark as Exhibit 818 a
⁵ document produced at DA10725.
⁶          This is a different and
⁷ unrelated purchase request from Al-Salmi to
⁸ Ercan dated September 26, 1995, and I'm going
⁹ to turn to one of the purchase requisitions
¹⁰ that's on page DA10731.
¹¹          Do you recognize your signature
¹² on this document?
¹³      A.      Yes.
¹⁴      Q.     So this purchase requisition
¹⁵ is -- lists items described as Defense
¹⁶ Language Institute.  And if we scroll to the
¹⁷ third page of the requisition, it identifies
¹⁸ the manufacturer as Defense Language
¹⁹ Institute, English Language Center, based at
²⁰ Lackland Air Force base in Texas.
²¹          Do you remember sending
²² requisitions for educational materials from
²³ the English Language Center in Texas during
²⁴ your time at logistics?
²⁵      A.      I used to call them sidebars.

Page 110

1 In other words, that was something that --
2 they were paying for something, and I
3 wouldn't even know what it was, but it was
4 given to me to do it.
5      Q.    When you received purchase
6 requisitions like this, did you think there
7 was anything inappropriate about the PCA
8 using logistics funds for English language
9 education materials?
10      A.    I didn't ask questions about
11 it.  I just -- I just knew that they were
12 going to do it whether I approved or not.
13          Inside the Presidency of Civil
14 Aviation, there was direct payments all over
15 the world that I had no clue.  What was
16 inside my department I could do.  If it came
17 in direct -- and Mohammed would come in with
18 a handful of them, and he'd say, we got to
19 process this.  And we weren't getting
20 anything in logistics for it.
21      Q.    When you saw a requisition like
22 this that related specifically to English
23 language education materials, did you have
24 concerns that there was something illegal
25 with processing a purchase requisition for

Page 111

1 materials like this?
2          MR. CARTER:  Objection to form
3      and foundation.
4          THE WITNESS:  I was so used to
5      seeing it, it was normal.  Okay?
6      Because they would give gifts.  A
7      gift, money under the table.  Okay?
8      Called baksheesh in Arabic.  This was
9      normal.  They may be paying for
10      somebody to get in, that they wanted
11      in.
12          So we just processed it.  We
13      didn't question it.
14 QUESTIONS BY MR. KRY:
15      Q.    Would English language skills
16 be an important job qualification for PCA
17 employees or prospective PCA employees?
18      A.    Well, see, you'll notice this
19 is an Air Force base.  Okay?  And the Saudi
20 Air Force and folks were all connected,
21 because the Presidency of Civil Aviation was
22 right down the street.  Saudi Air Force was
23 under them.
24          And then on the other side of
25 them was Kawasaki Helicopter, where I had

Page 112

1 worked before.  They were all connected.
2 Some of the stuff would just come in, and I'd
3 just do it.
4      Q.    My question is, were English
5 language skills a helpful qualification for
6 certain individuals who worked at the PCA?
7      A.    Yeah.
8          MR. CARTER:  Objection to form.
9 QUESTIONS BY MR. KRY:
10      Q.    And so at the time did you
11 perceive that there was something
12 inappropriate about the PCA funding education
13 skills that were going to be relevant to the
14 job qualifications of the people that work
15 there?
16      A.    It was normally the younger
17 students that didn't speak any Arabic, and
18 they would like -- just down the road where
19 I'm at is Fort Benning, Georgia.  They'd send
20 them money to pay for the students to be
21 trained there, the Saudi students there.
22 Okay?
23          Where are you at?
24          You know, they -- there's
25 schools in all of the military bases here in

Page 113

1 the States that train foreign military in the
2 United States, and that can be what that was.
3          I didn't question -- I didn't
4 question it.
5      Q.    Right.
6          And you didn't see any reason
7 to question it because it wasn't anything
8 that you --
9      A.    Yes.
10      Q.    Did you believe that there was
11 anything improper with the PCA funding
12 English studies education for its own
13 employees?
14      A.    No.
15      Q.    To your knowledge, who decided
16 to spend Airways Engineering logistics' funds
17 on English language educational materials
18 like these?
19          MR. CARTER:  Objection to form.
20          THE WITNESS:  Normally it
21      was -- normally it was the Presidency
22      of Civil Aviation down to Al-Salmi,
23      who was assigned above him.
24 QUESTIONS BY MR. KRY:
25      Q.    And to your knowledge, did

1 Dallah Avco have any role in deciding to
2 spend logistics' funds on English language
3 education materials?
4      A.    No, not that I know of.
5           MR. KRY:  All right.  Why
6 don't -- how long have we been going
7 for?
8           VIDEOGRAPHER:  42 minutes.
9           MR. KRY:  Okay.  We can keep
10 going.
11          Do you need a break, or are you
12 going to keep going, Mr. Coombs?
13          THE WITNESS:  Keep going.
14 QUESTIONS BY MR. KRY:
15     Q.    Great.
16          Let's put up a document that
17 was previously marked Exhibit 812.  This is
18 DA2267, the March 30, 1994 letter from
19 Al-Salmi to Avco Overseas in Texas.
20     A.    Yes.
21     Q.    It says, "You are hereby" --
22 I'm sorry.  It says, "You are requested to
23 pay the tuition for Mr. Omar Al-Bayoumi of US
24 $4,430 to the American Language Institute."
25          And then it says, "In addition,

