# Exhibit 13

| | | | |
|---|---|---|---|
| Kingdom of Saudi Arabia | [Logo] | Reference: | *2524/AE* |
| Ministry of Defense and Aviation | | Date: | 10*/11/1417 AH* |
| Civil Aviation Presidency | | Enclosures: | *2* |
| Airways Engineering | | | |

Dear Esteemed / Director of Personnel Designate

Sub: Omar Ahmed Bayoumi    Accountant 8    86    Airways Engineering

Greetings;

With reference to your inquiry in Letter No 7/4/6043 dated 03/11/1417 AH with respect to the abovementioned employee; kindly be informed of the following:

1. The reasons for renewal of the secondment: it is made based on the Company's request in the framework of the cooperation existing between the governmental and private sectors to developing the national competencies and cadres to replace the non-Saudi workforce.
2. The reasons for extending his secondment period: to continue his study and to take advantage of him after completing his study as he will effectively take place as a government employee in the Air Navigation System Support Program carried out by the Company (Contractor).
3. The type of study currently carried out by the said employee is the preparatory study for obtaining a master's degree in business administration and studies in financial management. His study will end at the end of the required secondment year.
4. The said person has a firm desire to continue in his office after the expiration of the secondment.

We hope to have fulfilled all inquiries and the entire matter is back to you for completing the necessary actions.

Yours Sincerely;

Director General of Airways Engineering
[Signature]
Engineer / Mohammed Ahmed Al Salemy

[Stamp: Received, 19 March 1997, AED CENTRAL FILE]
*C.F.C*

Please Reply to:
Director-General, Airways Engineering
P.O. Box: 15441, Postal Code 21444, Kingdom of Saudi Arabia

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000044



City of New York, State of New York, County of New York

I, Rebecca Beames, hereby certify that the document "2014-09-30 DA000044" is, to the best of my knowledge and belief, a true and accurate translation from Arabic to English.

Sworn to before me this
September 19, 2018

Signature, Notary Public

```
MARGARET GRIFFIN
Notary Public - State of New York
No. 01GR6352403
Qualified in KINGS County
Commission Expires DEC 27, 2020
```

Stamp, Notary Public



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

رقم: ٦٠٥٤/٢/م/ر
تاريخ: ١٨/١١/١٤١٧ هـ
المرفقات:

المكرم / مدير شئون الموظفين المكلف                                    المحترم

الموضوع : عمر أحمد بيومي      محاسب ٨      ٨٦      هندسة الممرات الجوية

السلام عليكم ورحمة الله وبركاته ،

بالإشارة إلى إستفساركم بالخطاب رقم ٦٠٤٣/٤/٧ بتاريخ ١٤١٧/١١/٢هـ بشأن المذكور عاليه ، نفيدكم بالآتي :

١/ الأسباب الداعية لتجديد الإعارة ، بناء على طلب الشركة في إطار التعاون القائم بين القطاع الحكومي والخاص لتطوير الكفاءات والكوادر الوطنية لتحل محل القوى العاملة الغير سعودية .

٢/ أسباب تمديد بقائه لفترة إعارة أخرى لمواصلة الدراسة والإستفادة منه بعد الدراسة للمشاركة بشكل فاعل كأحد موظفي الحكومة في برنامج دعم نظام الملاحة الجوية الذي تقوم بتنفيذه الشركة ( المقاول ) .

٣/ نوع الدراسة التي يقوم بها المذكور حالياً هي الدراسة التحضيرية لنيل درجة الماجستير في إدارة الأعمال ودراسات في الإدارة المالية ، وتنتهي بنهاية سنة الإعارة المطلوبة .

٤/ المذكور لديه الرغبة الأكيدة في الإستمرار في وظيفته بعد إنتهاء الإعارة .

نأمل أن نكون قد إستوفينا الإستفسارات ونعيد إليكم كامل المعاملة لإكمال اللازم .

وتقبلوا تحياتنا ،،

مدير عام هندسة الممرات الجوية

م/ محمد أحمد السالمي

RECEIVED
1 9 MAR 1997
A E D
CENTRAL FILE

- C.F.C,

Please reply to:
Director - General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي :
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000044