# Exhibit 14

# Exhibit 14

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Presidency of Civil Aviation
Airways Engineering

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

No. _____  Date _____  Attachments _____

الرقم ٦٤٤٦   التاريخ ٢٥/٢/١٤٢١   المرفقات

---

**Request for Modification and/or Authorization of Contract/Agreement**

طلب تعديل و / أو اعتماد عقد / اتفاقية

Contract Name and No.: Air Navigation System Support (ANSS) PCA-AED-97-020

اسم ورقم العقد: دعم وتشغيل وصيانة نظام الملاحة الجوية

| To Project Director/Manager | DIRECTOR, ANSS PROJECT | الى مدير المشروع دعم نظام الملاحة الجوية |
| Contractor Name | DALLAH AVCO TRANS ARABIA | اسم المقاول   شركة دلـة أفكـو |

You are Authorized to Take the Necessary Action(s) as Indicated:
اعتمدوا اتخاذ الاجراء اللازم حسب ما هو موضح:

| | | |
|---|---|---|
| Job Title/Description ☐ | Change ☐ | Modification ☐ |
| Hire ☒ | Deletion ☐ | Addition ☐ |
| TDY ☐ | Transfer/Reassign ☐ | Terminate ☐ |
| Reinstate ☐ | Grant ☐ | Promote ☐ |
| | As Required ☐ | Release ☐ |

**From:**
Name: OMAR BAYOUMI — عمـر البيومي
Title: SNR. DSS. PROG.   Psn No.: 0321.01 — ٠٣٢١-٠١   اخصائي رئيسي نظم معلومات / مبرمج
Task/Dept.: SED   Level: C — سي   هندسة النظم
Others:

Rigt
pls hadle (?)
٥/٢

**To:**
Name:
Title:   Psn No.:
Task/Dept.:   Level:
Others:

Effective Date: 13 APRIL 2000
اعتبارا من: ١٣ ابريل ٢٠٠٠م

Except as provided herein, all terms and conditions of the Contract, as heretofore changed, remain unchanged and in full force
باستثناء ما هو منصوص عليه في هذه الوثيقة تبقى جميع شروط العقد كما هي.

Director – General, Airways Engineering
Presidency of Civil Aviation

ENGR. MOHAMMED AHMED AL-SALMI

مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
م/ محمد أحمد السالمي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia
PCA Form 2200-1 (Revised Dec '92)

DA000083

DA000082