# Exhibit 15

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

## Report Record

On 21 January 2002 AD at 4:00 pm, a team from the US Consulate in Jeddah, under the presidency of Mr. Michael J. Snowden, the Consul, and two agents from the US Ministries of Justice and Treasury, visited the head office of the Airways Engineering "AE", Presidency of Civil Aviation "PCA".

The visit aimed at collecting information about the period during which the employee Omar Al Bayoumi worked, under a contract, with Dallah Avco TRANS ARABIA. The meeting was held in the Office of the Contracts Manager, the contracting employee Alp Karly at the Presidency of Civil Aviation– Airways Engineering "PCA - AE". The meeting was attended by the Civil Service Employees; namely, Al Sayed Abdullah Al Ghanmi and Yousuf Sallam. As well, the meeting was attended by the contracted employee / Jose Arceo to write down the inquiries presented during the meeting.

The US Team said that it did not come to the Presidency of Civil Aviation / Airways Engineering for charging or investigating any person or entity. They are here to collect reliable information about the employment of Omar Al Bayoumi. As well, the US Team said that they aren't interested in the period in which he was employed as Civil Service Staff with the PCA. Having illustrated the purpose of the visit, the discussion turned into Q&A discussion. The PCA -AE Team has provided clear explanation of the meaning of "Civil Service", "Contractor Employee", "Contractor Management Office", "Air Navigation System Program", and "Contractor Program for the Training of Saudi Employees Abroad" to avoid any confusion by the US Team.

| US Team Questions about Employee / Omar Al Bayoumi | Explanations provided by the PCA - AE |
|---|---|
| 1. How long did he work in the Civil Aviation Presidency and in the Contractor Company? | 1. He worked as Civil Service Employee for 17 years; until mid-1995. Then, he was seconded to Dallah Avco. |
| 2. What is his educational background? | 2. The US Team was provided with a document showing his educational background. |
| 3. How long was he associated [worked] with Dallah? | 3. At the beginning of 1995 when he was on vacation in the US, he decided to continue his postgraduate studies. Accordingly, the Civil Aviation Presidency seconded him to Dallah Avco. |

DA000089

| US Team Questions about Employee / Omar Al Bayoumi | Explanations provided by the PCA - AE |
|---|---|
| 4. As his education was supported by Dallah Avco, does he have any obligations towards the Company after completing his study? | 4. As this is a routine and continuous program, he has no obligations. |
| 5. How is he financially supported by the Company? | 5. Dallah Avco's salary system was explained, as he received his basic salary, accommodation allowance and travel allowance monthly. In addition, he received other bonuses irregularly to support his educational and family expenses. |
| 6. Does the Company have any supporting documents for his employment contract and salary? | 6. The PCA - AE Team provided [the US Team] with a copy of all his contracts and salary breakdown. |
| 7. Is he the only person whose education is supported by Dallah? | 7. No, he isn't as we have a continuous Saudization program |
| 8. How was his English before travelling abroad and how is it now? | 8. His English was poor. Now, he improved so he can speak fluently. |
| 9. When he finishes his studies, will you charge him with a responsible office in line with his education? | 9. He is expected to return by the end of March 2002. His office is reserved, and he will be forthwith appointed. |
| 10. What do you think of him? | 10. He is a respectful and ambitious person. |

Then, the US Team raised other questions about Al Bayoumi and they figured out that these questions were covered by and went in harmony with our mentioned explanations. Therefore, these questions are not detailed here.

The US Team Head expressed his appreciation for the information provided by the PCA / AE's Team. After a meeting that lasted for two hours and ten minutes, the US Team left the Airways Engineering Management Complex / Civil Aviation Presidency at 18:15 on 21 January 2002 AD.

### Airways Engineering Management Team

| [Signature] | [Signature] | [Signature] |
| **Alp Karly** | **Abdullah Al Ghanimi** | **Yousuf Sallam** |
| **Dallah Avco** | **Presidency of Civil Aviation** | **Presidency of Civil Aviation** |

DA000090



City of New York, State of New York, County of New York

I, Rebecca Beames, hereby certify that the document "2014-09-30 DA000089-90" is, to the best of my knowledge and belief, a true and accurate translation from Arabic to English.

Sworn to before me this
September 19, 2018

_____
Signature, Notary Public

_____
Stamp, Notary Public

MARGARET GRIFFIN
Notary Public - State of New York
No. 01GR6352403
Qualified in KINGS County
Commission Expires DEC 27, 2020

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

<u>سجل تقرير</u>

قام فريق من القنصلية الأمريكية بجدة، برئاسة المستر مايكل جي سنودن، القنصل، وإثنان من العملاء من وزارتي الخزانة والعدل الأمريكيتين بزيارة الى مقر إدارة هندسة الممرات الجوية/ رئاسة الطيران المدني في تمام الرابعة بعد الظهر بتاريخ ٢١ يناير ٢٠٠٢م.

وكان الغرض من الزيارة هو جمع معلومات بخصوص الفترة التي عمل خلالها الموظف عمر البيومي بموجب عقد مع شركة دله أفكو عبر البلاد العربية وعند الاجتماع بمكتب مدير العقود برئاسة الطيران المدني - هندسة الممرات الجوية، الموظف المتعاقد ألب كارلي كما حضر الاجتماع موظفو الخدمة المدنية السيد عبدالله الغانمي ويوسف سلام وحضر الاجتماع أيضاً الموظف المتعاقد جوزيه أرسيو لتدوين الاستفسارات التي حصلت أثناء الإجتماع.

