# Exhibit 16

001-  61 91   741

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

|  |  |
|---|---|
| Kingdom of Saudi Arabia | [Logo] |
| Ministry of Defense and Aviation | |
| Civil Aviation Presidency | |
| Airways Engineering | |

Reference:   *7/4/6043*   Date:   *3/11/1417 AH*   Enclosures: ………..

| Omar Ahmed Mostafa Al Bayoumi | Accountant 8  86 | Airways Engineering |

Dear H.E Director-General of Airways Engineering

Greetings;

The Presidency of Civil Aviation received Letter No 2M/HG/97/76 dated 11/10/1417 AH (a copy thereof is enclosed) issued by the Managing Director of Dallah Avco, in which he requested approval for the extension of the secondment period of the above-mentioned person, so that he can work with them for a third year as from 08/01/1418 AH. Having presented this matter to H.E Assistant President of Civil Aviation, His Excellency expressed his desire to know the following:

Before approving the extension:

1) What are the reasons for the secondment renewal for the third time?
2) What are the reasons for his stay in the US? Is it to continue his education there or for other reasons?
3) What is the type of study, specialization and qualification to be obtained and when will he complete his study?
4) Does he have the desire to continue in the office after his return? Or will he leave the work?

We hope you will answer all above points and then return the entire matter to us in order to present it to the Assistant President of Civil Aviation.

                               Yours Sincerely;

                               Director of Personnel Designate

                                    [Signature]

                              Abdul Raheem Nouri Jastaniah

[Stamp: Ministry of Defense and Aviation – Civil Aviation Presidency – Airways Engineering – Outgoing No.: *1985/AE* – Date: *3/11/1417 AH*]

3/ Bayoumi
O / For Personnel Affairs with the original letter
[Signature]
       *Contracts and Financial Control – Kindly advise.* [Signature]
[Stamp: Received 15 March 1997 – AED CENTRAL FILE *433*]

DA000091



City of New York, State of New York, County of New York

I, Rebecca Beames, hereby certify that the document "2014-09-30 DA000091" is, to the best of my knowledge and belief, a true and accurate translation from Arabic to English.

Sworn to before me this
September 19, 2018

Signature, Notary Public

MARGARET GRIFFIN
Notary Public - State of New York
No. 01GR6352403
Qualified in KINGS County
Commission Expires DEC 27, 2020

Stamp, Notary Public

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ............   التاريخ: ٢/١١/١٤ ١٤١٧ﻫ   المرفقات: ............

| هندسة الممرات الجويه | ٨٦ | ٨ | محاسب | عمر أحمد مصطفى بيومي |

سعادة مدير عام هندسة الممرات الجويه   الموقر
السلام عليكم ورحمة الله وبركاته :-

كتب للرئاسة العضو المنتدب لشركة دله افكو بخطابه رقم ٢ م /هـ ج / ٧٦/٩٧ وتاريخ ١٤١٧/١٠/١١هـ المرفق صورته طالبا الموافقه على تمديد اعارة الموظف الموضحه هويته بعاليه للعمل لديهم لمدة سنه ثالثه اعتبارا من ١٤١٨/١/٨هـ ويعرض الموضوع على انظار سعادة مساعد رئيس الطيران المدني رغب سعادته معرفة التالي:-
قبل الموافقه على التمديد

١) ماهي الاسباب الداعية لتجديد الاعاره للمرة الثالثه .
٢) ماهي اسباب بقائه في امريكا ؟ هل هي لمواصلة الدراسة أم لاسباب اخرى ؟
٣) ماهو نوع الدراسة والتخصص والمؤهل الذي يرغب الحصول عليه ومتى سينتهي ؟
٤) هل لديه الرغبه في الاستمرار في الوظيفة بعد عودته ام سيترك العمل .

نأمل الاجابه على جميع النقاط اعلاه ومن ثم اعاده كامل المعامله لنا لنتمكن من عرض الموضوع علي انظار سعادة مساعد الرئيس .

وتقبلوا تحياتي ،،،

مدير شئون الموظفين المكلف

عبدالرحيم نوري جستنيه



RECEIVED
15 MAR 1997
AED CENTRAL FILE

DA000091