# Exhibit 18

Case 1:03-md-01570-G

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



ص.ب ٤٣٠، جــــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ أفكو اس جي

س.ت رقم : ٢٠٤٤٢

رأس المال المدفوع ١٠٠٠٠٠٠٠ ريال سعودي

P.O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
PHONE : 6710000
TELEX : 601482 AVCO SJ
COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.

## AIR NAVIGATION SYSTEM SUPPORT
## MARRIED STATUS/EMPLOYMENT OFFER

DATE: 29 May, 2000      REFERENCE: ANSS-MP-MM-OFR-00

TO: MR. OMAR BAYOUMI      ID#: _____

FROM: DIRECTOR ANSS PROJECT

DALLAH AVCO (DATAC) HAS THE PLEASURE TO PRESENT AN EMPLOYMENT OFFER TO YOU WITH THE FOLLOWING TERMS AND CONDITIONS EFFECTIVE: 13 APRIL 2000

| | | |
|---|---|---|
| JOB TITLE/LINE NO. | : | SNR. DSS/PROGRAMMER |
| BASIC SALARY | : | SR. 9,500/= PER MONTH |
| HOUSING | : | TWO MONTH/BASIC SALARY PER ANNUM (P/A) |
| TRANSPORTATION | : | ALLOWANCE 10% OF BASIC SALARY PER MONTH (P/M) |
| WORKING HOURS | : | 44 HRS PER WEEK |
| CONTRACT PERIOD | : | TILL 05 September 2001 |
| ANNUAL VACATION | : | THIRTY (30) CALENDAR DAYS PER YEAR. |
| MEDICAL CARE | : | CO. PROVIDED FOR EMPLOYEE + WIFE + 3 CHILDREN AS PER COMPANY POLICY. |
| SCHOOL FEES | : | MAX FOR 2 CHILDREN, 80% OF THE SCHOOL FEE WITHIN THE KINGDOM & USD.3,000.- ABROAD FOR EACH CHILD. |

PLEASE INDICATE YOUR ACCEPTANCE OR REJECTION OF THIS OFFER AS STATED BELOW AND RETURN THIS FORM WITHIN 72 HOURS. DATAC WILL PRESENT YOU WITH AN OFFICIAL CONTRACT WITHIN 2 WEEKS.

ACCEPT [✓]      REJECT [ ]

EMPLOYEE SIGNATURE/DATE

PREPARED BY: _____      CONCURRED BY: _____
RIAZ M. KHAN              FAREED S. BOGARY
MANPOWER SERVICES         DIRECTOR, ANSS PROJECT

DA000097