# Exhibit 19

Case 1:03-md-01570-G

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

# NOTICE OF EMPLOYMENT

**EMPLOYEE NUMBER:** 50040  **CHECK:** RE-HIRE-M.M.  **DAY/MONTH/YEAR:** 06 / 09 / 98

**EMPLOYEE NAMES:**
- GIVEN: OMAR AHMED
- M.: AL BAYOUMI
- FAMILY:

**ASSIGNED SITE:** 211051-JED.
**DIRECTORATE:** ANSS PROJECT
**DEPARTMENT:** AED
**JOB TITLE:** PCA/AE BUDGET COORD.

## CODE DEFINITIONS

**NATIONALITY:**
- 01 AUSTRALIAN
- 02 BRITISH
- 03 CANADIAN
- 04 EGYPTIAN
- 05 ETHIOPIAN
- 06 FRENCH
- 07 GERMAN
- 08 GREEK
- 09 HADRAMI
- 10 INDIAN
- 11 INDONESIAN
- 12 JORDANIAN
- 13 KOREAN
- 14 LEBANESE
- 15 PAKISTANI
- 16 PALESTINIAN
- 17 FILIPINO
- 18 SAUDI
- 19 SCANDINAVIAN
- 20 SOMALI
- 21 SUDANESE
- 22 SYRIAN
- 23 THAI
- 24 TURKISH
- 25 U.S.
- 26 YEMENESE
- 27 U.N. PASSPORT
- 28 KENYAN
- 29 MOROCCAN
- 30 MAURITIOUS
- 31 GHANIANS
- 32 OTHERS
- 33 ERITREAN
- 34 SRI LANKAN
- 35 TCHAD
- 36 BANGLADESHI
- 37 ALGERIAN
- 38 AFGHANISTANI

**EDUCATION:**
- D DOCTORS DEGREE
- M MASTERS DEGREE
- B BACHELORS DEGREE
- 4 4 YEARS
- 3 3 YEARS
- 2 2 YEARS
- 1 1 YEAR COLLEGE
- H HIGH SCHOOL
- U UNDER HIGH

**EMPLOYMENT STATUS:**
- 1 A.I.S.D.
- 2 U.S-DATAC
- 3 E.T.C.N.
- 4 OTHER T.C.N
- 5 LOCAL
- 6 SAUDI SENIOR MANAGEMENT
- 7 CONSULTANT
- 8 SUMMER HIRE
- 9 TCN FAR EAST

**HOUSING STATUS:**
- F FAMILY HOUSING
- S SINGLE APARTMENT
- T TRANSIENT
- D DORMITORY
- M HOUS. ALLOW. MONTHLY
- A HOUSING CASH ADVANCE

**MARITAL STATUS:**
- M MARRIED STATUS
- S SINGLE STATUS

**RELIGION:**
- M MUSLIM
- C CHRISTIAN
- O OTHERS

**Codes entered:**
- DATE OF BIRTH: —
- SOC. INS. ELIGIB.: —
- NATIONALITY: 18
- RELIGION: M
- EDUCATION: —
- EMPLOYMENT STAT.: —
- CONTRACT END: 05 / 09 / 2000
- ANNUAL VAC.: 30
- MARITAL STATUS: S
- HOUSING STATUS: M  02 MONTHS
- COST CENTRE: 211051
- DEPARTMENT: —
- BUDGET LINE NO.: —
- JOB TITLE: 0703.01
- SALARY GRADE: —

**REMARKS:**
- WORK SCHEDULE: 08 HRS/DAY
- NUMBER OF DEPENDENTS: N.A.
- MONTHLY SALARY (8 HRS. REG. + 2 HRS O.T.): SR. _____
- SOCIAL INSURANCE SALARY: SR. _____

**Amounts:**
- BASIC SALARY: SR. 7740/-
- TRANSPORT ALLOW.: SR. 774/-
- HARDSHIP ALLOW.: N.A.
- FOOD ALLOW.: N.A.
- OTHER ALLOW.: N.A.
- OTHER ALLOW.: N.A.

(ALL AMOUNTS ARE IN RIYALS)

## APPROVAL

| Base/Site Manager | Date | Director | Date | Finance | Date |
|---|---|---|---|---|---|
| MANPOWER SERVICES | | OSAMA S. KAMIL, DEPUTY PROJECT DIRECTOR  18/11/98 | | FINANCE SERVICES | |
| Department | Date | DATAC Personnel | Date | Final Approval | |

DA000098