# Exhibit 21

In the name of God, Most Gracious, Most Merciful

**Kingdom of Saudi Arabia**                    [logo]                    No.: *7/4/1/ 422*
Ministry of Defense and Aviation                                        Date: *2/18/1421H* [May 22, 2000]
Presidency of Civil Aviation

Attachments…………

Omar bin Ahmed Mustafa Al-Bayoumi          Accountant     8      86          Airways Engineering

The Chief of the Civil Aviation
Pursuant to the authorities conferred upon him and according to the letter of the Director General of Airways Engineering No. 266, dated 02/06/1421 AH [May 10, 2000], including request for approval of granting the employee, whose identity is shown above, an Educational Leave for a period of (Two Years), effective from 03/01/1421 AH [June 03, 2000], to pursue his Post Graduate Study in the United States of America, at his own expense, and for our approval thereof, we:-
(Have Decreed as follows)
1- Approval of granting the Employee whose identity is shown above an Educational Leave for a Period of (Two Years), without pay, effective from 03/01/1421 AH [June 03, 2000], according to Article (28/19) of the Civil Service Law.
2- The competent authorities shall approve this each within their competence.
[signature]

                                                  Dr. Ali  bin Abdulrahman Al Khalaf,
                                                      Chief of Civil Aviation
                                                  [stamp:] Dr. Ali  bin Abdulrahman
Study Grants                                      Al, signed the original

Copy/ with Compliment to the Ministry of Civil Service (General Directorate of Information).
Copy/ with Compliment to the Director General of Airways Engineering.
Copy/ to His Honor the Performance Department Manager.
Copy/ to His Honor the Employment Division Manager.
Copy/ to the Outgoing / Copy to his File together with the Original.

*To the Administrative Affairs, for Information*

CONFIDENTIAL:  This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



**TRANSPERFECT**

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):  30. DA000548 - Educational Leave Decree

Source Language(s)   Arabic
Target Language(s)   English

**Appeared before me remotely**

Authorized Signature:

Name:    Jacqueline Yorke

Title:    Project Manager

Date:    June 4, 2021

Currently situated in the County of New York

Signature, Notary Public:

Currently situated in the County of New York



Stamp: Notary Public

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

Error! Unknown document property name. Error! Unknown document property name. v.Error! Unknown document property name.

Page 3 of 3

Effective: **Error! Unknown document property name.**          © 2021 TransPerfect Translations International, Inc. (TransPerfect).

A-7 ٤١

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ١١٤١٧ / ٢٢٤
التاريخ ١١٨ / ٢ / ١٤٢١
المرفقات ______

عمر بن أحمد مصطفى البيومي    محاسب    ٨    ٨٦    هندسة الممرات الجويه

ان رئيس الطيران المدني
بناءً على الصلاحيات الممنوحة له ، وبناءً على ما جاء بخطاب مدير عام هندسه الممرات الجويه رقم ٢٦٦ وتاريخ ١٤٢١/٢/٦هـ المتضمن طلب الموافقة على منح الموظف الموضحه هويته بعاليه اجازة دراسيه لمدة [ سنتين ] اعتباراً من ١٤٢١/٣/١هـ وذلك لمواصلة دراسته العليا بالولايات المتحدة الامريكيه على حسابه الخاص ولموافقتنا على ذلك فـانـنا :-

( نقـرر ما يلـي )

١-الموافقة على منح الموظف الموضحه هويته بعاليه اجازة دراسيه لمدة [ سنتين ] بدون راتب اعتباراً من ١٤٢١/٣/١هـ بموجب المادة (١٩/٢٨) من نظـام الخدمة المدنية ،

٢-على الجهات المختصه اعتماد ذلك كل فيما يخصه ،

د/ علي بن عبد الرحمن الخلف
وقيع الأصل

منح دراسه

ص/ مع التحية لوزارة الخدمة المدنيه ( الادارة العامة للمعلومات ) ،
ص/ لسعادة مدير عام هندسة الممرات الجويه ،
ص/ للمكرم مدير ادارة التاديه ،
ص/ للمكرم مدير شعبة التوظيف ،
ص/ للصادر / لحاقه مع الاساس ،

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.