# Exhibit 22

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

[hw: 34]    [hw:] [Dear Mr. Zaid- [signature] – 97/5/8]

KINGDOM OF SAUDI ARABIA             [Logo]
Ministry of Defense and Aviation
Civil Aviation Presidency
Ref. No.: 7/4/1/93207                     Date: 12/28/1417 A.H.              Encl.:
                                                    [05/06/1997 A.D.]

---

Omar Ahmed Mustafa Bayoumi, Accountant, Eight, 86, Airways Engineering
The Assistant Chief of Civil Aviation
Based on the powers entrusted to him and further to the administrative decision No. 7/4/1/128 dated 01/04/1417 A.H. [05/22/1996 A.D.] to extend the secondment of the employee whose details are stated above to work with Dallah AFCO Co. for a period of one year from 01/08/1418 A.H. [05/15/1997 A.D.] renewable, with reference to the request submitted by Dallah AFCO Co. to extend the secondment of the said employee to work with them for another year from 01/08/1418 A.H. [05/15/1997 A.D.], pursuant to the principle of mutual cooperation between the public sectors and private sectors, pursuant to the approval of H.E. Assistant Minister of Defense and Aviation and Inspector General of Civil Aviation under the letter No. 1/1/4/7/3/2629 dated 12/19/1417 A.H. [04/27/1997 A.D.] regarding extending the secondment of the said employee for further one year from 01/08/1418 A.H. [05/15/1997 A.D.] and in accordance with the Paragraphs of Article (29) of the Civil Service Law, therefore:

(Decided)

1- To extend the secondment of the employee, Omar Ahmed Mustafa Bayoumi, whose identity is stated above to work with Dallah AFCO Co. for another additional year, provided that the entity to which the employee is seconded shall pay all his job dues including salaries, allowances…etc.
2- The secondment shall be valid as from 01/08/1418 A.H. [05/15/1997 A.D.] and his salaries and allowances shall be deducted by the Civil Aviation Presidency till his returning to his job, and the said employee shall pay during his secondment the retirement incomes on the salaries of his main job in addition to any increase thereof.
3- This decision shall be communicated to all competent bodies to be implemented.


 [hw:] [Signature]                                    Assistant Chief of Civil Aviation
 4/22                                                          [Signature]
                                                                  Abdulaziz bin Abdul Karim Al-Anqari


CC:
Bureau of Civil Service (Information General Department)
Managing Director of Dallah AFCO Co., P.O. Box: 430, Jeddah
Administrative Development / Planning and Budget/ Promotions
Airways Engineering / Original Salary Decision/ Employment/ Performance/ [illegible]

---

DA000552

## AFFIDAVIT OF ACCURACY

This is to certify that the following is, to the best of my knowledge and belief, a true and accurate translation into English of the attached document(s) relating to:

2014-11-11 DA000552 (27. Memo 28.12.1417 header notation)

written in Arabic.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the results of these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

_August 24, 2023_           _____
Date                         Signature

_____      _____
Stamp, Notary Public            Signature, Notary Public

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

34

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ٩٢ ٧٠٧/١/٤١٧
التاريخ: ٨٦ /١٢/ ١٤١٧هـ
المرفقات: ٨٦ /١٥١/ ١٤١٧هـ

عمر احمد مصطفى بيومي          محاسب          الثامنة          ٨٦          هندسة الممرات الجوية

ان مساعد رئيس الطيران المدني .

بناء على الصلاحيه المنوحه له . والحاقنا للقرار الاداري رقم ١٢٨/١/٤/٧ فى ١٤١٧/١/٤هـ
والقاضى بتمديد اعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة انكو دله ولمدة سنه اعتبارا من
١٤١٨/١/٨هـ قابله للتمديد . وبالاشارة الى الطلب المقدم من شركة انكو دله والذي تطلب فيه تمديد
اعارة المذكور للعمل لديهم ولمدة سنه أخرى اعتبارا من ١٤١٨/١/٨هـ وعملا بمبدأ التعاون المتبادل بين
القطاعات العامه والقطاعات الخاصه . واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش
العام لشئون الطيران المدني بخطابه رقم ١/١/٤/٧/٣/٢٦٢٩ فى ١٤١٧/١٢/١٩هـ على تمديد اعارة
خدمات الموظف المذكور ولمدة سنه أخرى اعتبارا من ١٤١٨/١/٨هـ وقشيا مع فقرات المادة (٢٩) من
نظام الخدمه المدنيه فاننا :-

( نقرر مايلى )

١- تمديد اعارة الموظف / عمر احمد مصطفى بيومي والموضحة هويته بعاليه للعمل لدى شركة انكو
دله ولمدة سنه أخرى على ان تتحمل الجهه المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب
وبدلات وغيرها .

٢- تعتبر الاعارة سارية المفعول اعتبارا من ١٤١٨/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى
عودته للعمل وعلى الموظف المذكور ان يؤدى خلال فترة اعارته العائدات التقاعديه على رواتب
وظيفته الاصليه ومايطرأ عليها من زيادة.

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

مساعد رئيس الطيران المدني

عبدالعزيز بن عبدالكريم العنقري

٢٢/٤

ص/ مع التحيه لديوان الخدمه المدنيه ( الادارة العامه للمعلومات )
ص/ لكفاءة العنصر المنتدب لشركة انكو دله ص.ب ٤٣٠ جده
ص/ للتطوير الاداري /ص/ للتخطيط والميزانيه/ ص/ للترقيات
ص/ لهندسة الممرات الجويه /اصل القرار للرواتب / ص/ للترشيف/ للتناوب/ص/ لملفه مع الاساسي

DA000552