# Exhibit 23



**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Presidency of Civil Aviation
Airways Engineering

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

No. _____   Date _____   Attachments _____

الرقم ١٨٤٤   التاريخ ٤٤/١/١٤٢١   المرفقات _____

**Request for Modification and/or Authorization of Contract/Agreement**
Contract Name and No.: Air Navigation System Support (ANSS) PCA-AED-97-020

طلب تعديل و / أو اعتماد عقد / اتفاقية
اسم ورقم العقد: دعم وتشغيل وصيانة نظام الملاحة الجوية

To Project Director/Manager: **DIRECTOR, ANSS PROJECT**
Contractor Name: **DALLAH AVCO TRANS ARABIA**

الى مدير المشروع: دعم نظام الملاحة الجوية
اسم المقاول: شركة دله أفكو

You are Authorized to Take the Necessary Action(s) as Indicated:

اعتمدوا اتخاذ الاجراء اللازم حسب ما هو موضح:

| | | |
|---|---|---|
| Job Title/Description [ ] | Change [ ] | Modification [ ] |
| Hire [X] | Deletion [ ] | Addition [ ] |
| TDY [ ] | Transfer/Reassign [ ] | Terminate [ ] |
| Reinstate [ ] | Grant [ ] | Promote [ ] |
| | As Required [ ] | Release [ ] |

**From:**
Name: OMAR BAYOUMI
Title: ASST. CONFIG. SPEC.   Psn No.: 0608.01
Task/Dept.: SED   Level: F
Others:

من:
الاسم: عمر بيومي
مسمى الوظيفة: مساعد اخصائي مواصفات ومقاييس   رقم الوظيفة: ٠٦٠٨-٠١
المهمة/الادارة: هندسة النظم   المستوى: ف

*Riaz*
*pls handle*

**To:**
tle:   Psn No.:
k/Dept.:   Level:
Others:

الى:
مسمى الوظيفة:
المهمة/الادارة:
معلومات اخرى:

Effective Date: 13 APRIL 2000

اعتباراً من: ١٣ ابريل ٢٠٠٠م

Except as provided herein, all terms and conditions of the Contract, as heretofore changed, remain unchanged and in full force

باستثناء ما هو منصوص عليه في هذه الوثيقة تبقى جميع شروط العقد كما هي.

Director–General, Airways Engineering
Presidency of Civil Aviation
ENGR. MOHAMMED AHMED AL-SALMI

مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
م / محمد أحمد السالمي

Please reply to:
Director–General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia
PCA Form 2200–1 (Revised Dec '92)

الرجاء الرد على العنوان التالي:
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية
نموذج رئاسة الطيران المدني رقم ٢٢٠٠-١ (عدل في رجب ١٤١٣هـ)

DA000600