# Exhibit 24

Case 1:03-md-01570-GBD-SN   Document 9477-27   Filed 12/19/23   Page 2 of 3

بسم الله الرحمن الرحيم



الرقم ..........

التاريخ ٢٧/٨/١٠٠٢

المرفقات ٢.١

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

To : Mr. Fareed S. Bogary
Project Director
ANSS - DATAC

المكرم/ مدير مشروع دعم نظام الملاحة الجوية
شركة دله أفكو عبر البلاد العربية

Subj.: ANSS Program PCA-AE-2000-025
Transfer of Program Employees

الموضوع : برنامج دعم نظام الملاحة الجوية
بي سي أيه-إيه ني-٢٠٠٠-٠٢٥
نقل موظفي البرنامج

For the upcoming ANSS-VI Program, you are hereby authorized to make an offer to the attached Manmonth, Support Staff and Ancillary Labor Personnel, in accordance with your budget allocations.

Best regards,

ENGR. MOHAMMED A. AL-SALMI
Director-General, Airways Engineering

اعتمدوا تقديم عروض جديدة لموظفي رجل شهر، العمالة المساندة والعمالة الإضافية المرفق بيانهم حسب اعتمادات ميزانيتكم وذلك ضمن عمالة مشروع دعم نظام الملاحة الجوية-٦.

ولكم تحياتنا ،،،

م/ محمد بن أحمد السالمي
مدير عام هندسة الممرات الجوية



Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي:
مدير عام هندسة الممرات الجوية
ص.ب ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية

DA000601

# PRESIDENCY OF CIVIL AVIATION-AIRWAYS ENGINEERING
## ANSS-VI PROGRAM - MANMONTH BY DEPARTMENT

| LOC | POSITION DESCRIPTION | PSN# | LVL | NAME | ID# | NAT | DOH (DD/MM/YY) |
|---|---|---|---|---|---|---|---|
| AED | EXECUTIVE OFF ADMIN (AED) | 0502.01 | E | ABDULRAHMAN, ALI MOHD | 47572 | SUD | 16/12/88 |
| AED | EXEC OFF ADMIN (AED) | 0502.02 | E | FAREED, MOHD YOUSUF | 47568 | SAU | 16/12/88 |
| AED | TRANSLATOR | 0601.01 | F | AL-KARIM ABDULLAH | 16548 | SUD | 2/12/79 |
| AED | EXPEDITOR | 0605.00 | F | OSMAN, AHMED ALI | 49963 | SAU | 12/7/94 |
| AED | EXECUTIVE SECRETARY (ARABIC | 0702.00 | G | BA-OWEDAN, YASSER | 48708 | SAU | 16/1/91 |
| | | | | SUB-TOTAL | | | |
| CFC | MANAGER, CFC | 0109.00 | A | KARLI, ALP | 47731 | TUR | 16/12/88 |
| CFC | MANAGER, PROGRAM COORDINA | 0110.00 | A | AL-AWAD, AZHARI | 3149 | SUD | 13/11/78 |
| CFC | ASST PCA TECH COORDINATOR | 0202.00 | B | MOUSA, SALIH MOHD | 50469 | SUD | 6/11/00 |
| CFC | SNR CONTRACTS SPECIALIST | 0210.00 | B | BAYOUMI, OMAR | 50040 | SAU | 6/6/95 |
| CFC | BILLING SPECIALIST (M/M) | 0401.00 | D | ARCEO, JOSE S. JR. | 47498 | FIL | 16/12/88 |
| CFC | PERSONNEL/RECRUITMENT SUPV | 0403.00 | D | TALBOT, ROBERT | 50326 | BRI | 15/12/98 |
| CFC | ARABIC/ENGLISH TYPIST | 0703.01 | G | AHMED, JALAL M. | 47683 | SUD | 7/1/89 |
| CFC | ARABIC/ENGLISH TYPIST | 0703.02 | G | KHALID MUHELDIN | 49358 | EGY | 25/12/92 |
| CFC | CONTRACTS SPECIALIST | 0804.01 | H | AL-MODIAN, MOHAMMED | 49628 | SAU | 23/10/93 |
| CFC | CONTRACTS SPECIALIST | 0804.02 | H | HASSAN DAWALIBI | 49351 | SAU | 16/12/88 |
| CFC | DOC/REC CONT SPEC (ARCHIVE) | 0904.00 | I | AL-HADDAD, ABDULLAH | 49525 | SAU | 31/8/93 |
| | | | | SUB-TOTAL | | | |
| DEB | MANAGER, DEPOT ENGINEERING | 0111.00 | A | GALLOWAY, ARCHIBALD | 47785 | BRI | 9/7/91 |
| DEB | DEPOT ELEC MAINT SUPVR | 0301.00 | C | TO BE RECRUITED | | | |
| DEB | PMEL SUPERVISOR | 0302.00 | C | AL-ZAHARANI, HASSAN | 47648 | SAU | 18/12/88 |
| DEB | DEPOT ELEC/MECH SUPVR | 0504.00 | E | STIRK, KERTH | 50407 | BRI | 23/1/00 |

DA000602