# Exhibit 25

| | | |
|---|---|---|
| Airways Engineering<br>Contracts & Finance Control |  | هندسة الممرات الجوية<br>العقود والمراقبة المالية |

مذكرة داخلية
## Memorandum

| Attachments | المرفقات | 13th November, 01 | التاريخ | Memo No. 13-11-380 | مذكرة رقم |

**To**     Mr. Fareed Bogary
         Director, ANSS Project

**From**   Alp Karli
         Manager/CFC

**Subj:**  <u>**OMAR BAYOMI #50540**</u>

As per the instructions of Director General, PCA/AE, the above named employee's new Salary Scale will be as follows:

| | |
|---|---|
| Basic Salary | SR. 10,000.00 |
| Housing | SR.  1,666.00 |
| Transportation | SR.  1,000.00 |
| | |
| Total Salary p/m | SR. 12,666.00 |

Please amend your records accordingly effective <u>06 Novembr, 2001</u>.

With Best Regards,

ALP KARLI
MANAGER\CFC

PCA Form 001 F

نموذج رئاسة الطيران المدني رقم ١ ٠٠ و

DA000603