# Exhibit 26

*20030201        005550        GC*

In the Name of Allah, the Most Gracious, the Most Merciful

**General Organization for Social Insurance**

| | | | |
|---|---|---|---|
| Cable: Taaminat | | Office of the Mecca Region | No.: <u>7558 / Y</u> |
| Tel: 6600001 | *Letter* | P.O. Box 4082, Jeddah 21491 | Date: <u>6/15/1420 A.H.</u> |
| Attachments: _____ | | <u>Kingdom of Saudi Arabia</u> | [9/25/1999 A.D.] |
| | | | Corresponding to: _____ |

Revenues / Subject: _____

To the Esteemed / Dallah Avco Company
      P.O. Box 2618        Jeddah 21461        Subscription No. / ▇▇▇▇

Peace be upon you and Allah's mercy and blessings…

   This is in reference to your Letter No. M.SH.A./776/6/99, dated 06/13/1999 A.D., wherein you request a refund of the share of the insured / Omer Ahmad Mustafa Al-Bayyoomi for the period from 06/06/1995 A.D. to 12/31/1998 A.D. at a rate of (5%) plus the share of the Company at a rate of (10%) as a balance to be credited to your account because he is seconded by the Ministry of Defense and Aviation and is subject to the civil retirement system.

   We hereby inform you that the subscriptions for the aforementioned period were calculated for the insured at (5%) plus (10%), that they were credited to your accounts with us, that they were deducted from what you owe, and that you now owe the following:

SAR    238,289.15    Subscriptions until 07/31/1999 A.D.
<u>SAR    139,062.92</u>    Additions until 09/30/1999 A.D.
SAR    377,352.07    Total

   Accordingly, please pay what you owe as soon as possible, submit the insurance forms for the month of August 1999 A.D. along with the payment check, and refund the share of the insured.

      Best regards…
[signature]
*6/12/1420* [A.H. - 9/22/1999 A.D.]        Director of the Revenues Department at the Office of the
                                General Organization for Social Insurance in the Mecca Region
         [illegible]                [signature]
   *To pay the amount of SAR 24,096*        Mansour bin Abdul Majeed Bishrawi
   *In the name of / Omer Ahmad Mustafa*
   [illegible] *of the amount*
M/454
      [illegible]
      [signature]

      The employee's monthly share = 10,033 x 5% = SAR 502
      For four years = 502 x 48 months = SAR 24,096

*Check in*
*the name of = Mr. Omer Ahmad Mustafa Al-Bayyoomi*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000899



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | 2014-12-15 DA000899 (335. 1.2.2003 letter) |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Authorized Signature:

Name:  Shayna Himelfarb
Title:  Project Assistant
Date:  March 18, 2022

Signature, Notary Public:

*Stamp: Notary Public*

بسم الله الرحمن الرحيم

## المؤسسة العامة للتأمينات الاجتماعية
### مكتب منطقة مكة المكرمة
ص. ب ٤٠٨٢ جدة ٢١٤٩١
المملكة العربية السعودية

برقياً: تأمينات
هاتف: ٦٦٠٠٠١
المرفقات: ...........

الرقم: ٨ ......
التاريخ: ١٥/ / هـ
الموافق: ..............

الإيرادات /        الموضوع: ..................

السادة / شركة دله افكو        المحترمين
ص ب ٢٦١٨     جده ٢١٤٦١     رقم الاشتراك / ▮▮▮▮

السلام عليكم ورحمة الله وبركاته

إشارة الى خطابكم رقم م ش أ / ٩٩/٦/٧٧٦ وتاريخ ١٩٩٩/٦/١٣م المتضمن رد حصة المؤمن عليه / عمر أحمد مصطفى البيومي للفترة من ١٩٩٥/٦/٦م وحتى ١٩٩٨/١٢/٣١م بواقع (٥٪) إضافة الى حصة الشركة بواقع (١٠٪) كرصيد يقيد في حساباتكم لكونه معار من قبل وزارة الدفاع والطيران ويخضع لنظام التقاعد المدني.

نفيدكم بأنه تم احتساب اشتراكات الفترة المذكوره للمؤمن عليه (٥٪) وكذا (١٠٪) وتم قيدها ضمن حساباتكم لدينا وحسمت من المديونية المستحقة عليكم وتبقى عليكم المديونيه التاليه:

٢٣٨٢٨٩,١٥    ريال اشتراكات حتى ١٩٩٩/٧/٣١م.
١٣٩٠٦٢,٩٢    ريال اضافات حتى ١٩٩٩/٩/٣٠م.
٣٧٧٣٥٢,٠٧    ريال الاجمالي.

لذا نأمل سرعة سداد المديونيه المستحقه عليكم وكذا تقديم حركة النماذج التأمينيه لشهر اغسطس ١٩٩٩م مرفقا بها شيك السداد مع رد حصة المؤمن عليه من قبلكم.

وتقبلوا تحياتنــــــا ،،،،

مدير إدارة الإيرادات بمكتب
التأمينات الاجتماعية بمنطقة مكة المكرمة

منصور بن عبدالمجيد شاوري

In name of = MR. OMER AHMED MUSTAFA AL-BAYOOMI
cheque

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000899