# Exhibit 27

Case 1:03-md-01570-GBD-SN Document 94

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Presidency of Civil Aviation
Airways Engineering



المملكــة العربيــة السعوديــة
وزارة الدفــاع والطيــران
رئاســة الطيــران المــدني
هندسة الممرات الجوية

No. _____ Date _____ Attachments _____    المرفقات _____ هـ ١٤١٦/٢/١٨ التاريخ _____ الرقم ١٦١٦

---

**Request for Modification and/or Authorization of Contract/Agreement**  
طلــب تعديــل و/أو اعتمــاد عقــد/اتفاقيــة

Contract Name and No.: Air Navigation System Support (ANSS) PCA-AE-91-012  
اسم ورقم العقد: دعم وتشغيل وصيانة نظام الملاحة الجوية ٩١-٠١٢

To Project Director/Manager: **SAMIR S. MAGBOUL**  الى مدير المشروع: سمير سليمان مقبول
Contractor Name: **DALLAH AVCO TRANS ARABIA CO.**  اسم المقاول: شركة دله. افكو عبر البلاد العربية

---

**You are Authorized to Take the Necessary Action(s) as Indicated:**   اعتمدوا اتخاذ الإجراء اللازم حسب ما هو موضح:

| | |  | |
|---|---|---|---|
| Job Title/Description ☐ | Change ☐ | Modification ☐ |
| Hire ☒ | Deletion ☐ | Addition ☐ |
| TDY ☐ | Transfer/Reassign ☐ | Terminate ☐ |
| Reinstate ☐ | Grant ☐ | Promote ☐ |
| | As Required ☐ | Release ☐ |

---

**From:**  
Name: **OMAR AHMED MUSTAFA ALBAYOUMI** / عمر أحمد مصطفى البيومي  
Title: **SNR DATA PROC TECH**    Psn No.: **0704.04**    فني رئيسي معالجة بيانات    رقم الوظيفة: ٧٠٤-٠٤
Task/Dept.: **JED**    Level: **G**    قطاع جدة    المستوى: جي
Others:

```
ANSS IV - DALLAH CO
DATE REC  18/7/95
For INFO
ADMIN.        SIGN
FIN.          Psn No.:
REC           Level:
LIFE
LOG
              ...ECTOR
```

**T**  
Title:  
Task/Dept.:  
Others:

**Effective Date: 06 JUNE 1995**    اعتبارا من: ٦ يونيو ١٩٩٥

Except as provided herein, all terms and conditions of the Contract, as heretofore changed, remain unchanged and in full force    باستثناء ما هو منصوص عليه في هذه الوثيقة تبقى جميع شروط العقد كما هي.

---

Director – General, Airways Engineering  
Presidency of Civil Aviation  
**MOHAMMED AHMED AL-SALMI**

مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
م/ محمــد أحمــد الســالمي

---

reply to:
...– General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia
A Form 2200-1 (Revised Dec '92)

الرجاء الرد على العنوان التالي
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية

*Reference Telcon with Mr. Preson*
*Send offer to CFC Belanger*
*Employee Out of Kingdom*
*CFC will sign offer & return*

DA0001716