# Exhibit 28

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

ID # 50040 File

| Kingdom of Saudi Arabia | [logo] | Kingdom of Saudi Arabia |
| Ministry of Defense and Aviation | Ministry of Defense and Aviation | Ministry of Defense and Aviation |
| Civil Aviation Presidency | Presidency of Civil Aviation | Civil Aviation Presidency |

No. *7/4/1/128*    Date: <u>*1/4/1417 A.H.*</u> [05/22/1996 A.D.]    Attachments: _____

Omar Ahmed Mustafa Al-Bayoumi    Accountant    Eighth    86    Airways Engineering

The Civil Aviation President,

Based upon the authority granted to him; to follow up on Administrative Decision No. 7/4/1/732, dated 01/26/1416 A.H. [06/25/1995 A.D.], ordering the secondment of the employee identified above to work at Dallah Avco for one extendable year commencing on 01/08/1416 A.H. [06/07/1995 A.D.]; in reference to the request submitted by Dallah Avco to extend the aforementioned employee's secondment so he can work for it for another year commencing on 01/08/1417 A.H. [05/26/1996 A.D.]; in application of the principle of joint cooperation between public and private sectors; based upon HH the Deputy Minister of Defense and Aviation and the Inspector General of Civil Aviation Affairs' approval in his Letter No. 1/1/4/7/3/2640, dated 12/26/1416 A.H. [05/14/1996 A.D.] to extend the secondment of the aforementioned employee for another extendable year; and in accordance with the provisions of Article (29) of the Civil Service Law, we:

(We have decided the following)

1- The secondment of Employee / Omar Ahmed Mustafa Al-Bayoumi who is identified above shall be extended so he can work at Dallah Avco for another extendable year, provided that the entity to which he has been seconded pays all of his payroll rights, including salary, allowances, etc.
2- The secondment shall be deemed in effect as of 01/08/1417 A.H. [05/26/1996 A.D.], and his salary and allowances at the Presidency shall be suspended until he returns to work [there]. Moreover, during the period of his secondment, the aforementioned employee shall pay the retirement contributions on the salary of his original job and any increases thereto.
3- Notice of this decision shall be provided to the parties necessary for use to carry out its requirements.

[stamp:] *Mr. Ali bin Marzouq* [illegible]
[illegible]

| [signature] | <u>*Brother Essam*</u> | [stamp:] President of Civil Aviation |
| [signature] | *- To take the actions necessary* | Dr. Ali Abdul Rahman Al-Khalaf |
| [signature] | *- Do we pay the retirement contributions* | [signature] |
| | *as stated, and how much is the total amount* | *5/22/*[1995 A.D.] |
| 3/4 | *that will be paid* [illegible] | |

Copy with greetings to the Civil Service Bureau/General Department of Information
Copy to HE the Director General of Airways Engineering
Copy to HE the Managing Director of Dallah Avco
Copy to Planning and Budget / Administrative Development
Copy to Promotions / Copy to Employee Affairs / Employment *Salary*
Copy to his file with basis

[signature]    *Esteemed Brother Farid Boudari*
*To take the actions necessary*
[signature]
*5/22/*[19]*96*

_____
 Please reply to: P.O. Box    Postal Code:    City    Kingdom of Saudi Arabia
Please reply to: P.O. Box    Postal Code:    [cut off]

DA001062

## AFFIDAVIT OF ACCURACY

This is to certify that the following is, to the best of my knowledge and belief, a true and accurate translation into English of the attached document(s) relating to:

DA001062

written in Arabic.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the results of these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

| | |
|---|---|
| _August 24, 2023_ | _____ |
| Date | Signature |
| | |
| _____ | _____ |
| Stamp, Notary Public | Signature, Notary Public |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

50040



**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ١٠٨ / ١ / ٤١٧
التاريخ: ٤ / ١ / ١٤١٧ هـ
المرفقات: 

عمر احمد مصطفى البيومي    محاسب    الثامنه    ٨٦    هندسة الممرات الجويه

ان رئيس الطيران المدني

بناء على الصلاحيه الممنوحه له . والحاقا للقرار الاداري رقم ٧٣٢/١/٤/٧ في ١٤١٦/١/٢٦ هـ والقاضي باعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه واحدة اعتبارا من ١٤١٦/٧/٨ هـ قابله للتمديد . وبالاشاره الى الطلب المقدم من شركة افكو دله والذي تطلب فيه تمديد اعارة الموظف المذكور للعمل لديهم ولمدة سنه أخرى اعتبارا من ١٤١٧/١/٨ هـ وعملا من مبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصه . واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدني بخطابه رقم ٢٦٤٠/٢/٧/٤/١ في ١٤١٦/١٢/٢٦ هـ على تمديد اعارة خدمات الموظف المذكور ولمدة سنه أخرى قابله للتمديد وتمشيا مع فقرات المادة (٢٩) من نظام الخدمه المدنيه فاننا :-

( نقرر مايلي )

١- تمديد اعارة الموظف / عمر احمد مصطفى البيومي والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه أخرى قابله للتمديد على ان تتحمل الجهه المعار اليها جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢- تعتبر الاعاره سارية المفعول اعتبارا من ١٤١٧/١/٨ هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته للعمل وعلى الموظف المذكور ان يؤدي خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصليه ومايطرأ عليها من زيادة .

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

رئيس الطيران المدني
د/ علي عبد الرحمن الخلف



٤/٢

صوره مع التحيه لديوان الخدمه المدنيه/ الادارة العامه للمعلومات .
صوره لسعادة مدير عام هندسة الممرات الجويه .
صوره لسعادة العضو المنتدب لشركة افكو دله .
صوره التخطيط والميزانيه/ الشئون الاداريه .
صوره للترقيات/ صوره لشئون الموظفين/ التوظيف .
صوره للملف مع الاساس .

DA001062