# Exhibit 29



بسم الله الرحمن الرحيم

P.O. BOX 430 JEDDAH, 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. No. 20442

PAID IN CAPITAL 10.000.000 SR.



ص.ب ٤٣٠ جــدة، ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ آفكو اس جي

س.ت رقم ٢٠٤٤٢

رأس المال المدفوع ١٠٠٠٠٠٠٠ ريال سعودي

---

**DALLAH/AVCO TRANS ARABIA CO.
AIR NAVIGATION SYSTEM SUPPORT
SINGLE STATUS EMPLOYMENT OFFER**

DATE:- 23.05.96

TO :- MR. OMAR AHMED M. AL-BAYOUMI        ID#:- 50040

FROM:- DIRECTOR, ANSS PROJECT

Dallah Avco (DATAC) has the pleasure to present an Employment offer to you for the indicated position on the (ANSS-IV PROJECT). The Terms & Conditions are as follows effective: 06 JUNE, 1996

| | |
|---|---|
| JOB TITLE | : SNR. DATA PROC TECH |
| BASIC SALARY | : SR. 8500/= |
| HOUSING | : ALLOWANCE 2 MONTHS |
| TRANSPORTATION | : ALLOWANCE 10% |
| MEDICAL | : CO. PROVIDED FOR EMPLOYEE |
| CONTRACT PERIOD | : UNTIL 05.06.1997 |
| ANNUAL VACATION | : 21 WORKING DAYS PER YEAR |

Please indicate your acceptance or rejection of this offer as stated below and return this form within 72 hours. DATAC will present you with an official contract within 2 weeks.

ACCEPT ✓        _____ 7/15/96 _____        REJECT ☐
                EMPLOYEE SIGNATURE/DATE

PREPARED BY:                        CONCURRED BY:-

RIAZ M. KHAN                        FAREED S. BOGARY
MANPOWER SERVICES                   DIRECTOR ANSS PROJECT

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001063