# Exhibit 30

CONFIDENTIAL: This document is subject to Protective Order
Regarding confidential information in 03 MDL 1570 (RCC), United
States District for the Southern District of New York.

| Name: Omar Ahmed Mustafa Al Bayoumi | | Badge No.: 50040 |
|---|---|---|
| Date of Birth: | | Nationality: Saudi |
| Passport ID/Date of Issue: | | Passport No: |
| Height: | Weight: | Sponsor: Local |
| Job Title: SNR. Data Processing Technician | | |
| PCA ID CARD APPLICATION | | |
| | | Applicant |
| Airways Engineering Administration | | Director's Seal |
| General Director of Airways Engineering | | Name of division director |
| Muhammad Ahmad Al-Salmi | | Signature |
| | | Signature of applicant |

| Name: | Badge No.: | |
|---|---|---|
| Date of Birth: | | Nationality: |
| Passport ID/Date of Issue: | | Passport No: |
| Height: | Weight: | Sponsor: Local |
| Job Title: | | |
| PCA ID CARD APPLICATION | | |
| | | Applicant |
| Airways Engineering Administration | | Director's Seal |
| General Director of Airways Engineering | | Name of division director |
| Muhammad Ahmad Al-Salmi | | Signature |
| | | Signature of applicant |

DA001070



City of New York, State of New York, County of New York

I, Beth Morgan, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document from Arabic into English.

Ex. 12c - DA001070 (Personal Information - PCA ID Card Application)

_____
Beth Morgan
TransPerfect Translations, Inc.
3 Park Ave
20th Floor
New York, NY 10016

Sworn to before me this
26th day of April 2016

_____
Signature, Notary Public

ADRIAN C VOSS
Notary Public-State of New York
No. 01VO6325435
Qualified in New York County
My Commission Expires May 26, 2019

_____
Stamp, Notary Public

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

| | | | |
|---|---|---|---|
| NAME | OMAR AHMED MUSTAFA AL BAYOUMI | BADGE NO. | 50040 |
| DATE OF BIRTH | | NATIONALITY | SAUDI |
| PASSPORT/ID DATE OF ISSUE | | PASSPORT NO. | |
| HEIGHT | | WEIGHT | |
| | | SPONSOR | LOCAL |
| JOB TITLE | SNR. DATA PROCESSING TECHNICIAN | | |

**RGA ID CARD APPLICATION**

---

| | | | |
|---|---|---|---|
| NAME | | BADGE NO. | |
| DATE OF BIRTH | | NATIONALITY | |
| PASSPORT/ID DATE OF ISSUE | | PASSPORT NO. | |
| HEIGHT | | WEIGHT | |
| | | SPONSOR | |
| JOB TITLE | | | |

**RGA ID CARD APPLICATION**

DA001070