# Exhibit 32

*In the name of God, Most Gracious, Most Merciful*

[Handwritten] employee file - Omar Bayoumi

**Kingdom of Saudi Arabia**  No.: 107//H/M/D
Ministry of Defense and Aviation  Date: 12/20/1419H
Presidency of Civil Aviation  Enclosures: ….………
Airways Engineering   [Handwritten] 50040

## TOP  URGENT

His Excellency, Chairman of Dallah Group

**Subject: Renewal of the Secondment of the Employee Omar Ahmed Bayoumi**

May Allah's Peace, Mercy and Blessings be upon you,

Reference to your Letter No. RMA/337/99/15-11-A, dated 12/18/1419H corresponding to 04/04/1999G, in which you referred to the Company's non-desire to renew the Secondment of the said for another period of one year.

We would like to inform you that the Presidency wants to grant him a Secondment for a period of one year only, to complete the task under which the Presidency approved of his Secondment.

Hence, please renew the Secondment of the said to another period of one year, effective from 01/08/1420H, provided that, a letter to be issued by the Company directed to the Presidency in this respect in the required expedition in order to complete the Secondment Procedures Arrangements, as per Law, due to the lack of time and the dawn of the New Hijri Year.

Thank you for your cooperation… and please accept our regards,

Director - General, Airways Engineering
-(Signed)
**Engineer/ Mohammed Ahmed Al-Salmi**

[stamp:] [illegible]
[Handwritten] c.f.c  [illegible ] 4/7/99

Please reply to:
Director-General, Airways Engineer

CONFIDENTIAL: This document is subject to Protective Order Regarding confidential information in 03 MDL 1570 (RCC), United States District for the Southern District of New York.                         DA001104



City of New York, State of New York, County of New York

I, Beth Morgan, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document from Arabic into English.

Ex. 09 DA001104 (Apr. 7, 1999 letter from PCA to DA)

Beth Morgan
TransPerfect Translations, Inc.
3 Park Ave
20th Floor
New York, NY 10016

Sworn to before me this
28th day of April 2016

Signature, Notary Public

ALITASHA YOUNGER
Notary Public - State of New York
No. 01YO6335137
Qualified in KING County
Commission Expires Dec 28, 2019

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم: ٩٠٧
التاريخ: ١٤١٩/١٢/
المرفقات:

**عاجل جداً**

سعادة / رئيس مجلس إدارة مجموعة دله          المحترم

**الموضوع : تجديد إعارة الموظف عمر أحمد بيومي**

السلام عليكم ورحمة الله وبركاته ،

بالإشارة إلى خطابكم رقم ر م أ / ١١/١٥/٩٩/٣٣٧ـ أ بتاريخ ١٤١٩/١٢/١٨هـ الموافق ١٩٩٩/٤/٤م ، والذي أشرتم فيه إلى عدم رغبة الشركة في تجديد إعارة المذكور لفترة عام آخر.

نفيدكم بأن الرئاسة ترغب في منحه إعارة لمدة عام واحد فقط ، لإكمال المهمة التي وافقت بموجبها الرئاسة على إعارته.

لذا نأمل تجديد إعارة المذكور لفترة عام آخر اعتباراً من ١٤٢٠/١/٨هـ ، على أن يتم تحرير خطاب من الشركة موجه للرئاسة بهذا الشأن وبالسرعة المطلوبة لكي تكتمل ترتيبات إجراءات الإعارة حسب النظام نظراً لضيق الوقت وحلول العام الهجري الجديد.

ونشكر لكم تعاونكم ٠٠٠ وتقبلوا تحياتنا ،،،

مدير عام هندسة الممرات الجوية

م / محمد أحمد السالمي

Please reply to:
Director - General, Airways Engineering

الرجاء الرد على العنوان التالي:

DA001104

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.