# Exhibit 33



AMERICAN LANGUAGE INSTITUTE
COLLEGE OF EXTENDED STUDIES
SAN DIEGO STATE UNIVERSITY
SAN DIEGO CA 92182-1914

(619) 594-5907
FAX: (619) 287-2735

Date: December 6, 1994

To: Mohammed Ahmed Al-Salmi
Director General
Kingdom of Saudi Arabia
Ministry of Defence and Aviation
PCA, Airway Engineering
FAX: 2-671-9041

From: Linda Lawton, Coordinator
Intensive English Communications Program
FAX: 619-287-2735

Re: Omar Al-Bayoumi

TOTAL NUMBER OF PAGES    2    (INCLUDING THIS PAGE)

Dear Mr. Al-Salmi:

Greetings from San Diego!

I am writing in regards to the above student and his progress in his English and business studies here at the American Language Institute.

When Mr. Al-Bayoumi arrived in August, his placement tests showed that he was not ready to audit or enroll in SDSU courses. It was agreed that it would be better for him to concentrate on his English language studies for the Fall Term. During this period, he has progressed steadily and is now participating in the Intensive English for Managers specialty.

He is now asking about his nine week business course. I have suggested that he audit courses at SDSU in these subject areas or explore short term courses available in various business subjects through the College of Extended Studies beginning in January. However, Mr. Al-Bayoumi has stated that he does not want to audit courses through the University or take courses from Extended Studies. He is insisting on a specialized English course in Accounting / Finance / Contracts.

THE CALIFORNIA STATE UNIVERSITY

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001105

I would like to advise you of the options available, and ask you to respond as to what arrangements you would like me to make for the remainder of Mr. AL-Bayoumi's stay here in San Diego. The options are:

    1. Mr. AL-Bayoumi could enroll in courses offered by the University. There is an intersession offered by SDSU from January 3 to 20, and there are several courses offered in Accountancy, Finance, Management and Marketing. The tuition for each course is $360. For the remainder of the term, he could pick up his English classes in the IEC program.

Because of the short duration of these courses, they are considered extremely intensive, even for native speakers of English. Although Mr. Al-Bayoumi has made progress with his English, I think these courses may be beyond his current capabilities. However, I would be willing to pay the tuition for one such course if you feel this would be beneficial for him.

    2. I could arrange a special tutorial for Mr. AL-Bayoumi covering the areas of his interest, tailored to his level of English ability. As he would receive one-on-one instruction by a qualified Business Instructor, the cost would be higher than the tuition for language classes alone. I would recommend that he remain in the IEC program for a half day (morning) program, and supplement these studies with 6 to 8 hours per week of these individualized business courses. The cost for a half-day IEC program is $144 per week. Individualized business instruction would cost $400 per week. Total cost for the 9 week program would be $4896.00.

Please let me know as soon as possible what type of program you would like for Mr.. AL-Bayoumi, as arrangements need to be made before the January 3 start date.

I look forward to hearing from you.

Sincerely,

*Linda Lawton*

Linda Lawton, Coordinator

```
RECEIVED
8  DEC 1994
    A E D
CENTRAL FILE
```

```
RECEIVED
8  APR 1995
    A E D
CENTRAL FILE
```

DA001106