# Exhibit 34

| | |
|---|---|
| P.O. Box: 430 Jeddah 21411 | Dallah Avco |
| Kingdom of Saudi Arabia | TRANS ARABIA |
| Tel: 6710000 | |
| Telex: 601482 AVCO SJ | |
| Commercial Register No.: 20442 | |
| Paid Up Capital: SAR 10,000,000 | |

Reference: CBD/364/99/15/11
Date: 21/12/1419 AH
Corresponding to: 07/04/1999 AD

**H.E. Esteemed / President of Civil Aviation**

Greetings;

With reference to our previous Letter No.: MD/325/98/15 dated 30/11/1418 AH with respect to the secondment of Mr. Omar Ahmed Mostafa Al Bayoumi to work as Account Supervisor pursuant to the cooperation existing between the governmental and private sectors;

We hope Your Excellency will extend the secondment period of the said employee for another year as from 08/01/1420 AH.

Sharing with your excellency our cooperation

**Yours Sincerely;**

[Signature]

**Alawi Mohammed Saeed Kamel**

**Chairman of the Board of Directors**

Bayoumi/s-fin

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001110



City of New York, State of New York, County of New York

I, Rebecca Beames, hereby certify that the document "2015-01-28 DA001110" is, to the best of my knowledge and belief, a true and accurate translation from Arabic to English.

Sworn to before me this
September 19, 2018

Signature, Notary Public

MARGARET GRIFFIN
Notary Public - State of New York
No. 01GR6352403
Qualified in KINGS County
Commission Expires DEC 27, 2020

Stamp, Notary Public

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.



ص.ب ٤٣٠ ، جــــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ أفكو اس جي

س.ت رقم : ٢٠٤٤٢

رأس المال المدفوع ١٠،٠٠٠،٠٠٠ ريال سعودي

الرقـــم : رم أ/٣٦٤/٩٩/١٥/١١
التاريــخ : ١٤١٩/١٢/٢١هـ
الموافـق : ١٩٩٩/٠٤/٠٧م

معالي / رئيس الطيران المدني الموقر،

السلام عليكم ورحمة الله وبركاته،

بالإشارة إلى خطابنا السابق رقم : ع م د/٣٢٥/٩٨/١٥ بتاريخ ١٤١٨/١١/٣٠هـ بخصوص إعارة السيد / عمر أحمد مصطفى البيومي – بوظيفة مشرف حسابات وذلك بناءاً على التعاون القائم بين القطاع الحكومي والخاص .

نأمل موافقة معاليكم على تمديد فترة إعارة المذكور للعمل لمدة عام آخر إعتباراً من ١٤٢٠/١/٨هـ .

شاكرين لمعاليكم حسن تعاونكم .

وتفضلوا بقبول وافر التحية،،،



علوي محمد سعيد كامل
رئيس مجلس الإدارة

bayomi/s-fin

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001110