# Exhibit 35

*In the name of God, Most Gracious, Most Merciful*
[handwritten] H 50040  -    Essam - Kindly do the action necessary –[signature] – 9/5

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** | | No.: 7/4/1/….. |
| Ministry of Defense and Aviation | [logo:] | Date: 01/17/1420H |
| Presidency of Civil Aviation | | Enclosures: …………. |

| | | | | |
|---|---|---|---|---|
| Omar Ahmed Mustafa Al-Bayoumi | Accountant | Eighth | 86 | Airways Engineering |

The Assistant of the President of the Civil Aviation

Pursuant to the authority conferred upon him and following to the Administrative Decision No. 7/4/1/575, dated 01/15/1419H, imposing the extension of the Secondment of the Employee Services whose identity shown above to work with Dallah AVCO Company for a period of one year, effective from 01/08/1419H renewable and reference to the request submitted by Dallah AVCO Company, in which it requests the extension of the Secondment of the said Employee to work with it for a period of another year, effective from 08/01/1420H and, in pursuance of the Principle of Mutual Co-operation between the Public Sector and the Private Sector and based on the approval of His Highness the Assistant of the Minister of Defense, Aviation and Inspector General to the Civil Aviation Affairs by his Letter No. 1/1/4/7/1106, dated 01/11/1420H and, in conformity with the Paragraphs of the Article (29) of the Civil Service Law, we:

(Have Decreed as follows)

1- Extending the Secondment of the Employee/ Omar Ahmed Mustafa Al-Bayoumi whose identity shown above to work with Dallah AVCO Company for a period of another year which represents the fifth and the last year, provided that the Body to which he is seconded shall bear all his functional rights, such as wages, allowances and others.
2- The Secondment shall come into force effective from the date of 01/08/1420H and his wages and allowances shall be stopped by the Presidency until his return to his work, provided that the said Employee shall settle during his Secondment Period the retirement returns on the wages of his original position and any increase happens thereto throughout his Secondment Period, on monthly basis and regularly, or otherwise, the Secondment Period shall be excluded from the Service, by virtue of the Article (17) of the Civil Service Law for the Year 1393H.
3- This decree is notified to whom it may concern for approval of the implementation thereof.
[signature]

Abdulaziz Abdulkareem Al-Anqari

Assistant of the President of the Presidency of Civil Aviation

Copy to his Highness Budget Department Acting Manager.
Copy with Compliment to the General Bureau of Civil Service / General Directorate of Information.
Copy with Compliment to the Branch of General Bureau of Civil Service in Makkah Region.
Copy with Compliment to His Honor Director General Pensions and Retirement Authority, Copy to His Honor General Director the Airways Engineering.
Copy to His Honor Managing Director of Dallah AVCO Company P.O Box (430) Jeddah.
Copy to His Honor Manager of the Administrative Development Department / Copy to His Honor Secretary of the Promotions Committee.
Original Decision to Performance Department for approval, Copy to the Personnel / Copy to the Employment / Copy to the Cards / Copy to his File together with the Original.
[signature]

*[handwritten] Mr. Manager of Air Navigation  to do the necessary action
– [signature] 5/5/99*

DA001119



City of New York, State of New York, County of New York

I, Beth Morgan, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document from Arabic into English.

Ex. 11b - DA001119 (Secondment Docs - 1999 Decree)

_____
Beth Morgan
TransPerfect Translations, Inc.
3 Park Ave
20th Floor
New York, NY 10016

Sworn to before me this
26th day of April 2016

_____
Signature, Notary Public

ADRIAN C VOSS
Notary Public - State of New York
No. 01VO6325435
Qualified in New York County
My Commission Expires May 26, 2019

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ٧/١/٤/١٦٧
التاريخ: ٨٦/١/١٨ هـ
المرفقات: ............

عمر بن أحمد مصطفى بيومي     محاسب     الثامنة     ٨٦     هندسة الممرات الجوية

ان مساعد رئيس الطيران المدني

بناءً على الصلاحية الممنوحة له والحاقاً للقرار الإداري رقم ٥٧٥/١/٤/٧ وتاريخ ١٤١٩/١/١٥هـ القاضي بتمديد اعارة خدمات الموظف الموضحة هويته بعاليه للعمل لدى شركة أفكو دلة ولمدة سنة إعتباراً من ١٤١٩/١/٨هـ قابلة للتمديد وبالأشارة الى الطلب المقدم من شركة أفكو دلة والذي تطلب فيه تمديد اعارة خدمات الموظف المذكور للعمل لديهم ولمدة سنة أخرى اعتباراً من ١٤٢٠/١/٨هـ وعملاً بمبدأ التعاون المتبادل بين القطاع العام والقطاع الخاصة واستناداً الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدني بخطابه رقم ١١٠٦/٧/٤/١/١ وتاريخ ١٤٢٠/١/١١هـ وتمشياً مع فقرات المادة (٢٩) من نظام الخدمة المدنية فأننا:-

( نقرر مايلي )

١ - تمديد اعارة خدمات الموظف / عمر احمد مصطفى بيومي الموضحة هويته بعاليه للعمل لدى شركة افكو دلة ولمدة سنة اخري خامسة واخيرة على ان تتحمل الجهة المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢ - تعتبر الاعارة سارية المفعول اعتباراً من ١٤٢٠/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسة حتى عودته لعمله وعلى الموظف المذكور ان يؤدي خلال فترة اعارته العائدات التقاعدية على رواتب وظيفته الأصلية وما يطرأ عليها من زيادة طيلة مدة اعارته شهرياً بأنتظام والا سوف تستبعد مدة الاعارة من الخدمة وفقاً للمادة (١٧) من نظام التقاعد المدني لعام ١٣٩٣هـ .

٣ - يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

مساعد رئيس الطيران المدني
عبد العزيز بن عبد الكريم العنقري

صورة لصاحب السمو مدير إدارة الميزانية المكلف .
صورة مع التحية للديوان العام للخدمة المدنية / الادارة العامة للمعلومات .
صورة مع التحية لفرع ديوان الخدمة المدنية بمنطقة مكة المكرمة .
صورة مع التحية لسعادة مدير عام مصلحة معاشات التقاعد . صورة لسعادة مدير عام هندسة الممرات الجوية .
صورة لسعادة العضو المنتدب لشركة افكو دلة ص .ب ( ٤٣٠ ) جدة .
صورة للمكرم مدير ادارة التطوير الاداري / ص / للمكرم سكرتير لجنة الترقيات .
اصل القرار لادارة التأدية للاعتماد / ص / لشئون الموظفين / التوظيف / ص / البطاقات /ص / لملفه مع الاساس

DA001119