# Exhibit 36

CONFIDENTIAL: This document is subject to Protective Order
Regarding confidential information in 03 MDL 1570 (RCC), United
States District for the Southern District of New York.

Kingdom of Saudi Arabia                              [logo]
Ministry of Defense and Aviation
Civil Aviation Presidency

Number: 575/1/4/7            Date: 01/15/1419 AH      Attachments:

[Handwritten:] 50040, Brother Essam – do what is necessary. 6/23/98]

Omar Ahmed Mustafa Bayoumi         Accountant     The Eighth     86     Airways Engineering

The Assistant to the President of Civil Aviation, according to the authority granted to him and following administrative decision number 9307/1/4/7 dated 12/28/1417 AH deciding to extend the secondment of the employee whose identity is stated above to work with Dallah Avco company for one year starting from 01/08/1418 AH, with the possibility of extension.

In reference to the request from Dallah Avco company to extend the secondment of the aforementioned employee to work with them for a period of one additional year starting from 01/08/1419 AH, working from the principle of mutual cooperation between the public and private sectors, and by virtue of the consent of his excellency the assistant to the Minister of Defense and Aviation and the General Inspector for Civil Aviation Affairs in his letter number 1055/3/4/1/1 dated 01/08/1419 AH, and in line with the paragraphs of article (29) of the Civil Service Law, we:

(Have Decreed as follows)

1 – The extension of the secondment of the employee Omar Ahmed Mustafa Bayoumi identified above to work with Dallah Avco company for a fourth additional year with the possibility of extension; however, the party to whom the secondment of the aforementioned employee is made will be responsible for providing all employment rights such as salary, allowances, etc.
2 – The secondment shall be valid starting from 01/08/1419 AH, and his salary and allowances from the Presidency shall be cut off until his return to his work. During the period of his secondment, the aforementioned employee must apply his pension benefits to his base employment salary and any increase happening thereto.
3 – This decision is to be sent to the concerned parties to be executed accordingly.

Signed:
President of Civil Aviation
Abdulaziz bin Abdelkarim Al-Ankari

[stamp:] Abdulaziz bin Abdelkarim Al-Ankari -  the Original was signed

[Handwriting: Dear Brother Farid Bogary, please do what is necessary. Signed and dated 5/1/98]
[Second signature 521, 24/1/19, 20/5/98]     [Third signature]

Copy to:
- Civil Service Administration (General Information Administration)
- The managing director of Dallah Avco P.O. Box: (430) Jeddah.
- Administrative Development/Budgeting/Promotions         [Stamp: 116, 447, 23/5/98]
- Airways Engineering, original decision for performance
- Employment, Copy to his file with the original

[signature:]
[stamp:] Dallah Avco - ANSS Project: [illegible] -Received: No - No. 457 -Date: 23/5/98

Please reply to: P.O. Box         Postal Code:         City:         Kingdom of Saudi Arabia


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Beth Morgan, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document from Arabic into English.

Ex. 17c - DA001120 (PCA Officials - Al Ankari)

*Beth Morgan*
Beth Morgan
TransPerfect Translations, Inc.
3 Park Ave
20th Floor
New York, NY 10016

Sworn to before me this
26th day of April 2016

Signature, Notary Public

ADRIAN C VOSS
Notary Public - State of New York
No. 01VO6325435
Qualified in New York County
My Commission Expires May 26, 2019

Stamp, Notary Public

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# KINGDOM OF SAUDI ARABIA
## Ministry of Defence and Aviation
### Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ٥٧٥/١١١٤١٧   التاريخ ١٤١٩/١/١٥   المرفقات

عمر احمد مصطفى بيومي    محاسب    الثامنه    ٨٦    هندسة الممرات الجويه

ان مساعد رئيس الطيران المدني

بناء على الصلاحيه الممنوحه له . والحاقا للقرار الاداري رقم ٩٣٠٧/١/٤/٧ في ١٤١٧/١٢/٢٨هـ والقاضي بتمديد اعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه اعتبارا من ١٤١٨/١/٨هـ قابله للتمديد . وبالاشاره الى الطلب المقدم من شركة افكو دله والذي تطلب فيه تمديد اعارة الموظف المذكور للعمل لديهم ولمدة سنه أخرى اعتبارا من ١٤١٩/١/٨هـ وعملا بمبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصه واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدني بخطابه رقم ١٠٥٥/٣/٤/١ في ١٤١٩/١/٨هـ وتمشيا مع فقرات الماده ( ٢٩ ) من نظام الخدمه المدنيه فاننا :-

( نقرر مايلي )

١- تمديد اعارة خدمات الموظف / عمر احمد مصطفى بيومي والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه اخرى رابعه على ان تتحمل الجهة المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢- تعتبر الاعاره سارية المفعول اعتبارا من ١٤١٩/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته لعمله وعلى الموظف المذكور ان يؤدي خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصليه ومايطرأ عليها من زياده .

يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .



ص/ ٢ بيومي

ص/ مع التحيه لديوان الخدمه المدنيه ( الادارة العامه للمعلومات ) .
ص/ للعضو المنتدب لشركة افكو دله ص.ب (٤٣٠) جده .
ص/ للتطوير الاداري /ص/ للميزانيه / ص/ للترقيات .
ص/ لهندسة الممرات الجويه /اصل القرار للتأديه
ص/ للتوظيف / ص/ للملف مع الاساس .

الرجـاء الاتصـال على العنوان التالي: ص. ب:    الرمز البريدي    المدينة    المملكة العربية السعودية
Please reply to: P. O. Box :    Postal Code:    City:    Kingdom of Saudi Arabia

DA0011420