# Exhibit 37

|  |  |  |
|---|---|---|
| S0040 | In the Name of Allah, the Beneficent, the Merciful | *Ahmed Jamil Ahmed Mannan* <br> *Electronics Engineer* |
| [cut off] Jeddah 21411 <br> [cut off] Saudi Arabia <br> [cut off] 6710000 <br> [cut off] 601482 AVCO SJ <br> Commercial Register No.: 20442 <br> Paid up capital: 10,000,000 SR | [illegible] | [P.O.] Box 430 – Jeddah 21411 <br> [Kin]gdom of Saudi Arabia <br> Telephone: 6710000 <br> Telex: 601482 AVCO SJ <br> Commercial Reg. No.: 20442 <br> Paid in capital: 10,000,000 SR |

Date: 12/24/1415 A.H.
Corresponding to: 05/24/1995 A.D.

**To His Excellency the Esteemed President of Civil Aviation**

Peace be upon you and Allah's mercy and blessings…

We hereby inform Your Excellency that Dallah Avco's air navigation system support project is currently in urgent need of the services of the Presidency's employee, Mr. Omar Ahmed Mustafa Al-Bayoumi, for the job of accounts supervisor. This is based upon the current cooperation between the government sector and the private sector.

Accordingly, we hope that Your Excellency will approve seconding the aforementioned individual to work for us for one year.

We thank Your Excellency for your kind cooperation…

With best regards and appreciation…

[signature]
**Elwi Mohammed Saeed Kamel** [signature]
**The Managing Director**

[stamp:] Dallah Avco
Trans Arabia
Limited Liability Company
C.R. 4030020442

finance/avco/fin

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001132



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included document has been completed in conformance with the Quality Management System documented in its ISO process maps and is, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translation of the source material.

| | |
|---|---|
| File Name: | DA001132 (528. 079 - OAB. 911 - 01P - AR - Letter_EN-US |
| Source Language: | Arabic |
| Target Language: | English |

Authorized Signature:

*Jasmine Lo*
Jasmine Lo (Jan 12, 2021 09:59 GMT+8)

| | |
|---|---|
| Name: | Jasmine Lo |
| Title: | Project Manager |
| Date: | 12 January 2021 |

Reason for signature: I approve the accuracy of this document content as written



```
P.O.BOX 430 JEDDAH, 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ
COMMERCIAL REG. No. 20442
PAID IN CAPITAL 10 000 000 SR.
```

بسم الله الرحمن الرحيم

ص.ب ، 21411
المملكة السعودية
6710000
تلكس ، 601482 أفكو اس.جي
سجل تجاري رقم 20442
رأس المال المدفوع 10,000,000 ريال سعودي

التاريـــخ : 24/12/1415هـ
الموافـــق : 24/05/1995م

معالي/ رئيس الطيران المدني                         المحترم

السلام عليكم ورحمة الله وبركاته،

نفيد معاليكم بأن شركة دله أفكو، مشروع دعم نظام الملاحة الجوية في أمس الحاجة في الوقت الحاضر لخدمات الموظف لدى الرئاسة الاستاذ/ عمر أحمد مصطفى البيومى - بوظيفة مشرف حسابات وذلك بناءً على التعاون القائم بين القطاع الحكومى والقطاع الخاص .

لذا نأمل موافقة معاليكم على إعارة المذكور للعمل لدينا لمدة عام .

شاكرين حسن تعاونكم ،،

وتقبلوا تحياتنا ومقدرين جهودكم ...

علوى محمد سعيد كامل
العضو المنتدب



finance/avco/fin

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001132