# Exhibit 38

*In the name of God, Most Gracious, Most Merciful*

**Kingdom of Saudi Arabia**
Ministry of Defense and Aviation
Presidency of Civil Aviation

No.: 7/4/1/732        Date: 1/26/1416H        Enclosures: ………….

*[Stamp] Received - June,29 1995)*
*[signature]*

Omar Ahmed Mustafa Al-Bayoumi       Accountant   Eighth     86      Airways Engineering

President of the Civil Aviation

Pursuant to the authorities conferred upon him lawfully and reference to the request submitted by Dallah AVCO Company in which it requests the seconding of the Employee whose identity shown above to work with it and in pursuance of the Principle of Mutual Co-operation between the Public Sector and the Private Sector, with the aim of upgrading the National Companies and Enterprises and based on the approval of His Highness the Assistant of the Minister of Defense, Aviation and Inspector General to the Civil Aviation Affairs by his Letter No. 1/1/4/7/3/53, dated 01/13/1416H of seconding the aforementioned and, in conformity with, the Paragraphs of the Article (29) of the Civil Service Law, we:

(Have Decreed as follows)

1-     Seconding the Employee Omar Ahmed Mustafa Al-Bayoumi whose identity shown above to work with Dallah AVCO Company for one year renewable, provided that the Body to which he is seconded shall bear all his functional rights, such as wages, allowances and others.

2-     The Secondment shall come into force, effective from the date of 01/08/1416H and his wages and allowances shall be stopped by the Presidency from the date referred to herein until he returns to his work, provided that the said Employee shall settle during the Secondment Period the retirement returns on the wages of his original position and the increases that happen thereto.

3-     This decree is notified to those who are concerned to execute it.

[stamp:] Dr. Ali Abdulrahman Al Khalaf -  Signed the Original

President of the Presidency of Civil Aviation

m/h/4/secondment
Copy with Compliment to the General Bureau of Civil Service (General Directorate of Information).
Copy with Compliment to His Excellency Director-General Airways Engineering.
Copy with Compliment to His Excellency Managing Director of Dallah AVCO Company.
Copy to His Honor Manager of the Administrative Development Department /  to His Honor Manager of the Planning and Budget Department.
Copy to His Honor Secretary of the Promotions Committee / Original of the Decision to the Wages.
Copy to the Personnel / Employment / Performance / Copy to his File together with the Original.

[Stamp] Dallah - No. 982 - date: 07/01/ 1416 AH - 06/29/1995AD – [signature]

[handwritten] [illegible] - [signature]

Please reply to: P.O. Box      Postal Code:      City:      Kingdom of Saudi Arabia
CONFIDENTIAL: This document is subject to Protective Order
Regarding confidential information in 03 MDL 1570 (RCC), United
States District for the Southern District of New York.        DA001134


TRANSPERFECT

City of New York, State of New York, County of New York

I, Beth Morgan, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document from Arabic into English.

Ex. 11a - DA001134 (Secondment Docs - 1995 Decree)

Beth Morgan
TransPerfect Translations, Inc.
3 Park Ave
20th Floor
New York, NY 10016

Sworn to before me this
26th day of April 2016

Signature, Notary Public

ADRIAN C VOSS
Notary Public - State of New York
No. 01VO6325435
Qualified in New York County
My Commission Expires May 28, 2019

Stamp, Notary Public

KINGDOM OF SAUDI ARABIA
Ministry of Defense and Aviation
Civil Aviation Preside...

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

RECEIVED
2 9 JUN 1995
المرفقات

الرقم  ٧٢٤/١١/٤١٧
التاريخ  ٢٦/١١/١٤١٦

عمر احمد مصطفى البيومي    محاسب    الثامنه    ٨٦    هندسة المرات الجويه

ان  رئيس الطيران المدني

بناء على الصلاحيات الممنوحه له نظاما واشارة الى الطلب المقدم من شركة أفكو دله الذي تطلب فيه اعارة الموظف الموضحه هويته بعاليه للعمل لديهم . وعملا بمبدأ التعاون المتبادل بين القطاع العام والقطاع الخاص بهدف النهوض بالشركات والمؤسسات الوطنيه واستنادا الى موافقه سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدني بخطابه رقم ٥٢/٢/٧/٤/١/١ وتاريخ ١٤١٦/١/١٣هـ على اعارة المذكور وتمشيا مع فقرات الماده (٢٩) من نظام الخدمة المدنيه فاننا:-

( نقـــرر مايلـى )

١- اعارة الموظف عمر احمد مصطفى البيومي الموضحه هويته بعاليه للعمل لدى شركة أفكو دله لمدة سنه واحده قابله للتمديد على ان تتحمل الجهة المعار اليها جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها.

٢- تعتبر الاعاره ساريه المفعول اعتبارا من تاريخ ١٤١٦/١/٨هـ وتقطع رواتبه وبدلاته من الرناسه من التاريخ المشار اليه حتى يعود الى عمله وعلى الموظف المذكور ان يؤدى خلال فترة الاعاره العائدات التقاعديه على رواتب وظيفته الاصليه وما يطرأ عليها من زيادات.

٣- يبلغ هذا القرار لمن يلزم لانفاذ موجبه.





و/ علي بن عبدالرحمن الخلف

م/ج/٤/امارة
ص/ مع التحيه للديوان العام للخدمة المدنيه ( الادارة العامه للمعلومات).
ص/ مع التحيه لسعادة مدير عام هندسة المرات الجويه.
ص/ لسعادة العضو المنتدب لشركة أفكو دله.
ص/ للمكرم مدير ادارة التطوير الاداري / للمكرم مدير ادارة التخطيط والميزانيه.
ص/ للمكرم سكرتير لجنة الترقيات/ اصل القرار للرواتب.
ص/ لشئون الموظفين/ التوظيف/ التأديب / ص/ للملف مع الاساس.

المملكة العربية السعودية    المدينة
Please reply to:  P. O. Box :    Postal Code:    الرمز البريدي    City:

الرجــاء الاتصـــال على العنـوان التالي ص . ب
Kingdom of Saudi Arabia

DA001134

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.