# Exhibit 39

**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Presidency of Civil Aviation
Airways Engineering



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

No. _____   Date _____   Attachments _____          الرقم ٢٥٨٧   التاريخ ٢/٢/١٤٢٣   المرفقات

---

**Request for Modification and/or Authorization of Contract/Agreement**
طلب تعديل و / أو اعتماد عقد / اتفاقية

Contract Name and No.: Air Navigation System Support (ANSS) PCA-AE-2000
اسم ورقم العقد: دعم وتشغيل وصيانة نظام الملاحة الجوية

To Project Director/Manager: **DIRECTOR, ANSS PROJECT**   الى مدير المشروع دعم نظام الملاحة الجوية
Contractor Name: **DALLAH AVCO TRANS ARABIA**   اسم المقاول: شركة دلة أفكو

You are Authorized to Take the Necessary Action(s) as Indicated:   اعتمدوا اتخاذ الإجراء اللازم حسب ما هو موضح:

| | | |
|---|---|---|
| Job Title/Description ☐ | Change ☐ | Modification ☐ |
| Hire ☐ | Deletion ☐ | Addition ☐ |
| TDY ☐ | Transfer/Reassign ☐ | Terminate ☒ |
| Reinstate ☐ | Grant ☐ | Promote ☐ |
| | As Required ☐ | Release ☐ |

**From:**
Name: OMAR BAYOUMI #50040   الاسم: عمر بيومي ٥٠٠٤٠
Title: SNR CONTRACT SPEC   Psn No.: 0204.00   مسمى الوظيفة: اخصائي رئيسي عقود   رقم الوظيفة: ٠٢٠٤-٠٠
Task/Dept.: CFC   Level: B   المهمة/الادارة: العقود والمراقبة المالية   المستوى: ب
Others:

*[handwritten: Rigz / Pls hand (a / C / V]*

**To:**
Title:   Psn No.:
Task/Dept.:   Level:
Others:

Effective Date: 12 MAY 2002   اعتبارا من: ١٢ مايو ٢٠٠٢م

Except as provided herein, all terms and conditions of the Contract, as heretofore changed, remain unchanged and in full force.
باستثناء ما هو منصوص عليه في هذه الوثيقة تبقى جميع شروط العقد كما هي.

Director-General, Airways Engineering
Presidency of Civil Aviation
ENGR. MOHAMMED AHMED AL-SALMI

مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
م/ محمد بن أحمد السالمي

Please reply to:
Director-General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia
PCA Form 2200-1 (Revised Dec '92)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001239