# Exhibit 40

# AIRWAYS ENGINEERING DIRECTORATE
## ORGANIZATIONAL CHART

