# Exhibit 41

LN-MED-019

المملكة العربية السعودية

وَزَارَة الدِفَاع وَالطَيَرَان

رِئَاسَـة الطَيَــرَان المَـدَنِ

هَندَسَـة الممَرَات الجَويَـة

الرِّقَـم .....................

01 July 2001

التَـاريخ .....................

المُرفَقَـات .....................

To      :  Fareed S. Bogary
           Director, Dallah ANSS-V Programme

From    :  Salem Samoon Bantan
           Asst. Director General, Operations & Maintenance
           Director, Maintenance Engineering Division

Subject :  **CANCELLATION OF VACATION & EXIT/RE-ENTRY
           VISA – MR. ERROL I. REALCE, B/N 47324.**

The subject employee was scheduled for vacation 07 July – 08 August 2001, this has been cancelled, due to operational requirements.

This is for your information and any necessary action.

Regards,

**SALEM SAMOON BANTAN**
Asst. Director General, Operations & Maintenance
Director, Maintenance Engineering Division

/das

cc. – 201 File

**Please reply to:**

Director – General, Airways Engineering

P.O.Box **15441**, Postal Code **21444**, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي:

مدير عام هندسة الممرات الجوية

ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية

| Mgr. Gen. Admin. | Mgr. Personnel Affairs | Travel Supervisor |
|---|---|---|
| | | Date |

DA001916