# Exhibit 42

# AIRWAYS ENGINEERING
## Interdepartmental Memorandum



هندسة الممرات الجوية
مــــذكــرة داخليـــة

| | | | | |
|---|---|---|---|---|
| Date | 28 March 1990 | Memo No | MOB-3005 | رقم المذكرة / التاريخ |
| To | Joseph Flannery Manager | Dept | Yemen Sector | القسم / الى |
| From | Salem S. Bantan Director | Dept/ Ext | Maint Engineering Div 305/375 | القسم/ توصيلة / من |
| Subject | Administrative Support - Yemen Sector | | | الموضوع |

Ref: Your memo SA 4243, same subject, dated 18 March 1990.

Yemen Sector will be supported during the absence of Mr. Arbolente by the TDY assignment of Mr. Erroll Realce from 30 April to 31 May 1990.

The relevant telex will be sent informing CAMA and the necessary visa actioned carried out to ensure his deployment on schedule.

Regards,

*[signature]*

SALEM SAMOON BANTAN
Director, MED

RJLA/bg

cc: Dallah Avco Life Support

*[handwritten notes:]*
Ken Burton informing
21 April 90 at (1508 hrs)
employee can not go on time

As per Ken Burton
Cancelled 13:45 hrs

PCA Form 001A/1 Sheet 1 of 3 (Revised Mar '87)

DA001918