# Exhibit 43

```
                    .90  09:51

          2211;PCABF SJ
          901105 PCAAB SJ

          02 MAY 90
          MSG. NO. 84-0590

          *TO       : SALEM S. BANTAN
                      DIRECTOR, MAINT ENG'G. DIVISION
                      P C A    JEDDAH

          *FROM     : SAEED M. AL- SHAHRANI
                      SECTOR MANAGER
                      SOUTHERN REGION

          *SUBJ     : VACANT POSITION NO. 1601.10
                      DATA ENTRY TECH


          *WE URGENTLY REQUIRE AN ENGLISH PROFICIENT TYPIST/CLERK TO FILL
          *THE VACANT POSITION NO.1601.10 AT ABHA SECTOR. SOME OF THE WORKLOAD
          *FOR THIS POSITION IS CURRENTLY SHARED BY THE MATERIAL CONTROL SPEC
          *AND THE TRANSLATOR, HOWEVER ROUTINE FILING AND ADMIN WORK IS
          *SEVERELY BACKLOGGED AND IS CAUSING PROBLEMS AT THIS SECTOR. THE
          *SITUATION FROM TODAY WILL WORSEN WHEN THE MATERIAL CONTROL SPEC
          *DEPARTS ON VACATION. PLEASE COULD URGENT CONSIDERATION BE GIVEN
          *TO REMEDY THIS INTOLERABLE POSITION.


          *REGARDS,
          *SAEED M. AL-SHAHRANI
          *SECTOR MANAGER
          *SOUTHERN REGIONI
          *901105 PCAAB SJ

          *RECEIVED MAY 02 90 0953
```

RECEIVED
A005/5
0 2 MAY 1990
OFFICE SERVICES
PCA LOGISTICS

PCA
Airways Engineering
Maintenance Engr'g Div
Routing
Date 02 MAY 90

47324

DA001919