# Exhibit 44

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

47270

ATTACHMENTS........................ DATE ١٤١٢/١١/٢٤ NUMBER ١٠٥٦٨/م خ ط

To: Samir S. Magboul
    Project Director

From: Mohammed Ahmed Al-Salmi
      Director-General

Subj: Transfer, PCA-AE-88-008, ANSS-II
      Contract

المكرم مدير مشروع دعم وتشغيل
وصيانة نظام الملاحة الجوية
شركة دله أفكو عبر البلاد العربية

الموضوع: نقل موظف – عقد دعم نظام
الملاحة الجوية رقم ٨٨-٠٠٨

السلام عليكم ورحمة الله وبركاته،

You are authorized to transfer CHARLES JANSCH, DATAC #47270.

From: SYSTEMS MAINTENANCE ENGINEER,
      PSN#0501-08 (Level 'E'), JEDDAH
      SECTOR.

To: SYSTEMS MAINTENANCE ENGINEER,
    PSN#0501-12 (LEVEL 'E'), RIYADH
    SECTOR.

Effective date: 16 May 1992.

اعتمدوا نقل شارلز جانش بطاقة رقم
٤٧٢٧٠ دله أفكو.

من وظيفة: مهندس صيانة نظم رقم ٠٥٠١-٠٨
(المستوى ي) بقطاع جدة.

نيفة: مهندس صيانة نظم رقم ٠٥٠١-١٢
(المستوى ي) بقطاع الرياض.

اعتبارا من ١٦ مايو ١٩٩٢م.

Regards,

MOHAMMED AHMED AL-SALMI
Director-General, Airways Engineering
Presidency of Civil Aviation

ولكم تحياتنا،،،

م/ محمد أحمد السالمي
مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني

ISA/RMP/hcd
16/05/92

RECEIVED
3 1 MAY 1992

Please reply to:
Director-General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي:
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي ٢١٤٤٤، جدة، المملكة العربية السعودية

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001930