# Exhibit 45

*49618*

[logo]
**Dallah Avco – dallah avco**
<u>INTERNAL MEMORANDUM</u>     Trans Arabia TRANS ARABIA     <u>INTEROFFICE MEMORANDUM</u>

M.A.A./Q.TH./H.H./43/11

Date: 07/15/1418 A.H. corresponding to 11/15/1997 A.D.

To: The Esteemed / Coordinator of Administrative Affairs - Air Navigation System Support Project

From: Tabuk Sector Work Coordinator

Subject: Request from Employee / Harry Morehouse – Employment No. 49618

Copy to: The file

Peace be upon you and Almighty Allah's mercy and blessings…
Kind greetings. Furthermore…

Attached, please find the request from Employee / Harry Morehouse – Employment No. 49618 to cancel his vacation, which he previously applied for, because he travelled on 10/18/1997 A.D. on emergency leave due to his mother's illness.

Accordingly, upon your review, please instruct whom it may concern to take the actions necessary.

Best regards…

[signature]
Omar Abu Sitta
Tabuk Sector Work Coordinator



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | DA1990 |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Authorized Signature: *[signature]*

Name: Shayna Himelfarb
Title: Project Assistant
Date: March 18, 2022

Signature, Notary Public: *[signature]*

*[Notary stamp: WENDY POON, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Queens County, 01PO6356754, MY COMMISSION EXPIRES 04-03-2025]*

Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

**INTEROFFICE MEMORANDUM** — دلة أفكو TRANS ARABIA — مذكرة داخلية

م أ ع /صد/صح/٢٣/١١

| | |
|---|---|
| DATE : | التاريخ : ١٤١٨/٧/١٥هـ الموافق ١٩٩٧/١١/١٥م . |
| TO : | الى : المكرم/ منسق الشئون الادارية - مشروع دعم نظام الملاحة الجوية . |
| FROM : | من : منسق أعمال قطاع تبوك . |
| SUBJECT : | الموضوع : طلب الموظف / هاري مورهاوس - رقم العمل ٤٩٦١٨ . |
| COPY TO : | نسخة الى : الملف . |

السلام عليكم ورحمة الله تعالى وبركاته .
تحية طيبة وبعد :

مرفق لكم طلب الموظف / هاري مورهاوس رقم العمل - ٤٩٦١٨ والخاص بإلغاء إجازته والتي قدم لها من قبل نسبة لسفره في يوم ١٩٩٧/١٠/١٨م في إجازة إضطرارية خاصة بمرض والدته .

عليه نرجو بعد إطلاعكم تعميد من يلزم إكمال الازم .
وتفضلوا بقبول تحياتنا ،،،،،،

عمر أبوستة
منسق أعمال قطاع تبوك

DA001990

DATAC 3 A 01 A   7540-000161   شركة دلة أفكو عبر البلاد العربية ٣ أ ٠١ أ