# Exhibit 46

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

To: Mr. Samir S. Magboul
Project Director
ANSS - DATAC

From: Director-General, Airways Engineering

Subj.: **Approval Authority**
**Contracts PCA-AE-91-012/93-017**

Dear Mr. Magboul,

The attached is a list of various administrative work and its' approval authorization profile within PCA/Airways Engineering Directorate. However, such approval will only be valid when the approval required is made in accordance with ANSS Contracts and the Kingdom of Saudi Arabia's rules and regulations.

This memorandum supersedes the previous memo # 2985/HM dated 22/8/1410H, effective 22 July 1995.

Please be informed accordingly.

Best regards,

Director-General, Airways Engineering

**ENGR. MOHAMMED A. AL-SALMI**

Distribution:
All AE Division/Department/Section/Sector Heads

Please reply to:
Director - General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

DA002001

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم: ..................
التاريخ: ..................
المرفقات: ..................

برنامج دعم نظام الملاحة الجوية
رئاسة الطيران المدني / هندسة الممرات الجوية
جدول التفويض والصلاحيات ، المعدل إعتباراً
من ١٩٩٥/٧/١٢م

| | ١ | ٢ | ٣ | ٤ | ٥ | ٦ | ٧ | ٨ | ٩ | ١٠ |
|---|---|---|---|---|---|---|---|---|---|---|
| البنود الخاضعة للموافقة | المدير العام | مدير هندسة الصيانة | مدير المستودعات والنظم | مدير متابعة العقود والمشتركات | مدير الإمدادات | مدير تنمية القوى العاملة | مدير قسم الطباعة والتوثيق | مدير الشؤون الإدارية | مديرو الأقسام والإدارات | رؤساء الإدارات والأقسام |
| ١ تقارير الدوام | X | X | X | X | X | X | X | X | X | X |
| ٢ جداول المناوبة | X | X | X | | | | | | | X |
| ٣ طلبات الإجازات والعطلات | X | X | X | X | X | X | X | X | X | *X |
| ٤ تعويض الإجازة / العطلات | X | X | X | X | X | X | X | X | X | *X |
| ٥ إعتماد التصريح بالغياب | X | X | X | X | X | X | X | X | X | *X |
| ٦ الإجازات الغير مستخدمة/ التذاكر | X | | | | X | | | | | |
| ٧ طلب العمل الإضافي | X | X | X | X | X | X | X | X | X | *X |
| ٨ التفويض بالعمل الإضافي | X | X | | | X | | | | | |
| ٩ تقييم الأداء | X | X | X | X | X | X | X | X | X | X |
| ١٠ الإنتداب المؤقت | X | X | X | X | X | X | X | X | X | *X |
| ١١ التعيين المستديم | X | | | | | | | | | |
| ١٢ الإنتداب خارج المملكة | X | | | | | | | | | |
| ١٣ التوجيه بتعيين موظف | X | | | | | | | | | |
| ١٤ إنهاء خدمات موظف | X | | | | | | | | | |
| ١٥ مصروفات صندوق العمليات في حدود ١٠٠٠ ريال | X | X | X | X | X | X | X | X | X | X |
| ١٦ تغذية صندوق العمليات الميدانية | X | | | | X | | | | | |
| ١٧ تغذية مشروع مكافحة التآكل والصدأ | X | X | | | X | | | | | |
| ١٨ طلبات المواد | X | X | X | X | X | X | X | X | X | X |
| ١٩ طلبات الشراء | X | | | | | | | | | |
| ٢٠ أوامر الشراء | X | | | | | | | | | |
| ٢١ خطاب التوجيه والتعليمات | X | | | | | | | | | |
| ٢٢ شهادات الجرد والمخزون والإستلام | X | | | | X | | | | | |

* مدراء القطاعات فقط

الرجاء الرد على العنوان التالي
هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

DA002002

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم .................
التاريخ .................
المرفقات .................

### ANSS PROGRAM
### PCA/AE DIRECTOR-GENERAL'S
### DELEGATION OF AUTHORITIES (REVISED)
### EFFECTIVE 22 JULY 1995

| ITEMS SUBJECT TO APPROVALS | 1 DIRECTOR GENERAL | 2 MED DIRECTOR | 3 SED DIRECTOR | 4 S&P DIRECTOR | 5 CFC MANAGER | 6 LOG MANAGER | 7 MPD MANAGER | 8 TPD MANAGER | 9 AE ADMIN MANAGER | 10 SEC MGRS & MANAGERS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. TIME REPORTS | X | X | X | X | X | X | X | X | X | X |
| 2. SHIFT SCHEDULE | X | X | | | | | | | | X |
| 3. APPLICATION FOR A/LEAVE & HOLIDAYS | X | X | X | X | X | X | X | X | X | X* |
| 4. COMPENSATORY LEAVE (HOLIDAYS) | X | X | X | X | X | X | X | X | X | X* |
| 5. AUTHORIZED ABSENCE | X | X | X | X | X | X | X | X | X | X* |
| 6. UNUSED LEAVE DAYS & AIR TICKETS | X | | | | X | | | | | |
| 7. OVERTIME WORK REQUEST | X | X | X | X | X | X | X | X | X | X* |
| 8. OVERTIME AUTHORIZATION | X | X | | X | | | | | | |
| 9. PERFORMANCE EVALUATION | X | X | X | X | X | X | X | X | X | X |
| 10. TEMPORARY REASSIGNMENT (TDY) | X | X | X | X | X | X | X | X | X | X* |
| 11. PERMANENT ASSIGNMENTS | X | | | | | | | | | |
| 12. OUT-OF-KINGDOM TRAVEL | X | | | | | | | | | |
| 13. DIRECTION TO HIRE | X | | | | | | | | | |
| 14. EMPLOYEE TERMINATION | X | | | | | | | | | |
| 15. F.O.F. EXPENDITURES UP TO SR1,000.- | X | X | X | X | X | X | X | X | X | X |
| 16. FIELD OPERATION FUNDING (F.O.F.) | X | | | | X | | | | | |
| 17. CORROSION CONTROL FUNDING | X | X | | | X | | | | | |
| 18. SUPPLY REQUEST | X | X | X | X | X | X | X | X | X | X |
| 19. PURCHASE REQUISITION | X | | | | | | | | | |
| 20. PURCHASE ORDER | X | | | | | | | | | |
| 21. LETTER OF INSTRUCTION (LOI) | X | | | | | | | | | |
| 22. PROPERTY INVENTORIES & RECVG CERT | X | | | X | | | | | | |

* SECTOR MANAGERS ONLY

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي:
هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية

DA002003