# Exhibit 47

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.





الرقـم ـــــــــ ٥١ / ٥ / ٢ / م

التاريخ ـــــــ ١١ / ٩ / ١٤١٦ هـ

المرفقات ـــــــ

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

To:   Mr. Alawi Kamel
      Chairman of the Board
      Dallah Group

سعادة رئيس مجلس إدارة مجموعة دله

Subj.: **Government-Contractor Relations**

الموضوع : علاقة الحكومة بالمقاول

I would like to remind you that the ANSS Program is highly sophisticated and sensitive, and any unprofessional attitude towards management of this program will not be tolerated. Let me assure you that DATAC man-month incumbent employees are experienced and knowledgeable, and valued assets of this Directorate, and PCA will not tolerate losing these employees due to improper management practices.

Therefore, with reference to the ANSS Contract (PCA-AE-93-017), Article 2-72, Government-Contractor Relations, and in order to ensure better and more effective management practices, you are instructed to always coordinate with this office prior to sending any distribution letter to PCA/AE employees on any contract matter, effective immediately, and to instruct your staff to show a professional attitude in all verbal communications with Airways Engineering employees.

بالإشارة الى عقد دعم نظام الملاحة الجوية رئاسة الطيران المدني – هندسة الممرات الجوية ٩٣-١٧ المادة ٧٢-٢ علاقة الحكومة بالمقاول ، ونظراً لحساسية ودقة برنامج دعم نظام الملاحة الجوية والخبرة المتازة التي تتمتع بها عمالة البرنامج والتي تعتبر رصيدا قيماً لهذه الإدارة ، نفيدكم أن إدارة هندسة الممرات الجوية – رئاسة الطيران المدني سوف لن تقبل بالأساليب الإدارية الخاطئة التي تنتهجها إدارة البرنامج تجاه موظفي المشروع كما أنها سوف لن تسمح بخسارة هذه العمالة نتيجة لتلك الأساليب.

عليه إعتمدوا ضرورة توجيه موظفيكم بإنتهاج الأسلوب المهني اللائق عند التعامل مع موظفي هندسة الممرات الجوية وضرورة التنسيق المسبق مع هذه الإدارة قبل إرسال أي تعميم للموظفين بشان أي موضوع يتعلق بالعقد وذلك حرصاً منا على تحقيق أفضل الأساليب الإدارية وأكثرها فعالية.

Best regards,

Director-General, Airways Engineering

ولكم تحياتنا ،،،

مدير عام هندسة الممرات الجوية

**ENGR. MOHAMMED A. AL-SALMI**

م/ محمد أحمد السالمي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي
مدير عام هندسة الممرات الجوية
ص ب ١٥٤٤١، الرمز البريدي ٢١٤٤٤، المملكة العربية السعودية

DA002075