# Exhibit 48

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering



وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

ATTACHMENTS .................... المرفقات    DATE ٢٢/١٨/١٤١٦ هـ التاريخ    NUMBER ٦٢/٩/١٢/د الرقم

11 March 1996

**MR. FAREED BOGARY**
Project Director
ANSS IV Project
Dallah AVCO

**SUBJECT:**   **TDY Expenses**

Please pay in advance the following staff TDY expenses for Fifteen (15) days to attend the Critical Design Review (CDR) in Paris.

1. Ahmed J. Manan           50047        Acting Director, SED
2. Khalid B. Sheikh         [redacted]   Technical Advisor
3. Moh'd Saleem Raja        47517        Senior Automation Engineer

Best regards,

MOHAMMED AHMED AL-SALMI
Director General, Airways Engineering
Presidency of Civil Aviation

AJM/SHA/ike

---

Please reply to :
Director-General, Airways Engineering
P.O.Box 15441. Postal Code 21444. Jeddah. Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي :-
مدير عام هندسة الممرات الجوية
ص.ب : ١٥٤٤١، الرمز البريدي ٢١٤٤٤، جدة، المملكة العربية السعودية

DA002085