# Exhibit 49

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

Case 1:03-md-01570-GBD

P.O. BOX 430 JEDDAH, 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ
COMMERCIAL REG. No. 20442
PAID IN CAPITAL 10 000 000 SR.

PD/ANSS/310/94/08

ص.ب ٤٣٠ جــدة ، ٢١٤١١
المملكة العربية السعودية
تليفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ أفكو اس جي
س.ت رقم ٢٠٤٤٢
رأس المال المدفوع ١٠٠٠٠٠٠٠ ريال سعودي

A.N.S.S. PROJECT

Invoice No: AE-226/94
Dated : 8 /08/1994

To  Kingdom of Saudi Arabia
    Presidency of Civil Aviation
    Airways Engineering
    P.O.Box 15441, Jeddah - 21444

ATTN:- Manager Logistics

| S.NO. | DESCRIPTION OF CHARGES | QUANTITY | UNIT COST | AMOUNT (US$) |
|---|---|---|---|---|
| 1. | Ref:- P.R. # 74598A<br><br>CONTRACT: Factory Acceptance Test for KAIA Air Navigational Project American Language Institute.<br><br>Being educational expenses met by M/s.Avco Overseas Services Textron for Mr.Omar Al-Bayoumi at San Diago State University per documentation attached.<br><br>(US$:Four thousand seven hundred seventy five only) | | | 4,775.00 |

| PREPARED BY | CHECKED BY | APPROVAL |
|---|---|---|
| *signature* | *signature* | *signature* |
| ACCOUNTANT | MANAGER FINANCE | DIRECTOR |

DA002261

## Avco Overseas Services TEXTRON
10801 Kempwood, Suite One
Houston, Texas 77043

FORM 1151
(SEPT. 93)

AUTHORIZATION: 4001

SHIPPER NUMBER

INVOICE NUMBER 07-4005

CHARGE TO:

PRESIDENT OF CIVIL AVIATION
AIRWAYS ENGINEERING
P O BOX 15441
JEDDAH, SAUDI ARABIA
ATTN: LOGISTICS MANAGER

DATE SHIPPED

DATE OF INVOICE 20 Jul. 1994

PREPAID OR COLLECT

F.O.B.

TERMS: DUE UPON RECEIPT

ROUTING

NO. OF CARTONS

| PROFORMA INVOICE NO. | WEIGHT / CUBE | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | TO INVOICE YOU FOR EDUCATIONAL FOR MR. OMAR AL-BAYOUMI AT SAN STATE UNIVERSITY. | EXPENSES DIEGO | | $4,775.00 |
| | INVOICE TOTAL | | | $4,775.00 |

| FOR ACCOUNTING USE ONLY | | |
|---|---|---|
| ACCOUNT CODE | AUTHORIZATION NO. | AMOUNT |
| | | |
| | | |
| | | |
| | | |

**ORIGINAL INVOICE**

DA002262

# Avco Overseas Services TEXTRON

Avco Overseas Services/
Subsidiary of Textron Inc.

10801 Kempwood
Two Claymoore Park
Suite One
Houston, Texas 77043
713/895-3400
Tlx: 4620217 AVCO UI
Fax: 713/895-3468

May 4, 1994

San Diego State University
American Language Institute
College of Extended Studies
5814 Hardy Drive
San Diego, CA 92182

ATTN: Ms. Barbara Heckman

As I indicated in our conversation of 2 May, Avco Overseas Services will administer the educational funding for Mr. Omar Al-Bayoumi and will provide a living allowance for he and his family. We have enclosed a check covering tuition and reimbursement for expenses you incurred on behalf of Mr. Al-Bayoumi. The composition of this payment is listed below.

| | |
|---|---:|
| Tuition IEC Fall 1994 | 2,950.00 |
| Tuition IEC Spring 1995 | 1,680.00 |
| DHL Cost | 45.00 |
| Application Fee | 100.00 |
| Total | 4,775.00 |

Should you have any questions or if we can be of assistance with regard to Mr. Al-Bayoumi, please call me at (713) 895-3411.

Sincerely,

AVCO OVERSEAS SERVICES TEXTRON

E. George Dahl
Vice President Finance/Controller