# Exhibit 50

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

ATTACHMENTS.................. المرفقات    DATE 30 MAR. 1994 التاريخ   NUMBER 3175/H/M الرقم

AVCO OVERSEAS SERVICES/TEXTRON
10801 Kempwood
Two Claymore Park, Suite One,
Houston, TX 77043
United States of America.

Attention: D.F. Wolter, President

Subject   : Payment Guarantee - Omar Al-Bayoumi
-------------------------------------------------------------

You are requested to pay the tuition for Mr Omar Al-Bayoumi of US Dollars Four Thousand Four Hundred Thirty (US$ 4,430.00) to

The American Language Institute
College of Extended Studies
San Diego State Univesity
San Diego, CA92182-1900

PCA/AE Guarantees payment of this amount to AOST using the ANSS III Project Account.

In addition, you are requested to pay weekly living allowance (upto 30 weeks) of US$ 600.00 to Mr Al-Bayoumi and invoice the ANSS III Project Account.

The course will start 30 August 1994 and has a 27 week duration.

Thank you very much.

Best Regards,

MOHAMMED A. AL-SALMI
Director General
Airways Eng'g, PCA

Please reply to:
Director-General, Airways Engineering

الرجاء الرد على العنوان التالي:-
مدير عام هندسة الممرات الجوية

DA002267