# Exhibit 51

9 - 8 - 409



**RECEIVED 2 0 FEB 1989**

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

ATTACHMENTS ................. المرفقات ..... DATE ٨٩/٧/١٤ التاريخ .... NUMBER ٦٨٢٨/ر/١ رقم

To   : Samir Suleiman Magboul
       Project Manager

From: Mohammed Ahmed Al-Salmi
      Director General

Subj: Authorization to Hire
      PCA-AE-88-008,
      ANSS CONTRACT

المكرم مدير مشروع دعم وتشغيل
وصيانة نظام الملاحة الجوية
شركة دله أفكو عبر البلاد العربية

الموضوع : تعيين موظف ـ عقد دعم
نظام الملاحة الجوية رقم
٨٨-٠٠٨

السلام عليكم ورحمة الله وبركاته ،

You are authorized to hire

ALEX MENCHION III, for the posi-

tion of VORTAC TECHNICIAN,

PD# 0804-02, (Level"H"),

Abha Sector

اعتمدوا تعيين اليكس منشيون ٣
بوظيفة فني فورتاك رقم ٨٠٤-٠٢
( المستوى ه ) بقطاع أبها .

وتقبلوا تحياتنا ،،،

MOHAMMED AHMED AL-SALMI
Director General
PCA Airways Engineering

م/ محمد أحمد السالمي
مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني

MC/rc
15/2/89/178

SB
20 FEB 89

RECEIVED 2 0 FEB 1989

Mr. Scott.
for action.
IBRAHIM
20/2/89

Please reply to:
Director General, Airways Engineering
P.O. Box 887 Postal Code 21165, Jeddah, Kingdom of Saudi Arabia

لبرجاء الرد على العنوان التالي :-
مدير عام هندسة الممرات الجوية
ص.ب ٨٨٧ الرمز البريدي ٢١١٦٥ جدة، المملكة العربية السعودية

DA002312