# Exhibit 52

# REQUEST FOR LEAVE, TRAVEL, AND PASSPORT HANDLING

Date: 10/3/04

NAME: ADNAN A. AL-HINDI   I.D. #: 50541   JOB TITLE: ENGINEER
NATIONALITY: SAUDI   DOH: ___   LOCATION/SECTION: SED/CEB
W/R PERMIT NO: ___   PASSPORT NO: ___   DIRECTORATE: PCA/AE

## LEAVE REQUEST

Type Of Leave: ANNUAL   ( ) Others  Business Trip
Period Of Leave Requested: ( ) days;   FROM: 03/04/04   TO: 08/04/04
REMARKS & ADDRESS:

ENG. MOHAMMED A. AL-SALMI
Director General   PROJECT DIRECTOR
Airways Engineering
( XX ) Approved   ( ) Disapproved
Dept / Site Head: AJM/HAA

FINANCE USE ONLY
Entitled Annual Vacation: ___ Days
Accrued; Annual: ___ Days
Comp. Time: ___ Days
R & R: ___ Days
TOTAL: ___
Finance Sign: ___

## CLEARANCE

Immediate Supervisor: ___   Support Services: ___
Prop. Administration: ___   Finance: ___
Please deduct an amount of SR. ___ for: ___

## PASSPORT HANDLING

REQUEST TO:
( ) Register Passport          ( ) Obtain Exit & Re-entry Visa
( ) Obtain Work/Residency Permit   ( ) Obtain Exit Visa & Cancel W/R Permit
( ) Add Dependent (s) to Residency Permit   ( ) Renewal Of W/R Permit

FOR:   NAMES   PASSPORT NO.   NATIONALITY   RELATIONSHIP
(1) ___
(2) ___
(3) ___
(4) ___
W/R Permit No. (s)  (1) ___  (2) ___  (3) ___  (4) ___
Received the above listed Residence Book (s) and/or Passport (s) for processing as requested.

Mgr. Personnel/Area/Base/Site                  Passport Dept. Head Signature

## TRAVEL REQUEST

Purpose of Travel & Remarks: OFFICIAL BUSINESS
Desired Dep. Date 02/04/04   Desired Return Date 08/04/04
Flight Itinerary: JEDDAH/CAIRO/JEDDAH
Requester's Signature ___   Date ___
Division/Directorate: (X) Approved  ( ) Disapproved   AJM/HAA

## TICKETING

| DATE | FLT. NO. | FROM | TO | ETD | ETA |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Cost SR.: ___   Date ___
Mgr. Gen. Admin.   Mgr. Personnel Affairs   Travel Supervisor
Tickets Received by: ___   Date ___

DATAC 3C 06 C   1- PERSONNEL: White, 2- DEPT./SITE: Blue, 3- TRAVEL: Yellow, 4- EMPLOYEE: Pink, 5- PASSPORT: Golden, 6- FINANCE: Green   7540-001088

DA008623

In the Name of Allah, the Most Gracious, the Most Merciful

| Kingdom of Saudi Arabia | [logo] | No. _23/H/M/D_ |
| Ministry of Defense & Aviation | Ministry of Defense & Aviation | Date _1/23/1425 A.H._ |
| Presidency of Civil Aviation | Presidency of Civil Aviation | _[5/8/2004 A.D.]_ |
| Airways Engineering | Airways Engineering | Attachments _Two forms_ |

To the esteemed / Manager of the Air Navigation System Support Project

Peace be upon you and Allah's mercy and blessings…

We hereby inform you that the work requirements dictate that Employee / Adnan Abdul Latif Al-Hindi travel to Cairo in order to attend the sixth meeting on (CNS/MET) as of 04/03/2004, for a period of six days including the departure and return travel days.

Accordingly, please provide him with a Horizon Class round-trip travel ticket (Jeddah / Cairo / Jeddah), and pay him the travel expenses he is entitled to for this trip in advance so as to cover the accommodation, subsistence and transportation expenses.

[signature]

Cordially…

<u>Essam</u>                                   Director General of Airways Engineering

*Take the actions necessary*                           [signature]

[signature]                              Engineer / Mohammed bin Ahmed Al-Salemi

*3/14*

Hani 6 "Navigation Support Project"

[signature]
*3/14/*[illegible]

**Please reply to the following address:**          **Please reply to:**
Director General of Airways Engineering             Director – General, Airways Engineering
P.O. Box 15441, Postal Code 21444, Kingdom of Saudi Arabia   P.O. Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

DA008624



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | DA008624 |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Authorised Signature:

Name: Jessica Sack
Title: Project Assistant
Date: 3/4/2020

Signature, Notary Public:

ALEX MIKLICH
Notary Public   State of New York
NO. 01MI6357610
Qualified in New York County
My Commission Expires Apr 24, 2021

Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم: ٢/٥/١٢/د
التاريخ: ٢/١١/١٤٢٥هـ
المرفقات: عوزحس

المكرم/مدير مشروع دعم نظام الملاحة الجوية      المحترم

السلام عليكم ورحمة الله وبركاته،،،

نفيدكم بأن متطلبات العمل تقتضي سفر الموظف / عدنان عبداللطيف الهندي إلى مدينة القاهرة لمتابعة الإجتماع السادس الخاص بـ (CNS/MET) إعتبارا من ٢٠٠٤/٤/٣م ولمدة ستة أيام بما فيها أيام السفر والعودة.

عليه نأمل تزويده بتذكرة إركاب درجة أفق (جدة/القاهرة/ جدة) ذهابا وإيابا وكذلك صرف مستحقاته لهذه الرحلة مقدما لتغطية مصاريف السكن والإعاشة والمواصلات.

وتقبلوا تحياتي،،،

مدير عام هندسة الممرات الجوية

م/ محمد بن أحمد السالمي

هاني ٦ "مشروع دعم الملاحة"

الرجاء الرد على العنوان التالي:
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

DA008624



Saudi Arabian Airlines passenger ticket and baggage check.
- ISSUED BY: SAUDI ARABIAN AIRLINES
- SV PNR: M52N74
- NAME OF PASSENGER: ALHINDI/ADNANABDULLATIFMR
- DATE OF ISSUE: 16MAR04
- IATA BSP: 936
- AIRLINE DATA: M8DKL6/1G G
- ORIGIN/DESTINATION: JED JED
- SITI DAREEN ALZULFI JB /GDSL
- JEDDAH 71480522 /KH

| FROM / TO | CARRIER | FLIGHT | CLASS | DATE | TIME | STATUS | FARE BASIS | ALLOW |
|---|---|---|---|---|---|---|---|---|
| VOID / VOID | | | | VOID | VOID | | | |
| JEDDAH / CAIRO | SV | 303J | | 04APR | 1655 | OK | J | 30K |
| CAIRO / JEDDAH | SV | 302J | | 08APR | 1930 | OK | J | 30K |

FARE CALCULATION: SAR 3008.00 JED SV CAI M401.06J SV JED M401.06J NUC 802.12 END ROE3.7500

- FARE: SAR 3008.00
- TAX: SAR50.00DR
- TAX: SAR20.00YQ
- TAX: SAR18.00HINV123
- TOTAL: SAR 3096.00
- AGENT: 77337 5608
- CONTROL: 07698254906
- CPN: 3
- FORM AND SERIAL NUMBER: 065 3211072936 6

DA008625