# Exhibit 53

**Job Title: Contracts and Financial Control Manager**
**Job No.: 103**

**About the Job:**

Responsible to the General Manager of Airways Engineering for supervising the contractual transactions and ensuring that the contractor complies with all laws applicable in the Kingdom of Saudi Arabia and the directives, customs, practices and conventions including the Labor and Workmen Law.

**Duties:**

1- Analyze contracts, tenders, and specifications of systems, secondary systems, installations and services to determine the goals of the requirements of the Presidency of Civil Aviation for the contractor.
2- Conduct studies and analyses and prepare plans to fulfil the contractual requirements.
3- Conduct an analysis and remain aware at all times of the status of sub-contracts relating to Airways Engineering and its principal contractors.
4- Coordinate via the financial control branch with all the divisions of Airways Engineering to ensure that the contractor's activities are within the budget commitments and the actual or proposed contractual obligations of Airways Engineering.
5- Ensure that contractors deliver the performance level required as per the contractual directives.
6- Prepare documents and correspondence in respect of contracts.
7- Assist in the processes for employment of direct labor at Airways Engineering, including salaries and delegation of work.
8- Assist in negotiations and preparation of changes and contractual amendments.
9- Develop invitation documents for the submission of tenders and related documents for new contracts.
10- Review, monitor and analyze new contracts to ensure they conform to the requirements of Airways Engineering before they are finally approved and executed.
11- Carry out other duties as required.

**Required Qualifications and Experience:**

1- A bachelor's degree, preferably in the field of law or business administration.
2- Experience of (10) ten years in contract management, of which five years should be in the field of air navigation system support or related fields.

[stamp: illegible]                    [stamp: illegible]

DA009230

**(Cont. Job No. 103)**

3- Necessary to be fluent in both Arabic and English.
4- Necessary to be completely familiar with management information systems on the computer in a navigation environment.
5- Ability to prepare and analyze reports and to carry out research.
6- Must have an entrepreneurial spirit and thinking skills as well as the ability to maintain harmonious working relationships with others.
7- Must have a valid driving license and be able to obtain a Saudi license.


[stamp: Airways Engineering [illegible]]        [stamp: illegible]


DA009231



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

**File Name(s):**

103 - CFC Mgr Description_EN

**Source Language(s)**   Arabic
**Target Language(s)**   English

Reason for signature: I approve the accuracy of this document content as written
*Authorized Signature:*

*Abdeladhim Bouafia*
Abdeladhim Bouafia (Jan 13, 2021 18:06 GMT+4)

*Name:* Abdeladhim Bouafia
*Title:* Project Manager
*Date:* Jan 13, 2021

**Abdeladhim Bouafia**
E-signed 2021-01-13 06:06PM GMT+4
abouafia@transperfect.com
TransPerfect
Project Manager

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

**مسمى الوظيفة :** مدير العقود والمراقبة المالية
**رقم الوظيفة :** ١٠٣

**نبذة عن الوظيفة :**
مسئول أمام مدير عام هندسة الممرات الجوية عن الإشراف على العمليات التعاقدية والتأكد من التزام المقاول بكافة القوانين المطبقة في المملكة العربية السعودية والتوجيهات والعادات والأعراف والتقاليد مشتملة على قانون العمل والعمال.

**المهـــام:**
١- تحليل عقود وعطاءات ومواصفات النظم والنظم الثانوية والتجهيزات والخدمات لتحديد أهداف متطلبات رئاسة الطيران المدني للمقاول.
٢- إجراء الدراسات والتحاليل وإعداد الخطط للإيفاء بالمتطلبات التعاقدية.
٣- إجراء التحليل والإطلاع بشكل دائم على وضع العقود من الباطن المتعلقة بهندسة الممرات الجوية ومقاوليها الرئيسيين.
٤- التنسيق من خلال فرع المراقبة المالية مع أقسام هندسة الممرات الجوية للتأكد من أن أنشطة المقاول ضمن التزامات الميزانية والإلتزامات التعاقدية الفعلية أو المقترحة لهندسة الممرات الجوية.
٥- ضمان تقديم المقاولين لمستوى الأداء المطلوب بموجب التوجيهات التعاقدية.
٦- إعداد الوثائق والمراسلات الخاصة بالعقود.
٧- المساعدة في عمليات توظيف العمالة المباشرة بهندسة الممرات الجوية مشتملة على الرواتب والتكليف بالعمل.
٨- المساعدة في المفاوضات وإعداد التغييرات والتعديلات التعاقدية.
٩- تطوير وثائق الدعوات لتقديم العطاءات والوثائق ذات العلاقة الخاصة بالعقود الجديدة.
١٠- مراجعة ومراقبة وتحليل العقود الجديدة للتأكد من مطابقتها لمتطلبات هندسة الممرات الجوية قبل المصادقة عليها نهائياً وتنفيذها.
١١- القيام بالمهام الأخرى حسب الطلب.

**المؤهلات والخبرة المطلوبة :**
١- بكالوريوس ، تفضل أن تكون في مجال القانون أو إدارة الأعمال.
٢- خبرة (١٠) عشرة سنوات في إدارة العقود منها (٥) خمس سنوات في مجال دعم نظام الملاحة الجوية أو المجالات ذات العلاقة.



DA009230

(تابع الوظيفة رقم ١٠٣)

٣- ضرورة الإلمام التام باللغتين العربية والإنجليزية.
٤- ضرورة المعرفة التامة بنظم المعلومات الإدارية بالكمبيوتر في بيئة ملاحية.
٥- القدرة على إعداد التقارير وتحليلها وإجراء البحوث.
٦- أن يتمتع بروح المبادرة والرأي السديد، والقدرة على الاحتفاظ بعلاقات عمل منسجمة مع الآخرين.
٧- يجب أن تكون لديه رخصة قيادة صالحة وأن يستطيع الحصول على رخصة سعودية.

DA009231