# Exhibit 54

**Job Title: Key Contracts Specialist**

**Job No.: 204**

**Job Summary:**

He shall be responsible before the Director of Financial Control for reviewing, evaluating and analyzing the contracts and documents of tenders and other relevant documents in order to determine the requirements and objectives of a contractor and the airways engineering. He shall participate in preparing documents of a tender, contracts and the relevant exhibits, and supervise the documents of contracts and keep them in a form of library.

**Duties:**

1. Analyzing contracts, bids, specifications of systems, secondary systems and preparations in order to determine the objectives and requirements of Civil Aviation presidency to a contractor.
2. Analyzing and reviewing continuously the status of subcontracts of the airways engineering and their key contractors.
3. Coordination between the Financial Control and the airways engineering sections to make sure that a contractor' activities fall within the scope of the financial and contractual obligations of the airways engineering.
4. Making sure of the contractors' achievement of the required level of performance pursuant to the contractual guidelines.
5. Assisting the Director of Contracts in negotiation and preparation of changes and amendments made to contracts.
6. Supervising the development of the tender documents and the other documents relevant to the new contracts.
7. Reviewing, monitoring and analyzing the new contracts to ensure their conformity with the requirements of the airways engineering before being finally approved and executed.
8. Assuming other duties as the case may require.

**Required Qualifications and Experience:**

1. Bachelor of Laws or Business Administration.
2. (8) Years of experience in the field of finance and contracts, and at least (3) years of experience in the field of preparing and analyzing documents of a tender and contracts.
3. He must be able to make reports, analyses and researches.
4. It is preferable to master both of Arabic and English.
5. He must have excellent skills in communications and written correspondences.
6. He must have a valid driving license and can obtain a Saudi driving license.

[Seals: (illegible)]

DA009292



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | DA009292 |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Authorized Signature:

*[signature]*

Name:  Lauren Sicurella
Title:  Project Manager
Date:  January 18, 2019

Signature, Notary Public:

*[signature]*

NATALYA AMOEDO MADEIRA
Notary Public – State of New York
NO. 01MA6369616
Qualified in Westchester County
My Commission Expires Jan 16, 2022

Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

مسمى الوظيفة : أخصائي عقود رئيسي
رقــم الوظيفة : ٢٠٤

### نبذة عن الوظيفة :
مسئول أمـام مدير المراقبـة الماليـة عن مراجعـة وتقيـيم وتحليل العقـود ووثـائق المنافسـة وغيرها من الوثائق ذات العلاقة لتحديد متطلبات وأهداف المقاول وهندسة الممرات الجويـة المشاركة في إعداد وثائق المنافسة والعقود والوثائق ذات العلاقـة والإشـراف علـى وثـائق العقود والإحتفاظ بها بشكل مكتبة .

### المهــام :
١- تحليل عقـود وعطـاءات ومواصفـات النظـم والنظـم الثانويـة والتجهيـزات لتحديـد أهـداف ومتطلبات رئاسة الطيران المدني للمقاول .
٢- التحليل والإطلاع الدائم على وضع العقود مـن البـاطن الخاصـة بهندسـة الممرات الجويـة ومقاوليها الرئيسيين .
٣- التنسيق عن طريق المراقبة المالية مع أقسام هندسة الممرات الجوية للتأكد من أن نشـاطات المقاول تقع ضمن نطاق الالتزامات المالية والتعاقدية لهندسة الممرات الجوية .
٤- التأكد من تحقيق المقاولين للمستوى المطلوب من الأداء بموجب التوجيهات التعاقدية .
٥- مساعدة مدير العقود في التفاوض وإعداد التغييرات والتعديلات في العقود .
٦- الإشراف على تطوير وثائق المنافسة وغيرها من الوثائق ذات العلاقة بالعقود الجديدة .
٧- مراجعة ومراقبة وتحليل العقود الجديدة لضمان مطابقتها لمتطلبات هندسة الممرات الجويـة قبل الموافقة عليها بشكل نهائي وتنفيذها .
٨- القيام بالمهام الأخرى حسب اللزوم .

### المؤهلات والخبرة المطلوبة:
١- بكالوريوس في القانون أو إدارة الأعمال.
٢- خبرة (٨) ثمان سنوات في مجال المالية والعقود مع مالا يقل عن (٣) ثلاث سنوات خبرة في مجال إعداد وتحليل وثائق المنافسة ووثائق العقود .
٣- القدرة على كتابة التقارير والتحاليل والأبحاث ضرورية .
٤- يفضل الإلمام التام باللغتين العربية والإنجليزية .
٥- ضرورة توفر مهارات ممتازة في الاتصالات والمراسلات الكتابية .
٦- يجب أن تكون لديه رخصة قيادة صالحة ويستطيع الحصول على رخصة قيادة سعودية.



DA009292