# Exhibit 55

**Job title: Senior Information Systems Specialist**
**Job No.: 206**

**Job overview:**
    Responsible to the Sector's Director for verifying the information received from the information engineers who report to him; supervising the performance of the personnel in his department; directing, developing and implementing new concepts and state-of-the-art technologies to solve problems with the automated operating systems; and providing technical advise to supervising engineers and technicians upon request.

**Duties:**
1- Research and identify computer system requirements, as well as focus on other factors such as weight, availability of equipment, ease of installation, cost aspects, design, and other relevant factors.
2- Plan and coordinate key studies pertaining to industrial and commercial information presentation and retrieval requirements as well as other relevant requirements.
3- Plan or identify the screening requirements in order to verify or evaluate the functional efficacy of automated operating systems and ensure that they [i.e. the requirements] meet the system's objectives.
4- Perform the other tasks assigned thereto.

**Required qualifications and experience:**
1- Bachelor's degree in engineering or computer science and at least (10) ten years of experience in the field of specialization, including at least (3) three years of experience in the fields of use of air control systems.
2- Must have a valid driver's license and must be able to obtain a Saudi driver's license.
3- Must be able to obtain and hold the Civil Aviation Presidency's licenses in the field of specialization so as to maintain airway facilities.

[seal: illegible]                                                        [stamp: illegible]

DA009294

## AFFIDAVIT OF ACCURACY

This is to certify that the following is, to the best of my knowledge and belief, a true and accurate translation into English of the attached document(s) relating to:

DA009294

written in Arabic.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the results of these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

| | |
|---|---|
| August 24, 2023 | _____ |
| Date | Signature |
| | |
| _____ | _____ |
| Stamp, Notary Public | Signature, Notary Public |

مسمى الوظيفة : أخصائي رئيسي نظم معلومات
رقـــم الوظيفة : ٢٠٦

**نبذة عن الوظيفة :**
مسئول أمام مدير القطاع ، عن تدقيق المعلومات الواردة من مهندسي المعلومات التابعين له ومراقبة أداء المنسوبين في أدارته. توجيه وتطوير وتنفيذ المفاهيم الجديدة والتقنيات الحديثة المتقدمة لحل مشاكل نظم التشغيل الآلي. وتقديم المشورة الفنية للمشرفين الهندسيين والفنيين حسب الطلب.

**المهــام:**
١- إجراء البحث وتحديد متطلبات نظم الكمبيوتر. الإهتمـام بـالعوامل الأخرى كـالوزن، وفرة المعدات ، سهولة تركيبها ، اتجاهات التكاليف والتصميم والعوامل الأخرى ذات العلاقة.
٢- تخطيـط وتنسـيق الدراسـات الرئيسـية الشـاملة لمتطلبـات عـرض واسـترجاع المعلومـات الصناعية والتجارية والمتطلبات ذات العلاقة.
٣- تخطيط أو تحديد متطلبات الفحص للتأكد من أو تقييم نظم التشغيل الآلي مـن حيـث كفاءتهـا الوظيفية ولضمان مطابقتها مع أهداف النظام .
٤- القيام بالمهام الأخرى المسندة إليه.

**المؤهلات والخبرة المطلوبة :**
١- بكالوريوس في الهندسة ، أو علوم الكمبيوتر وما لا يقل عن (١٠) عشرة سنوات خبرة فـي مجال التخصص. منها ما لا يقل عن (٣) ثلاث سنوات خبرة فـي مجـالات استخدام نظـم المراقبة الجوية.
٢- يجب أن تكون لديه رخصة قيادة صالحة وان يستطيع الحصول على رخصة قيادة سعودية.
٣- أن يكون قادراً على إحراز إجازات رئاسة الطيـران المدنـي فـي مجـال التخصـص لصيانـة مرافق الممرات الجوية والاحتفاظ بها.

