# Exhibit 56

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

ATTACHMENTS .................. المرفقات DATE .. **22 February 1997** .. التاريخ NUMBER .. **4500 - 49199** .. الرقم

To : **Fareed S. Bogary**
**Director, ANSS / DATAC**

SUBJECT : <u>REQUEST FOR PAYMENT ( OKL )</u>

Please provide payment of US Dollar ( $ ) <u>27,520.96</u> ( Twenty Seven Thousand Five Hundred Twenty and 96/100 only ) to our vendor <u>ERCAN INC.</u> against the following document :

| <u>PR NO.</u> | <u>INVOICE NO.</u> | <u>AMOUNT IN USD.</u> |
|---|---|---|
| 76224 | 6-04 | 27,520.96 |
| | Grand Total : | 27,520.96 |

Your cooperation appreciated.

Regards.

**Samuel G. Coombs**
Manager, Logistics

MB/Mir.

DELIVERED 2 4 FEB 1997

ENTERED

Please reply to :
Director-General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي :-
مديرعام هندسة الممرات الجوية
ص . ب : ١٥٤٤١، الرمز البريدي ٢١٤٤٤، جدة، المملكة العربية السعودية

DA010334

# *ERCAN* INC.

567 SAN NICOLAS DR., STE. 306, NEWPORT BEACH, CA 92660
TEL: 714-644-7344  FAX: 714-644-0664

SOLD & SHIP TO:
*Dallah Avco Trans Arabia*
**Presidency of Civil Aviation**
**Airways Engineering ANSS III Program**
P.O. Box 15441
Jeddah, Saudi Arabia 21444
Kingdom of Saudi Arabia

Attn: MANAGER LOGISTICS
Phone: 9662-671-7717 X 353/303
Fax:    9662-670-4375

INVOICE NUMBER: 96-1026
CONSOLIDATED INVOICE NUMBER: 6-04
YOUR ORDER NUMBER: PR76224
DATE SHIPPED: MARCH 29, 1996
DESTINATION: JEDDAH, K.S.A.
AIRWAY BILL NO.: 065-45110520
ROUTING: SAUDIA AIRLINES

**PCA REIMBURSEABLE**
**DATAC - ANSS IV**

ORIGINAL INVOICE

| ITEM | LIS STK NO. | PART NO. | ALT. PART # | DESCRIPTION | QTY | UNIT | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 7035-013392 | 526-0006 | | HEAD, DISK DRIVE UPPER, LEC-16 CC | 10 | EA | $895.10 | $8,951.00 |
| 2 | 7035-011548 | 526-0007 | | HEAD, DISK DRIVE LOWER, LEC-16 C( | 10 | EA | $895.10 | $8,951.00 |
| 3 | 7045-064377 | 522-0007 | | DISK, PLATTER 1000 TPI MAGNETIC D | 10 | EA | $895.10 | $8,951.00 |
| | | | | TOTAL FOB VALUE | | | | $26,853.00 |
| | | | | FREIGHT | | | | $368.52 |
| | | | | INSURANCE | | | | $299.44 |
| | | | | TOTAL CIF VALUE | | | | $27,520.96 |

