# Exhibit 57



**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

ATTACHMENTS........ PR's ........المرفقات........ DATE 23 oct. 1995 التاريخ NUMBER 1175 /H/M الرقم

ERCAN INCORPORATED
567 San Nicolas Drive, Suite 306
Newport Beach, CA 92660
United States of America.

Attention: Magdi R. Hanna, Director

Subject  : U.S. Transmittal #0014 (ANSS III)
-------------------------------------------------------------

Enclosed, please find the following Purchase Requests for
procurement action against the indicated document numbers.

| | PR Number | Priority | Item Number(s) |
|---|---|---|---|
| 1. | 76115 | 02 | 01 only |
| 2. | 76167 | 02 | 01 only |
| 3. | 76168 | 02 | 01 thru 05 |
| 4. | 76185 | 02 | 01 & 02 only |
| 5. | 76190 | 02 | 01 thru 03 |
| 6. | 76203 | 02 | 01 & 02 only |
| 7. | 76218 | 02 | 01 thru 03 |
| 8. | 76219 | 02 | 01 only |
| 9. | 76224 | 02 | 01 thru 03 |
| 10. | 76227 | 02 | 01 thru 05 |

Regards,



MOHAMMED A. AL-SALMI
Director General
Airways Eng'g, PCA

CC: Samir Magboul
    Chrono/File

MAT/mnml....
221095

Acknowledgement:

(ERCAN - NEWPORT BEACH)

(Date)

Please reply to:
Director-General. Airways Engineering
P.O.Box 15441. Postal Code 21444. Jeddah. Kingdom of Saudi Arabia

CONFIDENTIAL:  This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

DA010695

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY : 1 OF 1
PAGE :
**ORIGINAL**

| | |
|---|---|
| VENDOR : | WAREHOUSE : 001 CENTRAL MAIN WHSE |
| REQ. NUMBER : PR76115          REVISION :          REV. DATE : | |
| PRCH ACCT : GOVT GOVERNMENT PURCHASING | |
| CATEGORY : GFO GOVERNMENT PURCHASE ORDER | |
| DESCRIPTION : CABLE | SERVICE : N (Y=STOCK UC NOT UPDATED) |
| DATE REQD. : 09 SEP 95   REASON: DIGITAL ALICE GENERAL PROBLEM | DATE PREP. : 02 SEP 95 |
| VIA : | PREPARED BY : STOCK CONTROL SECTION |
| PCA/ANSS P O BOX 15441 JD. | REQD. FOR : SUPPLY REQUEST |
| DELIVER TO : CENTRAL WAREHOUSE (JED.DEPT) | NOTIFY : WAREHOUSE SUPERVISOR |
| | CMDTY: 0520  WIRE AND CABLE |
| MANUFACTURER: ALPHA WIRE CORPORATION | REQ. TYPE : INTERNATIONAL (O.K.L.) |
| ( AAEZ ) | |
| SEE END OF REQUISITION FOR LOCAL REF, DETAILS AND ADDRESSES | |
| APPROVED: | SHIP VIA: |
| | DEL.DATE: |

-- MOH'D BASHARAHIL --
SUPV. INVTY. MGMT.

-- S. G. COOMBE --
-- MANAGER LOGISTICS --

-- MOHAMMED A. AL-SALMI --
-- DIRECTOR-GENERAL --

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 150 METER | CABLE     16AWG 2COR  26X0.25MM | | |
| | 1,32MM2, STRAND:26/30, INSL THK:0,76MM | | |
| | DIA:8,2MM,TYP:SJO NNFRN JKT 300V 60D C | | |
| | ALPHA WIRE CORPORATION | | |
| | | | |
| | MANUFACTURER: | PART NUMBER: | |
| | ALPHA WIRE CORPORATION | 1933 | |
| | | | |
| | * LIS STOCK NO: 6145-112872 | | |
| | | 1933 | |
| | AB-148877 | | |
| | R/C: 0970100 | | |

*** LAST ITEM ***

CERTIFICATE OF CONFORMITY REQUIRED

CERTIFICATE OF CONFORMITY REQUIRED

RECEIVED
3 0 SEP 1995
PURCHASING
PCA LOGISTICS

RECD...
0 4 SEP 1995
PURCH...
PCA LOGIS...

14-9-95

* CONTINUED *          THIS PAGE TOTAL: |

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY : 1 OF 1
PAGE : 2

REQ. NUMBER: PR76115                    REVISION:

| LN | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |

MANUFACTURER:
ALPHA WIRE CORPORATION
711-T LIDGERWOOD AVENUE
ELIZABETH, NEW JERSEY
U.S.A.
ZIP: NJ 07207
PHN: (201)925-8000
TLX: 139180
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

RECEIVED
1 0 SEP 1995
PURCHASING
PCA LOGIS...

R...
0 4 SEP 1995
PUR...

| | THIS PAGE TOTAL : | |
| | REQUISITION TOTAL : | |

BIDDER NAME (PRINT):              SIGNATURE:              DATE:

DA010697

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

CREV. # 1 OF
PAGE :

| | | |
|---|---|---|
| VENDOR | | |
| REQ. NUMBER : PR76167 | REVISION : | WAREHOUSE : 001 CENTRAL MAIN WHSE |
| RICH ACCT | REV. DATE : | |
| CATEGORY : GFO GOVERNMENT PURCHASING | | SERVICE : N (Y=STOCK UC NOT UPDATED) |
| GFO GOVERNMENT PURCHASE ORDER | | DATE PREP.: 20 SEP 95    PRIORITY: 2 |
| DESCRIPTION : CRYSTAL | | PREPARED BY: STOCK CONTROL SECTION |
| DATE REQD. : 20 OCT 95    REASON : RAS AL-MISHAB NDB REDUCED FACILITY | | REQD. FOR : WAREHOUSE STOCK/DUE-OUT |
| P.A : FCA/ANSS P O BOX 15441 JD | | NOTIFY : WAREHOUSE SUPERVISOR |
| DELIVER TO : CENTRAL WAREHOUSE (JED.DEPT) | | CMDTY: 1900 COMM. EQUIP. SPARE PARTS |
| | | REQ. TYPE : INTERNATIONAL (O.K.L.) |
| MANUFACTURER : SOUTHERN AVIONICS | | |
| THE END OF REQUISITION FOR LOCAL REF. DETAILS AND ADDRESSES | ( SABD ) | |

APPROVED:

S G COOMBS
MANAGER LOGISTICS

MOH'D. BASHARAHIL
SUPV. INVEN. MGMT.

