# Exhibit 58

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

| | |
|---|---|
| VENDOR : | WAREHOUSE : 001 CENTRAL MAIN WHSE |
| REQ. NUMBER : PR78106 REVISION : REV. DATE : | |
| PRCH ACCT : GOVT GOVERNMENT PURCHASING | SERVICE : N (Y=STOCK UC NOT UPDATED) |
| CATEGORY : GPO GOVERNMENT PURCHASE ORDER | DATE PREP. : 27 AUG 95 PRIORITY : 2 |
| DESCRIPTION : PUBLICATION | PREPARED BY : STOCK CONTROL SECTION |
| DATE REQD. : 27 SEP 95 REASON : MANPOWER DEVELOPMENT REQUIREMENT | REQD. FOR : SUPPLY REQUEST |
| VIA : PCA/ANSS P O BOX 15441 JO | NOTIFY : WAREHOUSE SUPERVISOR |
| DELIVER TO : CENTRAL WAREHOUSE (JED.DEPT) | CADTY : 1510 BOOKS |
| | REQ. TYPE : INTERNATIONAL (O.K.L.) |
| MANUFACTURER : DEFENSE LANGUAGE INSTITUTE | SHIP VIA : |
| SEE END OF REQUISITION FOR LOCAL REP. DETAILS AND ADDRESSES | DEL.DATE : |

APPROVED:

MOH'D BASHARAHIL                S. G. COOMBS                MOHAMMED A. AL-SALMI
SUPV. INVTY. MGMT.              MANAGER LOGISTICS           DIRECTOR GENERAL

RECEIVED 29 AUG 1995 PURCHASING PCA LOGISTICS

| LN | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 01 | 1 EACH | PUB ALCPT KIT FORM 73 | | |
| | | DEFENSE LANGUAGE INSTITUTE 74.0ML01786 | | |
| | | PART NUMBER: | | |
| | | MANUFACTURER: 74.0ML01786 | | |
| | | DEFENSE LANGUAGE INSTITUTE * LIS STOCK NO. 7610-112860 | | |
| | | IP-148568 | | |
| | | R/C: 0800330 | | |
| | | CERTIFICATE OF CONFORMITY NOT REQUIRED | | |
| 02 | 1 EACH | PUB ALCPT KIT FORM 75 | | |
| | | DEFENSE LANGUAGE INSTITUTE 74.0ML01787 | | |
| | | PART NUMBER: | | |
| | | MANUFACTURER: 74.0ML01787 | | |
| | | DEFENSE LANGUAGE INSTITUTE * LIS STOCK NO. 7610-112861 | | |
| | | (CONTINUED) | | |

THIS PAGE TOTAL :

DA010731

COPY : 1 OF : 1
PAGE : 3

PRESIDENCY OF CIVIL AVIATION
PURCHASE REQUISITION

REQ. NUMBER: PR76106   *REVISION

| LN | QUANT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 03 | 1 EACH | TP-148568 R/C: 0800330 CERTIFICATE OF CONFORMITY NOT REQUIRED PUB ALCPT XII FORM A) DEFENSE LANGUAGE INSTITUTE 76-00L01788 MANUFACTURER: DEFENSE LANGUAGE INSTITUTE PART NUMBER: 76-00L01788 * US STOCK NO. 680-412868 | | |
| 04 | 1 EACH | TP-148568 R/C: 0800330 CERTIFICATE OF CONFORMITY NOT REQUIRED PUB ALCPT XII FORM A) DEFENSE LANGUAGE INSTITUTE 76-00L01789 MANUFACTURER: DEFENSE LANGUAGE INSTITUTE PART NUMBER: 76-00L01789 * US STOCK NO. 680-412868 | | |
| 05 | 1 | TP-148569 R/C: 0800330 CERTIFICATE OF CONFORMITY NOT REQUIRED PUB BLANK FORM 5748 PACK OF 500 ANSWER SHEETS * CONTINUED * | | |

THIS PAGE TOTAL :

RECEIVED
29 AUG 1995
PURCHASING
PCA LOGISTICS

DA010732

*[Page rotated 90°; faint photocopy of a Purchase Requisition form]*

COPY : 1 OF : 1
PAGE : 3

REQ. NUMBER: PR76106    REVISION:

PREPARATION OF CIVIL AVIATION
PURCHASE REQUISITION

| QNT-UNIT | DESCRIPTION | UNIT PRICE | EXT. PRICE |

DEFENSE LANGUAGE INSTITUTE

MANUFACTURER:
DEFENSE LANGUAGE INSTITUTE

LOT NUMBER: 09L01790

TP-148569
R/C: 6800330

* LJA STOCK NO : 610-112964

CERTIFICATE OF CONFORMITY NOT REQUIRED

*** LAST ITEM ***       LOCAL REPRESENTATIVE(S):

MANUFACTURER:
DEFENSE LANGUAGE INSTITUTE
ENGLISH LANGUAGE CENTER
LERN: 2235 ANDREWS AVE.
LACKLAND AFB, TEXAS, U.S.A.
ZIP: TX 78236
PHN:
TLX:
CAT:

*** END OF REQUISITION ***

BIDDER NAME (PRINT):          SIGNATURE:          DATE:

THIS PAGE TOTAL :
REQUISITION TOTAL :

RECEIVED
29 AUG [illegible]
PURCHASING
[illegible]

DA010733