# Exhibit 59

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering



الملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

ATTACHMENTS............المرفقات......    DATE ٦/٦/١٤٥٠    NUMBER ٢٥/٥/م

DALLAH AVCO TRANS ARABIA CO. LTD. (DATAC)
ANSS III Program
P.O. Box 430, Jeddah
Kingdom of Saudi Arabia

Attention: Samir Magboul, Project Director

Subject : Contract to ERCAN Consulting Engineers
------------------------------------------------------------

Pursuant to your Memo of 03 September 1994, reference PD-ANSS 399/9/10 and PCA Airways Engineers Memo of 27 October 1994, reference #4500-44027

It is imperative that we proceed in the most expeditious manner to contract ERAN Consulting Engineers of New Port Beach, California. To provide Spare Parts, Equipment, Repairs, Calibration and Recruiting of needed technical personnel. The recommended schedule is to depart 17 November 1994 and to meet with ERCAN on 21 & 22 November in New Port Beach, California, 23 November 94 travel to Houston, 24 thru 29 November 94 in Houston for change over and then return to Saudi Arabia on or about 1st December 1994.

In the light of the above, the following Airways Engineering personnel will represent this office during the contract and change over from AVCO Overseas Services to ERCAN Consulting Engineers:

1. Hamad Al-Rashid, Director, Stores and Property
2. Alp Karli, Manager, Contracts and Finance
3. Samuel G. Coombs, Acting Manager, Logistics
4. Najib Mustafa, Project Coordinator

Pleas assign your team and provide the necessary Per Diem, Visas and Airline Tickets as soon as possible.

Regards,

MOHAMMED AHMED AL-SALMI
Director General
Airways Engineering, PCA

cc: Chrono/File

Please reply to :
Director General, Airways Engineering
[illegible address line]

DA010841