# Exhibit 60

