# Exhibit 61

In the Name of the Most Beneficial Merciful

Ministry of Civil Service
Ministry's Assistant Deputy for Revision and Documentation

Statement of Jobs

| Name | Omar Ahmad Mutstafa Al-Bayoumi | | Fixed Number | Attachments: 2 |
|---|---|---|---|---|
| ID number | 62110 | Date: 10/23/1396 AH [10/17/1976] | Place of issue: Jeddah | Statement number: 8604 | Date: 03/12/1437 AH [12/24/2015] |
| Date of birth | 377 AH 957] | Place of Birth: Hajrah | Civil Registry: | Last salary: 21100 | Grade: 16 |

| Job Title | Rank | Governmental Authority | Procedure | Date |
|---|---|---|---|---|
| Auditor | 5 | General Authority of Civil Aviation | Assignment | 12/25/1397 AH [12/07/1977] |
| Assistant Auditor | 6 | General Authority of Civil Aviation | Upgrade by competition | 01/01/1402 AH [10/30/1981] |
| Department Chief | 7 | General Authority of Civil Aviation General Authority of Civil Aviation | Time upgrade | 10/07/1406 AH [06/15/1986] |
| Accountant | 8 | General Authority of Civil Aviation | Time upgrade | 05/14/1412 AH [11/21/1991] |
| Budget specialist | 9 | General Authority of Civil Aviation | Time upgrade | 08/17/1423 AH [10/24/2002] |
| Budget specialist | 10 | General Authority of Civil Aviation | Time upgrade | 03/06/1428 AH [03/25/2007] |
| Technical Support Supervisor | 046 | General Authority of Civil Aviation | Staff classification | 01/01/1430 AH [12/29/2008] |
| Chief financial inspector | 047 | General Authority of Civil Aviation | Time upgrade | 04/10/1434 AH [02/21/2013] |
| Chief financial inspector | 047 | General Authority of Civil Aviation | Termination | 06/29/1435 AH [04/30/2014] |
| | | [stamp:] Kingdom of Saudi Arabia General Department of Documentation Service Investigation Department Ministry of Civil Service] | | |

| Work Place: | Jeddah |
|---|---|

Comments: After the application of the Regulation of the General Authority for Civil Aviation Employees which is subject to the Labor and Social Security Laws, and applicable as of 01/07/1435 AH [11/11/2013]

Competent Officer:
Yahya Ibrahim Sarkhi

Service Investigation Department:
Fahd bin Said Al Oweimer

General Manager of Documentation:
Youssef bin Abdallah Al Hamed

[signature]

[signature]

[signature]

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000629



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):        01. KSA0000000629

Source Language(s)   Arabic
Target Language(s)   English

Appeared before me remotely

Authorized Signature:                                  Signature, Notary Public:

_(signature)_                                          _(signature)_

Name:    Jacqueline Yorke                              Currently situated in the County of New York

Title:   Project Manager

Date:    June 4, 2021                                  

Currently situated in the County of New York

                                                       Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

وزارة الخدمة المدنية
بسم الله الرحمن الرحيم
وكالة الوزارة المساعدة للمراجعة والوثائق

بيان خدمات وظيفية

| الإســم | | عمر احمد مصطفى البيومي | | الرقم الثابت : | المرفقات : ٢ |
|---|---|---|---|---|---|
| رقم الحفيظة | ٦٢١١١٠ | تاريخها : ١٣٩٦/١٠/٢٣ | مصدرها : جدة | رقم البيان : ٨٦٠٤ | تاريخه: ١٤٣٧/٠٣/١٢ |
| تاريخ الميلاد | | مكانه : | السجل المدني: | الراتب الأخير: ٢١١٠٠ | الدرجة : ١٦ |

| مسمى الوظيفة | المرتبة | الجهة الحكومية | الإجــراء | تاريخه |
|---|---|---|---|---|
| مدقق | ٥ | الهيئة العامة للطيران المدني | تعيين | ١٣٩٧/١٢/٢٥ |
| مدقق حسابات مساعد | ٦ | الهيئة العامة للطيران المدني | ترقية بمسابقة | ١٤٠٢/٠١/٠١ |
| رئيس قسم | ٧ | الهيئة العامة للطيران المدني | ترقية بالعدة | ١٤٠٦/١٠/٠٧ |
| محاسب | ٨ | الهيئة العامة للطيران المدني | ترقية بالعدة | ١٤١٢/٠٥/١٤ |
| اخصائي ميزانية | ٩ | الهيئة العامة للطيران المدني | ترقية بالعدة | ١٤٢٣/٠٨/١٧ |
| اخصائي ميزانية | ١٠ | الهيئة العامة للطيران المدني | ترقية بالعدة | ١٤٢٨/٠٣/٠٦ |
| مشرف الدعم الفني المستخدم | ٠٤٦ | الهيئة العامة للطيران المدني | تصنيف كادر | ١٤٣٠/٠١/٠١ |
| كبير مفتشين ماليين | ٠٤٧ | الهيئة العامة للطيران المدني | ترقية بالعدة | ١٤٣٤/٠٤/١٠ |
| كبير مفتشين ماليين | ٠٤٧ | الهيئة العامة للطيران المدني | طي قيد | ١٤٣٥/٠٦/٢٩ |

ملاك الوظيفة : جدة

ملاحظات : بعد تطبيق لائحة منسوبي الهيئة العامة للطيران المدني الخاضعة للنظامي العمل والتأمينات الاجتماعية والمطبقة اعتبارا من ١٤٣٥/٧/١هـ

المختص : يحي ابراهيم صرخي    مدير ادارة تحقيق الخدمة: فهد بن سعيد العويمر    مدير عام التوثيق : يوسف بن عبدالله الحامد

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000629