# Exhibit 63

# United States International University

## College of Business Administration

The Trustees of the University, upon recommendation of the University Faculty and by virtue of the Authority in them vested, have conferred on

## Omar Ahmed Al-Bayoumi

who has satisfactorily pursued the studies and passed the examinations required therefor, the degree of

## Master of International Business Administration

with all the rights, privileges and honors thereunto appertaining

Given at San Diego, in the State of California, in the year one thousand nine hundred and ninety-seven.

*Chairman, Board of Trustees*

*Vice President for Academic Affairs*

Garry D. Hays
*President of the University*

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000725