# Exhibit 64

# The George Washington University
## School of Business and Public Management

certifies that

# Omar Ahmed Al-Bayoumi

is awarded the

## Master's Certificate in Project Management



_Susan M. Phillips_
Dean, School of Business and Public Management

March 3, 2000
Washington, D.C.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000726