# Exhibit 65

# The George Washington University

## School of Business and Public Management

certifies that

# Omar A. Al-Bayoumi

has successfully completed

## Quality for Project Managers

June 28, 1999 through June 30, 1999

Washington, DC

and is awarded 1.8 continuing education units



Washington, D.C.

Susan M. Phillips
Dean, School of Business and Public Management

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000734

# The George Washington University
## School of Business and Public Management

certifies that

# Omar Ahmed Al-Bayoumi

has successfully completed

## Negotiation Strategies and Techniques

February 28, 2000 through March 3, 2000
San Diego, CA

and is awarded 2.8 continuing education units



Washington, D.C.

_Susan M. Phillips_
Susan M. Phillips
Dean, School of Business and Public Management

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000735

# The George Washington University

## School of Business and Public Management

certifies that

# Omar A. Al-Bayoumi

has successfully completed

## Project Leadership, Management, and Communications

June 21, 1999 through June 25, 1999

Washington, DC

and is awarded 2.8 continuing education units



Washington, D.C.

_Susan M. Phillips_
n, School of Business and Public Management

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000736

# The George Washington University
## School of Business and Public Management

certifies that

# Omar A. Al-Bayoumi

has successfully completed

## Risk Management

May 10, 1999 through May 14, 1999

San Diego, CA

and is awarded 2.8 continuing education units



Washington, D.C.

Susan M. Phillips
Dean, School of Business and Public Management

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000737