# Exhibit 66

In the Name of Allah the Most Merciful,<br>the Most Compassionate

| Kingdom of Saudi Arabia<br>Ministry of Defense and Aviation<br>Presidency of Civil Aviation<br>Airways Engineering | [logo:] Ministry of Defense and Aviation, Airways Engineering | Number *5708*<br>dated *2/22/1423 AH*<br>[May 5, 2002]<br>Encl.: *6 (the entire transaction)* |
|---|---|---|

Name: Omar Ahmed Mustafa Al-Bayoumi   Accountant   8   86   Airways

--------------------------------------------------------------------------------

**Honorable/ Director of Department of Personnel Affairs,**

Peace, mercy and blessings be upon you,

**Subject: Study Leave for an Employee**

Referring to Communication No. 7/4/809 dated 02/17/1423 AH [04/30/2002], which includes our decision on the employee's request, whose identity is shown above, to extend the current study leave by another study leave for a period of two years starting from 03/01/1423 AH [06/04/2000],

We would like to inform you that the Department had previously agreed to grant the aforementioned employee a two-year study leave, starting from 03/01/1421 AH [06/04/2000]. Due to the work conditions that require the presence of the aforementioned employee in his position, the Department cannot approve his request at the present time especially that the applicant has already got his academic degree.

For your information and taking the appropriate action. The entire transaction is attached to this communication.

Best regards,

Director General of Airways Engineering<br><br>[signature]<br><br>Eng. Muhammad bin Ahmad Al-Salmi

Please reply to:
Director-General, Airways Engineering
P.O. Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

KSA0000000894



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):          39. KSA0000000894

Source Language(s)     Arabic
Target Language(s)     English

Appeared before me remotely

Authorized Signature:                                   Signature, Notary Public:

*(signature)*                                           *(signature)*

_____                             _____
Name:    Jacqueline Yorke                               Currently situated in the County of New York

Title:    Project Manager

Date:    June 4, 2021



Currently situated in the County of New York

Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

بسم الله الرحمن الرحيم

مطلوعات

الرقم: ٥٧-٨
التاريخ: ٢٢/٤/١٤٤٢
المرفقات: (٦) كامل المعاملة

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

عمر أحمد مصطفى البيومي     محاسب     ٨     ٨٦     الممرات الجوية

--------------------------------------------------

المكرم مدير ادارة شؤون الموظفين          المحترم

السلام عليكم ورحمة الله وبركاته ،،،

الموضوع : اجازة دراسية لموظف

إشارة الى شرحكم رقم ٨٠٩/٤/٧ بتاريخ ١٤٢٣/٢/١٧هـ المتضمن ابداء مرئياتنا حيال طلب الموظف الموضحة هويته بعاليه تمديد إجازته الدراسية الحالية بإجازة دراسية أخرى لمدة سنتين اعتبارا من تاريخ ١٤٢٣/٣/١هـ .

نفيدكم بأن هذه الادارة سبق وان وافقت على منح الموظف المذكور اجازة دراسية سابقة لمدة سنتين اعتبارا من تاريخ ١٤٢١/٣/١هـ . ونظرا لظروف العمل التي تتطلب تواجد الموظف المذكور على رأس العمل ، فان هذه الادارة تعتذر عن الموافقة على طلبه في الوقت الراهن ، ولا سيما انه حقق الدرجة العلمية المناسبة .

للإطلاع وإكمال اللازم نظاما  ،،،،  ويرفقه كامل المعاملة .

وتقبلوا تحياتنا ،،،

مدير عام هندسة الممرات الجوية

م/ محمد بن أحمد السالمي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان لتالي :
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية

KSA0000000894