# Exhibit 67

[Seal
Illegible
No.: 5708
Date: 2/16/1423 A.H. [04/29/2002 A.D.]
(Signature)]

Dear, President of Civil Aviation

Peace, mercy and blessing of Allah upon you,

Reference to Administrative Decision No.7/4/1/1422 dated 2/18/1421 A.H. [05/22/2000 A.D.], which provides giving me academic leave from 3/1/1421 A.H. [06/03/2000 A.D.] under Article 28/19 of the civil service system.

I would like to extend my academic leave for two years starting from 3/1/1423 A.H. [05/13/2002 A.D.]. I attached two letters from the University of Aston in Birmingham, UK, dated October 5, 2000, and April 18, 2002. The first one indicates my admission in the university. The second indicates that I passed my Scheduled courses, in which I will finish my doctoral studies at the end of December 2003.

Best regards,

Omar Ahmed Al- Bayoumi
(Signature)
2/13/1423 A.H. [04/26/2002 A.D.]

**In The Name of Allah, the Most Gracious, the Most Merciful**

Kingdom of Saudi Arabia
Ministry of Defense and Aviation
Presidency of Civil Aviation

No.: 7/4/1/1422
Date: 2/18/1421 A.H. [05/22/2000 A.D.]
Attachments:

| | | |
|---|---|---|
| Omar bin Ahmed Mustafa Al - Bayoumi | | Accountant |
| Eight | 86 | Air Ways Engineering |

The President of Civil Aviation,

Based on the powers granted to him, and based on what was stated in the letter of the
General Director of Air Ways Engineering No.266 and date 2/6/1421 A.H. [05/10/2000 A.D.], which
includes the request to approve of giving the above-mentioned employee Academic Leave for
two years from 3/1/1421 A.H. [06/03/2000 A.D.]. His request for leave in order to continue his higher
education in the United States of America at his own expense and our consent to that:

(We decide the following)

1. Approve of giving the above-mentioned employee Academic Leave for two years
without salary from 3/1/1421 A.H. [06/03/2000 A.D.] under Article (28/19) of the civil service
system.
2. The relevant authorities shall approve this if applicable.

President of Civil Aviation
Dr. Ali bin Abdul Rahman Al- Khalaf
(Signature)
2/17/1421 A.H. [05/21/2000 A.D.]

Scholarship study



*RESEARCH DEGREES PROGRAMME*
*Tel. Ext. 4429*
*Email: P.E.Lewis@aston.ac.uk*

# ASTON
## BUSINESS SCHOOL

5th October 2000



Mr. Omar Bayoumi
6333 Mt. Ada Road # 152
San Diego
CA 92111
U.S.A.

RESEARCH INSTITUTE

Aston University
Aston Triangle
Birmingham B4 7ET
United Kingdom
Tel +44 (0)121 359 3611
Fax +44 (0)121 333 5620
email absresearch@aston.ac.uk

Dear Mr. Bayoumi,

Further to your application to join the Aston Business School Research Degrees Programme, we are pleased to offer you a place as a full-time internal research student commencing October 2000, under the supervision of Dr. Reiner Grundmann. You will be attached to the Strategic Management & Innovation Research Group.

All students joining the Research Degrees Programme are initially registered for a higher degree by research, with their registration changing to MPhil or Phd after successful completion of their Qualifying Report at the end of the first year of study for full-time students, or at the end of the second year of study for part-time students.

It is a requirement of the Programme that you complete the Research Methods Course as part of your degree. The Student Handbook giving details of the various modules is currently being updated and will be available for the October term.

As mentioned in email messages to you, you will be required to pay a minimum of 50% of the fee as a full-time overseas research student (£7000) upon enrolment, providing financial guarantee for the remaining 50%.

Copy of the 'Regulations for Students Registering for Higher Degrees by Research and Thesis MPhil and PhD' is enclosed.

Yours sincerely,


Dr. Stephen Osborne
Director, Research Degrees Programme



Copy:   Professor Jim Love
        Dr. Reiner Grundmann

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000897

*RESEARCH DEGREES PROGRAMME*
*Tel: Ext. 4429*
*Email: P.E.Lewis@aston.ac.uk*



# ASTON
# BUSINESS SCHOOL

18th April 2002

RESEARCH INSTITUTE

Aston University
Aston Triangle
Birmingham B4 7ET
United Kingdom
Tel +44 (0)121 359 3611
Fax +44 (0)121 333 5620
email absresearch@aston.ac.uk

**TO WHOM IT MAY CONCERN**

## OMAR AL-BAYOUMI

I confirm that Mr. Al-Bayoumi has been a full-time research student in Aston Business School, Aston University since October 2000, under the supervision of Dr. Reiner Grundmann. He was attached to the Strategic Management and Innovation Research Group.

He has successfully completed the requirements of the Research Methods Course and is expected to complete his doctoral thesis by the end of December 2003.

Mr. Al-Bayoumi has shown himself to be a conscientious and very able student during his time to date on the Research Degrees Programme.

Please do not hesitate to contact me if you require any further information.

