# Exhibit 68

Illegible handwritten text



|  | In the name of Allah, the Gracious, the Merciful |  |
|---|---|---|
| Kingdom of Saudi Arabia |  | Number: 266/H/M |
| Ministry of Defense and Aviation | [**Logo**: *Ministry of* | Date: 06/02/1421 AH |
| Civil Aviation Presidency | *Defense and Aviation*] | (May 11, 2000 AD) |
| Airways Engineering |  | Attachments: Approval + Exhibit |

Omar Ahmed Mustafa al Bayoumi   Accountant   8th Rank   86   Airways Engineering

-------------------------------------------------------------------------------------------------------

Personnel and Payroll Affairs Director
May the peace, mercy, and blessings of Allah be upon you.

**Subject: Study Leave**
This is to indicate that the employee whose identity is stated above filed a request for a study leave to prepare for the PhD degree in Finance and Accounting. Attached is a copy of a letter issued by the George Washington University confirming that they accepted said employee to prepare for the PhD degree with them.
Therefore, we do not have any objection about his completion of postgraduate studies. Based on the provisions of Article 28/19 of the Civil Service Law, we hope that you take the required procedures to grant him a study leave for two years starting as of 01/03/1421 AH (June 4, 2000 AD).

This is for your review and to do what is required as per the law. Please accept our regards.

[**SEAL**]                                              Airways Engineering Director General
Cards                                                   [*Handwritten Signature*]
Employees                                               Eng. Mohamed Ahmed Al Salmi
3481
06/02/1421 AH (May 11, 2000
AD) [*Handwritten Signature*]

Ali/M

Please reply to:                                                                    [Duplicate Text]
Director General, Airways Engineering
P.O. Box: 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

KSA0000000901



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language**: Arabic

**Document title**: KSA0000000901

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli* (Jan 7, 2021 16:31 CST)

**Date**: Jan 7, 2021

بسم الله الرحمن الرحيم



| الرقم: ٦٥٥٣/خ |  | المملكة العربية السعودية |
|---|---|---|
| التاريخ: ١٦/٢/١٤٢١ |  | وزارة الدفاع والطيران |
| المرفقات: صورة موافقة + مشروع |  | رئاسة الطيران المدني |
|  |  | هندسة الممرات الجوية |

| هندسة الممرات الجوية | ٨٦ | الثامنة | محاسب | عمر أحمد مصطفى البيومي |
|---|---|---|---|---|

-------------------------------------------------

المكرم مدير شؤون الموظفين والرواتب        المحترم

السلام عليكم ورحمة الله وبركاته ،،،

**الموضوع : إجازة دراسية**

نفيدكم بأن الموظف الموضحة هويته بعاليه قد تقدم الينا طالبا منحه إجازة دراسية للتحضير لدرجة الدكتوراه في تخصص المالية والمحاسبة ويرفقه صورة خطاب من جامعة جورج واشنطون يفيد بقبولهم الموظف المذكور للتحضير لدرجة الدكتوراة لديهم .

عليه نفيدكم بأنه لا مانع لدينا من إكمال الموظف المذكور لدراسته العليا ، وبناء على ما تنص عليه المادة ١٩/٢٨ من نظام الخدمة المدنيه نأمل إكمال الاجراءات اللازمة لمنحه إجازة دراسيه لمدة سنتين إعتبارا من تاريخ ١٤٢١/٣/١هـ .

للاطلاع وإكمال اللازم نظاما ... وتقبلوا تحياتنا ،،،،،

مدير عام هندسة الممرات الجويه

م/محمد أحمد السالمي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

المرجاء الرد على العنوان التالي:
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية