# Exhibit 70



March 22, 2000

Mr. Mohammed Abdel-Azziz
Embassy of Saudia Arabia
Office of Cultural Mission
2600 Virginia Ave. NW, Suite 800
Washington, DC 20037

Dear Mr. Abdel-Azziz:

RE: **Omar Ahmed Al-Bayoumi**

Our records indicate that **Omar Al-Bayoumi** has successfully completed the following continuing education courses with The George Washington University:

| Date Earned | Course Title | CEUs |
| --- | --- | --- |
| 05/14/1999 | Risk Management | 2.8 |
| 06/11/1999 | Managing Projects in Organizations | 2.8 |
| 06/25/1999 | Project Leadership, Management, and Communications | 2.8 |
| 06/30/1999 | Quality for Project Managers | 1.8 |
| 09/24/1999 | Scheduling and Cost Control | 2.8 |
| 10/01/1999 | Contracting for Project Managers | 2.8 |
| 03/03/2000 | Negotiation Strategies and Techniques | 2.8 |
| 03/03/2000 | Master's Certificate in Project Management | |

If you have questions about **Mr. Al-Bayoumi's** course history, or if you need additional

[seal:] [emblem]
Ministry of Higher Education
The Saudi Arabian Cultural Mission
This document has been confirmed as officially issued; however, this ratification shall not be considered an evaluation to the educational institution
Registration N: *PS-1482*       Dated: 12/18/1420 [March 24, 2000]
Administration Office:          Signature:
[illegible]                     [signature]

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000907



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):   20. KSA0000000907

Source Language(s)   Arabic
Target Language(s)   English

Appeared before me remotely

Authorized Signature:                                    Signature, Notary Public:

Name:   Jacqueline Yorke                                 Currently situated in the County of New York
Title:   Project Manager
Date:    June 4, 2021



Currently situated in the County of New York

Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS



March 22, 2000

Mr. Mohammed Abdel-Azziz
Embassy of Saudia Arabia
Office of Cultural Mission
2600 Virginia Ave. NW, Suite 800
Washington, DC 20037

Dear Mr. Abdel-Azziz:

RE: **Omar Ahmed Al-Bayoumi**

Our records indicate that **Omar Al-Bayoumi** has successfully completed the following continuing education courses with The George Washington University:

| Date Earned | Course Title | CEUs |
|---|---|---|
| 05/14/1999 | Risk Management | 2.8 |
| 06/11/1999 | Managing Projects in Organizations | 2.8 |
| 06/25/1999 | Project Leadership, Management, and Communications | 2.8 |
| 06/30/1999 | Quality for Project Managers | 1.8 |
| 09/24/1999 | Scheduling and Cost Control | 2.8 |
| 10/01/1999 | Contracting for Project Managers | 2.8 |
| 03/03/2000 | Negotiation Strategies and Techniques | 2.8 |
| 03/03/2000 | Master's Certificate in Project Management | |

If you have questions about **Mr. Al-Bayoumi's** course history, or if you need additional information, please feel free to contact me at (703) 558-3130.

Sincerely,

*Janet T. Pfister*

Janet T. Pfister
Office of Student Affairs

SCHOOL OF BUSINESS AND PUBLIC MANAGEMENT
NORTH HALL · 2033 K STREET, N.W., SUITE 340 · WASHINGTON, VA 22003 · (703) 558-3985 · FAX (703) 558-3001

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000907