# Exhibit 71

4/1290

In the name of Allah the Merciful the Compassionate

| Kingdom of Saudi Arabia | [emblem] | Ref. #: *7/4/1/5* |
| Ministry of Defense & Aviation | | Date: *1/1/1420 A.H.* [4/17/1999 A.D.] |
| Civil Aviation Presidency | | Attachments: *3 Copies + Application* |

| Omar Ahmed Moustafa Bayoumi | Accountant | Eighth | Air Corridors Engineering |

His Royal Highness the Assistant Minister of Defense and Aviation and the Inspector General for Civil Aviation Affairs                                                                                      May God protect him

Peace be upon you and God's mercy and blessings:

I am hereby forwarding to Your Excellency Dallah Avco Company's Letter No. RMA/364/99/15/11 dated 12/21/1419 A.H. [4/8/1999 A.D.], in which it requests the extension of the secondment of the aforementioned employee's services to work for it for a fifth year. Administrative Decision No. 7/4/1/575 dated 1/15/1419 A.H. [5/12/1998 A.D.] was previously issued to extend the secondment of the aforementioned individual to the aforementioned company for a fourth year as of 1/8/1419 A.H. [5/5/1998 A.D.]. Since this secondment does not affect the progress of work, in reference to Article (29/4) of the Civil Service Regulations, which allow extending the secondment of an employee for a period or periods not exceeding one year each, and since this matter falls under Your Excellency's authorities,

I respectfully ask Your Excellency to kindly approve extension of the secondment of the aforementioned employee's services to the aforementioned company for another year as of 1/8/1420 A.H. [4/24/1999 A.D.].

For your review and instructions as you deem fit.

Kindly accept my sincere regards,
[signature] [signature]

Civil Aviation President
[illegible stamp]
Dr./ Ali bin Abdel Rahman Al-Khalaf

[illegible]/ Bayoumi
Cc/ His Excellency the CEO of the Dallah Avco Company
Cc/ His Excellency the Director-General of Air Corridors Engineering / Cc/ The esteemed Director of the Finance Department
Cc/ His Excellency the Director of Employees Affairs / Employment / Cc/ His file with a copy of the letter
[signature]

KSA0000000936

**28/23**
The female employee shall be entitled to a maternity leave of sixty (60) days with full pay.
**28/24**
The female employee shall be entitled to a waiting period for a widow leave with full pay.
**28/25**
The General Civil Service Bureau shall regulate how to handle the employee's balance of ordinary leaves when he moves from this system to another or vice versa.

**Article (29)**
The employee may be seconded, with his consent, to work for public, private, or government establishments or international entities. The Regulations shall set the secondment rules.

**29/1**
The employee's secondment shall be by Decree from the competent Minister. If the employee was at the eleventh grade or higher, his secondment shall be approved by the President of the Civil Service Board*.
**29/2**
The secondment decision may be cancelled before the expiry of its term.
**29/3**
The seconded employee shall retain his job and original grade throughout the secondment term and it may not be filled by another through appointment, promotion or transfer.
**29/4**
The term of the secondment may not exceed one year and may be extended by the competent authority for one or more terms not exceeding one year each, with the overall term of the secondment not exceeding four years except as approved by the President of the Civil Service Board. The employee may not be seconded before a minimum of three years passing from the date of the previous secondment*.
**29/5**
The secondment shall finally end with the employee succeeding in the competition or his promotion to a higher grade in other than the case of secondment to an international organization.

**29/6**
Secondment shall be added to the employee's service. The seconded employee shall pay the pension fees on his salary in his original job and any increases thereto during the secondment.
**29/7**
The salary of the seconded employee shall cease from the date of leaving work until he resumes it. With the approval of the Prime Minister, if so required for public interest, the seconding entity shall pay all or part of the seconded employee's salary. In case of a secondment abroad, the employee shall be paid a bonus to be decided by the Prime Minister. (1)

_____
(1) Civil Service Board Decision No. 742 dated 3/9/1403AH was issued and stipulated that (If the employee was seconded to an international organization or entity, he shall be paid the difference between what he is allocated by the organization where he works in accordance with its regulations – and between what is decided for similar employees who fall under the Diplomatic Representation Allowance Regulation.

