# Exhibit 72

Anqari Exhibit

**379**

exhibitsticker.com

1/13/21 Carrie Campbell, RDR

| Kingdom of Saudi Arabia | In the name of Allah, the Gracious, | Number: 71/H/M Date: |
|---|---|---|
| Ministry of Defense and Aviation | the Merciful | 10/01/1421 AH |
| Civil Aviation Presidency | | (April 15, 2000 AD) |
| Airways Engineering | [**Logo**: *Ministry of Defense and Aviation*] | Attachments: ---- |

| Omar Ahmed Mustafa al Bayoumi | Accountant | 8th Rank | 86 | Airways Engineering |
|---|---|---|---|---|

Personnel and Payroll Affairs Director
May the peace, mercy, and blessings of Allah be upon you.

Further to the administrative decision No. 7/4/1/505, dated 17/01/1420 AH (May 3, 1999 AD), stipulating the secondment of the employee whose identity is stated above to work for Dallah Avco Company for one last year as of 08/01/1420 AH (April 24, 1999 AD), we would like to inform you that the said employee is back to service as of 10/01/1421 AH (April 15, 2000 AD) on the specified time.

For review and action. Please accept my sincere greetings.

Airways Engineering Director General
[*Handwritten Signature*]
Eng. Muhammad Ahmed Al Salmi
10/01/1421 AH (April 15, 2000 AD)

[**Handwriting**: *Personnel – 1089 – 11/01/1421 AH (April 16, 2000 AD)*]

Please reply to:
Director General, Airways Engineering
P.O. Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

[Duplicate Text]

KSA0000000989



TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language:** Arabic

**Document title:** KSA0000000989

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*
Farah Alshekhli (Jan 7, 2021 16:49 CST)

**Date**: Jan 7, 2021

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم ___ ٧١/٥/م/م
التاريخ ___ ١٠/١/١٤٤١
المرفقات ___

| الممرات الجويه | ٨٦ | ٨ | محاسب | عمر أحمد مصطفى بيومي |

---------------------------------------------------------------

المكرم مدير شـؤون الموظفين والرواتـب          المحتـرم

السـلام عليكم ورحمة اللـه وبركاتـه  ،،،

إشـارة الى القرار الاداري رقم ٥٠٥/١/٤/٧ بتاريخ ١٤٢٠/١/١٧هـ  القاضي
بإعارة الموظف الموضحة هويته بعاليه  للعمل لدى شركة دله أفكو  لمدة سنة أخيرة
إعتبارا من تاريخ ١٤٢٠/١/٨هـ ·
     نفيدكم بأن الموظف المذكور قد  عاد لمباشرة عمله بتاريخ ١٤٢١/١/١٠هـ  في
الوقت المحدد ·
          للإطلاع  وإكمال اللازم   ··· وتقبلوا تحياتنا   ،،،،،

مدير عام هندسـة الممرات الجويـه

م/محمـد أحمـد السـالي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي:
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية

KSA0000000989