# Exhibit 74

1290/4

| | |
|---|---|
| [seal:] Ministry of Defense and Aviation<br>Presidency of Civil Aviation<br>Department of Personnel Affairs | [seal:] *Cards Administrative Communication Center*<br>Referral Entity:<br>No. *13935*<br>Date: *3/6*<br>Signature: [signature] |

In the name of Allah, the Merciful

**Employee leave request**

**Eleventh grade or less, and Workers**

Department / Airport outgoing number 119/ [illegible]
Date: *6/2/1415 AH* [11/06/1994]

---

**First: The request**

Mr.: **Director General of Airways Engineering**

After greeting,

I would like to authorize me a leave   ( ) Regular   (✓) Exceptional   ( ) Regular extension

For a period of (90) days, starting from 06/23/1415 AH [11/26/1994], and my address during the leave will be: ……………………………………………………………………………..

The one who will work in my place                Name: **Omar Ahmad Al Bayoumi**
My colleague/……………………..                Grade: **Eighth**        No.: **86**
Date:   /  /14 AH.                                Signature: [signature]
                                                  Job title: **Accountant**

---

**Second: The approval of the official**

Mr. Personnel, Payroll / Recruitment Manager

We have no objection to granting him the required leave if it is legally due.

Name: **Muhammad Ahmad Al-Salmi.** Signature: [signature] Job title: **General Director of Airways Engineering**

Date:   /  /14  AH

---

**Third: Personnel audit**

The required leave is (✓) legally  due for the period ~~from   /  / 14AH. to   /  / 14AH.~~
                                    Without salary

( ) Not legally due: it shall be returned to Mr./  [signature]

For the following reasons:-
  1-
  2-                              Job title: **Personnel Manager**
  3-                              Signature: [signature]
                                  Name: **Abdullah Al-Nahari**
  Date:   /  /14 AH

---

**Fourth: The decision**

Acting Personnel and Payroll Manager           Decision No.: **7/4/1/4515**
Based on the mandate given to him by law.       Date: *6/17/1415 AH* [11/21/1994]

Based on Article No. (28/22) of the Civil Service Law, the following is decided:
1- The above employer  member shall be granted (Exceptional) leave of (90) days From 06/23/1415 AH [11/27/1994].
2- This shall be communicated to those required to enforce and notate it accordingly.

                The name of the
                authorized person: **Abdel Rahim Nouri Justiniyeh**
        Signature: [signature] *6/17/1415 AH* [11/21/1994]
                Job Title: **Acting Personnel and Payroll Manager**

---

A copy for Director General of Airways Engineering,     "Return To Work Notice"
A copy for Director of Department of Personnel Affairs and Payroll
A copy for Director of Recruitment Division
A copy for the outgoing mail/ for his file with the original decision
A copy for administrative communications to pay registration No (  ), dated    /  /14    AH.

**Instructions:**

1- The applicant for the requested leave shall fill in the first section of the leave application form and specifies the type of leave i.e. ordinary, unscheduled, or extension of ordinary leave. For the directors of departments and airports and supervisory functions, the applicant shall indicate the name of the person acting on his/her behalf.
2- The direct manager shall fill in and notate the second section to be signed by the director of (the administration/the airport).
3- The request shall be sent to the Department of Personnel Affairs in case of approval.
4- The application shall be recorded in the Administrative Communication Center and transferred to Recruitment Division directly.
5- The official then checks the leave legality and entitlement, fills in the third section and the decision of the leave in the register and sends it to the Director of Personnel Affairs to sign or notate it according to the authority.
6- After notation, the application form is sent to the authorized signatory.
7- After signing, the application form is sent to the outgoing mail for action and information.
8- In the event that the leave is not entitled, the reasons for rejection shall be provided to the Director of Personnel Affairs, and the application shall be returned to the applicant.

**Notes:**

- A "Return to Work Notice" shall be made by the competent official as per the form.
- The period of the ordinary leave shall not exceed 90 days to 12 months, but not less than 15 days, while the unscheduled leave shall not exceed 6 months within three years, unless it is absolutely necessary and after approval by the General Bureau of Civil Service and as per Article 28/22 of the Regulations.

KSA0000001041



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):      07. KSA0000001040-41

Source Language(s)    Arabic
Target Language(s)    English

**Appeared before me remotely**

Authorized Signature:

Name:    Jacqueline Yorke
Title:    Project Manager
Date:    June 4, 2021

Currently situated in the County of New York

Signature, Notary Public:

Currently situated in the County of New York



Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

Error! Unknown document property name. Error! Unknown document property name. v.Error! Unknown document property name.
5 of 5Page
© 2021 TransPerfect Translations International, Inc. (TransPerfect).Effective: **Error! Unknown document property name.**

