# Exhibit 75

1290/4

| | |
|---|---|
| [logo:] Ministry of Defense and Aviation | [seal:] Cards [illegible] |
| Presidency of Civil Aviation | 21389 |
| Department of Personnel Affairs and Payroll | Date: 9/7/1415 AH [02/07/1995] |

In the Name of Allah the Most Merciful, the Most Compassionate

Leave Request for an Employee of the Eleventh Level or less and the workers

Administration outgoing No.: *1932*/[illegible]

Date: *9/7/1415 AH* [02/07/1995]

| | |
|---|---|
| **First: Request** | Your Excellency: Director General of Airways Engineering,<br><br>Greeting,<br>I would like to kindly ask for your approval to:<br>( ) Ordinary leave (√) Exceptional ( ) Extension of ordinary leave<br>For a period of (90) days starting from *9/27/1415 AH* [02/26/1995] and my address will be while on leave as follows:<br>----------------------------------------------------------------------------------------------------------<br><br>The work will be done by my colleague<br>………………………….<br>Date:   /  /14    AH<br><br>Name: Omar Ahmed Al Bayoumi<br>Level: Eighth, No. 86<br>Signature: [signature]<br>Job Title: Accountant |
| **Second: Official Approval** | Honorable/ Director of Department of Personnel Affairs, Payroll/ Recruitment<br>We have no objection for the required leave if it is laid down by law.<br>Name: Eng. Muhammad Ahmad Al-Salmi<br>Signature: [signature]<br>Job Title: Director General of Airways Engineering<br>Date:   /   / 14     AH |
| **Third: Human Resource Review** | The required leave is (√) laid down by law for the period from: —  /  /14   AH  to   /  /14   H<br>(  ) not laid down by law and shall be not entitled for the following reasons: ………..……. *Without Salary*<br>1-<br>2-<br>3-<br>Date: *9/20/1415 AH* [2/19/1995]<br><br>Job Title: *Director of Recruitment Division*<br>Signature: [signature]<br>Name: *Abdullah Al-Nahari* |
| **Fourth: Decision** | *Acting Director of Personnel Affairs and Payroll*, **based on the powers granted to him and as per Article No.** *28/22* **of the Civil Service Law, decides the following:**<br>1- The employee is granted an *exceptional* leave for a period of *90* days, starting from *9/27/1415 AH* [02/27/1995]<br>2- The decision is communicated to whomever for kind information and necessary action.<br><br>**Decision No.:** *7/4/1/6646*<br>**Date:** *9/20/1415 AH* [02/20/1995] (3)<br><br>\* **Officer Name:** <u>*Abdel Rahim Nouri Justiniyeh*</u><br>\* **Signature:** [signature]<br>\* **Job Title:** *Acting Director of Personnel Affairs and Payroll*<br><br>*A copy to the Civil Service Bureau (General Information Administration).*<br>Note that the previous leave had been modified from 25/6/1415 AH [11/29/1994] to 23/6/1415 AH  [11/27/1994]<br><br>*A copy for Director General of Airways Engineering,*      "Return To Work Notice" |

**A copy to the Director General of Airways Engineering to report on his return to work.**

**A copy to the Director of the Performance and Salary Department.**

**A copy to the Director of the Employment Department.**

**A copy to the outgoing/ his file with the original decision.**

**A copy to the Administrative Communications to pay the registration No. (***21389***), On** *7/9/1415 AH* [02/07/1995].

KSA0000001046



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s): 08. KSA0000001046

Source Language(s)  Arabic
Target Language(s)  English

**Appeared before me remotely**

Authorized Signature:

Name: Jacqueline Yorke
Title: Project Manager
Date: June 4, 2021

Currently situated in the County of New York

Signature, Notary Public:

Currently situated in the County of New York



Stamp: Notary Public

بسم الله الرحمن الرحيم

# طلب إجازة للموظف
من المرتبة الحادية عشرة فما دون

إدارة شؤون الموظفين والمستخدمين

رقم صادر الإدارة / الإشعار ١٩٢٤ /٥/٣
التاريخ ٧/ ٩ /١٥ ١٤هـ

سعادة مدير عام هندسة الممرات الجوية المحترم

بعد التحية
أرغب الترخيص لي بإجازة ☐ إعتيادية ☒ إستثنائية ☐ تمديد اعتيادية
لمدة ( ٩٠ ) يوماً إعتباراً من ٧/ ٩ /١٥ ١٤هـ وسيكون عنواني أثناء الإجازة:

الاسم: عمر أحمد البيومي
وسوف يقوم بتأمين العمل
زميلي / 
المرتبة: الثلاثين وقسمها ٥٦
التوقيع: 
التاريخ / / ١٤هـ
مسمى الوظيفة: محاسب

المكرم / مدير شؤون الموظفين والرواتب / التوظيف    المحترم
لا مانع لدينا من منح الإجازة المطلوبة إذا كانت مستحقة نظاماً.

الاسم: محمد أحمد السالمي    التوقيع: 
الوظيفة: مدير عام هندسة الممرات الجوية
التاريخ / / ١٤هـ

الإجازة المطلوبة ☒ مستحقة نظاماً عن الفترة من / / حتى / / ١٤هـ
☐ غير مستحقة نظاماً: وتعاد مع التحية لسعادة /    بدون راتب
للأسباب التالية:-
١ -:
٢ -:
٣ -:
مسمى الوظيفة: 
التوقيع:
الاسم:
التاريخ ٢/ ٩ /١٥ ١٤هـ

إن سمير حشمة الموظفين و لرواتب الملف    القرار رقم ٦٦/١/٤/٥
بناءاً على الصلاحيات الممنوحة له نظاماً    وتاريخ ٢٠/ ٩ /١٥ ١٤هـ
وبناءً على المادة رقم (٢٨/ ٠٣) من نظام الخدمة المدنية يقرر ما يلي:
١ - يمنح الموظف أعلاه إجازة ( إستثنائية ) لمدة ( ٩٠ ) يوماً
اعتباراً من ٧/٣/ ٩ /١٥ ١٤هـ
٢ - يبلغ هذا لمن يلزم لانفاذه والتأشير بموجبه.

إسم صاحب الصلاحية:
التوقيع:
الوظيفة: 

صورة لسعادة / مدير عام هندسة الممرات الجوية للإفادة عن عودته ومباشرته للعمل.
صورة للمكرم مدير شعبة التأدية والرواتب.
صورة للمكرم مدير شعبة التوظيف.
صورة للصادر / لملفه ، ح أصل القرار.
صورة للإتصالات الإدارية لتمديد القيد رقم ٠٢٤١ ٣٨٩ وتاريخ ٧ / ٩ /١٥ ١٤هـ.

KSA0000001046