# Exhibit 76

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

# The George Washington University

## School of Business and Public Management

certifies that

# Omar A. Al-Bayoumi

has successfully completed

## Managing Projects in Organizations

June 7, 1999  through June 11, 1999

San Diego, CA

and is awarded 2.8 continuing education units



Washington, D.C.

Susan M. Phillips
Dean, School of Business and Public Management

KSA0000001835