# Exhibit 77

