# Exhibit 78

*1290/4*
[logo:]
Department of Human Resources

[seal:] [illegible] *employees,*
*15381,*
 [signature] *6/11/* [illegible]

In the name of God, Most Gracious, Most Merciful

Job Start
For Employees and Staff

Archive: to be kept in the file of the mentioned person [illegible]

[signature] *6/16 Abdallah Ahmed Al-Nahari*

|  |  |  |
|---|---|---|
| First: Procedures of the Employee's Department | Name:　　　　　Job:　　　Rank　Number　　Department:<br><br>*Omar Al Bayoumi*　　　*Accountant*　　8　　268　　*Financial Administration*<br>To the esteemed Director of Human Resources and Payroll<br>May peace, mercy and blessings of Allah be upon you,<br>In reference to the administrative decision number 07/04/ dated (　　14AH) which stated :<br>( ) Hiring the employee whose identity is listed above.<br>( ) Promoting the employee whose identity is listed above.<br>(✓)Transferring the employee from *Financial Administration* to *Airways Engineering*<br>( ) To give the employee a vacation leave for ( ) days starting from (　　14 AH)<br>We want to inform you that the employee has started his new job on *4/16/1414* AH [10/03/1993].<br>Please proceed with the necessary steps.<br>Thank you.<br><br>Immediate supervisor:<br>Title: Director of Airways Engineering　　Name: *Mohamed Ahmed Al-Sulami*　Signature: [signature] | Number: 1637 / H/ M<br>Date: *10/6/1414* AH<br>[11/23/1993] |
| Second: Human Resources Procedures | A copy for the Director of Payroll<br><br>Greetings,<br>I want to inform you of this change.<br>Thanks<br>Title:………………. Name:……………….…… Signature:……………….. | Number:<br>Date: |
|  | A copy with greetings to the General Office of the Civil Service "General Department of Information"<br>A copy for the Director<br>A copy for Hiring<br>A copy for Administrative Communications to pay  [illegible] number<br>A copy for employee file with original |  |

KSA0000004515



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):     02. KSA0000004515

Source Language(s)   Arabic
Target Language(s)   English

Appeared before me remotely

Authorized Signature:

Name:   Jacqueline Yorke
Title:   Project Manager
Date:   June 4, 2021

Currently situated in the County of New York

Signature, Notary Public:

Currently situated in the County of New York



*Stamp: Notary Public*

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

بسم الله الرحمن الرحيم

مباشرة
للموظفين والمستخدمين

إدارة شئون الموظفين

الرقم ٢٦٧٧/م/
التاريخ ١٠/٦/١٤٢٨هـ

| الاسم | الوظيفة | المرتبة | رقمها | الجهة |
|---|---|---|---|---|
| عمر بسوك | حاسب | ٨ | ٦٨٦ | إدارة المالية |

المكرم مدير شئون الموظفين والرواتب     المحترم
السلام عليكم ورحمة الله وبركاته :-

إشارة للقرار الإداري رقم /٤/٧/     وتاريخ   /   / ١٤هـ القاضي .

☐ بتعيين الموظف/المستخدم الموضحة هويته بعاليه .
☐ بترقية الموظف/المستخدم الموضحة هويته بعاليه .
☑ بنقل الموظف/المستخدم من _____ إلى _____
☐ بمنح إجازة _____ الموظف/المستخدم الموضحة هويته بعاليه لمدة (   ) يوماً
   اعتباراً من   /   / ١٤هـ .

نفيدكم أن المذكور باشر عمله في _____ فأمل اتخاذ اللازم نظاماً .
ودمتم ... ... ... :

مدير الجهة المسئول :
وظيفته : _____ اسمه : _____ توقيعه : _____

الرقم
التاريخ

صورة للمكرم مدير شعبة التأديب والرواتب     المحترم
بعد التحية :-
للاعتماد والإحاطة . ودمتم ... ... ...
المسئول :
وظيفته : _____ اسمه : _____ توقيعه : _____

صورة/ مع التحية للديوان العام للخدمة المدنية والإدارة العامة للمعلومات.
صورة/ للمكرم مدير .
صورة/ التوظيف / التأديب
صورة/ للاتصالات الإدارية لتسديد القيد رقم
الأصل/ يحفظ في ملفه .

KSA0000004515