# Exhibit 79

Page 1
**Right side:**

Kingdom of Saudi Arabia
Interior Ministry

In the name of the King
Of the Kingdom of Saudi Arabia
I, hereby, require the officials of the government of Saudi Arabia, its representatives abroad, and request every authority acting of its behalf, and the competent foreign authorities to allow bearer to pass freely, and to offer him every assistance, and protection he may need.

Issued: Los Angeles
Date: 25/10/1420 AH (2/1/2000 AD)

Signature of the Director of Passports or General Consul

On behalf of him
Abdullah Saleh Abdullah Al Awaad (signature)

**Left Side:**

[Seal
Royal Consulate General of Saudi Arabia]

Passport no.: ███████
Name: Omar A. M. Al-Bayoumi
Address: Al Hajra
Date of birth: ███ 1377 AH (███ 1957 AD)
Mother's name: Aisha

**Page 5**
**Right side:**

Visas

Starting from: 5/2/1421 AH (5/9/2000 AD)

[Seal
Travelling visa for numbers of travels
Valid for the expiry date of the passport
(Signature)]

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
20/5/1423 AH (7/30/2002 AD)
303
Entry]

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
5/12/1420 AH (3/11/2000 AD)
313
Entry]

**Left side:**

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
4/4/1422 AH (6/25/2001 AD)
414
Entry]

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
27/2/1421 AH (5/31/2000 AD)
2306
Exit]

[Seal
Immigration Office
(201)
May 31, 2000]



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On this day of August 23, 2019

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

HC0000012050.pdf

I, Gabriela Bess, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Arabic and English, and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications ISO 9001 • ISO 17100 • ISO 13485



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000007996

June 11, 2021
EXHIBIT
al Bayoumi
0739


**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000008000