# Exhibit 80

## APPLICATION TO RENT

PLEX _____                                    DATE _____

IT _____                                      CALLED TO _____

_____                                         TIME IN _____

_____                                         DATE BACK _____

$ _____                                       TIME BACK _____

— Mihdar   Khalid   M _____   _____   (619) 222-7623
LAST        FIRST    M.I.        (JR., SR.)      PHONE NUMBER

                                                        Yes/No
SOCIAL SECURITY #          DRIVERS LICENSE #            ARE YOU OVER 18

PECTIVE RESIDENTS          RELATIONSHIP    OVER 18      SOCIAL SECURITY #
                                           (or emancipated minor)
                                           Yes/No
_____            _____              _____

                                           Yes/No
_____            _____              _____

ENCES
                                                        COMPLEX NAME        RENT $ PAID
33 Mt. Ada Road #1525D, CA 92111
T ADDRESS          APT #    CITY    STATE   ZIP         MANAGER'S #         HOW LONG

nudi Azalna
JS ADDRESS         APT #    CITY    STATE   ZIP         MANAGER'S #

                                                        COMPLEX NAME

YOU EVER BEEN DELINQUENT IN PAYMENT OF RENT? _____     PLEASE EXPLAIN _____
YOU EVER BEEN EVICTED FROM ANY PROPERTY?  YES _____  NO ✓      PLEASE EXPLAIN _____
ARE YOU LEAVING PRESENT RESIDENCE? _____
YOU GIVEN NOTICE YET? _____

OYMENT

T EMPLOYER   ADDRESS   CITY   ZIP   (__) PHONE #   HOW LONG

ISOR'S NAME   YOUR POSITION                        GROSS SALARY

JS EMPLOYER   ADDRESS   CITY   ZIP   (__) PHONE #   HOW LONG

ISOR'S NAME   YOUR POSITION                        GROSS SALARY

JS EMPLOYER   ADDRESS   CITY   ZIP   (__) PHONE #   HOW LONG

                                                   WK MO YR
ISOR'S NAME   YOUR POSITION                        GROSS SALARY

YOU RECEIVING CHILD SUPPORT? _____ HOW MUCH? $ _____
YOU RECEIVING A PENSION? _____ HOW MUCH? $ _____ COMPANY _____
R ADDITIONAL INCOME: $ _____
YOU PROVIDE PROOF OF THESE INCOMES? _____

E USE ONLY
t Residence _____ Phone Number Called _____
ng Party _____ Position _____ Length of Residency _____
any NSFs? _____ How many Lates? _____ Thirty Day Notice Given? _____ Rent/Mortgage per Month? $ _____
ents: _____ Date: _____ Employees Initials _____

us Residence _____ Phone Number Called _____
ng Party _____ Position _____ Length of Residency _____
any NSFs? _____ How many Lates? _____ Thirty Day Notice Given? _____ Rent/Mortgage per Month? $ _____
ents: _____ Date: _____ Employees Initials _____

t Employer _____ Phone Number Called _____ Length of Employment _____
ng Party _____ Position of person that Verified _____ Salary ? $ _____ WK MO YR
e Paystubs? Yes ___ No* ___ Tax Return (s)? Yes ___ No* ___ New Employment "Offer Letter" required? *
yee Initials _____ Date: _____

us Employer _____ Phone Number Called _____ Length of Employment
ng Party _____ Position of person that Verified _____ Salary ? $ _____ WK MO YR
e Paystubs? Yes ___ No* ___ Tax Return (s)? Yes ___ No* ___ New Employment "Offer Letter" required?
yee Initials _____ Date: _____ (*Copies must be attached and must be equal to or greater than rental amount)

nal Income Source _____ Phone Number Called _____ Length of employment _____
ng Party _____ Proof of Additional Income Attached? (bank statement showing direct deposit, court order of child support,
y or trust fund, copy of Social Security, Disability or Pension Statement, notarized letter of parental support, Tax returns or Investment
ents)  Employee's Initials _____ Date _____ Comments _____

*Handwritten margin notes:*
- What's cut off?
- What's significance of Mt. Ada Rd Address?

