# Exhibit 82



# ELS Language Centers

# Academic Report

Al-Bayoumi, Omar                         San Diego, California

| Dates | Level | Class | Grade | Hours of Att |
|---|---|---|---|---|
| 2/27-3/24/95 | 105 | Structure | 0.5 | 40 |
| | | & Speaking | 0.5 | |
| | | Conversation | 3.5 | 20 |
| | | Reading | 2.0 | 20 |
| | | Writing | 2.5 | 20 |
| | | Lab | P  0.0 | 20 |
| | | GPA = 1.80 | | 120 of 120 |
| 4/24-5/19/95 | 106 | Structure | 1.0 | 39 |
| | | & Speaking | 1.0 | |
| | | TOEFL Preparation | 2.5 | 18 |
| | | TOEFL Preparation | 3.0 | 19 |
| | | Writing | 2.5 | 17 |
| | | Reading | 4.0 | 19 |
| | | GPA = 2.33 | | 112 of 120 |
| 5/22-6/16/95 | 107 | Structure | 1.0 | 35 |
| | | & Speaking | 1.0 | |
| | | Conversation | 3.0 | 17 |
| | | Idiomatic English | 4.0 | 16 |
| | | Writing | 2.5 | 14 |
| | | Lab | P  0.0 | 20 |
| | | GPA = 2.30 | | 102 of 120 |
| 6/19-7/14/95 | 108 | Structure | 2.5 | 38 |
| | | & Speaking | 2.5 | |
| | | Conversation | 3.5 | 16 |
| | | Reading | 1..5 | 19 |
| | | Writing | 3.0 | 19 |
| | | Lab | P  0.0 | 18 |
| | | GPA = 2.30 | | 110 of 120 |
| 7/17-8/11/95 | 109 | Structure | 1.0 | 40 |
| | | & Speaking | 1.0 | |
| | | Conversation | 3.0 | 17 |
| | | Idiomatic English | 3.0 | 18 |
| | | Lab | N  0.0 | 10 |
| | | Lab | N  0.0 | 10 |
| | | GPA = 1.33 | | 95 of 120 |

Cumulative GPA = 2.00     Proficiency Assessment = 3

Comments:   *[handwritten: "no credit"]*

Vince Burns, Director        Jim Scofield, Academic Director

[RECEIVED stamp: MAY 12 1997]

## Proficiency Assessment

This assessment shows the preparedness of students for college study or work in a business/professional environment.

**1** English proficiency inadequate for college or professional work; recommend full-time ESL program.

**2** English proficiency adequate for college or professional work; may need additional ESL support classes.

**3** English proficiency adequate for college or professional work; no further ESL study needed.

## Grading System

4.0 .......... Excellent
3.5 .......... Very Good
3.0 .......... Good
2.5 .......... Above Average
2.0 .......... Average
1.5 .......... Below Average
1.0 .......... Poor
0.5/0.0 .... Failure
P ............. Pass, no points
I .............. Incomplete

11/14/95

THIS IS A PHOTOCOPY OF A DOCUMENT
IN THE PERSON'S FILE AND WAS ISSUED
TO HIM/HER AT HIS/HER WRITTEN REQUEST

WEST COAST UNIVERSITY

[RECEIVED stamp: NOV 17 1995 WEST COAST UNIVERSITY]

## The ELS Program

- There are 9 levels of instruction:
  - 101–103...... Elementary
  - 104–106...... Intermediate
  - 107–109...... Advanced
- Each level is 4 weeks in duration.
- There are 6 class periods per day, 5 days per week.
- Class periods are 50 minutes in duration.
- Elective classes are provided for intermediate and advanced students. Electives are taken in place of one or more non-Structure/Speaking Practice hours (see typical daily schedule below).
- Advanced Communication in English (ACE) is offered 3 periods per day for students who have completed 109 or whose placement test shows them to be eligible.

## The Typical Daily Schedule (Levels 101–109)

- Structure/Speaking Practice.....2 periods
- Conversation ...........................1 period
- Reading...................................1 period
- Writing....................................1 period
- Multi-Media Lab......................1 period

## Grading Policy

- A minimum grade of 1.0 is required to pass Structure/Speaking Practice.
- A minimum GPA of 2.0 is required to pass each level.
- All courses except Multi-Media Lab are graded 0–4.
- Multi-Media lab is graded P/F (Pass/Fail). A student who fails receives a "0," which is factored into the GPA.
- Classroom participation, homework, quizzes, examinations and attendance are all taken into consideration when determining grades.
- Excessive absences in any one class may result in failure of that class.
- A total of 18 unexcused absences may result in failure of the level.