# Exhibit 83

# WEST COAST UNIVERSITY
440 Shatto Place  Los Angeles, CA  90020-1765
(213) 275-8800

```
NAME:            : AL-BAYOUMI, OMAR AHMED          SSN         :
STUDENT ID       : A000105182                       SEX         : Male
ADMISSION DATE   : 11/13/1995                       BIRTH DATE:          1957
BIRTH PLACE      : Saudi Arabia
```

CURRENT PROGRAM: Master of International Business Administration

Date Awarded

DEGREE/CERT 1  :

CREDENTIALS    : KING ABDUL AZIZ UNIVERSITY
                 BS/BUSINESS ADMINISTRATION

---

<< TERM: 2, 95-96 >>

11/13/1995 - 1/20/1996

BMGT  314   Principles of Management                                         3.0  B

*RECEIVED MAY 12 1997*

```
                ATTEMPT   EARN   UHrs   GHrs   UPts   GPts   UGPA   GGPA
CURRENT TERM:    3.0      3.0    3.0    0.0    9.0    0.0    3.00   0.00
CUMULATIVE  :    3.0      3.0    3.0    0.0    9.0    0.0    3.00   0.00
```

<< TERM: 3, 95-96 >>

1/22/1996 - 3/16/1996

BMGT  312   Principles of Marketing (Directed Study)                         3.0  B
BMGT  523   Intercultural Communications (Directed Study)                    3.0  A

```
                ATTEMPT   EARN   UHrs   GHrs   UPts   GPts   UGPA   GGPA
CURRENT TERM:    6.0      6.0    3.0    3.0    9.0    12.0   3.00   4.00
CUMULATIVE  :    9.0      9.0    6.0    3.0   18.0    12.0   3.00   4.00
```

<< TERM: 4, 95-96 >>

3/18/1996 - 5/11/1996

BMGT  317   Managerial Economics (Directed Study)                            3.0  B

```
                ATTEMPT   EARN   UHrs   GHrs   UPts   GPts   UGPA   GGPA
CURRENT TERM:    3.0      3.0    3.0    0.0    9.0    0.0    3.00   0.00
CUMULATIVE  :   12.0     12.0    9.0    3.0   27.0    12.0   3.00   4.00
```

```
*** = Course Does Not Affect GPA
SP  = Satisfactory Progress
R   = Repeated Course              Page 1 of 3
```

REGISTRAR
May 9, 1997
Date Issued

#ZSN824 Buad

```
                    W E S T   C O A S T   U N I V E R S I T Y
                    440 Shatto Place  Los Angeles, CA  90020-1765
                                    (213) 275-8800

NAME:          : AL-BAYOUMI, OMAR AHMED                    SSN        :

<< TERM: 5, 95-96 >>

              5/13/1996 - 7/06/1996

BMGT  313   Principles of Mgt Info Systems (Directed Study)          3.0  B
BMGT  524   Import-Export Mgt & Transportation (Dir Study)           3.0  B
BMGT  525   International Business Law (Directed Study)              3.0  A


                 ATTEMPT   EARN   UHrs   GHrs   UPts   GPts   UGPA   GGPA
CURRENT TERM:       9.0     9.0    3.0    6.0    9.0   21.0   3.00   3.50
CUMULATIVE  :      21.0    21.0   12.0    9.0   36.0   33.0   3.00   3.67

<< TERM: 6, 95-96 >>

              7/22/1996 - 9/14/1996

BMGT  300   Business Communications                                  3.0  B
BMGT  652   International Marketing and Operations (Dir. Stu.)       4.0  A

              7/26/1996 - 7/26/1996

WKSP  096   Workshop in Information Retrieval                        0.0  P  ***


                 ATTEMPT   EARN   UHrs   GHrs   UPts   GPts   UGPA   GGPA
CURRENT TERM:       7.0     7.0    3.0    4.0    9.0   16.0   3.00   4.00
CUMULATIVE  :      28.0    28.0   15.0   13.0   45.0   49.0   3.00   3.77

<< TERM: 1, 96-97 >>

              9/16/1996 - 11/09/1996

BMGT  311   Principles of Finance (Directed Study)                   3.0  B
BMGT  551   International Economics                                  3.0  B
BMGT  690A  International Comparative Management                     1.5  A
```


RECEIVED MAY 12 1997

```
                 ATTEMPT   EARN   UHrs   GHrs   UPts   GPts   UGPA   GGPA
CURRENT TERM:       7.5     7.5    3.0    4.5    9.0   15.0   3.00   3.33
CUMULATIVE  :      35.5    35.5   18.0   17.5   54.0   64.0   3.00   3.66

<< TERM: 2, 96-97 >>

              11/11/1996 - 1/18/1997

BMGT  654   International Finance                                    3.0  B
BMGT  690B  International Comparative Management                     1.5  B


*** = Course Does Not Affect GPA
SP  = Satisfactory Progress
R   = Repeated Course              Page  2 of 3
```

REGISTRAR
May 9, 1997
Date Issued

```
                    W E S T   C O A S T   U N I V E R S I T Y
                    440 Shatto Place  Los Angeles, CA  90020-1765
                                    (213) 275-8800

NAME:           : AL-BAYOUMI, OMAR AHMED                 SSN       :

<< TERM: 2, 96-97 >>

        11/11/1996 - 1/18/1997


                ATTEMPT   EARN   UHrs   GHrs    UPts   GPts   UGPA   GGPA
CURRENT TERM:    4.5       4.5    0.0    4.5     0.0   13.5   0.00   3.00
CUMULATIVE  :   40.0      40.0   18.0   22.0    54.0   77.5   3.00   3.52


This information is confidential as defined in Public Law 93-380.  It is not
to be given to a third party without express written consent of the student(s)
concerned.  Transcript is unofficial if seal on envelope is broken.

                        << END OF TRANSCRIPT >>
```



