# Exhibit 84

```
                                    UNOFFICIAL TRANSCRIPT

Name:  Omar Al-Bayoumi                 ID# 257824    Alliant International University
Addr:  6333 Mt. Ada Road #152                        10455 Pomerado Road
       San Diego, CA  92111                          San Diego, CA  92131

                                                     Matriculation Date: 01/06/97
Degree: Master of Int'l Bus Adm    Int'l. Business Admin.    Class:  Master's
                                                             School: College of Business- UND
  Concentration:   Integrated Studies

---------------------------------------------------------    -------------- Spring Quarter 1997 (cont.) -----------

Transfer work from West Coast University                        Reg Hrs  Passed  Quality   Q-Pts.   GPA
BMGT 523      INTERCULTURAL COMMUNICATION      4.50  CR     Sess  16.00   16.00   12.00    30.40   2.533
BMGT 525      INTERNATIONAL BUSINESS LAW       4.50  CR     Cum   59.50   59.50   24.00    70.40   2.933
BMGT524       IMPORT & EXPORT MGT & TRANSPORT  4.50  CR
BMGT551       INTERNATIONAL ECONOMICS          4.50  CR     ----------------- Summer Quarter 1997 ---------------
BMGT652       INTERNATIONAL MARKETING          4.50  CR     BUS6750      INDEPENDENT STUDY:              2.00  A
BMGT654       INTERNATIONAL FINANCE            4.50  CR                  MKT HIGHER ED.IN ARABIAN GULF
BMGT690A      INTERNATIONAL COMPARATIVE MGMT   4.50  CR
                                                                Reg Hrs  Passed  Quality   Q-Pts.   GPA
      attempt    earn     pass   quality   points    gpa    Sess   2.00    2.00    2.00     8.00   4.000
ses    31.50    31.50    31.50     0.00     0.00   0.000    Cum   61.50   61.50   26.00    78.40   3.015
cum    31.50    31.50    31.50     0.00     0.00   0.000
                                                            ----------------- Fall Quarter 1997 -----------------
     ----------------- Winter Quarter 1997 -----------------  U.S. International University
BUS5000       GMAT PREPARATION                 0.00  CR        Degree:  Master of Int'l Bus Adm
BUS6010       INTRODUCTION TO COMPETITIVE      4.00  B         Awarded: 12/09/1997
              MANAGEMENT                                       Major:   Int'l. Business Admin.
BUS6050       TOTAL QUALITY MANAGEMENT         4.00  B+
IS6010        INFORMATION SYSTEMS MANAGEMENT   4.00  A-

      Reg Hrs  Passed  Quality  Q-Pts.   GPA
Sess   12.00   12.00    12.00    40.00   3.333
Cum    43.50   43.50    12.00    40.00   3.333

     ----------------- Spring Quarter 1997 -----------------
BUS6020       INTRODUCTION TO STRATEGIC        4.00  C
              MANAGEMENT
BUS6030       LEADERSHIP AND MANAGEMENT OF     4.00  C+
              CHANGE
BUS6040       BUSINESS VALUES, ETHICS,         4.00  B+
              AND SOCIETAL STRATEGY
IBA6710       INTERNATIONAL BUSINESS           4.00  CR
              INTERNSHIP
     ------------------ To be continued -------------------
```

===============================================================================================================
The Family Educational Rights and Privacy Act of
1974 prohibits the release of this information
without the student's written consent.

Page 1 of 1
===============================================================================================================

PEC-KSA1-000061