# Exhibit 85

Academic History

```
OMAR A. AL-BAYOUMI                                   Date of Admission: Nov-98
6333 MOUNTAIN ADA ROAD                               Student ID: 34091
San Diego, CA   92111                                Home Center: San Diego
                                                     SSN: ████████████
```

| | Degree Seeking | Degree Awarded | GPA | Concentration |
|---|---|---|---|---|
| | MBA | | 0.00 | |

```
D.O.B:                          Ethnicity:                       Gender: M
Deceased (Y/N): N               Foreign Student(Y/N): N  Country:
Grad Distinction: N             I20 Expire: Jun-01       Auth Code:
```

```
KGSM Math: 0.0                  GMAT Math: 0.0          GRE Math: 0.0
KGSM Verbal: 0.0                GMAT Verbal: 0.0        GRE Verbal: 0.0
KGSM Math Test:
KGSM Verbal Test:               TOEFL: 0.0
```

```
U/G College: King Abdul Aziz Univerity   U/G GPA: 2.93   Undergrad Major: Acct
Postgrad School: USIU                    Postgrad GPA:   Postgrad Degree: MA Intern'l Bus Adm
```

```
Financial Hold: N                                    Trans Received: Y
Dismissed:                                           2nd Dismissal:
Extension:                                           Readmit: 0
```

Printed on: 7/14/10

| Session | | Course | Grade | CredAtt | CredEarn | QualPts | | |
|---|---|---|---|---|---|---|---|---|
| Nov-98 | AC591 | CPA Auditing | W8 | 3.00 | 0.00 | 0.00 | | |
| Nov-98 | AC592 | CPA Law | W8 | 3.00 | 0.00 | 0.00 | | |
| Nov-98 | AC593 | CPA Financial Accounting | W8 | 4.00 | 0.00 | 0.00 | | |
| Nov-98 | AC594 | CPA Accounting and Reporting | W8 | 2.00 | 0.00 | 0.00 | | |
| | | | | 12.00 | 0.00 | 0.00 | GPA | 0.00 |
| Jun-99 | AC551 | INTERMEDIATE ACCOUNTING II | WAV | 4.00 | 0.00 | 0.00 | | |
| Jun-99 | AC591 | CPA Auditing | U | 3.00 | 0.00 | 0.00 | | |
| Jun-99 | AC592 | CPA Law | U | 3.00 | 0.00 | 0.00 | | |
| Jun-99 | AC593 | CPA Financial Accounting | U | 4.00 | 0.00 | 0.00 | | |
| Jun-99 | AC594 | CPA Accounting and Reporting | U | 2.00 | 0.00 | 0.00 | | |
| | | | | 16.00 | 0.00 | 0.00 | GPA | 0.00 |

```
      ***  TOTALS ***                            0.00          0.00
```

CONFIDENTIAL        PAGE ONE                                          KGSM00001

Transcript

OMAR A. AL-BAYOUMI                                          Date of Admission: Nov-98
                                                           Student ID: 34091
6333 MOUNTAIN ADA ROAD                                     Home Center: San Diego
SAN DIEGO, CA 92111
                                    Degree      Degree
                                    Seeking     Awarded    GPA    Concentration
                                    MBA                    0.00
Printed on: April 5, 2010
Session         Course                            Grade                    Credits
----------------------------------------------------------------------------------------
Nov-98    AC591    CPA AUDITING                    W                            0
Nov-98    AC592    CPA LAW                         W                            0
Nov-98    AC593    CPA FINANCIAL ACCOUNTING        W                            0
Nov-98    AC594    CPA ACCOUNTING AND REPORTING    W                            0
Jun-99    AC551    INTERMEDIATE ACCOUNTING II      WAV                          0
Jun-99    AC591    CPA AUDITING                    U                            0
Jun-99    AC592    CPA LAW                         U                            0
Jun-99    AC593    CPA FINANCIAL ACCOUNTING        U                            0
Jun-99    AC594    CPA ACCOUNTING AND REPORTING    U                            0
                                                            Total:             0
Note: Coursework completed after graduation date is not included in a degree's cumulative GPA

  ALL COURSEWORK LISTED ABOVE THIS LINE

Prior to July 2003, Keller Graduate School of Management of DeVry University's academic credit was awarded using
the quarter credit hour system.  Effective July 2003, credit for coursework was awarded using the semester
credit hour system.


