# Exhibit 86



American Language Institute
*College of Extended Studies*
San Diego State University
5250 Campanile Drive
San Diego CA 92182-1914
Tel: 619 · 594 · 5907
Fax: 619 · 287 · 2735
Email: ali@mail.sdsu.edu
www.americanlanguage.org

**SAN DIEGO STATE UNIVERSITY**

June 18, 2018

Re: **Al-Bayoumi, Omar**

To Whom It May Concern:

This is to verify that the above-named attended the Intensive English for Communication Program at the American Language Institute, San Diego State University, for the following sessions:

Fall 1994, Sessions A & B, August 30 to December 16, 1994
    Session A Attendance: 92%
    Session B Attendance: 89.1%
Spring 1994, Session A, January 3 to February 24, 1995
    Session A Attendance: 88.5%

The student's final General Level was 104, and Oral Communications Level was 106 (Advanced Seminar).

Students in the Intensive English for Communication Program receive a base of 20 hours of instruction per week: 8 hours of oral communication and 12 hours of general English (listening, reading, writing and grammar), plus up to 3 hours of elective classes.

THE CALIFORNIA STATE UNIVERSITY · BAKERSFIELD · CHANNEL ISLANDS · CHICO · DOMINGUEZ HILLS · EAST BAY · FRESNO · FULLERTON · HUMBOLDT · LONG BEACH · LOS ANGELES
MARITIME ACADEMY · MONTEREY BAY · NORTHRIDGE · POMONA · SACRAMENTO · SAN BERNARDINO · SAN DIEGO · SAN FRANCISCO · SAN JOSE · SAN LUIS OBISPO · SAN MARCOS · SONOMA · STANISLAUS

PEC-KSA1-000071

## STUDENT DATA ENTRY FORM

| Field | Value | Field | Value |
|---|---|---|---|
| File# | | Student ID # | SDSU STUDENT ID |
| Student Name | | | |
| NOTES | NOTES  ED = EARLY DEPARTURE | A-Date | SESSION A ARRIVAL DATE |
| Term # | TERM(S) ATTENDING | B-Date | SESSION B ARRIVAL DATE |
| EDA | ARRIVAL DATE | A-EDD | SESSION A DEPARTURE DATE |
| Arrived | ARRIVED (YES or NO) | B-EDD | SESSION B DEPARTURE DATE |
| EDD | DEPARTURE DATE | Special Schedule: | |
| Registration Status | N = NEW  C = CONTINUING | | |
| GEN LEVEL | GENERAL CLASSES LEVEL | | |
| GEN CLASS | GENERAL CLASS SECTION | | |
| G-ENTRY | DATE BEGAN GEN LEVEL | | |
| OC LEVEL | ORAL COMMUNICATIONS LEVEL | | |
| OC CLASS | ORAL COMMUNICATIONS CLASS SECTION | | |
| OC-ENTRY | DATE BEGAN OC LEVEL | | |
| Continuing | | Country | |
| Simulated TOEFL | | Sponsor | |
| | | Sponsor ID # | |
| Sessions Attended | | | |
| Electives | TAKING ELECTIVES | Univ? | |
| dummy | | SIEM Register | |
| | | SIEM Complete | |

PLEASE NOTE:
THE STUDENT INFORMATION DATES APPEAR INCORRECTLY DUE TO THE Y2K DATE ISSUE. THE DATE HAS NOT BEEN CORRECTED ON THE ATTACHED DOCUMENTS. THUS, 2094 = 1994, 2095 = 1995.



*1994 INTENSIVE ENGLISH FOR COMMUNICATION FALL SESSION A*

## STUDENT DATA ENTRY FORM

| Field | Value | Field | Value |
|---|---|---|---|
| File# | 944000 | Student ID # | 999058737 |
| Student Name | Al-Bayoumi, Omar | | |
| NOTES | | A-Date | 8/30/2094 |
| Term # | FLC94 | B-Date | |
| EDA | 8-30-2094 | A-EDD | 10/21/2094 |
| Arrived | Y | B-EDD | |
| EDD | 3-95 | Special Schedule: | |
| Registration Status | N | | |
| GEN LEVEL | 103 | | |
| GEN CLASS | 103-03 | | |
| G-ENTRY | 9/22/2094 | | |
| OC LEVEL | 104 | | |
| OC CLASS | 104-03 | | |
| OC ENTRY | 8/31/2094 | Country | Saudi Arabia |
| Continuing | | Sponsor | |
| Simulated TOEFL | | Sponsor ID # | |
| Sessions Attended | FLA94 | | |
| Electives | Y | Univ? | Y |
| dummy | | SIEM Register | |
| | | SIEM Complete | |

