# Exhibit 87

*966-2-6323365*

*In the Name of Allah, the Most Gracious, the Most Merciful*

*Dear Father, Brother and Friend Mr. Ahmed Al Hamdan, May Allah protect him,*

*Peace be Upon You,*

*May you and your family be well every year. I am here in America spending an extraordinary leave. A company has offered me to work with it for a year and I submitted a proposal to His Excellency the Head of Civil Aviation for approval- and also the company sent a letter for His Excellency's approval of the secondment without any financial burdens assumed by the Civil Aviation.*

*Dear Abu Khalid, this is a hope and a dream at the same time, and we have no one but Allah and then Abu Khalid to support the issue so strongly with Dr. Ali Al Khalaf and Mr. Al Angari. I, praise be to Allah, as you know me, have served for too long and have a good reputation with everyone in Civil Aviation.*

*Abu Khalid: "A person's actions will tell you everything you need to know", and I know your noble actions with everyone, and I will be grateful for you as long as I live. I hope that Allah will bring blessing to your offspring and grant you all the best.*

*Abu Khalid: If you have any favor in America, I am in your hands, and my address is mentioned below.*

*6520 Beadnell Way 2 H*

*San Diego, CA: 92117*

*Tel: (619) 993-8185*

**Yours Sincerely,**

**Omar Ahmed Al-Bayoumi**

*16/05/1995*

*With due regards and respect to your office manager Brother / Ahmed*

00143

# AFFIDAVIT OF ACCURACY

This is to certify that the following is, to the best of my knowledge and belief, a true and accurate translation into [English] of the attached document(s) relating to:

TITLE OF DOCUMENT: **OAB Letter to Hamdan**

written in English.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the results of these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

May 25, 2022

Date

Signature

Stamp, Notary Public

Signature, Notary Public

966-2-6323365

بسم الله الرحمن الرحيم

سعادة الأب والأخ والصديق
الأستاذ / أحمد الجحراني      حفظه الله
السلام عليكم ورحمة الله وبركاته :

كل عام وأنت والأسرة بخير . إنني هنا في أمريكا أقضي أجازه استثنائية . وقد عرضت عليّ إحدى الشركات العمل معهم لمدة عام . وتقدمت بعروضهم لمعالي رئيس الهيئة بموافقته - وكذلك لشركته أرسلت خطاب لموافقة سعاديه على الإعارة . بدوره أبلغ ما يلي للشيخ إبراهيم أبو خالد : هذا أمر مهم في نفسي للوقت وليس لنا سوى الله ثم أبو خالد في دعم الموضوع بكل ما أوتيت من قوة مع الدكتور علي خلف ما شاء المعنى . وأنا وحمداً لله كما تعرفني أتمتع بصحة وسمعة طيبة عند الجميع في إبراهيم
أبو خالد : الرجال موافقة .. وأنا أعرف مواقفك النبيلة مع الجميع - وسأحتفظ لك بهذا الجميل ما حييت
أرجو الله أن يطرح لنا البركة في ذريتك ويوفقك دائماً لكل خير . والسلام
أبو خالد : إذا تم أيه شيء في أمريكا فأنا رهن إشارتك وهذا عنواني
6520 Beadnell way 2H
San Diego Ca: 92117
Tel: (619) 993-8185

عمر أحمد بسيوني
5-16-95

مع خالص تحياتي واحترامي
لمدير مكتبك بخ أحمد