# Exhibit 89

In the Name of Allah, the Most Gracious, the Most Merciful

Ahmed Abdulaziz Al Hamdan
_____

*Dear Brother Mr. Omar Ahmed Al-Bayoumi*

*May you be well and happy every year, if Allah wills.*

*I received your letter and understood its contents, and you deserve all the best. I spoke to Mr. Abdul Aziz Al Angari, and he demonstrated his willingness and spoke about you well. But the problem is that it is an American company and the law does not allow it to second any public servant, but there is another way that requires an unpaid extraordinary leave for (6) months, and then it is renewed for a similar period; this is the best way. I am ready as you see fit. Please inform me. With kind regards and best wishes.*

*Ahmed Al Hamdan 12/18*

[signature]

P.O. Box 6174 Jeddah 21442 – Saudi Arabia – Tel. Off.: 6315841 – Tel. Res.: 6671137

Fax Off.: 6653694 – Fax Res.: 6323365

727-D0951-X00352 Page 145

AFFIDAVIT OF ACCURACY

This is to certify that the following is, to the best of my knowledge and belief, a true and accurate translation into [English] of the attached document(s) relating to:

TITLE OF DOCUMENT: **Hamdan letter re Secondment**

written in English.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the results of these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

May 25, 2022

Date

Signature

Stamp, Notary Public

Signature, Notary Public

بسم الله الرحمن الرحيم

**Ahmad A. Al Hamdan** — أحمد عبدالعزيز الحمدان

سعادة الأخ الكريم المهندس / عمر أحمد بسيوني

كيفكم وان شاء الله جميعاً بسعادة إن شاء الله

تسلمت رسالتكم وعلمت ما فيها رداً على هل من قمر

وتعلقت مع شركة بلعزيز لفقرنا وابها شمادة

وتعلم منكم كل خير .. ونفسه الشكل هذه مرة

ومنيبه ولا يسمع متعلم البارك من مصنف

جدي .. ونفسه هناك طريقة أخرى تطلب

إجازة استثنائية شهور يوم مرتبة دسه

ثم تتجدد مرة ، مائله هذا هو المطلوب ألا مثل

وانا استعد ما تراه ارجه البلغ عني وتكم

تحياتي وتمنياتي با لتوفيق دم لأخيك

محمد الحمد
١٨

المملكة العربية السعودية - ص.ب ٦١٧٤ جدة ٢١٤٤٢ - تليفون مكتب : ٦٣١٥٨٤١ - تليفون منزل : ٦٦٧١١٣٧
فاكس مكتب : ١٣٢٣٣٦٥ - فاكس منزل : ٦٦٥٣٦٩٤
P.O. Box 6174 Jeddah 21442 - Saudi Arabia-- Tel. Off.: 6315841 - Tel. Res.: 6671137