# Exhibit 90

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

ATTACHMENTS .................. المرفقات ....... DATE 05 February 95 التاريخ ..... NUMBER .................. الرقم ....

ERCAN ENGINEERING & CONTRACTING
567 San Nicolas Drive, Suite 303
Newport Beach, CA 92660
<u>United States of America.</u>

Attention: Magdi R. Hanna, Director

Subject  : Payment Guarantee - Omar Al-Bayoumi
---------------------------------------------------------------

You are requested to pay the tuition for Mr Omar Al-Bayoumi of
U.S. Dollars Three Thousand Five Hundred (US$ 3,500.00) to

The American Language Institute
College of Extended Studies
San Diego State University
San Diego, CA92182-1900

Attention: Mr. William Gaskill, Director

Telephone: 619 594-5902
Telefax: 619 287-2735

In addition, you are requested to pay weekly living allowance
(from 22 Feb 95 through 23 May 95) of US$ 600.00 to Mr. Al-
Bayoumi and advance cash of US$ 7,240.00.

PCA/AE guarantees payment of this amount to ERCAN using the
ANSS Project Account.

Thank you very much.

Regards,

MOHAMMED A. AL-SALMI
Director General
Airways Eng'g, PCA

MB/mnml ....
050295

PIEASE PASS THIS COPY
TO MR OMAR AL-BAYOUMI.

THANKS.

MB.
7Feb95.

---

Please reply to :
Director-General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي :-
مدير عام هندسة الممرات الجوية
ص. ب ، ١٥٤٤١، الرمز البريدي ٢١٤٤٤ ، جدة، المملكة العربية السعودية

**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency
Airways Engineering



المَملَكة العَرَبيَـة السَـعُودية
وزارة الدفـاع والطيَـران
رئاسَـة الطيَـران المَـدني
هَندَسَـة المَرَات الجَـوية

ATTACHMENTS.................المــرفقـــات    DATE 12 February 1995 التاريخ    NUMBER.................الــرقم..

ERCAN ENGINEERING & CONTRACTING
567 San Nicolas Drive, Suite 303
Newport Beach, CA 92660
United States of America.

Attention: Magdi R. Hanna, Director

Subject  : Payment Guarantee - Omar Al-Bayoumi
-----------------------------------------------------------------

You are requested to pay the tuition for Mr Omar Al-Bayoumi of
U.S. Dollars Three Thousand Five Hundred only (US$ 3,500.00) to

ELS Language Centers
635 "C" Street
San Diego
California 92101, U.S.A.

Attention: Doug Broadhurst, Student Advisor

Telephone: 619 234 0284
Telefax: 619 232 6760

In addition, you are requested to pay weekly living allowance
(from 22 Feb 95 through 23 May 95) of US$ 600.00 to Mr. Al-
Bayoumi and advance cash of US$ 7,240.00.

PCA/AE guarantees payment of this amount to ERCAN using the
ANSS Project Account.

Thank you very much.

Regards,

MOHAMMED A. AL-SALMI
Director General
Airways Eng'g, PCA

MAB/mnml....
120295

*PLEASE PASS THIS TO*
*OMAR AL-BAYOUMI.*
*TEL# 619 2775941*

Please reply to:
Director-General, Airways Engineering

الرجاء الرد على العنوان التالي :ــ
مدير عام هندسَـة المَرَات المَـدنية