# Exhibit 91

**Leave guide**

Article (28)

The Regulations specify the types, durations, terms and conditions for going on leave as well as the periods of absence that the employee is entitled to or authorized for.

This article, which is set forth in the Civil Service Law promulgated Royal Decree No. M 49 dated 10/7/1397 A.H. [9/21/1977 A.D.] and the articles that explain it, which are contained in the Executive Regulations of the Civil Service Law and were issued in the Civil Service Council's Decision No. (1) on 7/27/1397 A.H. [7/14/1977 A.D.], constitute the legal bases for granting the following types of leave:

1) Ordinary leave.
2) The Eid holidays.
3) Academic exam leave.
4) Emergency leave.
5) Sick leave.
6) Accompaniment leave.
7) Educational leave.
8) Special leave.
9) Maternity leave and death-related waiting period leave for female employees.

There is also a leave that is not mentioned in the Executive Regulations of the Civil Service Law but is stipulated in the Council of Ministers' Decision No. (707) dated 7/9/1391 A.H. [8/31/1971 A.D.], and it is called the sports leave.

Second: Ordinary Leave

1) 28/1

An employee is entitled to an ordinary leave of thirty days for each year of service with full pay to be disbursed in advance based upon the most recent salary the employee received.

2) 28/2

Management shall set the time and duration of an employee's ordinary leave, and it shall be impermissible to postpone the leave except in cases of necessity, provided that the postponement does not exceed three years.

3) 28/3

If an employee's service ends, his/her right shall lapse with respect to a period exceeding ninety days or with respect to the leave period he/she is entitled to at the time of the entry into effect of the Public Employee Law promulgated by Royal Decree No. M/5 dated 2/1/1391 A.H. [3/28/1971 A.D.], and he/she shall receive pay as compensation for this period based upon the most recent salary he/she received.

4) 28/4

It shall be permissible to combine ordinary leave periods together, provided that the leave period(s) taken by the employee do not exceed ninety days in a single year. Moreover, it shall be permissible to take leave periods in increments, provided that ordinary leave is taken in increments of at least fifteen days.

5) 28/5

If the employee is sentenced to imprisonment that requires dismissal from service, all or part of the period he/she spends in prison may, at his/her request, be considered part of his/her accrued ordinary leave.

6) 28/6

For employees engaged in the field of teaching, the summer vacation shall be considered tantamount to the ordinary leave stipulated in Article (28/1) of these regulations. The competent authority may assign work-related tasks to an employee engaged in the field of teaching during the vacation, provided that he/she receives at least thirty days of leave during that summer vacation period. The General Bureau of Civil Service shall, in conjunction with the competent educational authority, determine the categories of jobs whose occupants are considered to be engaged in the field of teaching and the durations of their leave.

28/8

An employee shall not entitled to ordinary leave for the following periods:

1) The period of special leave.

2) The period of detention and the like in case of conviction.

3) The period of absence for study.

4) The period of secondment.

5) The period of an employee's absence [from work], with or without pay, if his/her services end with the end of the period of absence.

6) The period an employee spends in prison in enforcement of a judgment issued against him/her.

28/18

An employee may request to use his/her ordinary leave during or after his/her sick leave.

30/18

If an employee's service ends pursuant to Article (30/12) of these provisions, or for disciplinary reasons, he/she shall be deprived of compensation for the leave period.

28/25

The General Bureau of Civil Service shall regulate how to treat an employee's ordinary leave balance when he/she moves from this system to another system and vice versa.

Third: The Eid holiday
28/7

The Eid al-Fitr holiday shall start at the beginning of the twenty-fifth day of Ramadan and end at the end of the fifth day of Shawwal.

The Eid al-Adha holiday shall start at the beginning of the fifth day of Dhul Hijjah and end at the end of the fifteenth day of the same month.

If the start of the holiday for either Eid falls on a Sunday, the holiday shall start at the beginning of the weekend break preceding that, and if the end of the holiday of either Eid falls on a Tuesday, the holiday shall end at the end of the following weekend.

Fourth: Academic Exam Leave

A) The Legal Article in the Executive Regulations

28/9

An employee shall be entitled to be absent from his work, with full pay, for the period necessary to take a school exam, provided that he/she submits evidence that he/she took the exam and its duration.

B) Opinions Adopted Regarding the Exam Leave

Q: If an employee submits a request to absent for a period of two months in order to defend his/her master's thesis, can he/she be granted the exam leave on that basis?

