# Exhibit 93

Your Bank of America
Standard Checking Statement

02/22/0008635-13926-101

P.O. Box 3530
Rancho Cordova, CA 95741-3530

0863
E0-2

**Statement Period:**
January 25 through February 22, 2000

**Account Number:** ▮▮▮▮▮▮▮▮

**At Your Service**
Call: 619-667-3220, 24 hours,
7 days a week

OMAR A AL BAYOUMI
6333 MT ADA RD APT 152
SAN DIEGO  CA  92111-3100

Written Inquiries
Bank of America
68th And El Cajon Branch
PO Box 37176
San Francisco, CA 94137-0001

Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

================================================================================

## Summary of Your Standard Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 01/25/00 | $447.94 | Number of ATM withdrawals and transfers | 1 |
| Total Deposits | + 26,743.00 | Number of purchase transactions | 7 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 7,780.33 | Number of 24 Hour Customer Service Calls<br>Self-Service<br>Assisted | <br>2<br>1 |
| Service Charge | - 6.50 | 6 of your Customer Service Calls are free of charge each statement period. | |
| Ending Balance | $19,404.11 | | |

================================================================================

## Important Information About Your Account

A monthly service charge was applied to your account because on 01/31 your balance
was below the minimum balance of $1,000. You can avoid this charge by meeting the
minimum balance requirement for this account or linking other BofA savings or money
market plans and meeting the combined minimum balance requirement of $3,000.

================================================================================

## Bank of America News

It's never been easier or more convenient to pay your bills - just point and click.
With Online Banking just tell us who, how much and when to pay. You can schedule your
bill payments on a one-time or recurring basis, even transfer funds between accounts
without visiting the bank or ATM. Take a test drive of Online Banking today at
www.bankofamerica.com.

================================================================================

## Branch/ATM Deposits

| Number Date Posted | Amount | Number Date Posted | Amount |
|---|---|---|---|
| 01/25 | $ 200.00 | 02/15 | 10,000.00 |
| 02/04 | 1,558.00 | Total of 3 deposits | $11,758.00 |

================================================================================

## Checks Paid          * Gap in check sequence

| Date Paid | Number | Amount | Date Paid | Number | Amount |
|---|---|---|---|---|---|
| 02/04 | | $ 1,558.00 | 02/14 | * 1000 | 187.00 |
| 01/28 | * 619 | 400.00 | 02/14 | 1001 | 73.00 |
| 02/07 | * 991 | 903.00 | 01/31 | * 1047 | 43.62 |
| 02/09 | 992 | 2,000.00 | 02/08 | 1048 | 200.00 |
| 02/10 | 993 | 200.00 | 02/03 | * 1050 | 1,350.00 |
| 02/17 | 994 | 520.00 | Total of 11 Checks Paid | | $7,434.62 |

================================================================================

Continued on next page

California                                                    Page 1 of 2

CONFIDENTIAL TREATMENT REQUESTED      BANA ALB 0004