# Exhibit 94

F7uWterC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   In re Terrorist Attacks on
    September 11, 2001
4
                                        03 MD 1570 (GBD)
5   ------------------------------x
                                        New York, N.Y.
6                                       July 30, 2015
                                        11:00 a.m.
7
    Before:
8
                    HON. GEORGE B. DANIELS,
9
                                        District Judge
10
                        APPEARANCES
11

12

13  COZEN O'CONNOR
         Attorneys for Federal Insurance Plaintiffs
14  BY:  SEAN P. CARTER
         SCOTT TARBUTTON
15
    SIMMONS HANLY CONROY, LLC
16       Attorneys for Burnett and Euro Brokers Plaintiffs
         -and-
17  MOTLEY RICE, LLP
    BY:  ROBERT T. HAEFELE
18
    KREINDLER & KREINDLER LLP
19       Attorneys for Ashton Plaintiffs
    BY:  JAMES P. KREINDLER
20       -and-
    BAUMEISTER & SAMUELS P.C.
21  BY:  MICHEL F. BAUMEISTER

22  ANDERSON KILL P.C.
         Attorneys for O'Neill Plaintiffs
23  BY:  JERRY S. GOLDMAN
         ROBERT M. HORKOVICH
24       BRUCE STRONG

25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

F7uWterC

1                          APPEARANCES (cont'd)

2     RAMEY & HAILEY
           Attorney for Havlish Plaintiffs
3     BY:  RICHARD D. HAILEY

4     DAVID C. LEE
           Attorney for Hoglan Plaintiffs
5
      KELLOGG, HUBER, HANSEN, TODD EVANS & FIGEL P.L.L.C.
6          Attorneys for Defendant Kingdom of Saudi Arabia
      BY:  MICHAEL K. KELLOGG
7          GREGORY G. RAPAWY

8     BERNABEI & WACHTEL, PLLC
           Attorneys for Defendant Dr. Abdullah M. Al-Turki
9     BY:  ALAN R. KABAT

10    ROBBINS, RUSSELL, ENGLERT, ORSECK UNTEREINER & SAUBER LLP
           Attorneys for Defendant Saudi High Commission
11         for Relief of Bosnia & Herzegovina
      BY:  ROY T. ENGLERT, JR.
12
      LEWIS BAACH PLLC
13         Attorneys for Defendants Muslim World League and
           International Islamic Relief Organization
14    BY:  AISHA E.R. HENRY

15    SALERNO & ROTHSTEIN
           Attorneys for Defendant Yassin Abdullah Kadi
16    BY:  PETER C. SALERNO

17    CLIFFORD CHANCE US LLP
           Attorneys for Defendant Dubai Islamic Bank
18    BY:  STEVEN COTTREAU
           RONI E. BERGOFFEN
19
      MOLO LAMKEN LLP
20         Attorneys for Dallah Avco Trans Arabia Co.
      BY:  ROBERT K. KRY
21

22

23

24

25

1          MR. KELLOGG:  There's an argument to be made that

2    because his salary was ultimately paid by the Saudi government

3    that you could consider him an employee of civil aviation, but

4    that does not make him a Saudi intelligence agent.  It does not

5    mean that the scope of his employment, if you attribute that

6    employment to civil aviation, had anything to do with assisting

7    the hijackers or knowing of their activities.

8          THE COURT:  How do I determine that?

9          MR. KELLOGG:  I'm sorry?

10          THE COURT:  How do I determine that?  How do I

11    determine whether or not that wasn't within the scope of his

12    employment, that that wasn't what he was employed to do?

13          MR. KELLOGG:  I'm sorry, your Honor.  I didn't catch

14    the question.

15          THE COURT:  That that wasn't part of what he was

16    employed to do.

17          MR. KELLOGG:  His contract was to assist Dallah Avco

18    in projects for the civil aviation division.  There is no

19    suggestion, and the FBI found and the 9/11 Commission found,

20    that there was no evidence that he was either an intelligence

21    agent, that he materially assisted the hijackers or that he

22    knew what the hijackers were up to.

23          THE COURT:  And his contract was with what entity?

24          MR. KELLOGG:  I'm sorry.  His contract?  The

25    plaintiffs have a copy of this contract.  They have full

1    discovery from Dallah Avco.  They have all his employment

2    records through Dallah Avco.  They haven't come up with

3    anything to suggest that.

4              THE COURT:  Is that a Dallah Avco contract, or is that

5    a civil aviation contract, or is that a Saudi Arabian

6    government contract?  What's the nature of the contract?  Who

7    is the contract technically with?

8              MR. KELLOGG:  They have these employment records from

9    Dallah Avco, which include the contract between Dallah Avco and

10   civil aviation.

11             THE COURT:  Right.

12             MR. KELLOGG:  Pursuant to which he was working for

13   Dallah Avco at that time.

14             THE COURT:  But when you say his contract, his

15   contract was with whom?

16             MR. KELLOGG:  His contract at the time of the 9/11

17   attacks, actually, he was out of the United States by then, but

18   his contract, his employment contract, was with Dallah Avco.

19             THE COURT:  And is the Saudi Arabian government or

20   civil aviation a party to that contract?

21             MR. KELLOGG:  There's no question he was only working

22   for Dallah Avco because civil aviation asked Dallah Avco to

23   employ him as part of Dallah Avco's contract with civil

24   aviation.

25             THE COURT:  Again, I'm trying to figure out where