# Exhibit 95

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03-MDL-1570 (GBD) (SN)

## DECLARATION OF ABDULLAH YAMANI

Pursuant to 28 U.S.C. § 1746, ABDULLAH YAMANI declares as follows:

1.      I am the General Counsel of Dallah Al Baraka Holding Co. ("Dallah Al Baraka"),

the ultimate parent company of defendant Dallah Avco Trans Arabia Co., now known as Dallah

Trans Arabia Co. ("Dallah Avco").  Dallah Al Baraka's legal department advises Dallah Avco in

the above-captioned action.  In that capacity, I have had overall responsibility for supervising

Dallah Avco's document collection and production in this action.  I previously submitted a

declaration dated May 22, 2016, describing many aspects of Dallah Avco's efforts.  I am now

submitting this declaration to authenticate and certify certain business records that Dallah Avco

produced in this action.

2.      Attached as Exhibit A is a list of certain documents that Dallah Avco produced in

this action.  I have examined each document and am familiar with the Dallah Avco files from

which the documents were obtained.

3.      I certify that the documents listed in Exhibit A are true and authentic copies of

business records that Dallah Avco produced from its files in this action.  I certify that the records

were kept in the course of Dallah Avco's regularly conducted business activities.  To the best of

my knowledge, those records that were created by Dallah Avco were made at or near the time of

the events reflected by someone with knowledge of those events or based on information from someone with knowledge of those events, and the making of such records was a regular practice of Dallah Avco's business activities.

I declare under penalty of perjury under the laws of the United States of America and the Kingdom of Saudi Arabia that the foregoing is true and correct.

Executed on: _OCTOBER 4, 2023_
Jeddah, Saudi Arabia                                    Abdullah Yamani

2

## EXHIBIT A

| | | | | |
|---|---|---|---|---|
| DA001358-98 | DA000552 | DA001105-06 | DA001990 | DA010695-722 |
| DA001409-73 | DA000600 | DA001110 | DA002001-03 | DA010731-33 |
| DA001548-626 | DA000601-02 | DA001119 | DA002075 | DA010841 |
| DA000044 | DA000603 | DA001120 | DA002085 | DA010915 |
| DA000082 | DA000899 | DA001132 | DA002261-63 | |
| DA000089-90 | DA001016 | DA001134 | DA002267 | |
| DA000091 | DA001022 | DA001239 | DA002312 | |
| DA000092-93 | DA001062 | DA001477 | DA008623-25 | |
| DA000097 | DA001063 | DA001916 | DA009230-31 | |
| DA000098 | DA001070 | DA001918 | DA009292 | |
| DA000457-517 | DA001102 | DA001919 | DA009294 | |
| DA000548 | DA001104 | DA001930 | DA010334-46 | |