# Exhibit 96

**SUMMARY OF CLAIMS AGAINST DALLAH AVCO**

| | *Fed. Ins.* 03-cv-6978 (Dkt. 772) | *Ashton* 02-cv-6977 (Dkt. 465) | *Salvo* 03-cv-5071 (Dkt. 3) | *Barrera* 03-cv-7036 (Dkt. 1) | *Cont'l Cas.* 04-cv-5970 (Dkt. 195) | *Maher* 23-cv-2845 (Dkt. 6) |
|---|---|---|---|---|---|---|
| **Federal Direct Liability Claims** | | | | | | |
| ATA | ¶¶ 625-629 | ¶¶ 476-479 | ¶¶ 606-608 | ¶¶ 628-630 | ¶¶ 602-606 | ¶¶ 476-479 |
| RICO | ¶¶ 618-620 | | | | ¶¶ 607-613 | |
| TVPA | ¶¶ 609-613 | ¶¶ 480-483 | ¶¶ 609-612 | ¶¶ 631-634 | | ¶¶ 480-483 |
| **Indirect Liability Claims** | | | | | | |
| Aiding & Abetting | ¶¶ 621-624 | | | | | |
| Conspiracy | ¶¶ 614-617 | | | | ¶¶ 614-617 | |
| **State Law Intentional Tort Claims** | | | | | | |
| Trespass | ¶¶ 589-594 | | | | ¶¶ 600-601 | |
| Assault | ¶¶ 601-604 | ¶¶ 472-475 | ¶¶ 604-605 | ¶¶ 625-627 | | ¶¶ 472-475 |
| Battery | ¶¶ 601-604 | ¶¶ 472-475 | ¶¶ 604-605 | ¶¶ 625-627 | | ¶¶ 472-475 |
| IIED | ¶¶ 605-608 | | | | | |
| **State Law Negligence-Based Claims** | | | | | | |
| Negligence | ¶¶ 630-634 | | | | | |
| Wrongful Death | ¶¶ 595-597 | ¶¶ 463-467 | ¶¶ 599-600 | ¶¶ 617-621 | | ¶¶ 463-467 |
| NIED | ¶¶ 605-608 | | | | | |
| **Ancillary Claims** | | | | | | |
| Survival | ¶¶ 598-600 | ¶¶ 468-471 | ¶¶ 601-603 | ¶¶ 622-624 | | ¶¶ 468-471 |
| Punitive Damages | ¶¶ 635-637 | ¶¶ 491-492 | ¶¶ 619-620 | ¶¶ 641-642 | | ¶¶ 491-492 |
| Property Damage | | ¶¶ 493-495 | | ¶¶ 643-645 | | ¶¶ 493-495 |