```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

-----------------------------------------------------------------X
```

ORDER SCHEDULING SHOW CAUSE HEARING

03-MD-1570 (GBD) (SN)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The following law firms are ordered to show cause why they should not be sanctioned for failing to appear at the settlement conference scheduled on December 19, 2023 as ordered by this court.

**The Miller Firm, LLC**

**Sullivan Papain Block McGrath Coffinas & Cannavo P.C.**

The Show Cause Hearing will be held on **Thursday, February 15, 2024 at 2:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel for the Havlish Plaintiffs shall also attend the hearing.**  Other parties are excused from the hearing.

SO ORDERED.

Dated: December 20, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge