```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

03-MD-1570 (GBD) (SN)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A counsel-only telephonic Settlement Status Conference in this matter is hereby scheduled for **Friday, January 5, 2024 at 10:00 a.m.** with counsel for the Havlish Plaintiffs and attorneys for the following firms:

**Joseph Peter Drennan, Attorney-at Law**

**Fleischman Bonner & Rocco LLP**

**The Donahue Law Firm, LLC**

**Law Office of P. York Mclane**

At the scheduled time, counsel shall call the Court's conference line at **(866) 434-5269, Access code: 4858267**. The Court will separately circulate a security code to counsel for the call.

SO ORDERED.

Dated: December 20, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge