## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. Cozen, *Co-Chair* |
| Jodi Westbrook Flowers, *Co-Chair* | Sean Carter, *Co-Chair* |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarbutton, *Liaison Counsel* |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

**VIA ECF**

December 20, 2023

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:      *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees, along with counsel for the *Ashton* Plaintiffs, write regarding the Plaintiffs' sealed filings being made today responding to Saudi Arabia's October 6, 2023 "Renewed Motion to Dismiss" [ECF No. 9368] and Dallah Avco's October 6, 2023 "Renewed Motion to Dismiss or in the Alternative for Summary Judgment" [ECF No. 9362].

Plaintiffs are filing the following documents on the Court's Electronic Filing System, under seal, with the Court's previous authorization: Plaintiffs' briefs and accompanying submissions, including the attorney declarations of Robert T. Haefele and J. Gavin Simpson identifying the exhibits, and Exhibit 1 to the Haefele Declaration, which is "Plaintiffs' Averment Of Facts And Evidence In Support Of Their Claims Against The Kingdom Of Saudi Arabia And Dallah Avco In Response To ECF Nos. 9362 and 9368." Pursuant to the Court's authorization in the endorsement at ECF No. 9479, copies of the exhibits after Exhibit 1 are being filed by hand-delivery to the Court of USB-enabled drives.  Plaintiffs will coordinate with the clerk's office regarding subsequent filing on the ECF system in a manner that causes the least possible disruption to court operations.

Plaintiffs are serving counsel for Saudi Arabia and Dallah Avco electronically copies of each of the indicated documents, including the exhibits on the drives delivered to the Court.

Respectfully submitted,

COZEN O'CONNOR                          MOTLEY RICE LLC

By: */s/ Sean P. Carter*                    By: */s/ Robert T. Haefele*
SEAN P. CARTER                          ROBERT T. HAEFELE
1650 Market Street, Suite 2800          28 Bridgeside Boulevard
Philadelphia, Pennsylvania 19103        Mount Pleasant, SC 29465

The Honorable Sarah Netburn
December 20, 2023
Page 2

_____

Tel.: (215) 665-2105
Email: scarter1@cozen.com

*On behalf of the Plaintiffs' Exec. Committees*

KREINDLER & KREINDLER

By: */s/ Steven R. Pounian*
STEVEN R. POUNIAN
485 Lexington Avenue, 28th Floor
New York, NY 10017
Tel.: (212) 687-8181
Email: spounian@kreindler.com

*On behalf of the Ashton Plaintiffs*

cc:     The Honorable George B. Daniels, via ECF
        All Counsel of Record via ECF

Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*On behalf of the Plaintiffs' Exec. Committees*