

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

December 22, 2023

Judge Hon. George B. Daniels
Daniel Patrick Moynihan United
 States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)
      Havlish, et al. v. bin Laden, et al., 1:03-cv-09848 (GBD)(SN)

Dear Judge Daniels:

We represent the Havlish Consortium in the above referenced matters and write to report another settlement in connection with the common benefit fund matters pending before Your Honor and Judge Netburn. With Judge Parker's assistance, we reached a settlement as reflected in the attached form of proposed Order, which we respectfully request that Your Honor approve. It is the same as the form of Order Your Honor recently entered in connection with other settlements we achieved, except that a reference to contacting counsel for Havish Consortium has been removed because many law firms appeared for a settlement conference before Judge Parker earlier this week. We anticipate being able to finalize other settlements of this matter in the coming weeks.

Respectfully submitted,

James L. Bernard
james.bernard@hoganlovells.com

cc:  Judge Netburn

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com

\\4141-1307-2718 v1