IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON     :

SEPTEMBER 11, 2001              :           MDL 03-1570 (GBD)(SN)

**This Document Relates To:**

*Ashton v. al Qaeda Islamic Army, et al.*, Civil No. 02-cv-6977 (GBD)(SN)
*Bauer v. al Qaeda Islamic Army, et al.*, Civil No. 02-cv-7236 (GBD)(SN)
*Parker, et al. v. Islamic Republic of Iran*, 18-cv-11416 (GBD)(SN)

## ORDER

Counsel for the Havlish Plaintiffs, having reached a private settlement agreement with the law firm of Baumeister & Samuels, P.C., on behalf of their firm and clients; the Havlish Plaintiffs Renewed Motion for an Order Creating a Common Benefit Fund and Authorizing Certain Disbursements Therefrom (MDL Dkt. No 4289 and 4291)("the Motion"), is hereby dismissed with prejudice as against Baumeister & Samuels, P.C., and their clients.

SO ORDERED.

DATE: DEC 2 2 2023

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE