KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

December 29, 2023

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of the Kingdom of Saudi Arabia ("Saudi Arabia") concerning a sealed filing made by Saudi Arabia today. Today's filing is a letter-motion to strike certain improper submissions that Plaintiffs included with their December 20, 2023 sealed filings in opposition to Saudi Arabia's renewed motion to dismiss. Saudi Arabia does not believe that its letter-motion itself contains any confidential information that warrants sealing, but is filing under seal subject to the FBI's review because the letter cites filings that are currently sealed under the FBI Protective Order. *See* ECF No. 4255.

      Saudi Arabia is making today's filing under seal using the Court's sealed ECF procedures. Copies of Saudi Arabia's letter-motion and accompanying exhibits are being sent today by email to counsel for Plaintiffs, Dallah Avco, and the FBI. No courtesy copies of this letter or today's sealed filing are being sent to Your Honor's chambers in accordance with the instruction in the current version of Your Honor's Individual Practices that courtesy copies should not be submitted on a rolling basis. Moreover, no courtesy copies of this letter or today's sealed filing are being sent to the chambers of Judge Daniels, in accordance with the current version of his Individual Practices.

      Respectfully submitted,

      /s/ *Michael K. Kellogg*

      Michael K. Kellogg
      *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)