UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:03-md-01570-GBD-SN

*DeRubbio, et al. v. Islamic Republic of Iran*, No. 18-cv-05306 (GBD) (SN); *Morris, et al. v. Islamic Republic of Iran*, No. 18-cv-05321 (GBD) (SN); *Ades, et al. v. Islamic Republic of Iran*, No. 18-cv-07306 (GBD) (SN); *Kim, et al. v. Islamic Republic of Iran*, No. 18-cv-11870 (GBD) (SN); *Jimenez, et al. v. Islamic Republic of Iran*, No. 18-cv-11875 (GBD) (SN); *Rivelli, et al. v. Islamic Republic of Iran*, No. 18-cv-11878 (GBD) (SN); *Aamoth, et al. v. Islamic Republic of Iran*, No. 18-cv-12276 (GBD) (SN); *Hemenway, et al. v. Islamic Republic of Iran*, No. l 8-cv-12277 (GBD) (SN); *Bernaerts, et al. v. Islamic Republic of Iran*, No. 19-cv-11865 (GBD) (SN); *Aron, et al. v. Islamic Republic of Iran*, No. 20-cv-09376 (GBD) (SN); *Hargrave, et al. v. Islamic Republic of Iran*, No. 20-cv-09387 (GBD) (SN); *Asaro, et al. v. Islamic Republic of Iran*, No. 20-cv-10460 (GBD) (SN); *Bianco, et al. v. Islamic Republic of Iran*, No. 20-cv-10902 (GBD) (SN); *Amato, et al. v. Islamic Republic of Iran*, No. 21-cv-10239 (GBD) (SN); *King, et al. v. Islamic Republic of Iran*, No. 22-cv-05193(GBD) (SN)

I hereby certify under the penalties of perjury that on the 3rd day of January, 2024 I served defendant:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161 1184 4105, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Notice of Judgment prepared in accordance with 22 CFR § 93.2;
2. One Order of Judgment dated May 28, 2019 and two Orders of Judgment dated June 21, 2019;
3. Multiple Partial Final Judgments dates September 3, 2019;
4. Amended Order of Partial Final Judgment dated January 4, 2022 (multiple case caption);
5. Order of Partial Final Judgment dated April 3, 2023;

6. Order of Partial Final Judgment dated November 7, 2023;
7. Memorandum Decision and Order, ECF No. 9468, dated December 14, 2023;
8. Instructions for Appealing Judgment;
9. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, U.S.C. 1441, and the Foreign Sovereign Immunities Act;
10. Affidavit of Translator.

Dated: New York, New York
January 3, 2024

                                                                                                   RUBY J. KRAJICK
                                                                                                   CLERK OF COURT

/s/ Rachel Slusher
Deputy Clerk