KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

January 8, 2024

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

  I write on behalf of the Kingdom of Saudi Arabia ("Saudi Arabia") concerning a sealed filing made by Saudi Arabia today.  Today's filing is a reply letter in support of Saudi Arabia's December 29, 2023 letter-motion to strike.  As with the letter-motion, Saudi Arabia does not believe that its reply letter itself contains any confidential information that warrants sealing, but is filing under seal subject to the FBI's review because the letter cites filings that are currently sealed under the FBI Protective Order.  *See* ECF No. 4255.

  Saudi Arabia is making today's filing under seal using the Court's sealed ECF procedures.  Copies of Saudi Arabia's filing and accompanying exhibits are being sent today by email to counsel for Plaintiffs, Dallah Avco, and the FBI.  No courtesy copies of this letter or today's sealed filing are being sent to Your Honor's chambers in accordance with our understanding that courtesy copies of letter-motions are not required.  Moreover, no courtesy copies of this letter or today's sealed filing are being sent to the chambers of Judge Daniels, in accordance with the current version of his Individual Practices.

    Respectfully submitted,

    /s/ *Michael K. Kellogg*

    Michael K. Kellogg
    *Counsel for the Kingdom of Saudi Arabia*

cc: All MDL Counsel of Record (via ECF)