# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*  January 8, 2024

The Honorable George B. Daniels          The Honorable Sarah Netburn
U.S. District Judge                       U.S. Magistrate Judge
United States District Court              United States District Court
Southern District of New York             Southern District of New York
Daniel P. Moynihan U.S. Courthouse        Thurgood Marshall United States Courthouse
500 Pearl Street                          40 Foley Square, Room 430
New York, NY 10007                        New York, NY 10007

Re:  *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
     *Bernaerts, et al. v. Islamic Republic of Iran,* No. 19-cv-11865
     *King, et al. v. Islamic Republic of Iran,* No. 22-cv-05193
     No Objections to Reports & Recommendations at ECF Nos. 9506 and 9507

Dear Judge Daniels and Magistrate Judge Netburn:

I write today on behalf of plaintiffs in the above-captioned cases regarding the Court's Reports & Recommendations, dated January 5, 2024. ECF Nos. 9506 and 9507. Plaintiffs write to inform the Court that they will not object to or seek reconsideration of the Reports & Recommendations and respectfully request that the Court enter final judgments in favor of the plaintiffs in accordance with the Reports & Recommendations.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc:   All MDL Counsel of Record (via ECF)