UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/8/2024__

SARAH NETBURN, United States Magistrate Judge:

The motion at ECF No. 9384[1] was resolved by ECF No. 9389. Accordingly, the Clerk of

Court is respectfully directed to close the related motions in four member cases:

- Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977, ECF No. 1998;

- Havlish, et al. v. Bin Laden, et al., No. 03-cv-09848, ECF No. 704;

- O'Neill, et al. v. The Republic of Iraq, et al., No. 04-cv-01076, ECF No. 778; and

- Burnett, et al. v. The Islamic Republic of Iran, et al., No. 15-cv-09903, ECF No. 666.

The motion at ECF No. 9394 was resolved by ECF No. 9402. Accordingly, the Clerk of

Court is respectfully directed to close the related motions in three member cases:

- Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977, ECF No. 2000;

- O'Neill, et al. v. The Republic of Iraq, et al., No. 04-cv-01076, ECF No. 780; and

- Burnett, et al. v. The Islamic Republic of Iran, et al., No. 15-cv-09903, ECF No. 667.

The motion at ECF No. 9439 was resolved by ECF No. 9443. Accordingly, the Clerk of

Court is respectfully directed to close the related motions in 19 member cases:

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

- O'Neill, et al. v. The Republic of Iraq, et al., No. 04-cv-01076, ECF No. 781;

- Abel, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11880, ECF No. 102;

- Bonomo, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11885, ECF No. 105;

- Cintron-Lugos, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11888, ECF No. 105;

- DeConto, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11904, ECF No. 101;

- Lang, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11926, ECF No. 103;

- Gordenstein, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11941, ECF No. 104;

- Garger, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11950, ECF No. 103;

- Bush, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11964, ECF No. 104;

- Mercer, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11965, ECF No. 101;

- Murray, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11966, ECF No. 101;

- Perez, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11967, ECF No. 101;

- Richards, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11969, ECF No. 101;

- Rooney, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11970, ECF No. 101;

- Spence, et al. v. Kingdom of Saudi Arabia, No. 18-cv-11971, ECF No. 100;

- Aamoth, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12270, ECF No. 107;

- Kincaid, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12273, ECF No. 104;

- Stackpole, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12275, ECF No. 104; and

- <u>Zelmanowitz, et al. v. Kingdom of Saudi Arabia</u>, No. 18-cv-12381, ECF No. 99.

**SO ORDERED.**

_____

SARAH NETBURN
United States Magistrate Judge

DATED:      January 8, 2024
                   New York, New York