```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/9/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                                        **03-MD-01570 (GBD)(SN)**

     **TERRORIST ATTACKS ON**
     **SEPTEMBER 11, 2001**                                    **ORDER**


-------------------------------------------------------------X


**SARAH NETBURN, United States Magistrate Judge:**

The motion at ECF No. 9401[1] was resolved by ECF No. 9403. Accordingly, the Clerk of

Court is respectfully directed to close the related motions in ten member cases:

- Desimone, et al. v. Kingdom of Saudi Arabia, No. 17-cv-00348, ECF No. 149;

- Gaston, et al. v. Islamic Republic of Iran, No. 18-cv-12337, ECF No. 91;

- Gaston, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12338, ECF No. 66;

- Johnson, et al. v. Islamic Republic of Iran, No. 18-cv-12344, ECF No. 79;

- Johnson, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12346, ECF No. 65;

- Rodriguez, et al. v. Islamic Republic of Iran, No. 18-cv-12347, ECF No. 87;

- Rodriguez, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12348, ECF No. 64;

- Knight, et al. v. Islamic Republic of Iran, No. 18-cv-12398, ECF No. 68;

- Knight, et al. v. Kingdom of Saudi Arabia, No. 18-cv-12399, ECF No. 66; and

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

- <u>Desimone, et al. v. Islamic Republic of Iran</u>, No. 21-cv-07679, ECF No. 62.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 9, 2024
            New York, New York