```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                                 03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001                                          ORDER


-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The Kingdom of Saudi Arabia and Dallah Avco (together, "Defendants") ask the Court to extend the deadlines for (1) filing reply briefs in support of their motions to dismiss, and (2) proposing redactions to the opposition briefs and supporting materials filed by the Plaintiffs' Executive Committees ("PECs") and Ashton counsel (together, "Plaintiffs"). See ECF No. 9514.[1] The Plaintiffs consent to the briefing extension but oppose a protracted delay in the redaction review schedule. See ECF No. 9517. The Plaintiffs also request permission to re-file their opposition briefs and accompanying submissions to correct various errors. See ECF No. 9516.

The Court grants the Defendants' request for a briefing extension and the Plaintiffs' request for leave to file corrected submissions. The parties will follow this modified briefing schedule for the Kingdom's motion to dismiss:

- January 17, 2024: the Plaintiffs' corrected opposition and Errata Sheet (which may be filed by the means authorized in ECF No. 9479)
- March 4, 2024: the Kingdom's reply; and
- March 25, 2024: the Plaintiffs' sur-reply.

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.

The parties will follow this modified briefing schedule for Dallah Avco's motion to dismiss:

- January 17, 2024: the Plaintiffs' corrected opposition and Errata Sheet (which may be filed by the means authorized in ECF No. 9479); and
- March 4, 2024: Dallah Avco's reply.

The Court grants in part the request for an extension to the redaction deadline. Given the volume of documents submitted in connection with the Plaintiffs' opposition, a moderate extension is appropriate. The Kingdom shall submit proposed redactions to the Plaintiffs' corrected submissions by March 19, 2024.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9514.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 9, 2024
         New York, New York