KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

January 9, 2024

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

    I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") in opposition to Plaintiffs' request, ECF No. 9518, for oral argument on Saudi Arabia's letter motion to strike, ECF No. 9500. Oral argument is neither necessary to protect any party's legitimate interests nor a good use of the Court's resources.

                          Respectfully submitted,

                          /s/ *Michael K. Kellogg*

                          Michael K. Kellogg
                          *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)