**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

*This document relates to:*

*All Cases Comprising 03-MDL-1570*

### NOTICE OF APPEAL

NOTICE is hereby given that Cozen O'Connor P.C.; Sidley Austin LLP; Ellis George Cipollone O'Brien LLP; and Plaintiffs Federal Insurance Company; Pacific Indemnity Insurance Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northern Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Princeton Excess and Surplus Lines Insurance Company; Hiscox Dedicated Corporate Member, Ltd.; Allstate Insurance Company; Boston Old Colony Insurance Company; Continental Insurance Company; Commercial Insurance Company of Newark, NJ; CNA Casualty of California; Continental Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illinois; ACE American Insurance Company; ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488; ACE Bermuda Insurance Ltd; ACE INA

Insurance Company of Canada; ACE Indemnity Insurance Company; ACE Insurance SA-NV; ACE Property & Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance Company; TIG Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE; AXA RE Canadian Branch; AXA RE UK Plc.; AXA Corporate Solutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Generale de Reinsurance de Monte Carlo; AXA Versicherung AG; AXA Cessions; AXA Global Risks UK Ltd.; Underwriting Members of Lloyd's Syndicates 2, 53, 55, 205, 228, 271, 376, 510, 529, 535, 557, 588, 672, 807, 861, 991, 1003, 1121, 1209, 1236, 1243, 1308, 2003, 2008, and 2020; Marlon Insurance Company; Copenhagen Reinsurance Company (U.K.) Limited; UnionAmerica Insurance Company Limited; SCOR Global P&C SE; SCOR UK Company Limited; SCOR Reinsurance Asia-Pacific Pte Limited; SCOR Reinsurance Company (Asia) Limited; SCOR Reinsurance Company; General Security National Insurance Company; General Security Indemnity Company of Arizona; SCOR Canada Reinsurance Company; Liberty Mutual Insurance Company; American Economy Insurance Company; American Fire & Casualty Company; Employers Insurance Company of Wausau; Excelsior Insurance Company; The First Liberty Insurance Corporation; General Insurance Company of America; Indiana Insurance Company; Liberty Insurance Corporation; Liberty Insurance Underwriters, Inc.; Liberty Life Assurance Company of Boston; Liberty Lloyds of Texas Insurance Company; Liberty Mutual

Fire Insurance Company; LM Insurance Corporation; LM Property and Casualty Insurance Company; Liberty Managing Agency Limited for and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 4472, 190, and 282; Liberty Mutual Insurance Europe Limited; The Midwestern Indemnity Company; The Netherlands Insurance Company; The Ohio Casualty Insurance Company; Peerless Insurance Company; Safeco Insurance Company of America; Wausau Business Insurance Company; Wausau Underwriters Insurance Company; West American Insurance Company; American Safety Indemnity Company; American Safety Casualty Insurance Company; Odyssey Reinsurance Company; QBE Insurance (International) Ltd.; Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen; New Reinsurance Company, Ltd.; AIG Specialty Insurance Company; Chartis Excess Limited; AIU Insurance Company; American Home Assurance Company; AIG Insurance Company – Puerto Rico; AIG Insurance Company of Canada; AIG Assurance Company; AIG Property Casualty Company; Commerce and Industry Insurance Company; Granite State Insurance Company; Illinois National Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; New Hampshire Insurance Company; and Württembergische Versicherung AG hereby appeal to the United States Court of Appeals for the Second Circuit from the final order entered on December 12, 2023, a copy of which is attached as **Exhibit A**, "dismiss[ing] with prejudice" the *Havlish* Plaintiffs' Renewed Motion for an Order Creating a Common Benefit Fund and Authorizing Certain Disbursements Therefrom (MDL Dkt. No. 4239 & 4291) (the "Motion") as against Motley Rice LLC, Kreindler & Kreindler LLP, Speiser Krause, PC, and Anderson Kill PC and their clients, and from each and every opinion and order relating to the underlying Motion, including, without limitation, the opinions and orders issued on September

30, 2019; September 30, 2020; and August 31, 2023, copies of which are attached as **Exhibits B**, **C**, and **D**, respectively.

Dated:  January 11, 2024                                              Respectfully submitted,

                                                                                     COZEN O'CONNOR

                                                                                     */s/ Sean P. Carter*
                                                                                     Sean P. Carter, Esq.
                                                                                     Stephen A. Cozen, Esq.
                                                                                     J. Scott Tarbutton, Esq.
                                                                                     One Liberty Place
                                                                                     1650 Market Street, 28th Floor
                                                                                     Philadelphia, PA  19103
                                                                                     scarter1@cozen.com
                                                                                     (215) 665-2105 Phone
                                                                                     (215) 665-2013 Fax

                                                                                     *Attorneys for Plaintiffs/Appellees*

## **CERTIFICATE OF SERVICE**

     I, Coleen Dougherty Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal was served on all counsel of record via the Court's Electronic Case Filing ("ECF") system on this 11th day of January, 2024.

