**EXHIBIT B**
**PERSONAL INJURY CLAIMS UNDER THE ATA WITH PRIOR JUDGMENTS**

| # | Personal Representative ||||  Claimant |||||| Claim Information ||| Pain & Suffering Damages |||| Economic Damages ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | | | | | Yvonne | V. | Abdool | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 1, at 23 | 5762-2 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 2 | | | | | Ingrid | | Alleyne-Robertson | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 1805 | 5762-3 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 3 | | | | | Jocelyne | | Ambroise | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 1, at 43 | 7007-2 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 4 | | | | | Douglas | William | Anderson | | U.S. | NY (Other) | 03-CV-9849 | | 1:03-md-01570, 432, at P5313 | 7989-2 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | |
| 5 | | | | | Benjamin | | Arroyo | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 3, at 889 | 7007-3 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 6 | | | | | George | Joseph | Bachmann | | U.S. | NY (Other) | 03-CV-9849 | | 1:03-cv-9849, HAND FILED, at P4996 | 5713-2 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 7 | | | | | Lynette | | Bangaree | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 1828 | 5800-2 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 8 | Katherine | | Carrozza | | Mary | Ellen | Barbieri | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 1, at 50 | 5713-3 | 5946 at 7 | $ 10,000,000.00 | $ 30,000,000.00 | | | | | $ - |
| 9 | | | | | Genoveva | Beatriz | Barros Fernandez | | U.S. | NY (WTC) | 03-CV-9849 | | 1:03-md-01570, 432, at P5353 | 7007-20 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 10 | | | | | Richard | A. | Beatty | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 155, at P2822 | 5713-4 | 5946 at 7 | $ 10,000,000.00 | $ 30,000,000.00 | | | | | $ - |
| 11 | | | | | Jonathan | M. | Becker | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 432, at P4772 | 5818-2 | 5957 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 12 | | | | | Frances | | Berdan | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 1, at 68 | 5762-4 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 13 | | | | | Deborah | Elizabeth | Berk | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 232, at P3594 | 5762-5 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 14 | | | | | Prakash | P. | Bhatt | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 1, at 70 | 7007-4 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 15 | | | | | Quinceyann | | Booker-Jackson | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 305, at P4145 | 7007-5 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 16 | Carmen | | Bridgeforth | | David | Allen | Bridgeforth | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 1866 | 5818-3 | 5957 at 6 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 17 | | | | | Carmen | | Bridgeforth | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 2280 | 7007-6 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 18 | | | | | Michael | P. | Brodbeck | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 155, at P2830 | 5762-6 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 19 | | | | | Boris | | Bronshteyn | | U.S. | NY (Other) | 03-CV-9849 | | 1:03-cv-9849, HAND FILED, at P5005 | 5762-7 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 20 | | | | | Eduardo | E. | Bruno | | U.S. | VA (Pentagon) | 03-CV-9849 | | 1:02-cv-01616, 1, at 94 | 5800-3 | 5955 at 6 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 21 | | | | | Pasquale | | Buzzelli | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 155, at P2833 | 7007-7 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 22 | | | | | Richard | Martin | Bylicki | | U.S. | NY (WTC) | 03-CV-9849 | | 1:03-md-01570, 432, at P5326 | 7007-8 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 23 | | | | | Luis | | Carbonell | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 3, at 978 | 7007-9 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 24 | | | | | Desiret | | Carvache | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 432, at P4789 | 7989-3 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 25 | | | | | Frank | | Castrogiovanni | | U.S. | NY (WTC) | 03-CV-9849 | | 1:03-md-01570, 602, at P5476 | 7007-10 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 26 | | | | | Sharron | L. | Clemons | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 1, at 134 | 5762-8 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 27 | | | | | Richard | L. | Collins | | U.S. | NY (WTC) | 03-CV-9849 | | 1:03-md-01570, 432, at P5335 | 5800-4 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 28 | | | | | Carmen | | Colon | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 232, at P3657 | 7007-11 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 29 | | | | | Jose | Manuel | Contes Rosado | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 3, at 1008 | 7989-4 | 8283 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 30 | | | | | Joel | | Council | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 1895 | 7007-12 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 31 | | | | | Walter | Henry | Cramer | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 3, at 1034 | 5800-5 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 32 | | | | | Enrique | | Cruz | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 3, at 1037 | 7989-5 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 33 | | | | | Juan | Alberto | Cruz-Santiago | | U.S. | VA (Pentagon) | 03-CV-9849 | | 1:02-cv-01616, 155, at AP212, 7964, at 2, 7980 | 7989-6 | 8283 at 7 | $ 15,000,000.00 | $ 45,000,000.00 | | | | | $ - |
