**EXHIBIT C**

## PERSONAL INJURY CLAIMS UNDER THE ATA WITHOUT PRIOR JUDGMENTS

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions |
| 1 | | | | | Mitchell | B. | Amerbach | | U.S. | NY (Other) | 03-cv-9849 | 1:02-CV-01616, 26, 29, at 2563 | |
| 2 | | | | | Thomas | J. | Baroz | | U.S. | NY (Other) | 03-cv-9849 | 1:02-CV-01616, 26, 29, at 2616 | |
| 3 | | | | | Scott | Roy | Beloten | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 77, at P2533 | |
| 4 | | | | | Vanessa | | Benjamin | | U.S. | NY (Other) | 03-cv-9849 | 1:02-CV-01616, 26, 29, at 2528 | |
| 5 | | | | | Eric | | Berntsen | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P4999 | |
| 6 | | | | | Christopher | | Bilotti | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2666 | |
| 7 | | | | | Patrick | Charles | Blaine | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 155, at P2825 | |
| 8 | | | | | Frank | | Brancato | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 77, at P2543 | |
| 9 | | | | | Lori | Stacey | Brody | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 1, at 849 | |
| 10 | | | | | Kevin | Jerome | Brown | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2725 | |
| 11 | | | | | Brook | Allen | Budd | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5009 | |
| 12 | | | | | Barry | L. | Buss | | U.S. | NY (Other) | 03-cv-9849 | 1:03-md-01570, 432, at P5325 | |
| 13 | | | | | Louie | D. | Cacchioli | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2764 | |
| 14 | | | | | Frank | | Casalino | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2812 | |
| 15 | | | | | Robert | | Ceresia | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2826 | |
| 16 | | | | | Anthony | | Ciarnella | | U.S. | NY (WTC) | 03-cv-9849 | 1:03-md-01570, 602, at P5479 | |
| 17 | | | | | Thomas | John | Clarke | | U.S. | NY (WTC) | 03-cv-9849 | 1:03-md-01570, 602, at P5481 | |
| 18 | | | | | John | | Cretella | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 1897 | |
| 19 | | | | | Luis | R. | Cruz | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2930 | |
| 20 | | | | | James | J. | Csorny | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2929 | |
| 21 | | | | | Joanne | Christine | Dalton | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2959 | |
| 22 | | | | | Jeremy | Brandon | Davids | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 313, at P4635 | |
| 23 | | | | | Judith | | Day | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 26, at 1044 | |
| 24 | | | | | Edward | J. | DeGaetano | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2977 | |
| 25 | | | | | Jan | | Demczur | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 432, at P4824 | |
| 26 | | | | | Kieran | Brian | Deto | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3004 | |
| 27 | | | | | Hipolito | | D'Oleo | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 3, at 1053 | |

| # | | | | First | Middle | Last | | Nationality | Location | | Case | Citation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | | | Kenneth | | Donovan | | U.S. | NY (Other) | | 03-cv-9849 | 1:03-md-01570, 432, at P5346 | |
| 29 | | | | Barbara | Ellen | Einzig | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 432, at P4834 | |
| 30 | | | | Joseph | | Eivers | | U.S. | NY (Other) | | 03-cv-9849 | 1:03-md-01570, 432, at P5348 | |
| 31 | | | | Theresa | Ethel | Folino-Montuori | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 3, at 1122 | |
| 32 | | | | Eugene | William | Fox | | U.S. | NY (Other) | | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5060 | |
| 33 | | | | Daniel | | Fucella | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3204 | |
| 34 | | | | Thomas | R. | Gaby | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 305, at P4284 | |
| 35 | | | | Elisha | Zion | Gallop | | U.S. | VA (Pentagon) | | 03-cv-9849 | 1:02-cv-01616, 1, at 236 | |
| 36 | | | | Brendan | Joseph | Gebert | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3252 | |
| 37 | | | | John | E. | Ginty | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3287 | |
| 38 | | | | Christine | | Godley | | U.S. | NY (WTC) | | 03-cv-9849 | 1:02-cv-01616, 313, at P4628 | |
| 39 | | | | Fausto | Antonio | Gomez | | U.S. | NY (WTC) | | 03-cv-9849 | 1:02-cv-01616, 3, at 1180 | |
| 40 | | | | Manuel | | Gonzalez | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3295 | |
| 41 | | | | Thomas | Joseph | Grogan | | U.S. | NY (WTC) | | 03-cv-9849 | 1:02-cv-01616, 432, at P4856 | |
| 42 | | | | John | | Gubelli | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3324 | |
| 43 | | | | Steven | John | Hagis | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2010 | |
| 44 | | | | James | P. | Harten | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3401 | |
| 45 | | | | Raymond | William | Hayden | | U.S. | NY (WTC) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3409 | |
| 46 | | | | Norma | | Haynes | | U.S. | NY (WTC) | | 03-cv-9849 | 1:02-cv-01616, 3, at 1215 | |
| 47 | | | | Edward | | Henry | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 155, at P2925 | |
| 48 | | | | Patricia | Ann | Herbert | | U.S. | NY (WTC) | | 03-cv-9849 | 1:02-cv-01616, 232, at P3717 | |
| 49 | | | | Michael | R. | Hipsman | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3451 | |
| 50 | | | | James | Joseph | Horch | | U.S. | NY (Other) | | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5090 | |
| 51 | | | | Doug | R. | Horning | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 432, at P4866 | |
| 52 | | | | Michael | Alexander | Iovino | | U.S. | NY (Other) | | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5092 | |
| 53 | | | | Brenda | | James | | U.S. | NY (WTC) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3499 | |
| 54 | | | | Terrence | George | Jordan | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3510 | |
| 55 | | | | Joseph | F. | Kadillak | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3514 | |
| 56 | | | | Thomas | | Keeling | | U.S. | NY (Other) | | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3521 | |

