# RIDER TO NOTICE OF APPEAL

The attached is provided for the Court's convenience

United States District Court for the Southern District of New York
*In Re Terrorist Attacks on September 11, 2001*
03 MD 1570

Notice of Appeal
Alphabetical List of Party Filers for Plaintiffs/Appellants

Cozen O'Connor P.C.
Ellis George Cipollone O'Brien LLP
Sidley Austin LLP

ACE American Insurance Company
ACE Bermuda Insurance Ltd
ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488
ACE INA Insurance Company of Canada
ACE Indemnity Insurance Company
ACE Insurance SA-NV
ACE Property & Casualty Insurance Company
AIG Assurance Company
AIG Insurance Company – Puerto Rico
AIG Insurance Company of Canada
AIG Property Casualty Company
AIG Specialty Insurance Company
AIU Insurance Company
Allstate Insurance Company
American Alternative Insurance Corporation
American Economy Insurance Company
American Employers' Insurance Company
American Fire & Casualty Company
American Home Assurance Company
American Safety Casualty Insurance Company
American Safety Indemnity Company
Atlantic Employers Insurance Company
AXA Art Insurance Corporation
AXA Cessions
AXA Corporate Solutions Assurance
AXA Corporate Solutions Assurance (Canada)
AXA Corporate Solutions Assurance UK Branch
AXA Corporate Solutions Insurance Company

AXA Corporate Solutions Reinsurance Company
AXA Global Risks UK Ltd.
AXA RE
AXA RE Asia Pacific Pte. Limited
AXA RE Canadian Branch
AXA Re Madeira Branch
AXA RE UK Plc.
AXA Versicherung AG
Bankers Standard Insurance Company
Boston Old Colony Insurance Company
Chartis Excess Limited
Chubb Custom Insurance Company
Chubb Indemnity Insurance Company
Chubb Insurance Company of Canada
Chubb Insurance Company of New Jersey
CNA Casualty of California
Commerce and Industry Insurance Company
Commercial Insurance Company of Newark, NJ
Compagnie Generale de Reinsurance de Monte Carlo
Continental Insurance Company
Continental Insurance Company of New Jersey
Copenhagen Reinsurance Company (U.K.) Limited
Employers Insurance Company of Wausau
Excelsior Insurance Company
Federal Insurance Company
Fidelity and Casualty Company of New York
General Insurance Company of America
General Security Indemnity Company of Arizona
General Security National Insurance Company
Glens Falls Insurance Company
Granite State Insurance Company
Great Lakes Reinsurance U.K. PLC

LEGAL\67920071\2

United States District Court for the Southern District of New York
*In Re Terrorist Attacks on September 11, 2001*
03 MD 1570

Notice of Appeal
Alphabetical List of Party Filers for Plaintiffs/Appellants

Great Northern Insurance Company
Hiscox Dedicated Corporate Member, Ltd.
Homeland Insurance Company of New York
Illinois National Insurance Company
Indemnity Insurance Company of North America
Indiana Insurance Company
Insurance Company of North America
Lexington Insurance Company
Liberty Insurance Corporation
Liberty Insurance Underwriters, Inc.
Liberty Life Assurance Company of Boston
Liberty Lloyds of Texas Insurance Company
Liberty Managing Agency Limited for and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 4472, 190, and 282
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Limited
LM Insurance Corporation
LM Property and Casualty Insurance Company
Marlon Insurance Company
Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen
National Ben Franklin Insurance Company of Illinois
National Union Fire Insurance Company of Pittsburgh, PA
New Hampshire Insurance Company
New Reinsurance Company, Ltd
Odyssey Reinsurance Company
One Beacon America Insurance Company
One Beacon Insurance Company
Pacific Employers Insurance Company
Pacific Indemnity Insurance Company
Peerless Insurance Company

QBE Insurance (International) Ltd.
Safeco Insurance Company of America
SCOR Canada Reinsurance Company
SCOR Global P&C SE
SCOR Reinsurance Asia-Pacific Pte Limited
SCOR Reinsurance Company
SCOR Reinsurance Company (Asia) Limited
SCOR UK Company Limited
SPS Reassurance
The Camden Fire Insurance Association
The First Liberty Insurance Corporation
The Insurance Company of the State of Pennsylvania
The Midwestern Indemnity Company
The Netherlands Insurance Company
The Ohio Casualty Insurance Company
The Princeton Excess and Surplus Lines Insurance Company
TIG Insurance Company
Underwriting Members of Lloyd's Syndicates 2, 53, 55, 205, 228, 271, 376, 510, 529, 535, 557, 588, 672, 807, 861, 991, 1003, 1121, 1209, 1236, 1243, 1308, 2003, 2008, and 2020
UnionAmerica Insurance Company Limited
Vigilant Insurance Company
Wausau Business Insurance Company
Wausau Underwriters Insurance Company
West American Insurance Company
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance Company
Woburn Insurance Ltd.
Württembergische Versicherung AG