KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

January 25, 2024

*Via ECF*              **FILED UNDER SEAL**
       **EXHIBITS SUBJECT TO MDL AND FBI PROTECTIVE ORDERS**

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

     Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

     I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia"), joined by Defendant Dallah Avco Trans Arabia ("Dallah Avco"), concerning Saudi Arabia's pending letter-motion to strike, filed as ECF No. 9500. On January 17, 2024, Plaintiffs filed corrected versions of their opposition filings. The corrected versions do not materially change the arguments set forth in Saudi Arabia's letter-motion or Dallah Avco's joinder, but do require updating of the exhibits identifying specific passages and paragraphs.

     Exhibit K to this letter is a highlighted version of Plaintiffs' corrected opposition brief as to Saudi Arabia, to replace Exhibit A (ECF No. 9500-01) to Saudi Arabia's letter-motion; Exhibit L is a highlighted version of Plaintiffs' corrected opposition brief as to Dallah Avco, to replace Exhibit 1 (ECF No. 9501-01) to Dallah Avco's joinder letter; and Exhibit M is an updated chart identifying the paragraphs of Plaintiffs' corrected Averment not properly cited in Plaintiffs' corrected opposition briefs, to replace Exhibit B (ECF No. 9500-2) to Saudi Arabia's letter-motion.

                               Respectfully submitted,

                               /s/ *Michael K. Kellogg*

                               Michael K. Kellogg
                               *Counsel for the Kingdom of Saudi Arabia*

cc:     The Honorable George B. Daniels (via ECF)