UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:03-md-01570-GBD-SN

*1:15-cv-09903-GBD-SN, Burnett, et al. v. The Islamic Republic of Iran, et al.*

I hereby certify under the penalties of perjury that on the 5th day of March 2021, I served defendant,

Central Bank of the Islamic Republic of Iran
Ali Salehabadi, Governor
Mirdamad Blvd., No. 198
Tehran
Islamic Republic of Iran

☒the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

One (1) copy of the Notice of Default Judgment prepared in accordance with 28. U.S.C. §1608 and 22 C.F.R. § 93.2, Report & Recommendation issued by Magistrate Judge Netburn, dated October 2, 2023, ECF No. 9358, Memorandum Decision and Order issued by District Judge Daniels, dated November 1, 2023, ECF No. 9400, a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, *et seq.*), Translator's Affidavit (along with translations of the above documents into Farsi.)

USPS REGISTERED **RB596336890US**

Dated: New York, New York
       February 1, 2023

                                        RUBY J. KRAJICK
                                        CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk