UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:03-md-01570-GBD-SN

*Burnett, et al. v. The Islamic Republic of Iran, et al., No. 1:15-cv-9903 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 1st day of February 2024, I served defendant Islamic Republic of Iran at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> Attn: H.E. Mohammad Javad Zarif

By dispatching via Federal Express, Tracking No. 7749 4599 5289, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Notice of Default Judgment prepared in accordance with 28. U.S.C. §1608 and 22 C.F.R. § 93.2;
2. Report & Recommendation issued by Magistrate Judge Netburn, dated October 2, 2023, ECF No. 9358;
3. Memorandum Decision and Order issued by District Judge Daniels, dated November 1, 2023, ECF No. 9400;
4. A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, *et seq.*);
5. Translator's Affidavit.

Dated: New York, New York
February 1, 2024

RUBY J. KRAJICK
CLERK OF COURT

/s/ Rachel Slusher
Deputy Clerk