UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON ) | Civil Action No. 03 MDL 1570 (GBD) (SN) |
| SEPTEMBER 11, 2001 ) | ECF Case |
| ) | |

This document relates to: *All Actions*

**PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION
AND OF OBJECTIONS TO THE JANUARY 26, 2024 ORDER [ECF NO. 9562]
WHICH GRANTED IN PART DEFENDANTS' MOTION TO STRIKE EVIDENCE**

**PLEASE TAKE NOTICE** that, pursuant to this Court's Local Civil Rule 6.3, Federal Rule of Civil Procedure 72, and for the reasons explained in the accompanying "Memorandum in Support of Plaintiffs' Motion for Reconsideration and Rule 72 Objections to the January 26, 2024 Order (ECF No. 9562) which granted in part Defendants' Motion to Strike Evidence," Plaintiffs respectfully move the Court to reconsider the above-referenced Order and lodge Objections to be considered by the District Court Judge.

Dated: February 9, 2024                Respectfully submitted,

| | |
|---|---|
| MOTLEY RICE LLC | COZEN O'CONNOR |
| By: /s/ Robert T. Haefele | By: /s/ Sean P. Carter |
| Robert T. Haefele | Sean P. Carter |
| Jodi Westbrook Flowers | Stephen A. Cozen |
| Donald A. Migliori | Scott Tarbutton |
| 28 Bridgeside Boulevard | One Liberty Place |
| Mount Pleasant, South Carolina 29464 | 1650 Market Street, Suite 2800 |
| Tel.: (843) 216-9184 | Philadelphia, Pennsylvania 19103 |
| Email: rhaefele@motleyrice.com | Tel.: (215) 665-2105 |
| | Email: scarter@cozen.com |
| *Liaison Counsel and Co-Chairs for the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | *Co-Chairs and Liaison Counsel of the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

KREINDLER & KREINDLER LLP

By: /s/ Steven R. Pounian
Steven R. Pounian
James Gavin Simpson
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com

*Attorneys for Ashton Plaintiffs*