USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

**ORDER**

03-MD-1570 (GBD) (SN)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

It has been reported that the Havlish plaintiffs have reached an agreement with the Miller Firm plaintiffs. As a result, the Miller Firm is excused from the Order to Show Cause hearing scheduled for **February 15, 2024.**

**SO ORDERED.**

Dated: February 12, 2024
     New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge