KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

February 14, 2024

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to request that the Court approve filing dates for a response and a reply in connection with Plaintiffs' Notice of Motion for Reconsideration and of Objections to the January 26, 2024 Order [ECF No. 9562] Which Granted in Part Defendants' Motion To Strike Evidence, which the Plaintiffs' Executive Committees and the *Ashton* Plaintiffs (collectively, "Plaintiffs") filed on February 9, 2024, as ECF No. 9570.

      The parties have agreed to propose that Saudi Arabia's response to Plaintiffs' Motion and Objections should be due on or before February 23, 2024, and that Plaintiffs' reply should be due on or before March 1, 2024. We respectfully request that the Court approve those dates.

      As the Court is aware from previous letters, the parties have contested whether leave of Court is required for a response to Rule 72(a) objections, and it is Saudi Arabia's position that no leave is required. *See* ECF No. 4753, at 1-2 & n.*. To the extent necessary, Saudi Arabia respectfully requests leave to file its response.

                                                            Respectfully submitted,

                                                            */s/ Michael K. Kellogg*

                                                             Michael K. Kellogg
                                                             *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)