APPENDIX 3

Adding Parties Against Certain Defendants Listed in the Numbered Paragraphs Below

1.    John McLoughlin, individually, as injured person, is a Plaintiff seeking justice for the
      tragic events of September 11, 2001. John McLoughlin is a resident of Florida. John
      McLoughlin was non-fatally injured at the World Trade Center as a result of the terrorist
      attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
      and to which Dubai Islamic Bank, Muslim World League, International Islamic Relief
      Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
      support and assistance in furtherance of the attacks.

2.    Manu Dhingra, individually, as injured person, is a Plaintiff seeking justice for the tragic
      events of September 11, 2001. Manu Dhingra is a resident of New York. Manu Dhingra
      was non-fatally injured at the World Trade Center as a result of the terrorist attacks of
      September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
      which Dubai Islamic Bank, Muslim World League, International Islamic Relief
      Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
      support and assistance in furtherance of the attacks.

3.    William Jimeno, individually, as injured person, is a Plaintiff seeking justice for the
      tragic events of September 11, 2001. William Jimeno is a resident of New Jersey.
      William Jimeno was non-fatally injured at the World Trade Center as a result of the
      terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
      Laden, and to which Dubai Islamic Bank, Muslim World League, International Islamic
      Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided
      material support and assistance in furtherance of the attacks.

4.    Kathy A. Cordero, individually, as a Personal Injury Plaintiff seeking justice for the non-
      fatal injuries she sustained at the Pentagon during the tragic events of September 11,
      2001. Kathy A. Cordero is a resident of Maryland.  Kathy A. Cordero, is one of the
      individuals injured as a result of the terrorist attacks of September 11, 2001, that were
      carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank
      provided material support and assistance in furtherance of the attacks.

5.    Patricia Cubas-Bielfeld, individually, as a Personal Injury Plaintiff seeking justice for the
      non-fatal injuries she sustained at the World Trade Center during the tragic events of
      September 11, 2001. Patricia Cubas-Bielfeld is a resident of New York.  Patricia Cubas-
      Bielfeld, is one of the individuals injured as a result of the terrorist attacks of September
      11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai
      Islamic Bank provided material support and assistance in furtherance of the attacks.

6.    Virginia DiChiara, individually, as a Personal Injury Plaintiff seeking justice for the non-
      fatal injuries she sustained at the World Trade Center during the tragic events of
      September 11, 2001.  Virginia DiChiara is a resident of Florida.  Virginia DiChiara, is
      one of the individuals injured as a result of the terrorist attacks of September 11, 2001,
      that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic
      Bank provided material support and assistance in furtherance of the attacks.

7.  Robert Eichele, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. Robert Eichele is a resident of New York.  Robert Eichele, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

8.  Kevin Farrell, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. Kevin Farrell is a resident of New York.  Kevin Farrell, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

9.  Michael Henry, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. Michael Henry is a resident of New York.  Michael Henry, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

10. James B. Leach, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. James B. Leach is a resident of New York.  James B. Leach, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

11. Eric Levine, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. Eric Levine is a resident of North Carolina.  Eric Levine, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

12. James McCaffrey, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. James McCaffrey is a resident of New York.  James McCaffrey, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

13. Edward Nicholls, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. Edward Nicholls is a resident of Florida.  Edward Nicholls, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

14.     Valecia L. Parker, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries she sustained at the Pentagon during the tragic events of September 11, 2001. Valecia L. Parker is a resident of Florida.  Valecia L. Parker, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

15.     Kevin Ward, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries he sustained at the World Trade Center during the tragic events of September 11, 2001. Kevin Ward is a resident of New York.  Kevin Ward, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.

16.     Ling N. Young, individually, as a Personal Injury Plaintiff seeking justice for the non-fatal injuries she sustained at the World Trade Center tragic events of September 11, 2001.   Ling N. Young is a resident of New Jersey.  Ling N. Young, is one of the individuals injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Dubai Islamic Bank provided material support and assistance in furtherance of the attacks.