1 you are requested to pay weekly living
2 allowance up to 30 weeks of US $600 to
3 Mr. Al-Bayoumi and invoice the ANSS III
4 project account."
5           I think you testified earlier
6 that this letter is dated March 30, 1994,
7 which is before you began work at Airways
8 Engineering; is that correct?
9      A.    Yeah.
10     Q.    Is that a yes?
11     A.    Yes.
12     Q.    Have you seen this document
13 before today?
14     A.    No.
15     Q.    Is that a no?  Unfortunately,
16 we need to get yeses or nos for the record.
17     A.    No.
18     Q.    And we mentioned Avco Overseas
19 a bit earlier.
20          Do you recall them as a former
21 subcontractor for Airways Engineering?
22     A.    They were a subcontractor
23 through Dallah Avco.
24     Q.    Right.
25          Do you recognize Al-Salmi's

1 signature at the bottom of the document?
2      A.    Yes, that's Al-Salmi's
3 signature.
4      Q.    And down and to the left there
5 are some initials which are hard to see, but
6 to me it looks like a A on top of a J.
7           Do you recognize those as the
8 initials of A.L. Jones?
9      A.    Alp Karli.  It looks like Alp
10 Karli.
11     Q.    You think those are Alp Karli's
12 initials?
13     A.    Yeah.
14     Q.    Okay.  In your declaration, you
15 mentioned that there were financial
16 directives, was the term you used, that
17 Al-Salmi would periodically send directing
18 the payment of educational expenses for PCA
19 employees.
20          Is this letter an example of
21 one of those financial directives that you
22 were referring to?
23     A.    Yes.
24     Q.    And to your knowledge, did
25 Dallah Avco have any role in preparing

1 financial directives like this one?
2      A.    No.
3      Q.    Earlier today you testified
4 that when Dallah Avco settled payments for
5 invoices for expenses like this, it would
6 either pay the funds from Jeddah to a US bank
7 or it would handle the payment through -- and
8 then you referred to something called the
9 American side of Dallah Avco.
10          When you used that term, were
11 you referring to Avco Overseas?
12     A.    Well, yeah.  See, I -- I called
13 them Dallah Avco because that was who I had
14 originated with, and then they cut it off to
15 Avco.  But my thinking was still that way.
16          And I'm sorry I said it that
17 way, but it was Avco Overseas Services, yes.
18     Q.    Okay.  Let's put up a document
19 previously marked Al-Bayoumi Exhibit 726,
20 produced at DA2281.
21          This is a fax from Al-Salmi to
22 Avco Overseas dated September 10, 1994, and
23 it states, "Request you pay Mr. Omar
24 Al-Bayoumi in advance all his weekly living
25 allowances instead of three installments and

This Transcript Contains Confidential Material

---

Page 118

1  invoice the ANSS III project account."
2      Is this another example of a
3  financial directive from Al-Salmi?
4      A.   Yes.
5      Q.   Do you recognize Al-Salmi's
6  signature at the bottom?
7      A.   Yes, and my initials.
8      Q.   And in addition to your
9  initials, do you also recognize Mohammed
10  Basharahil's initials?
11      A.   Yes.
12      Q.   Did you prepare this document
13  for Al-Salmi to sign?
14      A.   No.  It was normally prepared
15  over at the headquarters and then given to us
16  because we had to cost it out of our budget.
17      Q.   Do you have any recollection of
18  this specific document?
19      A.   No.
20      Q.   Do you know why Al-Salmi wanted
21  Omar Al-Bayoumi to be paid all his weekly
22  living allowances in advance rather than in
23  three installments?
24      A.   No, but -- it's just
25  favoritism.  I'm sorry, but it's favoritism.

---

Page 119

1  And if it was like this, we did it.
2      (Coombs Exhibit 819 marked for
3      identification.)
4  QUESTIONS BY MR. KRY:
5      Q.   Let's mark as Exhibit 819 a
6  document produced at DA10842.
7      This is an October 27, 1994
8  letter from Al-Salmi at the PCA to Samir
9  Magboul at Dallah Avco.  And it states,
10  "Pursuant to your memo of the 3rd of August,
11  1994, this office dispatched a team to
12  evaluate several prospective companies in the
13  United States of America to replace Avco
14  Overseas Services of Houston, Texas.
15      "Upon completion of our
16  evaluation, it was decided Ercan Consulting
17  Engineers of Newport Beach has the present
18  ability to provide PCA Airways Engineering
19  with needed spare parts, equipment and
20  personnel.
21      "To this end, please effect
22  procedures to close out Avco Overseas
23  Services and transfer their responsibility of
24  spare parts procurement and personnel
25  recruitment to Ercan Consulting Engineers."

---

Page 120

1      Do you recognize Al-Salmi's
2  signature at the bottom of this document?
3      A.   Yes, and my initials, too.
4      Q.   Did you prepare this document
5  for Al-Salmi to sign?
6      A.   No.
7      Q.   Do you know who prepared it?
8      A.   I don't remember who prepared
9  it.  I think it was -- no, I don't remember.
10      Q.   The letter refers to a team
11  that Airways Engineering sent to evaluate the
12  potential replacements for Avco Overseas.
13      Do you recall being a part of
14  that team?
15      A.   See, that was one of the things
16  that I went to -- yes, I was a part of the
17  team.  I went to Louisville, Kentucky, okay?
18  I went to Atlanta, went to New York, went to
19  Chicago.  There were several companies that
20  we searched out all over the States.
21      Q.   And was that a team of
22  individuals from Airways Engineering?
23      A.   It would normally be a team of
24  four people.
25      Q.   Which four people were those?

---

Page 121

1      A.   Normally myself and three
2  Saudis.
3      Q.   Would Alp Karli be a member of
4  that team with you?
5      A.   No, Alp -- Hamad Al-Rashid
6  would go with me, and I can't remember -- it
7  would fluctuate on the others depending on
8  who was available and their expertise.
9      Q.   Do you know who made the
10  decision that Ercan would replace Avco
11  Overseas as the subcontractor?
12      A.   I have no idea.
13      Q.   To your knowledge, did Dallah
14  Avco have any role in deciding to have Ercan
15  replace Avco Overseas Services?
16      A.   I don't know.
17      Q.   Do you know if Dallah Avco in
18  fact recommended that the PCA should engage a
19  different company instead?
20      A.   I wasn't in the inner side of
21  that.  I didn't -- I don't know how it came
22  about.
23      (Coombs Exhibit 820 marked for
24      identification.)
25

---

Page 122

1  QUESTIONS BY MR. KRY:
2      Q.   Let's mark as Exhibit 820 a
3  document produced at DA10841.  This was
4  previously marked as Kamel Exhibit 110, but
5  this is a more legible copy and also includes
6  a translation.
7          This is a letter from Al-Salmi
8  to Samir Magboul at Dallah Avco dated
9  6/6/1415 on the Hijri calendar, which
10 corresponds to November 10, 1994, concerning
11 contract to Ercan Consulting Engineers.
12         Do you recognize Al-Salmi's
13 signature at the bottom of that letter?
14     A.   Yes.
15     Q.   And below the signature, if we
16 can zoom --
17     A.   Below the signature, Alp Karli
18 to the left and my initials to the right.
19     Q.   Okay.  The third paragraph
20 states, "In light of the above, the following
21 Airways Engineering personnel will represent
22 this office during the contract and
23 changeover from Avco Overseas Services to
24 Ercan Consulting Engineers," and then it
25 lists four people:  Hamad Al-Rashid, Alp

Page 123

1  Karli, yourself and Najib Mustafa.
2          Who was Hamad Al-Rashid?
3      A.   Hamad Al-Rashid was -- he
4  worked over at the main building.  He was
5  responsible for the contracts for all the
6  compounds where we had the navigation systems
7  all around the Kingdom, and he was
8  responsible for the maintenance of the
9  fencing and, you know, things like that.  And
10 he would normally buy large quantities of,
11 like, fencing, you know, roofing, air
12 conditioners, stuff like that.
13     Q.   Was he a civil servant at the
14 PCA?
15     A.   Pardon?
16     Q.   Was he a civil servant at the
17 PCA?
18     A.   Yes, he was definitely that.
19     Q.   And what about Najib Mustafa,
20 was he another civil servant at the PCA?
21     A.   Yes.
22     Q.   Did anyone from Dallah Avco
23 accompany the four of you on this trip?
24     A.   No.
25     Q.   To your knowledge, did Dallah

Page 124

1  Avco have any role in directing your
2  activities on this trip?
3      A.   No.
4      Q.   Earlier today we looked at some
5  financial directives that Al-Salmi sent to
6  Avco Overseas directing it to pay education
7  and living expenses to Al-Bayoumi.
8          After Ercan took over as
9  subcontractor for Avco Overseas, did Al-Salmi
10 issue similar financial directives to Ercan
11 directing it to pay Al-Bayoumi's education
12 and living expenses?
13     A.   Yes, yes.
14     Q.   Did you ever see a letter from
15 Al-Salmi directing Ercan to make those
16 payments?
17     A.   I saw two, but -- I remember it
18 coming across my desk.  That's all I
19 remember.
20     Q.   Do you remember the approximate
21 time frame when you saw those letters?
22     A.   It was after I had gone out to
23 visit them.
24     Q.   Would it have been in the 1995
25 time frame?

Page 125

1      A.   I think so, yeah.
2      Q.   Do you have any role in
3  preparing or approving those two letters?
4      A.   No.
5      Q.   Do you know who prepared those
6  letters?
7      A.   I'm not really sure.  It could
8  have been Alp Karli or -- no, I can't
9  remember.
10     Q.   Were both letters over
11 Al-Salmi's signature?
12     A.   Yes.
13     Q.   To your knowledge, did Ercan in
14 fact make the payments for education and
15 living expenses to Al-Bayoumi that were
16 directed in those letters?
17         MR. DORRIS:  Objection to form.
18         THE WITNESS:  I'm certain they
19     did.
20 QUESTIONS BY MR. KRY:
21     Q.   Do you know why Al-Salmi
22 arranged for subcontractors like Avco
23 Overseas and Ercan to pay education and
24 living expenses rather than just paying those
25 expenses from the PCA directly?

Page 126

1    A.    Convenience.  It was quicker.
2    Q.    Why is that --
3    A.    Sometimes -- sometimes the
4 internal process could take as much as two
5 months if it was paid to -- so he would pass
6 it off to the contractors to pay it and then
7 pay the commission.
8    Q.    Were there any other reasons
9 why it was more convenient to have the
10 expenses paid through subcontractors rather
11 than directly from the PCA?
12    A.    Like I said, the approvement
13 process for the government itself to send the
14 money was a very long process.  Okay?  If
15 they had to go to the Presidency of Civil
16 Aviation.  So he ran most of the stuff
17 through subcontractors because it was
18 quicker.
19    Q.    All right.  Let's take a look
20 again at your declaration, please, which was
21 marked Exhibit 810.
22         Page 2 of that declaration
23 says, "The logistics budget" -- there it is.
24 "The logistics department budget was used for
25 the purchase of equipment and logistical

Page 127

1 support for the numerous aeronautical
2 navigation systems located throughout the
3 Kingdom of Saudi Arabia.  The navigational
4 systems were for both aircraft and
5 ground-based systems such as air traffic
6 control towers.  The budget was also used,
7 among other things, for paying Saudi Arabian
8 students studying abroad who were PCA
9 employees or aspiring employees of the PCA."
10    A.    Yeah.
11    Q.    Is that all accurate?
12    A.    Yes.
13    Q.    Was Al-Bayoumi an example of
14 one of those PCA employees studying abroad?
15    A.    Yes.
16    Q.    And were the financial
17 directives that Al-Salmi sent to Avco
18 Overseas and Ercan examples of Al-Salmi using
19 the logistics budget to pay Saudi Arabian
20 students studying abroad who were PCA
21 employees or aspiring employees of the PCA?
22    A.    Yes.  Yes.
23    Q.    Do you know whether Al-Bayoumi
24 was in fact studying abroad?
25    A.    Well, I know that he was in

Page 128

1 California.  I don't know what he was
2 studying.
3    Q.    Do you know whether he was
4 studying something?
5    A.    No.
6    Q.    Do you know whether -- well,
7 strike that.
8         Did you ever learn any
9 information that caused you to doubt that
10 Al-Salmi {sic} was pursuing some sort of
11 educational studies in the United States?
12    A.    I didn't doubt it, you know,
13 but everybody said he was in school, so I
14 just didn't question it.
15    Q.    When you say "everybody said he
16 was in school," who are you referring to as
17 "everybody"?
18    A.    The people talking around
19 the -- inside the -- you know, like when
20 they said, yeah, he's in the States.  You
21 know, I'd ask a question, and they'd say,
22 yeah, he's in the States going to school.
23    Q.    Approximately how many people
24 made comments like that to you?
25    A.    Four or five.  You know, Alp

Page 129

1 Karli and Hamad Rashid -- Hamad Al-Rashid.
2 There's several of them that would say things
3 like that to me.  So I just quit asking.
4    Q.    And at any time did anyone tell
5 you that Al-Bayoumi actually was not pursuing
6 educational studies in the United States?
7    A.    No.
8    Q.    Did anyone tell you whether
9 Al-Bayoumi's studies in the United States
10 were related to his job skills or
11 qualifications at the PCA?
12    A.    No.
13    Q.    To your knowledge, did anyone
14 at Dallah Avco have any role in deciding to
15 use logistics funds to fund the educational
16 payments for Saudi students that you referred
17 to in your declaration?
18    A.    No.  No.
19    Q.    On page 3 of the declaration,
20 you say that "Mr. Al-Bayoumi regularly
21 claimed unusual additional expenses that were
22 not provided to other students.  I can recall
23 payments for his wife's frequent travel to
24 and from Saudi Arabia and the United States.
25 Also, on one occasion I saw a request that

Page 130

1 Mr. Al-Bayoumi wanted to get one new car for
2 himself so that his wife could take
3 possession of his car that was only a year
4 old."
5        In what sense were those
6 expenses unusual in your view?
7    A.   Well, the other students didn't
8 have cars.
9    Q.   Was there any other respect in
10 which the expenses were unusual?
11    A.   It just seemed that, you
12 know -- I told him that Mr. Al-Salmi had to
13 approve that.  I didn't have the authority
14 to.
15    Q.   So is it fair to say that the
16 reason you considered the expenses unusual
17 was just that they were -- gave Al-Bayoumi a
18 higher standard of living than the other
19 Saudi students that were being funded through
20 logistics?
21    A.   Yes.
22    Q.   Other than travel expenses for
23 Al-Bayoumi's wife to go back and forth to
24 Saudi Arabia and the new car so that
25 Al-Bayoumi's wife could use his old car, do

Page 131

1 you recall any other specific examples of
2 Al-Bayoumi's expenses that you considered
3 unusual?
4    A.   I couldn't detail it, but I
5 just thought that they were all quite high.
6 That's all.
7    Q.   My only question is, are there
8 any specific expenses that you recall
9 standing out as being qualitatively unusual,
10 other than the travel for Mr. Al-Bayoumi's
11 wife back to Saudi Arabia and the new car for
12 Al-Bayoumi?
13    A.   No.
14    Q.   Did you ever complain to
15 Al-Salmi that Al-Bayoumi's expenses were
16 unusual?
17    A.   Yes, and I got corrected.
18    Q.   What did Al-Salmi tell you?
19    A.   What he told me is, he said,
20 that's not for you to worry about.
21    Q.   Did you ever complain to Dallah
22 Avco that Al-Bayoumi's expenses were unusual?
23    A.   No.  Dallah was the
24 subcontractor.  I didn't talk to them about
25 that.

Page 132

1    Q.   To your knowledge, would Dallah
2 Avco have had any authority to refuse to pay
3 a logistics invoice from Airways Engineering
4 just because Dallah Avco had made its own
5 determination that particular expenses were
6 too high?
7        MR. DORRIS:  Objection.  Form.
8        THE WITNESS:  No, not if they
9    were signed off on, no, they couldn't.
10 QUESTIONS BY MR. KRY:
11    Q.   At any time did you ever learn
12 that Al-Bayoumi was using his educational
13 funding to plan terrorist attacks or engage
14 in other criminal activity in the United
15 States?
16    A.   No.  No.
17    Q.   At any time did you even
18 suspect that Al-Bayoumi was using his
19 educational funding to plan terrorist attacks
20 or engage in other criminal activity in the
21 United States?
22    A.   No.
23    Q.   If you had learned that
24 Al-Bayoumi was using his student funding to
25 plan terrorist attacks or engage in other

Page 133

1 criminal activity, would you have reported
2 that information to Al-Salmi?
3    A.   I first would have gone to the
4 military attache at the embassy, and then I
5 would have reported it to him.
6    Q.   Would you have reported that
7 information to law enforcement?
8    A.   Not directly.  Military attache
9 at the US Embassy would be who I would
10 contact first.
11    Q.   Would you understand that they
12 would report the information to law
13 enforcement as appropriate?
14    A.   Through the chain of command,
15 yes, they would.
16    Q.   Okay.  Okay.  We are going to
17 need to go on the FBI record for the next few
18 exhibits.  If we can ask the tech to remove
19 anyone who's not cleared for FBI documents
20 from the room, please, and let me know when
21 we're ready.
22        VIDEOGRAPHER:  I have the six
23    counsel who are not cleared in the
24    breakout room.
25    ***BEGIN FBI CONFIDENTIAL PORTION***

This Transcript Contains Confidential Material



Page 134

1    (Coombs Exhibit 821 marked for
2    identification.)
3    QUESTIONS BY MR. KRY:
4    Q.    So we will mark as Exhibit 821
5    a document produced at ████████  This is the
6    FBI's summary of an interview that occurred
7    on -- an interview that occurred with you on
8    April 3, 2002.
9         First of all, Mr. Coombs, have
10   you seen these FBI summaries of their
11   interviews with you?
12   A.    No, I haven't seen this.
13   Q.    Okay.  Do you recall giving a
14   number of interviews to the FBI back in 2002
15   and 2004?
16   A.    Yes.  Yeah, my -- Tom Wallace,
17   who replaced me, went with me over there.
18   Q.    Okay.  ███████████████
19   ████████████████████████████████
20   ████████████████████████████████
21   ███████████████████████████████
22   ███████████████████████████████
23   ██████████████████████████████.
24   ████████████████████████████████
25   █████████████████████████████████

Page 135

1    ███████████████████████████████
2    ████████████████████████████████
3    ███████████████████████.  Omar
4    Al-Bayoumi was one of these ghost employees.
5    ███████████████████████
6    ███████████████████████████
7    ████████████████████████████
8    ██████████████████
9         Do you recall providing that
10   information to the FBI during your April 2002
11   interview?
12   A.    Yes.
13   Q.    ██████████████████████
14   ████████████████████████████
15   ███████████████████████████
16   █████████████████████
17   A.    Yes.
18   Q.    And are those ghost employees
19   the same individuals you referred to in your
20   declaration when you said that Al-Salmi had
21   used the logistics budget that pays Saudi
22   Arabian students studying abroad who were PCA
23   employees or aspiring employees of the PCA?
24   A.    Yes.
25   Q.    So you used the terms "ghost

Page 136

1    employees" and "students" to refer to the
2    same people?
3    A.    Yes.
4    Q.    ████████████████████████
5    ███████████████████████, did
6    you mean that they were being paid to pursue
7    educational studies rather than being paid to
8    perform other types of work at Airways
9    Engineering?
10   A.    I saw some of the students come
11   back and never go to work.  That was the
12   reason I started calling them ghost
13   employees, the students.
14   Q.    With respect to the -- what
15   they were doing during the time that they
16   were having their educational studies funded,
17   did you understand that they were actually
18   pursuing educational studies?
19   A.    I couldn't tell from my end.
20   Q.    Did you ever have a basis for
21   saying that █████████████████ during
22   the time period that they were supposed to be
23   pursuing educational studies?
24   A.    I didn't know.  ██████████████
25   ██████████████████████████████████

Page 137

1    ████████████████████████████.
2    Q.    Right.
3         So setting aside what they may
4    have done after they came back to Saudi
5    Arabia, during -- during the time that those
6    individuals were outside the Kingdom in other
7    countries, did you have any firsthand
8    knowledge of whether they were pursuing
9    educational studies █████████████████?
10   A.    No.
11   Q.    ███████████████████████
12   ████████████████████████████████
13   █████████████.  And I think we discussed
14   earlier that Avco Overseas was a
15   subcontractor of Dallah Avco.
16        Do you recall that testimony?
17   A.    Yes.
18   Q.    ███████████████████████████
19   █████████████████████████████████████
20   ██████████████████████████████████
21   █████████████████████████████████
22   █████████████████████████████████████
23   ███████████████
24   A.    ████████████████████████████
25   ██████████████████████████

This Transcript Contains Confidential Material



**Page 138**

5  Q.   Okay.  Do you recall testifying
6  earlier that you didn't have any firsthand
7  knowledge, though, of whether that was just a
8  subcontractor relationship or a -- some sort
9  of corporate affiliation?
10  A.   No, I didn't have any firsthand
11  knowledge of it myself.  It was secondhand.
12  Q.
13
14
15
16
17      Do you recall making that
18  statement to the FBI?
19  A.
20
21
22
23
24  Q.   Okay.  So apart from the --
25  A.   And then -- it's hard to

**Page 139**

1  remember.  I just can't remember all the
2  details.
3  Q.   That's fine.
4
5
6           is the rest of that
7  sentence consistent with your recollection of
8  what you told the FBI?
9  A.   Yeah, that's what -- see, when
10  I would talk to Al-Salmi about things, he
11  would, you know -- he would correct me, and I
12  would settle down.  I knew better than to
13  confront him if there was a question.  I
14  questioned things, and when I would
15  questioned it, I would get -- I never went
16  back.  I just left it alone.
17  Q.
18
19
20
21  A.
22  Q.   Did Al-Salmi ever tell you that
23  Dallah Avco wanted Al-Bayoumi to stay in
24  America?
25  A.   No.

**Page 140**

1  Q.   Did Al-Salmi ever tell you that
2  Bayoumi was not a student?
3  A.   Say again?
4  Q.   Did Al-Salmi ever tell you that
5  Bayoumi was not a student?
6  A.   No.
7  Q.
8
9
10
11
12
13
14
15
16      My question is, do you have any
17  personal knowledge at all about
18
19
20  A.
21
22
23
24  Q.

**Page 141**

1
2  A.
3  Q.
4
5
6
7
8
9
10
11
12
13
14
15
16  A.
17  Q.
18
19  A.
20  Q.
21
22
23
24
25

This Transcript Contains Confidential Material



Page 142

7   And then dropping down a couple
8   of sentences, it says, "In April of 2000, the
9   other allowance jumps to 14,271 riyals and
10  stays at that level until December 2000."
11  Do you remember discussing
12  those other allowances with the FBI?
13  A.   No, I didn't -- I didn't even
14  know the numbers.
15  Q.   Okay.  And in fact, April 2000
16  is three years after you left the company,
17  right?
18  A.   Yeah.  Yes.
19  Q.   And I think you testified
20  earlier that the -- the department of the PCA
21  that would be responsible for setting
22  salaries and allowances for project employees
23  was a different department of the Airways
24  Engineering than your logistics department;
25  is that right?

Page 143

1   A.   Yes.
2   Q.   All right.  We'll take that
3   down.
4   (Coombs Exhibit 822 marked for
5   identification.)
6   QUESTIONS BY MR. KRY:
7   Q.   And we'll mark as Exhibit 822 a
8   document produced at          This is a
9   summary of another interview that you had
10  with the FBI that took place on July 16,
11  2002.
12  On page 1, the second paragraph
13  states,
14
15
16
17
18
19
20  A.
21  Q.
22  A.
23
24
25

Page 144

1   Q.
2
3   A.
4
5   Q.
6
7
8                    ?
9   A.
10
11  Q.
12
13
14  A.
15  Q.
16
17
18  A.
19  Q.
20
21
22  A.
23
24  Q.
25

Page 145

1
2
3                    is that based on any
4   personal knowledge that you have?
5   A.
6
7
8
9
10
11
12
13
14
15
16  Q.
17
18
19
20  A.
21  Q.   All right.
22
23                    do you have any
24  personal knowledge that
25

This Transcript Contains Confidential Material



Page 146

1 ▌
2 ▌
3   A. ▌
4   Q. ▌
5 ▌
6   A.   No ▌
7   Q. ▌
8 ▌
9   A. ▌
10 ▌
11 ▌
12 ▌
13   Q. ▌
14 ▌
15 ▌
16 ▌
17   A. ▌
18 ▌
19   Q. ▌
20 ▌
21 ▌
22 ▌
23 ▌
24 ▌
25 ▌

Page 147

1 ▌
2 ▌
3        My question is, do you have any
4  personal knowledge of any facts showing that
5 ▌
6 ▌
7    A.    Not directly.
8    Q.    So in this memo you
9  characterized your belief as speculation.
10       Is that an accurate
11 description?
12   A.    Yes, it was speculation.
13   Q.    Later on this page, the report
14 says, ▌
15 ▌
16 ▌
17 ▌
18 ▌
19 ▌
20 ▌
21   A.    Yes.
22   Q.    Is that statement accurate?
23   A.    Yes.
24   Q. ▌
25 ▌

Page 148

1 ▌
2 ▌
3        Is that statement accurate?
4   A.    Yes.
5        (Coombs Exhibit 823 marked for
6   identification.)
7  QUESTIONS BY MR. KRY:
8    Q.    All right.  We'll mark as
9  Exhibit 823 a document produced at ▌
10 ▌
11 ▌
12 ▌
13 ▌
14 ▌
15 ▌
16 ▌
17 ▌
18 ▌
19 ▌
20        Is that statement accurate?
21   A.    Yes.
22   Q. ▌
23 ▌
24 ▌
25 ▌

Page 149

1 ▌
2   A.    No.
3        (Coombs Exhibit 824 marked for
4   identification.)
5  QUESTIONS BY MR. KRY:
6    Q.    And the last document.  We'll
7  mark this as Exhibit 824, I believe.  This is
8  produced at ▌
9 ▌ the FBI summary of
10 your first interview that we looked at at the
11 very beginning of this line of questioning,
12 dated April 3, 2002.
13 ▌
14 ▌
15 ▌
16 ▌
17 ▌
18        And if you look down at
19 subsequent pages of this version of the
20 summary, ▌
21 ▌
22 ▌
23 ▌
24 ▌
25   A.    No, I didn't even...

This Transcript Contains Confidential Material

---

Page 150

1    Q.   All right.  We can take that
2  document down.  Just a couple last few
3  questions.
4        MR. DORRIS:  Before -- I don't
5  think the court reporter got the
6  entire answer to that question.
7        "No, I didn't even" -- it
8  trailed off.  I just couldn't hear.
9        MR. KRY:  Was that the correct
10  recording of your answer, Mr. Coombs?
11        I think the transcript's
12  accurate.
13        MR. DORRIS:  Okay.
14   ***END FBI CONFIDENTIAL PORTION***
15  QUESTIONS BY MR. KRY:
16    Q.   Mr. Coombs, throughout your
17  time at Airways Engineering, did you
18  understand that Omar Al-Bayoumi was pursuing
19  educational studies in the United States?
20    A.   Yes.
21    Q.   Did you ever tell Dallah Avco
22  that Al-Bayoumi was doing something other
23  than pursuing educational studies in the
24  United States?
25    A.   No.

---

Page 151

1    Q.   Did you understand that the
2  payments that Al-Salmi had arranged for
3  Al-Bayoumi were intended to fund his
4  education and living expenses in the United
5  States?
6    A.   That's what I reasoned to be,
7  yeah.
8    Q.   Did you ever believe that
9  Al-Bayoumi was using the payments to fund
10  terrorism or other criminal activity?
11    A.   No.
12    Q.   Did you ever tell Dallah Avco
13  that Al-Bayoumi was using the payments to
14  fund terrorism or other criminal activity?
15    A.   No.
16    Q.   Did you ever tell Dallah Avco
17  that Al-Bayoumi was using the payments for
18  anything other than educational and living
19  expenses?
20    A.   No.
21        MR. KRY:  Great.  Why don't we
22  take a ten-minute break.  I suspect
23  I'm done, but I'll just confer with my
24  team to see if we have any more
25  questions.

---

Page 152

1        VIDEOGRAPHER:  Off the record
2  at 2:45 p.m.
3    (Off the record at 2:45 p.m.)
4        VIDEOGRAPHER:  Back on the
5  record at 3:02 p.m.
6        MR. KRY:  Mr. Coombs, those are
7  all the questions we have for you at
8  this point.  Thank you very much for
9  your time today.
10        THE WITNESS:  You're welcome.
11        MS. PRITSKER:  This is
12  Gabrielle Pritsker, counsel on behalf
13  of defendant Dubai Islamic Bank.  I
14  just wanted to make a statement on the
15  record that DIB counsel was excluded
16  from the deposition at approximately
17  3:24 p.m. Eastern Standard Time and
18  then was brought back into the
19  deposition after it had already gone
20  off record on a break.  And now we are
21  back, and Dallah Avco has completed
22  their questioning.
23        We ask that moving forward in
24  all depositions that the videographer
25  and the court reporter give two or

---

Page 153

1  three seconds for all counsel that are
2  getting excluded to make a brief
3  statement before and after the
4  exclusion.
5        Thank you.
6        CROSS-EXAMINATION
7  QUESTIONS BY MR. POUNIAN:
8    Q.   Mr. Coombs, my name is Steve
9  Pounian.  I'm with the law firm Kreindler &
10  Kreindler in New York, and we represent --
11  we're part of the committee that represents
12  the 9/11 families in this litigation.  I just
13  have a few questions to ask you to follow up
14  on some of the subjects that have been raised
15  today.
16        First, sir, could you just tell
17  us about your career in the US Army?  How
18  long did you serve -- how long did you serve
19  in the Army?
20    A.   It was 22 years.
21    Q.   And what rank did you achieve
22  in the Army, sir?
23    A.   I started when I was a private
24  in August 1960.  I moved up to sergeant, went
25  to flight school, became a warrant officer,

---

This Transcript Contains Confidential Material

Page 174

1 questioning?
2        This document is DA99, correct?
3 You see the lower right, there's a labeling
4 that says DA99?
5    A.    Yes.
6    Q.    This was not one of the
7 documents shown to you by Kreindler &
8 Kreindler, correct?
9    A.    No.
10   Q.    You had never seen this
11 document before today, correct?
12   A.    No.
13   Q.    This was not a document that
14 you would have seen in your employment as
15 manager of the logistics department, correct?
16   A.    No, it was -- that's personnel.
17   Q.    And you had no responsibility
18 for paying salaries to Omar Al-Bayoumi,
19 correct?
20   A.    No.
21   Q.    And you had no knowledge during
22 your time at Dallah Avco from 1994 to 1997 of
23 whether Omar Al-Bayoumi received any salary
24 or not, correct?
25        MR. KRY:  Objection to the form

Page 175

1    of the question.
2        THE WITNESS:  That's correct.
3        MR. KRY:  Objection.  Misstates
4    the facts.
5        MR. DORRIS:  Sure, I'll reask
6    it.
7 QUESTIONS BY MR. DORRIS:
8    Q.    And you had no knowledge during
9 your time at the logistics department from
10 1994 to 1997 of whether Omar Al-Bayoumi
11 received any salary or not, correct?
12   A.    Normal salary?  No, I didn't
13 know.  I just knew about what was coming
14 through my office.
15   Q.    Now, you -- in Mr. Pounian's
16 questioning you were asked some questions
17 about Magdi Hanna's relationship with Omar
18 Al-Bayoumi, correct?
19   A.    Yeah.
20   Q.    And all of the statements you
21 made were -- the basis for those were things
22 that Magdi Hanna told you, correct?
23   A.    Yeah.
24   Q.    The statement about where Omar
25 Al-Bayoumi lived was told to you by Magdi

Page 176

1 Hanna, correct?
2    A.    Yes.  Yes.
3    Q.    Apart from what Magdi Hanna
4 told you, you had no knowledge of where Omar
5 Al-Bayoumi lived, correct?
6    A.    No, I did not.
7    Q.    You were also asked about Magdi
8 Hanna's relationship with Omar Al-Bayoumi,
9 and I believe you said he was frustrated by
10 Bayoumi; is that correct?
11   A.    He did not like to talk about
12 him, and obvious frustration because of the
13 requests that were coming to him like for
14 furniture and stuff like that and...
15   Q.    Your understanding of Omar
16 Al-Bayoumi's relationship with Magdi Hanna
17 came from statements made by Magdi Hanna,
18 correct?
19   A.    Yes.
20   Q.    It was not something you
21 yourself personally experienced -- knew
22 about?
23   A.    No.
24   Q.    You testified about whether
25 Magdi Hanna knew Omar Al-Bayoumi, correct?

Page 177

1    A.    He did know him, yes.
2    Q.    The only time you saw Magdi
3 Hanna and Omar Al-Bayoumi interact was the
4 one encounter at Ercan, correct?
5    A.    Yes.
6    Q.    And any other information you
7 have about a relationship between Magdi Hanna
8 and Omar Al-Bayoumi came from Magdi Hanna,
9 correct?
10   A.    That's correct.  That's
11 correct.
12   Q.    The only thing you experienced
13 yourself was the one encounter, which I think
14 you testified was at most ten minutes and
15 25 years ago, correct?
16   A.    Yes.
17        MR. DORRIS:  Thank you.  That's
18    all my questions.
19        MR. KRY:  I just have one or
20    two questions.
21        RECROSS EXAMINATION
22 QUESTIONS BY MR. KRY:
23   Q.    Mr. Coombs, you testified about
24 a Lotus 1-2-3 spreadsheet that you created at
25 Airways Engineering to track the educational

Page 178

1  funding payments to students at the direction
2  of Al-Salmi.
3          Do you remember that testimony?
4      A.    Yeah, I --
5      Q.    Did you ever send a copy of
6  that spreadsheet to Dallah Avco?
7      A.    No.  It was -- it was -- it was
8  what I was doing personally to track things.
9  I could make myself spreadsheets so that when
10  I went to brief about my budget, I could draw
11  it out and everybody was -- this is before we
12  had all the software we have now.
13      Q.    And so --
14      A.    But I knew how to build
15  spreadsheets.  But I knew how to do it.  I
16  knew how to build the spreadsheets and
17  things, and so I did it myself.
18          And then I would -- I would
19  build it and everything so I could brief --
20  I'd stand up -- they'd ask me to stand up and
21  show my budget and everything else, and then
22  I'd brief it.  And then they'd tell me to sit
23  down, and then they'd tell me to leave.
24      Q.    Okay.  The "they" you're
25  referring to there is Airways Engineering?

Page 179

1      A.    Huh?
2      Q.    The "they" you were referring
3  to there was Airways Engineering?
4      A.    Yeah.  Yeah.
5      MR. KRY:  I have no further
6  questions.  Thank you.
7      MR. POUNIAN:  Thank you,
8  Mr. Coombs.
9      VIDEOGRAPHER:  This concludes
10  today's deposition.  The time is
11  3:35 p.m.  We're off the record.
12  (Deposition concluded at 3:35 p.m.)
13          _ _ _ _ _ _ _
14
15
16
17
18
19
20
21
22
23
24
25

Page 180

1
2          CERTIFICATE
3      I, CARRIE A. CAMPBELL, Registered
  Diplomate Reporter, Certified Realtime
4  Reporter and Certified Shorthand Reporter, do
  hereby certify that prior to the commencement
5  of the examination, Samuel G. Coombs, was
  duly sworn by me to testify to the truth, the
6  whole truth and nothing but the truth.
7      I DO FURTHER CERTIFY that the
  foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
  before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
  ability.
10
11      I DO FURTHER CERTIFY that I am
  neither a relative nor employee nor attorney
12  nor counsel of any of the parties to this
  action, and that I am neither a relative nor
13  employee of such attorney or counsel, and
  that I am not financially interested in the
14  action.
15
16  _____
17  CARRIE A. CAMPBELL,
  NCRA Registered Diplomate Reporter
18  Certified Realtime Reporter
  Notary Public
19
20
21
22
23  Dated:  July 12, 2021
24
25

Page 181

1      INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8          After doing so, please sign the
9  errata sheet and date it.  You are signing
10  same subject to the changes you have noted on
11  the errata sheet, which will be attached to
12  your deposition.
13          It is imperative that you return
14  the original errata sheet to the deposing
15  attorney within sixty (60) days of receipt
16  of the deposition transcript by you.  If you
17  fail to do so, the deposition transcript may
18  be deemed to be accurate and may be used in
19  court.
20
21
22
23
24
25