وذكر الفريق الأمريكي إنه لم يحضر الى رئاسة الطيران المدني/ هندسة الممرات الجوية لتوجيه الإتهامات أو للتحقيق مع أي شخص أو كيان بل لجمع معلومات موثوقة بخصوص توظيف عمر البيومي كما ذكر الفريق الأمريكي إنهم غير مهتمين بفترة توظيف عمر البيومي مع رئاسة الطيران المدني كموظف خدمة مدنية وبعد أن شرح الفريق الغرض من الزيارة، تحولت المناقشة الى صيغة سؤال وجواب. وكان فريق رئاسة الطيران المدني - هندسة الممرات الجوية قبل الإجابة على أي سؤال، قد قدم توضيحاً صريحاً وواضحاً لما تعنيه المصطلحات "خدمة مدنية" و "موظف مقاول" و "مكتب إدارة المقاول" و "برنامج نظام الملاحة الجوية" و "برنامج المقاول لتدريب الموظفين السعوديين في الخارج" وذلك لتفادي أي التباس من طرف الفريق الأمريكي.

| توضيحات رئاسات الطيران المدني/ هندسة الممرات الجوية | أسئلة الفريق الأمريكي بخصوص الموظف عمر البيومي |
|---|---|
| ١- عمل لمدة ١٧ عام كموظف خدمة مدنية حتى منتصف عام ١٩٩٥، ثم تمت إعارته الى شركة دله أفكو. | ١- ما طول الفترة التي عمل خلالها برئاسة الطيران المدني والمقاول؟ |
| ٢- تم تزويد الفريق بوثيقة توضح خلفيته التعليمية. | ٢- ما هي خلفيته التعليمية؟ |
| ٣- في بداية عام ١٩٩٥ عندما كان في إجازة في الولايات المتحدة، وقرر متابعة دراسته العليا، عليه تمت إعارته من قبل رئاسة الطيران المدني لشركة دله أفكو | ٣- كم طول المدة التي ارتبط بها مع دله ؟ |

DA000089

| توضيحات رئاسات الطيران المدني/ هندسة الممرات الجوية | أسئلة الفريق الأمريكي بخصوص الموظف عمر البيومي |
|---|---|
| ٤- لأن هذا البرنامج روتيني ومستمر، فليس لديه أي التزامات. | ٤- نظراً لأن تعليمه كان مدعوماً بواسطة شركة دله، هل له أي التزامات تجاه الشركة بعد إكمال دراسته؟ |
| ٥- تم شرح نظام الرواتب لشركة دله حيث تم دفع راتبه الأساسي وبدل السكن والمواصلات له بصفة شهرية بالإضافة لذلك دفعت له علاوات أخرى بطريقة غير منتظمة لدعم مصاريفه التعليمية وعائلته. | ٥- ما هي طريقة دعمه مالياً بواسطة الشركة ؟ |
| ٦- قام فريق رئاسة الطيران المدني/ هندسة الممرات الجوية بتسليم صورة من جميع عقوده ومفردات رواتبه. | ٦- هل لدى الشركة أية وثائق تدعم عقد توظيفه ورواتبه؟ |
| ٧- لا ليس هو الشخص الوحيد فلدينا برنامج سعودة مستمر. | ٧- هل هو الشخص الوحيد الذي يتم دعم تعليمه بواسطة شركة دله؟ |
| ٨- كانت ضعيفة، الآن تحسنت إلى المستوى الذي يمكنه من التحدث بطلاقة. | ٨- كيف كانت لغته الإنجليزية قبل أن يتوجه للخارج، وكيف هي الآن؟ |
| ٩- نتوقع عودته بنهاية شهر مارس ٢٠٠٢، ووظيفته محجوزة له، وسوف نقوم بتكليفه بالعمل فوراً. | ٩- عند إنتهاء دراسته، هل ستكلفونه بوظيفة مسئولة انسجاماً مع تعليمه؟ |
| ١٠- شخص محترم وطموح. | ١٠- ما هو رأيكم فيه؟ |

ثم أثار الفريق الأمريكي أسئلة أخرى بخصوص البيومي، وجدوا أنها قد تمت تغطيتها في توضيحاتنا المذكورة أو إنها كانت منسجمة معها. لذلك لم نأت على تفصيلها هنا.

وقد عبر رئيس الفريق الأمريكي عن تقديره للمعلومات التي قدمها لهم فريق رئاسة الطيران المدني/ هندسة الممرات الجوية، وبعد جلسة استغرقت مدتها ساعتان وعشر دقائق غادرَ الفريق الأمريكي مجمع إدارة هندسة الممرات الجوية / رئاسة الطيران المدني في تمام الساعة ١٨,١٥ بتاريخ ٢١ يناير ٢٠٠٢م.

فريق إدارة هندسة الممرات الجوية

| ألب كارلي | عبدالله الغانمي | يوسف سلام |
|---|---|---|
| شركة دله أفكو | رئاسة الطيران المدني | رئاسة الطيران المدني |

DA000090