SANDRA J. STIPP
VP-PROCUREMENT

P.R. No. 76224
____ DOWN / PART. PAYMENT
____ FINAL PAYMENT
____ CHECK
____ RECEIPT ONLY
CERT. C. - CH - DR - TRAN

APPROVED
FOR PAYMENT
Ref. PR 76224
Anss Logistics
BY _____

DA010335

```
                         Presidency of Civil Aviation
LI14PC - 205             MATERIAL RECEIVING REPORT  P133696            PAGE:
              DOCUMENT TYPE & NO: RFP PR76224                          16 Feb
              RECEIVING WAREHOUSE: 001 CENTRAL MAIN WHSE
              DEL ADV:  INV#96-1026                                    08:
              RECV ACCT:  GOVT   GOVERNMENT
              CATEGORY :  GPO    GOVERNMENT PURCHASE ORDER
              SOURCE:  E005              ERCAN INCORPORATED
              RESP CNTR:

LN STOCK NUMBER/      ORDER    BALANCE   DEL ADV   ACTUAL ADJUSTMENT         NET
   DESCRIPTION        QUANT    DUE IN    QUANT     DELIVER QUANTITIES        RECEI

                                                   TOTAL MRR VALUE:       100698.90
                                                   BASED ON PRINTED NET RECEIPT QUANTITIES


                                                   DATA ENTRY


   RECEIVING          16-2-97
   _____         _____
   CHECKED & COUNTED BY    NAME/DATE                SUBSTITUTE   POSTED BY      NAME/DATE
                                                              16-2-97
   _____         _____
   TAG NUMBER ASSIGNED BY  NAME/DATE                RECONCILIATION  POSTED BY   NAME/DATE


   _____         _____
   APPROVED BY             NAME/DATE                TAG NUMBER    POSTED BY     NAME/DATE
                                                              16-2-97
                                                   _____
                                                   RECEIPT COMPLETION POSTED BY NAME/DATE


   NOTE: EXTENDED PRICES AND TOTAL VALUE ARE BASED ON PRINTED NET RECEIPT
         QUANTITIES, AND MUST BE AMENDED IF ANY ACTUAL QUANTITY IS ALTERED-


                         AIRWAYBILL NO.- 065-4511 0520
```

```
                          Presidency of Civil Aviation
LI14PC - 205              MATERIAL RECEIVING REPORT   P133696              PAGE:
                          DOCUMENT TYPE & NO: RFP PR76224                  16 Feb
                          RECEIVING WAREHOUSE: 001 CENTRAL MAIN WHSE
                          DEL ADV:  INV#96-1026                            08:
                          RECV ACCT:  GOVT   GOVERNMENT
                          CATEGORY :  GPO    GOVERNMENT PURCHASE ORDER
                          SOURCE:  E005       ERCAN INCORPORATED
                          RESP CNTR:

LN STOCK NUMBER/          ORDER    BALANCE   DEL ADV   ACTUAL   ADJUSTMENT          NET
   DESCRIPTION            QUANT    DUE IN    QUANT     DELIVER  QUANTITIES          RECEI


01 7035-013392              10       10        10        10     SHORT      _____
   HEAD          DISK DRIVE UPPER           U/I: EA             DAMAGED    _____
                                                                INCORRECT  _____
                                                                OVERAGE ACC_____
   PERTEC COMPUTER CORPORATION     526-0006                     OVERAGE REJ_____
   PAAC  526-0006                  LABELS:  10                  COMPLETE    Y
   BIN LOC: NO BIN   CURRENT BOH:       0 DUE OUT:       10 DEL DUE DATE:   9606
   ACCT CLASS: 3000 UNIT PRICE:   3356.63 EXT.PRICE:        33566.30
   REMARKS:


02 7035-011548              10       10        10        10     SHORT      _____
   HEAD          DISK DRIVE LOWER          U/I: EA              DAMAGED    _____
   LFC-16 COMPUTER                                              INCORRECT  _____
                                                                OVERAGE ACC_____
   PERTEC COMPUTER CORPORATION     526-0007                     OVERAGE REJ_____
   PAAC  526-0007                  LABELS:  10                  COMPLETE    Y
   BIN LOC: NO BIN   CURRENT BOH:       0 DUE OUT:       10 DEL DUE DATE:   9606
   ACCT CLASS: 3000 UNIT PRICE:   3356.63 EXT.PRICE:        33566.30
   REMARKS:


03 7045-064377              10       10        10        10     SHORT      _____
   DISK          PLOTTER 1000 TPI          U/I: EA              DAMAGED    _____
   PERTEC MAGNETIC DISK DRIVE                                   INCORRECT  _____
   LEC-16 COMPUTER                                              OVERAGE ACC_____
   PERTEC COMPUTER CORP.           522-0007                     OVERAGE REJ_____
   PAAC  522-0007                  LABELS:  10                  COMPLETE    Y
     EABP  106963-01
     PAPP  PLATTER
   BIN LOC: NO BIN   CURRENT BOH:       0 DUE OUT:       15 DEL DUE DATE:   9606
   ACCT CLASS: 3000 UNIT PRICE:   3356.63 EXT.PRICE:        33566.30
   REMARKS:
```

DA010337

# PRESIDENCY OF CIVIL AVIATION
## PURCHASE REQUISITION

COPY : 1 OF 1
PAGE : 1

| VENDOR | : | | | | |
|---|---|---|---|---|---|
| REQ. NUMBER | : FR76224 | REVISION : | REV. DATE : | SERVICE | : WAREHOUSE : 001 CENTRAL MAIN WHSE |
| PRCH ACCT | : GOVT GOVERNMENT PURCHASING | | | DATE PREP. | : 18 OCT 95   N (Y=STOCK UC NOT UPDATED) |
| CATEGORY | : GPO GOVERNMENT PURCHASE ORDER | | | PREPARED BY | : STOCK CONTROL SECTION  **PRIORITY: 2** |
| DESCRIPTION | : COMPUTER SPARE PARTS | | | REQD. FOR | : SUPPLY REQUEST |
| DATE REQD. | : 19 NOV 95   REASON : **LEC-16 DISK DRIVE** | | | NOTIFY | : WAREHOUSE SUPERVISOR |
| VIA | : PCA/ANSS P O BOX 15441 JD | | | CMDTY | : 1420 COMPUTER SPARE PARTS |
| DELIVER TO | : CENTRAL WAREHOUSE (JED.DEPT) | | | REQ. TYPE | : INTERNATIONAL (O.K.L.) |
| APPROVED | : | ( FAAC ) | | SHIP VIA | : |
| | | | | DEL. DATE | : |

MOH. D. BASHARAHIL   S. G. COOMBS   MOHAMMED. A. AL-SALMI
SUPV. INVTY. MGMT.   MANAGER LOGISTICS   DIRECTOR GENERAL

MANUFACTURER: PERTEC COMPUTER CORPORATION
SEE END OF REQUISITION FOR LOCAL REP. DETAILS AND ADDRESSES

| N | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 01 | 10 EACH | HEAD   DISK DRIVE UPPER | | |
| | | MANUFACTURER: | | |
| | | PERTEC COMPUTER CORPORATION   PART NUMBER: 526-0006 | | |
| | | JD-149352A | | |
| | | R/C: 0500500   * LIS STOCK NO: 7035-013392 | | |
| 02 | 10 EACH | HEAD   DISK DRIVE LOWER | | |
| | | MANUFACTURER: | | |
| | | PERTEC COMPUTER CORPORATION   PART NUMBER: 526-0007 | | |
| | | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| | | * LIS STOCK NO: 7035-011548 | | |

* CONTINUED *                              * THIS PAGE TOTAL : |

RECEIVED 21 OCT 1995
PURCHASING PCA LOGISTICS

DA010338

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY 1 OF 1
PAGE: 2

REQ. NUMBER: PR76224   REVISION:

| LN | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| | 10 EACH | JD-149352A<br>R/C: 0500500<br>DISK       PLOTTER 1000 TPI<br>MAGNETIC DISK DRIVE<br>LEC-16 COMPUTER<br>PERTEC COMPUTER CORPORATION   522-0007<br><br>CERTIFICATE OF CONFORMITY NOT REQUIRED<br><br>MANUFACTURER:          PART NUMBER:<br>PERTEC COMPUTER CORPORATION   522-0007<br>EASTMARK, INC.                106963-01<br>PERIPHERAL MFG., INC.          PLATTER<br><br>* LIS STOCK NO: 7045-064377 | | |
| | | JD-147249<br>R/C: 0500500<br><br>CERTIFICATE OF CONFORMITY NOT REQUIRED<br><br>*** LAST ITEM *** | | |

* CONTINUED *

THIS PAGE TOTAL:

RECEIVED
21 OCT
PURCHASING
PCA LOGISTICS

DA010339

| REQ. NUMBER: PR76224 | REVISION: | | PAGE: 3 |
|---|---|---|---|
| LN | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |

1 | 1 | MANUFACTURER:
        FERTEC COMPUTER CORPORATION
        9600 IRONDALE AVENUE
        CHATSWORTH, CALIFORNIA
        U.S.A.
        ZIP: CA 91311
        PHN:
        TLX: 662628
        CNT:

        LOCAL REPRESENTATIVE/S:
        ZIP:
        PHN:
        TLX:
        CNT:

*** END OF REQUISITION ***

| | THIS PAGE TOTAL: |
| | REQUISITION TOTAL: |

BIDDER NAME (PRINT): _____  SIGNATURE: _____  DATE: _____

RECEIVED 21 OCT 1985
PURCHASING
PCA LOGISTICS


# ERCAN INC.

567 San Nicolas Dr., Suite 306, Newport Beach, CA 92660
Tel: 714-644-7344   Fax: 714-644-0664   Telex: 277709 TI UR

## CONSOLIDATED INVOICE
#8-04

SHIP TO:
**Dallah Avco Trans Arabia**
**Presidency of Civil Aviation**
**Airways Engineering**
P.O. Box 15441
Jeddah, Saudi Arabia 21444

Attn: MANAGER LOGISTICS
Phone: 9662-671-7717 X 353/303
Fax: 9662-670-4375

Electronic Spare Parts

DATE SHIPPED: MARCH 29, 1996
F.O.B. CIF JEDDAH
TOTAL WEIGHT/CUBE: 30 LBS.
BOX 1: 16 X 16 X 10
BOX 2: 28 X 10 X 15

TOTAL NO. OF CARTONS: TWO (2)
INSURANCE POLICY NO.: UNION TRANSPORT INS.
AIR WAYBILL NO.: 065-45110520
PREPAID OR COLLECT: PREPAID
ROUTING: SAUDIA AIRLINES

**ORIGINAL**

| COMM-INV # | PR NUMBER | I # | LIS STK NO. | PART_NO | ALT. PART # | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 96-1020 | PR75814 | 1 | 5961-046918 | 2N3439 | | XSTR 2N3439 | 9 | $21.50 | $193.50 |
| | | | | | | TOTAL FOB VALUE | | | $193.50 |
| | | | | | | FREIGHT | | | $2.66 |
| | | | | | | INSURANCE | | | $2.16 |
| | | | | | | TOTAL CIF VALUE | | | $198.32 |
| 96-1021 | PR75840A | 1 | 5935-051158 | Y-297A | | SOCKET TUBE ELECTRON, 208U-10C P( | 2 | $4,330.00 | $8,660.00 |
| | | | | | | TOTAL FOB VALUE | | | $8,660.00 |
| | | | | | | FREIGHT | | | $118.85 |
| | | | | | | INSURANCE | | | $96.57 |
| | | | | | | TOTAL CIF VALUE | | | $8,875.42 |
| 96-1022 | PR76153 | 4 | 5970-106598 | A100399 | | INSULATOR FRONT, TEFLON 1.125 +-0.( | 4 | $33.00 | $132.00 |
| | PR76153 | 5 | 5970-106595 | A100403 | | INSULATOR TEFLON 7/32 THK X 7/8 DIA | 2 | $10.00 | $20.00 |
| | PR76153 | 6 | 5815-083487 | 112208 | | ARM PLASTIC GEAR MDL. V02428AA1 | 20 | $98.20 | $1,964.00 |
| | PR76153 | 7 | 5970-106597 | A100398 | | INSULATOR BACK, TEFLON 1.125 +-0.0( | 4 | $40.00 | $160.00 |
| | | | | | | TOTAL FOB VALUE | | | $2,276.00 |
| | | | | | | FREIGHT | | | $31.24 |
| | | | | | | INSURANCE | | | $25.38 |
| | | | | | | TOTAL CIF VALUE | | | $2,332.62 |
| 96-1023 | PR76160 | 2 | 5340-113103 | 7500-254 | | CLAMP, BAND ASSY., RES FR COAX MI | 2 | $219.60 | $439.20 |
| | PR76160 | 3 | 5340-113102 | 5340NL0001-44 | 5-049 | FOOT RUBBER INCL. METAL SCREW, M | 6 | $24.40 | $146.40 |
| | | | | | | TOTAL FOB VALUE | | | $585.60 |
| | | | | | | FREIGHT | | | $8.04 |
| | | | | | | INSURANCE | | | $6.53 |
| | | | | | | TOTAL CIF VALUE | | | $600.17 |
| 96-1024 | PR76167 | 1 | 5955-113162 | CR46B/U318.000KHZ | | XTAL, 318.000KHZ | 2 | $850.00 | $1,700.00 |
| | | | | | | TOTAL FOB VALUE | | | $1,700.00 |
| | | | | | | FREIGHT | | | $23.33 |
| | | | | | | INSURANCE | | | $18.96 |
| | | | | | | TOTAL CIF VALUE | | | $1,742.29 |

Page 1

DA010341


# ERCAN INC.

567 San Nicolas Dr., Suite 306, Newport Beach, CA 92660
Tel: 714-644-7344   Fax: 714-644-0664   Telex: 277709 TI UR

**CONSOLIDATED INVOICE**
**#6-04**

SHIP TO:
Dallah Avco Trans Arabia
Presidency of Civil Aviation
Airways Engineering
P.O. Box 15441
Jeddah, Saudi Arabia 21444

Attn: MANAGER LOGISTICS
Phone: 9662-671-7717 X 353/303
Fax:   9662-670-4375

Electronic Spare Parts

DATE SHIPPED: MARCH 29, 1996
F.O.B. CIF JEDDAH
TOTAL WEIGHT/CUBE: 30 LBS.
BOX 1: 16 X 16 X 10
BOX 2: 28 X 10 X 15

TOTAL NO. OF CARTONS: TWO (2)
INSURANCE POLICY NO.: UNION TRANSPORT INS
AIR WAYBILL NO.: 065-45110520
PREPAID OR COLLECT: PREPAID
ROUTING: SAUDIA AIRLINES

ORIGINAL

| COMM-INV # | PR NUMBER | I # | LIS STK NO. | PART_NO | ALT. PART # | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 96-1025 | PR76218 | 1 | 5960-099884 | ML7815 | | TUBE RF POWER GRID | 2 | $4,097.00 | $8,194.00 |
| | PR76218 | 2 | 5960-099885 | ML8533 | | TUBE RF POWER GRID | 2 | $5,385.00 | $10,770.00 |
| | | | | | | TOTAL FOB VALUE | | | $18,964.00 |
| | | | | | | FREIGHT | | | $260.20 |
| | | | | | | INSURANCE | | | $211.4 |
| | | | | | | TOTAL CIF VALUE | | | $19,435.7 |
| 96-1026 | PR76224 | 1 | 7035-013392 | 526-0006 | | HEAD, DISK DRIVE UPPER, LEC-16 CON | 10 | $895.10 | $8,951.00 |
| | PR76224 | 2 | 7035-011548 | 526-0007 | | HEAD, DISK DRIVE LOWER, LEC-16 CON | 10 | $895.10 | $8,951.00 |
| | PR76224 | 3 | 7045-064377 | 522-0007 | | DISK, PLATTER 1000 TPI MAGNETIC DIS | 10 | $895.10 | $8,951.00 |
| | | | | | | TOTAL FOB VALUE | | | $26,853.00 |
| | | | | | | FREIGHT | | | $368.5 |
| | | | | | | INSURANCE | | | $299.4 |
| | | | | | | TOTAL CIF VALUE | | | $27,520.9 |
| 96-1027 | PR76227 | 5 | 6135-067287 | CA1005 | | BATRY 6V NICAD RECHARGEABLE | 10 | $246.20 | $2,462.00 |
| | | | | | | TOTAL FOB VALUE | | | $2,462.00 |
| | | | | | | FREIGHT | | | $33.7 |
| | | | | | | INSURANCE | | | $27.4 |
| | | | | | | TOTAL CIF VALUE | | | $2,523.2 |
| 96-1028 | PR76307A | 2 | 5961-113495 | MJ10021 | | XSTR, SOLA UPS 1 KVA | 4 | $96.80 | $387.2 |
| | | | | | | TOTAL FOB VALUE | | | $387.2 |
| | | | | | | FREIGHT | | | $5.3 |
| | | | | | | INSURANCE | | | $4.3 |
| | | | | | | TOTAL CIF VALUE | | | $396.8 |
| | | | | | | GRAND TOTAL FOB VALUE | | | $62,081.3 |
| | | | | | | GRAND TOTAL FREIGHT | | | $852.0 |
| | | | | | | GRAND TOTAL INSURANCE | | | $692.2 |
| | | | | | | GRAND TOTAL CIF VALUE | | | $63,625.5 |

SANDRA J. STIPP
VP - PROCUREMENT

Page 2

DA010342



# ERCAN INC.

567 San Nicolas Dr., Suite 306, Newport Beach, CA 92660
Tel: 714-644-7344   Fax: 714-644-0664   Telex: 277709 TI UR

PACKING LIST
# 6-04

SHIP TO:
Dallah Avco Trans Arabia
Presidency of Civil Aviation
Airways Engineering
P.O. Box 15441
Jeddah, Saudi Arabia 21444

Attn: MANAGER LOGISTICS
Phone: 9662-671-7717 X 353/303
Fax: 9662-670-4375

Electronic Spare Parts

DATE SHIPPED: MARCH 29, 1996
F.O.B. CIF JEDDAH
TOTAL WEIGHT/CUBE: 30 LBS.
BOX 1: 16 X 16 X 10
BOX 2: 28 X 10 X 15

TOTAL NO. OF CARTONS: TWO (2)
INSURANCE POLICY NO.: UNION TRANSPORT INS.
AIR WAYBILL NO.: 065-45110520
PREPAID OR COLLECT: PREPAID
ROUTING: SAUDIA AIRLINES

*ORIGINAL*

| MR NUMBER | I # | LIS STK NO. | PART NO | ALT. PART # | DESCRIPTION | QTY | CONTAINER NO. |
|---|---|---|---|---|---|---|---|
| PR75814 | 1 | 5961-046918 | 2N3439 | | XSTR 2N3439 | 9 | BOX 2 |
| PR75840A | 1 | 5935-051158 | Y-297A | | SOCKET TUBE ELECTRON, 208U-10C POWER | 2 | BOX 2 |
| PR76153 | 4 | 5970-106598 | A100399 | | INSULATOR FRONT, TEFLON 1.125 +-0.002 DIA | 4 | BOX 2 |
| PR76153 | 5 | 5970-106595 | A100403 | | INSULATOR TEFLON 7/32 THK X 7/8 DIA. | 2 | BOX 2 |
| PR76153 | 6 | 5815-083487 | 112208 | | ARM PLASTIC GEAR MDL. V02428AA1 | 20 | BOX 2 |
| PR76153 | 7 | 5970-106597 | A100398 | | INSULATOR BACK, TEFLON 1.125 +-0.002 DIA | 4 | BOX 2 |
| PR76160 | 2 | 5340-113103 | 7500-254 | | CLAMP, BAND ASSY., RES FR COAX MDL. -813 | 2 | BOX 2 |
| PR76160 | 3 | 5340-113102 | 5340NL0001-44 | 5-049 | FOOT RUBBER INCL. METAL SCREW, MDL-813 | 6 | BOX 2 |
| PR76167 | 1 | 5955-113162 | CR46B/U318.000KHZ | | XTAL, 318.000KHZ | 2 | BOX 2 |
| PR76218 | 1 | 5960-099884 | ML7815 | | TUBE RF POWER GRID | 2 | BOX 2 |
| PR76218 | 2 | 5960-099885 | ML8533 | | TUBE RF POWER GRID | 2 | BOX 2 |
| PR76224 | 1 | 7035-013392 | 526-0006 | | HEAD, DISK DRIVE UPPER, LEC-16 COMPUTE | 10 | BOX 2 |
| PR76224 | 2 | 7035-011548 | 526-0007 | | HEAD, DISK DRIVE LOWER, LEC-16 COMPUTE | 10 | BOX 2 |
| PR76224 | 3 | 7045-064377 | 522-0007 | | DISK, PLATTER 1000 TPI MAGNETIC DISK DRI | 10 | BOX 1 |
| PR76227 | 5 | 6135-067287 | CA1005 | | BATRY 6V NICAD RECHARGEABLE | 10 | BOX 2 |
| PR76307A | 2 | 5961-113495 | MJ10021 | | XSTR, SOLA UPS 1 KVA | 4 | BOX 2 |

SANDRA J. STIPP
VP - PROCUREMENT

DA010343

065-4511 0520

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable Air Waybill issued by | SAUDI ARABIAN AIRLINES 2049 CENTURY PARK EAST SUITE 2000 LOS ANGELES, CA. 90067 |
|---|---|---|---|
| ERCAN INC. 567 SAN NICOLAS DRIVE, SUITE 303 NEWPORT BEACH, CA. 92660 | | | |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| DALLAH AVCO TRANS ARABIA PRESIDENCY OF CIVIL AVIATION AIRWAYS ENGINEERING P.O. BOX 15441 JEDDAH, SAUDI ARABIA 21444 | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

UNION TRANSPORT CORP.
LOS ANGELES BRANCH

Agent's IATA Code: 33-9-0509/052     Account No.

Accounting Information

COMMECIAL INVOICE SENT OVERHEAD

ETA: 1720 / 19 APR.

Airport of Departure (Addr. of First Carrier) and Requested Routing

LOS ANGELES

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | TW | | JED | SV | | | US$ | | PP | PP | NVD | NCV |

| Airport of Destination | Flight/Date | For Carrier Use Only Flight/Date | Amount of Insurance |
|---|---|---|---|
| JEDDAH | TW 702/18 | SV 902/18 | NIL |

INSURANCE - If carrier offers insurance, and such insurance requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

Handling Information

MARKS: AS ADDRESSED     REF# 6-04     SCI

| No. of Pieces RCP | Gross Weight kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 2 | 13.6 K 30.0 L | N | 19.5 | 12.81 | 249.80 | ELECTRONIC SPARE PAR VOL.WGHT.: 19.5 KG |
| | | Notify Consignee IMMEDIATELY Upon Arrival!! CONTACT: MANAGER LOGISTICS PHONE : 9662-671-7717 ext 353/303 FAX : 9662-670-4375 | | | | OH NO.: 6117 DIMS:1/17x17x11 in 1/28x14x10 in |
| 2 | 13.6 K | | | | 249.80 | .116 cbm |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 249.80 | | |
| | Valuation Charge | | |
| | Tax | | |
| Total Other Charges Due Agent | | | |
| Total Other Charges Due Carrier | | | 76  704102 |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by according to the applicable Dangerous Goods Regulations.

UNION TRANSPORT CORP.
LIZA SAN NICOLAS
Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 249.80 | |
| Currency Conversion Rates | CC Charges in Dest. Currency |
| For Carriers Use only at Destination | Charges at Destination |

04/16/96
Executed on (date)   at (place)

AS AGENT FOR SAUDI ARABIAN AIR
UNION-TRANSPORT CORP
LOS ANGELES
Signature of Issuing Carrier or its Agent

Total Collect Charges

065-4511 0520

APPERSON BUSINESS FORMS, INC. J4634 (1/96)     ORIGINAL 3 (FOR SHIPPER)

DA010344

# UNION-TRANSPORT CORPORATION

| | |
|---|---|
| BRANCH OFFICE 76 LOS ANGELES<br>5422 W. ROSECARNS AVE., LAWNDALE, CA 90260<br>PHONE: (310) 643-3599  FAX: (310) 643-6695 | INVOICE DATE : 04/02/1996<br>INVOICE NO.  : 76004913<br>SHIPMENT NO. : 76704015 |
| AIRPORT OF DESTINATION : JEDDAH | PLEASE REFER TO THIS NUMBER<br>ON ALL PAYMENTS ! |
| FLIGHT NO. : TR UCK/03         761000160 | AWB-NO.       : 065-45110505<br>SHIPPING DATE: 04/02/1996 |
| BILL TO:<br><br>ERCAN INC.<br>567 SAN NICOLAS DRIVE, SUITE 303<br>NEWPORT BEACH, CA, 92660 | CONSIGNEE :<br>DALLAH AVCO TRANS ARABIA<br>PERSIDENCY OF CIVIL AVIATION<br>AIRWAYS ENGINEERING<br>P.O. BOX 15441<br>JEDDAH, SAUDI ARABIA 21444 |

AIRFREIGHT INVOICE

DESCRIPTION OF SHIPMENT :       2 PCS /       28.5 KGS CHARGEABLE
                                              28.1 KGS ELECTRONIC EQUIPMENT

MARKS: AS ADDRESSED      REF# 6-03

ADDITIONAL CHARGES:

```
    HANDLING                    USD      80.00
    CONSOLIDATION               USD      50.00
    CERTIFICATE OF ORIGIN       USD      60.00
    PICK-UP                     USD      70.00
    LEGALIZATION                USD     377.00
    MESSENGER                   USD      80.00
    INSURANCE                   USD   1,013.81
                                      ---------
    TOTAL                       USD    1730.81
```

PAYABLE UPON RECEIPT




PAYABLE UPON RECEIPT

```
MAIL PAYMENT TO   : UNION-TRANSPORT CORP, PO BOX 19043, NEWARK, NJ 07195-0043
WIRE TRANSFER TO  : THE BANK OF NEW YORK, #950, MELVILLE, NY 11747
ACCOUNT NUMBER    : [REDACTED]           ABA NUMBER : 021410637
PHONE NUMBER      : (310) 643-3599       FAX NUMBER : (310) 643-6695
```

ORIGINAL

DA010345

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | | 5. DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER 065-45110520 |
|---|---|---|---|
| ERCAN, Inc.<br>567 San Nicolas Dr., # 306<br>Newport Beach, CA | ZIP CODE<br>92660 | 6. EXPORT REFERENCES | |
| 3. CONSIGNED TO<br>Dallah Avco Trans Arabia<br>Presidency of Civil Aviation<br>Airways Engineering<br>PO Box 15441<br>Jeddah, Saudi Arabia 21444 | | 7. FORWARDING AGENT (Name and address - references)<br>UNION TRANSPORT CORPORATION | |
| | | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address) | | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS | |
| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER | | |
| 14. EXPORTING CARRIER | 15. PORT OF LOADING/EXPORT | 10. LOADING PIER/TERMINAL | |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only) | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE | 11.a CONTAINERIZED (Vessel only) ☐ YES ☐ NO |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| As ADDR. | 2 | Electronic Spare Parts<br><br>Invoice No.: 6-04<br>Dated: March 29, 1996<br><br>Manufacturer: Same as Exporter<br><br>Certified True and Correct that this merchandise is of USA Origin. | 13.61 | 16x16x10<br>28x10x15 |

The undersigned..........Don Lim............(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at...Newport Beach.................. on the ..29th day of.....March...................1996..

Sworn to before me this ..29th day of.....March.................. 19..96

.........................................................................
SIGNATURE OF OWNER OR AGENT

The............................................................................................, a recognized Chamber of Commerce under the laws of the State of .........................................., has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.      Secretary ..................................................................

Form X-501-A Whse. No. 0863
Apperson Business Forms, Inc.
(800) 438-0162 Rev. 1-1-88

DA010346