MOHAMMED A. AL-SALMI
DIRECTOR GENERAL

| QUANT-UNIT | DESCRIPTION | | SHIP VIA: | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| | | | DEL. DATE: | | |
| 2 EACH | XTAL            318.000KHZ | | | | |
| | NDB MODEL SS-1000 | | | | |
| | SOUTHERN AVIONICS | | | | |
| | | CR46B/U318.000KHZ | | | |
| | MANUFACTURER: | PART NUMBER: | | | |
| | SOUTHERN AVIONICS | CR46B/U318.000KHZ | | | |
| | | * LIS STOCK NO: 5955-113162 | | | |
| | 01-DH-149047    R/C: 0990200 | | | | |
| | 01-WHSE STOCK   R/C: 0600000 | | | | |
| | CERTIFICATE OF CONFORMITY NOT REQUIRED | | | | |
| | *** LAST ITEM *** | | | | |

* CONTINUED *

THIS PAGE TOTAL :

RECEIVED
2 5 SEP 95
PURCHASING
PCAILOGISTICS

DA010698

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY   1 OF 1
PAGE:   2

REQ. NUMBER: FR76167

REVISION:

DESCRIPTION

| N | QUANT-UNIT | | | UNIT PRICE | EXT. PRICE |

MANUFACTURER:
SOUTHERN AVIONICS
P.O. BOX 5345
BEAUMONT, TEXAS
U.S.A.
ZIP: TX 77706
PHN: 409-842-1717
TLX: 779450
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

RECEIVED
2 5 SEP 95
PURCHASING
PCA LOGISTICS

BIDDER NAME (PRINT):

SIGNATURE:

DATE:

THIS PAGE TOTAL:

REQUISITION TOTAL:

DA010699

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

REPRINT NO 03 COPY : 1 OF : 1
DATE : 25 SEP 95    PAGE : 1

VENDOR.
REQ. NUMBER: FR76168          REVISION:          REV. DATE:
PRCH ACCT   : GOVT GOVERNMENT PURCHASING          WAREHOUSE   : 001 CENTRAL MAIN WHSE
CATEGORY    : GPO GOVERNMENT PURCHASE ORDER
DESCRIPTION : COMMUNICATION EQUIP, SPARE PARTS          SERVICE    : N (Y=STOCK UC NOT UPDATED)
DATE REQD.  : 24 OCT 95  REASON: DEPOT REPAIR ORDER     DATE PREP. : 24 SEP 95    PRIORITY: 2
PCA/ANSS P O BOX 15441 JD                               PREPARED BY: STOCK CONTROL SECTION
DELIVER TO  : CENTRAL WAREHOUSE (JED. DEPT)             REQD. FOR  : WAREHOUSE STOCK/DUE-OUT
                                                        NOTIFY     : WAREHOUSE SUPERVISOR
MANUFACTURER: ERCAN INCORPORATED                        CMDTY      : COMM. EQUIP, SPARE PARTS
THE END OF REQUISITION FOR LOCAL REF. DETAIL AND ADDRESSES ( 7005 )
                                                        CMDTY: 1900
                                                        REQ. TYPE  : INTERNATIONAL (O.K.L.)

APPROVED:                                               SHIP VIA:
                                                        DEL.DATE:

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 1 EACH | SPROCKET ASSY TAPE READER/SPOOLER TRS-9750  122867-01 EECO INC. | | |
| | MANUFACTURER: PART NUMBER: EECO INC. 122867-01 EECO INC. 122867-01 | | |
| | DFM502997 R/C: 0500500  * LIS STOCK NO: 7045-008119 | | |
| 2 EACH | RES VAR 1K/10K    311-1411-00 TEKTRONIX INC. | | |
| | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| | MANUFACTURER: PART NUMBER: TEKTRONIX INC. 311-1411-00 BOURNS INC. 82C2A-K32-RA0006 | | |

MOH'D BASHARAHIL
SUPV. INTFY. MGMT.

S.G. COOMES
MANAGER LOGISTICS

MOHAMMED A. AL-SALMI
DIRECTOR GENERAL

RECEIVED
27 SEP 95
PURCHASING
PCA LOGISTICS

* CONTINUED *

THIS PAGE TOTAL:

DA010700

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

REPRINT NO 03 COPY   1 OF   1
DATE : 25 SEP 95        PAGE :   2

REQ. NUMBER: PR76168          REVISION:

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| | | | |
| 3 | | | |
| | SOCKET | | |
| | TUBE ELECTRON | | |
| | CAVITY TUNED ASSY | | |
| | LFA 3211 VHF | | |
| EACH | I.T.T. AVIONICS DIV.          80047946.2 | | |
| | MANUFACTURER:                 PART NUMBER: | | |
| | I.T.T. AVIONICS DIV.          80047946.2 | | |
| | I.T.T. AVIONICS DIV.          80047946.002 | | |
| | | | |
| | * LIS STOCK NO: 5760-065586.9 | | |
| | | | |
| | 01-DFM50443   R/C: 0500500 | | |
| | 02-WHSE STOCK   R/C: 0600000 | | |
| | | | |
| | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| | | | |
| | DUCT   AIR | | |
| | CAVITY TUNED ASSEMBLY | | |
| | LFA 3211 | | |
| 10 | I.T.T. AEROSPACE/COMMUNICATION 80046779-1, | | |
| | | | |
| | MANUFACTURER:                 PART NUMBER: | | |
| EACH | I.T.T. AEROSPACE/COMMUNICATION 80046779-1 | | |
| | I.T.T. AEROSPACE/COMMUNICATION 80046779-3 | | |
| | | | |
| | * LIS STOCK NO: 4130-000814 | | |
| | | | |
| | 01-DFM50443   R/C: 0500500 | | |
| | 02-WHSE STOCK   R/C: 0600000 | | |
| | | | |
| | | | |
| | * CONTINUED * | | THIS PAGE TOTAL: |

Also in table (top rows):
01-DFM52402   R/C: 0500600
01-WHSE STOCK   R/C: 0600000

CERTIFICATE OF CONFORMITY NOT REQUIRED

* LIS STOCK NO: 5905-049066

RECEIVED
27 SEP 95
PURCHASING
PQA LOGISTICS

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

REPRINT NO 03 COPY    1 OF  1
DATE: 25 SEP 95         PAGE: 3

REQ. NUMBER: FR76168        REVISION:         DESCRIPTION

| QUANT-UNIT | | UNIT PRICE | EXT. PRICE |

EACH    6

TUBE
CAVITY TUNED ASSEMBLY
LFA 3211 VHF
I.T.T. AVIONICS DIV.                         800427062

CERTIFICATE OF CONFORMITY NOT REQUIRED

MANUFACTURER:                        PART NUMBER:
I.T.T. AVIONICS DIV.                 800427062

                    * LIS STOCK NO: 5960-040933

01-DFM42024    R/C: 0500500
01-DFM50365    R/C: 0500500
04-WHSE STOCK  R/C: 0600000

CERTIFICATE OF CONFORMITY REQUIRED

*** LAST ITEM ***

LOCAL REPRESENTATIVE/S:

MANUFACTURER:
ERCAN INCORPORATED
567 SAN NICOLAS DR.
SUITE 303, NEWPORT BEACH
CALIFORNIA, U.S.A.
ZIP: CA 92660              ZIP:
PHN: 714-644-7344          PHN:
TLX:                       TLX:
CNT:                       CNT:

*** END OF REQUISITION ***

RECEIVED
27 SEP 95
PURCHASING
PCA LOGISTICS

| BIDDER NAME (PRINT): | SIGNATURE: | DATE: | THIS PAGE TOTAL: |
| | | | REQUISITION TOTAL: |

DA010702

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY :
PAGE : 1 OF 1

| | | WAREHOUSE : | 001 CENTRAL MAIN WHSE |
|---|---|---|---|

VENDOR :
REQ. NUMBER : PR761B5
OPEN ACCT :
CATEGORY :
DESCRIPTION : GPO GOVERNMENT PURCHASE ORDER
DATE REQD. : LAMPS
28 OCT 95     REASON : ABHA VCSS GENERAL PROBLEM
FCA/ANSS F O BOX 15441 JD
DELIVER TO : CENTRAL WAREHOUSE (JED. DEPT)

REVISION :
REV. DATE :

SERVICE        : N (Y=STOCK UC NOT UPDATED)
DATE PREP.     : 28 SEP 95    PRIORITY : 2
PREPARED BY    : STOCK CONTROL SECTION
REQD. FOR      : WAREHOUSE STOCK/DUE-OUT
NOTIFY         : WAREHOUSE SUPERVISOR
CMDTY : 1900   COMM. EQUIP. SPARE PARTS
REQ. TYPE      : INTERNATIONAL (O.K.L.)

SHIP VIA :
DEL. DATE :

MANUFACTURER : ERCAN INCORPORATED
THE END OF REQUISITION FOR LOCAL REF. DETAILS AND ADDRESSES

APPROVED :

MOH'D BASHARAHIL
SUPV. INVT. MGMT.

S. G. COOMBS
MANAGER LOGISTICS

MOHAMMED A. AL-SALMI
DIRECTOR GENERAL

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 500 EACH | LAMP     28V 24MA BI-PIN BASE<br>T-1 TYPE<br><br>CHICAGO MINIATURE LAMP WORKS     CM7839<br><br>MANUFACTURER :     PART NUMBER :<br>CHICAGO MINIATURE LAMP WORKS     CM7839<br><br>* LIS STOCK NO: 6240-105481<br><br>072-JO-146612     R/C: 0505050<br>160-AB-146656     R/C: 0990100<br>308-WHSE STOCK     R/C: 0600000 | | |
| 5000 EACH | CERTIFICATE OF CONFORMITY REQUIRED<br><br>GENERAL ELECTRIC SUPPLY<br><br>LAMP     28V 0.04A FLANGED<br>TYPE: T1-3/4, S.C. MIDGET FLANGED<br><br>MANUFACTURER :     PART NUMBER :<br>GENERAL ELECTRIC SUPPLY     GE387<br>I.T.T. AVIONICS DIV.     MS25237-387, | | |

* CONTINUED *

THIS PAGE TOTAL :

RECEIVED
30 SEP 95
PURCHASING
PCA LOGISTICS

DA010703

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY 1 OF 1
PAGE: 1 OF 2

REQ. NUMBER: FR76185     REVISION:

| QUANT-UNIT | DESCRIPTION | | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| | ROCKWELL INTERNATIONAL | 262-0179-010 | | |
| | GENRAD | 5500-0307 | | |
| | LOCKHEED ELECTRONICS CO. INC. | 1246F0023 | | |
| | ASI ELECTRONICS | GE327 | | |
| | NEWARK ELECTRONICS | 26F919 | | |
| | MARCONI RADAR SYSTEMS | PC48603-4 | | |
| | CHICAGO MINIATURE LAMP WORKS | CM387 | | |
| | MARCONI RADAR SYSTEMS | PC48603-7 | | |
| | MARCONI RADAR SYSTEMS | PC49617-1 | | |
| | MIL SPEC FASTENERS CORP. | MS18207-387 | | |
| | ASI ELECTRONICS | MS18209-387 | | |
| | I.T.T. AVIONICS DIV. | MS25237-327 | | |
| | ROCKWELL INTERNATIONAL | 262-0179-000 | | |
| | R.S. COMPONENTS LTD. | 585-417 | | |
| | LIEBERT CORP. | 46-0000009 | | |
| | WILCOX ELECTRIC INC. | 135704-0002 | | |
| | PHILIPS TELECOMMUNICATIE IND. | NE-271-16 | | |

* LIS STOCK NO: 6240-017776

```
0400-RY-148853   R/C: 0990500
0138-DH-144073   R/C: 0990200
0300-DH-145226   R/C: 0990200
0300-AB-145104   R/C: 0990100
0400-TF-146229   R/C: 0990800
3482-WHSE STOCK  R/C: 0600000
```

CERTIFICATE OF CONFORMITY REQUIRED

* CONTINUED *

*** LAST ITEM ***

RECEIVED 30 SEP 1993 PURCHASING PCA LOGISTICS

THIS PAGE TOTAL:

DA010704

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY  1 OF 1
PAGE:      2

REQ. NUMBER: PR76185          REVISION:

| QUANT-UNIT |                 DESCRIPTION                          | UNIT PRICE | EXT. PRICE |

MANUFACTURER:
ERCAN INCORPORATED
567 SAN NICOLAS DR.
SUITE 303, NEWPORT BEACH
CALIFORNIA, U.S.A.
ZIP: CA 92660
PHN: 714-644-7344
TLX:
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

BIDDER NAME (PRINT):

SIGNATURE:

DATE:

THIS PAGE TOTAL: |

REQUISITION TOTAL: |

RECEIVED
30 SEP 2005
PURCHASING
PCA LOGISTICS

DA010705

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY
PAGE: 1 OF 1

WAREHOUSE : 001 CENTRAL MAIN WHSE

VENDOR :
REQ. NUMBER: PR726190
MACH. ACCT :
CATEGORY : GOVT GOVERNMENT PURCHASING
GPO GOVERNMENT PURCHASE ORDER
DESCRIPTION : COMMUNICATION EQUIP. SPARE PARTS
DATE REQD. : 30 OCT 95   REASON : DEPOT REPAIR ORDER
PCA/ANSS P O BOX 15441 JD
DELIVER TO : CENTRAL WAREHOUSE (JED.DEPT)

REVISION:        REV. DATE:

SERVICE    : N (Y=STOCK UC NOT UPDATED)
DATE PREP. : 30 SEP 95   PRIORITY: 2
PREPARED BY:   STOCK CONTROL SECTION
REQD. FOR  : SUPPLY REQUEST
NOTIFY     : WAREHOUSE SUPERVISOR
CMDTY 1700 COMM. EQUIP. SPARE PARTS
REQ. TYPE  : INTERNATIONAL (O.K.L.)

MANUFACTURER: ERCAN INCORPORATED
SEE END OF REQUISITION FOR LOCAL REP. DETAILS AND ADDRESSES   ( £005 )

APPROVED :

MOH'D BASHARAHIL
SUPV. INV'TY. MGMT.

S. G. COOMBS
MANAGER LOGISTICS

MOHAMMED A. AL-SALMI
DIRECTOR GENERAL

SHIP VIA:
DEL.DATE:

| QUANTI-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 2 EACH | IC   PROCESSOR 28-PIN | | |
| | TACAN ANTENNA ELTA 200 | | |
| | INTEL CORPORATION   LD8259A | | |
| | MANUFACTURER: | | |
| | INTEL CORPORATION       PART NUMBER: | | |
| | ALCATEL AIR NAV SYS GMBH   LD8259A | | |
| | 52747-01022 | | |
| | * LIS STOCK NO: 5962-113188 | | |
| | DFM51541 | | |
| | R/C: 0500500 | | |
| | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| 2 EACH | IC   OPTOCOUPLER 4-PIN | | |
| | TACAN ANTENNA ELTA 200 | | |
| | GENERAL ELECTRIC CO. SEMICON   CNY18-6 | | |
| | MANUFACTURER: | | |
| | GENERAL ELECTRIC CO. SEMICON   PART NUMBER: | | |
| | ALCATEL AIR NAV SYS GMBH   CNY18-6 | | |
| | 44497-28010 | | |

* (CONTINUED) *

RECEIVED
0 3 OCT 95
PURCHASING
PCA LOGISTICS

THIS PAGE TOTAL: 1

DA010706

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY 1 OF 1
PAGE: 2

| REQ. NUMBER: FR76190 | | REVISION: | | COPY | PAGE: |
|---|---|---|---|---|---|

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 2 EACH | DFM51541<br>R/C: 0500500<br><br>RETAINER   FLEX<br><br>8024B MULTIMETER<br>FLUKE, JOHN, MFG. INC.<br>MANUFACTURER:<br>FLUKE, JOHN, MFG. INC.<br><br>DFMF52466<br>R/C: 0500600 | | |

\* LIS STOCK NO: 5962-113189

CERTIFICATE OF CONFORMITY NOT REQUIRED

PART NUMBER:
514935

514935

\* LIS STOCK NO: 6625-113208

CERTIFICATE OF CONFORMITY NOT REQUIRED

\*\*\* LAST ITEM \*\*\*

RECEIVED
0 3 OCT '95
PURCHASING
PCA LOGISTICS

\* CONTINUED \*

THIS PAGE TOTAL:

DA010707

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY :
PAGE : 1 OF 1
3

REQ. NUMBER: PR78190

REVISION:

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|

MANUFACTURER:
ERCAN INCORPORATED
567 SAN NICOLAS DR.
SUITE 303,  NEWPORT BEACH
CALIFORNIA, U.S.A.
ZIP: CA 92660
PHN: 714-644-7344
TLX:
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

RECEIVED
0 3 OCT 5
PURCHASING
PCA LOGISTICS

| THIS PAGE TOTAL: | |
| REQUISITION TOTAL: | |

BIDDER NAME (PRINT):

SIGNATURE:

DATE:

DA010708

# PRESIDENCY OF CIVIL AVIATION
## PURCHASE REQUISITION

COPY : 1 OF : 1
PAGE : 1

| | |
|---|---|
| VENDOR : | REVISION : | | WAREHOUSE : 001 CENTRAL MAIN WHSE |
| REQ. NUMBER : PR76203 | REV. DATE : | |
| BRCH ACCT : GOVT GOVERNMENT PURCHASING | | |
| CATEGORY : GPO: GOVERNMENT PURCHASE ORDER | | |
| DESCRIPTION : CRYSTALS | | SERVICE : N (Y=STOCK UC NOT UPDATED) |
| DATE REQD. : 11 NOV 75  REASON : ABHA VOR REDUCED FACILITY | | DATE PREP. : 11 OCT 95   PRIORITY : 2 |
| DATA : FCA/ANSS P O BOX 15441 JD | | PREPARED BY : STOCK CONTROL SECTION |
| DELIVER TO : CENTRAL WAREHOUSE (JED,DEFT) | | REQD. FOR : WAREHOUSE STOCK/DUE-OUT |
| | | NOTIFY : WAREHOUSE SUPERVISOR |
| | | CMDTY: 1900 |
| MANUFACTURER : UNITED STATES CRYSTAL | | COMM. EQUIP. SPARE PARTS |
| SEE END OF REQUISITION FOR LOCAL REP. DETAILS AND ADDRESSES | ( UAAA ) | REQ. TYPE : INTERNATIONAL (O.K.L.) |
| APPROVED : | S-G- COOMBS | SHIP VIA : |
| MGR ID:BASHAR AHUL | MANAGER LOGISTICS | DEL. DATE : |
| SUPV. INVTY. MGMT | MOHAMMED A.AL SALMI | |
| | DIRECTOR GENERAL | |

| LN | QUANT UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 1 | 10 | XTAL                    CR83U112.900000MHz | | |
| | EACH | UNITED STATES CRYSTALS   CR83U112.900000 | | |
| | | MANUFACTURER:            PART NUMBER: | | |
| | | UNITED STATES CRYSTAL    CR83U112.900000 | | |
| | | * LIS STOCK NO: 5955-090154 | | |
| | | 02-AD-149467    R/C: 0990100 | | |
| | | 08-WHSE STOCK   R/C: 0600000 | | |
| | | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| 2 | 10 | XTAL                    CR83U104.1333MHz | | |
| | EACH | UNITED STATES CRYSTAL    CR83U104.1333MHz | | |
| | | MANUFACTURER:            PART NUMBER: | | |
| | | UNITED STATES CRYSTAL    CR83U104.1333MHz | | |
| | | * LIS STOCK NO: 5955-090184 | | |

*CONTINUED*

THIS PAGE TOTAL :

RECEIVED
15 OCT 1995
PURCHASING
PCA LOGISTICS

DA010709

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY : 1 OF 1
PAGE : 2

REQ. NUMBER: PR76203                REVISION:

| LN | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|

03-DFMP52479      R/C: 0500600
07-WHSE STOCK     R/C: 0600000

CERTIFICATE OF CONFORMITY NOT REQUIRED

*** LAST ITEM ***

MANUFACTURER:
UNITED STATES CRYSTAL
3605 MCCART STREET
FORT WORTH, TEXAS
U.S.A.
ZIP: TX 76110
PHN:
TLX:
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

***   END OF REQUISITION   ***

RECEIVED
1 5 OCT 05
PURCHASING
PCA LOGISTICS

|  | THIS PAGE TOTAL : |
| BIDDER NAME (PRINT): | SIGNATURE: | DATE: | REQUISITION TOTAL : |

DA010710

# PRESIDENCY OF CIVIL AVIATION
## PURCHASE REQUISITION

COPY
PAGE: 1 OF 1

VENDOR

REQ. NUMBER : FRR6218          - REVISION:      REV. DATE:
PURCH. ACCT : GOVT GOVERNMENT PURCHASING
CATEGORY    : GFO GOVERNMENT PURCHASE ORDER
DESCRIPTION : RF TUBES
DATE REQD.  : 17 NOV 95          REASON: KKIA PHILIPS RADAR
DELIVER TO  : FCA/ANSS P O BOX 15441 JD
            : CENTRAL WAREHOUSE (JED. DEPT)

WAREHOUSE  : 001 CENTRAL MAIN WHSE

SERVICE    : N (Y=STOCK UC NOT UPDATED)
DATE PREF. : 17 OCT 95    PRIORITY: 2
PREPARED BY: STOCK CONTROL SECTION
REQD. FOR  : SUPPLY REQUEST
NOTIFY     : WAREHOUSE SUPERVISOR
CMDTY: 1900 COMM. EQUIP. SPARE PARTS
REQ. TYPE  : INTERNATIONAL (O.K.L.)

APPROVED:

S. G. COOMBS
MANAGER LOGISTICS

MOHAMED A. AL SALMI
DIRECTOR GENERAL

SHIP VIA:
DEL. DATE:

MANUFACTURER: RICHARDSON ELECTRONICS, LTD.      ( RABA )
SEE END OF REQUISITION FOR LOCAL REP. DETAILS AND ADDRESSES

| QUANTI-UNIT | DESCRIPTION | PART NUMBER | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 20 EACH | TUBE | | | |
| | POWER GRID TUBE | RF ML 7815 | | |
| | MSSR MONITOR TX/PHILIPS RADAR | | | |
| | RICHARDSON ELECTRONICS, LTD. | ML7815 | | |
| | MANUFACTURER: | PART NUMBER: | | |
| | RICHARDSON ELECTRONICS, LTD. | ML7815 | | |
| | COSSOR ELECTRONICS LTD. | 99128/000 | | |
| | COSSOR ELECTRONICS LTD. | 99128 | | |
| | COSSOR ELECTRONICS LTD. | | | |
| | * LIS STOCK NO: 5960-099884 | | | |
| 22 EACH | TUBE | | | |
| | POWER GRID TUBE | RF 8533 | | |
| | MSSR MONITOR TX/PHILIPS RADAR | | | |
| | RICHARDSON ELECTRONICS, LTD. | ML8533 | | |
| | MANUFACTURER: | PART NUMBER: | | |
| | RICHARDSON ELECTRONICS, LTD. | ML8533 | | |

R/Y-141051
R/C: 0990500

CERTIFICATE OF CONFORMITY NOT REQUIRED

RECEIVED
2 OCT 1995
PURCHASING
PCA LOGISTICS

* CONTINUED *

THIS PAGE TOTAL:

DA010711

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY    1 OF  1
PAGE:       2

| REQ. NUMBER: FR7621B   REVISION: | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| | EACH    12 | COSSOR ELECTRONICS LTD.        91165B/000 | | |
| | | * LIS STOCK NO: 5960-099885 | | |
| | | RY-141051 | | |
| | | R/C: 0990500 | | |
| | | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| | | TUBE     RF  EE160AL | | |
| | | POWER GRID TUBE | | |
| | | MSSR MONITOR TX/PHILIPS RADAR | | |
| | | RICHARDSON ELECTRONICS, LTD.     EE160AL | | |
| | | MANUFACTURER:                PART NUMBER: | | |
| | | RICHARDSON ELECTRONICS, LTD.     EE160AL | | |
| | | COSSOR ELECTRONICS LTD.         913671/000 | | |
| | | COSSOR ELECTRONICS LTD.         913671/001 | | |
| | | * LIS STOCK NO: 5960-099886 | | |
| | | RY-141051 | | |
| | | R/C: 0990500 | | |
| | | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| | | *** LAST ITEM *** | | |
| | | * CONTINUED * | THIS PAGE TOTAL: | |

RECEIVED
2 1 OCT 1995
PURCHASING
PCA LOGISTICS

DA010712

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

REG. NUMBER: PR76218

| LN | QUANT-UNIT | REVISION: | DESCRIPTION | UNIT PRICE | EXT. PRICE |

MANUFACTURER:
RICHARDSON ELECTRONICS, LTD.
3030-T N. RIVER ROAD
RIVER GROVE, ILLINOIS
U.S.A.
ZIP: IL 60171
PHN: 312-456-0600
TLX:
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

BIDDER NAME (PRINT):

SIGNATURE:

DATE:

THIS PAGE TOTAL:
REQUISITION TOTAL:

RECEIVED
2 1 OCT 1995
PURCHASING
PCA LOGISTICS

COPY   1 OF 1
PAGE:   1
        OF
        3

DA010713

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY :
PAGE : 1 OF 1

WAREHOUSE : 001 CENTRAL MAIN WHSE

| | |
|---|---|
| VENDOR : | REVISION :     REV. DATE : |
| REQ. NUMBER: FR76219 | |
| PRCH ACCT : GOVT GOVERNMENT PURCHASING | |
| CATEGORY : GPO GOVERNMENT PURCHASE ORDER | |
| DESCRIPTION : HEADSETS | |
| DATE REQD. : 24 OCT 75     REASON : DHAHRAN ATCT | |
| VIA : | |
| DELIVER TO : CENTRAL WAREHOUSE (JED.DEPT) | |

SERVICE : N (Y=STOCK UC NOT UPDATED)
DATE PREP. : 17 OCT 95     PRIORITY: 2
PREPARED BY : STOCK CONTROL SECTION
REQD.-FOR : SUPPLY REQUEST
NOTIFY : WAREHOUSE SUPERVISOR
CMDTY: 1900  COMM. EQUIP. SPARE PARTS
REQ. TYPE : INTERNATIONAL (O.K.L.)

SHIP VIA :
DEL.DATE :

FCA/ANSS P O BOX 15441 JD

MANUFACTURER: PLANTRONICS INC.

SUPV. INVTY. MGMT.
MGR'D RASTACHI
APPROVED:

S.G. COOMBS
MANAGER LOGISTICS

MOHAMMED A. AL-SALMI
DIRECTOR GENERAL

( FAAS )

THE END OF REQUISITION FOR LOCAL REP, DETAILS AND ADDRESSES.

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| 22 EACH | HEADSET W/MIC NON-AMPLIFIED W/HEADBAND, FITTED W/FJ7 PLUG CONNECTOR ATC CONTROL TOWER CONSOLE PLANTRONICS INC.          SMS-1361-01 | | |
| | MANUFACTURER:        PART NUMBER: PLANTRONICS INC.     SMS-1361-01 PLANTRONICS INC.     MS50-102 | | |
| | * LIS STOCK NO: 5965-105728 | | |
| | DH-148638 R/C: 09900200 | | |
| | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| | *** LAST ITEM *** | | |
| | * CONTINUED * | THIS PAGE TOTAL : | |

RECEIVED 21 OCT 1995
PURCHASING PCA LOGISTICS

DA010714

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY  1 OF  1
PAGE:  2

REQ. NUMBER: PR76219

REVISION:

| N | QUANT-UNIT | | DESCRIPTION | UNIT PRICE | EXT. PRICE |

MANUFACTURER:
PLANTRONICS INC.
345 ENCINAL STREET
P.O. BOX 635, SANTA CRUZ
CALIFORNIA, U.S.A.
ZIP: CA 95060
PHN: 408-426-5858
TLX: 35-7419
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

THIS PAGE TOTAL: |

REQUISITION TOTAL: |

BIDDER NAME (PRINT):

SIGNATURE:

DATE:

RECEIVED
2 1 OCT 1995
PURCHASING
PCA LOGISTICS

DA010715

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY
PAGE : 1 OF 1

VENDOR :
REQ. NUMBER : FR76224                REVISION :        REV. DATE :
PRCH. ACCT :
CATEGORY : GOVT GOVERNMENT PURCHASING
GPO : GOVERNMENT PURCHASE ORDER
DESCRIPTION : COMPUTER SPARE PARTS
DATE REQD. : 19 NOV 95    REASON : LEC-16 DISK DRIVE
VIA :
DELIVER TO : PCA/ANSS P O BOX 15441 JD
CENTRAL WAREHOUSE (JED.DEPT)

WAREHOUSE    : 001 CENTRAL MAIN WHSE

SERVICE     : N (Y=STOCK UC NOT UPDATED)
DATE PREP.  : 18 OCT 95    PRIORITY: 2
PREPARED BY :          STOCK CONTROL SECTION
REQD. FOR   : SUPPLY REQUEST
NOTIFY      : WAREHOUSE SUPERVISOR
CMDTY: 1420    COMPUTER SPARE PARTS
REQ. TYPE   : INTERNATIONAL (O.K.L.)

MANUFACTURER : PERTEC COMPUTER CORPORATION
                                        ( FAAC )     SHIP VIA :
THE END OF REQUISITION FOR LOCAL REF. DETAILS AND ADDRESSES    DEL.DATE :

APPROVED :

SUPV-INVTY-MGMT        MANAGER-LOGISTICS        DIRECTOR-GENERAL
MGR-LO-PURCHASING      S. G. COOMBS             MOHAMMED A. AL-SALMI

QUANT-UNIT    DESCRIPTION                                    UNIT PRICE    EXT. PRICE

10  EACH      HEAD    DISK DRIVE UPPER
              LEC-16 COMPUTER
              PERTEC COMPUTER CORPORATION    526-0006
              MANUFACTURER:                  PART NUMBER:
              PERTEC COMPUTER CORPORATION    526-0006
                   * LIS STOCK NO: 7035-013392

              JD-149352A
              R/C: 0500500

              CERTIFICATE OF CONFORMITY NOT REQUIRED

10  EACH      HEAD    DISK DRIVE LOWER
              LEC-16 COMPUTER
              PERTEC COMPUTER CORPORATION    526-0007
              MANUFACTURER:                  PART NUMBER:
              PERTEC COMPUTER CORPORATION    526-0007
                   * LIS STOCK NO: 7035-011548

* CONTINUED *                                              THIS PAGE TOTAL :

RECEIVED
2 1 OCT 1995
PURCHASING
PCA LOGISTICS

DA010716

# PRESIDENCY OF CIVIL AVIATION
## PURCHASE REQUISITION

COPY 1
PAGE: 1 OF 2

| REQ. NUMBER: PR76224 | REVISION: | DESCRIPTION | UNIT PRICE | EXT. PRICE |
| --- | --- | --- | --- | --- |
| LN | QUANT-UNIT | | | |

EACH 10

JD-145352A
R/C: 0500500

CERTIFICATE OF CONFORMITY NOT REQUIRED

DISK
MAGNETIC DISK DRIVE
LEC-16 COMPUTER
FERTEC COMPUTER CORPORATION          522-0007
PLOTTER 1000 TPI

MANUFACTURER:
FERTEC COMPUTER CORPORATION
EASTMARK, INC.
PERIPHERAL MFG., INC.

PART NUMBER:
522-0007
106963-01
PLATTER

* LIS STOCK NO: 7045-064377

JD-147249
R/C: 0500500

CERTIFICATE OF CONFORMITY NOT REQUIRED

*** LAST ITEM ***

* CONTINUED *

THIS PAGE TOTAL:

RECEIVED
21 OCT -95
PURCHASING
PCA LOGISTICS

DA010717

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY   1 OF 1
PAGE: 3

REQ. NUMBER: PR76224        REVISION:

| N | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|

MANUFACTURER:
PERTEC COMPUTER CORPORATION
9600 IRONDALE AVENUE
CHATSWORTH, CALIFORNIA
U.S.A.
ZIP: CA 91311
PHN:
TLX: 662528
CNT:

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

| BIDDER NAME (PRINT): | SIGNATURE: | DATE: | THIS PAGE TOTAL: | |
| --- | --- | --- | --- | --- |
| | | | REQUISITION TOTAL: | |

RECEIVED
2 1 OCT 1995
PURCHASING
PCA LOGISTICS

DA010718

# PRESIDENCY OF CIVIL AVIATION
## PURCHASE REQUISITION

COPY : 1 OF 1
PAGE : 1 OF 1

VENDOR :
REQ. NUMBER : FR75227   REVISION :   REV. DATE :
GREH ACCT
GOVT GOVERNMENT PURCHASING
CATEGORY : GFO GOVERNMENT PURCHASE ORDER   WAREHOUSE : 001 CENTRAL MAIN WHSE
DESCRIPTION : COMMUNICATION EQUIP. SPARE PARTS
DATE REQD. : 18 NOV 95   REASON : DEPOT REPAIR ORDER   SERVICE : N (Y=STOCK UC NOT UPDATED)
FCA/ANSS F. O. BOX 15441 JD   DATE PREP. : 18 OCT 95   PRIORITY : 2
DELIVER TO : CENTRAL WAREHOUSE (JED.DEPT)   PREPARED BY : STOCK CONTROL SECTION
REQD. FOR : WAREHOUSE STOCK/DUE-OUT
NOTIFY : WAREHOUSE SUPERVISOR
CMDTY : 1900   COMM. EQUIP. SPARE PARTS
REQ. TYPE : INTERNATIONAL (O.K.L.>)

MANUFACTURER : ERCAN INCORPORATED
( E005 )

APPROVED :                                                             SHIP VIA :
SEE END OF REQUISITION FOR LOCAL REF. DETAILS AND ADDRESSES   DEL.DATE :

MANAGER,LOGISTICS
MOH. D. MASHARAHU.
SUPV. INVTY. MGMT.                S. G. COOMBS

MOHAMMED A. AL-SALMI
DIRECTOR-GENERAL

| QUANTI-UNIT | DESCRIPTION | | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 1 EACH | RELAY | MOTOR DRIVE | | |
| | ANTENNA CONTROL UNIT | REX 9974 | | |
| | TACAN 9946 DUAL. | 430H | | |
| | CONRAC CORPORATION | | | |
| | | | | |
| | MANUFACTURER : | PART NUMBER : | | |
| | CONRAC CORPORATION | 430H | | |
| | I.T.T. AVIONICS DIV. | 2136466G1 | | |
| | | | | |
| | * LIS STOCK NO: 5945-072291 | | | |
| | | | | |
| | DFM50749 | | | |
| | R/C: 0500500 | | | |
| | | | | |
| | CERTIFICATE OF CONFORMITY NOT REQUIRED | | | |
| 15 EACH | RELAY   W171DIP-7 | W171DIP-7 | | |
| | | | | |
| | VCSS | | | |
| | MAGNECRAFT | | | |
| | | | | |
| | MANUFACTURER : | PART NUMBER : | | |
| | MAGNECRAFT | W171DIP-7 | | |
| | NEWARK ELECTRONICS | 47F1142 | | |

* CONTINUED *

THIS PAGE TOTAL : 1

RECEIVED
2 2 OCT 95
PURCHASING
PCA LOGISTICS

DA010719

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY   1 OF   1
PAGE :   2

REQ. NUMBER: FR76227        REVISION:

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|
| EACH  1 | RAYTHEON SERVICE COMPANY    588327-1<br>ROCKWELL INTERNATIONAL     000-0012-701<br>NEWARK ELECTRONICS         47F1117<br><br>* LIS STOCK NO: 5945-024812<br><br>02-DFM51720    R/C: 0500500<br>05-JD-148374   R/C: 0500800<br>08-WHSE STOCK  R/C: 0600000<br><br>CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| EACH  1 | DIAL    ASSY MARKED 0 TO 10<br>MODEL 353A PATCH PANEL<br>HEWLETT PACKARD CO.         353A-74A<br>MANUFACTURER:              PART NUMBER:<br>HEWLETT PACKARD CO.         353A-74A<br><br>* LIS STOCK NO: 5840-113329<br><br>DFMP52572<br>R/C: 0500600 | | |
| EACH  2 | IC           SN74S02N<br>CERTIFICATE OF CONFORMITY NOT REQUIRED<br><br>ASI ELECTRONICS            SN74S02N<br>MANUFACTURER:              PART NUMBER:<br>ASI ELECTRONICS            SN74S02N<br>DIGITAL DEVELOPMENT CORP.   4427-004<br>ROCKWELL INTERNATIONAL     000-0011-437<br>HEWLETT PACKARD CO.        1820-1322 | | |

* CONTINUED *

THIS PAGE TOTAL :

RECEIVED
2 2 OCT 35
PURCHASING
PCA LOGISTICS

DA010720

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY    1 OF   1
PAGE:   1    3

REQ. NUMBER: PR76227          REVISION:

| QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|

MARCONI RADAR SYSTEMS          SS32002-1

* LIS STOCK NO: 5962-033162

DFMP52601
R/C: 0500600

CERTIFICATE OF CONFORMITY NOT REQUIRED

20    BTRY     6V NICAD RECHARGABLE
EACH

FERROTI ENGINEERING CORP.          CS1005

MANUFACTURER:                    PART NUMBER:
FERROTI ENGINEERING CORP.        CS1005
SHAFT PORTABLE BATTERY DIV.      402037-5
SAFT AMERICA INC.                402037-105

* LIS STOCK NO: 6135-067287

04-DFMF52546    R/C: 0500600
02-DFMF52573    R/C: 0500600
14-WHSE STOCK   R/C: 0600000

CERTIFICATE OF CONFORMITY NOT REQUIRED

*** LAST ITEM ***

* CONTINUED *

THIS PAGE TOTAL:

RECEIVED
2 2 OCT '95
PURCHASING
PCA LOGISTICS

DA010721

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

COPY   1 OF 1
PAGE: 4.

REQ. NUMBER: FR76227                REVISION:

| N | QUANT-UNIT |                                                      | UNIT PRICE | EXT. PRICE |

MANUFACTURER:
ERCAN INCORPORATED
567 SAN NICOLAS DR.
SUITE 303, NEWPORT BEACH
CALIFORNIA, U.S.A.
ZIP: CA 92660
PHN: 714-644-7344
TLX:
CNT:

DESCRIPTION

LOCAL REPRESENTATIVE/S:

ZIP:
PHN:
TLX:
CNT:

*** END OF REQUISITION ***

BIDDER NAME (PRINT):          SIGNATURE:          DATE:

THIS PAGE TOTAL: |
REQUISITION TOTAL: |

RECEIVED
2 2 OCT 335
PURCHASING
PCA LOGISTICS

DA010722