P.E. Lewis
Professor Stephen Osborne
pp - Director, Research Degrees Programme

ASTON BUSINESS SCHOOL
RESEARCH DEGREES
PROGRAMME

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000898

## AFFIDAVIT OF ACCURACY

This is to certify that the following is, to the best of my knowledge and belief, a true and accurate translation into English of the attached document(s) relating to:

KSA0000000895-898

written in Arabic.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the results of these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

_August 24, 2023_  
Date

Signature

_____  
Stamp, Notary Public

_____  
Signature, Notary Public

معالى رئيس الطيران المدني                 حفظه الله

السلام عليكم ورحمة الله وبركاته

اشارة الى القرار الاداري رقم ١٤٢٢/١/٤/٧ وتاريخ ١٤٢١/٢/١٨هـ والذي يقضي بمنحي اجازة دراسية اعتباراً من ١٤٢١/٣/١هـ بموجب المادة ١٩/٢٨ من نظام الخدمة المدنية .

عليه ارغب التكرم بتمديد اجازتي الدراسية لمدة عامين تبدأ من ١٤٢٣/٣/١هـ ، ومرفق طيه خطابين من جامعة استون ببرمنجهام - بريطانيا ، مؤرخان في ٥ اكتوبر ٢٠٠٠، ١٨ ابريل ٢٠٠٢ يشير الاول فيه الى قبولي في الجامعة ، ويشير الثاني الى اجتيازي الكورسات المقررة والذي سوف انهي فيه دراستي لدرجة الدكتوراه بمشيئة الله في نهاية ديسمبر ٢٠٠٣ .

والله يحفظكم ويرعاكم ،،،

مقدمه

عمر بن أحمد البيومي

١٤٢٣/٢/١٣هـ

KSA0000000895

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ش/ع/١٣/٤٤٤٤
التاريخ ١٨/٢/١٤٢١هـ
المرفقات .............

عمر بن أحمد مصطفى البيومي     محاسب     ٨     ٨٦     هندسة الممرات الجوية

ان رئيس الطيران المدني

بناءً على الصلاحيات الممنوحة له ، وبناءً على ما جاء بخطاب مدير عام هندسة الممرات الجوية رقم ٢٦٦ وتاريخ ١٤٢١/٢/٦هـ المتضمن طلب الموافقة على منح الموظف الموضحة هويته بعاليه اجازة دراسية لمدة [ سنتين ] اعتباراً من ١٤٢١/٣/١هـ وذلك لمواصلة دراسته العليا بالولايات المتحدة الامريكية على حسابه الخاص ولموافقتنا على ذلك فـــإننا :-

( نقرر ما يلي )

١- الموافقة على منح الموظف الموضحة هويته بعالية إجازة دراسية لمدة [ سنتين ] بدون راتب اعتباراً من ١٤٢١/٣/١هـ بموجب المادة (١٩/٢٨) من نظام الخدمة المدنية .

٢- على الجهات المختصة اعتماد ذلك كل فيما يخصه .

رئيس الطيران المدني
د/ علي بن عبد الرحمن الكاف

منح دراسة

KSA0000000896

RESEARCH DEGREES PROGRAMME
Tel. Ext. 4429
Email: P.E.Lewis@aston.ac.uk



# ASTON
## BUSINESS SCHOOL

5th October 2000



RESEARCH INSTITUTE

Mr. Omar Bayoumi
6333 Mt. Ada Road # 152
San Diego
CA 92111
U.S.A.

Aston University
Aston Triangle
Birmingham B4 7ET
United Kingdom
Tel +44 (0)121 359 3611
Fax +44 (0)121 333 5620
email absresearch@aston.ac.uk

Dear Mr. Bayoumi,

Further to your application to join the Aston Business School Research Degrees Programme, we are pleased to offer you a place as a full-time internal research student commencing October 2000, under the supervision of Dr. Reiner Grundmann. You will be attached to the Strategic Management & Innovation Research Group.

All students joining the Research Degrees Programme are initially registered for a higher degree by research, with their registration changing to MPhil or Phd after successful completion of their Qualifying Report at the end of the first year of study for full-time students, or at the end of the second year of study for part-time students.

It is a requirement of the Programme that you complete the Research Methods Course as part of your degree. The Student Handbook giving details of the various modules is currently being updated and will be available for the October term.

As mentioned in email messages to you, you will be required to pay a minimum of 50% of the fee as a full-time overseas research student (£7000) upon enrolment, providing financial guarantee for the remaining 50%.

Copy of the 'Regulations for Students Registering for Higher Degrees by Research and Thesis MPhil and PhD' is enclosed.

Yours sincerely,


Dr. Stephen Osborne
Director, Research Degrees Programme



Copy:   Professor Jim Love
        Dr. Reiner Grundmann

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000897

RESEARCH DEGREES PROGRAMME
Tel: Ext. 4429
Email: P.E.Lewis@aston.ac.uk



18th April 2002

TO WHOM IT MAY CONCERN

RESEARCH INSTITUTE

Aston University
Aston Triangle
Birmingham B4 7ET
United Kingdom
Tel +44 (0)121 359 3611
Fax +44 (0)121 333 5620
email absresearch@aston.ac.uk

## OMAR AL-BAYOUMI

I confirm that Mr. Al-Bayoumi has been a full-time research student in Aston Business School, Aston University since October 2000, under the supervision of Dr. Reiner Grundmann. He was attached to the Strategic Management and Innovation Research Group.

He has successfully completed the requirements of the Research Methods Course and is expected to complete his doctoral thesis by the end of December 2003.

Mr. Al-Bayoumi has shown himself to be a conscientious and very able student during his time to date on the Research Degrees Programme.

Please do not hesitate to contact me if you require any further information.

P.E. Lewis
pp - Professor Stephen Osborne
Director, Research Degrees Programme

ASTON BUSINESS SCHOOL
RESEARCH DEGREES
PROGRAMME

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000898