* Civil Service Board Decision No. 198/9 dated 12/06/1410AH was issued and stipulates the following:
First.   Annul part of Article 29/1 of the Executive Regulations of the Civil Service Act for its full stipulation to be as follows: (The employee's secondment shall be by a decision from the competent Minister).
Second. Amend Article 29/4 of the Executive Regulations of the Civil Service Act to become as follows:
   a. The term of the secondment may not exceed one year and may be extended by the competent authority for one or more terms not exceeding one year each, with the overall term of the secondment not exceeding five years under any circumstances. The employee may not be seconded before a minimum of three years passing from the date of the previous secondment.
   b. Employees at the Thirteenth Grade and higher may only be seconded to international or regional organizations, establishments and companies with the consent of the President of the Civil Service Board. The approval decision shall specify the maximum secondment term.

KSA0000000937



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s): KSA0000000936

Source Language(s): Arabic

Target Language(s): English

*Appeared before me remotely*

Authorized Signature:

Name: Jacqueline Yorke
Title: Project Manager
Date: December 31, 2020

Currently situated in the County of New York

Signature, Notary Public:

Currently situated in the County of New York

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

Stamp: Notary Public

Reason for signature: I approve the accuracy of this document content as written

TP-PM-401-W037-F001 Certification with Notary v.2
Effective: 22-November-2019

© 2020 TransPerfect Translations International, Inc. (TransPerfect).



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):  KSA0000000937

Source Language(s):  Arabic

Target Language(s):  English

*Appeared before me remotely*

Authorized Signature:

*[signature]*

Name:  Jacqueline Yorke
Title:  Project Manager
Date:  December 31, 2020

Currently situated in the County of New York

Signature, Notary Public:

*[signature]*

Currently situated in the County of New York

*[Notary seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]*

Stamp: Notary Public

Reason for signature: I approve the accuracy of this document content as written



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ٧/٤/١١/٥
التاريخ: ١١/١/١٤٢٠
المرفقات:

عمر احمد مصطفى بيومي   محاسب   الثامنة   هندسة الممرات الجوية

صاحب السمو مساعد وزير الدفاع والطيران والمفتش العام   حفظه الله
لشئون الطيران المدني

السلام عليكم ورحمة الله وبركاته :

ارفع لسموكم الكريم خطاب شركة دله افكو رقم رم أ/٣٦٤/٩٩/١٥/١١ وتاريخ ٢١/١٢/١٤١٩هـ الذي تطلب فيه تمديد اعارة خدمات الموظف الموضحة هويته بعاليه للعمل لديهم لسنة خامسه والذي سبق وأن صدر القرار الاداري رقم ٥٧٥/١/٤/٧ وتاريخ ١٥/١/١٤١٩هـ بتمديد اعارة المذكور للشركه المشار اليها لمدة سنه رابعه اعتبارا من ٨/١/١٤١٩هـ وحيث أن هذه الاعاره لاتؤثر على سير العمل واشارة للمادة (٤/٢٩) من لوائح الخدمة المدنية والتى اجازت تمديد اعارة الموظف مده أو مدد لاتزيد كل منهما على سنه وبما أن هذه من صلاحية سموكم .

لذا ارجو من سموكم الكريم الموافقة على تمديد اعارة خدمات المذكور للشركة المشار اليها ولمدة سنه أخرى اعتبارا من ٨/١/١٤٢٠هـ .

وتقبلوا سموكم الكريم خالص تحياتى وتقديري ، ، ،

رئيس الطيران المدنى
د/ علي بن عبدالرحمن الخلف

٢/بيومى
ص/ لسعادة العضو المنتدب لشركة دله افكو
ص/ لسعادة مدير عام هندسة الممرات الجويه / ص/ للمكرم مدير الادارة الماليه
ص/ لسعادة مدير شئون الموظفين / التوظيف / ص/ للحفظ مع صورة الخطاب

KSA0000000936

23/28

تستحق الموظفة اجازة وضع مدتها ستون (60) يوما براتب كامل .

24/28

تستحق الموظفة إجازة لفترة عدة الوفاة براتب كامل .

25/28

ينظم الديوان العام للخدمة المدنية كيفية معاملة رصيد الموظف من الاجازات العادية عند انتقاله من هذا النظام الى نظام آخر أو العكس .

## مادة (29)

يجوز اعارة الموظف بعد موافقته للعمل لدى المؤسسات العامة أو الخاصة أو الحكومات أو الهيئات الدولية وتحدد اللائحة قواعد الاعارة .

1/29

تكون اعارة الموظف بقرار من الوزير المختص . فاذا كان الموظف بالمرتبة الحادية عشرة فما فوق فتكون اعارته بموافقة رئيس مجلس الخدمة المدنية *

2/29

يجوز الغاء قرار الاعارة قبل انتهاء مدتها .

3/29

يحتفظ الموظف المعار بوظيفته ومرتبته الاصلية طوال مدة الاعارة ولا يجوز شغلها بغيره عن طريق التعيين أو الترقية أو النقل .

4/29

لا تزيد مدة الاعارة على سنة ويجوز تمديدها من السلطة المختصة مدة أو مددا لا تزيد كل منها على سنة ، ولا يجوز أن تزيد مدة الاعارة عن أربع سنوات الا بعد موافقة رئيس مجلس الخدمة المدنية . ولا يجوز اعارة الموظف قبل مضي ثلاث سنوات على الاقل من تاريخ الاعارة السابقة *

5/29

تنتهي الاعارة حتما بنجاح الموظف في المسابقة أو بترقيته الى مرتبة أعلى وذلك في غير حالة الاعارة لمنظمة دولية .

6/29

تحتسب الاعارة في الخدمة وعلى الموظف المعار ان يؤدى خلالها الحسميات التقاعدية على راتبه في وظيفته الاصلية وما يطرأ عليه من زيادات .

7/29

يقطع راتب الموظف المعار اعتبارا من تاريخ تركه العمل حتى يعود الى مباشرته ويجوز بموافقة رئيس مجلس الوزراء اذا اقتضت المصلحة العامة ان تتحمل الجهة المعيرة كل أو بعض راتب المعار ، كما يجوز في حالة الاعارة خارج المملكة ان يصرف للموظف مكافأة يحدد مقدارها رئيس مجلس الوزراء . (1)

---

(1) صدر قرار مجلس الخدمة المدنية رقم 742 وتاريخ 3/9/1403هـ ونص على أنه (اذا أعير الموظف الى احدى المنظمات أو الهيئات الدولية يصرف له الفرق بين ما خصصه له المنظمة التي يعمل لديها وفقا لانظمتها — وبين ما هو مقرر لأمثاله من الموظفين الذين تطبق عليهم لائحة بدل التمثيل الدبلوماسي .

* صدر قرار مجلس الخدمة المدنية رقم 1/198 وتاريخ 12/6/1410هـ وقرر ما يلي :
اولاً   يلغى عجز المادة 2/29 من اللوائح التنفيذية لنظام الخدمة المدنية بحيث يقتصر نصها كاملاً على مايلي : ( تكون إعارة الموظف بقرار من الوزير المختص ) .
ثانياً  تعدل المادة 4/29 من اللوائح التنفيذية لنظام الخدمة المدنية بحيث يصبح نصها كالتالي :
أ –   لا تزيد مدة الإعارة عن سنة ويجوز تمديدها من السلطة المختصة مدة أو مددا لا تزيد كل منها عن سنة ، ولا يجوز أن تزيد مدة الإعارة بأي حال من الأحوال عن خمس سنوات ، ولا يجوز إعارة الموظف قبل مضي ثلاث سنوات على الأقل من تاريخ الإعارة السابقة .
ب –  لا يجوز إعارة شاغلي المراتب الثالثة عشرة فما فوق إلا للمنظمات والمؤسسات والشركات الدولية أو الإقليمية بموافقة رئيس مجلس الخدمة المدنية . ويحدد قرار الموافقة الحد الأقصى للإعارة .