بسم الله الرحمن الرحيم

# طلب إجازة للموظف
من المرتبة الحادية عشرة فما دون والمستخدمين

إدارة شؤون الموظفين

رقم صادر الإدارة / المطار ١١٩/١٥
التاريخ ٤/ ٦ /١٤١٥هـ

## أولاً - الطلب

سعادة: مدير عام هندسة الممرات الجوية  المحترم

بعد التحية
أرغب الترخيص لي بإجازة ☐ اعتيادية ☒ استثنائية ☐ تمديد اعتيادية
لمدة ( ٩٠ ) يوماً اعتباراً من ٢٣/ ٦ /١٤١٥هـ وسيكون عنواني أثناء الإجازة:

الاسم: عمر أحمد البيومي
وسوف يقوم بتأمين العمل زميلي / _____
المرتبة: الثامنة رقمها ٨٦
التوقيع: _____
التاريخ / /١٤ هـ
مسمى الوظيفة: محلل

## ثانياً - موافقة المسؤول

المكرم / مدير شؤون الموظفين والرواتب / التوظيف  المحترم
لا مانع لدينا من منح الإجازة المطلوبة إذا كانت مستحقة نظاماً.

الاسم: محمد أحمد السالمي   التوقيع: _____   الوظيفة: مدير عام هندسة الممرات الجوية
التاريخ / /١٤ هـ

## ثالثاً - تدقيق شؤون الموظفين

الإجازة المطلوبة ☑ مستحقة نظاماً عن الفترة من _____ الى _____ ١٤هـ
☐ غير مستحقة نظاماً: وتعاد مع التحية لسعادة / بدون راتب _____
للأسباب التالية:-
١ -:
٢ -:
٣ -:

مسمى الوظيفة: مدير شعبة التوظيف
التوقيع: _____
الاسم: عبد الله النهاري
التاريخ / /١٤ هـ

## رابعاً - القرار

إن ـ مسند ـ برشؤون الموظفين والرواتب المكلف
بناءاً على الصلاحيات الممنوحة له نظاماً.
القرار رقم ٧/٤/١٥٤
وتاريخ ١٧/ ٦ /١٤١٥هـ

وبناءاً على المادة رقم ( ٢/٢٨ ) من نظام الخدمة المدنية يقرر ما يلي:
١ - يمنح الموظف أعلاه اجازة (استثنائية) لمدة ( ٩٠ ) يوماً اعتباراً من ٢٣/ ٦ /١٤١٥هـ.
٢ - يبلغ هذا لمن يلزم لانفاذه والتأشير بموجبه.

إسم صاحب الصلاحية: عبد الرحيم نوري جستنيه
التوقيع: _____ ١٣/٦/١٤١٥هـ
الوظيفة: مدير شؤون الموظفين والرواتب المكلف

صوره مع التحية لديوان الخدمة المدنية و الإدارة العامة للمعلومات.
صوره لسعادة /مدير عام هندسة الممرات الجوية للإفادة عن عودته ومباشرته للعمل.
صوره للمكرم مدير شعبة المالية والرواتب
صوره للمكرم مدير شعبة التوظيف
صوره للصادر / لملفه مع أصل القرار.
صوره للإتصالات الإدارية لتسديد القيد رقم «    » وتاريخ  /  / ١٤ هـ

KSA0000001040

## تعليمات استخدام النموذج

١ ) يملأ طالب الاجازه القسم «الاول» من نموذج طلب الاجازه ويحدد الاجازه «اعتياديه ، استثنائيه ، تمديد اجازه اعتياديه» . وبالنسبة لــــدراء الادارات والمطــارات والوظائف الاشرافيه يوضح اسم الشخص الذي سيقوم بالعمل نيابة عنه .

٢ ) يملأ الرئيس المباشر القسم «الثاني» ويؤشره ليتم توقيعه من «مدير الاداره/المطار» .

٣ ) يرسل الطلب الى ادارة شئون الموظفين في حالة الموافقه .

٤ ) يسجل الطلب في مركز الاتصالات الادارية ويحول الى التوظيف مباشرة .

٥ ) يفحص المسئول نظامية واستحقاق الاجازه ويملأ القسم «الثالث» ثم بعد ذلك يملأ قرار الاجازه الموجود بالسجل ويرسله الى مدير شئون الموظفين للتوقيع او التأشير حسب الصلاحيه .

٦ ) بعد التأشير يرسل الى صاحب الصلاحيه للتوقيع .

٧ ) بعد التوقيع يرسل الى الصادر لاصدار القرار وابلاغه للجهات المختصه .

٨ ) في حالة عدم استحقاق الاجازة توضح الاسباب وتعاد من قبل مدير شئون الموظفين لمرجع طالب الاجازه .

ملاحظات :-

* يجب ان يكون التبليغ بعودة الموظف من الاجازه من قبل المسئول على النموذج المعد لذلك .

* يراعى ان لا تزيد مدة الاجازه الاعتياديه التي يتمتع بها الموظف عن تسعين يوما خلال اثنى عشر شهراً وان لاتقل عن خمسة عشر يوماً .

* وان لا تزيد مدة الاجازه الاستثنائيه عن ستة اشهر خلال ثلاث سنوات الا في حالة الضروره القصوى وبعد موافقة الديوان العام للخدمة المدنية وفقا للمادة «٢٧/٢٨٠» من اللائحه .

KSA0000001041