## Credit References

| CHECKING ACCT. BANK | ADDRESS/BRANCH | PHONE # | BRANCH # | ACCT. # |
|---|---|---|---|---|
| CREDIT REFERENCES | ADDRESS | TYPE ACCT. | | ACCT. # |
| CREDIT REFERENCES | ADDRESS | TYPE ACCT. | | ACCT. # |

## Personal References

#152

| NAME | ADDRESS | PHONE # | RELATIONSHIP |
|---|---|---|---|
| Omar Al-Bayoumi | 6333 Mt Ada | (619) 227-7623 | Friend |
| NAME | ADDRESS | PHONE # | RELATIONSHIP |

## In Case of Emergency

NAME: Omar
ADDRESS: 6333 Mt. Ada Road #152
RELATIONSHIP: Friend
PHONE #: (619) 227-7623

## Automobiles

| LICENSE # | MAKE | MODEL | YEAR |
|---|---|---|---|
| LICENSE # | MAKE | MODEL | YEAR |

Other Vehicles:

PLEASE NOTE:  EVERY ITEM MUST BE FILLED IN AND COMPLETED IN ITS ENTIRETY.
REVIEW YOUR APPLICATION BEFORE YOU TURN IT IN TO THE MANAGER.

THE APPLICANT REPRESENTS THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT AND HEREBY AUTHORIZES VERIFICATION OF INFORMATION CONCERNING SAID APPLICANT. IT IS UNDERSTOOD THE FEE OF $_____ IS NOT A DEPOSIT AND WILL NOT BE REFUNDED IF APPLICANT IS DECLINED.

APPLICANT: [signature]    DATE: 2/4/00

APPLICANT: _____    DATE: _____

FED-PEC0306490

## APPLICATION TO RENT

PLEX _____    DATE _____

IT _____    CALLED TO _____

_____    TIME IN _____

_____    DATE BACK _____

$ _____    TIME BACK _____

- Hazmi          Nawaf          M          ( ) _____
  LAST           FIRST          M.I.   (JR., SR.)   PHONE NUMBER

HAZMI          NAWAF          _____        Yes/No
SOCIAL SECURITY #    DRIVERS LICENSE #           ARE YOU OVER 18

PECTIVE RESIDENTS          RELATIONSHIP     OVER 18          SOCIAL SECURITY #
                                         (or emancipated minor)
_____    _____    Yes/No    _____

_____    _____    Yes/No    _____

ENCES

                                                              COMPLEX NAME        RENT $ PAID
333 Mt. Ada #152 SD CA 92111
T ADDRESS          APT #    CITY    STATE    ZIP              MANAGER'S #         HOW LONG

Saudi Arabia
JS ADDRESS          APT #    CITY    STATE    ZIP             MANAGER'S #         HOW LONG

                                                              COMPLEX NAME        RENT $ PAID

YOU EVER BEEN DELINQUENT IN PAYMENT OF RENT? _____    PLEASE EXPLAIN _____
YOU EVER BEEN EVICTED FROM ANY PROPERTY? YES _____ NO _____    PLEASE EXPLAIN _____
ARE YOU LEAVING PRESENT RESIDENCE? _____
YOU GIVEN NOTICE YET? _____

OYMENT

                                                      ( ___ ) _____
T EMPLOYER    ADDRESS    CITY    ZIP          PHONE #        HOW LONG

                                                                             _____ WK MO YR
ISOR'S NAME    YOUR POSITION                                 GROSS SALARY

                                                      ( ___ ) _____
US EMPLOYER    ADDRESS    CITY    ZIP         PHONE #        HOW LONG

                                                                             _____ WK MO YR
ISOR'S NAME    YOUR POSITION                                 GROSS SALARY

                                                      ( ___ ) _____
US EMPLOYER    ADDRESS    CITY    ZIP         PHONE #        HOW LONG

                                                                             _____ WK MO YR
ISOR'S NAME    YOUR POSITION                                 GROSS SALARY

YOU RECEIVING CHILD SUPPORT? _____ HOW MUCH? $ _____
YOU RECEIVING A PENSION? _____ HOW MUCH? $ _____ COMPANY _____
ER ADDITIONAL INCOME: $ _____
YOU PROVIDE PROOF OF THESE INCOMES? _____

CE USE ONLY
nt Residence _____ Phone Number Called _____
ing Party _____ Position _____ Length of Residency _____
many NSFs? _____ How many Lates? _____ Thirty Day Notice Given? _____ Rent/Mortgage per Month? $ _____
nents: _____ Date: _____ Employees Initials _____

us Residence _____ Phone Number Called _____
ing Party _____ Position _____ Length of Residency _____
many NSFs? _____ How many Lates? _____ Thirty Day Notice Given? _____ Rent/Mortgage per Month? $ _____
nents: _____ Date: _____ Employees Initials _____

nt Employer _____ Phone Number Called _____ Length of Employment _____
ing Party _____ Position of person that Verified _____ Salary ? $ _____ WK MO YR
re Paystubs? Yes ____ No* ____ Tax Return (s)? Yes ____ No* ____ New Employment "Offer Letter" required? * _____
yee Initials _____ Date: _____

us Employer _____ Phone Number Called _____ Length of Employment _____
ing Party _____ Position of person that Verified _____ Salary ? $ _____ WK MO YR
re Paystubs? Yes ____ No* ____ Tax Return (s)? Yes ____ No* ____ New Employment "Offer Letter" required?
yee Initials _____ Date: _____ (*Copies must be attached and must be equal to or greater than rental amount)

onal Income Source _____ Phone Number Called _____ Length of employment _____
ing Party _____ Proof of Additional Income Attached? (bank statement showing direct deposit, court order of child support,
ny or trust fund, copy of Social Security, Disability or Pension Statement, notarized letter of parental support, Tax returns or Investment
ments) Employee's Initials _____ Date _____ Comments _____

FED-PEC0306491

## Credit References

| CHECKING ACCT. BANK | ADDRESS/BRANCH | PHONE # | BRANCH # | ACCT. # |
|---|---|---|---|---|
| CREDIT REFERENCES | ADDRESS | TYPE ACCT. | | ACCT. # |
| CREDIT REFERENCES | ADDRESS | TYPE ACCT. | | ACCT. # |

## Personal References

| NAME | ADDRESS | PHONE # | RELATIONSHIP |
|---|---|---|---|
| Omar Al-Bayoumi | 6333 Mt. Ada #152 | 222-7623 | Friend |
| | | | |

## In Case of Emergency

NAME: Omar
ADDRESS: 6333 Mt. Ada #152
RELATIONSHIP: Friend
PHONE #: (619) 227-7623

## Automobiles

| LICENSE # | MAKE | MODEL | YEAR |
|---|---|---|---|
| | | | |
| | | | |

Other Vehicles:

PLEASE NOTE: EVERY ITEM MUST BE FILLED IN AND COMPLETED IN ITS ENTIRETY.
REVIEW YOUR APPLICATION BEFORE YOU TURN IT IN TO THE MANAGER.

THE APPLICANT REPRESENTS THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT AND HEREBY AUTHORIZES VERIFICATION OF INFORMATION CONCERNING SAID APPLICANT. IT IS UNDERSTOOD THE FEE OF $_____ IS NOT A DEPOSIT AND WILL NOT BE REFUNDED IF APPLICANT IS DECLINED.

APPLICANT: [signature in Arabic]    DATE: 2/4/00

APPLICANT: _____    DATE: _____

FED-PEC0306492

APPLICATION TO RENT

LEX Eastwood
36 CFR 1256.56 - Privacy

DATE 2-4-00

CALLED TO

TIME IN

150

DATE BACK

$ 775

TIME BACK

1- Bayoumi Omar A.
36 CFR 1256.56 - Privacy    36 CFR 1256.56 - Privacy    (JR, SR)    PHONE NUMBER

Yes/No
ARE YOU OVER 18

PROSPECTIVE RESIDENTS          RELATIONSHIP     OVER 18          SOCIAL SECURITY #
                                              (or emancipated minor)
                                              Yes/No

                                              Yes/No

REFERENCES

533 Mt. Ada Road #152 SD, CA 92111
PRESENT ADDRESS   APT #   CITY   STATE   ZIP

COMPLEX NAME            RENT $ PAID

MANAGER'S #             HOW LONG

The Same
PREVIOUS ADDRESS   APT #   CITY   STATE   ZIP

MANAGER'S #             HOW LONG

COMPLEX NAME            RENT $ PAID

HAVE YOU EVER BEEN DELINQUENT IN PAYMENT OF RENT? ___  PLEASE EXPLAIN ___
HAVE YOU EVER BEEN EVICTED FROM ANY PROPERTY?  YES ___ NO ___  PLEASE EXPLAIN ___
ARE YOU LEAVING PRESENT RESIDENCE? ___
HAVE YOU GIVEN NOTICE YET? ___

EMPLOYMENT

Student  Current Resident
PRESENT EMPLOYER   ADDRESS   CITY   ZIP   (___) PHONE #   HOW LONG

_____ WK MO YR
SUPERVISOR'S NAME   YOUR POSITION                              GROSS SALARY

PREVIOUS EMPLOYER   ADDRESS   CITY   ZIP   (___) PHONE #   HOW LONG

_____ WK MO YR
SUPERVISOR'S NAME   YOUR POSITION                              GROSS SALARY

PREVIOUS EMPLOYER   ADDRESS   CITY   ZIP   (___) PHONE #   HOW LONG

_____ WK MO YR
SUPERVISOR'S NAME   YOUR POSITION                              GROSS SALARY

ARE YOU RECEIVING CHILD SUPPORT? ___ HOW MUCH? $ ___
ARE YOU RECEIVING A PENSION? ___ HOW MUCH? $ ___ COMPANY ___
OTHER ADDITIONAL INCOME: $ ___
CAN YOU PROVIDE PROOF OF THESE INCOMES? ___

OFFICE USE ONLY
Present Residence ___ Phone Number Called ___
Calling Party ___ Position ___ Length of Residency ___
How many NSFs? ___ How many Lates? ___ Thirty Day Notice Given? ___ Rent/Mortgage per Month? $ ___
Comments: ___ Date: ___ Employees Initials ___

Previous Residence ___ Phone Number Called ___
Calling Party ___ Position ___ Length of Residency ___
How many NSFs? ___ How many Lates? ___ Thirty Day Notice Given? ___ Rent/Mortgage per Month? $ ___
Comments: ___ Date: ___ Employees Initials ___

Present Employer ___ Phone Number Called ___ Length of Employment ___
Calling Party ___ Position of person that Verified ___ Salary ? $ ___ WK MO YR
Are Paystubs? Yes ___ No* ___ Tax Return(s)? Yes ___ No* ___ New Employment "Offer Letter" required? * ___
Employee Initials ___ Date: ___

Previous Employer ___ Phone Number Called ___ Length of Employment ___
Calling Party ___ Position of person that Verified ___ Salary ? $ ___ WK MO YR
Are Paystubs? Yes ___ No* ___ Tax Return(s)? Yes ___ No* ___ New Employment "Offer Letter" required?
Employee Initials ___ Date: ___ (*Copies must be attached and must be equal to or greater than rental amount)

Additional Income Source ___ Phone Number Called ___ Length of employment ___
Calling Party ___ Proof of Additional Income Attached? (bank statement showing direct deposit, court order of child support, annuity or trust fund, copy of Social Security, Disability or Pension Statement, notarized letter of parental support, Tax returns or Investment Documents)   Employee's Initials ___ Date ___ Comments ___

FED-PEC0306493

## Credit References

| CHECKING ACCT. BANK | ADDRESS/BRANCH | PHONE # | BRANCH # | ACCT. # |
|---|---|---|---|---|
| B of A | El-Cajon | | | |

| CREDIT REFERENCES | ADDRESS | TYPE ACCT. | ACCT. # |
|---|---|---|---|
| | | | |

| CREDIT REFERENCES | ADDRESS | TYPE ACCT. | ACCT. # |
|---|---|---|---|
| | | | |

## Personal References

| NAME | ADDRESS | PHONE # | RELATIONSHIP |
|---|---|---|---|
| Lauren | 6333 Mt Ada | (619) 227-7623 | Friend |
| | | | |

## In Case of Emergency

**NAME:** Lauren
**ADDRESS:** 6333 Mt Ada
**PHONE #:** (619) 227-7623
**RELATIONSHIP:**

## Automobiles

| LICENSE # | MAKE | MODEL | YEAR |
|---|---|---|---|
| | | | |
| | | | |

Other Vehicles:

PLEASE NOTE: EVERY ITEM MUST BE FILLED IN AND COMPLETED IN ITS ENTIRETY.
REVIEW YOUR APPLICATION BEFORE YOU TURN IT IN TO THE MANAGER.

THE APPLICANT REPRESENTS THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT AND HEREBY AUTHORIZES VERIFICATION OF INFORMATION CONCERNING SAID APPLICANT. IT IS UNDERSTOOD THE FEE OF $_____ IS NOT A DEPOSIT AND WILL NOT BE REFUNDED IF APPLICANT IS DECLINED.

APPLICANT: [signature]   DATE: 2/4/00

APPLICANT: _____   DATE: _____

FED-PEC0306494

# ADDENDUM TO LEASE/RENTAL AGREEMENT

**RENTER PLAN**
NTER PLAN PLC

**RENTAL OFFICE STAFF - IMPORTANT:**
1. This document must be completed by you and signed by residents who accept or decline insurance BEFORE leaving the rental office.
2. You must give residents who ACCEPT the insurance the appropriate POLICY BOOK with the white copy of this form.
3. You must be sure INSURANCE BEGINS AS NOTED HERE is completed by residents who ACCEPT the insurance BEFORE leaving the rental office.

## nt Information
nt's Name and Address (Please Print Clearly)
me Al Hazm,  First Name Nawaf
me Al Mihdhar,  First Name Khalid
6401 Mt Ada   Apt. # 150
San Diego   State CA   Zip 92064

## Community Information
Community/Facility
Name: Parkwood
Number: 2016
Staff Mem [36 CFR 1256.56 - Privacy]
Last Name

## nt Insurance Requirement

(extent that the following provisions conflict with the provisions of the lease the following provisions will prevail.) Resident agrees to maintain at its sole expense during the term of this lease and any subsequent renewal periods a policy of personal liability, issued by a licensed insurance y of Resident's selection, which provides limits of liability in an amount not less than $25,000 per occurence.

tand that the owner of this apartment community is a landlord renting residential space and: 1) is not responsible for loss to my property, and not provide insurance for me.

_____ Resident's Signature

## YES, I ACCEPT the RenterPlan Policy.
RenterPlan policies include the following benefits (a copy of the policy is available for your review at this rental office)

| erage | Limits | Deductible |
|---|---|---|
| property: | | Property: |
| Personal Property - Excluding Earthquake | $25,000 | $250 - per covered loss on all claims except earthquake. |
| dditional Living Expense | Included | $750 - per covered earthquake loss. (Additional Living Expense |
| Personal Property - Earthquake Limit | $5,000 | due to loss caused by earthquake is not subject to a deductible). |
| dditional Living Expense | $1,500 | |
| bility: | | |
| Personal Liability | $300,000 | |
| Medical Payments | $1,000 Person/$25,000 Accident | |
| rker's Compensation: | | |
| esidence Employees | Statutory limits | |
| mployer's Liability | $100,000 | |

The information given here is only a summary of coverage provided by these policies and the policies contain other terms, conditions & limitations. Please refer to the full policy for more Information.

nature _____ Date Signed 8-4-00 Premium $20.00 per month

Please complete the Payment and Date Insurance Begins section to start your coverage.

## YES, I ACCEPT the Personal Liability Policy.
Personal Liability policies include the following benefits (a copy of the policy is available for your review at this rental office)
ersonal Liability Limit:  $25,000
orkers Compensation:  Statutory limits for residence employees and employer's liability.
mployer's Liability:  $100,000

nature _____ Date Signed 8-4-00 Premium $8.00 per month

Please complete the Payment and Date Insurance Begins section to start your coverage.

## ment And Date Insurance Begins:
I have accepted one of the options above and agree to pay the monthly premium shown my rent-due-date. I understand insurance begins only upon payment of initial premium and is conditional thereafter upon timely yment of premiums. I authorize the landlord or its agent to receive and transmit premiums to Deans & Homer on my behalf.

### urance Begins As Noted Here:
eck one)  ☐ New Resident: Enter the effective date of the rental agreement: _____ Month/Day/Year
☐ Current Resident: Enter your next rent due date: _____ Month/Day/Year

## NO, I DECLINE both insurance options described.
I agree to obtain insurance from my own Insurance Agent or surance Company during the term of this lease as described in the "Resident Insurance Requirement" above.

e of Carrier _____ Policy # _____ Expiration Date _____
dent _____ Date Signed: _____
dent _____ Date Signed: _____

## Insurance Company
PRESIDENT   Insurance is provided by   SECRETARY

### GENERAL SECURITY INSURANCE COMPANY
In witness hereof, The Company has caused this policy to be executed and attested.

## Policy Questions and Claims
erPlan Insurance Program for this apartment community is administered by Deans & Homer, Insurance Managing Underwriters, CA License Report all claims to Deans & Homer. For answers to your questions write to Deans & Homer, RenterPlan Insurance Services, 340 Pine Street, cisco, CA 94104. Or call toll free:

### 1-800-548-1616

ou have a problem concerning this insurance which you are unable to resolve through us, you may contact Consumer Services Department of Insurance, 300 South Spring Street, Los Angeles, CA 90013-1230, or call them toll free at 1-800-927-4357.

©1996 DEANS & HOMER   White-Resident's Copy   Pink-Manager's File Copy   Yellow-Deans & Homer Copy

FED-PEC0306495

# APARTMENT MOVE-IN / MOVE-OUT LIST

Community: Parkwood   Resident: _illegible_   Apt. No. 150
Move-In Inspection Date: 2-3-00   Move-Out Inspection Date: _____
Issued _____   Keys Returned _____   Garage/Carport # _____
Request No. _____

| | Move-In Remarks | Move-Out Remarks | Maint. Dept. Comments |
|---|---|---|---|
| **FIREPLACE** | | | |
| WALLS / CEILING | | | |
| WINDOWS / SCREENS | OK | | |
| FLOOR / CARPET | | | |
| DRAPES / BLINDS | Needs Paint | | |
| **WALLS / CEILING** | | | |
| WINDOWS / SCREENS / TRACK | | | |
| CARPET | | | |
| DRAPES / BLINDS | Needs Paint | | |
| **WALLS / CEILING** | | | |
| COUNTERS / TILE | | | |
| FLOOR | | | |
| CABINETS / CLOSETS | | | |
| STOVE / OVEN | Old Stove | | |
| DISPOSAL | | | |
| LIGHTS | | | |
| REFRIGERATOR | Vynle Old | | |
| MICROWAVE | | | |
| DISHWASHER | Scraped | | |
| CUTTING BOARD | | | |
| VENT HOOD / FAN | | | |
| SINKS / FAUCETS | | | |
| **WALLS** | | | |
| CEILING | NP | | |
| FLOOR / CARPET | | | |
| OTHER | | | |
| **WALLS / CEILING** | | | |
| LIGHTS / MIRRORS | | | |
| FLOOR / CARPET | OK | | |
| CLOSET / DOORS | | | |
| DRAPES / BLINDS | Needs Pnt | | |
| **WALLS / CEILING** | | | |
| LIGHTS / MIRRORS | | | |
| FLOOR / CARPET | OK | | |
| CLOSET / DOORS | | | |
| DRAPES / BLINDS | | | |
| **WALLS / CEILING** | | | |
| LIGHTS / MIRRORS | | | |
| FLOOR / CARPET | X | | |
| CLOSET / DOORS | | | |
| DRAPES / BLINDS | | | |
| **WALLS / CEILINGS** | | | |
| WINDOWS / DOORS | | | |
| FLOOR | | | |
| MIRRORS | X | | |
| TILE / GROUT | | | |
| LIGHTS / VENT FAN | | | |
| CABINETS | | | |
| FIXTURES / TOWEL BARS | | | |
| SINK / FAUCETS | | | |
| TUB / SHOWER / CAULK | | | |
| TOILET | | | |
| CLEANING | partial | complete / partial  MoP | |
| DRAPES / BLINDS | cln | clean / replace | |
| PAINT | None | full / flat / enamel | |
| CARPET | Shampoo | shampoo / dye / replace  35.00 | CUC961 86 |
| WINDOWS | | | |
| DOORS / LOCKS | | | |
| GARAGES | | | |
| SCREENS | | | |
| LIGHT FIXTURES | OK | | |
| AIR CONDITIONER | | | |
| SMOKE DETECTOR | | | |
| PATIO / BALCONY | | | |
| MISC. | | | |
| MISC. | | | |
| MISC. | | | |

...nowledge the premises are being delivered in clean and good condition, and with no spots, stains, marks or damages, unless otherwise noted above. ...e inspected the premises prior to occupancy and accept this Move-In/Move-Out list as part of the Rental Agreement and agree that it is an accurate of the condition of said premises.

s) _signature_   Date _____   Resident(s) _____   Date _____
t(s) _signature_   Date _____   Resident(s) _____
Management _signature_   Date 2-3-00   Management _signature_   Date 6-2-00

FED-PEC0306496

# Parkwood Apartments
### 6401 Mt. Ada Rd., San Diego, CA 9211

March 3, 1998

Dear Parkwood Resident:              Apartment # 150

As you may know, during the construction of many apartment communities, the mineral asbestos was commonly used for insulation, fireproofing and other purposes. As you may be aware, inhaling asbestos fibers can cause or contribute to many serious diseases. Under The Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65), asbestos has been listed as a chemical known to the state to cause cancer. However, the presence of asbestos in a building does not necessarily mean residents are being exposed to asbestos fibers in a way that presents a significant risk (under Proposition 65, or otherwise) and, we have no reason to believe residents in your apartment community are being exposed to any health risk from asbestos.

As part of our effort to provide you with a safe living environment, we retained an expert independent asbestos consultant to perform various inspections of our apartment communities. These inspections have been completed and our independent consultant has advised us asbestos is present in the *acoustic ceiling material and the floor tile*. Any risks posed by this asbestos can be virtually eliminated if simple precautions are taken. On the reverse side of this notification, we have provided a list of common sense precautions for your general information and to guide your living activities for the future. Full compliance with these precautions will virtually assure the asbestos containing materials are maintained in a safe and stable condition.

Finally, Proposition 65 requires that persons be warned of certain exposures to chemicals listed under Proposition 65. We have no reason to believe a health risk from asbestos is present in your apartment community.

If you have any questions concerning this letter, please contact me at (714) 862-6251.

Very truly yours,

**WESTERN NATIONAL PROPERTY MANAGEMENT INC.**

Jim Gross

Jim Gross
Asbestos Coordinator

JG: qc

I hereby acknowledge I have received a copy of this Proposition 65 notification.

Resident Signature _____ Date _____  9/4/00

Resident Signature _____ Date _____

**FED-PEC0306497**

## The Do's and Don'ts of Safely Maintaining Asbestos-Containing Materials

| Material | Do's | Don'ts |
|---|---|---|
| Textured Ceiling | ~ Do notify your manager immediately about all ceiling damage.<br>~ Do notify your manager if you need to penetrate the ceiling for any reason.<br>~ Do notify you manager when your ceiling needs to be painted. | ~ Do not attempt to clean your ceiling with a Broom, vacuum, cloth, or in any manner that may dislodge particles.<br>~ Do not store items on upper closet shelves in such a manner that could cause them to Scrape or gouge ceiling.<br>~ Do not use nails, screws, plant hooks, or puncture the ceiling in any fashion.<br>~ Do not scrape, bump, gouge, probe, or penetrate the ceiling for any reason.<br>~ Do not attempt to clean up any debris by yourself.<br>~ Do not place pole lamps or room dividers against the ceiling. |
| Vinyl Floor Tile<br>Vinyl Flooring<br>Common Area Flooring | ~ Do follow all manufacturer's instructions for cleaning and waxing your floor.<br>~ Do inquire with the manager if you are in doubt whether to use a particular cleaner or tool. | ~ Do not drag heavy appliances across your floor in such a way that could cause them to scrape or gouge the floor material.<br>~ Do not cut, drill, sand, grind, or attempt any other physical disturbance of this material.<br>~ Do not use caustic or abrasive cleaners on the floor material. |

*I have read and understand the "Do's and Don'ts of Safely Maintaining ACM," and agree to abide by these requirements to avoid disturbing these materials. I acknowledge that I may be held responsible for damages as a result of not complying with these guidelines.*

_____
Resident Signature

[Arabic signature: ن ا ن]

## PARKWOOD APARTMENTS
### Community Policies

1. Residents shall conduct themselves at all times in such a reasonable manner as not to disturb or annoy other residents and persons, either in the rented unit or on the common grounds of the property, including any parking or recreational areas. Residents shall not conduct themselves in any manner, which will interfere with the rights, comforts, and/or conveniences of other persons on the premises.
2. All musical instruments, television sets, stereos, radios, etc. are to be played at a volume which will not disturb other persons.
3. Residents must keep their rented units clean and sanitary, and will not accumulate trash, garbage or other materials, which would cause a hazard, or be in violation of any health, fire or safety ordinance or regulation.
4. Bicycles, play equipment, toys, or other articles are not to be left in the common areas.
5. No skateboarding!  **Skateboards will be confiscated by management for guardian to pick up at office.**
6. Pool hours will be posted in the pool areas and are to be observed by all residents at all times. Persons under the age of fourteen must be accompanied by an adult, eighteen or older, when in the pool area.
7. A maximum of two (2) guests at one time may use the pool area, provided a resident accompanies them.
8. Residents may consume beverages in the pool area, providing all containers are unbreakable and all refuse is disposed of properly. All pool furniture must STAY IN POOL AREA.
9. Fitness center hours as posted limit two (2) guests per apartment. Guests must be accompanied by resident and residents are liable for guests conduct.
10. Cars, boats, other vehicles, or personal belongings are not to be parked or stored in the common area or parking areas, except in areas specifically provided for that purpose. All vehicles must be free from webs, currently licensed, registered and fully operational.
11. **Walking, playing in shrubbery or grass, and picking flowers is STRICTLY FORBIDDEN!**
12. Residents shall notify manager immediately in writing of any items within the unit or elsewhere on the premises that require repair or maintenance.
13. Residents shall make no alterations or improvements to the premises, either inside the rented unit or elsewhere, without the prior written consent of the manager. Residents shall be liable for any repairs necessary during or after tenancy to restore premises to its original condition, normal wear and tear excepted.
14. No clothing, curtains, rugs, etc. shall be shaken or hung outside any window, ledge or balcony.
15. We ask that you do not remove verticals and hang drapes and that you do not cover windows with aluminum foil.
16. For safety purposes, please do not place flowerpots on balcony railings.
17. The playground closes at dusk. No one is to be in playground are after dark!
18. Please make sure your trash meets the dumpsters. Do not throw you trash over a fence. And if dropped along the way please pick up after yourself.
19. **Do not knock on the doors of staff members at night! You can page maintenance at 331-3458. If you have locked yourself out of your apartment we will unlock your apartment for a $25 fee. Which you can pay in the office the next day.**

I HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE RESIDENT REGULATIONS OF THE PARKWOOD APARTMENT COMMUNITY.

Apartment #_____150_____Phone #_____

RESIDENT_____DATE_____
RESIDENT_____DATE_____
RESIDENT_____DATE_____
RESIDENT_____DATE_____

**If you notice anyone in violating of these policies please contact the office immediately. You can also call the San Diego Police Department at 531-2000, or our night monitor at 283-7315.**

PERMISSION TO ENTER / PACKAGE ACCEPTANCE

PERMISSION TO ENTER

Resident(s): Nawaf Al Hazmi And Khalid Al Mihdhar
Address: 6401 Mt. Ada Rd., San Diego, Ca 92111
Apartment:

Phone Number:

Saul Hernandez
Maintance, Management, And Pest Control

I hereby authorize the above mentioned Maintance, Management, And Pest Control to enter my apartment to make necessary repairs under the following conditions:

To perform requested repairs or services.

_____    _____
Signature – Nawaf Al Hazmi                                               Date

_____    _____
Signature – Khilid Al Mihdhar                                           Date

_____    _____
Signature - Resident Name                                                 Date

---

PACKAGE ACCEPTANCE PERMISSION

I hereby give permission for this office to accept packages on my behalf. I hold harmless the office and the representative of this office signing for the package(s) for any loss or damage of the package(s).

_____    _____
Signature - Nawaf Al Hazmi                                               Date

_____    _____
Signature - Khilid Al Mihdhar                                           Date

_____    _____
Signature - Resident Name                                                 Date

FED-PEC0306500

**FACTS AND FIGURES**

This will be your new address : **6401 Mt. Ada Rd. #150, San Diego, Ca 92111**

Your move-in date is : **February 5, 2000**

Your lease term is : **4 months**

| | |
|---|---|
| Application Fee (Non-Refundable) | $30.00 |
| TOTAL SECURITY DEPOSIT | $775.00 |
| Apartment Rent | $775.00 |
| Renters Insurance | $8.00 |
| | |
| Total Monthly Payment. | $ 783.00 |
| (-) Security Deposit Paid | <$775.00> |
| (-) First Month's Special | <       >   M/I Special: |
| TOTAL PAID/DISCOUNT | <$ 775.00> |
| TOTAL DUE AT MOVE-IN | $ 783.00   (*On Approved Credit*) |

INITIAL _____   CASHIERS CHECK OR MONEY ORDER ONLY

On the day of move-in we will need the following account numbers to complete your file. Without these numbers we will not be allowed to give you keys to your apartment.

We have taken the liberty to list the local utility phone numbers you will need to help make your moving in easier:

| | | |
|---|---|---|
| S.D.G.E. | 800-411-7343 | Account Number |
| Pacific Bell | 800-310-2355 | Account Number |
| Time Warner Cable | 619-695-3220 | Account Number |
| Brook Funiture Rental | 858-549-4571 | Account Number |
| San Diego Union Tribune | 619-281-7292 | Account Number |

The phone connection is part of the rental procedure as a service to make your move-in more convenient. The service is through Pac Bell and will be turned on the day before you move-in. Ask your leasing consultant for details.

_____   2-4-00
Signature                                Date

FED-PEC0306504