RECEIVED MAY 12 1997

```
*** = Course Does Not Affect GPA
SP  = Satisfactory Progress
R   = Repeated Course            Page  3 of 3
```

REGISTRAR
May 9, 1997
Date Issued



# WEST COAST UNIVERSITY

440 Shatto Place
Los Angeles, California 90020-1765
(213) 427-4400

## Records Office

RECEIVED MAY 12 1997

## TRANSCRIPT GUIDE

West Coast University does not issue partial transcripts of a student's record

**ACCREDITATION** - West Coast University is accredited by the Accrediting Commission for Senior Colleges and Universities of the Western Association of Schools and Colleges. The University is approved for education and instruction by the Superintendent of Public Instruction, State of California, also approved for Veteran's Educational Benefits and is authorized under Federal law to enroll non-immigrant alien students.

**CALENDAR** - Unless otherwise noted all course work completed at the University is under the semester system. The University's academic year is divided into six - eight week terms.

**GRADING SYSTEM** - West Coast University is on a 4.00 grading system. The following grade notations are used in computing the Grade Point Average (GPA—the quotient of grade points divided by earned units.)

| Grade | Grade points per unit credit |
|---|---|
| A | 4.00 |
| B | 3.00 |
| C | 2.00 |
| D | 1.00 (Undergraduate only) |
| F | 0.00 |
| IN or I (Incomplete) | 0.00 Not computed in GPA |
| IP (In-progress) | 0.00 " |
| W (Withdrawn) | 0.00 " |
| NC (No credit) | 0.00 " |
| P (Pass) | 0.00 " |
| AU (Audit) | 0.00 " |
| CEU (Con't. Educ. Units) | 0.00 " |
| CR (Challenge Exam Pass) | 0.00 " |
| NP (Not Passing) | 0.00 " |

**CLASSIFICATIONS** - West Coast University classifies undergraduate students as freshmen who have earned 30 units or fewer; undergraduate students as sophomores who have earned 31 to 60 units; undergraduate students as juniors who have earned 61 to 90 units; and undergraduate students as seniors who have earned at least 91 units.

**COURSE NUMBERING SYSTEM** - The proper interpretation of course numbers for West Coast University is as follows: courses numbered from 001-099 are remedial non-credit courses; 100-199 are primarily for freshmen; 200-299 are primarily for sophomores; 300-399 are primarily or juniors; 400-499 are primarily for seniors; 500-799 are primarily graduate courses. Contact the Registrar's Office for an explanation of the course numbering system prior to 1970.

**REPEATED COURSES** - Undergraduate students may repeat, using the traditional grading system (A,B,C,D,F), those courses for which grades of D or F were earned. In computing the grade-point average of a student who repeats courses in which grades of D and F were earned, only the most recently earned grades and grade points shall be used for the first 12 units repeated. In the case of repetitions beyond the 12-unit limitation, both grades are considered in computing grade-point averages. Successful repetition of a course originally passed carries no additional unit credit toward a degree or credential, unless the repeated course carries the designation "may be repeated for credit". Graduate students may repeat a maximum of two graduate courses in which grades lower than B were earned, without academic penalty. The repeat grade only will be used to calculate the grade-point average. The letter "R" is used to signify a repeated course.

**TRANSFER WORK** - Transfer hours are counted for degree programs but are not computed in a student's campus GPA. All transfer courses listed on the transcript do not necessarily apply to a degree program. Academic action is computed at West Coast University using work earned only at West Coast University.

**CONTINUING ENROLLMENT POLICY** - Unless a statement to the contrary appears at the end of the record, the student is in good standing.

**HONORS** - The University recognizes outstanding achievement of Bachelor's degree recipients at graduation. Students who have maintained an exceptional grade-point average throughout the entire program will be considered for honors recognition. To be eligible, the student must have completed at least 60 units and achieved a grade-point average, based on the 4.0 point scale as follows: 3.40 - 3.59 Cum laude, 3.60 - 3.79 Magna cum laude, 3.80 - 4.00 Summa cum laude.

**RELEASE OF INFORMATION** - The following is considered to be "Directory Information" within the provisions of Public Law 93-380 and the applicable regulations, and may be issued to potential or actual employers, governmental agencies, or other educational institutions by the University at their written request unless and until written objection to the release of such information is received from the student: name of student, birthplace and date of student (for positive identification), student address and phone number, dates of attendance, degrees or other awards, major fields of study, most recent previous educational agency/institution attended by student. Otherwise, the Family Education Rights and Privacy Act of 1974 and later amendments prohibit release of information from this document to a third party without the student's written request.

**TRANSCRIPT VALIDATION** - An official transcript is printed on secure paper, and is valid only when it bears the signature of the registrar and the raised seal of the University. Copies issued to students will have "Issued to Student" printed on the transcript. This transcript is printed on a purple background. When photocopied in color, the word COPY will appear. Bleach will turn an original transcript brown. Further authentication may be obtained by calling the Records Office at (213) 427-4400.