Legend:
MBA - Master of Business Administration                     ALL OFFICIAL TRANSCRIPTS CARRY THE
    - Master of Business Administration in Managment (New York)   RAISED SEAL OF THE INSTITUTION.
MAFM- Master of Accounting and Financial Management        TRANSCRIPTS ISSUED TO  STUDENTS WILL BE
MHRM- Master of Human Resource Management                  MARKED ACCORDINGLY.
MISM- Master of Information Systems Management
    - Master of Science in Information Systems Management (New York)
MPM - Master of Project Management
MTM - Master of Telecommunications Management
MPA - Master of Public Administration
*   - Graduation With Distinction

                                                    _____
                                                    Registrar                    Date Issued

CONFIDENTIAL                                              KGSM00002

## Supplementary Graduate Transcript Information

**Accreditation**

*DeVry University is accredited by The Higher Learning Commission and is a member of the North Central Association of Colleges and Schools, www.ncahlc.org. The University's Keller Graduate School of Management is included in this accreditation.*

Founded as an independent graduate school, Keller Graduate School of Management maintained a separate accreditation with NCA and awarded degrees through June 2002. In February 2002, NCA approved the merger of Keller and DeVry Institutes to form DeVry University. In New York, Keller and DeVry operated separately as Keller Graduate School of Management and DeVry Institute of Technology until April 2008 when the two institutions merged to form DeVry College of New York.

**Grading System and Grade Point Averages**

Grade point averages (GPAs) are calculated for all students and are based on the following 4.0 scale. Grades of A+, F+, and F- are not used. Designators do not have associated quality points and are excluded from GPAs. When issued for courses that are graduation requirements, the designator of S represents credit earned toward graduation.

| Grades | | Quality Points |
|--------|-----------|---------------|
| A | Superior | 4.00 |
| A- | | 3.70 |
| B+ | Good | 3.30 |
| B | | 3.00 |
| B- | | 2.70 |
| C+ | Satisfactory | 2.30 |
| C | | 2.00 |
| C- | | 1.70 |
| D+ | Met minimum standards | 1.30 |
| D | | 1.00 |
| D- | | 0.70 |
| F | Failed to meet minimum standards | 0.00 |

| Designator | Definition |
|-----------|-----------|
| AU | Audit |
| EX | Exemption |
| I | Incomplete |
| IP | In Progress |
| S | Satisfactory (equivalent to a grade of B or better) |
| U | Unsatisfactory |
| W | Withdrawal |
| WAV | Waiver |

Additionally, designators beginning with the letter T represent transfer credit. The TNC designator indicates that no credit was given.

An asterisk (*) following the grade indicates that this course is not included in GPA calculations; these courses include prerequisite skills and ESL courses. Grades of C and D are not assigned in certain prerequisite skills, ESL and advanced courses. In these courses, a grade of F is assigned for work below 80 percent. A grade of D is not assigned in certain other such courses, where a grade of F is assigned for work below 70 percent. Course descriptions denote such grading configurations.

A designator of W indicates the student withdrew from the course within the approved time period. Withdrawal after the approved time period may result in an assigned grade of F or designator of U, as appropriate. An "Incomplete" is converted to a final grade of F or designator of U, as appropriate, if the requirements of the course are not satisfied by the student within the approved time period. Courses for which no grade was entered by the professor do not show a grade. Missing grades and incompletes must be resolved prior to graduation.

**Transfer Credit, Exemptions and Waivers**

In general, external transfer credit may be awarded for equivalent coursework completed with a grade of B or better at another accredited institution. Exemptions and waivers are awarded for eligible students and indicate the student's mastery of the course material. Transfer credit, exemptions, and waivers may satisfy graduation requirements and may be included in attempted and earned credit hours but are not included in grade point averages. Transfer credit, exemptions, and waivers listed do not imply that all credit hours count toward the student's program of study.

**Repeated Courses**

The R column indicates if the course has been repeated and will include either a capital E for those courses that have been excluded from the CGPA or a capital I for those courses that have been included in the CGPA.

Effective September 2006, the highest grade is used to determine the CGPA when courses

**Academic System**

The DeVry University graduate schools offer courses in six 8-week sessions each year. All credit hours are semester-credit hours. Most courses are assessed as three semester-credit hours unless otherwise noted. Final grades are posted at the end of each session. Academic honors and academic standing are calculated at the completion of the student's semester only. Academic standing is not noted on this transcript. At the point of award conferral, a CGPA and program GPA will be displayed on the transcript. Non-degree-seeking students may enroll in selected courses without being admitted to a specific program.

Prior to July 2003, Keller operated on a quarter system. Courses were taught in five 10-week terms per year, and were associated with four quarter-credit hours unless otherwise noted. At the transition, neither the course numbers nor the courses required for graduation changed. For students who attended under both systems, the transcript displays the credit hours associated with the system under which the course was taken. However, starting in July 2003, CGPAs are calculated using the semester-credit value for each course. Additional semester-based academic statistics may include attempted credit hours and earned credit hours (Ehrs).

In July 2012, DeVry University changed student information systems. For students who attended prior to July 2012, the CGPA was based solely on the courses applicable toward graduation in the current program of study. Beginning July 2012, the CGPA for continuing students was recalculated and is the overall GPA including all courses the student attempted at the graduate-level at DeVry University. Transcripts for students who graduated prior to July 2012 and have not returned include an unconverted CGPA. Transcripts for students who graduated prior to July 2012 and have returned for additional study include the unconverted conferral CGPA as determined at the time of the conferral and a current CGPA that includes all coursework the student has attempted at DeVry University. A grandfather provision allows certain continuing students to retain the CGPA calculated under the previous policy if the recalculated CGPA results in the student not meeting minimum requirements for graduation. This grandfather provision is in effect beginning with the July 2012 session until the end of the January 2013 session only. Additionally, academic honors for all students graduating from July 2012 through the end of the January 2013 session are based upon the higher GPA (program or cumulative).

**Course Numbering**

Courses numbered below 500 as well as courses designated with an asterisk are prerequisite skills or ESL courses and are excluded from GPAs. Other courses numbered 500-599 are either required or elective courses, depending on the particular degree program. Courses numbered 600-699 are capstone courses or advanced seminars.

**Graduation with Distinction**

Graduation with Distinction is reserved for degree students having a conferral CGPA of 3.7 or higher. Prior to September 2006 a separately-calculated CGPA was used to determine eligibility for Distinction. Prior to September 1998, Distinction was awarded to students with a CGPA of 3.5 or higher.

**Historical Information**

**Course Designators Prior to July 2012**

In July 2012, several course designators were changed; the course designators that appear on the transcript reflect the course designators in effect at the time the student took the course.

**Grading Systems Prior to 2003**

From 1973 through 1979, students were evaluated using several configurations of grades, designators and credit hours. The following designators may also be associated with courses taken prior to 2003.

| Designator | Definition |
|-----------|-----------|
| AFC | Credit for financial accounting foundations |
| CPC | Credit for professional certification |
| CR | Course credit |
| WF | Withdrew failing (no credit toward graduation) |
| WP | Withdrew passing (no credit toward graduation) |

**Certificate in Business Administration**

A Certificate in Business Administration (CBA) was awarded to students who enrolled prior to the 1981-1982 academic year and who successfully completed the core courses.

**Master of Project Management Program**

From 1985 through 1991, Master of Project Management (MPM) courses were offered and MPM degrees were awarded by DeVry Institute of Technology. In September 1991, the MPM program was transferred to Keller Graduate School of Management, which subsequently offered the courses and awarded MPM degrees.

PEC-KSA1-000069

have been repeated. For elective course requirements and course area options, students may substitute a different course in lieu of repeating a particular course to meet the requirement. These substitutions are not marked as repeated courses and both courses are included in GPA calculations.

Rev. June 2012
01-612090

PEC-KSA1-000070