**AMERICAN LANGUAGE INSTITUTE**
**INTENSIVE ENGLISH COMMUNICATIONS**

**ATTENDANCE REPORT**
**FALL A 1994**

| Student Name | 9/12-9/16 | | | 9/19-9/23 | | | 9/26-9/30 | | | 10/3-10/7 | | | 10/10-10/14 | | | | | | | | | TOTAL | % | Letter | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | | | | |
| Al-Bayoumi, Omar<br>FLC   8/30/2094 to 10/21/2094 | 2 | 2 | | | | 2 | | | 2 | 2 | 4 | 8 | | | 8 | | | 8 | | | 8 | 8 | 92 % | | |

PEC-KSA1-000074

SDSU AMERICAN LANGUAGE INSTITUTE
INTENSIVE ENGLISH COMMUNICATIONS PROGRAM
**STUDENT PROGRESS REPORT**
FALL A 1994

# Al-Bayoumi, Omar

Y

ATTENDING FROM
August 30, 2094   to   October 21, 2094

__92__ % ATTENDANCE

**GENERAL CLASS:** 103-03
**GENERAL LEVEL:** 103   (Low Intermediate)

(For an explanation of grades see the reverse.)

| READING | GRADES | COMMENTS |
|---|---|---|
| Reading Comprehension | 3.3 | Participated fully in class activities. |
| Assignments and Tests | 3.3 | A pleasure to have in class. |
| Class Participation | 4.0 | |
| OVERALL SUBJECT GRADE | 4.0 | |

| STRUCTURE | GRADES | COMMENTS |
|---|---|---|
| Structure | 3.7 | A hardworking student. |
| Assignments and Tests | 3.0 | Entered the class late in the term. |
| Class Participation | 4.0 | |
| OVERALL SUBJECT GRADE | 3.7 | |

| WRITING | GRADES | COMMENTS |
|---|---|---|
| Writing | 3.0 | |
| Assignments and Tests | 2.7 | |
| Class Participation | 3.0 | |
| OVERALL SUBJECT GRADE | 2.7 | |

| COMPREHENSION/ USAGE | GRADES | COMMENTS |
|---|---|---|
| Listening Comprehension | 3.3 | Put forth a lot of effort and made steady progress in the class. |
| Assignments and Tests | 3.3 | A hardworking student. |
| Class Participation | 3.3 | Very diligent and an asset to the class. |
| OVERALL SUBJECT GRADE | 3.3 | |

**ORAL COMMUNICATIONS CLASS:** 104-03
**ORAL COMMUNICATIONS LEVEL:** 104   (Intermediate)

| M/W - ORAL COMMUNICATIONS | GRADES | COMMENTS |
|---|---|---|
| Oral Expression | 4.0 | A positive and enthusiastic student. |
| Listening Comprehension | 4.0 | An outstanding student in every respect. |
| Class Participation | 4.0 | Put forth a lot of effort and made steady progress in the class. |
| OVERALL SUBJECT GRADE | 4.0 | |

| T/TH - ORAL COMMUNICATIONS | GRADES | COMMENTS |
|---|---|---|
| Oral Expression | 4.0 | Participated fully in class activities. |
| Listening Comprehension | 4.0 | An outstanding student in every respect. |
| Class Participation | 4.0 | A pleasure to have in class. |
| OVERALL SUBJECT GRADE | 4.0 | |

| ELECTIVE CLASSES | GRADE |
|---|---|
| LANGUAGE LAB-A | CR |
| BEG. VOCAB. IDIOMS AND SLANG-B | CR |
| SRA PREP. FOR TOEFL READING-1 | CR |

PEC-KSA1-000075

## EXPLANATION OF GRADES

| GRADE KEY | | | NOTES |
|---|---|---|---|
| 4.0 = | A | SUPERIOR | |
| 3.7 = | A- | | This student has been evaluated in relation to the students at his/her level. |
| 3.3 = | B+ | | |
| 3.0 = | B | ABOVE AVERAGE | |
| 2.7 = | B- | | A non-passing grade indicates that coursework was not successfully completed during the time of the student's attendance. |
| 2.3 = | C+ | | |
| 2.0 = | C | AVERAGE | |
| 1.7 = | C- | | |
| 1.3 = | D+ | | |
| 1.0 = | D | BELOW AVERAGE | Students attending less than 50% of the session will be graded on a Credit-No Credit basis. |
| 0.7 = | D- | | |
| 0 = | F | NOT PASSING | |
| | | | To receive credit for an elective class, students must attend a minimum of 70% of the class over the entire session. |
| CR = Credit | | | |
| NC = No Credit | | | |

**NEXT RECOMMENDED LEVEL IS BASED UPON THE FOLLOWING CRITERIA:**
OBJECTIVE TEST SCORES, ESSAY TEST SCORES, ORAL INTERVIEW PERFORMANCE, AND INSTRUCTOR'S RECOMMENDATIONS.

_____
COORDINATOR,

INTENSIVE ENGLISH COMMUNICATIONS PROGRAM



## STUDENT DATA ENTRY FORM

| Field | Value |
|---|---|
| File # | 944000 |
| Student ID # | 999058737 |
| Student Name | Al-Bayoumi, Omar |
| NOTES | |
| A-Date | 8/30/2094 |
| Term # | FLC94 |
| B-Date | 10/24/2094 |
| EDA | 8-30-2094 |
| A-EDD | 10/21/2094 |
| Arrived | Y |
| B-EDD | 12/16/2094 |
| EDD | 3/3/2095 |
| Registration Status | N |
| GEN LEVEL | 104 |
| GEN CLASS | 104-01 |
| G-ENTRY | 10/24/2094 |
| OC LEVEL | AS |
| OC CLASS | 105/106 |
| OC-ENTRY | 10/25/2094 |
| Continuing | |
| Simulated TOEFL | |
| Country | Saudi Arabia |
| Sponsor | |
| Sponsor ID # | |
| Sessions Attended | FLA94;FLB94 |
| Electives | Y |
| Univ? | Y |
| dummy | |
| SIEM Register | |
| SIEM Complete | |

*Handwritten note:* 1994 INTENSIVE ENGLISH FOR COMMUNICATION FALL SESSION C

**AMERICAN LANGUAGE INSTITUTE**
**INTENSIVE ENGLISH COMMUNICATIONS**

**ATTENDANCE REPORT**
**FALL B 1994**

| Student Name | 10/31-11/4 | | | 11/7-11/10 | | | 11/14-11/18 | | | 11/21-11/23 | | | 11/28-12/2 | | | 12/5-12/9 | | | | | | | | | TOTAL | % | Letter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | | | |
| Al-Bayoumi, Omar<br>FLC  10/24/2094 to 12/16/2094 Ex | 1 | | 1 | | | 1 | 2 | 2 | 5 | 2 | 2 | 9 | 3 | | 12 | 1 | | 13 | | | 13 | | | 13 | 13 | 89.1 % | |

# SAN DIEGO STATE UNIVERSITY



American Language Institute
College of Extended Studies

Awards this
Certificate of Completion
to

## Omar Al-Bayoumi

in recognition of satisfying
the requirements for a
non-credit English program.

**Intensive English Communications**

| | | |
|---|---|---|
| 104 | General | (Intermediate) |
| AS | Oral Communications | (Advanced Seminar) |

Level of Completion

August 30, 2094    to    December 16, 2094
Date

*William P. Locke*
Dean, College of Extended Studies

*William H. Gaskin*
Director, American Language Institute

PEC-KSA1-000079

# STUDENT DATA ENTRY FORM

| Field | Value | Field | Value |
|---|---|---|---|
| File # | 944000 | Student ID # | 999058737 |
| Student Name | Al-Bayoumi, Omar | | |
| NOTES | (ED) | A-Date | 1/3/2094 |
| Term # (Class) | SPA95 | B-Date | |
| EDA | 8-30-2094 | A-EDD | 2/24/2095 |
| Arrived | Y | B-EDD | |
| EDD | 2/24/2095 | Special Schedule: | |
| Registration Status | C | | |
| GEN LEVEL | 104 | | |
| GEN CLASS | 104-06 | | |
| G-ENTRY | 10/24/2094 | | |
| OC LEVEL | AS | | |
| OC CLASS | 105/106 | | |
| OC-ENTRY | 10/25/2094 | | |
| Continuing | | | |
| Agent | | Sponsor | |
| Sessions Attended | FLA94;FLB94;SPA95 | | |
| Electives | Y | Sponsor ID # | |
| Country | Saudi Arabia | Univ? | Y |
| | | SIEM Complete | |
| dummy | 1 | | |

1995
INTENSIVE ENGLISH
FOR COMMUNICATION
SPRING SESSION A

**AMERICAN LANGUAGE INSTITUTE**
**INTENSIVE ENGLISH COMMUNICATIONS**

**ATTENDANCE REPORT**
**SPRING A 1995**

| Student Name | 1/9-1/13 | | | 1/17-1/20 | | | 1/23-1/27 | | | 1/30-2/3 | | | 2/6-2/10 | | | 2/13-2/17 | | | 2/20-2/24 | | | TOTAL | % | Letter | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | G | OC | T | | | | |
| Al-Bayoumi, Omar SPA (ED) 1/3/2094 to 2/24/2095 Ex | | | | | | | | | | 2 | 2 | 4 | 3 / 2 | 7 / 2 | | 4 | 11 / 2 | | 1 | 2 / 2 | 14 | 16 | 88.5% | | |

Page 1

PEC-KSA1-000081

SDSU AMERICAN LANGUAGE INSTITUTE
INTENSIVE ENGLISH COMMUNICATIONS PROGRAM
STUDENT PROGRESS REPORT
SPRING A 1995

# Al-Bayoumi, Omar

Y

ATTENDING FROM

January 3, 2094   to   February 24, 2095

__89__ % ATTENDANCE

**GENERAL CLASS:** 104-06
**GENERAL LEVEL:** 104 (Intermediate)

(For an explanation of grades see the reverse.)

### READING

| | GRADES | COMMENTS |
|---|---|---|
| Reading Comprehension | 1.7 | |
| Assignments and Tests | 1.7 | |
| Class Participation | 2.3 | |
| OVERALL SUBJECT GRADE | 1.7 | |

### STRUCTURE

| | GRADES | COMMENTS |
|---|---|---|
| Structure | 4.0 | |
| Assignments and Tests | 3.7 | Participated fully in class activities. |
| Class Participation | 4.0 | A positive and enthusiastic student. |
| OVERALL SUBJECT GRADE | 4.0 | |

### WRITING

| | GRADES | COMMENTS |
|---|---|---|
| Writing | 2.0 | |
| Assignments and Tests | 2.0 | A pleasure to have in class. |
| Class Participation | 2.7 | Grade would be better if more assignments were completed. |
| OVERALL SUBJECT GRADE | 2.3 | |

### COMPREHENSION/USAGE

| | GRADES | COMMENTS |
|---|---|---|
| Listening Comprehension | 3.0 | |
| Assignments and Tests | 3.0 | Put forth a lot of effort and made steady progress in the class. |
| Class Participation | 4.0 | |
| OVERALL SUBJECT GRADE | 3.7 | |

### ORAL COMMUNICATIONS ADVANCED SEMINARS

| TOPIC | GRADE | COMMENTS |
|---|---|---|
| Current Events | 4.0 | A positive and enthusiastic student. |
| Impact of Global Issues | 3.0 | A pleasure to have in class. |
| | | |
| | | |

| ELECTIVE CLASSES | GRADE |
|---|---|
| | |
| | |
| | |



# SAN DIEGO STATE UNIVERSITY

American Language Institute
College of Extended Studies

Awards this
Certificate of Completion
to

## *Omar Al-Bayoumi*

in recognition of satisfying
the requirements for a
non-credit English program.

**Intensive English Communications**

| | | |
|---|---|---|
| 104 | General | (Intermediate) |
| AS | Oral Communications | (Advanced Seminar) |

Level of Completion

January 3, 2094   to   February 24, 2095
Date

*William P. Locke*
Dean, College of Extended Studies

*William H. Gaskin*
Director, American Language Institute

PEC-KSA1-000083