A: He is only granted leave for the actual exam period.

This is because defending a thesis does not take up that period and is not considered taking an exam as stipulated in the regulations.

Q: Does the exam leave include those who take an exam abroad?

A: Exam leave may be granted within or outside the Kingdom, and travel days are considered part of the period required for taking the exam.

### C) Procedures for Granting the Exam Leave

1) An employee who will be taking the exam shall notify his/her immediate supervisor before beginning the exam. He/she must also produce evidence that he/she attended the exam, indicating the exam start and end date.

2) There shall be no need for issuance of a decision granting leave to take the exam.

### Fifth: Emergency Leave

The article contained in the Executive Regulations of the Civil Service Law:

An employee may, upon approval from his/her supervisor, be absent for a maximum period of five consecutive days, with full pay, for emergency reasons, provided that he/she is not absent for more than ten days within a single fiscal year.

### Sixth: Sick Leave
28/11

Over the course of a three-year period, an employee shall be entitled to sick leave for a period of three months with full pay, three months with half pay, and three months with quarter pay. The start of the three-year period shall be calculated from

the date of the start of the sick leave.

### 28/12

It shall only be permissible to extend the period of treatment abroad for a sick employee pursuant to a medical report.

### 28/13

a) An employee suffering due no fault of his/her own from a work-related injury or illness that is temporarily preventing him from performing his/her job shall be entitled to sick leave rather than the leave stipulated in Article (28/11) of these regulations, and the amount of the leave shall be one and a half years at full salary.

b) If the employee does not return to work after this period ends, his/her matter shall be presented to the Medical Committee so it can decide whether to refer him/her to retirement or extend his/her leave, specifying the duration of the additional period, and in that case he/she shall receive half pay.

c) If the Medical Committee determines that the injured employee must be treated outside the Kingdom, he/she shall be reimbursed for his/her travel and medical expenses, regardless of the duration of that period.

d) The General Bureau of Civil Service shall issue a decision specifying the procedures to be followed to prove that the accident was work-related.

### 28/14

The administrative authority wherein the employee works shall, at his/her request, pay the sick leave salary in advance, provided that:

a) The sick leave period is no less than one month.

b) The sick leave is granted in accordance with the Regulations on Medical Reports.

If the patient dies during his/her leave, the sums previously spent on him/her shall not be recovered from him/her.

### 28/15

The Medical Committee shall determine the treatment necessary for a patient who suffered a work-related injury and whose treatment it was decided would take place abroad.

If the Medical Committee deems it necessary to have a companion join the patient, the companion's travel and accommodation expenses shall be covered at the rate of the assignment allowance prescribed for Grade 6 employees assigned to the country wherein the treatment will occur.

The provisions of the preceding paragraph shall apply to a sick employee whom the medical staff has decided must be treated in a country other than the one wherein he resides and whom it has decided must be accompanied by a companion.

The Ministry of Health shall disburse the sums stipulated above.

28/16

The process of granting sick leave, issuing medical reports, and approving them domestically and abroad shall be governed by regulation to be issued by the General Bureau of Civil Service upon agreement with the competent authorities.

The current regulations, which were amended by the Council of Ministers' Decision No. (1063) dated 6/22/1396 A.H. [6/20/1976 A.D.], shall apply until new regulations are issued.

Seventh: Accompaniment Leave
28/17

In cases wherein the employee must accompany a relative for medical treatment, he shall be allowed to benefit from his accrued ordinary leave. If the required accompaniment period exceeds the ordinary leave said employee has accrued, he shall be allowed to be absent with the full pay for the required accompaniment period as determined by the medical reports, subject to the following terms and conditions:

a) The patient must be one of the employee's children, his wife, or one of his financially dependent parents or siblings.

b) The decision must be made, by the Medical Committee with respect to those treated abroad, or by the hospital director or one of his doctors with respect to those treated domestically, that the employee must accompany the patient and that the prescribed period exceeds 90 days. This is because Article (28/17) entitles a person who meet the accompaniment terms and conditions to use his accrued ordinary leave without limitation, in light of the circumstances. He may also be granted less than fifteen days.

Eighth: Educational Leave
28/19

An employee may be granted educational leave without pay if he/she holds a high school diploma or its equivalent, provided that:

1- He/she has spent three years in service with a job evaluation of at least "Good."

2- His/her major is relevant to the work of the authority wherein he/she works.

28/20

The government authority that employs the employee to whom the educational leave was granted under the preceding article shall monitor the progress of his/her studies.

28/21

If the purpose for which the educational leave was granted is not fulfilled, the aforementioned educational leave period shall not be considered for hiring or promotion purposes.

### Ninth: Special Leave

28/22

It shall be permissible, by decision of the competent minister, to grant an employee, for reasonable reasons, unpaid special leave of up to six months within a three-year period.

The General Bureau of Civil Service may grant exceptions to this requirement.

### Tenth: Maternity Leave and Death-Related Waiting Period Leave for Female Employees

28/23

A female employee shall be entitled to a maternity leave of (60) days with full pay.

28/24

A female employee shall be entitled to a death-related waiting period leave with full pay.

### Some Opinions Adopted Regarding this Leave

- There is no objection for the maternity leave to begin two weeks prior to delivery, provided that a government doctor has determined the delivery date.

- This leave may be granted to a Saudi contractor.

- As per the Council of Minister's Decision No. (1456) dated 10/16/1395 A.H. [10/22/1975 A.D.], a non-Saudi female contractor shall not be granted the death-related waiting period leave.

### Eleventh: Sports Leave

This leave is not mentioned in the Executive Regulations of the Civil Service Law but is addressed in the Council of Ministers' Decision No. (707) dated 7/9/1391 A.H. [8/31/1971 A.D.], which stipulates that State employees may be absent at full pay for a period

of up to:

a) Twenty-one days when they participate in camps held by Youth Welfare to host foreign teams.

b) Thirty days when they participate in camps held by Youth Welfare in preparation for travel to represent the Kingdom abroad.

c) Twenty-one days when Youth Welfare selects them as members of the national team that represents the Kingdom abroad.

d) Thirty days when Youth Welfare selects them to represent the Kingdom in one of the Arab and foreign leagues.

e) Fifteen days when the Ministry of Labor and Social Affairs selects them to represent the Kingdom at Arab and foreign sports conferences.

f) Two days when they participate with their clubs in official matches held by Youth Welfare between cities that are up to (300) km away from each other.

g) Four days when they participate with their clubs in official matches held by Youth Welfare among the three regions only, specifically the Central, Western and Eastern Regions.

h) Ten days when they participate with their clubs in matches abroad.



## CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | دليل الإجازات |
| Source Language(s): | Arabic |
| Target Language(s): | English |

Appeared before me remotely

*Authorized Signature:*

*Signature, Notary Public:*

| | |
|---|---|
| Name: | Jacqueline Yorke |
| Title: | Project Manager |
| Date: | January 12, 2021 |

*Currently situated in the County of New York*

*Currently situated in the County of New York*



*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written



# دليل الاجازات

مادة رقم(28)

تحدد اللائحة انواع ومدد وشروط الاجازات وفترات الغياب التي يستحقها الموظف او يؤذن له فيها.

تعتبر هذه المادة الواردة في نظام الخدمة المدنية الصادر بالمرسوم الملكي رقـم م49 في 10 /7/ 1397هـ والمواد التفسيرية لها الواردة في اللائحة التنفيذية لنظام الخدمة المدنية الصادرة بقرار مجلس الخدمة المدنية رقم (1) في 27 / 7 / 1397هـ هي المستندات النظامية في منح الاجازات التالية
1

(الاجازة العادية.

(2اجازة العيدين.

(3اجازة الامتحان الدراسي.

(4الاجازة الاضطرارية.

(5الاجازة المرضية.

(6اجازة المرافقة.

(7الاجازة الدراسية.

(8الاجازة الاستثنائية.

(9اجازة الوضع وعدة الوفاة للموظفات.

وهناك اجازة لم ترد في اللائحة التنفيذية لنظام الخدمة المدنية وانما ورد النص عليها في قرار مجلس الوزراء رقم (707) في 7 / 9 / 1391هـ وهي الاجازة الخاصة بالرياضيين.

ثانياً : الاجازة العادية

1) 28 /1
يستحق الموظف اجازة عادية قدرها ثلاثون يوما عن كل سنة من سنوات الخدمة براتب كامل يصرف مقدماً حسب اخر راتب تقاضاه الموظف.

2) 28/ 2

تحدد الادارة وقت تمتع الموظف باجازته العادية ومدتها ولا يجوز تأجيل الاجازة الا في الحالات الضرورية على ان لا تزيد على ثلاث سنوات.

3) 28/ 3

في حالة انتهاء خدمة الموظف يسقط حقه فيما زاد على تسعين يوما او على مدة الاجازة التي يستحقها وقت نفاذ نظام الموظفين العام الصادر بالمرسوم الملكي رقم م/5 وتاريخ 1 / 2 / 1391ه ويدفع له على سبيل التعويض راتب هذه المدة حسب اخر راتب تقاضاه.

4) 28/ 4

يجوز ضم الاجازات العادية بعضها الى بعض بشرط ان لا تزيد مدة او مدد الاجازات التي يتمتع بها الموظف في السنة الواحدة على تسعين يوما. كما لا يجوز التمتع بالاجازة على فترات بشرط ان لا تقل فترة التمتع بالاجازة العادية عن خمسة عشر يوماً.

5) 28/ 5

اذا حكم على الموظف بالسجن الذي يستوجب الفصل حسبت بناء على رغبته المدة التي يقضيها في السجن كلها او بعضها من الاجازة العادية المستحقه.

6) 28/ 6

تعتبر العطلة الصيفية للعاملين في حقل التدريس بمثابة الاجازة العادية المنصوص عليها بالمادة (28 /1 ) من هذه اللائحة ويجوز للجهة المختصة تكليف العامل في حقل التدريس بمهام تتعلق بعمله اثناء الاجازة على الا يقل مايتمتع به منها عن ثلاثين يوما. ويحدد الديوان العام للخدمة المدنية بالاشتراك مع الجهة التعليمية المختصة فئات الوظائف التي تعتبر شاغلوها عاملين في حقل التدريس ومدد اجازاتهم.

28/ 8

لا يستحق الموظف اجازة عادية عن المدد الاتية:

1) مدة الاجازة الاستثنائية.

2) مدة كف اليد وما في حكمه في حالة الادانة.

3) مدة الغياب للدراسة.

4) مدة الاعارة.

5) مدةةغياب الموظف براتب او بدون راتب اذا انتهت خدماته بنهاية فترة الغياب.

6)المدة التي يقضيها الموظف في السجن تنفيذا لحكم صادر ضده.

18/ 28
يجوز للموظف ان يطلب استعمال اجازته العادية اثناء او بعد اجازته المرضية.

18/ 30
في حالة انتهاء خدمة الموظف بموجب المادة (30 /12) من هذه الاحكام او لاسباب تأديبية يحرم من التعويض عن مدة الاجازة.

25/ 28
ينظم الديوان العام للخدمة المدنية كيفية معاملة رصيد الموظف من الاجازات العادية عند انتقاله من هذا النظام الى نظام اخر والعكس.

ثالثاً : اجازة العيدين
7/ 28
تبدأ عطلة عيد الفطر ببداية اليوم الخامس والعشرين من شهر رمضان وتنتهي بنهاية اليوم الخامس من شهر شوال.

وتبدأ عطلة عيد الاضحى ببداية اليوم الخامس من شهر ذي الحجة وتنتهي بنهاية اليوم الخامس عشر من الشهر نفسه.

فاذا كانت بداية عطلة احد العيدين هي يوم الاحد فتبدأ العطلة ببداية الاجازة الاسبوعية السابقة لذلك ، واذا كانت نهاية عطلة احد العيدين هي يوم الثلاثاء فتنتهي العطلة بنهاية العطلة الاسبوعية التالية.

رابعاً : اجازة الامتحان الدراسي

أ) المادة النظامية في اللائحة التنفيذية

9/ 28
للموظف الحق في التغيب عن عمله براتب كامل المدة اللازمة لاداء الامتحان الدراسي بشرط ان يقدم مايثبت اداء الامتحان ومدته.

ب) الاراء المعتمدة في اجازة الامتحان

س: اذا تقدم موظف بطلب السماح له بالتغيب لمدة شهرين لمنتقشة رسالة الماجستير فهل يمكن السماح له على اساس ان هذا التغيب اجازة امتحان ؟

ج : يمنح اجازة عن فترة الامتحان الفعلية فقط.

لان مناقشة الرسالة لاتستغرق هذه المدة ولا تعتبر اداء للامتحان الذي نصت عليه اللائحة.

س: هل تشمل اجازة الامتحان من يؤدون الامتحان في الخارج ؟

ج : يجوز منح اجازة الامتحان في داخل المملكة او خارجها وتعتبر ايام السفر من المدة اللازمة لاداء الامتحان.

ج) اجراءات منح اجازة الامتحان

(1 يلزم الموظف الذي سيؤدي الامتحان اشعار رئيسه المباشر قبل بدء الامتحان كما يلزمه مايثبت حضوره للامتحان موضحاً فيه تاريخ بداية الامتحان ونهايته.

(2 ليس هناك داعي لاصدار قرار باجازة تأدية الامتحان.


خامساً : الاجازة الاضطرارية

المادة الواردة في اللائحة التنفيذية لنظام الخدمة المدنية:

يجوز للموظف بعد موافقة رئيسه ان يتغيب براتب كامل المدة لاسباب طارئة فترة اقصاها خمسة ايام متوالية بشرط الا يتغيب في السنة المالية الواحدة اكثر من عشرة ايام.


سادساً : الاجازة المرضية

11/ 28

يستحق الموظف اجازة مرضية في مدة ثلاث سنوات قدرها ثلاثة اشهر براتب كامل وثلاثة اشهر بنصف راتب وثلاثة اشهر بربع الراتب وستة اشهر بدون راتب . وتحتسب بداية الثالث سنوات من

تاريخ بداية الاجازة المرضية.

12/ 28

لا يجوز تمديد مدة العلاج في الخارج للموظف المريض الا بموجب تقرير طبي.

13/ 28

أ) يستحق الموظف الذي يصاب بجرح او مرض يمنعه من اداء عمله بصفة مؤقتة ويكون ذلك الجرح أو المرض بسبب تأدية العمل ودون خطأ من الموظف اجازة مرضية بدلا من الاجازة المنصوص عليها في المادة (28 /11) منهذه اللائحة قدرها سنة ونصف براتب كامل.

ب) اذا لم يعد الموظف لعمله بعد انتهاء هذه المدة يعرض امره على اللجنة الطبية لتقرر اما احالته على التقاعد او تمديد اجازته مع تحديد المدة الاضافية ويصرف له في هذه الحالة نصف راتب.

ج) واذا قررت اللجنة الطبية ضرورة معالجة الموظف المصاب خارج المملكة تصرف له نفقات سفره وعلاجه مهما كانت المدة.

د) يعين الديوان العام للخدمة المدنية بقرار منه الاجراءات الواجب اتباعها لاثبات ان الحادث قد وقع

بسبب تأدية العمل.

14/ 28

تصرف الجهة الادارية التي يتبعها الموظف راتب الاجازة المرضية مقدما بناء على طلبه بشرط:

أ ) الا تقل مدة الاجازة المرضية عن شهر.

ب) ان يكون منح الاجازة المرضية وفق لائحة التقارير الطبية.

فاذا توفي المريض اثناء اجازته فلا يسترد منه ماسبق وان صرف له.

15/ 28

تحدد اللجنة الطبية اللازمة لعلاج المريض المصاب بسبب العمل والذي تقرر علاجه في الخارج.

واذا رأت اللجنة الطبية ضرورة وجود مرافق للمريض فيصرف للمرافق نفقات السفر ونفقات الاقامة بقدر بدل الانتداب المقرر لموظفي المرتبة السادسة اذا اندبو للبلد الذي تقرر فيه العلاج.

ويسري حكم الفقرة السابقة على الموظف المريض الذي تقرر الهيئة الطبية ضرورة علاجه في بلــد غير التي يقيم فيها في الداخل وضرورة وجود مرافق له.

وتصرف المبالغ المنصوص عليها فيما سبق من وزارة الصحة.

16/ 28

تنظم عملية منح الاجازات المرضية واصدار التقارير الطبية واعتمادها في الداخل والخارج وفق لائحة يصدرها الديوان العام للخدمة المدنية بعد الاتفاق مع الجهات المختصة.

يعمل باللائحة الحالية والمعدلة بقرار مجلس الوزراء رقم (1063) في 22/ 6/ 1396 حتى تصدر اللائحة الجديدة.


سابعاً : اجازة المرافقة
17/ 28

في الحالات التي يضطر فيها الموظف الى مرافقة احد اقربائه لعلاجه يسمح له بالتمتع برصيده من الاجازات العادية ، فاذا زادت المدة اللازمة للمرافقة على مايستحقه من الاجازات العادية فيسمح له بالغياب براتب كامل المدة اللازمة للمرافقة حسب ماتحدده التقارير الطبية وذلك بالشروط الاتية:

أ) ان يكون المريض احد اولاد الموظف او زوجته او من ينفرد باعالتهم من والديه او اخوانه.

ب) ان تقرر اللجنة الطبية بالنسبة لمن يعالج في الخارج او مدير المستشفى او احد اطبائه لمن يعالج في الداخل ضرورة مصاحبة الموظف للمريض والمدة المقررة تزيد على 90 يوماً لان المادة (28/ 17) اعطت من تنطبق عليه شروط المرافقة الحق في التمتع برصيده من الاجازات العادية دون تحديد. نظراً للظروف التي تحكمه، كما يمكن ايضا منحه اقل من خمسة عشر يوماً.


ثامناً : الاجازة الدراسية
19/ 28

يجوز ان يمنح الموظف اجازة دراسية بدون راتب اذا كان يحمل شهادة الدراسة الثانوية اوما يعادلها بشرط:

1-ان يكون قد امضى في الخدمة ثلاث سنوات بتقدير جيد على الاقل.

2-ان يكون لموضوع دراسته علاقة بالعمل في الجهة التي يعمل بهـا.

20/ 28

على الجهة الحكومية التابع لها الموظف الممنوح اجازة دراسية وفق المادة السابقة متابعة سير دراسته.

21/ 28

اذا لم يتحقق الغرض الذي من اجله منحت الاجازة الدراسية فلا تحتسب مدة الاجازة الدراسية المذكورة لاغراض التعيين او الترقية.

تاسعاً : الاجازة الاستثنائية

22/ 28

يجوز بقرار من الوزير المختص منح الموظف لاسباب معقولة اجازة استثنائية لا تزيد مدتها على ستة اشهر وخلال ثلاث سنوات بلا راتب.

ويجوز للديوان العام للخدمة المدنية الاستثناء من هذا الشرط.

عاشراً : اجازة الوضع واجازة عدة الوفاة للموظفات

23/ 28

تستحق الموظفة اجازة وضع مدتها (60) يوم براتب كامل.

24/ 28

تستحق الموظفة اجازة لفترة عدة الوفاة براتب كامل.

بعض الاراء المعتمدة في هذه الاجازة

- لامانع من ان تبدأ اجازة الوضع قبل تاريخ الوضع بأسبوعين على ان يكون تاريخ الوضع محدد من طبيب حكومي.

- يجوز منح هذه الاجازة للمتعاقدة السعودية.

- لا تمنح المتعاقدة غير السعودية اجازة عدة وفاة وفقا لقرار مجلس الوزراء رقـــم (1456) في 16 /10 /1395هـ.

حادي عشر : الاجازة الرياضية

هذه الاجازة لم ترد في اللائحة التنفيذية لنظام الخدمة المدنية بل صدر قرار مجلس الوزراء الموقـر رقم (707) في 7 /9/ 1391هـ والذي نص على السماح لموظفي الدولة التغيب براتب كامل مدة

لاتزيد عن:

أ) واحد وعشرين يوما حينما يشتركون في المعسكرات التي تقيمها رعاية الشباب لاستقبال الفرق الخارجية.

ب) ثلاثين يوما حينما يشتركون في المعسكرات التي تقيمها رعاية الشباب استعدادا للسفر لتمثيل المملكـة في الخارج.

ج) واحد وعشرين يوما حينما تختارهم رعاية الشباب من ضمن اعضاء المنتخب الذي يمثل المملكة في الخارج.

د) ثلاثين يوما حينما تختارهم رعاية الشباب لتمثيل المملكة في احدى الدورات العربية والاجنبية.

هـ) خمسة عشر يوما حينما تختارهم وزارة العمل والشئون الاجتماعية لتمثيل المملكة في المؤتمرات الرياضية العربية والاجنبية.

و) يومين حينما يشتركون مع انديتهم في المباريات الرسمية التي تقيمها رعاية الشباب بين المدن التي لاتزيد مسافتها على (300) كيلو متر.

ز) اربعة ايام حينما يشتركون مع انديتهم في المباريات الرسمية التي تقيمها رعاية الشباب فقط بين المناطق الثلاث الوسطى الغربية الشرقية.

ح) عشرة ايام حينما يشتركون مع انديتهم في مباريات خارج البلاد.