                               By: */s/ Coleen D. Williams*
                                     Coleen Dougherty Williams, Paralegal
                                     Cozen O'Connor
                                     One Liberty Place
                                     1650 Market Street, 28th Floor
                                     Philadelphia, PA 19103

# RIDER TO NOTICE OF APPEAL

The attached is provided for the Court's convenience

United States District Court for the Southern District of New York
*In Re Terrorist Attacks on September 11, 2001*
03 MD 1570

Notice of Appeal
Alphabetical List of Party Filers

Cozen O'Connor P.C.
Ellis George Cipollone O'Brien LLP
Sidley Austin LLP

ACE American Insurance Company
ACE Bermuda Insurance Ltd
ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488
ACE INA Insurance Company of Canada
ACE Indemnity Insurance Company
ACE Insurance SA-NV
ACE Property & Casualty Insurance Company
AIG Assurance Company
AIG Insurance Company – Puerto Rico
AIG Insurance Company of Canada
AIG Property Casualty Company
AIG Specialty Insurance Company
AIU Insurance Company
Allstate Insurance Company
American Alternative Insurance Corporation
American Economy Insurance Company
American Employers' Insurance Company
American Fire & Casualty Company
American Home Assurance Company
American Safety Casualty Insurance Company
American Safety Indemnity Company
Atlantic Employers Insurance Company
AXA Art Insurance Corporation
AXA Cessions
AXA Corporate Solutions Assurance
AXA Corporate Solutions Assurance (Canada)
AXA Corporate Solutions Assurance UK Branch
AXA Corporate Solutions Insurance Company

AXA Corporate Solutions Reinsurance Company
AXA Global Risks UK Ltd.
AXA RE
AXA RE Asia Pacific Pte. Limited
AXA RE Canadian Branch
AXA Re Madeira Branch
AXA RE UK Plc.
AXA Versicherung AG
Bankers Standard Insurance Company
Boston Old Colony Insurance Company
Chartis Excess Limited
Chubb Custom Insurance Company
Chubb Indemnity Insurance Company
Chubb Insurance Company of Canada
Chubb Insurance Company of New Jersey
CNA Casualty of California
Commerce and Industry Insurance Company
Commercial Insurance Company of Newark, NJ
Compagnie Generale de Reinsurance de Monte Carlo
Continental Insurance Company
Continental Insurance Company of New Jersey
Copenhagen Reinsurance Company (U.K.) Limited
Employers Insurance Company of Wausau
Excelsior Insurance Company
Federal Insurance Company
Fidelity and Casualty Company of New York
General Insurance Company of America
General Security Indemnity Company of Arizona
General Security National Insurance Company
Glens Falls Insurance Company
Granite State Insurance Company
Great Lakes Reinsurance U.K. PLC

LEGAL\67920071\2

Great Northern Insurance Company
Hiscox Dedicated Corporate Member, Ltd.
Homeland Insurance Company of New York
Illinois National Insurance Company
Indemnity Insurance Company of North America
Indiana Insurance Company
Insurance Company of North America
Lexington Insurance Company
Liberty Insurance Corporation
Liberty Insurance Underwriters, Inc.
Liberty Life Assurance Company of Boston
Liberty Lloyds of Texas Insurance Company
Liberty Managing Agency Limited for and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 4472, 190, and 282
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Limited
LM Insurance Corporation
LM Property and Casualty Insurance Company
Marlon Insurance Company
Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen
National Ben Franklin Insurance Company of Illinois
National Union Fire Insurance Company of Pittsburgh, PA
New Hampshire Insurance Company
New Reinsurance Company, Ltd
Odyssey Reinsurance Company
One Beacon America Insurance Company
One Beacon Insurance Company
Pacific Employers Insurance Company
Pacific Indemnity Insurance Company
Peerless Insurance Company
QBE Insurance (International) Ltd.
Safeco Insurance Company of America
SCOR Canada Reinsurance Company
SCOR Global P&C SE
SCOR Reinsurance Asia-Pacific Pte Limited
SCOR Reinsurance Company
SCOR Reinsurance Company (Asia) Limited
SCOR UK Company Limited
SPS Reassurance
The Camden Fire Insurance Association
The First Liberty Insurance Corporation
The Insurance Company of the State of Pennsylvania
The Midwestern Indemnity Company
The Netherlands Insurance Company
The Ohio Casualty Insurance Company
The Princeton Excess and Surplus Lines Insurance Company
TIG Insurance Company
Underwriting Members of Lloyd's Syndicates 2, 53, 55, 205, 228, 271, 376, 510, 529, 535, 557, 588, 672, 807, 861, 991, 1003, 1121, 1209, 1236, 1243, 1308, 2003, 2008, and 2020
UnionAmerica Insurance Company Limited
Vigilant Insurance Company
Wausau Business Insurance Company
Wausau Underwriters Insurance Company
West American Insurance Company
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance Company
Woburn Insurance Ltd.
Württembergische Versicherung AG