| 34 | | | | | Fernando | | Cuba | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 3, at 1039 | 7007-13 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 35 | | | | | Flory | Nicholas | Danish | Jr. | U.S. | NY (WTC) | 03-CV-9849 | | 1:03-md-01570, 432, at P5337 | 5762-9 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 36 | | | | | Andres | | De La Rosa | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 1931 | 7007-14 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 37 | | | | | Cynthia | | Delancey | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 77, at P2750 | 7989-7 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 38 | | | | | Michael | T. | Dempsey | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 155, at P2872 | 5762-10 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 39 | | | | | Anex | Joseph | Desinor | | U.S. | NY (WTC) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 1951 | 8919-2 | 9400 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 40 | | | | | John | | Drapas | Jr. | U.S. | VA (Pentagon) | 03-CV-9849 | | 1:02-cv-01616, 1, at 810 | 5762-11 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 41 | | | | | Elaine | D. | Duch | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 3064 | 7007-15 | 7494 at 7 | $ 15,000,000.00 | $ 45,000,000.00 | | | | | $ - |
| 42 | | | | | Timothy | | Duffy | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 3073 | 7007-16 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |
| 43 | | | | | Gabe | | Esposito | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 26, 29, at 3112 | 7007-17 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | | | | | $ - |
| 44 | | | | | Joseph | J. | Falco | | U.S. | NY (Other) | 03-CV-9849 | | 1:02-cv-01616, 77, at P2589 | 5818-4 | 5957 at 6 | $ 7,000,000.00 | $ 21,000,000.00 | | | | | $ - |

| # | First | Middle | Last | Suffix | Nat. | Site | Case | Prior Judgment Cite | Doc 1 | Doc 2 | Compensatory | Trebled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Patricia | Ann | Farrar | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 155, at P2891 | 7989-8 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 46 | Edgar | | Felix | | U.S. | NY (WTC) | 03-CV-9849 | 1:03-md-01570, 432, at P5351 | 7007-18 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 47 | Hernando | | Fernandez | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1110 | 5762-12 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 48 | Erasmo | | Fernandez | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 432, at P4839 | 7007-19 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 49 | Roger | | Fernandez | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 3143 | 7007-21 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 50 | Vincent | | Ferranti | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1112 | 7007-22 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 51 | Thomas | Joseph | Forbes | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 305, at P4279 | 7007-23 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 52 | Leileth | | Foster | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 219 | 7007-24 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 53 | Charles | Marion | Freeman | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 1973 | 7989-9 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 54 | Henry | Leon | Fuerte | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4281 | 7007-25 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 55 | Paul | Eric | Gonzales | | U.S. | VA (Pentagon) | 03-CV-9849 | 1:02-cv-01616, 305, at P4301 | 5762-13 | 5948 at 7 | $ 12,000,000.00 | $ 36,000,000.00 |
| 56 | Ruben | | Gordillo | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 3, at 1182 | 5762-14 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 57 | Rafael | | Gudmuch | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 2006 | 5762-15 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 58 | Robert | Joseph | Hall | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1199 | 5762-16 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 59 | Carmela | M. | Harrison | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4310 | 7007-26 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 60 | Elaine | | Helms | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4319 | 7007-27 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 61 | Jean | Marlene | Hunt | | U.S. | VA (Pentagon) | 03-CV-9849 | 1:02-cv-01616, 1, at 293 | 5713-5 | 5946 at 7 | $ 10,000,000.00 | $ 30,000,000.00 |
| 62 | Patrick | | Imperato | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 432, at P4871 | 7007-28 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 63 | Clifford | | Jenkins | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 1, at 311 | 5800-6 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 |
| 64 | Mark | D. | Joseph | | U.S. | NY (WTC) | 03-CV-9849 | 1:03-md-01570, 602, at P5488 | 5800-7 | 5955 at 6 | $ 7,000,000.00 | $ 21,000,000.00 |
| 65 | Racquel | K. | Kelley | | U.S. | VA (Pentagon) | 03-CV-9849 | 1:02-cv-01616, 155, at P2967 | 7989-10 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 66 | Susanne | Bachmann | Kikkenborg | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 323 | 5800-8 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 |
| 67 | David | J. | King | Jr. | U.S. | VA (Pentagon) | 03-CV-9849 | 1:02-cv-01616, 77, at P2641 | 5762-17 | 5948 at 7 | $ 10,000,000.00 | $ 30,000,000.00 |
| 68 | Stephen | J. | King | III | U.S. | NY (Other) | 03-CV-9849 | 1:03-cv-9849, HAND FILED, at P5121 | 5800-9 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 |
| 69 | David | | Kletsman | | U.S. | NY (WTC) | 03-CV-9849 | 1:03-md-01570, 432, at P5386 | 5713-6 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 70 | Daniel | Thomas | Kruesi | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 432, at P4874 | 5713-7 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 71 | John | R. | La Sala | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 77, at P2649 | 5713-8 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 72 | Veronica | O. | Li | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 3, at 1508 | 5713-9 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 73 | Emanuel | Alexander | Lipscomb | Jr. | U.S. | NY (Other) | 03-CV-9849 | 1:03-cv-9849, HAND FILED, at P5152 | 7989-11 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 74 | Evelyn | A. | Lugo | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4391 | 5762-18 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 75 | Lauren | | Manning | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 232, at AP235 | 5800-18 | 5955 at 6 | $ 25,000,000.00 | $ 75,000,000.00 |
| 76 | Rafaela | | Martinez | | U.S. | NY (WTC) | 03-CV-9849 | 1:03-md-01570, 432, at P5400 | 7007-29 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 77 | James | Raymond | McCarthy | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4412 | 5713-10 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 78 | Nexhat | | Mela | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 3, at 1446 | 7007-30 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 79 | Roberto | | Mesa | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 2180 | 7007-31 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 80 | Ram | Anthony | Mohabir | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 232, at P3850 | 7007-32 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 81 | David | Michael | Moriarty | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 3949 | 7989-12 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 82 | Nancy | Marie | Morrison | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 155, at P3037 | 5713-11 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 83 | Omar | | Mota | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1479 | 7007-33 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 84 | Daniel | Arthur | Narlock | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 432, at P4903 | 7007-34 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 85 | Kofi | Osei | Nyantakyi | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 2225 | 5713-12 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 86 | Eugene | Francis | O'Reilly | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 77, at P2675 | 7007-35 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 |
| 87 | Victor | Donald | Panzella | Jr. | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 3, at 1510 | 7989-13 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 88 | Wilston | Lambert | Parris | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 431 | 7989-14 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 |
| 89 | Joseph | G. | Pesce | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 155, at P3064 | 5800-10 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 |
| 90 | Nathan | | Peterson | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4483 | 5800-11 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 |

| # | First | Middle | Last | | Nat. | Site | Case | Complaint Cite | Prior Order | Order Cite | Solatium | Trebled | Additional |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | | | | Pedro | | Pichardo | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 4144 | 7007-37 | 7494 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 92 | | | | Sharon | | Premoli | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 812 | 5713-13 | 5946 at 7 | $ 10,000,000.00 | $ 30,000,000.00 | $ - |
| 93 | | | | Edward | Joseph | Prince | U.S. | NY (WTC) | 03-CV-9849 | 1:03-cv-9849, HAND FILED, at P5234 | #N/A | 7494 at 7 | #N/A | #N/A | $ - |
| 94 | | | | Antonio | | Quinones | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 2278 | 5762-19 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 95 | | | | Godwin | Francisco | Quinones | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 2282 | 7007-39 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 96 | | | | Juan | | Ramirez | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1560 | 5800-12 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 97 | | | | Edwin | | Rivera | U.S. | NY (WTC) | 03-CV-9849 | 1:03-md-01570, 432, at P5430 | 5800-13 | 5955 at 6 | $ 12,000,000.00 | $ 36,000,000.00 | $ - |
| 98 | | | | Grace | | Rivera | U.S. | NY (WTC) | 03-CV-9849 | 1:03-md-01570, 432, at P5431 | 5800-14 | 5955 at 6 | $ 12,000,000.00 | $ 36,000,000.00 | $ - |
| 99 | | | | Nelson | | Rocha | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 522 | 7007-40 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 100 | | | | Bryan | A. | Rodrigues | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 3, at 1579 | 5713-14 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 101 | | | | John | Robert | Rogers | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 524 | 5800-15 | 5955 at 6 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 102 | | | | Julio | | Roig | Jr. | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 1, at 526 | 5713-15 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 103 | | | | Arnold | John | Roma | Jr. | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 4300 | 7007-41 | 7494 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 104 | | | | Filomena | | Roman | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 432, at P4941 | 7989-15 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 105 | | | | Joseph | Camillo | Rotondi | | U.S. | NY (Other) | 03-CV-9849 | 1:03-md-01570, 432, at P5435 | 5762-20 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 106 | | | | Jose | Antonio | Sanchez | Jr. | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1619 | 7007-42 | 7494 at 8 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 107 | | | | Glenn | | Savery | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 3, at 1699 | 5762-21 | 5948 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 108 | | | | Robert | William | Senn | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 77, at P2700 | 7989-16 | 8283 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 109 | | | | Kevin | | Shaeffer | | U.S. | VA (Pentagon) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 4403 | 5713-16 | 5946 at 7 | $ 12,000,000.00 | $ 36,000,000.00 | $ - |
| 110 | | | | Abida | | Shaikh | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 4405 | 5800-16 | 5955 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 111 | | | | Kevin | M. | Shea | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 3, at 1637 | 8919-3 | 9400 at 6 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 112 | Mindy | Eisenberg | Stark | Eugenia | Sayre | Singer | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 2510 | 5713-18 | 5946 at 7 | $ 10,000,000.00 | $ 30,000,000.00 | $ - |
| 113 | | | | Donna | | Singer | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 77, at P2702 | 5713-17 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 114 | | | | Lauren | A. | Smith | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4529 | 5713-19 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 115 | | | | Brandon | John | Smith | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 77, at P2703 | 7007-43 | 7494 at 8 | $ 10,000,000.00 | $ 30,000,000.00 | $ - |
| 116 | | | | Kathleen | Ann | Stanton | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 232, at AP234, 7128, at 1, 7131 | 7007-44 | 7494 at 8 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 117 | | | | Raymond | E. | Streker | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 155, at P3100 | 8919-4 | 9400 at 6 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 118 | | | | Kenneth | A. | Summers | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 313, at P4745 | 5713-20 | 5946 at 7 | $ 10,000,000.00 | $ 30,000,000.00 | $ - |
| 119 | | | | Michael | A. | Telesca | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 77, at P2720 | 5713-21 | 5946 at 7 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 120 | | | | Bidiawattie | | Tewari | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 621 | 5713-22 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 121 | | | | Geraldine | | Texeira | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 4537 | 7007-45 | 7494 at 8 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 122 | | | | Denise | | Thompson | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 1, at 623 | 5713-23 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 123 | | | | John | Lewis | Thurman | | U.S. | VA (Pentagon) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 4809 | 5713-24 | 5946 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 124 | | | | Johnny | | Torres | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1705 | 7007-46 | 7494 at 8 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 125 | | | | Dennis | J. | Valentin | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 3, at 1715 | 5800-17 | 5955 at 6 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 126 | | | | Hilda | May | Valentine | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 232, at P3992 | 7007-47 | 7494 at 8 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 127 | | | | Emmanuel | Gomez | Vega | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 1, at 635 | 7007-48 | 7494 at 8 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 128 | | | | Cecil | R. | Ward | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 232, at P4009 | 7007-49 | 7494 at 8 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 129 | | | | Christian | R. | Waugh | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 305, at P4567 | 7007-50 | 7494 at 8 | $ 7,000,000.00 | $ 21,000,000.00 | $ - |
| 130 | | | | Barbara | Matilda | Williams | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 4726 | 5762-22 | 5948 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 131 | | | | Phidia | | Wong | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 155, at P3163 | 5713-25 | 5946 at 7 | $ 10,000,000.00 | $ 30,000,000.00 | $ - |
| 132 | | | | John | David | Yates | | U.S. | VA (Pentagon) | 03-CV-9849 | 1:02-cv-01616, 77, at P2760 | 7007-51 | 7494 at 8 | $ 10,000,000.00 | $ 30,000,000.00 | $ - |
| 133 | | | | Christopher | Leon | Young | | U.S. | NY (Other) | 03-CV-9849 | 1:02-cv-01616, 26, 29, at 2438 | 7989-17 | 8283 at 7 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |
| 134 | | | | Richard | Stephen | Zletz | | U.S. | NY (WTC) | 03-CV-9849 | 1:02-cv-01616, 305, at P4586 | 7007-52 | 7494 at 8 | $ 5,000,000.00 | $ 15,000,000.00 | $ - |