**PERSONAL INJURY CLAIMS UNDER THE ATA WITHOUT PRIOR JUDGMENTS**

| # | | | | First | Middle | Last | Suffix | Nationality | State | Case | Citation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | | | | Robert | | Korfman | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3567 | |
| 58 | | | | James | F. | Lanze | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5140 | |
| 59 | | | | Alicia | Armena | LeGuillow | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 432, at P4882 | |
| 60 | | | | Hursley | H. | Lever | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 305, at P4385 | |
| 61 | | | | Frank | A. | Licausi | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3633 | |
| 62 | | | | Edmund | Scott | Lucia | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5155 | |
| 63 | | | | Michael | A. | Macko | | U.S. | NY (Other) | 03-cv-9849 | 1:03-md-01570, 432, at P5398 | |
| 64 | | | | Janissa | Evaline | Macon | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 232, at P3814 | |
| 65 | | | | Joseph | Francis | Mahoney | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3701 | |
| 66 | | | | Llewellyn | | Malcolm | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 3, at 1400 | |
| 67 | | | | John | M | Maloney | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3715 | |
| 68 | | | | Martin | Anthony | Marino | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 305, at P4398 | |
| 69 | | | | Michael | Patrick | Marino | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 305, at P4399 | |
| 70 | | | | Timothy | | Marmion | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3741 | |
| 71 | | | | Edward | P. | Martin | | U.S. | NY (other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3747 | |
| 72 | | | | Joseph | Patrick | McAuley | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3780 | |
| 73 | | | | Mary | L. | McCall | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 232, at P3825 | |
| 74 | | | | Marianne | | McCormack | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3804 | |
| 75 | | | | David | John | McDonough | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3820 | |
| 76 | | | | Robert | E. | Moore | Jr. | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 305, at P4441 | |
| 77 | | | | Michael | | Moschitta | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3958 | |
| 78 | | | | Steven | Albert | Moss | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5197 | |
| 79 | | | | Joseph | John | Murphy | Jr. | U.S. | NY (Other) | 03-cv-9849 | 1:03-md-01570, 432, at P5418 | |
| 80 | | | | Ralph | | Negron | | U.S. | NY (Other) | 03-cv-9849 | 1:03-md-01570, 602, at P5495 | |
| 81 | | | | John | Joseph | Nimmo | III | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2220 | |
| 82 | | | | Robert | Harry | Nussberger | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 1, at 824 | |
| 83 | | | | John | Francie | O'Brien | | U.S. | NY (Other) | 03-cv-9849 | 1:03-md-01570, 602, at P5496 | |
| 84 | | | | Richard | | O'Brien | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4036 | |

## PERSONAL INJURY CLAIMS UNDER THE ATA WITHOUT PRIOR JUDGMENTS

| # | First | Middle | Last | Suffix | Nationality | Location | Case | Citation |
|---|---|---|---|---|---|---|---|---|
| 85 | Dalisay | Saenz | Olaes | | U.S. | VA (Pentagon) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4085 |
| 86 | Angel | R. | Ortiz | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 3, at 1506 |
| 87 | Vincent | J. | Panaro | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4102 |
| 88 | Salvatore | | Parisi | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4118 |
| 89 | Milcia | C. | Pena | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 3, at 1526 |
| 90 | Joseph | M. | Petrassi | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5224 |
| 91 | Gregory | M. | Petrik | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 305, at P4484 |
| 92 | John | M. | Quevedo | Jr. | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4196 |
| 93 | Michael | J. | Quevedo | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4198 |
| 94 | Fernando | | Reyes | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2303 |
| 95 | Arthur | J. | Riccio | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5242 |
| 96 | Franco | | Riggio | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4263 |
| 97 | Susana | | Rojas | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 3, at 1585 |
| 98 | Mark | David | Ruppert | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5249 |
| 99 | Damian | | Rusin | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 305, at P4505 |
| 100 | LaShea | | Saunders | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 432, at P4947 |
| 101 | Daniel | | Schug | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4393 |
| 102 | Marilyn | Joy | Shepard | | U.S. | NY (WTC) | 03-cv-9849 | 1:03-md-01570, 432, at P5447 |
| 103 | John | Michael | Signorelli | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4416 |
| 104 | Eugene | | Slater | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4426 |
| 105 | Robert | Stephen | Spinelli | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5271 |
| 106 | John | M. | Sullivan | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4489 |
| 107 | Michael | P. | Sullivan | | U.S. | NY (Other) | 03-cv-9849 | 1:03-cv-9849, HAND FILED, at P5277 |
| 108 | Carol | Lynn | Tannenbaum | | U.S. | NY (WTC) | 03-cv-9849 | 1:03-md-01570, 432, at P5452 |
| 109 | Frank | R. | Thurlow | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 305, at P4551 |
| 110 | Frank | Angelo | Varriano | | U.S. | VA (Other) | 03-cv-9849 | 1:02-cv-01616, 3, at 1805 |
| 111 | Thomas | A. | Warkenthien | | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 155, at P3145 |
| 112 | David | Samuel | Weber | Sr. | U.S. | NY (Other) | 03-cv-9849 | 1:02-cv-01616, 305, at P4568 |

**EXHIBIT C**
**PERSONAL INJURY CLAIMS UNDER THE ATA WITHOUT PRIOR JUDGMENTS**

| | | | | Kah | L. | Yeoh | | U.S. | NY (WTC) | 03-cv-9849 | 1:02-cv-01616, 1, at 669 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | | | | | | | | | | | | |